http://www.suhuf.net.sa/2000jaz/jan/15/fe1.htm

## THE CHECHEN TRAGEDY
## THE REALITY AND THE REQUIRED ROLE
Dr. Manei bin Hammad Al Juhani

It is heartbreaking to talk about the Chechen tragedy; this talk brings back to memory the severe wound which the enemies of Islam accepted nothing but to keep it bleeding. This bitter talk embodies to our imagination the humiliation imposed on the Muslims. What a shame to prevent the Muslims from providing their brothers, the Muslims of Chechnya, with real support against the blatant aggression targeting them! The Muslim population exceeded 1.25 billion. They possess great capabilities, and they are ordered and urged by their religion, the religion of unity and solidarity, to the duty of victory.

Despite the fact that this talk conveys bitterness whenever I am invited to speak about that issue, it is consoling and worthy to recall and reintroduce it. This tragedy should not be forgotten. Each conscious Muslim must follow-up on this issue and other issues of the Muslims and their serious consequences, regardless of their matters or concerns. This is the least obligation to the rights of brotherhood. Also, the talk about Chechnya now is a necessity that exceeds recognizing the magnitude of the tragedy and the role of each of us. We need to know the reasons for that tragedy, the right solutions, and the optimal successful treatment. Thus, we use this distress and suffering to be a lesson for us and for our nation in the short and long terms. We should learn from it, so the distress might turn into a useful experience and a beneficial lesson. The issue of the Chechens began and continued to date because of Islam. If Chechens had not been Muslims, they would not have been subjected to persecution. If they had not been faithful to their religion and eager to return to its provisions and teachings, we would not have seen this violent Russian attack and international validation. On the other hand, the Muslims were waiting for guidance and permission to express their views and feelings. A brief and simple example is when the supporters of Kemal Atatürk came and toppled the Ottoman Caliphate. Their descendants continued to drain Islam of its purposes, teaching, and thought. As we all know, their reward was the NATO membership yesterday and the European Economic Community membership tomorrow.

**Geography of Chechnya**
The Chechen Republic is located in the north-east of the Caucasus, with a total area of 30013 square kilometers. According to the December 1991 census, its population was 1,450,000 people. The neighboring countries are Dagestan in the north and east, the Republic of Ingushetia and North Ossetia in the west, and Georgia in the south.

The Chechens have lived in the Autonomous Chechen Republic, a republic of the Russian Federation since 1957. However, after the collapse of the Soviet Union,

First Page

Local News

Articles

Society News

Entertainment News

Educational News

Economy News

E-village

Follow-up

Miscellanea

Meeting

Dear Al-Jazeera

Sports News

**THE CHECHEN TRAGEDY**
**THE REALITY AND THE REQUIRED ROLE**
Dr. Manei bin Hammad Al Juhani

It is heartbreaking to talk about the Chechen tragedy; this talk brings back to memory the severe wound which the enemies of Islam accepted nothing but to keep it bleeding. This bitter talk embodies to our imagination the humiliation imposed on the Muslims. What a shame to prevent the Muslims from providing their brothers, the Muslims of Chechnya, with real support against the blatant aggression targeting them! The Muslim population exceeded 1.25 billion. They possess great capabilities, and they are ordered and urged by their religion, the religion of unity and solidarity, to the duty of victory.

Despite the fact that this talk conveys bitterness whenever I am invited to speak about that issue, it is consoling and worthy to recall and reintroduce it. This tragedy should not be forgotten. Each conscious Muslim must follow-up on this issue and other issues of the Muslims and their serious consequences, regardless of their matters or concerns. This is the least obligation to the rights of brotherhood. Also, the talk about Chechnya now is a necessity that exceeds recognizing the magnitude of the tragedy and the role of each of us. We need to know the reasons for that tragedy, the right solutions, and the optimal successful treatment. Thus, we use this distress and suffering to be a lesson for us and for our nation in the short and long terms. We should learn from it, so the distress might turn into a useful experience and a beneficial lesson. The issue of the Chechens began and continued to date because of Islam. If Chechens had not been Muslims, they would not have been subjected to persecution. If they had not been faithful to their religion and eager to return to its provisions and teachings, we would not have seen this violent Russian attack and international validation. On the other hand, the Muslims were waiting for guidance and permission to express their views and feelings. A brief and simple example is when the supporters of Kemal Atatürk came and toppled the Ottoman Caliphate. Their descendants continued to drain Islam of its purposes, teaching, and thought. As we all know, their reward was the NATO membership yesterday, and the European Economic Community membership tomorrow.

EXHIBIT
NOORWALI
263
LVF 07-24-19

FED-PEC0233836

EXHIBIT
WAMY EX. 52

## Geography of Chechnya

The Chechen Republic is located in the north-east of the Caucasus, with a total area of 30013 square kilometers. According to the December 1991 census, its population was 1,450,000 people. The neighboring countries are Dagestan in the north and east, the Republic of Ingushetia and North Ossetia in the west, and Georgia in the south.

The Chechens have lived in the Autonomous Chechen Republic, a republic of the Russian Federation since 1957. However, after the collapse of the Soviet Union, the Chechens founded the Chechen Republic, although no country has yet recognized the independence of this republic.

The most famous cities of the Chechen Republic are Grozny the capital, Gudermes, and Argun.

Terek is a river in the Chechen Republic; it flows from the Caucasus into the Caspian Sea. Important branches spring from Terek, namely, Sunzha, Argun, and Assa.

## Population

There are about 1 million Chechens out of a total population of 1.5 million people. In Chechnya, there are 300,000 Russians, 100,000 Ingush 'The Ingush are the ethnic relatives of the Chechens', 20,000 of the Dagestan peoples 'Kumyks, Nogais, Avars, Laks, Dargwa, and others', 14,000 Armenians, 12,000 Ukrainians, 5,000 Tatars, 5,000 Jews, and 4,000 Turks. Most of these were Russians who were forcibly moved in 1988 from Central Asia.

The Russian language in the Chechen Republic is the Chechen language.

Chechens live in their own country. However, some of them are immigrants spread to neighboring countries such as the Republic of Ingushetia and Dagestan, and other neighboring countries such as Turkey, Syria, Jordan, Kazakhstan, and some European countries. Stalin deported the people of Chechnya in 1944 to Kazakhstan, but as of 1988 AD, some of them started to return home.

## Islam and Chechnya

The Chechens are Sunnis who follow the Shafi'i doctrine. Sufism spread among them in its two ways: Naqshbandi and Qadriya, especially after the Russian occupation of Chechnya.

After the overthrow of the Republic of the North Caucasus in 1924, Russia annexed the Chechen Republic administratively to the Russian Federation. Just to cut Chechnya's links with the Islamic world in general and with Turkey in particular, the Moscow authorities abolished the use of Arabic letters in the Chechen language. This procedure was primarily explained to limit the influence of religious leaders who were in a strong and persistent resistance against the Russian colonization.

In fact, the Russians adopted an anti-Islamic policy especially at the end of the second decade of the 20th century. The years 1937-1939 witnessed Russian repressive measures against Islam and the defenders of Islam. As a result, thousands of Chechens were killed after massive mass executions by shooting.

The Russian authorities wanted to limit the permanent Islamic awakening among the Chechens by spreading the atheist policy among the people. This policy has continued until Gorbachev's recent reforms.

It is noted that in 1837, there were 310 mosques open for worship. In 1978, this number was reduced to half, namely 155 mosques, under the Communist rule. However, this last number increased again under Gorbachev.

Chechnya declared its independence from the Russian Federation, and thus declared the Constitution of the Chechen Republic. They stated that religions were separate from the work of the state. In return, all religious activities would have the support of the state. Thus, the establishment of the State Institute for Islamic Studies was announced in Grozny the capital. The government supported the Islamic cultural center in the capital.

In respect of the religious minorities in the Chechen Republic, the state announced the reopening of the Grozny church and the Jewish temple. Earlier, the state had opened all the mosques closed by the Russians.

## Brief history of Chechnya

Islam has begun to spread throughout the country and in neighboring Dagestan since the days of Omar ibn al-Khattab, may Allah be pleased with him, in year of 13 AH (634 AD). After the stability of the Islamic rule there, Islam remained. This was after the invasions by Marwan bin Mohammed, the governor of the Umayyads, in Armenia during the Arab conquests to Chechnya between 736 and 738. Marwan bin Mohammed became the Umayyad Caliph Marwan II.

FED-PEC0233837

In the 13th century, the Chechens were attacked by the Mongols. The Chechens defeated the Mongols, but they had to retreat to the mountains between 1238 and 1240. During his reign, Timor could not control the mountainous areas taken by the Chechens as their new territories and new homeland. The Chechens succeeded in preserving their independence when the Mongols subjugated the steppe regions in the northern Caucasus, where they lasted for two centuries.

