In the name of Allah, the Gracious, the Merciful

**World Assembly of Muslim Youth**                               [Duplicate Text]



[Logo of WAMY]

Confidential: Attorney - Client
Communications

---

[Duplicate Text]
Office of the Secretary General                   No. 6900
                                                  Date: 12/17/1413 AH (06/08/1993 AD)

His Excellence Dr. Khalid bin Mohamed Al Anqari, may Allah bless him
Minister of Higher Education
May the peace, mercy, and blessings be upon you.

The World Assembly of Muslim Youth is delighted to convey to you its best greetings, asking Allah the almighty that you are doing well.

This is with reference to your written telegram No. 13/1/13289, dated 11/12/1413 AH (05/04/1993 AD), regarding your request to know the donations given by the Kingdom of Saudi Arabia to the World Assembly of Muslim Youth since the World Assembly's establishment.

Please note that the World Assembly received the following amounts from the government of the Kingdom of Saudi Arabia:

4,000,000.00 SR – Donation to the World Assembly by Ministry of Education;
101,750,000.00 SR – Donation to the World Assembly by Ministry of Higher Education;
-------------
105,750,000.00 SR – Total donations to the World Assembly
3,250,000.00 SR – Donation to the world conferences held by the World Assembly
-------------
109,000,000.00 SR – Grand total of donations

May Allah bless you. Please accept our kindest regards.
May the peace, mercy, and blessings be upon you.

Secretary General
Of the World Assembly of Muslim Youth
Dr. Manei bin Hammad Al Juhani
[Signed]

S/M-370

Confidential: Attorney-Client Communications

---

P.O. Box 10845 – Riyadh 11443 – Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia    Tel. (01) 4641669 – Cable: ISLAMIYAH RIYADH                [Duplicate Text]
Tlx. 400413/405220    ISLAMI SJ    Fax: (01) 4641710/4641676

WAMYSA1249537



EXHIBIT
WOHAIBI
320
LVF 10-23-19



EXHIBIT

WAMY EX. 53



World Assembly of Muslim Youth

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

الندوة العالمية للشباب الأسلامي

مكتب الأمين العام

Office of the Secretary General

الرقم ........ ٠٠٩٦

التاريخ .. ١٧/١٢/١٤١٣هـ

معالي الأخ الفاضل الدكتور / خالد بن محمد العنقري
وزير التعليم العالي                                   حفظه الله

السلام عليكم ورحمة الله وبركاته ..

يطيب للندوة العالمية للشباب الاسلامي أن تهديكم أطيب تحياتها
راجية من المولى عز وجل أن تكونوا على خير ما يحب ربنا ويرضى .

اشارة لبرقيتكم الخطية رقم ١٣٢٨٩/١/١٣ المؤرخة في ١٤١٣/١١/١٢هـ ،
بخصوص طلبكم معرفة ما قدمته المملكة العربية السعودية للندوة
العالمية للشباب الاسلامي منذ انشائها من اعانات وغيرها .

أفيدكم ان الندوة تلقت المبالغ الآتية من حكومة المملكة العربية
السعودية :

ـ   ٤.٠٠٠.ر٠٠   ريال مساعدة للندوة من خلال وزارة المعارف .
ـ   ١٠١.٧٥٠.ر٠٠   ريال مساعدة للندوة من خلال وزارة التعليم العالي .

١٠٥.٧٥٠.ر٠٠ ريال مجموع المساعدات المقدمة للندوة .
٣.٢٥٠.ر٠٠ ريال مساعدة للمؤتمرات العالمية التي عقدتها الندوة .

١٠٩.٠٠٠.ر٠٠ ريال المجموع الكلي للمساعدات .

بارك الله فيكم ، وتفضلوا بقبول فائق الاحترام ..

والسلام عليكم ورحمة الله وبركاته .. ،،

الأمين العام
للندوة العالمية للشباب الاسلامي

د . مانع بن حماد الجهني

س/م ـ ٣٧٠

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia. Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 4C0413/405220  ISLAMI SJ, Fax. (01) 4641710/4641676

WAMYSA1249537



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language**: Arabic > English

**Document title**: WAMYSA 1249537

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:    Farah Alshekhli

**Qualifications**:   BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: *Farah Alshekhli*                    **Date**: July 1, 2019