In the name of Allah, the
Gracious, the Merciful



Confidential: Attorney-Client
Communications
[Duplicate Text]

**World Assembly of Muslim Youth**

[Logo of WAMY]

[Duplicate Text]

---

[Duplicate Text]
Office of the Assistant Secretary General

No. 9734
Date: 11/29/1414 AH (05/10/1994 AD)

**His Excellency brother Saud bin Abdullah bin Taleb, may Allah bless him**
**General Director of the Administrative and Financial Affairs**
**At the Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance**
**May the peace, mercy, and blessings of Allah be upon you.**
Please accept my kindest greetings. I ask Allah the almighty that you are doing well

This is with reference to the minutes of the meeting between you and Dr. Manei bin Hammad Al Juhani, dated 11/21/1414 AH (05/02/1994 AD), about discussing the Saudi Government's payment to the World Assembly of Muslim Youth, totaling 5,250,000.00 Saudi Riyal.

Please note that the Secretariat General's Council of the World Assembly, held in the city of Riyad between 11/16-18/1414 AH (04/27-29/1994 AD), had decided to distribute this assistance to the Secretariat General of the World Assembly and to the World Assembly's offices at home and abroad, as specified in the attached statement.

Allah willing, we will send you a closing statement at the end of the fiscal year indicating the amounts spent.

We hope that you could send the assistance to the World Assembly so that the World Assembly can carry out its tasks.

May the peace, mercy, and blessings be upon you.

[SEAL: *World Assembly of Muslim Youth,*
*Secretariat General, Riyadh*]

S/M 93

Your brother
Assistant Secretary General
Of the World Assembly of Muslim Youth
Dr. Ibrahim bin Hamad Al Qaeed
[*Signed*]

---

P.O. Box 10845 – Riyadh 11443 – Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia     Tel. 464 1663/4641669 – Cable: ISLAMIYA Riyadh

[Duplicate Text]

WAMYSA1249281



EXHIBIT
WOHAIBI
319
LVF  10-23-19



EXHIBIT
WAMY EX. 54

Confidential: Attorney-Client Communications
[Duplicate Text]

**DISTRIBUTION OF THE WORLD ASSEMBLY'S BUDGET
AS DECREED BY THE MEMBERS OF THE SECRETARIAT GENERAL'S COUNCIL
IN THEIR MEETING IN THE CITY OF RIYADH
FROM 11/16-18/1414 AH (04/27-29/1994 AD)**

| Saudi Riyal | |
| --- | --- |
| 1,650.000.00 | The Main Office in Riyadh |
| 750,000.00 | The World Assembly's Office in Jeddah |
| 150,000.00 | The World Assembly's Office in the Eastern District |
| 150,000.00 | The World Assembly's Office in the Medina |
| 150,000.00 | The World Assembly's Office in the Southern District |
| 75,000.00 | The World Assembly's Office in Kenya |
| 75,000.00 | The World Assembly's Office in Nigeria |
| 75,000.00 | The World Assembly's Office in the Sudan |
| 75,000.00 | The World Assembly's Office in Senegal |
| 75,000.00 | The World Assembly's Office in Malawi |
| 125,000.00 | The World Assembly's Office in Malaysia |
| 125,000.00 | The World Assembly's Office in Bangladesh |
| 125,000.00 | The World Assembly's Office in the Islamic Republics |
| 150,000.00 | The World Assembly's Office in Dubai |
| 375,000.00 | The World Assembly's Office in Western Europe |
| 187,500.00 | The World Assembly's Office in Eastern Europe |
| 375,000.00 | The World Assembly's Office in North America |
| 375,000.00 | The World Assembly's Office in South America |
| 187,500.00 | The World Assembly's Office in New Zealand and Australia |

Total: 5,250,000.00 Saudi Riyal

S/M – Distribution

Confidential: Attorney-Client Communications
[Duplicate Text]

WAMYSA1249282

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications



بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

الرقم ..... ٩٧٣٤
التاريخ ..... ١٤١٤/١١/٢٩

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

سعادة الأخ الفاضل / سعود بن عبد الله بن طالب        حفظه الله
المدير العام للشئون الادارية والمالية
بوزارة الشئون الاسلامية والاوقاف والدعوة والارشاد

السلام عليكم ورحمة الله وبركاته ..

