[illegible]
[illegible]

---



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام

*Office of the Secretary General*



الرقـم .......... ٨٩٧٣ ..........

التاريـخ ........ ٢٢ /١١ /١٤ ........

No. 8973
Date: April 13, 1994

H.E. Dr. Abdullah bin Abdul Mohsen Al-Turki
Minister of Islamic Affairs, Endowments, Preaching and Guidance

Peace be upon you, God's mercy and blessings

As you know, the World Assembly of Muslim Youth was established more than twenty years ago and is still performing the mission for which it was established - thanks to God Almighty - and the moral and material support provided by the government of the Kingdom of Saudi Arabia, where the wise government provided the symposium with a subsidy of six million riyals to fulfill its mission.
This aid was disbursed by the Ministry of Higher Education. Due to the economic conditions that the region was going through, this aid was reduced to 5,250,000 riyals, and when things returned to normal, the seminar aid remained the same.

Due to the transfer of the World Assembly of Muslim Youth from the Ministry of Higher Education to the Ministry of Islamic Affairs, Endowments, Call and Guidance, the symposium's aid has been transferred to the budget of your esteemed ministry.

Please kindly instruct the necessary persons to expedite the transfer of God's aid to the World Assembly of Muslim Youth to enable us to fulfill some of the financial obligations that have come due since the beginning of the current fiscal year and to enable the Najwa to fulfill its mission.

I thank and appreciate Your Excellency for your good attention and care for Islamic work in general and the symposium in particular. May Allah reward you with the best reward.

And peace be upon you, and God's mercy and blessings
[stamp]

Secretary-General
World Assembly of Muslim Youth

[signature]

Dr. Maneh bin Hammad al-Johani

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx.: 400413 / 405220 ISLAMI SJ, Fax.: (01) 4641710

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤٦٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥
٤٦٤١٦٦٩ / ٤٦٤١٦٦٣ ـ برقياً: إسلامية الرياض
تلكس: ٤٠٠٤١٣ / ٤٠٥٢٢٠ إسلامي أس جي، فاكس: (٠١) ٤٦٤١٧١٠

CONFIDENTIAL

CONFIDENTIAL

WAMYSA1235395

EXHIBIT
WAMY EX. 55



(١) مسوده

وزارة الشئون الاسلامية

**World Assembly of Muslim Youth**      الندوة العالمية للشباب الاسلامي

مكتب الأمين العام

الرقــم ........... ٣.٧.٨٩ ...........

*Office of the Secretary General*

التاريخ ........ ٢٠١٤/١١/ ...........

معالى الأخ الفاضل الدكتور / عبد الله بن عبد المحسن التركى

وزير الشئون الاسلامية والاوقاف والدعوة والارشاد      حفظه اللـه

السلام عليكم ورحمة الله وبركاته ..

كما تعلمون ان الندوة العالمية للشباب الاسلامى تم تأسيسها منـــذ أكثر من عشرين عاما وهى ماتزال تقوم بتأدية رسالتها التى أسســت من أجلها ـ بفضل اللـه سبحانه وتعالى ـ وما تقدمه حكومة المملكة العربية السعودية لها من دعم معنوى ومادى ، حيث كانت الحكومة الرشيدة تقـــوم بتقديم معونة للندوة مقدارها ستة ملايين ريال لتأدية رسالتهـــــا . وكانت هذه المعونة تصرف لها من وزارة التعليم العالى . ونظرا للظروف الاقتصادية التى كانت مرت بها المنطقة فقد تم تخفيض هذه المعونة الـى ٥ر٢٥٠.٠٠٠ ريال وعندما عادت الأمور لما كانت عليه بقيت معونة النـدوة كمـا هى .

ونظرا لنقل ارتباط الندوة العالمية للشباب الاسلامـــــى من وزارة التعليم العالى الى وزارة الشئون الاسلامية والاوقاف والدعوة والارشــاد فقد تم نقل معونة الندوة الى ميزانية وزارتكم الموقرة .

أرجو التكرم بالايعاز لمن يلزم بسرعة تحويل المعونة الى النـدوة العالمية للشباب الاسلامى لنتمكن من الوفاء ببعض الالتزامات المـاديـــة التى قد حلت منذ بداية السنة المالية الحالية ولتمكين النـــــدوة من تأدية رسالتها .

شاكرا ومقدرا لمعاليكم حسن اهتمامكم ورعايتكم للعمل الاسلامى عامة والندوة خاصة .. وجزاكم اللـه خير الجزاء .

والسلام عليكم ورحمة اللـه وبركاته ...،

الامين العـــام

للندوة العالمية للشباب الاسلامى

د . مانع بن حماد الجهنــى

س/م ـ ٥٩

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx.: 400413 / 405220 ISLAMI SJ, Fax.: (01) 4641710

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤٦٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥
السلامية الرياض
تلكس: ٤٠٠٢٢٠ / ٤٠٠٤١٣ إسلامي اس جي، فاكس، ٤٦٤١٧١٠ (٠١)

WAMYSA 1235395

CONFIDENTIAL



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1235395-WAMYSA1235422 (1235395)**

Sworn to before me this
22 day of _____MARCH_____ of 2026

_____
Translation Manager

_____
Notary



