In the name of Allah, the Most Gracious, the Most Merciful

**Kingdom of Saudi Arabia**          [Logo]          Ref.: *8/1/2856*
Ministry of Islamic Affairs, Endowment,                    Date: *12/24/1419 AH*
**Dawah and Guidance**                              Enclosures: *"Check"*
**Office of the Minister**

**Honorable WAMY Secretary-General**          **May Allah grant him success**

**Peace, mercy and blessings of Allah be upon you;**

May Allah grant you health and wellness and lead you to what he likes and pleases;

Attached please find the Ministerial Check No. 3/117304 dated 12/03/1419 AH with the amount of SAR (5,250,000) Only SAR five million two hundred fifty thousand; the annual financial support for the World Assembly of Muslim Youth.

May Allah save and protect you.

**Yours sincerely;**

[Signature]

                                        **Minister of Islamic Affairs, Endowment,**
                                                **Dawah and Guidance**

                                                    [Signature]

                                        **Abdullah bin Abdul Mohsen Al-Turki**


[Stamp:] World Assembly of Muslim Youth – General Secretariat – Incoming No. *9937* – Date: *12/26/1419*]



CONFIDENTIAL                                        WAMYSA1235988



بسم الله الرحمن الرحيم



الرقـم : ٨/١/٢٨٥٦
التاريخ : ٢٢/١٢/١٤١٩هـ
المشفوعات : شيك

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
مكتب الوزير

فضيلة الأمين العام للندوة العالمية للشباب الإسلامي                وفقه الله

سلام عليكم ورحمة الله وبركاته

أما بعد :

فأسأل الله أن يمتعكم بالصحة والعافية وأن يوفقكم لما يحـبـه ويرضاه .

تجـدون بطيـه الشيـك الوزاري ذي الرقـم ٣/١١٧٣٠٤ المؤرخ في

١٤١٩/١٢/٣هـ بمبلغ (٥,٢٥٠,٠٠٠) خمسة ملايين ومئتان وخمسون الـف

ريال ، والذي يمثل ==الدعم السنوي== للندوة العالميه للشباب الإسلامي .

والله يحفظكم ويرعاكم ،،،

والسلام عليكم ورحمة الله وبركاته ،،

وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد

عبـــدالله بن عبــدالمحسن التـــركي

الندوة العالمية للشباب الاسلامي
الامانة العامة
رقم الوارد ٩٩٣٧
التاريخ : ١٩/١٢/٢٢

CONFIDENTIAL                                                                WAMYSA1235988


TRANSPERFECT

# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):        WAMYSA1235988

Source Language(s)   Arabic

Target Language(s)   English

Reason for signature: I approve the accuracy of this document content as written

*Authorized Signature:*

Crystal Dai (Oct 10, 2019)

| | |
|---|---|
| *Name:* | *Crystal Dai* |
| *Title:* | *Project Director* |
| *Date:* | *October 10, 2019* |

**Crystal Dai**
E-signed 2019-10-10 02:23PM CDT
crdai@transperfect.com
TransPerfect
Project Director

## LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS