In the name of Allah, the Gracious, the Merciful

| Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs,<br>Endowments, Da'wah, and Guidance<br>Minister's Office<br>Private Office | [Coat of Arms of Kingdom of Saudi Arabia] | No. 1/6/23/381<br>Date: 05/26/1423 AH<br>(08/05/2002 AD)<br>Attachments: Check |
|---|---|---|

**His Excellency General Secretariat of the World Assembly of Muslim Youth, may Allah bless him**

May the peace, mercy, and blessings of Allah be upon you.

I ask Allah the almighty that you are doing well.

Please find enclosed a check in the amount of (500,000.00) SR. This amount is the first payment of the assistance assigned to the Da'wah activities of the World Assembly as approved in the Royal Order No. 9/B/25515, dated 12/09/1422 AH (02/22/2002 AD).

I hope that you will receive it and notify our office accordingly. Please provide us with detailed reports on those activities.

May Allah the almighty lead you and us to his satisfaction.

**May the peace, mercy, and blessings of Allah be upon you.**

Al Faris

**Saleh bin Abdelaziz bin Mohamed Al Sheikh**
**Minister of Islamic Affairs, Endowments, Da'wah, and**
**Guidance**
[*Signed*]

*Illegible Stamp*
6341

| No. 4068442 | Ministry of Finance and<br>National Economy | Riyad<br>04/01/1423 AH<br>06/12/2002 AD |
|---|---|---|
| Amount<br>500,000.00 SR | | |
| To: Saudi Arabian Monetary Authority | | |
| Pay to the order of | | |
| World Assembly of Muslim Youth | | |
| Through Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance | | |
| An amount of five hundred thousand Saudi Riyal only | | |
| Agency No. 000 000 46 | | |
| Payment Oder No. 5420570 | | |
| | | For/Minister of Finance and<br>National Economy<br>[*Signed*] |

"'068443'" 1001'" 100'"    011000000 28"'

WAMYSA1248831





<div dir="rtl">

٥٤/

بسم الله الرحمن الرحيم

الرقم : ١/٦/٢٣/٣٨١

التاريخ : ٢٦/٥/١٤٤٣هـ

المشفوعات : مشلي




المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
مكتب الوزير
المكتب الخاص

سعادة الأمين العام للندوة العالمية للشباب الإسلامي        وفقه الله

سلام عليكم ورحمة الله وبركاته ، أما بعد :

فأسأل الله لكم العون والسداد .

وتجدون برفقه شيك بمبلغ ( ٥٠٠.٠٠٠ر ) ريال يمثل الدفعة الأولى من الدعم المخصص للمناشط الدعوية للندوة والمعتمدة في الأمر السامي ذي الرقم ٩/ب/٢٥٥١٥ المؤرخ في ١٤٢٢/١٢/٩هـ .

آمل استلامه وإشعار مكتبنا الخاص بمايفيد ذلك ، وموافاتنا بتقارير مفصلة عن تلك المناشط .

أسأل المولى عز وجل أن يوفقنا وإياكم لما فيه رضاه .

والسلام عليكم ورحمة الله وبركاته .

صالح بن عبدالعزيز بن محمد آل الشيخ

وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد



وزارة المالية والإقتصاد الوطني

الرياض في ١٤/٠٤/١٤٢٣هـ
الموافق ١٢/٠٦/٢٠٠٢م

الرقم : ١٤٤٤٨
ريال سعودي
المبلغ : ٥٠٠.٠٠٠/٠٠ *******
إلى مؤسسة النقد العربي السعودي

إدفعوا بموجب
هذا الشيك لأمر : الندوه العالميه للشباب الإسلامي مناولة وزارة الشؤون الإسلاميه والاوقاف والدعوه والإرشاد
مبلغا وقدره : خمسمائة الف ريال سعودي فقط

علي الدبيخ بن عيسى / عبدالله الحمياشي

⑈068443⑈   1001⑈1001:   011000000028⑈
</div>

WAMYSA1248831



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language**: Arabic > English

**Document title**: WAMYSA 1248831

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: *Farah Alshekhli*                    **Date**: July 2, 2019