**World Assembly of Muslim Youth**
**Member of the UN NGO'S**

In the name of Allah, the Gracious, the Merciful    [Duplicate Text]



[Logo of WAMY]

---

[Duplicate Text]

Office of the Secretary General                    No. 8564
                                                   Date: 10/17/1423 AH (12/22/2002 AD)

**His Excellence Mr. Khalid bin Nasser Al Assaf, may Allah bless him**
   **Director of Office of His Highness Prince Abdulaziz bin Fahd for Research and Studies**
   **May the peace, mercy, and blessings of Allah be upon you.**

This is with reference to the letter of His Royal Highness Prince Abdulaziz bin Fahd bin Abdulaziz, dated 08/18/1423 AH (10/25/2002 AD), No. 18486/11/S, to provide the Office of His Royal Highness for Research and Studies with the detailed financial and scientific report on the donation of the guests of the Custodian of the Two Holy Mosques, may Allah bless him, under the supervision of the World Assembly of Muslim Youth, from-Europe and America for the year of 1422 AH (2001 AD).
   I am pleased to enclose to Your Excellency the two (financial and scientific) reports on the Royal donation supervised by the World Assembly of Muslim Youth for the year of 1422 AH (2001 AD).
   **May the peace, mercy, and blessings of Allah be upon you.**

[**SEAL**: *World Assembly of Muslim Youth,*
*Secretariat General, Riyadh*]

**Secretary General**
**Dr. Saleh bin Soliman Al Wahibi**
[*Signed*]

S/M-S- the donation letter

---

P.O. Box 10845 – Riyadh 11443 – Kingdom of Saudi Arabia          [Duplicate Text]
Building 1079 King Fahd Road – Muhammadiah Dist.
Tel. (+9661) 2050000 [Illegible Text]

WAMYSA1248777




EXHIBIT
WAMY EX. 58

**World Assembly of Muslim Youth**
**Member of the UN NGO'S**

In the name of Allah, the Gracious, the Merciful

[Duplicate Text]



[Logo of WAMY]

[Duplicate Text]

Office of the Secretary General

Ref No. ----
Date: ----

## THE FINANCIAL REPORT
### ON THE DONATION OF THE CUSTODIAN OF THE TWO HOLY MOSQUES, MAY ALLAH BLESS HIM UNDER THE SUPERVISION OF THE WORLD ASSEMBLY OF MUSLIM YOUTH FOR THE YEAR OF 1422 AH (2001 AD)

**\* Summary of Program's Financial Statement:**

- (2,250,000.00) SR: First payment of the amount approved for the donation of this year of 1422 AH (2001 AD), received from the Private Office of His Royal Highness Prince Abdulaziz bin Fahd, may Allah bless him;
- (2,250,000.00) SR: Second payment of the amount approved for the donation of this year of 1422 AH (2001 AD), received from the Private Office of His Royal Highness Prince Abdulaziz bin Fahd, may Allah bless him;
- (4,500,000.00) SR: Total payment of the amount approved for the donation of this year of 1422 AH (2001 AD), received from the Private Office of His Royal Highness Prince Abdulaziz bin Fahd, may Allah bless him;
- (1,214,982.00) SR: Surplus amount with World Assembly of Muslim Youth from the Hajj program of year 1422 AH (2001 AD). It will be used in the programs of Hajj and Umrah;
- (3,285,018.00) SR: Total expenses for this year of 1422 AH (2001 AD).

**Details of this year's expenses:**

| | | |
|---|---|---|
| 1. | Travel tickets | (958,706.00) SR |
| 2. | Housing, living, and transportation in Mecca and Medina | (1,485,000.00) SR |
| 3. | Proceeds and fees of Hajj organizations | (235,500.00) SR |
| 4. | Al Huda | (82,760.00) SR |
| 5. | Aids | (204,103.00) SR |
| 6. | Administrative expenses | (195,062.00) SR |
| 7. | Communication | (9,323) SR |
| 8. | Tools and equipment | (21,164) SR |
| 9. | Media and cultural expenses | (43,403.00) SR |
| 10. | Health Affairs | (4,727.00) SR |
| 11. | Petty cash | (45,270) SR |
| Total | | 3,285,018.00 SR |

