03/09/01    10:15    WAMY RIYADH 0966 1 4641710    P01



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

| | |
|---|---|
| Office of the Assistant Secretary General | No. 4307<br>Date: September 2, 2001 |

**Mr. Ibrahim Suleiman Abdullah**

**Director, World Assembly of Muslim Youth, U.S. Office**

Peace, mercy, and the blessings of Allah be upon you.

A wire transfer will be sent to your account within two days, Allah willing, in the amount of one hundred four thousand, seven hundred U.S. dollars (USD 104,700), which is the total donations received from six Islamic organizations in the United States. A list of the names, addresses, and donations of each organization is attached.

We wish to note several important points with respect to these donations, and for all donations received in the future, Allah willing. In general:

1. These amounts represent donations from benefactors of these organizations, from which a deduction of ten percent (10%) has been made to benefit the charitable works sponsored by WAMY in general. The office is not entitled to deduct any additional percentage from these funds.
2. The amount is to be disbursed toward a specific project, and this should be documented in reports, photos, and video recordings. The name of the donor should be displayed on a plaque indicating their contribution to the project, and the plaque should be visible in the required photos and video recordings. If the donation is a sponsorship for students, information on the sponsored students along with their photographs should be sent in the forms designated for this purpose.
3. The credibility of the beneficiary organization should be verified before the donation is sent. If the office has any reservations with respect to the organization, we should be notified before the donation is submitted to them.
4. If the contribution is modest relative to the scale of the project, a specific mechanism will be established between the office and the beneficiary organization, so that this amount is disbursed toward the project.
5. The office is responsible for following up with the organization and providing WAMY with reports supported by photos, video recordings, and the like.

Thank you for your cooperation and attention.

Peace, mercy, and blessings of Allah be upon you.

Assistant Secretary General for Office Affairs
World Assembly of Muslim Youth
[signature]
Dr. Saleh Ibrahim [Babghir]

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Moseed Ibn Jalawi Street
Sulaimaniya  -  Saudi Arabia   -  Tel. (01) 464 1669 (10) Lines / 465 5431
Cable :  ISLAMYAH RIYADH    -    Fax. : (01) 464 1710

ص.ب: ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٤٦٥٥٤٣١
برقياً: إسلامية الرياض    ـ    فاكس: ١٧١٠ ٤٦٤ (٠١)



**EXHIBIT**

**WAMY EX. 59**

WAMY SA 1409





**World Assembly of Muslim Youth**
Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

Office of the Assistant Secretary General

No.:
Date:

**List of Names and Addresses of Islamic Organizations and Donations Collected from Each**

| Organization Name | | City | Contact | Tel. | Fax |
|---|---|---|---|---|---|
| Council on American-Islamic Relations (CAIR) | | Washington | Dr. Nehad Awad | (202) 659-6647 | (202) 659-6654 |
| Amount | USD 45,000 | Donor | [Al-Jamia] Company | Project | Purchase of a headquarters |
| Notes | | Amount from Zakat donations | | | |

| Organization Name | | City | Contact | Tel. | Fax |
|---|---|---|---|---|---|
| Islamic Society of North America (ISNA) | | Indianapolis | | | |
| Amount | USD 27,000 | Donor | [Al-Jamia] Company | Amount | Support ISNA's activities |
| Notes | | Amount from Zakat donations | | | |

| Organization Name | | City | Contact | Tel. | Fax |
|---|---|---|---|---|---|
| Islamic Center | | Irving | Hassan Abdulhayy | (972) 721-9136 | (972) 579-3309 |
| Amount | USD 13,500 | Donor | [Al-Jamia] Company | Project | Second phase of construction of the center's headquarters |
| Notes | | Amount from Zakat donations | | | |

| Organization Name | | City | Contact | Tel. | Fax |
|---|---|---|---|---|---|
| Muslim Academy | | Florida | Ajib Bilal | (813) 987-9282 | (813) 985-4664 |
| Amount | USD 13,500 | Donor | [Al-Jamia] Company | Project | Construction of the Academy's headquarters |
| Notes | | Amount from Zakat donations | | | |

