| | | |
|---|---|---|
| | In the name of Allah, the Gracious, the Merciful | Confidential: Attorney-Client Communications |
| **World Assembly of Muslim Youth**<br>**Member of the UN NGO'S** | <br>[Logo of WAMY] | [Duplicate Text] |

[Duplicate Text]
Office of the Secretary General

No. 7/5679
Date: 08/07/1422 AH (10/25/2001 AD)

**His Royal Highness Prince Abdulaziz bin Fahd bin Abdulaziz, may Allah bless him**

 **State's Minister, Advisor at the Royal Divan, President of the Office of the Council of Ministers**

May the peace, mercy, and blessings be upon you.

I ask Allah the almighty that you are doing well.

 The Islamic Information and Culture Institute in Chicago, USA, is an official/academic Islamic charity agency which is well known to me. I have been the President of the Board of Trustees since 1987. The Institute is managed by Dr. Mir Amir Ali, Founder and Managing Director. He is an honorable example of a diligent, dedicated, and honest Muslim propagator. I believe him to be so, and Allah only is the witness.

 Established in 1985 to introduce the right Islam to the non-Muslim Americans, the Institute has obtained good achievements in the field of Da'wah, the most prominent of which are publishing and distributing millions of publications and books to those seeking to know Islam, holding tens of lectures and meetings with senior propagators, presenting many radio and TV programs, as well as organizing regular classes for Quran study and memorization. The significance of the Institute is that it is almost the only agency dedicating all of its efforts in the field of the service of and call to Islam and presenting Islam to the non-Muslims in America. Until now, the Institute's efforts had led more than forty thousand Americans to convert to Islam.

 I am aware of the lack of resources of the Institute, its increasing responsibilities, and its doubled role in introducing and defending Islam after the September 11 attacks of 2001. These attacks resulted in an attempt to link Islam and Muslims to extremism and terrorism. I hope that Your Royal Highness may consider supporting the Institute generously in the path of righteousness and piety. This is going to support the significant role undertaken by the Institute in introducing Islam and confront the campaigns insulting Islam in America.

 May Allah the almighty reward you fully.

 May the peace, mercy, and blessings be upon you.

[SEAL: *World Assembly of Muslim Youth, Secretariat General, Riyadh*]

Secretary General
And Member of the Shura Council
Dr. Manei bin Hammad Al Juhani
[*Signed*]

Confidential: Attorney-Client Communications

M. Al Sheikh
M/Al Astal/Letters/8

---

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaymaniya – Saudi Arabia          Tel. (01) 464 1669 (10) Lines/465 5431          [Duplicate Text]
Cable: ISLAMIYAH RIYADH          Fax: (01) 464 1710

WAMYSA1249556





EXHIBIT

WAMY EX. 60

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications



**World Assembly of Muslim Youth**

Member of the UN NGO'S

بسم الله الرحمن الرحيم

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية- هيئة الأمم المتحدة

الرقم : ٥٦٧٩ / ٧

التاريخ : ١٤٢٢/٨/٧ هـ

مكتب الأمين العام

Office of the Secretary General

صاحب السمو الملكي الأمير/ عبد العزيز بن فهد بن عبد العزيز        حفظه الله

وزير الدولة المستشار بالديوان الملكي رئيس ديوان رئاسة مجلس الوزراء

السلام عليكم ورحمة الله وبركاته ..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد

فإن معهد المعلومات والثقافة الإسلامية في شيكاغو ــ أمريكا ــ هيئة علمية إسلامية خيرية رسمية ، ومعروفة لدي حيث أنني أشغل منصب رئيس مجلس الأمناء فيها منذ عام ١٩٨٧م ويقوم على المعهد المذكور الأخ الدكتور/ مير أمير علي ــ المؤسس والمدير الإداري ــ وهو أنموذج مشرّف للداعية المسلم الأمين النشط في عمله والمتفاني فيه وأحسبه على خير والله تعالى حسيبه .

والمعهد الذي أنشئ عام ١٩٨٥م لتقديم الإسلام الصحيح للأمريكيين (غير المسلمين ) له إنجازات طيبة في حقل الدعوة تمثلت أبرز وسائلها في نشر وتوزيع ملايين المنشورات والمطبوعات والكتب بين الراغبين في التعرف على الإسلام وعقد عشرات المحاضرات واللقاءات مع كبار الشخصيات الدعوية بالإضافة إلى تقديم العديد من البرامج الإذاعية التلفازية إلى جانب تنظيم فصول دراسية منتظمة لدراسة وتعليم تلاوة القرآن الكريم ، هذا وتكمن أهمية هذا المعهد في أنه يكاد يكون الهيئة الوحيدة التي تكرس كل جهودها في مجال خدمة الإسلام والدعوة إليه وتقديمه لغير المسلمين في أمريكا ، وقد أسفرت جهود المعهد حتى الآن عن اعتناق أكثر من أربعين ألف أمريكي للإسلام .

ولعلمي بنقص موارد هذا المعهد واتساع المسؤوليات الملقاة عليه ودوره المضاعف في التعريف بالإسلام والزود عنه بعد حوادث الحادي عشر من سبتمبر ٢٠٠١م ، وما أسفرت عنه من محاولة وصف الإسلام وأهله بالتطرف والإرهاب . أمل تكرم سموكم الملكي الكريم بالنظر في دعمه تعاونا كريما منكم على البر والتقوى ، ودعما للدور الهام الذي يقوم به المعهد في التعريف بالإسلام والتصدي لحملات الإساءة إليه في أمريكا.

والله تعالى أسأل أن يجزيكم خير الجزاء .

والسلام عليكم ورحمة الله وبركاته ..،،

الأمين العام

وعضو مجلس الشورى

د. مانع بن حماد الجهني

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  -  Saudi Arabia  -  Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431
Cable :    ISLAMIYAH  RIYADH    -    Fax .: ( 01 ) 464 1710

ص . ب ١٠٨٤٥-الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٥٤٣١ ٤٦٥
برقياً : إسلامية الرياض   -   فاكس : ١٧١٠ ٤٦٤ (٠١)



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language:** Arabic > English

**Document title:** WAMYSA 1249556

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:**   Farah Alshekhli

**Qualifications:**   BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:**  *Farah Alshekhli*                     **Date:** July 1, 2019