| | | |
|---|---|---|
| **World Assembly of Muslim Youth**<br>**Member of the UN NGO'S** | In the name of Allah, the Gracious, the Merciful | [Duplicate Text] |



[Logo of WAMY]

[Duplicate Text]
Office of the Secretary General

No. 7592
Date: 10/06/1422 AH (12/22/2001 AD)

**His Royal Highness Prince Abdulaziz bin Fahd bin Abdulaziz, may Allah bless him**
**State's Minister, Member of the Council of Ministers, Advisor at the Royal Divan**

**May the peace, mercy, and blessings of Allah be upon you.**

This is with reference to the Al Sarandibi Institute for Research and Development in the city of Colombo in Sri Lanka, which was founded in 1988 AD. The Institute plays a praised role in the Da'wah and Islamic education, and its programs and curricula are accepted and commended by the Muslims in the region. The Institute is run by some qualified experts in Da'wah who are known for their commitment, knowledge, and good orientation. We believe them to be so, and Allah only is the witness.

The Institute's supervisors adopt a plan to develop the Institute and expand its activities and programs to include the Da'wah among the non-Muslims. They want from Your Royal Highness to assist and support them in the purchase of a suitable building so that the Institute can achieve its desired goals.

I hope that Your Royal Highness will consider supporting the Institute. It is a beacon of hope for supporting the Muslims and for the Islamic Da'wah in the region. May Allah preserve you and the rulers for the benefit of Islam and the Muslims. May Allah reward you bountifully.

**May the peace, mercy, and blessings of Allah be upon you.**

[SEAL: *World Assembly of Muslim Youth, Secretariat General, Riyadh*]

**Secretary General**
**Of the World Assembly of Muslim Youth**
**And Member of the Shura Council**
**Dr. Manei bin Hammad Al Juhani**
[*Signed*]

S/M/General 147

| | | |
|---|---|---|
| P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street | | [Duplicate Text] |
| Sulaymaniya – Saudi Arabia | Tel. (01) 464 1669 (10) Lines/465 5431 | |
| Cable: ISLAMIYAH RIYADH | Fax: (01) 464 1710 | |
| Email: info@wamy.org | www.wamy.org | |

WAMYSA1248774





EXHIBIT

WAMY EX. 61



**World Assembly of Muslim Youth**

Member of the UN NGO'S

بسم الله الرحمن الرحيم

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

الرقم : ٧٥٩٢

التاريخ : ٦/١٠/١٤٢٢هـ

مكتب الأمين العام

*Office of the Secretary General*

صاحب السمو الملكي الأمير / عبد العزيز بن فهد بن عبد العزيز

وزير الدولة رئيس رئاسة ديوان مجلس الوزراء المستشار بالديوان الملكي      حفظه الله

السلام عليكم ورحمة الله وبركاته .. وبعد .

أرفع إلى مقامكم الكريم بشأن معهد السرنديبي للبحوث والتنمية بمدينة كولومبو في سيرلانكا الذي أسس عام ١٩٨٨م ، والمعهد له دور مشكور في الدعوة والتربية الإسلامية وتحظى برامجه ومناهجه بالقبول والاستحسان من المسلمين في المنطقة ، كما يقوم على المعهد عدد من الكوادر الدعوية المؤهلة المعروفين بالالتزام والعلم وحسن التوجه ونحسبهم على خير والله تعالى حسيبهم .

ويتبنى القائمون على المعهد خطة لتطوير المعهد والتوسع في تنفيذ نشاطاته وبرامجه لتشمل الدعوة بين غير المسلمين ، ويرغبون من سموكم الملكي الكريم المساعدة والدعم لشراء مبنى مناسب للمعهد ليتسنى له تحقيق أهدافه المرجوة .

آمل تكرم سموكم بالنظر في دعم المعهد الذي يعقد عليه الأمل في دعم المسلمين والدعوة الإسلامية في المنطقة ، والله تعالى اسأل أن يحفظكم وولاة الأمر ذخراً للإسلام وأهله ، وأن يجزيكم عن الجميع خير الجزاء .

والسلام عليكم ورحمة الله وبركاته ، ، ،

الأمين العام

وعضو مجلس الشورى

د . مانع بن حماد الجهني





س/م ـ عام ١٤٧

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawl Street
Sulaimaniya  -  Saudi Arabia  -  Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431
Cable :    ISLAMIYAH  RIYADH    -    Fax .: ( 01 ) 464 1710
E-mail: info@wamy.org   www.wamy.org

ص . ب ١٠٨٤٥-الرياض ١١٤٤٣ - شارع الأمير عبدالعزيزبن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٥٤٣١ ٤٦٥
برقياً : إسلامية الرياض   ·   فاكس : ١٧١٠ ٤٦٤ (٠١)
بريد الكتروني : www.wamy.org  info@wamy.org



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language**: Arabic > English

**Document title**: WAMYSA 1248774

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: *Farah Alshekhli*                    **Date**: July 2, 2019