11/08/99    18:23    WAMY RIYADH 0966 1 4641710 → 091 840385    P01



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

Ref: 312/1
Date: August 5, 1999

**Fax**
**Respected Eng. Muhammad Mustafa Muhammad May Allah Preserve him**
**Acting Director of the WAMY Office – Pakistan**

Peace, mercy, and blessings of God be upon you.

We thank you for your kind cooperation with us in matters that serve the good and interests of Islam and Muslims. We would like to inform you that Muhammad Ali Khan, the representative of the Mosque of the village of Jarhi Allah Yar Khan in Sarhad province of Pakistan, has submitted a request to the Islamic Projects Support Committee at the headquarters of the General Secretariat.

He has stated that the mosque requires work, including: construction of the roof, construction of the external boundary wall, restrooms, construction of a minaret, construction of three rooms (for a Qur'an memorization school, the imam, and a library) and construction of stairs. The total estimated cost of this project is 35,000 (thirty-five thousand) Saudi riyals.

Accordingly, we kindly request that you provide us with a detailed report on this project, including: the current stage of completion, the remaining cost required to complete it, and the credibility and reliability of those responsible for the project.

We thank you for your cooperation and prompt response. May Allah protect and preserve you.

Peace, mercy, and blessings of God be upon you.

Assistant Secretary General for Planning and Follow-up
Chairman, Islamic Projects Support Committee
[signature]
Dr. Hamid bin Khayel Al-Shayji

P. O. Box 10845 – Riyadh 11443   ·  Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia – Tel. 4641663/464 669 – Cable: ISLAMIYAH Riyadh
Telex: 400413/405220 ISLAMI S – Fax: 4641710

ص.ب ١٠٨٤٥ – الرياض ١١٤٤٣ – شارع الأمير سلطان بن عبدالعزيز – العليا
المملكة العربية السعودية – هاتف : ٤٦٤١٦٦٩/٤٦٤١٦٦٣ (٠١) – برقياً : اسلامية الرياض
تلكس : ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي – فاكس : ٤٦٤١٧١٠ (٠١)

CONFIDENTIAL



EXHIBIT
WAMY EX. 62

WAMYSA035241

11/08/99    18:23    WAMY RIYADH 0966 1 4641710 → 091 840385    P01

بسم الله الرحمن الرحيم



**World Assembly of Muslim Youth**　　　الندوة العالمية للشباب الاسلامي

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

الرقم ............... ٣،١،٧،١

التاريخ ...................

فـاكـس

سعادة الأخ الفاضل / المهندس محمد مصطفى محمد　　حفظه الله

مدير مكتب الندوة بالإنابة ـ باكستان

السلام عليكم ورحمة الله وبركاته

نشكر لسعادتكم حُسن تعاونكم معنا لما فيه خير وصالح الإسلام والمسلمين ، ونُفيدكم بأنه قـد تقدم للجنة دعم المشاريع الإسلامية بمقر الأمانة العامة ، محمد علي خان مندوب مسجد قرية جرهـي الله يارخان ، بولاية سرحد بباكستان .

وقد أفاد بأن المسجد يحتاج لبعض الأعمال مثل ( بناء السقف ، والسـور لخـارجـي ، ودورات المياه ، وبناء المئذنة ، وبناء ثلاث غرف ـ لمدرسة تحفيظ القرآن والإمام والمكتبة، وبناء الدرج ) وتقدر التكلفة النهائية لهذا المشروع بـ 35,000 خمسة وثلاثون ألف ريال .

لذا فإننا نرجو منكم التكرم بموافاتنا وبشكل مفصل عن هذا المشروع والمرحلة التي وصل إليها ، والتكلفة المتبقية لإكماله ، وكذلك مدى مصداقية القائمين عليه .

شاكرين لكم حسن تجاوبكم والله يحفظكم ويرعاكم ...

و السلام عليكم ورحمة الله وبركاته .

الأمين العام المساعد للتخطيط والمتابعة

ورئيس لجنة دعم المشاريع الإسلامية



د. حميد بن خابل الشايجي

P. O. Box 10845 — Riyadh 11443    Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia — Tel. 4641663/464 969 — Cable: ISLAMIYAH Riyadh
Telex: 400413/405220 ISLAMI S — Fax: 4641710

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير سلطان بن عبدالعزيز ـ العليا
المملكة العربية السعودية ـ هاتف : ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١) ـ برقياً : اسلامية الرياض
تلكس : ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي ـ فاكس : ٤٦٤١٧١٠ (٠١)

CONFIDENTIAL

WAMYSA035241



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA035241**

Sworn to before me this

_26_ day of _MARCH_ of 2026

_V. Vaile_
Translation Manager

_____
Notary



