

1. Sudan
2. 06 Sudan

**World Assembly of Muslim Youth**     الندوة العالمية للشباب الاسلامي

No. 3570          Office of the Assistant Secretary General

Date: July 24, 2000

To the esteemed brother, Mr. Abdullah Makki Sadiq

Representative of the World Assembly of Muslim Youth in the Sudan region,

Greetings,

I pray to God Almighty that you are in good health and well-being.

Enclosed is a copy of a letter from the President of the Islamic Association of the Southern States of Sudan, Sultan B. Antok Antok [sic], regarding some students and their need for assistance in paying tuition fees at the universities to which they have been accepted.

I hope you will review his request and inform us of the situation of these students and their needs, and of your kind opinion regarding their eligibility for support and assistance, so that we may make the appropriate decision when the necessary funds become available.

May God Almighty protect and preserve you.

Regards,

Assistant Secretary General
of the World Assembly of Muslim Youth
[signature]
Dr. Saleh bin Suleiman Al-Wohaibi
[illegible stamp]

PO Box 10845 Riyadh 11443-Prince Abdulaziz Bin Mosaid Bin Jelew. St.
Sulaimaniya - Saudi Arabia - Tel.: (01) 4655431/4624615/4628975
4641669/4641663 Cable ISLAMIYAH RIYADH
Tix.: 400413/ 405220, ISLAMIC SJ, Fax.: (0.1) 4641710

CONFIDENTIAL             WAMYSA030975

EXHIBIT
WAMY EX. 63



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الإسلامي

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

الرقـم .......... ٢٥٧٠

التاريخ ٢٢/٤/١٤٢٧هـ

حفظه الله

سعادة الأخ الفاضل الأستاذ / عبد الله مكي صادق

ممثل الندوة العالمية للشباب الإسلامي بإقليم السودان

السلام عليكم ورحمة الله وبركاته

أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد

رفقه صورة من خطاب رئيس الجمعية الإسلامية للولايات الجنوبية بالسودان / السلطان ب أنتوك أنتوك بخصوص بعض الطلاب وحاجتهم للمساعدة لدفع الرسوم الدراسية للجامعات المقبولين فيها .

آمل دراسة طلبه وإفادتنا عن وضع هؤلاء الطلاب وحاجتهم ، وعن رأيكم الكريم بخصوص مدى استحقاقهم للدعم والمساعدة ، ليتسنى لنا اتخاذ القرار المناسب متى توفر المال اللازم .

هذا والله تعالى يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته .

الأمين العام المساعد
للندوة العالمية للشباب الإسلامي



د. صالح بن سليمان الوهيبي



P.O Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelew. St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx.: 400413 / 405220 ISLAM. SJ, Fax.: (01) 4641710

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤٦٥٥٤٣١/ ٤٦٢٤٦١٥/ ٤٦٢٨٩٧٥
٤٦٤١٦٦٩/ ٤٦٤١٦٦٣ (٠١) ـ برقياً: إسلامية الرياض
تلكس: ٢٢٠ حي، فاكس: ٤٦٤١٧١٠ (٠١)

CONFIDENTIAL                WAMYSA030975



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)     §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA030975**

Sworn to before me this

_____ day of _____ of 2026

_____
Translation Manager

_____
Notary



