**Dr. Owaish bin Harbi Al-Ghamdi, may Allah preserve him**
**Assistant Secretary-General**

Peace, mercy, and blessings of Allah be upon you.
I hope you are in the best conditions that are pleasing to Allah.

On Sunday evening, June 22, 1997, a meeting was held with Dr. Saleh bin Omar Badahdah. The subject of the funds allocated to Bosnia and the proposals submitted by WAMY were discussed.  Dr. Saleh clarified that they maintain an office there and had carried out the following activities during the previous period:

1. Four youth educational camps and a training course for imams.
2. Funding and sponsorship of Islamic and public schools.
3. Establishment of six cultural centers for teaching Arabic and computer skills, in addition to delivering lessons on educational and social topics.
4. Sponsorship of 15 Bosnian students studying Islamic Sharia (Bachelor's and Master's degrees) in Jordan.
5. Printing Islamic books in the local language (currently printing the book "Al-Arbaʿin al-Nawawiyyah").

**It was agreed to implement the projects designated by donors and to send the proposals submitted by the Assembly to the office in Bosnia for review and evaluation regarding the possibility of implementation.**

Dr. Saleh also proposed that all funds allocated to Bosnia be delivered to him, with the understanding that a portion would be sent there and another portion kept in Jeddah in his father's account.  He pledged to submit a comprehensive feasibility study for any project before implementation and a documented report after completion.
Allah is the One who grants success and guides to the straight path.

Acting Programs Director
Signature – June 24, 1997
Hussein Ahmed Saeed Al-Amoudi

CONFIDENTIAL



WAMYSA1231266

سعادة الأخ الفاضل الدكتور/ عويش بن حربي الغامدي          حفظه الله ..

الأمين العام المساعد

السلام عليكم ورحمة الله وبركاته ..

آمل أن تكونوا على خير ما يحب ربنا ويرضى .. وبعد ،

تم بحمد الله وتوفيقه في يوم الأحد مساءً الموافق ١٤١٨/٢/١٧هـ الإجتماع بسعادة د. صالح بن عمر بادحدح وتم مناقشة موضوع المبالغ الواردة للبوسنة والإقتراحات المقدمة من الندوة ، وقد أوضح الدكتور أنه يوجد لديهم مكتب هناك وقد قاموا بالأعمال التالية في الفترة السابقة :

١- أربعة مخيمات تربوية شبابية ودورة للأئمة .

٢- تمويل وكفالة مدارس شرعية وحكومية .

٣- إقامة ستة مراكز ثقافية لتعليم اللغة العربية والكمبيوتر بالإضافة إلى إلقاء بعض الدروس في المواضيع التربوية والإجتماعية .

٤- كفالة (١٥) طالباً بوسنياً يدرسون الشريعة الإسلامية(بكالوريوس-ماجستير) بالأردن .

٥- طباعة الكتب الإسلامية باللغة المحلية ( جاري الآن طباعة كتاب الأربعين النووية ) .

**وتم الإتفاق على تنفيذ المشاريع المخصصة من قبل المتبرعين،و إرسال المقترحات المقدمة من الندوة إلى المكتب بالبوسنة للإطلاع عليها ودراسة إمكانية تنفيذها وإفادتنا بذلك.**

كما اقترح د. صالح تسليم كامل المبالغ الخاصة بالبوسنة له ، على أن يتم إرسال جزء منها إلى هناك وإبقاء جزء منها بجدة في حساب والده ، وتعهد بتقديم دراسة وافية عن أي مشروع سيتم تنفيذه من هذه المبالغ قبل البدء في المشروع ، وتقديم تقرير موثق عما تم في المشروع بعد الإنتهاء منه .

والله الموفق والهادي إلى سواء السبيل ،،

مدير البرامج بالنيابة

حسين أحمد سعيد العمودي

CONFIDENTIAL

WAMYSA1231266



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)  §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1231266**

Sworn to before me this

_26_ day of ___March___ of 2026

_____
Translation Manager

_____
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
☆
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY



**ata MEMBER**
American Translators Association



BBB® ACCREDITED BUSINESS

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling