

# World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

Date: December 12, 1995
Number: 566/95

His Excellency Dr. Manaa bin Hammad Al-Johani
Secretary General of the World Assembly of Muslim Youth.

Peace be upon you, God's mercy and blessings

With reference to your letter No. 8711 dated May 28, 1995, please find attached a summary of the most notable achievements of the Assembly held in Sudan during the years 1994-95.

First: General Activities:

(1) Camps: -

We organized eight camps attended by 555 participants: three camps for African students, two for Sudanese students, one for Oromo students, and two for Eritrean students. The camps included programs that combined educational and administrative components.

(2) Caravans:

We sent four convoys—three to the southern districts and one to the border areas between the north and south, where languages overlap—and these areas are home to many war-displaced people:
We provided them with educational and health programs, as well as environmental sanitation programs. Through these outreach campaigns, 154 people converted to Islam. Their details are as follows:
55
 Two people were arrested in Juba, Bahr al-Ghazal State
53 people converted to Islam in the city of Wau
46 people converted to Islam in the city of Malakal, Upper Nile State
154 people

In addition to teaching the basics of Islamic doctrine to new converts and their children, five people announced their conversion to Islam at the Assembly office in Khartoum; three of them are Africans and two are Sudanese from the south.

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

**EXHIBIT**
**WAMY EX. 65**

WAMYSA065359



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

(2)

Date:

Number:

3) Teacher training courses: -

In coordination with the Ministry of Education in the Southern States and the specialized International University of Africa, we organized a training course for teachers in Malakal, which benefited 100 teachers from the South. A study on in-service training is currently underway, and we hope to launch it as part of the next plan, God willing, in coordination with the International University of Africa, in a well-planned and comprehensive manner lasting 180 days.

4) Advocates of the South: -

Under the supervision and management of the preachers appointed in South Sudan, by the grace of God, we held two training sessions this year—the first in Wau and the second in Malakal. These sessions benefited two hundred (200) preachers and teachers who had not had the opportunity to attend teacher training courses. The two courses aimed to train a cadre of preachers from among the people of the South themselves and from among the people of the North who reside permanently in the South, in addition to mosque imams and religious scholars.

5) Women's Committee: -

We have organized a course for 60 women studying the Holy Quran and the jurisprudence of worship. A large number of them have progressed to the stage of reading and writing after having been illiterate. The committee is currently operating in the Dar al-Salam al-Maghariba neighborhood, one of Khartoum's suburbs. We have appointed a supervisor and three teachers — Please inform the Women's Committee for Advancement in Jeddah

6) Badr Center: -

During the first months of 1415 AH, we implemented programs at this center, located in the East Nile Governorate in the Al-Haj Yousif area. The program consists of two hours for children and two hours for women in the morning, and one hour for men in the evening, during which they learn the basics of the language through an adult education system, in addition to lessons on worship and general lectures. We have submitted a request to government authorities for a plot of land in that area to build a permanent center for teaching children and adults. This area is inhabited by displaced persons from South Sudan, and churches are active among them.

7) Practical courses: -

We conducted seven practical courses, attended by 267 participants from various countries—two in management, two in computer science, two in English, and one in media studies

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحري – حي عمر المختار
شرق كبري بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA065360



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

---

Date:

Number:

The courses ran for seven months, from July through December 1994

(Appendix No. 1 provides details on the activities, the number of participants, the duration of the activity, and its location and time.)

Second: International students: -

1) In her capacity as coordinator of educational programs for international students and as head of the Coordination Council for International Students of Islamic Organizations operating in Sudan, our administration oversaw international students during the 1995/94, overseeing their nomination, admission, registration, housing, meals, sponsorship, and social and educational activities from the academic years 91/92/93/94/95—our work began from the moment the application was filled out through to admission.

2) Praise be to God, the name of the Assembly reflects our commitment to international students of various nationalities, as we spare no effort to help them gain admission to universities, ensure their comfort, and provide for their needs with the assistance of the Jeddah Office.

3) Our students are currently in their final years at Sudanese colleges and universities, and we will witness the graduation of the first cohort of students from the Assembly in Jumada al-Awwal (1416 AH), God willing.

4) This year, we nominated 401 students for Sudanese universities, and 379 of them were admitted to 76 colleges across 11 universities (see Attachment No. 2). The 379 students represent 28 nationalities - 16 African nationalities, 11 Asian nationalities, and one European nationality (see Appendix No. 3). For a comprehensive summary broken down by nationality, university, and college, please refer to the attached Appendix 4.

5) Guarantees: -

In coordination with the Jeddah Office, in the year 1415 AH, we disbursed financial aid allocated to low-income African and Asian students, to whom charitable organizations provide the equivalent of 60 Saudi riyals per month. These funds are disbursed following a rigorous review of the student's circumstances and verification that they are continuing their studies. We have established a system using application cards that include the student's photo, name, college, university, sponsorship amount, and all personal data, in addition to (a sample of their signature). The sponsorships covered 312 male students and 36 female students from 24 countries in Asia, Africa, and Europe (see Attachment No. 5).

---

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA065361



**World Assembly of Muslim Youth**                                                    الندوة العالمية للشباب الاسلامي

(4)

Date:

Number:

6) Housing: -

We coordinated with the National Fund for the Support of Sudanese Students to accommodate between 200 and 250 international students—both male and female—so they could live with their Sudanese peers in the Fund's dormitories free of charge, fostering solidarity and compassion among the students. This included the Fund's dormitories in the capital and the provinces, specifically for impoverished African students. As for the remaining students who can afford it, we implemented the International Students' Dormitory Project in coordination with the Assembly Office in Jeddah, with a nominal fee of 100 Saudi riyals per month. The dormitory is now accepting students and is currently housing Tunisians, Syrians, Hadramis, Indians, Pakistanis, and Africans, all of whom are subject to the housing regulations we have established, which take into account prayer times, worship, classes, lectures, video screenings, and study time, in addition to sports and social activities. We have appointed a supervisor and a security guard for the building from our budget

7) Student Housing: -

Housing for African Female Students:

Throughout the year 1415 AH, we continued to fulfill our responsibilities toward African female students. Currently, Unit No. of the Assembly. (1), which houses 58 students, two supervisors, and a security guard. We provide them with full board, pocket money, and transportation expenses, and we monitor their studies in coordination with the International University of Africa and other universities.

8) Housing for Qatari students: -

Our dormitory (Housing Unit No. 2) in the Salama area of southern Khartoum remains open to students who have arrived from the Comoros. Their numbers started at 20 students and now total 28. We provide them with housing and meals ), and we supervise their studies in high schools and universities, as well as their sports and social activities. To address the transportation issue, we have provided a motorcycle for each of them.

Third: General Activities:

1) At the beginning of the year, we opened the library at the College for Girls at the University of the Holy Quran and Islamic Sciences, where we donated a comprehensive collection of books, publications, and periodicals. These now constitute 90% of the library's collection. We also built shelves for them, renovated the library buildings, and installed a sign bearing the inscription "A Gift from the Assembly to the University of the Holy Quran."

2) We were visited by Prof. Dr. Aweesh Harbi, Assistant Secretary-General of the Assembly, and it was a good opportunity to brief him

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL                                                    WAMYSA065362



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

(5)

Date:

Number:

We are pleased with the progress of our work, the students' situation, and our plans and programs, and we hope that these visits will continue, as they allow officials to share our concerns and see our problems firsthand so that we can work together to find solutions. God willing.

3) We implemented a project to provide breakfast for fasting individuals after forming a committee dedicated to this task, and a comprehensive report on the situation was prepared (a copy of which is attached)

4) We held several meetings and made numerous contacts with various advocacy and academic organizations within Sudan, and, thank God, the message of the Assembly was heard in all forums.

5) These are the key points we have chosen to highlight; for further details, please refer to our monthly reports.

We ask God to guide us all toward what is good and blessed,

[signature]

Abdullah Makki Sadiq

Representative of the World Assembly of Muslim Youth

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحري – حي عمر المختار
شرق كبري بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA065363



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

Date:
Number:

Appendix No. (1)

| Date | Location | Number of beneficiaries | Number | Activity Name | 1) |
|---|---|---|---|---|---|
| 25/6/- 1/7/1994<br>11/8/- 12/12/1994<br>3/8/- 9/1/1995<br><br>1/8/1994 | Khartoum<br>-<br>The mouth of the water skin /<br>Port Sudan<br>Al-Mazin | 180<br>157<br>165<br>70 | 2<br>3<br>2<br>1 | Camps:<br>Sudanese students<br>African students<br>Eritrean students<br>Urumi students | 1 |
| 25/6/1994<br>25/2/1994<br>25/3/1994<br>15/4/1994 | Dender – Senga<br>Juba<br>Malcal<br>F | 3,500<br>3,500<br>3,500<br>4,200 | 4 | Caravans:<br>Caravans | 2 |
| 10/7 – 17/4/1994<br>16/7 – 10/9/1994<br>25/8 – 15/10/1994<br>17/12/1994<br>17/7/1994 | Khartoum<br>-<br>-<br>-<br>- | 60<br>72<br>90<br>45<br>45 | (7)<br>2<br>2<br>2<br>1<br>1 | Practical courses:<br>General<br>Administration<br>Computer Science<br>English<br>Media<br>Secretariat | |
| 1/10/94<br>13/11/1994 | F<br>Malcal | 100<br>100 | (2) | Preacher Training<br>Courses | 4 |

KHARTOUM P.O. Box : 4375<br>TEL/FAX : 81973<br>TEL : 613547<br>TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار<br>شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥<br>تلفون/فاكس : ٨١٩٧٣<br>تلفون : ٦١٣٥٤٧<br>تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA065364



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

Date:
Number:

See Appendix 1

| Date | Location | Number of beneficiaries | Number | Activity Name | Number |
|------|----------|-------------------------|--------|---------------|--------|
| 5/7/1994 - Continued | Khartoum | 60 | 1 | Women's Committee | 5 |
| July 1, 1994 – (academic year) | Hajj Yusuf East of the Nile | 120 | 1 | Badr Center | 6 |
| | F | (53) (30) men (23 women) | 53 | The number of people who converted to Islam through our missionaries in the southern states | 7 |
| | Juba | (20) men (35) women | 55 | | |
| | Malcal | (26) men (20) women | 46 | | |

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحري – حي عمر المختار
شرق كبرى بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL    WAMYSA065365



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

Date:
Number:

Table 5

Statement by the students sponsored for the global Assembly from various countries
From various parts of the Islamic world

| Total | Female students | Students | State | Number |
|---|---|---|---|---|
| 112 | 17 | 95 | Eritrea | 1 |
| 52 | 4 | 48 | Somalia | 2 |
| 57 | 4 | 53 | Chad | 3 |
| 17 | 2 | 15 | Ethiopia | 4 |
| 21 | 4 | 17 | Sudan | 15 |
| 13 | - | 13 | Comoros | 16 |
| 26 | 4 | 22 | Thailand | 7 |
| 3 | - | 3 | Mauritania | 8 |
| 3 | - | 3 | Burkina Faso | 9 |
| 7 | - | 7 | Tunisia | 10 |
| 6 | - | 6 | Mali | 11 |
| 4 | - | 4 | Nigeria | 12 |
| 5 | 1 | 4 | Gambia | 13 |
| 5 | - | 5 | Afghanistan | 14 |
| 1 | - | 1 | Algeria | 15 |
| 1 | - | 1 | Ivory Coast | 16 |
| 3 | - | 3 | Zaire | 17 |
| 1 | - | 1 | Djibouti | 18 |
| 3 | - | 3 | India | 19 |
| 3 | - | 3 | Kenya | 20 |
| 343 | 36 | 307 | | |

(2)

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL                    WAMYSA065366



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

Date: m
Number:

See the list of sponsored students (Table No. 36)

| Total | Female students | Students | State | Number |
|-------|-----------------|----------|-------|--------|
| 343 | 36 | 307 | (continued) | |
| 1 | - | 1 | Senegal | 21 |
| 1 | - | 1 | Malawi | 22 |
| 2 | - | 2 | Indonesia | 23 |
| 1 | - | 1 | Britain | 24 |
| 2 | - | 2 | Central Africa | 25 |
| 350 | 36 | 13 | Total | |

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA065367




**World Assembly of Muslim Youth**   الندوة العالمية للشباب الاسلامي

الرقم/ ٥٦٦/٩٥                    التاريخ/ ٢٠/١/١٤١٧هـ

سعادة الاخ الدكتور/ مانع بن حماد الجهني
الامين العام للندوة العالمية للشباب الاسمي            حفظه الله

السلام عليكم ورحمة الله وبركاته،

اشارة الي خطابكم رقم ٨٧١١ المؤرخ ٢٩/١٢/١٤١٥هـ ، نرجو ان نرفق لكم ملخصا لابرز انجازات الندوة بالسودان خلال العام ١٤١٥هـ

**اولا :   النشاط العام:**

١)   المخيمات :ـ

نفذنا ثمانية مخيمات استفاد منها (٥٥٥) مشاركا ، ثلاثة مخيمات للطلاب الافارقة واثنان للسودانيين ، وواحد للأوروميين ، واثنان للارتريين واشتملت علي برامج مزدوجة تربوية وادارية .

٢)   القوافل:

سيرنا اربع قوافل ، ثلاثة بالمديريات الجنوبية وواحدة بمناطق التماس بين الشمال والجنوب حيث التداخل اللغوي ، وفي هذه المناطق الكثير من النازحين المتأثرين بالحرب: قدمنا لهم برامج تعليمية وبرامج صحية اضافة لبرامج اصحاح البيئة ومن خلال هذه القوافل دخل الاسلام (١٥٤) شخصا تفاصيلهم :ـ

٥٥   شخصا اسلموا بمدينة جوبا بولاية بحر الغزال
٥٣   ......... بمدينة واو ...............
٤٦   ......... ،بمدينة ملكال بولاية اعالي النيل
١٥٤   شخصا

اضافة الي لتعليم اساسيات العقيدة للمهتدين وابنائهم ، هذه بالإضافة الي خمسة اشخاص اعلنوا اسلامهم بمكتب الندوة بالخرطوم ، ثلاثة منهم افارقة واثنان سودانيان من ابناء الجنوب

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحري – حي عمر المختار
شرق كبري بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL                                    WAMYSA065359



# World Assembly of Muslim Youth

# الندوة العالمية للشباب الاسلامي

| التاريخ / / / م | ( ٢ ) | الرقم ن ع ش / / / |
|---|---|---|

٣) دورات تدريب المعلمين :-

بالتنسيق مع وزارة التربية والتعليم بالولايات الجنوبية وجامعة افريقيا العالمية ذات الاختصاص
اقمنا دورة للمعلمين بمدينة ملكال واستفاد منها (مائة ) معلم جنوبي ، والان تجري دراسة للتدريب
خلال الخدمة ، ونأمل بدايتها مع الخطة القادمة باذن الله وذلك بالتنسيق مع جامعة افريقيا
العالمية بصورة مدروسة وموسعة تستمر لمدة (١٨٠) يوما

٤) دعاة الجنوب :-

تحت اشراف وادارة الدعاة المعينين في جنوب السودان بحمد الله اقمنا دورتين خلال هــــذا
العام – الأولي بمدينة واو ، والثانية بمدينة ملكال ، وقد استفاد منها مئتا (٢٠٠) داعيــــة
من الدعاة والمعلمين الذين لم يجدوا فرصة في دورات المعلمين ، وقد هدفت الدورتان الي تأهيــل
كادر دعوي من ابناء الجنوب انفسهم ومن ابناء الشمال المقيمين بصورة دائمة في الجنــــوب
اضافة الي ائمة المساجد ومشايخ الخلاوي .

٥) اللجنة النسائية :-

اقمنا دورة واحدة للنساء من ( ستين ) دارسة يتعلمن القرآن الكريم وفقه العبادات وقد وصــل
منهن عددا كبيرا لمرحلة القراءة والكتابة بعد ان كنّ اميات ، وتمارس اللجنة حاليا عملهــا
في ضاحية دار السلام المغاربة احدي ضواحي الخرطوم ، وقد عينا مشرفة وثلاثة مدرسات ــ نرجو
ان تخبروا اللجنة النسائية للندوة بجدة

٦) مركز بـــدر :-

خــلال الشهور الأولي من العام ١٤١٥ه نفذنا برامج بهذا المركز الذي يقع في محافظة شــرق
النيل بمنطقة الحاج يوسف والبرنامج مكون من ساعتين للصغار وساعتين للنساء صباحا وساعـة
للرجال مساءا حيث يتعلمون مبادئُ اللغة علي نظام تعليم الكبار اضافة الي دروس في العبادات
ومحاضرات عامة ، وقد تقدمنا للسلطات الحكومية نطلب قطعة ارض في تلك المنطقة لتشييــد
مركز دائم لتعليم الصغار والكبار ــ هذه المنطقة يسكنها نازحون من جنوب السودان وتعمــل
الكنائس بينهم .

٧) الدورات التطبيقية :-

نفذنا سبع دورات تطبيقية ، شارك فيها (٢٦٧) مشاركا من مختلف الدول ــ اثنان فــي
الإدارة واثنان في علوم الكمبيوتر ، واثنان في اللغة الانجليزية ودورة واحدة في الاعـــلام

---

| KHARTOUM P.O. Box : 4375 | المقر – الخرطوم بحري – حى عمر المختار | الخرطوم ص.ب : ٤٣٧٥ |
| TEL/FAX : 81973 | شرق كبرى بري | تلفون/فاكس : ٨١٩٧٣ |
| TEL : 613547 | | تلفون : ٦١٣٥٤٧ |
| TELX : 22221 DAFO SD | | تلكس : دافو ٢٢٢٢١ |

CONFIDENTIAL

WAMYSA065360



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

التاريخ / / / م          الرقم ن ع ش /ق/ / /

واستمرت الدورات طيلة سبعة اشهر من يوليو حتي ديسمبر ١٩٩٤م

( الملحق رقم (١) يوضح تفاصيل المناشط وعدد المشاركين ومدة النشاط ومكانه وزمانه )

ثانيا : الطلاب الوافدون :-

١) بحكم عملها كمنسق لبرامج تعليم الطلاب الوافدين وبحكم مسئوليتها عن مجلس تنسيق الطلاب الوافدين للمنظمات الاسلامية العاملة في السودان فقد اشرفت ادارتنا علي الطلاب الوافدين خلال العام الدراسي ٩٤/٩٥ ترشيحاً وقبولاً وتسجيلا واسكانا واعاشة وكفالة ونشاطا اجتماعيا وتربويا منذ الاعوام ٩١/٩٢/٩٣/٩٤/٩٥ ـ وبدأ عملنا منذ ملأ الاستمارة حتي القبول .

٢) والحمد لله فإن اسم الندوة يشار اليه في الاهتمام بالطلاب الوافدين من مختلف الجنسيات حيث نعمل كل جهدنا لقبولهم في الجامعات وراحتهم وكفالتهم بمساعدة مكتب جدة .

٣) طلابنا الان في السنوات النهائية بالكليات والجامعات السودانية وسوف نشهد تخريج اول دفعة من طلاب الندوة في جمادي الأولي (١٤١٦ه) هـ ان شاء الله .

٤) رشحنا هذا العام (٤٠١) طالبا للجامعات السودانية وتم قبول (٣٧٩) منهم في (٧٦) كلية موزعة علي (١١) جامعة ( انظر الملحق رقم (٢) المرفق) وقد جاء العدد (٣٧٩) موزعا علي (٢٨) جنسية ـ (١٦) جنسية افريقية و (١١) جنسية اسيوية وجنسية واحدة اوروبية ( انظر الملحق رقم (٣) ) ولبيان الملخص الشامل موزعا بالجنسيات والجامعات والكليات ، يرجي النظر في الملحق (٤) المرفق ....

٥) الكفالات :-

بالتنسيق مع مكتب جدة ، نفذنا في العام ١٤١٥ه الاعانات المخصصة للطلاب الأفارقة والأسيويين الفقراء الذين تصرف عليهم الجهات المحسنة ما يعادل (٦٠) ريال سعوديا شهريا ويتم صرف المبالغ بناء علي تدقيق شديد لحالة الطالب وتأكد من استمراره في الدراسة ، وقد وضعنا نظاما علي طريقة كروت الاستمارات فيه صورة الطالب واسمه وكليته وجامعته ومبلغ كفالته وكل البيانات الشخصية اضافة ( لعينة من توقيعه النموذجي) وقد شملت الكفالات (٣١٢) طالبا و(٢٦) طالبة من اربعة وعشرين قطرا من اسايا وافريقيا واوروبا ( انظر الملحق رقم (٥) المرفق ..

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر ــ الخرطوم بحري ــ حى عمر المختار
شرق كبري بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL          WAMYSA065361



**World Assembly of Muslim Youth**   الندوة العالمية للشباب الاسلامي

| الرقم ن ع ش / / / | ( ٤ ) | م / / / | التاريخ / / / |
|---|---|---|---|

٦) الاسكان :-

نسقنا مع الصندوق القومي لدعم الطلاب السودانيين لاسكان عدد يتراوح ما بين (٢٠٠ ـ ٢٥٠) طالبا وطالبة من الوافدين ليسكنوا مع اخوتهم السودانيين في داخلياتهم مجانا تكافلا وتراحما بين الطلاب وشمل ذلك داخليات الصندوق بالعاصمة والولايات ، هذا بالنسبة للطلاب الأفارقة الفقراء ، اما بقية الطلاب المقتدرين ، فقد نفذنا مشروع داخلية الطلاب الوافدين بالتنسيق مع مكتب الندوة بجدة وذلك برسوم رمزية قدرها مائة ريال سعودي شهريا ، والداخلية الان تستقبل الطلاب ويسكنها الان طلاب توانسة وسوريين وحضارمة وهنود وباكستانيين وافارقة حيث يخضعون جميعا للوائح الاسكان التي وضعناها والتي تراعي و مواعيد الصلاة والعبادة والدروس والمحاضرات وعروض الفيديو والاطلاع بجانب المناشط الرياضية والاجتماعية ، وقد عينا مشرفا وحارسا للعمارة من ميزانيتنا .

٧) اسكان الطالبات :-

اسكان الطالبات الأفريقيات :-

خلال عام (١٤١٥هـ) ظللنا نقوم بمسئوليتنا تجاه الطالبات الأفريقيات حيث يسكن في سكن الندوة الوحدة رقم (١) وبها (٥٨) طالبة ومشرفتين وحارس ونقدم لهم الاعاشة كاملة ومصروفات الجيب والترحيل ونتابع دراستهن بالتنسيق مع جامعة افريقيا العالمية وجامعات اخري .

٨) اسكان الطلاب القمريين :-

ما زالت داخليتنا ( وحدة اسكان رقم (٢) ) بمنطقة السلمة جنوبي الخرطوم ما زالت مفتوحة للطلاب الذين وفدوا علينا من جزر القمر وعددهم بدأ بعشرين طالبا والان عددهم (٢٨) طالبا نقدم لهم ( السكن ـ الاعاشة ـ ) ونشرف علي دراستهم بالمدارس الثانوية والجامعات وكذلك نشرف علي مناشطهم الرياضية والاجتماعية ولحل مشكلة المواصلات ـ تحصلنا علي دراجة بخارية لكل طالب منهم .

ثالثا : مناشط عامة :

١) افتتحنا في بداية العام مكتبة كلية البنات بجامعة القرآن الكريم والعلوم الاسلامية حيث اهديناهم مجموعة متكاملة من الكتب والمطبوعات والدوريات هي الان تشكل (٩٠٪) من كتب المكتبة وذلك بعد عملنا لهم الأرفف واصلحنا مباني المكتبة ووضعنا لافتة تحمل شعار اهداء من الندوة الي جامعة القرآن الكريم .

٢) زارنا الاستاذ الدكتور / عويش حربي الامين العام المساعد للندوة وكانت فرصة طيبة لاطلاعه

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر ـ الخرطوم بحري ـ حي عمر المختار
شرق كبري بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL          WAMYSA065362



**World Assembly of Muslim Youth**   الندوة العالمية للشباب الاسلامي

| / / / / الرقم ن ع ش / / / | ( ٥ ) | التاريخ / / / م / / / |
|---|---|---|

علي سير العمل وحال الطلاب وخططنا وبرامجنا ، ونحن نرجو ان تتكرر من هذه الزيارات التي تجعل المسئولين يعيشون معنا همومنا ويقفـــــون علي مشاكلنا علي الطبيعـــــة حتي نتفاكر علي حلها . ان شاء الله .

٣) نفذنا مشروع افطار صائم بعد ان كونا لجنة متخصصة في هذا العمل وتم عمل تقرير متكامـــل بالموقف ( مرفق صورة منه)

٤) عقدنا عدة اجتماعات وقمنا بعدة اتصالات مع العديد من المنظمات الدعوية والأكاديميـــة داخل السودان والحمد لله كان صوت الندوة مسموعا في كل المحافل .

٥) هذه هي ابرز النقاط التي رأينا ان نبرزها وفي تقاريرنا الشهرية المزيد من النقاط والتفاصيـــل يمكنكم الرجوع اليها .

سائلين اللــه ان يوفقنـــا جميعـــا لمـــا فيــه الخيــر والبركة ،،،،،،،،،

عبد الله مكي صادق

ممثل الندوة العالمية للشباب الاسلامي

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA065363





**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

التاريخ / / / م          الرقم ن ع ش / / / /

ملحق رقم (ز)

| (١) | اسم النشاط | العدد | عدد المستفيدين | المكان | التاريخ |
|---|---|---|---|---|---|
| ١ | **المخيمات** | | | | |
| | طلاب سودانيين | ٢ | ١٨٠ | الخرطوم | ٢٥/٧/ - /١/٧/١٩٩٤ |
| | طلاب افارقة | ٣ | ١٥٧ | ,,,,,,,,,, | ١١/٨/ - ١٢/١٢/١٩٩٤م |
| | طلاب ارتريين | ٢ | ١٦٥ | خشم القربة / بورتسودان | ٣/٨/ - ٩/١/١٩٩٥م |
| | طلاب اورومبين | ١ | ٧٠ | الدمازين | ١/٨/١٩٩٤م |
| ٢ | **القوافل** | | | | |
| | القوافل | ٤ | ٥٠٠ر٣ | الدندر - سنجة | ٢٥/٧/١٩٩٤م |
| | | | ٥٠٠ر٢ | جوبا | ٢٥/٢/١٩٩٤م |
| | | | ٥٠٠ر٣ | ملكال | ٢٥/٢/١٩٩٤ |
| | | | ٢٠٠ر٤ | و ا و | ١٥/٤/٩٩٤ |
| | **الدورات التطبيقية** | (٧) | | | |
| | ادارة عامة | ٢ | ٦٠ | الخرطوم | ١٠/٧ - ١٧/٧/١٩٩٤ |
| | علوم كمبيوتر | ٢ | ٧٢ | ,,,,,,,, | ١٦/٧ - ١٠/٩/١٩٩٤م |
| | لغة انجليزية | ٢ | ٩٠ | ,,,,,,, | ٢٥/٨/ و ١٥/١٠/١٩٩٤م |
| | اعلام | ١ | ٤٥ | ,,,,,,, | ١٧/١٢/١٩٩٤م |
| | سكرتارية | ١ | ٤٥ | ,,,,,,, | ١٦/٧/١٩٩٤م |
| (٤) | **دورات الدعاة** | (٢) | | | |
| | | | ١٠٠ | و ا و | ١/١٠/٩٤ |
| | | | ١٠٠ | ملكال | ١٣/١١/١٩٩٤م |

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

المقر - الخرطوم بحرى - حى عمر المختار
شرق كبرى برى

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

CONFIDENTIAL                                                                    WAMYSA065364



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقم / ن ع ش / / /

التاريخ / / / م

تابع الملحق رقم (١)

| رقم | اسم النشاط | العدد | العـدد المستفيـد | المكـان | التاريـخ |
|---|---|---|---|---|---|
| ٥ | اللجنة النسائية | ١ | ٦٠ | الخرطـوم | ١٩٩٤/٧/٥ مستمرة |
| ٦ | مركز بـدر | ١ | ١٢٠ | الحاج يوسف شرق النيـل | ١٩٩٤/٧/) ( عام دراسي ) |
| (٧) | عدد الذين اسلمـوا علي ايدي دعاتنـا بالولايات الجنوبية | ٥٣ | (٥٣) (٣٠ ) رجال (٢٣) نسـاء | و ا و | |
| | | ٥٥ | (٢٠) رجال (٣٥) نسـاء | جوبـا | |
| | | ٤٦ | (٢٦) رجال (٢٠) نسـاء | ملكـال | |

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

المقر – الخرطوم بحري – حي عمر المختار
شرق كبري بري

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

CONFIDENTIAL

WAMYSA065365





**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

| التاريخ / / / / م | جـدول رقم (٥) | الرقم ن ع ش / / / |
|---|---|---|

بيان الطلاب المكفولين للندوة العالمية من الجنسيات المختلفـة
من شتـي بقـــاع العـالم الاسـلامـي

| المجمـوع | طالبـات | طـلاب | الـدولـة | رقم |
|---|---|---|---|---|
| ١١٢ | ١٧ | ٩٥ | ارتريـا | ١ |
| ٥٢ | ٤ | ٤٨ | الصومـال | ٢ |
| ٥٧ | ٤ | ٥٣ | تشـاد | ٣ |
| ١٧ | ٢ | ١٥ | اثيوبيـا | ٤ |
| ٢١ | ٤ | ١٧ | السـودان | ٥ |
| ١٣ | ــ | ١٣ | جزر القمـر | ٦ |
| ٢٦ | ٤ | ٢٢ | تايـلاند | ٧ |
| ٣ | ــ | ٣ | موريتانيا | ٨ |
| ٣ | ــ | ٣ | بوركينا فاسـو | ٩ |
| ٧ | ــ | ٧ | تـونـس | ١٠ |
| ٦ | ــ | ٦ | مـالي | ١١ |
| ٤ | ــ | ٤ | نيجيريـا | ١٢ |
| ٥ | ١ | ٤ | غامبيـا | ١٣ |
| ٥ | ــ | ٥ | افغانستـان | ١٤ |
| ١ | ــ | ١ | الجـزائر | ١٥ |
| ١ | ــ | ١ | ساحل العـاج | ١٦ |
| ٣ | ــ | ٣ | زائيـر | ١٧ |
| ١ | ــ | ١ | جيبـوتـي | ١٨ |
| ٣ | ــ | ٣ | الهنـد | ١٩ |
| ٣ | ــ | ٣ | كينيـا | ٢٠ |
| ٣٤٣ | ٣٦ | ٣٠٧ | | |

(٢)

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA065366





**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

| | / | / | / | الرقم ن ع ش | / | / | التاريخ / | / | / | م |

<div dir="rtl">

تابع كشف الطلاب المكفولين ( جدول رقم (٥)

| رقم | الدولـــــة | طـــلاب | طالبـــات | المجموع |
|---|---|---|---|---|
| | ماقبلـــه | ٣٠٧ | ٣٦ | ٣٤٣ |
| ٢١ | السنغـــال | ١ | ــــ | ١ |
| ٢٢ | مـــلاوي | ١ | ــــ | ١ |
| ٢٣ | اندونيسيا | ٢ | ــــ | ٢ |
| ٢٤ | بريطانيـــا | ١ | ــــ | ١ |
| ٢٥ | افريقيا الوسطي | ٢ | ــــ | ٢ |
| | المجموع    = | ١٤ | ٣٦ | ٣٥٠ |

</div>

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA065367



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA065359 - WAMYSA065367**

Sworn to before me this

_26_ day of _March_ _____ of 2026

Translation Manager

Notary



