

**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

Please contact Abu Anas urgently [signature]

Office of the Assistant Secretary-General

Office of the Assistant Secretary General

Number: ___

Date: ___

H.E. Dr. Saad bin Saeed Al-Humaidi

Assistant Secretary General of the Southern Region Office, peace be upon him

Peace be upon you, God's mercy and blessings

I ask God to keep you safe and sound.

With reference to your letter No. 2/195, dated October 31, 2001, regarding the required amendments in Abha Camp, we inform you that the matter was presented to the committee at its first meeting and the committee considered the following amendments:

1. The fixed rocks remain and the movable ones are removed.
2. Digging a pit at least 20 m long by 3 m wide.
3. Site leveling and landscaping.
4. Leveling all pathways and the area in front of the sub-camps, the kitchen, the warehouse, and around the restrooms and spread them with mats (walkers).
5. Making a special room for the camp guard.
6. Asphalting the entrances with tile walls.
7. Making iron racks inside the warehouses to arrange the tents on them and save them.
8. Making 4 zipper lattice doors on the entrances of the new restrooms.
9. Laying pipes to the 4-inch gate to feed the tanks.
10. The kitchen was expanded with a zinc canopy between the kitchen and the warehouse with a distribution window.
11. Making sinks behind the kitchen for washing dishes.
12. Changing all locks and locks
13. Installing an awning on the marquee gate.

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (10) Lines / 465 5431
Cable : ISLAMIYAH RIYADH - Fax. : (01) 464 1710

ص.ب، ١٠٨٤٥ ـ الرياض، ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٤٦٥٥٤٣١
برقيـــاً، إســلاميـــة الريـــاض • فاكـــس، ١٧١٠ ٤٦٤ (٠١)

CONFIDENTIAL

**EXHIBIT**

WAMY EX. 66

WAMYSA189733



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

Office of the Assistant Secretary General

Number: ___

Date: ___

As for the uni-ball, after getting quotes, it turned out that the cost was too high and a plaque on the camp's wall would suffice.

We hope that you kindly send us the estimated cost of the equipment and the time frame for its completion, thankful and appreciative of your good cooperation and God bless you and take care of you

Your brother

Assistant Secretary-General for Executive Affairs

Dr. Saleh bin Sulaiman al-Wuhaibi


[seal]

[signature]

[signature]

[seal]

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (10) Lines / 465 5431
Cable : ISLAMIYAH RIYADH - Fax. : (01) 464 1710

ص.ب، ١٠٨٤٥ ـ الرياض، ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ للمملكة العربية السعودية ـ هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط/ ٤٦٥٥٤٣١
برقيـــاً، إســـلاميـــة الريـــاض • فاكـــس، ١٧١٠ ٤٦٤ (٠١)

CONFIDENTIAL

WAMYSA189734

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

سعادة الدكتور / سعد بن سعيد الحميدي

الأمين العام المساعد لمكتب المنطقة الجنوبية

سلمه الله

السلام عليكم ورحمة اللّه وبركاته ،،

أسأل اللّه ان تكونو بخير حال وعافية ..

إشارة إلى خطابكم رقم ٢/١٩٥ وتاريخ ١٤٢٢/٨/١٤هـ الخاص بالتعديلات المطلوبة في مخيم أبها فنفيدكم أن الموضوع عرض على اللجنة في اجتماعها الأول ورأت اللجنة التعديلات التالية :

١. يبقى الثابت من الصخور والمتحرك تتم إزالته .

٢. حفر بيارة لاتقل عن ٢٠م طولاً في ٣م عرضاً .

٣. تسوية الموقع وتشجيره .

٤. تسوية جميع الممرات والمنطقة الواقعة أمام المخيمات الفرعية والمطبخ والمستودع وحول دورات المياه وفرشها ببحص ( مشايات ) .

٥. عمل غرفة خاصة بحارس المخيم .

٦. سفلتة المداخل مع عمل جوانب جدارية من البلك المدبول .

٧. عمل رفوف من الحديد داخل المستودعات لترتيب الخيام عليها وحفظها .

٨. عمل ٤ أبواب شبك سحاب على مداخل دورات المياه الجديدة .

٩. مد مواسير إلى البوابة ٤ بوصة لتغذية الخزانات .

١. توسعة المطبخ بعمل مظلة من الزنك بين المطبخ والمستودع مع شباك توزيع .

عمل أحواض خلف المطبخ لغسيل الأواني .

نيير جميع الكوالين والأقفال .

مظلة على بوابة (( السرادق )) .

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  ·  Saudi Arabia  ·  Tel. (01) 464 1669 (10) Lines / 465 5431
Cable:  ISLAMIYAH RIYADH  ·  Fax.: (01) 464 1710

فرع الأمير عبد العزيز بن مساعد بن جلوي
هاتف ٤٦٤ ١٦٦٩ (٠١) عشرة خطوط / ٤٦٥ ٥٤٣١
فاكــــس ٤٦٤ ١٧١٠ (٠١)

CONFIDENTIAL

WAMYSA189733



## World Assembly of Muslim Youth

### Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

الرقم : ..............................

التاريخ : ..............................

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

أما بالنسبة للوحة اليوني بول فبعد إحضار عروض الأسعار اتضح أن تكلفتها عالية جداً ويكتفى بعمل لوحة تثبت على جدار المخيم .

نأمل منكم التكرم مشكورين بإرسال التكلفة التقديرية للتجهيزات والمدة الزمنية لإنجازها شاكرين ومقدرين لكم حسن تعاونكم والله يحفظكم ويرعاكم ،،

الأمين العام المساعد للشؤون التنفيذية

د. صالح بن سليمان الوهيبي



ـ القيد

الندوة العالمية للشباب الإسلامي
مكتب المنطقة الجنوبية
رقم الوارد :
التاريخ :

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (10) Lines / 465 5431
Cable : ISLAMIYAH RIYADH - Fax. : (01) 464 1710

ص.ب : ١٠٨٤٥ ـ الرياض : ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف : ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٤٦٥ ٥٤٣١
برقياً : إسلامية الرياض ـ فاكس : ١٧١٠ ٤٦٤ (٠١)

CONFIDENTIAL

WAMYSA189734



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA189637-WAMYSA189827 ( from189661-663 and 733-734)**

Sworn to before me this

22 day of March of 2026

_Translation Manager_

_Notary_

NOTARY PUBLIC
ROGER ANTHONY BROWN
STATE OF NEW YORK
01BR6253070
EXP. 12.19.2027
KINGS COUNTY



**MEMBER**
American Translators Association



BBB® ACCREDITED BUSINESS

Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling