

الندوة العالمية للشباب الاسلامي
**World Assembly of Muslim Youth**

Ref: 10074

Date April 15, 1999
Respected Mr. / Hamad Al-Babtain
Secretary of the Saudi Joint Committee for the Relief of the Muslims of Kosovo May Allah preserve him

Peace, mercy, and blessings of Allah be upon you.
A delegation from the World Assembly of Muslim Youth in Albania has sent the attached report regarding the establishment of a refugee camp accommodating 5,000 refugees in the Kukës area. The report also includes another proposal to house 1,400 persons in a shelter offered by the Albanian government.

Thank you for your kind cooperation.
May Allah protect and preserve you.
Peace, mercy, and blessings of Allah be upon you.

Assistant Secretary-General
World Assembly of Muslim Youth
Western Region
Member of the Executive Committee of the Joint Committee
[signature]
Dr. Abdulwahab Noorwali

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ,  - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH
E-Mail : WAMY@KACST.EDU.SA

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شـــارع الأمير عبدالعزيز بن مســاعد بـن جلـوي
السـليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقـا : إســلاميـــة الريــاض

CONFIDENTIAL



WAMYSA036894

In the Kukës Area

A refugee camp will be established to accommodate 5,000 refugees.

Price per tent: USD 235

Services: USD 165 } Total 410

Tent capacity: 10 people

Tent size: 4 × 4 meters

Tent specifications:  Resistant to rain and humidity.

Total cost of tents: 235*200 = 47,000.

Total cost of services: 200 × 165 = USD 33,000

Total cost to establish a camp (200 tents): 47,000 + 33,000 = USD 80,000

Subsistence: USD 50 per person per month.

By the end of April, 100 tents will be implemented, accommodating 1,000 people.

By 15/5, another 100 tents will be implemented.

By the end of May, a total of 500 tents will be completed, accommodating 5,000 persons.

Total operational cost: USD 250,000

Cost of establishing the camp (500 tents):  USD 180,000

The Albanian government has also offered to provide a building that requires some renovation, capable of accommodating 1,400 persons.

CONFIDENTIAL

WAMYSA036895



بسم الله الرحمن الرحيم

## الندوة العالمية للشباب الاسلامي
## World Assembly of Muslim Youth

الرقم ................. ١٠٠٧٤

التاريخ ٢٩ / ١٢ / ١٤١٩ هـ

سعادة الأخ الفاضل / حمد البابطين

سكرتير اللجنة السعودية المشتركة لإغاثة مسلمي كوسوفو       حفظه الله

السلام عليكم ورحمة الله وبركاته .. وبعد ..

قام وفد من الندوة العالمية للشباب الإسلامي في ألبانيا بإرسال التقرير المرفق لإنشاء مخيم يضم ٥٠٠٠ لاجيء في منطقة كوكس ، كما يضم التقرير عرض آخر بإيواء ١٤٠٠ شخص في ملجأ معروض من قبل الحكومة الألبانية ،

شاكرا حسن تعاونكم ،

ودمتم والله يحفظكم ويرعاكم ،

والسلام عليكم ورحمة الله وبركاته .

الأمين العام المساعد

للندوة العالمية للشباب الإسلامي

المنطقة الغربية

عضو اللجنة التنفيذية للجنة المشتركة

د. عبد الوهاب نور ولي

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH
E-Mail : WAMY@KACST.EDU.SA

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقيا : إسلامية الرياض

CONFIDENTIAL

WAMYSA036894

في منطقة كوكس .

سيقام مخيم للاجئين يضم ٥٠٠٠ لاجيء :

سعر الخيمة ٢٣٥ دولار .

خدمات ١٦٥ دولار .            اجمالي ٤١٠ دولار

سعة الخيمة ١٠ أشخاص

مساحة الخيمة ٤*٤

مواصفات الخيمة : مقاومة للأمطار والرطوبة .

السعر الكلي للخيام ٢٣٥*٢٠٠ =٤٧٠٠٠ دولار

السعر الكلي للخدمات ٢٠٠*١٦٥ =٣٣٠٠٠ دولار .

التكلفة الكلية لإنشاء مخيم (٢٠٠ خيمة ) ٤٧٠٠٠+ ٣٣٠٠٠+ = ٨٠٠٠٠ دولار .

الإعاشة : ٥٠ دولار / شهريا للفرد الواحد .

الى نهاية ابريل ستنفذ ١٠٠ خيمة

تتسع لـ ١٠٠٠ شخص

والى ٥/١٥ سينفذ ١٠٠ خيمة أخرى .

الى نهاية شهر ٥ سيكون المنفذ ٥٠٠ خيمة بسعة ٥٠٠٠ شخص

بتكلفة تشغيلية كلية ٢٥٠٠٠٠ دولار

تكلفة انشاء المخيم ( ٥٠٠ خيمة) : ١٨٠,٠٠٠ دولار .

عرضت الحكومة الألبانية توفير مبنى يحتاج الى بعض الترميمات يتسع لـ ١٤٠٠ شخص .

CONFIDENTIAL

WAMYSA036895



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036894 - WAMYSA036895**

Sworn to before me this

26 day of MARCH _____ of 2026



Translation Manager

_____
Notary



American Translators Association



Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling