

# World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

| Periodic Letter | No.: 1804 |
|---|---|

Date: 27 Sha'ban 1418 AH
[27DEC1997 CE]

**To His Excellency Dr. Abdulwahab Noor Wali**
                    **India**

May the peace, blessings, and mercy of God be upon you. I hope that you are well, as it pleases our Lord.

WAMY is pleased to attach check/~~remittance~~ no. *58* dated *24/08/1418* AH [24DEC1997 CE] drawn on *[Al-Omay] Bank*, paid to your order in the amount of *10,000* for the price of providing Iftar meals for year 1418 AH.

Given what has been observed by some entities in past years on the inaccuracies in disbursing these funds for the benefit of needy Muslim beneficiaries, the carelessness in ensuring that the support reaches its beneficiary, a tolerance for the failure to document this work in photographs, videotapes, and financial reports with supporting documentation and not having trustworthy and experienced people defend this work in reports containing statistics on the materials distributed, number of beneficiaries, distribution sites, and quantities, this suggests that the work in some locations is being carried out randomly and might cast a certain haze over the integrity of the work itself. WAMY will use the Islamic work done this year as a benchmark on whether or not to engage in future interactions.

Therefore, WAMY, in placing its trust in you, urges you to do your utmost to deliver this support to its beneficiaries in the best manner possible that benefits the needy and creates a reassuring environment among both the ones making the effort and the beneficiaries alike. Two committees must be formed for financial control and missionary work to give detailed reports on what each committee has done.

Please implement this at the start of Ramadan, even if the checks sometime arrive late in the mail. We must receive these reports before the end of Ramadan.

May God bless your efforts and may they tip the balance of your good deeds on Judgment Day.

Wishing you the best, and may the peace, blessings, and mercy of God be upon you

[signature]

Program Director
[signature]
Mr. Ahmed Al-Sayed Ahmed Jalbat
*24/08/1418 AH*
[24DEC1997 CE]

[Stamp: WAMY, Jeddah Office]

Jeddah: Northwest of Al-Sitten Crossing with Palestine St., Tel. 02 6672833/6601878, Fax: 02 6602645, Cable: WAMY Jeddah, PO Box 8856 Jeddah 21492

CONFIDENTIAL



EXHIBIT
WAMY EX. 68

WAMYSA584328



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

| خطـاب دوري |

الرقم ١٨٠٤
التاريخ ٢٧ شعبان ١٤١٨

سعادة الأخ الفاضل / د. عبدالوهاب نور ولي      حفظه الله
الهنـــــــد

السلام عليكم ورحمة الله وبركاته ،،

آمل أن تكونوا على خير ما يحب ربنا ويرضى .. وبعد ،،

يسر الندوة أن ترفق لكم الشك / الحوالة رقم ( ٨ ٥ ) بتاريخ : ١٤١٨/٨/٢٤هـ
والمسحوب على : البنك السعودي       لأمركم بمبلغ : ١٠,٠٠٠      وذلك قيمة
إفطار صائم لعام ١٤١٨هـ .

ونظرًا لما لوحظ من بعض الجهات في الأعوام السابقة من عدم الدقة في صـرف هـذه الأمـوال لمصلحة مستحقيها مـن فقـراء المسلمين والتهاون في الحرص علـى أن يصـل الدعم إلـى مستحقيه والتساهل في عدم توثيق هذا العمل بالصور الفوتوغرافية وأشرطة الفيديو والتقارير الماليـة المدعومة بالثبوتيات وإشفاع ذلك بتقارير أهل الثقة والخبرة تحوي إحصاءات المـواد الموزعـة وعدد المستفيدين وأماكن التوزيع وكمياته ، مما يوحي بأن العمل في بعض الأماكن يتم بصوة عشوائية قد تشيع شيئًا من الضباب على أمانة العمل ذاته، وسوف تجعل الندوة من العمل الإسلامي هذا العام مقياسًا للتعـامل في المرات القادمة من عدمة.

لذا فإن الندوة تهيب بكم وأنتم محل ثقتها أن تبذلوا قصارى جهودكم في إيصال هذا الدعم إلـى مستحقية بأفضل طريقة تفيد أهل الحاجة وتشيع جو الإطمئنان لدى الباذلين والمستحقين علـى السـواء على أن يتم تشكيل لجنتين للضبط المالي والدعوة وأن يرد في التقرير تفصيل مـا قامت به كل من اللجنتين .

ونحن نأمل منكم البدء في التنفيذ من أول شهر رمضان حتى وإن تأخر وصـول الشيكات في البريد بعض الوقت ، على أن تصلنا هذه التقارير قبل آخر رمضان.

بارك الله في جهودكم وجعلها في ميزان حسناتكم يوم القيامة .

وكل عامم وأنتم بخير ،،
والسلام عليكم ورحمة الله وبركاته ،،

مدير البرامج

أ. أحمـد السـيد أحمـد جلبـط
م١٤١٨/٨/٢٤

جـدة- الشمال الغربي لتقاطع الستين مع شـارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ (٠٢)- فاكس : ٦٦٠٢٦٤٥ (٠٢)- برقياً : وامي جلدة ص.ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL      WAMYSA584328



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA584328**

Sworn to before me this

___ day of _MARCH_____ of 2026

_____
Translation Manager

_____
Notary



