

## World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

Periodic letter

Number: 1822
Date: December 28, 1997

**Honorable Brothers / Burma Committee, may God protect you**
**Representative of the World Assembly of Muslim Youth, Jeddah office**
Peace be upon you, God's mercy and blessings

I hope you are doing well, as our Lord likes and desires.

The Assembly is pleased to enclose to you the check/transfer No. () dated / / AD and drawn on bank for your order in the amount of 40,000 Saudi riyals for the value of the fasting breakfast for the year 1418 AH.

Considering what has been observed in previous years by some organizations in terms of inaccuracy in disbursing these funds for the benefit of the poor Muslims, laxity in ensuring that the support reaches its beneficiaries, and leniency in not documenting this work with photographs, videos, and financial reports supported by documentary evidence and accompanied by reports from trustworthy and experienced people that contain statistics on the items distributed, the number of beneficiaries, the places of distribution, and the quantities distributed this suggests that the work in some places will be done randomly, which may spread some fog over the places of work itself, and the symposium will make the Islamic work this year a measure of whether or not to deal with it in the coming times.

Therefore, the symposium calls upon you, as you are the object of its trust, to exert your utmost efforts to deliver this support to its beneficiaries in the best way that benefits the people in need and spreads an atmosphere of reassurance among both the donors and the beneficiaries, provided that two committees are formed for financial control and advocacy, and that the report details what each of the two committees has done.

We hope you will start implementing from the first of Ramadan. Even if it takes some time for the checks to arrive in the mail, we should receive these reports before the end of Ramadan

May God's peace, mercy and blessings be upon you

May Allah bless your efforts and make them in the balance of your good deeds on the Day of Judgment. May peace, mercy and blessings of God be upon you

I received the original

[signature]

Program Manager [signature]

Mr. Ahmed Elsayed Ahmed Galbat

24/8/1409 AH

[seal]

CONFIDENTIAL

**EXHIBIT**
**WAMY EX. 69**

WAMYSA585072



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

---

الرقم ١٨٢٢    | خطــاب دوري |

التاريخ ٢٨ شعبان ١٤١٨

حفظه الله

سعادة الأخوة الأفاضل / لجنة بـورما

**الندوة العالمية للشباب الإسلامي – مكتب جدة**

السلام عليكم ورحمة الله وبركاته ،،

آمل أن تكونوا على خير ما يحب ربنا ويرضى .. وبعد ،،

يسر الندوة أن ترفق لكم الشيك / الحوالة رقم (        ) بتاريخ :   /   /

والمسحوب على : (البنك الأهلي التجاري)    لأمركم بمبلغ :    ٢,٠٠٠,٦ ريال وذلك قيمة إفطار صائم لعام ١٤١٨هـ .

ونظراً لما لوحظ من بعض الجهات في الأعوام السابقة من عدم الدقة في صـرف هذه الأمـوال لمصلحة مستحقيها من فقراء المسلمين والتهاون في الحرص على أن يصل الدعم إلى مستحقيه والتساهل في عدم توثيق هذا العمل بالصور الفوتوغرافية وأشرطة الفيديو والتقارير المالية المدعومـة بالثبوتيات وإشفاع ذلك بتقارير أهل الثقة والخبرة تحوي إحصاءات . المواد الموزعـة وعدد المستفيدين وأماكن التوزيع وكمياته ، مما يوحي بأن العمل في بعض الأماكن يتم بصوة عشوائية قد تشيع شيئاً من الضباب على أمانة العمل ذاته، وسوف تجعل الندوة من العمل الإسلامي هذا العام مقياساً للتعامل في المرات القادمة من عدمة.

لذا فإن الندوة تهيب بكم وأنتم محل ثقتها أن تبذلوا قصارى جهودكم في إيصال هذا الدعم إلى مستحقيه بأفضل طريقة تفيد أهل الحاجة وتشيع جو الإطمئنان لدى الباذلين والمستحقين على السـواء على أن يتم تشكيل لجنتين للضبط المالي والدعوة وأن يرد في التقرير تفصيل مـا قامت بـه كل من اللجنتين .

ونحن نأمل منكم البدء في التنفيذ من أول شهر رمضان حتى وإن تأخر وصـول الشيكات في البريد بعض الوقت ، على أن تصلنا هذه التقارير قبل آخر رمضان.

بارك الله في جهودكم وجعلها في ميزان حسناتكم يوم القيامة .

وكل عامم وأنتم بخير ،،
والسلام عليكم ورحمة الله وبركاته ،،

مدير البرامج

أ. أحمـد السـيد أحمـد جلبـط

١٤١٨/٨/٤م



جـدة- الشمال الغربي مع شـارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- ناكس (٠٢)٦٦٠٢٦٤٥-برقياً : وامي جدة- ٢١٤٩٢    WAMY SA58072

Jeddah : North west of Al-Sitten Crossing with Palestine St. · Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English  language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA585072**

Sworn to before me this

22 day of ___MARCH___ of 2026

_____
Translation Manager

_____
Notary





Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling