



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

---

Number: [illegible]
Date: [illegible]

**His Excellency Mr. Fawzi Farghaly  may God protect him**
**Scout Center - Egypt**
Peace be upon you, God's mercy and blessings

I hope you are doing well, as our Lord likes and desires.

The Symposium is pleased to enclose to you the check/transfer No. (14000273899) dated 28/11/1999 AD and drawn on ([illegible]) for your order in the amount of 40,000 Saudi riyals for the value of the fasting breakfast for the year 1420 AH for the benefit of the students sponsored by the Symposium in Egypt. Considering what has been observed in previous years by some organizations in terms of inaccuracy in disbursing these funds for the benefit of the poor Muslims, laxity in ensuring that the support reaches its beneficiaries, and leniency in not documenting this work with photographs, videos, and financial reports supported by documentary evidence and accompanied by reports from trustworthy and experienced people that contain statistics on the items distributed, the number of beneficiaries, the places of distribution, and the quantities distributed this suggests that the work in some places will be done randomly, which may spread some fog over the places of work itself, and the symposium will make the Islamic work this year a measure of whether or not to deal with it in the coming times.

Therefore, the symposium calls upon you, as you are the object of its trust, to exert your utmost efforts to deliver this support to its beneficiaries in the best way that benefits the people in need and spreads an atmosphere of reassurance among both the donors and the beneficiaries, provided that two committees are formed for financial control and advocacy, and that the report details what each of the two committees has done, and that banners are raised as follows:

World Islamic Youth Symposium

Fasting Iftar Project for the year 1420 AH [logo]

Country name : _____ Name of the region: _____

The activity must be filmed clearly on good quality film by professionals who are not amateurs, and the activity must be recorded and filmed with a video and television camera.

We hope you will start implementing from the first of Ramadan. Even if it takes some time for the funds to arrive in the mail, we should receive these reports before the end of Ramadan. May God's peace, mercy and blessings be upon you

Director of Advocacy Programs

[signature]

Ahmed Elsayed Ahmed Galbat

[seal]

---

جدة ـ الشمال الغربي لتقاطع المتين مع شــارع فلـسطين ـ هاتف : ٦٦٧٢٨٣٢ / ٦٦٠١٨٧٨ (٠٢) ـ فاكس : ٦٦٠٢٦٤٥ (٠٢) ـ برقياً : رامي ـ ص.ب ٨٨٥٦ جـدة ٢١٤٩٢
Jeddah : North west of Al-Silten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL    WAMYSA605353

CONFIDENTIAL

EXHIBIT
WAMY EX. 71

WAMYSA605353



بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**                    **الندوة العالمية للشباب الاسلامي**



الرقــم ..........................................

التاريخ ................. حفظه الله

**سعادة الأخ الفاضل | فوزي فرغلي**

**المركز الكشفي ـ مصر**

السلام عليكم ورحمة الله وبركاته ،،

آمل أن تكونوا على خير ما يحب ربنا ويرضى .. وبعد ،

يسر الندوة أن ترفق لكم شيك/ حوالة رقم (٢٨٩٩ ٢٠٠٣٧ ١٨٠٠) بتاريخ: ٢٨/ ١١ / ١٩٩٩م والمسحوب على (بنك التشمير ) لأمركم بمبلغ (٤٠٬٠٠٠) أربعين ألف ريال ســعودي قيمة إفطار الصائم لعام ١٤٢٠هـ لصالح الطلاب المكفولين من الندوة في مصر.

ونظراً لما لوحظ من بعض الجهات في الأعوام السابقة من عدم الدقة في صرف هـذه الأموال لمصلحة مستحقيها من فقراء المسلمين، والتهاون في الحرص على أن يصل الدعم إلـى مستحقيه، والتساهل في عدم توثيق هذا العمل بالصور الفوتوغرافية وأشرطة الفيديو والتقاريـر المالية المدعومة بالثبوتيات وإشفاع ذالك بتقارير أهل الثقة والخبرة تحوي إحصـــاءات المـواد الموزعة وعدد المستفيدين وأماكن التوزيع والكميات الموزعة، مما يوحي بأن العمل في بعـض الأماكن يتم بصورة عشوائية، قد تشيع شيئاً من الضباب على أمانة العمل ذاته ، وسوف تجعـل الندوة من العمل الإسلامي هذا العام مقياساً للتعامل في المرات القادمة من عدمه.

لذا فإن الندوة تهيب بكم وأنتم محل ثقتها أن تبذلوا قصارى جهودكم في إيصـــال هـذا الدعم إلى مستحقيه بأفضل طريقة تفيد أهل الحاجة، وتشيع جـــو الاطمئنـان لـدى البـاذلين والمستحقين على السواء، على أن يتم تشكيل لجنتين للضبط المالي والدعـــوة، وأن يـرد فـي التقرير تفصيل ما قامت به كل من اللجنتين ، وأن ترفع لافتات كالتالي:-

الندوة العالمية للشباب الإسلامي

مشروع إفطار الصائم لعام ١٤٢٠هـ

اسم البلد : _____     اسم المنطقة : _____

وأن يتم التصوير بشكل واضح وبأفلام جيدة بواسطة مختصين غير هواة ، وأن يسـجل النشاط ويصور كذلك بالفيديو وبكاميرا تلفزيونية.

نأمل منكم البدء في التنفيذ من أول شهر رمضان .. حتى وإن تأخر وصول التمويل في البريد بعض الوقت، على أن تصلنا هذه التقرير قبل آخر رمضان.

والسلام عليكم ورحمة الله وبركاته ،،

مدير إدارة البرامج الدعوية

أحــمد السيد أحمد جــلبط



جدة- الشمال الغربي لتقاطع الستين مع شـارع فلسطين - هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)ـ فاكس : ٦٦٠٢٦٤٥(٠٢)ـ برقياً : رابطـ ٨٨٥٦ جدة ٢١٤٩٢
CONFIDENTIAL
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

WAMYSA605353



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA605353 - 1999 Ltr from WAMY to camping center in Egypt re Iftar req establishing financial control committee**

Sworn to before me this

_22_ day of ___March___ of 2026

_____
Translation Manager

_____
Notary





ROGER ANTHONY BROWN
STATE OF NEW YORK
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY

**ata MEMBER**
American Translators Association

**BBB ACCREDITED BUSINESS**

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling