

**World Assembly of Muslim Youth**
**Pakistan Office**
**Final Report on the Khalid ibn al-Walid Mosque**

Project Overview

| | |
|---|---|
| Pakistan | The Country |
| Sobe Sarhad | The State |
| Peshawar | The Governorate |
| Kli -Worsk Tower | The Village |
| $39,375 | Project Budget |
| 150 square meters | The mosque's floor area |
| 130 square meters | ا- Main Prayer Hall |
| 20 square meters | The Imam's Room |
| 180 worshippers | Number of worshippers |

Building Specifications

| Cost | | Specifications | Statement |
|---|---|---|---|
| in riyals | in rupees | | |
| 5089 | 81419 | with stone and a mixture of cement and sand | Excavating and pouring foundations |
| 9802 | 156832 | with firebricks | Erecting walls |
| 7842 | 125472 | with armed guards | Concrete columns and ceiling pouring |
| 3136 | 50176 | with a mixture of cement and sand | Wall covering |
| 4313 | 69008 | 2 doors and9 windows , 5 small doors , 2 small windows , 2 cabinets | Doors and Windows |
| 3137 | 50192 | Speaker with 12speakers ,  9 lights, and 9 fans | Electrical extensions |
| 0 | 0 | 10 water taps,6 bidets, 1 bathroom with a water tank | The Ablution Area |
| 2350 | 37600 | 200 square meters | Concrete Flooring |
| 1181 | 18896 | 150 square meters, Iranian style | Carpet the floor |
| 1190 | 19040 | 20 meters long and 2 meters high | Outer wall |
| 1170 | 18720 | --- | Paint |
| 39210 | 627355 | Total | |

Financial Report Summary

| Deficit | Remaining | Outgoing | Approved |
|---|---|---|---|
| in riyals | in riyals | in riyals | in riyals |
| -- | 165 | 39210 | 39375 |

The exchange rate is 1 Saudi riyal to 16 Pakistani rupees

Illustrated Supplement

CONFIDENTIAL

EXHIBIT
WAMY EX. 72

WAMYSA173786

Final photos of the Khalid ibn al-Walid Mosque



CONFIDENTIAL

WAMYSA173787



# الندوة العالمية للشباب الإسلامى

## مكتب باكستان

## التقرير الختامي لمسجد خالد بن الوليد

| | التعريف بالمشروع | | |
|---|---|---|---|
| البلد | باكستان | | |
| الولاية | سوبه سرحد | | |
| المحافظة | بيشاور | | |
| القرية | برج كلي – ورسك | | |
| ميزانية المشروع | 39375 دولار | | |
| مساحة المسجد<br>أ- المصلى الرئيسي<br>ب- غرفة الإمام | 150 متر مربع<br>130 متر مربع<br>20 متر مربع | | |
| عدد المصلين | 180 مصلى | | |
| المتبرع | خالد عبد الرحيم مفرج | | |

| التكلفة | | المواصفات | البيان |
|---|---|---|---|
| بالريال | بالروبية | | |
| 5089 | 81419 | بالحجر وخليط الأسمنت والرمل | حفر الأساسات وصبها |
| 9802 | 156832 | بالطوب الحراري | رفع الجدران |
| 7842 | 125472 | بالخرصانة المسلحة | الأعمدة الخرصانية وصب السقف |
| 3136 | 50176 | بخليط الأسمنت والرمل | كسوة الجدران |
| 4313 | 69008 | 2 أبواب و 9 نوافذ  5 ابواب صغير 2 نوافذ صغير – 2 دولاب | الأبواب والنوافذ |
| 3137 | 50192 | مكبر الصوت سماعتين – 12 مصابيح ، 9 مروحات | التمديدات الكهربائية |
| 0 | 0 | 10 صلبور ماء و 6 مكان الاستنجاء واحد حمام خزانة الماء | الموضأ |
| 2350 | 37600 | 200 متر مربع | الفرش بالكانكريت |
| 1181 | 18896 | 150 متر مربع من نوع إيراني | فرش الأرضي بالموكيت |
| 1190 | 19040 | بطول 20 م وارتفاع 2 متر | السور الخارجي |
| 1170 | 18720 | --- | الدهان |
| 39210 | 627355 | الإجمالي | |

| العجز | المتبقي | المنصرف | المعتمد |
|---|---|---|---|
| بالريال | بالريال | بالريال | بالريال |
| -- | 165 | 39210 | 39375 |

سعر صرف ريال واحد يساوي 16 روبية باكستانية





صور لمشروع مسجد خالد بن الوليد

CONFIDENTIAL

WAMYSA173787



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA173786-WAMYSA173787**

Sworn to before me this

_26_ day of ____March____ of 2026

_____
Translation Manager

_____
Notary





Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling