

Date: May 26, 1998

No: [stroked through]

His Excellency the Chairman of the Kashmiri Muslim Youth Committee

Peace be upon you, and may Allah's mercy and blessings be upon you.

We are sending you the general financial report for the years 1995-1998, and the first two months of 1998-99, which includes the funds received by the Free Kashmir Office and the various expenses for public projects, all of which have been recorded in separate ledgers. Please note that The World Assembly of Muslim Youth, which is of great interest to His Excellency the Secretary-General, Dr. Mana Al-Johani, may God protect him, is represented by the Muslim Kashmir Committee, which you oversee. The donations received by the committee in Free Kashmir amounted to (5,179,302 rupees), Here are the full details:

Teachers' salaries: 1,393,213 rupees

Administrative expenses: 925,915 rupees

Restoration of mosques and Islamic schools: 214,333 rupees

Da'wah activities and educational camps: 423,834 rupees

Iftar for the fasting and Zakat al-Fitr: 1,799,107 rupees

Qurbani project: 1,031,009 rupees

Expenses for Quran memorization circles: 28,786 rupees

Expenses for the Abdullah Al-Faleh Grand Mosque: 224,372 rupees

Please review this and share your feedback

M / Supervisor, Qari Hidayatullah Shah
[signature]

Supervisor of the Holy Quran Circles at the Free Kashmir Office, Abdul Ghayath Alimullah
[signature]

CONFIDENTIAL

EXHIBIT
WAMY EX. 73

WAMYSA059981



In the Name of Allah, the Most Gracious, the Most Merciful

Table No. 3

Statement of Receipts and Disbursements for the World Assembly of Muslim Youth for the year 1416 AH
(Committee of Muslim Youth of Kashmir), corresponding to the years 1995–1996

| Statement of Incoming and Outgoing Amounts | Amount Received in Riyal | Amount Received in Rupees | Actual Expenditure | Remarks and Remaining Balance |
|---|---|---|---|---|
| Incoming and salaries for teachers up to date 2-3-16 | | 91900 | 79850 | |
| Renovation of the workshop house | | 3000 | 3000 | |
| Renovation of the mosque in Kotli | | 5000 | 5000 | |
| Renovation of the mosque in Bagh | | 1000 | 1000 | |
| On the table of the needy in the colonies | | - | 10000 | |
| Remaining balance for the library and office | 1379.76 | 11500 | | 2080 |
| Incoming and salaries for teachers for months 1-6 | 5750.74 | 48300 | 48200 | |
| Incoming and disbursed teachers' salaries for the months of Rabi' I, Rabi' II, and Jumada I | 8998 | 74700 | 74700 | |
| Salaries of teachers for Shaban and Ramadan and Zakat al-Fitr 1416 AH | 5204.58 / 1000 | 139000 | | |
| Disbursed teachers' salaries for Shaban and Ramadan 1416 AH | | 47600 | 47600 | |
| Remaining Zakat for 1416 AH and Iftar and Incoming Iftar 1416 AH | 4000 | 36473 | 4551.3 | |
| Operational for the month of Ramadan | | | 2080 | -> |
| Incoming for the office and its expenses for 1416 AH | 25000 | 259563 | 259563 | - |
| Incoming and disbursed salaries for Shawwal, Dhu al-Qi'dah 1416 AH | | 63400 | 63400 | |
| Operational for Dhu al-Qi'dah 1416 AH | | 2261 | 2261 | |
| Operational for Dhu al-Hijjah 1416 AH | | 5960 | 5960 | |
| Incoming and disbursed salary for a teacher and expenses | | 11000 | 11000 | |
| Total incoming funds for the year | 9000 | 80860 | 81921 | |
| Remaining balance for 1416 AH | | | | 938 |
| Incoming and disbursed for Bagh and Bagh Colony circles | | 14070 | 14070 | |

Accountant

Director

CONFIDENTIAL

WAMYSA059982

In the Name of Allah, the Most Gracious, the Most Merciful

Table No. 3

Statement of Receipts and Disbursements for the World Assembly of Muslim Youth for the year 1417 AH
(Committee of Muslim Youth of Kashmir), corresponding to the years 1996–1997

| Statement of Incoming Amounts | Amount Received in Riyal | Amount Received in Rupees | Actual Expenditure | Remarks and Remaining Balance |
|---|---|---|---|---|
| Remaining balance for the year 1416 AH | | | | 938 |
| Incoming and disbursed salaries for Dhu al-Hijjah 1416 AH and Muharram 1417 AH | | 94800 | 94800 | |
| Operational expenses for Muharram 1417 AH | | | 6666 | |
| Operational expenses for Safar 1417 AH | | | 2276 | |
| Remaining balance for Safar from Riyadh office | | | | 8004 |
| Incoming and salaries for teachers for Rabi' I, Rabi' II, and Jumada I 1417 AH | | 120840 | 94800 | |
| Operational expenses for Rabi' al-Awwal | | | 3674 | |
| Operational expenses for Rabi' al-Thani | | | 2378 | |
| Operational expenses for Jumada al-Ula | | | 4726 | |
| Incoming value of furniture from Islamabad | | 43850 | | |
| Remaining balance for the month of Jumada al-Ula | | | | 51072 |
| Dawah activity and Neelam valley expenses | | | 71101 | |
| Operational expenses for Jumada al-Akhira | | | 2441 | |
| Operational expenses for Rajab 1417 AH | | | 3105 | |
| Remaining balance from Riyadh office | | | | 25515 |
| Incoming and disbursed salaries for Shaban and Ramadan 1417 AH | | 66200 | 66200 | |
| Incoming and salaries for teachers for Shaban and Ramadan | | 66600 | 66600 | |
| Incoming operational for Shaban and Ramadan | | 12000 | | |
| Operational expenses for Shaban | | | 5486 | |
| Incoming balance from the library for 2500 Riyals | | 25575 | | |

Accountant

Director

CONFIDENTIAL                                                                  WAMYSA059983

In the Name of Allah, the Most Gracious, the Most Merciful

Table No. 3

Statement of Receipts and Disbursements for the World Assembly of Muslim Youth for the year 1417 AH
(Committee of Muslim Youth of Kashmir), corresponding to the years 1996–1997

| Statement of Incoming Amounts | Amount Received in Riyal | Amount Received in Rupees | Actual Expenditure | Remarks and Remaining Balance |
|---|---|---|---|---|
| Incoming for the Iftar project for the fasting 1417 AH | | 426620 | 424004 | |
| Incoming for the Zakat project for 1417 AH | | 212305 | 212255 | |
| Donations for Shaher Abdul Majid | | 59992 | 59992 | |
| Operational expenses for the month of Ramadan and the remaining balance | | 15000 | 15000 | 7690 |
| Operational expenses for Shawwal | | | 3687 | |
| Operational expenses for Dhu al-Qi'dah and the remaining balance from Kashmir office | | | 3034 | 759 |
| Operational expenses for Dhu al-Hijjah 1417 AH | | | 3556 | |
| Incoming and disbursed salaries for Shawwal and Dhu al-Qi'dah | | 66600 | 66600 | |
| Incoming and disbursed for the orphan project for the year 1417 AH | | 212309 | 376801 | 146692 |
| Incoming and disbursed remaining balance in the orphan project | | 166180 | | |
| Remaining balance for the year 1417 AH | | | | 4951 |

Accountant

Director

CONFIDENTIAL

WAMYSA059984

In the Name of Allah, the Most Gracious, the Most Merciful

Table No. 3

Statement of Receipts and Disbursements for the World Assembly of Muslim Youth for the year 1418 AH (Committee of Muslim Youth of Kashmir), corresponding to the years 1997–1998

| Statement of Received Amounts | Received Amount in Riyals | Received Amount in Rupees | Actual Expenditure | Remarks |
|---|---|---|---|---|
| Remaining balance for the year 1417 AH | | | | 4959 |
| Receipt and payment of teachers' salaries for the months of Dhu al-Hijjah 1417 AH and Muharram 1418 AH | | 78600 | 69600 | |
| Operating expenses for Muharram and Safar 1418 AH | | | 9529 | 5398 |
| Receipt and payment of teachers' salaries for the months of Rabi' al-Awwal and Rabi' al-Thani | | 78600 | 66000 | |
| Operation of Rabi' al-Awwal | | | 6775 | |
| [illegible] | | | 1500 | 1663 |
| Receipt and payment of Rabi' al-Thani salaries and General Secretariat expenses for past months | | 157400 | | |
| Payment of Jumada al-Ula salaries + Rabi' | | | 66600 | |
| Operation of Jumada al-Ula | | | 4521 | |
| [illegible] | | | 3745 | |
| Payment of Jumada al-Akhir + Rajab salaries | | | 66600 | |
| Rajab operating expenses | | | 4042 | |
| [illegible] | | | 2651 | 7397 |
| Receipt and payment of amounts for the Second Educational Camp | 24270 | 235993 | | |
| Receipt of Iftar for the fasting, salaries of Sha'ban, Ramadan, and Shawwal | 546920 | | | |
| Payment of teachers' salaries for Sha'ban, Ramadan, and Shawwal | 66600 | 66600 | | |
| Expenses for Iftar for the fasting and Zakat al-Fitr | | | 303498 | |
| | | | | |
| Ramadan operating expenses | | | 6120 | |
| Receipt of the rest of the Educational Camp expenses | 117709 | | | |

Accountant

Director

CONFIDENTIAL

WAMYSA059985

In the Name of Allah, the Most Gracious, the Most Merciful

Table No. 3

Statement of Receipts and Disbursements for the World Assembly of Muslim Youth for the year 1418 AH (Committee of Muslim Youth of Kashmir), corresponding to the years 1997–1998

| Statement of Received Amounts | Received Amount in Riyals | Received Amount in Rupees | Actual Expenditure | Remarks |
|---|---|---|---|---|
| Receipt of Zakat al-Fitr for the year 1418 AH | | 234157 | | |
| Receipt of operating funds for Sha'ban and Ramadan | | 12000 | | |
| Receipt of stationery and religious books | | 13786 | | |
| Receipt of stationery for classes | | 3512 | | |
| Receipt for school in Tekka | | 16904 | 16904 | |
| Remaining balance for the month of Shawwal | | | | 27297 |
| Receipt and payment of amounts for the month of Shawwal and Dhu al-Qi'dah | | 76600 | 80600 | |
| Receipt and payment of Eid gifts | | 2000 | 2000 | |
| Receipt and payment of Shawwal and Dhu al-Qi'dah salaries + Ramadan | | 3000 | 3000 | |
| Receipt and payment for Shawwal and Dhu al-Qi'dah operating expenses | | 12000 | 10720 | |
| Remainder of Iftar for the fasting for the year 1416 AH | | | 1010 | |
| Remaining balance for the month of Dhu al-Hijjah | | | | 28567 |
| Receipt and payment of the general total for the year 1418 AH | | 351299 | 369765 | 26426 |
| Receipt and payment for the restoration of the mosque | | 83538 | 83538 | |
| " | | 48341 | 48341 | |
| Receipt for Masjed Khalid (Bagh) | 60000 | 117076 | 100000 | 309770 |
| Second payment | | 175608 | 10000 | 209770 |

Accountant

Director

CONFIDENTIAL                                                                                           WAMYSA059986

In the Name of Allah, the Most Gracious, the Most Merciful

Table No. 3

Statement of Receipts and Disbursements for the World Assembly of Muslim Youth for the year 1419 AH (Committee of Muslim Youth of Kashmir), corresponding to the years 1998–1999

| Statement of Received Amounts | Received Amount in Riyals | Received Amount in Rupees | Actual Expenditure | Remarks |
|---|---|---|---|---|
| Previous balance for the period | | | | 28567 |
| Receipt and payment of Khalid Mosque (Bagh) | | 117078 | 143337 | |
| Mosque Khalid expenses | | | 8061 | 127243 |
| Amount received and spent for Tekka School | | 58540 | 58540 | |
| Receipt and payment of the General Secretariat and Tariq bin Ziyad | | 26460 | 26000 | |
| Amount received for teachers' salaries for Dhul-Hijjah | | 135900 | | |
| Payment of salaries for Dhul-Hijjah 1418 and Muharram 1419 | | | 126900 | |
| Muharram operating expenses | | | 5412 | |
| [illegible] | | | 6924 | |
| Purchase of stationery for classes | | | 6820 | |
| Remaining balance from the library office | | | | 20107 |
| Remaining balance from the restoration of the guest house and Riyadh office | | | | 7802 |

Accountant

Director

CONFIDENTIAL

WAMYSA059987



World Assembly of Muslim Youth

Free Kashmir Office

Table No. (3)

Detailed Expenses of the Free Kashmir Office – Muzaffarabad

For the year 1416 AH – corresponding to 1995–1996 CE

| Item | Muharram | Safar | Rabi' al-Awwal | Rabi' al-Thani | Jumada al-Ula | Jumada al-Akhir | Rajab | Sha'ban | Ramadan | Shawwal | Dhu al-Qi'dah | Dhu al-Hijjah | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1- Fixed Assets | | | | | | | | | | | | | |
| 2- Salaries and Wages | | | 79850 | 48200 | | 14170 | 74700 | | 47600 | | 62200 | 11000 | 337720 |
| 3- Administrative Expenses | | | | | | | | | 4080 | | 2261 | 3460 | 9801 |
| 4- Restoration of Mosques and Schools | | | | 40000 | | | | | | | | | 40000 |
| 5- Educational Activities and Camps | | | | | | | | | | | | | |
| 6- Iftar for the Fasting and Zakat al-Fitr | | | | | | | | | 455703 | | | | 455703 |
| 7- Sacrificial Project (Adahi) | | | | | | | | | | | | 259562 | 259562 |
| 8- Quran Memorization Circles Expenses | | | 10000 | 5000 | | | | | | | | | 15000 |
| 9- Khalid Mosque Expenses (Bagh) | | | | | | | | | | | | | |
| 10- Others | | | | | | | | | | | | | |
| Total | | | 89850 | 93200 | | 14170 | 74700 | | 507383 | | 64461 | 274022 | 1117786 |

CONFIDENTIAL                                                          WAMYSA059988



World Assembly of Muslim Youth

Free Kashmir Office

Table No. (3)

Detailed Expenses of the Free Kashmir Office – Muzaffarabad

For the year 1417 AH – corresponding to 1996–1997 CE

| Item | Muharram | Safar | Rabi' al-Awwal | Rabi' al-Thani | Jumada al-Ula | Jumada al-Akhir | Rajab | Sha'ban | Ramadan | Shawwal | Dhu al-Qi'dah | Dhu al-Hijjah | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1- Fixed Assets | | | | | | | | | | | | | |
| 2- Salaries and Wages | | 94800 | | | 94800 | | 66200 | | 66600 | 58993 | 66600 | | 447993 |
| 3- Administrative Expenses | 6666 | 2276 | 30674 | 2378 | 4736 | 2441 | 3105 | 5481 | 15000 | 2987 | 3034 | 2556 | 92158 |
| 4- Restoration of Mosques and Schools | | | | | | | | | | | | | |
| 5- Educational Activities and Camps | | | | | | 79101 | | | | | | | 79101 |
| 6- Iftar for the Fasting and Zakat al-Fitr | | | | | | | | | 629907 | | | | 629907 |
| 7- Sacrificial Project (Adahi) | | | | | | | | | | | | 273801 | 273801 |
| 8- Quran Memorization Circles Expenses | | | | | | | | | | | | | |
| 9- Khalid Mosque Expenses (Bagh) | | | | | | | | | | | | | |
| 10- Others | | | | | | | | | | | | | |
| Total | 6666 | 97076 | 30674 | 2378 | 99536 | 81542 | 69305 | 5481 | 711507 | 61980 | 69634 | 276357 | 1522960 |

CONFIDENTIAL

WAMYSA059989



World Assembly of Muslim Youth

Free Kashmir Office

Table No. (3)

Detailed Expenses of the Free Kashmir Office – Muzaffarabad

For the year 1418 AH – corresponding to 1997–1998 CE

| Item | Muharram | Safar | Rabi' al-Awwal | Rabi' al-Thani | Jumada al-Ula | Jumada al-Akhir | Rajab | Sha'ban | Ramadan | Shawwal | Dhu al-Qi'dah | Dhu al-Hijjah | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1- Fixed Assets | | | | | | | | | | | | | |
| 2- Salaries and Wages | 69600 | | 66600 | | 66600 | | 66600 | | 66600 | | 80600 | | 416600 |
| 3- Administrative Expenses | | 9529 | 1500 | 6775 | 4521 | 3745 | 4042 | 2651 | 6120 | 23479 | 5638 | 5082 | 73082 |
| 4- Restoration of Mosques and Schools | | 83538 | | | | | | | 16904 | 48341 | | | 148783 |
| 5- Educational Activities and Camps | | | | | | | 235993 | | | | | | 235993 |
| 6- Iftar for the Fasting and Zakat al-Fitr | | | | | | | | | 303498 | | | | 303498 |
| 7- Sacrificial Project (Adahi) | | | | | | | | | | | | 369665 | 369665 |
| 8- Quran Memorization Circles Expenses | | | | | | | | | 13786 | | | | 13786 |
| 9- Khalid Mosque Expenses (Bagh) | | | | | | | | | | | | | |
| 10- Others | | | | | | | | 20000 | | | | | 20000 |
| Total | 69600 | 93067 | 68100 | 6775 | 71121 | 3745 | 306635 | 22651 | 406908 | 71820 | 86238 | 374747 | 1581407 |

CONFIDENTIAL

WAMYSA059990



جدول رقم ( ٣ ) المصاريف التفصيلية لمكتب كشمير الحرة ــ مظفر اباد
لعام ١٤١٩هـ ــ الموافق لعام ١٩٩٨م ــ ١٩٩٩م

World Assembly of Muslim Youth

Free Kashmir Office

Table No. (3)

Detailed Expenses of the Free Kashmir Office – Muzaffarabad

For the year 1419 AH – corresponding to 1998–1999 CE

| Item | Muharram | Safar | Rabi' al-Awwal | Rabi' al-Thani | Jumada al-Ula | Jumada al-Akhir | Rajab | Sha'ban | Ramadan | Shawwal | Dhu al-Qi'dah | Dhu al-Hijjah | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1- Fixed Assets | | | | | | | | | | | | | |
| 2- Salaries and Wages | | 126900 | | | | | | | | | | | |
| 3- Administrative Expenses | 5412 | 6924 | | | | | | | | | | | |
| 4- Restoration of Mosques and Schools | 58540 | | | | | | | | | | | | |
| 5- Educational Activities and Camps | | 6820 | | | | | | | | | | | |
| 6- Iftar for the Fasting and Zakat al-Fitr | | | | | | | | | | | | | |
| 7- Sacrificial Project (Adahi) | 26000 | | | | | | | | | | | | |
| 8- Quran Memorization Circles Expenses | | | | | | | | | | | | | |
| 9- Khalid Mosque Expenses (Bagh) | 143337 | | | | | | | | | | | | |
| 10- Others | 8061 | | | | | | | | | | | | |
| Total | 241350 | 140644 | | | | | | | | | | | |

CONFIDENTIAL                                                                                          WAMYSA059991



World Assembly of Muslim Youth

Free Kashmir Office

Table No. (3)

Detailed Expenses of the Free Kashmir Office – Muzaffarabad

| Item | First 1416 AH | Second 1417 AH | Third 1418 AH | Fourth 1419 AH | Fifth 1420 AH | Sixth 1421 AH | Seventh 1422 AH | Eighth 1423 AH | Ninth 1424 AH | Tenth 1425 AH |
|---|---|---|---|---|---|---|---|---|---|---|
| 1- Fixed Assets | | | | | | | | | | |
| 2- Salaries and Wages | 337720 | 447993 | 416600 | | | | | | | |
| 3- Administrative Expenses | 9801 | 92158 | 73082 | | | | | | | |
| 4- Restoration of Mosques and Schools | 40000 | | 148783 | | | | | | | |
| 5- Educational Activities and Camps | | 79101 | 235993 | | | | | | | |
| 6- Iftar for the Fasting and Zakat al-Fitr | 455703 | 629907 | 303498 | | | | | | | |
| 7- Sacrificial Project (Adahi) | 259562 | 273801 | 369665 | | | | | | | |
| 8- Quran Memorization Circles Expenses | 15000 | | 13786 | | | | | | | |
| 9- Khalid Mosque Expenses (Bagh) | | | 20000 | | | | | | | |
| 10- Others | | | | | | | | | | |
| Total | 111787 | 1522960 | 1481407 | | | | | | | |

CONFIDENTIAL

WAMYSA059992



## World Assembly of Muslim Youth
### Kashmir Muslim Youth Committee)
## Islamabad Office

بسم الله الرحمن الرحيم

الهيئة العالمية للشباب الاسلامي
لجنة كشمير المسلمة
مكتب اسلام اباد

الرقم :

التاريخ : ١٤١١/١/٤

سعادة رئيس لجنة شباب كشمير المسلمة

السلام عليكم ورحمة الله وبركاته : وبعد

نرسل الى سعادتكم التقرير المالي العام للسنوات ١٤١٦هـ ـ ١٤١٧هـ ـ ١٤١٨هـ ـ وشهرين من عام ١٤١٩هـ ـ والمتضمن المبالغ الواردة الى مكتب كشمير الحرة والمصاريف المختلفة للمشاريع العامة والتي جرى تسجيلها في قوائم مختلفة . هذا مع العلم بان الندوة العالمية للشباب الاسلامي والتي تحظى باهتمام بالغ من سعادة الامين العام سعادة الدكتور مانع الجهني حفظه الله وتجسد هذا الاهتمام لجنة كشمير المسلمة والتي تشرفون على ادارتها وقد بلغت هذه العطايا للجنة في كشمير الحرة (٥١٧٩٣٠ روبية        ) ، واليكم مجمل تفاصيلها :

| | | |
|---|---|---|
| الرواتب العامة للمدرسين | ١٣٩٣٢١٣ | روبية |
| المصاريف الادارية | ٩٢٥٩١٥ | = |
| ترميم المساجد والمدارس الاسلامية | ٢١٤٣٣٣ | = |
| نشاطات دعوية ومخيمات تربوية | ٤٣٣٨٣٤ | = |
| افطار الصائم وزكاة الفطر | ١٧٩٩١٠٧ | = |
| مشروع الاضاحي | ١٠٣١٠٠٩ | = |
| مصاريف حلقات تحفيظ القران | ٢٨٧٨١ | |
| مصاريف مسجد جامع عبدالله الصالح | ٢٢٤٣٢٢ | |

راجين الاطلاع عليها وابداء رأيكم فيها

م/ المشرف هداية الله

قارى هداية الله شاه

المشرف على حلقات القران الكريم
لمكتب كشمير الحرة
عبد الغياث عليم الله

CONFIDENTIAL

WAMYSA059981



بسم الله الرحمن الرحيم

**﴿ جدول رقم ( ٣ ) ﴾**

بيان المبالغ الواردة والمصروفة

الندوة العالمية للشباب الاسلامية لعام : ١٤١٦ه

(لجنة شباب كشمير المسلمة)    الموافق لعام ١٩٩م و ١٩٩م

Assembly of Muslim Youth

| الملاحظات والرصيد المتبقي | المصروف الفعلي | مقدار المبلغ الوارد | | بيان المبالغ الواردة | م |
|---|---|---|---|---|---|
| | | بالروبية | بالريال | | |
| | ٧٩٨٥٠ | ٩١٢٠٠ | | | ١ |
| | ٢٠٠٠ | ٢٠٠٠ | | | ٢ |
| | ٥٠٠٠ | ٥٠٠٠ | | | ٣ |
| | ١٠٠٠ | ١٠٠٠ | | | ٤ |
| | ١٠٠٠٠ | ٠٠ | | | ٥ |
| ٠٨، > | | ١١٥٠٠ | ٢٧٩٦،٧٦ | | ٦ |
| | ٤٨٢٠٠ | ٤٨٢٠٠ | ٥٧٥٠٧٤ | | ٧ |
| ٧٤٧٠ | ٧٤٧٠ | ٧٩٩٨ | | | ٨ |
| | ١٢٩ | ٥٢٠٤،٥٨ | | | ٩ |
| | ٤٧٢٠٠ | ٤٧٢٠ | | | ١٠ |
| ٢٠٠٥١٣ | ٣٢٤٧٨ | ٤٠٠٠ | | | ١١ |
| — | ٤٨٠ | | | | ١٢ |
| — | ٤٥٩٠٧٢ | ٤٥٩٠٧٢ | ٢٥٠٠٠ | | ١٣ |
| | ٦٢٤٠ | ٦٢٤٠ | | | ١٤ |
| | ٤٤٧١ | ٤٤٧١ | | | ١٥ |
| | ٥٤٢٠ | ٥٤٢٠ | | | ١٦ |
| | ١١٠٠٠ | ١١٠٠٠ | | | ١٧ |
| ٨١٩٤١ | ٤٨٢٠ | ٩٠٠٠ | | | ١٨ |
| ٩٣٨ | | | | | ١٩ |
| | ١٤٠٧٠ | ١٤٠٧٠ | | | ٢٠ |

المدير

المحاسب

CONFIDENTIAL

WAMYSA059982



بسم الله الرحمن الرحيم

( جدول رقم ( ٣ )

بيان المبالغ الواردة والمصروفة

لعام : ١٤١٧هـ

الموافق لعام ١٩٩٦م – ١٩٩٧م



الندوة العالمية للشباب الإسلامي

WAMY

( لجنة شباب كشمير المسلمة )

World Assembly of Muslim Youth

| الملاحظات | المصروف الفعلي | مقدار المبلغ الوارد | | بيان المبالغ الواردة | النوع | م |
|---|---|---|---|---|---|---|
| | | بالربية | بالريال | | | |
| ٩٣٨ | | | | الرصيد المتبقي شهر ذي الحجة عام ١٤١٦ | | ١ |
| | ٩٤٨٠٠ | ٩٤٨٠٠ | | وارد مصروف رواتب المركز دي الحجة ١٤١٦ | | ٢ |
| | ٦٦٦٦ | | | مصاريف تشغيلية محرم ١٤١٧ | | ٣ |
| | ٤٤٧٦ | | | ع ع صفر ١٤١٧ | | ٤ |
| ٨٠٠٤ – | | | | الرصيد المتبقي شهر صفر مع كتب روابط | | ٥ |
| | ٩٤٨٠٠ | ١٤٠٨٤٠ | | وارد رواتب المدرسين للشهر ربيع الأول ١٤١٧ | | ١ |
| | ٣٦٧٤ | | | مصاريف تقديم ربيع الأول | | ٢ |
| | ٤٧٨ | | | ع ع ربيع الثاني | | ٣ |
| | ٤٧٦٩ | | | ع ع جمادي الأول | | ٤ |
| | | ٤٧٨٥٠ | | وارد هيئة الإغاثة ربيع مرتب جمادى | | ٥ |
| ٥١٠٧٤ | | | | الرصيد المتبقي شهر جمادي الأولى | | ١ |
| | ٧١٢٠١ | | | مصاريف انشاءات الدعوة وعلم نلم | | ٢ |
| | ٤٤٣٦ | | | مصاريف تشغيلية جمادى الآخر | | ٣ |
| | ٢١٠٥ | | | ع ع رجب ١٤١٧ | | ٤ |
| ٤٥٥٧٥ | | | | الرصيد المتبقي مع مكتب الرياض | | ١ |
| | ٦٦٤٠٠ | ٦٦٤٠٠ | | وارد مصروف رواتب المدرسين للشهر جمادى وشعبان | | ٢ |
| | ٦٦٦٠٠ | ٦٦٦٠٠ | | وارد موصوف رواتب المدرسين للشهر رجب وشعبان | | ٣ |
| | | ١٤٠٠٠٠ | | وارد تشغيلية شهري شعبان ورمضان | | ٤ |
| | ٥٤٨٦ | | | مصاريف تشغيلية شهر شعبان | | ١٠ |
| | | ٤٥٥٧٥ | | وارد الرصيد الأساسي من المتبقي مع الرياض | | ١١ |

المدير

المحاسب

CONFIDENTIAL

WAMYSA059983







بسم الله الرحمن الرحيم

( جدول رقم ( ٣ )

بيان المبالغ الواردة والمصروفة

الندوة العالمية للشباب الاسلامي · لعام ١٤١٧هـ

الموافق لعام ١٩٩٦م ـ ١٩٩٧م

| م | بيـان المبالـغ الواردة | مقـدار المبلـغ الوارد | | المصروف الفعلي | الملاحظات |
|---|---|---|---|---|---|
| | | بالريـال | بالـربيـة | | |
| ٢ | واردوشريع اطلا الحدائم قام ١٤ | | ٤٦٢٦٤٠ | ٤٤٤٠٤ | |
| ٥ | ٤ ٤ : زكاة الدخل لعام٩٦ | | ٥١٢٣٠٥ | ٥١٢٥٠٥ | |
| ٢ | ؛ محمات كاهزعبدالمجيد | | ٥٩٩٩٢ | ٥٩٩٩٢ | |
| ٤ | مصاريف تكلحةشهرمضان والرصيدبنتقى له | | ١٥٠٠ | ١٥٠٠ | ٧٧٩٠ |
| ٢ | مصاريف تشغيلة شهرشوال والصيد | | ٢٠٠٠٠ | ٢٩٨٧ | |
| ٠ | المتقى معكتب تشيد | | | ٢٠٣٤ | ٧٥٩ |
| ٨ | مصاريف تشغيلة في الحتة٧ | | | ٢٠٠٦ | |
| ٥ | صرف رواتب المدرسين شوال ـ ذو القعده | | ٦٦٦٠ | ٦٦٦٠ | |
| ٩ | واردوهصرف شريع الاصناف لعام | | ٥١٢٣٠٩ | ٢٧٦٨٠١ | ١٤٦٦٩٨٢ |
| ٢ | واردوفير وهبا في مشرع الاصناف | | ١٢٢١٨٠ | | |
| ٢ | الرصيدالمتبقي لعام ١٤١٧ | | ٨١٤١٧٢ | | ٤٩٥٩ |
| | | | | | |
| | | | | | |

المدير

المحاسب

CONFIDENTIAL

WAMYSA059984





بسم الله الرحمن الرحيم

{ جدول رقم ( ٣ ) }

بيـان المبالغ الـواردة والمصروفة

الندوة العالمية للشباب الإسلامي ‎ـ لعام : ١٤١٨هـ

(١) (لجنة شباب .. تعمير السلمة)    المـوافق لعام ١٩٩٧م ــ ١٩٩٨م

| الملاحظات | المصروف الفعلي | مقـدار المبلـغ الوارد | | بيـان المبالـغ الواردة | التاريخ |
|---|---|---|---|---|---|
| | | بالروبية | بالريـال | | |
| ٤٩٥٩ | | | | الهبات المبلغ لعام ١٤٧٣هـ ٨١٤ | |
| | ٧٩٦٠ | ٧٨٦٠٠ | | وارد وصرف رواتب المدرسين الشهري دكه بعدد ١٨ معلم معلم ١٨ | |
| ٥٣٩٨ | ٩٥٤٩ | | | مصاريف تشغيلة عمر وجعفر داويس | ٢ |
| | ٦٦٠ | ٧٨٦٠ | | وارد وصرف رواتب المدرس طرديع المدرك داويس | |
| | ٧٧٧٥ | | | تشغيلة ربع المدرك | ٤ |
| ١٢٢٢ | ١٥٠٠ | | | ٤ ربع داسي | ٥ |
| | | ١٥٧٤٠٠٠ | | وارد وصرف رواتب ربع لتاني معها بكار الدلي مراقط ٦ | |
| | ٦٦٦٠٠ | | | صرف مرتب خامس الدلك بسيح | |
| | ٤٥٤١ | | | تشغيلة جاري الدلك | ٥ |
| | ٤٧٤٥ | | | ٤ = الور | |
| | ٦٦٦٠ | | | صرف رواتب جاري الور وجعل | |
| | ٤٠٤٤ | | | مصاريف تشغيلة رحب | |
| ٧٣٩٧ | ٤٧٥١ | | | ٤ شعبان ٤ ٤ | |
| . | ٢٥٥٩٩٣ | ٤٤٧٠٠ | | وارد وصرف مبالغ المخيم الربيع الثالث | |
| | | ٥٤٢٩٢٠ | | ولد وانظار الصحي برابي شعبان رمضان والتشغيلة | |
| | ٦٦٦٠ | ٦٦٦٠ | | صرف مرتب مدرس شعبان وجعل وغليها | |
| | ٥٠٢٤٩٨ | | | مصاريف المخار العائم وبناء الدك | ٥ |
| | ٧٠٠٠ | | | ... | |
| | ٦١٤٠ | | | تشغيلة شه رمضان | ٥ |
| | | ١١٧٧٠٩ | | وارد بقية مصاريف المخيم الربيع | ٢ |

الرحادسب                                                                             المدير





بسم الله الرحمن الرحيم

{ جدول رقم ( ٣ )

بيان المبالغ الواردة والمصروفة

لعام :١٤١٨ه

المرافق لعام ١٩٩ م- ١٩٩

اللجنة العالمية للشباب الإسلامي

Muslim Youth

Committee

| الملاحظات | المصروف الفعلي | مقدار المبلغ الوارد بالربية | مقدار المبلغ الوارد بالريال | بيان المبالغ الواردة | النوع | ت |
|---|---|---|---|---|---|---|
| | | ٤٤٢١٥٥ | | وارد زكاة المال لعام ١٤١٢ | | ٢١ |
| | | ١٢٠٠٠ | | وارد التشغيلة شهباء رمضان | | ٢٢ |
| | | ١٧٧٨٦ | | وارد قرطاسية وكتب دينية مجموعة | | ٢٣ |
| | | ٢٥١٢ | | وارد ثوبية للحلقات | | ٢٤ |
| | | | | وارد لمدرسة تدركة | | ٢٥ |
| | ١٩٩٠٤ | ١٩٩٠٤ | | ارصدة المخيم شهر شوال | | ٢٦ |
| ٤٧٤٩٧ | ٨٠٦٢ | ٧٦٦٠ | | وارد مصرف مبالغ شهر شوال ذي البقية | | ٢٧ |
| | ٤٠٠٠ | ٤٠٠٠ | | وارد رهن محتمات عبد الله | | ٢٨ |
| | ٢٠٠٠ | ٢٠٠٠ | | وارد مصرف شرباك شمال ذي الشيخ + رعد | | ٢٩ |
| | ١٠٧٤٠ | ١٤٠٠٠ | | وارد تشغيلة رحمن وزير العقيد | | ٣٠ |
| | ٥٠١٠ | | | المبني لانظا والهائم لعام ١٤٢٤ | | ٣١ |
| ٨٨٥٧ | | | | الصيد المخيم شهر ذي الحج | | ٣٢ |
| ٤٩٤٢٢ | ٢٧٩٧٢٥ | ٢٥١٤٩٩ | | وارد وصرف الاجنا هي للحج | | ٣٣ |
| | ٨٢٥٨٨ | ٨٢٥٥٨ | | وارد وصرف ترميم المساجد | | ٣٤ |
| | ٤٨٢٤٩ | ٤٨٢٤١ | | ع ع ع ع ع | | ٣٥ |
| ٢٠٩٧٧٠ | ١٠٠٠٠٠٠ | ١١٧٠٧٦ | ٦٠٠٠٠٠ | وارد مسجد خالع (بالغ) الخ | | ٣٦ |
| ٤٠٩٧٧٠ | ١٠٠٠٠٠ | ١٧٥٦٠٨ | | حتج الشهر الثاني | | ٣٧ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

المدير

المحاسب

CONFIDENTIAL

WAMYSA059986

بسم الله الرحمن الرحيم

جدول رقم ( ٣ )

بيان المبالغ الواردة والمصروفة

لعام :١٤١٩ه

المراقب لعام ١٩٩٨م-١٩٩٩م

Muslim Youth
Committee

| الملاحظات | المصروف الفعلي | المبلغ الوارد | | بيان المبالغ الواردة | | ت |
|---|---|---|---|---|---|---|
| | | بالروبية | بالريال | | | |
| ٤٨٥٢٧ | | | | الرصيد من الدورة | | ١ |
| | ١٤٢٣٧ | ١١٧.٧٨ | | وارد وتشطه الكلية لسيم ابراهيم النبأ | | ٢ |
| ١٤٧٢٤٢ | ٨.٦١ | | | معاش نسيم فتاح | | ٢ |
| ٥٨٥٤ | ٥٨٥٤٠ | | | المبلغ الوارد وصرفها شركة تذكره | | ٤ |
| ٤٢٦٠٠٠ | ٤٢٤٢٠ | | | وارد وصرف الامانا من كراج طارق النبأ | | ٥ |
| | ١٢٥٩~ | | | المبلغ الوارد رواتب المدرس | | ٦ |
| | ١٢٩~ | | | صرف رواتب دعاة الكرية ١٨ و١٩ | | ٧ |
| | ٥٤١٤ | | | مصاريف تشغيلة عزم | | ٨ |
| | ٧٩٤ | | | د صفر | | ٩ |
| | ٦٨٤٠ | | | شراء قرطاسية للطلاب | | ١٠ |
| ٤٠١٠٧ | | | | الرصيد المتبقي من يتب كشه | | ١١ |
| ٧٨.٢ | | | ٥٠٠٠٠ | الرصيد النقدي للترسل لساحة ساحتي الرياض | | ١٢ |

المدير

الخادسم

WAMYSA059987

WAMYSA059988

CONFIDENTIAL

الهيئة العالمية للشباب الإسلامي

World Assembly of Youth

جدول رقم ( ٣ ) المصاريف التفصيلية لمكتب كشمير الحرة ـ ظفر اباد

نظام ١٤١٦هـ ـ الموافق لعام ١٩٩٥م ـ ١٩٩٦م

المصروف التفصيلي بالروبية شهريا

| البند | محرم | صفر | ربيع الاول | ربيع الثاني | جمادى الاولى | جمادى الآخر | رجب | شعبان | رمضان | شوال | ذى القعدة | ذى الحجة | المجموع |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ـ اصول ثابتة | | | | | | | | | | | | | |
| ٢ـ مرواتب واجور | | | ٥٩٨٠ | ٤٨٨٢٠ | | ١٤١٧٠ | ٧٤٧٠ | | ٤٧٦٠ | | ٦٣٤٠٠ | ١١٠٠٠ | ٢٥٨٧٤٠ |
| ٣ـ مصاريف ادارية | | | | ٠١ | | | | | ٤١٨٠ | | ١٢٦١ | ٥٤٦٠ | ٩٨٠١ |
| ٤ـ ترميم المساجد ومنارس | | | | ٤٠٠٠ | | | | | | | | ٠٠٠ه | |
| ٥ـ نشاطات دعوية ومخيمات تربوية | | | | | | | | | | | | | |
| ٦ـ افطار الصائم وزكاة الفطر | | | | | | | | | ٤٥٥٧٢ | | | | ٤٥٥٧٢ |
| ٧ـ مشروع الاضاحي | | | | | | | | | | | | ٢٥٩٥٢٣ | ٢٥٩٥٢٣ |
| ٨ـ مصاريف حلقات تحفيظ القران | | | ١٠٠٠٠ | ٥٠٠٠ | | | | | | | | | ١٥٠٠٠ |
| ٩ـ مصاريف عجت فالح(باغ) | | | | | | | | | | | | | |
| ١٠ـ أخرى | | | | | | | | | | | | | |
| الاجمالي | | | ٨٩٨٥٠ | ٥٧٨٢٠ | | ١٤١٧٠ | ٧٤٧٠ | | ٥٠٥٢٨ | | ٦٥٤٦١ | ٢٧٦٤٣ | ١٥٨٩٥٢ |

Case 1:03-md-01570-GBD-SN    Document 11997-73    Filed 04/16/26    Page 21 of 25

WAMYSA059989

CONFIDENTIAL

جدول رقم ( ) مصاريف التشغيلية لمكتب كشمير الحرة ـ ظفر أباد

لعام ١٤١٧هـ ـ الموافق لعام ١٩٩٦م ـ ١٩٩٧م

المصــــرف الخـمثــلي بالصروبية تقريبا

| البيان | محرم | صفر | ربيع الاول | ربيع الثاني | جمادى الاولى | جمادى الآخر | رجب | شعبان | رمضان | شوال | ذى القعدة | ذى الحجة | المجموع |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ـ اصول ثابتة | | | | | | | | | | | | | |
| مرواتب واجور | | ٩٤٨٠ | | ٩٤٨٠٠ | | ٦٦٤٠ | | ٦٦٤٠ | ٥٩١٢ | ٦٦٢٥ | ٨٦٢٦ | | ٤٤٨٩٩٤ |
| ٣ـ مصاريف ادارية | ٦٦٦٦ | ٨٦٣٣ | ٣٧٤٤ | ٤٤٧٦ | ٤٢٧٨ | ٤٧٦٢ | ١٣٦٦ | ٣١٠٥ | ٥٤٨٦ | ١٥٠٠ | ٢٩٨٢ | ٣٠٢٤ | ٢٥٥٧ ٤٣١٥٩ |
| ٤ـ ترميم المساجد ومدارس | | | | | | | | | | | | | |
| ٥ـ نشاطات دعوية ومخيمات تربوية | | | | | ١١٠١ | | | | | | | | ٧١٢٠١ |
| ٦ـ افطار العائم وزكاة الفطر | | | | | | | | | ٦٢٩٩٠٠ | | | | ٢٣٩٩٠٧ |
| ٧ـ مشروع الاضاحي | | | | | | | | | | | | | ١٨٨٣٧٨١ |
| ٨ـ مصاريف حلقات تحفيظ القران | | | | | | | | | | | | | |
| ٩ـ مصاريف محدد فالح(باغ) | | | | | | | | | | | | | |
| ١٠ـ أخرى | | | | | | | | | | | | | |
| الاجمالي | ٦٦٦٦ | ٩٧٠٠٦ | ٣٧٤٤ | ٨٧٣٢ | ٩٩٥٦ | ٢٣٩٥ | ٥٤٥٤ | ٢٩٢٠٥ | ٥٠٨٦ | ٧٠٨٠٨ | ٣٦٩٨ | ٣٩٣٥٣ ٤٩٤٢٤ | ١٥٧٥٦١ |

WAMYSA059990

CONFIDENTIAL

جدول رقم ( ٢ ) المصاريف التشغيلية لمكتب كشمير الدعوة شافي آباد

الندوة العالمية للشباب الإسلامي

لعام ١٤١٨هـ ـ الموافق لعام ١٩٩٧م ـ ١٩٩٨م

المصرف التشغيلي بالسعودي تقريبا

| البند | محرم | صفر | ربيع الاول | ربيع الثاني | جمادى الاولى | جمادى الآخر | رجب | شعبان | رمضان | شوال | ذى القعدة | ذى الحجة | المجموع |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ـ اصول ثابتة | | | | | | | | | | | | | |
| ٢ـ مرواتب واجور | ٦٩٢٠٠ | | ٦٦٦٠٠ | ٦٦٦٠٠ | ٦٦٦٠٠ | ٦٦٦٠٠ | ٦٦٦٠٠ | | ٦٦٦٠٠ | ٨٦ | | | ٤٨٢٠٠٠ |
| ٣ـ مصاريف إدارية | ٩٥٤٩ | ١٠٠٠ | ٧٧٧٥ | ٤٥٤١ | ٢٧٤٥ | ٤٤٤ | ١٥٢٥١ | | ٦١٨٤٠ | ٣٤٧٩ | ٥٦٣٨ | ٥٠٨٤ | ٥٤٨٦٤٠ |
| ٤ـ ترميم المساجد ومدارس | | ٨٢٥٢٨ | | | | | | | ٢٩١٠٤ | ٤٨٤٤١ | | | ٢٨٧٨٥٧ |
| ٥ـ نشاطات دعوية ومخيمات تربوية | | | | | | ٢٤٥٩١٣ | | | | | | | ٣٤٥٩١٣ |
| ٦ـ افطار الصائم وزكاة الفطر | | | | | | | | | ٧٠٢٩٨ | | | | ٧٠٢٩٧ |
| ٧ـ كسوة الأضاحي | | | | | | | | | | | ٣٢٩٣٥ | ٣٢٩٣٥ | |
| ٨ـ مصاريف حلقات تحفيظ القران | | | | | | | | | ١٢٧٨٨ | | | | ١٢٧٨٦ |
| ٩ـ مصاريف خيت فالح(باغ) | | | | | | | | | | | | | |
| ١٠ـ أخرى | | | | | | | | | ٤٥٠٠٠ | | ٤٥٠٠٠ | | |
| الإجمالي | ٦٩٢٠٠ | ٩٢٠٦٧ | ٦٨١٠٠ | ٧٧٧٥ | ١١١٢١ | ٢٧٢٤٦ | ٨٢٠٠٠ | | ٩٩٥٠٨ | ٥١٦٢٠ | ٨٨٥٧٨ | ٨٧٤٤٧ | ٤٥٥٨٠٦ |

WAMYSA059991

جدول رقم ( آ ) المصاريف التفصيلية لمكتب كشمير الحرة ـ ظافر اباد

لعام ١٤١٩هـ ـ الموافق لعام ١٩٩٨م ـ ١٩٩٩م

المصرف التفصيلي بالسعودي تقريبا

| البند | محرم | صفر | ربيع الاول | ربيع الثاني | جمادى الاولى | جمادى الآخر | رجب | شعبان | رمضان | شوال | ذى القعدة | ذى الحجة | المجموع |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ـ دخل ثابتة | | | | | | | | | | | | | |
| ٢ـ رواتب واجور | ١٦٩٠٠ | | | | | | | | | | | | |
| ٣ـ مصاريف ادارية | ٥٤٢٦ | ٦٩٤٤ | | | | | | | | | | | |
| ٤ـ ترميم المساجد ومدارس | ٥٨٥٤ | | | | | | | | | | | | |
| ٥ـ نشاطات دعوية ومخيمات تربوية | ٦٨٤٠ | | | | | | | | | | | | |
| ٦ـ افطار الصائم وزكاة الفطر | | | | | | | | | | | | | |
| ٧ـ مشروع الاضاحي | ٤٦٠٠٠ | | | | | | | | | | | | |
| ٨ـ مصاريف حلقات تحفيظ القرآن | | | | | | | | | | | | | |
| ٩ـ مصاريف مسجد فالح(باغ) | ١٤٣٢٧ | | | | | | | | | | | | |
| ١٠ـ اخرى | ٨٠٦١ | | | | | | | | | | | | |
| الاجمالي | ١١٥٢٥٠ | ٤٠٢٤٤ | | | | | | | | | | | |

CONFIDENTIAL

WAMYSA059992

**World Assembly of Muslim Youth**
(Kashmir Muslim Youth Committee)

الندوة العالمية للشباب الإسلامي
(لجنة شباب جمو كشمير)

جدول رقم ( ٤ ) : جدول بيان المصاريف العامة لمكتب مظفر آباد

المصرف التفصيلي بالروبية سنويا

| البند | | الأولى ٥١٤١٩هـ | الثانية ٥١٤١٧هـ | الثالثة ٥١٤١٨هـ | الرابعة ٥١٤١٨هـ | الخامسة ٥١٤١٩هـ | السادسة ٥١٤٢٠هـ | السابعة ٥١٤٢١هـ | الثامنة ٥١٤٢٢هـ | التاسعة ٥١٤٢٣هـ | العاشرة ٥١٤٢٤هـ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ | أصول ثابتة | | | | | | | | | | |
| ٢ | رواتب وأجور | ٢٣٨٧٦٠ | ٤٤٨٩٩٣ | ٤٧٢٥٦٠ | | | | | | | |
| ٣ | مصاريف إدارية | ٩٨٠١ | ٤٤٨٥٩ | ٥٦٨٢٣ | | | | | | | |
| ٤ | ترميم المساجد ومدارس | ٤٠٠٠ | | ١٥١٥٨٢ | | | | | | | |
| ٥ | نشاطات دعوية ومخيمات تربوية | ٤٠٠٠٠ | ٧١١٠١ | ٢٤٥٩١٣ | | | | | | | |
| ٦ | إفطار الصائم وزكاة الفطر | ٤٥٥٧٤٣ | ٧٣٩٩٠٧ | ٧٠٢٤٩٧ | | | | | | | |
| ٧ | مشروع الأضاحي | ٢٥٨٥٦٢ | ٨١٠٨٢٧٢ | ٢٦٩٢٦٠ | | | | | | | |
| ٨ | مصاريف حلقات تحفيظ القرآن | ١٥٠٠٠ | ١٢٧٨٦ | | | | | | | | |
| ٩ | مصاريف مسجد فالح(باغ) | | ٥٠٠٠٠ | | | | | | | | |
| ١٠ | أخرى | | | | | | | | | | |
| ١١ | | | | | | | | | | | |
| | الإجمالي | ٢٨٣٨٧ | ١٦٧٤٨١ | ٤٣٠٠٠٣ | | | | | | | |

CONFIDENTIAL



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA059981**

Sworn to before me this

6 day of ___APRIL___ of 2026

_____
Translation Manager

_____
Notary



**ata MEMBER**
**American Translators Association**

**BBB ACCREDITED BUSINESS**

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling