

Date: 17/1/1419 AH
Corresponding to  / /
50128

| Creditor Number | Debtor ID | Statement | Creditor | | Debtor | |
|---|---|---|---|---|---|---|
| | | | H | Riyal | H | Riyal |
| | | From the aforementioned | | | | |
| | 2050210011 | Al-Ma'mar Mosque, Indonesia | | | | 12125 |
| | 205021103 | Al-Radwan Mosque, Indonesia | | | | 1575 |
| | | To the above-mentioned | | | | |
| 1201010100 | | Account No. 140 at Al-Ahli Bank | 75 | 13698 | | |
| 2060010000 | | H. General Documents | 25 | 1 | | |
| | | The final installment for the "Al-Ma'mar" Mosque | | | | |
| | | The field study of the Al-Radwan Mosque consists of | | | | |
| | | Account No. 14000151598 | | | | |
| | | On behalf of the Assembly Office in Indonesia, in the amount of $3,653 | | | | |
| | | I consider this donation to be a public contribution | | | | |
| | | Total: Just thirteen thousand seven hundred riyals, nothing more | | 13700 | | 13700 |
| | | | | | | |

Accountant [signature]  Chief Accountant: [signature]

CONFIDENTIAL

WAMYSA044943



EXHIBIT

WAMY EX. 74

**Transfer / Draft Application**

**THE NATIONAL COMMERCIAL BANK**

Date _____ ١/١٣

Branch _____

**Please effect / issue**

☐ Account to account transfer  ☐ NCB local transfer  ☐ Transfer to other local bank via SARIE  ☐ International transfer  ☐ Draft

**Against payment**

Debit my / our account  [ | | | | | | | | | | | | | | ١ | ٥ ]  ☐ Cheque No.  ☐ Cash

**Remitter / Purchaser**

| | |
|---|---|
| Name : | |
| Nationality & ID type * : | |
| ID No., place & date of issue * : | |
| Address & telephone No. * : | |

(* To be filled in if the remitter / purchaser is not an account holder)

**Beneficiary**

| | |
|---|---|
| N. : | AL NABROYAH AL KANRYAH LISTYAKAE AL ISLAMY |
| No. * : | |
| Address & / or Telephone No. * : | |
| Account No. : | 2054441 00454 |
| Bank name, address, town & country where payable * : | BANK DEGANG NEGARA (BDN) CABANG JAKARTA WARUNG |

**Purpose of remittance**

Please see overleaf and write relevant code number in the box.  [ ]

(* For foreign currency transaction only)

**Remittance details**

Amount in figures  [ | | | | | | | ]  Currency of transfer/draft _____

Amount in words: _____

Swift transfer to local bank in KSA  ☐ URGENT  ☐ STANDARD

Other details : _____

I/We agree to the terms and conditions printed overleaf.

Remitter's / Purchaser's signature

**For Bank use only**

| | |
|---|---|
| Currency | |
| FCY amount | |
| Rate | |
| SAR amount | |
| Commission | |
| Telex charges | |
| SAR total | |

Value date

Deal / Ref. no.

Correspondent bank

Validation  DRAFT ISSUE

USD

Authorized signature

CONFIDENTIAL                                    WAMYSA044944



Representative Office in Jakarta, Indonesia

Number: September 29, 1998: 18 Dhu al-Hijjah 1418 AH          Corresponding to: April 15, 1998

His Excellency Dr. / A. Ahmed Al-Sayed Ahmed Jalbat, may God protect him, Director of Activities at the World Assembly of Muslim Youth in Jeddah

Peace be upon you, God's mercy and blessings

The Jakarta Office of the World Assembly of Muslim Youth extends its warmest regards to you and wishes you and all the staff of the esteemed Assembly continued success and guidance.

We are pleased to present the following:

1. We are hereby sending you this report on:

A. The Al-Bayan Mosque project (second and final phase), which has been fully completed; Muslims have been using it for the five daily prayers, Friday prayers, and Quranic instruction for boys and girls.

B. The Al-Ma'mar Mosque Project (First Installment): Please note that the project is currently underway, and the funds you sent us for the first installment of this project have been fully utilized. We kindly request that you send the second and final installment for this project so that we may complete it on schedule.

2. As for the other mosque projects, they are currently underway, and we will send a report on each of them later, God willing.

3. We would also like to remind you that we previously sent you the following questionnaires:

A. Staff training course, which we will begin on 14 Dhu al-Hijjah 1418 AH / April 11, 1998 AD.

B. A vocational training course, which we will begin on 21 Dhu al-Hijjah 1418 AH / April 18, 1998 AD.

We are awaiting your payments for these activities so that we can carry them out on schedule.

For all your interest and support, we extend our deepest thanks and gratitude to you, and we pray to God Almighty to reward you most generously in this world and the next, and to guide you always toward what is best for Islam and Muslims.

Peace be upon you, God's mercy and blessings

Representative of the World Assembly of Muslim Youth

Jakarta, Indonesia Office

[signature] [seal]

Ma'mur Hassan al-Din: A Photo with Greetings Introduction: To Dr. Hamdi Al-Morsi – Director of Foreign Offices  To Dr. Jahed bin Maqsood Tarm – Director of Projects, Maintenance, and Operations

His Excellency M. Please complete the necessary procedures and send the second installment to Al-Ma'mar Mosque [signature]

P.O. Box. 8053/JKS - TB JAKARTA 12810, INDONESIA
Phone/Fax : 7992653
Acc. An-Nadwah Al-Alamiyah Lisysyabab Al-Islami
    USD    : BDN Jakarta Warung Buncit No. 3081.411.0045.0.
    Rupiah : BCA Duren Tiga No. 450.300333.6.

CONFIDENTIAL                                                                                    WAMYSA044945



**World Assembly of Muslim Youth**

Withdrawal Request

Number:

His Excellency Dr. Adel Saleh Fida, may God rest his soul ..........................

General Supervisor of Programs and Projects.

Peace be upon you, God's mercy and blessings

Please instruct the appropriate personnel to disburse the amount of (13,700) riyals.

Just thirteen thousand seven hundred Saudi riyals—and nothing more

Basem Maamour Hassan al-Din

Address: Indonesia Office

The following items constitute the final installment for the Al-Ma'mar Mosque (12,125)

A Field Study of the Al-Radwan Mosque (1575)

[signature]Thank you very much and best regards,

Director of Projects, Maintenance, and Operations

Dr. Jihad bin Maqsood Tarm [signature]

May God bless the financial department...

There is no objection to disbursing the aforementioned amount of 13,700 riyals.

Just: Thirteen thousand seven hundred Saudi riyals, no more

Note: The final payment for the Al-Ma'mar Mosque + study costs for the Al-Radwan Mosque

Thank you very much,

General Supervisor of Programs and Projects

[signature]

Dr. Adel Saleh Fida

The Fundamentals of Financial Management

A photo of the Project Management and Maintenance Department

جدة ـ الشمال الغربي لتقاطع الستين مع شارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢) ـ فاكس : ٦٦٠٢٦٤٥(٠٢) ـ برقياً : وامي جدة ـ ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. · Tel. (02) 6672833/ 6601878 · Fax (02) 6602645 · Cable : WAMY Jeddah · P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                WAMYSA044946

**WAMY**

Jeddah - Sitteen St. Crossing With Palestine St.
Tel. : 6672833 / 6601878 / 6613761
Fax : 6602645
P. O. Box 8856 - Jeddah 21492
Kingdom of Saudi Arabia

النـدوة العالميـة للشبـاب الإسلامـي

جــدة - تقاطع شارع فلسطين مع الستين
ت. : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١
فاكس : ٦٦٠٢٦٤٥
ص.ب ٨٨٥٦ - جــدة ٢١٤٩٢
المملكة العربية السعودية

التاريخ ٢٧ / ١ / ١٤١٩ هـ
الموافق / / ١٩ م

الموافق / / ١٩ م        ٥-٠٢١٨        **سنــد قيـد**

| رقـم الـدائن | رقـم المدين | البيـــان | دائــن رهـ | دائــن ريـال | مديـن رهـ | مديـن ريـال |
|---|---|---|---|---|---|---|
| | | هنـ ه ا مزكوريـن | | | | |
| ٥٠٠.٥٠٠٠.٢ | | ه ا مسجـد "المعمـر" - أندونيسـيا السبـدهـ٥.٠ | | | | ٥٠١٦١٢٥ |
| ٣.٥٠.٥٠٠ | | ه ا مسجـد "الرضوان" - أندونيسـيا الدمزكوريـن | | | | ١٥٧٥١ |
| ١٥.٠.١٠.١٠٠ | | ه ا البنك الأهلى .١٢ | ٧٥ | ١٣٦٩.٨ | | |
| ٥.٥.١.١.١٠٠ | | ه ا المتبرعـات العامـه . | ٥٥ | ١ | | |
| | | * بناء الخزينـة لمسجـد "المعمـر" . | | | | |
| | | * تعريف الدراسـه بالبريانـه لمجر "الرضوان" | | | | |
| | | * حوالـة رقـم ١٥١٠٩٨ ١٤..١٤ | | | | |
| | | بقيم مكتب الندوة بأندونيسـيا بمبلغ ٥٥٣٦٢٦دولار | | | | |
| | | * وقـت التمويـل أصبحنـو بشرع عـم . | | | | |

الإجمالي / فقـط ثلاثـة عشرألـف وسبعمائـة ريال لا غير        ٧٠٠ . ١٣        -        ١٣٧٠٠        -

رئيس الحسابات        المحاسب

# THE NATIONAL COMMERCIAL BANK

## Transfer / Draft Application

التاريخ ........................... ١٤١٨/٨/١٠

Date ...........................................

الفرع ............................... المدينة مصرف

Branch .........................................

1/16

### Please effect / issue — الرجاء اجراء / اصدار

| ☐ Account to account transfer | ☐ NCB local transfer | ☐ Transfer to other local bank via SARIE | ☑ International transfer | ☐ Draft |

### Against payment — مقابل الدفع

Debit my / our account — القيد على حسابي / حسابنا: `| | | | | | | | | | | | | | | | | | | 5 |`

☐ Cheque No. ☐ Cash

### Remitter / Purchaser — المحول / المشتري

| Name — الاسم | : | .......................................... |
| Nationality & ID type * — الجنسية ونوع البطاقة الشخصية (الهوية) * : | (Commercial registration / Saudi ID / Passport / Regular Iqama / Diplomatic Iqama) |
| ID No., place & date of issue * — رقم البطاقة ومكان وتاريخ الاصدار * : | .......................................... |
| Address & telephone No. * — العنوان ورقم الهاتف * : | .......................................... |

(* To be filled in if the remitter / purchaser is not an account holder)

### Beneficiary — المستفيد

| Name — الاسم | : | AN NADWAH ALCAMIYAH LISSYABAB ALISLAMI |
| ID No. * — رقم البطاقة الشخصية * | : | |
| Address & / or Telephone No. * — العنوان و/ أو رقم الهاتف * | : | JAKARTA - INDONESIA |
| Account No. — رقم الحساب | : | AD BCK 2091411 0015 0 |
| Bank name, address, town & country where payable * (destination of transfer / draft) — اسم البنك وعنوانه والمدينة والبلد المراد الدفع فيها (مكان دفع الحوالة /الشيك) | : | BANK DEGANG NEGARA (BDN) CABANG JAKARTA WARUNG GONCET INDONESIA |

(* Please print as applicable)

### Purpose of remittance — الغرض من التحويل

Please see overleaf and write relevent code number in the box. `| 93 |`

(* For foreign currency transaction only)

### Remittance details — بيانات الحوالة

| Amount in figures — المبلغ بالأرقام | `| | | | | | 4 5 6 1 |` | Currency of transfer/draft — نوع عملة الحوالة/ الشيك: USD |
| Amount in words — المبلغ بالحروف: | .......................................... |

Sure transfer to local bank in KSA — حوالة سريعة بالريال السعودي لبنك محلي بالمملكة العربية السعودية

☐ URGENT عاجل    ☐ STANDARD عادي

Other details — بيانات أخرى : ..........................................

I/ We agree to the terms and conditions printed overleaf. — أوافق على الشروط والأحكام المبينة خلف الطلب

Remitter's / Purchaser's signature — توقيع المحول / المشتري

### For Bank use only — لاستعمال البنك فقط

| Currency — نوع العملة | | Value date — تاريخ الاستحقاق | |
| FCY amount — مبلغ بالعملة الأجنبية | | Deal / Ref. No. — رقم العقد/المرجع | 14 |
| Rate — سعر العملة | | Correspondent bank — البنك المراسل : | |
| SAR amount — المبلغ بالريال | | | |
| Commission — رسم التحويل | | Validation — المصادقة | |
| Telex charges — مصاريف التلكس | | | |
| SAR total — المجموع بالريال | | | USD 4,456 |

Authorized signature — توقيع المسؤول

BENEFICIARY COPY — نسخة المستفيد

BANCS-001A

بسـم الله الرحمن الرحيـم

# الندوة العالمية للشباب الاسلامي
## World Assembly of Muslim Youth

مكتـب الممثليــة
جاكرتا ـ إندونيسيا

الرقم : ٢٩ /أ/م٩٨/
التاريخ : ١٨ ذى الحجة ١٤١٨ هـ    الموافق ب : ١٥ أبريل ١٩٩٨ م

سعادة الدكتور/ أ. أحمد السيد أحمد جلبط    حفظه الله
مدير النشاط بالندوة العالمية للشباب الإسلامي بجدة

السلام عليكم و رحمة الله و بركاته،

تهديكم ممثلية الندوة العالميـة للشباب الإسلامي مكتب جاكرتا أطيـب تحياتهـا متمنيـة لكـم و لجميـع منسوبى مكتب الندوة الموقرة دوام التوفيق و السداد.
يسرنا أن نتقدم إليكم بما يلى :
١- نرسل إليكم بهذا التقرير عن :
أ- مشروع مسجد البنيان للدفعة الثانية و الأخيرة حيث تم بناؤه كاملا، و قد استخده المسلمون للصلوات الخمس و الجمعة و تعليم القرآن للأولاد و البنات.
ب- مشروع مسجد المعمر ( للدفعة الأولى ) مع العلم بأن المشروع فى قيد التنفيذ، و المبلغ الذى أرسلتموه إلينا فى الدفعة الأولى لهذا المشروع قد انتهى كله، فنرجو منكم التفضل بإرسال الدفعة الثانية و الأخيرة من المبلغ لهذا المشروع حتى نتمكن من إنهائه فى الموعد.
٢- أما مشاريع المساجد الأخرى ففى قيد التنفيذ، و سوف نرسل التقرير عن كل منها لا حقا إن شاء الله.
٣- كما نذكركم أننا قد أرسلنا إليكم سابقا استبيان كل من :
أ- دورة العاملين حيث سنبدأ تنفيذها فى ١٤ ذى الحجة ١٤١٨ هـ / ١١ أبريل ١٩٩٨ م.
ب- دورة مهنية و سوف نبدأ تنفيذها فى ٢١ ذى الحجة ١٤١٨ هـ / ١٨ أبريل ١٩٩٨ م.
فإننا فى انتظار المبالغ منكم لهذه النشاطات، حتى نتمكن من تنفيذها فى الموعد.
هذا، و على كل الاهتمام و حسن المتابعة، نقدم إليكم جزيل الشكر و الامتنان، داعين المولى عز و جل أن يجزيكم أحسن الجزاء فى الدنيا و الآخرة و أن يوفقكم دائما إلى ما هو خير الإسلام و المسلمين.
و السلام عليكم و رحمة الله و بركاته

ممثلية الندوة العالمية للشباب الإسلامي
مكتب جاكرتا إندونيسيا



معمور حسن الدين

صورة مع التحية مقدمة :
– للدكتور/ حمدى المرسى – مدير المكاتب الخارجية
– للدكتور/ جاهد بن مقصود تارم – مدير إدارة المشروعات و الصيانة و التشغيل

سعادة د. طارم
يكمال اللازم و ارسال الدفعة الثانية لمسجد المعمر

١٤١٩/١/٢٠

P.O. Box. 8053/JKS - TB JAKARTA 12810, INDONESIA
Phone/Fax : 7992653
Acc. An-Nadwah Al-Alamiyah Lisysyabab Al-Islami
USD    : BDN Jakarta Warung Buncit No. 3081.411.0045.0.
Rupiah    : BCA Duren Tiga No. 450.300333.6.

CONFIDENTIAL                                                              WAMYSA044945




**World Assembly of Muslim Youth** | الندوة العالمية للشباب الاسلامي

**طلــب صــرف**

الرقم ..............

التاريخ ..............

سعادة الأخ الفاضل / د . عادل صالح فيدة      سلمه الله ......

المشرف العام على البرامج والمشروعات .

السلام عليكم ورحمة الله وبركاته ،،،

نرجو الإيعاز لمن يلزم نحو صرف مبلغ وقدره ( ١٢,٧٠٠  ) ريال .

فـقـط :ثلاثة عشر ألف وسبعمائة ريال سعودي ............ ريال سعودي لاغير .

بإسم : محمود جمعة ابراهيم ............

عنوانه : مكتب أبو رهينها ............

للبنود التالي : ............ ( ١٢,١٥٠ )

............ ( ١,٥٥٠ )

ولكم جزيل الشكر والتقدير ،،،

مدير إدارة المشروعات والصيانة والتشغيل

د . جاهد بن مكصود تارم

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

الإدارة المالية

السلام عليكم ورحمة الله وبركاته ، وبعد ،،،      سلمهم الله ...

لا مانع من صرف المبلغ المذكور آنفاً وقدره ( ١٢,٧٠٠ ) ريال .

فـقـط :ثلاثة عشر ألف وسبعمائة ريال ............ ريال سعودي لاغير .

مع ملاحظة : ............

ولكم جزيل الشكر والتقدير ،،،

المشرف العام
على البرامج والمشروعات

د . عادل صالح فيدة

• الأصل للإدارة المالية .
• صورة لإدارة المشروعات والصيانة .

جدة ـ الشمال الغربي لتقاطع الستين مع شارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢) ـ فاكس : ٦٦٠٢٦٤٥(٠٢) ـ برقياً : وامي جدة ـ ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                WAMYSA044946



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA044943-6**

Sworn to before me this

___ day of _____ of 2026

_____
Translation Manager

_____
Notary





**ata MEMBER**
American Translators Association

**ACCREDITED BUSINESS**
BBB

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling