

Jeddah - Sitteen St. Crossing With Palestine St.
Tel. : 6672833 / 6601878 / 6613761
Fax : 6602645
P. O. Box 8856 - Jeddah 21492
Kingdom of Saudi Arabia

الموافق / / ٢٠٠ م

سند قيد

الندوة العالمية للشباب الإسلامي
جدة – تقاطع شارع فلسطين مع الستين
ت : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١
فاكس : ٦٦٠٢٦٤٥
ص ب ٨٨٥٦ – جدة ٢١٤٩٢
المملكة العربية السعودية

التاريخ ٩/ ٩/ ١٤٢١هـ
الموافق / / ٢٠٠ م

| Debtor Riyal | AH | Creditor Riyak | AH | Statement | Debtor Number | Creditor Number |
|---|---|---|---|---|---|---|
| 694968 | 75 | | | From the Customs Authority account - Germany | | |
| | | 694968 | 75 | To Al-Ahli Bank account no. 14 | | 2010/10/00 |
| | | | | Deposits at the Cultural and Residential Center | | |
| | | | | Scholarship programs, college students, and Syrian students | | |
| | | | | Claim Transfer No. 14000288600 | | |
| 694968 | 75 | 694968 | 75 | Total: 694,968.75 riyals | | |

Accountant: [signature]

Chief Accountant

In the name of God, the Merciful, the Compassionate

His Excellency Dr. Abdul Wahab Nour, may God protect him

Peace be upon you, God's mercy and blessings

Below are the account numbers to which we prefer that payments for the Assembly be sent:

1. DRESDNER BANK - GERMANY

   Account No. 02 647 515 00

   BANK CODE 370 800 40

   AYMAN ALY

2. ARAB ALBANIAN ISLAMIC BANK - ALBANIA

   Account No. 100 113

   TAIBAH INTERNATIONAL

As for my account in Albania, I'd rather not send anything to it again

May God reward you with good

Your brother

Ayman Ali

[signature]

Redacted on: 16/11/2000

Notes

- Attached is a list of the total amounts requested following the changes you made last week
- Please let us know as soon as possible the name of Brother Omar, the moderator of the Assembly in Yemen, so we can coordinate matters regarding the Kosovar students on scholarship.

Total amounts following discussions with Dr. Abdel Wahab

| m | Item | Amount $ | Notes |
|---|---|---|---|
| 1 | Cultural Center | 62000 | 49,000 (7 months of operation) 13,000 (completion of setup) |
| 2 | On-campus housing | 43725 | Five and a half months of operation |
| 3 | Study Abroad Programs | 39600 | 22 Tuition: $3,800 per student (average) Admission and travel only |
| 4 | Library Print | 35000 | Eight headlines (from issue no.: 2–9 on the list) with a total of 40,000 copies |
| 5 | Female students from Syria | 5000 | For the second year in a row |
| | Total | 185325 | |

Current address:

AYMAN ALY
MECKENHEIMER Str., 68
BONN 53179
GERMANY

Mob : 00 49 173 862 0000
Tel Fax : 00 49 228 550 69 34
E – mail : aymanaly15 @ hotmail.com

Finance

1. The amounts above from the Kosovo account

[signature]

22/8/1421H

البنك الأهلي التجاري
THE NATIONAL COMMERCIAL BANK

طلب حوالة خارجية/ شيك مصرفي
TRANSFER/ DRAFT APPLICATION

Date: ........ التاريخ: ١٤٢٠/٩/٥
Ref. No. مرجع الحوالة
Branch: ........ الفرع: الجزيرة جدة

Please Issue: International transfer حوالة دولية [✓] Draft شيك مصرفي [ ] الرجاء اصدار:

| المبلغ بالحروف Amount in words | المبلغ بالأرقام Amount in figures | عملة التحويل Transfer Currency |
|---|---|---|
| (فقط مائة وخمسة وثمانون ألف وثلاثمائة وخمسة وعشرون دولاراً) | =١٨٥٣٢٥= | دولار أمريكي |

BENEFICIARY DETAILS بيانات المستفيد

| | | |
|---|---|---|
| Beneficiary's Name : | TAIBAH INTERNATIONAL AID ASSOCIATION | إسم المستفيد |
| Address &/ or Phone No. : | ALBANIA OFFICE | العنوان و/ أو رقم الهاتف : |
| Beneficiary A/C No. : | 100 113 | رقم حساب المستفيد : |
| Beneficiary Bank : | ARAB ALBANIAN ISLAMIC BANK - TIRANA | بنك المستفيد : |
| Branch Name & Address : | THROUGH ARAB AMERICAN BANK | اسم الفرع وعنوانه : |
| Town - Country : | N.Y. CITY (ألبانيا) | المدينة - البلد : |

Against payment by: وذلك مقابل:

١٩٠-١-١٨٥٠-١-١-١-١-١٩ القيد على حسابي/حسابنا رقم [✓] DEBIT MY/ OUR A/C — شيك رقم ........ CHEQUE NO. [ ] — نقداً CASH [ ]

REMITTER DETAILS بيانات المحول

| | | |
|---|---|---|
| Remitter's Name : | الندوة العالمية للشباب الإسلامي - ج | إسم المحول : |
| ID No., Type, Date, Place of Issue : | — | رقم الهوية/ نوعها/ تاريخ ومكان الإصدار : |
| Address : | جدة | العنوان : |
| Phone No. : | ٦٦-١٨٧٨ | رقم الهاتف : |

Other Details: تفاصيل أخرى للحوالة:

PURPOSE OF REMITTANCE: الغرض من التحويل:

Please see overleaf and write relevant code number in the box. [98] يرجى الإطلاع على المدون خلف النموذج ووضع الرمز في الحقل.

I/ We agree to the terms printed overleaf. أوافق/ نوافق على الشروط والأحكام المبينة خلف الطلب.

Remitter's Signature: ........ توقيع المحول:

FOR BANK USE ONLY: لإستعمال البنك فقط:

| | | |
|---|---|---|
| Currency | نوع العملة | USD |
| FCY Amount | مبلغ العملة الأجنبية | =185,325= |
| Rate | سعر العملة | 3.75 |
| SAR Equivalent | المعادل بالريال | |
| Commission/ Fees | رسوم/ عمولة | — |
| Telex Charges | مصاريف التلكس | — |
| SAR Total | المجموع بالريال | =694968.75 |

(فقط ستمائة وأربعة وتسعون ألف وتسعمائة وثمانية وستون ريال و ٧٥/١٠٠)

| | | |
|---|---|---|
| Correspondent Bank ........ | | البنك المراسل |
| Value date | تاريخ الاستحقاق | / / |
| Deal/ Ref. No. | رقم القطع/ المرجع | |

Validation المصادقة ١١٦

P ٠٠١٧ ##EFT ISSUE ١٤٠٠٠٨٨١٠٠
١٤٠١٠٨٥٠٠٠٠١٠٥
لسيد/ الندوة العالمية للشباب الإسلامي
USD ١٨٥,٣٢٥.٠٠
فرع الكندرة ١٤٠#
BJRN ٢٧٧٧٧٨ ٢٠٠٠/١٢/٠٢ في ١٢:٤٢ في ٠٠١٤

Authorized Signature: توقيع المسئول:

BANCS-00141

CUSTOMER COPY صورة العميل



الـنـدوة العـالمـيـة للشـبـاب الإسـلامي
World Assembly of Muslim Youth

مكتب منطقـة مكة المكرمـة
Office of Makkah Region

التـاريخ : ..............................

الـرقـم : ..............................

His Excellency Dr. Ayman Ali, may God protect him...

WAMY Office Manager - Germany

Peace be upon you, God's mercy and blessings

I hope you are doing well, as our Lord likes and desires. And then...

I am pleased to enclose the check/money order No. (14000288600) dated: 20/8/2000

in the amount of ($185,325) "one hundred eighty-five thousand three hundred twenty-five U.S. dollars"

equivalent to (694,968.75 riyals), issued by the National Commercial Bank—Jeddah and debited via

Our annual campaign in Jeddah, which consists of: The budget for the Cultural Center, dormitories, study abroad programs, library printing, and Syrian female students.

Please confirm receipt and provide us with a report detailing how the funds were spent so that we can provide the donor with a copy of it.

May God grant you every blessing...

May God's peace, mercy and blessings be upon you,

Chief Financial Officer

Mr. Abdulmajeed Faraj

1421/9/7 AH

— Financial Management Department.

المملكة العربية السعودية – جدة – هاتف ٦٦٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
E-mail : wamy_jed@yahoo.com & wamyjed@ogertel.com

116

In the name of God, the Merciful, the Compassionate

His Excellency Dr. Abdul Wahab Nour, may God protect him

Secretary General of the World Assembly of Muslim Youth - Jeddah

Peace be upon you, God's mercy and blessings

Subject: Receipt of payments for projects in Kosovo

I would like to inform you that a payment in the amount of $185,300 (one hundred eighty-five thousand three hundred dollars, no more) was received on December 4, 2000, pertaining to: Book Printing — Study Abroad Programs: Yemen and Syria — On-campus housing — The Cultural and Educational Center, all of which are part of the Assembly’s projects — Kosovo

I would also like to thank you for your prompt response in sending me the invitation to visit.

Until we meet again... Peace be upon you, God's mercy and blessings

Ayman Ali

[signature]

World Assembly of Muslim Youth

Item Number: 1052 / F

Date: 11/9/1421 AH

[seal]

— Finance

— Kosovo File

**WAMY**
Jeddah - Sitteen St. Crossing With Palestine St.
Tel. : 6672833 / 6601878 / 6613761
Fax : 6602645
P. O. Box 8856 - Jeddah 21492
Kingdom of Saudi Arabia

الندوة العالمية للشباب الإسلامي
WAMY

**الندوة العالمية للشباب الإسلامي**
جـدة – تقاطع شارع فلسطين مع الستين
ت : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١
فاكس : ٦٦٠٢٦٤٥
ص.ب ٨٨٥٦ – جـدة ٢١٤٩٢
المملكة العربية السعودية

ق ٩١٨

**سند قيد**

التاريخ ٢/ ٩/ ١٤٢١هـ
الموافق / / ٢٠٠ م

الموافق / / ٢٠٠ م

| مدين هـ | مدين ريال | دائن هـ | دائن ريال | البيان | رقم المدين | رقم الدائن |
|---|---|---|---|---|---|---|
| ٧٥٠ | ٦٩٤٩٦٨ | | | من ح/ الحاج حجاج - ألبانيا | | |
| | | ٧٥٠ | ٦٩٤٩٦٨ | إلى ح/ البنك الأهلي ك ١٤٠ | | ١٤٠١٠١٠٠ |
| | | | - | ألبانيا - ميزانية المركز الثقافي والسكن الداخلي والمناح الدراسية وطلبة الكلية وطلاب سوريا | | |
| | | | - | تحويل للحساب ١٤٠٠٠٢٨٨٦٠٠ | | |
| ٧٥٠ | ٦٩٤٩٦٨ | ٧٥٠ | ٦٩٤٩٦٨ | **الإجمالي** / ستمائة أربعة وتسعون ألف وتسعمائة ثمانية وستون ريال و٧٥ هللة | | |

**المحاسب** [signature] ..........

**رئيس الحسابات** ..........

بسم الله الرحمن الرحيم

سعادة الدكتور / عبد الوهاب نور ولي حفظه الله

السلام عليكم و رحمة الله و بركاته

فيما يلي رقما الحساب الذين نفضل إرسال مبالغ مشروعات الندوة علي أي منها :

1. **DRESDNER BANK - GERMANY**
   **Acc No , 02 647 515 00**
   **BANK CODE 370 800 40**
   **AYMAN ALY**

2. **ARAB ALBANIAN ISLAMIC BANK - ALBANIA**
   **Acc No , 100 113**
   **TAIBAH INTERNATIONAL**

أما الحساب الخاص بي في ألبانيا فلا أفضل الإرسال عليه ثانية

و جزاكم الله خيرا

أخوكم

أيمن علي

تحريرا في : ١٩/١١/٢٠٠٠ م

ملاحظات :

- مرفق قائمة بجملة المبالغ المطلوبة بعد التعديلات التي أدخلتموها عليها الأسبوع الماضي
- أرجو إفادتنا سريعا بعنوان الأخ عمر مشرف الندوة في اليمن لتنسيق أمر طلاب كوسوفا المبتعثين

إجمالي المبالغ بعد النقاش مع الدكتور عبد الوهاب

| م | البند | القيمة $ | ملاحظات |
|---|---|---|---|
| ١ | المركز الثقافي | ٦٢٠٠٠ | ٤٩٠٠٠ $ ( تشغيل ٧ أشهر )<br>١٣٠٠٠ $ ( استكمال تجهيز ) |
| ٢ | السكن الداخلي | ٤٣٧٢٥ | تشغيل لخمسة أشهر و نصف |
| ٣ | البعثات الدراسية | ٣٩٦٠٠ | ٢٢ طالبا ٣٨٠٠ $ متوسط الطالب<br>فقط القبول و السفر |
| ٤ | طباعة المكتبة | ٣٥٠٠٠ | ثمانية عناوين (من رقم : ٢ — ٩ في القائمة) بجملة ٤٠٠٠٠ نسخة |
| ٥ | طالبات سوريا | ٥٠٠٠ | للعام الثاني على التوالي |
| | إجمالي | ١٨٥٣٢٥ | |

عنواني الحالي :

**AYMAN ALY**
**MECKENHEIMER Str., 68**
**BONN 53179**
**GERMANY**

**Mob : 00 49 173 862 0000**
**Tel Fax : 00 49 228 550 69 34**
**E – mail : aymanaly15 @ hotmail.com**

طلب حوالة خارجية/ شيك مصرفي
**TRANSFER/ DRAFT APPLICATION**

البنك الأهلي التجاري
THE NATIONAL COMMERCIAL BANK
شركة مساهمة سعودية مركزها الرئيسي - جدة - سجل تجاري ١٥٨٨
رأس المال المصرح به والمدفوع (٦٠٠٠) مليون ريال

Date: ................ Ref. No. [ ] مرجع الحوالة التاريخ: ١٤٢٠/٩/١

Branch: ................ الفرع: العزيزية جدة

**Please Issue:** International transfer حوالة دولية [✓] Draft شيك مصرفي [ ] الرجاء اصدار:

| المبلغ بالحروف Amount in words | المبلغ بالأرقام Amount in figures | عملة التحويل Transfer Currency |
|---|---|---|
| (فقط مائة وخمسة وثمانون ألف وثلاثمائة وخمسة وعشرون دولاراً أمريكيا) | =١٨٥٣٢٥— | دولار أمريكي |

**BENEFICIARY DETAILS** بيانات المستفيد

| | | |
|---|---|---|
| Beneficiary's Name : | TAIBAH INTERNATIONAL AID ASSOCIATION | إسم المستفيد |
| Address &/ or Phone No. : | ALBANIA OFFICE | العنوان و/ أو رقم الهاتف : |
| Beneficiary A/C No. : | 100 113 | رقم حساب المستفيد : |
| Beneficiary Bank : | ARAB ALBANIAN ISLAMIC BANK - TIRANA | بنك المستفيد : |
| Branch Name & Address : | THROUGH ARAB AMERICAN BANK | اسم الفرع وعنوانه : |
| Town - Country : | N.Y. CITY (الكل) | المدينة - البلد : |

Against payment by: وذلك مقابل:

٢٤-١١-١٨٥-١-١-١-١١-١٥ القيد على حسابي/حسابنا رقم DEBIT MY/ OUR A/C [✓] شيك رقم ........ CHEQUE NO. [ ] نقداً CASH [ ]

**REMITTER DETAILS** بيانات المحول

| | | |
|---|---|---|
| Remitter's Name : | الندوة العالمية للشباب الإسلامي - ج. | إسم المحول : |
| ID No., Type, Date, Place of Issue : | — | رقم الهوية/ نوعها/ تاريخ ومكان الإصدار : |
| Address : | جدة | العنوان : |
| Phone No. : | ٦٦٠-١٨٧٨ | رقم الهاتف : |

**Other Details:** تفاصيل أخرى للحوالة:

**PURPOSE OF REMITTANCE:** الغرض من التحويل:

Please see overleaf and write relevant code number in the box. [98] يرجى الإطلاع على المدون خلف النموذج ووضع الرمز في الحقل.

I/ We agree to the terms printed overleaf. أوافق/ نوافق على الشروط والأحكام المبينة خلف الطلب.

**Remitter's Signature:** ................ توقيع المحول:

**FOR BANK USE ONLY:** لاستعمال البنك فقط:

| | | |
|---|---|---|
| Currency | نوع العملة | USD |
| FCY Amount | مبلغ العملة الأجنبية | =185,325— |
| Rate | سعر العملة | 3,75 |
| SAR Equivalent | المعادل بالريال | |
| Commission/ Fees | رسوم/ عمولة | — |
| Telex Charges | مصاريف التلكس | — |
| SAR Total | المجموع بالريال | =694968.75 |

(فقط ستمائة وأربعة وتسعون ألف وتسعمائة وثمانية وستون ريالا و٧٥ هللة)

| | | |
|---|---|---|
| Correspondent Bank | البنك المراسل | |
| Value date | تاريخ الاستحقاق | / / |
| Deal/ Ref. No. | رقم القطع/ المرجع | |

Validation المصادقة

١١٦

P ٠٠٠١٧ **EFT ISSUE ١٤٠٠٠٤٨٨١٠٠
١٤٠١٠٨٥٠٠٠٠١٥٠
لسيد / الندوة العالمية للشباب الإسلامي
USD ١٨٥,٣٢٥.٠٠
فرع الكندرة ١٤٠#
BJRN ٢٧٧٧٧٨ ٢٠٠٠/١٢/٠٢ في ١٢:٤٢ في ٠٠١٤

Authorized Signature: توقيع المسئول:

CUSTOMER COPY صورة العميل

BANCS -001A1

الندوة العالمية للشباب الإسلامي
World Assembly of Muslim Youth

مكتب منطقة مكة المكرمة
Office of Makkah Region

التاريخ : ..................................

الرقم : ..................................

سعادة الأخ الفاضل / م. أيمن علي سلمه الله ...
مدير مكتب الندوة في إسبانيا.

السلام عليكم ورحمة الله وبركاته،،،

أرجو أن تكونوا على خير ما يحب ربنا ويرضى . . . وبعد ،،،

يسرني أن أرفق لكم الشيك / الحوالة رقم (١٤٠٠٠٢٨٨٦٠٠) وتاريخ : ٢/١٢/٢٠٠٠م .
بمبلغ وقدره (185,225 $) " فقط مائة وخمس وثمانون ألف دولار وثمانمائة وخمس وعشرون دولار أمريكي
بما يعادل (٦٩٤٩٦٨ ريال) والصادر من البنك الأهلي التجاري — جدة والمسحوب بواسطة
التسيير ما نهتم بنك . وهو عبارة عن : ميزانية المركز الثقافي والسكن الداخلي والبعثات الدراسية وطباعة المكتبة وطالبات سوريا .
نرجو منكم الإفادة بالاستلام وموافاتنا بتقرير عن أوجه الصرف لنتمكن من تزويد المتبرع
بصورة من ذلك .

وفقكم الله لكل خير،،،

والسلام عليكم ورحمة الله وبركاته،،،

المدير المالي

السيد عبد المجيد فرج

— ص للإدارة المالية .

المملكة العربية السعودية – جدة – هاتف ٦٦٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
E-mail : wamy_jed@yahoo.com & wamyjed@ogertel.com

١١٦٠

بسم الله الرحمن الرحيم

سعادة الدكتور / عبد الوهاب نور ولي حفظه الله

الأمين العام المساعد للندوة العالمية للشباب الإسلامي — جدة

السلام عليكم و رحمة الله و بركاته

الموضوع : استلام دفعات مالية لمشروعات كوسوفا

أود إحاطتكم علما بوصول الدفعة المالية و قدرها ١٨٥٣٠٠ $ ( مائة و خمسة و ثمانون ألفا و ثلاثمائة دولار لا غير ) بتاريخ ٤/١٢/٢٠٠٠ م و الخاصة بـ : طباعة الكتب — البعثات الدراسية إلي : اليمن و سوريا — السكن الداخلي — المركز الثقافي التعليمي و جميعها خاصة بمشروعات الندوة — كوسوفا

كما أشكركم على سرعة التجاوب بإرسال دعوة الزيارة من قبلكم

فإلى أن نلقاكم على خير .. شكر الله لكم و السلام عليكم و رحمة الله و بركاته

أيمن علي

الندوة العالمية للشباب الاسلامي
رقم الوارد : ١٥٠٢/١/خ
التاريخ : ١١ / ٩ / ١٤٢١هـ

— المالية
— ملف كوسوفا



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York) §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from theArabic language to the English language. And that he translated the following documents from theArabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA0548428-433**

Sworn to before me this
26 day of March of 2026

V. Vaile
Translation Manager

Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY

ata MEMBER
American Translators Association

Translation Interpretation Transcription DTP Voice-over Subtitling