Committee Office – Peshawar

Administrative Expenses for the Year 1415 AH:
(2,404,410) riyals

CONFIDENTIAL



WAMYSA062981



AL-EMAM ABU HANIFAH
High Institution for Dawah & Duaat
Peshawar

معهد الإمام ابي حنيفة العالي
للدعوة وإعداد الدعاة
بشاور

No. 176

Date: 20/11/1415 AH
Corresponding to: 4/2/1995

Subject: Repair of the roof of the office, the mosque, and the bathrooms

Mr. Muhammad Mustafa
May Allah preserve him

Director General of the Al-Birr Committee – Peshawar
Peace, mercy, and blessings of Allah be upon you,

We have been suffering for some time from water leakage from the roof of the office (formerly the mosque) whenever it rains or even when there is light drizzle. The same applies to the roof of the mosque (currently the prayer hall) and the roof of the students' bathrooms, to the extent that the panels have broken.

We therefore kindly request your approval to repair the roof of the office and to purchase the necessary cement sheets (asbestos) for the mosque and the external students' bathrooms.

May Allah reward you with goodness.

Acting Director of the Institute
[signature]

[illegible handwriting]

P.O.Box. (923)    Phone. (41961)    Peshawar    Pakistan

CONFIDENTIAL

WAMYSA062982



AI-EMAM ABU HANIFAH
High Institution for Dawah & Duaat
Peshawar

No.: 175

Subject: Repair of the building
walls

Mr. Muhammad Mustafa
May Allah preserve him

Director General of the Benevolence Committee – Peshawar

Peace, mercy, and blessings of Allah be upon you,

Following the observation of cracks that have appeared in the walls of the second building, we consulted one of the engineers who participated in the construction of our complex. He informed us that the cause is that the wall above the ceiling was not being properly connected to the original structure. This means that any tremor or strong wind could cause the wall to collapse, Allah forbid, resulting in damage, the extent of which only Allah knows.

We therefore kindly request your approval to repair all the walls and the roof in order to ensure the safety of individuals and property.

May Allah reward you with goodness.

Acting Director of the Institute
[signature]

Date: 20/11/1415 AH
Corresponding to: 4/2/1995

P.O.Box. (923)    Phone. (41961)    Peshawar    Pakistan

CONFIDENTIAL

WAMYSA062983



| Lajnat Al-Birr Al-Islamiah<br>AL-EMAM ABU HANIFAH<br>High Institution for Dawah & Duaat<br>Peshawar | بسم الله الرحمن الرحيم | لجنة البر الإسلامية<br>معهد الإمام أبي حنيفة العالي<br>للدعوة وإعداد الدعاة<br>بشاور |
|---|---|---|

No.: 120

Subject: Request for some furniture for the institute

Date: 24/5/1415 AH
Corresponding to: 9/29/1994

Mr. Muhammad Mustafa
Respected

Director of the Benevolence Committee – Peshawar
Peace, mercy, and blessings of Allah be upon you,

The institute is in need of some furniture (available in the committee's warehouse) for use in the classrooms, the library, and the vocational training room. In view of your continued support in providing the institute with its essential requirements, which greatly contribute to the organization and proper functioning of the institute, we kindly request that you supply us with the furniture items listed below. May Allah reward you with goodness.

| Type: | Quantity |
|---|---|
| Wooden cabinet with drawers | 1 |
| Wooden cabinet (from the health unit) | 1 |
| Metal bookshelves | 2 |
| Table without drawers | 1 |
| Wooden table with drawers | 3 |
| Chairs | What's available |
| Printers | 3 (for training students, if available) |

Director of the Institute
[signature]

[signature]

23/4/15

P.O.Box. (923)    Phone. (41961)    Peshawar    Pakistan

CONFIDENTIAL

WAMYSA062984



No.: 187

Date: 16/12/1415 AH
Corresponding to: 5/16/1995

Subject: Approval for the purchase of clothing and footwear

Mr. Muhammad Mustafa
May Allah preserve him

Director General of the Benevolence Committee – Peshawar
Peace, mercy, and blessings of Allah be upon you,

We kindly request your approval of 14,784 rupees for the purchase of clothing and footwear for our graduating students, to be delivered in a single batch. Please note that the number of graduates in this batch is forty-four (44) students, Allah willing.

The breakdown is as follows:

| | |
|---|---|
| 1. **Footwear:** | 44 students × 180 rupees = **7,920 rupees** |
| 2. **Clothing:** | 44 students × 6 meters = **264 meters**<br>264 meters × 26 rupees = **6,864 rupees** |

May Allah reward you with goodness.

Acting Director of the Institute
[signature]

[illegible] the original [signature]

5/16/95

P.O.Box. (923)    Phone. (41961)    Peshawar    Pakistan

CONFIDENTIAL

WAMYSA062985

 

No.: 182

Subject: Purchase of clothing for students

Date: 3/12/1415 AH
Corresponding to: 2/5/1995

Mr. Muhammad Mustafa
May Allah preserve him

Director General of the Islamic Benevolence Committee
Peace, mercy, and blessings of Allah be upon you,

We kindly request your approval for the purchase of clothing for the newly admitted students, whose number is sixty-seven (67) students. We require 10,452 rupees.

- 67 students × 6 meters = 402 meters

- 402 meters × 26 rupees = 10,452 rupees

May Allah reward you with goodness.

Acting Director of the Institute
[signature]

[signature: Original received 4/5/1995]

P.O.Box. (923)    Phone. (41961)    Peshawar    Pakistan

CONFIDENTIAL

WAMYSA062986

**Islamic Benevolence Committee**
**World Assembly of Muslim Youth**

In the Name of Allah, the Most Gracious, the Most Merciful
Salary Statement
Administration: Health
Department: Administrative Secretariat
Month: Muharram 1415

| No. | File Number | Name | Position | Basic Salary | Allowances | | | | | | Total Salary | Deductions | | | | | Total Salary | Signature | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Housing Allowance | Food Allowance | Annual Leave | Transportation Allowance | Overtime | Total Allowances | | Absence | Penalties | Loans | Other | Total Deductions | | | |
| 1 | | Aziz Allah Ahmad | Administrative Coordinator | 2750 | | | | | | | 2750 | | | | | | | [Signature] | |
| 2 | | Wakil Shah Fakir | Driver | 2200 | | | | | | | 2200 | | | 400 | | 400 | 1800 | [Signature] | [Illegible] |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Total | | | | 4950 | | | | | | | 4950 | | | | | | | | |

Accountant

Financial Officer
[signature]

Administration
[signature]

M.A.F 12/12/1435

23

CONFIDENTIAL

WAMYSA062987

**Islamic Benevolence Committee**
**World Assembly of Muslim Youth**

In the Name of Allah, the Most Gracious, the Most Merciful
Salary Statement
Administration: Health
Department: Medical Warehouse
Month: Muharram 1415

| No. | File Number | Name | Position | Basic Salary | Allowances | | | | | | Total Salary | Deductions | | | | | Total Salary | Signature | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Housing Allowance | Food Allowance | Annual Leave | Transportation Allowance | Overtime | Total Allowances | | Absence | Penalties | Loans | Other | Total Deductions | | | |
| 1 | | Muhamad Agha Mir Haidar | Pharmacy Technician | 4600 | | | | | | | 4600 | | | | | | 4600 | [Signature] | |
| 2 | | Muhamad Asef Muhamad | Driver | 2035 | | | | | | | 2035 | | | | | | 2035 | [Signature] | |
| 3 | | Muh. Jaf Abdel Ghafour | Employee | 1430 | | | | | | | 1430 | | | | | | 1430 | [Signature] | |
| 4 | | Saroud Jaf Jamaad | Employee | 1500 | | | | | | | 1500 | | | | | | 1500 | [Signature] | |
| 5 | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Total | | | | 9565 | | | | | | | 9565 | | | | | | 9565 | | |

Accountant

Financial Officer
[signature]

Administration
[signature]

M.J.F 12/12/1435

24

CONFIDENTIAL

WAMYSA062988

**Islamic Benevolence Committee**
**World Assembly of Muslim Youth**

In the Name of Allah, the Most Gracious, the Most Merciful
Salary Statement
Administration: Health
Department: Administrative Secretariat
Month: [Illegible]1415

| No. | File Number | Name | Position | Basic Salary | Allowances | | | | | | Total Salary | Deductions | | | | | Total Salary | Signature | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Housing Allowance | Food Allowance | Annual Leave | Transportation Allowance | Overtime | Total Allowances | | Absence | Penalties | Loans | Other | Total Deductions | | | |
| 1 | | Aziz Allah Ahmad | Administrative Coordinator | 2300 | [Illegible] | [Illegible] | [Illegible] | [Illegible] | [Illegible] | [Illegible] | 2300 | | | | | | | [Signature] | |
| 2 | | Wakil Shah Fakir | Driver | 2200 | | | | | | | 2200 | | | 400 | | 400 | 1800 | [Signature] | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Total | | | | 4500 | | | | | | | | | | | | | | | |

Accountant

Financial Officer
[signature]

Administration
[signature]

CONFIDENTIAL

WAMYSA062989

**Islamic Benevolence Committee**
**World Assembly of Muslim Youth**

In the Name of Allah, the Most Gracious, the Most Merciful
Salary Statement
Administration: Health
Department: Medical Warehouse
Month: [Illegible] 1415

| No. | File Number | Name | Position | Basic Salary | Allowances | | | | | | Total Salary | Deductions | | | | | Total Salary | Signature | Notes |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Housing Allowance | Food Allowance | Annual Leave | Transportation Allowance | Overtime | Total Allowances | | Absence | Penalties | Loans | Other | Total Deductions | | | |
| 1 | | Muhamad Agha Mir Haidar | Pharmacy Technician | 4600 | | | | | | | 4600 | | | | | | 4600 | [Signature] | |
| 2 | | Muhamad Asef Muhamad | Driver | 2035 | | | | | | | 2035 | | | | | | 2035 | [Signature] | |
| 3 | | Muh. Jaf Abdel Ghafour | Employee | 1430 | | | | | | | 1430 | | | | | | 1430 | [Signature] | |
| 4 | | Saroud Jaf Jamaad | Employee | 1500 | | | | | | | 1500 | | | | | | 1500 | [Signature] | |
| 5 | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Total | | | | 9565 | | | | | | | 9565 | | | | | | 9565 | | |

Accountant

Financial Officer
[signature]

Administration
[signature]

CONFIDENTIAL

WAMYSA062990

**Islamic Benevolence Committee
World Assembly of Muslim Youth**

In the Name of Allah, the Most Gracious, the Most Merciful
Salary Statement
Administration: Health
Department: Medical Warehouse
Month: Jumada al-Awwal 1415

| No. | File Number | Name | Position | Basic Salary | Allowances | | | | | | Total Salary | Deductions | | | | | Total Salary | Signature | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Housing Allowance | Food Allowance | Annual Leave | Transportation Allowance | Overtime | Total Allowances | | Absence | Penalties | Loans | Other | Total Deductions | | | |
| 1 | | Muhamad Agha Mir Haidar | Pharmacy Technician | 4600 | | | | | | | 4600 | | | | | | 4600 | [Signature] | |
| 2 | | Muhamad Asef Muhamad | Driver | 2035 | | | | | | | 2035 | | | | | | 2035 | [Signature] | |
| 3 | | Muh. Jaf Abdel Ghafour | Employee | 1430 | | | | | | | 1430 | | | | | | 1430 | [Signature] | |
| 4 | | Saroud Jaf Jamaad | Employee | 1500 | | | | | | | 1500 | | | | | | 1500 | [Signature] | |
| 5 | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Total | | | | 9565 | | | | | | | 9565 | | | | | | 9565 | | |

Accountant

Financial Officer
[signature]

Administration
[signature]

CONFIDENTIAL

WAMYSA062991

**Islamic Benevolence Committee**
**World Assembly of Muslim Youth**

In the Name of Allah, the Most Gracious, the Most Merciful
Salary Statement
Administration: Health
Department: Medical Warehouse
Month: Jumada al-Thani 1415

| No. | File Number | Name | Position | Basic Salary | Allowances | | | | | | Total Salary | Deductions | | | | | Total Salary | Signature | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Housing Allowance | Food Allowance | Annual Leave | Transportation Allowance | Overtime | Total Allowances | | Absence | Penalties | Loans | Other | Total Deductions | | | |
| 1 | | Muhamad Agha Mir Haidar | Pharmacy Technician | 4600 | | | | | | | 4600 | | | | | | 4600 | [Signature] | |
| 2 | | Muhamad Asef Muhamad | Driver | 2035 | | | | | | | 2035 | | | | | | 2035 | [Signature] | |
| 3 | | Muh. Jaf Abdel Ghafour | Employee | 1430 | | | | | | | 1430 | | 48 | | | 48 | 1382 | [Signature] | |
| 4 | | Saroud Jaf Jamaad | Employee | 1500 | | | | | | | 1500 | | | | | | 1500 | [Signature] | |
| 5 | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Total | | | | 9565 | | | | | | | 9565 | | 48 | | | 48 | 9517 | | |

Accountant

Financial Officer
[signature]

Administration
[signature]

CONFIDENTIAL

WAMYSA062992

**Islamic Benevolence Committee**
**World Assembly of Muslim Youth**

In the Name of Allah, the Most Gracious, the Most Merciful
Salary Statement
Administration: Health
Department: Administrative Secretariat
Month: Safar 1415

| No. | File Number | Name | Position | Basic Salary | Allowances | | | | | | Total Salary | Deductions | | | | | Total Salary | Signature | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Housing Allowance | Food Allowance | Annual Leave | Transportation Allowance | Overtime | Total Allowances | | Absence | Penalties | Loans | Other | Total Deductions | | | |
| 1 | | Aziz Allah Ahmad | Administrative Coordinator | 2750 | | | | | | | 2750 | | | | | | | [Signature] | |
| 2 | | Wakil Shah Fakir | Driver | 2200 | | | | | | | 2200 | | | 400 | | 400 | 1800 | [Signature] | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Total | | | | 4950 | | | | | | | 4950 | | | | | | 4950 | | |

Accountant

Financial Officer
[signature]

Administration
[signature]

CONFIDENTIAL                                     WAMYSA062993

**Islamic Benevolence Committee**
**World Assembly of Muslim Youth**

In the Name of Allah, the Most Gracious, the Most Merciful
Salary Statement
Administration: Health
Department: Administrative Secretariat
Month: Rabi' al-Awwal 1415

| No. | File Number | Name | Position | Basic Salary | Allowances | | | | | | Total Salary | Deductions | | | | | Total Salary | Signature | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Housing Allowance | Food Allowance | Annual Leave | Transportation Allowance | Overtime | Total Allowances | | Absence | Penalties | Loans | Other | Total Deductions | | | |
| 1 | | Aziz Allah Ahmad | Administrative Coordinator | 2750 | | | | | | | 2750 | | | | | | | [Signature] | |
| 2 | | Wakil Shah Fakir | Driver | 2200 | | | | | | | 2200 | | | 400 | | 400 | 1800 | [Signature] | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Total | | | | 4950 | | | | | | | 4950 | | | | | | 4950 | | |

Accountant

Financial Officer
[signature]

Administration
[signature]

CONFIDENTIAL

WAMYSA062994

**Islamic Benevolence Committee**
**World Assembly of Muslim Youth**

In the Name of Allah, the Most Gracious, the Most Merciful
Salary Statement
Administration: Health
Department: Medical Warehouse
Month: Rabi' al-Awwal 1415

| No. | File Number | Name | Position | Basic Salary | Allowances | | | | | | Total Salary | Deductions | | | | | Total Salary | Signature | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Housing Allowance | Food Allowance | Annual Leave | Transportation Allowance | Overtime | Total Allowances | | Absence | Penalties | Loans | Other | Total Deductions | | | |
| 1 | | Muhamad Agha Mir Haidar | Pharmacy Technician | 4600 | | | | | | | 4600 | | | | | | 4600 | [Signature] | |
| 2 | | Muhamad Asef Muhamad | Driver | 2035 | | | | | | | 2035 | | | | | | 2035 | [Signature] | |
| 3 | | Muh. Jaf Abdel Ghafour | Employee | 1430 | | | | | | | 1430 | | 48 | | | 48 | 1382 | [Signature] | |
| 4 | | Saroud Jaf Jamaad | Employee | 1500 | | | | | | | 1500 | | | | | | 1500 | [Signature] | |
| 5 | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Total | | | | 9565 | | | | | | | 9565 | | 48 | | | 48 | 9517 | | |

Accountant

Financial Officer
[signature]

Administration
[signature]

CONFIDENTIAL                                        WAMYSA062995

Meter No.: 48673 + filter



| | | |
|---|---|---|
| Date: / /<br>Corresponding: 3/1/1412<br>No.: — | **Maintenance Request**<br><br>(Car) | Islamic Benevolence<br>Committee<br><br>WAMY |

Dear Sir / Head of the Services Department, May Allah preserve you,
Peace, mercy, and blessings of Allah be upon you.

We kindly request that you maintain **Mercedes vehicle**, No. **PRM 9315**, affiliated with the
Health Department.

### Description of the Issue:

Oil change, lubrication, maintenance

Kindly inform us of the required time to complete the maintenance.

<u>Head of Services Department</u>

To: Maintenance Officer
Please carry out the necessary maintenance of the above-mentioned equipment, provide your
observations, and specify the required time for repair.

Name:                                                    Signature: [signature]

Maintenance Officer
Estimated time required for repair: (    ) days

Notes:

Acknowledged by Administration Officer

 Name:                         Department:                         Signature:

CONFIDENTIAL                                                    WAMYSA062996

**(1) Islamic Benevolence Committee**

| NO. | Report Title | No. of Documents | Date of Submission |
|---|---|---|---|
| 1 | Benevolence Committee: From Establishment to Liquidation | 1,346 | 2/2013 |
| 2 | Report on Administrative Control in the Benevolence Committee | 299 | 2/2013 |
| 3 | Report on Financial Control in the Benevolence Committee | 304 | 2/2013 |
| 4 | Health Projects of the Benevolence Committee | 1,1125 | 5/2013 |
| 5 | Benevolence Committee Schools in Afghanistan | 358 | 5/2014 |
| 6 | Report on the Work Progress in Benevolence Committee Hospitals in Afghanistan: Includes data on numbers of doctors, nurses, technicians, patients, and beneficiaries; medical prescriptions; surgical operations; types of diseases; drug dispensing reports; drug purchase requests; staff reports and records; and invoices for purchasing medicines, equipment, and medical supplies | 1,046 | 2/2014 |
| 7 | Documents of Patients' Names in Benevolence Committee Hospitals in Afghanistan | 62 | 5/2014 |
| 8 | Documents of Cooperation between the Benevolence Committee and International Organizations in Afghanistan | 342 | 5/2014 |
| 9 | Budget of the Benevolence Committee for the Year 1415 AH / 1995 | 19 | 5/2014 |
| As of September 2014: (9) reports comprising 4,901 documents | | | |

CONFIDENTIAL

WAMYSA062997

مكتب اللجنة ببيشاور :

المصروفات الإدارية عن سنة ١٤١٥هـ :   (٢,٤٠٤,٤١٠) ريال

CONFIDENTIAL

WAMYSA062981



AL-EMAM ABU HANIFAH
High Institution for Dawah & Duaat
Peshawar

الرقم : ١٧٦
الموضوع : تصليح سقف المكتبة
والمسجد والحمامات

معهد الإمام أبي حنيفة العالي
للدعوة وإعداد الدعاة
بشاور

التاريخ : ٢٠ /١١ /١٤١٥ هـ
الموافق ٢ /٤ / ١٩٩٥ م

الأخ الأستاذ محمد مصطفى        حفظه الله

مدير عام لجنة البر بالإنابة .

السلام عليكم ورحمة الله وبركاته ، وبعد ...

فمنذ فترة نعاني من المياه المتسربة من سقف المكتبة ( المسجد سابقا )
إلى داخل المكتبة مع أي مطر وابلا كان أو طلا ، وكذلك سقف المسجد ــ المصلى
حاليا ــ وسقف الحمامات الخاصة بالطلاب حتى انكسرت الألواح .
لذا نأمل إعتماد ترميم سقف المكتبة وشراء ما يلزم من ألواح أسمنتية
( آزبست ) للمسجد وحمامات الطلاب الخارجية .

وجزاكم الله خيرا ،،،

مدير المعهد بالإنابة

P.O.Box. (923)    Phone. (41961)  Peshawar    Pakistan

CONFIDENTIAL

WAMYSA062982



بسم الله الرحمن الرحيم

AI-EMAM ABU HANIFAH
High Institution for Dawah & Duaat
Peshawar

معهد الإمام أبي حنيفة العالي
للدعوة وإعداد الدعاة
بشاور

الرقم : ١٧٥
الموضوع : ترميم جدار المبنى

التاريخ : ٢٠ / ١١ / ١٤١٥ هـ
الموافق : ٢ / ٤ / ١٩٩٥ م

الأخ الأستاذ محمد مصطفى          حفظه الله

مدير عام لجنة البر بالإنابة

السلام عليكم ورحمة الله وبركاته، وبعد ...

فبعد ملاحظة التشققات التي حدثت في الجدران في المبنى الثاني أحضرنا أحد البنائين ممن شاركوا في بناء المجمع فأفادنا أن السبب أن الجدار الذي فوق السقف غير ملتصق بجدار المبنى الأصلي ، مما يعني أن أي هزة أو ريح قوي يمكن أن يسقط الجدار ـ لا قدّر الله ـ فيحدث أضرارا لا يعلم إلّا الله مداها ·

لذا نأمل اعتماد ترميم جدران السقف كلها حفاظا على سلامة الأفراد والممتلكات ·

وجزاكم الله خيرا ،،،

مدير المعهد بالإنابة

P.O.Box. (923)    Phone. (41961)    Peshawar    Pakistan

CONFIDENTIAL

WAMYSA062983

**Lajnat Al-Birr Al-Islamiah**
**AI-EMAM ABU HANIFAH**
High Institution for Dawah & Duaat
Peshawar



لجنة البر الإسلامية
معهد الإمام أبي حنيفة العالي
للدعوة وإعداد الدعاة
بشاور

الرقم : ١٢٠

الموضوع : طلب بعض الأثاث للمعهد

التاريخ : ٢٤ / ٤ / ٥ / ١٤١ هـ

الموافق ٢٩/٩/ ١٩٩٤ م

الأخ الأستاذ/ محمـد مصطفى    المحترم    مدير لجنة البر بالانابـــة .

السـلام عليكـم ورحمــة اللــه وبركاتـه ، وبعــد :

فـإنه لحاجة أقسـام المعـهـد لبعض الأثاث ( الموجود في مستودع اللجنة ) لاستعمالـه في غرفة المدرسين والمكتبة وغرفـة التدريـب المهني ، ولثقتنا بحرصكم على تـأمين المعهد باحتياجاتـه الضروريـة التي من شـأنهـا أن تساهم في ترتيب أمور المعهد ، أرجو تزويدنا بالأثاث المبين أدناه .

وجزاكـم اللــه خيـــرا ،،،

| النوع | الكمية |
|---|---|
| ١- خزانة أدراج خشبية | ١ |
| ٢- خزانة خشبية ( من الصحبية ) | ١ |
| ٣- أرفف مكتبة حديدية | ٢ |
| ٤- طاولة بدون أدراج | ١ |
| ٥- طاولة خشبية بأدراج | ٣ |
| ٦- كراسي | المتوفــر |
| ٧- آلات طباعة عادية | ٣ ( لتدريب الطلاب ان وجدت ) |

مديـر المعهــد





٢٤/٤/٥ م

P.O.Box. (923)    Phone. (41961)    Peshawar    Pakistan

CONFIDENTIAL

WAMYSA062984



بسم الله الرحمن الرحيم

AI-EMAM ABU HANIFAH
High Institution for Dawah & Duaat
Peshawar

معهد الإمام أبي حنيفة العالي
للدعوة وإعداد الدعاة
بشاور

الرقم · ١٨٧
الموضوع · اعتماد شراء كسوة
وأحذية

بتاريخ١٦ / ١٣ / ١٤١٩ هـ
الموافق ٦ / ٨ / ١٩٩٥م

الأخ الأستاذ محمد مصطفى    حفظه الله

مدير عام اللجنة بالإنابة .

السلام عليكم ورحمة الله وبركاته، وبعـــد...

فنـأمل اعتماد مبلغ (٧٨٤ر١٤)روبية وذلك لشراء كسوة الإخوة الطـلاب الخريجين وتتمثل في حذاء وقماش علما بـأن عدد خريجي هذه الدفعـــــة أربعة وأربعون خريجا إن شاء الله .

١- حذاء      ٤٤ طالبا x ١٨٠ روبية = ٧ر٩٢٠ روبية

٢- كسوة      ٤٤ طالبا x ٦ أمتار    = ٢٦٤ مترا

٢٦٤ مترا x ٢٦ روبية  = ٦ر٨٦٤ روبية

وجزاكم الله خيـــرا ،،،

مديـر المعـهد بالإنـابة

استكب الأصل

P.O.Box (923)  Phone. (41961)  Peshawar  Pakistan

CONFIDENTIAL                                                                WAMYSA062985



بسم الله الرحمن الرحيم

**Al-EMAM ABU HANIFAH**
High Institution for Dawah & Duaat
Peshawar

معهد الإمام أبي حنيفة العالي
للدعوة وإعداد الدعاة
بشاور

الرقم    ١٨٢
الموضوع شراء كسوة للطلاب

التاريخ ٣٠ /١٢ / ١٤٥ هـ
الموافق ٢/ ٥/ ١٩٥ م

الأخ الأستاذ محمد مصطفى    حفظه الله

مدير عام لجنة البر الإسلامية .

السلام عليكم ورحمة الله وبركاته ، وبعد ..

فنأمل الموافقة على اعتماد شراء كسوة الطلاب الجدد المستجديـن
عندنا والبالغ عددهم ( ٦٧ ) طالبا ، علما بأن المبلغ المطلوب قدره
( ١٠ر٤٥٢ ) روبية .

٦٧ طالبا ٦x أمتار= ٤٠٢ مترا .

٤٠٢ مترا x ٢٦ روبية = ١٠ر٤٥٢ روبية .

وجزاكم الله خيـرا ،،،

مدير المعهد بالانابة

P.O.Box. (923)    Phone. (41961)    Peshawar    Pakistan

امضى الأصل

٩٥-٥-٢

    WAMYSA062986

CONFIDENTIAL

WAMYSA062987

بسم الله الرحمن الرحيم
كشف الرواتب

لجنة البر الإسلامية
الندوة العالمية للشباب الإسلامي

الإدارة: المصيف
القسم: أمانة الإعلام
الشهر: محرم ١٤١٥ هـ



| م | الاسم | الوظيفة | الراتب الأساسي | الإضافات | | | | | | الاستقطاعات | | | صافي | توقيع | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | بدل سكن | غلاء | إعانة سنوية | بدل دخل وأخرى | وقت إضافي | إجمالي الإضافات | جزاءات | قروض | إجمالي الاستقطاع | إجمالي الراتب | | |
| ١ | عزيز الله أحمد | متابع إداري | ٢٧٥٠ | | | | | | ٢٧٥٠ | | | | ٢٧٥٠ | | |
| ٢ | وكيل شاه فقير | سائق | ٢٢٤٠ | | | | | | ٢٢٤٠ | | | ٢٢٤٠ | | | |
| | المجموع | | ٤٩٥٠ | | | | | | ٤٠٠٠ | | | ٤٩٥٠ | | | |

المحاسب          المسؤول المالي          يعتمد، الإدارة

م ج ف ١٤٣٥/١٢/١٢

23

CONFIDENTIAL

WAMYSA062988



بسم الله الرحمن الرحيم

كشف الراتب

الإدارة: ......... الصحية

القسم: ......... المستودع الطبى

الشهر: محرم ١٤١٥هـ

| ملاحظات | الترتيب | الاستقطاعات | | | | | الإضافات | | | | | | الراتب | | | الوظيفة | الاسم | م |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | إجمالي الاستقطاع | أخرى | قروض | جزاءات | غياب | إجمالي الراتب | إجمالي الإضافات | وقت إضافي واخرى | إضافي بدل نقل | جزاية سنوية | علاوة | بدل سكن | الأساسي | | | | |
| | | | | | | | | ٤٦-- | | | | | | | ٤٦.. | فني عميدلى | ريتفا ميرحيدر | ٢ |
| -٠.٥خ | | | | | | | | | | | | | | | ٢.٠٣٥ | سائق | محمد ٢صف محد | ٣ |
| ٢.٠٣٥ | | | | | | | ٢.٠٣٥ | | | | | | | | ١٤٣٠ | مستخدم | مهرجان عبد الحفيظ | ٤ |
| ١٤٣٠ | | | | | | | ١٤٢٠ | | | | | | | | ١٥٠٠ | " | سريدخان جمعة | ٥ |
| ١٥٠٠ | | | | | | | ١٥.. | | | | | | | | | | | ٦ |
| | | | | | | | | | | | | | | | | | | ٧ |

المجموع: ٥٤٥٠

المحاسب

المسئول المالي

يعتمد ، الإدارة

٩٥٥٥

م ج ف ١٤٣٥/١٢/١٢

24

CONFIDENTIAL

WAMYSA062989





WAMYSA062990

CONFIDENTIAL

CONFIDENTIAL

WAMYSA062991



بسم الله الرحمن الرحيم

كشف الراتب

اللجنة ال... الاسلامية

الندوة العالمية للشباب الاسلامي

الإدارة: الصحية

القسم: المستودخ الطبي

الشهر: جمادى الاولى/١٤١٥ ه‍

| م | الاسم | الوظيفة | الر... الاساسي | سكن | مكافأة | أجرة سنوية | مع... | وقت إضافي إبن دخل وأخرى | لاضافي وأخرى | إجمالي الراتب | غيابات | جزاءات | قروض | أخرى | إجمالي الاستقطاع | صافي الراتب | التوقيع | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ | شيراكا مير حين | فني صيدلي | ٢٦٠٠ | | | | | | | ٤٦٠٠ | | | | | | ٤٦٠٠ | ✓ | |
| ٢ | محمد امير محمد | سائق | ٢٠٣٥ | | | | | | | ٢٠٣٥ | | | | | | ٢٠٣٥ | ✓ | |
| ٣ | محد جان عبد الغفور | مستخدم | ١٤٣٠ | | | | | | | ١٤٢٠ | | | | | | ١٤٢٠ | محمد جان | |
| ٤ | سربند خان جمعة | " | ١٥٠٠ | | | | | | | ١٥٠٠ | | | | | | ١٥٠٠ | ✓ | |
| | مجموع | | ٩٥٢٥ | | | | | | | ٩٥٢٥ | | | | | | ٩٥٢٥ | | |

كاتب

المسئول المالي

يعتمد، الإدارة

CONFIDENTIAL

WAMYSA062992

بسم الله الرحمن الرحيم

كشف الرتب

لجنة البر الإسلامية

الندوة العالمية للشباب الإسلامي

الإدارة  الصحية

القسم  المستودع الطبي

الشهر  ...



| رقم | الاسم | الوظيفة | الراتب الأساسي | الإضافات — إجمالي الراتب | الاستقطاعات — إجمالي الاستقطاع | أخرى | الرتب | التوقيع | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|
| ١ | شير آغا مير حيد | فني صيدلي | ٤٦٠٠ | ٤٢٠٠ | | | ٤٢٠٠ | | |
| ٢ | محمد موسى محمد | سائق | ٢٠٣٥ | ٢٠٢٥ | | | ٢٠٢٥ | | |
| ٣ | محمد جان عيد الغفور | مستخدم | ١٤٣٠ | ١٢٢٠ | ٤٨ | ٤٨ | ١٢٨٢ | | |
| ٤ | سربلند خان جمعة | " | ١٥٠٠ | ١٥٠٠ | | | ١٥٠٠ | | |
| | المجموع | | ٩٥٦٥ | ٩٥٦٥ | ٤٨ | ٤٨ | ٩٥١٧ | | |

المحاسب            المسؤول المالي            يعتمد ، الإدارة

CONFIDENTIAL

WAMYSA062993

بسم الله الرحمن الرحيم

كشف الراتب

لجنة البر الاسلامية

الندوة العالمية للشباب الإسلامي

الإدارة : ......... الحصين .........
القسم : ......... أمانة الإدارة .........
الشعبة : ......... صفر/عليا في .........

| ت | رقم الملف | الاسم | الوظيفة | الراتب الأساسي | بدل سكن | بدل نقل | علاوة سنوية | وقت إضافي | أخرى | الراتب اجمالي الإضافة | إجازة | بطر دفة | الأخذ اعمالي | إجمالي الاستقطاع | فرقة | قلم | إجمالي الاستقطاعات | صافي الراتب | توقيع | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ | | شرزين الله أحمد متابع إداري | | ٥٧٥٠ | | | | | | | | | | ٥٧٥٠ | | | | ٥٧٥٠ | | |
| ٢ | | وكيل شاه متين | سائق | ٤٤٠٠ | | | | | | | | | | ٤٤٠٠ | | | | ٤٤٠٠ | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | المجموع | | ٩٥٠٠ | | | | | | | | | | ٩٩٥٠ | | | | ٩٩٥٠ | | |

المحاسب                    المنشأ                    يعتمد ، الإدارة

٢١/٥/٢٠١٩

CONFIDENTIAL

WAMYSA062994

بسم الله الرحمن الرحيم

كشف راتب

الإدارة ......... التجميع

القسم .........

الشعبة ......... أمانة الإنشاد

الشهر: ربيع الأول عدني

لجنة البر الإسلامية

اللجنة العالمية للشباب الإسلامي

| م | رقم الله | الاسم | الوظيفة | الراتب الأساسي | بدل سكن | علاوة سنوية | بدل سفر وأخرى | إجازة | إجمالي الراتب | وقت إضافي | إجمالي الإضافي | الراتب | إجمالي الاستحقاق | جزاءات وغرامة | إجمالي الاستقطاع | صافي الراتب | توقيع | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ | | عزيز الله أحمد | متابع إداري | ٢٧٥٠ | | | | | | | | | | | | | | |
| ٢ | | وكيل شاه فتير | سائق | ٢٢٠٠ | | | | | ٢٧٥٠ | | | | | | | ٢٧٥٠ | | |
| | | | | | | | | | ٢٢٠٠ | | | | | ٤٠٠ | ٤٠٠ | ١٨٠٠ | | |

المجموع

المحاسب       المسؤول المالي       يعتمد ، الإدارة



CONFIDENTIAL

WAMYSA062995

ر محم الصـار ٧ وحـ ٤٨ + تولئر

التاريخ :          **طلب إصلاح**
الموافق : ٢ / ١ / ٨ ١٤          ( سيـارة )

الرقم : (          )

الأخ الكريم / أمين إدارة الخدمات          حفظه الله
السلام عليكم ورحمة الله وبركاته          وبعد :
نرجو منكم إصلاح السيارة سيدرسن          رقم PRM التابع لادارة الحي          بواسطة
                                         93 15

| عرض الحالة |
| --- |

كما نرجوا إبلاغنا عن المدة المطلوبة للإصلاح

أمين إدارة الخدمات :-

إلى مسؤول ورشة  الرش          لإصلاح الجهاز وإبداء الملاحظات عليه وتحديد
المدة المقررة لإصلاحه .

الإسم : _____          التوقيع : _____

مسؤول الورشة :-

المدة المقررة للإصلاح تقريبا (          ) يوم

ملاحظات :-
_____
_____

توقيع أمين الإدارة بالإستلام

الإسم : _____          الإدارة : _____          التوقيع : _____

①

CONFIDENTIAL                                         WAMYSA062996

## (١) لجنة البر الإسلامية

| م | عنوان التقرير | عدد الوثائق | تاريخ التسليم |
|---|---|---|---|
| ١. | لجنة البر : منذ التأسيس إلى التصفية | 1,346 | ٢٠١٣/٢ م |
| ٢. | تقرير عن الضبط الإداري في لجنة البر | 299 | ٢٠١٣/٢ م |
| ٣. | تقرير عن الضبط المالي في لجنة البر | 304 | ٢٠١٣/٢ م |
| ٤. | المشروعات الصحية للجنة البر | 1,125 | ٢٠١٣/٥ م |
| ٥. | مدارس لجنة البر في أفغانستان | 358 | ٢٠١٤/٥ |
| ٦. | تقرير عن سير العمل في مستشفيات لجنة البر في افغانستان: بيان حول: أعداد الأطباء والممرضين والفنيين، أعداد المرضى والمنومين والوصفات الطبية والعمليات الجراحية وأنواع الأمراض، تقارير صرف الأدوية، طلبات شراء الأدوية، تقارير عن الموظفين ورواتبهم، فواتير شراء الأدوية والأجهزة والمستلزمات الطبية | 1,046 | ٢٠١٤/٢ م |
| ٧. | وثائق أسماء المرضى في مستشفيات لجنة البر في أفغانستان | 62 | ٢٠١٤/٥ |
| ٨. | وثائق التعاون بين لجنة البر والمنظمات الدولية في أفغانستان | 342 | ٢٠١٤/٥ |
| ٩. | ميزانية لجنة البر لعام ١٤١٥ هـ/ ١٩٩٥ م | 19 | ٢٠١٤/٥ |
| الإجمالي حتى سبتمبر ٢٠١٤ : (9) تقارير تضم (4,901) وثيقة | | | |

CONFIDENTIAL

WAMYSA062997



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)     §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**Financial Rpt_Peshawar Administrative Expenses_WAMYSA062981-WAMYSA062997**

Sworn to before me this

___ day of __March__ ___ of 2026

_____
Translation Manager

_____
Notary





American Translators Association

Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling