AL RAJHI BANKING & INVESTMENT CORP.                    [Duplicate Text]
CAPITAL: S.R. 1,500,000.000

_____                                        _____

Ref. No. ----
Date: 08/25/1994 AD

Mr. Abdel Razzak Wali Seit (Public Accountant)

May the peace, mercy, and blessings of Allah be upon you.

      This is with reference to the letter of our client, Lajnat al Birr al Islamiyya/Alms, regarding the situation of their financial relationship with us, dated 12/30/1414 AH (06/09/1994 AD). Please note that the mentioned client has a current account with us in the Saudi Riyal, No. H/3000/1, (Credit account in the amount of 286,199.48 – only two hundred eighty-six thousand one hundred ninety-nine Riyal and 48/100), according to our records dated 12/30/1414 AH (06/09/1994 AD).
      The authorized signatories on their account with us are:

1. Adel Abdel Jalil Batarji          4. Abdullah Jumaa
2. Mazen Mohamed Baharith     5. Youssef Al Akhdar Al Qayem
3. Hasan Abdel Kader Bahefzallah    6. Jamal Khashoggi

As for the remaining items mentioned in their letter, they are not found.

Kindest regards
Thank you

Al Rajhi Banking & Investment Corp.          [**SEAL**: Saudi Arabia, *Al Rajhi Banking &*
Director of Al Salamah Branch               *Investment Corp., Al Salamah Branch in Jeddah*]
[*Signed*]

[Duplicate Text]
Head Office: Riyadh – Kingdom of Saudi Arabia – P.O. Box 28 – Postal Code 11411
Tel. No. 4054244 – Tlx. No. 406317 – Fax No. 4032969

CONFIDENTIAL                                           WAMYSA1233979




EXHIBIT
WAMY EX. 79

EXHIBIT
NOORWALI
268
LVF 07-24-19

AL RAJHI BANKING & INVESTMENT CORP.                    [Duplicate Text]
CAPITAL: S.R. 1,500,000.000

_____                                         _____


Ref. No. ----
Date: 08/25/1994




Mr. Abdel Razzak Wali Seit (Public Accountant)

May the peace, mercy, and blessings of Allah be upon you.

   This is with reference to the letter of our client, Lajnat al Birr al Islamiyya/Zakat, regarding the situation of their financial relationship with us, dated 12/30/1414 AH (06/09/1994 AD). Please note that the mentioned client has a current account with us in the Saudi Riyal, No. 3000/2, (Credit account in the amount of 238,923.00 – only two hundred thirty-eight thousand nine hundred twenty-three Riyal), according to our records dated 12/30/1414 AH (06/09/1994 AD).
   The authorized signatories on their account with us are:
   1. Adel Abdel Jalil Batarji                    4. Abdullah Jumaa
   2. Mazen Mohamed Baharith                 5. Youssef Al Akhdar Al Qayem
   3. Hasan Abdel Kader Bahefzallah         6. Jamal Khashoggi
As for the remaining items mentioned in their letter, they are not found.


Kindest regards
Thank you

   Al Rajhi Banking & Investment Corp.        [**SEAL**: Saudi Arabia, *Al Rajhi Banking &*
   Director of Al Salamah Branch                  *Investment Corp., Al Salamah Branch in Jeddah*]
   [*Signed*]








[Duplicate Text]
Head Office: Riyadh – Kingdom of Saudi Arabia – P.O. Box 28 – Postal Code 11411
Tel. No. 4054244 – Tlx. No. 406317 – Fax No. 4032969

CONFIDENTIAL                                              WAMYSA1233980

AL RAJHI BANKING & INVESTMENT CORP.
CAPITAL: S.R. 1,500,000.000                                          [Duplicate Text]

_____                                                          _____

Ref. No. ----
Date: 08/25/1994

Mr. Abdel Razzak Wali Seit (Public Accountant)

May the peace, mercy, and blessings of Allah be upon you.

     This is with reference to the letter of our client, Lajnat al Birr al Islamiyya/Orphans, regarding the situation of their financial relationship with us, dated 12/30/1414 AH (06/09/1994 AD). Please note that the mentioned client has a current account with us in the Saudi Riyal, No. 3000/3, (in the amount of 56,580.00 – only fifty-six thousand five hundred eighty Riyal), according to our records dated 12/30/1414 AH (06/09/1994 AD).
     The authorized signatories on their account with us are:

1. Adel Abdel Jalil Batarji
2. Mazen Mohamed Baharith
3. Hasan Abdel Kader Bahefzallah
4. Abdullah Jumaa
5. Youssef Al Akhdar Al Qayem
6. Jamal Khashoggi

As for the remaining items mentioned in their letter, they are not found.

Kindest regards
Thank you

Al Rajhi Banking & Investment Corp.          [**SEAL**: Saudi Arabia, *Al Rajhi Banking &*
Director of Al Salamah Branch                 *Investment Corp., Al Salamah Branch in Jeddah*]
[*Signed*]

[Duplicate Text]
Head Office: Riyadh – Kingdom of Saudi Arabia – P.O. Box 28 – Postal Code 11411
Tel. No. 4054244 – Tlx. No. 406317 – Fax No. 4032969

CONFIDENTIAL                                          WAMYSA1233981

AL RAJHI BANKING & INVESTMENT CORP.
CAPITAL: S.R. 1,500,000.000                                      [Duplicate Text]

_____                                         _____

Ref. No. ----
Date: 08/25/1994

Mr. Abdel Razzak Wali Seit (Public Accountant)

May the peace, mercy, and blessings of Allah be upon you.

This is with reference to the letter of our client, Lajnat al Birr al Islamiyya/Endowments, regarding the situation of their financial relationship with us, dated 12/30/1414 AH (06/09/1994 AD). Please note that the mentioned client has a current account with us in the Saudi Riyal, No. 3000/4, (Credit account in the amount of 43,616.00 – only forty-three thousand six hundred sixteen Riyal), according to our records dated 12/30/1414 AH (06/09/1994 AD).
The authorized signatories on their account with us are:

1.  Adel Abdel Jalil Batarji                4. Abdullah Jumaa
2.  Mazen Mohamed Baharith           5. Youssef Al Akhdar Al Qayem
3.  Hasan Abdel Kader Bahefzallah     6. Jamal Khashoggi

As for the remaining items mentioned in their letter, they are not found.

Kindest regards
Thank you

Al Rajhi Banking & Investment Corp.                [**SEAL**: Saudi Arabia, *Al Rajhi Banking &*
Director of Al Salamah Branch                       *Investment Corp., Al Salamah Branch in Jeddah*]
[*Signed*]

[Duplicate Text]
Head Office: Riyadh – Kingdom of Saudi Arabia – P.O. Box 28 – Postal Code 11411
Tel. No. 4054244 – Tlx. No. 406317 – Fax No. 4032969

CONFIDENTIAL                                                           WAMYSA1233983

AL RAJHI BANKING & INVESTMENT CORP.
CAPITAL: S.R. 1,500,000.000                                    [Duplicate Text]

_____                                              _____

Ref. No. ----
Date: 08/25/1994

Mr. Abdel Razzak Wali Seit (Public Accountant)

May the peace, mercy, and blessings of Allah be upon you.

This is with reference to the letter of our client, Lajnat al Birr al Islamiyya/Monthly Deduction, regarding the situation of their financial relationship with us, dated 12/30/1414 AH (06/09/1994 AD). Please note that the mentioned client has a current account with us in the Saudi Riyal, No. 3000/5, (Credit account in the amount of 546,923.65 – only five hundred forty-six thousand nine hundred twenty-three Riyal and 65/100), according to our records dated 12/30/1414 AH (06/09/1994 AD).
The authorized signatories on their account with us are:

1. Adel Abdel Jalil Batarji              4. Abdullah Jumaa
2. Mazen Mohamed Baharith                5. Youssef Al Akhdar Al Qayem
3. Hasan Abdel Kader Bahefzallah         6. Jamal Khashoggi

As for the remaining items mentioned in their letter, they are not found.

Kindest regards
Thank you

Al Rajhi Banking & Investment Corp.              [**SEAL**: Saudi Arabia, *Al Rajhi Banking &*
Director of Al Salamah Branch                    *Investment Corp., Al Salamah Branch in Jeddah*]
[*Signed*]

[Duplicate Text]
Head Office: Riyadh – Kingdom of Saudi Arabia – P.O. Box 28 – Postal Code 11411
Tel. No. 4054244 – Tlx. No. 406317 – Fax No. 4032969

CONFIDENTIAL                                              WAMYSA1233984

AL RAJHI BANKING & INVESTMENT CORP.

CAPITAL: S. R. 1500,000,000

شركة الراجحي المصرفية للأستثمار

رأس المــال ١٥٠٠٠٠٠٠٠٠٠ ريـال سعـودى

Ref. No. :

Date    :

الرقــم :

التاريخ :    ٢٥/٨/١٩٩٤م

السـادة/    عبد الرزاق ولــى سيت ( محاسب قانونــى ) ------------------

المــوقـــرين

الســـلام عليكــم ورحمــة اللـه تعالى وبركاتـه....    وبعـــد ،،،

لجنة البر الاسلامية / الصدقات

بالاشـارة الى خطــاب عيلــنا الســادة / ------------------

بخصوص كشــف لاقتهـــم الماليــة معنــا بتاريخ ٣٠/١٢/١٤١٤هـ    نفيدكــم بــأن

للمذكـــرين حســاب جـارى طرفنــا بالريــال السعـودى حـ/١/٢:::

(دائن بمبلغ ١١٩٩/٤٤٨رت٢٨٦) (فقطمائتان وستوثمانون الف ومائة وتسعةوتسعونريال و٨٨هلاغير)

كما يظهــر فى سجـلاتنا بتاريخ ٣٠/١٢/١٤١٤هـ .

اصحــاب التواقيــع المجــازة على حسـابهم طرفنـا :

/١    عادل عبدالجليل بترجي    /٤    عبدالله جمعــة

/٢    مازن محمد باحارث    /٥    يوسف الاخضر القيم

/٣    حسن عبدالقادر باحفظ الله    /٦    جمـال خاشقجى

أمـابقيـة البنــود المذكــورة فى خطابهــم لا توجــد .

وتقبلـــوا تحيـــاتنـــا ،،،،،    وشكـــرا ،،

شركة الراجحى المصرفية للاستثمار

مدير فـرع حى الســلامـة



المركز الرئيسي الرياض – المملكة العربية السعودية ص ب ٢٨ – الرمز البريدي ١١٤١١ – هاتف رقم ٤٠٥٤٢٤٤ – تلكس رقم ٤٠٦٣١٧ – فاكس رقم ٤٠٣٢٩٦٩

Head Office: Riyadh – Kingdom of Saudi Arabia - P. O. Box 28 — Postal Code 11411 - Tel. No.: 4054244 -- Tlx. No.: 406317 — Fax No.: 4032969

CONFIDENTIAL

WAMYSA1233979

**AL RAJHI BANKING & INVESTMENT CORP.**

CAPITAL: S. R. 1500,000,000

شركة الراجحي المصرفية للأستثمار

رأس المال ٠٠٠٠٠٠٠,١,٥٠٠ ريال سعودي

Ref. No. :

الرقم :

Date :

التاريخ : ٢٥/٨/١٩٩٤م

السادة/ عبد الرزاق ولي سيت ( محاسب قانوني ) ---------------------------------

الموقــــرين

الســـلام عليكــم ورحمــة الله تعالى وبركاتـه .... وبعــد ...

بالاشــارة الى خطــاب عيلــنا الســادة / لجنة البر الاسلاميــة/الزكاة ---------
بخصوص وقــف لاقتهــم الماليــة معنــا بتاريخ ١٤١٤/١٢/٣٠هـ نفيدكــم بــأن
للمذكــورين حســاب جارى طرفنــا بالريــال الســعودى برقم ٢/٣٠٠٠ ------
وان الحساب دائن يبلغ (٤٢٨٤٢٣ريال ) فقط مائتان وثمانيةوثلاثون ألف وتسعمائة وثلاثةوعشرون ريال لاغير )
كما يظهــر فى سجلاتنا بتاريخ ١٤١٤/١٢/٣٠هـ .

اصحــاب التواقيــع المجــازة على حسابهم طرفنـا :

/١ عادل عبد الجليل يترجى ----------------------    /٤ عبدالله جمعة
/٢ مازن محمد باحارث -----------------------    /٥ يوسف الاخضر القيم
/٣ حسن عبد القادر باحفظ الله -------------------    /٦ جمال خاشقجــى

أما بقيــة البنــود المذكــورة فى خطابهــم لا يــرد .

وتقبلــــوا تحيــاتنا ..... وشكــــرا ..



شركة الراجحى المصرفية للاستثمار

مدير فرع حى السلامة

المركز الرئيسي الرياض – المملكة العربية السعودية ص ب ٢٨ – الرمز البريدي ١١٤١١ – هاتف رقم ٤٠٥٤٢٤٤ – تلكس رقم ٤٠٦٣١٧ – فاكس رقم ٤٠٣٢٩٦٩
Head Office: Riyadh – Kingdom of Saudi Arabia – P. O. Box 28 -- Postal Code 11411 -- Tel. No.: 4054244 -- Tlx. No.: 406317 – Fax No.: 4032969

CONFIDENTIAL

WAMYSA1233980

**AL RAJHI BANKING & INVESTMENT CORP.**

CAPITAL: S. R. 1500,000,000

شركة الراجحي المصرفية للإستثمار

رأس المــال ١,٥٠٠,٠٠٠,٠٠٠ ريـال سعــودى

Ref. No. :

Date    :

الرقــم :

التاريخ :  ٢٥/٨/١٩٩٤م

السـادة/  عبد الرزاق ولى سيت  (محاسب قانونى)  ---------------------

الموقـــرين

السـلام عليكــم ورحمــة اللـه تعالى وبركاته ....    وبعــــد ،،،

بالإشـارة الى خطـاب عيلـنا السـادة / لجنة البر الإسلامية /أيتــام ------
بخصوص كشف لاقتهــم الماليــة معنـا بتاريخ ١٤١٤/١٢/٣٠هـ نفيدكـم بـأن
للمذكــورين حسـاب جـارى طرفنـا بالريـال السـعودى برقم ٣/٣٠٠٠ ------
وان رصيده ( ٥٦٥٨٠ )  (فقط ستة وخمسون ألف وخمسمائة وثمانون ريال لاغير) ----

كما يظهــر فى سجـلاتنا بتاريخ ١٤١٤/١٢/٣٠هـ .

اصحـاب التواقيــع المجـازة على حسـابهم طرفنـا :

/١ عادل عبد الجليل بترجي  --------------  /٤ عبد الله جمعـة
/٢ مازن محمد باحارث  -----------  /٥ يوسف الاخضر القيم
/٣ حسن عبد القادر باحفظ آلله  --------------  /٦ جمـال خاشقجـى

أمــا بقيـة البنـود المذكـورة فى خطابهـم لا يوجـد .

وتقبلـوا تحيـاتنـا ،،،،    وشكـرا ،،،

شركة الراجحى المصرفية للاستثمار

مدير فـرع حى السـلامـة



المركز الرئيسي الرياض – المملكة العربية السعودية ص ب ٢٨ – الرمز البريدي ١١٤١١ – هاتف رقم ٤٠٥٤٢٤٤ – تلكس رقم ٤٠٦٣١٧ – فاكس رقم ٤٠٣٢٩٦٩
Head Office: Riyadh - Kingdom of Saudi Arabia -  P. O. Box 28 -- Postal Code 11411 -- Tel. No.: 4054244 -- Tlx. No.: 406317 — Fax No.: 4032969

CONFIDENTIAL

WAMYSA1233981

**AL RAJHI BANKING & INVESTMENT CORP.**

CAPITAL: S. R. 1500,000,000

شركة الراجحي المصرفية للأستثمار

رأس المال ١٠٠٠٠٠٠٠٠٠ ريال سعودي

Ref. No. :

Date     :

الرقـم :

التاريخ : ٢٥/٨/١٩٩٤م

السـادة/   عبد الرزاق ولي سيت   ( محاسب قانوني )   ------------------

الموقـــــــرين

الســلام عليكــم ورحمــة الله تعالى وبركاته ....     وبعــــد ،،،

بالاشارة الى خطاب عميلنا السادة /   لجنة البر الاسلامية /أوقاف
----------------------------------------------------
بخصوص كشف لاقتهم المالية معنا بتاريخ ١٤١٤/١٢/٣٠هـ   نفيدكم بـأن
للمذكورين حسـاب جـارى طرفنـا بالريـال السعودى يرقم ...٤/٣٠٠٠
رصيده دائن يبلغ ٤٣٦١٦ ريال )( فقط ثلاثة واربعون الف وستمائةوستة عشر ريال لاغير=).
----------------------------------------------------

كما يظهــــر فى سجـلاتنا بتاريخ   ١٤١٤/١٢/٣٠هـ .

اصحـاب التواقيـع المجـازة على حسـابهم طرفنـا :

/١   عادل عبد الجليل بترجي          /٤ /هـ عبدالله جمعة
/٢   مازن محمد باحارث              /٥ يوسف الاخضر القيم
/٣   حسن عبد القادر باحفظ الله     /٦ جمال خاشقجي

أما بقيـــة البنــــود المذكــورة فى خطابهــــم لا يوجـــد .

وتقبلــــــــوا تحيـــــــاتنا ،،،،،،     وشكــــــرا ،،

شركة الراجحي المصرفية للاستثمار

مدير فـرع رحي   السلامـة



المركز الرئيسي الرياض – المملكة العربية السعودية ص ب ٢٨ – الرمز البريدي ١١٤١١ – هاتف رقم ٤٠٥٤٢٤٤ – تلكس رقم ٤٠٦٣١٧ – فاكس رقم ٤٠٣٢٩٦٩
Head Office: Riyadh – Kingdom of Saudi Arabia – P. O. Box 28 – Postal Code 11411 – Tel. No.: 4054244 – Tlx. No.: 406317 – Fax No.: 4032969

CONFIDENTIAL

WAMYSA1233983

**AL RAJHI BANKING & INVESTMENT CORP.**

'. CAPITAL: S. R. 1500,000,000

شركة الراجحي المصرفية للأستثمار

رأس المــال ...،...،١٥٠٠ ريــال سعــودى

Ref. No. :          الرقــم :

Date     :          التاريخ :     ٢٥ /٨ /١٩٩٤م

السـادة/ ـ عبد الرزاق ولي سبت ( محاسب قانوني) ـــــــــــــــــــ

الموقـــــرين

السـلام عليكـم ورحمـة اللـه تعالى وبركاته ....    وبعـــد ،،،

لجنة البر الاسلاميـة/ الاستقطاع الشهرى

بالاشـارة الى خطاب عميلـنا السـادة / ـــــــــــــــــــــــــــــ

بخصوص رقـف لاقتطــم الماليـة معنا بتاريخ ٣٠/١٢/١٤١٤هـ نعيدكـم بـأن

للمذكـورين حسـاب جـارى طرفنـا بالريـال السـعودى يرقم ٣٠./ــ ه

رصيده دائن يبلغ (٤٥٤٢٣.٦٥) ريال ( فقط وخمسمائة واثنان واربعون الف وتسعمائية وثلاثة وعشرون ريال و ٦٥ هلاغير)

كما يظهــر فى سجـلاتنا بتاريخ ٣٠/١٢/١٤١٤هـ .

اصحـاب التواقيــع المجــازة على حسـابهم طرفنـا :

١/ عادل عبد الجليل بترجي          ٤/ عبد الله جمعــة

٢/ مازن محمد باحارث             ٥/ يوسف الاخضر القيم

٣/ حسن عبد القادر باحفظ الله       ٦/ جمال خاشقجـى

أما بقيـة البنـود المذكـورة فى خطابهـم لا يوجـد .

وتقبلـوا تحياتنـا ،،،،      وشكـرا ،،

شركة الراجحي المصرفية للاستثمار

مدير فــرع حى السـلامـة



المركز الرئيسي الرياض – المملكة العربية السعودية ص ب ٢٨ – الرمز البريدي ١١٤١١ – هاتف رقم ٤٠٥٤٢٤٤ – تلكس رقم ٤٠٦٣١٧ – فاكس رقم ٤٠٣٢٩٦٩
Head Office: Riyadh – Kingdom of Saudi Arabia – P. O. Box 28 – Postal Code 11411 – Tel. No.: 4054244 – Tlx. No.: 406317 – Fax No.: 4032969

CONFIDENTIAL

WAMYSA1233984



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language:** Arabic > English

**Document title:** WAMYSA 1233979

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

Farah Alshekhli
**Name of Certifying Translator:**

**Qualifications:**   BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:**   *Farah Alshekhli*   **Date:** July 22, 2019

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language:** Arabic > English

**Document title:** WAMYSA 1233980

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:**    Farah Alshekhli

**Qualifications:**    BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:**    *Farah Alshekhli*    **Date:** July 22, 2019

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language:** Arabic > English

**Document title:** WAMYSA 1233981

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:**   Farah Alshekhli

**Qualifications:**   BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:**   *Farah Alshekhli*          **Date:** July 22, 2019



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language:** Arabic > English

**Document title:** WAMYSA 1233983

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

Farah Alshekhli
**Name of Certifying Translator:**

BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology
**Qualifications:**

**Signed:** *Farah Alshekhli*    **Date:** July 22, 2019



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language:** Arabic > English

**Document title:** WAMYSA 1233984

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:**     Farah Alshekhli

**Qualifications:**     BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:**     *Farah Alshekhli*          **Date:** July 22, 2019

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095