World Assembly of Muslim Youth
(An Independent Global Islamic Body)
Riyadh, Saudi Arabia
Financial Statements
On 31/12/1992
and the auditor's report

CONFIDENTIAL

EXHIBIT

WAMY EX. 81

WAMYSA061716



# AHMED A. BAJNIED

### CERTIFIED ACCOUNTANTS

A Member Firm of Clark Kenneth Leventhal
International
Licence No. 160





Date: 2/5/1416 AH
September 26, 1995
B.J.R. 1013/2139/96
His Excellency / The Honorable Secretary-General
World Assembly of Muslim Youth
(An Independent Global Islamic Body)
Riyadh, Saudi Arabia
Subject: Auditor's Report
Peace be upon you, God's mercy and blessings
We have reviewed the financial statements of the World Assembly of Muslim Youth —an independent global Islamic organization—as of December 31, 1992, the statement of income and expenses for the year then ended, and the notes numbered (1) through (9), which are considered part of these financial statements prepared by the Assembly's management and submitted to us along with the information and data we requested. Our audit was conducted in accordance with generally accepted auditing standards and included an examination of the accounting records and other procedures we deemed necessary to obtain reasonable assurance to enable us to express an opinion on the financial statements.

In our opinion, the financial statements referred to above, taken as a whole:

- This report presents the financial statements of the World Assembly of Muslim Youth—an independent Islamic organization—as of December 31, 1992, and the results of its operations for the period ending on that date, based on the presentation and disclosure of information contained in the financial statements in accordance with generally accepted accounting principles appropriate to the Assembly's circumstances and its bylaws.

جــدة : ص . ب ١٤٣٠٦ جــدة ٢١٤٢٤ ـ تليفون ٦٦٥٦٦٢٧/٦٦٥٤٤٢٤ /٦٦٩٧٣٤٨ ـ فاكـس ٦٦٠٣٦١٢ ـغرب شارع خالد بن الوليد جنوب ثانوية الفيصل ـ غ . ت . ج ٢٣١٢٧
Jeddah : P.O.Box 14306 Jeddah 21424 – Tel. 6656627/6654424/6697348 – Fax. 6603612 – West of Khalid Bin Walid Street South of Faisal School – C.C.J. 23127

CONFIDENTIAL    WAMYSA061717



**AHMED A. BAJNIED**

CERTIFIED ACCOUNTANTS

A Member Firm of Clark Kenneth Leventhal
International

Licence No. 160



2

- Complies with the requirements of Saudi regulations regarding the preparation and presentation of financial statements.
- It matches the data in the commercial ledgers recorded in Arabic in accordance with the system.

... And may God grant us success

Ahmed Abdullah Bajneid

License No. (1400/5/29 AH) 160

[signature]
[seal]

جـــدة : ص. ب ١٤٣٠٦ جـدة ٢١٤٢٤ ـ تليفون ٦٦٥٠٦٦٢٧ / ٦٦٥٤٤٢٤ / ٦٦٩٧٣٤٨ ـ فاكس ٦٦٠٣٦١٢ ـ غرب شارع خالد بن الوليد جنوب ثانوية الفيصل ـ غ. ت. ج ٢٣١٢٧
Jeddah : P.O.Box 14306 Jeddah 21424 – Tel. 6656627/6654424/6697348 – Fax. 6603612 – West of Khalid Bin Walid Street South of Faisal School – C.C.J. 23127

CONFIDENTIAL

WAMYSA061718

-3-

The World Assembly of Muslim Youth (an independent global Islamic organization) Riyadh, Saudi Arabia
Statement of Financial Position as of December 31, 1992

| Statement | Clarification | 1992 Saudi riyals | 1991 Saudi riyals |
|---|---|---|---|
| Surplus of revenue over expenses | | 5,559,014 | 1,745,897 |
| Consisting of: | | | |
| Cash on hand | | 95,404 | - |
| Cash on hand at banks | 3 | 5,461,073 | 1,743,360 |
| Bank guarantees | | 2,537 | 2,537 |
| Total | | 5,559,014 | 1,745,897 |

See the attached notes numbered (1) through (9)

CONFIDENTIAL

WAMYSA061719

4

World Assembly of Muslim Youth ( an independent global Islamic organization ) Riyadh, Saudi Arabia
Statement of Income and Expenses for the Year Ended December 31, 1992

| Revenue : | Clarification | 1992 Saudi riyals | 1,991 Saudi riyals |
|---|---|---|---|
| Grant from the Government of the Custodian of the Two Holy Mosques | | 5,250,000 | 5,250,000 |
| Contributions from the community to the Assembly | | 1,589,744 | 1,042,046 |
| Community Assistance for Achieving | | | |
| Assembly Program for Activities | 4 | 4,068,085 | 3,523,114 |
| Donations from the public to Islamic organizations | | 39,320,320 | 8,568,890 |
| Other revenue | | 29,682 | 64,315 |
| Revenue from the seventh match | | 533,881 | 97,380 |
| Total | | 50,791,712 | 18,545,745 |
| | | | |
| Expenses : | | | |
| Charity | 5 | 3,280,954 | 2,313,543 |
| The Assembly's Offices Abroad | 6 | 641,455 | 701,734 |
| Administrative and General Expenses - Riyadh | 7 | 2,967,980 | 5,844,708 |
| General and Administrative Expenses - Assembly Offices | | | |
| Inside | 8 | 1,265,260 | 776,336 |
| Islamic organizations | | 35,621,585 | 7,134,908 |
| The Seventh Meeting | | 51,801 | 28,619 |
| Deficits from previous years | | 1,403,663 | - |
| Total | | 45,232,698 | 16,799,848 |
| | | | |
| Surplus of revenue over expenses | 9 | 5,559,014 | 1,745,897 |

See the attached notes numbered (1) through (9)

CONFIDENTIAL                                                                                    WAMYSA061720

**World Assembly of Muslim Youth**
**(An Independent Global Islamic Body)**
**Riyadh, Saudi Arabia**

**Notes to the Financial Statements**

**1. Introduction**

The World Assembly of Muslim Youth—an independent global Islamic organization established in accordance with the directives of the First Meeting of the World Assembly of Muslim Youth—the World Youth Assembly for Islamic Da'wah - on 15 Dhu al-Qi'dah 1392 AH in Riyadh, and in implementation of the directives of the second meeting held in Riyadh on 23 Dhu al-Qi'dah 1393 AH, royal approval for its establishment was issued under No. 7743 on 21 Rabi' al-Awwal 1394 AH. The Forum is considered The Assembly is an independent global Islamic body and an Islamic gathering that unites the efforts of those working in the field of Islamic youth and student organizations and associations around the world.

Its objectives are to promote cooperation and coordination in the fields of Islamic activity—in terms of thought, planning, and implementation. Its financial resources consist of annual subsidies from the Government of the Kingdom of Saudi Arabia, as well as any grants or donations from Islamic entities whose objectives align with those of the Assembly. The Assembly's headquarters are located in Riyadh, Saudi Arabia.

**2. Significant Accounting Policies**

The Assembly covers important accounting policies, the most significant of which are as follows:

**(a) Generally accepted accounting practice**

The Assembly follows the cash basis of accounting in recording its revenues and expenses, with the exception of contractual obligations to third parties, for which the accrual basis is used.

**b) Foreign currencies**

Transactions conducted in foreign currencies are recorded at the exchange rate prevailing on the date of the transaction.

**c) Fixed assets**

Fixed assets are closed out against expenses.

CONFIDENTIAL

WAMYSA061721

6

The World Assembly of Muslim Youth (an independent global Islamic organization )Riyadh, Saudi Arabia
Notes to the Financial Statements

| Statement | 1992 Saudi riyals | 1,991 Saudi riyals |
|---|---|---|
| Al-Rajhi Banking Company, Account No. 66620 - Zakah | 45,394 | 176,449 |
| Al-Rajhi Banking Company, Account No. 66621 – Orphans | 235,833 | 48,974 |
| Al-Rajhi Banking Company, Account No. 66622 - Scholarships | 31,909 | 82,583 |
| Al-Rajhi Banking Company, Account No. 66623 – Da'wah and Zakat | 51,347 | 54,290 |
| Al-Rajhi Banking Company, Account No. 66624 – Student Assistance | 14,600 | 5,695 |
| Al-Rajhi Banking Company, Account No. 66625 - Al-Makhayamat | 113,760 | 100 |
| Al-Rajhi Banking Company, Account No. 66626 - Book Printing | 107,519 | 32,475 |
| Al Rajhi Bank, Account No. 66627 - Individual Grants | 17,030 | 250 |
| Al-Rajhi Banking Company, Account No. 66628 – Islamic Institutions | 4,820 | 750 |
| Al-Rajhi Banking Company, Account No. 66629 - Mosques | 72,396 | 21,235 |
| Al-Rajhi Banking Company, Account No. 66630 – Qawafil Al-Da'wa | 16,165 | 1,870 |
| Al-Rajhi Banking Company, Account No. 66631 - Muslims of Africa | 376,905 | 15,304 |
| Al-Rajhi Banking Company, Account No. 66632 – Overseas Student | 10,099 | 59,381 |
| Al-Rajhi Banking Company, Account No. 66633 - Palestine | 157,785 | 194,409 |
| Al-Rajhi Banking Company, Account No. 66634 – Friends of the Assembly | 10,583 | 100 |
| Al Rajhi Bank, Account No. 66635 - East Asia | 2,310 | 400 |
| Al-Rajhi Banking Company, Account No. 66636 – Head Office | 46,753 | 25,946 |

CONFIDENTIAL

WAMYSA061722

World Assembly of Muslim Youth (an independent global Islamic organization) Riyadh, Saudi Arabia

| Statement | 1992 Saudi riyals | 1991 Saudi riyals |
|---|---|---|
| Al-Rajhi Banking Company, Account No. 66640 - Al-Akrad | 33,809 | 37,786 |
| Al Rajhi Bank, Account No. 66641 – Bangladesh | 13,054 | 6,561 |
| Al Rajhi Bank, Account No. 66642 – Philippines | 10,958 | 3,965 |
| Al-Rajhi Banking Company, Account No. 2477 - Trusts | 11,075 | 562,365 |
| Al-Rajhi Banking Company, Account No. 2488 - Current Account at the Assembly | 5,982 | 135,021 |
| National Bank Olaya Branch No. 105 | 40,180 | 39,990 |
| National Bank Olaya Branch No. 301 | 3,200 | 2,800 |
| Saudi Arabian Monetary Authority | 1,376 | 1,376 |
| Arab National Bank - Jeddah | 46,538 | 46,527 |
| Faisal Islamic Bank | 32,609 | 31,498 |
| United Commercial Bank, Account No. 1 | 39,076 | 3,782 |
| United Commercial Bank, Account No. 2 | 58,835 | 56,638 |
| United Commercial Bank, Account No. 3 | 18,608 | 18,608 |
| United Commercial Bank, Account No. 4 | 15,119 | 15,119 |
| United Commercial Bank, Account No. 5 | 6,949 | 6,949 |
| United Commercial Bank, Account No. 535 – Jeddah | 5,610 | 54,164 |
| Al-Rajhi Banking Company, Account No. 66644 – Somalia | 541,195 | - |
| Al Rajhi Bank, Account No. 66645 – Liberia | 42,871 | - |
| Al Rajhi Bank, Account No. 66646 - Kashmir | 175,326 | - |
| Al-Rajhi Banking Company, Account No. 3213 – Women's Committee | 5,233 | - |
| Al Rajhi Banking Corporation - Medina | 18,915 | - |
| Al Rajhi Banking Corporation - Dammam | 19,357 | - |
| Arab Islamic Bank - Investment | 2,000,000 | - |
| Islamic Investment Company - Investment | 1,000,000 | - |
| Total | 5,461,073 | 1,743,360 |

CONFIDENTIAL

WAMYSA061723

8

The World Assembly of Muslim Youth (an independent global Islamic organization) Riyadh, Saudi Arabia

Notes to the Financial Statements

4. Assistance from the community to implement the Assembly's programs

| Statement | 1992 Saudi riyals | 1991 Saudi riyals |
|---|---|---|
| Care for Orphans | 450,642 | 246,210 |
| Committee of African Muslims | 383,948 | 95,104 |
| International student | 313,870 | 368,983 |
| Camps | 319,520 | 122,573 |
| Books | 244,536 | 239,435 |
| Scholarships | 452,630 | 562,571 |
| Student Assistance | 17,600 | 1,934 |
| Individual assistance | 101,069 | 250 |
| Grants for Institutions | 4,820 | 750 |
| The Call and the Caller | 387,611 | 213,761 |
| Mosques | 300,801 | 51,640 |
| Outreach Caravans | 16,165 | 400 |
| The Seventh Meeting | - | 563,500 |
| Zakat Funds | 1,053,490 | 933,487 |
| An Introduction to Islam | 107,610 | 125,517 |
| Friends | 14,783 | - |
| Total | 4,068,085 | 3,523,114 |

5. Charitable Expenses

| Statement | 1992 Saudi riyals | 1991 Saudi riyals |
|---|---|---|
| Orphans | - | 30,000 |
| International student | 487,347 | 286,363 |
| An Introduction to Islam | - | 17,907 |
| Camps | 334,518 | 305,086 |
| Book Printing | 632,669 | 393,783 |
| Scholarships | 519,125 | 459,193 |
| Help with his request | 105,537 | 363,486 |
| Individual assistance | 617,979 | 174,267 |
| Grants for Organizations | 495,690 | 344,763 |
| The Call and the Caller | 148,089 | 49,697 |
| Mosques | 60,000 | - |
| Total | 3,280,954 | 2,313,543 |

CONFIDENTIAL

WAMYSA061724

**The World Assembly of Muslim Youth (an independent global Islamic organization) Riyadh, Saudi Arabia**

Notes to the Financial Statements

| 6 . Expenses of the Assembly's offices abroad | 1992 Saudi riyals | 1991 Saudi riyals |
|---|---|---|
| Europe Office | - | 187,016 |
| Kenya Office | 93,850 | 64,848 |
| Arab World Office | 100,000 | 101,060 |
| Malaysia Office | 50,000 | 150,000 |
| Bangladesh Office | - | 37,500 |
| Nigeria Office | 75,040 | 75,050 |
| Sudan Office | 67,500 | 67,510 |
| U.S. Office | 187,565 | 18,750 |
| New Zealand Office | 67,500 | - |
| Total | 641,455 | 701,734 |

| 7 . General and Administrative Expenses - Riyadh | 1992 Saudi riyals | 1991 Saudi riyals |
|---|---|---|
| General Expenses | 19,933 | 4,360 |
| Salaries and Wages | 1,368,523 | 1,686,566 |
| Employee Travel | 63,064 | 76,707 |
| Non-working travel | - | 25,049 |
| Travel by Secretariat Members | 29,932 | 32,877 |
| Allowance for Secretariat Members | 180,000 | 233,207 |
| Employee expenses | 5,151 | 8,306 |
| Automotive fuels | 5,054 | 9,070 |
| Building and Furniture Maintenance | 95,209 | 33,080 |
| Hospitality and Accommodations for Delegations | 57,792 | 28,239 |
| Electricity | 13,986 | 14,613 |
| Phone | 170,488 | 37,903 |
| Telecs | 43,956 | 28,507 |
| Mail | 14,600 | 22,885 |
| Telegrams | 3,796 | 8,543 |
| Car Maintenance | 132,172 | 11,487 |
| Periodicals (newspapers and magazines) | 21,810 | 20,397 |
| Stationery | 113,121 | 39,193 |
| Fares and Shipping | 961 | - |
| Customs clearance | - | 2,337 |
| Internal tasks | 1,600 | 600 |
| Field assignments | 115,541 | 25,000 |
| Consulting fees | 8,750 | - |
| Rents | - | 80,000 |
| Bank fees | - | 259 |
| Passports and Visas | 810 | 400 |
| Fixed assets | 602,741 | 3,426,234 |
| Total | 2,967,980 | 5,844,708 |

CONFIDENTIAL

WAMYSA061725

10

**The World Assembly of Muslim Youth (an independent global Islamic organization) Riyadh, Saudi Arabia**

Statement of Financial Position as of December 31, 1992

| 8 . General and Administrative Expenses—Internal Offices of the Assembly | 1992 Saudi riyals | 1991 Saudi riyals |
|---|---|---|
| Jeddah Office Expenses | 912,350 | 776,336 |
| Dammam Office Expenses | 193,223 | - |
| Expenses of the Medina Office | 159,687 | - |
| Total | 1,265,260 | 776,336 |

| 9 . Surplus of Revenue Over Expenses:<br>The surplus relates to the following items : | 1992 Saudi riyals | 1991 Saudi riyals |
|---|---|---|
| Surplus from Charitable Activities (Assembly Activities) | 1,789,160 | 1,715,578 |
| Surplus for Islamic Institutions (Trusts for Others) | 3,698,736 | 1,433,982 |
| Highlights of the Seventh Match | 482,080 | - |
| Total | 5,969,976 | 3,149,560 |
| A deficit in certain budget items for the Assembly | 410,962 | 1,403,663 |
| Net surplus | 5,559,014 | 1,745,897 |

Please note that any surplus—whether from charitable organizations or Islamic institutions—is typically carried over to the following year, as it is usually received at the end of the fiscal year.

CONFIDENTIAL

WAMYSA061726

WAMYSA0617716
CONFIDENTIAL

الندوة العالمية للشباب الاسلامى
(هيئة اسلامية عالمية مستقلة)
الرياض ــ المملكة العربية السعودية

القوائم المالية
كما فى ١٩٩٢/١٢/٣١م
وتقرير مراجع الحسابات



بسم الله الرحمن الرحيم

أحمد عبدالله باجنيد
مراجعون ومحاسبون قانونيون
عضو في مجموعة كلارك كينث ليفنثول العالمية
ترخيص رقم ١٦٠

AHMED A. BAJNIED
CERTIFIED ACCOUNTANTS
A Member Firm of Clark Kenneth Leventhal International
Licence No. 160

التاريخ ١٤١٦/٥/٢هـ
الموافق ١٩٩٥/٩/٢٦م
ب ج ر ٩٦/٢١٣٩/١٠١٣

سعادة / الامين العام المحترم
الندوة العالمية للشباب الاسلامى
(هيئة اسلامية عالمية مستقلة)
الرياض ـ المملكة العربية السعودية

الموضوع : تقرير مراجع الحسابات

السلام عليكم ورحمة الله وبركاته
لقد راجعنا قائمة المركز المالى للندوة العالمية للشباب الاسلامى - هيئة اسلامية عالمية مستقلة كما هى عليه فى ١٩٩٢/١٢/٣١م وقائمة الايرادات والمصروفات للسنة المنتهية فى ذلك التاريخ والايضاحات من رقم (١) الى رقم (٩) المعتبره جزءا من هذه القوائم المالية المعدة من قبل ادارة الندوة والمقدمة لنا مع المعلومات والبيانات التى طلبناها ، وكانت مراجعتنا وفقا لمعايير المراجعة المتعارف عليها واشتملت على فحص السجلات المحاسبية والاجراءات الاخرى التى رأيناها ضرورية لتكوين درجة معقولة من الاقتناع تمكننا من ابداء الرأى على القوائم المالية٠
فى رأينا أن القوائم المالية المشار اليها اعلاه ككل :ـ

- تظهر بعدل المركز المالى للندوة العالمية للشباب الاسلامى - هيئة اسلامية مستقلة كما هى فى ١٩٩٢/١٢/٣١م ونتائج اعمالها للفترة المنتهية بذلك التاريخ فى ضوء العرض والافصاح للمعلومات التى تحتوى عليها القوائم المالية وفقا للمبادىء المحاسبية المتعارف عليها الملائمة لظروف الندوة ونظامها الاساسى ٠

بسم الله الرحمن الرحيم

# AHMED A. BAJNIED

**CERTIFIED ACCOUNTANTS**

A Member Firm of Clark Kenneth Leventhal
International
Licence No. 160

أحمد عبد الله باجنيد

مراجعون ومحاسبون قانونيون

عضو في مجموعة كلارك كينث ليفنتول العالمية

ترخيص رقم ١٦٠

- ٢ -

- تتفق مع متطلبات الانظمة السعودية فيما يتعلق باعداد وعرض القوائم المالية .

- تتطابق مع البيانات الخاصة بالدفاتر التجارية المدونة حسب النظام باللغة العربية .

والله الموفق ٠٠٠



احمد عبد الله باجنيــــد

ترخيص رقم ١٦٠ (٢٩/٥/١٤٠٥هـ)

---

جـدة : ص . ب ١٤٣٠٦ جدة ٢١٤٢٤ ـ تليفون ٦٦٥٦٦٢٧/٦٦٥٤٤٢٤/٦٦٩٧٣٤٨ ـ فاكس ٦٦٠٣٦١٢ ـ غرب شارع خالد بن الوليد جنوب ثانوية الفيصل ـ غ . ت . ج ٢٣١٢٧

Jeddah : P.O.Box 14306 Jeddah 21424 – Tel. 6656627/6654424/6697348 – Fax  6603612 – West of Khalid Bin Walid Street South of Faisal School – C.C.J. 23127

WAMYSA061719
CONFIDENTIAL

ـ٣ـ

الندوة العالمية للشباب الاسلامى
(هيئة اسلامية عالمية مستقلة)
الرياض ـ المملكة العربية السعودية

قائمة المركز المالى كما فى ١٩٩٢/١٢/٣١م

| | ايضاح | ١٩٩٢م ريال سعودى | ١٩٩١م ريال سعودى |
|---|---|---|---|
| فائض الايرادات عن المصروفات | | ٥ر٥٥٩ر٠١٤ | ١ر٧٤٥ر٨٩٧ |
| | | ========= | ========= |

ويتمثل فى الاتى :

| | | | |
|---|---|---|---|
| نقد بالصندوق | | ٩٥ر٤٠٤ | - |
| نقد لدى البنوك | ٣ | ٥ر٤٦١ر٠٧٣ | ١ر٧٤٣ر٣٦٠ |
| ضمانات بنكية | | ٢ر٥٣٧ | ٢ر٥٣٧ |
| الاجمالى | | ٥ر٥٥٩ر٠١٤ | ١ر٧٤٥ر٨٩٧ |
| | | ========== | ========= |

انظر الايضاحات المرفقة من رقم (١) الى رقم (٩)

WAMYSA061720

CONFIDENTIAL

- ٤ -

الندوة العالمية للشباب الاسلامى
(هيئة اسلامية عالمية مستقلة )
الرياض ـ المملكة العربية السعودية

قائمة الايرادات والمصروفات

للسنة المنتهية فى ٣١/١٢/١٩٩٢م

| الايرادات : | ايضاح | ١٩٩٢م ريال سعودى | ١٩٩١م ريال سعودى |
|---|---|---|---|
| اعانة حكومة خادم الحرمين الشريفين | | ٥٠٠٠ر٢٥٠ر٥ | ٥٠٠٠ر٢٥٠ر٥ |
| مساعدات اهالى للندوة | | ٧٤٤ر٥٨٩ر١ | ٠٤٦ر٠٤٢ر١ |
| مساعدات اهالى لتحقيق | | | |
| برامج الندوه للانشطه | ٤ | ٠٦٨ر٠٨٥ر٤ | ١١٤ر٥٢٣ر٣ |
| مساعدات اهالى لمنظمات اسلامية | | ٣٢٠ر٣٢٠ر٣٩ | ٨٩٠ر٥٦٨ر٨ |
| ايرادات اخرى | | ٢٩ر٦٨٢ | ٣١٥ر٦٤ |
| ايرادات اللقاء السابع | | ٥٣٣ر٨٨١ | ٩٧ر٣٨٠ |
| الاجمالى | | ٥٠ر٧٩١ر٧١٢ | ١٨ر٥٤٥ر٧٤٥ |

| المصروفات : | | | |
|---|---|---|---|
| الاعمال الخيرية | ٥ | ٩٥٤ر٢٨٠ر٣ | ٥٤٣ر٣١٣ر٢ |
| مكاتب الندوة بالخارج | ٦ | ٤٥٥ر٦٤١ | ٧٠١ر٧٣٤ |
| مصاريف ادارية وعمومية - الرياض | ٧ | ٩٦٧ر٩٨٠ر٢ | ٧٠٨ر٨٤٤ر٥ |
| مصاريف عمومية وادارية - مكاتب الندوة بالداخل | ٨ | ٢٦٠ر٢٦٥ر١ | ٧٧٦ر٣٣٦ |
| منظمات اسلامية | | ٥٨٥ر٦٢١ر٣٥ | ٩٠٨ر١٣٤ر٧ |
| اللقاء السابع | | ٥١ر٨٠١ | ٢٨ر٦١٩ |
| عجز سنوات سابقة | | ٦٦٣ر٤٠٣ر١ | - |
| الاجمالى | | ٤٥ر٢٣٢ر٦٩٨ | ١٦ر٧٩٩ر٨٤٨ |
| فائض الايرادات عن المصروفات | ٩ | ٥ر٥٥٩ر٠١٤ | ١ر٧٤٥ر٨٩٧ |

انظر الايضاحات المرفقة من رقم (١) الى رقم (٩)

WAMYSA061721    CONFIDENTIAL

- ٥ -

الندوة العالمية للشباب الاسلامى
(هيئة اسلامية عالمية مستقلة )
الرياض ــ المملكة العربية السعودية

ايضاحات حول القوائم المالية

١ ــ **مقدمة**

الندوة العالمية للشباب الاسلامى - هيئة اسلامية عالمية مستقلة تأسست بناء على توجيهات اللقاء الاول للندوة العالمية للشباب الاسلامى - ندوة الشباب العالمية للدعوة الاسلامية - بتاريخ ١٥ ذى القعدة ١٣٩٢هـ بالرياض وتنفيذا لتوجيهات اللقاء الثانى المنعقد بالرياض فى ٢٣ ذى القعدة ١٣٩٣هـ وصدرت الموافقة الملكية السامية على تكوينها بالرقم ٧٧٤٣ وتاريخ ٢١ ربيع اول ١٣٩٤هـ وتعتبر الندوة هيئة اسلامية عالمية مستقلة وملتقى اسلامى يجمع جهود العاملين فى حقل منظمات وجمعيات الشباب والطلاب الاسلامية فى العالم ٠ وتتمثل اهدافها فى التعاون والتنسيق فى مجالات النشاط الاسلامى فكرا وتخطيطا وتنفيذا وتتكون ايراداتها المالية من الاعانات السنوية من حكومة المملكة العربية السعودية واى معونات أو هبات من جهات اسلامية تتفق فى اهدافها مع اهداف الندوة ويقع مقر الندوة الرئيسى فى مدينة الرياض بالمملكة العربية السعودية ٠

٢ ــ **سياسات محاسبيه هامه**

تتبع الندوة سياسات محاسبية هامة يتمثل اهمها فيما يلى :

أ ) **تقليد محاسبى متعارف عليه**

تتبع الندوة الاساس النقدى فى اثبات وقيد ايراداتها ومصروفاتها فيما عدا الالتزامات التعاقدية مع الغير والتى يتم اتباع اساس الاستحقاق بشأنها ٠

ب ) **العملات الاجنبية**

يتم اثبات المعاملات التى تتم بعملات اجنبية حسب سعر التحويل السائد بتاريخ حدوث المعاملة ٠

ج ) **الموجودات الثابتة**

يتم اقفال الموجودات الثابتة بالمصروفات ٠

WAMYSA061722    CONFIDENTIAL

-٦-

الندوة العالمية للشباب الاسلامى
(هيئة اسلامية عالمية مستقلة)
الرياض ـ المملكة العربية السعودية

ايضاحات حول القوائم المالية

| ١٩٩١م | ١٩٩٢م | ٣ - نقد لدى البنوك |
|---|---|---|
| ريال سعودى | ريال سعودى | |
| ١٧٦,٤٤٩ | ٤٥,٣٩٤ | شركة الراجحى المصرفية حساب رقم ٦٦٦٢٠<br>- زكاة |
| ٤٨,٩٧٤ | ٢٣٥,٨٣٣ | شركة الراجحى المصرفية حساب رقم ٦٦٦٢١<br>- الايتام |
| ٨٢,٥٨٣ | ٣١,٩٠٩ | شركة الراجحى المصرفية حساب رقم ٦٦٦٢٢<br>- المنح الدراسية |
| ٥٤,٢٩٠ | ٥١,٣٤٧ | شركة الراجحى المصرفية حساب رقم ٦٦٦٢٣<br>- الدعوة والزكاة |
| ٥,٦٩٥ | ١٤,٦٠٠ | شركة الراجحى المصرفية حساب رقم ٦٦٦٢٤<br>- مساعدة الطلاب |
| ١٠٠ | ١١٣,٧٦٠ | شركة الراجحى المصرفية حساب رقم ٦٦٦٢٥<br>- المخيمات |
| ٣٢,٤٧٥ | ١٠٧,٥١٩ | شركة الراجحى المصرفية حساب رقم ٦٦٦٢٦<br>- طباعة الكتب |
| ٢٥٠ | ١٧,٠٣٠ | شركة الراجحى المصرفية حساب رقم ٦٦٦٢٧<br>- اعانات فردية |
| ٧٥٠ | ٤,٨٢٠ | شركة الراجحى المصرفية حساب رقم ٦٦٦٢٨<br>- المؤسسات الاسلامية |
| ٢١,٢٣٥ | ٧٢,٣٩٦ | شركة الراجحى المصرفية حساب رقم ٦٦٦٢٩<br>- المساجد |
| ١,٨٧٠ | ١٦,١٦٥ | شركة الراجحى المصرفية حساب رقم ٦٦٦٣٠<br>- قوافل الدعوة |
| ١٥,٣٠٤ | ٣٧٦,٩٠٥ | شركة الراجحى المصرفية حساب رقم ٦٦٦٣١<br>- مسلمى افريقيا |
| ٥٩,٣٨١ | ١٠,٠٩٩ | شركة الراجحى المصرفية حساب رقم ٦٦٦٣٢<br>- الطالب المغترب |
| ١٩٤,٤٠٩ | ١٥٧,٧٨٠ | شركة الراجحى المصرفية حساب رقم ٦٦٦٣٣<br>- فلسطين |
| ١٠٠ | ١٠,٥٨٣ | شركة الراجحى المصرفية حساب رقم ٦٦٦٣٤<br>- اصدقاء الندوة |
| ٤٠٠ | ٢,٣١٠ | شركة الراجحى المصرفية حساب رقم ٦٦٦٣٥<br>- شرق اسيا |
| ٢٥,٩٤٦ | ٤٦,٧٥٣ | شركة الراجحى المصرفية حساب رقم ٦٦٦٣٦<br>- المقر |

WAMYSA061723    CONFIDENTIAL

- ٧ -

الندوة العالمية للشباب الاسلامى
(هيئة اسلامية عالمية مستقلة )
الرياض ــ المملكة العربية السعودية

ايضاحات حول القوائم المالية

| | ١٩٩١م | ١٩٩٢م | |
|---|---|---|---|
| | ريال سعودى | ريال سعودى | نقد لدى البنوك |
| شركة الراجحى المصرفية حساب رقم ٦٦٦٤٠ | | | |
| - الاكراد | ٣٧ر٧٨٦ | ٣٣ر٨٠٩ | |
| شركة الراجحى المصرفية حساب رقم ٦٦٦٤١ | | | |
| - بنغلاددش | ٦ر٥٦١ | ١٣ر٠٥٤ | |
| شركة الراجحى المصرفية حساب رقم ٦٦٦٤٢ | | | |
| - الفلبين | ٣ر٩٦٥ | ١٠ر٩٥٨ | |
| شركة الراجحى المصرفية حساب رقم ٢٤٧٧ | | | |
| - الامانات | ٥٦٢ر٣٦٥ | ١١ر٠٧٥ | |
| شركة الراجحى المصرفية حساب رقم ٢٤٨٨ | | | |
| - جارى الندوة | ١٣٥ر٠٢١ | ٥ر٩٨٢ | |
| البنك الاهلى التجارى حساب رقم ١٠٥ | ٣٩ر٩٩٠ | ٤٠ر١٨٠ | |
| البنك الاهلى التجارى حساب رقم ٣٠١ | ٢ر٨٠٠ | ٣ر٢٠٠ | |
| مؤسسة النقد السعودى | ١ر٣٧٦ | ١ر٣٧٦ | |
| البنك العربى الوطنى - جده | ٤٦ر٥٢٧ | ٤٦ر٥٢٨ | |
| مصرف فيصل الاسلامى | ٣١ر٤٩٨ | ٣٢ر٦٠٩ | |
| البنك التجارى المتحد حساب رقم ١ | ٣ر٧٨٢ | ٣٩ر٠٧٦ | |
| البنك التجارى المتحد حساب رقم ٢ | ٥٦ر٦٣٨ | ٥٨ر٨٣٥ | |
| البنك التجارى المتحد حساب رقم ٣ | ١٨ر٦٠٨ | ١٨ر٦٠٨ | |
| البنك التجارى المتحد حساب رقم ٤ | ١٥ر١١٩ | ١٥ر١١٩ | |
| البنك التجارى المتحد حساب رقم ٥ | ٦ر٩٤٩ | ٦ر٩٤٩ | |
| البنك التجارى المتحد حساب رقم ٥٣٥ - جده | ٥٤ر١٦٤ | ٥ر٦١٠ | |
| شركة الراجحى المصرفية حساب رقم ٦٦٦٤٤ | | | |
| - الصومال | - | ١٩٥ر٥٤١ | |
| شركة الراجحى المصرفية حساب رقم ٦٦٦٤٥ | | | |
| - ليبريا | - | ٤٢ر٨٧١ | |
| شركة الراجحى المصرفية حساب رقم ٦٦٦٤٦ | | | |
| - كشمير | - | ١٧٥ر٣٢٦ | |
| شركة الراجحى المصرفية حساب رقم ٣٢١٣ | | | |
| - اللجنة النسائية | - | ٥ر٢٣٣ | |
| شركة الراجحى المصرفية - المدينة المنورة | - | ١٨ر٩١٥ | |
| شركة الراجحى المصرفية - الدمام | - | ١٩ر٣٥٧ | |
| البنك العربى الاسلامى - استثمار | - | ٢ر٠٠٠ر٠٠٠ | |
| الشركة الاسلامية للاستثمار - استثمار | - | ١ر٠٠٠ر٠٠٠ | |
| الاجمالى | ١ر٧٤٣ر٣٦٠ | ٥ر٤٦١ر٠٧٣ | |

WAMYSA061724    CONFIDENTIAL

- ٨ -

<div dir="rtl">

الندوة العالمية للشباب الاسلامى
(هيئة اسلامية عالمية مستقلة)
الرياض ـ المملكة العربية السعودية

ايضاحات حول القوائم المالية

٤ - مساعدات اهالى لتحقيق برامج الندوة

| ١٩٩١م ريال سعودى | ١٩٩٢م ريال سعودى | |
|---|---|---|
| ٢٤٦ر٢١٠ | ٤٥٠ر٦٤٢ | رعاية الايتام |
| ٩٥ر١٠٤ | ٣٨٣ر٩٤٨ | لجنة مسلمى افريقيا |
| ٣٦٨ر٩٨٢ | ٣١٢ر٨٧٠ | الطالب المغترب |
| ١٢٢ر٥٧٣ | ٣١٩ر٥٢٠ | المخيمات |
| ٢٣٩ر٤٣٥ | ٢٤٤ر٥٣٦ | الكتب |
| ٥٦٢ر٥٧١ | ٤٥٢ر٦٢٠ | المنح الدراسية |
| ١ر٩٣٤ | ١٧ر٦٠٠ | مساعدة الطلبة |
| ٢٥٠ | ١٠١ر٠٦٩ | مساعدات فردية |
| ٧٥٠ | ٤ر٨٢٠ | اعانة مؤسسات |
| ٢١٢ر٧٦١ | ٢٨٧ر٦١١ | الدعوة والدعاه |
| ٥١ر٦٤٠ | ٣٠٠ر٨٠١ | المساجد |
| ٤٠٠ | ١٦ر١٦٥ | قوافل الدعوة |
| ٥٦٢ر٥٠٠ | - | اللقاء السابع |
| ٩٣٢ر٤٨٧ | ١ر٠٥٣ر٤٩٠ | اموال الزكاه |
| ١٢٥ر٠١٧ | ١٠٧ر٦١٠ | التعريف بالدين الاسلامى |
| - | ١٤ر٧٨٣ | الاصدقاء |
| ٣ر٥٢٣ر١١٤ | ٤ر٠٦٨ر٠٨٥ | الاجمالى |

٥ - مصروفات الاعمال الخيرية

| | | |
|---|---|---|
| ٢٠ر٠٠٠ | - | الايتام |
| ٢٨٦ر٣٦٢ | ٤٨٧ر٣٤٧ | الطالب المغترب |
| ١٧ر٩٠٧ | - | التعريف بدين الاسلام |
| ٢٠٥ر٠٨٦ | ٢٢٤ر٥١٨ | المخيمات |
| ٣٩٣ر٧٨٣ | ٦٢٢ر٦٦٩ | طباعة كتب |
| ٤٥٩ر١٩٣ | ١٢٥ر٥١٩ | منح دراسية |
| ٣٦٢ر٤٨٦ | ١٠٥ر٠٣٧ | مساعدة طلبه |
| ١٧٤ر٢٦٧ | ٦١٧ر٩٧٩ | مساعدات فردية |
| ٣٤٤ر٧٦٣ | ٤٩٥ر٦٩٠ | مساعدات لمؤسسات |
| ٤٩ر٦٩٧ | ١٤٨ر٠٨٩ | الدعوة والدعاه |
| - | ٦٠ر٠٠٠ | المساجد |
| ٢ر٣١٣ر٥٤٣ | ٣ر٢٨٠ر٩٥٤ | الاجمالى |

</div>

WAMYSA061725    CONFIDENTIAL

- ٩ -

النـدوة العـالمية للشـباب الاسلامى
(هيئة اسلامية عالمية مستقلة)
الريـاض ـ المملكة العربية السعودية

ايضاحات حول القوائم المالية

٦ - **مصروفات مكاتب الندوة بالخارج**

| ١٩٩١م ريال سعودى | ١٩٩٢م ريال سعودى | |
|---|---|---|
| ١٨٧ر٠١٦ | - | مكتب اوربا |
| ٦٤ر٨٤٨ | ٩٣ر٨٥٠ | مكتب كينيا |
| ١٠١ر٠٦٠ | ١٠٠ر٠٠٠ | مكتب العالم العربى |
| ١٥٠ر٠٠٠ | ٥٠ر٠٠٠ | مكتب ماليزيا |
| ٣٧ر٥٠٠ | - | مكتب بنغلادش |
| ٧٥ر٠٥٠ | ٧٥ر٠٤٠ | مكتب نيجريا |
| ٦٧ر٥١٠ | ٦٧ر٥٠٠ | مكتب السودان |
| ١٨ر٧٥٠ | ١٨٧ر٥٦٥ | مكتب امريكا |
| - | ٦٧ر٥٠٠ | مكتب نيوزيلاندا |
| ٧٠١ر٧٣٤ | ٦٤١ر٤٥٥ | الاجمالى |

٧ - **المصروفات العمومية والادارية - الرياض**

| ١٩٩١م | ١٩٩٢م | |
|---|---|---|
| ٤ر٣٦٠ | ١٩ر٩٣٣ | مصاريف عامة |
| ١ر٦٨٦ر٥٦٦ | ١ر٢٦٨ر٥٢٣ | رواتب واجور |
| ٧٦ر٧٠٧ | ٦٣ر٠٦٤ | سفر عاملين |
| ٢٥ر٠٤٩ | - | سفر غير عاملين |
| ٣٢ر٨٧٧ | ٢٩ر٩٢٢ | سفر اعضاء امانه |
| ٢٣٢ر٢٠٧ | ١٨٠ر٠٠٠ | بدل تنفيد اعضاء امانة |
| ٨ر٢٠٦ | ٥ر١٥١ | مصاريف عاملين |
| ٩ر٠٧٠ | ٥ر٠٥٤ | محروقات سيارات |
| ٣٣ر٠٨٠ | ٩٥ر٢٠٩ | صيانة المبنى والاثاث |
| ٢٨ر٢٣٩ | ٥٧ر٧٩٢ | ضيافة الوفود واقامتهم |
| ١٤ر٦١٣ | ١٣ر٩٨٦ | كهرباء |
| ٢٧ر٩٠٣ | ١٧٠ر٤٨٨ | هاتف |
| ٢٨ر٥٠٧ | ٤٣ر٩٥٦ | تلكس |
| ٢٢ر٨٨٥ | ١٤ر٦٠٠ | بريد |
| ٨ر٥٤٢ | ٣ر٧٩٦ | برقيات |
| ١١ر٤٨٧ | ١٣٢ر١٧٢ | صيانة سيارات |
| ٢٠ر٣٩٧ | ٢١ر٨١٠ | دوريات (صحف ومجلات) |
| ٣٩ر١٩٣ | ١١٢ر١٢١ | قرطاسية |
| | ٩٦١ | اجور وشحن |
| ٢ر٣٣٧ | - | تخليص جمركى |
| ٦٠٠ | ١ر٦٠٠ | مهمات داخلية |
| ٢٥ر٠٠٠ | ١١٥ر٥٤١ | مهمات خارجية |
| - | ٨ر٧٥٠ | اتعاب استشارية |
| ٨٠ر٠٠٠ | - | ايجارات |
| ٢٥٩ | - | مصاريف بنكية |
| ٤٠٠ | ٨١٠ | جوازات سفر وتأشيرات |
| ٣ر٢٢٤ر٤٢٦ | ٦٠٢ر٧٤١ | موجودات ثابتة |
| ٥ر٧٠٨ر٨٤٤ | ٢ر٩٦٧ر٩٨٠ | الاجمالى |

CONFIDENTIAL
WAMYSA061726

- ١٠ -

**الندوة العالمية للشباب الاسلامى**
**(هيئة اسلامية عالمية مستقلة )**
**الرياض ـ المملكة العربية السعودية**

**ايضاحات حول القوائم المالية**

٨ - المصروفات العمومية والادارية -
مكاتب الندوة بالداخل

| | ١٩٩٢م ريال سعودى | ١٩٩١م ريال سعودى |
|---|---|---|
| مصروفات مكتب جده | ٣٥٠ر٩١٢ | ٣٣٦ر٧٧٦ |
| مصروفات مكتب الدمام | ٢٢٣ر١٩٣ | - |
| مصروفات مكتب المدينة المنورة | ١٥٩ر٦٨٧ | - |
| الاجمالى | ١ر٢٦٥ر٢٦٠ | ٣٣٦ر٧٧٦ |

========= ========

٩ - فائض الايرادات عن المصروفات

يتعلق الفائض بالبنود التالية :-

| | | |
|---|---|---|
| فائض الاعمال الخيرية (انشطة الندوة ) | ١ر٧٨٩ر١٦٠ | ١ر٥٧٨ر٧١٥ |
| فائض للمؤسسات الاسلامية (امانات للغير ) | ٣ر٦٩٨ر٧٣٦ | ١ر٩٨٢ر٤٣٣ |
| فائض اللقاء السابع | ٤٨٢ر٠٨٠ | - |
| المجموع | ٥ر٩٦٩ر٩٧٦ | ٣ر١٤٩ر٥٦٠ |
| عجز فى بعض بنود ميزانية الندوة | (٤١٠ر٩٦٢) | (١ر٤٠٣ر٦٦٣) |
| صافى الفائض | ٥ر٥٥٩ر٠١٤ | ١ر٧٤٥ر٨٩٧ |

========= ==========

علما ان الفائض سواء ما يخص الاعمال الخيرية او المؤسسات الاسلامية يتم تحويله فى السنة اللاحقة نظرا لوروده غالبا للندوة فى نهاية العام المالى .



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA061716**

Sworn to before me this

___ day of __March___ of 2026

_____
Translation Manager

_____
Notary







Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling