# INDEPENDENT AUDITOR REPORT
on
## *FINANCIAL STATEMENTS*
of
### WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY)
Indonesia Office
For the year ended
Dzhulhijjah 30, 1415 Hijriyah



July 22, 2021
EXHIBIT
Marks
**968**



EXHIBIT
WAMY EX. 82   WAMYSA066972

**TABLE OF CONTENTS**

Page

1. Independent Auditor's Report

2. Fund Accountability Statement                                          1 - 2

3. Notes of Fund Accountability Statement                                 3 - 7

   A. General                                                                3

   B. Summary of Significant Accounting Policies                            7

WAMYSA066973



**Kantor Akuntan Publik**
**Drs. Bambang Mudjiono & Widiarto**
**Registered Public Accountants**

# INDEPENDENT AUDITOR'S REPORT

The Board of Management
**World Assembly of Muslim Youth (WAMY)**
**Indonesia Office**

We have audited the accompanying financial statements of World Assembly of Muslim Youth (WAMY) Indonesia Office, which comprise the fund accountability statement for the year ended Dzhulhijjah 30, 1415 Hijriyah, and a summary of significant accounting policies and other explanatory notes.

### Management's responsibility for the financial statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with the cash basis of accounting in Accountable Grant Agreement terms with World Assembly of Muslim Youth (WAMY) Headquarter Office. This responsibility includes: designing, implementing and maintaining internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error; selecting and applying appropriate accounting policies; and making accounting estimates that are reasonable in the circumstances.

### Auditors' responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with International Standards on Auditing. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Gedung Sarana Jaya Lt. 3 R. 301
Jl. Tebet Barat IV No. 20, Jakarta Selatan 12810 Indonesia
Tlp/Fax. (+62-21) 831 8124

WAMYSA066974



**Independent Auditor's Report (Continued)**

*Opinion*

In our opinion, the financial statements present fairly, in all material respects, the fund accountability of World Assembly of Muslim Youth (WAMY) Indonesia Office for the year ended Dzhulhijjah 30, 1415 Hijriyah, in accordance with the cash basis of accounting in accountable Grant Agreement terms with World Assembly of Muslim Youth (WAMY) Headquarter Office.

*Basis of Accounting and Limited Distribution*

Without modifying our opinion, we draw attention to Note B.2 to the financial statements, which describes the basis of accounting. The financial statements are prepared to assist the World Assembly of Muslim Youth (WAMY) Indonesia Office in preparing accountability to World Assembly of Muslim Youth (WAMY) Headquarter Office. As a result, the financial statements may not be suitable for another purpose. Our report is intended solely for World Assembly of Muslim Youth (WAMY) Headquarter Office and should not be distributed to parties other than World Assembly of Muslim Youth (WAMY) Headquarter Office.

PUBLIC ACCOUNTANT OFFICE
**Drs. Bambang Mudjiono & Widiarto**

**Drs. Bambang Mudjiono, MM., Ak., CA., CPA**
Practice License: No. AP.0670

WAMYSA066975

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1415 H**

| | Actual IDR | | Actual US Dollar | |
|---|---|---|---|---|
| **INCOME** | | | | |
| Contributed Support | | | | |
| WAMY Headquarters | Rp | 342.836.494 | $ | 155.834,77 |
| Total Contributed Support | Rp | 342.836.494 | $ | 155.834,77 |
| **OTHER INCOME** | | | | |
| Bank Interest | Rp | 95.216 | $ | 43,28 |
| **TOTAL INCOME** | Rp | 342.931.710 | $ | 155.878,05 |
| **EXPENSE** | | | | |
| SALARY EXPENSE | | | | |
| Director | Rp | 14.256.000 | $ | 6.480 |
| Deputy Director | Rp | 9.900.000 | $ | 4.500 |
| Treasurer | Rp | 4.435.200 | $ | 2.016 |
| Duty Officer | Rp | 2.376.000 | $ | 1.080 |
| TOTAL SALARY EXPENSE | Rp | 30.967.200 | $ | 14.076 |
| | | | | |
| PHYSICAL PROJECT EXPENSE | | | | |
| Development  Abdullah bin Amir Mosque | Rp | 10.502.800 | $ | 4.774 |
| Development Al Kholil Mosque | Rp | 23.760.000 | $ | 10.800 |
| Development Al Khoir Mosque | Rp | 23.881.000 | $ | 10.855 |
| TOTAL PHYSICAL PROJECT EXPENSE | Rp | 58.143.800 | $ | 26.429 |
| | | | | |
| MAIN PROGRAMME EXPENSE | | | | |
| Educational Camp for 'amilin | Rp | 7.407.202 | $ | 3.367 |
| Educational Camp for woman | Rp | 17.876.958 | $ | 8.126 |
| Enhancement for 'amilin | Rp | 21.617.200 | $ | 9.826 |
| Goodness Group | Rp | 21.633.392 | $ | 9.833 |
| Hadith Training | Rp | 13.446.444 | $ | 6.112 |
| TOTAL MAIN PROGRAMME EXPENSE | Rp | 81.981.196 | $ | 37.264 |
| | | | | |
| SEASONAL PROGRAMME EXPENSE | | | | |
| Interfaith Iftar Event | Rp | 29.229.200 | $ | 13.286 |
| TOTAL SEASONAL PROGRAMME EXPENSE | Rp | 29.229.200 | $ | 13.286 |
| | | | | |
| OVERHEAD COST | | | | |
| Car Maintenance Expense | Rp | 2.202.201 | $ | 1.001 |
| Transportation Expense | Rp | 505.999 | $ | 230 |
| Consumtion Expense | Rp | 644.601 | $ | 293 |
| Photocopy | Rp | 629.704 | $ | 286 |
| Delivery Cost | Rp | 1.134.898 | $ | 516 |
| Office Stationery Cost | Rp | 793.939 | $ | 361 |
| Documentation Cost | Rp | 453.265 | $ | 206 |
| Security | Rp | 19.999 | $ | 9 |
| Magazines and Newspapers | Rp | 180.537 | $ | 82 |
| Cleanliness | Rp | 47.497 | $ | 22 |

1

WAMYSA066976

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1415 H**

|  | Actual IDR | | Actual US Dollar | |
|---|---|---|---|---|
| Kitchen Needs | Rp | 1.597.733 | $ | 726 |
| Telecommunication | Rp | 5.747.635 | $ | 2.613 |
| Electricity | Rp | 1.244.249 | $ | 566 |
| Water Cost | Rp | 459.386 | $ | 209 |
| TOTAL OVERHEAD COST | Rp | 15.661.642 | $ | 7.119 |
|  |  |  |  |  |
| ASSET PURCHASES |  |  |  |  |
| Desk, Dino Lx 1670 | Rp | 1.421.896 | $ | 646 |
| Seat, H 178 | Rp | 1.079.921 | $ | 491 |
| Cupboard, Dino Lx 102 | Rp | 476.965 | $ | 217 |
| Television (Sony) | Rp | 2.068.849 | $ | 940 |
| Video VHS | Rp | 598.956 | $ | 272 |
| TOTAL ASSET PURCHASES | Rp | 5.646.587 | $ | 2.567 |
|  |  |  |  |  |
| TOTAL EXPENSES | Rp | 221.629.625 | $ | 100.741 |
|  |  |  |  |  |
| EXCESS OF INCOME OVER COST INCURRED | **Rp** | **121.302.085** | **$** | **55.137** |

Exchange rate use are:

$1   = Rp2.200,00                    Average kurs fund from Wamy Indonesia Office

WAMYSA066977

2

**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1415 H**

---

## A. GENERAL

1. Establishment

World Assembly of Muslim Youth (WAMY) was established in 1392 H / 1972 M, is the international institution first collects and concentrates on the development of the Muslim youth, registered in the United Nations (UN) as an institution of international non-governmental (International Non Government Organisation / INGO) are independent and support the work of Islamic organizations and led in developing and nurturing community organizations.

On June 8, 2010 World Assembly of Muslim Youth (WAMY) Indonesia has signed a Memorandum of Understanding (MoU) for the second time by the Ministry of Religious Affairs in the field of development of religion in Indonesia, as a continuation of the MoU the first (signed on April 3, 2003)

The missions are:
1. Preserving the identity of young Muslims and help solve the problems in modern society.
2. Educate and train them to become active citizens of a positive and have a pioneering spirit in their countries.
3. Help organizations of Muslims around the world through training, communication and cooperation.
4. Building a relationship of dialogue, understanding and coordination among Islamic organizations, the West and the surrounding community.
5. The creation of a coordination and solidarity between youth organizations and students in carrying out its programs
6. Developing and managing the network, resources, as well as international supports to ensure the program sustainability.

2. Board of Organization

Board of Managements :
Director             : Muhammad Nadhor
Deputy Director      : Ma'mur Hasanudin
Secretary            : Ahmad Najiyullah
Treasurer            : Kastiri Saimin
Duty Officer         : Adni/ Nanang Kosim

3. Programs and Events

Youth empowerment programs and student of Islam has been designed to implement the Vision and Mission WAMY by various means which are considered in accordance with the demands of the times. Among the programs that have been implemented are:

Main Programme :

WAMYSA066978

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1415 H**

a. Student Development Program
Preparing future leaders of youth, starting from the detection of talents and inclinations that are typically seen on the daily life and habits that are formed into the character of a caring attitude and response to the various problems that arise in the vicinity, pioneering and ability to influence people to work and produce work that is useful is a form from the leadership.
Some of the activities in this program include:
- Character Building program
- Management Training
- Workshop on Da'wah
- Training Course for Instructor
- Discussion Scientific and Cultural Organization (Research on science and culture)
- Intersection Figures
- Library Corner
- Practice Community Service "maghrib Koran"
- Self-Management Training
- Youth Supercamp

b. Empowerment Program Student Scholarship Recipient
Some of the activities in this program include:
- Formation of Student Forum
- The annual meeting
- Comparative studies and sharing experience
- Educational Camp

c. Program the Quran for All
Some of the activities in this program include:
- Competition memorizing Qur'an
- Training quickly memorize the Koran
- Quranic Camp for Huffadz

d. Program Youth
Some of the activities in this program include:
- Muslim personality formation
- Educational training for Instructor
- Youth Educational Camp
- Seminar counseling danger DRUGS
- Educational Workshop for Youth

e. Potential Development Program Preachers
Some of the activities in this program include:
- Forum silaturrahim preachers
- Sharia Training
- Management Training
- Preparatory training preachers
- Entrepreneurship Training for Preachers

WAMYSA066979

**WORLD ASSEMBLY OF MUSLIM YOUTH
INDONESIA OFFICE
NOTES OF FUND ACCOUNTABILITY STATEMENT
For the year ended Dzhulhijjah 30, 1415 H**

---

- Workshop contemporary problems of the ummah
- Management Training for WAMY Imam of Mosques
- Sharia Training for WAMY oof Imam Mosques
- Visits Preachers

f.  Program for Research and Training Center
Some of the activities in this program include:
- Studium General for Students
- Self-management training
- Seminar on Islamic Economics
- Spiritual Building for students
- Forum Scientific Discussion
- Halaqoh program Koran

g.  Student Empowerment Program
Some of the activities in this program include:
-Training Session for Instructor
- Educational program for Students
- Seminar Islamic World
- Student counselors
- Muslim Student Workshop

h.  House of Al-Quran Programme
Some of the activities in this program include:
- Allowances Program Participant
- Practice Community Service
- Library Corner
- Educational Training
- Self Management Training
- Comparative Study
- Quranic Camp

i.  Media Optimization
Some of the activities in this program include:
- Journalism Training
- Publication WAMY Program in Media (tagthiyat baramij an-nadwah)
- A visit to the Office of Media
- Making the Calendar
- Islamic Exhibition
- Website optimization WAMY

j.  Program for Women and Children
Some of the activities in this program include:
- Educational Camp for Kids
- Educational Camp for Secondary school students

WAMYSA066980

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1415 H**

- Educational Camp for High School Students
- Islamic Parenting for Woman
- Educational Camp for Woman
- Sharia Training for Woman
- Gatherings of Muslim Organizations

Support Programme :
a. Benefit Orphans
b. Assistance Supervisor Orphans
c. Scholarships
d. Help for Preachers
e. Aid for Teachers
f. Aid for Teachers Koran
g. Worship Facilities Development Assistance
h. Clean Water Facility Development Assistance

4. Conclution of Audit

 a. Financial accountability reports has been prepared by the foundation based on cash accounting principle that is known as the benefits received and costs incurred incurred are recorded when it is paid off. This is broad and comprehensive principle of accounting apart from accounting principles generally recognized that is not intended to complement the general presentation of WAMY Indonesia Office in our opinion the financial statements described above are reasonable in any aspects and in terms of project benefits.

 b. Internal control Reports
 We have gained  and understand the internal control structure following the financial statements of WAMY Indonesia Office for the period from Muharram 01, 1415 H to Dzulhijjah 30, 1415 H, in our opinion, the financial accountability of the internal control structure described above is reasonable in any aspects, and in the accordance with the terms and conditions applied in the agreement and the basic accounting.

5. Imlementation Report

WAMY Indonesia Office has complied with all aspects of provisions employed in the agreement, the laws and regulations. In our opinion the financial statements mentioned above are reasonable in any aspects, and in accordance with the terms and conditions applied in the agrrement and the basic accounting.

**B.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

1. The Fund Accountability Statement is expressed in Indonesia Rupiah and its US Dollar equivalent.

WAMYSA066981

6

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1415 H**

2. The Fund Accountability Statement is prepared using the cash basis of accounting, whereby revenue is a comprehensive basis of accounting other than generally accepted accounting principles.

3. The accounting period for presentation of the financial statement is from Muharram 1, 1415 H through Dzulhijjah 30, 1415 H.

4. Cash and Equivalent
   This amount is balace of cash on hand and cash in bank as at Dzulhijjah 30, 1415 H

   | Which are as follow : | (In US Dollar) |
   |---|---|
   | - Cash | 55.137 |
   | **Total Cash and Equivalent** | **55.137** |

5. Componen Unit of WAMY

   The Fund accountability statement presents all transactions relating to WAMY and other Donors.

6. Revenue
   This ammount is balance of Revenue as at Dzulhijjah 30, 1415 H. Which

   | are as follow : | (In US Dollar) |
   |---|---|
   | - From WAMY Headquarters | 155.835 |
   | **Total Revenue** | **155.835** |

7. Other Cash Receipts & Disbursement
   This amount is balance of Other Cash Receipts Disbursements during Muharram 1, 1415H, until Dzulhijjah 30, 1415H. Which are follow :

   | | (In US Dollar) |
   |---|---|
   | - Other Income | 43 |
   | - Other Expenses | 0 |
   | **Total Other Cash Receipts & Disbursement** | **43** |

WAMYSA066982

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**1415 H**

**PHYSICAL PROJECT DETAIL**

| No. | Description | Dimentions | Address |
|---|---|---|---|
|  |  |  |  |
|  | **Worship Facilities Development Assistance :** |  |  |
| 1 | Development  Abdullah bin Amir Mosque | 12,5 x 12,5 m | Ranji, Sukaraja, Sukabumi |
| 2 | Development Al Kholil Mosque | 9 x 9 m | Lengkong, Tasikmalaya |
| 3 | Development Al Khoir Mosque | 12,5 x 12,5 m | Jarodah, Tarogong, Garut |
|  |  |  |  |

WAMYSA066983

INDEPENDENT AUDITOR REPORT

on

*FINANCIAL STATEMENTS*

of

WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY)

Indonesia Office

For the year ended

Dzhulhijjah 30, 1416 and 1415 Hijriyah

WAMYSA066984

# TABLE OF CONTENTS

Page

1.  Independent Auditor's Report

2.  Fund Accountability Statement                                        1 - 2

3.  Notes of Fund Accountability Statement                              3 - 7

    A.  General                                                             3

    B.  Summary of Significant Accounting Policies                         7

WAMYSA066985



**Kantor Akuntan Publik**
**Drs. Bambang Mudjiono & Widiarto**
**Registered Public Accountants**

# INDEPENDENT AUDITOR'S REPORT

The Board of Management
**World Assembly of Muslim Youth (WAMY)**
**Indonesia Office**

We have audited the accompanying financial statements of World Assembly of Muslim Youth (WAMY) Indonesia Office, which comprise the fund accountability statement for the year ended  Dzhulhijjah 30, 1416 and 1415 Hijriyah, and a summary of significant accounting policies and other explanatory notes.

### Management's responsibility for the financial statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with the cash basis of accounting in Accountable Grant Agreement terms with World Assembly of Muslim Youth (WAMY) Headquarter Office. This responsibility includes: designing, implementing and maintaining internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error; selecting and applying appropriate accounting policies; and making accounting estimates that are reasonable in the circumstances.

### Auditors' responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with International Standards on Auditing. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Gedung Sarana Jaya Lt. 3 R. 301
Jl. Tebet Barat IV No. 20, Jakarta Selatan 12810 Indonesia
Tlp/Fax. (+62-21) 831 8124

WAMYSA066986



## Independent Auditor's Report (Continued)

### Opinion

In our opinion, the financial statements present fairly, in all material respects, the fund accountability of World Assembly of Muslim Youth (WAMY) Indonesia Office for the year ended Dzhulhijjah 30, 1416 and 1415 Hijriyah, in accordance with the cash basis of accounting in accountable Grant Agreement terms with World Assembly of Muslim Youth (WAMY) Headquarter Office.

### Basis of Accounting and Limited Distribution

Without modifying our opinion, we draw attention to Note B.2 to the financial statements, which describes the basis of accounting. The financial statements are prepared to assist the World Assembly of Muslim Youth (WAMY) Indonesia Office in preparing accountability to World Assembly of Muslim Youth (WAMY) Headquarter Office. As a result, the financial statements may not be suitable for another purpose. Our report is intended solely for World Assembly of Muslim Youth (WAMY) Headquarter Office and should not be distributed to parties other than World Assembly of Muslim Youth (WAMY) Headquarter Office.

PUBLIC ACCOUNTANT OFFICE
**Drs. Bambang Mudjiono & Widiarto**

**Drs. Bambang Mudjiono, MM., Ak., CA., CPA**
Practice License: No. AP.0670

Gedung Sarana Jaya Lt. 3 R. 301
Jl. Tebet Barat IV No. 20, Jakarta Selatan 12810 Indonesia
Tlp/Fax. (+62-21) 831 8124

WAMYSA066987

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1416  and 1415 H**

| | 1416 H | 1416 H | 1415 H | 1415 H |
|---|---|---|---|---|
| INCOME | | | | |
| Contributed Support | | | | |
| WAMY Headquarters | Rp  196.540.658 | $  85.452,46 | Rp  342.836.494 | $  155.834,77 |
| Total Contributed Support | Rp  196.540.658 | $  85.452,46 | Rp  342.836.494 | $  155.834,77 |
| OTHER INCOME | | | | |
| Bank Interest | Rp  68.563 | $  29,81 | Rp  95.216 | $  43,28 |
| TOTAL INCOME | Rp  196.609.221 | $  85.482,27 | Rp  342.931.710 | $  155.878,05 |
| EXPENSE | | | | |
| SALARY EXPENSE | | | | |
| Director | Rp  10.350.000 | $  4.500 | Rp  14.256.000 | $  6.480 |
| Deputy Director | Rp  6.900.000 | $  3.000 | Rp  9.900.000 | $  4.500 |
| Treasurer | Rp  4.636.800 | $  2.016 | Rp  4.435.200 | $  2.016 |
| Duty Officer | Rp  2.484.000 | $  1.080 | Rp  2.376.000 | $  1.080 |
| TOTAL SALARY EXPENSE | Rp  24.370.800 | $  10.596 | Rp  30.967.200 | $  14.076 |
| | | | | |
| PHYSICAL PROJECT EXPENSE | | | | |
| Development  Abdullah bin Amir Mosque | Rp  - | $  - | Rp  10.502.800 | $  4.774 |
| Development Al Kholil Mosque | Rp  - | $  - | Rp  23.760.000 | $  10.800 |
| Development Al Khoir Mosque | Rp  - | $  - | Rp  23.881.000 | $  10.855 |
| Development  Quro Mosque | Rp  9.200.000 | $  4.000 | Rp  - | $  - |
| Development Al Bukhori Mosque | Rp  220.800.000 | $  96.000 | Rp  - | $  - |
| Development Al Iman Mosque | Rp  6.624.000 | $  2.880 | Rp  - | $  - |
| Development An Nur Mosque | Rp  6.624.000 | $  2.880 | Rp  - | $  - |
| TOTAL PHYSICAL PROJECT EXPENSE | Rp  243.248.000 | $  105.760 | Rp  58.143.800 | $  26.429 |
| | | | | |
| MAIN PROGRAMME EXPENSE | | | | |
| Youth Educational Camp | Rp  5.129.000 | $  2.230 | Rp  - | $  - |
| Educational Camp for woman | Rp  9.568.000 | $  4.160 | Rp  17.876.958 | $  8.126 |
| Arabic Language Training | Rp  2.405.800 | $  1.046 | Rp  - | $  - |
| Goodness Group | Rp  10.971.000 | $  4.770 | Rp  21.633.392 | $  9.833 |
| Educational Camp for 'amilin | Rp  4.752.007 | $  2.066 | Rp  7.407.202 | $  3.367 |
| Training Session for Teenagers | Rp  3.439.535 | $  1.495 | Rp  - | $  - |
| Assembly for Da'i | Rp  4.244.535 | $  1.845 | Rp  - | $  - |
| Youth Ramadhan Camp | Rp  3.748.149 | $  1.630 | Rp  - | $  - |
| Silk Screening Training | Rp  3.809.720 | $  1.656 | Rp  - | $  - |
| Qur'anic Training | Rp  6.208.942 | $  2.700 | Rp  - | $  - |
| Enhancement for 'amilin | Rp  - | $  - | Rp  21.617.200 | $  9.826 |
| Hadith Training | Rp  - | $  - | Rp  13.446.444 | $  6.112 |
| TOTAL MAIN PROGRAMME EXPENSE | Rp  54.276.688 | $  23.599 | Rp  81.981.196 | $  37.264 |
| | | | | |
| SEASONAL PROGRAMME EXPENSE | | | | |
| Interfaith Iftar Event | Rp  18.379.162 | $  7.991 | Rp  29.229.200 | $  13.286 |
| TOTAL SEASONAL PROGRAMME EXPENSE | Rp  18.379.162 | $  7.991 | Rp  29.229.200 | $  13.286 |

1

WAMYSA066988

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1416  and 1415 H**

| | | 1416 H | | 1416 H | | 1415 H | | 1415 H |
|---|---|---|---|---|---|---|---|---|
| **OVERHEAD COST** | | | | | | | | |
| Car Maintenance Expense | Rp | 4.972.004 | $ | 2.162 | Rp | 2.202.201 | $ | 1.001 |
| Transportation Expense | Rp | 1.455.321 | $ | 633 | Rp | 505.999 | $ | 230 |
| Consumtion Expense | Rp | 880.614 | $ | 383 | Rp | 644.601 | $ | 293 |
| Photocopy | Rp | 393.250 | $ | 171 | Rp | 629.704 | $ | 286 |
| Delivery Cost | Rp | 1.252.090 | $ | 544 | Rp | 1.134.898 | $ | 516 |
| Office Stationery Cost | Rp | 1.749.415 | $ | 761 | Rp | 793.939 | $ | 361 |
| Documentation Cost | Rp | 278.742 | $ | 121 | Rp | 453.265 | $ | 206 |
| Security | Rp | 122.008 | $ | 53 | Rp | 19.999 | $ | 9 |
| Magazines and Newspapers | Rp | 479.132 | $ | 208 | Rp | 180.537 | $ | 82 |
| Cleanliness | Rp | 121.008 | $ | 53 | Rp | 47.497 | $ | 22 |
| Kitchen Needs | Rp | 1.359.267 | $ | 591 | Rp | 1.597.733 | $ | 726 |
| Telecommunication | Rp | 7.330.226 | $ | 3.187 | Rp | 5.747.635 | $ | 2.613 |
| Electricity | Rp | 2.510.670 | $ | 1.092 | Rp | 1.244.249 | $ | 566 |
| Water Cost | Rp | 49.103 | $ | 21 | Rp | 459.386 | $ | 209 |
| Other | Rp | 524.485 | $ | 228 | Rp | - | $ | - |
| TOTAL OVERHEAD COST | Rp | 23.477.336 | $ | 10.208 | Rp | 15.661.642 | $ | 7.119 |
| | | | | | | | | |
| **ASSET PURCHASES** | | | | | | | | |
| Computer PIII | Rp | 2.850.193 | $ | 1.239 | Rp | - | $ | - |
| Laserjet Printer | Rp | 4.500.304 | $ | 1.957 | Rp | - | $ | - |
| Desk, Dino Lx 1670 | Rp | - | $ | - | Rp | 1.421.896 | $ | 646 |
| Seat, H 178 | Rp | - | $ | - | Rp | 1.079.921 | $ | 491 |
| Cupboard, Dino Lx 102 | Rp | - | $ | - | Rp | 476.965 | $ | 217 |
| Television (Sony) | Rp | - | $ | - | Rp | 2.068.849 | $ | 940 |
| Video VHS | Rp | - | $ | - | Rp | 598.956 | $ | 272 |
| TOTAL ASSET PURCHASES | Rp | 7.350.496 | $ | 3.196 | Rp | 5.646.587 | $ | 2.567 |
| | | | | | | | | |
| TOTAL EXPENSES | Rp | 371.102.482 | $ | 161.349 | Rp | 221.629.625 | $ | 100.741 |
| | | | | | | | | |
| EXCESS OF INCOME OVER COST INCURRED | **Rp** | **(174.493.261)** | **$** | **(75.867)** | **Rp** | **121.302.085** | **$** | **55.137** |

Exchange rate use are:
 $1   = Rp2.300,00                    Average kurs fund from Wamy Indonesia Office

2

WAMYSA066989

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1416 and 1415 H**

---

**A. GENERAL**

1. Establishment

   World Assembly of Muslim Youth (WAMY) was established in 1392 H / 1972 M, is the international institution first collects and concentrates on the development of the Muslim youth, registered in the United Nations (UN) as an institution of international non-governmental (International Non Government Organisation / INGO) are independent and support the work of Islamic organizations and led in developing and nurturing community organizations.

   On June 8, 2010 World Assembly of Muslim Youth (WAMY) Indonesia has signed a Memorandum of Understanding (MoU) for the second time by the Ministry of Religious Affairs in the field of development of religion in Indonesia, as a continuation of the MoU the first (signed on April 3, 2003)

   The missions are:
   1. Preserving the identity of young Muslims and help solve the problems in modern society.
   2. Educate and train them to become active citizens of a positive and have a pioneering spirit in their countries.
   3. Help organizations of Muslims around the world through training, communication and cooperation.
   4. Building a relationship of dialogue, understanding and coordination among Islamic organizations, the West and the surrounding community.
   5. The creation of a coordination and solidarity between youth organizations and students in carrying out its programs
   6. Developing and managing the network, resources, as well as international supports to ensure the program sustainability.

2. Board of Organization

   Board of Managements   :
   Director                : Ma'mur Hasanudin
   Deputy Director         : Ahmad Najiyullah
   Treasurer               : Kastiri Saimin
   Duty Officer            : Adni/ Nanang Kosim

3. Programs and Events

   Youth empowerment programs and student of Islam has been designed to implement the Vision and Mission WAMY by various means which are considered in accordance with the demands of the times. Among the programs that have been implemented are:

WAMYSA066990

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1416 and 1415 H**

Main Programme :

a. Student Development Program
   Preparing future leaders of youth, starting from the detection of talents and inclinations that are typically seen on the daily life and habits that are formed into the character of a caring attitude and response to the various problems that arise in the vicinity, pioneering and ability to influence people to work and produce work that is useful is a form from the leadership. Some of the activities in this program include:
   - Character Building program
   - Management Training
   - Workshop on Da'wah
   - Training Course for Instructor
   - Discussion Scientific and Cultural Organization (Research on science and culture)
   - Intersection Figures
   - Library Corner
   - Practice Community Service "maghrib Koran"
   - Self-Management Training
   - Youth Supercamp

b. Empowerment Program Student Scholarship Recipient
   Some of the activities in this program include:
   - Formation of Student Forum
   - The annual meeting
   - Comparative studies and sharing experience
   - Educational Camp

c. Program the Quran for All
   Some of the activities in this program include:
   - Competition memorizing Qur'an
   - Training quickly memorize the Koran
   - Quranic Camp for Huffadz

d. Program Youth
   Some of the activities in this program include:
   - Muslim personality formation
   - Educational training for Instructor
   - Youth Educational Camp
   - Seminar counseling danger DRUGS
   - Educational Workshop for Youth

e. Potential Development Program Preachers
   Some of the activities in this program include:
   - Forum silaturrahim preachers

4

WAMYSA066991

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1416 and 1415 H**

---

- Sharia Training
- Management Training
- Preparatory training preachers
- Entrepreneurship Training for Preachers
- Workshop contemporary problems of the ummah
- Management Training for WAMY Imam of Mosques
- Sharia Training for WAMY oof Imam Mosques
- Visits Preachers

f. Program for Research and Training Center
Some of the activities in this program include:
- Studium General for Students
- Self-management training
- Seminar on Islamic Economics
- Spiritual Building for students
- Forum Scientific Discussion
- Halaqoh program Koran

g. Student Empowerment Program
Some of the activities in this program include:
-Training Session for Instructor
- Educational program for Students
- Seminar Islamic World
- Student counselors
- Muslim Student Workshop

h. House of Al-Quran Programme
Some of the activities in this program include:
- Allowances Program Participant
- Practice Community Service
- Library Corner
- Educational Training
- Self Management Training
- Comparative Study
- Quranic Camp

i. Media Optimization
Some of the activities in this program include:
- Journalism Training
- Publication WAMY Program in Media (tagthiyat baramij an-nadwah)
- A visit to the Office of Media
- Making the Calendar
- Islamic Exhibition

5

WAMYSA066992

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1416 and 1415 H**

---

- Website optimization WAMY

j.  Program for Women and Children
    Some of the activities in this program include:
    - Educational Camp for Kids
    - Educational Camp for Secondary school students
    - Educational Camp for High School Students
    - Islamic Parenting for Woman
    - Educational Camp for Woman
    - Sharia Training for Woman
    - Gatherings of Muslim Organizations

Support Programme :
 a.  Benefit Orphans
 b.  Assistance Supervisor Orphans
 c.  Scholarships
 d.  Help for Preachers
 e.  Aid for Teachers
 f.  Aid for Teachers Koran
 g.  Worship Facilities Development Assistance
 h.  Clean Water Facility Development Assistance


4.  Conclution of Audit

    a.  Financial accountability reports has been prepared by the foundation based on cash accounting principle that is known as the benefits received and costs incurred incurred are recorded when it is paid off. This is broad and comprehensive principle of accounting apart from accounting principles generally recognized that is not intended to complement the general presentation of WAMY Indonesia Office in our opinion the financial statements described above are reasonable in any aspects and in terms of project benefits.

    b.  Internal control Reports
        We have gained  and understand the internal control structure following the financial statements of WAMY Indonesia Office for the period from Muharram 01, 1416 H to Dzulhijjah 30, 1416 H, in our opinion, the financial accountability of the internal control structure described above is reasonable in any aspects, and in the accordance with the terms and conditions applied in the agreement and the basic accounting.

5.  Imlementation Report

    WAMY Indonesia Office has complied with all aspects of provisions employed in the

WAMYSA066993

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1416 and 1415 H**

agreement, the laws and regulations. In our opinion the financial statements mentioned above are reasonable in any aspects, and in accordance with the terms and conditions applied in the agrrement and the basic accounting.

## B.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

1. The Fund Accountability Statement is expressed in Indonesia Rupiah and its US Dollar equivalent.

2. The Fund Accountability Statement is prepared using the cash basis of accounting, whereby revenue is a comprehensive basis of accounting other than generally accepted accounting principles.

3. The accounting period for presentation of the financial statement is from Muharram 1, 1416 H through Dzulhijjah 30, 1416 H.

4. Cash and Equivalent
   This amount is balace of cash on hand and cash in bank as at Dzulhijjah 30, 1416 H

| Which are as follow : | 1416 H | 1415 H |
|---|---|---|
| | (In US Dollar) | (In US Dollar) |
| -  Cash | (20.729) | 55.137 |
| **Total Cash and Equivalent** | **(20.729)** | **55.137** |

5. Componen Unit of WAMY
   The Fund accountability statement presents all transactions relating to WAMY and other Donors.

6. Revenue
   This ammount is balance of Revenue as at Dzulhijjah 30, 1416 H. Which

| are as follow : | 1416 H | 1415 H |
|---|---|---|
| | (In US Dollar) | (In US Dollar) |
| -  From WAMY Headquarters | 85.452 | 155.835 |
| **Total Revenue** | **85.452** | **155.835** |

7. Other Cash Receipts & Disbursement
   This amount is balance of Other Cash Receipts Disbursements during Muharram 1,

| 1416H, until Dzulhijjah 30, 1416H. Which are follow : | 1416 H | 1415 H |
|---|---|---|
| | (In US Dollar) | (In US Dollar) |
| -  Other Income | 30 | 43 |
| -  Other Expenses | 0 | 0 |
| **Total Other Cash Receipts & Disbursement** | **30** | **43** |

7

WAMYSA066994

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**1416 H**

**PHYSICAL PROJECT DETAIL**

| No. | Description | Dimentions | Address |
|---|---|---|---|
| | | | |
| | **Worship Facilities Development Assistance :** | | |
| 1 | Development  Quro Mosque | 7 x 7 m | Kadipaten, Tasik, Jawa Barat |
| 2 | Development Al Bukhori Mosque | 20 x 30 m | Sakatiga, Sumatera Selatan |
| 3 | Development Al Iman Mosque | 5 x 5 m | Ringgin sari, Pesanggaran, Banyuwangi Jatim |
| 4 | Development An Nur Mosque | 5 x 5 m | Salopa, Jawa Barat |
| | | | |

WAMYSA066995

# INDEPENDENT AUDITOR REPORT

on

## *FINANCIAL STATEMENTS*

of

## WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY)

Indonesia Office
For the year ended
Dzhulhijjah 30, 1417 and 1416 Hijriyah

WAMYSA066996

**TABLE OF CONTENTS**

Page

1.  Independent Auditor's Report

2.  Fund Accountability Statement                                          1 - 2

3.  Notes of Fund Accountability Statement                                 3 - 7

    A.  General                                                               3

    B.  Summary of Significant Accounting Policies                           7

WAMYSA066997



**Kantor Akuntan Publik**
**Drs. Bambang Mudjiono & Widiarto**
**Registered Public Accountants**

# INDEPENDENT AUDITOR'S REPORT

The Board of Management
**World Assembly of Muslim Youth (WAMY)**
**Indonesia Office**

We have audited the accompanying financial statements of World Assembly of Muslim Youth (WAMY) Indonesia Office, which comprise the fund accountability statement for the year ended  Dzhulhijjah 30, 1417 and 1416 Hijriyah, and a summary of significant accounting policies and other explanatory notes.

*Management's responsibility for the financial statements*

Management is responsible for the preparation and fair presentation of these financial statements in accordance with the cash basis of accounting in Accountable Grant Agreement terms with World Assembly of Muslim Youth (WAMY) Headquarter Office. This responsibility includes: designing, implementing and maintaining internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error; selecting and applying appropriate accounting policies; and making accounting estimates that are reasonable in the circumstances.

*Auditors' responsibility*

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with International Standards on Auditing. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Gedung Sarana Jaya Lt. 3 R. 301
Jl. Tebet Barat IV No. 20, Jakarta Selatan 12810 Indonesia
Tlp/Fax. (+62-21) 831 8124

WAMYSA066998



## Independent Auditor's Report (Continued)

### *Opinion*

In our opinion, the financial statements present fairly, in all material respects, the fund accountability of World Assembly of Muslim Youth (WAMY) Indonesia Office for the year ended Dzhulhijjah 30, 1417 and 1416 Hijriyah, in accordance with the cash basis of accounting in accountable Grant Agreement terms with World Assembly of Muslim Youth (WAMY) Headquarter Office.

### *Basis of Accounting and Limited Distribution*

Without modifying our opinion, we draw attention to Note B.2 to the financial statements, which describes the basis of accounting. The financial statements are prepared to assist the World Assembly of Muslim Youth (WAMY) Indonesia Office in preparing accountability to World Assembly of Muslim Youth (WAMY) Headquarter Office. As a result, the financial statements may not be suitable for another purpose. Our report is intended solely for World Assembly of Muslim Youth (WAMY) Headquarter Office and should not be distributed to parties other than World Assembly of Muslim Youth (WAMY) Headquarter Office.

PUBLIC ACCOUNTANT OFFICE
**Drs. Bambang Mudjiono & Widiarto**

**Drs. Bambang Mudjiono, MM., Ak., CA., CPA**
Practice License: No. AP.0670

Gedung Sarana Jaya Lt. 3 R. 301
Jl. Tebet Barat IV No. 20, Jakarta Selatan 12810 Indonesia
Tlp/Fax. (+62-21) 831 8124

WAMYSA066999

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**FUND ACCOUNTABILITY STATEMENT**
For the year ended Dzhulhijjah 30, 1417 and 1416 H

|  | 1417 H | 1417 H | 1416 H | 1416 H |
|---|---|---|---|---|
| **Contributed Support** | | | | |
| WAMY Headquarters | Rp 322.307.617 | $ 134.350,82 | Rp 196.540.658 | $ 85.452,46 |
| Total Contributed Support | Rp 322.307.617 | $ 134.350,82 | Rp 196.540.658 | $ 85.452,46 |
| | | | | |
| Bank Interest | Rp 969.292 | $ 404,04 | Rp 68.563 | $ 29,81 |
| | Rp 323.276.909 | $ 134.754,86 | Rp 196.609.221 | $ 85.482,27 |
| | | | | |
| **SALARY EXPENSE** | | | | |
| Director | Rp 10.795.500 | $ 4.500 | Rp 10.350.000 | $ 4.500 |
| Deputy Director | Rp 7.197.000 | $ 3.000 | Rp 6.900.000 | $ 3.000 |
| Treasurer | Rp 4.836.384 | $ 2.016 | Rp 4.636.800 | $ 2.016 |
| Duty Officer | Rp 2.590.920 | $ 1.080 | Rp 2.484.000 | $ 1.080 |
| TOTAL SALARY EXPENSE | Rp 25.419.804 | $ 10.596 | Rp 24.370.800 | $ 10.596 |
| | | | | |
| **PHYSICAL PROJECT EXPENSE** | | | | |
| Development Quro Mosque | Rp - | $ - | Rp 9.200.000 | $ 4.000 |
| Development Al Bukhori Mosque | Rp - | $ - | Rp 220.800.000 | $ 96.000 |
| Development An Nur Mosque | Rp - | $ - | Rp 6.624.000 | $ 2.880 |
| Development Ar Rahmah Mosque | Rp 10.027.820 | $ 4.180 | Rp - | $ - |
| Development Nawawi Aman Mosque | Rp 25.189.500 | $ 10.500 | Rp - | $ - |
| Development As Siraj Mosque | Rp 11.195.317 | $ 4.667 | Rp - | $ - |
| Development Nurul Huda Mosque | Rp 11.155.350 | $ 4.650 | Rp - | $ - |
| Development Ummu Kholid Mosque | Rp 7.836.717 | $ 3.267 | Rp - | $ - |
| Development Ash Shohabah Mosque | Rp 9.596.000 | $ 4.000 | Rp - | $ - |
| Development Dzunnurain Mosque | Rp 11.195.317 | $ 4.667 | Rp - | $ - |
| TOTAL PHYSICAL PROJECT EXPENSE | Rp 86.196.022 | $ 35.930 | Rp 243.248.000 | $ 105.760 |
| | | | | |
| **MAIN PROGRAMME EXPENSE** | | | | |
| Youth Educational Camp | Rp 10.335.612 | $ 4.308 | Rp 5.129.000 | $ 2.230 |
| Educational Camp for woman | Rp 4.078.300 | $ 1.700 | Rp 9.568.000 | $ 4.160 |
| Arabic Language Training | Rp - | $ - | Rp 2.405.800 | $ 1.046 |
| Goodness Group | Rp 20.413.859 | $ 8.509 | Rp 10.971.000 | $ 4.770 |
| Educational Camp for 'amilin | Rp 32.783.223 | $ 13.665 | Rp 4.752.007 | $ 2.066 |
| Training Session for Teenagers | Rp - | $ - | Rp 3.439.535 | $ 1.495 |
| Assembly for Da'i | Rp 8.717.966 | $ 3.634 | Rp 4.244.535 | $ 1.845 |
| Youth Ramadhan Camp | Rp - | $ - | Rp 3.748.149 | $ 1.630 |
| Silk Screening Training | Rp - | $ - | Rp 3.809.720 | $ 1.656 |
| Qur'anic Training | Rp - | $ - | Rp 6.208.942 | $ 2.700 |
| Public Relations Training | Rp 3.598.500 | $ 1.500 | Rp - | $ - |
| Trainining for worker | Rp 5.997.500 | $ 2.500 | Rp - | $ - |
| TOTAL MAIN PROGRAMME EXPENSE | Rp 85.924.959 | $ 35.817 | Rp 54.276.688 | $ 23.599 |

1

WAMYSA067000

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1417 and 1416 H**

| | 1417 H | | 1417 H | | 1416 H | | 1416 H | |
|---|---|---|---|---|---|---|---|---|
| SEASONAL PROGRAMME EXPENSE | | | | | | | | |
| Interfaith Iftar Event | Rp | 12.793.867 | $ | 5.333 | Rp | 18.379.162 | $ | 7.991 |
| TOTAL SEASONAL PROGRAMME EXPENSE | Rp | 12.793.867 | $ | 5.333 | Rp | 18.379.162 | $ | 7.991 |
| | | | | | | | | |
| OVERHEAD COST | | | | | | | | |
| Car Maintenance Expense | Rp | 1.962.382 | $ | 818 | Rp | 4.972.004 | $ | 2.162 |
| Transportation Expense | Rp | 1.374.627 | $ | 573 | Rp | 1.455.321 | $ | 633 |
| Consumtion Expense | Rp | 702.908 | $ | 293 | Rp | 880.614 | $ | 383 |
| Photocopy | Rp | 686.664 | $ | 286 | Rp | 393.250 | $ | 171 |
| Delivery Cost | Rp | 1.237.554 | $ | 516 | Rp | 1.252.090 | $ | 544 |
| Office Stationery Cost | Rp | 865.754 | $ | 361 | Rp | 1.749.415 | $ | 761 |
| Documentation Cost | Rp | 494.265 | $ | 206 | Rp | 278.742 | $ | 121 |
| Security | Rp | 149.947 | $ | 63 | Rp | 122.008 | $ | 53 |
| Magazines and Newspapers | Rp | 484.729 | $ | 202 | Rp | 479.132 | $ | 208 |
| Cleanliness | Rp | 124.956 | $ | 52 | Rp | 121.008 | $ | 53 |
| Kitchen Needs | Rp | 2.141.371 | $ | 893 | Rp | 1.359.267 | $ | 591 |
| Telecommunication | Rp | 6.429.436 | $ | 2.680 | Rp | 7.330.226 | $ | 3.187 |
| Electricity | Rp | 2.615.179 | $ | 1.090 | Rp | 2.510.670 | $ | 1.092 |
| Water Cost | Rp | 57.180 | $ | 24 | Rp | 49.103 | $ | 21 |
| Other | Rp | 554.805 | $ | 231 | Rp | 524.485 | $ | 228 |
| TOTAL OVERHEAD COST | Rp | 19.881.756 | $ | 8.288 | Rp | 23.477.336 | $ | 10.208 |
| | | | | | | | | |
| ASSET PURCHASES | | | | | | | | |
| Computer PIII | Rp | - | $ | - | Rp | 2.850.193 | $ | 1.239 |
| Laserjet Printer | Rp | - | $ | - | Rp | 4.500.304 | $ | 1.957 |
| TOTAL ASSET PURCHASES | Rp | - | $ | - | Rp | 7.350.496 | $ | 3.196 |
| | | | | | | | | |
| | Rp | 230.216.408 | $ | 95.963 | Rp | 371.102.482 | $ | 161.349 |
| | | | | | | | | |
| | **Rp** | **93.060.501** | **$** | **38.791** | **Rp (174.493.261)** | | **$** | **(75.867)** |

\#  = Rp2.399,00                    Average kurs fund from Wamy Indonesia Office

2

WAMYSA067001

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1417 and 1416 H**

---

## A. GENERAL

1. Establishment

World Assembly of Muslim Youth (WAMY) was established in 1392 H / 1972 M, is the international institution first collects and concentrates on the development of the Muslim youth, registered in the United Nations (UN) as an institution of international non-governmental (International Non Government Organisation / INGO) are independent and support the work of Islamic organizations and led in developing and nurturing community organizations.

On June 8, 2010 World Assembly of Muslim Youth (WAMY) Indonesia has signed a Memorandum of Understanding (MoU) for the second time by the Ministry of Religious Affairs in the field of development of religion in Indonesia, as a continuation of the MoU the first (signed on April 3, 2003)

The missions are:
1. Preserving the identity of young Muslims and help solve the problems in modern society.
2. Educate and train them to become active citizens of a positive and have a pioneering spirit in their countries.
3. Help organizations of Muslims around the world through training, communication and cooperation.
4. Building a relationship of dialogue, understanding and coordination among Islamic organizations, the West and the surrounding community.
5. The creation of a coordination and solidarity between youth organizations and students in carrying out its programs
6. Developing and managing the network, resources, as well as international supports to ensure the program sustainability.

2. Board of Organization

Board of Managements  :
Director          : Ma'mur Hasanudin
Deputy Director   : Ahmad Najiyullah
Treasurer         : Kastiri Saimin
Duty Officer      : Adni/ Nanang Kosim

3. Programs and Events

Youth empowerment programs and student of Islam has been designed to implement the Vision and Mission WAMY by various means which are considered in accordance with the demands of the times. Among the programs that have been implemented are:

WAMYSA067002

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1417 and 1416 H**

Main Programme :

a.  Student Development Program

   Preparing future leaders of youth, starting from the detection of talents and inclinations that are typically seen on the daily life and habits that are formed into the character of a caring attitude and response to the various problems that arise in the vicinity, pioneering and ability to influence people to work and produce work that is useful is a form from the leadership.
   Some of the activities in this program include:
   - Character Building program
   - Management Training
   - Workshop on Da'wah
   - Training Course for Instructor
   - Discussion Scientific and Cultural Organization (Research on science and culture)
   - Intersection Figures
   - Library Corner
   - Practice Community Service "maghrib Koran"
   - Self-Management Training
   - Youth Supercamp

b.  Empowerment Program Student Scholarship Recipient
   Some of the activities in this program include:
   - Formation of Student Forum
   - The annual meeting
   - Comparative studies and sharing experience
   - Educational Camp

c.  Program the Quran for All
   Some of the activities in this program include:
   - Competition memorizing Qur'an
   - Training quickly memorize the Koran
   - Quranic Camp for Huffadz

d.  Program Youth
   Some of the activities in this program include:
   - Muslim personality formation
   - Educational training for Instructor
   - Youth Educational Camp
   - Seminar counseling danger DRUGS
   - Educational Workshop for Youth

e.  Potential Development Program Preachers
   Some of the activities in this program include:
   - Forum silaturrahim preachers

4

WAMYSA067003

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1417 and 1416 H**

- Sharia Training
- Management Training
- Preparatory training preachers
- Entrepreneurship Training for Preachers
- Workshop contemporary problems of the ummah
- Management Training for WAMY Imam of Mosques
- Sharia Training for WAMY oof Imam Mosques
- Visits Preachers

f.  Program for Research and Training Center
Some of the activities in this program include:
- Studium General for Students
- Self-management training
- Seminar on Islamic Economics
- Spiritual Building for students
- Forum Scientific Discussion
- Halaqoh program Koran

g.  Student Empowerment Program
Some of the activities in this program include:
- Training Session for Instructor
- Educational program for Students
- Seminar Islamic World
- Student counselors
- Muslim Student Workshop

h.  House of Al-Quran Programme
Some of the activities in this program include:
- Allowances Program Participant
- Practice Community Service
- Library Corner
- Educational Training
- Self Management Training
- Comparative Study
- Quranic Camp

i.  Media Optimization
Some of the activities in this program include:
- Journalism Training
- Publication WAMY Program in Media (tagthiyat baramij an-nadwah)
- A visit to the Office of Media
- Making the Calendar
- Islamic Exhibition

5

WAMYSA067004

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1417 and 1416 H**

---

- Sharia Training
- Management Training
- Preparatory training preachers
- Entrepreneurship Training for Preachers
- Workshop contemporary problems of the ummah
- Management Training for WAMY Imam of Mosques
- Sharia Training for WAMY oof Imam Mosques
- Visits Preachers

f. Program for Research and Training Center
   Some of the activities in this program include:
   - Studium General for Students
   - Self-management training
   - Seminar on Islamic Economics
   - Spiritual Building for students
   - Forum Scientific Discussion
   - Halaqoh program Koran

g. Student Empowerment Program
   Some of the activities in this program include:
   - Training Session for Instructor
   - Educational program for Students
   - Seminar Islamic World
   - Student counselors
   - Muslim Student Workshop

h. House of Al-Quran Programme
   Some of the activities in this program include:
   - Allowances Program Participant
   - Practice Community Service
   - Library Corner
   - Educational Training
   - Self Management Training
   - Comparative Study
   - Quranic Camp

i. Media Optimization
   Some of the activities in this program include:
   - Journalism Training
   - Publication WAMY Program in Media (tagthiyat baramij an-nadwah)
   - A visit to the Office of Media
   - Making the Calendar
   - Islamic Exhibition

5

WAMYSA067005

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1417 and 1416 H**

- Website optimization WAMY

j.  Program for Women and Children
    Some of the activities in this program include:
    - Educational Camp for Kids
    - Educational Camp for Secondary school students
    - Educational Camp for High School Students
    - Islamic Parenting for Woman
    - Educational Camp for Woman
    - Sharia Training for Woman
    - Gatherings of Muslim Organizations

Support Programme :
a.  Benefit Orphans
b.  Assistance Supervisor Orphans
c.  Scholarships
d.  Help for Preachers
e.  Aid for Teachers
f.  Aid for Teachers Koran
g.  Worship Facilities Development Assistance
h.  Clean Water Facility Development Assistance

4.  Conclution of Audit

    a.  Financial accountability reports has been prepared by the foundation based on cash accounting principle that is known as the benefits received and costs incurred incurred are recorded when it is paid off. This is broad and comprehensive principle of accounting apart from accounting principles generally recognized that is not intended to complement the general presentation of WAMY Indonesia Office in our opinion the financial statements described above are reasonable in any aspects and in terms of project benefits.

    b.  Internal control Reports
        We have gained and understand the internal control structure following the financial statements of WAMY Indonesia Office for the period from Muharram 01, 1417 H to Dzulhijjah 30, 1417 H, in our opinion, the financial accountability of the internal control structure described above is reasonable in any aspects, and in the accordance with the terms and conditions applied in the agreement and the basic accounting.

5.  Imlementation Report

    WAMY Indonesia Office has complied with all aspects of provisions employed in the agreement,

6

WAMYSA067006

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES OF FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1417 and 1416 H**

the laws and regulations. In our opinion the financial statements mentioned above are reasonable in any aspects, and in accordance with the terms and conditions applied in the agrrement and the basic accounting.

## B.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

1.  The Fund Accountability Statement is expressed in Indonesia Rupiah and its US Dollar equivalent.

2.  The Fund Accountability Statement is prepared using the cash basis of accounting, whereby revenue is a comprehensive basis of accounting other than generally accepted accounting principles.

3.  The accounting period for presentation of the financial statement is from Muharram 1, 1417 H through Dzulhijjah 30, 1417 H.

4.  Cash and Equivalent
    This amount is balace of cash on hand and cash in bank as at Dzulhijjah 30, 1417 H
    Which are as follow :

    |                            | 1417 H<br>(In US Dollar) | 1416 H<br>(In US Dollar) |
    |----------------------------|--------------------------|--------------------------|
    | -  Cash                    | 18.062                   | (20.729)                 |
    | **Total Cash and Equivalent** | **18.062**            | **(20.729)**             |

5.  Componen Unit of WAMY

    The Fund accountability statement presents all transactions relating to WAMY and other Donors.

6.  Revenue
    This ammount is balance of Revenue as at Dzulhijjah 30, 1417 H. Which are as follow :

    |                            | 1417 H<br>(In US Dollar) | 1416 H<br>(In US Dollar) |
    |----------------------------|--------------------------|--------------------------|
    | -  From WAMY Headquarters  | 134.351                  | 85.452                   |
    | **Total Revenue**          | **134.351**              | **85.452**               |

7.  Other Cash Receipts & Disbursement
    This amount is balance of Other Cash Receipts Disbursements during Muharram 1, 1417H, until Dzulhijjah 30, 1417H. Which are follow :

    |                                              | 1417 H<br>(In US Dollar) | 1416 H<br>(In US Dollar) |
    |----------------------------------------------|--------------------------|--------------------------|
    | -  Other Income                              | 404                      | 30                       |
    | -  Other Expenses                            | 0                        | 0                        |
    | **Total Other Cash Receipts & Disbursement** | **404**                  | **30**                   |

7

WAMYSA067007

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**1417 H**

**PHYSICAL PROJECT DETAIL**

| No. | Description | Dimentions | Address |
|---|---|---|---|
| | | | |
| | **Worship Facilities Development Assistance :** | | |
| 1 | Development  Ar Rahmah Mosque | 8,75 x 6 m | Sukadarma, Sukatani, Bekasi |
| 2 | Development Nawawi Aman Mosque | 9 x 9 m | Sukawijaya, Tembalang, Bekasi |
| 3 | Development  As Siraj Mosque | 7 x 7 m | Cilung kijang Kadipaten Ciawi, Tasik |
| 4 | Development  Nurul Huda Mosque | 8 x 8 m | Cidewa Kaputihan, Salopa, Tasikmalaya |
| 5 | Development  Ummu Kholid Mosque | 7 x 7 m | Cijulang, Ciamis, Jawa Barat |
| 6 | Development Ash Shohabah Mosque | 8 x 8 m | Tembalang, Bekasi, Jawa Barat |
| 7 | Development Dzunnurain Mosque | 6,5 x 6,5 m | Cibaraya, Bandung |
| | | | |

WAMYSA067008

INDEPENDENT AUDITOR REPORT

on

*FINANCIAL STATEMENTS*

of

WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY)

Indonesia Office

For the year ended

Dzhulhijjah 30, 1418 and 1417 Hijriyah

WAMYSA067009

**TABLE OF CONTENTS**

Page

1.  Independent Auditor's Report

2.  Fund Accountability Statement                                    1 - 2

3.  Notes of Fund Accountability Statement                          3 - 7

    A.  General                                                         3

    B.  Summary of Significant Accounting Policies                      7

WAMYSA067010



**Kantor Akuntan Publik**
**Drs. Bambang Mudjiono & Widiarto**
**Registered Public Accountants**

# INDEPENDENT AUDITOR'S REPORT

The Board of Management
**World Assembly of Muslim Youth (WAMY)**
**Indonesia Office**

We have audited the accompanying financial statements of World Assembly of Muslim Youth (WAMY) Indonesia Office, which comprise the fund accountability statement for the year ended  Dzhulhijjah 30, 1418 and 1417 Hijriyah, and a summary of significant accounting policies and other explanatory notes.

### Management's responsibility for the financial statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with the cash basis of accounting in Accountable Grant Agreement terms with World Assembly of Muslim Youth (WAMY) Headquarter Office. This responsibility includes: designing, implementing and maintaining internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error; selecting and applying appropriate accounting policies; and making accounting estimates that are reasonable in the circumstances.

### Auditors' responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with International Standards on Auditing. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Gedung Sarana Jaya Lt. 3 R. 301
Jl. Tebet Barat IV No. 20, Jakarta Selatan 12810 Indonesia
Tlp/Fax. (+62-21) 831 8124

WAMYSA067011



### Independent Auditor's Report (Continued)

#### Opinion

In our opinion, the financial statements present fairly, in all material respects, the fund accountability of World Assembly of Muslim Youth (WAMY) Indonesia Office for the year ended Dzhulhijjah 30, 1418 and 1417 Hijriyah, in accordance with the cash basis of accounting in accountable Grant Agreement terms with World Assembly of Muslim Youth (WAMY) Headquarter Office.

#### Basis of Accounting and Limited Distribution

Without modifying our opinion, we draw attention to Note B.2 to the financial statements, which describes the basis of accounting. The financial statements are prepared to assist the World Assembly of Muslim Youth (WAMY) Indonesia Office in preparing accountability to World Assembly of Muslim Youth (WAMY) Headquarter Office. As a result, the financial statements may not be suitable for another purpose. Our report is intended solely for World Assembly of Muslim Youth (WAMY) Headquarter Office and should not be distributed to parties other than World Assembly of Muslim Youth (WAMY) Headquarter Office.

PUBLIC ACCOUNTANT OFFICE
**Drs. Bambang Mudjiono & Widiarto**

**Drs. Bambang Mudjiono, MM., Ak., CA., CPA**
Practice License: No. AP.0670

Gedung Sarana Jaya Lt. 3 R. 301
Jl. Tebet Barat IV No. 20, Jakarta Selatan 12810 Indonesia
Tlp/Fax. (+62-21) 831 8124

WAMYSA067012

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1418 and 1417 H**

| | 1418 H | 1418 H | 1417 H | 1417 H |
|---|---|---|---|---|
| **INCOME** | | | | |
| Contributed Support | | | | |
| WAMY Headquarters | Rp 724.358.850 | $ 127.080,50 | Rp 322.307.617 | $ 134.350,82 |
| Total Contributed Support | Rp 724.358.850 | $ 127.080,50 | Rp 322.307.617 | $ 134.350,82 |
| **OTHER INCOME** | | | | |
| Bank Interest | Rp 5.402.745 | $ 947,85 | Rp 969.292 | $ 404,04 |
| **TOTAL INCOME** | Rp 729.761.595 | $ 128.028,35 | Rp 323.276.909 | $ 134.754,86 |
| **EXPENSE** | | | | |
| SALARY EXPENSE | | | | |
| Director | Rp 27.360.000 | $ 4.800 | Rp 10.795.500 | $ 4.500 |
| Deputy Director | Rp 18.810.000 | $ 3.300 | Rp 7.197.000 | $ 3.000 |
| Treasurer | Rp 12.312.000 | $ 2.160 | Rp 4.836.384 | $ 2.016 |
| Duty Officer | Rp 6.156.000 | $ 1.080 | Rp 2.590.920 | $ 1.080 |
| TOTAL SALARY EXPENSE | Rp 64.638.000 | $ 11.340 | Rp 25.419.804 | $ 10.596 |
| | | | | |
| PHYSICAL PROJECT EXPENSE | | | | |
| Development Ar Rahmah Mosque | Rp - | $ - | Rp 10.027.820 | $ 4.180 |
| Development Nawawi Aman Mosque | Rp - | $ - | Rp 25.189.500 | $ 10.500 |
| Development As Siraj Mosque | Rp - | $ - | Rp 11.195.317 | $ 4.667 |
| Development Nurul Huda Mosque | Rp - | $ - | Rp 11.155.350 | $ 4.650 |
| Development Ummu Kholid Mosque | Rp - | $ - | Rp 7.836.717 | $ 3.267 |
| Development Ash Shohabah Mosque | Rp - | $ - | Rp 9.596.000 | $ 4.000 |
| Development Dzunnurain Mosque | Rp - | $ - | Rp 11.195.317 | $ 4.667 |
| Development Kholid bin Walid Mosque | Rp 39.900.000 | $ 7.000 | Rp - | $ - |
| Development At Taqwa Mosque | Rp 33.249.810 | $ 5.833 | Rp - | $ - |
| Development Al Wada Rouf Mosque | Rp 26.600.190 | $ 4.667 | Rp - | $ - |
| Development Al Amri Mosque (1) | Rp 26.600.190 | $ 4.667 | Rp - | $ - |
| Development Al Amri Mosque (2) | Rp 26.600.190 | $ 4.667 | Rp - | $ - |
| Development Al Bunyan Mosque and Priest House | Rp 91.200.000 | $ 16.000 | Rp - | $ - |
| Development Makkatul Mukarromah Mosque | Rp 26.600.190 | $ 4.667 | Rp - | $ - |
| Development Khodijah binti Khuwailid Mosque | Rp 26.505.000 | $ 4.650 | Rp - | $ - |
| Development Hamidah Mosque | Rp 68.400.000 | $ 12.000 | Rp - | $ - |
| Development Aisyah Mosque | Rp 38.000.190 | $ 6.667 | Rp - | $ - |
| Development Ma'mur Mosque | Rp 46.550.190 | $ 8.167 | Rp - | $ - |
| Development Al Ghomidi Mosque | Rp 38.000.190 | $ 6.667 | Rp - | $ - |
| Development Al Hamdu Mosque | Rp 46.550.190 | $ 8.167 | Rp - | $ - |
| Development Khodijah binti Khuwailid Mosque for Woman | Rp 15.040.590 | $ 2.639 | Rp - | $ - |
| Development Quro Water Well | Rp 7.599.981 | $ 1.333 | Rp - | $ - |
| TOTAL PHYSICAL PROJECT EXPENSE | Rp 557.396.901 | $ 97.789 | Rp 86.196.022 | $ 35.930 |
| | | | | |
| MAIN PROGRAMME EXPENSE | | | | |
| Youth Educational Camp | Rp 11.400.000 | $ 2.000 | Rp 10.335.612 | $ 4.308 |
| Educational Camp for woman | Rp 19.509.390 | $ 3.423 | Rp 4.078.300 | $ 1.700 |
| Arabic Language Training | Rp 11.115.000 | $ 1.950 | Rp - | $ - |
| Goodness Group | Rp 56.184.900 | $ 9.857 | Rp 20.413.859 | $ 8.509 |
| Educational Camp for 'amilin | Rp 22.800.000 | $ 4.000 | Rp 32.783.223 | $ 13.665 |
| Training Session for Teenagers | Rp 10.260.000 | $ 1.800 | Rp - | $ - |
| Assembly for Da'i | Rp 10.260.000 | $ 1.800 | Rp 8.717.966 | $ 3.634 |

1

WAMYSA067013

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**FUND ACCOUNTABILITY STATEMENT**
**For the year ended Dzhulhijjah 30, 1418 and 1417 H**

| | 1418 H | 1418 H | 1417 H | 1417 H |
|---|---|---|---|---|
| Youth Ramadhan Camp | Rp 10.260.000 | $ 1.800 | Rp - | $ - |
| Silk Screening Training | Rp 10.260.000 | $ 1.800 | Rp - | $ - |
| Qur'anic Training | Rp 11.487.780 | $ 2.015 | Rp - | $ - |
| Public Relations Training | Rp 8.356.200 | $ 1.466 | Rp 3.598.500 | $ 1.500 |
| Trainining for worker | Rp - | $ - | Rp 5.997.500 | $ 2.500 |
| TOTAL MAIN PROGRAMME EXPENSE | Rp 181.893.270 | $ 31.911 | Rp 85.924.959 | $ 35.817 |
| | | | | |
| SEASONAL PROGRAMME EXPENSE | | | | |
| Interfaith Iftar Event | Rp 30.398.100 | $ 5.333 | Rp 12.793.867 | $ 5.333 |
| TOTAL SEASONAL PROGRAMME EXPENSE | Rp 30.398.100 | $ 5.333 | Rp 12.793.867 | $ 5.333 |
| | | | | |
| OVERHEAD COST | | | | |
| Car Maintenance Expense | Rp 7.911.600 | $ 1.388 | Rp 1.962.382 | $ 818 |
| Transportation Expense | Rp 564.300 | $ 99 | Rp 1.374.627 | $ 573 |
| Consumtion Expense | Rp 1.014.600 | $ 178 | Rp 702.908 | $ 293 |
| Photocopy | Rp 381.892 | $ 67 | Rp 686.664 | $ 286 |
| Delivery Cost | Rp 992.619 | $ 174 | Rp 1.237.554 | $ 516 |
| Office Stationery Cost | Rp 1.093.541 | $ 192 | Rp 865.754 | $ 361 |
| Documentation Cost | Rp 773.631 | $ 136 | Rp 494.265 | $ 206 |
| Security | Rp 85.004 | $ 15 | Rp 149.947 | $ 63 |
| Magazines and Newspapers | Rp 577.726 | $ 101 | Rp 484.729 | $ 202 |
| Cleanliness | Rp 180.008 | $ 32 | Rp 124.956 | $ 52 |
| Kitchen Needs | Rp 981.794 | $ 172 | Rp 2.141.371 | $ 893 |
| Telecommunication | Rp 7.490.337 | $ 1.314 | Rp 6.429.436 | $ 2.680 |
| Electricity | Rp 3.840.090 | $ 674 | Rp 2.615.179 | $ 1.090 |
| Water Cost | Rp 56.953 | $ 10 | Rp 57.180 | $ 24 |
| Dringking Water | Rp 678.381 | $ 119 | | |
| Office Renovation | Rp 1.389.563 | $ 244 | Rp - | $ - |
| Air Conditioner Repair | Rp 234.011 | $ 41 | | |
| Home Furnishings | Rp 1.976.139 | $ 347 | | |
| Other | Rp 1.080.720 | $ 190 | Rp 554.805 | $ 231 |
| TOTAL OVERHEAD COST | Rp 31.302.907 | $ 5.492 | Rp 19.881.756 | $ 8.288 |
| | | | | |
| TOTAL EXPENSES | Rp 865.629.178 | $ 151.865 | Rp 230.216.408 | $ 95.963 |
| | | | | |
| EXCESS OF INCOME OVER COST INCURRED | **Rp(135.867.583)** | **$ (23.836)** | **Rp 93.060.501** | **$ 38.791** |

Exchange rate use are:
$1  = Rp5.700,00                    Average kurs fund from Wamy Indonesia Office

2

WAMYSA067014

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES TO FINANCIAL STATEMENTS**
**For the year ended Dzhulhijjah 30, 1418 and 1417 H**

---

## A. GENERAL

1. Establishment

World Assembly of Muslim Youth (WAMY) was established in 1392 H / 1972 M, is the international institution first collects and concentrates on the development of the Muslim youth, registered in the United Nations (UN) as an institution of international non-governmental (International Non Government Organisation / INGO) are independent and support the work of Islamic organizations and led in developing and nurturing community organizations.

On June 8, 2010 World Assembly of Muslim Youth (WAMY) Indonesia has signed a Memorandum of Understanding (MoU) for the second time by the Ministry of Religious Affairs in the field of development of religion in Indonesia, as a continuation of the MoU the first (signed on April 3, 2003)

The missions are:
1. Preserving the identity of young Muslims and help solve the problems in modern society.
2. Educate and train them to become active citizens of a positive and have a pioneering spirit in their countries.
3. Help organizations of Muslims around the world through training, communication and cooperation.
4. Building a relationship of dialogue, understanding and coordination among Islamic organizations, the West and the surrounding community.
5. The creation of a coordination and solidarity between youth organizations and students in carrying out its programs
6. Developing and managing the network, resources, as well as international supports to ensure the program sustainability.

2. Board of Organization

Board of Managements
Director              : Ma'mur Hasanudin
Deputy Director       : Ahmad Najiyullah
Treasurer             : Kastiri Saimin
Duty Officer          : Adni/ Nanang Kosim

3. Programs and Events

Youth empowerment programs and student of Islam has been designed to implement the Vision and Mission WAMY by various means which are considered in accordance with the demands of the times. Among the programs that have been implemented are:

3

WAMYSA067015

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES TO FINANCIAL STATEMENTS**
**For the year ended Dzhulhijjah 30, 1418 and 1417 H**

---

Main Programme :

a. Student Development Program

Preparing future leaders of youth, starting from the detection of talents and inclinations that are typically seen on the daily life and habits that are formed into the character of a caring attitude and response to the various problems that arise in the vicinity, pioneering and ability to influence people to work and produce work that is useful is a form from the leadership.

Some of the activities in this program include:
- Character Building program
- Management Training
- Workshop on Da'wah
- Training Course for Instructor
- Discussion Scientific and Cultural Organization (Research on science and culture)
- Intersection Figures
- Library Corner
- Practice Community Service "maghrib Koran"
- Self-Management Training
- Youth Supercamp

b. Empowerment Program Student Scholarship Recipient

Some of the activities in this program include:
- Formation of Student Forum
- The annual meeting
- Comparative studies and sharing experience
- Educational Camp

c. Program the Quran for All

Some of the activities in this program include:
- Competition memorizing Qur'an
- Training quickly memorize the Koran
- Quranic Camp for Huffadz

d. Program Youth

Some of the activities in this program include:
- Muslim personality formation
- Educational training for Instructor
- Youth Educational Camp
- Seminar counseling danger DRUGS
- Educational Workshop for Youth

e. Potential Development Program Preachers

Some of the activities in this program include:
- Forum silaturrahim preachers

WAMYSA067016

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES TO FINANCIAL STATEMENTS**
**For the year ended Dzhulhijjah 30, 1418 and 1417 H**

- Sharia Training
- Management Training
- Preparatory training preachers
- Entrepreneurship Training for Preachers
- Workshop contemporary problems of the ummah
- Management Training for WAMY Imam of Mosques
- Sharia Training for WAMY oof Imam Mosques
- Visits Preachers

f.  Program for Research and Training Center
Some of the activities in this program include:
- Studium General for Students
- Self-management training
- Seminar on Islamic Economics
- Spiritual Building for students
- Forum Scientific Discussion
- Halaqoh program Koran

g.  Student Empowerment Program
Some of the activities in this program include:
-Training Session for Instructor
- Educational program for Students
- Seminar Islamic World
- Student counselors
- Muslim Student Workshop

h.  House of Al-Quran Programme
Some of the activities in this program include:
- Allowances Program Participant
- Practice Community Service
- Library Corner
- Educational Training
- Self Management Training
- Comparative Study
- Quranic Camp

i.  Media Optimization
Some of the activities in this program include:
- Journalism Training
- Publication WAMY Program in Media (tagthiyat baramij an-nadwah)
- A visit to the Office of Media
- Making the Calendar
- Islamic Exhibition

5

WAMYSA067017

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES TO FINANCIAL STATEMENTS**
**For the year ended Dzhulhijjah 30, 1418 and 1417 H**

---

- Website optimization WAMY

j.  Program for Women and Children
    Some of the activities in this program include:
    - Educational Camp for Kids
    - Educational Camp for Secondary school students
    - Educational Camp for High School Students
    - Islamic Parenting for Woman
    - Educational Camp for Woman
    - Sharia Training for Woman
    - Gatherings of Muslim Organizations

Support Programme :
 a.  Benefit Orphans
 b.  Assistance Supervisor Orphans
 c.  Scholarships
 d.  Help for Preachers
 e.  Aid for Teachers
 f.  Aid for Teachers Koran
 g.  Worship Facilities Development Assistance
 h.  Clean Water Facility Development Assistance

4.  Conclution of Audit

    a.  Financial accountability reports has been prepared by the foundation based on cash accounting principle that is known as the benefits received and costs incurred incurred are recorded when it is paid off. This is broad and comprehensive principle of accounting apart from accounting principles generally recognized that is not intended to complement the general presentation of WAMY Indonesia Office in our opinion the financial statements described above are reasonable in any aspects and in terms of project benefits.

    b.  Internal control Reports
        We have gained and understand the internal control structure following the financial statements of WAMY Indonesia Office for the period from Muharram 01, 1418 H to Dzulhijjah 30, 1418 H, in our opinion, the financial accountability of the internal control structure described above is reasonable in any aspects, and in the accordance with the terms and conditions applied in the agreement and the basic accounting.

5.  Imlementation Report

    WAMY Indonesia Office has complied with all aspects of provisions employed in the agreement,

6

WAMYSA067018

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**NOTES TO FINANCIAL STATEMENTS**
**For the year ended Dzhulhijjah 30, 1418 and 1417 H**

---

the laws and regulations. In our opinion the financial statements mentioned above are reasonable in any aspects, and in accordance with the terms and conditions applied in the agrrement and the basic accounting.

## B.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

1. The Fund Accountability Statement is expressed in Indonesia Rupiah and its US Dollar equivalent.

2. The Fund Accountability Statement is prepared using the cash basis of accounting, whereby revenue is a comprehensive basis of accounting other than generally accepted accounting principles.

3. The accounting period for presentation of the financial statement is from Muharram 1, 1418 H through Dzulhijjah 30, 1418 H.

4. Cash and Equivalent
   This amount is balace of cash on hand and cash in bank as at Dzulhijjah 30, 1418 H
   Which are as follow :

   |  | 1418 H (In US Dollar) | 1417 H (In US Dollar) |
   |---|---|---|
   | - Cash | (5.774) | 18.062 |
   | **Total Cash and Equivalent** | **(5.774)** | **18.062** |

5. Componen Unit of WAMY

   The Fund accountability statement presents all transactions relating to WAMY and other Donors.

6. Revenue
   This ammount is balance of Revenue as at Dzulhijjah 30, 1418 H. Which are as follow :

   |  | 1418 H (In US Dollar) | 1417 H (In US Dollar) |
   |---|---|---|
   | - From WAMY Headquarters | 127.081 | 134.351 |
   | **Total Revenue** | **127.081** | **134.351** |

7. Other Cash Receipts & Disbursement
   This amount is balance of Other Cash Receipts Disbursements during Muharram 1, 1418 H, until Dzulhijjah 30, 1418 H. Which are follow :

   |  | 1418 H (In US Dollar) | 1417 H (In US Dollar) |
   |---|---|---|
   | - Other Income | 948 | 404 |
   | - Other Expenses | 0 | 0 |
   | **Total Other Cash Receipts & Disbursement** | **948** | **404** |

WAMYSA067019

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**INDONESIA OFFICE**
**1418 H**

**PHYSICAL PROJECT DETAIL**

| No. | Description | Dimentions | Address |
|---|---|---|---|
| | | | |
| | **Worship Facilities Development Assistance :** | | |
| 1 | Development  Kholid bin Walid Mosque | 8 x 8 m | Sawati, Cipondo, Bungur Angin, Tasik |
| 2 | Development  At Taqwa Mosque | 7 x 8 m | Terusan, Sindang, Indramayu |
| 3 | Development  Al Wada Rouf Mosque | 10 x 10 m | Cikawung Bojong…Cijunjung, Tasik |
| 4 | Development  Al Amri Mosque (1) | 7 x 6 m | tunjung, Singosari, Malang,Jawa Timur |
| 5 | Development  Al Amri Mosque (2) | 7 x 8 m | Sukajaya, Tarogong, Garut |
| 6 | Development  Al Bunyan Mosque and Priest House | 10 x 10 m, 6 x 8 m | Sukarindik Indah, Tasik |
| 7 | Development  Makkatul Mukarromah Mosque | 8 x 8 m | Karyawangi, Salopa, Tasik |
| 8 | Development  Khodijah binti Khuwailid Mosque | 6 x 8 m | Kaputihan, Salopa, Tasik |
| 9 | Development  Hamidah Mosque | 10 x 10 m | Ma'had Krapyak al Islami, Sumur Tulak, Kudus |
| 10 | Development  Aisyah Mosque | 8 x 7 m | Kalisapu, Slawi, Tegal, Jawa Tengah |
| 11 | Development  Ma'mur Mosque | 9 x 9 m | Pakuning, Sukaharayu, Tambelang, Bekasi |
| 12 | Development  Al Ghomidi Mosque | 8 x 8 m | Kp parakanpanjang, Sukamanah, Cigalontang, Tasik |
| 13 | Development  Al Hamdu Mosque | 9 x 9 m | Sindang sari, Ciburial, Leles, Garut |
| 14 | Development Khodijah binti Khuwailid Mosque for Woman | 6 x 8 m | Cidua, Kaputihan, Salopa, Tasik |
| | | | |
| | **Clean Water Facility Development Assistance :** | | |
| 15 | Development Quro Water Well | 2 | Salopa, Jawa Barat |
| | | | |

WAMYSA067020