## Haraf Public Accounting  Technology Solutions

**Permanent adress: Bakaro 1st street. www.haraf.net. email: xaraf@haraf.net**

RE: FINANCIAL REPORT REVIEW AUDIT                    August, 31, 2005

I have reviewed the financial reports of World Assembly of Muslim Youth (WAMY) Somalia office for the years of 1420 through 1423 Hijri conforming to the years 1999 through 2002 of the Gregorian year. I have been able to access all the supporting documents that are attached to the financial reports of the said years.

I hereby submit the audited financial reports of WAMY Somalia office. The attached financial reports have been prepared based on the documents supplied by WAMY Somalia to Haraf Public Accounting and Technology Solutions: here are the detailed name of the audited projects and establishments:

1. The administration office financial report.
2. Projects (Mosques and Water wells) financial report.
3. Training and Seminars financial report.
4. Occasional projects (Adahi, Iftar, Zakt Fitr and Eid clothing) financial report.

Substantive tests were performed on every single document provided and the attached reports resulted from recalculations and necessary corrections that were made during the audit activity.

Finally, the reported submitted herein are in their final corrected format based on the documents supplied by WAMY Somali office.

MANAGING DIRECTOR: *Ahmed Salat A* 8-2005

EXHIBIT

WAMY EX. 84   WAMYSA067482

**All summaries of the adminstration office financial report**

| 1420 | Office Establishment | $2,409.00 |
|---|---|---|
| | Office Rent | $354.00 |
| | Salaries | $4,200.00 |
| | Tel, internet, fax | $1,670.48 |
| | Stationery | $263.79 |
| | Travel | $1,613.00 |
| | **Sub Total** | **$10,510.27** |
| 1421 | Office Rent | $ 3,600.00 |
| | Salaries | $ 11,430.00 |
| | Tel, internet, fax | $ 1,483.48 |
| | Stationery | $ 391.93 |
| | Travel | $ 1,138.13 |
| | Water & Electricity | $ 274.50 |
| | Generators | $ 2,500.00 |
| | **Sub Total** | **$ 20,818.04** |
| 1422 | Salaries | $ 15,840.00 |
| | Office rent | $ 3,600.00 |
| | Tel, internet, fax | $ 1,636.64 |
| | Stationery | $ 554.00 |
| | Travel | $ 1,394.50 |
| | DHL | $ 440.00 |
| | Fuel | $ 555.00 |
| | Repair | $ 257.50 |
| | Electiricity | $ 363.00 |
| | Water | $ 112.00 |
| | Cleaning Equipment | $ 169.00 |
| | Public communication | $ 300.00 |
| | Remmittance charge | $ 494.40 |
| | Eid Celebration | $ 183.00 |
| | **Sub Total** | **$ 25,899.04** |
| 1423 | Hawal Charge | $ 415.00 |
| | Office Rent | $ 6,600.00 |
| | Salaries | $ 20,745.00 |
| | Tel, internet, fax | $ 2,898.82 |
| | Stationery | $ 1,776.60 |
| | Travel | $ 3,122.90 |
| | DHL | $ 800.00 |
| | Fuel | $ 699.00 |
| | Electricity | $ 472.50 |
| | General Repairs | $ 1,526.74 |
| | Water | $ 47.50 |
| | Cleaning Equipment | $ 277.00 |
| | **Sub Total** | **$ 39,381.06** |
| | **Grand Total** | **$ 96,608.41** |

WAMYSA067483

| 1420 | | |
|---|---|---|
| Office Establishment | $ | 2,409.00 |
| Office Rent | $ | 354.00 |
| Salaries | $ | 4,200.00 |
| Tel, internet, fax | $ | 1,670.48 |
| Stationery | $ | 263.79 |
| Travel | $ | 1,613.00 |
| **Grand Total** | **$** | **10,510.27** |

| Annual Rent | | |
|---|---|---|
| Midnimo Hotel | $ | 289.00 |
| Midnimo Hotel | $ | 65.00 |
| Total | $ | 354.00 |

| SALARIES | | |
|---|---|---|
| Month | Amount | |
| 12 months | $ | 4,200.00 |

| Telephone, Fax and Internet | | |
|---|---|---|
| Item | Amount | |
| Fax and phone services | $ | 500.38 |
| Fax and phone services | $ | 117.11 |
| Barakat Telecommunications | $ | 120.00 |
| Fax and phone services | $ | 776.80 |
| Barakat Telecommunications | $ | 53.00 |
| Nationlink | $ | 100.00 |
| Barakat Telecommunications | $ | 3.19 |
| Total | $ | **1,670.48** |

| Travel | | |
|---|---|---|
| Item | Amount | |
| Flight from Mogadishu to Galka | $ | 100.00 |
| Flight from Mogadishu to Galka | $ | 100.00 |
| Flight fro m Galkayo to Mogadi | $ | 105.00 |
| Flight fro m Galkayo to Mogadi | $ | 105.00 |
| To Nairobi | $ | 200.00 |
| Survey cost | $ | 900.00 |
| Taxi fare from Galkayo to Boss | $ | 65.00 |
| Galkayo Accommodation | $ | 7.50 |
| Bossaso Accommodation | $ | 12.50 |
| Bossaso Accommodation | $ | 18.00 |
| Total | $ | **1,613.00** |

WAMYSA067484

| Stationery | | |
|---|---|---|
| Item | Amount | |
| Madbacadda Soomaaliya | $ | 93.00 |
| Sundus Center | $ | 11.65 |
| Sundus Center | $ | 23.70 |
| Sundus Center | $ | 26.00 |
| Madbacadda HACHS | $ | 3.60 |
| Madbacadda HACHS | $ | 23.50 |
| Madbacadda HACHS | $ | 11.76 |
| Amal Computer Service | $ | 70.58 |
| Total | | 263.79 |

| OFFICE ESTABLISHMENT | | |
|---|---|---|
| Office furniture | $ | 309.50 |
| Office equipment | $ | 160.00 |
| Office Computer | $ | 1,615.00 |
| Voltage regulator | $ | 100.00 |
| Fax machine | $ | 220.00 |
| Cable extension | $ | 4.50 |
| Total | $ | 2,409.00 |

WAMYSA067485

| 1421 | |
|---|---|
| Office Rent | $ 3,600.00 |
| Salaries | $ 11,430.00 |
| Tel, internet, fax | $ 1,483.48 |
| Stationery | $ 391.93 |
| Travel | $ 1,138.13 |
| Water & Electricity | $ 274.50 |
| Generators | $ 2,500.00 |
| **Grand Total** | **$ 20,818.04** |

| Annual Rent | |
|---|---|
| Amount | $ 1,800.00 |
| Amount | $ 1,800.00 |
| Total | $ 3,600.00 |

| SALARIES | |
|---|---|
| Month | Amount |
| Muharram | $ 615.00 |
| Safar | $ 690.00 |
| Rabi Al Awal | $ 690.00 |
| Rabi Al Than | $ 690.00 |
| Jam Al Awal | $ 840.00 |
| Jam Al Akhr | $ 990.00 |
| Rajab | $ 990.00 |
| Sha'ban | $ 1,065.00 |
| Ramadan | $ 1,215.00 |
| Shawal | $ 1,215.00 |
| Dil Qi'dah | $ 1,215.00 |
| Dil Hijjah | $ 1,215.00 |
| **Total** | **$ 11,430.00** |

| Telephone, Fax and Internet | |
|---|---|
| Item | Amount |
| Barakaat Telecommunications | $ 70.00 |
| Barakaat Telecommunications | $ 50.00 |
| Somali Internet Company | $ 78.21 |
| Nationlink | $ 109.89 |
| Nationlink | $ 193.24 |
| Nationlink | $ 184.00 |
| Alkowsar | $ 46.72 |
| Barakaat Telecommunications | $ 10.00 |
| Telcom Somalia | $ 39.68 |
| Telcom Somalia | $ 82.15 |
| Alkowsar | $ 619.59 |
| **Total** | **$ 1,483.48** |

WAMYSA067486

| Stationery | |
|---|---|
| Item | Amount |
| Sundus Center | $ 391.93 |

| Travel | |
|---|---|
| Item | Amount |
| Berbera Accommodation | $ 50.00 |
| Bossasso Accommodation | $ 62.50 |
| Taxi Fare from Galkayo to Bossa | $ 98.00 |
| Taxi from Hargeysa to Garowe | $ 333.30 |
| Hargeysa Accommodation | $ 149.33 |
| Shirkadda Duulimmaadka SOFE | $ 100.00 |
| Daallo | $ 250.00 |
| INTERSOMAL | $ 95.00 |
| Total | $ 1,138.13 |

| Electricity | |
|---|---|
| Name | Amount |
| Elam Peace Power supply | $85.00 |
| Elam Peace Power supply | $30.00 |
| Elam Peace Power supply | $30.00 |
| Elam Peace Power supply | $57.00 |
| Elam Peace Power supply | $12.50 |
| Elam Peace Power supply | $60.00 |
| Total | $274.50 |

| Generator | |
|---|---|
| Item | Amount |
| Yanmar KU 5.5 | $ 2,500.00 |
| | $ 2,500.00 |

WAMYSA067487

| 1421 | |
|---|---|
| Salaries | $ 15,840.00 |
| Office rent | $ 3,600.00 |
| Tel, internet, fax | $ 1,636.64 |
| Stationery | $ 554.00 |
| Travel | $ 1,394.50 |
| DHL | $ 440.00 |
| Fuel | $ 555.00 |
| Repair | $ 257.50 |
| Electiricity | $ 363.00 |
| Water | $ 112.00 |
| Cleaning Equipment | $ 169.00 |
| Public communication | $ 300.00 |
| Remmittance charge | $ 494.40 |
| Eid Celebration | $ 183.00 |
| **Grand Total** | **$ 25,899.04** |

| SALARIES | |
|---|---|
| Month | Amount |
| Muharram | $ 1,320.00 |
| Safar | $ 1,320.00 |
| Rabi Al Awal | $ 1,320.00 |
| Rabi Al Than | $ 1,320.00 |
| Jam Al Awal | $ 1,320.00 |
| Jam Al Akhr | $ 1,320.00 |
| Rajab | $ 1,320.00 |
| Sha'ban | $ 1,320.00 |
| Ramadan | $ 1,320.00 |
| Shawal | $ 1,320.00 |
| Dil Qi'dah | $ 1,320.00 |
| Dil Hijjah | $ 1,320.00 |
| **Total** | **$ 15,840.00** |

| Annual Rent | |
|---|---|
| Annual Rent | $ 3,600.00 |
| **Total** | **$ 3,600.00** |

WAMYSA067488

| Telephone, Fax and Internet | |
| --- | --- |
| Item | Amount |
| Global Internet | $ 30.00 |
| Telcom Somalia | $ 134.00 |
| Telcom Somalia | $ 29.00 |
| Global Internet | $ 40.00 |
| Nationlink | $ 66.00 |
| Hormuud Telecom Somalia | $ 20.00 |
| Nationlink | $ 10.00 |
| Hormuud Telecom Somalia | $ 20.00 |
| Telcom Somalia | $ 10.00 |
| Telcom Somalia | $ 39.00 |
| Telcom Somalia | $ 46.00 |
| Global Internet | $ 44.00 |
| Telcom Somalia | $ 60.00 |
| Nationlink | $ 10.00 |
| Telcom Somalia | $ 80.00 |
| Nationlink | $ 10.00 |
| Telcom Somalia | $ 85.03 |
| Nationlink | $ 33.00 |
| Hormuud Telecom Somalia | $ 10.00 |
| Telcom Somalia | $ 28.61 |
| Telcom Somalia | $ 52.00 |
| Hormuud Telecom Somalia | $ 20.00 |
| Global Internet | $ 24.00 |
| Hormuud Telecom Somalia | $ 30.00 |
| Nationlink | $ 129.00 |
| Nationlink | $ 20.00 |
| Telcom Somalia | $ 122.00 |
| Global Internet | $ 47.00 |
| Nationlink | $ 34.00 |
| Nationlink | $ 75.00 |
| Telcom Somalia | $ 31.00 |
| Telcom Somalia | $ 70.00 |
| Hormuud Telecom Somalia | $ 20.00 |
| Anwar Travel and Toursim | $ 6.00 |
| Telcom Somalia | $ 63.00 |
| Global Internet | $ 32.00 |
| Telcom Somalia | $ 47.00 |
| Nationlink | $ 10.00 |
| Total | $ 1,636.64 |

| Stationery | |
| --- | --- |
| Item | Amount |
| Madbacadda Soomaaliya | $ 8.00 |
| Beder Electronics | $ 25.00 |
| Alharamey Bookshop | $ 170.00 |
| Carwo Altowba | $ 80.00 |
| Alimran General Trading | $ 86.00 |
| Amal computer service | $ 150.00 |
| Al Islam Stationery | $ 5.00 |
| Alharamey Bookshop | $ 30.00 |
| Total | $ 554.00 |

WAMYSA067489

| Travel | |
|---|---|
| Item | Amount |
| Daallo | $ 300.00 |
| Daallo | $ 180.00 |
| Djibouti airport | $ 14.50 |
| Survey cost | $ 900.00 |
| Total | $ 1,394.50 |

| DHL | |
|---|---|
| Item | Amount |
| DHL | $ 80.00 |
| DHL | $ 50.00 |
| DHL | $ 80.00 |
| DHL | $ 80.00 |
| DHL | $ 100.00 |
| DHL | $ 50.00 |
| Total | $ 440.00 |

| Fuel | |
|---|---|
| item | Amount |
| Faiza Derow Ishaq | $ 130.00 |
| Faiza Derow Ishaq | $ 95.00 |
| Faiza Derow Ishaq | $ 60.00 |
| Faiza Derow Ishaq | $ 80.00 |
| Faiza Derow Ishaq | $ 90.00 |
| Faiza Derow Ishaq | $ 100.00 |
| Total | $ 555.00 |

| Repair | |
|---|---|
| Item | Amount |
| Sabriye Electric | $ 172.00 |
| Muno Balastic | $ 73.00 |
| Mahadaay Electronic | $ 12.50 |
| Total | $ 257.50 |

| Electricity | |
|---|---|
| Name | Amount |
| Hotel Sahafi | $47.00 |
| Hotel Sahafi | $74.00 |
| Hotel Sahafi | $74.00 |
| Hotel Sahafi | $74.00 |
| Hotel Sahafi | $94.00 |
| Total | $363.00 |

WAMYSA067490

| Water expenses | | |
|---|---|---|
| African Village Water well | $ | 57.00 |
| African Village Water well | $ | 55.00 |
| Total | $ | 112.00 |

| Public communication | | |
|---|---|---|
| Item | Amount | |
| Loudspeaker | $ | 300.00 |

| Cleaning Equipment | | |
|---|---|---|
| Item | Amount | |
| Broom | $ | 20.00 |
| Flash | $ | 15.00 |
| Plastic Pucket | $ | 24.00 |
| Detergent | $ | 20.00 |
| Sulfuric Acid | $ | 30.00 |
| Towel | $ | 10.00 |
| Thermous | $ | 30.00 |
| Clorox | $ | 20.00 |
| Total | $ | 169.00 |

| Eid Celebration | | |
|---|---|---|
| Item | Amount | |
| Eid Celebration | $ | 183.00 |

WAMYSA067491

| 1423 Expenses | |
|---|---|
| Hawal Charge | $ 415.00 |
| Office Rent | $ 6,600.00 |
| Salaries | $ 20,745.00 |
| Tel, internet, fax | $ 2,898.82 |
| Stationery | $ 1,776.60 |
| Travel | $ 3,122.90 |
| DHL | $ 800.00 |
| Fuel | $ 699.00 |
| Electricity | $ 472.50 |
| General Repairs | $ 1,526.74 |
| Water | $ 47.50 |
| Cleaning Equipment | $ 277.00 |
| **Grand Total** | **$ 39,381.06** |

| Annual Rent | |
|---|---|
| Amount | $ 6,600.00 |
| **Total** | **$ 6,600.00** |

| SALARIES | |
|---|---|
| Month | Amount |
| Muharram | $ 1,670.00 |
| Safar | $ 1,670.00 |
| Rabi Al Awal | $ 1,670.00 |
| Rabi Al Than | $ 1,475.00 |
| Jam Al Awal | $ 1,835.00 |
| Jam Al Akhr | $ 1,775.00 |
| Rajab | $ 1,775.00 |
| Sha'ban | $ 1,775.00 |
| Ramadan | $ 1,775.00 |
| Shawal | $ 1,775.00 |
| Dil Qi'dah | $ 1,775.00 |
| Dil Hijjah | $ 1,775.00 |
| **Total** | **$ 20,745.00** |

WAMYSA067492

| Communications | |
|---|---|
| **Telephone, Fax and Internet** | |
| Item | Amount |
| Global Internet | $ 50.00 |
| Telsom Somalia | $ 94.00 |
| Telcom Somalia | $ 48.00 |
| Nationlink | $ 68.82 |
| Hormuud Telecom | $ 49.00 |
| Nationlink | $ 10.00 |
| Global Internet | $ 48.00 |
| Telcom Somalia | $ 23.00 |
| Nationlink | $ 99.00 |
| Hormuud Telecom | $ 110.00 |
| Global Internet | $ 53.00 |
| Global Internet | $ 80.00 |
| Telcom Somalia | $ 49.00 |
| Telcom Somalia | $ 244.00 |
| Nationlink | $ 102.00 |
| Nationlink | $ 212.00 |
| Nationlink | $ 105.00 |
| Global Internet | $ 36.00 |
| Telcom Somalia | $ 10.00 |
| Telcom Somalia | $ 46.00 |
| Hormuud Telecom | $ 40.00 |
| Hormuud Telecom | $ 25.00 |
| Nationlink | $ 156.00 |
| Nationlink | $ 133.00 |
| Telcom Somalia | $ 20.00 |
| Facsimile | $ 137.00 |
| Telcom Somalia | $ 73.00 |
| Nationlink | $ 102.00 |
| Nationlink | $ 35.00 |
| Banadir Internet | $ 67.00 |
| Telcom Somalia | $ 10.00 |
| Nationlink | $ 54.00 |
| Nationlink | $ 33.00 |
| Telcom Somalia | $ 54.00 |
| Telcom Somalia | $ 53.00 |
| Nationlink | $ 63.00 |
| Banadir Internet | $ 32.00 |
| Telcom Somalia | $ 50.00 |
| Nationlink | $ 96.00 |
| Nationlink | $ 39.00 |
| Banadir Internet | $ 90.00 |
| Total | $ 2,898.82 |

WAMYSA067493

| Stationery | |
|---|---|
| Item | Amount |
| Alislam stationery | $ 5.00 |
| Cartridge toner | $ 27.00 |
| Al Harameyn Stationery | $ 37.00 |
| Cartridge toner | $ 27.60 |
| Gulf trading | $ 13.50 |
| Albaxar Bookshop | $ 173.00 |
| Sundus Center | $ 18.00 |
| Alislam stationery | $ 1.00 |
| Al Harameyn Stationery | $ 12.00 |
| Amal Computer Service | $ 150.00 |
| Al Harameyn Stationery | $ 32.00 |
| Al Imran General Trading | $ 82.00 |
| Cartridge toner | $ 26.00 |
| Certificate printing | $ 150.00 |
| Cartridge toner | $ 25.00 |
| Cartridge toner | $ 26.00 |
| Zam Zam stationery | $ 8.00 |
| Cartridge toner | $ 26.00 |
| Fax Panasonic | $ 155.00 |
| Photostat service | $ 3.00 |
| Al Harameyn Stationery | $ 17.00 |
| Arwo Al Towba | $ 80.00 |
| Zam Zam stationery | $ 4.00 |
| Fax Machine | $ 170.00 |
| Alislam stationery | $ 4.00 |
| Printing service | $ 25.00 |
| Photostat service | $ 15.00 |
| Desk Mate | $ 4.00 |
| Sundus Center | $ 7.00 |
| Zam Zam stationery | $ 18.00 |
| Amal Computer Service | $ 56.00 |
| Farook International Stationery | $ 100.00 |
| Al Harameyn Stationery | $ 13.00 |
| Beder Electronics | $ 28.00 |
| Cartridge toner | $ 28.00 |
| Al Harameyn Stationery | $ 4.00 |
| Alislam stationery | $ 1.00 |
| Wadaad Stationery | $ 1.50 |
| Alislam stationery | $ 1.00 |
| Beder Electronics | $ 25.00 |
| Beder Electronics | $ 25.00 |
| Al Harameyn Stationery | $ 2.50 |
| Beder Electronics | $ 25.00 |
| Beder Electronics | $ 25.00 |
| Beder Electronics | $ 8.00 |
| Alislam stationery | $ 4.50 |
| Al Harameyn Stationery | $ 8.00 |
| Al Harameyn Stationery | $ 4.50 |
| Sahafi Photo Studio | $ 4.50 |
| Al Harameyn Stationery | $ 3.00 |
| Beder Electronics | $ 32.00 |
| Saalim Stationery | $ 14.00 |

WAMYSA067494

| Item | Amount |
|------|--------|
| Alislam stationery | $ 5.00 |
| Al Harameyn Stationery | $ 5.00 |
| Al Harameyn Stationery | $ 4.00 |
| Printing service | $ 8.00 |
| **Total** | **$ 1,776.60** |

| Travel | |
|------|--------|
| Item | Amount |
| Samad Guesthouse | $ 52.00 |
| Cargo | $ 40.00 |
| Cisaley Airport | $ 20.00 |
| Samad Guesthouse | $ 26.70 |
| Dubai Hotel | $ 14.70 |
| Cisaley Airport | $ 10.00 |
| Cargo | $ 20.00 |
| Flaming o | $ 50.00 |
| Barwaka Lodge | $ 12.00 |
| Jamal Barow Travel | $ 500.00 |
| Jamal Barow Travel | $ 450.00 |
| Jamal Barow Travel | $ 250.00 |
| Taxi fare | $ 10.00 |
| Taxi fare | $ 10.00 |
| Taxi fare | $ 10.00 |
| Taxi fare | $ 10.00 |
| Taxi fare | $ 10.00 |
| Nairobi Accommodation | $ 18.75 |
| Nairobi Accommodation | $ 25.00 |
| Nairobi Accommodation | $ 18.75 |
| Kenyan Immigration | $ 50.00 |
| Kenyan Immigration | $ 100.00 |
| Flight from Mogadishu to Nairob | $ 200.00 |
| Aviation assistance | $ 20.00 |
| Djibouti Entry Visa | $ 28.00 |
| Djibouti Entry Visa | $ 28.00 |
| Djibouti Entry Visa | $ 16.00 |
| Djibouti Entry Visa | $ 28.00 |
| Djibouti Lodging | $ 108.00 |
| Staying visa | $ 34.00 |
| Daallo Ticket | $ 610.00 |
| Panorama Hotel | $ 46.00 |
| Huruse Hotel Bossaso | $ 24.00 |
| Hargeysa Hotel | $ 28.00 |
| Daallo Ticket | $ 245.00 |
| **Total** | **$ 3,122.90** |

WAMYSA067495

| Mail | |
|---|---|
| Item | Amount |
| DHL | $ 80.00 |
| DHL | $ 110.00 |
| DHL | $ 40.00 |
| DHL | $ 100.00 |
| DHL | $ 60.00 |
| DHL | $ 40.00 |
| DHL | $ 40.00 |
| DHL | $ 40.00 |
| DHL | $ 40.00 |
| DHL | $ 40.00 |
| DHL | $ 40.00 |
| DHL | $ 40.00 |
| DHL | $ 40.00 |
| DHL | $ 40.00 |
| DHL | $ 50.00 |
| Total | $ 800.00 |

| Fuel | |
|---|---|
| Item | Amount |
| Gas for cars | $ 120.00 |
| Gas for cars | $ 124.00 |
| Fuel for Generator | $ 90.00 |
| For cars and Generator | $ 60.00 |
| For cars and Generator | $ 80.00 |
| For cars and Generator | $ 130.00 |
| For cars and Generator | $ 95.00 |
| Total | $ 699.00 |

| Repair and Maintenance | |
|---|---|
| Item | Amount |
| Oil filter | $ 8.00 |
| Body work | $ 13.00 |
| Dynamo | $ 28.94 |
| Dashboard | $ 9.00 |
| Body work | $ 44.00 |
| Routine Check up | $ 48.00 |
| Engine Repair | $ 106.00 |
| Battery | $ 33.50 |
| Parts | $ 98.00 |
| Plugs | $ 7.30 |
| Parts | $ 9.00 |
| tyres | $ 27.00 |
| Battery | $ 40.00 |

WAMYSA067496

| | | |
|---|---|---:|
| Wind Shield | $ | 40.00 |
| Office curtain | $ | 32.00 |
| Office Plumbing repair | $ | 42.00 |
| Office power repair | $ | 109.75 |
| Office electric extensions | $ | 25.50 |
| Cabling | $ | 172.00 |
| Wire | $ | 13.00 |
| Phone cable | $ | 5.00 |
| Wire | $ | 7.00 |
| Computer parts | $ | 267.00 |
| Computer parts | $ | 30.00 |
| Plumbing supplies | $ | 73.00 |
| Wire | $ | 10.00 |
| Electric supplies | $ | 190.55 |
| Lamp parts | $ | 23.00 |
| Conduit | $ | 15.20 |
| Total | $ | 1,526.74 |

| Electricity | |
|---|---|
| Name | Amount |
| Hotel Sahafi | $47.00 |
| Rowda Electronics | $11.50 |
| Sh Ali Sufi Power | $15.00 |
| Sh Ali Sufi Power | $25.00 |
| Sh Ali Sufi Power | $53.00 |
| Sh Ali Sufi Power | $14.00 |
| Sh Ali Sufi Power | $15.00 |
| Sh Ali Sufi Power | $15.00 |
| Sabriye Electric Shop | $7.00 |
| Tawakal Power | $20.00 |
| Water Supply | $6.00 |
| Tawakal Power | $20.00 |
| Tawakal Power | $20.00 |
| Sh Ali Sufi Power | $14.00 |
| Sh Ali Sufi Power | $14.00 |
| Sh Ali Sufi Power | $3.00 |
| Sh Ali Sufi Power | $9.00 |
| Sh Ali Sufi Power | $20.00 |
| Sh Ali Sufi Power | $18.00 |
| Sh Ali Sufi Power | $9.00 |
| Sh Ali Sufi Power | $9.00 |
| Sh Ali Sufi Power | $17.50 |
| Sh Ali Sufi Power | $17.50 |
| Sahan Electricity | $63.00 |
| Ubah Electric | $5.00 |
| Ubah Electric | $5.00 |
| Total | $472.50 |

WAMYSA067497

| Water | |
|---|---|
| Serial # | Amount |
| Salaad Ali Halane shop | $9.50 |
| African Village Water Well | $1.50 |
| African Village Water Well | $4.00 |
| African Village Water Well | $11.00 |
| African Village Water Well | $9.00 |
| African Village Water Well | $12.50 |
| Total | $47.50 |

| Cleaning Supplies | |
|---|---|
| | Amount |
| | $68.00 |
| | $74.00 |
| | $85.00 |
| | $50.00 |
| Total | $277.00 |

WAMYSA067498

| MOSQUE PROJECTS | | |
|---|---|---|
| Name | Location | Amount |
| Masjid Azahrany | Hiran | $ 9,588.00 |
| Masjid Fatmat Azahra | Hiran | $ 14,035.00 |
| Masjid Layla | Mogadishu | $ 10,510.00 |
| Masjid Naqle | Mogadishu | $ 10,380.00 |
| Masjid Birulwalideyn | Hiran | $ 10,204.00 |
| Total | | $ 54,717.00 |

| WATER WELL PROJECTS | | |
|---|---|---|
| Name | Location | Amount |
| Bi'r Al Aziziya | Hodan | $ 3,508.00 |
| Bi'r Al Akha | Buulo Mareer | $ 3,470.00 |
| Bi'r Al Akhawat | Afgoye | $ 3,470.00 |
| Bi'runadwa | Beletweyn | $ 2,960.00 |
| Bi'r Shufayri wa B'r Abuzayd | El Jale | $ 5,816.00 |
| Total | | $ 19,224.00 |

| Grand total | | 73,941.00 |
|---|---|---|

WAMYSA067499

| DHIIN WEYNE HIIRAAN | |
|---|---|
| Masjid Azahrany | |
| Firs intallment | $ 3,760.00 |
| Second Installment | $ 3,760.00 |
| Final installment | $ 1,880.00 |
| Remittance | $ 188.00 |
| Total | $ 9,588.00 |

| Hodan | |
|---|---|
| Bi'r Al Aziziya | |
| Firs intallment | $ 1,600.00 |
| Second Installment | $ 1,600.00 |
| Steel Board | $ 60.00 |
| Photo and Multimedia | $ 60.00 |
| Supervision transport | $ 100.00 |
| Publishing footage | $ 18.00 |
| Remittance | $ 70.00 |
| Total | $ 3,508.00 |

| Buulo Mareer | |
|---|---|
| Bi'r Al Akha | |
| Firs intallment | $ 1,600.00 |
| Second Installment | $ 1,600.00 |
| Steel Board | $ 100.00 |
| Publishing footage | $ 100.00 |
| Remittance | $ 70.00 |
| Total | $ 3,470.00 |

| Afgoye(Mareerey) | |
|---|---|
| Bi'r Al Akha | |
| Firs intallment | $ 1,400.00 |
| Second Installment | $ 1,400.00 |
| Steel Board | $ 100.00 |
| Publishing footage | $ 100.00 |
| Supervision and transport | $ 400.00 |
| Remittance | $ 70.00 |
| Total | $ 3,470.00 |

WAMYSA067500

| Abuureey | |
|---|---|
| **Masjid Fatmat Azahra** | |
| Firs intallment | $ 6,500.00 |
| Second Installment | $ 6,500.00 |
| Steel board | $ 100.00 |
| Publishing footage | $ 150.00 |
| Supervisor transport | $ 500.00 |
| Remittance | $ 285.00 |
| Total | $14,035.00 |

| Mogadishu | |
|---|---|
| **Masjid Layal Xasan Jamaal** | |
| Firs intallment | $ 4,000.00 |
| Second Installment | $ 4,000.00 |
| Final installment | $ 2,000.00 |
| Steel board | $ 100.00 |
| Publishing footage | $ 100.00 |
| Supervisor transport | $ 100.00 |
| Remittance | $ 210.00 |
| Total | $10,510.00 |

| Mogadishu | |
|---|---|
| **Masjid Layla Axmed Nagele** | |
| Firs intallment | $ 3,760.00 |
| Second Installment | $ 3,760.00 |
| Final installment | $ 1,880.00 |
| Steel board | $ 120.00 |
| Cameraman | $ 70.00 |
| Publishing footage | $ 30.00 |
| Supervisor transport | $ 550.00 |
| Remittance | $ 210.00 |
| Total | $10,380.00 |

| Beletweyn | |
|---|---|
| **Masid Birrulwalideyn** | |
| Firs intallment | $ 4,000.00 |
| Second Installment | $ 4,000.00 |
| Final installment | $ 2,000.00 |
| Steel board | |
| Cameraman | |
| Publishing footage | |
| Supervisor transport | |
| Remittance | $ 204.00 |
| Total | $10,204.00 |

WAMYSA067501

| Beletweyn | |
|---|---|
| Birunadwa | |
| Firs intallment | $ 1,300.00 |
| Second Installment | $ 1,300.00 |
| Steel Board | |
| Publishing footage | $ 100.00 |
| Supervision and transport | $ 200.00 |
| Remittance | $ 60.00 |
| Total | $ 2,960.00 |

| El Jale | |
|---|---|
| Bi'r Abu Zayd | |
| Firs intallment | $ 2,600.00 |
| Second Installment | $ 2,600.00 |
| Final installment | $ 160.00 |
| Cameraman | $ 100.00 |
| Publishing footage | |
| Supervision and transport | $ 240.00 |
| Remittance | $ 116.00 |
| Total | $ 5,816.00 |

WAMYSA067502

| 1421 | Location | Amount |
|---|---|---|
| Seminars for students in tertiary education | Mogadishu | $ 3,940.96 |
| Sharia seminars for sisters | Mogadishu | $ 3,404.00 |
| Seminars for students in secondary schools | Mogadishu | $ 3,744.46 |
| Sharia seminars for teachers | Baidoa | $ 6,298.00 |
| Sharia seminars for imams and preachers | Jilib | $ 6,054.00 |
| Total | | $ 23,441.41 |

| 1422 | Location | Amount |
|---|---|---|
| Seminars for preachers | Hargeysa | $ 3,869.00 |
| Sharia seminars for teachers | Mogadishu | $ 3,968.00 |
| Seminars for students in tertiary education | Borama | $ 2,949.00 |
| Seminars for students in secondary schools | Mogadishu | $ 3,964.00 |
| Sharia seminars for sisters | Mogadishu | $ 3,668.00 |
| Sharia seminars for teachers | Bossaso | $ 4,000.00 |
| Total | | $ 22,418.00 |

| 1423 | Location | Amount |
|---|---|---|
| Sharia seminar for teachers | Hargeysa | $ 3,998.00 |
| Seminars for students in secondary schools | Mogadishu | $ 6,099.00 |
| Seminar for Somali MPs | Mogadishu | $ 5,912.50 |
| Seminars for students in tertiary education | Mogadishu | $ 2,635.00 |
| Seminar for female teachers | Mogadishu | $ 4,103.00 |
| Medical convoy | Buulo Mareer | $ 5,023.00 |
| Total | | $ 17,673.50 |

| **Grand Total** | | **$ 63,532.91** |
|---|---|---|

WAMYSA067503

Mogadishu

**1421**

| seminar for Students of tertiary education | |
|---|---|
| Picnic operational costs | $ 3,430.00 |
| Photographs | $ 162.50 |
| Stationery | $ 242.00 |
| Remittanc charge | $ 106.46 |
| **Total** | **$ 3,940.96** |

Baidoa

1421

| Sharia Seminars for Teachers | |
|---|---|
| Full accommodations | $ 4,350.00 |
| Transport | $ 727.00 |
| Facilitator compensations | $ 750.00 |
| Publishing footage | $ 91.00 |
| Cameraman | $ 120.00 |
| Banners | $ 40.00 |
| Stationery | $ 220.00 |
| **Total** | **$ 6,298.00** |

Jilib

1421

| Sharia Seminars for Imams and Preachers | |
|---|---|
| Full accommodations | $ 4,200.00 |
| Transport | $ 300.00 |
| Facilitator compensations | $ 600.00 |
| Venue and  sanitation | $ 320.00 |
| Opening and closing ceremony | $ 200.00 |
| Publishing footage | $ 104.00 |
| Cameraman | $ 120.00 |
| Banners | $ 30.00 |
| Stationery | $ 180.00 |
| **Total** | **$ 6,054.00** |

| | |
|---|---|
| Picnic operational costs | $ 3,220.00 |
| Banners | $ 30.00 |
| Photographs | $ 90.00 |
| Stationery | $ 220.00 |
| Publishing of footages | $ 78.00 |
| Remittanc charge | $ 106.46 |
| **Total** | **$ 3,744.46** |

WAMYSA067504

Hargeysa

**1422**

| Seminars  Preachers | |
|---|---:|
| Full accommodations | $ 3,600.00 |
| Publishing footage | $ 65.00 |
| Cameraman | $ 80.00 |
| Banners | $ 40.00 |
| Remittance | $ 84.00 |
| **Total** | **$ 3,869.00** |

Mogadishu

**1422**

| Sharia Seminars for Teachers | |
|---|---:|
| Facilitator compensations | $ 900.00 |
| Full accommodations | $ 1,800.00 |
| Event managers | $ 300.00 |
| Stationery | $ 200.00 |
| Celebration | $ 200.00 |
| Fuel | $ 100.00 |
| Transport | $ 150.00 |
| Publishing footage | $ 32.00 |
| Venue preparation | $ 150.00 |
| Cameraman | $ 40.00 |
| Banners | $ 16.00 |
| Remittance | $ 80.00 |
| **Total** | **$ 3,968.00** |
| Remittanc charge | $ 60.00 |
| **Total** | **$ 60.00** |

Borama

**1422**

| seminar for Students of tertiary education | |
|---|---:|
| Full accommodation | $ 2,700.00 |
| Photographs | $ 80.00 |
| Banners | $ 40.00 |
| Publishing footage | $ 65.00 |
| Remittanc charge | $ 64.00 |
| **Total** | **$ 2,949.00** |

Bossaso

**1422**

| Sharia Seminars for Teachers | |
|---|---:|
| Participants costs | $ 2,700.00 |
| Facilitators | $ 1,080.00 |
| Administration cost | $ 220.00 |
| **Total** | **$ 4,000.00** |

WAMYSA067505

Mogadishu

### 1422

| Sharia Seminars for sisters | |
|---|---|
| Full accommodations opening and closing cer | $ 3,500.00 |
| Cameraman | $ 40.00 |
| Banners | $ 16.00 |
| Publishing footage | $ 32.00 |
| Remittance charge | $ 80.00 |
| **Total** | **$ 3,668.00** |

Mogadishu

### 1422

| seminar for Students of secondary education | |
|---|---|
| Full accommodation | $ 3,000.00 |
| Regurak costs; taxi and venue | $ 220.00 |
| Photographs | $ 80.00 |
| Banners | $ 40.00 |
| Publishing of footages | $ 65.00 |
| Remittanc charge | $ 499.00 |
| **Total** | **$ 3,904.00** |

WAMYSA067506

Hargeysa

### 1423

| Sharia Seminars for Teachers | |
|---|---|
| General seminar costs | $3,500.00 |
| Travel cost for the manager | $ 160.00 |
| Accommodation for the manager | $ 114.00 |
| Communications (Banners, photography, publishing footage_ | $ 120.00 |
| Remittance | $ 104.00 |
| **Total** | **$3,998.00** |

Mogadishu

### 1423

| seminar for Students of secondary education | |
|---|---|
| Full accommodation | $1,342.00 |
| Facilitator compensation | $ 400.00 |
| Stationery | $ 280.00 |
| Communications | $ 264.00 |
| Taxi fare | $ 119.00 |
| Prizes distributed | $ 360.00 |
| Opening and closing ceremonies | $ 275.00 |
| Remittance | $ 78.00 |
| **Total** | **$3,118.00** |

### 1423

| seminar for Students of secondary education | |
|---|---|
| Full accommodation | $1,700.00 |
| Facilitator compensation | $ 200.00 |
| Cameraman | $ 75.00 |
| Stationery | $ 240.00 |
| Transport | $ 112.00 |
| Prizes distributed | $ 278.00 |
| Opening and closing ceremonies | $ 210.00 |
| Banners | $ 32.00 |
| Publishing footages | $ 56.00 |
| Remittanc charge | $ 78.00 |
| **Total** | **$2,981.00** |

### 1423

| Seminar of Somali MPS | |
|---|---|
| Seminar costs | $5,500.00 |
| Printing of certificates | $ 262.00 |
| Remittance | $ 150.50 |
| **Total** | **$5,912.50** |

WAMYSA067507

**1423**

| Mogadishu University Students' Picnic | |
|---|---|
| Seminar costs | 2190 |
| Prizes distributed | 367 |
| Remittance | 78 |
| **Total** | **$2,635.00** |

**1423**

| Seminar for women teachers | |
|---|---|
| Seminar costs | $3,430.00 |
| Prizes distributed | $  325.00 |
| Stationery | $  268.00 |
| Remittance | $   80.00 |
| | **$4,103.00** |

**1423**

| Medical convoy | |
|---|---|
| Cost of medicine | $2,621.00 |
| Doctors' compensation | $1,125.00 |
| Nurses's compensation | $  450.00 |
| Taxi fare | $  440.00 |
| Security costs | $  168.00 |
| Banners | $   45.00 |
| Cameraman | $   50.00 |
| Publishing footage | $   24.00 |
| Remittance | $  100.00 |
| **Total** | **$5,023.00** |

WAMYSA067508

| Summary | | |
|---|---|---|
| Year | Total | |
| 1420 | $ | 42,615.00 |
| 1421 | $ | 29,104.00 |
| 1422 | $ | 66,480.00 |
| 1423 | $ | 29,177.25 |
| **Total** | **$** | **167,376.25** |

WAMYSA067509

| 1420 SUMMARY | | |
| --- | --- | --- |
| UDHIYA | $ | 26,000.00 |
| IFTAR | $ | 10,290.00 |
| ZAKAT AL FITR | $ | 3,851.00 |
| EID CLOTHES | $ | 2,474.00 |
| **TOTAL** | **$** | **42,615.00** |

| UDHIYA | | |
| --- | --- | --- |
| Cattle | $ | 9,000.00 |
| Camel | $ | 1,800.00 |
| Goats | $ | 7,080.00 |
| Guards, Distributors and Supervisors | $ | 1,476.00 |
| Banners | $ | 255.00 |
| Photo and Videos | $ | 477.00 |
| DHL | $ | 252.00 |
| Special cost for Bossaso | $ | 4,880.00 |
| Remittance Charge | $ | 780.00 |
| **Total** | **$** | **26,000.00** |

| IFTAR | | |
| --- | --- | --- |
| Bossaso | $ | 2,352.00 |
| Kismayo | $ | 420.00 |
| Merca | $ | 420.00 |
| IDP housed  in the military academy | $ | 1,260.00 |
| Huda Center | $ | 1,680.00 |
| Iftin Center | $ | 1,680.00 |
| Hamar Weyne | $ | 560.00 |
| Masjid Al Ashraf | $ | 560.00 |
| Extras for Bossaso services | $ | 148.00 |
| Extras for Kismayo services | $ | 80.00 |
| Quran Contest prizes | $ | 100.00 |
| Kitchen supervisors compensation | $ | 250.00 |
| Banners | $ | 120.00 |
| Publishing footage | $ | 300.00 |
| Taxi fare | $ | 280.00 |
| DHL | $ | 80.00 |
| Total | $ | 10,290.00 |

WAMYSA067510

| ZAKAT AL FITR | | |
|---|---|---|
| Maize | $ | 3,675.00 |
| Security | $ | 15.00 |
| Transport | $ | 50.00 |
| Camera Man | $ | 45.00 |
| Publish footage | $ | 36.00 |
| Banners | $ | 30.00 |
| Total | $ | 3,851.00 |

| EID CLOTHING | | |
|---|---|---|
| Cllothing for 1900 kids | $ | 2,400.00 |
| Banners | $ | 20.00 |
| Paper notices | $ | 5.00 |
| cameraman | $ | 15.00 |
| Publishing footage | $ | 24.00 |
| Taxi fare | $ | 10.00 |
| Total | $ | 2,474.00 |

WAMYSA067511

| 1421 SUMMARY | | |
| --- | --- | --- |
| UDHIYA | $ | 15,782.00 |
| IFTAR | $ | 8,145.00 |
| ZAKAT AL FITR | $ | 2,612.00 |
| EID CLOTHES | $ | 2,565.00 |
| **TOTAL** | **$** | **29,104.00** |

### 1421

| Zakat Fitr | | |
| --- | --- | --- |
| Rice | $ | 2,409.00 |
| Publishing footages | $ | 65.00 |
| Cameramen | $ | 45.00 |
| Banners | $ | 40.00 |
| Remittance | $ | 53.00 |
| Total | **$** | **2,612.00** |

### 1421

| UDHIYA | | |
| --- | --- | --- |
| Cattle and goats | $ | 8,250.00 |
| Services | $ | 815.00 |
| Banners | $ | 100.00 |
| Photo and Videos | $ | 376.00 |
| Remittance Charge | $ | 347.00 |
| Bossaso | $ | 5,894.00 |
| **Total** | **$** | **15,782.00** |

### 1421

| Eid clothing | | |
| --- | --- | --- |
| Clothes distributed | $ | 2,400.00 |
| Banners | $ | 40.00 |
| Publishing footage | $ | 52.00 |
| Cemeraman | $ | 20.00 |
| Remittance | $ | 53.00 |
| Total | **$** | **2,565.00** |

### 1421

| IFTAR | | |
| --- | --- | --- |
| Bossaso | $ | 4,000.00 |
| Dry food distribution | $ | 2,608.00 |
| Merca iftar center | $ | 1,200.00 |
| Banners | $ | 80.00 |
| Publishing footages | $ | 52.00 |
| Cameraman | $ | 45.00 |
| Remittance | $ | 160.00 |
| Total | **$** | **8,145.00** |

WAMYSA067512

| 1422 SUMMARY | | |
|---|---|---|
| UDHIYA | $ | 53,474.00 |
| IFTAR | $ | 11,140.00 |
| ZAKAT AL FITR | $ | 1,866.00 |
| **TOTAL** | **$** | **66,480.00** |

1422

| UDHIYA | | |
|---|---|---|
| Cattle and goats | $ | 34,488.00 |
| Services | $ | 3,432.00 |
| **Total** | **$** | **37,920.00** |

1422

| SPECIAL UDHIYA | | |
|---|---|---|
| Imam nawawi school | $ | 6,000.00 |
| Orphan families | $ | 1,470.00 |
| For the specially poor | $ | 7,764.00 |
| Remittance | $ | 320.00 |
| **Total** | **$** | **15,554.00** |

1422

| IFTAR | | |
|---|---|---|
| Bossaso | $ | 3,200.00 |
| Dry food distribution | $ | 3,570.00 |
| Merca iftar center | $ | 800.00 |
| Hamar Weyne | $ | 400.00 |
| Waberi | $ | 1,600.00 |
| Masjid Al Ashraf | $ | 200.00 |
| Madrasah Al Bushraa | $ | 200.00 |
| Services | $ | 946.00 |
| Remittance | $ | 224.00 |
| Total | **$** | **11,140.00** |

1422

| Zakat Fitr | | |
|---|---|---|
| Rice | $ | 1,652.00 |
| Transport and distribution | $ | 150.00 |
| Remittance | $ | 64.00 |
| Total | **$** | **1,866.00** |

WAMYSA067513

| 1423 SUMMARY | |
|---|---|
| UDHIYA | $ 21,747.75 |
| IFTAR | $ 5,578.00 |
| ZAKAT AL FITR | $ 1,851.50 |
| **TOTAL** | **$ 29,177.25** |

### 1423

| ZAKAT AL FITR | |
|---|---|
| Rice | $ 1,755.00 |
| Services | $ 96.50 |
| Total | $ 1,851.50 |

### 1423

| IFTAR | |
|---|---|
| Bossaso | $ 1,500.00 |
| Dry food distributions | $ 3,125.00 |
| Hamar weyne iftar | $ 390.00 |
| Hamr weyne iftar with purchased meal | $ 150.00 |
| Banners | $ 75.00 |
| Publishing footage | $ 48.00 |
| Cameraman | $ 100.00 |
| Distribution cost | $ 80.00 |
| Transport cost | $ 60.00 |
| Security cost | $ 50.00 |
| Total | $ 5,578.00 |

### 1423

| UDHIYA | |
|---|---|
| Towfiq district goats distributions | $ 4,800.00 |
| Slaughtering cost | $ 180.00 |
| Bags for distribution | $ 125.00 |
| Banners | $ 15.00 |
| Publishing footage | $ 8.00 |
| Cameraman | $ 30.00 |
| Remittance | $ 106.00 |
| | **$ 5,264.00** |

WAMYSA067514

**1423**

| SPCIAL UDHIYA | | |
|---|---:|---:|
| Imam Nawawi school | $ | 5,800.00 |
| Sponsored Orphan families | $ | 2,400.00 |
| Poverty stricken | $ | 7,150.00 |
| Slaughter cost | $ | 168.75 |
| Distributor cost | $ | 80.00 |
| Distribution bags | $ | 250.00 |
| Banners | $ | 165.00 |
| Publishing footage | $ | 80.00 |
| Cameraman | $ | 70.00 |
| Remittance | $ | 320.00 |
| | **$ 16,483.75** | |

WAMYSA067515