# 2021 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 03883618
Filing Number: 2101292858917
Filing Date/Time: 01/29/2021 01:21 PM
Effective Date/Time: 01/29/2021 01:21 PM

1. CORPORATION NAME:

   WAMY International, Inc.

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  OFFCR

   ANWAR HAJJAJ
   4124 BENNET DR
   ANNANDALE, VA 22003-0000

DUE DATE:  **02/28/21**

SCC ID NO.:  **0388361-8**

5. TOTAL NUMBER OF AUTHORIZED SHARES:

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   059-FAIRFAX COUNTY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-Virginia

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  4124 BENNETT DR | ADDRESS: |
| CITY/ST/ZIP  ANNANDALE, VA 22003-0000 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

0002347

| Mark appropriate box unless area below is blank: <br> ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: <br> ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  ANWAR  HAJJAJ | NAME: |
| TITLE:  DIR | TITLE: |
| ADDRESS:  P O BOX 1463 | ADDRESS: |
| CITY/ST/ZIP:  FALLS CHURCH, VA 22041-0000 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_Anwar Hajjaj_ (signature) | _Anwar Hajjaj, Director_ | _1-25-2021_
SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

EXHIBIT
WAMY EX. 85

EXHIBIT
913
J. Winer
7/13/2021