July 22, 2021
EXHIBIT
Marks
**964**

09/06/97   09:33   WAMY Riyadh             0966 1 4641710    072260240         002

In the name of Allah, the Gracious, the Merciful

**World Assembly of Muslim Youth**                                    [Duplicate Text]

[Logo of WAMY]

[Duplicate Text]
Office of the Assistant Secretary General              No. 804
                                                       Date: 04/02/1418 AH (June 11, 1997 AD)

His Excellency Dr. Saad bin Saeed Al Hamidi, may Allah bless him
General Supervisor of the World Assembly's Office in Abha
May the peace, mercy, and blessings of Allah be upon you.
I ask Allah the almighty that you are doing well.

The Computer Section studies "*linking the General Secretariat's headquarters to the branches in the Kingdom*" through:

1. Developing the local networks at each branch (or at least providing independent modem-connected computers) to use them in the connection work between the General Secretariat and the branches;
2. Unifying the programs and apps used in the computer to make use of the programs and systems which were developed at the General Secretariat's headquarters. All of them work on the local network in Riyadh, some work together in an integrated way, and some work independently but serve more than one user. These programs were designed according to the need of the General Secretariat's sections, but they can be developed to meet the needs of others.
   Unifying the programs has may benefits such as:
   1. Saving the effort of the branches to create computer programs;
   2. Unifying the work approach;
   3. Obtaining unified reports;
   4. Developing the systems in a way suitable for everyone, making ideas integral and strong; and
   5. Transferring the files in their (electronic) format, facilitating the processing and data collection such as the (Activities and Achievement Program). To achieve this, a local network is required to each branch or modem-connected computer and a direct phone line should be provided.
3. Establishing a center for archiving electronic documents at the central level of the General Secretariat in Riyadh and at each branch.
   This system aims at archiving and storing the documents received by the World Assembly on the computer for easy retrieval and circulation among the sections.
   More than one archive could be made, such as:
   - Media Archive: magazines, newspapers;
   - Archive for the international organizations, associations, and agencies;
   - Archive for the correspondence received by the World Assembly; and
   - Archive for personnel affairs, and so on.

This is made by the scanner and then stored in a storage device and linked to a database including information related to the archive for easy search and later retrieval in more than one way.

Thus, local archives related to each branch could be made and a central archive at the General Secretariat could be utilized.

M/Al Astal 36/18                                          Email: wamy@kacst.edu.sa

P.O. Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jalawi St.
Sulaimaniya – Saudi Arabia
Tel. (01) 4655431/4624615/4828975
4641669/4641683 – Cable: ISLAMIYAH RIYADH
Tlx: 400413/405220 ISLAMI SJ, Fax: (01) 4641710

WAMYSA082520



EXHIBIT
WAMY EX. 86

09/06/97        09:34  WAMY Riyadh        0966 1 4641710  072260240        003

In the name of Allah, the Gracious, the Merciful

**World Assembly of Muslim Youth**                                          [Duplicate Text]



[*Logo of WAMY*]

[Duplicate Text]
  Office of the Assistant Secretary General                               No. ----
                                                                          Date: ----

… by communicating remotely through the World Assembly's branches.

Achieving this requires a local network, scanner, CD drive, and remote network connection devices.

4. There is another program – with the previous program – to track the correspondence procedures through the offices using the computer without need to using paper documents.

For example, the Agency receives correspondence by mail or fax. Correspondence is registered in the general incoming on the computer. The document is scanned and sent by the computer to the officer concerned for review. The officer concerned can, in turn, add notes and instructions to the document and then transfer it to another person and so on until such correspondence is processed through the computer. This is a very solid and developed method that saves the correspondence and facilitates and regulates the work performance among the offices.

Achieving this requires a local network, scanner, and big CD drive.

5. Using the modem in sending and receiving the administrative information and files through the phone line between the General Secretariat's headquarters and the branches. This requires a modem, a direct phone line, and subscription at a medium company to transfer (the data) through the phone.

6. Using emails for correspondence either inside the Kingdom or abroad.

This requires a modem, a phone line, and subscription at a medium company or utilizing the services of the King Abdulaziz City for Science and Technology which offers free subscription.

Therefore, please provide us with your suggestions on this project, noting that it will be discussed in the coordination meeting.

May Allah the almighty bless you.

May the peace, mercy, and blessings of Allah be upon you.

| |
|---|
| SEAL |
| World Assembly of Muslim Youth |
| Southern Region Office |
| Incoming No. ---- |
| Date: ---- |

[SEAL: *World Assembly of Muslim Youth – WAMY - General Secretariat*]

Assistant Secretary General for Planning at the World Assembly of Muslim Youth
[*Handwriting Signature*]
Dr. Hamid bin Khalil Al Shayji

[*Handwriting*]
-    Record;
-    To be sent to brother [*Illegible*] at the Bin Hassousa Center for Computer – Very Urgent
[*Handwritten Signature – 04/02/1418 AH (August 7, 1997 AD)*]

M/Al Astal 36/19                                          Email: wamy@kacst.edu.sa

P.O. Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jalawi St.
Sulaimaniya – Saudi Arabia
Tel. (01) 4655431/4624615/4828975
4641669/4641683 – Cable: ISLAMIYAH RIYADH         [Duplicate Text]
Tlx: 400413/405220 ISLAMI SJ, Fax: (01) 4641710

WAMYSA082521



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

الرقم ........... ٨٠٤

التاريخ ............ ٩٦/هـ/٥/٢٤/ق.م

سعادة الأخ الفاضل/ د. سعد بن سعيد الحميدي
المشرف العام لمكتب الندوة في أبها

حفظه الله

السلام عليكم ورحمة الله وبركاته ..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد

يقوم قسم الحاسب الآلي بدراسة « ربط مقر الأمانة العامة بالفروع داخل المملكة » وذلك من خلال :

١- تطوير الشبكات المحلية بكل فرع (أو على الأقل توفير أجهزة حاسب آلي مستقلة ومزودة بجهاز موديم) لاستخدامها في أعمال الربط بين الأمانة والفروع.

٢- توحيد البرامج والتطبيقات المستخدمة بالحاسب الآلي للإستفادة من البرامج والأنظمة التي تم تطويرها في مقر الأمانة العامة وكلها تعمل على الشبكة المحلية في الرياض ، بعضها يعمل بشكل متكامل معاً ، وبعضها يعمل بشكل مستقل ولكن يخدم أكثر من مستعمل . وقد تم تصميم هذه البرامج حسب احتياج أقسام الأمانة العامة ولكن يمكن تطويرها لتلبي رغبات الآخرين .

وتوحيد البرامج له عدة فوائد منها :

١- توفير الجهد على الفروع لإنشاء برامج حاسب آلي .

٢- توحيد منهج العمل .

٣- الحصول على تقارير موحدة .

٤- تطوير الأنظمة بشكل يتلائم مع الجميع يؤدي إلى تكامل الأفكار وقوتها .

٥- نقل الملفات بهيئتها [الإلكترونية] مما يسهل عملية المعالجة وتجميع البيانات مثل (برنامج المناشط والإنجازات) . ولتحقيق ذلك يستلزم وجود شبكة محلية لكل فرع أو جهاز حاسب آلي مزود بموديم ، وتوفير خط هاتف مباشر .

٣- انشاء مركز لحفظ الوثائق الإلكتروني على المستوى المركزي بالأمانة العامة بالرياض وكل فرع .

يهدف هذا النظام إلى حفظ الوثائق التي ترد إلى الندوة على الحاسب الآلي وتخزينها ، لسهولة استرجاعها ، وتداولها بين الأقسام .

ويمكن عمل أكثر من أرشيف على سبيل المثال :

– ارشيف الإعلام ـ مجلات ـ صحف

– ارشيف المنظمات والجمعيات والهيئات الدولية .

– أرشيف المعاملات الواردة للندوة .

– أرشيف شؤون الموظفين ..... وهكذا .

وهذا يتم بمسح الوثائق عن طريق الماسح الضوئي [ اسكانر ] ثم يخزن في وسط تخزين ويربط بقاعدة بيانات تخزن بها معلومات تخص الأرشيف لسهولة البحث والاسترجاع فيما بعد بأكثر من طريقة .

وبهذا يمكن عمل ارشيفات محلية تخص كل فرع وارشيف مركزي بالأمانة العامة يمكن الإستفادة من

م/الأسطل ٣٦/١٨

E-Mail : WAMY@KACST.EDU.SA

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jalawi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx.: 400413 / 405220 ISLAMI SJ, Fax.. (01) 4641710

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف : ٤٦٢٨٩٧٥ / ٤٦٢٤٦١٥ / ٤٦٥٥٤٣١ (٠١)
٤٦٤١٦٦٩ / ٤٦٤١٦٦٣ (٠١) ـ برقيا : إسلامية الرياض
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي اس جي ، فاكس : ٤٦٤١٧١٠ (٠١)

WAMYSA083520



**World Assembly of Muslim Youth**            الندوة العالمية للشباب الاسلامي

الرقـم ............................                    مكتب الأمين العام المساعد

التاريخ ............................                    *Office of the Assistant Secretary General*

بالإتصال عن بعد بواسطة فروع الندوة .

وتحقيق ذلك يحتاج إلى وجود شبكة محلية ، جهاز ماسح ضوئي ، وسط تخزين اقراص مدمجة وأجهزة ربط الشبكات عن بعد .

٤- يوجد مع البرنامج السابق ـ برنامج آخر لتتبع إجراءات المعاملات خلال المكاتب بواسطة الحاسب الآلي دون الحاجة إلى استخدام المستندات الورقية .

وعلى سبيل المثال : تصل إلى الهيئة المعاملات من خلال البريد أو الفاكس ، تسجل في الوارد العام بالحاسب الآلي وتسحب الوثيقة بالناسخ الضوئي وترسل من خلال الحاسب الآلي إلى المختص للعرض ، والذي بدوره يمكن أن يضع عليها ملاحظات وتعليمات ، ومن ثم يقوم بتحويلها إلى شخص آخر ، وهكذا حتى يتم الإجراء على هذه المعاملة من خلال الحاسب الآلي ، وهذا أسلوب قوي ومتطور جداً ، يحفظ المعاملة ويسهل ويضبط أداء العمل بين المكاتب .

ولتحقيق ذلك يحتاج الأمر إلى وجود شبكة محلية ـ وجهاز ماسح ضوئي ووسط تخزين كبير صندوق الاقراص المدمجة .

٥- استخدام الموديم في إرسال واستقبال المعلومات الإدارية والملفات من خلال خط الهاتف بين مقر الأمانة والفروع ويستلزم الأمر إلى وجود موديم ، وخط هاتف مباشر والاشتراك في شركة الوسيط لنقل (البيانات) من خلال الهاتف .

٦- استخدام خاصية البريد الألكتروني للمراسلات سواء المراسلات داخل المملكة أو خارجها .

ويستلزم هذا الأمر إلى وجود موديم وخط هاتف والإشتراك في شركة الوسيط أو الإستفادة من خدمات مدينة الملك عبدالعزيز التقنية فيمكن الإشتراك بها مجاناً .

لذا يرجى تكرمكم بتزويدنا بمقترحاتكم حول هذا المشروع . مع العلم أنه سوف تجرى مناقشته في الإجتماع التنسيقي .

والله تعالى يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته ،،،،

الأمين العام المساعد للتخطيط
للندوة العالمية للشباب الإسلامي

د. حميد بن خليل الشايجي



الندوة العالمية للشباب الإسلامي
مكتب المنطقة الجنوبية

رقم الوارد : _____
التاريخ : _____

E-Mail : WAMY@KACST.EDU.SA                    م/الأسطل ١٩/٣٦

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelawi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx.: 400413 / 405220 ISLAMI SJ, Fax.: (01) 4641710

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ٤٦٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥
٤٦٤١٦٦٩ / ٤٦٤١٦٦٣ ـ برقياً إسلامية الرياض
تلكس : ٤٠٠٤١٣ / ٤٠٥٢٢٠ إسلامي اس جي ، فاكس ، ٤٦٤١٧١٠ (٠١)

WAMYSA082521



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210125_S6P

**Language**: Arabic

**Document title**: WAMYSA082520 and WAMYSA082521

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: _Farah Alshekhli_____

**Qualifications**: _BA in Translation and Interpretation Studies, 14 years of experience, Certified in Medical Terminology_____

**Signed**: _Farah Alshekhli_____
Farah Alshekhli (Jan 29, 2021 11:06 CST)          **Date**: _Jan 29, 2021_____