This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST ATTACKS    : 03-MDL-1570
ON SEPTEMBER 11, 2001       : (GBD)(SN)

- - -

JULY 22, 2021
THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

- - -

Remote Videotaped Deposition, taken via Zoom, of JONATHAN MARKS, commencing at 9:00 a.m., on the above date, before Amanda Maslynsky-Miller, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

EXHIBIT

WAMY EX. 87

This Transcript Contains Confidential Material

in the invoices for you reviewing

documents was 14 hours, correct?

MR. GOETZ:  Objection.

Form.

THE WITNESS:  We went

through this.  Yes, that's what it

says on the time sheets.  Yes.

BY MR. CARTER:

Q.    Do you know how many

documents you personally actually

reviewed --

A.    I don't.

Q.    -- prior to the issuance of

your report?

A.    I don't.

Q.    Well, did you review tens of

thousands of documents or fewer?

A.    We reviewed -- we reviewed a

lot of documents.  I don't know the exact

amount.

Q.    I'm not asking whether we,

"we" meaning Baker Tilly, reviewed.

I'm asking whether you

reviewed tens of thousands of documents?

This Transcript Contains Confidential Material

cite, did you review documents that
established that the verification process
contemplated by the contract was actually
followed?

A.    I'm sorry, repeat that
question.

Q.    Did you review documents
with regard to the Georgia refugee
project confirming that the verification
process contemplated by the contract was
actually followed?

A.    I don't know whether the
contract was actually followed, but we
did review the project reports.

Q.    As an auditor, do you agree
that you can't opine as to an
organization's protocols and compliance
with them for a period encompassing ten
years and dozens of offices on the basis
of a single contract?

A.    I don't understand the
question.

Q.    Well, the fact that there is
a contract including these requirements

This Transcript Contains Confidential Material

in the case of the Georgia program in

2000 doesn't establish that it was a

uniform procedure applied throughout the

entire time period and by all of WAMY's

offices, does it?

          A.    No.  But you can't look at

this -- there are other -- there were

other areas that we looked at to indicate

that there were controls around this.

          Q.    Well, you don't cite here

any protocol issued by the headquarters

requiring the existence of a contract and

that kind of verification process,

correct?

          A.    Well, they didn't say that.

But, you know, from an overall project --

you know, the project financing controls

that they had in place, that was the

control.

          Q.    Well, so you reviewed

certain projects and saw evidence of this

kind of procedure being implemented,

correct?

          A.    That's right.

This Transcript Contains Confidential Material

Q.    But you didn't review all of the projects that WAMY conducted during the time period, correct?

A.    Correct.  Which you wouldn't do in an audit, anyway.

Q.    Okay.  That's fine.

But do you know what percentage of the refugee projects you reviewed?

A.    No.

Q.    Well, what percentage would be satisfactory for you to establish an opinion as to the overall controls for WAMY as an organization?

A.    It really wouldn't be by percentage.

Q.    Well, isn't it fair to say that all you've offered in your report is a few anecdotal examples of this having been done?

MR. GOETZ:  Objection. Form.

THE WITNESS:  No.  I think what I offered in my report is the

This Transcript Contains Confidential Material

fact that I've laid out evidence that showed -- or I laid out -- I laid out my opinions that show I reviewed hard evidence and that that evidence is supportive of a control environment, and a control environment that has certain processes and procedures in place in order to make sure that funding, when it was actually issued, was spent for those particular projects.  That's the project-based financing.  That is an absolute control.

And so when it comes to doing an audit, an audit would definitely consider that, but it doesn't consider everything.

BY MR. CARTER:

Q.   Well, you agree that for purposes of the control that you cite here, all you've offered in the report is a citation to the single contract for Georgia?

This Transcript Contains Confidential Material

MR. GOETZ:  Objection.

Form.

THE WITNESS:  Should I

answer?

I saw a pattern of evidence,

I saw evidence, we reviewed

evidence, report through various

things, that are indicative of an

organization that strives to have

controls.

The structure and behavior

that WAMY put in place are

indicative of a control-based

group and not a group that ran

without control over its local

branches.

So, you know, it's not one

particular thing, Mr. Carter.

It's a variety of different things

that basically make up control.

BY MR. CARTER:

Q.    Okay.  But you say, WAMY

strived to achieve for best practices

when it demanded that its local offices

This Transcript Contains Confidential Material

verification.  It has been verified by us only to be -- okay.  Yes.

And your question was, Mr. Carter?

Q.    So to the extent that the office made expenditures in Afghanistan during this period, it was not subject to independent audit and, therefore, it was verified by the approval of the regional director, correct?

A.    That's what it says.  And that's typical in an audit.  You know, audits do place reliance on the integrity of management, you know, based on other factors that come into play.

So if they didn't feel comfortable with what -- if they didn't feel comfortable with senior leadership or management, they would not have laid out the report this way.  They wouldn't have given them an unqualified opinion.

Q.    And just so I understand, turning to 18589 of this same document --

A.    Yes.

This Transcript Contains Confidential Material

Q.    -- am I understanding correctly that emergency relief in Afghanistan comprised about nine and a half million rupees and about half of the total expenditures for the office?

MR. GOETZ:  Objection to form.

THE WITNESS:  Bear with me while I review the documents.

MR. GOETZ:  Sean, your question was half of total expenditures for the office?

MR. CARTER:  Yes.  Half of the expenditures, yep.

THE WITNESS:  Specific project expenditures or total expenditures?

MR. CARTER:  The total expenditures.

BY MR. CARTER:

Q.    I'm sorry.  It's a little less, I apologize.

About a third, correct?

MR. GOETZ:  Objection.

This Transcript Contains Confidential Material

Form.

THE WITNESS:  Yes.

BY MR. CARTER:

Q.    And, again, just so I'm understanding, there are salary and benefit entries under both administration and health, and taken together those total in the range of about 4.8 million rupees, correct?

A.    It's two separate years.

Q.    Well, there's a salary section under administration and then another one under health.

A.    Right.  So which year are you referring to?

Q.    I'm in 1423.

A.    So 1,964,498 and 2,822,426?

Q.    Correct.

And so the emergency relief in Afghanistan and salary categories approach about 15 million rupees, correct?

A.    I'm not following where you are.  I'm sorry.  I see the line, but I

This Transcript Contains Confidential Material

am not following you, that's all.

Q.   I'm just saying the -- if you combine the amounts listed for administration salaries, health salaries and emergency relief in Afghanistan, those three line items together approach about 15 million rupees?

MR. GOETZ:  Objection. Form.

THE WITNESS:  Okay.

BY MR. CARTER:

Q.   And that would represent a bit more than half of the total expenditures for the office for the year, correct?

A.   Total expenditures being?

Q.   Everything listed in Categories 11 through 13.

A.   Well, 3 -- 3 and 5, 8; 27 million.

Q.   And about 15 would be a little more than half of 27, right?

A.   That's correct.

Q.   And that approximate 15 fell

This Transcript Contains Confidential Material

within the exceptions at Subheading C and H that we just discussed, right?

A.    Fell within the exception -- what are you referring to?

Q.    The exceptions in the beginning of the report relating to expenditures for salaries and allowances and the expenditures incurred inside Afghanistan.

A.    Right.

Q.    If we can turn to the --

A.    I'm just wondering if there was a question there.

Q.    No, you answered my question.

The --

A.    Wait a second.  Wait. You're telling me that they add up to that.  But for what particular reason? Just because they add up to that number and they're a percentage of that, what does that mean with regards to this particular audit?

Q.    I just asked you the

This Transcript Contains Confidential Material

question to make sure I understood the document, and you've answered my question.

MR. CARTER: If we can mark as the next exhibit the documents relating to Bangladesh.

THE WITNESS: Wait. Can we go back to the prior one for a second?

MR. CARTER: Mr. Marks, if there's something your counsel wants to address at some point, that's fine. But I don't have a question pending. You answered my question.

BY MR. CARTER:

Q.    So if we can go ahead and --

A.    I don't know why you would add those up and say what you said. There's no context behind it. And I'm just trying to figure that out.

Q.    That's fine. But you answered the question and provided the explanation I needed. And so I'm going

This Transcript Contains Confidential Material

to move on.

A.    Yeah, but let me explain, though.

If you're trying to imply the fact that they had management represent certain things, I don't know. And, like I said, I don't have their audit programs and their audit procedures as to what procedures they performed.

So in an audit you would perform alternate procedures in order to get comfortable.  They may not have been able to confirm, so they had certain representations that were given to them by management.

But I'm certain that based on the quality of these audits that were done and appear to be complete -- you know, complete audits, that there were some type of alternate procedures performed.

But to make a statement that we're just relying on management's representation that covers that amount of

This Transcript Contains Confidential Material

either.

Q. Returning to your report.

On Page 16, there's a statement that, In 1999 they continued these accounting control improvements with more technology, hiring and training.

Do you see that?

A. As discussed -- okay. I found it.

In 1999 they continued these accounting controls. Yes, I see that.

Q. There's no citation for that statement.

What is it based on?

A. I believe they are recommendations by the auditors.

Q. Do you know where those are?

A. Not specifically as of right now, no.

Q. And on Page 17, you again refer to the 1997 document at 82521 and you say, Increased accounting controls began as early as 1997 when the WAMY

This Transcript Contains Confidential Material

secretary general declared that WAMY would be centralizing its IT systems.

MR. CARTER:  And if we can put that exhibit back up.  It was at 964.

THE WITNESS:  Yep.

BY MR. CARTER:

Q.    Where within this document does it indicate that the WAMY secretary general declared that WAMY would be centralizing its IT systems?

A.    Well, part of it is -- give me one second to review, please.

Q.    Sure.

MR. GOETZ:  Sean, I know there's a question pending, but can we take a break after this question?

MR. CARTER:  Sure.

MR. GOETZ:  Just a five-minute break.

THE WITNESS:  I don't know -- I don't know that there's direct language in here that says

This Transcript Contains Confidential Material

that, but it certainly implies it.

BY MR. CARTER:

Q.    How does it imply that there was a directive issued by the secretary general of WAMY?

A.    Well, it talks about unifying the systems and linking them all together, establishing a set of archive and electronic documents at the center level of the general secretary and at each branch.

Mr. Carter, that's my opinion based on my read of the document, the context --

Q.    But it doesn't refer to the general secretary issuing any directive, correct?

A.    We had conversations about this with my team.  I don't recall exactly what we were talking about.

But I think customarily when this is done in this way, it's considered to be a directive.

Q.    But we discussed this