In the name of God, the Merciful, the Compassionate

85
A



**WAMY**

*A member of the*
*UN NGO's*

مكتب أوروبا الغربية

**WAMY**

*Western Europe Office*
46 GOODGE STREET
LONDON, W1P 1FJ
UNITED KINGDOM

*Head Office*
P. O. Box 10845
Riyadh 11443
Saudi Arabia
Tel: +9 66 1 4641669
Fax: +9 66 1 4641710
E-mail: wamy@kacst.edu.sa

*Offices around*
*the world*

*Nigeria*
*Sudan*
*Malaysia*
*Russia*
*New Zealand*
*Bangladesh*
*Senegal*
*Argentina*
*Indonesia*
*Bulgaria*
*USA*
*UK*

*In the service of the*
*youth since 1973*
CONFIDEN

Ref: 99-148
Date: 28 Dhu'lqa'dah 1419 Corresponding to 1999-03-16 AD

Ref:
Date:

Mr. Abdul Raouf Al-Najjar
May God preserve and protect him
Director of Al-Amal Islamic School in Paris, France

Assalamu alaikum, God's mercy and blessings
We ask God Almighty to deliver this letter to you in the best way that our Lord loves and is pleased with.
With reference to your request for assistance in supporting the School of Hope, we are enclosing a check in the amount of £750 to cover part of the ongoing expenses.
We pray to God to bless this noble work and help you to develop it to the best.
We kindly request that you send us a letter acknowledging receipt of the amount and a detailed photo report on how the money was disbursed.

May Allah protect you and guide you to goodness.
May God's peace, mercy and blessings be upon you,

Executive Director of the Assembly's Western Europe Office
Your brother / Noureddine Al-Miladi

[signature]

Tel: +44 (0) 171 636 7010 • Fax: +44 (0) 171 636 7080 • E-mail: wamy@wamy.co.uk • Web Site: http://www.wamy.co.u

CONFIDENTIAL



EXHIBIT

WAMY EX. 88

WAMYSA176925

بسم الله الرحمن الرحيم

(85)

A

**WAMY**

*A member of the UN NGO's*

مكتب أوروبا الغربية

**WAMY**

*Western Europe Office*
46 GOODGE STREET
LONDON, W1P 1FJ
UNITED KINGDOM

*Head Office*
P. O. Box 10845
Riyadh 11443
Saudi Arabia
Tel: +9 66 1 4641669
Fax: +9 66 1 4641710
E-mail: wamy@kacst.edu.sa

*Offices around
the world*

Nigeria

Sudan

Malaysia

Russia

New Zealand

Bangladesh

Senegal

Argentina

Indonesia

Bulgaria

USA

UK

*In the service of the
youth since 1973*

Ref:

Date:

المرجع: 148-99

التاريخ: 28 ذو القعدة 1419 الموافق 16-03- 1999م

حضرة الأخ الفاضل عبد الرؤوف النجار                    حفظه الله تعالى ورعاه

مدير مدرسة الأمل الإسلاميّة بباريس– فرنسا

السّلام عليكم ورحمة الله تعالى وبركاته وبعد،

نسأل الله تعالى أن يصلكم خطابنا هذا وأنتم على أحسن ما يحبّ ربّنا ويرضى .

بالإشارة إلى طلب المساعدة الذي تقدّمتم به بخصوص دعم مدرسة الأمل، فإنّنا نرفق لكم

شيكا بمبلغ 750 جنيه استرليني لتغطية جزء من المصاريف الجارية .

ندعو الله أن يبارك في هذا العمل النبيل وأن يوفقكم إلى تطويره إلى ما هو أفضل .

كما نرجو منكم التكرّم بإرسال خطاب باستلام المبلغ وتقرير مفصل بالصور عن كيفية صرفه .

وفّقكم الله ورعاكم وسدّد على الخير خطاكم .

والسّلام عليكم ورحمة الله وبركاته .

المدير التنفيذي لمكتب الندوة بأوروبا الغربية

أخوكم/ نور الدين الميلادي

CONFIDENTIAL

WAMYSA176925

Tel: +44 (0) 171 636 7010 • Fax: +44 (0) 171 636 7080 • E-mail: wamy@wamy.co.uk • Web Site: http://www.wamy.co.u

Case 1:03-md-01570-GBD-SN   Document 11997-88   Filed 04/16/26   Page 3 of 4

WAMYSA176926

**International Money Order**

**BARCLAYS BANK**

20-32-56

Serial No. 150 0050 212 614

Pay to _CENTRE EDUCATIF ESPOIR_

Date 1 8 0 3 9 9
D D M M Y Y

Pounds Sterling

Amount _SEVEN HUNDRED AND FIFTY POUNDS STERLING ONLY_

GBP £ 750 ____ CO

Sender _WAMY EUROPE_

Sold by _190 TOTTENHAM COURT ROAD 20-10-53_

Payable at: Barclays Bank PLC, 1 Wimborne Road, Poole, Dorset BH15 2BB, England.

Not to exceed maximum shown
1000

For Barclays Bank PLC   CHAIRMAN

"150009" 20"3256: 50212614"

CONFIDENTIAL

 **NOVA**Languages

**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA176828-WAMYSA176950 (from 176925)**

Sworn to before me this
22 day of MARCH of 2026

_____
Translation Manager

_____
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
☆
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY

 **ata MEMBER**
American Translators Association

 **BBB ACCREDITED BUSINESS**

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling