

الـنـدوة الـعـالمـيـة للشـبـاب الإسـلامـي

## World Assembly of Muslim Youth



مكتب منطقــة مكة المكرمـــة
**Office of Makkah Region**

التـاريخ : ٢٢ شعبان ١٤٢١
الـرقــم : ٢٠٢٠

22 Shaaban 1421

No. 2020

Circular

Dear Directors of the Jeddah Office, may God protect you

Peace be upon you, God's mercy and blessings

I hope you are doing well, as our Lord likes and desires. In light of recent observations that some departments have been collecting funds from donors, and given the resulting disruption to operations due to difficulties in submitting reports and communicating with donors, and in order to ensure that work proceeds smoothly in accordance with the principle of specialization, I hereby direct that the following be done:

- No administration collects any funds from donors.
- The collection of funds is the exclusive responsibility of the Public Relations Division, the Centers and Finance Division, and the Office of the Assistant Secretary-General.

May God reward you with good...

Assistant Secretary-General, Prof. Abdulwahab Nur Wali
[signature]
[seal]

- Copy to the Monitoring and Implementation Department

المـلكـة العـربيـة السـعـوديـة – جـدة – هــاتف ٦٦٠٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فــاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جــدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
CONFIDENTIAL       E-mail : wamy_jed@yahoo.com & wamyjed@ogertel.com       WAMYSA529024

CONFIDENTIAL

**EXHIBIT**
**WAMY EX. 89**

WAMYSA529024





# World Assembly of Muslim Youth

**الـنـدوة الـعـالـمـيـة لـلـشـبـاب الإسـلامـي**

مكتب منطقـة مكة المكرمـة
**Office of Makkah Region**

التـاريخ : ٢٢ شعبان ١٤٢١
٢٠٢٠

الـرقـم : .......................

الأخوة الأفاضل مدراء الإدارات بمكتب جدة                حفظهم الله

السلام عليكم ورحمة الله وبركاته.

آمل أن تكونوا على خير ما يحب الله ويرضى ، وبعد :

نظراً لما لوحظ مؤخراً من تحصيل بعض الإدارات لمبالغ مالية من المتبرعين وما يسببه ذلك من ربكة في العمل بسبب صعوبة توصيل التقارير والتواصل مع المتبرع ولحرصنا علـــى انسـيـاب العمل وفقاً لمبدأ التخصص . فإنني أُوجه العمل بالآتي :

□ عدم تحصيل أي إدارة لمبالغ مالية من المتبرعين .

□ عملية تحصيل الأموال اختصاص أصيل بقسم العلاقات وقسم المراكز . و المـا لـيه ~
   و تحت اشراف ادارة ال كك .

وجزاكم الله خيراً ،،،



الأمين العام المساعد

أ.د عبد الوهاب نور ولي

– صورة لإدارة المتابعة والتفعيل

المملكـة العـربيـة السـعوديـة – جـدة – هـاتف ٦٦٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فـاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جـدة ٢١٤٩٢
Kingdom of Saudi Arabia – Jeddah – Tel. (02) 6653300 / 6601878 Fax 6602645 – P. O. Box 8856 Jeddah 21492
E-mail : wamy_jed@yahoo.com & wamyjed@ogertel.com

CONFIDENTIAL                                                                    WAMYSA529024

 **NOVA**Languages

**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)       §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA529024 - May 2000 Noorwali statement**

Sworn to before me this

26 day of ___March___ of 2026




Translation Manager

Notary

 MEMBER
American Translators Association

ACCREDITED BUSINESS
BBB

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling