الـنـدوة الـعـالـمـيـة للـشـبـاب الإسـلامي
**World Assembly of Muslim Youth**

مكتب منطقـة مكة المكرمـة
Office of Makkah Region

التـاريخ : ١٩ ربيع الأول ١٤٢١
الـرقـم : ٠٥١٧

Date: 16 Rabih Awwal 1421

Number: 0517

Circular

Dear Brothers and Sisters,

1. Department heads at the Assembly Office in Jeddah.

2. Supervisors of the regional offices (Mecca, Yanbu, Taif)

Peace be upon you, God's mercy and blessings

We would like to inform you that one of the most important policies of the Assembly at this time is striving to develop employees' potential and improve their on-the-job performance.

We are therefore enclosing a list of the courses that the National Commercial Bank will be offering in this regard. We kindly ask that you fill out the attached form to register your candidates for these courses.

We hope you will provide us with the requested information no later than Tuesday morning, March 25, 1421 AH, so that we may coordinate with the bank regarding this matter.

With our sincere appreciation and respect,

May God's peace, mercy and blessings be upon you,

Nabil Salem Bajbir, Director of Human Resources
[signature]
[seal]

Circular - National Commercial Bank Courses

المملكة العربية السعودية – جـدة – هـاتـف ١٨٧٨ ٦٦٠ / ٦٦٠٣٣٠٠ (٠٢) – فـاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جـدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
E-mail : wamy_JED@yahoo.com & wamyjed@ogertel.com

CONFIDENTIAL   WAMYSA528993

CONFIDENTIAL

EXHIBIT
WAMY EX. 90

WAMYSA528993

| The session | Duration in days | Venue | Start Date | End Date | Management |
|---|---|---|---|---|---|
| The new employee performance evaluation system | 1 | Abha | May 15 | May 15 | |
| The new employee performance evaluation system | 1 | Jeddah | May 15 | May 15 | |
| The new employee performance evaluation system | 1 | City | May 15 | May 15 | |
| The Assembly on Combating Fraud and Money Laundering | 1 | Riyadh | May 15 | May 15 | Individuals |
| The new employee performance evaluation system | 1 | Abha | May 16 | May 16 | |
| The new employee performance evaluation system | 1 | City | May 16 | May 16 | |
| Distinguished Service / Medal | 2 | Abha | May 16 | May 16 | Individuals, Islamic |
| The Assembly on Combating Fraud and Money Laundering | 1 | Dammam | May 16 | May 16 | Individuals |
| Detection of Forgery and Counterfeiting | 2 | Riyadh | May 17 | May 18 | Individuals |
| Distinguished Service / Medal | 2 | City | May 17 | May 17 | Individuals |
| Detection of Forgery and Counterfeiting | 2 | Jeddah | May 20 | May 21 | Individuals, Islamic |
| Writing and Communication Skills | 3 | Jeddah | May 20 | May 22 | Operations |
| The Art of Selling Islamic Banking Services | 2 | Jeddah | May 20 | May 21 | Expansion Project |
| Communication Skills | 2 | Riyadh | May 20 | May 21 | Individuals, Islamic |
| Marketing Basics | 2 | Riyadh | May 22 | May 23 | Individuals, Islamic |
| Detection of Forgery and Counterfeiting | 2 | Abha | May 23 | May 24 | Individuals, Islamic |
| Technical Skills for Bank Tellers | 2 | Dammam | May 23 | May 24 | Individuals |
| Supervisory Skills | 2 | City | June 03 | June 04 | Individuals |
| Communication Skills | 2 | Abha | June 03 | June 04 | Individuals |
| Communication Skills | 2 | City | June 03 | June 03 | Individuals |
| Community Projects | 2 | Jeddah | June 04 | June 04 | Operations |
| The Assembly on Combating Fraud and Money Laundering | 1 | Abha | June 05 | June 05 | Individuals |
| Personal Loans | 1 | Taif | June 06 | June 06 | Individuals |
| The Assembly on Combating Fraud and Money Laundering | 1 | Taif | June 07 | June 07 | Individuals |
| Time Management | 2 | Jeddah | June 10 | June 11 | Individuals |
| Community Projects | 2 | Riyadh | June 10 | June 11 | Operations |
| Writing and Communication Skills | 3 | Dammam | June 10 | June 12 | Operations |
| Communication Skills | 2 | Dammam | June 10 | June 11 | Individuals |
| Time Management | 2 | Jeddah | June 13 | June 14 | Islamic |
| Cross-Selling | 2 | Jeddah | June 13 | June 14 | Individuals |

CONFIDENTIAL

WAMYSA528994

| The session | Duration in days | Venue | Start Date | End Date | Management |
|---|---|---|---|---|---|
| Cross-Selling | 2 | Jeddah | June 13 | June 14 | Islamic |
| Cross-Selling | 2 | Riyadh | June 14 | June 15 | Individuals |
| Marketing Basics | 2 | Al-Baha | June 17 | June 18 | Individuals |
| Time Management | 2 | Dammam | June 20 | June 21 | Individuals |
| Personal Loans | 1 | Abha | June 20 | June 20 | Individuals |
| Community Projects | 2 | Dammam | July 08 | July 09 | Operations |
| Problem Analysis and Decision Making | 2 | Riyadh | July 17 | July 17 | Individuals, Islamic |
| Detection of Forgery and Counterfeiting | 2 | Taif | September 02 | September 03 | Individuals |
| Distinguished Service / Medal | 2 | Riyadh | September 02 | September 02 | Individuals |
| Distinguished Service / Medal | 2 | Jeddah | September 02 | September 02 | Individuals, Islamic |
| Community Projects | 2 | Jeddah | September 02 | September 03 | Operations |
| Marketing Basics | 2 | Abha | September 04 | September 05 | Individuals |
| Documentary credits | 1 | Jeddah | September 04 | September 04 | Individuals, Islamic |
| Bank Accounting | 3 | Riyadh | September 04 | September 05 | Individuals |
| Marketing Basics | 2 | Riyadh | September 05 | September 06 | Individuals |
| Cross-Selling | 2 | Jeddah | September 06 | September 07 | Individuals, Islamic |
| Documentary credits | 1 | Riyadh | September 07 | September 07 | Individuals |
| Marketing Basics | 2 | Jeddah | September 09 | September 10 | Individuals |
| Marketing Basics | 2 | Jeddah | September 09 | September 09 | Islamic |
| Bank Accounting | 3 | Jeddah | September 09 | September 10 | Individuals |
| Personal Installment Loans | 1 | Mecca | September 09 | September 09 | Individuals |
| Writing and Communication Skills | 3 | Jeddah | September 09 | September 11 | Operations |
| Cross-Selling | 2 | Riyadh | September 11 | September 12 | Individuals |
| Cross-Selling | 2 | Jeddah | September 12 | September 13 | Islamic |
| Documentary credits | 1 | Dammam | September 14 | September 14 | Individuals |
| Credit Analysis / For Branch Managers | 1 | Jeddah | September 14 | September 14 | Individuals |
| Personal Loans | 1 | Riyadh | September 16 | September 16 | Individuals |
| Personal Loans | 1 | Jeddah | September 16 | September 16 | Individuals |
| Documentary credits | 1 | Abha | September 17 | September 17 | Individuals |
| Cross-Selling | 2 | City | September 18 | September 19 | Individuals, Islamic |
| The Art of Selling Islamic Banking Services | 2 | Jeddah | September 25 | September 26 | Expansion Project |

CONFIDENTIAL

WAMYSA528995

| The session | Duration in days | Venue | Start Date | End Date | Management |
|---|---|---|---|---|---|
| Writing and Communication Skills | 3 | Riyadh | September 30 | October 02 | Operations |
| Credit Analysis / For Branch Managers | 1 | Riyadh | October 01 | October 01 | Individuals |
| Cross-Selling | 2 | Dammam | October 03 | October 04 | Individuals |
| Distinguished Service / Medal | 2 | Riyadh | October 03 | October 03 | Individuals |
| Supervisory Skills | 2 | Jeddah | October 03 | October 04 | Individuals |
| Supervisory Skills | 2 | Jeddah | October 03 | October 04 | Islamic, Operations |
| Problem Analysis and Decision Making | 2 | Jeddah | October 04 | October 05 | Islamic |
| Documentary credits | 1 | City | October 07 | October 07 | Individuals, Islamic |
| Personal Installment Loans | 1 | Abha | October 07 | October 07 | Individuals |
| Quality of service | 2 | Jeddah | October 07 | October 08 | Individuals |
| Quality of service | 2 | Jeddah | October 07 | October 08 | Islamic |
| Quality of service | 2 | Riyadh | October 09 | October 10 | Individuals |
| Time Management | 2 | City | October 11 | October 12 | Individuals |
| Operations Accounting | 6 | Jeddah | October 14 | October 19 | Operations |
| Personal Installment Loans | 1 | Taif | October 14 | October 14 | Individuals |
| Management Skills / For Branch Managers | 2 | Riyadh | October 14 | October 15 | Individuals |
| Problem Analysis and Decision Making | 2 | Jeddah | October 14 | October 15 | Islamic |
| Marketing Basics | 2 | Dammam | October 16 | October 17 | Individuals |
| Documentary credits | 1 | Taif | October 16 | October 16 | Individuals |
| Problem Analysis and Decision Making | 2 | Jeddah | October 16 | October 17 | Individuals, Islamic |
| Distinguished Service / Medal | 2 | Jeddah | October 18 | October 18 | Individuals, Islamic |
| Cross-Selling | 2 | Riyadh | November 01 | November 02 | Individuals |
| Cross-Selling | 2 | Jeddah | November 01 | November 02 | Individuals, Islamic |
| Cross-Selling | 2 | Jeddah | November 04 | November 05 | Islamic |
| Distinguished Service / Medal | 2 | Abha | November 04 | November 04 | Individuals |
| Distinguished Service / Medal | 2 | Riyadh | November 06 | November 06 | Individuals |
| Supervisory Skills | 2 | Riyadh | November 06 | November 07 | Personnel, Operations |
| Cross-Selling | 2 | Taif | November 08 | November 09 | Individuals |
| Distinguished Service / Medal | 2 | Jeddah | November 08 | November 08 | Individuals, Islamic |
| Credit Analysis / For Branch Managers | 1 | Dammam | November 09 | November 09 | Individuals |
| Time Management | 2 | Riyadh | November 11 | November 12 | Individuals |

CONFIDENTIAL

WAMYSA528996

| The session | Duration in days | Venue | Start Date | End Date | Management |
|---|---|---|---|---|---|
| Quality | 2 | Riyadh | November 11 | November 12 | Operations |
| Operations Accounting | 6 | Riyadh | November 11 | November 16 | Operations |
| Cross-Selling | 2 | Abha | November 12 | November 13 | Individuals |
| Quality of service | 2 | Dammam | November 12 | November 13 | Individuals, Islamic |
| Detection of Forgery and Counterfeiting | 2 | Riyadh | November 13 | November 14 | Individuals |
| Detection of Forgery and Counterfeiting | 2 | Jeddah | November 13 | November 14 | Individuals, Islamic |
| Marketing Basics | 2 | City | November 14 | November 15 | Individuals, Islamic |
| Bank Accounting | 3 | Dammam | November 14 | November 15 | Individuals |
| Management Skills / For Branch Managers | 2 | Jeddah | November 15 | November 16 | Individuals |
| The Art of Selling Islamic Banking Services | 2 | Jeddah | November 18 | November 19 | Expansion Project |

CONFIDENTIAL

WAMYSA528997



الندوة العالمية للشباب الإسلامي

## World Assembly of Muslim Youth

مكتب منطقة مكة المكرمة
**Office of Makkah Region**

التاريخ : ١٩ ربيع الأول ١٤٢١

الرقم : ٠٥١٧٠

<u>تعميم</u>

الأخوة الأفاضل/

١–    مدراء الإدارات بمكتب الندوة فى جدة .

٢–    المشرفون على المكاتب الداخلية (مكة المكرمة ، ينبع ، الطائف) .    الموقرون

السلام عليكم ورحمة الله وبركاته ..وبعد ،،،

نحيطكم علماً أنه من أهم سياسات الندوة فى الفترة الحالية ..السعى لتطوير إمكانات الموظفين والارتقاء بمستوى أدائهم العملى ....

لذا نرفق لكم كشفاً بالدورات التى سيقيمها البنك الأهلى التجارى فى هذا الخصوص ، آملـين منكـم تعبئـة الجدول المرفق لتسجيل المرشحين لديكم لهذه الدورات .

نأمل موافتنا بالبيانات المطلوبة فى موعد أقصاه صباح يوم الثلاثاء ١٤٢١/٣/٢٥هـ حتى يتسن لنا التنسيـق مع البنك فى هذا الشأن .

ولكم خالص التقدير والاحترام ،
والسلام عليكم ورحمة الله وبركاته ،،،



نبيل سالم باجبير

مدير شؤون الموظفين



تعميم – دورات البنك الأهلى التجارى

المملكة العربية السعودية – جدة – هاتف ٦٦٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
E-mail : wamy_JED@yahoo.com & wamyjed@ogertel.com

CONFIDENTIAL    WAMYSA528993

| الادارة | تاريخ النهاية | تاريخ البداية | مكان الانعقاد | المدة بالايام | الدورة |
|---|---|---|---|---|---|
|  | 15-مايو | 15-مايو | أبها | 1 | النظام الجديد لتقييم أداء العاملين |
|  | 15-مايو | 15-مايو | جدة | 1 | النظام الجديد لتقييم أداء العاملين |
|  | 15-مايو | 15-مايو | المدينة | 1 | النظام الجديد لتقييم أداء العاملين |
| افراد | 15-مايو | 15-مايو | الرياض | 1 | ندوة مكافحة الأحتيال وغسل الاموال |
|  | 16-مايو | 16-مايو | أبها | 1 | النظام الجديد لتقييم أداء العاملين |
|  | 16-مايو | 16-مايو | المدينة | 1 | النظام الجديد لتقييم أداء العاملين |
| الافراد، الاسلامية | 16-مايو | 16-مايو | ابها | 2 | الخدمة المميزة / الوسام |
| افراد | 16-مايو | 16-مايو | الدمام | 1 | ندوة مكافحة الأحتيال وغسل الاموال |
| افراد | 18-مايو | 17-مايو | الرياض | 2 | اكتشاف التزوير والتزييف |
| افراد | 17-مايو | 17-مايو | المدينة | 2 | الخدمة المميزة / الوسام |
| الافراد، الاسلامية | 21-مايو | 20-مايو | جدة | 2 | اكتشاف التزوير والتزييف |
| العمليات | 22-مايو | 20-مايو | جدة | 3 | المهارات الكتابية والتعبيرية |
| مشروع التوسع | 21-مايو | 20-مايو | جدة | 2 | فن بيع الخدمات المصرفية الاسلامية |
| الافراد، الاسلامية | 21-مايو | 20-مايو | الرياض | 2 | مهارات الاتصال |
| الافراد، الاسلامية | 23-مايو | 22-مايو | الرياض | 2 | اساسيات التسويق |
| الافراد، الاسلامية | 24-مايو | 23-مايو | ابها | 2 | اكتشاف التزوير والتزييف |
| افراد | 24-مايو | 23-مايو | الدمام | 2 | المهارات الفنية لعمل الصراف |
| افراد | 04-يونيو | 03-يونيو | المدينة | 2 | المهارات الاشرافية |
| افراد | 04-يونيو | 03-يونيو | ابها | 2 | مهارات الاتصال |
| افراد | 03-يونيو | 03-يونيو | المدينة | 2 | مهارات الاتصال |
| العمليات | 04-يونيو | 04-يونيو | جدة | 2 | المشروعات الجماعية |
| افراد | 05-يونيو | 05-يونيو | ابها | 1 | ندوة مكافحة الأحتيال وغسل الاموال |
| افراد | 06-يونيو | 06-يونيو | الطائف | 1 | القروض الشخصية |
| افراد | 07-يونيو | 07-يونيو | الطائف | 1 | ندوة مكافحة الأحتيال وغسل الاموال |
| افراد | 11-يونيو | 10-يونيو | جدة | 2 | ادارة الوقت |
| العمليات | 11-يونيو | 10-يونيو | الرياض | 2 | المشروعات الجماعية |
| العمليات | 12-يونيو | 10-يونيو | الدمام | 3 | المهارات الكتابية والتعبيرية |
| افراد | 11-يونيو | 10-يونيو | الدمام | 2 | مهارات الاتصال |
| الاسلامية | 14-يونيو | 13-يونيو | جدة | 2 | ادارة الوقت |
| افراد | 14-يونيو | 13-يونيو | جدة | 2 | البيع المتقاطع Cross-Selling |

WAMYSA528994

| الادارة | تاريخ النهاية | تاريخ البداية | مكان الإنعقاد | المدة بالايام | الدورة |
|---|---|---|---|---|---|
| الاسلامية | 14-يونيو | 13-يونيو | جدة | 2 | البيع المتقاطع Cross-Selling |
| افراد | 15-يونيو | 14-يونيو | الرياض | 2 | البيع المتقاطع Cross-Selling |
| افراد | 18-يونيو | 17-يونيو | الباحة | 2 | اساسيات التسويق |
| افراد | 21-يونيو | 20-يونيو | الدمام | 2 | ادارة الوقت |
| افراد | 20-يونيو | 20-يونيو | ابها | 1 | القروض الشخصية |
| العمليات | 09-يوليو | 08-يوليو | الدمام | 2 | المشروعات الجماعية |
| الافراد، الاسلامية | 17-يوليو | 17-يوليو | الرياض | 2 | تحليل المشكلات واتخاذ القرارات |
| افراد | 03-سبتمبر | 02-سبتمبر | الطائف | 2 | اكتشاف التزوير والتزييف |
| افراد | 02-سبتمبر | 02-سبتمبر | الرياض | 2 | الخدمة المميزة / الوسام |
| الافراد، الاسلامية | 02-سبتمبر | 02-سبتمبر | جدة | 2 | الخدمة المميزة / الوسام |
| العمليات | 03-سبتمبر | 02-سبتمبر | جدة | 2 | المشروعات الجماعية |
| افراد | 05-سبتمبر | 04-سبتمبر | ابها | 2 | اساسيات التسويق |
| الافراد، الاسلامية | 04-سبتمبر | 04-سبتمبر | جدة | 1 | الاعتمادات المستندية |
| افراد | 05-سبتمبر | 04-سبتمبر | الرياض | 3 | المحاسبة البنكية |
| افراد | 06-سبتمبر | 05-سبتمبر | الرياض | 2 | اساسيات التسويق |
| الافراد، الاسلامية | 07-سبتمبر | 06-سبتمبر | جدة | 2 | البيع المتقاطع Cross-Selling |
| افراد | 07-سبتمبر | 07-سبتمبر | الرياض | 1 | الاعتمادات المستندية |
| افراد | 10-سبتمبر | 09-سبتمبر | جدة | 2 | اساسيات التسويق |
| الاسلامية | 09-سبتمبر | 09-سبتمبر | جدة | 2 | اساسيات التسويق |
| افراد | 10-سبتمبر | 09-سبتمبر | جدة | 3 | المحاسبة البنكية |
| افراد | 09-سبتمبر | 09-سبتمبر | مكة | 1 | المرابحات الشخصية |
| العمليات | 11-سبتمبر | 09-سبتمبر | جدة | 3 | المهارات الكتابية والتعبيرية |
| افراد | 12-سبتمبر | 11-سبتمبر | الرياض | 2 | البيع المتقاطع Cross-Selling |
| الاسلامية | 13-سبتمبر | 12-سبتمبر | جدة | 2 | البيع المتقاطع Cross-Selling |
| افراد | 14-سبتمبر | 14-سبتمبر | الدمام | 1 | الاعتمادات المستندية |
| افراد | 14-سبتمبر | 14-سبتمبر | جدة | 1 | التحليل الائتماني / لمدراء الفروع |
| افراد | 16-سبتمبر | 16-سبتمبر | الرياض | 1 | القروض الشخصية |
| افراد | 16-سبتمبر | 16-سبتمبر | جدة | 1 | القروض الشخصية |
| افراد | 17-سبتمبر | 17-سبتمبر | ابها | 1 | الاعتمادات المستندية |
| الافراد، الاسلامية | 19-سبتمبر | 18-سبتمبر | المدينة | 2 | البيع المتقاطع Cross-Selling |
| مشروع التوسع | 26-سبتمبر | 25-سبتمبر | جدة | 2 | فن بيع الخدمات المصرفية الاسلامية |

CONFIDENTIAL

WAMYSA528995

| الادارة | تاريخ النهاية | تاريخ البداية | مكان الانعقاد | المدة بالايام | الدورة |
|---|---|---|---|---|---|
| العمليات | 02-اكتوبر | 30-سبتمبر | الرياض | 3 | المهارات الكتابية والتعبيرية |
| افراد | 01-اكتوبر | 01-اكتوبر | الرياض | 1 | التحليل الائتماني / لمدراء الفروع |
| افراد | 04-اكتوبر | 03-اكتوبر | الدمام | 2 | البيع المتقاطع Cross-Selling |
| افراد | 03-اكتوبر | 03-اكتوبر | الرياض | 2 | الخدمة المميزة / الوسام |
| افراد | 04-اكتوبر | 03-اكتوبر | جدة | 2 | المهارات الاشرافية |
| الاسلامية، العمليات | 04-اكتوبر | 03-اكتوبر | جدة | 2 | المهارات الاشرافية |
| الاسلامية | 05-اكتوبر | 04-اكتوبر | جدة | 2 | تحليل المشكلات واتخاذ القرارات |
| الافراد، الاسلامية | 07-اكتوبر | 07-اكتوبر | المدينة | 1 | الاعتمادات المستندية |
| افراد | 07-اكتوبر | 07-اكتوبر | ابها | 1 | المرابحات الشخصية |
| افراد | 08-اكتوبر | 07-اكتوبر | جدة | 2 | جودة الخدمة |
| الاسلامية | 08-اكتوبر | 07-اكتوبر | جدة | 2 | جودة الخدمة |
| افراد | 10-اكتوبر | 09-اكتوبر | الرياض | 2 | جودة الخدمة |
| افراد | 12-اكتوبر | 11-اكتوبر | المدينة | 2 | ادارة الوقت |
| العمليات | 19-اكتوبر | 14-اكتوبر | جدة | 6 | المحاسبة للعمليات |
| افراد | 14-اكتوبر | 14-اكتوبر | الطائف | 1 | المرابحات الشخصية |
| افراد | 15-اكتوبر | 14-اكتوبر | الرياض | 2 | المهارات الادارية / لمدراء الفروع |
| الاسلامية | 15-اكتوبر | 14-اكتوبر | جدة | 2 | تحليل المشكلات واتخاذ القرارات |
| افراد | 17-اكتوبر | 16-اكتوبر | الدمام | 2 | اساسيات التسويق |
| افراد | 16-اكتوبر | 16-اكتوبر | الطائف | 1 | الاعتمادات المستندية |
| الافراد، الاسلامية | 17-اكتوبر | 16-اكتوبر | جدة | 2 | تحليل المشكلات واتخاذ القرارات |
| الافراد، الاسلامية | 18-اكتوبر | 18-اكتوبر | جدة | 2 | الخدمة المميزة / الوسام |
| افراد | 02-نوفمبر | 01-نوفمبر | الرياض | 2 | البيع المتقاطع Cross-Selling |
| الافراد، الاسلامية | 02-نوفمبر | 01-نوفمبر | جدة | 2 | البيع المتقاطع Cross-Selling |
| الاسلامية | 05-نوفمبر | 04-نوفمبر | جدة | 2 | البيع المتقاطع Cross-Selling |
| افراد | 04-نوفمبر | 04-نوفمبر | ابها | 2 | الخدمة المميزة / الوسام |
| افراد | 06-نوفمبر | 06-نوفمبر | الرياض | 2 | الخدمة المميزة / الوسام |
| الافراد، العمليات | 07-نوفمبر | 06-نوفمبر | الرياض | 2 | المهارات الاشرافية |
| افراد | 09-نوفمبر | 08-نوفمبر | الطائف | 2 | البيع المتقاطع Cross-Selling |
| الافراد، الاسلامية | 08-نوفمبر | 08-نوفمبر | جدة | 2 | الخدمة المميزة / الوسام |
| افراد | 09-نوفمبر | 09-نوفمبر | الدمام | 1 | التحليل الائتماني / لمدراء الفروع |
| افراد | 12-نوفمبر | 11-نوفمبر | الرياض | 2 | ادارة الوقت |

CONFIDENTIAL

WAMYSA528996

| الدورة | المدة بالايام | مكان الانعقاد | تاريخ البداية | تاريخ النهاية | الادارة |
|---|---|---|---|---|---|
| الجودة النوعية | 2 | الرياض | 11-نوفمبر | 12-نوفمبر | العمليات |
| المحاسبة للعمليات | 6 | الرياض | 11-نوفمبر | 16-نوفمبر | العمليات |
| البيع المتقاطع Cross-Selling | 2 | ابها | 12-نوفمبر | 13-نوفمبر | افراد |
| جودة الخدمة | 2 | الدمام | 12-نوفمبر | 13-نوفمبر | الافراد، الاسلامية |
| اكتشاف التزوير والتزييف | 2 | الرياض | 13-نوفمبر | 14-نوفمبر | افراد |
| اكتشاف التزوير والتزييف | 2 | جدة | 13-نوفمبر | 14-نوفمبر | الافراد، الاسلامية |
| اساسيات التسويق | 2 | المدينة | 14-نوفمبر | 15-نوفمبر | الافراد، الاسلامية |
| المحاسبة البنكية | 3 | الدمام | 14-نوفمبر | 15-نوفمبر | افراد |
| المهارات الادارية / لمدراء الفروع | 2 | جدة | 15-نوفمبر | 16-نوفمبر | افراد |
| فن بيع الخدمات المصرفية الاسلامية | 2 | جدة | 18-نوفمبر | 19-نوفمبر | مشروع التوسع |

CONFIDENTIAL

WAMYSA528997



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA528993—528997**

Sworn to before me this

26 day of ___MARCH___ of 2026

_____
Translation Manager

_____
Notary





American Translators Association          BBB ACCREDITED BUSINESS

Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling