UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970
*Federal insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978
*Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-1923



## DECLARATION OF RUSTUM SHAH MAHMAND

I, RUSTUM SHAH MAHMAND, being duly sworn, hereby declare under penalty of perjury that the following is true and correct:

1. I am not a party in the above captioned matter.

2. I am a Pakistani citizen, a former Home Secretary of Pakistan (1989-1991), former Interior Secretary of Pakistan (1999-___), and former Ambassador of Pakistan to Afghanistan (2002 - 2005 .

3. From 1983 to 1985, I was the Commissioner for Afghan refugees in Pakistan, with a role of coordinating refugees. In this capacity, I had a lot of interaction with the non-governmental organizations ("NGOs") that were providing refugee assistance in Pakistan, including World Assembly of Muslim Youth ("WAMY") and Lajnat Al-Birr Al-Islamiyyah ("LBI"). I held the same position a second time from 1992-1996.

4. The program to assist Afghan Refugees was started in 1980. In the 1980's and after, many NGOs came into Pakistan to offer assistance. The bulk of the refugee

1

EXHIBIT
WAMY EX. 91


work <u>was done under the auspices of the United Nations and the Government of Pakistan.</u> The work happened in the tribal areas of Pakistan.

5. The Commission had officials and intelligence agencies in the field, to monitor what was happening and provide daily reports. Anything out of the ordinary was reported.

6. Each NGO was responsible for its own bookkeeping, auditing, and its own record keeping.

7. LBI folded its activities and officially became known as WAMY in 1996-1997.

8. WAMY worked exclusively in Peshawar and was involved in the healthcare sector, water supply sector, and education sector. One of the NGOs LBI/WAMY worked with was the Save the Children Fund.



9. During my tenure as Commissioner for Afghan refugees and after, I never heard or received any negative report about WAMY doing anything outside their charter/mission. There were never any allegations of WAMY funding mujahedeen or Al Qaeda or being associated with them in any manner. WAMY was still operating in Pakistan in 2000-2001, providing relief assistance.

10. Upon my information and a government representative at that time WAMY Peshawar Pakistan offices were not raided in 2002. Even if an organization is raided after 9/11 does not establish any guilt. During the NGO-raid period, many innocent people were captures, tortured, and released. After 2002 WAMY has been operating without issues in Pakistan.

11. Pakistan has numerous intelligence services that monitor organizations involved in terrorist financing. To my knowledge, WAMY never violated any laws. WAMY's records are transparent and clear.

12. To my knowledge, WAMY was never charged or indicted for any wrongdoing in Pakistan.

13. I personally served on WAMY's Advisory Board in Pakistan for three years, and with my position with the Pakistani government, I would not have agreed to be on WAMY's Advisory Board had I thought or known that WAMY was engaged in any activities that were improper.

Dated: _____
May 8, 2020.

_____
Rustum Shah Mahamand

Sworn to before me this 08 day of May , 2020.

_____
Notary Public

3