*Elements of the report:*

1) *Background on Afghanistan.*

2) *Establishment of the working relation.*

3) *Agricultural rehabilitation programs with FAO Food & Agricultural Organization of the United Nation:*

    1- *Seed multiplication.*

    2- *Nurseries, orchards.*

    3- *Irrigation system.*

    4- *Farm machinery.*

4) *Food aid – Institutional Feeding & Food for Work with – World Food Program- (WFP).*

5) *Health care with WHO –World Health Organization.*

6) *Construction projects with UNDP & UNHCR –United Nation Development Program & United Nation High Commissioner for Refugees.*

7) *Establishing working relation with International Organization.*

-*Program planning and proposal writing - introductory version.*

-*Guide lines for preparation of a project document for consideration by UN agencies.*

-*Guide lines for writing project proposals (based on a document used by Aga Khan Foundation, Geneva).*

-*Project proposal writing – Arabic version.*

-*World Food Program profoma project proposal out line.*

-*Examples for some project proposals submitted to different funding sources in different sectors e.g  Health- Income generation – Agriculture- Construction .*

8) *Annexes.*

EXHIBIT

WAMY EX. 92

1

WAMYSA038647

### *Background on Afghanistan:*

*Afghanistan, one of the world poorest countries, has a harsh and uncompromising climate and is entirely dependent on a relatively small production of its land area for survival. It is a rural country where more than 80% of the population are engaged in Agriculture and Pastoral activities for their livelihood.*

*The war has destroyed the economic and social structure of the county, people are living below the poverty line and depending on charity. Children have no access to basic education. Medical facilities are either rudimentary or totally absent. What ever was not destroyed by war has been damaged due to long neglect and natural disasters such as floods, drought and earth quakes*

*Since the conflict in 1978 serious social and political disruption has severely affected the country agricultural production. With the vital irrigation system being destroyed, a large number of farmers migrated and much of the land covered with mines, production land has been rendered useless for Agricultural purposes. Furthermore, Afghanistan has been subjected for the past 30 years to critically increasing environmental degradation . This has led to a widespread degradation of agricultural land, fruit orchards and forest areas.*

*Before the war, Afghanistan was a country renowned for the quality of the fruit and vegetables produced. Export for dried and fresh fruits accounted for 37% of total export revenue in the year 1976-77.*

### *Establishment of the working relation :*

*Realizing the importance of coordination and cooperation with other aid workers and NGO's community and in view of above background, WAMY. Office in Pakistan established a good working relations with the International Organization and UN system. Purposely it aimed at achieving the followings objectives:*

1. *To get financial & in kind support to the projects implemented by WAMY.*
2. *To cooperate / coordinate efforts with aid community for better achieving good results.*
3. *To further improve the technicality of WAMY and enhance capabilities to under take different projects in different sectors.*
4. *To share the experience with other aid workers.*



2

CONFIDENTIAL

WAMYSA038648

*WAMY administration established an agricultural department to assist in the rehabilitation and recovery of the agricultural economy of the country .*

*The agricultural department with the assistance of food and agricultural organization of the United Nation provided high quality seed, fertilizers, farm machinery and other inputs to Afghan farmers as well as establishing of tree production nurseries in three provinces – Kunar- Nangarhar and Paktia as part of the general programme to assist the recovery of the agricultural economy of Afghanistan and pave the way for refugees repatriation to their native villages.*

*During that time the agricultural department shows it self to be reliable and conscious implementing partner and have managed very successful projects .*

*(See to whom it may concern certificate) – annex I*

**In details these projects includes the following:**

*1) Seed production multiplication and distribution to farmers.*
  - ➢ *To produce good quality seed within the farming community which is timely available to farmers.*
  - ➢ *To in crease the farmers awareness and knowledge regarding the importance of seed.*
  - ➢ *In early nineties the agricultural department of WAMY seasonally implemented seed and grain production with the assistance of FAO. Agreement was signed between WAMY and FAO to cooperate in achieving the particular objectives.*

*For documentation of these agreements, ( copy of agreements for different winter crops e.g wheat and summer crops e.g maize, oilseed, sugar, cane, rice, pulses and vegetables) See annex II*

**2) Nurseries, orchards for fruit trees production:**

*Nurseries, orchards for fruit trees production agreement was singed between WAMY and FAO to jointly implement projects aiming at achieving food security through sustainable crop production in Afghanistan. Five private fruit tree nurseries for the production of high quality fruit trees established during 1998 agricultural season. FAO provided financial and technical assistance The agreement is annually renewed. (see annex III)*

CONFIDENTIAL                                                                  WAMYSA038649

### 3) Irrigation system:

*Enough and timely irrigation to different crops through the agricultural season is v. important for sustainable production.*
*WAMY start repair and maintenance of the irrigation system in areas of activities with financial assistance of United Nation development program (UNDP) a project for Karez (under ground irrigation canal connected with wells) was implemented by WAMY.*
*(see annex IV)*

### 4) Farm machinery:

*Farm machinery plays a vital role in enhancing the agricultural production . Part of the agricultural rehabilitation program, FAO provided farm machinery to implementing partners. For WAMY the following agricultural farm mechanization tools were provided by FAO.*

*1) FIAT tractor 480s.*
*2) Tool box.*
*3) Trailer.*
*4) Cultivator (Tiller).*
*5) Front blade.*
*6) Wheat thresher.*

*The ownership of the property was transferred to WAMY:*
*( see annex V)*
*The agricultural department long working relation with FAO served as a gate way to do the same with other UN agencies.*
*Possibilities were explored to have a more integrated approach together with other organization working in sectors of health, developmental projects & construction .Over years, remarkable assistance has been achieved to ongoing projects run by WAMY in different sectors..*

### Food Aid :

*Through the program of institutional feeding World Food Program (WFP) provided essential food items for WAMY hospital in Paktia province and WAMY orphanage in Kunar . Agreement was also signed by the program and WAMY . In this agreement WFP is supporting WAMY projects with essential food items that includes :*

*1-Wheat floor .*
*2-Rice .*
*3-Edible oil.*

4

 WAMYSA038650

*4-Pulses .*
*5-Sugar.*
*6-Tea .*

*Since 1994 the agreement is annually renewed and the food aid is regularly received . ( see annex VI)*

*WFP also supported the construction of WAMY orphanage in Afghanistan .*

*Through food for work WFP approved a project of (54) Metric tons of wheat to be distributed for labors hired by WAMY for the construction . The food aid help reduce the cost of the project to a considerable level . (see annex VII)*

## *Health care :*

*WAMY established a working relation with health supporting organization. A memorandum of understanding is signed by the office and world health organization namely WHO, Unicef, Health Net International (HNI). Accordingly WHO agreed to support the hospital by essential drugs . More over WHO support the tuberculosis control program in the hospital by regularly supplying anti – T.B drugs for (100) patients. WHO also supported the program of training to the medical staff . Different session of training has been conducted by WHO. Medical staff participated in these session. Unicef supported the hospital with expended, program for immunization EPI by providing the cold chain, vaccines and vaccinators. HNI supported the Malaria control program by distribution of impregnated bed nets .*

## *Water project and construction :*

*German Agro Action dug a deep well in Kunar orphanage . UNHCR also approved a project proposal for funding construction of elevated water tank in the orphanage. ( see annex VIII)*

CONFIDENTIAL                                        WAMYSA038651



## *Variety testing of cereal crops*



## *Agric input (seeds, fertilizers)*

CONFIDENTIAL                                                                 WAMYSA038652



*FAO monitoring team inspecting vegetable fields*



*Farm machinery provided by FAO*

CONFIDENTIAL                                                                      WAMYSA038653



*FAO Consultant Visiting WAMY Agric. Office in Afghanistan*



*Polio eradication campaign jointly conducted by WAMY, WHO, Unicef*

CONFIDENTIAL                                          WAMYSA038654



## *Construction Project Supported by UNHCR*

CONFIDENTIAL                                                                                 WAMYSA038655