

**World Assembly of Muslim Youth "WAMY"/Pakistan Office**

التاريخ : ١٤٢٢/٢/٢٨هـ

الرقم:...

الندوة العالمية للشباب الاسلامي

مكتب باكستان

Date: May 22, 2001

No. 078 A. M.

H.E. Mr. Dr. Abdulwahab bin Abdulrahman Noorwali (may Allah protect him)
Assistant Secretary-General
Peace be upon you and God's mercy and blessings:
We hope that you are doing well, as our Lord likes and approves:

I am pleased to enclose some of the agreements and projects that have been approved for renewal for the year 2001 from the World Food Program (WFP). Also attached is a copy of the memorandum of understanding with the World Health Organization (WHO) on combating tuberculosis in the hospital, and the hospital has been provided with a list of medicines to combat tuberculosis (attached is a picture). I also add that we have submitted a food support project to the World Food Program (WFP) for cases of malnutrition among children under five, pregnant and lactating women, and tuberculosis, and we have also received food support from CARE International for the same purpose. The attached tables show a summary of the amount of support for renewed and approved projects, and it should be noted that other projects under consideration will also be submitted to donors.
I would like to inform you that delegations from the following organizations have visited Al-Nadwa Hospital:

1) We have learned that the head of the delegation (medical consultant) was impressed with the hospital and stated that the hospital plays an important role in serving the region and described the hospital as a bright spot in complete darkness of Afghanistan.

2) Delegations from the World Food Program (WFP) to inspect the general food support project at the hospital.

3) A delegation from Care International to assess the hospital before approving the food support project for malnutrition cases (attached is a copy of the approval of PB.5 (Biscuit) Compact Food.
These visits (via Jalalabad, Kabul, the hospital and vice versa) are of great importance in establishing a working relationship and opening up areas for future cooperation in the implementation of new projects.
In the meantime, we are preparing a brochure about the hospital and attach recent photos of the hospital.
This is what needs to be clarified
May God protect you and guide you on the path of goodness
Please accept my best regards
May God's peace, mercy and blessings be upon you

Photo courtesy of the Director of the Media Department.

Mohamed Mustafa Mohamed
Director, Pakistan Office [signature] [illegible]

مكتب باكستان: ص.ب. ١٠٥٥ بشاور،المدينة الجامعية ـ منطقة سفيد ديري ـ منزل رقم ٣٣٠٤/٥ ـ هاتف ٤١٤٨٥ـ٨٤٠٢٤٩ ٨٤٠٣٨٥ فاكس

WAMY Pakistan Office U-P-O Box - 1055 Sufaid Dheri Plot 3304/5 U-T Tel: 41485 - 840249 - Fax: 840385

CONFIDENTIAL



EXHIBIT
WAMY EX. 93

WAMYSA035262

Table 1 Food subsidies:

| Estimated dollar value | Volume of food support in metric tons | Support | Statement | t |
|---|---|---|---|---|
| 5188 | 11.99 | World Food Program (WFP) | General hospital nutrition support | 1 |
| Approximately 15000 | 31.55 | World Food Program (WFP) | Nutrition support for Dar Al Arqam orphans | 2 |
| Approximately 1800 | 1.7 biscuits | Care International | Nutritional support for hospitalized malnutrition cases | 3 |

Table 2: Pharmaceutical subsidies:

| Estimated dollar value | Support volume | Support | Statement | t |
|---|---|---|---|---|
| Approximately 6000 | for a hundred patients | World Health Organization WHO | Tuberculosis medications | 1 |

CONFIDENTIAL

WAMYSA035263



World Assembly of Muslim Youth
"WAMY"/Pakistan Office

الندوة العالمية للشباب الاسلامي

مكتب باكستان

التاريخ : ١٤٢٢/٢/٢٨هـ

الرقم : ...

سعادة الأخ الفاضل / أ. د. عبد الوهاب بن عبد الرحمن نوراولي    ( حفظه الله تعالى )

الأمين العام المساعد

السلام عليكم ورحمة الله وبركاته :

نأمل أن تكونوا على خير ما يحب ربنا ويرضى ... وبعد :

يسرني أن أرفق لكم بعضاً من الاتفاقيات والمشروعات التي تمت الموافقة على تجديدها للعام ٢٠٠١م من برنامج الغذاء العالمي WFP مرفق أيضاً صورة من مذكرة التفاهم مع منظمة الصحة العالمية WHO حول مكافحة مرض الدرن بالمستشفى وقد تم تزويد المستشفى بقائمة بأدوية مكافحة المرض الدرن (مرفق صورة) . كما أضيف إننا تقدمنا بمشروع دعم غذائي لبرنامج الغذاء العالمي WFP لحالات سوء التغذية المنتشرة بين الأطفال دون الخامسة والنساء الحوامل والمرضعات وكذلك مرض الدرن وقد تحصلنا أيضاً على دعم غذائي من منظمة كير العالمية لذات الغرض . الجداول المرفقة توضح ملخصاً بحجم الدعم للمشروعات التي تم تجديدها والتي تمت الموافقة عليها وتجدر الإشارة إلى أن مشاريع أخرى قيد الدراسة ستقدم أيضاً للمانحين .

أرجو أن أفيدكم بأنه قد زار مستشفى الندوة وفود من المنظمات الآتية :

١) منظمة الصحة العالمية WHO مرتين وقد نما لعلمنا أن رئيس الوفد (Medical consultant) قد أعجب بالمستشفى وأفاد بأن المستشفى يقوم بدور هام في خدمة المنطقة ووصف المستشفى بـ Bright spot in complete darkness of Afghanistan.

٢) وفود من برنامج الغذاء العالمي WFP لتفقد مشروع الدعم الغذائي العام بالمستشفى .

٣) وفد من منظمة كير العالمية  Care International . لتقييم المستشفى قبل الموافقة على مشروع الدعم الغذائي لحالات سوء التغذية ( مرفق صورة من الموافقة على دعم غذائي  Compact Food (Biscuit) PB.5 ).

أن لهذه الزيارات( التي تمت عن طريق جلال آباد، كابل ، المستشفى وبالعكس ) أهمية بالغة في تأسيس علاقة عمل وفتح مجالات التعاون المستقبلي في تنفيذ مشروعات جديدة .

ولحين إعداد مطوية باللغة الإنجليزية Brochure عن المستشفى نرفق لكم صوراً حديثة عنه .

هذا مالزم توضيحه

والله يحفظكم ويسدد على طريق الخير خطاكم

وتقبلوا عاطر التحايا

والسلام عليكم ورحمة الله وبركاته ،،،

محمد مصطفى محمد

مدير مكتب باكستان

* صورة مع التحية للأخ / مدير إدارة الإعلام .

مكتب باكستان: ص.ب. ١٠٥٥ بيشاور،المدينة الجامعية ـ منطقة سفيد ديري ـ منزل رقم ٣٣٠٤/٥ .هاتف ٤١٤٨٥-٨٤٠٢٤٩ فاكس ٨٤٠٣٨٥

WAMY Pakistan Office U-P-O Box - 1055 Sufaid Dheri Plot 3304/5 U-T Tel: 41485 - 840249 - Fax: 840385

CONFIDENTIAL

WAMYSA035262

جدول رقم (١) الدعم الغذائي:

| القيمة التقديرية بالدولار | حجم الدعم الغذائي بالطن المتري | الدعم | البيان | ت |
|---|---|---|---|---|
| 5188 | 11.99 | برنامج الغذاء العالمي WFP | دعم التغذية العامة بالمستشفى | ١ |
| 15000 تقريبا | 31.55 | برنامج الغذاء العالمي WFP | دعم التغذية لأيتام دار الأرقم | ٢ |
| 1800 تقريبا | 1.7 بسكويت | كير العالمية Care International | دعم غذائي لحالات سوء التغذية بالمستشفى | ٣ |

جدول رقم (٢) الدعم الدوائي :

| القيمة التقديرية بالدولار | حجم الدعم | الدعم | البيان | ت |
|---|---|---|---|---|
| 6000 تقريبا | مائة مريض | منظمة الصحة العالمية WHO | أدوية مكافحة مرض الدرن | ١ |

CONFIDENTIAL

WAMYSA035263

WORLD HEALTH ORGANIZATION
Regional Office
for the Eastern Mediterranean
ORGANISATION MONDIALE DE LA SANTE
Bureau regional de la Mediterranee orientate



منظمة الصحة العالمية
المكتب الإقليمي
لشرق البحر المتوسط

مكتب ممثل المنظمة

OFFICE OF THE WHO REPRESENTATIVE
**AFGHANISTAN**

In reply please refer to:

WRA.02/P56

February 12, 2001

To:    Dr. Mohammed Mustafa
       Director General of WAMY

From:  Dr. Said Salah Youssouf
       WHO Representative
       Afghanistan

Sub:   **Request of Medicine supply to WAMY General Hospital, Afghanistan**

Dear Dr. Mohammed Mustafa:

Thank you for your letter no. 476 of 24 January 2001 about medicine supply to WAMY General Hospital, a 70 bed provincial hospital in southeastern Afghanistan.

Regarding the supply of essential drugs, WHO will be providing quarterly supply of essential drugs to needy secondary and tertiary hospitals. The regional WHO sub-office in Ghazni will be considering the appropriate distribution of the supplies in consultation with the Regional Health Coordination Committee.

Regarding the supply of TB drugs, the TB control program is run in collaboration with MOPH and requires a well-trained doctor, nurse and laboratory technician who are closely supervised in case management to conform to the DOTS treatment program as outlined in the National TB Manual.

WHO would be pleased to provide TB drugs and technical support to facilities agreeing to these standards and planning at least a two-year stay in Afghanistan. In this regard we invite your participation through a Memorandum of Understanding similar to the attached.

Best regards.

Cc:    Dr. Abdi Momin Ahmed, MO/OIC WHO Kabul Sub-office
       Dr. A. Shakoor Waciqi, NHC, WHO Ghazni Sub-office

---

WHO Support Office
P.O. Box 1936 Islamabad, Pakistan
Tel: 252272, 251645 Fax No. 280830
E-mail: WR@whoafg.org

WHO Main Office
Jalalabad, Afghanistan

CONFIDENTIAL

WAMYSA035264

---

**Memorandum of Understanding between MOPH, ---NGO, WHO**
**FOR TUBERCULOSIS CASE MANAGEMENT IN ---DISTRICT**

---

1. **Declaration of intent**
   1.1. The purpose of this MOU is to create a temporary field level partnership between the World Health Organisation Afghanistan (hereinafter referred to as WHO) and --NGO- (hereinafter referred to as --NGO), in order to facilitate the work of both partners in providing support to national tuberculosis control activities of the Ministry of Public Health (hereinafter referred to as MOPH), specifically in --District -- Province of Afghanistan.
   1.2. All parties to this MOU desire to pursue a high professional standard of work and a fruitful co-operation while recognising the independence and operational integrity of the other.
   1.3. Training and technical support would be provided by World Health Organisation (WHO).
   1.4. MOPH and NGO would be the implementing partners.
   1.5. After being approved and signed by the three parties, this agreement would be in effect for a minimum of three years.

2. **Project objectives**
   WHO and NGO will co-operate and collaborate in aiming to reduce morbidity and mortality due to tuberculosis in --District, -- Province, to reduce the spread of tuberculosis, to prevent the development of drug resistant disease, to increase the management capacity of the national health officers, and overall to adhere to the DOTS treatment strategy and the Manual for National Tuberculosis Programme in Afghanistan, 1999, and any updates recommended by WHO and agreed by all implementing partners.

3. **Project specifics**
   3.1 MOPH - (one Doctor, one Laboratory Technician, one Nurse):
   - Detection of TB for suspected cases.
   - Implementation of DOTS for confirmed TB patients.
   - Follow up of the patients according to the Manual for National Tuberculosis Programme in Afghanistan, 1999, and any updates recommended by WHO and agreed by all partners.
   - Reporting of activities according to WHO format.

   3.2 NGO --:
   - Supply of laboratory equipment for the start of the project: microscope, beakers, slides and reagents...
   - Daily supervision of the activities (laboratory and consultations).
   - Provision of a TB centre for isolating the patients during the two first months of the treatment.
   - Provision of the equipment for the TB centre such as stoves, furniture, blankets and food...
   - Payment of incentives for the TB staff needed: Doctor, Nurse, Laboratory technician as well as Watchmen and Cook.
   - Regular supervision of the activities and collection of data.

   3.3 WHO :
   - Regular supply of laboratory reagents and slides.
   - Regular supply of Anti-Tuberculosis drugs and medical supplies.
   - Refresher training for the medical staff if needed.

4. **Conditions**
   4.1 The commitments of all parties to this MOU are subject to each receiving the necessary financial support.
   4.2 Activities described are subject to ongoing need assessments.
   4.3 All parties will remain free to engage in humanitarian aid activities outside of this scope of this MOU.

---

CONFIDENTIAL                                                                    WAMYSA035265

4.4 All parties remain free to withdraw from the agreement unilaterally at any time, should the security situation deteriorate to such a point that the work becomes untenable.

4.5 Any party considers the MOU terminated after ninety days of receiving written notice from any of the partners. Subsequent action will be subject to negotiation.

4.6 This MOU will cover the period from 1 January 2001 to 31 December 2003, after which further co-operation can be discussed.

Date:

NGO — WAMY
Dr. Mohammad Mustafa

Dr Said Salah Youssouf
WHO Representative
Afghanistan

Dr ............
MOPH

WAMYSA035266

## WORLD HEALTH ORGANIZATION
### WHO GHAZNI SUB – OFFICE

To : WAMY General Hospital - Chamcany – Paktia       Date: 16, 4, 2001

From: Dr. A. Shukoor

NHC, WHO – Ghazni

Sub – Office

### Essential Drug

| S.N | Item | Unit | Total | Remarks |
|---|---|---|---|---|
| 1 | INH+Rifampicin | Tab | 6000 | |
| 2 | Pyrazinamid | Tab | 15000 | |
| 3 | Ethambutol | Tab | 20000 | |
| 4 | Streptomycine | Vial | 3000 | |
| 5 | INH+Thiacetazon | Pcs | 10000 | |
| 6 | Sputum contener | Pcs | 400 | |
| 7 | Slides | Pcs | 500 | |
| 8 | TB Treatment Cord | Pcs | 50 | |
| 9 | TB register book | Pcs | 2 | |
| 10 | Concmcelling book | Pcs | 1 | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |

Please sign in the space provided below acknowledging receipt of the drug, which contributed by WHO Ghazni Sub – Office

Received by : M. Meraj

Title : Lab. Tech. in WAMY General Hospital

Signature :

Date : 10, 4, 2001

WAMYSA035267

## WORLD HEALTH ORGANIZATION
### WHO GHAZNI SUB – OFFICE

To :    WAMY General Hospital - Chamcany – Paktia        Date:

From:  Dr. A. Shukoor

NHC, WHO – Ghazni

Sub – Office

### Essential Drug

| S.N | Item | Unit | Total | Remarks |
|---|---|---|---|---|
| 1 | Chlorquin | Tab | 10000 | |
| 2 | Chlorquin | Inj | 100 | |
| 3 | Fansidar (Sulfacloxine) | Tab | 1000 | |
| 4 | Quinin | Amp | 300 | |
| 5 | Blood Lancet | Pcs | 6000 | |
| 6 | Registration book | Pcs | 1 | |
| 7 | Reporting for mat | Pcs | 24 | |
| 8 | Slide | Pcs | 1000 | |
| 9 | Malaria Registration book | Pcs | 1 | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |

Please sign in the space provided below acknowledging receipt of the drug, which contributed by WHO Ghazni Sub – Office

Received by :  M. Meraj.

Title        :  Lab. Tech. in WAMY General Hospital

Signature  :

Date        :  10, 4, 2001.

CONFIDENTIAL

WAMYSA035268

| | | | |
|---|---|---|---|
| 12 | Ascor bicacid | Tab | 2000 |
| 13 | Cotrimoxatol 120mg | Tab | 1000 |
| 14 | Plastic slander 10cc | Pcs | 3 |
| 15 | Micropipette | Pcs | 1 |
| 16 | Staid faxing set | Pcs | 1 |
| 17 | Cartage set | Pcs | 1 |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |

Please sign in the space provided below acknowledging receipt of the drug, which contributed by WHO Ghazni Sub – Office

Received by :  M. Meraj

Title       :  Lab. Tech.  in WAMY General Hospital

Signature  :  _____

Date       :  10 / 4 / 2001

CONFIDENTIAL

WAMYSA035269



AGR. NO. 05

# WORLD FOOD PROGRAMME
## LETTER OF AGREEMENT
### (Transportation and handling provided by WFP)
## LETTER OF AGREEMENT

The United Nations World Food Program (Afghanistan) and WAMY (Welfare Assembly of Muslim Youth) Afghanistan henceforth referred to as the Implementing Partner, hereby agree to the joint implementation of project No. AFG/SO/K/2001/006/709/IF/WAMY entitled "Hospital feeding" in Shar-e-Naw, Chamkani District of Paktika Province, Afghanistan. Under the terms of this agreement, the Implementing Partner undertakes to carry out the activities described in the project proposal. In support of these activities WFP agrees to make available the following quantities of commodities subject to availability of resources:

| | |
|---|---|
| Wheat/Flour | 10.092 MT |
| V. Oil | 0.708 MT |
| Pulses | 0.743 MT |
| Sugar | 0.412 MT |
| Mixed food total | 11.955 MT |

The value of the above commodity is estimated at US$ 5,118.840 intended as a direct contribution for a total of 70 recipients/beneficiaries in the project. This contract is effective for a period of 10 months, from 1st March to 31st December 2001. The following terms and conditions will apply to this Agreement.

### Dispatch/utilization of commodities

1.   WFP agrees to meet the costs of delivery of food to the Extended Delivery Point (EDP) in Prince A. Mohsin Hospital Shari-Now, Chamkani district, Paktia province inside Afghanistan. This point shall be defined as the site at which WFP inputs can be safely and effectively delivered to the implementing partner for distribution to the intended beneficiaries. The Implementing Partner will be responsible for further transport of food inputs from the EDP to project site (s). To the extent possible, the IP should ensure an effective distribution system and where women can participate and directly receive food without endangering their situations/positions.

2.   All outputs will be measured by the Implementing Partner in accordance with verifiable project criteria or norms established by WFP for that activity. The implementing partner will maintain records and account of commodities delivered, as well as other non-food-items distributed to beneficiaries (disaggregated by gender). These records will form the basis for monthly updates on activities covered in the Agreement, to be sent to the WFP Kabul Sub-Office.

3.   Letter of Readiness will be signed by an authorized representative of the Implementing Partner and delivered to WFP Kabul Sub-Office prior to release of first installment of commodities.

4.   The IP agrees to respect the terms laid out in the project document with due diligence and within, to the extent possible, the agreed implementation period. Efforts must be made to start the activities within one month of signing this

CONFIDENTIAL

WAMYSA035270

Agreement. Should there be any delays, changes or irregularities in the implementation of the project, the IP should promptly inform the WFP Kabul Sub-Office, otherwise WFP might consider to withdraw its support form the project.

5.  The Implementing Partner agrees, as appropriate, to make local authorities, donors and beneficiaries aware of the source of food commodities used under the project. A signboard (as per Annexure I ) will be displayed by the Implementing Partner at the project site.

6.  The implementing partner agrees to distribute WFP commodities to 30 male and 40 female recipients/beneficiaries in the context of a Hospital Feeding project according to the ration and quantities approved and will ensure that the commodities reach the intended beneficiaries in good condition. Efforts must be made by the IP to ensure an appropriate distribution system where women can participate and directly receive food without endangering their security or situation.

7.  WFP food aid will be utilized as specified in the project document and delivered in installments subject to provision of a satisfactory monitoring report from WFP staff, which includes the commencement of feeding, progress made, categories and number of recipients/beneficiaries (gender disaggregated), storage and utilization of commodities, extent of involvement of the local community (men and women), contribution from other sources and record keeping.

8.  Release orders are valid only for two weeks as of the day of issuance. Food release requests should be submitted to WFP at least three working days in advance before dispatch of food. No food is released during weekends.

9.  The Implementing Partner should expect/accept margin of error in terms of weight per unit for WFP cereal commodities i.e. +/- 1.00 kg for 50 kg bags and +/- 2.00 for 100 kg bags. This is a common practice of WFP worldwide.

Monitoring and Reporting

10.  The primary responsibility of monitoring the project rests with implementing partner, WFP field staff (including its female staff), will also undertake regular monitoring of activities on site. If WFP can not monitor projects (including female projects), this project will not be continued. WFP will confirm the findings of the monitoring mission and in the event that the implementing partner fails to take corrective measures, WFP will have the right to terminate the project.

11.  Prior to each delivery of WFP commodities, subsequent to the first delivery, the IP agrees to provide information on the following: the quantity of food aid received; the quantity of food cooked, number of days fed; balance undistributed; the number of beneficiaries disaggregated by gender.

CONFIDENTIAL

WAMYSA035271

12.    The IP shall maintain agreed upon monitoring forms and submit a monthly progress report to WFP Kabul Sub-Office within 4th day of the following months.

13.    The Implementing Partner should ensure that the beneficiaries match the profile as outlined in the proposal.

14.    Stock records indicating daily food arrivals and issues will be kept by the IP. WFP will have unhindered access to these records and to the store(s) for monitoring purposes. All information provided by the IP will be subject to verification during WFP monitoring visits.

Finance

15.    The implementing partner agrees to make arrangements for the return of empty jute bags delivered under this project to WFP. Where the return of bags can not be guaranteed, the implementing partner will pay the cost of those bags not returned (at a rate of US$ 0.50 per bag). In case of plastic bags and other container the IPs should deliver to the beneficiaries.

16.    Where the project generates funds the Implementing Partner is required to provide financial statements to indicate the utilization of funds in support of project implementation. All relevant financial documentation related to the utilization of WFP funds/resources is subject to audit by WFP Afghanistan or their designate. Original financial documentation related to project activity must be kept by the IP for a minimum of 3 years after the completion of the project, to facilitate audit exercise.

General

17.    WFP will not be liable for any expenditure in excess of its contribution specified in this agreement. WFP will not be held liable for any injury, disability, and death or loss of implementing partner's staff during the operation.

18.    If WFP operations in the area are suspended, WFP agrees to inform the IP in writing who will immediately suspend all transport/distribution operations until further notice.

19.    The implementing partner agrees to reimburse WFP for the loss or unauthorized use of any of the commodities provided by WFP at a price set by WFP.

20.    In the event of failure on the part of the implementing partner to fulfill any of the obligations under this Letter of Agreement, WFP reserves the right to suspend or withdraw its commitment to the project.

21.    WFP resources will be released depending on the appropriate stafing level on the part of implementing partner to implement the project.

CONFIDENTIAL

WAMYSA035272

23. Any dispute arising from this agreement shall be referred to arbitration, one arbitrator to be nominated by WFP and the other by the Carrier. In case the arbitrators shall not agree, then the decision of any umpire to be appointed by the two arbitrators shall be final and binding upon both parties. If one party fails to appoint an arbitrator for 14 (fourteen) clear days after the other party, having appointed this arbitrator, has served the party making default with notice to make the appointment, the party who has appointed an arbitrator in the reference and his/her award shall be binding on both parties as if he/she had been appointed by consent.

### Immunity Clause

24. Nothing in this agreement shall imply a waiver by United Nations World Food Program, the United Nations or any of its Agencies or Organizations of any privileges or immunity enjoyed by them or their acceptance of the jurisdiction of the courts of any country over disputes arising out of the said agreement.

Signature:

For the WFP, Afghanistan

Name: Peter Goossens

Title: Deputy Country Director

20/2/01

For WAMY/Implementing Partner

Name: Mohammad Mustafa

Title: Director General

27-2-2001

CONFIDENTIAL

WAMYSA035273

# WORLD FOOD PROGRAMME
## LETTER OF AGREEMENT
(Transportation and handling provided by WFP)

| Project Title: | **ORPHANAGE FEEDING,** |
|---|---|
| Project Number: | **AFG/HSO/J/029/2001/1001/1F/WAMY** |

Upon signature of this agreement, the World Food Programme (WFP) and World Assembly of Muslim Youth (WAMY)  (Hereinafter referred to as the implementing partner) agree to collaborate according to the terms outlined in the attached project proposal for the Orphanage Feeding, Narang districts of Kunnar provinces.

This agreement is valid from **01ˢᵗ January 2001** until **31ˢᵗ December 2001**

### Responsibilities of WFP

**1. Food Ration**

1.1 Subject to the availability of resources, WFP will provide the implementing partner with the total commodities indicated below:

| Beneficiaries: | 160 Orphan boys having 3 meals per day. |
|---|---|
| | 28 on call staff having 3 meals per day. |
| | 74 orphan girls having 1 meal (lunch) per day. |
| | 78 orphan boys having 1 meal (lunch) per day. |

**Commodity:**

| | | | |
|---|---|---|---|
| Wheat Flour: | 1.96 MT/Month | or | 23.500 MT/Year |
| E.Oil: | 0.238 MT/Month | or | 2.856 MT/Year |
| Pulses: | 0.238 MT/Month | or | 2.856 MT/Year |
| Sugar: | 0.204 MT/Month | or | 2.45 MT/Year |
| **Total Food Requirement:** | 2.64 MT/Month | or | 31.662 MT/Year |

1.2 Commodities will be delivered in installments jointly agreed upon by WFP and the implementing partner.

**2. Transportation**

2.1 WFP agrees to deliver the said quantities of commodities to the delivery point in Afghanistan as per the agreed upon schedule *(indicated by the implementing partner).*

**3. Supervision**

3.1 WFP reserves the right to have unrestricted access to the project site, the records of the relief operation, food stores and distribution sites.

### Responsibilities of the Implementing Partner

*yfh.*



CONFIDENTIAL    WAMYSA035274

AGR. NO. 05

## 4. Implementation

4.1 The implementing partner agrees to respect the terms laid out in the project document.

4.2 The implementing partner agrees to distribute WFP commodities to 340 orphans beneficiaries in the context of a Orphanage Feeding in Narang district Kunnar province, project according to the ration and quantities indicated in paragraph 1.1 and will ensure that the commodities reach the intended beneficiaries in good condition.

4.3 Under no circumstances may WFP supplied food be sold by the implementing partner(s).

4.4 The Implementing partner is required to provide financial statements to indicate the utilization of funds in support of project implementation. All relevant financial documentation related to the utilization of WFP funds/resources is subject to audit by WFP Afghanistan or their designate. Original financial documentation related to project activity must be kept by the IP for a minimum of 3 years after the completion of the project, to facilitate audit exercises.

## 5. Monitoring and Reports

5.1 Prior to each delivery of WFP commodities, subsequent to the first delivery, the implementing partner agrees to provide information on the following: the quantity of food aid received in MT; the quantity of food aid in MT utilized by district; balance in MT of stock undistributed; the number of beneficiaries desegregated by gender, IDPs and landless.

5.2 The implementing partner shall maintain agreed upon monitoring forms and submit a progress report to WFP every 30 days.

5.3 Stock records indicating daily food arrivals and issues will be kept by the implementing partner. WFP will have unhindered access to these records and to the store(s) for monitoring purposes.

## 6. General

6.1 The implementing partner agrees to ensure that WFP and, where appropriate, the donor receives visible recognition as the donor of the food for the project.

6.2 Upon termination of the contract, the implementing partner agrees to return all WFP commodities or funds, which remain unused as determined, by WFP sub-offices in agreement with the IP.

6.3 If WFP operations in the area are suspended, WFP agrees to inform the implementing partner in writing. The implementing partner will immediately suspend all transport/distribution operations until further notice.

6.4 WFP will not be held liable for any injury, disability, death or loss of implementing partner's staff during the operation.

6.5 In the event of failure of the implementing partner to fulfil any of the obligations under this letter of agreement, WFP reserves the right to suspend or withdraw its commitment to the project.

CONFIDENTIAL

WAMYSA035275

AGR. NO. 05

6.6 This contract may be terminated by WFP or the implementing partner upon written notification.

7. **Force Majeure**

If at any time during the course of this agreement it shall become impossible for any of the parties hereto to perform any of its obligation for reasons of force majeure, that party shall promptly notify the other in writing of the existence of such force majeure, whereupon the party giving notice shall be relieved from such obligation or obligations as long as force majeure persists.

8. **Arbitration**

Any dispute arising from this agreement shall be referred to arbitration, one arbitrator to be nominated by WFP and the other by the Carrier. In case the arbitrators shall not agree, then the decision of an umpire to be appointed by the two arbitrators shall be final and binding upon both parties. If one party fails to appoint an arbitrator for 14 (fourteen) clear days after the other party, having appointed his arbitrator, has served the party making default with notice to make the appointment, the party who has appointed an arbitrator in the reference and his/her award shall be binding on both parties as if he/she had been appointed by consent.

9. **Immunity Clause**

Nothing in this agreement shall imply a waiver by United Nations World Food Programme, the United Nations or any of its Agencies or Organizations of any privileges or immunity enjoyed by them or their acceptance of the jurisdiction of the courts of any country over disputes arising out of the said agreement.

For the World Food Programme

_Keith Ursel_
Keith Ursel
HSO-WFP Jalalabad, Afghanistan

4/1/2001
Date

For the Implementing Partner

Eng. Muhammad Mustafa
Director General (WAMY)

25/1/2001
Date

CONFIDENTIAL                                                                                    WAMYSA035276



Kabul, Afghanistan
Park Road, Shahr-e-Naw
Tel. No :
Office : 32621
Staff House : 31063



# LETTER OF AGREEMENT BETWEEN
# CARE INTERNATIONAL IN AFGHANISTAN
## AND
# IMPLEMENTING PARTNER (WAMY)

CARE INTERNATIONAL in Afghanistan and Implementing Partner henceforth to as (WAMY) hereby agree for implementation of project No. **CARE/2001/BP-5/0026/WAMY** entitles **Institutional Feeding Malnourished Children, Pregnant Women and Nursing Mothers in Paktia Province.** Under the terms of this agreement, the implementing partner undertakes to carry out the activities described in the project proposal; CARE INTERNATIONAL agrees to make available the following quantities of BP-5 compact food.

## BP-5    (1704kg)

This BP-5 compact food is intended as a direct contribution from CARE INTERNATIONAL, to the implementing partner with the following terms and condition, which will be applied to this agreement.

1. A letter of Readiness will be signed by an authorised representative of the implementing partner and delivered to CARE INTERNATIONAL Kabul Office for releasing of the BP-5 compact food.

2. The implementing partner agrees to submit detail narrative report in relation to the quantity distributed to CARE verified by individual recipients signature thumbprint no later than one month from the date the project is completed.

3. The implementing partner is responsible to avoid selling of the BP-5 in the market.

4. The implementing partner is responsible to return the empty Cartons, covers (Papers covers, Silver covers).

5. The duration of the **Project is 6 Months**. The effective date of this agreement shall be the most recent of the dates of signature upon, which this agreement is executed and the end date of this agreement will be upon receipt of the final report by PUI / CARE Kabul office from Implementing Partner.

6. The implementing partner will maintain the records and accounts of BP-5 compact food delivered in a standard level.

7. The implementing Partner agrees to meet the costs of delivery of the BP-5 compact food agreed under this contract to the extended delivery point from CARE INTERNATIONAL warehouse.

8. CARE INTERNATIONAL will not be liable for any expenditure in excess of its contribution specified in this agreement.

CARE International
CARE Australia
CARE Britain
CARE Canada
CARE Denmark
CARE Deutschland
CARE France
CARE Italia
CARE Japan
CARE Norge
CARE Osterreich
CARE USA

CONFIDENTIAL

WAMYSA035277

13. The implementing agency agrees, as appropriate, to make local authorities, donors, partners or beneficiaries aware of the source of food (Norwegian Government) BP-5 compact food used under the project.

14. This agreement will be void if the implementing partner fails to start the project activities within one month of signing the letter of agreement unless CARE INTERNATIONAL is informed of cause of the delay.

15. In the event of failure on the part of implementing partner to fulfil any of the obligations under this letter of agreement CARE INTERNATIONAL, reserves the right to suspend or withdraw its commitment to the project.

16. Any quantity received and not used for the project shall be returned to the CARE INTERNATIONAL in Kabul.

Yours sincerely,

*13-05-2001*

Arsallah Jamal
Partnership Umbrella
Initiative (PUI) Manager

I hereby accept the contribution of BP-5 (**1704kg**) from CARE INTERNATIONAL with all the terms and condition listed above.

IMPLEMENTING PARTNER (WAMY)

Name: _Aclif Hassan_

Title: _Adminstok_

Signature:

Date: 13 / 5 /2001

WITNESS

Name: _Eng A. Ali Nujimi_

Title: _R. Manager/ ACLU_

Signature:

Date: 13/ 05 /2001

CONFIDENTIAL                                                                                                              WAMYSA035278

## LETTER OF AGREEMENT

The United Nations World Food Programme (Afghanistan) and Welfare Assembly of Muslim Youth (WAMY) henceforth referred to as the Implementing Partner, hereby agrees to the joint implementation of project No. AFG/SO/K/2001/006/0701/IF/WAMY entitled "Hospital Feeding" in Chamkani district of Paktika province, Afghanistan. Under the terms of this agreement, the Implementing Partner undertakes to carry out the activities described in the project proposal, which forms an integral part of the agreement. In support of the activities described, WFP agrees to make available the following quantities of commodities subject to availability of WFP resources:

| Commodity | Quantity |
|---|---|
| E.oil | 0.135 MT |
| Sugar | 0.100 MT |
| W/Flour | 1.150 MT |
| Pulses | 0.150 MT |
| Mixed Food Total | 1.535 MT |

for a value equivalent to US$ 724.035. These commodities are intended as direct contribution of WFP to 77 beneficiaries of Prince A. Mohsin Hospital of WAMY in Shar-I-Now in Chamkani district of Paktika province starting 1 January to 28 February 2001. The following terms and conditions will apply to the agreement:

1. A Letter of Readiness will be signed by an authorized representative of the Implementing Partner and delivered to WFP Sub-Office in Kabul prior to the release of the first installment of commodities.

2. Food Aid committed will be delivered in one installment, subject to provision of satisfactory monitoring report from WFP staff, which includes the commencement of feeding, progress made, number of beneficiaries by gender, storage of commodities, utilization of commodities, involvement of the local community, contribution from other sources and record keeping.

3. WFP resources will be utilized as specified in the project document and annexes. The Implementing Partner will maintain records and account of commodities delivered.

4. WFP agrees to meet the costs of delivery of food inputs foreseen under this project to Prince A. Hospital in Chamkani district of Paktika province. From this point, WFP inputs can be safely and effectively distributed to the beneficiaries of the hospital.

5. WFP will not be liable for any expenditure in excess of its contribution specified in this agreement.

1

CONFIDENTIAL

WAMYSA035279

6.  WFP's field staff to undertake regular monitoring of activities on the site, in collaboration with representatives of the Implementing Partner. WFP will confirm the findings of the monitoring mission to the Implementing Partner and in the event of the failure of the latter to take corrective measures, WFP will have the right to terminate the project.

7.  The food commodities are donated for those beneficiaries defined under this agreement and the submitted proposal. The Implementing Partner agrees to ensure that only these beneficiaries receive the food commodities and that food stocks at any given time reflect accurately the actual number of beneficiaries that have received the food. The Implementing Partner also agrees that if it fails to do so correctly, WFP has the right to terminate this agreement.

8.  The Implementing Partner agrees to undertake activities described in the project proposal with due diligence and within, to the extent possible, the agreed implementation period.

9.  All outputs will be measured by representatives of the Implementing Partner in accordance with established procedure of WFP. These records (together with an account of deliveries and the beneficiaries) will form the basis for monthly updates on activities covered by the agreement, to be sent to WFP Kabul Sub-Office.

10. The Implementing Partner will inform WFP Kabul Sub-Office promptly of any delays, changes or irregularities that might occur in the implementation of project activities.

11. Plastic bags and other types of smaller plastic containers, do not have to be returned to WFP and are an additional contribution of WFP to the beneficiaries of this project.

12. The Implementing Partner agrees to maintain and present to WFP a progress report once a month, indicating among other things the number of days, number of beneficiaries and amount of food cooked. A final report will be submitted at the end of the project to WFP Kabul Sub-Office.

13. The Implementing Partner agrees to reimburse WFP for the loss or unauthorized use of any of the commodities provided by WFP at the price set by WFP.

14. Release orders are valid only for two weeks as of the day of issuance. Food release requests should be submitted to WFP at least three working days in advance before the dispatch of food. No food is released during weekends.

15. The Implementing Partner should expect/accept margin of error in terms of weight per unit for WFP cereal commodities i.e. +/- 1.00 kg for 50 kg bags and +/- 2.00 kg for 100 kg bags. This is a common practice of WFP worldwide.

16. The Implementing Partner should ensure that the beneficiaries match the profile as outlined in the proposal.

2

CONFIDENTIAL

WAMYSA035280

17. The Implementing Partner agrees, as appropriate, to make local authorities, donors, partners or beneficiaries aware of the source of food commodities used under the project. The Implementing Partner will display a signboard (see Annex 1) at the project site.

18. This agreement will be void if the Implementing Partner fails to start the project activities within one month of signing the letter of agreement unless WFP is informed of the delay as per paragraph 10 of this agreement.

19. In the event of failure on the part of Implementing Partner to fulfill any of the obligations under this Letter of Agreement, WFP reserves the right to suspend or withdraw its commitment to the project.

Signatures:

For the World Food Programme, Afghanistan

For WAMY/Implementing Partner

Name: S. H. Khan

Name: Mr. M. Mustafa

Title: OIC
WFP Kabul

Title: General Director
WAMY

Signature: _____

Signature: _____

Date: 17/5/01

Date: _____ 2001

3

CONFIDENTIAL

WAMYSA035281

(Annex-I)

# WFP ASSISTED PROJECT

Project Title:   Hospital Feeding

Implementing Agency :   WAMY

Resources:

a. WFP Food:
W/Flour   :   1.150 MT
E-Oil     :   0.135 MT
Sugar     :   0.100 MT
Pulses    :   0.150 MT

b. Cash

Text color should be white    (100cm)    Background color should be blue

80CM

4

CONFIDENTIAL

WAMYSA035282



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)　　§:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA035262-282 (From 035262-263)**

Sworn to before me this

__22__ day of ___MARCH___ of 2026

_____
Translation Manager

_____
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY



**ata MEMBER**
American Translators Association



ACCREDITED BUSINESS
BBB®

Translation　　Interpretation　　Transcription　　DTP　　Voice-over　　Subtitling