## Preface :

*The long years of conflict in Afghanistan have deeply affected every aspect of life in the country. Like other parts of the country, Paktia province has been subjected to great destruction, of most if not all infrastructures. One of the most important health facilities that has been badly damaged by the prolonged war is the hospital in Chamkani district - Shahri-now.*

*In early 1988, World Assembly of Muslim Youth (WAMY) felt the dire need of Afghan people for health care. Therefore it took over the building of the ruined hospital in the year 1988 and immediately started the necessary repair and maintenance. Moreover comprehensive innovation and reestablishment of the hospital was successfully completed, then the hospital was fully equipped with imported medical equipment. In the year 1989, the hospital was brought into fully functioning condition.*

*From that time on the hospital works efficiently around the clock rendering valuable services to the ailing and suffering community of Paktia province and the surrounding provinces .*

CONFIDENTIAL



WAMYSA038629

*Health department activities*
*General  Information*

## 1- The name of the hospital:

The Chamkani hospital has been renamed after the late prince Abdul - Mohsin bin Abdul Aziz of KSA* .

## 2- Geographical location and the population benefiting from the hospital:

Besides Chamkani district, the people of other adjacent districts of Paktia province namely, (janikhail - Dandi pathan , Ahmad kheil and Mirzaka ) are also direct  beneficiaries of the hospital. Moreover the hospital also play the role of  referral health facility for the patients directly coming from Gardez - the capital city of the province.
The total number of population directly benefiting from the hospital reaches (100000) beneficiaries .

### Objectives of the hospital :

Objectives are divided into two :
1- The long term objectives are :
   (a) to provide health care facilities to the community of the area .
   (b) combating different diseases in the area .
   ( c) Developing health awareness among the community members.
2- The Short term objectives are :
   One. to reduce morbidity and mortality rates in the area .
   Two. to provide medical and surgical services to the patients .
   Three. to control Malaria and T.B, and Diarrhea in the area .
   Four. to provide fully accommodated wards to look after the
    inpatients .
   Five. to provide vaccination facilities for women and children
    under five years .
   Six. to receive emergency & causality cases .
   Seven. to control the communicable diseases .

CONFIDENTIAL                                                          WAMYSA038630

Eight. to give proper treatments to the out patient consultants .

## 3-Staff of the hospital :

Table (1) shows the staff categories of the hospital .

### A / Technical staff

| S No | Description | No | Remarks |
|------|-------------|-----|---------|
| 1 | Medical Director | 1 | Expatriate |
| 2 | Medical specialist | 1 | Local |
| 3 | Surgeon specialist | 1 | Local |
| 4 | Gynecology specialist | 1 | Local |
| 5 | Medical officers | 3 | Local |
| 6 | technicians & Paramedical staff | 16 | Local staff for X-ray , Lab,OT Internal pharmacy , Nurses including female & anesthesia |
| 7 | EPI Workers | 2 | Local |

### B/ Supporting staff :

| S No | Description | No | Remarks |
|------|-------------|-----|---------|
| 1 | Senior administrator | 1 | Expatriate |
| 2 | Junior administrator | 2 | Local |
| 3 | labors | 10 | Local |
| 4 | Guard | 4 | Local |

\* KSA = Kingdom of Saudi Arabia .

## 4- Departments, Sections, & Units of The Hospital :

The hospital provides health care and health services through its different essential departments, i.e. different sections and units. Special control programs for T.B, Malaria & Maternal health care are also organized and maintained by the hospital .

## A/ Out Patient department .

CONFIDENTIAL

WAMYSA038631

## Table (2) Shows OPD :

| S No | out patient Departments (OPD) |
|------|-------------------------------|
| 1    | Medical OPD                   |
| 2    | Pediatric  OPD                |
| 3    | Surgical OPD                  |
| 4    | Gynecological OPD             |
| 5    | Dental OPD                    |

## B/ Table (3) Shows Internal Departments :

| S No | Internal Departments  |
|------|-----------------------|
| 1    | Medical Department    |
| 2    | Surgical Department   |
| 3    | Obst - Gyn Department |
| 4    | Pediatric Department  |
| 5    | Lab Department        |
| 6    | X-Ray Department      |
| 7    | Ultrasound Department |
| 8    | Major operation theater |
| 9    | Major operation theater |

## C/ Internal Pharmacy .

## D/ EPI / Section: the program is assisted by UNICEF .

## F/ Drug store .

## G/ Patients wards .

1- **Male Medical ward  .**
2- **Female Medical ward .**
3- **Male Surgical ward .**
4- **Female Surgical ward .**
5- **Pediatric ward .**

                                                                 WAMYSA038632

## H/ Special control Programs .

1- **Malaria control Program .**
2- **T.B control Program .**
3- **Diarrhea control Program .**

## 4- logistic:

The hospital has a fully equipped ambulance for bringing the referred specimen to Peshawar timely. Besides bringing the serious patients from the surrounding areas whenever requited. The staff and hospital administration are also provided with another vehicle for their transportation, and meeting the other needs of the hospital.

**In general the hospital is one of the health facilities that has been / characterized by:**

1. Accessibility to all and easily obtainable health services .
2. Coverage of health services that any patient needs .
3. Well qualified, prepared medical staff  .
4. Enough quantity and good quality medicines .

Besides the treatment of patients the hospital's administration focuses on the preventive medicine and curative measures. On the other hand training of the joiner technical staff is well established and maintained in the hospital, through couching or sending them to different courses.

## Hospital Activities :

The attached tables illustrate different activities of the hospital for the period January to November  of the current year, 1999.

## Special control Programs :

### A- Malaria control program :

CONFIDENTIAL                                                      WAMYSA038633

Malaria has long been a public health problem in Afghanistan . In the hospital area the reported cases of malaria is on the rise specially during summer season. Numerous deaths are reported in the area .

The malaria control program launched by the hospital administration focuses on the prevention of mortality and socio - economic losses due to malaria. Progressive improvement are under taken to strengthen the hospital's capabilities  to effectively combat the disease. The program aims at keeping malaria under control and reducing mortality rate . The malaria control program is carried out in collaboration with other international health organizations, namely Medicine Sans Frontier (MSF) - health net. This collaboration is meant to achieve the following goals :

1) Training technical staff to enhance their skills.

2) Improving the diagnostic capacities of the laboratories .

3) Distribution of impregnated bed nets among the community in the hospital area .

## B-Tuberculosis Control Program :

Tuberculosis is widely prevalent in Afghanistan and worse than in any other developing country - This is mainly due to following reasons:

1) Poverty in the area .

2) Under trained health workers .

3) Unavailability of diagnostic equipment .

4) High cost of treatment .

WAMY administration after realizing the seriousness of the tuberculosis problem has established a separate program to combat with this killer disease .

The program gives priority to training of the health workers and the technical staff, as well as provision of equipment for proper and accurate diagnosis. The treatment (drugs) provided to the patients is free of any charges this is another priority .

The T.B control program also focuses on the following major activities :

(1) To provide health education to the community through distribution of publicity material in the form of pamphlets and posters

CONFIDENTIAL

WAMYSA038634

(2) To arrange appropriate short training  courses for doctors, laboratory technicians and health workers to carry out  proper diagnosis of the disease.
(3) To provide anti - tuberculosis drugs to the patients free of any charges .
(4) To provide BCG vaccination for newly born and infants .
* In addition to that WAMY management is trying its best to convince the WFP to put WAMY hospital under the range of hospitals that benefit from malnutrition program. Currently WAMY management has reached an agreement with WHO to put the TB program under its supervision.

**Future Planning :**

No doubt  the hospital is very important for the community in the area. The continuity of the hospital is a big concern for every community member. The future plans could be visualized to achieve the following  objectives :
1- Further improve the performance of the hospital .
    This objective can be realized if we succeed in recruiting a highly qualified doctors and further increase  the training we give to our medical staff in the hospital to let them be updated about the new developments in their respective fields of specialization.
2- Maintaining the established relationship with :
        One. WHO .
        Two. WFP .
        Three. UNICEF .
        Four. Other international organizations.
These agencies provide a valued assistance to the project.

**Problems and constraints :**
1- Scarcity of medical specialist and paramedical staff .
2- Inaccessibility of the road to the hospital from Pakistan .
3- Low quality and high pries of medicines and drugs .

CONFIDENTIAL

WAMYSA038635

## *Analysis of some hospital indicators*

**The following Table (5) analysis of some hospital indicators reflects the general performance of the hospital .**

| S No | Hospital Indicators | Sign |
|---|---|---|
| 1 | Average length of patient stay | 7 days |
| 2 | Bed occupancy percentage | 67.5 % |
| 3 | Bed turn over rate | 85 % |
| 4 | Gross death rate | 1.3% |
| 5 | Anesthesia death rate for 1998 | non |
| 6 | Number of death cases after operations during 1998 | 4 cases |
| 7 | Delivery death cases during 1998 | one case |
| 8 | Cesarean cases during 1998 | 8 cases |

## *Analysis of the hospital's Performance in the year 1999*

**The following Table shows analysis of the hospital's general performance through the under stated indicators .**

| S No | Hospital Indicators | Sign |
|---|---|---|
| 1 | Average length of patient stay | 7 days |
| 2 | Bed occupancy percentage | 67.5 % |
| 3 | Bed turn over rate | 85 % |
| 4 | Gross death rate | 1.3% |
| 5 | Anesthesia death rate for 1999 | Nil |
| 6 | Number of death cases after operations during 1999 | 4 cases |
| 7 | Delivery death cases during 1999 | one case |
| 8 | Cesarean cases during 1999 | 8 cases |

CONFIDENTIAL

WAMYSA038636