

ingdom of Saudi Arabia
Saudi Joint Relief
mmittee For Kosova & Chechnya

Number: 2/79

Date: 22/1/1422 AH

Dr. Atallah

- A copy, with best regards and appreciation, to His Excellency the President, may God protect him
- A copy, with best regards, to His Excellency the Chairman of the Joint Committee, may God protect him

**His Excellency Dr. Saleh bin Sulaiman Al-Wahibi – may God protect him**

**Secretary General of the World Assembly of Muslim Youth - Member of the Joint Committee**

Peace be upon you, God's mercy and blessings

I pray to God to grant you even more support, success, and guidance...

I would like to note the gracious approval granted by His Royal Highness Prince Nayef bin Abdulaziz, Minister of the Interior and General Supervisor of the Saudi Joint Committee, for the training of a number of Kosovar doctors in hospitals throughout the Kingdom. The Committee has already begun preparing and organizing the program for these doctors.

Given the existence of a Muslim Doctors Committee within the World Assembly of Muslim Youth, the Chairman of the Committee suggested that we collaborate with you on the implementation of the program.

I would appreciate it if you could kindly nominate a suitable candidate from among the doctors on the Muslim Doctors Committee to oversee the training program for these doctors in the Kingdom's hospitals.

May God reward you for your efforts and multiply your reward.

Best regards,

May God's peace, mercy and blessings be upon you,

Mohammed bin Hamad Al-Huwidi, Director of the Executive Office of the Saudi Joint Committee
for Relief in Kosovo and Chechnya
[signature]
[seal]

E-Mail : sjr@kosova.cc — البريد الإلكتروني — فاكس ٤١٩٣٥٤٢ — الهاتف ٤١٩٣٥٣٠ — الرياض ١١٣٧٢ — ص.ب ٣٤٥
P. O. Box 345 - Riyadh 11372 - Tel. 4193530 - Fax 4193542 - Kingdom of Saudi Arabia

CONFIDENTIAL



EXHIBIT
WAMY EX. 95

WAMYSA036944

**ingdom of Saudi**
**Saudi Joint Relief**
**mittee For Kosova & Chechnya**

اللجنة السعودية المشتركة
لإغاثة كوسوفا والشيشان

الرقم : .....ك/ل/ص/٧٩.......

التاريخ : .....١٤٢٢/١٠/٢٢هـ.......

المشروعات : ............

تذكير د.صالح الح

– نسخة مع التحية والتقدير لمعالي الرئيس          سلمه الله
– نسخة مع التحية والتقدير لسعادة رئيس لجنة كوسوفا          سلمه الله

سعادة الأخ الدكتور / صالح بن سليمان الوهيبي          حفظه الله
الأمين العام المساعد للندوة العالمية للشباب الإسلامي عضو اللجنة المشتركة

السلام عليكم ورحمة الله وبركاته ، أما بعد :

فأسأل الله لسعادتكم المزيد من العون والتوفيق والسداد ،،،

وأشير إلى الموافقة الكريمة من صاحب السمو الملكي الأمير/نايف بن عبدالعزيز وزير الداخلية المشرف العام على اللجنة السعودية المشتركة على تدريب عدد من الأطباء الكوسوفيين في مستشفيات المملكة ، وحيث بدأت اللجنة بالأعداد والترتيب لبرنامج هؤلاء الأطباء .

ونظراً لوجود لجنة للطبيب المسلم في الندوة العالمية للشباب الإسلامي ، فقد رأى معالي رئيس اللجنة أن يتم التعاون معكم حول تنفيذ البرنامج .

آمل من سعادتكم التكرم بترشيح من ترونه مناسبا من أحد الأطباء في لجنة الطبيب المسلم ليكون مسؤولاً عن برنامج تدريب هؤلاء الأطباء في مستشفيات المملكة .

شكر الله سعيكم وضاعف لكم الأجر والمثوبة .

وتقبلوا تحياتي ،،،
والسلام عليكم ورحمة الله وبركاته ،،،



مدير المكتب التنفيذي
للجنة السعودية المشتركة لإغاثة
كوسوفا والشيشان

محمد بن حمد الهويدي

E-Mail : sjr@kosova.cc – البريد الإلكتروني – ٤١٩٣٥٤٢ فاكس – ٤١٩٣٥٣٠ الهاتف – ١١٣٧٢ الرياض – ٣٤٥ ص.ب
P. O. Box 345 - Riyadh 11372 - Tel. 4193530 - Fax 4193542 - Kingdom of Saudi Arabia

CONFIDENTIAL

WAMYSA036944



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036944 - letter asking to assign WAMY doctors to train Kosovar doctors**

Sworn to before me this

26 day of ___March___ of 2026



Translation Manager

Notary


American Translators Association



Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling