## *First: Basic informations.*

1- Name / Title of the organization.

World Assembly of Muslim Youth (WAMY).

2- Country of origin:

The Kingdom Saudi Arabia (KSA).

3- Location of main / branch office in Pakistan.

Main office in Peshawar .

I – Postal address : P.O.Box – 1055 , Sufaid Dheri Plot No: 3304/5 , University

Town Peshawar .

Telephone No: 840249,41485.

Fax: 840385

4- Whether Registered / un – Registered / Allowed to Work.

A-WAMY is registered with ministry of safron - Islamabad through the

Commissioner for Afghan Refugees.

B- Registered with the Joint Stock companies and Societies ,NWFP, Peshawar.

5- Operational date :

WAMY has been working in relief activities since 1986.

6- Specific Field of Assistance

Field of assistance includes the following.

- ❖ Health and health care.
- ❖ Education – Primary and Higher Education.
- ❖ Social Welfare: Orphans & widow Sponsorships.
- ❖ Rehabilitation – Agricultural rehabilitation in Afghanistan.
- ❖ Construction and Infrastructures: Orphanages, Schools, Clinic ,
  Mosques….. etc.

CONFIDENTIAL



EXHIBIT

WAMY EX. 96  WAMYSA038614

7- Name of the head of the Organization,

Mohammed Mustafa Mohammad.

Nationality: Sudanese.



*Details of Projects*

**1) Projects Completed**

### Table (1) Depicts Projects Completed

| S. No | Name of Projects | Cost in Pak- Rupees | Country |
|---|---|---|---|
| 1 | Construction of Primary School. | 400,000 Funded by WAMY | Afghanistan |
| 2 | Repair and Maintenance of the Main Building of these Schools. Construction of new class rooms in these schools. | 638,000 Funded by WAMY | Afghanistan |
| 3 | Digging of a deep well. | Funded by German Agro - action | Afghanistan |
| 4 | Construction of Elevated water tank | Funded by UNHCR | Afghanistan |

**2) Projects in Hand – Ongoing**

CONFIDENTIAL                                                                                   WAMYSA038615

*Table No (2) depicts project in hands*

| S. No | Name of the Project | Annual Cost of Running the Project in Rs. | Country |
|---|---|---|---|
| 1 | **Health Section:** Prince Abdu Al Mohsin Regional Hospital (70 beds ) | 5,000,000 | Afghanistan |
| 2 | **Primary Education Section:** a-Ten Primary School in five Provinces. b- Um Salma Primary School for girls | 750,000 | Afghanistan Pakistan |
| 3 | . **Higher Education Section:** Imam Abu-Hanifa higher institute | | Pakistan |
| 4 | for teacher qualifying. **Social Welfare Section:** Sponsorship of 2000 Orphans (boys and girls) and Financial Assistance to their mothers (the widows) on monthly basis. | 12,000,000 | Afghanistan |
| 5 | **Construction Project Section:** Dar-AL-Nadwa Orphanage in Jalalabad – First floor – Dining hall – Clinic Completed – Second Floor under Construction . | 4,000,000 | Afghanistan |

## *Future Projects:*

1- All the existing project shall be continued for the next year. The proposed budget for running all on going projects has been approved by the H.Q. (Cost see annual budget for 1999).

                                                                                      WAMYSA038616

2- Sponsorship of 500 new orphans (boys and girls). (Cost 1,500,000 Pak-Rupees) .

3- Construction of an orphanage in Kabul city (upgrading of one school to an orphanage by adding classrooms , Hostels , Dining hall,Clinic, and (Watchmanroom) to accommodate 300 orphans ( Cost 500,000 Pak-Rupees )

4- Repair and maintenance of three schools in Wardak and logar provinces.

## 9- Funding:

| S. No | Funding Year | Fund Receive Source | Actual Expenditure |
|---|---|---|---|
| 1 | 1996 | Donors in the kingdom of Saudi Arabia | 700,000 USD |
| 2 | 1997 | " | 780,000 USD |
| 3 | 1998 | " | 780,000 USD |
| 4 | 1999 | " | 910,000 USD |

## Basic Informations:

1. Name of the NGO.

World Assembly of Muslim Youth ( WAMY ) .

2. Country of Origin .

The Kingdom of Saudi Arabia (KSA).

CONFIDENTIAL

WAMYSA038617

3. Location of Main  Office in Pakistan.

   The main office is located in Peshawar .

4.  Permanent Address.

   a)  Visiting address : Plot No: 3304/5, Sufaid Dheri , Canal Road , University Town  Peshawar .

   b)   Mailing address : U.P.O.Box 1055 , Peshawar .

   c)  Communication Lines : Phones: 41485,840249,45428, Fax : 840385 .

4.  Whether registered / un-registered /allowed to work.

   a)  WAMY is registered with Ministry of Safron through Commissioner Afghan refugees in Peshawar .

   b)  WAMY is also registered with joint stock companies and Societies , Peshawar NWFP .

4.  Name of the head of the organization with nationality.

   Mohammed Mustafa Mohd Nationality – Sudanese

5.  Date of function in Pakistan .

   1987 .

6.  Date of registration in Pakistan .

   1989 .

7.  Specific and main field of activities .

   These include:

   a)  Health and health care activities.

   b)  Education activities.

1-  Primary education.

2-  Higher education.

   a)  Rural development activities.

   b)  Social welfare activities.

   c)  Construction activities.

   d)  Emergency relief activities.

   Details of Projects

CONFIDENTIAL                                                                                                          WAMYSA038618

A / Projects Completed

*Table (3) Depicts Projects Completed*

| S. No | Name of Projects | Cost in Pak Rupees | Country |
|---|---|---|---|
| 1 | Construction of Primary School. | 400,000 Funded by WAMY | Afghanistan |
| 2 | Repair and Maintenance of the Main Building of 4 Schools – New class-rooms also added to these Schools | 638,000 Funded by WAMY | Afghanistan |
| 3 | Digging of a deep well | Funded by German Agro Action | Afghanistan |
| 4 | Construction of an elevated water tank | Funded by UNHCR and WAMY | Afghanistan |

## 10. Projects in Hands / Ongoing

*Table (2) Depicts Projects in Hands*

CONFIDENTIAL

WAMYSA038619

| S.No | Name of the Projects | Location | Annual Cost | No of Beneficiaries |
|------|---------------------|----------|-------------|---------------------|
| 1/ | AL-Arqam Orphanage | Kunar – Afghanistan | | 350 orphans Students |
| 2/ | Four orphans schools | Nangarhar-Afghanistan | | 855 orphans Students |
| 3/ | Two orphans schools | Wardak – Afghanistan | | 345 orphans students |
| 4/ | One orphan school | Kabul – Afghanistan | | 200 orphans students |
| 5/ | One orphan school | Logar - Afghanistan | | 200 orphans students |
| 6/ | Abu-Hanifa Higher teachers qualifying institute | Peshawar – Pakistan | | 200 students |
| 7/ | Prince Abdu-AL-Mohsin Bin Abdu-AL-Aziz Hospital | Paktia – Afghanistan | | 3500 Patients per months |
| 8/ | Umi Salamah Primary School | Peshawar – Pakistan | | 700 girls students |
| 9/ | Agriculture Projects | Kabul – Afghanistan | Funded by FAO | (200) farmers |
| 10/ | Relief Projects | In Pakistan and Afghanistan | Not limited | Not limited |
| 11/ | Under Construction of a new orphanage | Jalalabad - Afghanistan | **4,000,000** | 400 orphans students (boys & girls) |

CONFIDENTIAL

WAMYSA038620