

**World Assembly of Muslim Youth**
**Muslim Doctor Committee**



الندوة العالمية للشباب الإسلامي
لجنة الطبيب المسلم

### Riyadh Region Executive Council Meeting Minutes

January 8, 1996

The Executive Council of Riyadh Region held its third meeting on Monday, January 7, 1996 at 8:00 p.m. in the main meeting room at the headquarters of the seminar.

The meeting was attended by:

1. Dr.: Abdul Elah Ketbi, Executive Director of the branch [signature]
2. Dr.: Atallah Al-Rehaili, Scientific Department Officer [signature]
3. Pharmacist: Hatem Mokhtar Media Officer --------------
4. Brother: Muhannad Al-Barqawi, Secretary of the Committee [signature]

The topics included in the working paper were discussed:

### *Distributing the balm leaflet:

Pharmacist Hatem Mokhtar presented the second issue of the Balsam Bulletin to the Board, and Pharmacist Hatem stated that the first issue of the Bulletin was distributed well but there were some obstacles:

1. Difficulty in delivering the membership and subscription form.
2. Difficulty in contacting the committee due to the busy phone lines at the seminar.
3. Printed copies were insufficient and the handout did not reach every doctor.

After pharmacist Hatem Mokhtar reviewed the penalties, there were some suggested solutions:

1. Creating a special phone line for the committee with a phone, fax and Ansar Mushin installed on it, to make it easier to contact the committee.
2. Finding doctors cooperating with the committee in hospitals to facilitate the process of participation in the committee, and coordinate with the committee's secretary.
3. Increasing the number of balsam bulletin to 6000 copies due to high demand.

In this regard, the Board endorsed these suggestions.

### *Draft fundraising campaign proposed by the media department:

1. Target segment: The board approved it as stated in the plan.
2. Types of campaigns: The board approved it as stated in the plan.
3. How the campaign is organized: The board approved the plan as stated in the plan, provided that the media department will coordinate with the proposed individuals, hold a meeting for them and present the plan to them before the holy month of Ramadan.

ص . ب ٨٤٥.١٠ WAMYSA 1235619 المملكة العربية السعودية – هاتف وفاكس (مباشر) : ٤٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩ CONFIDENTIAL ٤٦٤١٧١٠(١-٩٦٦)
P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL



EXHIBIT
WAMY EX. 97

WAMYSA1235619



**World Assembly of Muslim Youth**
**Muslim Doctor Committee**



4.	Auxiliary means: The board approved it as stated in the plan.

5.	Method of execution: The Board approved it after an amendment proposed by Dr. Abdullah Ketbi about the projects adopted by the committee to develop a unified name that includes these projects as the Relief Authority did when it put its projects under the name "Sanabel Al-Khair", and the name "Heal a Patient" was proposed and left to the media department to choose the appropriate name and estimate the projects and present them to the Board for approval.

**\*Contact mechanism for the branch's executive director:**

Dr. Abdullah Kutbi, Executive Director of the branch, discussed the proposed means of communication between departmental officials and the Executive Director, and Dr. Atallah Al-Rahili suggested some means, namely:

1.	Each department head must submit a periodic report to the Executive Director addressing the plan, issues, achievements, and present them to the Board for discussion and solutions, and the Board approved this proposal.

2.	Office hours approved by the Board in a previous meeting: It was discussed with the secretary of the committee to provide an office for the executive director, and the secretary explained that the matter is under implementation, and Dr. Abdullah indicated that his schedule for his presence in the committee will be determined during this month and will be circulated to the departmental officials. Dr. Abdullah explained that he has set aside Wednesday mornings at his workplace from 8 a.m. to 1 p.m. for the committee. Liaison with departmental officials.

The communication mechanism between departments in the branches:

Dr. Abdul Elah asked to clarify how to communicate between the sections in the branches, and the Board agreed that communication should be direct between the section officials and through the secretary of the committee, and he assigned Brother Muhannad Al-Barqawi to bring the phones of each section official from the branches.

**\*Introductory meeting of the committee:**

Pharmacist Hatem Mokhtar reviewed the date of the committee's introductory meeting and that the media department has proposed two dates in the first month of Ramadan: On Ramadan 4 and to be based at King Saud University, but the location was not approved because the university is going to hold the Islamic World Surgery Exhibition in the month of Dhu al-Qa'dah, and the exhibition will be organized by the student committees and the doctor's committee. Dr. Atallah Al-Rehaili suggested that the venue be at King Abdulaziz University Hospital, and he assigned pharmacist Hatem Mukhtar to follow up on the coordination of the meeting for Dr. Samir to address some officials to take the approval at Al-Haris Hospital.

The second meeting will take place on Ramadan 18 at King Faisal Specialist Hospital and has been approved by the hospital.

**\*Women's section:**

ص . ب ٥٠٨٤٠ الرياض ١١٤٤٣ المملكة العربية السعودية – هاتف وفاكس (مباشر) : ٤٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩(١-٩٦٦) – فاكس : ٤٦٤١٧١٠(١-٩٦٦)
P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL

WAMYSA1235620

 

**World Assembly of Muslim Youth**

**Muslim Doctor Committee**

Dr. Abdullah Kotbi reviewed the activities of the Women's Section and presented the Board with some of the requests submitted by the Women's Section, namely:

1.  In response to this request, the council asked the women's section to submit a work plan for the section to be approved by the council, provided that the women's section is subordinate to the committee in its administrative and financial matters.

2.  The women's section prepared letters addressed to some dignitaries to request a separate building for the women's branch, as the committee is facing harassment from the women's section of the symposium, and the board approved this request after presenting it to Dr. Mana Al-Johani, Secretary General of the symposium, and Dr. Atallah, Abdullah, and Issam were assigned to meet with Dr. Mana Al-Johani, Secretary General of the symposium.

**\*Titles and hierarchy:**

Dr. Atallah Al-Ruhaili reviewed the issue of administrative titles, their order, administrative hierarchy, adherence to these titles, and that they are translatable into English. Dr. Hatem mentioned that he is in the process of preparing an integrated administrative structure through a specialized institution in this field, and he assigned Pharmacist Hatem to follow up and expedite the matter.

The meeting ended at 9:30 p.m.

Chairman of the Muslim Doctor's Committee

[signature]

Dr. Essam bin Rabhi Hamada

Muhannad 118

ص . ب ٨٤٥٠١٠ - ١٢٣٥٦١٩ AMWSA المملكة العربية السعودية - هاتف وفاكس - هاتف وفاكس (مباشر) : ٥١٦١٢٩١١٦(١-٩٦٦) - هاتف : ١١٦١١١٤١١١١ - ١٤١١٧١CONFIDENTIAL(١-٩٦٦)

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL

WAMYSA1235621



World Assembly of Muslim Youth

**Muslim Doctor Committee**

الندوة العالمية للشباب الإسلامي

**لجنة الطبيب المسلم**

١٤١٦/٨/١٧هـ

**محضر اجتماع المجلس التنفيذي لمنطقة الرياض**

عقد المجلس التنفيذي لمنطقة الرياض اجتماعه الثالث يوم الإثنين ١٤١٦/٨/١٧هـ الساعة الثامنة مساءً ، في غرفة الاجتماعـات الرئيسة بمقر الندوة .

وقد حضر الاجتماع كل من :

| ١– | الدكتور : | عبدالإله كتبي | المدير التنفيذي للفرع |
| ٢– | الدكتور : | عطاالله الرحيلي | مسئول القسم العلمي |
| ٣– | الصيدلي: | حاتم مختار | مسئول القسم الإعلامي |
| ٤– | الأخ : | مهند البرقاوي | سكرتير اللجنة |

وقد تمت مناقشة الموضوعات المدرجة في ورقة العمل وهي :

**\* توزيع نشرة البلسم :**

عرض الصيدلي / حاتم مختار على المجلس العدد الثاني من نشرة البلسم ، وذكر الصيدلي حاتم أنه تم توزيع العدد الأول من النشرة بشكل جيد ولكن ظهرت هناك عدد من العقبات :

١– صعوبة إيصال نموذج العضوية والاشتراك في اللجنة .

٢– صعوبة الاتصال باللجنة وذلك لانشغال خطوط الهاتف في الندوة .

٣– كانت النسخ المطبوعة غير كافية ولم تصل النشرة لكل طبيب .

وبعد أن استعرض الصيدلي / حاتم مختار العقبات كان هناك بعض الحلول المقترحة وهي :

١– إيجاد خط هاتف خاص باللجنة يركب عليه هاتف وفاكس و( انصر مثين ) ، ليسهل عملية الاتصال باللجنة .

٢– إيجاد أطباء متعاونين مع اللجنة في المستشفيات لتسهيل عملية الاشتراك في اللجنة ويكون التنسيق مع سكرتير اللجنة .

٣– زيادة عدد نشرة البلسم ليصبح العدد ٦٠٠٠ نسخة وذلك لكثرة الطلب .

وفي هذه الخصوص أقر المجلس هذه الاقتراحات .

**\* مسودة حملة التبرعات المقترحة من قبل القسم الإعلامي :**

استعرض الصيدلي حاتم مختار مسودة حملة التبرعات المقترحة من القسم الإعلامي :

١– الشريحة المستهدفة : وقد أقرها المجلس كما جاء في الخطة .

٢– أنواع الحملات : وقد أقرها المجلس كما جاء في الخطة .

٣– طريقة تنظيم الحملة : أقرها المجلس كما جاء في الخطة على أن يتولى القسم الإعلامي التنسيق مع الأفراد المقترحين ، وعقد اجتماع لهم وعرض الخطة عليهم قبل شهر رمضان المبارك .

ص . ب ١٠٨٤٥ المملكة العربية السعودية – هاتف وفاكس (مباشر) : ٤٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩(١-٩٦٦) – فاكس : ٤٦٤١٧١٠(١-٩٦٦)
P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax (966-1) 4641710

CONFIDENTIAL    WAMYSA 1285610



World Assembly of Muslim Youth
**Muslim Doctor Committee**

الندوة العالمية للشباب الإسلامي

لجنة الطبيب المسلم

٤- الوسائل المساعدة : أقرها المجلس كما جاء في الخطة .

٥- طريقة التنفيذ : أقرها المجلس بعد تعديل مقترح من الدكتور / عبدالإله كتي حول المشاريع التي تتبناها اللجنة بان يوضع اسم موحد يحوي هذه المشاريع مثلما فعلت هيئة الإغاثة حينما وضعت مشاريعها تحت اسم " سنابل الخير " ، وتم اقتراح اسم " داوي مريضاً " . وترك للقسم الإعلامي اختيار الاسم المناسب و تقدير المشاريع وعرضها على المجلس لاعتمادها.

## * آلية الاتصال بالمدير التنفيذي للفرع :

ناقش الدكتور / عبدالإله كتي المدير التنفيذي للفرع الوسائل المقترحة للاتصال بين مسئولي الأقسام والمدير التنفيذي ،

واقترح الدكتور / عطاالله الرحيلي بعض الوسائل وهي :

١- على كل مسئول قسم رفع تقرير دوري للمدير التنفيذي يتناول الخطة ، المشكلات ، المنجزات ويتم عرضها على المجلس للمناقشة ووضع الحلول ، وقد أقر المجلس ذلك الاقتراح .

٢- الساعات المكتبية التي أقرها المجلس في اجتماع سابق : وقد نوقشت مع سكرتير اللجنة توفير مكتب للمدير التنفيذي ، وأوضح السكرتير بان الموضوع تحت التنفيذ ، وبين الدكتور عبدالإله أنه سيتم تحديد جدول وجوده في اللجنة خلال هذا الشهر وسيتم تعميمه على مسئولي الأقسام . وأوضح الدكتور عبدالإله أنه قد خصص يوم الأربعاء صباحاً في مقر عمله من الساعة ٨صباحاً وحتى الساعة ١ظهراً للجنة . والاتصال مع مسئولي الأقسام .

## * آلية الاتصال بين الأقسام في الفروع :

طلب الدكتور عبدالإله بيان كيفية الاتصال بين الأقسام في الفروع ووافق المجلس على أن يكون الاتصال مباشراً بين مسئولي الأقسام وعن طريق سكرتير اللجنة ، وقد كلف الأخ / مهند البرقاوي بإحضار تلفونات مسئول كل قسم من الفروع .

## * اللقاء التعريفي للجنة :

استعرض الصيدلي / حاتم مختار موعد اللقاء التعريفي للجنة وأن القسم الإعلامي قد اقترح موعدين في شهر رمضان الأول : في ٤رمضان وأن يكون مقرة جامعة الملك سعود ولكن المكان لم يوافق عليه لأن الجامعة بصدد عقد معرض جراحات العالم الإسلامي في شهر ذوالقعدة ، وسينظم المعرض اللجان الطلابية و لجنة الطبيب . وكان مقترحاً أن يكون المكان في مستشفى الملك عبدالعزيز الجامعي ، وقد اقترح الدكتور / عطاالله الرحيلي أن يكون المكان في مستشفى الملك فهد " الحرس " ، وقد كلف الصيدلي / حاتم مختار بمتابعة التنسيق للقاء عن الدكتور سمير ليخاطب بعض المسئولين لأخذ الموافقة في مستشفى الحرس .

أما اللقاء الثاني فسيكون في تاريخ ١٨رمضان في مستشفى الملك فيصل التخصصي وتمت أخذ الموافقة من قبل المستشفى .

## * القسم النسائي :

ص . ب ١٠٨٤٥ الرياض ١١٤٤٢ المملكة العربية السعودية – هاتف وفاكس (مباشر) : ٤٦٢٩١٦٥ (١-٩٦٦) – هاتف : ٤٦٤١٦٦٩ (١-٩٦٦) – فاكس : ٤٦٤١٧١٠(١-٩٦٦)
O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL
WAMYSA1235620



World Assembly of Muslim Youth

**Muslim Doctor Committee**

ندوة العالمية للشباب الإسلامي

لجنة الطبيب المسلم

استعرض الدكتور / عبدالإله كتبي نشاطات القسم النسائي وقدم للمجلس بعض الطلبات المقدمة من القسم النسائي وهي :

١ – طلب القسم من المجلس أن يكون فرعاً مستقلاً ويعامل على أنه فرع من الفروع ، وحول هذا الطلب طلب المجلس من القسم النسائي تقديم خطة عمل للقسم يتم اعتمادها من المجلس على أن يكون القسم النسائي تابعاً للجنة في أموره الادارية والمالية .

٢ – أعد القسم النسائي خطابات موجهة إلى بعض الوجهاء لطلب مبنى مستقلاً للفرع النسائي ، حيث أن اللجنة تواجه مضايقات من القسم النسائي بالندوة ، وقد أقر المجلس هذا الطلب بعد عرضه على الدكتور / مانع الجهني الأمين العام للندوة ، وقد كلف كل من الدكتور / عطاا لله ، عبدالإله ، عصام بمقابلة الدكتور مانع الجهني الأمين العام للندوة .

**\* المسميات والتسلسل الإداري :**

استعرض الدكتور / عطاا لله الرحيلي قضية المسميات الإدارية وترتيبها والتسلسل الإداري والالتزام بهذه المسميات وأن تكون قابله للترجمة باللغة الإنجليزية ، وقد ذكر الدكتور حاتم أنه بصدد إعداد هيكل إداري متكامل عن طريق مؤسسة متخصصة في هذا المجال وقدكلف الصيدلي / حاتم بمتابعة الأمر والإسراع فيه .


انتهى الاجتماع الساعة التاسعة والنصف ليلاً .

رئيس لجنة الطبيب المسلم

د . عصام بن ربحي حمادة

مبند ١١٨

ص . ب ١٠٨٤٥ الـريـاض ١١٤٤٣ الملكـة العربيـة السعوديـة – هاتف وفـاكس (مباشـر) : ٤٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩(١-٩٦٦) – فـاكس : ٤٦٤١٧١٠(١-٩٦٦)

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL

WAMYSA1235521



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1235619-645 (from 1235619-621)**

Sworn to before me this

_22_ day of _MARCH_ _____ of 2026

_____
Translation Manager

_____
Notary



American Translators Association



Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling