



**World Assembly of Muslim Youth**

**Islamic Medical Association**

الندوة العالمية للشباب الإسلامي

اللجنـــة الطبيـــة الإسلامـــية

1/4

Minutes of the Forty-First Meeting

of the Islamic Medical Committee

The Executive Board of the Islamic Medical Committee held its forty-first meeting on Thursday, June 26, 1999 at 10:00 a.m. at the World Assembly of Muslim Youth.

The members discussed several topics and adopted the following recommendations:

1. Salaries of graduate students in Jordan:

The Council reviewed the request submitted by graduate students in Jordan whom the Committee had sponsored at its own expense last year, regarding an increase in sponsorship costs from 1,000 riyals per month to 1,750 riyals per month per person.

Decision:

1. The Committee Secretary is tasked with applying the sponsorship regulations to the sponsored individuals and completing the application form.

2. The agency responsible for the beneficiaries is hereby notified that the committee is unable to increase the amount at this time.

---

imaksa@anet.net.sa – البريد الإلكتروني – (٩٦٦-١) ٤٦٤١٦٦٩ : هاتف – (٩٦٦-١) ٤٦٢٩١٦٥ :(هاتف وفاكس (مباشر – المملكة العربية السعودية – ١١٤٤٣ الرياض – ١٠٨٤٥ ص.ب

CONFIDENTIAL

WAMYSA1235779

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - email: imaksa@anet.net.sa

CONFIDENTIAL



WAMYSA1235779



**World Assembly of Muslim Youth**

**Islamic Medical Association**

الندوة العالمية للشباب الإسلامي

اللجنــة الطبيــة الإسلاميــة

2/4

2. The Medical Journal (JIMAKSA):

The Executive Director of the Committee briefed the Board members on the outcomes of the meetings held by the Journal Committee regarding the journal and the developments in its operations. God willing, the first issues of the journal will be published within the next two months. The Board discussed the essential and important requirements needed for the journal to announce its launch and get off the ground.

Decision:

1. The members of the journal are tasked with finding a secretary for the journal and hiring him or her as they deem appropriate and in a manner that meets their essential needs.

2. The Committee Secretary is tasked with providing copies of the magazine's concept to each member of the Executive Board so they may offer their feedback and suggest any amendments they deem appropriate to achieve the magazine's lofty goals.

3. Approval to disburse the sum of eight thousand riyals exclusively for the rental of the space designated for the magazine and attached to the committee's warehouse in Al-Murooj, by check payable to Abdullah bin Abdulmohsen Al-Dhabah.

4. Approval is granted to disburse the sum of fifteen thousand riyals exclusively for the purpose of making the necessary preparations for the space allocated to the magazine, via a check made out to the Head of the Financial and Pharmaceutical Department, Hatem bin Jamil Mukhtar.

3. Chechen camps:

The committee chairman informed the council of the committee's intention to set up ten medical camps in refugee areas in Chechnya in cooperation with the Committee of Islamic Republics.

Decision:

1. Dr. Hamad Al-Omar and Dr. Abdul-Ilah Katbi are tasked with following up on this matter with the Committee on the Republics in light of the reports received from there.

imaksa@anel.net.sa – البريد الإلكتروني – (١-٩٦٦) ٤٦٤١٦٦٩ : هاتف – (١-٩٦٦) ٤٦٢٩١٦٥ :(مباشر) هاتف وفاكس – المملكة العربية السعودية – الرياض ١١٤٤٣–ص.ب ١٠٨٤٥

CONFIDENTIAL

WAMYSA1235779

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - email: imaksa@anet.net.sa

CONFIDENTIAL

WAMYSA1235780



**World Assembly of Muslim Youth**

**Islamic Medical Association**

الندوة العالمية للشباب الإسلامي

اللجنة الطبية الإسلامية

3/4

4. The FIMA meeting in Pakistan:

The Council discussed the annual meeting of the Federation of Islamic Medical Associations (FIMA), to be held from April 5–12, 2000, and the need for representatives from the Islamic Medical Committee to represent the Committee at such forums, given that the Committee holds the position of Vice President, as well as the commitments the Committee undertook last year.

Decision:

1. Approval for Dr. Abdul-Ilah Katbi and Pharmacist Hatem Mokhtar to travel at their own expense as representatives of the Riyadh branch.

2. Approval of Dr. Mohammed Flemban's travel from the Mecca office, to be covered by the Riyadh branch.

3. Dr. Marwan Bakrman from the Jeddah office, Dr. Abdullatif Khan from the Mecca office, and Dr. Basil Al-Sheikh from the Dammam office are nominated to participate in this meeting, and Dr. Abdullah Katbi is tasked with contacting them to invite them to participate.

4. Approval is granted to disburse the sum of twelve thousand riyals exclusively for the purpose of buying airplane tickets, accommodation and living expenses, via a check made out to pharmacist Hatem bin Jamil Mukhtar.

5. The Committee's representatives are tasked with submitting a comprehensive report on the Committee's activities and the developments that took place during this meeting.

6. Dr. Abdul-Ilah bin Ismail Katbi is tasked with contacting the organizing body in Pakistan regarding the individuals who will represent the committee at this meeting to arrange for their reception, accommodation, and other related matters.

5. The FIMA website:

The committee chair reported that Mr. Fahad Al-Oumi had been contracted to develop a dedicated webpage for the Federation of Islamic Medical Associations (FIMA), that a domain name had been purchased in the Federation's name, and that the website would go live in the coming months, God willing.

imaksa@anel.net.sa – البريد الإلكتروني : (966-1) 4641669 – هاتف : (966-1) 4629165 : (مباشر) هاتف وفاكس – المملكة العربية السعودية – الرياض 11443-10845 ص.ب
CONFIDENTIAL
P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - email: imaksa@anet.net.sa

WAMYSA1235779

CONFIDENTIAL

WAMYSA1235781



**World Assembly of Muslim Youth**

**Islamic Medical Association**

الندوة العالمية للشباب الإسلامي

اللجنــة الطبيــة الإسلاميــة

4/4

Decision:

1. Approval to disburse the sum of ten thousand riyals for website design and six months of maintenance, to be paid in two installments: the first upon signing the contract and the second after the website is completed and launched, via a check made out to Mr. Fahad Al-Oumi.

Board members sign the minutes of the meeting

1- Dr.: Abdul-Ilah Katbi, Chairman of the Islamic Medical Committee [Signature]

2- Dr.: Atallah Al-Rahili, Vice-President and Executive Director and Head of the Scientific Department [Signature]

3- Dr.: Mahfouz Batrafi, (Council Member)

4- Dr.: Samir Al-Mansouri, Head of the Health Department) [signature]

5- Pharmacist: Hatem Mokhtar, Head of the Finance and Investment Department [Signature]

6- Dr.: Riyad Abu Suleiman (Head of the Membership Division) was not able to attend

7- Dr.: Hamad Al-Omar, (Council Member) [signature]

Approved by Dr. Atallah bin Dhaif Al-Rahili, Chairman of the Islamic Medical Committee of the World Assembly of Muslim Youth

Approved by Mr. Muhammad bin Ali al-Qahtani, General Supervisor of Activity Committees at the World Assembly of Muslim Youth

Approved by Dr. Maneh bin Hammad al-Johani, General Secretary of the World Assembly of Muslim Youth

imaksa@anet.net.sa
P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - email: imaksa@anet.net.sa

CONFIDENTIAL

WAMYSA1235779

CONFIDENTIAL

WAMYSA1235782





**World Assembly of Muslim Youth**

**Islamic Medical Association**

الندوة العالمية للشباب الإسلامي

اللجـنـة الطبيـة الإسلاميـة



٤/١

# محــضــر الأجتمـــــاع الواحد والأربعين
# للجــنـة الطـبـية الإسـلامـية

عقــد المكتــب التنفيــذي باللجنــة الطبيـة الإسلامية اجتماعـه الواحـد والأربعــين يـوم الخميــس ١٤٢٠/١٢/٣هـ في تمـام السـاعة العاشـرة صباحـاً في مقـر النـدوة العالمية للشباب الإسلامي.

## وناقش الأعضاء بعض الموضوعات واتخذوا التوصيات التالية :

### ١- رواتب طالبي الدراسات العليا في الأردن :

استعرض المجلـس الطلـب المقـدم مـن طـالبي الدراسـات العليـا في الأردن والذيـن قامت اللجنـة بكفالتهم على حسابها الخاص في العام الماضي بخصوص زيـادة في تكـاليف الكفالـة مـن ألـف ريـال شهرياً إلى ١٧٥٠ ريال شهرياً للفرد الواحد.

### ● القـــرار:

١. يكلـف سـكرتير اللجنـة بتطبيـق لائحـة الكفـالات علـى المكفولــين وتعبئـة الاستمارة الخاصة بالطلب.

٢. يتم إشعار الجهة المشرفة على المكفولين بعدم استطاعة اللجنة زيادة المبلغ في الفترة الحالية.

imaksa@anet.net.sa البريد الإلكتروني – (١-٩٦٦) (١-٩٦٦) ٤٦٤١٦٦٩ : هاتف – (١-٩٦٦) ٤٦٢٩١٦٥ : هاتف وفاكس (مباشر) – الملكة العربية السعودية – ١١٤٤٣ الرياض – ١٠٨٤٥ ص.ب

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - email: imaksa@anet.net.sa

CONFIDENTIAL    WAMYSA1235779





**World Assembly of Muslim Youth**

**Islamic Medical Association**

الندوة العالمية للشباب الإسلامي

اللجنة الطبية الإسلامية

**٢. المجلة الطبية ( JIMAKSA ):**

استعرض المدير التنفيذي للجنة مع أعضاء المجلس نتائج الاجتماعات التي عقدتها لجنة المجلة بخصوص المجلة والتطورات التي طرأت في سير عمل المجلة وإن شاء الله تعالى سيتم إصدار أول أعداد المجلة خلال الشهرين القادمين، وناقش المجلس الاحتياجات الضرورية والهامة التي تحتاجها المجلة لإعلان بدايتها وانطلاقها.

**● القـرار:**

١. يكلف أعضاء المجلة بالعمل على إيجاد سكرتير خاص بالمجلة والتعاقد معه حسب ما يرونه مناسباً ويلبي احتياجاتهم الضرورية.

٢. يكلف سكرتير اللجنة بعمل نسخ من التصور الخاص بالمجلة لكل عضو من أعضاء المكتب التنفيذي لإبداء المرئيات واقتراح التعديلات التي يرونها مناسبة وتحقق الأهداف السامية للمجلة.

٣. الموافقة على صرف مبلغ ثمانية آلاف ريال فقط لا غير وذلك لاستئجار المكان المخصص للمجلة والملحق بمستودع اللجنة في المروج شيكاً باسم / عبد الله بن عبد المحسن الضباح.

٤. الموافقة على صرف مبلغ خمسة عشر ألف ريال فقط لا غير وذلك لعمل التجهيزات اللازمة للمكان المخصص للمجلة شيكاً باسم رئيس القسم المالي الصيدلي / حاتم بن جميل مختار.

**٣. مخيمات الشيشان :**

أوضح رئيس اللجنة للمجلس عزم اللجنة على إقامة عشرة مخيمات طبية في مناطق اللاجئين في الشيشان بالتعاون مع لجنة الجمهوريات الإسلامية.

**● القـرار:**

١. يكلف الدكتور/ حمد العمر والدكتور/ عبد الإله كتبي بمتابعة الموضوع مع لجنة الجمهوريات على ضوء التقارير الواردة من هناك.

imaksa@anet.net.sa – البريد الإلكتروني – (١-٩٦٦) ٤٦٤١٦٦٩ : هاتف – (١-٩٦٦) ٤٦٢٩١٦٥ : هاتف وفاكس (مباشر) – المملكة العربية السعودية ١١٤٤٣ الرياض ١٠٨٤٥ ص ب

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct): (966-1) 4629165 - Tel. : (966-1) 4641669 - email: imaksa@anet.net.sa

CONFIDENTIAL

WAMYSA1235780





| | |
|---|---|
| **World Assembly of Muslim Youth**<br>**Islamic Medical Association** | **الندوة العالمية للشباب الإسلامي**<br>**اللجنــة الطبيــة الإسلاميــة** |

## ٤- اجتماع الفيما في باكستان :

ناقش المجلس الاجتماع السنوي للجمعيات الطبية الإسلامية (FIMA) الذي سيقام في الفترة ٥-١٢ أبريل ٢٠٠٠م، وضرورة وجود ممثلين من اللجنة الطبية الإسلامية لتمثيل اللجنة في مثل هذه المحافل حيث أن اللجنة تمثل منصب نائب الرئيس، وتقديم الالتزامات التي قامت اللجنة بالالتزام بها في العام الماضي.

### ● القــرار :

١.  الموافقة على سفر الدكتور / عبد الإله كتبي والصيدلي / حاتم مختار كممثلين عن فرع الرياض.

٢.  الموافقة على سفر الدكتور / محمد فلمبان من مكتب مكة على حساب فرع الرياض.

٣.  ترشيح الدكتور / مروان باكرمان من مكتب جده والدكتور/ عبد اللطيف خان من مكتب مكه والدكتور / باسل الشيخ من مكتب الدمام للمشاركة في هذا الاجتماع ويكلف الدكتور/ عبد الإله كتبي بمخاطبتهم للمشاركه.

٤.  الموافقة على صرف مبلغ إثني عشر ألف ريال فقط لا غير وذلك لشراء تذاكر السفر ومصاريف السكن والإعاشة شيكاً باسم الصيدلي / حاتم بن جميل مختار.

٥.  يكلف ممثلي اللجنة برفع تقرير متكامل عن نشاطات اللجنة وما تم فيها من تطورات خلال هذا الاجتماع.

٦.  يكلف الدكتور / عبد الإله بن إسماعيل كتبي بمخاطبة الجهة المنظمة في باكستان بالأشخاص الذين سيمثلون اللجنة في هذا الاجتماع لترتيب الاستقبال والسكن وخلافه.

## ٥- صفحة الانترنت للفيما :

أحاط رئيس اللجنة بأنه تم التعاقد مع الأستاذ / فهد العومي لتجهيز صفحة خاصة للجمعيات الطبية الإسلامية (FIMA) وأنه تم شراء موقع خاص باسم الجمعيات وسيتم تشغيل الموقع خلال الأشهر القليلة القادمة إن شاء الله تعالى.

imaksa@anet.net.sa ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ المملكة العربية السعودية - هاتف وفاكس (مباشر) : ٤٦٢٩١٦٥ (١-٩٦٦) - هاتف : ٤٦٤١٦٦٩ (١-٩٦٦) - البريد الالكتروني

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - email: imaksa@anet.net.sa

CONFIDENTIAL    WAMYSA1235781





| World Assembly of Muslim Youth | الندوة العالمية للشباب الإسلامي |
| Islamic Medical Association | اللجنة الطبية الإسلامية |



٤/٤

## • القــرار:

١/ الموافقة على صرف مبلغ عشرة آلاف ريال قيمة تصميم الموقع وصيانة لمدة ستة شهور تصرف على دفعتين الدفعة الأولى عند كتابة العقد والدفعة الثانية بعد الانتهاء من الموقع وتشغيله شيكاً باسم الأستاذ / فهد العومي.

### ❖ توقيع أعضاء المجلس على محضر الاجتماع ❖

| | | | | |
|---|---|---|---|---|
| ١- | الدكتور : | عبد الإله كتبي | رئيس اللجنة الطبية الإسلامية | |
| ٢- | الدكتور : | عطا الله الرحيلي | نائب الرئيس والمدير التنفيذي ورئيس القسم العلمي | |
| ٣- | الدكتور : | محفوظ باطرجي | عضو المجلس | |
| ٤- | الدكتور : | سمير المنصوري | رئيس القسم الصحي | |
| ٥- | الصيدلي: | حاتم مختار | رئيس القسم المالي والاستثمار | |
| ٦- | الدكتور: | رياض أبو سليمان | رئيس شعبة العضوية | اعتذر عن الحضور |
| ٧- | الدكتور: | حمد العمر | عضو المجلس | |

| يعتمد | يعتمد | يعتمد |
|---|---|---|
| د. مانع بن حماد الجهني | أ. محمد بن علي القحطبي | د. عبد الإله كتبي |
| الأمين العام | المشرف على لجان النشاط | رئيس اللجنة الطبية الإسلامية |
| للندوة العالمية للشباب الإسلامي | بالندوة العالمية للشباب الإسلامي | بالندوة العالمية للشباب الإسلامي |

imaksa@anet.net.sa – ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ المملكة العربية السعودية – هاتف وفاكس (مباشر) : ٤٦٢٩١٦٥ (١-٩٦٦) – هاتف : ٤٦٤١٦٦٩ (١-٩٦٦) – البريد الإلكتروني

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct): (966-1) 4629165 - Tel. : (966-1) 4641669 - email: imaksa@anet.net.sa

CONFIDENTIAL    WAMYSA1235782



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1235779-5782 - 2000 meeting minutes discussing FIMA meeting in Pakistan and Chechen medical camps**

Sworn to before me this

26 day of __March__ of 2026

_____
Translation Manager

_____
Notary




American Translators Association



Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling