World Assembly of Muslim Youth
**Muslim Doctor Committee**





1/6

**Minutes of the Twenty-Third Meeting of the Muslim Doctors Committee**

The Executive Board of the Islamic Medical Committee held its twenty-third meeting on Oct 7, 1998 at 6:30 p.m. at the World Assembly of Muslim Youth. The members discussed several topics and adopted the following recommendations:

**First (Al-Jazirah Al-Gharaji Camp):** The council discussed the surgical camp in the Comoros, scheduled to take place in November, and the head of the Health Department, Dr. Al-Mansouri stated that there is an issue regarding the camp's location, as the committee received a letter from the Committee of African Muslims containing a request from the Comoros government that all charitable organizations operating on Henzouan Island (where the camp was scheduled to be held) leave the island for security reasons. The Committee of African Muslims proposed moving the camp to Mohéli Island in the Comoros. The Committee has no information about this island. It requested information about the island from the Committee of African Muslims, but no information was provided.

**Decision:** 1. Relocate the camp to Yemen in coordination with the Committee's office in Jeddah, given the region's needs and the Committee's office in Jeddah's readiness to coordinate with the camp, as well as the difficulty of establishing the camp in the Comoros due to the unstable security situation there.

**Second (Zanzibar Training Camp):** The camp is scheduled to take place from 12–22 Sha'ban 1419 AH, corresponding to December 1–11, 1998. Two doctors will participate to repeat the first-aid course previously conducted by the committee, and two other doctors will conduct a course on chest diseases and asthma and treat certain cases during the camp.

س . ب ٥١٠٨٤٥ الـريــاض ١١٤٤٣ المملكة العربيــة الســعوديــة – هاتف وفـاكس (مــبـاشـر) : ٥١٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩(١-٩٦٦) – فـاكس : ٤٦٤١٧١٠(١-٩٦٦)

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direcl) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL


EXHIBIT
WAMY EX. 99

WAMYSA1235703



**World Assembly of Muslim Youth**
**Muslim Doctor Committee**



2/6

**Decision:**

1. Approval of the camp's implementation during the proposed period and authorization of its costs, as stated in the minutes of Committee Meeting No. (13) dated May 21, 1997.

**Third (Trauma Care Course in Jazan):**

The Ministry of Health was contacted regarding this matter, and a meeting was held with Dr. Abdul-Ilah Saati, Director of the Training and Scholarships Department at the Ministry of Health. Arrangements were made with him to contact the Health Affairs Department in Jazan to obtain approval for a visit to the region to conduct a health survey in preparation for holding the course.

**Fourth (Palestinian Camp Clinics in Jordan):**

The area will be visited during the World Assembly of Muslim Youth, from October 20 to October 23, 1998, to inspect the camps, select the most suitable one, and coordinate the operation of a clinic in conjunction with the Islamic Hospital, which will serve as the administrative supervisor of the clinic project.

**Decision:**

1. Approve the travel of two doctors to complete the clinic project in Palestinian refugee camps in Jordan within the specified timeframe, and approve the allocated amount as set forth in the Committee's general plan.

**Fifth (The Assembly on Medical Errors):**

His Excellency the Minister of Health was contacted and agreed to participate in the Assembly; he requested an outline of the Assembly program and asked that the speech he is to deliver be drafted. Dr. Atallah Al-Rahili has prepared the minister's speech, and the Assembly program is currently being finalized for submission to His Excellency. Additionally, the Ministry of Health has nominated a representative to participate in the Assembly at the request of His Excellency the Minister.

ص . ب ١٠٨٤٥ الـريـاض ١١٤٤٣ الملكة العربيـة السـعوديـة – هاتف وفـاكس (مـبـاشـر) : ٤٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩(١-٩٦٦) – فـاكس ٤٦٤١٧١٠:(١-٩٦٦)

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direcl) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL

WAMYSA1235704

 

World Assembly of Muslim Youth
**Muslim Doctor Committee**

الندوة العالمية للشباب الإسلامي
لجنة الطبيب المسلم

3/6

**Sixth (Committee Report):**

The brochure has been finalized, designed, and printed.

**Decision:**

1. Prepare a brochure for the committee in English, and have the costs approved by the head of the Pharmaceutical Media Department, Hatem Mokhtar.

2. Add the committee membership form to the new brochure to facilitate participation by various groups.

3. Approve the amounts allocated for printing the brochure as determined by the Head of the Pharmaceutical Media Department, Hatem Mokhtar.

**Seventh (Women's Section of the Committee):**

The Council asked the committee chair to revitalize the committee's women's section.

**Decision:**

Dr. Abdul-Ilah was tasked with revitalizing the Women's Section, nominating those he deems suitable for the role, and informing the Council of his decision.

**Eighth (Traditional Medicine Section):**

The Scientific Section of the Committee plans to produce a video on traditional medicine, featuring a number of doctors specializing in this field. Dr. Katbi has asked the head of the Scientific Section to develop a plan for each video the Scientific Section intends to produce and submit it to the Committee's Executive Board for approval.

**Decision:**

1. Prepare a presentation memo for any video the committee intends to release.

2. The Academic Department is responsible for drafting this memorandum.

ص . ب ٥ ١٠٨٤ الريـاض ١١٤٤٣ المملكـة العربيـة السـعوديـة – هاتف وفـاكس (مبـاشـر) : ٤٦٢٩١٦٥(١–٩٦٦) – هاتف : ١١٦٦٩٤(١–٩٦٦) – فـاكس : ٤٦٤١٧١٠(١–٩٦٦)
P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direcl) : (966-1) 4629165 · Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL

WAMYSA1235705





**World Assembly of Muslim Youth**
**Muslim Doctor Committee**

4/6

3. The form for educational videos will be distributed to committee members and published in the Al-Balsam newsletter to encourage as many healthcare workers and specialists as possible to participate in the committee's publications.

**Ninth (Proposals for the 1998-1999 Fundraising Campaign):**

Pharmacist Hatem Mokhtar explained that the office has prepared the press kit for the fundraising campaign and that this year's campaign will proceed as follows:

1. Produce a 30-second promotional video for the Assembly, to be funded by a pharmaceutical company, and approach Saudi TV to air it through the Assembly's secretary-general. Approval has been obtained from Iqra' TV, via Dr. Adel Tash, to air the video free of charge during the holy month of Ramadan.

2. Launch a mail campaign targeting 100,000 mailboxes across the Kingdom to encourage people to donate to the Committee's projects; the campaign will consist of an A4sheet  inside a mailing envelope. Brother / Muhannad has been tasked with creating the designs for this, and funding will be provided by a number of pharmaceutical companies by placing the sponsoring company's logo on the envelope containing the donation form.

3. The issue of personal visits by certain benefactors, particularly during seasons such as Ramadan, was discussed, and the committee emphasized the need to coordinate such visits in advance.

**Decision:**

1. Approval of the proposed campaign.

2. Dr. Mahfouz Batrafi is tasked with developing a plan for visiting benefactors and submitting it to the committee's executive office.

3. Approval of the funds allocated for the fundraising campaign designs by pharmacist Hatem Mokhtar.

**Tenth (Committee Board Meeting):**

A meeting of the committee's board of directors was proposed for the month of Rajab in 1998-1999

ص . ب ٥٤٨٠١ الـريـاض ١١٤٤٣ الملكـة العربيـة السـعوديـة – هاتف وفـاكس (مـبـاشـر) : ٥٤٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩(١-٩٦٦) – فـاكس : ٤٦٤١٧١٠(١-٩٦٦)

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direcl) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL                                                                                   WAMYSA1235706



World Assembly of Muslim Youth

**Muslim Doctor Committee**



5/6

**Decision:**

1. Approval of the Committee's Board of Directors meeting to be held on the Nov 4, 1998. Two representatives from each branch of the committee (the branch executive director and a deputy) are invited to attend.

2. Approval of meeting expenses by the committee's financial officer.

**Eleventh (Report on Updating Member Data):**

Brother Ahmed Kaawat contacted the committee members to verify their information and encourage them to renew their membership. This process took three weeks, and he prepared a detailed report on the results of his communications with the members (report attached).

**Decision:**

1. Assign Mr. Ahmed Kaawat to contact 100 doctors per month who are not currently members to encourage them to join the committee.

2. Council members proposed organizing an annual international medical Assembly featuring prominent figures, which would help attract a larger number of attending physicians and specialists to join the committee.

3. Hold an annual meeting with members to gauge their satisfaction with the committee and gather their suggestions.

4. Task the head of the Membership Division, Dr. Mahmoud, with developing a plan to revitalize the committee's membership.

**10. Any new work that arises.**

1. Contact the Secretary-General of the Assembly to obtain his approval for the committee to visit Dr. Abdulrahman Al-Suwailem, President of the Red Crescent Society, to discuss how to benefit from the policy—currently in effect at the Red Crescent—that does not count doctors' participation in relief efforts toward their personal leave.

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ المملكة العربية السعودية – هاتف وفاكس (مباشر) : ٤٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩(١-٩٦٦) – فاكس : ٤٦٤١٧١٠(١-٩٦٦)

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direcl) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL

WAMYSA1235707

World Assembly of Muslim Youth
**Muslim Doctor Committee**





6/6

2. Task pharmacist Hatem Mokhtar with preparing a report on the health situation in Mauritania in preparation for a visit by the Mauritanian ambassador to the Kingdom to discuss establishing a permanent center for the Committee in Mauritania to serve Muslim patients there; the meeting with the ambassador is to take place prior to the Committee's board meeting.

3. Allocate $1,000 to the Islamic Hospital in Amman to cover the costs of training a physician sent by the Jerusalem Medical Scientific Society to undergo training in the hospital's Radiology Department on the MRI machine.

4. To approve the sum of three thousand dollars to cover the Committee's membership fees for the World Council for Da'wah and Relief, thereby enabling it to become an independent member.

2. Approval of amount entrusted to the committee's financial officer.

6. Approval of the request for an advance submitted by the Committee Secretary, Mr. Muhannad Ismail Mahmoud, in the amount of twenty-five thousand riyals, to be repaid in monthly installments of eight hundred riyals, for the purchase of a car.

**Board members sign the minutes of the meeting**

1. Pharmacist: Hatem Mokhtar, Acting Executive Director [signature]

2. Dr.: Mahfouz Batrafi, Head of the Finance Department [signature]

3. Dr.: Samir Al-Mansouri, Head of the Health Department

4. Dr.: Atallah Al-Rahili, Head of the Scientific Department [signature]

5. Dr.: Abdul-Ilah Katbi, Chairman of the Committee [signature]

6. Dr.: Mahmoud Majid, Head of the Membership Affairs Division [signature]

7. Mr.: Muhannad Al-Barqawi, Committee Secretary [signature]

**Approves**

Dr. Abdul-Ilah Katbi, Chair of the Muslim Doctors Committee at the World Assembly of Muslim Youth

**Approves**

Dr. Maneh bin Hammad al-Johani, General Secretary of the World Assembly of Muslim Youth

ص . ب ٥٤٨١٠ الـريــاض ١١٤٤٣ المملكـة العربيــة السـعوديــة – هاتف وفـاكس (مـبـاشـر) : ٤٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩(١-٩٦٦) – فـاكس : ٤٦٤١٧١٠(١-٩٦٦)
P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direcl) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL

WAMYSA1235708



**World Assembly of Muslim Youth**
**Muslim Doctor Committee**

الندوة العالمية للشباب الإسلامي
لجنـة الـطـبـيـب المسلم

## محضر الاجتماع الثالث والعشرون

### للجنة الطبيب المسلم

عقد المكتب التنفيذي بلجنة الطبيب المسلم اجتماعه الثالث والعشرين يوم الاثنيـــن ١٤١٩/ ٦ / ١٧هـ في تمام الساعة السادسة والنصف مساءً ، في مقر الندوة العالميـة للشباب الإسلامي بالرياض.

**وناقش الأعضاء بعض الموضوعات واتخذوا التوصيات التالية :**

### * أولاً ( مخيم جزر القمر الجراحي ):

ناقش المجلس مخيـــم جـــزر القمـــر الجراحـــي والمزمـــع إقامتـــه فـــي شـــهر نوفمبر ، وأوضح رئيس القسم الصحي د. المنصوري أن هناك مشكلة في إقامة المخيم حيث تلقت اللجنة خطاب من لجنة مسلمي أفريقيا يتضمن طلب دولة جزر القمـــر مــن جميع الهيئات الخيرية العاملة في جزيرة هنزوان ( المزمع عقد المخيم فيها ) بــالخروج من الجزيرة ، وذلك لأسباب أمنية ، واقترحت لجنة مسلمي أفريقيا تحويل المخيم إلـــى جزيرة موهيلي بجزر القمر . وهذه الجزيرة لا تتوفر لدى اللجنة أي معلومات عنها وقد طلب من لجنة مسلمي أفريقيا معلومات عن الجزيرة ولكن لم تأتي أي معلومات.

### القرارات :

١- تحويل المخيم إلى دولة اليمن بالتنسيق مع مكتب اللجنة في جدة وذلـــك لحاجـــة المنطقة واستعداد مكتب اللجنة في جدة للتنسيق للمخيم في نفس الوقت ولصعوبة إقامة المخيم في دولة جزر القمر لأن الوضع الأمني في الدولة غير مستقر.

### * ثانياً ( مخيم زنجبار التدريبي ):

تم تحديد موعد المخيم في الفـــترة مـــن ١٢-٢٢شـــعبان ١٤١٩هــــ المـوافـــق ١-١١ديسمبر ١٩٩٨م ، وسيشارك في المخيم طبيبان لتكرار دورة الإسعافات الأوليـة التي أقامتها اللجنة سابقاً ، وطبيبان آخران لتنفيذ دورة في أمـــراض الصـــدر والربـــو وعلاج بعض الحالات خلال المخيم.

ص . ب ١٠٨٤٥ الـريــاض ١١٤٤٢ المملكـة العربيـة السـعوديـة – ماتـف وفـاكـس (مبـاشـر) : ٤٦٢٩١٦٥(١-٩٦٦) – هاتـف : ٤٦٤١٦٦٩(١-٩٦٦) – فـاكـس : ٤٦٤١٧١٠(١-٩٦٦)
P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL

WAMYSAT235703



World Assembly of Muslim Youth

**Muslim Doctor Committee**



الندوة العالمية للشباب الإسلامي

لجنة الطبيب المسلم

٦/٢

## القرار :

١- الموافقة على تنفيذ المخيم خلال الفترة المقترحة واعتماد تكاليفه حسب ما جـــاء في محضر اجتماع اللجنة رقم ( ١٣ ) بتاريخ ١٤١٨/١/١٥هـ .

## * ثالثاً ( دورة العناية بإصابات الحوادث بجازان ):

تم مخاطبة وزارة الصحة بهذا الصدد وتـــم الاجتمــاع مـع الدكتــور / عبدالإلــه ساعاتي – مدير إدارة التدريب والابتعاث بوزارة الصحة – وتم التنسيق معه لمخاطبـــة الشؤون الصحية بجازان لأخذ الموافقات على زيارة المنطقة لعمل مسح صحي للمنطقـــة تمهيداً لإقامة الدورة.

## * رابعاً ( مستوصف المخيمات الفلسطينية بالأردن ):

سيتم زيارة المنطقة خلال فـــترة مؤتمـــر النــدوة العالميــة للشــباب الإســـلامي ٦/٣٠وحتى ١٤١٩/٧/٣ هــ ، وذلك لمعاينة المخيمـــات واختيــار المخيــم المناســب والتنسيق لتشغيل مستوصف واحد مع المستشفى الإسلامي كمشرف إداري على مشروع المستوصف.

## القرار:

١- اعتماد سفر طبيبين لإتمام مشروع المستوصفات بالمخيمات الفلسطينية بـــالأردن خلال الفترة المحددة واعتماد المبلغ المخصص حسبما هو معتمد في الخطة العامة للجنة.

## * خامساً ( ندوة الأخطاء الطبية ):

تم مخاطبة معالي وزير الصحة ، وتمت موافقته على المشاركة بـــالندوة ، وطلــب تصوراً عن برنامج الندوة وكتابة الكلمة المطلوبة منه للندوة ، وقد قام الدكتور/ عطاالله الرحيلي بإعداد كلمة الوزير وجاري إعداد برنامج الندوة لرفعة إلى معاليه ، كمـــا تــم ترشيح شخص من قبل وزارة الصحة للمشاركة في الندوة بناء على طلب معالي الوزير.

ص . ب ١٠٨٤٥ الــريـــاض ١١٤٤٣ المملكـة العربيـة السـعوديـة – هاتف وفاكس (مباشـر) : ٤٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩(١-٩٦٦) – فـاكس : ٤٦٤١٧١٠(١-٩٦٦)

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL

WAMYSA1235704



World Assembly of Muslim Youth

## Muslim Doctor Committee

الندوة العالمية للشباب الإسلامي

لجنة الطبيب المسلم

٦/٣

### * سادسا ( مطوية اللجنة ) :

تم الانتهاء من المطوية وتصميمها وطباعتها .

### القرار:

١- عمل مطوية للجنة باللغة الإنجليزية ، واعتماد تكاليفها من رئيس القسم الإعلامي الصيدلي / حاتم مختار .

٢- إضافة نموذج عضوية اللجنة إلى المطوية الجديدة لتسهيل مشاركة الفئات المختلفة بها.

٣- اعتماد المبالغ المخصصة لطباعة المطوية حسب ما يراه رئيس القسم الإعلامي الصيدلي / حاتم مختار .

### * سابعا ( القسم النسائي للجنة ):

طلب المجلس من رئيس اللجنة تنشيط القسم النسائي للجنة .

### القرار:

كلف الدكتور عبدالإله بتنشيط القسم النسائي وترشيح من يراه مناسبا لذلك وإحاطة المجلس بذلك.

### * ثامنا ( شريط الطب الشعبي ):

يعتزم القسم العلمي باللجنة عمل شريط عن الطب الشعبي وسيشارك فيه عدد من الأطباء المتخصصين بهذا المجال ، وقد طلب الدكتور / كتبي من رئيس القسم العلمي عمل خطة لكل شريط يعتزم القسم العلمي إصداره وعرضها على المكتب التنفيذي للجنة لإجازته.

### القرار :

١- إعداد مذكرة عرض لأي شريط تعتزم اللجنة إصداره.

٢- على القسم العلمي أن يصمم هذه المذكرة .

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ المملكة العربية السعودية – هاتف وفاكس (مباشر) : ٤٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩(١-٩٦٦) – فاكس : ٤٦٤١٧١٠(١-٩٦٦)

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL                                                                    WAMYSA1235705

World Assembly of Muslim Youth

**Muslim Doctor Committee**



الندوة العالمية للشباب الإسلامي

لجنة الطبيب المسلم

٤/٦

٣- يوزع نموذج المذكرة الخاصة بالأشرطة التثقيفية على أعضاء اللجنة ، وينشر في نشرة البلسم لدعوة اكبر عدد من العــــاملين بالمجــال الصحــي والمتخصصيــن للمشاركة في إصدارات اللجنة.

**\* تاسعاً ( مقترحات لحملة التبرعات لعام ١٤١٩هـ ):**

أوضح الصيدلي حاتم مختار أن المكتب قام بتجـــهيز الملــف الإعلامــي لحملـة التبرعات وأن حملة التبرعات هذا العام ستكون على النحو التالي:

١- عمل فيلم دعائي للجنة مدته ٣٠ ثانية على أن يتم تمويله من إحدى الشــــركات الدوائية ، ويخاطب التلفزيون السعودي لعرضه وذلك عن طريق الأميــن العـام للندوة ، ولقد تم أخذ الموافقة من قناة اقرأ عن طريق الدكتور / عادل طــاش لعرض الفيلم مجاناً خلال شهر رمضان المبارك.

٢- عمل حملة بريدية تستهدف ١٠٠،٠٠٠ صندوق بريدي بالمملكة لحث الناس على التبرع لصالح مشاريع اللجنة والتي ستكون على هيئة ورقة A4 داخل مغلـــف بريدي وقد كلف الأخ / مهند بتنفيذ التصاميم الخاصة بذلك وسوف يتم التمويـــل عن طريق عدد من الشركات الدوائية وذلك بوضع شعار الشركة الممولة علـــى المغلف البريدي المرسل به قسيمة التبرع.

٣- نوقشت الزيارات الشخصية لبعض المحسنين وخاصة في المواســـم كرمضــان ونوهت اللجنة بضرورة التنسيق لذلك بشكل مسبق.

**القرار:**

١- الموافقة على الحملة المقترحة.

٢- تكليف الدكتور / محفوظ باطرفي بوضع خطة لزيــــارة المحسـنين وتقديمـها للمكتب التنفيذي للجنة .

٣- اعتماد المبالغ المخصصة لتصاميم حملة التبرعات من الصيدلي حاتم مختار.

**\* عاشراً ( اجتماع مجلس إدارة اللجنة ):**

تم اقتراح اجتماع مجلس إدارة اللجنة خلال شهر رجب من عام ١٤١٩هـ .

ص . ب ١٠٨٤٥ الريــاض ١١٤٤٣ المملكة العربيــة السعوديــة - هاتف وفاكس (مباشر) : ٤٦٢٩١٦٥(١-٩٦٦) - هاتف : ٤٦٤١٦٦٩(١-٩٦٦) - فاكس : ٤٦٤١٧١٠(١-٩٦٦)

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL
WAMYSA1235706

World Assembly of Muslim Youth

**Muslim Doctor Committee**



الندوة العالمية للشباب الإسلامي

لجنة الطبيب المسلم

٥/٦

**القرار:**

١- الموافقة على عقد اجتماع مجلس إدارة اللجنة في يوم ١٥ رجب من عام ١٤١٩هـ. ويدعى إليه شخصين من كل فرع من فروع اللجنة ( المدير التنفيذي للفرع ونائبة ) .

٢- اعتماد تكاليف الاجتماع من المسؤول المالي للجنة.

**\* الحادي عشر ( تقرير تحديث بيانات الأعضاء ):**

قام الأخ / أحمد كعوات بالاتصال على أعضاء اللجنة للتأكد من المعلومات الخاصة بكل عضو وحثهم على تجديد عضوية اللجنة وقد استغرق العمل مدة ثلاثة أسابيع ، وقام بكتابة تقرير مفصل عن نتائج الاتصال بالأعضاء ( مرفق التقرير ).

**القرار:**

١- تكليف الأخ / أحمد كعوات بالاتصال بـ( ١٠٠ ) طبيب شهرياً من غير قائمة العضوية لحثهم على الاشتراك باللجنة.

٢- اقترح أعضاء المجلس عمل ندوة طبية سنوية عالمية يدعى إليها شخصيات معروفة ، حيث يمكن عن طريقها استقطاب عدد أكبر من الأطباء والمتخصصين الحاضرين للمشاركة في عضوية باللجنة.

٣- عمل لقاء سنوي مع الأعضاء لمعرفة مدى رضاهم عن اللجنة واقتراحاتهم.

٤- تكليف مسؤول شعبة العضوية الدكتور محمود عمل خطة لتنشيط العضوية باللجنة .

**\* الثاني عشر ( ما يستجد من أعمال ):**

١- مخاطبة الأمين العام للندوة لأخذ الموافقة على زيارة اللجنة مع سعادته للدكتور /عبدالرحمن السويلم رئيس جمعية الهلال الأحمر لمناقشة موضوع كيفية الاستفادة من قرار عدم احتساب مشاركة الأطباء في الأعمال الإغاثية من إجازاتهم الخاصة والمعمول به في الهلال الأحمر.

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ المملكة العربية السعودية – هاتف وفاكس (مباشر) : ٤٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩(١-٩٦٦) – فاكس : ٤٦٤١٧١٠(١-٩٦٦)

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL                                    WAMYSA1235707

World Assembly of Muslim Youth

**Muslim Doctor Committee**



الندوة العالمية للشباب الإسلامي

**لجنة الطبيب المسلم**

٦/٦

٢- تكليف الصيدلي حاتم مختار لإحضار تقرير عن الوضع الصحي فـي موريتانيـا وذلك تمهيدا لزيارة سفير موريتانيا في المملكة لمناقشة إقامـة مركز ثابت للجنـة في موريتانيا لخدمة مرضى المسلمين هناك ، ويكون الموعد مع السـفير قبـل اجتماع مجلس إدارة اللجنة.

٣- اعتماد مبلغ ألف دولار للمستشفى الإسلامي بعمان وذلك قيمة تكـاليف تدريـب طبيب مبتعث من قبل الجمعية العلمية الطبية بالقدس بغرض التدريب في قسـم الأشعة على جهاز الرنين المغناطيسي بالمستشفى.

٤- اعتماد مبلغ ثلاثة آلاف دولار رسوم اشتراك اللجنة في عضوية المجلس العالمي للدعوة والإغاثة لتصبح عضو مستقل بذاته.

٥- اعتماد مبلغ العهدة من المسؤول المالي للجنة.

٦- اعتماد طلب سلفة سكرتير اللجنة الأخ / مهند إسماعيل محمود ومقدارها خمسة وعشرون ألف ريال تسدد على شكل قسط شهري مقداره ثمانمائة ريـال وذلـك لشراء سيارة.

### * توقيع أعضاء المجلس على محضر الاجتماع *

| | | | |
|---|---|---|---|
| ١- | الصيدلي: | حاتم مختار | المدير التنفيذي المكلف |
| ٢- | الدكتور : | محفوظ باطرفي | أمين المال |
| ٣- | الدكتور : | سمير المنصوري | رئيس القسم الصحي |
| ٤- | الدكتور : | عطا الله الرحيلي | رئيس القسم العلمي باللجنة |
| ٥- | الدكتور : | عبد الإله كتبي | رئيس القسم الإعلامي |
| ٦- | الدكتور : | محمود مجيد | مسؤول شعبة شؤون العضوية باللجنة |
| ٧- | الأستاذ : | مهند البرقاوي | سكرتير اللجنة |

يعتمد

يعتمد

د. مانع بن حماد الجهني

الأمين العام

للندوة العالمية للشباب الإسلامي

د. عبدالإله كتبي

رئيس لجنة الطبيب المسلم

الندوة العالمية للشباب الإسلامي

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ المملكة العربية السعودية – هاتف وفاكس (مباشر) : ٤٦٢٩١٦٥(١-٩٦٦) – هاتف : ٤٦٤١٦٦٩(١-٩٦٦) – فاكس : ٤٦٤١٧١٠(١-٩٦٦)

P. O. Box 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel. & Fax (Direct) : (966-1) 4629165 - Tel. : (966-1) 4641669 - Fax : (966-1) 4641710

CONFIDENTIAL                                                    WAMYSA1235708



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1235703-708 -1998 meeting minutes about medical camps**

Sworn to before me this

26 day of MARCH_____ of 2026

Translation Manager

Notary





ata MEMBER
American Translators Association

ACCREDITED BUSINESS

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling