



# World Assembly of Muslim Youth

## Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

1/6

Number:
Date: 2001/10/20

Minutes of the fifty-second meeting of the Islamic Medical Committee

The Executive Board of the Islamic Medical Committee held its fifty-third meeting on Tuesday, 12/9/1422H at 10:00 pm at the World Assembly of Muslim Youth.
The members discussed the topics on the agenda and made the following recommendations:

1) A health center project for Afghan refugees:
   The Chairman of the Committee reviewed the activities of the coordination meeting that took place on Thursday 17/7/1422 AH between the branches of the Committee, during which a project was formulated to help Afghan refugees in Pakistan by providing urgent assistance that includes medicines and urgent medical aid, as well as operating a health center in Peshawar, which the Committee will manage and supervise and will be a starting point for many relief and preventive services for the refugees.

   - Decision:
   1. Approve and adopt the project.
   2. Coordinate with the seminar office in Pakistan, the Saudi Red Crescent Society, the Medical Society of Pakistan and the Islamic Relief Organization and benefit from their expertise in implementing the project.
   3. Activating the issue of collecting donations for the project from all branches of the committee and recommending the participation of doctors and committee members in the visits of benefactors and merchants.
   4. A delegation of three doctors is sent by the committee to Pakistan to finalize the practical plan on the ground and the travel costs are borne by the project budget.
   5. After completing the construction of the health center, the project is handed over to the Health Centers Operation Committee of the Islamic Medical Committee to continue supervising its operation according to the planned plan.
   6. After completing the construction of the health center, the project is handed over to the Health Centers Operation Committee of the Islamic Medical Committee to continue supervising its operation according to the planned plan.
   7. This is followed by the provision of ambulances as needed by the centers, with a target of providing at least five ambulances.

2) Seventh board meeting in Riyadh:
   The Chairman of the Committee stated that the next meeting of the Board of Directors of the Committee will be in Riyadh on 8-9 Shaaban and will be accompanied by a meeting of the General Supervisory Committee of the camp to conduct a comprehensive and final evaluation of the third international camp for students.

P.O. Box 10845 - Riysdh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1569 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: Info@wamy.org CONFIDENTIAL DENT-wamy.org

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ٤٦٤١٦٦٩ ( ٠١ ) أربعة خطوط / ٤٦٥٥٤٣١
تلكس: ٤٠٠٥٢٢٠ / ٤٠٠٤١٣ ـ إسلامي إس جي ـ فاكس: ٤٦٤١٧١٠ ( ٠١ )
برقيا: إسلامية الرياض
بريد الكتروني www.wamy.org Info@wamy.org WAMYSA1235836

CONFIDENTIAL



EXHIBIT

WAMY EX. 100

WAMYSA1235836



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

2/6

Number:

Date:

- Decision:
  1. Approve the meeting and its costs.
  2. The meeting will determine the next regular dates for the Board of Directors.

3) Meeting of the Executive Board of the World Federation of Islamic Medical Associations (FIMA) in Makkah:

The Council discussed the proposed meeting of the Executive Board of the World Federation of Islamic Medical Associations to be held in Makkah from 19 to 26 Ramadan next year, as the fixed date coincided with the Ramadan vacation, allowing participants in this meeting to perform Umrah and visit the holy sites, and the meeting will be accompanied by another meeting, the meeting of the Council of the System of Islamic Medical Colleges emanating from the Federation.

- Decision:
  1. Approve holding the meeting in Makkah and approve its costs.
  2. Work on collecting visit visas for participants through the Assembly, and if this is not possible, Umrah visas will be made.

4) Train Kosovar doctors:

The head of the committee stated that the training program for Kosovar doctors in the Kingdom's hospitals is proceeding as planned and the program is supervised by the head of the committee, Dr. Atallah Al-Rahili, in coordination with the Saudi Joint Committee, which owns the project, and the head of the medical committee has developed a social and cultural program for doctors that complements the training program (attached).

- Decision:
  1. Recommend to the committee members to communicate with Kosovar doctors and hold introductory meetings with them.
  2. Distribute the social program for doctors to the committee members to benefit from it in communicating with doctors.

5) World Council for Dawa and Relief meeting:

The former chairman of the committee, Dr. Abdullah Kutbi, reviewed the participation of the World Federation of Islamic Medical Associations (FIMA) in the World Council for Dawa and Relief during the previous years and explained the necessity of continuing this participation because of the Council's efforts and role in directing Islamic organizations to defend and serve Islam in their respective fields of competence.

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ١٦٦٩ ٤٦٤ (٠١) أربعة خطوط /٤٦٥٥٤٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ ـ إسلامي إس جي ـ فاكس: ٤٦٤١٧١٠ (٠١)
برقيا: إسلامية الرياض
بريد الكتروني: info@wamy.org    www.wamy.org

CONFIDENTIAL

WAMYSA1235837



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

3/6

Number:

Date:

- Decision:
  1. Approve the participation of Dr. Abdullah bin Ismail Kotbi as a representative of the Committee and the World Federation of Islamic Medical Associations in the Annual General Meetings and Relief Council Meetings.
  2. Dr. Abdullah is tasked with submitting a detailed report on the meeting to both the World Federation of Islamic Medical Associations and the Islamic Medical Committee, provided that he submits to the Committee a conceptual proposal for the possibility of the Federation and the Committee benefiting from this participation and employing it to achieve their objectives.

6) Opening a branch of the committee in Qassim:

The head of the committee stated that conditions are now ripe for opening a branch of the committee in Qassim, such as the establishment of the Assembly branch there, the presence of some active committee members, and the opening of a medical college in the region.

- Decision:
  Approve the opening of a branch of the committee in Qassim and prepare the necessary official communications to approve the project, support it administratively and secure its basic requirements.

7) Resignation of the committee secretary:

The Board discussed the resignation submitted by Brother Yousef Al-Lehyani, the cooperating secretary with the committee. The Chairman of the committee explained that the resignation was based on his refusal to work on Thursdays, contrary to what was agreed with him when he was hired, and contrary to the regulation for the employment of cooperators, which stipulates that cooperators must work 15 hours, and this is only done on Thursdays, and this is not done by working on Thursdays.

- Decision:
  1. Accepts the resignation of Secretary Yousef Al-Lahyani.
  2. The committee is looking for another full-time secretary to hire.

8) Section plans:

The meeting reviewed the following departmental plans:

1- Media department: pharmacist Hatem Mokhtar, head of the media department, spoke about the media department's plan and explained that it depends on renewing the committee's publications with the participation of the student section, as well as participating in exhibitions and introductory activities of the committee and summarizing the committee's introductory slides for use in introductory meetings of the committee.

2- Student section: the Board reviewed the student section plan (attached to the minutes) and discussed its items and the proposed budget for each activity and agreed on the following:

P.O. Box 10845 · Riyadh 11443 · Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya · Saudi Arabia · Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ٤٦٤١٦٦٩ (٠١) أربعة خطوط/ ٤٦٥٥٤٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ ـ إسلامي إس جي ـ فاكس: ٤٦٤١٧١٠ (٠١)
برقيا: إسلامية الرياض
بريد الكتروني www.wamy.org info@wamy.org

CONFIDENTIAL

WAMYSA1235838



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

4/6

Number:

Date:

1. Adopt the plan according to the attached budget.
2. Need to specify the type of lectures and their dates.
3. Remove the names mentioned from the plan.
4. Representatives from the different regions of the committee should be hosted at the student camp.
5. As for the research competition, the research should be distinguished and add something new to the topic, whether in content or research method. I suggested practical research related to forensic medical issues as well as writing a series of awareness booklets that combine medical guidance and forensic guidance on specialized topics to educate the community.
6. The proposal to produce a series of audio cassettes entitled "A Doctor's Experience", in which the experiences of a group of doctors with lessons and benefits are collected to communicate realistic and meaningful experiences in the field of the profession, recorded and produced in good technical ways to distribute them to doctors and interested parties to disseminate the benefit of them.

C. Membership section: dr. Riad Abu Sulaiman, Head of the Membership Department, reviewed the department's plan for the current year (attached to the minutes) and was approved by the Board with the following suggestions:

1- The need to encourage non-Saudis to join the committee and explain the universality of the committee and the Assembly.
2- Members should be invited to participate in the committee's health camps.
3- The need to complete the committee's introductory slides and provide copies to the committee's branches.
4- Organizing informational meetings for the committee in all major hospitals

D. The plan of the health department and the scientific department: it was submitted in writing and discussion was postponed to the next meeting as it could not be presented for discussion.

6) financial provisions:

1. Fifteen thousand riyals for the costs of the meeting of the Executive Board of the Federation of Islamic Medical Associations and the Council of the System of Islamic Medical Colleges in Makkah.

2. To cover the deficit in the budget of the Third World Student Camp, the amount of SAR 3786 (three thousand, seven hundred and eighty-six) was allocated by a check in the name of Dr. Atallah bin Daifallah Al-Rehaili, Chairman of the Committee (budget and bills attached).

The amount of 2876 thousand two thousand eight hundred and seventy-six riyals was approved for Dr. Abdul Latif to cover the deficit in the camp's budget by a check in the name of Dr. Abdul Latif. Abdul Latif Muhammad Wali Khan.

3. The amount of 3264 (three thousand two hundred and sixty-four) riyals, the amount of the deficit in the custody of the costs of the meeting of the World Federation of Islamic Medical Associations in Bosnia and Herzegovina, by check in the name of Dr. Attallah bin Dhaif Al-Rahili.

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: Info@wamy.org

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ١٦٤١٦٦٩ (٠١) أربعة خطوط / ١٦٥٥٤٣١
تلكس: ١٠٥٢٢٠ / ١٠٠٤١٣ ـ إسلامي إس جي ـ فاكس: ١٦٤١٧١٠ (٠١)
برقيا: إسلامية الرياض
بريد الكتروني www.wamy.org / info@wamy.org

CONFIDENTIAL

WAMYSA1235839



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

5/6

Number:

Date:

4. Approval of SAR 4000 for the costs of the committee's board meeting to be held in Riyadh on 8-9 Shaaban, check in the name of Dr. Attallah bin Dhaif Al-Rahili.

Required attachments:

- Plans for all departments
- The Commission's program for Kosovar doctors
- Budgets and bills.

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org | Dawa.wamy.org

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ٤٦٤١٦٦٩ (٠١) أربعة خطوط/ ٤٦٥٥٤٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ ـ إسلامي إس جي ـ فاكس: ٤٦٤١٧١٠ (٠١)
برقيا: إسلامية الرياض
بريد الكتروني info@wamy.org ـ www.wamy.org

CONFIDENTIAL

WAMYSA1235840



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

6/6

Number:
Date:

### Board members sign the minutes of the meeting

| Signature | Position | Name | M |
|---|---|---|---|
| [signature] | Chairman of the Commission | Dr. Attallah bin Dhaif Al-Rahili | -1 |
| Did not attend | Vice President | Dr. Essam Rabhi Hamada | -2 |
| [signature] | Head of Health Department | Dr. Samir bin Mohammed Al Mansouri | -3 |
| Did not attend | Head of Scientific Department | Dr. Ahmed Al-Ali Al-Jarallah | -4 |
| [signature] | Membership Division Officer | Dr. Riad Mahdi Abu Sulaiman | -5 |
| [signature] | Council member | Dr. Hatem Jameel Mokhtar | -6 |
| [signature] | Council member | Dr. Abdul Ilah bin Ismail Kutbi | -7 |
| [signature] | Council member | Dr. Alaa bin Salah Abduljabbar | -8 |
| [signature] | Council member | Dr. Abdulrahman bin Mohammed Almazroua | -9 |
| Did not attend | Council member | Dr. Abdulrahman bin Abdulmohsen Al-Rajhi | -10 |
| [signature] | Council member | Dr. Ahmed bin Abdulrahman Al-Omar | -11 |
| Did not attend | Council member | Dr. Mahmoud bin Theeb Al-Jarf | -12 |
| [signature] | Council member | Dr. Ali bin Ibrahim Almuhaidib | -13 |
| Did not attend | Council member | Dr. Ahmed bin Hamid Al-Omari | -14 |
| Did not attend | Council member | Dr. Hamad Al-Omar | -15 |

Approved
[signature]
Dr. Attallah bin Dhaif Al-Rahili, Chairman
of the Islamic Medical Committee of the
World Assembly
of Muslim Youth

Approved
[signature]
A. Muhammad bin Ali al-Qutubi,
General Supervisor of Activity
Committees at the World Assembly
of Muslim Youth

Approved
[signature]
Dr. Maneh bin Hammad al-Johani,
General Secretary of the World
Assembly of Muslim Youth

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. • Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ٤٦٤١٦٦٩ (٠١) أربعة خطوط/ ٤٦٥٥١٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ ـ إسلامي إس جي ـ فاكس: ٤٦٤١٧١٠ (٠١)
برقيا: إسلامية الرياض
بريد الكتروني: info@wamy.org    www.wamy.org

CONFIDENTIAL

WAMYSA1235841



بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**

**Member of the UN NGO'S**

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

الرقـــم : ....................................

التــاريخ : ٢.../١٠/١٤٢٢هـ

٦/١

# محـــضــر الاجتمــــاع الثاني والخمسين
# للجـــنـــة الطـــبــيـــة الإسلامــيـة

عقد المجلس التنفيذي باللجنة الطبية الإسلامية اجتماعه الثــاني والخمســين يــوم الثلاثــاء الموافــق ١٤٢٢/٧/٢٩هـ الموافق ٢٠٠١/١٠/١٦م في تمام الساعة الثامنة والنصف في مقر الندوة العالمية للشباب الإسلامي.

وناقش الأعضاء الموضوعات المدرجة على جدول الأعمال واتخذوا حيالها التوصيات التالية:

**١ - مشروع مراكز صحية للاجئين الأفغان:**

استعرض رئيس اللجنة فعاليات الاجتماع التنسيقي الذي تم يوم الخميس ١٤٢٢/٧/١٧هـ بيــن فــروع اللجنة وتم خلاله صياغة مشروع لمساعدة اللاجئين الأفغان في الباكستان عن طريق تقديم مســاعدة عاجلــة تشتمل على أدوية ومساعدات طبية عاجلة وكذلك تشغيل مركز صحي في بيشاور تتولــى اللجنــة إدارتــه والإشراف عليه ويكون نقطة انطلاق للعديد من الخدمات الإغاثية والوقائية للاجئين.

**●  القـــــــرار :**

١. الموافقة على المشروع واعتماده.

٢. التنسيق مع مكتب الندوة في الباكستان والجمعية السعودية للهلال الأحمر والجمعية الطبيـــة فـــي الباكستان وهيئة الإغاثة الإسلامية والاستفادة من خبراتهم في تنفيذ المشروع.

٣.تفعيل موضوع جمع التبرعات للمشروع من جميع فروع اللجنة والتوصيـــة بمشـــاركة الأطبـــاء أعضاء اللجنة في زيارات المحسنين والتجار.

٤.يرسل وفد من ثلاثة أطباء من قبل اللجنة إلى الباكستان لاستكمال الخطة العملية على أرض الواقع وتحمل تكاليف السفر على ميزانية المشروع..

٥.بعد استكمال إنشاء المركز الصحي يسلم المشروع للجنة تشغيل المراكز الصحية التابعـــة للجنـــة الطبية الإسلامية لمتابعة الإشراف على تشغيله ضمن الخطة المرسومة لذلك.

٦.بعد التأكد من نجاح المشروع ستكون هناك محاولة لإنشاء مراكز أخرى مشابهة يصل عددها إلى عشرة مراكز تنشأ على مراحل.

٧.يتبع ذلك توفير سيارات إسعاف لحاجة المراكز إليها، ويستهدف توفير خمس ســـيارات إســـعاف على الأقل.

**٢ - اجتماع مجلس الإدارة السابع بالرياض:**

ذكر رئيس اللجنة أن الاجتماع القادم لمجلس إدارة اللجنة سيكون في الرياض في الفترة من ٨-٩ شعبان الحالي وسيرافقه اجتماع لجنة الإشراف العام على المخيم لإجراء تقويم شامل ونهائي للمخيم العالمي الثـــالث للطلاب، وقد وافقت فروع اللجنة على ذلك.

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org    www.wamy.org

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ٤٦٤١٦٦٩ ( ٠١ ) أربعة خطوط / ٤٦٥٥٤٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ ـ إسلامي إس جي ـ فاكس: ( ٠١ ) ٤٦٤١٧١٠
برقيا: إسلامية الرياض
بريد الكتروني info@wamy.org    www.wamy.org

CONFIDENTIAL    WAMYSA1293686



**World Assembly of Muslim Youth**

**Member of the UN NGO'S**

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

الرقـــم : ..............................

التـــاريخ : ..............................

٦/٢

● القــــــــرار :

١. الموافقة على الاجتماع والتكاليف الخاصة به.

٢. يتم خلال الاجتماع تحديد المواعيد الدورية القادمة لمجلس الإدارة.

٣- **اجتماع الهيئة التنفيذية للاتحاد العالمي للجمعيات الطبية الإسلامية (فيما) في مكة:**

ناقش المجلس اجتماع الهيئة التنفيذية الاتحاد العالمي للجمعيات الطبية الإسلامية المقترح إقامته في مكة المكرمة في الفترة من ١٩-٢٦ رمضان القادم حيث صادف موعده الثابت إجازة رمضان مما يتيح الفرصة لتمكين المشاركين في هذا الاجتماع من أداء العمرة وزيارة المشاعر المقدسة، وسيرافق الاجتماع اجتماع آخر هو اجتماع مجلس منظومة كليات الطب الإسلامية المنبثقة من الاتحاد.

● القــــــــرار :

١- الموافقة على عقد الاجتماع في مكة واعتماد التكاليف الخاصة به.

٢- العمل على تحصيل تأشيرات زيارة للمشاركين عن طريق الندوة وفي حال تعثر ذلك يتم عمل تأشيرات عمرة.

٤- **تدريب الأطباء الكوسوفيين:**

ذكر رئيس اللجنة أن برنامج تدريب الأطباء الكوسوفيين في مستشفيات المملكة يتم كما خطط له ويشرف على البرنامج رئيس اللجنة د. عطا الله الرحيلي بالتنسيق مع اللجنة السعودية المشتركة صاحبة المشروع، وقد قام رئيس اللجنة الطبية بعمل برنامج اجتماعي وثقافي للأطباء مكمل للبرنامج التدريبي (مرفق).

● القـــــــرار :

١- التوصية لأعضاء اللجنة للتواصل مع الأطباء الكوسوفيين وعقد لقاءات تعارف معهم.

٢- توزيع البرنامج الاجتماعي للأطباء على أعضاء اللجنة للاستفادة منه في التواصل مع الأطباء.

٥- **اجتماع المجلس العالمي للدعوة والإغاثة :**

استعرض رئيس اللجنة اللجنة السابق الدكتور عبد الإله كتبي مشاركة الاتحاد العالمي للجمعيات الطبية الإسلامية (فيما) في المجلس العالمي للدعوة والإغاثة خلال السنوات السابقة وأوضح ضرورة استمرار تلك المشاركة لما للمجلس من جهود ودور في توجيه المنظمات الإسلامية للدفاع عن الإسلام وخدمته كل في مجال اختصاصه.

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ٤٦٤١٦٦٩ (٠١) أربعة خطوط/ ٤٦٥٥٤٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ ـ إسلامي إس جي ـ فاكس: ٤٦٤١٧١٠ (٠١)
برقيا: إسلامية الرياض
بريد الكتروني info@wamy.org    www.wamy.org

CONFIDENTIAL    WAMYSA1293687





**World Assembly of Muslim Youth**

**Member of the UN NGO'S**

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

٦/٣

الرقــم : ..................................

التـاريخ : ..................................

● القـــــــــرار :

١. الموافقة على مشاركة الدكتور عبد الإله بن إسماعيل كتبي مندوباً عن اللجنـة والاتحــاد العــالمي للجمعيات الطبية الإسلامية في الاجتماعات السنوية العمومية واجتماعات مجلس الإغاثة.

٢. يكلف الدكتور عبد الإله بتقديم تقرير مفصل عن الاجتماع لكل من الاتحاد العالمي للجمعيات الطبيــة الإسلامية واللجنة الطبية الإسلامية، على أن يقدم للجنة اقتراح تصور لإمكانية استفادة الاتحاد واللجنة من تلك المشاركة وتوظيفها لتحقيق أهدافها.

**٦ – افتتاح فرع للجنة في القصيم:**

ذكر رئيس اللجنة أن الظروف أصبحت الآن مهيأة لفتح فرع للجنة في القصيم مثل إنشاء فرع الندوة هنـاك وكذلك وجود بعض أعضاء اللجنة النشيطين وافتتاح كلية للطب في المنطقة.

● القـــــــــرار :

الموافقة على افتتاح فرع للجنة في القصيم وإعداد المخاطبات الرسمية اللازمة لاعتماد المشــــروع ودعمــه إدارياً وتأمين المتطلبات الأساسية له.

**٧ – استقالة سكرتير اللجنة:**

ناقش المجلس الاستقالة المقدمة من الأخ يوسف اللحياني السكرتير المتعاون مع اللجنة وأوضح رئيس اللجنـة أن الاستقالة كانت بناءً على رفضه العمل أيام الخميس خلافاً لما تم الاتفاق معه عند التعــــاقد وخلافــاً لمــا تقتضيه لائحة توظيف المتعاونين التي تنص على ضرورة دوام المتعاونين ١٥ ساعة وهذا لا يتم إلا بــــدوام يوم الخميس.

● القـــــــــرار :

١. تقبل استقالة السكرتير يوسف اللحياني.

٢. يبحث عن سكرتير آخر متفرغ للجنة لتوظيفه.

**٨ – خطط الأقسام:**

استعرض المجتمعون خطط الأقسام التالية:

١- القسم الإعلامي: تحدث الصيدلي حاتم مختار مسؤول القسم الإعلامي باللجنة عن خطة القسم الإعلامي وأوضح أنها تعتمد على تجديد مطبوعات اللجنة بمشاركة القسم الطلابي وكذلك المشاركة في المعــارض والأنشطة التعريفية باللجنة واختصار الشرائح التعريفية باللجنة لاستخدامها في اللقاءات التعريفية باللجنة.

٢- القسم الطلابي: استعرض المجلس خطة القسم الطلابي ( مرفقة مع المحضر ) وتمت مناقشة بنودهــا والميزانية المقترحة لكل نشاط وتم الاتفاق على التالي:

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org info@wamy.org

ص. ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ٤٦٤١٦٦٩ (٠١) أربعة خطوط/ ٤٦٥٥٤٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٤١٣ ـ إسلامي إس جي ـ فاكس: ٤٦٤١٧١٠ (٠١)
برقيا: إسلامية الرياض
بريد الكتروني info@wamy.org    www.wamy.org

CONFIDENTIAL    WAMYSA1293688





| | | |
|---|---|---|
| **World Assembly of Muslim Youth** | ٦/٤ | **الندوة العالمية للشباب الإسلامي** |
| **Member of the UN NGO'S** | | **عضو المنظمات غير الحكومية ــ هيئة الأمم المتحدة** |

الرقـــم : ....................................

التـــاريخ : ....................................

١.اعتماد الخطة حسب الميزانية المرفقة.

٢.ضرورة تحديد نوعية المحاضرات وتواريخها.

٣.حذف الأسماء المذكورة من الخطة.

٤. ضرورة استضافة ممثلين من مناطق اللجنة المختلفة في المعسكر الطلابي.

٥.بالنسبة لمسابقة البحوث ضرورة تميز الأبحاث وأن تضيف للموضـــوع شـــيئاً جديـــداً ســـواءً بالمضمون أو بطريقة البحث واقترحت بحوث عملية ذات علاقة بالقضايا الطبية الشرعية وكذلك كتابة سلسلة من الكتيبات التوعوية التي تجمع بين التوجيه الطبـــي والإرشـــاد الشـــرعي فـــي موضوعات متخصصة لتثقيف المجتمع.

٦.يتم إضافة مقترح إنتاج سلسلة من الأشرطة الصوتية بعنوان " تجربة طبيب " يتـــم فيهـــا جمـــع تجارب مجموعة من الأطباء ذات العبرة والفائدة لتوصيل تجارب واقعية هادفة في مجال المهنـــة ويتم تسجيلها وإخراجها بطرق فنية جيدة لتوزيعها على الأطباء والمهتمين لتعميم الفائدة منها.

ج- قسم العضوية: قام الدكتور رياض أبو سليمان رئيس قسم العضوية باستعراض خطة القسم للعام الحـــالي (مرفقة مع المحضر) وتم إقرارها من المجلس مع إبداء المقترحات التالية:

١-ضرورة حث غير السعوديين على الاشتراك بعضوية اللجنة وتوضيح عالمية اللجنة والندوة.

٢-ضرورة دعوة الأعضاء للمشاركة في المخيمات الصحية للجنة.

٣-ضرورة استكمال الشرائح التعريفية باللجنة، وتزويد فروع اللجنة بنسخ منها.

٤-تنظيم لقاءات تعريفية للجنة في جميع المستشفيات الكبرى

د- خطة القسم الصحي والقسم العلمي: قدمت مكتوبة وأجلت مناقشتها إلى الاجتماع القادم لعدم التمكـــن مـــن عرضهـــا للمناقشة.

**٦- اعتمادات مالية:**

١. اعتماد مبلغ خمسة عشر ألف ريال تكاليف اجتماع الهيئة التنفيذية للاتحاد العالمي للجمعيات الطبيـــة الإسلامية ومجلس منظومة كليات الطب الإسلامية في مكة.

٢. اعتماد مبلغ ٣٧٨٦ (ثلاثة آلاف وسبعمائة وستة وثمانين) ريالاً وذلك لتغطية العجز فـــي ميزانيـــة المخيم العالمي الثالث للطلاب شيكاً باسم د. عطا الله بن ضيف الله الرحيلي رئيس اللجنة (مرفق الميزانية والفواتير).

-واعتماد مبلغ ٢٨٧٦ ألفان وثمانمائة وستة وسبعين ريالاً للدكتور عبد اللطيف لتغطية العجز في ميزانية المخيم شيكاً باسم

د. عبد اللطيف محمد ولي خان.

٣. اعتماد مبلغ ٣٢٦٤ (ثلاثة آلاف ومائتين وأربعة وستين) ريالاً وذلك قيمة العجز في عهدة تكـــاليف اجتماع الاتحاد العالمي للجمعيات الطبية الإسلامية في البوسنة والهرسك شيكاً باسم د. عطا الله بن ضيف

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulalmaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org www.wamy.org

ص. ب ٤٥ ٨١٠ الرياض ١١٤٤٣ ــ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ــ المملكة العربية السعودية ــ هاتف ٤٦٤١٦٦٩ (٠١) أربعة خطوط/ ٤٦٥٥٤٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ ــ إسلامي إس جي ــ فاكس: (٠١) ٤٦٤١٧١٠
برقيا: إسلامية الرياض
بريد الكتروني info@wamy.org www.wamy.org

CONFIDENTIAL

WAMYSA1293689



**World Assembly of Muslim Youth**

**Member of the UN NGO'S**

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

الرقـــم : ................................

التـــاريخ : ................................

٥/٦

٤. اعتماد مبلغ ٤٠٠٠ ريال وذلك تكاليف اجتماع مجلس إدارة اللجنة المزمع عقده في الرياض في الفترة من ٨-٩ شعبان الحالي شيكاً باسم د. عطا الله بن ضيف الله الرحيلي .

المرفقات المطلوبة:

- خطط جميع الأقسام
- برنامج اللجنة للأطباء الكوسوفيين
- الميزانيات والفواتير .

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org www.wamy.org

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ٤٦٤١٦٦٩ (٠١) أربعة خطوط/ ٤٦٥٥٤٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ ـ إسلامي إس جي ـ فاكس: ٤٦٤١٧١٠ (٠١)
برقيا: إسلامية الرياض
بريد الكتروني info@wamy.org www.wamy.org

CONFIDENTIAL                                                     WAMYSA125584



| World Assembly of Muslim Youth | الندوة العالمية للشباب الإسلامي |
| Member of the UN NGO'S | عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة |

٦/٦

الرقـــم : .................................................

التــاريخ : .................................................

• توقيع أعضاء المجلس على محضر الاجتماع *

| التوقيع | المنصب | الاسم | م |
|---|---|---|---|
| | رئيس اللجنة | الدكتور / عطا الله بن ضيف الله الرحيلي | ١- |
| اعتذر عن الحضور | نائب الرئيس | الدكتور / عصام ربحي حمادة | ٢- |
| | رئيس القسم الصحي | الدكتور / سمير بن محمد المنصوري | ٣- |
| اعتذر عن الحضور | رئيس القسم العلمي | الدكتور / أحمد العلي الجار الله | ٤- |
| | مسؤول شعبة العضوية | الدكتور / رياض مهدي أبو سليمان | ٥- |
| | عضو المجلس | الصيدلي / حاتم جميل مختار | ٦- |
| | عضو المجلس | الدكتور / عبد الإله بن إسماعيل كتبي | ٧- |
| | عضو المجلس | الدكتور / علاء بن صلاح عبد الجبار | ٨- |
| | عضو المجلس | الدكتور / عبد الرحمن بن محمد المزروع | ٩- |
| اعتذر عن الحضور | عضو المجلس | الدكتور / عبد الرحمن بن عبد المحسن الراجحي | ١٠- |
| | عضو المجلس | الدكتور /أحمد بن عبد الرحمن العمر | ١١- |
| اعتذر عن الحضور | عضو المجلس | الدكتور /محمود بن ذيب الجرف | ١٢- |
| | عضو المجلس | الدكتور / علي بن إبراهيم المهيدب | ١٣- |
| اعتذر عن الحضور | عضو المجلس | الدكتور / أحمد بن حامد العمري | ١٤- |
| اعتذر عن الحضور | عضو المجلس | الدكتور / حمد العمر | ١٥- |

يعتمد

د. مانع بن حماد الجهني
الأمين العام
للندوة العالمية للشباب الإسلامي

يعتمد

أ. محمد بن علي القعطبي
المشرف على لجان النشاط
بالندوة العالمية للشباب الإسلامي

يعتمد

د. عطا الله بن ضيف الله الرحيلي
رئيس اللجنة الطبية الإسلامية بالندوة العالمية
للشباب الإسلامي

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulalmanlya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org DEN.wamy.org

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ٤٦٤١٦٦٩ ( ٠١ ) أربعة خطوط / ٤٦٥٥٤٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ ـ إسلامي إس جي ـ فاكس: ٤٦٤١٧١٠ ( ٠١ )
برقيا: إسلامية الرياض
بريد الكتروني: info@wamy.org www.wamy.org



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

الرقــم : ........................................

التاريخ : ١٤٢٢/٩/١٩هـ

٤/١

**محضر الاجتماع الثالث والخمسين**
**للجنة الطبية الإسلامية**

عقد المجلس التنفيذي للجنة الطبية الإسلامية اجتماعه الثالث والخمسين يوم الثلاثاء ١٤٢٢/٩/١٢هـ في تمام الساعة العاشرة مساءً في مقر الندوة العالمية للشباب الإسلامي. والجدير بالذكر أنه قد تمت دعوة أعضاء المجلس للاجتماع مرتين قبل ذلك في أسبوعين متتاليين وذلك يوم الثلاثاء ١٤٢٢/٨/٢٨هـ والثلاثاء ١٤٢٢/٩/٥هـ ولكن لم يكتمل النصاب وبالتالي اعتبر هذا الاجتماع الثالث نظامياً بمن حضر حسب المادة الرابعة عشرة من اللائحة التنظيمية لعمل لجان النشاط الشبابي. وناقش الأعضاء بعض الموضوعات واتخذوا حيالها التوصيات التالية :

**١ ـ فكرة القيام بعمل إغاثي وتدريبي في تشاد لمكافحة الكوليرا :**

استعرض رئيس اللجنة التقارير الواردة من تشاد حول انتشار مرض الكوليرا في بعض مناطق المسلمين شمال تشاد وأوضح أن اللجنة تحركت فور سماعها لأخبار انتشار المرض حيث تم العمل على جمع تبرعات لهذا الموضوع عن طريق قسم علاقات المحسنين وبلغ حوالي خمسين ألف ريال لغاية الآن وتم إرسال شحنة من المضادات الحيوية لهذا الغرض كما تمت مخاطبة كل من مكتب الندوة بتشاد والسفارة التشادية بالرياض لطلب معلومات صحية تفصيلية حول الموضوع، واقترح على الحضور فكرة القيام بعمل إغاثي تدريبي للعمل على منع انتشار المرض في المستقبل.

**القرار :**

١. الموافقة على المشروع والبدء في إعداد تصور متكامل له.

٢. تشكيل فريق عمل لاستكمال تصور خطة العمل ومتابعة هذا الموضوع واقترح له كل من الدكتور عبد الرحمن المزروع والدكتور والصيدلي محمد عاشور والصيدلي ياسر العبيدا والدكتور عبد الرحمن الراجحي والدكتور سلطان المقيرن والدكتور أحمد العمر والدكتور مروان باكرمان.

٣. يجتمع فريق العمل المقترح خلال ثلاثة أيام من تاريخ الاجتماع لعمل تصور عاجل عن إمكانية تنفيذ هذا المشروع استناداً للمعلومات التي ستصل قريباً من الجهات التي تمت مخاطبتها، وكذلك يضع تصور لكيفية تأمين الأدوية والمحاليل اللازمة لهذه المهمة.

٤. مخاطبة الدكتور مروان باكرمان لطلب مرئياته ودعوته للمشاركة في هذا المشروع.

**٢. مشروع تشغيل المراكز الصحية بالباكستان :**

استعرض رئيس اللجنة الخطوات التي تمت بخصوص تشغيل المراكز الصحية بالباكستان وأوضح أنه تم مخاطبة مكتب الندوة في الباكستان لتنسيق العمل عن طريق مكتب الندوة في جدة. وكذلك تم إعداد الوفد

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org | www.wamy.org

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ٤٦٤١٦٦٩ (٠١) أربعة خطوط / ٤٦٥٥٤٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ ـ إسلامي إس جي ـ فاكس: ٤٦٤١٧١٠ (٠١)
برقياً: إسلامية الرياض
بريد الكتروني www.wamy.org

CONFIDENTIAL WAMY 205842



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1235817-WAMYSA1235845  (WAMYSA1235836-841)**

Sworn to before me this,
_____ day of _____ of 2026

_____
Translation Manager

_____
Notary





Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling