LAGNAT AL-BIRR ALISLAMIAH
WORLD ASSEMBLY OF MOSLIM YOUTH
ORGANIZATION - ACHIEVEMENT

March 1989

CONFIDENTIAL

EXHIBIT

WAMY EX. 101    WAMYSA031288

```
LAJNAT ALBIRR ALISLAMIAH                           07/03/198
  ACCOUNTS AND BUDGETS                             FILE UN1
    BUDGET YEAR 1989
HEADQUARTER OFFICE INSIDE
  CAPITAL EXPENDITURES
```

| ITEM | UNIT | UNIT COST US DOLLARS | QUANTITY | TOTAL COST US DOLLARS |
|---|---|---|---|---|
| OFFICE BUILDING | METER SQ | 8.00 | 600.00 | 4,800.00 |
| LIVING QUARTERS | METER SQ | 8.00 | 450.00 | 3,600.00 |
| PICK UP 4X4 | QNTY | 9,900.00 | 1.00 | 9,900.00 |
| OFFICE FURNITURE | QNTY | 2,700.00 | 1.00 | 2,700.00 |
| TYPEWRITER | QNTY | 1,000.00 | 2.00 | 2,000.00 |
| CALCULATORS | QNTY | 187.00 | 2.00 | 374.00 |
| LIVING FURNITURE | QNTY | 2,700.00 | 1.00 | 2,700.00 |
| ELECTRIC GENERATOR | QNTY | 8,000.00 | 2.00 | 16,000.00 |
| TOTALS | | | | 42,074.00 |

CONFIDENTIAL

WAMYSA031289

```
LAJNAT ALBIRR ALISLAMIAH                                    07/03/198
   ACCOUNTS AND BUDGETS                                     FILE UN2
     BUDGET YEAR 1989
HEADQUARTER OFFICE INSIDE
ADMINISTRATIVE EXPEND.
```

| ITEM | UNIT | UNIT COST US DOLLARS | QUANTITY | TOTAL COST US DOLLARS |
|---|---|---|---|---|
| STATIONARY | QNTY | 107.00 | 12.00 | 1,284.00 |
| MEDICAL | NA | 0.00 | 0.00 | 0.00 |
| POST,TELEPHONE & TLX | NA | 0.00 | 0.00 | 0.00 |
| CLEANING | QNTY | 27.00 | 12.00 | 324.00 |
| FOOD | NA | 0.00 | 0.00 | 0.00 |
| FUEL | QNTY | 267.00 | 12.00 | 3,204.00 |
| UTILITIES | QNTY | 267.00 | 12.00 | 3,204.00 |
| PERDIUM | QNTY | 14.00 | 24.00 | 336.00 |
| SUNDERIES | QNTY | 54.00 | 12.00 | 648.00 |
| TRANSPORTATION | QNTY | 27.00 | 24.00 | 648.00 |
| REPAIR & MAINTENANCE | QNTY | 134.00 | 12.00 | 1,608.00 |
| TRAINING | NA | 0.00 | 0.00 | 0.00 |
| PUBLIC RELATIONS | QNTY | 54.00 | 12.00 | 648.00 |
| RENT | NA | 0.00 | 0.00 | 0.00 |
| T O T A L S | | | | 11,904.00 |

CONFIDENTIAL

WAMYSA031290

CONFIDENTIAL

LAJNAT ALBIRR ALISLAMIAH
  ACCOUNTS AND BUDGETS
    BUDGET YEAR 1989
HEADQUARTER OFFICE INSIDE
      SALARIES

07/03/1989
FILE UN3

| ITEM | QUANTITY | SALARY US DOLLARS | HOUSING US DOLLARS | AIRFAIR US DOLLARS | TOTAL/MNTH US DOLLARS | TOTAL/YEAR US DOLLARS |
|---|---|---|---|---|---|---|
| GENERAL MANAGER | 1.00 | 1,100.00 | 267.00 | 40.00 | 1,407.00 | 16,884.00 |
| ACCOUNTANT | 1.00 | 550.00 | 134.00 | 91.00 | 775.00 | 9,300.00 |
| ADMINISTRATOR | 2.00 | 400.00 | 100.00 | 91.00 | 591.00 | 14,184.00 |
| COMMUNICATION SPEC. | 1.00 | 400.00 | 100.00 | 91.00 | 591.00 | 7,092.00 |
| TYPIST | 2.00 | 320.00 | 80.00 | 91.00 | 491.00 | 11,784.00 |
| COOCK | 2.00 | 27.00 | 0.00 | 0.00 | 27.00 | 648.00 |
| ASSISTANT COOCK | 4.00 | 27.00 | 0.00 | 0.00 | 27.00 | 1,296.00 |
| SECURITY GUARD | 3.00 | 27.00 | 0.00 | 0.00 | 27.00 | 972.00 |
| DRIVER | 2.00 | 27.00 | 0.00 | 0.00 | 27.00 | 648.00 |
| CLEANER | 3.00 | 27.00 | 0.00 | 0.00 | 27.00 | 972.00 |
| STORE KEAPER | 1.00 | 80.00 | 0.00 | 0.00 | 80.00 | 960.00 |
| TOTALS | | | | | 4,070.00 | 64,740.00 |

WAMYSA031291

```
LAJNAT ALBIRR ALISLAMIAH              07/03/1989
  ACCOUNTS AND BUDGETS                FILE UN4
    BUDGET YEAR 1989
HEADQUARTER OFFICE INSIDE
    T  O  T  A  L  S
```

| ITEM | TOTAL COST US DOLLARS |
|------|------------------------|
| SALARIES | 64,740.00 |
| ADMINISTRATIVE EXPENCES | 11,904.00 |
| CAPITAL EXPENCES | 42,074.00 |
| T O T A L S | 118,718.00 |

CONFIDENTIAL

WAMYSA031292

LAJNAT AL BIRR ALISLAMIAH
WORLD ASSEMBLY OF MUSLIM YOUTH
AGRICULTURE AND WATER RESOURCES DEVELOPMENT

CONFIDENTIAL

Table of Contents:
------------------

      1. Project Objectives.
      2. Project Description.
      3. Project Implimentation Plan.
      4. Standards and Evalution Procedures.
      5. Project Costs.

CONFIDENTIAL

WAMYSA031294

(1)

1. Project Bbjectives:
------------------------

Studies and data collected about the need for agriculture and water resources development in Afghanistan show a tremendous need for proffessional assistance to stimulate and improve agriculture and animal production after the war . The objectives of the project are :

   a.  Stimulate and improve agriculture and animal production .

   b.  Repair and improve water resourses and distribution system .

   c.  Stimulate economic conditions in the area covered by the project by means of selling improved agriculture products and animal products such as milk and eggs .

   d.  Improve the technical standard of the farmers through training and education programs.
   e.  Document the experience gained through this project, use the project as a protoype for further development and improvement in other areas .

CONFIDENTIAL

WAMYSA031295

(2)

2. project Describtion :
-------------------------

In order to achieve the objectives set fourth for this project , the following set of programs were developed to provide the services needed in the area :

a.  Agriculture Improvement Programs :

The objectives of these programs are to improve the quality and quantity of agricultural production in the area by means of providing improved seeds , fertilizers , crop production , the introduction of mechanization, and the improvement in the supply of water to farm land.
A short discription of these programs follows :

aa. Agriculture Research Center :

The main objectives of this center is to conduct laboratory and field experements to improve the quality of seeds used in the area , to distribute improved seeds to farmers , to monitor production , collect data and statistics , and to produce and disseminate information .
The research center will also select the suitable fertilizers insectides to improve produce qualities and quantities , and conduct laboratory and field experements on ways to improve the water distribution system in the area .

bb. Tractors Services Center :

This center will provide land threshing services by means of tractors . Driven tractors will be rotated according to a preset schedule to assist farmers in threshing farm land free of charge at the biggining phases of the project , and for nominal fees if proved to be feasable and acceptable to farmers .

CONFIDENTIAL

WAMYSA031296

(3)

cc. Crop Protection :

Proper insectides herbicides and fungicides and spraying equipment will be used in order to protect crops.

dd. Fertiilizer Distribution :

Fertilizers will be obtained and distributed either free of charge or at nominal cost depending on the economical standard of the area. This service will improve the qualities and quantities of farm products.

ee. Water Resources and Distribution Repair and Improvement

Through the war years , bombing have destroyed a large percentàge of the water sources and distribution canals . This have resulted in depriving farm land from needed water. This program aims at providing the technical know-how to determine means of repairing and improving the water distribution system . Repair work will also be conducted by the provision of equipment and labor .

ff. Animal Production Improvement :

This program aims at increasing the number of animals in the area specifically poultry , oxen and cows . This will be achieved by establishing a distribution method to supply selected farmers with oxen and cows on the condition that offsprings will be given free to other designated farmers . Egg hatching units will be constructed and the poultry product will be distributed to farmers on the same principle as discribed above .

CONFIDENTIAL

WAMYSA031297

(4)

gg. Agriculture Training Center :

Tailored training programmes will be offered to farmers in the area through this center . Training will cover modern methods and techniques to improve agriculture and animal products qualities and quantities . The programmes will be designed to be short in duration and will concentrate on practical field methods .

3. Project Implementation Plan :
----------------------------------

The duration of this prototype (pilot) project is 24 months, starting 1/1/1989 . Attached is a barchart of the major activities of this project . It shows that work have actually started in the selected area in Konar .

4. Standards and Evaluation Procedures :
-----------------------------------------

aa. The area of the first project will be a neighbering Eastern provence . Konar was selected for easy access and closeness .

bb. Standard evaluation format will be designed at the early stage of the project .

cc. A field survey will be conducted at the bigining of the project to measure and record existing data on types and quantities of production , areas of farm land , number of farmers, etc .

dd. United Nations organizations such as FAO standards will be used for evaluation purposes .

CONFIDENTIAL

WAMYSA031298



منطقة المدينة المنورة

مكتب المدينة المنورة

Madinah office

الرقــم    ٢٤٦

التاريخ    ٢٧ ربيع الأول ١٤٢٣

No. 326

Date: June 8, 2002

Dear Esteemed Brother, Professor Dr. Abdulwahab bin Abdulrahman Noorwali

Assistant Secretary-General of the World Assembly for Muslim Youth Office in the Makkah Region, may Allah guide him

Peace be upon you, and may Allah's mercy and blessings be upon you.

Further to our letter No. (190) dated May 7, 2002 regarding the payment of dues to the employees of the Al-Birr Committee in Madinah, we hereby inform you that the amount has not yet been deposited.

Therefore, we request that you instruct the relevant parties to promptly deposit the dues and notify us accordingly.

May Allah grant you all the best.

General Supervisor

Dr. Abdulkarim bin Salah Al-Matbani

[signature]

[seal]

خ٠ جواس ٢/ ٥٤    E-mail: wamymadinah@hotmail.com    ١٤٢٣هـ

المدينة المنورة – طريق الهجرة النازل – جوار فرع وزارة التجارة – هاتف : ٨٦٤٣٤٠٠ – ٨٦٤٣٦٢٠ – فاكس : ٨٦٤٣٢٥٢ ص.ب ٥٠٨٦

مكتب ينبع : ٣٢٢٧٠٠٦ (٠٤) مكتب العلا ٨٨٤٥٣٩٤ (٠٤) – مكتب بدر ٣٣٢٤٩٧٧ (٠٤) – مركز توعية الجاليات ٨٤٦٤٦٥٦

AL-MADINAH AL MUNAWARAH AL HIJRAH ROAD  TEL. 8643400 - 8643620 FAX 8643252 P.O.BOX 5086
Yanbuh Office - (04) 3227006 - Aloula Office - (04) 8845394 - Badr Office - (04) 3324977 - Islamic Propagation Center- 8464656

CONFIDENTIAL

WAMYSA031299



بسم الله الرحمن الرحيم

## الندوة العالمية للشباب الإسلامي
### World Assembly of Muslim Youth

منطقة المدينة المنورة
مكتب المدينة المنورة
Madinah office

الرقم ٢٥٦

التاريخ ٢٧ ربيع أول ١٤٢٣

المكرم الأخ الفاضل الأستاذ الدكتور/ عبدالوهاب بن عبدالرحمن نور ولي

الأمين العام المساعد لمكتب الندوة بمنطقة مكة المكرمة                وفقه الله

السلام عليكم ورحمة الله وبركاته ؛ وبعد :

فإلحاقا لخطابنا رقم (١٩٠) بتاريخ ١٤٢٣/٢/٢٤هـ بشأن تسديد حقوق موظفي لجنة البر بالمدينة المنورة نفيدكم بأنه لم يتم إيداع المبلغ حتى الآن .

لذا نرجو تعميد من يلزم بسرعة إيداع المستحقات وإشعارنا بذلك .

وفقكم الله لكل خير .

المشرف العام

د. عبدالكريم بن صلاح المطبقاني





خ ٠ حواس ٢ / ٥٤                E-mail: wamymadinah@hotmail.com                ١٤٢٣هـ

المدينة المنورة - طريق الهجرة النازل - جوار فرع وزارة التجارة - هاتف : ٨٦٤٣٤٠٠ - ٨٦٤٣٦٢٠ - فاكس : ٨٦٤٣٢٥٢ ص.ب ٥٠٨٦
مكتب ينبع : ٣٢٢٧٠٠٦ (٠٤) مكتب العلا ٨٨٤٥٣٩٤ (٠٤) - مكتب بدر ٣٣٢٤٩٧٧ (٠٤) - مركز توعية الجاليات ٨٤٦٤٦٥٦
AL-MADINAH AL MUNAWARAH AL HIJRAH ROAD TEL. 8643400 - 8643620 FAX 8643252 P.O.BOX 5086
Yanbuh Office - (04) 3227006 - Aloula Office - (04) 8845394 - Badr Office - (04) 3324977 - Islamic Propagation Center- 8464656

CONFIDENTIAL                                                                WAMYSA031299



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)       §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031299**

Sworn to before me this

_13ᵗʰ_ day of _April_ _____ of 2026

_____
Translation Manager

_____
Notary

MAMADOU DRAME
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DR6319138
Qualified in New York County
My Commission Expires 02-09-2027

04/13/2026



**ata MEMBER**
American Translators Association



ACCREDITED
BUSINESS
BBB®

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling

(1)

1.  OBJECTIVES

Lajnat Al-Birr Al-Islamiah was established as a permanent sub-organization of the World Assembly of Muslim Youth.

The main objectives of Lajnat Al-Birr are to provide assistance and support programmes for the needy in the areas of:

*   Social welfare
*   Orphanage establishment and support.
*   Schools and education programmes.
*   Hospitals and primary health care.
*   University Scholarships.
*   Technical and vocational training programmes.
*   Teachers and special education training programmes.

2.  ORGANIZATION

The organization structure of LAGNAT AL-BIRR consists of three main divisions.  These are:

    The Founders
    The General Assembly
    The Board of Directors

The Founders:

The main responsibilities of the Founders are:

*   To select and dismiss the General Assembly
*   To approve and modify the By-Laws
*   To dispense of the assets.

The Founders are:

*   Dr. Ahmed Bahafthallah
*   Dr. Hasan Bahafthallah
*   Mr. Shahir Batterjee
*   Mr. Adel Batterjee
*   Dr. Abdul Wahab Noor Wali
*   Mr. Mazin Baharith
*   Dr. Mohammad O. Jamjoom
*   Mr. Yousef Al-Akhdar Al-Quayim

CONFIDENTIAL

WAMYSA031300

(5)

5. Project Costs :
-------------------

The estimated project cost is USD 444,622.0 . The
details of the budgeted costs are given in the attached
tables . It is worth noting that this project has started
in February 1989 by utilizing existing funds made available
through private donations . It is expected that only 40% to
45% funding will be needed .

CONFIDENTIAL                                                    WAMYSA031301

```
LAJNAT ALBIRR ALISLAMIAH          07/03/1989
   ACCOUNTS AND BUDGETS           FILE UN8
     BUDGET YEAR 1989
   AGRICULTURE & WATER
  RESOURCES DEVELOPMENT
     T  O  T  A  L  S
```

| ITEM | TOTAL COST US DOLLARS |
|------|----------------------|
| SALARIES | 58,320.00 |
| ADMINISTRATIVE EXPENCES | 267,477.00 |
| CAPITAL EXPENCES | 118,825.00 |
| T  O  T  A  L  S | 444,622.00 |

CONFIDENTIAL

WAMYSA031302

CONFIDENTIAL

WAMYSA031303

LAJNAT ALBIRR ALISLAMIAH
ACCOUNTS AND BUDGETS
BUDGET YEAR 1989
AGRICULTURE & WATER
RESOURCES DEVELOPMENT
SALARIES

07/03/1989
FILE UN7

| ITEM | QUANTITY | SALARY US DOLLARS | HOUSING US DOLLARS | AIRFAIR US DOLLARS | TOTAL/MNTH US DOLLARS | TOTAL/YEAR US DOLLARS |
|---|---|---|---|---|---|---|
| CHIEF ENGINEER | 1.00 | 500.00 | 0.00 | 100.00 | 600.00 | 7,200.00 |
| ENGINEER/HYDROLOGY | 1.00 | 270.00 | 0.00 | 0.00 | 270.00 | 3,240.00 |
| ENGINEER/RESEARCH | 1.00 | 270.00 | 0.00 | 0.00 | 270.00 | 3,240.00 |
| ENGINEER/TRAINING | 1.00 | 270.00 | 0.00 | 0.00 | 270.00 | 3,240.00 |
| SUPERV./POULTRY | 1.00 | 270.00 | 0.00 | 0.00 | 270.00 | 3,240.00 |
| SUPERV./FERTALIZATION | 1.00 | 270.00 | 0.00 | 0.00 | 270.00 | 3,240.00 |
| SUPERV./CROP PROTECTION | 1.00 | 270.00 | 0.00 | 0.00 | 270.00 | 3,240.00 |
| SUPERV./MECH. THRESHING | 1.00 | 270.00 | 0.00 | 0.00 | 270.00 | 3,240.00 |
| SURVEYOR | 1.00 | 270.00 | 0.00 | 0.00 | 270.00 | 3,240.00 |
| LABORER/POULTRY | 3.00 | 50.00 | 0.00 | 0.00 | 50.00 | 1,800.00 |
| LABORER/RESEARCH | 7.00 | 50.00 | 0.00 | 0.00 | 50.00 | 4,200.00 |
| LABORER/FERTALIZER | 2.00 | 50.00 | 0.00 | 0.00 | 50.00 | 1,200.00 |
| LABORER/SPRAYING | 20.00 | 50.00 | 0.00 | 0.00 | 50.00 | 12,000.00 |
| LABORER/THRESHING | 2.00 | 50.00 | 0.00 | 0.00 | 50.00 | 1,200.00 |
| DRIVER/TRACTORS | 6.00 | 50.00 | 0.00 | 0.00 | 50.00 | 3,600.00 |
| LABORER/TRAINING | 2.00 | 50.00 | 0.00 | 0.00 | 50.00 | 1,200.00 |
| TOTALS | | | | | 2,860.00 | 58,320.00 |

```
LAJNAT ALBIRR ALISLAMIAH                              07/03/198'
   ACCOUNTS AND BUDGETS                               FILE UN5
     BUDGET YEAR 1989
   AGRICULTURE & WATER
 RESOURCES DEVELOPMENT
   CAPITAL EXPENDITURES
```

| ITEM | UNIT | UNIT COST US DOLLARS | QUANTITY | TOTAL COST US DOLLAR' |
|---|---|---|---|---|
| PICK UP 4X4 | QNTY | 9,900.00 | 2.00 | 19,800.0' |
| MOTOR CYCLE | QNTY | 1,000.00 | 3.00 | 3,000.0' |
| WATER PUMP | QNTY | 267.00 | 10.00 | 2,670.0' |
| WATER PIPES | METER | 1.34 | 4,000.00 | 5,360.0' |
| THRESHING EQUIPMENT | QNTY | 267.00 | 7.00 | 1,869.0' |
| WIRE FENCE | METER | 1.34 | 500.00 | 670.0' |
| TRACTORS | QNTY | 8,000.00 | 5.00 | 40,000.0' |
| SUPLEMENTARY EQUIPMENT | QNTY | 3,200.00 | 5.00 | 16,000.0' |
| SPRAYING EQUIPMENT | QNTY | 134.00 | 20.00 | 2,680.0' |
| EGG HACHING UNITS | QNTY | 8,000.00 | 1.00 | 8,000.0' |
| WEIGHING SCALE | QNTY | 134.00 | 1.00 | 134.0' |
| GRAIN,SEED CRUNCHING EQP | QNTY | 400.00 | 1.00 | 400.0' |
| WATER TANKS | QNTY | 4.00 | 200.00 | 800.0' |
| TRAINING EQIPMENT | UNIT | 1,334.00 | 1.00 | 1,334.0' |
| SURVEYING EQUIPMENT | UNIT | 16,000.00 | 1.00 | 16,000.0' |
| CALCULATOR | QNTY | 54.00 | 2.00 | 108.00 |
| TOTALS | | | | 118,825.0' |

CONFIDENTIAL

WAMYSA031304

(2)

The General Assembly

The General Assembly is the highest constitutional body of Lagnat Al-Birr. This body consists of fifteen (15) members, they are:

* Mr. Ibrahim Kurdi
* Dr. Ahmed Bahafthallah
* Dr. Bishr Al-Jabiri
* Mr. Jamal Khashoggi
* Dr. Hasan Bahafthallah
* Dr. Sulaiman Basahl
* Mr. Shahir Batterjee
* Mr. Adel Batterjee
* Mr. Adel Simsim
* Dr. Abdallah Juma
* Dr. Abdulwahab Noorwali
* Mr. Adnan Kaaki
* Mr. Mazin Baharith
* Dr. Mohammad O. Jamjoom
* Mr. Yousef Al-Akhadar Al-Quayim

The Board of Directors

The Board of Directors is the executive body of LAJNAT AL-BIRR. This Board consists of seven (7) members including the Chairman, and each member is considered responsible for a major activity in the organization. The members are:

* Mr. Adel Batterjee        - Chairman
* Mr. Mazin Baharith        - Support Services
* Mr. Ibrahim Kurdi         - Social Welfare
* Dr. Abdallah Juma         - Medical Services
* Dr. Hasan Bahafthallah    - Educational Services
* Mr. Yousef Al-Akhdar      - Special Education
* Mr. Jamal Khashoggi       - Public Relations

3. ACHIEVEMENTS

In the few years that LAJNAT AL-BIRR was established, it was able to achieve several major targets in the areas of the services it provides to the Afghan Muhajereen in Pakistan and inside Afghanistan. These major achievements are summarized below:

CONFIDENTIAL

WAMYSA031306

(3)

Social Welfare

* Sponsorship of over 10,000 orphans.
* Establishment and operation of 12 orphan support
  centres.

Health Services

* Establishment and operation of four specialized clinics.
* Establishment and operation of five surgical hospitals
  inside Afghanistan.
* Support of eight emergency teams inside Afghanistan.

Educational Services

* Printing and distribution of over 900,000 textbooks
  anually.
* Establishment and support of nine (9) girls schools, and
  three (3) secondary schools for boys.
* Establishment and support of 205 primary schools inside
  Afghanistan.
* Establishment and support of two vocational training
  centres.

It is worth mentioning that the 1989 budget of LAJNAT AL-BIRR is
estimated to be over $ 8 million. The major part of this budget is
expected to be funded through private donations from the citizens of
Saudi Arabia.

CONFIDENTIAL                                                    WAMYSA031308

LAJNAT AL BIRR ALISLAMIAH
WORLD ASSEMBLY OF MUSLEM YOUTH
ORGANIZATION OFFICE INSIDE AFGHANISTAN

TABLE OF CONTENTS :
---------------------

     1. PROJECT OBJECTIVES.
     2. PROJECT DESCRIPTION.
     3. PROJECT IMPLIMENTATION PLAN.
     4. STANDARDS AND EVALUTION PROCEDURES.
     5. PROJECT COSTS.

CONFIDENTIAL

WAMYSA031311

(1)

## 1. PROJECT OBJECTIVES:
----------------------

ONE OF THE MAJOR OBJECTIVES OF LAJNAT ALBIRR ALISLAMIAH FOR 1989 IS TO PROVIDE COMPLETE SERVICES TO THE AFGHANS IN ONE OF THE EASTERN BORDER STATES. TO ACHIEVE THIS OBJECTIVE IT IS NECESSARY TO ESTABLISH A HEADQUARTER OFFICE AT A CENTRAL LOCATION IN ONE OF THE SELECTED BORDER STATES.

THE OBJECTIVES OF THIS OFFICE ARE:

a.  PROVIDE ALL ADMINISTRATIVE SERVICES TO ALL PROJECTS AND ACTIVITIES IN THE PROVENCE. THIS WILL, INCLUDE SECRETERIAL AND ARCHIEVES SERVICES, ACCOUNTING AND MONEY DESPENCING SERVICES, AND SUPERVISION OF PROJECTS PERSONNEL.

b.  PROVIDE COMMUNICATION SERVICES BETWEEN ALL ACTIVITIES INSIDE AFGHANISTAN AND THE PESHAWAR OFFICE. THIS INCLUDES WIRELESS, CAR AND ANIMAL TRANSPORTATION, AND MAIL SERVICES.

c.  FIELD DATA COLLECTION, STORAGE, AND RETRIEVAL FOR ALL DATA PERTAINING TO FIELD STUDIES CONDUCTED BY AUTHORISED PERSONNEL AND THE PROPER TRANSFER OF SUCH INFORMATION TO THE PESHAWAR OFFICE.

d.  FIELD FOLLOW UP ON ALL PROJECTS IN THE REGION THROUGH AUTHORIZED PERSONNEL, AND THE PROPER PROVISION OF FOLLOW UP DATA USING THE PROPER FORMAT TO THE PESHAWAR OFFICE.

e.  REPRESENT THE ORGANIZATION IN THE AREA.

f.  PROVIDE ALL SECURITY SERVICES.

g.  PROVIDE ALL ACCOMMODATION SERVICES.

h.  PROVIDE ALL HOUSEHOLD SERVICES.

CONFIDENTIAL

WAMYSA031312

(2)

## 2. PROJECT DESCRIPTION :
-------------------------

THE HEADQUARTER OFFICE INSIDE AFGHANISTAN WILL HAVE NO SPECIFIC ROJECTS TO IMPLEMENT.

## 3. PROJECT IMPLIMENTATION PLAN :
----------------------------------

THE HEADQUARTER OFFICE WILL BE ESTABLISHED IN 1989. THE PEESENCE OF THIS OFFICE WILL BE NEEDED AS LONG AS LAJNAT ALBIRR CONTINUES TO HAVE WORK INSIDE AFGHANISTAN.

THE BUDGET PRESENTED IN SECTION 5 REPRESENTS ONE YEAR COSTS STARTING 1St OF JANUARY , 1989.

## 4. STANDARDS AND EVALUATION PROCEDURES :
-------------------------------------------

a.  A NEIGHBOURING EASTERN BORDER STATE IS TO BE SELECTED IN ORDER TO HAVE EASY ACCESS FROM PAKISTAN.

ACCESS ROADS AND METHOD OF TRANSPORTATION IS TO BE EVALUATED BEFORE THE FINAL SELECTING OF THE AREA.

b.  PERIODICAL EVALUATOIN OF THE LEVEL AND STANDARD OF THE SERVICES PROVIDED BY THE OFFICE FOR ALL ACTIVITIES AND PROJECTS OF LAJNAT ALBIRR IN THE AREA IS TO BE CONDUCTED. STANDARD EVALUATION FORMATS WILL BE USED TO COLLECT DATA FROM PROJECTS AND FEILD MANAGERS IN THE AREA AND IN THE PESHAWAR OFFICE.

c.  THE PESHAWAR OFFICE WILL EVALUATE THE STANDARD OF SERVICES RELATED TO COMMUNICATION AND TRANSPORTATION,DATA COLLECTION AND DISSEMENATION, AND FEILD STUDIES AND REPORT PRODUCTION, USING STANDARD FORMAT TO BE DESIGNED FOR THIS PURPOSE.

CONFIDENTIAL

WAMYSA031313

(3)

5. PROJECT COSTS :
-------------------

THE ESTIMATED ANUAL COST OF THIS PROJECT IS US DOLLARS 118,718.00. DETAILED COSTS ARE GIVEN IN THE ATTACHED FORMATS.

THE STARTING DATE OF THIS PROJECT IS 1/1/1989.

LAJNAT ALBIRR WILL FINANCE 50% OF THIS PROJECT THROUGH PRIVATE DONNATIONS.

CONFIDENTIAL

WAMYSA031314