**WORLD ASSEMBLY OF MUSLIM YOUTH - PAKISTAN OFFICE**
**NOTES TO THE ACCOUNTS FOR THE YEAR ENDED 30 ZULHAJ 1417 HIJRAH**

1.    LEGAL STATUS AND NATURE OF OPERATIONS

1.1   WORLD ASSEMBLY OF MUSLIM YOUTH - PAKISTAN OFFICE (the Society) is a component of World Assembly of Muslim Youth (WAMY) which is an international relief organisation headquartered in Jeddah, Saudi Arabia. The Society was registered in Pakistan in the name of LAJNAT AL-BIRR AL-ASLAMIAH under the Societies Registration Act, 1860 on 22 October 1989 with Kashmir Affairs and Northern Areas and States and Frontier Regions Division (SAFRON) in Peshawar, North West Frontier Province. The Society has changed its name to WORLD ASSEMBLY OF MUSLIM YOUTH in Shaban 1417 Hijrah (December 1996) and permission to for the change was given on Rabiul Awal 1418 Hijrah (July 1997).

1.2   The main activities of the Society are to provide:

- health services to deserving muslims
- urgent relief and assistance to the affectees after a major flood, earthquake or disaster
- financial assistance to the widows and orphans
- technical education to the unemployed muslims
- Islamic education, specially in arabic language
- assistance and expertise in the field of agriculture and rural development

1.3   The main source of receipts is orphanage sponsorship which is collected from philanthropists, mainly from Saudi Arabia through WAMY. The orphans section disburses monthly allowance to orphans. At present the Society is providing assistance to approximately 3,700 Afghan orphans in different provinces of Afghanistan.

1.4   The Society has implemented various projects for the benefit of deserving muslims in the following areas:

- Social welfare
- Medical assistance
- Education
- Agricultural and rural development projects in Afghanistan

SHQM&Co.

EXHIBIT

WAMY EX. 102

WAMYSA018655