In the name of Allah, the Most Merciful, Most Compassionate

**World Assembly of Muslim Youth**          [logo: Who is better in speech than one who calls (men) to Allah, works righteousness, and says, "I am of those who bow in Islam"- World Assembly of Muslim Youth (WAMY) - Founded in 1392 AH - 1972]

---

Office of the Secretary General                                    Number: *3575*

                                                                   Date: *5/6/1415 AH (9 November 1994)*

**His Excellency, Brother Mohamed Ibrahim Abu Nayan**          **May Allah keep him safe**

Peace, mercy and the blessings of Allah be upon you.

I am pleased to introduce to you the Lajnat al Birr al Islamiyaa (the welfare arm of the World Assembly of Muslim Youth). Lajnat al Birr al Islamiyaa is concerned with providing different relief to the affected Muslims in various places around the world.

Since its establishment to date, Lajnat al Birr al Islamiyaa has accomplished several relief, social, health, Dawah, and educational projects and programs as stated in the enclosures.

Lajnat al Birr al Islamiyaa currently seeks to establish some purposeful projects in Islamic republics in the previous Soviet Union. In the lead is the Institute of Imam Shafi'i to prepare propagators in the city of Grozny in Chechnya and its counterpart in Ingushetia. This is in addition to the management and development of the projects established under the supervision of Lajnat al Birr al Islamiyaa in different countries in the Islamic world.

Since this kind of work is in need of a fixed resource, on which Lajnat al Birr al Islamiyaa can build its future plans, Lajnat al Birr al Islamiyaa has adopted a project for monthly deductions to support its efforts in Dawah, relief, and development.

The idea of the project revolves around deducting an amount from the salaries of employees in companies and organizations, voluntarily, after the representative of the Lajnat al Birr al Islamiyaa explains the deduction program and its goals to the employees.

Thus, I am addressing your Excellency in this regard hoping that you would help the representative of the Lajnat al Birr al Islamiyaa in its mission since the person who points out a good deed is like the one who is doing it.

I ask Allah to grant your institution prosperity and success.

May Allah bless you and keep you as an asset for his religion and worship. Peace, mercy and the blessings of Allah be upon you

**Secretary General of the World Assembly for Muslim Youth**

[signature]                          [stamp: [illegible]]

**Dr. Manea bin Hammad AlJohani**

M/Al-Astal 10/13

---

P.O. Box 10845 Riyadh 11443 – Prince Abdulaziz bin Mosaid bin Jelewi St.

Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 / 4628975

4641669 [illegible] Islamiyah - Riyadh

Confidential



WAMYSA029920





**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقم    ٥٧٥٥

التاريخ    ٥/٦/١٤١٥هـ

مكتب الأمين العام

*Office of the Secretary General*

سعادة الأخ الفاضل/ محمد إبراهيم أبو نيان        حفظه الله

السلام عليكم ورحمة الله وبركاته ..

يطيب لي أن أقدم لكم لجنة البر الإسلامية ( الذراع الإغاثي للندوة العالمية للشباب الإسلامي ) اذ تعني هذه اللجنة بتقديم الغوث المختلف لمتضرري المسلمين في العديد من أقطار العالم .

وقد أنجزت لجنة البر خلال مسيرتها – منذ إنشائها للآن – العديد من المشاريع والبرامج الإغاثية والإجتماعية والصحية والدعوية والتربية والتعليمية ، كما هو موضح بالمطويات المرفقة .

وتسعى اللجنة حاليا لإقامة بعض المشاريع الهادفة في الجمهوريات الإسلامية بالإتحاد السوفييتي السابق ، وفي مقدمتها معهد الإمام الشافعي لإعداد الدعاة في مدينة غروزني بالشاشان ومثيله بالأنجوش ، هذا بالإضافة إلى تسيير وتطوير المشروعات القائمة تحت اشراف اللجنة في مختلف بلدان العالم الإسلامي .

ولما كان مثل هذا العمل يحتاج لمورد ثابت ، تستطيع اللجنة بناءً عليه أن تبني خططها المستقبلية ، فقد تبنت اللجنة مشروعاً للإستقطاع الشهري لدعم جهودها الدعوية والإغاثية والإنمائية ؛

وتدور فكرة المشروع حول استقطاع جزء من راتب منسوبي الشركات والمؤسسات – اختيارياً – بعد قيام مندوب اللجنة المذكورة ، بشرح برنامج الإستقطاع وأهدافه للموظفين .

وإنني إذ أخاطب سعادتكم في ذلك لآمل التكرم بمساعدة مندوب لجنة البر الإسلامية في مهمتها فالدال على الخير كفاعله .

سائلا الله تعالى لمؤسستكم العامرة دوام الإزدهار والنجاح .

بارك الله فيكم وأبقاكم ذخراً لدينه وعباداته .. والسلام عليكم ورحمة الله وبركاته...،

الأمين العام
للندوة العالمية للشباب الإسلامي

د . مانع بن حماد الجهني

م / الأمطل ١٣/١٠

P.O. Box 10346 Riyadh 11143 - Prince Abdulaziz Bin Mosaid Bin Jalawi St Saudi Arabia - Tel. (01) 1655431 / 1624615 4628075

CONFIDENTIAL

WAMYSA029920

CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Arabic to English and vice versa; and they have professionally translated the document referenced as "WAMYSA029920" from Arabic to English, faithfully, accurately and completely, to the best of their expertise and experience.

Wolf Markowitz

Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021

**TARGEM TRANSLATIONS**
143 Rodney Street, Brooklyn, NY 11211   w info@targemtranslations.com   T 718 384 8040   F 718 388 3516