**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970
*Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-1923
*Federal Insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978

### DECLARATION OF IBRAHIM SULAYMAN ABDULLAH FOR DEFENDANT WORLD ASSEMBLY OF MUSLIM YOUTH

In the Name of God, the Merciful, the Compassionate, I, Ibrahim Sulayman Abdullah, declare that the following statements are true and correct under penalty of perjury under the laws of the United States of America:

1. I am not a party in the above captioned matter.
2. I am a citizen of the Kingdom of Saudi Arabia
3. I am over 18 years of age and competent to testify to the matters set forth below from my personal knowledge.
4. I served as a Director of WAMY International ("WAMY-USA") from 1999-2004 on a volunteer basis.
5. During that period, I had personal knowledge of the different WAMY-USA volunteers and the roles that they played.
6. In 2002, WAMY's publicly registered address was 5134 Leesburg Pike, Alexandira, VA 22302.
7. I served as WAMY-USA's registered until December 23, 2002.
8. Fadel Soliman succeeded me as the registered agent after December 23, 2002.

1





EXHIBIT

WAMY EX. 104


Scanned with
CamScanner

9. Anwar Hajjaj never served as a registered agent for WAMY-USA during the period that I served as WAMY-USA's director.

10. I have come to learn through this litigation that on December 23, 2002, a process server named Robert Reynolds purportedly served a Summons and Amended Complaint on WAMY.

11. Mr. Reynolds claims to have served WAMY at its offices located at "5134 Leesburg, Alexandria, Virginia, 22302" and that he served Caroline Sodder at that location.

12. In his December 23, 2002 affidavit of service, Reynolds describes Sodder as a "Person in Charge Authorized to Accept Service."

13. Later, Reynolds 2003 affidavit claims that when he came to the WAMY office, Sodder advised him that "she was normally authorized to accept legal documents but not on this case."

14. As the Director of WAMY-USA with knowledge of its staff, volunteers, employees and agent, I do not know the person named Caroline Sodder.

15. No one named Caroline Sodder ever served as a registered agent, director, officer, employee or any person authorized to accept service for WAMY-USA during the period that I served as its director.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

4-10-2026

Ibrahim Sulayman Abdullah

2

Scanned with CamScanner