JUL 13 '93    08:32PM    LAJNAT ALBIRR JEDDAH 6730941    p.1    <u>Lajnat al Birr al Islamiyya</u>

**In the name of Allah, the Gracious, the Merciful**

**Lajnat al Birr al Islamiyya**
**(World Assembly of Muslim Youth)**

Committee File

### MINUTES OF THE 7TH MEETING FOR THE CHARITY COMMITTEE'S COUNCIL OF SUPERVISORS

The 7th Meeting for Lajnat al Birr al Islamiyya's Council of Supervisors was held at 11:00 AM on Thursday, 01/18/1414 AH (07/08/1993 AD). The members named below attended the meeting:
1. Dr. Manei bin Hammad Al Juhani
2. Dr. Mohamed bin Mohamed Omar Jamjoum
3. Dr. Awish bin Harbi Al Ghamdi
4. Dr. Abdel Wahab Noorwali
5. Dr. Hasan bin Abdel Kader Bahefzallah

The persons named below did not attend the meeting:

1. Dr. Ahmed bin Abdel Kader Bahefzallah
2. Dr. Soliman bin Nasser Bassahl
3. Mr. Shahir bin Abdel Raouf Batarji
4. Mr. Youssef Al Akhdar Al Qayem

The meeting agenda was set as follows:
* Discussing the Committee's current situation;
* Discussing the Committee's budget for year of 1414 AH (1993 AD);
* Discussing the project of the Secretary General of the Organization of the Islamic Conference (Islamic Foundation for Social Peace);
* Discussing a summary of the trip of the Executive Director [*Illegible*] Pakistan;
* Discussing the amount of $30,000 USD related to the Horn of Africa;
* Discussing the report of the Committee formed to study the Committee's bylaw

| | | | |
|---|---|---|---|
| Jeddah P.O. Box 9072 | Jeddah 21413 | Kingdom of Saudi Arabia Tel. 6730941 | Fax: 6716839 |
| Riyadh P.O. Box 10845 | Riyadh 11443 | Kingdom of Saudi Arabia Tel. 4628975/4628984 | Fax: 4641710 |
| Medina P.O. Box 559 | Medina | Kingdom of Saudi Arabia Dammam 31413 Tel. 8425159 | Fax: 8425159 |

Peshawar P.O. Box 1055 Pakistan        Tel./Fax: 811907

CONFIDENTIAL

WAMYSA1235455



EXHIBIT

WAMY EX. 105



EXHIBIT
NOORWALI
266
LVF 07-24-19

JUL 13 '93    08:32PM    LAJNAT ALBIRR  JEDDAH 6730941    p.2    <u>Charity Committee</u>

**Lajnat al Birr al Islamiyya**
(World Assembly of Muslim Youth)

* Discussing the suggestion of forming a Committee to coordinate the World Assembly's committees
* Discussing any other business matters

**First:**

The meeting began with a brief talk by the Committee's Designated Executive Director about the Committee's current situation, according to the request of His Excellency President of the Council. The Executive Director briefed his report talking about the latest updates on the process of assignment turnover with the previous director. He said that all titles were delivered, including the deeds of the Committee's two endowment buildings and their endowment deeds, noting that the ownership and the endowment deeds are still under the name of Mr. Adel Batarji. The attending members made a decision to consult Sheikh Hasan Abiri about changing the names of the endowment overseers. This consultation shall be made by Dr. Awish Harbi and Dr. Hasan Bahefzallah, and coordination is needed to be made with Mr. Adel Batarji.

The Executive Director also talked about the meeting with some sheikhs and honorable brothers regarding the relationship with Mr. Adel Batarji, and the attempt to alleviate the tension in this relationship. The Director summed up the result of this meeting saying that those sheikhs promised to intervene directly and promptly to end this tension.

Later, the Executive Director talked about the Committee's financial situation and the investment activity during the last period, represented in the purchase of a villa southeast of Al Manarat School for Boys in addition to contributing to the purchase of a plot of land by Dr. Abdel Wahab Noorwali. An amount of 1,525,000.00 SR was paid to purchase the villa, and the contribution costed an amount of 5 million SR. It was agreed to register the villa under the name of World Assembly of Muslim Youth – Lajnat al Birr al Islamiyya.

The attending members acknowledged to put the Committee's liquid funds in investment portfolios with the Al Rajhi Company until better investment opportunities are available. These portfolios shall be for the short term.

Later, the attending members discussed the proposed budget for the current fiscal year. They decided to continue spending on the basis of the previous year's budget until the Committee's situation is made clear in the near future, Allah willing.

CONFIDENTIAL

WAMYSA1235456

JUL 13 '93       08:33PM       LAJNAT ALBIRR  JEDDAH 6730941                    p.3

**Lajnat al Birr al Islamiyya**
(World Assembly of Muslim Youth)

This means that no new projects may be approved, and no existing projects may be expanded. Only two projects shall be excluded from the forgoing due to their importance, which are:

1.  The Charity Industrial Institute; and
2.  The Poultry Project

The attending members also discussed the possibility of enrolling some non-Afghani students to the Imam Abi Hanifa Institute. They anonymously acknowledged to enroll few Tajik and Kashmiri brothers, while the selection and the number shall be left to the Institute management.

**Second:**

His Excellency President of the Council requested the Executive Director to put the budget of the current year in detail and to send it to all members before the Council's coming meeting. A detailed report on the Committee's financial situation, indicating the numbers and balances of the accounts, shall be provided. A suggestion was made for the attendance of the Financial Officer in the Committee during the coming meeting to discuss with him about the items of the budget.

**Third:**

Later, the attending members discussed the third item of the agenda, including the request of His Excellency Secretary General of the Organization of the Islamic Conference to support the project of establishing an Islamic complex in the Niger. The Council approved this request, provided that the proposed mosque shall be constructed according to the proposed cost in the project's study.

**Fourth:**

The Executive Director submitted a summary on his trip to the Committee's Office in Peshawar, and some of the Committee's projects inside Afghanistan. The discussion of this visit's result was put off to the coming meeting, to give the members a chance to review and read the report.

**Fifth:**

The Executive Director discussed some financial issues which are pending between the previous Executive Director and some agencies and individuals.

CONFIDENTIAL

WAMYSA1235457

JUL 13 '93    08:33PM    LAJNAT ALBIRR  JEDDAH 6730941    P.4

**Lajnat al Birr al Islamiyya**
(World Assembly of Muslim Youth)

One of these issues was that of the amount related to the Hara (Horn of Africa) Foundation, the mosque donated by some female donors from the Eastern Region, and the non-payment of the sponsorships of the orphans in Afghanistan for the last quarter of year 1412 AH (1991 AD). His Excellency President of the Council had requested Designated Executive Director to write a letter to His Excellency Former Executive Director regarding all of these issues, asking him to pay his due financial obligations according to his promise to the assignment turnover committee to pay any obligations in the future. For these issues and any similar issues in the future, a special file shall be made and kept by the Committee for documentation purposes.

**Sixth:**

His Excellency Dr. Mohamed Mohamed Omar Jamjoum, member of the Committee formed to study the Committee's bylaw, requested to postpone the discussion of the bylaw to the coming meeting to give the Committee a better chance to prepare this study. The attending members agreed to this suggestion.

**Seventh:**

The Designated Executive Director requested to postpone the discussion of this item because he could not prepare the proposed study due to his travel. The attending members agreed to this as well. Finally, under the other business matters item, the attending members discussed the following two issues in the absence of the Executive Director:

1. Extending the assignment term of the current Executive Director for another term as his first term is about to expire;
2. Starting to pay the remuneration of the Executive Director, which was issued in the 6th Meeting.

Regarding these two issues, the attending members made these two decisions:

1. The assignment term of Dr. Hasan Bahefzellah shall be extended for another term of six month, starting 02/01/1414 AH (07/21/1993 AD) to 07/20/1414 AH (01/03/1994 AD);
2. Dr. Hasan Bahefzellah shall receive the remuneration stated in Clause (A) of Item 7 of the 6th Meeting of the Council of Supervisors, effective 11/01/1413 AH (04/23/1993 AD). He shall be available to the Committee's work and dedicate a daily working time of about 6 hours to the Committee.

CONFIDENTIAL

WAMYSA1235458

**Lajnat al Birr al Islamiyya**
(World Assembly of Muslim Youth)

The meeting was adjourned at about 01:30 PM on Thursday, 01/18/1414 AH (07/08/1993 AD), with a speech of thanks delivered by the His Excellency President of the Council to the attending members. Our last prayer is, 'Praise be to Allah, the lord of the world'.

Dr. Mohamed bin Mohamed Omar Jamjoum   Dr. Abdel Wahab Noorwali   Dr. Awish bin Harbi Al Ghamdi

Dr. Hasan bin Abdel Kader Bahefzallah   Dr. Manei bin Hammad Al Juhani

CONFIDENTIAL

WAMYSA1235459

JUL 13 '93  08:52AM LAJNAT ALBIRR JEDDAH 6730941                                      P.1



بسم الله الرحمن الرحيم

ملف اللجنة

لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

## محضر الإجتماع السابع لمجلس مشرفي لجنة البر

عقد في تمام الساعة الحادية عشر من صباح يوم الخميس ١٨ / ١ / ١٤١٤ هـ بتوفيق من الله الإجتماع السابع لمجلس مشرفي لجنة البر الإسلامية وقد حضر الإجتماع كل من السادة الأعضاء التالية أسمائهم

١ - د . سالم بن حماد الجهني

٢ - د . محمد بن محمد نور جمجوم

٣ - د . عويض بن حربي العامدي

٤ - د . عبدالوهاب نور ولي

٥ - د . حسن بن عبدالقادر باحفظ الله

كما غاب عن الإجتماع كل من

١ - د . أحمد بن عبد القادر باحفظ الله

٢ - د . سليمان بن ناصر باسهل

١ - أ . شاهر بن عبدالرزوف بارجي

٤ - أ . يوسف الأخضر القيم .

حدد جدول أعمال الإجتماع بالتالي -

× مناقشة الوضع الحالي للجنة

× مناقشة ميزانية اللجنة لعام ١٤١٤ هـ .

× مناقشة مشروع أمين عام منظمة المؤتمر الإسلامي (المؤسسة الإسلامية للسلم الإجتماعية )

× مناقشة ملخص رحلة المدير التنفيذي إلى باكستان .

× مناقشة مبلغ ( ٣٠,٠٠٠ دولار ) الخاصة بالقرن الإفريقي .

× مناقشة تقرير اللجنة المشكلة لدراسة لائحة اللجنة .

جدة ص . ب ٩٠٧٢ جدة ٢١٤١٣ - المملكة العربية السعودية هاتف ٦٧٣٠٩٤١ فاكس : ٦٧٦٦٨٣٩
الرياض ص . ب ٨٤٥٠ الرياض ١١٤٤٣ المملكة العربية السعودية هاتف ٤٦٢٨٩٧٥ / ٤٦٢٨٩٨١ فاكس : ٤٦٤١٧١٠
المدينة المنورة ص . ب ٩٥٠ المدينة المنورة المملكة العربية السعودية هاتف ٨٢٢٨٧٤٨ فاكس : ٨٢٢٩٠٢٠
الدمام ص . ب ٣١٤١٣ الدمام ٣١٤١٣ المملكة العربية السعودية هاتف ٨٤٢٥١١٦ فاكس ٨٤٢٥١٥٩
بيشاور ص . ب ١٠٥٥ باكستان هاتف / فاكس : ٨١١٩٠٧

CONFIDENTIAL
WAMYSA1235455

JUL 13 '93  08:32PM LAJNAT ALBIRR JEDDAH 6730941

لجنة البـــر الإسلامية
(الندوة العالمية للشباب الإسلامي)

* مناقشة إقتراح تشكيل لجنة تنسيق لجان الندوة العامة .

* مايستجد من أعمال .

أولاً

بدأ الإجتماع بحديث موجز من قبل المدير التنفيذي المكلف للجنة عن أوضاع اللجنة الحالية وذلك بناءً على طلب سعادة رئيس المجلس . أوجز المدير التنفيذي تقريره بالحديث عن آخر تطورات عملية الإستلام من المدير السابق فذكر ان جميع الأعيان سلمت بمافي ذلك صكوك عمارتي الوقف التابعة للجنة ومدك، وقفيتها مع ملاحظه ان الملكية وصلت الوقفية مازلا بإسم الأستاذ / عـادل بترجي ، هذا وقد إتخذ المجتمعون قراراً باستشارة الشيخ / حمد. ن عبيري، بشأنته وبر أسمـا. نظار الوقف، على ان تتم هذه الإستشارة بواسطة الدكتور / عويش حريري، و الدكتور / حسن باحفظ الله وضع دورة التنسيق في هذا الشأن مع الأستاذ عادل بترجي.

كذلك تحدث المدير التنفيذي عن اللقاء، الذي تم م ع بعض الشيوخ والإخوة الأفاضل، بخصوص العلاقة مع الأستاذ / عادل بترجي وسماولة تلطيف التوتر الحاصل في هذه العلاقة وقد لخص المدير نتيجة هذا اللقاء، بأنه كان هناك وعد من عدد الشيوخ بالتدخل المباشر والسريع لإزالة هذا التوتر .

عقب ذلك تحدث المدير التنفيذي عن الوضع المالي للجنة وماتم من نشاط إستثماري خلال الفترة الماضية والمتمثل في شراء فيلا جنوب شرق مدارس المنارات للبنين إضافة الى المساهمة في شراء أرض بواسطة الدكتور/ عبدالوهاب نور ولي ، هذا وقد صرف على شراء الفيلا مبلغ وقدره ( ١٬٥٢٥٬٠٠٠ ريال ) وعلى المساهمة مبلغ ( خمسة ملايين ريال ) وقد أتفق على ان تسجل الفيلا بإسم الندوة العالمية للشباب الإسلامي – لجنة البر الإسلامية .

أقر المجتمعون مبدأ وضع مالدى اللجنة من أموال سائلة في محافظ إستثمارية لدى شركة الراجحي الى حين توفر فرص إستثمارية أفضل على ان تكون هذه المحافظ من النوع قصير الأجل .

ناقش المجتمعون بعد ذلك وضع الميزانية المقترحة للعام المالي الجاري ، وقد قرر المجتمعون في إسمرار الصرف، على أساس ميزانية العام المنصرم الى ان تتضح أوضاع اللجنة في القريب العاجل إن شاء الله وهذا يعني

CONFIDENTIAL

WAMYSA1235456

لجنة البر الإسلامية

(الندوة العالمية للشباب الإسلامي)

عدم إقرار أي مشاريع جديدة او التوسع في المشاريع القائمة ، على ان يستثنى من ذلك مشروعين فقط لأهميتهما وهما :

١ – معهد البر الصناعي

٢ – مشروع الدواجـــــن .

ناقش المجتمعون ايضاً إمكانية ضم بعض الدارسين من غير الأفغان الى معهد الإمام ابي حنيفة وأقروا مجتمعين ضم بعض الأعداد البسيطة من الإخوة الطاجيك والكشميريين على ان يترك الإختبار والعدد لإدارة المعهد

ثانيــاً :

طلب سعادة رئيس المجلس من المدير التنفيذي وضع ميزانية العام الحالي مفصلة وإرسالها الى جميع الأعضاء قبل موعد الإجتماع القادم له جاس مع تقديم صورة تفصيلية للوضع المالي للجنة بأرقام الحسابات وأرصدتها وإقتراح وجود المسؤول المالي في اللجنة الإجتماع القادم لمناقشته في بنود الميزانية

ثالثـــاً :

إنتقل المجتمعون بعد ذلك الى البند الثالث من جدول الأعمال والذي يحتوي على الطلب المقدم من معالي أمين عام منظمة المؤتمر الإسلامي والمتمثل في طلبه دعم مشروع إنشاء مجمع إسلامي في دولة النيجر هذا وقد أقر المجلس دعم هذا الطلب بأن يتم الإلتزام بإنشاء المسجد المقترح في المشروع بالتكلفة المقترحة له في الدراسة المقدمة للمشروع .

رابعـــاً :

عرض المدير التنفيذي ملخصاً لرحلته الى مكتب اللجنة في بيشاور وبعض مشاريع اللجنة بداخل أفغانستان وقد تأجل نقاش نتيجة هذه الزيارة الى الإجتماع القادم لإعطاء الأعضاء فرصة للإطلاع على التقرير وقرائته ..

خامســاً :

عرض المدير التنفيذي بعض القضايا المالية المعلقة بين المدير التنفيذي السابق وبعض الجهات والأفراد ومنها

CONFIDENTIAL

WAMYSA1235457

JUL 13 '93 08:33PM LAJNAT ALBIRR JEDDAH 6730941                                    P.4



لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

قضية المبلغ الخاص بمؤسسة هـــارا ( القرن الإفريقي ) وقضية المسجد المتبرع به من بعض المتبرعات من

المنطقة الشرقية ، إضافة الى قضية عدم تسديد كفالات الأيتام بأفغانستان الربع الأخير من العام ١٤١٢ وقد طلب

سعادة رئيس المجلس من المدير التنفيذي المكلف ان يكتب لسعادة المدير التنفيذي السابق خطاباً بكل هذه القضايا

رجاء تسديد المترتب عليه من إلتزامات مالية إيفاءً بوعده للجنة الإستلام والتسليم بأن يقوم بتسديد أي إلتزامات

مستقبلاً وأن يعد لهذه القضايا وما بشابهه مما قد يرد مستقبلاً ملفاً خاصاً بها يحتفظ به في اللجنة كنوع من

التوثيق .

سادساً

طلب سعادة د / محمد محمد عمر جمع وم عضو اللجنة المشكلة لدراسة لائحة اللجنة تأجيل النظر في

اللائحة للإجتماع القادم لإعطاء اللجنة فرصة أفضل لإعداد هذه الدراسة ، وقد وافق المجتمعون على هذا الإقتراح

... سابعــاً

طلب المدير التنفيذي المكلف تأجيل مناقشة هذا البند لعدم تمكنه من إعداد الدراسة المقترحة لظروف سفره

وأقر المجتمعون ذلك، أيضاً

أخيراً ناقش المجتمعون في بند مايستجد من أعمال وفي غياب المدير التنفيذي الموضوعين التاليين :

١ - تمديد فترة تكليف المدير التنفيذي الحالي للفترة أخرى نظراً لقرب إنتهاء فترته الأولى .

٢ - تاريخ بدأ صرف مكافئة المدير التنفيذي والتي قررت في الإجتماع السادس .

وقد إتخذ المجتمعون بصدد الموضوعين القرارين التاليين :

١ - تمدد فترة تكليف الدكتور / حسن باحفظ الله لمدة ستة شهور أخرى إبتداءً من ١ / ٢ / ١٤١٤ هـ

وحتى تاريخ ٣٠ / ٧ / ١٤١٤ هـ .

٢ - تصرف للدكتور / حسن باحفظ الله المكافئة المحددة في الفقرة ( أ ) من البند سابعاً من محضر

إجتماع مجلس المشرفين السادس وذلك إبتداءً من ١ / ١١ / ١٤١٣ هـ مع ضرورة تفرغ الدكتور لأعمال اللجنة

وإعطاء . اللجنة فترة عمل في حدود ست ساعات يومياً .

CONFIDENTIAL                                                        WAMYSA1235458



لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

هذا وقد إنتهى الإجتماع في حوالي الساعة الواحدة والنصف من بعد ظهر يوم الخميس ١٨ / ١ / ١٤١٤هـ

بكلمة شكر للحضور من قبل سعادة رئيس المجلس وأخر دعوانا ان الحمدلله رب العالمين ..

د. محمد بن محمد عمر جمجوم        د. عبدالوهاب نور ولي        د. عويش بن حربي الغامدي

د. حسن بن عبدالقادر باحفظ الله        د. مسافع بن حماد الجهني

CONFIDENTIAL

WAMYSA1235459



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language:** Arabic > English

**Document title:** WAMYSA 1235455

### TRANSLATOR STATEMENT
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

Farah Alshekhli

**Name of Certifying Translator:**

**Qualifications:** BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:** *Farah Alshekhli*    **Date:** July 22, 2019

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language:** Arabic > English

**Document title:** WAMYSA 1235456

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

Farah Alshekhli
**Name of Certifying Translator:**

**Qualifications:** BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:** *Farah Alshekhli*        **Date:** July 22, 2019

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language**: Arabic > English

**Document title**: WAMYSA 1235457

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: *Farah Alshekhli*   **Date**: July 22, 2019



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language:** Arabic > English

**Document title:** WAMYSA 1235458

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

Farah Alshekhli

**Name of Certifying Translator:**

**Qualifications:** BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:** *Farah Alshekhli*          **Date:** July 22, 2019

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language:** Arabic > English

**Document title:** WAMYSA 1235459

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:**    Farah Alshekhli

**Qualifications:**    BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:** *Farah Alshekhli*        **Date:** July 22, 2019

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095