

# World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

No. 65

Date: July 6, 1992

**His Excellency Brother Adel Batterjee, Executive Director of the Islamic Benevolence Committee,**

may God protect him

Peace be upon you, God's mercy and blessings

Based on the decisions made at the last meeting of the Supervisory Board of the Islamic Benevolence Committee, it was resolved to allocate 410 units of public donations to certain charitable and da'wah projects proposed by the Assembly, as submitted to it by youth organizations and Islamic associations with which it collaborates, or through its offices on various continents. Since I have not received any report from you regarding the amounts collected during the months following the agreement, nor regarding the preceding period when the percentage was lower than that (i.e., 5%). Therefore, please let me know the amounts collected for this purpose, as the Assembly will feature a number of outreach projects in Asia and Africa in particular. It intends to support efforts to advance Islamic work in certain regions.

May God guide everyone to what He loves and is pleased with...

May God's peace, mercy and blessings be upon you,

Secretary-General of the World Assembly of Muslim Youth and Chairman of the Supervisory Board of the Islamic Benevolence Committee
Dr. Manaa bin Hammad al-Johani
[signature]
[seal]

---

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقياً: اسلامية الرياض
تلكس ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس ٤٦٤١٦٧٦/٤٦٤١٧١٠(٠١)

CONFIDENTIAL                                                    WAMYSA032006

CONFIDENTIAL

EXHIBIT
WAMY EX. 106

WAMYSA032006



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

| | |
|---|---|
| الرقـم .......... ٦٥ | مكتب الأمين العام |
| التاريخ .......... ١٤١٣/١/٦ | **Office of the Secretary General** |

سعادة الأخ الكريم عادل بترجي

المـدير التنفيـذي للجنـة البـر الاسلاميـة          حفظـه اللـه

السلام عليكم ورحمة الله وبركاته

بنـاءا على ماتم في الاجتماع الأخير لمجلـس المشرفين على لجنـة البـر الاسلاميـة الذي تقرر فيه اقتطاع ١٠٪ من التبرعات العامة لبعض المشاريع الخيرية والدعوية التي تقتـرحهـا الندوة مما يقدم اليها من المنظمات الشبابيـة والجمعيات الاسلامية المتعـاونة معها أو من خلال مكاتبها في القارات. وحيـث أنه لم يصلني منك أي تقـرير عما تم جمعه خلال الأشهـر التي تلت الاتفاق ولا عـن المدة السابقة التي كانت فيها النسبة أقل من ذلك (أي ٥٪).

لذا أرجو ابلاغي بالمبالغ المتحصلة لهذا الغرض حيث أن عند الندوة عدد من المشاريع الـدعوية في آسيـا وأفـريقيا بوجه خاص. تنـوي دعمهـا لـدفع العمـل الإسلامي في بعض المناطق الى الأمام.

وفق الله الجميع لما يحبه ويرضاه..

والسلام عليكم ورحمة الله وبركاته.

أمين عام الندوة العالمية للشباب الإسلامي
ورئيس مجلس مشرفي لجنة البر الاسلامية

د. مـانع بن حمـاد الجهـني



٢/ ١٢٤ ٠

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx.  400413/405220  ISLAMI  SJ,  Fax.  (01)  4641710/4641676

ص.ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقياً: اسلامية الرياض
تلكس ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس ٤٦٤١٧١٠/٤٦٤١٦٧٦(٠١)

CONFIDENTIAL                                                      WAMYSA032006



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA032006**

Sworn to before me this

____ day of ___March___ of 2026

_V. Vaile_
**Translation Manager**

_____
**Notary**

ROGER ANTHONY BROWN
STATE OF NEW YORK
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY



ata MEMBER
**American Translators Association**



BBB ACCREDITED BUSINESS

Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling