- 1 -

In the Name of Allah, the Beneficent, the Merciful

**Periodic Meeting of the General Secretariat Council of the World Assembly of Muslim Youth**
**Saturday, 11/01/1413H, corresponding to 07/11/1992**

The General Secretariat Council of the World Assembly of Muslim Youth (WAMY) convened a periodic meeting at 5:00 PM on Saturday, 11/01/1413H [corresponding to 07/11/1992]. The following council members attended the meeting:

| | | |
|---|---|---|
| 1. | Dr. Maneh Hammad al-Johani | WAMY Secretary General |
| 2. | Dr. Suleiman Naser Bashal | Assistant Secretary General |
| 3. | Dr. Ibrahim Hamad al-Qu'aid | Assistant Secretary General |
| 4. | Dr. Hamad Ibrahim al-Sulaifih | Member |
| 5. | Dr. Mohammed Omar Jamjoom | Member |
| 6. | Tawfiq al-Qusair | Member |
| 7. | Dr. Ahmed Othman al-Tuwaijri | Member |
| 8. | Dr. Saleh Suleiman al-Wohaibi | Member |

[illegible WAMY stamp]
[29/04/1413]

The session was chaired by Secretary General Dr. Maneh al-Johani. Its proceedings were recorded by member Dr. Saleh al-Wohaibi. The meeting participants reviewed the agenda prepared by the Secretariat and commenced deliberation. The following matters were discussed at the meeting:

**1. Full-time appointment of WAMY's secretary general:**

The council discussed appointing the secretary general full-time, given WAMY's need for such. After discussing the matter and its importance to WAMY's work, as well as its impact on Islamic work in general, the council resolved the following:

1. To approve the full-time appointment of WAMY's secretary general.
2. The full-time appointment of the current secretary general will be effective from 15/01/1413H, and the implementation details will be left to the General Secretariat.
3. In the future, attempts will be made to appoint others full-time, particularly the assistant secretaries general.
4. Dr. Suleiman Bashal will nominate someone to replace him to manage the WAMY office in Jeddah, who will be trained on the job for Dr. Bashal's remaining time [in the position].

**2. WAMY's activity in the Islamic Republics of Central Asia:**

The council heard a report from Assistant Secretary General Dr. Suleiman Bashal on details of WAMY's activity program in the Islamic Republics of Central Asia this summer (1413H/1992), which the council approved in a previous session. A summary of the program is as follows:

1. This summer WAMY will, with Allah's help, hold eighteen camps, eleven da'wah caravans, and five training courses in cooperation with the Islamic Relief Organization, Iqra Charity, and the Islamic Solidarity Fund (Organization of the Islamic Conference).

CONFIDENTIAL



EXHIBIT
WAMY EX. 108

WAMYSA1235429

- 2 -

2. WAMY will also commence construction of some mosques during this period in various areas of those republics.

3. More than fifty-five 55 da'wah workers and young men from Saudi Arabia will participate in these activities, and the participants' program will proceed, Allah willing, as follows:

   (a) They will participate in an orientation course to be held in Jeddah on Sunday, 19/01/1413H, in which the following will also participate: Secretary General Dr. Maneh al-Johani, Assistant Secretary General Dr. Suleiman Bashal, and Dr. Mohammed Abdu Yamani.

   (b) The participants will travel to Moscow on the following dates: 23/01/1413H (corresponding to 07/23/1992),15/02/1413H (= 08/13/1992), and 02/03/1413H (= 08/30/1992), and to Tashkent on the following dates: 27/01/1413H (07/27/1992), 12/02/1413H (= 08/10/1992), and 03/03/1413H (= 08/31/1992). Each group will be distributed according to the established plan to attend one of the activities, consisting of camps, courses, and caravans.

With respect to the preparations, Dr. Bashal informed the council that the arrangements have been completed, and the necessary locations have been reserved, the rents paid, and the vehicles secured.

Furthermore, the council has approved the arrangements and recommended coordination with entities that have similar activities, in particular Imam Muhammad Ibn Saud Islamic University.

**3. Progress of the work to prepare WAMY's new headquarters in Riyadh:**

The General Secretariat Council, in its periodic meeting on Wednesday, 12/10/1412H [corresponding to 04/15/1992], formed two committees: the Restoration and Modification Committee and the Preparatory Committee. Assistant Secretary General Dr. Ibrahim al-Qu'aid stated that the two committees merged given their overlapping tasks. They convened, and the members deliberated matters and decided to form two groups, one group consisting of Dr. Ibrahim al-Qu'aid and Engineer Abdullah al-Shathri, to follow up on the main installations for the building, including circuit breakers, electrical lines, telephone lines, and computer systems. It agreed with a contractor to perform this task at a cost ranging from SAR 180,000 to 200,000.

The second group consists of Mr. Abdulaziz al-Kurdais (Rapporteur), Dr. Hamad al-Sulaifih, Dr. Ahmed al-Tuwaijri, and Mr. Osama al-Qabbani. This group contacted Sheikh Abdulrahman al-Juraisi and explained to him WAMY's plan for equipping the building and its need for assistance. Mr. Juraisi requested a list of the equipment required for the building and indicated that he was willing to consider WAMY in the pricing and to provide some items free of charge. The General Secretariat has been notified of this and will prepare a list of equipment, including offices, machinery, devices, and the like.

The council commended their efforts and asked Allah to grant them guidance and success.

**4. Brief report on WAMY's branch offices:**

The secretary general submitted a brief report on certain WAMY offices, summarized as follows:

- 3 -

1. Medina Office: The office was opened, employees were appointed, and it is currently being supervised by Mr. Abdullah Abu Saif.

2. Eastern Region Office: The building was leased, Dr. Mohammed al-Jarallah was appointed supervisor of the branch, and preparations are still underway for its opening.

3. Abha Office: Work remains ongoing for the opening of the office and the appointment of a supervisor, in accordance with understandings with certain personnel there.

4. United States Office: WAMY established an office in Church Falls near the capital Washington under the name WAMY International, supervised by Mr. Abdullah bin Laden. The branch has commenced its activities and funded a set of camps in cooperation with some Islamic associations.

5. The secretary general expressed his dissatisfaction with the activities of certain offices, particularly the Arab World Office, the Africa Office, and the Malaysia Office, as their activities are very limited.

**5. WAMY's activity with the Saudi High Commission for the Relief of Bosnia and Herzegovina:**

CONFIDENTIAL                                                                           WAMYSA1235430

The secretary general presented a summary of the arrangements made at WAMY, including:

1. Establishment of a committee for the Muslims of Bosnia and Herzegovina approximately one year ago to collect donations and learn about and advocate for their cause. The committee has, praise be to Allah, achieved good success.
2. WAMY coordinated with the association (Islamic Relief Agency) early on.
3. When the Saudi High Commission for the Relief of Bosnia and Herzegovina was established, the secretary general became one of its members and [WAMY] has been authorized to collect donations. The secretary general stated that WAMY committed to transferring the donations it collects to the commission.

## 6. Islamic Benevolence Committee:

The council listened to a report from the secretary general on the Islamic Benevolence Committee after Adel Bitraji was questioned by certain authorities in the Western Province. It was mentioned that the secretary general and the assistant secretaries met with Adel in Jeddah on Monday, 06/01/1413H and agreed with him to suspend the committee's fundraising activities for a period of three months to reach an understanding with the relevant authorities. They requested a brief report from him on the committee's activities. On 08/01/1413H, the secretary general sent Letter No. 1/S to the authorities, clarifying the relationship between WAMY and the committee.

The council resolved:

1. To approve the suspension of the committee's activities for three months.
2. To form a committee comprised of Dr. Ibrahim al-Qu'aid, Dr. Hamad al-Sulaifih, and Dr. Ahmad al-Tuwaijri to propose controls for the committee's full integration into WAMY.
3. To discuss these controls thereafter with the Benevolence Committee's Board of Supervisors.

## 7. The Social Investment Bank of Bangladesh:

Dr. Mohammad Abdul-Mannan wrote on June 7, 1992, asking WAMY to contribute to the capital of the bank to be established under the name Bangladesh Social Investment Bank, whose capital is estimated at USD 2.7 million.

CONFIDENTIAL

WAMYSA1235431

- 4 -

The council has authorized the secretary general to decide on the matter based on information to be received from Dr. Muhammad Omar Jamjoom, who has been assigned the task of verifying the project and consulting specialists and experts knowledgeable in such matters.

**8. WAMY's Seventh World Conference:**

The council resolved as follows:

1. The conference will be held from Thursday, 25/04/1413H to Saturday, 27/04/1413H (corresponding to 11/19-21/1992) in Malaysia in accordance with the arrangements made previously.
2. The conference will keep its title, and some research papers will be selected for presentation at the conference (with a limit of 15 papers).
3. The number of people invited will be about ninety people from different global regions.
4. The relevant committees will commence their work, such as the Conference Committee, the Nominations Committee, and the other committees working on the conference.
5. The General Secretariat and the conference secretariat will follow up on the other arrangements, such as correspondence and reservations.
6. WAMY's chairman will be contacted regarding the council's decision on the convening of the conference, its venue, and its date.

The Board concluded its meeting at 10:00 PM on the same day. May the peace and blessings of Allah be upon His servant and Messenger, Muhammad, and upon his family, companions, and followers. Praise be to Allah, Lord of the Worlds.

CONFIDENTIAL

WAMYSA1235432

*In the Name of Allah, the Beneficent, the Merciful*



**World Assembly of Muslim Youth**



الندوة العالمية للشباب الاسلامي

No.

Date:

### Periodic Meeting of the General Secretariat Council of the World Assembly of Muslim Youth
### Thursday, 07/07/1413H, corresponding to 12/31/1992

The General Secretariat Council of the World Assembly of Muslim Youth (WAMY) held a periodic meeting at 3:00 PM on Thursday, 07/07/1413H [corresponding to 12/31/1992]. The meeting, which was held in Jeddah, was attended by the following council members:

1. Dr. Maneh Hammad al-Johani      WAMY Secretary General
2. Dr. Suleiman Nasser Bashal      Assistant Secretary General
3. Dr. Ibrahim Hamad al-Qu'aid      Assistant Secretary General
4. Dr. Hamad Ibrahim al-Sulaifih      Member
5. Dr. Mohammed Omar Jamjoom      Member
6. Tawfiq Ahmed al-Qusair      Member
7. Dr. Saleh Suleiman al-Wohaibi      Member

The session was chaired by Secretary General Dr. Maneh al-Johani and its proceedings were recorded by member Dr. Saleh al-Wohaibi. The council deliberated the following matters during the meeting:

### 1. WAMY's Seventh World Conference:

The council discussed the measures undertaken and what should be done with respect to the conference, and Assistant Secretary General Dr. Ibrahim al-Qu'aid summarized the most significant work completed as follows:

1. A request was made to the Director of the WAMY Office in Malaysia to seek to have the Malaysian government host the two conferences at its expense.
2. Invitations have been sent to the personalities and Islamic associations invited, and additional invitations will continue to be sent.
3. Seventeen research papers were selected for the conference, twelve in Arabic and five in English, to be given at the conference. This is in addition to the seminars and public lectures previously proposed.
4. The General Secretariat started making reservations at the appropriate time for the conference attendees to attend the conference.

(2) The secretary general will write reminder letters to the chairpersons of the conference committees:

– Program Committee (Dr. al-Qu'aid)
– Nominations Committee (Dr. al-Sulaifih)

P.O.Box 10845 RIYADH 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ شارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٩/٤٦٤١٦٦٣ (٠١)، برقياً: اسلامية الرياض

CONFIDENTIAL

WAMYSA1235433

*In the Name of Allah, the Beneficent, the Merciful*



**World Assembly of Muslim Youth**

No.

Date:

- – Recommendations Committee (Dr. al-Qusair)
- – Media Committee (Dr. Ahmed Saif al-Din)
- – Reception Committee
- – Transportation Committee
- – Constitutional Amendments Committee

(3) Information about WAMY will be collected and circulated in the English language during the conference for distribution to journalists and the media; WAMY's existing materials will be utilized for this purpose.

## 2. Nominations for the Secretariat Council:

Dr. Hamad al-Sulaifih stated that the Nominations Committee has not completed its work, and that it will present its findings in the next session, Allah willing.

## 3. Constitutional Amendments:

The secretary general explained that the General Secretariat had previously sent the amended bylaws on associations and requested they be reviewed and comments submitted thereon. The Secretariat has received responses in this regard. The council resolved to form a committee to review these amendments and to head a session devoted to them at the conference.

The members of the committee are as follows:

1. Dr. Ahmed Totanji (Rapporteur)
2. Dr. Ibrahim al-Ghufaili (Member)
3. Dr. Hamad al-Sulaifih (Member)

The council adjourned the meeting at 7:00 PM. May Allah's peace and blessings be upon Muhammad and upon his family and companions.

[five sets of handwritten names and signatures]

P.O.Box 10845 RIYADH 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ WAMY الشارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقياً: اسلامية الرياض

CONFIDENTIAL

WAMYSA1235434

-١-

بسم الله الرحمن الرحيم

## الاجتماع الدوري لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي
## السبت ١٤١٣/١/١١هـ الموافق ١٩٩٢/٧/١١م

عقد مجلس الأمانة العامة للندوة العالمية للشباب الإسلامي اجتماعا دوريا الساعة الخامسة من مساء يوم السبت ١٤١٣/١/١١هـ [الموافق ١٩٩٢//٧/١١م] . وحضر الاجتماع أعضاء المجلس الآتون :

| | |
|---|---|
| ١- د. مانع بن حماد الجهني | الأمين العام للندوة |
| ٢- د. سليمان بن ناصر باسهل | الأمين العام المساعد |
| ٣- د. إبراهيم بن حمد القعيد | الأمين العام المساعد |
| ٤- د. حمد بن إبراهيم الصليفيح | عضو المجلس |
| ٥- د. محمد بن عمر جمجوم | عضو المجلس |
| ٦- توفيق القصير | عضو المجلس |
| ٧- د. أحمد بن عثمان التويجري | عضو المجلس |
| ٨- د. صالح بن سليمان الوهيبي | عضو المجلس |

ورأس الجلسة الأمين العام د. مانع الجهني ، وسجل وقائعها عضو المجلس د. صالح الوهيبي . وقد اطلع المجتمعون على جدول الاجتماع المعد من الأمانة ، ثم شرعوا في المناقشة . وقد نوقشت في ذلك الاجتماع الموضوعات الآتية :

### أولا : تفريغ الأمين العام لعمل الندوة :
ناقش المجلس موضوع تفريغ الأمين العام للندوة للعمل تفريغا تاما نظرا لحاجة الندوة إلى ذلك . وبعد مناقشة الموضوع وأهميته لعمل الندوة ومردوده عليها وعلى العمل الإسلامي عامة قرر المجلس ما يأتي :

١- الموافقة على تفريغ الأمين العام للندوة .

٢- الشروع في تفريغ الأمين العام الحالي بدءا من ١٤١٣/١/١٥هـ ، على أن تترك تفاصيل التنفيذ للأمانة العامة .

٣- السعي مستقبلا لتفريغ آخرين خصوصا الأمناء العامين المساعدين .

٤- أن يقوم د. سليمان باسهل بترشيح شخص يحل محله في إدارة مكتب الندوة في جدة ليتدرب على العمل مدة بقاء الدكتور باسهل .

### ثانيا : نشاط الندوة في الجمهوريات الإسلامية في آسيا الوسطى :
استمع المجلس إلى تقرير من الأمين العام المساعد/د. سليمان باسهل عن تفاصيل برنامج نشاط الندوة في الجمهوريات الإسلامية في آسيا الوسطى خلال هذا الصيف ( ١٤١٣هـ/١٩٩٢م ) الذي أقر فكرته المجلس في جلسة سابقة . وملخصه ما يأتي :

١- ستقيم الندوة خلال هذا الصيف - بعون الله - ثمانية عشر (١٨) مخيما، و إحدى عشرة (١١) قافلة دعوية ، وخمس (٥) دورات تدريبية بالتعاون مع كل من : هيئة الإغاثة

CONFIDENTIAL

WAMYSA1235429

-٢-

الإسلامية ، ومؤسسة " اقرأ " الخيرية ، وصندوق التضامن الإسلامي ( منظمة المؤتمر الإسلامي )

٢- ستبدأ الندوة أيضا ببناء بعض المساجد خلال هذه الفترة في مناطق متفرقة من تلك الجمهوريات .

٣- سيشارك في هذه النشاطات أكثر من خمسة وخمسين (٥٥) داعية وشابا من السعودية ، وسوف يسير برنامج المشاركين بإذن الله كما يأتي :

أ) يشترك هؤلاء في دورة توجيهية تقام في جدة يوم الأحد ١٤١٢/١/١٩هـ ، يشارك فيها كل من الأمين العام / د. مانع الجهني والأمين العام المساعد /د. سليمان باسهل ومعالي الدكتور محمد عبده يماني .

ب) يسافر المشاركون في المواعيد الآتية عن طريق موسكو : ١٤١٣/١/٢٢هـ( الموافق ١٩٩٢/٧/٢٢م ) ، و ١٤١٣/٢/١٥( = ١٩٩٢/٨/١٣م) ، و ١٤١٣/٣/٢(=١٩٩٢/٨/٣٠م) ، وفـــــي الـــمـواعـيـد الآتـيـة عـن طـريـق طاشـــكـنـد : ١٤١٣/١/٢٧هـ( ١٩٩٢/٧/٢٧م )و ١٤١٣/٢/١٢هـ(=١٩٩٢/٨/١٠م) ، و ١٤١٣/٣/٢هـ(=١٩٩٢/٨/٣١م) .وتوزع كل مجموعة وفقا للخطة المرسومة لحضور أحد النشاطات من المخيمات والدورات و القوافل .

أما من حيث التجهيز فقد أبلغ الدكتور باسهل المجلس بان الترتيبات قد انتهت حيث حجزت الأماكن اللازمة ، ودفعت الإيجارات وأمنت السيارات .

هذا ، وقد أقر المجلس الترتيبات ، وأوصى بالتنسيق مع الجهات التي لديها نشاط مشابه خصوصا جامعة الإمام محمد بن سعود الإسلامية .

ثالثا : **سير العمل في تجهيز المقر الجديد للندوة في الرياض**:

شكل مجلس الأمانة العامة في اجتماعه الدوري يوم الأربعاء ١٤١٢/١٠/١٢هـ [الموافق ١٩٩٢/٤/١٥م ] لجنتين : لـجنة الترميم والتعديل ، ولـجنة التجهيز ،وقدبين الأمين العام المساعد/د. إبراهيم القعيد أن اللجنتين اندمجتا في مجموعة واحدة نظرا لتداخل مهماتهما ، والتقتا ، وتدارس أعضاؤهما الموضوع ثم انتهوا إلى تشكيل مجموعتين : مجموعة تتألف من الدكتور إبراهيم القعيد والمهندس عبدالله الشثري مهمتها متابعة التجهيزات الرئيسة للمبنى من قواطع وخطوط كهرباءوهاتف وحاسب . وقد اتفقت مع أحد المقاولين بتنفيذ ذلك وفقا للمخطط بتكلفة تتراوح بين ١٨٠,٠٠٠ إلى ٢٠٠,٠٠٠ ريال .

أما المجموعة الثانية فمؤلفة من : الأستاذ عبدالعزيز الكريديس ( مقررا ) ، والدكتور حمد الصليفيح ، والدكتور أحمد التويجري ، والأستاذ أسامة القباني . وقد اتصلت هذه المجموعة بالشيخ عبدالرحمن البريسي ، وشرحت له خطة الندوة في تجهيز المبنى وحاجتها إلى المساعدة ، فطلب بيانا بالتجهيزات التي يتطلبها المبنى ، وبين أنه مستعد لمراعاة الندوة في الأسعار ، وتقديم بعض ذلك مجانا لها . وقد بلغت الأمانة العامة بذلك ، وسوف تقوم بعمل قائمة بالتجهيزات من مكاتب وآلات وأجهزة وغيرها .

وقد بارك المجلس جهود الإخوة ودعا لهم الله بالتوفيق والتسديد .

رابعا : **تقرير موجز عن مكاتب الندوة الفرعية**:

قدم الأمين العام تقريرا موجزا عن بعض مكاتب الندوة يتلخص فيما يأتي :

١) مكتب المدينة المنورة : افتتح المكتب ، وعين فيه موظفون ، ويشرف عليه

CONFIDENTIAL                                                    WAMYSA1235430

-٣-

حاليا الاخ/عبدالله أبو سيف .

٢) مكتب المنطقة الشرقية : استؤجر المبنى وعين الدكتور محمد الجار الله مشرفا على الفرع ، ولا تزال التجهيزات تجري لافتتاحه .

٣) مكتب أبها : لا يزال العمل جاريا لافتتاح المكتب وتعيين مشرف عليه بالتفاهم مع بعض العاملين هناك .

٤) مكتب الولايات المتحدة : افتتحت الندوة مكتبا في Church Falls قرب العاصمة واشنطن باسم WAMY International، يشرف عليه الاخ / عبدالله بن لادن وقد بدأ الفرع نشاطه فمول مجموعة من المخيمات بالتعاون مع بعض الجمعيات الإسلامية .

٥) بين الأمين العام عدم رضاه عن نشاطات بعض المكاتب خصوصا مكتب العالم العربي ،ومكتب أفريقيا ومكتب ماليزيا ، إذ إن نشاطاتها محدودة جدا .

### خامسا: نشاط الندوة مع الهيئة العليا لجمع التبرعات لمسلمي البوسنة والهرسك :

قدم الأمين العام موجزا لما تم من ترتيبات في الندوة منها :

١) إنشاء لجنة لمسلمي البوسنة والهرسك منذ عام ونيف لجمع التبرعات والتعريف بقضيتهم والدفاع عنها ؛ وقد حققت اللجنة ولله الحمد نجاحا طيبا .

٢) نسقت الندوة مع الرابطة ( هيئة الإغاثة الإسلامية ) في وقت مبكر .

٣) لما أنشئت الهيئة العليا لجمع التبرعات لمسلمي البوسنة والهرسك صار الأمين العام أحد أعضائها . وقد وكل إليها جمع التبرعات . وقد بين الأمين العام أن الندوة التزمت بتحويل التبرعات التي تجمعها إلى الهيئة .

### سادسا : لجنة البر الإسلامية :

استمع المجلس إلى تقرير للأمين العام عن لجنة البر الإسلامية إثر تعرض الاخ عادل بترجى للمساءلة من بعض الجهات المسؤولة في الغربية : ومما ذكره أن الأمين العام والأمينين المساعدين قد التقوا بالاخ عادل في جدة يوم الاثنين ١٤١٣/١/٦هـ واتفقوا معه على تجميد نشاط اللجنة في جمع التبرعات مدة ثلاثة أشهر كي يتم التفاهم مع الجهات المسؤولة ، وطلبوا منه تقريرا موجزا عن نشاط اللجنة . وفي ١٤١٣/١/٨هـ أرسل الأمين العام خطابا ( رقمه ١/س ) إلى الجهات المسؤولة يوضح فيها علاقة الندوة باللجنة .

وقد قرر المجلس :

(١) الموافقة على تجميد نشاط اللجنة ثلاثة أشهر .

(٢) تشكيل لجنة مؤلفة من : الدكتور إبراهيم القعيد والدكتور حمد الصليفيح ، والدكتور أحمد التويجري لاقتراح ضوابط لاندماج اللجنة الكامل في الندوة .

(٣) تناقش هذه الضوابط فيما بعد مع مجلس المشرفين في لجنة البر .

### سابعا : البنك الاجتماعي للاستثمار في بنجلاديش :

كتب الدكتور محمد عبدالمنان في ٧ يونيه ١٩٩٢م طالبا إسهام الندوة في رأسمال البنك المزمع إقامته باسم Bangladesh Social Investment Bank ، ويقدر رأس المال بـ ٢٫٧ مليون دولار أمريكي .

CONFIDENTIAL                                                                    WAMYSA1235431

-٤-

وقد فوض المجلس الأمين العام في البت في الموضوع بناء على ما يرد من معلومات من الدكتور محمد عمرجمجوم الذي وكلت إليه مهمة التأكد من المشروع وسؤال مختصين وعارفين بذلك .

ثامنا : <u>المؤتمر العالمي السابع للندوة</u> :

قرر المجلس بخصوصة ما يأتي :

١) أن يعقد المؤتمر في المدة من يوم الخميس ١٤١٣/٤/٢٥هـ حتى يوم السبت ١٤١٣/٤/٢٧هـ ( الموافق ١٩-١٩٩٢/١١/٢١م) في ماليزيا وفقا لما سبق من ترتيب مبدئي .

٢) أن يظل المؤتمر بعنوانه ، وأت تختار بعض البحوث لإلقائها في المؤتمر ( في حدود ١٥ بحثا ) .

٣) أن يحدد العدد المدعو في حدود تسعين شخصا من مناطق عالية مختلفة .

٤) أن تبدأ اللجان المسؤولة في مارسة أعمالها كلجنة المؤتمر ولجنة الترشيحات وغيرهما من اللجان العاملة في المؤتمر .

٥) أن تتابع الأمانة العامة وسكرتارية المؤتمر الترتيبات الأخرى كالمكاتبات والحجوز

٦) أن يكتب لمعالي رئيس الندوة عن قرار المجلس بخصوص عقد المؤتمر ومكانه وتاريخه .

هذا ، وقد اختتم المجلس اجتماعه الساعة العاشرة من مساء اليوم نفسه . وصلى الله وسلم على عبد ورسوله محمد وعلى آله وصحبه والتابعين لهم . والحمد لله رب العالمين .

CONFIDENTIAL                                                                    WAMYSA1235432



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

الرقـم ...................................

التاريخ ...................................

<u>الاجتماع الدوري لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي</u>
<u>الخميس ٧/٧/١٤١٣هـ الموافق ١٩٩٢/١٢/٣١م</u>

عقد مجلس الأمانة العامة للندوة العالمية للشباب الإسلامي اجتماعا دوريا الساعة الثالثة
من بعد ظهر يوم الخميس ٧/٧/١٤١٣هـ [الموافق ١٩٩٢/١٢/٣١م ] . وحضر الاجتماع الذي
عقد في جدة أعضاء المجلس الآنون :

| | |
|---|---|
| ١- د. مانـع بن حمـاد الجهنـي | الأمين العام للندوة |
| ٢- د. سليمـان بن ناصر باسهل | الأمين العام المساعد |
| ٣- د. إبراهيم بن حمد القعيـد | الأمين العام المساعد |
| ٤- د. حمد بن إبراهيم الصليفيـح | عضو المجلس |
| ٥- د. محمـد بن عمر جسجـوم | عضو المجلس |
| ٦- توفيـق بن أحمـد القصـير | عضو المجلس |
| ٧- د. صالـح بن سليمان الوهيبي | عضو المجلس |

ورأس الجلسة الأمين العام د. مانـع الجهني ، وسجل وقائعها عضو المجلس د. صالـح
الوهيبي . وناقش المجلس في ذلك الاجتماع الموضوعات الآتية :

**أولا: المؤتمر العالمي السابع للندوة :**

ناقش المجلس ما تم من إجراءات وما ينبغي عمله فيما يختص بالمؤتمر . وقد لخص الأمين
العام المساعد / د. إبراهيم القعيد أهم ما أنجز فيما يأتي :

١ ) طلب مـن مدير مكتب النـدوة في ماليزيا السعي لكي تقوم الحكومة الماليزية
باستضافة المؤتمرين على حسابها .

٢ ) أرسلت الدعوات للمدعوين مـن الشخصيات والجمعيات الإسلامية ، وسوف يستمر
إرسال مزيد من الدعوات .

٣ ) اختير من بين بحوث المؤتمر ١٧ بحثا : منها (١٢) بالعربية ، و(٥) بالإنجليزية ،
لتلقى في المؤتمر . هذا بالإضافة إلى الندوات والمحاضرات العامة المقترحة سابقا .

٤ ) بدأت الأمانة العامة بالحجز للمؤتمرين في الوقت المناسب لحضور المؤتمر .

( ٢ ) أن يقوم الأمين العام بكتابة خطابات تذكيرية إلى رؤساء لجان المؤتمر :
- لجنة البرنامج ( د. القعيد )
- لجنة الترشيحات ( د. الصليفيح )

P.O.Box 10845 RIYADH 11443 · Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ شارع الأمير سلطان بن عبد العزيز — العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقيا : اسلامية الرياض

CONFIDENTIAL    WAMYSA1235433



# World Assembly of Muslim Youth

# الندوة العالمية للشباب الاسلامي

الرقــم ......................................
التاريخ ......................................

- لجنة التوصيات ( د. القصير)
- اللجنة الإعلامية ( د. أحمد سيف الدين )
- لجنة الاستقبال
- لجنة المواصلات
- لجنة التعديلات الدستورية .

( ٣ ) جمع معلومات عن الندوة ، وتيسيرها باللغة الإنجليزية خلال المؤتمر لتوزع على الصحفيين والإعلاميين ، ويستفاد في ذلك مما هو موجود فعلا لدى الندوة .

ثانيا : الترشيحات لمجلس الأمانة :

بين الدكتور حمد الصليفيح أن لجنة الترشيحات لم تنته من عملها . وأنها سوف تقدم ما توصلت إليه في الجلسة القادمة بإذن الله .

ثالثا : التعديلات الدستورية :

أوضح الأمين العام أن الأمانة العامة قد أرسلت منذ فترة اللوائح المعدلة للجمعيات ، وطلبت مراجعتها وإبداء ملاحظات عليها . وقد تسلمت الأمانة ردودا بهذا الشأن . وقرر المجلس تأليف لجنة لتراجع تلك التعديلات وتتولى الجلسة المخصصة لذلك في المؤتمر . وأعضاء اللجنة هم :

١- د. أحمد توتنجي ( مقررا )
٢- د. إبراهيم الغفيلي ( عضوا )
٣- د. حمد الصليفيح ( عضوا )

هذا ، وختم المجلس الاجتماع الساعة السابعة مساء. وصلى الله على محمد وعلى آله وصحبه وسلم .



P.O.Box 10845 CONFIDENTIAL 11413 · Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH

ص. ب ١٠٨٤٥ الرياض ١١٤١٣ شارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقيا : اسلامية الرياض

WAMYSA1239434



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)     §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1235429-WAMYSA1235434**

Sworn to before me this

26 day of _____MARCH_____ of 2026



_____
Translation Manager

_____
Notary





| Translation | Interpretation | Transcription | DTP | Voice-over | Subtitling |