## BENEVOLENCE INTERNATIONAL FOUNDATION

### Statutes

### Article (1): Name and Country of Domicile

The **BENEVOLENCE INTERNATIONAL FOUNDATION** has been established as an international charity foundation having Liechtenstein as its country of domicile. The Foundation enjoys full body corporate status and full and independent entity. It shall have its head office in the city of Chicago and shall have an executive office in the city of Jeddah, the Kingdom of Saudi Arabia.

### Article (2): The Object

The Foundation aims at helping those who are in need throughout the world, including but not limited to:

a- The construction and operation of schools, hospitals, scientific institutions of all kinds, cultural and religious centres, orphanages and social services centres;

b- The extension of help and care to the needy ones;

c- Guardianship of orphans and caring for the needy families who have no supporter;

d- The compilation and printing of books and tapes of all kinds as well as the issuance of newspapers, magazines and publications for educational, cultural and guidance purposes etc. ...;

f- The construction and operation of printing and broadcasting centres as well as other information media;

CONFIDENTIAL

EXHIBIT
WAMY EX. 109   WAMYSA034224

-2-

g-      Undertaking specialized scientific researches as well
as helping the researchers in the various fields which are of
interest to the Foundation.

h-      Preparation of the necessary human cadres for the
execution of the Foundation's activities and for the realization
of its object.

i-      Engaging in the different investment activities using
the Foundation's funds.

Article (3):   Members of the Founders Council

The Foundation has been founded by three persons,
namely; Adel A. Batterjee, Shahir Batterjee and Mazin M.
Baharith.   These three persons are the first Founders Council.

Membership of the Founders Council is always confined
to three persons only.

Article (4):   Functions of the Founders Council

The Founders Council shall be charged with the
following:

a-      The members of the Council shall ex-officio be members
in the Foundation Council.

b-      The appointment or removal of any member is vested in
the hands of the two other members.

c-      The Founders Council shall resolve to dissolve the
Foundation or merge it with any other entity and the unanimity

CONFIDENTIAL                                                    WAMYSA034225

-3-

of the Founders Council members shall be necessary for these two resolution.

d- All the assets and properties of the Foundation shall be in the permanent possession and under the permanent custody and disposal of the Founders Council even after the dissolution of the Foundation. However, the merger with any other entity is excepted if carried out in accordance with the Foundation's Statutes.

e- The appointment of any member or members to the vacant positions in the Foundation Council which the Foundation Council was unable to fill one month after they had become vacant.

f- The amendment of Articles 1, 2, 3, 4 and 5 of these Statutes shall be confined to the Founders Council.

g- The Founders Council shall have the power to dissolve the entire Foundation Council, including the Board of Directors, and shall take over the powers of both for a maximum period of one month during which the Founders Council shall appoint another Council for the Foundation which Council shall elect a board of directors. It is necessary for the validity of the dissolution resolution to have the consent of two members of the Council intended to be dissolved and for the dissolution reason to be disclosed.

h- The Founders Council shall have the power to appoint the First Foundation Council and the drawing of the first Statutes of the Foundation.

i- The election and dismissal of the chairman of the Founders Council. If the members fail to adopt the election resolution within three days from the date the position became

CONFIDENTIAL

WAMYSA034226

-4-

vacant, then the eldest member shall be automatically regarded as the chairman of the Founders Council.

The Chairman of the Founders Council shall conduct the meetings of the Council, keep the documents and resolutions thereof and communicate its resolutions to those concerned. He shall interpret Articles 1,2,3,4 and 5 of these Statutes and severally sign all the Foundation's accounts without exception, provided that he shall not use his powers in such a way as to disrupt the performance of the Board of Directors. He who holds both the chairmanship of the Founders Council and of the Board of Directors shall be excepted from this condition.

The resolution of the Founders Council shall be passed with the majority of two of the members except for Article 4(c) above.

Article (5): Duration of the Foundation

The duration of the Foundation shall be permanent and shall continue as long as the membership of the members of the Founders Council continues and the agreement of at least two of the members that the Foundation shall continue to exist.

Article (6): No Claims by Creditors of payment Recipients

a-       Subject to the limitations specified by legal codes , creditors or other claimants of any character against any recipient or prospective recipient of any payment or benefit referred to in Section 3 hereof shall have no right of any kind, in any proceeding or other action, against the Foundation or otherwise, extending to or affecting in any way the rights or interests, if any, of any such recipient or prospective recipient, and no such recipient or prospective recipient shall

CONFIDENTIAL

WAMYSA034227

-5-

have the right to pledge or assign any rights, title or interest in and to any payment or benefit referred to in Section 2 hereof.

b-        No duty to Account

The Foundation shall not have any duty to account or report in any form to any recipient or prospective recipient referred to in Section 2 hereof.

Article (7):    Foundation Liabilities

Only the Foundation's assets shall be available to meet the liabilities and obligations of the Foundation.  Neither any member of the Foundation Council nor any officer of the Foundation shall be liable for any of the liabilities and obligations of the Foundation.

Article (8):    Conditions for Membership of the Foundation Councils

For the membership of any of the Foundation Councils, it is stipulated that each member shall satisfy the following conditions:

a-        The member shall be an adult male of exemplary character and behaviour.

b-        The member shall unconditionally accept the Foundation's Statutes and be committed to these Statutes in his conduct.

c-        The member shall effectively take part in the Foundation's work and activities.  The effectiveness of the participation shall be estimated at four working hours per week as a minimum in which travelling time shall not be counted.

CONFIDENTIAL                                        WAMYSA034228

-6-

d-      The member shall have to be chosen by the Foundation Council and appointed by a resolution to be passed by it.  The members of the Founders Council shall be excepted from this condition.

The members shall be elected by secret ballot which shall be conducted in the following manner:  Every member shall submit to the Foundation Council the names of the candidates agreeing to be Council members.  The names shall then be shifted out and the members forming the quorum present shall elect by secret ballot whoever they want in a sealed paper which shall be submitted to the Chairman of the Council.  He who wins the largest number of votes shall be the winner.  The term of membership is unlimited and membership of the Foundation shall not drop except after meeting the conditions specified in Artilce (9).

Article (9):  Conditions for Dropping from the Membership of any Foundation Councils

Membership in any of the Foundation Councils shall be dropped in any of the following cases:

a-      Death;

b-      Resignation;

c-      Incapacity to carry out the membership duties (such as disability, insanity or the commission of an immoral act);

d-      Causing serious damage to the Foundation or intentionally violating the Foundation's Statutes and resolutions as well as the resolutions of the Board of Directors.

e-      Failure by the member to attend two successive meetings

CONFIDENTIAL                                                          WAMYSA034229

-7-

or four different meetings during the one fiscal year of the Foundation Council.

f-        Failure of the member to effectively participate in the works and activities of the Foundation.

In all cases, the dropping from membership shall be effected by a resolution to be passed by the Foundation Council.  However, the dropping from membership of the members of the Founders Council shall be effected by a resolution to be passed by the Founders council.

In all cases, it shall not be permissible for the member whose membership has dropped to recover any funds or properties whatsoever which he may have given to the Foundation nor shall he ever have recourse against the Foundation for compensation or the like.

## Article (10): Work For the Foundation

a-        It shall not be permissible to be both a member of the Foundation Council and a paid employee of the Foundation or any office, branch or activity thereof, for the membership of the Founders Council, the Foundation Council and the Board of Directors are voluntary works.  Hence, it shall not be permissible for a member to receive a salary, remuneration or any financial benefit of whatever nature for his work in the Foundation.  It shall be permissible to pay to the member only the actual and necessary expenses incurred by him or which are essential for him to carry out a certain work of the Foundation with which he has been officially charged by the Foundation such as transport, subsistence and communications expenses etc.

CONFIDENTIAL                                                     WAMYSA034230

-8-

b-        Officers:

Except as herein expressly provided with respect to the
Chairman and certain other officers the officers, employees,
agents and other representatives of the Foundation, and their
terms, powers, duties method of selection, remuneration and
other relevant provisions, shall be as may be from time to time
provided by Foundation Council's resolutions or in By-Laws.

Article (11): Liability of Directors, Officers and Employees:

No member of the Foundation Council or any officer or
employee of the Foundation shall have any liability to the
Foundation except acting deliberately or grossly negligent and
only to such extent (if any) as may at any time or from time to
time be provided in the By-Laws or by the affirmative vote of
majority of the Foundation Council either before or after the
occurrence of, and in respect of any loss, damage, expense or
other liability actually sustained by such member, officer or
employee provided, however, that the foregoing provision shall
not apply to any member of the foundation Council or any officer
or employee of the foundation in respect of any action taken in
another capacity.

Article (12): Affiliation:

It shall not be permissible for any member of the
Foundation to be affiliated to any other body similar to the
nature of the Foundation, its objects, activities or means if
that affiliation should result in disrupting the effective
participation of the member in the work and activities of the
Foundation as stated in Article 8(c) of these Statutes.

CONFIDENTIAL                                    WAMYSA034231

-9-

## Article (13): The Foundation Council and Its Functions

The Foundation Council is the main entity of the Foundation and the sole source of its legislations. It shall consist of ten members at the most and shall have the following functions:

a-      Amendment of these Statutes in any form whatsoever except Articles 1, 2, 3,4 and 5 of same.

b-      Election and appointment of any member or the dropping of his membership with the exception of members of the Founders Council.

c-      Election and appointment of the Chairman and members of the Board of Directors and their removal.

d-      Approval of the Board of Directors' annual report, including the final accounts of the ending fiscal year as well as the estimated budget for the forthcoming fiscal year as well as effecting any alteration thereto.

e-      Appointment and removal of the chartered accountant.

f-      Approval of the basic By-Laws of the Foundation's work which are the namely the Financial By-Laws and the Administrative By-Laws.

g-      Appoint and remove the Representative of the Foundation within the meaning of section 239 et seq, and solely for the purpose set forth in Section 241, of the laws of Liechtenstein relating to persons and companies (herein referred as the "Liechtenstein Code").

CONFIDENTIAL

WAMYSA034232

-10-

h-      Approval of the opening of any branches or offices for the Foundation and determining the legal entity thereof.

i-      Election and appointment of the Chairman and Vice Chairman of the Foundation Council.

j-      Mortgage of the Foundation's properties or borrowing moneys in its name without interest in accordance with Article (7) of these Statutes.

## Article (14): Foundation Council Committees

The Foundation Council may from time to time, by vote of majority of the Foundation Council, designate one or more committee of the Foundation Council which, to the extent provided in said resolution or resolutions, shall have and may exercise certain specified powers of the Foundation Council in the administration of the Foundation, provided that the powers of any committee shall be limited to (a) routine matters of administration or (b) carrying out specific functions or duties as set forth in said resolution or resolutions.

## Article (15): Meetings of the Foundation Council

The Foundation Council shall hold an ordinary meeting once every month, and an extra-ordinary meeting in the following cases:

a-      Upon the request of the Chairman of the Foundation Council or the Vice Chairman.

b-      Upon the request of any two members jointly.

CONFIDENTIAL

WAMYSA034233

-11-

c-      Upon the request of the Chairman of the Board of Directors or his Deputy.  Such requests shall be directed to the Chairman of the Foundation Council or his Vice Chairman.

Article (16): Powers of the Chairman of the Foundation Council

The Chairman of the Foundation Council shall preside over the meetings of the Council and in the event of his absence the Vice-Chairman shall so preside.  The Chairman or whoever deputises for him shall have the following powers:

a-      Interpret these Statutes with the exception of Articles 1, 2, 3, 4 and 5.

b-      Direct calls to all Council meetings and prepare the agenda of every meeting.

c-      The Chairman shall have casting vote upon a draw of votes.

d-      Direct the Council meetings and organize its debates.

e-      Maintain the presence and absence registers as well as record in them whatever is necessary.  He shall also keep the personal file of every member, including proof of the age of every member.

f-      Keep the minutes of the Council meetings indicating therein the deliberations and resolutions, and shall communicate the resolutions to the Chairman of the Board of Directors within twenty four hours of the date of the issue thereof.

g-      Keep anything which pertains to the legal committee.

CONFIDENTIAL                                                          WAMYSA034234

-12-

h-          Interpret the resolutions of the Foundation Council.

Should the Chairman and Vice-Chairman be absent, then the eldest member shall preside over the meetings.

Article (17): Place of the meeting of the Foundation Council

All meetings of the Foundation Council shall be held at its head office or at its executive office in Jeddah as shall be determined by the Chairman of the Foundation Council who shall as far as possible select a regular date for the meetings.  Any meeting held outside the places specified above shall not be considered except if approved of by at least four members.  In addition to that no meeting shall be considered if held without a call by the Chairman of the Council.

The meeting shall be held upon a call by the Chairman of the Council, which call shall specify the time, place and agenda of the meeting and shall be notified to each member at least three days before the date fixed for the meeting.  If the meeting is held outside the executive office the call should precede the fixed date by at least six days.  In emergency cases which are so determined by the unanimous vote of the Chairman of the Foundation Council and the Chairman of the Board of Directors a call may be made for an extra-ordinary time fixed therefor.

Article (18): Delegation

a-          The powers and authorities of the positions of the Chairman of the Foundation Council and the Chairman of the Board of Directors shall directly devolve to the following person, in case of the absence of the holder of the office from the executive office in Jeddah, which case is the only case for the realization of the delegation.  With the exception of that any

CONFIDENTIAL

WAMYSA034235

-13-

one acting as deputy for the Chairman of the Board (in case the Chairman is absent outside the executive office) shall carry out the powers vested in the Chairman at the executive office or at other places wherein the Chairman is not present and where there exists activity for the Foundation.

b-      Each member of the Council may give proxy to another member to be present at the meeting of the Foundation Council and act and vote on his behalf at that meeting provided that a member may not act as proxy for more than one member and that the proxy shall be written, signed and of limited period and unconditional.  However, proxy shall not be accepted at all at meetings of the Board of Directors and the Founders Council.

## Article (19): Quorum

The presence of more than half of the members at a meeting duly held in accordance with Articles (13, 14) hereof shall constitute a quorum.  Resolution of the Foundation Council shall be passed with the proportionate majority of the members who are present at such meeting.  As an exception from the foregoing the resolution for amending the Foundation's Statutes (subject to the matters relating to the Founders Council) which resolution requires the affirmative vote of at least two thirds of the members.  If there are any fractions in the quorum, the number shall be rounded up to the higher figure.

The Foundation Council may pass resolutions without a meeting under which resolutions the Chairman of the Foundation Council shall draft the resolution required and bring it before the members for signature.  The approval of two thirds of the members shall be conditional for the passing of the resolution

CONFIDENTIAL

WAMYSA034236

-14-

required. A proxy shall not be accepted for the signing of the resolution.

## Article (20): Board of Directors

The Board of Directors shall consist of three persons. The Foundation Council shall elect the Chairman of the Board through the nomination by each member of himself or of other members then a secret ballot shall be conducted and whoever gets higher votes shall be appointed as Chairman of the Board of Directors. In his turn the Chairman of the Board shall appoint two members of the Foundation Council as the first and second deputies for the Chairman. The Foundation Council shall then appoint those three as the Board of Directors. Such procedures should be taken at the same meeting.

## Article (21): Membership on the Board

The tern of office of the Board of Directors shall be two years at the most. The term of office shall terminate upon the expiration of the fiscal year following the election year. Any member may be re-elected for more than once.

## Article (22): Powers of the Board

The Board of Directors is the highest executive authority of the Foundation. The powers of the Board shall include, but not be limited to, the following:

a-    Approval of all the By-Laws which are necessary for the foundation's work except for those which should be approved by the Foundation Council.

CONFIDENTIAL

WAMYSA034237

-15-

b-       The Chairman and one of his deputies may jointly operate the investment account of the Foundation (without prejudice to the powers vested in the Chairman of the Founders Council).

c-       The Chairman  severally, or his two deputies jointly may, operate the current account of the Foundation (without prejudice to the powers vested in the Chairman of the Founders Council).

d-       Preparing the proposed annual plan with the estimated budget and to submit same to the Foundation Council.

e-       Approving the areas in which the funds, which are in excess of the Foundation's need, be invested.

f-       Execution of certain clauses of the Foundation Financial By-Laws as specified therein.

g-       Execution of certain clauses of the Foundation's Administrative By-Laws as stated therein.

h-       The authority to redirect no more than ten percent of the savings of certain items of the budget's value to be used in other items determined in the same budget.

i-       Approving the appropriate marketing and cultural activity and the campaigns for the collection of donation from the public.

j.       Signing all what is required to be signed within the limits of the powers determined.

CONFIDENTIAL

WAMYSA034238

-16-

k.        Appointing laywers and selection of banks with which the Foundation would deal except for the lawyer or the legal office at the country of domicile.

Article (23:   Meetings of the Board of Directors

The Board of Directors shall meet periodically as often as required at the office of the Chairman to consider the Foundation's affairs and activities and to follow up same and to accelerate the progress of work and it shall not be necessary to keep minutes for these meetings.  As regards the matters requiring resolutions of the Board of Directors it shall be sufficient to issue the relevant resolution by the Chairman and one of his two deputies, or jointly by the two deputies in case the Chairman is absent outside the executive office.  The Board of Directors shall try to ensure that its resolutions would be unanimously adopted.

In addition to the powers vested in the first deputy he shall act in the stead of the Chairman and enjoy all his powers in accordance with Article 14/a hereof.

The second deputy shall act in the same capacity of the first deputy in case the Chairman and the first deputy are absent from the executive office provided that his (the second deputy's) powers shall prevail on the office or the branch of the Foundation at which the first deputy is demociled.

Meetings of the Board of Directors shall be presided over by the Chairman who shall arrange for the place and the time of the meetings and organize the deliberations thereat.

CONFIDENTIAL                                                     WAMYSA034239

-17-

Article (24): Powers of the Chairman

The Chairman of the Board of Directors is the only executive authority for the Foundation (except for the foregoing executive powers vested in the Board of Directors), therefore, he shall have the widest powers to carry out his duties which shall include, but not be limited to, the following:

a-      Implementation of the Foundation's annual plan using the material and moral means and manpower as well as the equipment, etc. deemed proper by him.

b-      He shall have the power to severally make payment out of the current account, and payment from the investment account may not be effected except with the consent of the Chairman.

c-      He shall solely apply the By-Laws to be approved by the Foundation council.

d-      He shall be solely responsible to apply all other By-Laws.

e-      He shall be the only spokesman for the Foundation.

f-      He shall be the only director of all staff of the Foundation and its volunteers even if they are members of the Foundation Council.

g-      The sole person to decide upon all activities relating to the implementation of the Foundation's executive resolutions such as the matters relating to organiztion of works, administration, accounts and secretariat work ... etc.

CONFIDENTIAL                    WAMYSA034240

-18-

h-      He shall represent the Foundation before all official,
private, judicial and other bodies.

i-      He shall sign on behalf of the Foundation all documents
such as the host country agreement, the lease contracts, projects
and operation contracts, employment contracts, membership cards,
introduction and recommendation letters and all other letters.
The Chairman may authorize any member or officer of the Founda-
tion of some of his powers provided that they shall not be in
violation of the provisions hereof.

## Article (25): Foundation's Fiscal Year

The Fiscal year of the Foundation shall commence on the
1st of January of each year and expires at the end of December
of the same year.  However, the first fiscal year of the
Foundation shall commence on the date on which the members of
the Foundation Council approve of these Statutes until the end
of the same year in question.

## Article (26)  Foundation's Resources

a-      Foundation Fund and Situs.  The original fund of the
Foundation shall be U.S. Dollars  10,000.- (in words: ten
thousand U.S.Dollars)   .  The Foundation's assets may at any time
be increased unlimitedly, by donations from the Founders or third
parties, whereby such donations shall be allocated to Foundation
Fund or reserve.  The Foundation's assets situs shall at all
times be located and have its legal situs for all purposes in
such jurisdiction or jurisdictions, within or outside the
jurisdiction of the U.S.A    , as the Foundation Council may
from time to time determine.

CONFIDENTIAL                                        WAMYSA034241

-19-

b-      Foundation resources hall compose of the Zakat, donations, bequests, aids, endownments, the returns from the investment of the Foundation funds and any proper resource to be approved by the Board of Directors.  Payment from the Foundation Funds may not be made except for the realisation of the objects thereof and under its By-Laws, annual plan and estimated budget.

c-      No duty to Examine Authority of Grantor.

The Foundation shall not have any duty to examine into the authority of any grantor, donor or transferor to convey property to the Foundation; without limitation thereto, in case such grantor, donor or transferor shall be an estate or an heir or executor of an estate, the Foundation shall not have any duty to require any inventory, appraisal, accounting or other action, proceeding or document, in connection with such conveyance to the Foundation.

## Article (27): Correspondence

All correspondence and documents pertaining to the Foundation shall be issued in the name of the Foundation and copies of same shall be kept at the executive office of the Foundation or at the offices and branches which are approved by the Foundation Council.  This rule may not be deviated from except with a resolution to be adopted by the Foundation Council.

## Article (28): Balance Sheet and Monthly Report

The Chairman of the Board of Directors shall cause to be prepared a monthly balance sheet and a monthly report showing the compliance with the annual plan and the estimated budget and the latest development regarding the Foundation's business and activities.  A copy of the foregoing shall be sent to each member of the Foundation Council.

CONFIDENTIAL

WAMYSA034242

-20-

## Article (29): Holding More Than One Position

In accordance with these Statutes any member may hold the positions of the Chairman of the Founders Council and the Chairman of the Board of Directors or the positions of the Chairman of the Founders Council and the Chairman the Foundation Council provided however that it may not be permissible to hold at the same time the position of the Chairman of the Foundation Council and that of the Chairman of the Board of Directors.

## Article (30): Complaints Committee

a-       A legal committee shall be formed consisting of the Chairman of the Foundation Council, the Chairman of the Board of Directors and an advisor of profound knowledge to be chosen by the Foundation Council.  The term of this Committee shall be the same of that of the Board of Directors and the duties thereof shall be to consider any complaint lodged by any member of the Foundation Council objecting thereby against any decision or act made by any member, officer or council of the Foundation and that such complainant member considers such decision or act illegal or illogical.  The complaint should be in writing, signed and dated and shall show all details.  The legal committee shall issue its decisions by the majority vote of two members and such decisions shall be considered as final with respect to the subject matter.  The Chairman of the Foundation Council shall keep the records of complaints records, decisions and other documents of the legal committee.  Any complaint shall not be entertained if it is not submitted first to the legal committee for consideration.

CONFIDENTIAL

WAMYSA034243

-21-

b-      Applicable Law.

All legal relationships of the Foundation are governed solely by U.S.A Law.

Article (31): Temporary By-Laws and Regulations    //

If the Foundation is in need, at any location at which it is operating (by virtue hereof), for any regulations, by-laws or legal forms which are different from these Statutes in any manner whatsoever, it may do so on two conditions:

a)      That the new status be approved by the Foundation Council.

b)      That these Statutes shall always dominate over the new status as it is considered a status necessitated only by the circumstances and therefore it shall not be regarded nor the consequences thereof shall be considered.

These Statutes shall also entirely dominate over all by-laws, resolutions and acts made by the members, offices, councils and departments of the Foundation at all locations.

Article (32): Validity

In case any provision in these Articles or the By-Laws shall be adjudged in a final order of a court of competent jurisdiction to be legally invalid in certain circumstances, such invalidity shall not affect the legal validity and operation of such provision in other circumstances or the legal validity and operation of any other provision of these Statutes or the By-Laws.

CONFIDENTIAL

WAMYSA034244

-22-

## Article (33): English Language

The original of this deed and of the By-Laws is being executed in the English language, upon which language the under-signed is relying       ning the same, and any amendments to these Statutes or the By-Laws shall be in the English language, and such English language documents shall govern and control in construing or interpreting or determining the operation of the provisions hereof and thereof and of such amendments.

In witness whereof the founders have agreed:


Member Founder:                 Adel A. Batterjee

Member Founder:                 Shahir A. Batterjee

Member Founder:                 Mazin M. Baharith


1426T

- - - -

CONFIDENTIAL                                                  WAMYSA034245