File Number _____5677-845-4_____



**STATE OF ILLINOIS**
**OFFICE OF**
**THE SECRETARY OF STATE**

**Whereas,** ARTICLES OF INCORPORATION OF
BENEVOLENCE INTERNATIONAL FOUNDATION
INCORPORATED UNDER THE LAWS OF THE STATE OF ILLINOIS HAVE BEEN
FILED IN THE OFFICE OF THE SECRETARY OF STATE AS PROVIDED BY THE
GENERAL NOT FOR PROFIT CORPORATION ACT OF ILLINOIS, IN FORCE
JANUARY 1, A.D. 1987.

*Now Therefore, I, George H. Ryan, Secretary of State of the State of Illinois, by virtue of the powers vested in me by law, do hereby issue this certificate and attach hereto a copy of the Application of the aforesaid corporation.*

**In Testimony Whereof,** *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, at the City of Springfield, this* ___30TH___ *day of* ___MARCH___ *A.D. 19* 92 *and of the Independence of the United States the two hundred and* ___16TH___ .



George H. Ryan
SECRETARY OF STATE

C-212

Attachment A
Declaration of Soliman J. Khudeira

EXHIBIT
WAMY EX. 111

FED-PEC0049416

NFP-1' 2.10
(Revised 5-85)

**ARTICLES OF INCORPORATION**

SUBMIT IN DUPLICATE
Payment must be made by Certified Check, Cashier's
Check, Illinois Attorney's Check, Illinois C.P.A.'s Check
or Money Order, payable to "Secretary of State."
**DO NOT SEND CASH!**

(Do Not Write in This Space)

Date  3-30-92

Filing Fee  $50

Approved

## PAID

MAR 30 1992

TO:  GEORGE H. RYAN, Secretary of State

Pursuant to the provisions of "The General Not For Profit Corporation Act of 1986", the undersigned incorporator(s) hereby adopt the following Articles of Incorporation.

Article 1.  The name of the corporation is: **Benevolence International Foundation**

Article 2:  The name and address of the initial registered agent and registered office are:

Registered Agent  **Soliman      J.      Khudeira**
First Name      Middle Name      Last Name

Registered Office  **7810 S. Mayfield Avenue**
Number      Street      (Do Not Use P.O. Box)

**Burbank, IL      IL      60459      Cook**
City      Zip Code      County

Article 3:  The first Board of Directors shall be ___three___ in number, their names and addresses being as follows:
(Not less than three)

| Director's Names | Number | Street | Address City | State |
|---|---|---|---|---|
| Adel Abdul Jalil Batterjee | | Helmi Kutbi, Jeddah Saudi Arabia | | |
| Shahir Abdulraoof Batterjee | | El Segafh, Jeddah Saudi Arabia | | |
| Mazin M.S. Bahareth | | Abdul Rahman Alsideri, Jeddah Saudi Arabia | | |

Article 4.  The purposes for which the corporation is organized are:

SEE ATTACHED STATEMENT

Is this corporation a Condominium Association as established under the Condominium Property Act?
☐ Yes      ☒ No      (Check one)

Is this corporation a Cooperative Housing Corporation as defined in Section 216 of the Internal Revenue Code of 1954?      ☐ Yes      ☒ No      (Check one)

Is this a Homeowner's Association which administers a common-interest community as defined in subsection (c) of Section 9-102 of the code of Civil Procedure?      ☐ Yes      ☒ No

Article 5.  Other provisions (please use separate page):

5677-845-4

FED-PEC0049417

## NAMES & ADDRESSES OF INCORPORATORS

The undersigned incorporator(s) hereby declare(s), under penalties of perjury, that the statements made in the foregoing Articles of Incorporation are true.

Dated _____, 19_____.

| SIGNATURES AND NAMES | POST OFFICE ADDRESS |
|---|---|

**1.** Signature

Adol Abdul Jalil Batterjee
Name (please print)

**2.** Signature

Shahir Abdulraoof Batterjee
Name (please print)

**3.** Signature

Mazin M.S. Bahareth
Name (please print)

**4.** Signature

Name (please print)

**5.** Signature

Name (please print)

**1.** Street   HELMI KUTBI
City/Town   JEDDAH SAUDI ARABIA   State   Zip

**2.** Street   EL SEQAFH
City/Town   JEDDAH SAUDI ARABIA   State   Zip

**3.** Street   ABDUL RAHMAN ALSIDERI
City/Town   JEDDAH SAUDI ARABIA   State   Zip

**4.** Street
City/Town   State   Zip

**5.** Street
City/Town   State   Zip

(Signatures must be in ink on original document. Carbon copy, xerox or rubber stamp signatures may only be used on the true copy.)

NOTE: If a corporation acts as incorporator, the name of the corporation and the state of incorporation shall be shown and the execution shall be by its President or Vice-President and verified by him, and attested by its Secretary or an Assistant Secretary.

The registered agent cannot be the corporation itself.

The registered agent may be an individual, resident in this State, or a domestic or foreign corporation, authorized to act as a registered agent.

The registered office may be, but need not be, the same as its principal office.

A corporation which is to function as a club, as defined in Section 1-3.24 of the "Liquor Control Act" of 1934, must insert in its purpose clause a statement that it will comply with the State and local laws and ordinances relating to alcoholic liquors.

FOR INSERTS — USE WHITE PAPER — SIZE 8 1/2 x 11

File No. _____

FORM NFP-102.10
ARTICLES OF INCORPORATION
under the
GENERAL NOT FOR PROFIT
CORPORATION ACT
of

FILED
MAR 30 1992
GEORGE H. RYAN
SECRETARY OF STATE

SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICES
CORPORATION DIVISION
SPRINGFIELD, ILLINOIS 62756
TELEPHONE (217) 782-9522
782-9523

(These Articles Must Be Executed and Filed in Duplicate)

Filing Fee $50

C-157.4

FED-PEC0049418

**STATEMENT ATTACHED TO AND MAKING PART OF
ARTICLES OF INCORPORATION
(FORM N.P-102.10)**

The Foundation aims at helping those who are in need throughout the world, including but not limited:

a.  The construction and operation of schools, hospitals, scientific institutions of all kinds, cultural and religious centres, orphanages and social services centres;

b.  The extension of help and care to the needy ones;

c.  Guardianship of orphans and caring for the needy families who have no supporter;

d.  The compilation and printing of books and tapes of all kinds as well as the issuance of newspapers, magazines and publications for educational, cultural and guidance purposes etc...;

e.  The construction and operation of printing and broadcasting centres as well as other information media;

f.  Undertaking specialized scientific researches as well as helping the researchers in the various fields which are of interest to the Foundation.

g.  Preparation of the necessary human cadres of the execution of the Foundation's activities and for the realization of its object.

h.  Engaging in the different investment activities using the Foundation's funds.

ADEL.A.BATTERJEE    Hazim A. Baharett    Shahir A. BATTERJEE

FED-PEC0049419

| Form **BCA-5.10**<br>**NFP-105.10** | **STATEMENT OF CHANGE**<br>**OF REGISTERED AGENT**<br>**AND/OR REGISTERED OFFICE** | File 5677-845-4 |
|---|---|---|

(Rev. Jan. 1991)

George H. Ryan
Secretary of State
Department of Business Services
Springfield, IL 62756
Telephone (217) 782-3647

Remit payment in check or money
order, payable to "Secretary of State."

**FILED**

DEC 23 1993

GEORGE H. RYAN
SECRETARY OF STATE

*SUBMIT IN DUPLICATE*

This space for use by
Secretary of State

Date 12/23/93

Filing Fee    $5

Approved: LMB

1.  CORPORATE NAME: __Benevolence International Foundation__

2.  STATE OR COUNTRY OF INCORPORATION: __Illinois__

3.  Name and address of the registered agent and registered office as they appear on the records of the office of the Secretary of State *(before change)*:

    Registered Agent ___Soliman Khudeira___
    First Name        Middle Name              Last Name

    Registered Office ___7810 South Mayfield Avenue___
    Number            Street      Suite No. (A P.O. Box alone is not acceptable)

    __Burbank, Illinois___    __60459___    __Cook___
    City              Zip Code        County

4.  Name and address of the registered agent and registered office shall be *(after all changes herein reported)*:

    Registered Agent ___Enaam M. Arnaout___                Y
    First Name        Middle Name              Last Name

    Registered Office ___9051 West 161st Place___          X
    Number            Street      Suite No. (A P.O. Box alone is not acceptable)

    __Orland Hills, IL  60462___    __Cook___    X 016
    City              Zip Code        County

5.  The address of the registered office and the address of the business office of the registered agent, as changed, will be identical.

6.  The above change was authorized by: *("X" one box only)*
    a. [X]  By resolution duly adopted by the board of directors.    *(Note 5)*
    b. [ ]  By action of the registered agent.    *(Note 6)*

NOTE:  When the registered agent changes, the signatures of both president and secretary are required.

7.  *(If authorized by the board of directors, sign here. See Note 5)* Benevolence International Foundation
    The undersigned corporation has caused this statement to be signed by its duly authorized officers, each of whom affirms, under penalties of perjury, that the facts stated herein are true.

Dated ___9-19-93___ 19.__93__   Benevolence International Foundation
                                    (Exact Name of Corporation)

attested by _____   by _____
(Signature of Secretary or Assistant Secretary)    (Signature of President or Vice President)

___Jamil Nyrabeh___                ___Enaam M. Arnaout – President___
(Type or Print Name and Title)        (Type or Print Name and Title)

*(If change of registered office by registered agent, sign here. See Note 6)*
The undersigned, under penalties of perjury, affirms that the facts stated herein are true.

Dated _____ 19,___   X _____
                            (Signature of Registered Agent of Record)

**Attachment B**
Declaration of Soliman J. Khudeira

FED-PEC0049420

## NOTES

1. The registered office may, but need not be the same as the principal office of the corporation. However, the registered office and the office address of the registered agent must be the same.

2. The registered office must include a street or road address, a post office box number alone is not acceptable.

3. A corporation cannot act as its own registered agent.

4. If the registered office is changed from one county to another, then the corporation must file with the recorder of deeds of the new county a certified copy of the articles of incorporation and a certified copy of the statement of change of registered office. Such certified copies may be obtained ONLY from the Secretary of State.

5. Any change of *registered agent* must be by resolution adopted by the board of directors. This statement must then be signed by the president *(or vice-president)* and by the secretary *(or an assistant secretary)*.

6. The registered agent may report a change of the *registered office* of the corporation for which he or she is registered agent. When the agent reports such a change, this statement must be signed by the registered agent.

C-135.9

FED-PEC0049421

STATE OF ILLINOIS
Office of the Secretary of State
I hereby certify that this is a true and
correct copy, consisting of (5) pg.
pages, as taken from the original on file in
this office.

*Jesse White*

JESSE WHITE
SECRETARY OF STATE
DATED: NOV 19 2002

BY:

FED-PEC0049422