In the first half of the 15th century, the Russians began to follow an organized policy to occupy the northern Caucasus. They began the resettlement of Russian Kazakhs along the River Terek.

When Peter I, the famous Russian Kaiser, thought that he had subjugated Chechnya, the Chechens revolted against the Russian occupiers. This revolution took place on July 7th, 1732. It was the first Chechen-Russian war. The Chechens defeated the Russian forces under the command of the famous Russian General, Koh.

The Chechens started to fight the Russians, declaring jihad against them. They defeated the Russian forces over and over again under the leadership of heroic Chechen figures such as Bibula Tayy Miyev and Sheikh Mansour.

When the Chechens withdrew to the mountainous regions, leaving the agricultural land to resist the Russian forces, the Russians distributed the fertile lands of Chechnya to the Russian Kazakhs. They were surprised by the strong resistance of Hamzah Bey Ghazwat and Sheikh Shamil, two successors of Imam Ghazi Mohammed who died in 1832. Hamzah Bey Ghazwat died in 1834, and Sheikh Shamil died in 1871.

The struggle and battles of Sheikh Shamil against the Russians for 35 years are famous in Russian history. The Russians suffered greatly because of him when they had the latest equipment of their age and the numerical strength while the forces of Sheikh Shamil had nothing but old conventional weapons. His forces could not be compared to the number of the Russian forces. It should be noted that the jihadi movement of Sheikh Shamil did not receive support or validation from the Islamic world.

Despite the tightening of the Russian colonial control over the region in 1860 and the large migrations from Chechnya to Syria, Palestine, and Turkey, large and organized jihad movements started against the Russian forces in the country, such as the movement of the Chechen leader Baysangur and the movement of the Chechen leader Omadoyev, the movement of Atai Adayev, and the movement of Dadaza Al Mayyev. The largest movement of Chechen jihad against the Russians in that period was the movement of the Chechen leader Ali Bak Haji. It was ended by the Russians and he was executed by the Russians in Grozny the capital in 1878.

The Chechens did not calm down; they were a nation that did not know any calm in the face of any colonial danger during the Communist rule. The jihad movements against Russia were strong. The people of the North Caucasus founded a republic that included Chechnya. They were headed by Sheikh Uzun Haji in 1917. The Republic declared its independence on May 11th, 1918 under the name of the Caucasus State. One year later, General Dankin invaded it, occupied its territory, and established a strict military regime. Thus, this General revived the military dictatorships that prevailed in the czarist era. In response, the Muslim peoples, including the Chechens, united in a massive movement and defeated all the military power centers set up by General Dankin. The mujahidin again established the independent Republic of Dagestan.

In the meantime, the Communist Bolshevik forces betrayed the Muslims, and the new Communist authority renounced its promises to the Muslims. The Russian Communist forces invaded and occupied the free lands of Dagestan in 1920. Russia adopted the policy of autonomous republic for each ethnic group. The Russians divided Dagestan into disintegrated small autonomous republics. This way, they would prevent the union of the Caucasian Muslims, a dreadful dream that Russia has been fearing to this day.

Thus, Dagestan became an autonomous republic of the Socialist Federal Republic of Russia. The same applied to the Ingush and the Ossetians. Then, the Russians united the Chechens and the Ingush in an autonomous republic in the name of the Chechen-Ingush Autonomous Soviet Socialist Republic, in 1939.

Under Stalin's policy toward the Muslims during the Second World War, the Russian government decided in 1943 to execute half a million of Muslims. However, for political circumstances, it alleviated the order and changed it to forced emigration, i.e. exile. The Soviet authorities banished the Chechens and the Ingush and dissolved the Chechen-Ingush Autonomous Republic. This was in 1944. They divided its territory between North Ossetia and Dagestan. Then, the Russians restored the unity of this republic, i.e. the Chechen-Ingush Republic, again on January 9th, 1957.

It is noted that the displaced Chechens began to return to their homeland after this. On October 27th, 1991, with the wave of liberation of the Muslim peoples from the Soviet Union after the collapse of the Soviet Union, the Chechens held parliamentary and presidential elections of the Republic. Dzhokhar Dudayev obtained 85% of the votes. At that time, this national leader was Chairman of the National Congress of the Chechens.

FED-PEC0233838

The independence of the Chechen Republic was declared on November 1st, 1991, but Moscow did not accept this independence and it was not recognized by any Islamic or non-Islamic country.

On November 30th, 1991, the Ingush preferred to stay dependent on Russia. However, following the decision of Russian President Yeltsin to use all means to eliminate the independence of Chechnya in December 1994, the Ingush announced their alliance with their cousins, the Chechens, in their war against Russia. The same was declared by Dagestan.

\* During the Russian attack on Chechnya five years ago, in 1994, Russia moved groups of tanks, thousands of caravans, tens of thousands of mortars and heavy guns, and dozens of aircraft launchers to that place. Despite the honorable resistance faced by the Russians, the Russians' numerical superiority and developed equipment enabled them to destroy the infrastructure there. They destroyed the power plants, water and gas plants, communication means, as well as farms and homes. This attack resulted in the displacement of half a million refugees and the murder of 22-25 thousands out of 1,200,000 people.

\* The losses resulting from that attack were certainly much greater than the previous attack for two reasons. First, Russia feared the previous defeat that it had suffered in Afghanistan and in Chechnya itself. Second, Putin, Russian vice president and prime minister, tried to have a landslide victory to win the elections to lead Russia after Yeltsin. According to news agencies, the current situation was that about 500,000 people lived on the borders with Ingushetia, Georgia, and northern Estonia in tents in snowstorms. In addition, 120,000 people were displaced inside Chechnya. All of them were children, women, and old people. Flu, tuberculosis, typhoid, and malnutrition diseases spread among them. Hundreds of children died, women were made to abort, and streets and hospitals were filled with corpses and piles of body parts. Destruction, displacement, and killings were on the rise.

The reasons for the Russian attack on Chechnya

There are many reasons behind the Russian attack on Chechnya, which can be summed up as follows:

1. The Russians wanted a military victory to make up for their defeat in Afghanistan and Chechnya itself three years earlier;
2. The instability of the health condition of the Russian president;
3. The struggle over the succession of the current Russian president among the Russian political figures;
4. President Yeltsin's desire to continue in power despite his ill health, by delaying elections due to the war in Chechnya;
5. The economic importance of Chechnya, where oil in large quantities and natural gas are available, especially with increasing US interest in the region through agreements and extension of pipelines from the Republic of Georgia and Azerbaijan from the Caspian Sea to the Black Sea.

The quantity of oil that can be produced annually in the region is 5.4 billion barrels per year. As for gas, the US discovered the largest gas fields in the world in the territory of Azerbaijan.

These are the dimensions of the tragedy in brief: a peaceful Muslim people of about one million is being eradicated and destroyed three times in fifty years, with no fault but seeking freedom and Islam.

I would say that these are just some aspects and images of that tragedy, and what is hidden is even more. Those who want to get more information should read the reports, listen to the daily radio, browse the Internet about this explosive destruction. The mujahideen have a website that provides information which may not be available from other sources.

Chechnya is part of the problem of the Muslim world

The main reason behind what is taking place today in Chechnya, and earlier in Kosovo, Bosnia, Kashmir, and Palestine, and what may happen tomorrow, Allah forbids, is the weakness of the position and prestige of the Islamic nation as a whole.

The majority of the Muslims, in the past centuries, moved away from Islam gradually, thus weakening their religion and became lowly in the eye of Allah so they became lowly in the eyes of Allah's creation. Their prestige was weakened among their enemies. Everything that we see and hear, such as these few examples known to everyone, shows the injustice suffered by the Muslims and the ignorance of their demands by the decision-making countries. They have double standards when it comes to the Muslims.

1. Some years ago, as the Soviet Union began to break up, the Baltic republics announced their independence from Russia, and Russia refused to do so. However, it was forced to accept the independence because those republics were Christian, which means they were associated with the strong Christian countries in terms of creed. The Christian international community supported the republics morally and politically, so Russia had to give in and accept the reality.
2. When Yugoslavia broke up and Croatia obtained its independence, despite the barbarity and communism of the Serbs in thought and creed, it was not a good idea for them to wage a war to force Croatia to stay in the Yugoslav

FED-PEC0233839

federation. The West showed their dissatisfaction with this idea and alluded to them that it was enough for them to deal with Bosnia and Herzegovina.

3. Three months ago, the Christian people of Timor decided to declare independence from Indonesia. As the region was a geographical part of Indonesia, Indonesia tried to keep it under control. What happened? There was a French-US-French, in addition to Russian-Chinese cooperation, to force Indonesia to agree and leave the region. Why? Because its inhabitants are Christians like them.

The main reason for what is happening in the Islamic world and the boldness of the non-Muslims against us is the weakness of the Islamic nation and the disintegration of its countries. The underlying reason is the Islamic awakening, represented in the desire to return to the teachings of Islam. The West and the East do not want the Muslims who cherish their pure creed and pure Sharia. This would show the stupidity of their atheist, idolatrous doctrines and the baseness of their obscene, materialistic laws.

This awakening has annoyed the enemies of Islam so much. They blessed each attack against the Muslims and contributed greatly to fueling the tragedies of the Muslims either by preventing them from defending themselves or by supporting their enemy politically or militarily or both. I would say that this, too, is expected and predictable and does not require us to wonder or to mention evidence. The two previous reasons contributed to the formation of the international and Islamic position regarding this tragedy:

1. The international community, in the era of globalization which controls the world with an atheist, secular, open, Christian thought publicly supports and blesses Russia in its practices. There is no rejection or condemnation, but rather soft, apparent reproach and full approval and support, as long as Russia kills the Muslims under the slogan of eliminating terrorism and fundamentalism.

2. The Islamic community, whose most countries and societies continue to suffer from weakness in one form or another, was even unable to confront the media and to provide effective relief assistance or support and validation. There is no might nor power except in Allah.

3. We are in a foundation that cares for the young people. I think that it is obligatory to raise awareness about the dimensions of this tragedy and its causes as mentioned. Allah said in the Quran, "And they will continue to fight you until they turn you back from your religion if they are able."

According to the Quran, the solution is, "And if you are patient and fear Allah, their plot will not harm you at all. Indeed, Allah is encompassing of what they do."

Therefore, the solution is not to denounce the positions of the non-Muslims or to wait for their help and assistance. They had turned their hearts to the hatred of Islam, and they ambush to the Muslims. It is not acceptable for a wise man to ask help from his enemy, who seeks to destroy him by all means day and night.

The solution is the return to Allah, because Allah is our lord of the heavens and the earth and the overseer of the universe. Those who trust in him will assure victory sooner or later. No matter how the equipment of the enemy of Allah, it is smaller than a mosquito's wing in the eye of Allah. The lesson that we must know is that our return to our religion is an elevation for us with Allah and strength for us on earth. It enables Islam and strengthens its position. Sooner or later, we have no other solution.

We were honored by Allah to make us the best nation to be brought out to people. We were honored by Allah to witness the blessed awakening, and to witness the banners of jihad raised in many of the Muslim countries. And these all are good signs. What is our duty today? Returning to Islam is the first step and goal, and this should be done through the following things:

1. Belief in Allah alone and in the knowledge and understanding of the correct teachings of Islam and its tolerant law, and calling to Allah the almighty and his religion based on knowledge and insight;

2. Perseverance in seeking knowledge and be equipped with it after faith in Allah the almighty through the preparation of the required force;

3. Taking care of seriousness and distinguished work, and interaction with the Islamic issues effectively;

4. Supporting the Islamic awakening and contributing to its growth, according to each one's potential, capabilities, and potentials, as well as activating the role of Islamic solidarity and reaching the Islamic brotherhood and the concept of the one body.

How to deal with the tragedy of Chechnya:

First, I emphasize that what is happening in Chechnya, though it is a serious disaster and a heartbreaking tragedy, should not weaken our strength or cause us despair or sense of defeat. The Chechens are struggling in response to the command of Allah the almighty, "O Prophet, strive against the disbelievers and the hypocrites," and "strive for Allah with the striving due to Him," and in response to the saying of our Messenger, peace be upon him, "The best actions are faith in Allah and jihad in his cause," and "In Jannah there are a hundred grades which Allah has prepared for those who fight in his cause; and the distance between any two of those grades is like the distance between the heaven and the earth."

FED-PEC0233840

The mujahidin are blessed with two honors: victory in the world and high position and superiority. "Say, 'Do you await for us except one of the two best things while we await for you that Allah will afflict you with punishment from Himself or at our hands?'"

Secondly, I would stress that these steadfast heroic Muslims, the mujahideen, deserve our support, prayers, and all our energies to support them so that they would defeat the enemies again.

They showed great examples that will be recorded in the history's brightest pages. They faced the enemy of Allah and their enemy with all courage and strength. They were not appalled at their magnitude and military equipment. They fought and inflicted great losses on the Russian ranks, forcing the Russians to withdraw. They will force them again to withdraw in the second round as well, Allah willing. They will defeat them again.

Here I give some testimonies of Russian leaders because the right is witnessed by the enemies. One of the Russian leaders says in his memoirs, "As enemies, the Chechens deserve appreciation and respect, and in the midst of the forests and mountains there is no power that can overcome them. They are skilled, courageous, and intelligent shooters, and they seize the opportunity of every mistake we made to destroy us."

"I saw some of them in the fighting, torn apart with their bodies pierced like a sieve. However, they continued to fight as if they were not complaining," another one said.

"We surrounded a house where some mujahideen hid, but they refused to surrender themselves. We set fire to the house, and they came out with their weapons and showered us with their bullets. When they ran out of their ammunition, they came towards us with swords until we killed them all," a third man said.

"They do not treat us differently than their wounded people, and their doctors do not insult us as the Russian doctors do. If a Chechen wounded person goes to the Russian doctors, they will tell him, 'go to hell, villain.'"

I quote this word of a mother seeing off her son whose two brothers were martyred, "Go, my son, die while you fight for your religion, homeland, and freedom. This death is better than life under the yoke of the Russians. Remember your father when he asked me to get a Russian bullet with my teeth from his liver before dying. He did not want his soul to rise up to the creator while an infidel bullet was inside his body."

The enemy they are fighting is a hateful, spiteful enemy. They inherited huge war equipment with an overwhelming hatred from the Czars who set themselves as masters, the Bolshevik Communists who were disturbed by the non-engagement of the Muslims in their atheist, open thought, and the Crusaders who inherited the Islamophobia and transferred it to the next generations. The following quotes portray the character of the Russians, and here is some of what they said about themselves:

1. President of the Committee of Mothers of Russian Soldiers: "The Russians want to keep the reality of what is going on in secret. This is a deliberate extermination plan against the Chechen people."
2. Russian Foreign Ministry Undersecretary: "Undoubtedly, the Russian government has deliberately mismanaged the Chechen crisis."
3. A Russian-born woman in Grozny: "I am ashamed of being Russian and that Yeltsin's soldiers act like animals."
4. A fourth person says: "I was one of the opponents of the methods that we followed in the Caucasus, which recall all the atrocities committed by the Spanish at the beginning of their colonization of America."

**What did the Islamic agencies offer?**

The Islamic agencies made some modest efforts to help the Muslims of Chechnya, and I will mention some of what the World Assembly gave as an example of the efforts of the Islamic agencies. In brief, I commend the efforts of the Saudi Kingdom through the Joint Committee of the Muslims of Kosovo and Chechnya:

1. Since 1415 AH (1994 AD), the World Assembly of Muslim Youth 'Committee of the Youth of the Islamic Republics and the Russian Federation' has been established to sponsor the Muslims in those areas through the two aspects of advocacy and relief. During its five-year period from 1415-1420 AH (1994-1999 AD), the Committee made various achievements in the religious, scientific, and relief aspects to the Muslims in those republics. There may be no space to mention them in a hurry.
2. It is applicable to mention some of what the World Assembly gave to the Muslims of Chechnya in their first crisis. The World Assembly sent two convoys for the relief of the people of Chechnya, under the name of the Mecca convoy and the Saudi Arabia convoy. They were loaded with more than 100 tons of miscellaneous foodstuff, equipment, and medical materials which were distributed to the poor and the affected Chechens.
3. When it comes to propagation, the Committee sponsored 50 judges in the Chechen Republic, and provided financial assistance to the Sharia Judicial Institute of more than half a million Riyals. After the recent brutal attack, the World Assembly provided the following assistance to the Muslims of Chechnya:
   a. Sending two containers, 20 tons each, loaded with foodstuff, clothing, blankets, and medical supplies to the Chechen refugees;
   b. Purchasing two ambulance vehicles to transport the injured and the affiliated to hospitals;
   c. Distributing foodstuff, clothing, and blankets to the Chechen displaced people;
   d. Implementing the project of providing meals to the fasting Chechen displaced people;

FED-PEC0233841

e.   Identifying the locations of the refugees and establishing a relief plan for them to know their needs;

f.   Carrying out propaganda and informational activities to promote the Chechen cause;

g.   Participating in a program on the Chechen aid on the Iqraa satellite channel;

h.   Implementing a postal campaign at the level of Riyadh to show the tragedy of Chechnya;

i.   Sending more than 20 tons of dates to the Chechen refugees;

j.   Holding a press conference on the situation of the Chechen immigrants;

k.   Participating in some radio and TV programs, press meetings, and public lectures to introduce this important issue.

In addition, there were other various projects provided by the World Assembly with the help and reconciliation of Allah to the Muslims of Chechnya.

The World Assembly of Muslim Youth was honored with the membership of the Saudi Joint Committee for the Relief of Kosovo and Chechnya, and it will spare no effort to achieve the goals and plan outlined by the Saudi Joint Committee, which are summarized as follows:

1.   Stating the tragedy of the Chechen Muslims and the situations of the refugees and the displaced; urging their support and relief through the various audio, visual, and printed media;

2.   Participating in the work team delegated to travel to the locations of the refugees and arranging for the preparation of appropriate plans to distribute aid to them;

3.   Preparing an appropriate media campaign during the month of Ramadan and other months;

4.   Coordinating the organization of medical camps among the refugees;

5.   Establishing charity exhibitions and markets with proceeds dedicated to the Chechen afflicted people;

6.   Holding seminars to discuss the appropriate means to meet the needs of the Chechens and alleviate their tragedy.

Conclusion: We do not want to make it longer for you. Our overall plan for the relief of the Chechen people, which is the plan of the Saudi Joint Committee for the Relief of Kosovo and Chechnya, is represented in four terms: administrative plans, media coverage, executive field visits, and provision of various relief programs.

It is worth mentioning that the World Assembly of Muslim Youth doubled its efforts and mobilized all its branches inside the Kingdom and abroad to serve the Chechen cause and implement the relief plan for the Chechen displaced people.

The question that arises is: What do the Chechen Muslims need from us today?

1.   They need money to buy weapons and gear;

2.   They need food, clothing, medicine, and tents;

3.   They need propagators and propagation materials for awareness. They are Sunnis who have been alienated from Islam for nearly 70 years and have stuck to it in difficult circumstances, almost like the circumstances of the Inquisition. Today, they show all the love and longing to return to its teachings.

4.   They need us to pray for them in praises;

5.   They need us to praise their struggle and steadfastness and stop those who try to portray their jihad as national or show that they did not prepare and did not choose the right arrangement;

6.   They need a unified Islamic position, starting from the individual and the family to the homeland and the nation as a whole. The young children should know their cause. We should motivate them to donate to them and console them as much as we can. We should reduce the times of entertainment. We should tell our children that this is the lowest emotional participation to this nation which is being annihilated just because they are Muslims. We should boycott any Russian product, and each one should deduct part of their income to support them;

7.   The Islamic voice must be raised against the Russian attack at all official and popular levels by urging the Islamic countries and the individuals to protest against the Russian attack at the Russian government, its departments everywhere, and at the international organizations in the world.

And I herald the near victory to you, Allah willing.

1.   The Islamic awakening is growing, praise be to Allah. Perhaps this is what worries the Communist East and the polytheistic West. They fear that they will wake up some day to find the Muslims ordering them to pay the tribute;

2.   There is struggle over the succession of Yeltsin, whose policy is rejected by many. Corruption has spread within the Russian administration to the extent of stealing the funds allocated to Russia from the International Monetary Fund and transferring them to the accounts of Russian leaders in European banks. All these are good signs of the fall of Russia and its tyrannical government;

3.   Allah the almighty promised us that this religion 'Islam' will prevail all religions. Our Prophet, peace be upon him, heralded that this religion 'Islam' will spread as the day and night, regardless of honor or humiliation.

FED-PEC0233842

Victory is coming and Islam is remaining. May Allah the almighty prevail. I ask Allah the almighty to assist our mujahideen brothers in Chechnya and Dagestan with steadfastness, triumph, and victory.

I ask Allah the almighty for their children, offspring, and weak people, so he will grant them mercy and tranquility, and to clothe, feed, shelter, and heal them. I ask Allah the almighty to greatly reward all those who supported them, prayed for them, and defended their cause.

Our last prayer is, praise be to Allah, the lord of the worlds.

\* Secretary General of the World Assembly of Muslim Youth
And member of the Shura Council

FED-PEC0233843

http://www.suhuf.net.sa/2000jaz/jan/15/fe1.htm



المأساة الشيشانية

الواقع والدور المطلوب

د. مانع بن حماد الجهني*

الحديث عن مأساة الشيشان، حديث مرير، ينكأ الجرح الدامي الذي أبى أعداء الاسلام إلا تتابع إنزافه، هذا الحديث المرير يجسد امام مخيلتنا الذلة المفروضة على المسلمين، وأي ذلة أهون من ان يمنع المسلمون من مد أيدي العون الحقيقي لاخوانهم مسلمي الشيشان، ضد الاعتداء السافر الواقع عليهم، على الرغم من ان المسلمين الذين تجاوز عددهم المليار والربع نسمة، يمتلكون مقدرات عظيمة، ويأمرهم دينهم الحنيف دين الوحدة والتكافل بواجب النصرة ويحضهم عليها.

ورغم ما في الحديث من مرارة تعتصرني كلما دعيت للحديث عن تلك القضية إلا ان الأمر فيه عزاء وفائدة تستحق التذكير واعادة الطرح، فهذه المأساة يجب ألا تنسى، ويجب على كل مسلم واع ألا تشغله شؤونه وهمومه مهما كانت عن متابعة تلك القضية وغيرها من قضايا المسلمين وتداعياتها الخطيرة، فذلك أدنى قدر من الوفاء بحقوق الأخوة. كما ان الحديث عن الشيشان الآن ضرورة تعدت التعرف على حجم المأساة والدور الواجب على كل مناتجاهها، الى معرفة حيثيات الاسباب التي اسفرت عن تلك المأساة وحلولها الصحيحة والعلاج الناجع الأمثل لها. فبهذا نكون قد وظفنا هذه الكربة والمحنة لتكون لنا ولأمتنا درسا على المدى القريب والبعيد نعتبر منه، فتتحول المحنة الى تجربة مفيدة ودرس عميم النفع. لقد بدأت قضية الشيشان واستمرت الى اليوم بسبب الإسلام، فلو لم يكن الشيشان مسلمين لما تعرضوا للاضطهاد الواقع عليهم ابتداءً، ولو لم يكونوا راغبين متمسكين بدينهم، متشوقين للعودة الى احكامه وتعاليمه لما نرى ما حدث من هجمة روسية شرسة، ومباركة دولية مؤيدة، بينما المسلمون ينتظرون التوجيه والاذن للتعبير عن مرئياتهم ومشاعرهم. أدلّ على ذلك بإشارة بسيطة موجزة توضح المعنى، عندما جاء الكماليون فهدموا الخلافة العثمانية واستمر أحفادهم في افراغ الاسلام من مقاصده وتعاليمه وفكره كانت المكافأة لهم كما نعرف جميعا: عضوية حلف الناتو بالامس، وعضوية السوق الاوروبية

FED-PEC0233836

غدا.

جغرافية الشيشان

تقع جمهورية الشيشان في الشمال الشرقي من القوقاز، وتبلغ مساحتها 13,300 كم مربع، وعدد سكانها حسب احصاء ديسمبر 1991م 1,450,000 نسمة، والبلاد المجاورة المحيطة بها هي : داغستان في الشمال وفي الشرق، وجمهورية الانقوش واوستينيا الشمالية في الغرب، وجورجيا في الجنوب.

كان الشيشان يعيشون في: جمهورية الشيشان الأنقوش ذات الاستقلال الذاتي. وهي جمهورية كانت تابعة لروسيا الاتحادية منذ عام 1957م، إلا ان الشيشان بعد انهيار الاتحاد السوفيتي أسسوا جمهورية الشيشان، وان لم تعترف أي دولة حتى الآن باستقلال هذه الجمهورية.

وأشهر مدن جمهورية الشيشان: جروزني العاصمة ، وجودرميس، ومالكوبيك، وأرقون.

واشهر انهار بلاد الشيشان: نهر تراك، وهو ينبع من بلاد القوقاز ويصب في بحر الخزر قزوين ويتفرع من تراك هذا فروع هامة: صونجا، واركون، واصا.

نوعية السكان:

هناك مليون شيشاني من مجموع عدد السكان الذي يقارب المليون ونصف مليون نسمة، كما ان في بلاد الشيشان 300 ألف روسي و100 ألف انقوشي، والانقوش أقارب الشيشان عرقيا، و20 الفا من الشعوب الداغستانية القاموق والنوكاي والأوار واللاق والداركون وغيرهم و14 الف ارمني و12 الف اوكراني و5000 تتاري و5000 يهودي و4000 تركي، ومعظم هؤلاء كان الروس قد هجروهم عنوة عام 1988م من آسيا الوسطى.

واللغة الروسية في الجمهورية الشيشانية هي اللغة الشيشانية.

ويعيش الشيشان في بلادهم، ولكن منهم مهاجرون موزعون على البلاد المجاورة لهم مثل: جمهورية الانقوش، وفي داغستان والبلاد المجاورة الأخرى مثل: تركيا وسوريا والأردن وكازاخستان وبعض البلدان الاوروبية. نفي ستالين شعب الشيشان في عام 1944م الى كازاخستان، لكن بعضهم اخذ في العودة الى بلاده اعتبارا من عام 1988م.

الإسلام والشيشان:

الشيشان سنيون يتبعون المذهب الشافعي، وقد انتشرت بينهم الصوفية بطريقتيها : النقشبندية والقادرية خاصة بعد الاحتلال الروسي لبلاد الشيشان.

قامت روسيا بعد قضائها على جمهورية شمال القوقاز عام 1924م فضمت الشيشان اداريا الى دولة روسيا الاتحادية، ونكاية بالشيشان، ولقطع روابطها بالعالم الاسلامي عامة والعالم التركي خاصة، قامت السلطات في موسكو بالغاء استخدام الحروف العربية في كتابة اللغة الشيشانية، ويفسر هذا الاجراء على انه كان يستهدف بالدرجة الاولى الحد من نفوذ الزعماء الدينيين الذين كانوا في حركة مقاومة قوية ومستمرة ضد الاستعمار الروسي.

والواقع ان الروس قد اتبعوا سياسة مضادة للاسلام خاصة في نهاية العقد الثني من القرن العشرين، وجاءت اعوام 1937م 1939م لتشهد اجراءات قمعية روسية ضد الاسلام والمدافعين عن الاسلام، راح ضحيتها آلاف مؤلفة من الشيشان بعد عمليات واسعة من الاعدام الجماعي رميا بالرصاص.

وقد أرادت السلطات الروسية الحد من الصحوة الاسلامية الدائمة لدى الشيشن بنشر السياسة الالحادية بين هذا الشعب، استمرت هذه السياسية حتى اصلاحات جورباتشوف الاخيرة.

ويلاحظ انه كان في بلاد الشيشان في عام 1837م 310 جوامع مفتوحة للعبادة، وقد وصل هذا العدد عام 1978م في اثناء الحكم الشيوعي الى النصف يعني الى 155 جامعا، إلا أن هذا العدد الأخير أخذ في الصعود مرة اخرى في عهد جورباتشوف.

أعلن الشيشان استقلالهم عن دولة روسيا الاتحادية، وبالتالي اعلنوا دستور الجمهورية الشيشانية، ونصوا فيه على ان الأديان منفصلة عن اعمال الدولة، ومقابل ذلك تتمتع جميع الفاعليات وكل الأنشطة الدينية بدعم الدولة وتأييدها، وبالتالي أعلن تأسيس معهد الدولة للدراسات الإسلامية في العاصمة جروزني، ودعمت الحكومة المركز الثقافي الإسلامي في العاصمة.

واحتراما للأقليات الدينية الموجودة في جمهورية الشيشان اعلنت الدولة اعادة فتح كنيسة جروزني والمعبد اليهودي فيها، وذلك بعد ان فتحت الدولة كل الجوامع التي اغلقها الروس.

موجز تاريخ الشيشان:

بدأ الإسلام ينتشر في ربوع البلاد وفي داغستان المجاورة منذ أيام عمر بن الخطاب رضي الله عنه عام 13هـ وقد تمكن الإسلام بعد استقرار الحاكمية الإسلامية فيهما منذ الغزوات التي قام بها مروان بن محمد والي الأمويين في أرمينيا أثناء الغزوات العربية الخزرية بين عامي 736 738م، على بلاد لشيشان، ومروان بن محمد هذا هو الذي أصبح بعد ذلك الخليفة الأموي مروان الثاني.

FED-PEC0233837

وفي القرن الثالث عشر الميلادي تعرضت بلاد الشيشان لاعتداء المغول وانتصر الشيشان على المغول وان اضطروا للانسحاب الى الجبال بين عامي 1238 و 1240م، ولم يستطع تيمور اثناء حكمه لهذه البلاد ان يسيطر على المناطق الجبلية التي اتخذها الشيشان مناطق جديدة ووطنا جديد ، ونجح الشيشان في الحفاظ على استقلالهم في الفترة التي اخضع المغول فيها مناطق الاستبس في القوقاز الشمالي ، والتي استمرت فيها سيطرتهم مدة قرنين كاملين.

بدأ الروس في اتباع سياسة منظمة في النصف الاول من القرن الخامس عشر الميلادي لاحتلال القوقاز الشمالي، واخذوا في توطين الكازاك الروسي على امتداد نهر تراك.

ولما تصور بطرس الأول قيصر روسيا المشهور انه أخضع بلاد الشيشان، نار الشيشانيون ضد المحتلين الروس وكانت هذه الثورة في 7 يوليو 1732م، وهي أول الحروب الشيشانية الروسية، وألحق الشيشان بالقوات الروسية تحت قيادة الجنرال الروسي الشهير كوه هزيمة نكراء.

أخذ الشيشان يحاربون الروس معلنين الجهاد ضدهم وتمكنوا بالفعل من هزيمة القوات الروسية مرارا وتكرارا تحت قيادة شخصيات شيشانية اتسمت بالبطولة والفداء مثل: بيبو لا طاي ميبف والشيخ منصور.

عندما نسحب الشيشان الى المناطق الجبلية تاركين الارض الزراعية للتمكن من مقاومة القوات الروسية، وزع الروس اراضي الشيشان الخصبة على الكازاك الروس، ففوجئوا بمقاومة بارزة قام بها حمزة بك غزوات والشيخ شامل، وهما من خلفاء الامام الغازي محمد الذي توفى عام 1832م، وتوفى حمزة بك غزوات عام 1834م، وتوفى الشيخ شامل عام 1871م.

وجهاد الشيخ شامل ومعاركه ضد الروس طوال 35 عاما مشهورة في التاريخ الروسي، لأن الروس عانوا منه كثيرا عندما كانت لديهم احدث اجهزة العصر والقوة العددية الكثيفة، ولم تكن قوات الشيخ شامل تملك الا أسلحة تقليدية قديمة، وفي عدد قليل لا يمكن مقارنته بعدد القوات الروسية. والجدير بالذكر ان حركة الشيخ شامل الجهادية لم تلق دعما ولا تأييدا من العالم الاسلامي.

وبرغم إحكام السيطرة الروسية الاستعمارية على المنطقة في حوالي عام 1860م وانطلاق هجرات واسعة من الشيشان الى سوريا وفلسطين وتركيا، فإن حركات جهاد واسعة ومنظمة قامت ضد القوات الروسية في البلاد مثل: حركة الزعيم الشيشاني باي صونقور وحركة الزعيم الشيشاني أومادوبيف ، ثم حركة أطاي أضاييف ، ثم حركة داده زا المابيف . أما أكبر حركات الجهاد الشيشانية ضد الروس في تلك الفترة فهي حركة الزعيم الشيشاني علي بك حاجي الذي قضى الروس على حركته وأعدموه في العاصمة جروزني عام 1878م.

لم يهدأ الشيشان وهم أمة لم تعرف الهدوء أمام أي خطر استعماري في اثناء الحكم الشيوعي. عادت حركات الجهاد ضد روسيا قوية، وأسست شعوب شمال القوقاز جمهورية ضمت الشيشان فيما ضمت، وكانوا برئاسة الشيخ أوزون حاجي عام 1917م، واعلنت الجمهورية استقلالها في 11 مايو 1918م باسم دولة القوقاز، وبعد عام واحد اجتاحها الجنرال دانيكين واحتل أراضيها وأسس هناك نظاما عسكريا صارما وبذلك أحيا هذا الجنرال، المؤسسات الديكتاتورية العسكرية التي سادت في العهد القيصري.

وردا على هذا قامت الشعوب المسلمة ومن بينها الشيشان في الاتحاد في حركة ضخمة، وقضوا على كل مراكز السلطة العسكرية التي أقامها الجنرال دانكين، وأسس المجاهدون مرات أخرى جمهورية داغستان المستقلة.

وفي هذه الأثناء كانت القوات البلشفية الشيوعية قد خانت المسلمين وتنصلت السلطة الشيوعية الجديدة من وعودها للمسلمين، فاجتاحت القوات الروسية الشيوعية أراضي داغستان الحرة واحتلوها عام 1920م، واتبعت روسيا سياسة جمهورية ذات استقلال ذاتي لكل مجموعة عرقية فقسم الروس داغستان الى جمهوريات قومية صغيرة مفككة ذات استقلال ذاتي، حتى تحول دون اتحاد مسلمي القوقاز، وهو الحلم المفزع الذي تخشاه روسيا الاتحادية حتى يومنا هذا.

اصبحت داغستان بالتالي جمهورية ذات استقلال ذاتي تابعة لروسيا الاتحادية الاشتراكية، واصبح الأنقوش كذلك، وكذلك صار الشيشان والأوستينيون، ثم وحد الروس كلا من الشيشان والأنقوش في جمهورية ذات استقلال ذاتي باسم جمهورية الشيشان والأنقوش الاشتراكية السوفيتية ذات الاستقلال الذاتي وذلك عام 1939م.

وبموجب سياسة ستالين تجاه المسلمين أثناء الحرب العالمية الثانية قررت الحكومة الروسية عام 1943م إعدام 000,500 نسمة نصف مليون من المسلمين لكنها ولظروف سياسية خففت القرار وحولته الى تهجير إجباري، يعني النفي، فنفت السلطة السوفيتية شعب الشيشان والأنقوش وحلوا جمهورية الشيشان الأنقوش ذات الاستقلال الذاتي، وكان ذلك عام 1944م، وقسموا اراضيها بين اوستنيا الشمالية، وداغستان، ثم أعاد الروس وحدة هذه الجمهورية يعني الشيشان الأنقوش مرة اخرى في 9 يناير 1957م.

يلاحظ ان الشيشان المهجرين قد أخذوا بعد ذلك التاريخ في العودة الى أوطانهم. وفي 27 اكتوبر عام 1991م، ومع مرجة تحرر الشعوب المسلمة من الاتحاد السوفيتي بعد انهيار الاتحاد السوفيتي اجرى الشيشان انتخابات برلمانية وانتخابات رئاسة الجمهورية وحصل جوهر دوداييف بن داود على نسبة 85% من الأصوات، وكان هذا الزعيم الوطني وقتها رئيسا لمجلس ادارة المؤتمر الوطني للشعب الشيشاني.

FED-PEC0233838

تم اعلان استقلال جمهورية الشيشان في أول نوفمبر عام 1991م، ولم تقبل موسكو هذا الاستقلال ولم تعترف به كما لم تعترف به أية دولة اسلامية ولا غير اسلامية.

ورجح الأنقوش في 30 نوفمبر عام 1991م البقاء تابعين لروسيا، إلا أنه بعد قرار الرئيس الروسي يلتسين استخدام كل الوسائل للقضاء على استقلال الشيشان في ديسمبر عام 1994م، أعلن الأنقوش وقوفهم مع أبناء عمومتهم الشيشان في حربهم ضد روسيا، وكذلك اعلنت داغستان.

* خلال الهجمة الروسية على الشيشان قبل خمسة اعوام عام 1994م حيث سيرت روسيا الى هناك أرتال الدبابات وآلاف المجنزرات وعشرات الألوف من الراجمات والمدافع الثقيلة وعشرات الطائرات القاذفة، ورغم المقاومة المشرفة التي واجهت الروس إلا أن تفوقهم العددي وتطور عتادهم وكثرتهم التي مكنهم من تدمير البنية الأساسية هناك حيث دمرت محطات الكهرباء والمياه والغاز ووسائل الاتصال وكذلك المزارع والبيوت، وأسفرت تلك الهجمة عن تشريد نصف مليون لاجيء، وقتل 22 25 ألفا من أصل مليون ومائتي ألف نسمة.

* الخسائر الناجمة عن الهجمة الحالية من المؤكد انها اكبر بكثير من سابقتها لسببين: الأول ان روسيا تخشى تكرار الهزيمة السابقة القريبة التي ذاقتها في افغانستان وفي الشيشان نفسها، الثاني ان بوتين نائب الرئيس الروسي ورئيس وزرائه يحاول الحصول على انتصار ساحق وشامل ليحرز النجاح الانتخابي الذي يتطلع اليه في قيادة روسيا بعد يلتسين. ان الوضع الراهن وفق ما بثته وكالات الأنباء هو أن قرابة خمسمائة ألف شخص يعيشون على الحدود مع انجوشيا وجورجيا واستونيا الشمالية في خيام في العواصف الثلجية. هذا بالاضافة الى 120 الف نسمة مشردين داخل الشيشان نفسها وهم جميعا من الأطفال والنساء والشيوخ وانتشرت بينهم نزلات البرد والسل والتيفوتيد، وأمراض سوء التغذية، ومات المئات من الأطفال واجهضت النساء وامتلأت الشوارع والمستشفيات بالجثث وأكوام الأشلاء، ولا يزال التدمير والتهجير والتقتيل مستمرا.

أسباب العدوان الروسي على الشيشان:

هناك اسباب كثيرة وراء الاعتداء الروسي على الشيشان يمكن اجمالها فيما يلي:

1 رغبة الروس في تحقيق نصر عسكري يعوض عن هزيمتهم في افغانستان والشيشان نفسها قبل 3 سنوات.

2 عدم استقرار الحالة الصحية للرئيس الروسي.

3 الصراع حول خلافة الرئيس الروسي الحالي بين العناصر السياسية الروسية.

4 رغبة الرئيس يلتسين في الاستمرار في السلطة رغم سوء صحته وذلك من خلال تأخير الانتخابات بسبب الحرب القائمة في الشيشان.

5 أهمية الشيشان الاقتصادية حيث يتوفر البترول بكميات كبيرة وكذلك الغاز الطبيعي خاصة مع تزايد الاهتمام الامريكي في المنطقة من خلال اتفاقيات ومد الأنابيب من جمهورية جورجيا وأذربيجان من بحر قزوين الى البحر الأسود.

وتقدر كمية البترول التي يمكن ان تنتج سنويا في المنطقة 5,4 مليارات برميل سنويا. واما الغاز فقد اكتشفت امريكا أكبر حقول الغاز في العالم في أراضي اذربيجان.

هذه هي أبعاد المأساة بايجاز: شعب مسلم مسالم قوامه مليون نسمة يتعرض للإبادة والتصفية ثلاث مرات خلال خمسين عاما، ولا ذنب له إلا أنه يطلب الحرية والإسلام.

أقول هذه فقط بعض جوانب وصور تلك المأساة، وما خفي اعظم ومن أراد الاستزادة فليطالع التقارير والبث التلفازي اليومي وشبكة الانترنت حول تلك التصفية المتفجرة، ويوجد للمجاهدين موقع على الانترنت يوفر معلومات قد لا تتوفر من مصادر اخرى.

الشيشان جزء من مشكلة العالم الإسلامي:

إن الذي يجري اليوم في الشيشان، وقبلها كوسوفا والبوسنة وكشمير وفلسطين، وما قد يجري بالغد لا قدر الله من ماس جديدة سببه الرئيسي هو ضعف مكانة ومهابة الأمة الاسلامية ككل.

لقد ابتعد جل المسلمين في القرون الماضية عن الإسلام شيئا فشيئا، فضعف دينهم، وهانوا على الله فهانوا على خلقه، وضعفت هيبتهم لدى أعدائهم فكان ما نرى ونسمع واليكم شواهد قليلة لا تخفى على احد تظهر الظلم الذي يقع على المسلمين وتجاهل مطالبهم من قبل الدول صانعة القرار التي تكيل بمكيال بخس عندما يتعلق الامر بالمسلمين:

1 قبل سنوات عند بدء تفكك الاتحاد السوفيتي أعلنت جمهوريات بحر البلطيق استقلالها عن روسيا، ورفضت روسيا ذلك إلا أنها أجبرت على قبول الاستقلال لأن تلك الجمهوريات نصرانية أي تربطها بدول النصارى الأقوياء، وشائج العقيدة، فهب المجتمع الدولي النصراني بتأييد الجمهوريات معنوياً وسياسياً فأثرت روسيا التسليم وقبول الأمر الواقع.

2 عندما تفككت يوغسلافيا، واستقلت كرواتيا، ورغم همجية الصرب وشيوعيتهم فكرا ومعتقدا، الا ان الدخول في حرب لإرغام كرواتيا على البقاء في الاتحاد اليوغسلافي لم تلق رواجا لديهم بعد أن أظهر لهم الغرب عدم الرضا عن ذلك والمحوا لهم بالاكتفاء بالبوسنة والهرسك.

FED-PEC0233839

3 قبل شهرين قرر سكان اقليم تيمور النصارى الاستقلال عن إندونيسيا ولأن الاقليم جزء جغرافي من أندونيسيا فلقد حاولت فرض السيطرة عليه بالقوة، فماذا حدث : حشد أمريكي انجليزي فرنسي، مع تعاون روسي صيني، لإجبار أندونيسيا على الموافقة والخروج من الاقليم، لماذا؟ لأن سكانه نصارى أمثالهم.

إن السبب الرئيسي لما يقع في العالم الإسلامي وجرأة غير المسلمين علينا يكمن في ضعف الأمة الإسلامية وتفكك دولها، أما السبب التابع فهو الصحوة الإسلامية التي تمثلت في الرغبة في العودة الى تعاليم الإسلام. فالغرب والشرق لا يريدون مسلمين يعتزون بعقيدتهم الناصعة وشريعتهم الطاهرة السمحة لان ذلك يظهر تفاهة عقائدهم المشركة الملحدة وسفالة شرائعهم الإباحية المادية.

هذه الصحوة أغاظت اعداء الاسلام شديدا فباركوا كل اعتداء على المسلمين، وساهموا بقدر كبير في اذكاء نيران ماسي لمسلمين إما بمنع المسلمين من الدفاع عن أنفسهم أو بدعم عدوهم سياسيا وعسكريا أو الأمرين معا. أقول هذا أيضا مشاهد ومتوقع ووارد فلا يحتاج منا للتعجب او لذكر شواهد.

لقد أسهم السببان السابقان في تشكيل الموقف الدولي والإسلامي من هذه المأساة:

1 المجتمع الدولي، في عصر العولمة التي تسيطر على العالم بفكر نصراني علماني إباحي ملحد، يساند ويبارك روسيا علانية في ممارستها، فلا رفض ولا استنكار، بل عتاب ظاهري رقيق، وموافقة سرية وتأييد كامل ما دامت روسيا تقتل مسلمين تحت شعار تصفية الإرهاب والأصولية.

2 المجتمع الإسلامي الذي لا تزال جل دوله ومجتمعاته تعاني من ضعف بصورة أو باخرى، عجز حتى عن المواجهة الاعلامية وحتى عن المساعدة الاغاثية الفاعلة فضلا عن النصرة والتأييد، ولا حول ولا قوة إلا بالله.

3 نحن في مؤسسة ترعى الشباب وأرى من أوجب الواجب التوعية بأبعاد تلك المأساة وأسبابها التي ذكرت فالعلة كما ذكرها الله عز وجل في محكم التنزيل: ولا يزالون يقاتلونكم حتى يردوكم عن دينكم إن استطاعوا . والعلاج كما جاء في الكتاب العزيز : وإن تصبروا وتتقوا لا يضركم كيدهم شيئا، والله بما يعملون محيط .

إذن فالعلاج ليس في ان نشجب مواقف غير المسلمين او تنتظر منهم العون والمساعدة، فهؤلاء طووا قلوبهم على بغض الإسلام ويتربصون بأهله الدوائر وليس من المقبول ان يطلب عاقل النجدة من عدوه الذي يسعى الى هلكته بكل الوسائل، ويدبر لذلك ليل نهار .

ان العلاج في العودة الى الله، لأن الله تعالى ربنا وهو قيوم السموات والأرض ومسير الكون، فمن وثق الصلة به ضمن النصر اجلا أو عاجلا وأيا كانت عدة عدو الله فهو تحت مشيئة الله وقدرته والدنيا لا تساوي عند الله جناح بعوضة فيكون الدرس الذي يجب ان نعيه ان عودتنا لديننا هي رفعة لنا عند الله وقوة لنا في الارض وتمكينا للإسلام وترسيخا لمهابته ولا علاج لنا في العاجل ولا الآجل إلا ذلك.

لقد شرفنا الله تعالى بان جعلنا خير أمة أخرجت للناس وشرفنا الله تعالى بأن عاصرنا الصحوة المباركة، وشرفنا الله تعالى بأن شهدنا رايات الجهاد ترفع في العديد من دور الإسلام وجميعها إرهاصات وبوادر تبشر بخير . فما هو الواجب علينا اليوم؟ العودة الى الإسلام هي أولى الخطوات والغايات وهذا يتم من خلال الأمور الآتية:

1 الإيمان بالله وحده وبالعلم والفهم الصحيح لتعاليم الإسلام ومقاصد شريعته السمحة الغراء، وبالدعوة الى الله تعالى ودينه الحنيف على علم وبصيرة.

2 المثبرة في طلب العلم بأنواعه والتسلح به بعد الايمان بالله عز وجل من خلال اعداد القوة المطلوبة.

3 الحرص على الجد والعمل المتقن المتميز والتفاعل مع القضايا الإسلامية بفاعلية.

4 الحرص على دعم الصحوة الإسلامية والمساهمة في تناميها، كل حسب طاقاته وقدراته وامكاناته وتفعيل دور التضامن الإسلامي وتحقيق الأخوة الإسلامية ومفهوم الجسد الواحد.

كيف تتعامل مع مأساة الشيشان:

أؤكد أولا على ان ما يحدث في الشيشان وان كان كارثة خطيرة ومأساة مفجعة إلا أن ذلك يجب الا يفت في عضدنا او يضعف همتنا او يداخلنا منه بأس وانهزام، فالشيشان يجاهدون استجابة لأمر الله تعالى بمحكم التنزيل : يا أيها النبي جاهد الكفار والمنافقين . وجاهدوا في الله حق جهاده واتباعا لهدى رسولنا صلى الله عليه وسلم القائل في الصحيح: (أفضل العمل: الإيمان بالله والجهاد في سبيله) وقوله: (إن في الجنة مائة درجة أعدها الله للمجاهدين في سبيل الله، ما بين الدرجتين كما بين السماء والأرض)..

وهم كما أخبرنا رب العزة ما بين شرقين: نصر في الدنيا أو شهادة عالية المكانة والرفعة قل هل تربصون بنا إلا إحدى الحسنيين ونحن نتربص بكم أن يصيبكم الله بعذاب من عنده أو بأيدينا.

وأؤكد ثانيا على ان هؤلاء المسلمين الأبطال المجاهدين الصامدين يستحقون منا الدعم والدعاء وبذل كل طاقاتنا لنصرتهم ويذيقونهم طعم الهزيمة مجددا.

لقد ضربوا أمثالا رائعة سوف يسجلها لهم التاريخ في أنصع صفحاته واجهوا عدو الله وعدوهم بكل شجاعة وقوة، ولم يرهبهم كثرة عددهم وعتادهم وضخامة آلة الحرب التي معهم، فحاربوا وقاتلوا وأوقعوا بصفوف الروس خسائر عظيمة واجبروا الروس في الاولى على الانسحاب، وسوف يجبرونهم في الثانية كذلك بإذن الله تعالى على الانسحاب ويذيقونهم طعم الهزيمة مجددا.

FED-PEC0233840

وأسوق هنا بعض الشهادات لقادة روس لأن الحق ما شهد به الأعداء يقول عنهم احد القادة الروس في مذكراته: إن الشيشان يستحقون كخصوم كل تقدير واحترام، وفي وسط الغابات والجبال لا تستطيع أية قوة ان تغلبهم، فهم رماة مهرة شجعان أذكياء وينتهزون فرصة كل خطأ ارتكبناه لتدميرنا

ويقول اخر: لقد رأيت بعضهم أثناء القتال ممزقين إربا وأجسادهم مثقوبة كالمنخل ومع ذلك كانوا يستمرون في القتال كأنهم لا يشتكون من شيء.

وثالث يقول: حاصرنا منزلا اختبأ فيه مجاهدون فأبوا تسليم أنفسهم فأشعلنا النار في المنزل فخرجوا بسلاحهم يمطروننا برصاصاتهم فلما فرغت ذخيرتهم تقدموا نحونا بالسيوف حتى قتلناهم جميعا .

ويقول روسي وقع في الأسر: إنهم لا يعاملوننا معاملة تختلف عن جرحاهم وأطباؤهم لا يسبونا كما يفعل الأطباء الروس: إذ ذهب إليهم الجريح الروسي يقولون له: فلتمت أيها الوغد.

كما أسوق هذه الكلمة لأم تودع ابنها الذي استشهد اخواه: اذهب يا ولدي، مت وانت تحارب في سبيل دينك ووطنك ومن أجل حريتك ان هذا الموت أفضل من الحياة تحت نير الروس، تذكر والدك حين طلب مني أن أخرج بأسناني من كبده رصاصة روسية قبل أن يموت، لأنه لم يود أن تصعد روحه الى بارئها وفي جسده رصاصة كافرة.

أما العدو الذي يحاربونه فهو عدو غشوم حاقد، ورث آلة حرب هائلة مع حقد عارم دفين من عهد القياصرة الذين نصبوا أنفسهم سادة، والشيوعيين البلاشفة الذين أزعجهم عدم ذوبان المسلمين في فكرهم الالحادي الإباحي، والصليبيين الذين توارثوا كراهية الإسلام وأرضعوها وتصور النقول التالية صفات الروس وهذا بعض ما قالوه عن أنفسهم:

1 رئيسة لجنة أمهات الجنود الروس تقول: يريد الروس إبقاء حقيقة ما يجري طي الكتمان وهذه خطة إبادة مقصودة للشعب الشيشاني.

2 ويقول وكيل وزارة الخارجية الروسي: لقد أساءت الحكومة الروسية إدارة الأزمة الشيشانية إساءة مقصودة دون شك.

3 امرأة روسية الأصل في جروزني: إنني أشعر بالعار من كوني روسية وان جنود يلتسين يتصرفون كالحيوانات.

4 ويقول رابع: لقد كنت واحدا من المعارضين للأساليب التي نتبعها في القوناز والتي تذكر بجميع الأعمال الوحشية التي قام بها الأسبان في بداية استعمارهم لأمريكا .

ماذا قدمت الهيئات الإسلامية؟:

أسهمت الهيئات الإسلامية ببعض الجهود المتواضعة لمساعدة مسلمي الشيشان. وسوف أذكر بعض ما قدمته الندوة كمثال على جهود الهيئات الإسلامية وأثني باختصار عن جهود المملكة من خلال اللجنة المشتركة لمسلمي كوسوفا والشيشان:

1 منذ عام خمسة عشر واربعمائة وألف للهجرة أسست الندوة العالمية للشباب الإسلامي : لجنة شباب الجمهوريات الإسلامية وروسيا الاتحادية، لرعاية المسلمين في تلك المناطق من خلال محوري الدعوة والإغاثة، وقد حققت اللجنة خلال مسيرتها الخماسية من عام 1415 حتى 1420ه إنجازات متعددة في جوانب دعوية وعلمية وإغاثية للمسلمين في تلك الجمهوريات، قد لا يتسع المقام لذكرها في هذه العجالة.

2 ولكن لا بأس ان نقف على بعض ما قدمته الندوة لمسلمي الشيشان في أزمتهم الاولى، حيث سيرت الندوة قافلتين مباركتين لإغاثة الشعب الشيشاني تحت مسمى قافلة مكة المكرمة قافلة المملكة العربية السعودية كانتا محملتين بما يربو على 100 طن من المواد الغذائية المتنوعة وبعض الأجهزة والمواد الطبية، التي وزعت على الفقراء والمتضررين الشيشان.

3 وعلى الصعيد الدعوي كفلت اللجنة 50 قاضيا في جمهورية الشيشان، وقدمت مساعدات مالية لمعهد القضاة الشرعي تزيد على نصف مليون ريال.

اما بعد العدوان الغاشم الأخير فقد قدمت الندوة المساعدات الآتية لمسلمي الشيشان:

1 إرسال حاويتين سعة 20 طنا للحاوية الواحدة محملة بالمواد الغذائية والملابس والبطانيات والمواد الطبية الى اللاجئين الشيشان.

2 شراء سيارتي اسعاف لنقل المصابين والمتضررين الى المستشفيات.

3 توزيع مواد غذائية وملابس وبطانيات على اللاجئين الشيشان.

4 تنفيذ مشروع تفطير الصائمين للمهجرين الشيشان.

5 تحديد أماكن تواجد اللاجئين ووضع خطة اغاثية لهم ومعرفة احتياجاتهم.

6 القيام بنشاطات دعائية وإعلامية للتعريف بالقضية الشيشانية.

7 المشاركة في برنامج حول المساعدات الشيشانية في محطة اقرأ الفضائية.

8 تنفيذ حملة بريدية على مستوى منطقة الرياض لبيان مأساة الشيشان.

FED-PEC0233841

9 إرسال ما يربو على 20 طنا من التمور الى اللاجئين الشيشان.

10 عقد مؤتمر صحفي حول أوضاع المهاجرين الشيشان.

11 المشاركة في عدد من البرامج الإذاعية والتليفزيونية واللقاءات الصحفية والمحاضرات العامة للتعريف بهذه القضية المهمة.

الى غير ذلك من المشاريع المختلفة التي قدمتها الندوة بعون الله وتوفيقه لمسلمي الشيشان.

وتشرفت الندوة العالمية للشباب الإسلامي بعضوية اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان، ولن تألو جهدا في تقديم وسعها لتحقيق الأهداف والخطة المرسومة من قبل اللجنة السعودية المشتركة، والتي تتمثل بإيجاز فيما يلي:

1 بيان مأساة المسلمين الشيشان وأوضاع اللاجئين والنازحين والحث على دعمهم وإغاثتهم من خلال وسائل الإعلام المختلفة المرئية المسموعة المقروءة .

2 المشاركة في فريق العمل المنتدب للسفر الى أماكن تواجد اللاجئين، والترتيب لإعداد الخطط المناسبة لتوزيع المساعدات عليهم.

3 إعداد حملة إعلامية مناسبة خلال شهر رمضان وغيره.

4 التنسيق لتنظيم مخيمات طبية في أوساط اللاجئين.

5 إقامة المعارض والأسواق الخيرية التي يكون ريعها للمتضررين الشيشان.

6 عقد الندوات لبحث الوسائل المناسبة لسد حاجة الشيشانيين وتخفيف مأساتهم.

ختاما: لا نريد الإطالة عليكم، فمجمل خطتنا لإغاثة الشعب الشيشاني التي هي خطة اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان تتمثل في أربع عبارات خطط تغطية إعلامية مباركة خطط إدارية زيارات ميدانية تنفيذية تقديم برامج إغاثية متنوعة .

وجدير بالذكر ان الندوة العالمية للشباب الإسلامي ضاعفت جهودها واستنفرت كافة فروعها داخل المملكة وخارجها لخدمة القضية الشيشانية وتنفيذ الخطة الإغاثية المرسومة للمهجرين الشيشان.

والسؤال الذي يفرض نفسه هو: ماذا يحتاج مسلمو الشيشان منا اليوم؟

1 إنهم يحتاجون المال لشراء السلاح والعتاد.

2 ويحتاجون الطعام والكساء والدواء والخيام.

3 ويحتاجون الدعاة ومواد الدعوة لتوعيتهم، فهم سنيون، غيبوا عن الإسلام قرابة سبعين عاما وتمسكوا به في ظروف صعبة تكاد تشابه ظروف محاكم التفتيش. وهاهم اليوم يظهرون كل الحب والشوق للرجوع الى تعاليمه.

4 وهم يحتاجون منا الدعاء لهم في الصلوات والأسحار .

5 ويحتاجون الإشادة بجهادهم وصمودهم وان نكف عنهم الألسن التي تحاول ان تصور جهادهم على أنه قومي أو أنهم لم يعدوا العدة ولم يحسنوا الترتيب.

6 يحتاجون لموقف إسلامي موحد، يبدأ من الفرد وعلى صعيد الأسرة والوطن والأمة ككل، يجب ان يعرف الأطفال الصغار بقضيتهم وان نحفز هم للتبرع لهم وان نواسيهم بما نستطيع من مواساة، لننقل من أوقات الترفيه ووسائله ولننقل لأبنائنا ان ذلك هو أدنى مشاركة وجدانية لهذه الامة التي تباد لأنهم مسلمون، لنقاطع أي منتج روسي، وليرتب كل منا لاقتطاع جزء من دخله لدعمهم.

7 لابد من رفع الصوت الإسلامي ضد العدوان الروسي على كافة المستويات الرسمية والشعبية من خلال حث الدول لإسلامية وكذلك الأفراد للاحتجاج على العدوان الروسي لدى الحكومة الروسية وشعاراتها في كل مكان ولدى المنظمات الدولية في العالم.

وأبشركم بالنصر القريب بإذن الله.

1 فالصحوة الإسلامية في تنام ولله تعالى الحمد، ولعل هذا هو الذي يقلق الشرق الشيوعي والغرب المشرك، فهم يخشون أن يستيقظوا يوما فإذا المسلمون يامرونهم بدفع الجزية.

2 والصراع حول خلافة يلتسين الذي يرفض الكثيرون سياسته، والفساد الذي استشرى داخل الإدارة الروسية ووصل حد سرقة الأموال المخصصة لروسيا من صندوق النقد الدولي وتحويلها الى حسابات قيادات روسية في البنوك الأوروبية، جميع هذه الإرهاصات تبشر بسقوط روسيا وحكومتها الطاغية.

3 والله تعالى وعدنا بأن يظهر هذا الدين على الدين كله، ورسولنا صلى الله عليه وسلم بشرنا بأن هذا الدين سيبلغ في انتشاره ما بلغ الليل والنهار وإنه لن يوجد بيت إلا دخله الإسلام، بعز عزيز أو بذل ذليل، عز يعز الله به الإسلام وأهله وذل يذل به الكفر وأهله.

فالنصر قادم والإسلام باق والله تعالى غالب على امره، اسأل الله تعالى لإخواننا المجاهدين في الشيشان وداغستان الثبات والمدد والنصر المبين.

واسأله جل وعلا لأبنائهم وذرياتهم وضعفائهم ان ينزل عليهم الرحمات والسكينة، وأن يكسوهم ويطعمهم

FED-PEC0233842

ويؤوويهم ويشافيهم.وأسأله جل وعلا لكل من دعمهم ودعا لهم ونافح عن قضيتهم جزيل الأجر والمثوبة.
وآخر دعوانا أن الحمد لله رب العالمين.

* الأمين العام للندوة العالمية للشباب الإسلامي

وعضو مجلس الشورى

FED-PEC0233843



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language**: Arabic > English

**Document title**: FED-PEC 233836-233843

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: *Farah Alshekhli*      **Date**: July 23, 2019

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095