أحييكم أجمل تحية راجيا الله عز وجل أن تصلكم رسالتى هذه وأنتم
فى أحسن حال وأهدأ بال .

اشارة لمحضر الاجتماع الذى تم بينكم وبين الأخ الدكتور مانع حماد
الجهنى فى ١٤١٤/١١/٢١هـ بخصوص مناقشة صرف اعانة حكومة المملكة
العربية السعودية للندوة العالمية للشباب الاسلامى والبالغة ٠٠٠،٢٥٠ر٥
ريال .

أفيدكم أن مجلس الامانة العامة للندوة المنعقد فى مدينة الرياض
للفترة من ١٦ - ١٤١٤/١١/١٨هـ قرر توزيع هذه الاعانة على الامانة العامة
للندوة ومكاتبها بالداخل والخارج كما هو موضح فى الكشف المرفق .

وان شاء الله سوف نوافيكم فى نهاية العام المالى بكشف ختامى
يوضح المبالغ المصروفة فعلا .

نرجو التكرم بالعمل على صرف المعونة للندوة لتتمكن من القيام
بمهامها .

والسلام عليكم ورحمة الله وبركاته ،،،

أخوكم
الأمين العام المساعد
للندوة العالمية للشباب الاسلامى



د . ابراهيم بن حمد القعيد

س/م - ٩٣

P. O. Box 10845 — Riyadh 11443 — Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia — Tel 4641663/4641669 — Cable: ISLAMIYAH Riyadh

ص . ب . ١٠٨٤٥ - الرياض ١١٤٤٣ - شارع الأمير سلطان بن عبدالعزيز - العليا
مملكة العربية السعودية - هاتف : ٤٦٤١٦٦٩/٤٦٤١٦٦٣ (٠١) - برقأ : اسلامية الرياض

WAMYSA1249281

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

## توزيع ميزانية الندوة
### حسب ما أقره أعضاء مجلس الامانة
### فى اجتماعهم بمدينة الرياض
### من ١٦ ـ ١٨ ذو القعدة ١٤١٤هـ

| ريـال | | |
|---|---|---|
| ١٠٥٠.ر.٠٠٠ | المقر الرئيسي بالرياض | |
| ٧٥.ر.٠٠٠ | مكتب الندوة بجـدة | |
| ١٥٠.ر.٠٠٠ | «« | «« بالمنطقة الشرقية |
| ١٥٠.ر.٠٠٠ | «« | «« بالمدينة المنورة |
| ١٥٠.ر.٠٠٠ | «« | «« بالمنطقة الجنوبية |
| ٧٥.ر.٠٠٠ | «« | «« بكينيا |
| ٧٥.ر.٠٠٠ | «« | «« بنيجيريا |
| ٧٥.ر.٠٠٠ | «« | «« بالسودان |
| ٧٥.ر.٠٠٠ | «« | «« بالسنغال |
| ٧٥.ر.٠٠٠ | «« | «« بملاوى |
| ١٢٥.ر.٠٠٠ | «« | «« بماليزيا |
| ١٢٥.ر.٠٠٠ | «« | «« ببنجلاديش |
| ١٢٥.ر.٠٠٠ | «« | «« بالجمهوريات الاسلامية |
| ١٥٠.ر.٠٠٠ | «« | «« بدبى |
| ٣٧٥.ر.٠٠٠ | «« | «« فى اوروبا الغربية |
| ١٨٧.ر٥٠٠ | «« | «« ٬  «« الشرقية |
| ٣٧٥.ر.٠٠٠ | «« | «« ٬ امريكا الشمالية |
| ٣٧٥.ر.٠٠٠ | «« | «« ٬  «« الجنوبية |
| ١٨٧.ر٥٠٠ | «« | «« ٬ نيوزيلاندا واستراليا |

المجموع  ريـال  ٢٥٠٠.ر.٠٠٠

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

س/م ــ توزيع

WAMYSA1249282



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language**: Arabic > English

**Document title**: WAMYSA 1249281

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: *Farah Alshekhli*                    **Date**: July 2, 2019



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language**: Arabic > English

**Document title**: WAMYSA 1249282

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:   Farah Alshekhli

**Qualifications**:   BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: *Farah Alshekhli*                    **Date**: July 2, 2019