WAMYSA1248778

P.O. Box 10845 – Riyadh 11443 – Kingdom of Saudi Arabia
Building 1079 King Fahd Road – Muhammadiah Dist.
Tel. (+9661) 2050000 [Illegible Text]

[Duplicate Text]

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Research and Studies Office
Abdulaziz bin Fahd bin Abdulaziz Al Saud



No. 18486/11
Date: 08/18/1423 AH
(10/25/2002 AD)
Attachments: ----

### (URGENT TELEGRAM)

**His Excellency Dr. Saleh bin Soliman Al Wahaibi, may Allah bless him**
**Secretary General of the World Assembly of Muslim Youth**
May the peace, mercy, and blessings of Allah be upon you.

After your review, please provide our Research and Studies Office with a detailed report on the financial and scientific aspects of those hosted by the World Assembly at the cost of the Custodian of the Two Holy Mosques, may Allah bless him, for the Hajj season of year 1422 AH (2001 AD).

Thank you for your efforts, and may Allah bless you.
May the peace, mercy, and blessings of Allah be upon you.

**Abdulaziz bin Fahd bin Abdulaziz Al Saud**

[**SEAL**: *Kingdom of Saudi Arabia, Research and Studies Office, Abdulaziz bin Fahd bin Abdulaziz Al Saud*]

World Assembly of Muslim Youth
General Secretariat
08/24/1423 AH
(10/31/2002 AD)
Incoming No. 9920
Identification No. 8848

8782 Al Salmi

WAMYSA124879

The Royal Palace                 (Riyadh 4829607)                 (Jeddah 6605824)

**World Assembly of Muslim Youth**
**Member of the UN NGO'S**

In the name of Allah, the Gracious, the Merciful



[Logo of WAMY]

[Duplicate Text]

No. 1019/11/2002
Date: 09/11/1423 AH (11/16/2002 AD)

**His Excellency Dr. Saleh bin Ibrahim Babir, may Allah bless him**
**Assistant Secretary General for Offices and International Relations**

May the peace, mercy, and blessings of Allah be upon you.
I ask Allah the almighty that you are doing well.
In reference to your directive to prepare a brief report on the Hajj program, please find enclosed in this letter a brief report on the donation of the Custodian of the Two Holy Mosques, may Allah bless him, for the Hajj season of year 1422 AH (2001 AD). The report highlights the following:

1. The total amounts received from the Office of His Royal Highness Prince Abdulaziz bin Fahd, may Allah bless him, is 4,500,000.00 (only four million five hundred thousand) SR for a number of 300 Hajj from Eastern Europe, Western Europe, the Americas, and Australia;
2. The total expenses are 3,285,018.00 SR (only three million two hundred and eighty-five thousand and eighteen) SR;
3. After the deduction of all the expenses of the donation, the surplus is 1,214,981.00 (only one million two hundred and fourteen thousand nine hundred and eighty-one) SR.

May Allah the almighty bless you.
May the peace, mercy, and blessings of Allah be upon you.

[Handwritten Text]
Brother Muhannad
With greetings
09/25/1423 AH (11/30/2002 AD)

**Offices Accountant**
**Ahmed Al Belidi**
**[Singed]**
09/11/1423 AH (11/16/2002 AD)

---

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaymaniya – Saudi Arabia
Tlx: 400413/405220 – ISLAMI SJ
Cable: ISLAMIYAH RIYADH

Tel. (01) 464 1669 (4) Lines/465 5431
Fax: (01) 464 1710

[Duplicate Text]

WAMYSA1248780

WORLD ASSEMBLY OF MUSLIM YOUTH

## THE FINANCIAL REPORT ON THE DONATION OF THE CUSTODIAN OF THE TWO HOLY MOSQUES FOR THE YEAR OF 1422 AH (2001 AD)

| Balance | Spent | Received | Statement |
|---|---|---|---|
| 2,250,000.00 | | 2,250,000.00 | First payment from the office of His Royal Highness Prince Abdulaziz for the donation of year 1422 AH (2001 AD) |
| 4,500,000.00 | | 2,250,000.00 | Second payment from the office of His Royal Highness Prince Abdulaziz for the donation of year 1422 AH (2001 AD) |
| 4,500,000.00 | | | Total payments from the office of His Royal Highness |
| 3,541,294.00 | 958,706.00 | | Donation's travel tickets |
| [Illegible] | 1,485,000.00 | | Housing, living, and transportation in Mecca and Medina |
| 1,820,794.00 | 235,500.00 | | Proceeds and fees of Hajj organizations |
| 1,738,034.00 | 82,760.00 | | Al Huda |
| 1,533,931.00 | 204,103.00 | | Aids |
| 1,338,869.00 | 195,062.00 | | Administrative expenses |
| 1,329,546.00 | 9,323.00 | | Communication |
| 1,308,382.00 | 21,164.00 | | Tools and equipment |
| 1,264,979.00 | 43,403.00 | | Media and cultural expenses |
| [Illegible] | 4,727.00 | | Health Affairs |
| 1,214,982.00 | 45,270.00 | | Petty cash |
| 1,214,982.00 | 3,285,018.00 | 4,500.000.00 | Total |

Donation's Accountant
Ahmed Al Belidi
[Singed]

WAMYSA1248781

# THE FINANCIAL REPORT

## * Summary of Program's Financial Statement:

- (2,400,000.00) SR: The amount approved for the donation of this year of 1420 AH (1999 AD), received from the private office of His Royal Highness Prince Abdulaziz bin Fahd,-may Allah bless him;
- (556,935,00) SR: An amount given by World Assembly of Muslim Youth for the program of this year of 1420 AH (1999 AD),
- (2,956,935.00) SR: Total operational budget assigned to the donation of this year of 1420 AH (1999 AD),
- (2,956,935.00) SR: Total expense of this year of 1420 AH (1999 AD),
- **Details of this year's expenses:**

| # | | |
|---|---|---|
| 1. | Travel tickets | (982,365.00) SR |
| 2. | Housing (Mecca and Medina) | (759,048.00) SR |
| 3. | Food | (288,583.00) SR |
| 4. | Transportation | (218,082.00) SR |
| 5. | Proceeds and fees of Hajj organizations | (170,434.00) SR |
| 6. | Administrative affairs | (181,244.00) SR |
| 7. | Al Huda | (86,250.00) SR |
| 8. | Public relations | (76,966.00) SR |
| 9. | Tools and equipment | (81,561.00) SR |
| 10. | Media | (50,615.00) SR |
| 11. | Aids | (48,750.00) SR |
| 12. | Health Affairs | (5,824.00) SR |
| 13. | Petty cash | (7,213.00) SR |

WAMYSA1248782



بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

الرقم: ٨٥٦٤    Ref. No :

Date التاريخ: ١٧/ ٢/ ١٤٢٢

مكتب الأمين العام

The Secretary General Office

معالي الأخ الفاضل الأستاذ / خالد بن ناصر العساف

مدير مكتب صاحب السمو الملكي الأمير / عبد العزيز بن فهد للبحوث والدراسات    حفظه الله

السلام عليكم ورحمة الله وبركاته .. ،،

أشير إلى خطاب صاحب السمو الملكي الأمير – عبد العزيز بن فهد بن عبد العزيز – المؤرخ في ١٤٢٣/٨/١٨هـ ذي الرقم ١١/١٨٤٨٦/س لموافاة مكتب سموه للبحوث والدراسات بالتقرير المالي والعلمي المفصل عن مكرمة ضيوف خادم الحرمين الشريفين – يحفظه الله – بإشراف الندوة العالمية للشباب الإسلامي ، من أوروبا وأمريكا لعام ١٤٢٢هـ .

ويسرني أن أرفق لسعادتكم التقريرين (المالي والعلمي ) للمكرمة السامية التي أشرفت الندوة العالمية للشباب الإسلامي على تنفيذها لعام ١٤٢٢هـ .

سائلين الله تعالى للجميع التوفيق والسداد لما يحب ويرضى .

والسلام عليكم ورحمة الله وبركاته .. ،،

الأمين العام



د . صالح بن سليمان الوهيبي

س/م – S – خطاب المكرمة

P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079  King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000  Fax: (+9661) 2050011

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ المملكة العربية السعودية
مبنى رقم ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف ٢٠٥٠٠٠٠ - فاكس ٢٠٥٠٠١١

بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

---

Ref. No : ------------ : الرقم

Date : ------------- : التاريخ

مكتب الأمين العام

**The Secretary General Office**

## التقرير المالي

## لمكرمة خادم الحرمين الشريفين يحفظه الله

## بإشراف الندوة العالمية للشباب الإسلامي لعام ١٤٢٢هـ

**\* موجز البيان المالي للبرنامج :**

- ( ٢,٢٥٠,٠٠٠ ) ريال الدفعة الأولى من المبلغ المعتمد لمكرمة هذا العام (١٤٢٢هـ) الوارد من المكتب الخاص لصاحب السمو الملكي الأمير / عبد العزيز بن فهد — يحفظه الله .

- ( ٢,٢٥٠,٠٠٠ ) ريال الدفعة الثانية من المبلغ المعتمد لمكرمة هذا العام (١٤٢٢هـ) الوارد من المكتب الخاص لصاحب السمو الملكي الأمير / عبد العزيز بن فهد — يحفظه الله .

- ( ٤,٥٠٠,٠٠٠ ) ريال إجمالي المبلغ المعتمد لمكرمة هذا العام (١٤٢٢هـ) الوارد من المكتب الخاص لصاحب السمو الملكي الأمير / عبد العزيز بن فهد — يحفظه الله .

- (١,٢١٤,٩٨٢.) ريالا مبلغ فائض لدى الندوة العالمية للشباب الإسلامي من برنامج حج عام ١٤٢٢هـ وسوف يستفاد منه في برامج الحج والعمرة .

- ( ٣,٢٨٥,٠١٨ ) ريالا إجمالي المصروفات لهذا العام (١٤٢٢هـ).

**\* تفصيل مصروفات هذا العام :**

| | |
|---|---|
| ١- تذاكر السفر . | (٩٥٨٧٠٦) ريالات . |
| ٢- السكن والإعاشة والانتقالات بمكة المكرمة والمدينة المنورة . | (١٤٨٥٠٠٠) ريال. |
| ٣- العوائد ورسوم مؤسسات الطوافة . | (٢٣٥٥٠٠) ريال. |
| ٤- الهدى . | (٨٢٧٦٠) ريالا . |
| ٥- المساعدات . | (٢٠٤١٠٣) ريالات . |
| ٦- المصروفات الإدارية . | (١٩٥٠٦٢) ريالا . |
| ٧- الاتصالات . | (٩٣٢٣) ريالا . |
| ٨- أدوات وتجهيزات . | (٢١١٦٤) ريالا . |
| ٩- المصروفات الإعلامية والثقافية . | (٤٣٤٠٣) ريالات . |
| ١٠- الشؤون الصحية . | (٤٧٢٧) ريالا . |
| ١١- النثريات . | (٤٥٢٧٠) ريالا . |
| الإجمـــــــالي | ٣,٢٨٥,٠١٨ ريالاً |

---

P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079  King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000  Fax:(+9661) 2050011

ص.ب: ٨٤٥١٠ الرياض ١١٤٤٣ WAMYSA - المملكة العربية السعودية
مبنى رقم ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف: ٢٠٥٠٠٠٠(٩٦٦١+) فاكس...٠٥٠٠١١(٩٦٦١+)



الرقم ٦٥٨٤/١٨٤/٢٦٧

التاريخ ٢٢/٨/١٨

المرفقات ........................

المملكة العربية السعودية

عبدالعزيز بن فهد بن عبدالعزيز آل سعود

مكتب البحوث والدراسات

(برقية عاجلة)

سعادة د. صالح بن سليمان الوهيبي

الأمين العام للندوة العالمية للشباب الإسلامي          سلمه الله

السلام عليكم ورحمة الله وبركاته .. أما بعد :

فنأمل بعد اطلاع سعادتكم موافاة مكتبنا للبحوث والدراسات بتقرير مفصل يشمل

الجانبين (المالي والعلمي ) عن من استضافتهم الندوة على نفقة مولاي خادم الحرمين

الشريفين "أيده الله" لحج عام ١٤٢٢هـ .

شاكرين لكم جهودكم والله يحفظكم .

والسلام عليكم ورحمة الله وبركاته ،،،

عبدالعزيز بن فهد بن عبدالعزيز آل سعود





(٨٧٨٢) السلمي

WAMYSA1248779

القصر الملكي ، (الرياض ٤٨٢٩٦٠٧) (جـــده ٦٦٠٥٨٢٤)



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

الرقـم : ١٩/١/١١/...........

التـاريخ : ١١/٩/١٤٢٢هـ

سعادة الأخ الفاضل / د. صالح بن إبراهيم بابعير

الأمين العام المساعد للمكاتب والعلاقات الدولية                    حفظه الله

السلام عليكم ورحمة الله وبركاته ،،،،،

أسأل الله العلي القدير لكم الخير والعافية .. وبعد ،،

إشارة إلى توجيه سعادتكم بعمل تقرر مختصر عن برنامج الحج ، مرفق طى خطابنا هذا تقريـراً مختصراً عن مكرمة خادم الحرمين الشريفين يحفظه الله لبرنامج حج عام ١٤٢٢ هـ ، يتضـح مـن التقرير ما يلـــى : ـــ

١ ـ إجمالى المبالغ الواردة من مكتب صاحب السمو الملكى الأمير عبد العزيز بن فـــهد يحفظـه لله بلغت ٤,٥٠٠,٠٠٠ ريال ( فقط أربعة ملايين وخمسمائة ألف ريال ) وذلك لعــدد ٣٠٠ حـاج مـن أوروبا الشرقية والغربية والأمريكتين واستراليا .

٢ ـ بلغت المصروفات الإجمالية ٣,٢٨٥,٠١٨ ريال ( فقط ثلاثة ملايين ومائتان وخمسة وثمـــانون ألفاً وثمانية عشر ريال ) .

٣ ـ بلغ الفائض بعد خصم جميع مصروفات المكرمة مبلغ ١,٢١٤,٩٨٢ ريال ( فقط واحـد مليـون ومائتان وأربعة عشر ألفاً وتسعمائة وواحد وثمانون ريال ) .

والله تعالى يحفظكم ويرعاكم ،،،

والسلام عليكم ورحمة الله وبركاته ،،،

محاسب المكاتب
١٤٠٢
أحمد البليهى

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي

السليمانية ـ المملكة العربية السعودية ـ هاتف ٤٦٤١٦٦٩ (٠١) أربعة خطوط/ ٤٦٥٥٤٣١

تلكس : ٥٢٢٠ ....... ـ إسلامي إس جي ـ فاكس : ٤٦٤١٧١٠ (٠١)

برقيا : إسلامية الرياض

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH

WAMYSA1248780

الندوة العالمية للشباب الإسلامى

التقرير المالى لمكرمة خادم الحرمين الشريفين لعام ١٤٢٢ هـ

| البيـــــــــــان | الوارد | المنصرف | الرصيد |
|---|---|---|---|
| دفعة أولى من مكتب صاحب السمو الملكى الأمير عبدالعزيز لمكرمة ١٤٢٢ | ٢٢٥٠٠٠٠ | | ٢٢٥٠٠٠٠ |
| دفعة ثانية من مكتب صاحب السمو الملكى الأمير عبدالعزيز لمكرمة ١٤٢٢ | ٢٢٥٠٠٠٠ | | ٤٥٠٠٠٠٠ |
| إجمالى المبالغ التى وردت من مكتب صاحب السمو الملكى | | | ٤٥٠٠٠٠٠ |
| تذاكر السفر الخاصة بالمكرمة | | ٩٥٨٧٠٦ | ٣٥٤١٢٩٤ |
| السكن والإعاشة والإنتقالات بمكة المكرمة والمدينة المنورة | | ١٤٨٥٠٠٠ | ٢٠٥٦٢٩٤ |
| العوائد ورسوم مؤسسات الطوافة | | ٢٣٥٥٠٠ | ١٨٢٠٧٩٤ |
| الهدى | | ٨٢٧٦٠ | ١٧٣٨٠٣٤ |
| المساعدات | | ٢٠٤١٠٣ | ١٥٣٣٩٣١ |
| المصروفات الادارية | | ١٩٥٠٦٢ | ١٣٣٨٨٦٩ |
| الاتصالات | | ٩٣٢٣ | ١٣٢٩٥٤٦ |
| ادوات وتجهيزات | | ٢١١٦٤ | ١٣٠٨٣٨٢ |
| المصروفات الاعلامية والثقافية | | ٤٣٤٠٣ | ١٢٦٤٩٧٩ |
| الشئون الصحية | | ٤٧٢٧ | ١٢٦٠٢٥٢ |
| النثريات | | ٤٥٢٧٠ | ١٢١٤٩٨٢ |
| الإجمالـــــــــى | ٤٥٠٠٠٠٠ | ٣٢٨٥٠١٨ | ١٢١٤٩٨٢ |

محاسب المكرمة

احمد البليدى

WAMYSA1248781



**موجز البيان المالي للبرنامج:**

- ( ٢,٤٠٠,٠٠٠ ) ريال: المبلغ المعتمد لمكرمة هذا العام ( ١٤٢٠هـ ) الوارد من المكتب الخاص لصاحب السمو الملكي الأمير عبدالعزيز بن فهد يحفظه الله.

- ( ٥٥٦,٩٣٥ ) ريالاً : مبلغ مقدم من الندوة العالمية للشباب الإسلامي لبرنامج هذا العام ( ١٤٢٠هـ ).

- ( ٢,٩٥٦,٩٣٥ ) ريالاً: إجمالي الميزانية التشغيلية المخصصة للمكرمة هذا العام ( ١٤٢٠هـ ).

- ( ٢,٩٥٦,٩٣٥ ) ريالاً: إجمالي المصروفات لهذا العام ( ١٤٢٠هـ ).

- تفصيل مصروفات هذا العام:

١– تذاكر السفر ( ٩٨٢,٣٦٥ ) ريال.

٢– السكن ( مكة – المدينة ) ( ٧٥٩,٠٤٨ ) ريال.

٣– التغذية ( ٢٨٨,٥٨٣ ) ريال.

٤– النقل ( ٢١٨,٠٨٢ ) ريال.

٥– العوائد ( رسوم لمؤسسات الطوافة ) ( ١٧٠,٤٣٤ ) ريال.

٦– الشؤون الإدارية ( ١٨١,٢٤٤ ) ريال.

٧– الهدي ( ٨٦,٢٥٠ ) ريال.

٨– العلاقات العامة ( ٧٦,٩٦٦ ) ريال.

٩– معدات وتجهيزات ( ٨١,٥٦١ ) ريال.

١٠– الإعلام ( ٥٠,٦١٥ ) ريال.

١١– المساعدات ( ٤٨,٧٥٠ ) ريال.

١٢– الشؤون الصحية ( ٥,٨٢٤ ) ريال.

١٣– النثريات ( ٧,٢١٣ ) ريال.

❁ ❁ ❁ ❁

WAMYSA1248782



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language:** Arabic > English

**Document title:** WAMYSA 1248777

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications:** BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:** *Farah Alshekhli*          **Date:** July 2, 2019



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language:** Arabic > English

**Document title:** WAMYSA 1248778

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the
above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:**   Farah Alshekhli

**Qualifications:**   BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:** *Farah Alshekhli*                    **Date:** July 2, 2019

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language:** Arabic > English

**Document title:** WAMYSA 1248779

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:**  Farah Alshekhli

**Qualifications:**  BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:** *Farah Alshekhli*            **Date:** July 2, 2019



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language:** Arabic > English

**Document title:** WAMYSA 1248780

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications:** BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:** *Farah Alshekhli*          **Date:** July 2, 2019

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language:** Arabic > English

**Document title:** WAMYSA 1248781

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:**  Farah Alshekhli

**Qualifications:**  BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:** *Farah Alshekhli*                **Date:** July 2, 2019



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language**: Arabic > English

**Document title**: WAMYSA 1248782

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: *Farah Alshekhli*           **Date**: July 2, 2019

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095