| Organization Name | | City | Contact | Tel. | Fax |
|---|---|---|---|---|---|
| [Al-Quds Islamic Center of the USA] | | Washington | Khalid Moustapha [Tarai] | (202) 548-4200 | (202) 548-4201 |
| Amount | USD 4,500 | Donor | [Al-Jamia] Company | Project | Production of Al-Quds U.S. guide |
| Notes | | | | | |

| Organization Name | | City | Contact | Tel. | Fax |
|---|---|---|---|---|---|
| Al-Fajr Mosque and Islamic School | | Indianapolis | Omar Ikhlas Al-Khitab | (317) 923-2847 | (317) 923-0328 |
| Amount | USD 1,200 | Donor | Dr. Ahmed Saleh Al-Otheim | Project | Construction of the school headquarters |
| Notes | | | | | |

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaed Ibn Jalawi Street
Sulaimanlya  -  Saudi Arabia  -  Tel. (01) 464 1669 (10) Lines / 465 5431
Cable :   ISLAMIYAH RIYADH   -      Fax. :  (01) 464 1710

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٤٦٥ ٥٤٣١
برقياً ، إسلامية الرياض   ●   فاكس : ١٧١٠ ٤٦٤ (٠١)

WAMY SA 1410

03/09/01    10:15    WAMY RIYADH 0966 1 4641710    P01



بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**

**Member of the UN NGO'S**

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

الرقـم : ٢٢٠٧

التاريخ : ١٤/٦/١٤٢٢ﻫ

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

سعادة الأخ الفاضل / الأستاذ إبراهيم سليمان عبدالله    حفظه الله
مدير مكتب الندوة العالمية للشباب الإسلامي ـ أمريكا

السلام عليكم ورحمة الله وبركاته ..

سيتم خلال يومين ـ بمشيئة الله ـ إرسال حوالة إلى حسابكم بمبلغ وقدره (١٠٤,٧٠٠) مائة وأربعة آلاف دولار وسبعمائة دولار أمريكي، وهي مجموع تبرعات واردة لست جهات إسلامية فــي الولايــات المتحـدة الأمريكية ، مرفق قائمة بأسمائها وعناوينها ومقدار التبرع لكل جهة .

ونود أن نُشير هنا إلى عدة نقاط هامة بالنسبة لهذه التبرعات بصفة خاصة وجميع التبرعات التــي ســترد مستقبلاً ـ بمشيئة الله ـ على وجه العموم :

١. هذه المبالغ عبارة عن تبرعات المحسنين لهذه الجهات مقتطع منــها نسـبة ١٠% لصــالح الأعمـال الخيرية التي ترعاها الندوة عموماً ، ولا يحق للمكتب اقتطاع أي نسبة إضافية منها .

٢. يُراعى أن يتم صرف المبلغ في مشروع معين ، ويتم توثيق ذلك مــن خـلال التقــارير والصـور الفوتوغرافية وتسجيل الفيديو ، مع وضع اسم المتبرع في لوحة على أنه ساهم في المشروع ومراعــاة أن تظهر اللوحة في الصور والتسجيل المطلوب . وفي حال كون التبرع كفالة لطلبة فتُرسل معلومــات عن الطلبة المكفولين وصورهم في استمارات خاصة بهذا الشأن .

٣. يتم التأكد من مصداقية الجهة المستفيدة قبل إيصال التبرع لها ، وفي حال وجود أي ملاحظات عليــها من قبل المكتب يتم مخاطبتنا في ذلك قبل تسليمهم التبرع .

٤. في حال كون المساهمة متواضعة مع ضخامة المشروع توضع آلية معينــة بيــن المكتـب والجهـة المستفيدة بحيث يُصرف هذا المبلغ في هذا المشروع .

٥. المكتب هو المسؤول عن متابعة الجهة وتزويد الندوة بالتقارير المدّعمة بالصور وتسجيلات الفيديــو ونحو ذلك .

شاكرين لكم تعاونكم واهتمامكم ..

السلام عليكم ورحمة الله وبركاته ..

الأمين العام المساعد لشؤون المكاتب
للندوة العالمية للشباب الإسلامي

د. صالح بن إبراهيم بابكر

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaed Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (10) Lines / 465 5431
Cable : ISLAMIYAH RIYADH - Fax. : (01) 464 1710

ص.ب : ١٠٨٤٥ ـ الرياض : ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط/ ٥٤٣١ ٤٦٥
برقيـــاً : إســلاميــة الريـــاض    ـ    فاكــس : ١٧١٠ ٤٦٤ (٠١)

WAMY SA 1409

03/09/01    10:16    WAMY RIYADH 0966 1 4641710                    ░02



بسم الله الرحمن الرحيم

# World Assembly of Muslim Youth
## Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ــ هيئة الأمم المتحدة

الرقم : ..............................

التاريخ : ..............................

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

## قائمة بأسماء وعناوين الجهات الإسلامية ومقدار التبرع لكل جهة

| | | المسؤول | المدينة | اسم الجهة | |
|---|---|---|---|---|---|
| ٢٥٤-٦٥٩ (٢٠٢) | ٢٢٤٧-٦٥٩ (٢٠٢) | د. نهاد عوض | واشنطن | مجلس العلاقات الإسلامية الأمريكية (كير) | |
| | شراء مقر له | المشروع | شركة الجميع | المبلغ ٤٥,٠٠٠ دولار المصروف | |
| المبلغ من زكاة مال المتبرع | | | | ملاحظات | |

| | | المسؤول | المدينة | اسم الجهة | |
|---|---|---|---|---|---|
| | | | انديانابولس | الاتحاد الإسلامي لأمريكا الشمالية (إيسنا) | |
| | دعم أنشطة الاتحاد | المشروع | شركة الجميع | المبلغ ٢٧,٠٠٠ دولار المصروف | |
| المبلغ من زكاة مال المتبرع | | | | ملاحظات | |

| | | المسؤول | المدينة | اسم الجهة | |
|---|---|---|---|---|---|
| ٣٣٠٩-٥٧٩ (٩٧٢) | ٩١٣٦-٧٢١ (٩٧٢) | حسان عبدالحي | إيرفنج | المركز الإسلامي | |
| المرحلة الثانية من مشروع بناء مقر المركز | | المشروع | شركة الجميع | المبلغ ١٣,٥٠٠ دولار المصروف | |
| المبلغ من زكاة مال المتبرع | | | | ملاحظات | |

| | | المسؤول | المدينة | اسم الجهة | |
|---|---|---|---|---|---|
| ٤٦٦٤-٩٨٥ (٨١٣) | ٩٢٨٢-٩٨٧ (٨١٣) | عجيب بلال | فلوريدا | الأكاديمية الإسلامية | |
| بناء مقر الأكاديمية | | المشروع | شركة الجميع | المبلغ ١٣,٥٠٠ دولار المصروف | |
| المبلغ من زكاة مال المتبرع | | | | ملاحظات | |

| | | المسؤول | المدينة | اسم الجهة | |
|---|---|---|---|---|---|
| ٤٢٠١-٥٤٨ (٢٠٢) | ٤٢٠٠-٥٤٨ (٢٠٢) | خالد مصطفى ترعاني | واشنطن | المنظمة الإسلامية الأمريكية للقدس | |
| إنتاج دليل القدس الأمريكي | | المشروع | شركة الجميع | المبلغ ٤,٥٠٠ دولار المصروف | |
| | | | | ملاحظات | |

| | | المسؤول | المدينة | اسم الجهة | |
|---|---|---|---|---|---|
| ١٣٢٨-٩٢٣ (٣١٧) | ٢٨٤٧-٩٢٣ (٣١٧) | عمر إخلاص الخطب | انديانابولس | مدرسة ومسجد الفجر الإسلامي | |
| بناء مقر للمدرسة | | المشروع | د. أحمد صالح العيم | المبلغ ١,٢٠٠ دولار المصروف | |
| | | | | ملاحظات | |

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya   -   Saudi Arabia   ·   Tel. (01) 464 1669 (10) Lines / 465 5431
Cable :   ISLAMIYAH RIYADH   ·   Fax. : (01) 464 1710

ص.ب : ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٥٤٣١ ٤٦٥
برقياً : إسلامية الرياض   ـ   فاكس : ١٧١٠ ٤٦٤ (٠١)

WAMY SA 1410



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)  §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1409-10**

Sworn to before me this

26 day of _March_ of 2026

_____
Translation Manager

_____
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY



**ata MEMBER**
American Translators Association



BBB® ACCREDITED BUSINESS

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling