بسم الله الرحمن الرحيم

الندوة العالمية للشباب الإسلامي

مركز المعلومات

العدد : ٩٤١٧

الصفحة : ...........

الملف : ...........

المصدر : ...المدينة...

التاريخ : ٤/ ٩/ ١٤١٣هـ

٢٥/ ٢/ ١٩٩٣م

الموضوع : ...لجنة البر الإسلامية...

لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

حساب الأيتام رقم ٣/٣٠٠٠
لدى شركة
الراجحي المصرفية للإستثمار
فرع حي الشلامة/جدة

جدة ـ ص . ب ٩٠٧٢ ـ جدة ٢١٤١٣ ـ هاتف وفاكس : ٦٧٣٠٩٤١
ص.ب : ١٠٨٤٥ الرياض ١١٤٤٣ ـ هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ فاكس ٤٦٤١٧١٠
ص.ب : ٥٠٥٩ المدينة المنورة ـ هاتف : ٨٢٢٩٠٢٠ فاكس ٨٢٢٨٧٤٨
ص.ب : ٩١٠٤ الدمام ٣١٤١٣ ـ هاتف : ٨٤٢٥١٥٩ / ٨٤٢٥١١٦

EXHIBIT
WAMY EX. 112

WAMYSA029936

In the name of Allah, the Merciful, the Gracious

# World Assembly of Muslim Youth
# The Information Center

Source: Al-Madinah
Date: 4/9/1413 H – 25/2/1993

Number: 9417
Page: …………..
File: …………….

Subject: Islamic Benevolence Committee

## Islamic Benevolence Committee
(World Assembly of Muslim Youth)

[In the Name of Allah, the Merciful and Gracious. The orphans of the Islamic Benevolence Committee pray that God the Almighty grant their sponsors the best reward and endow them with the companionship of His Prophet in the highest Paradise.]

The Orphans' account number is: 3000/3 at the Rajhi Investment Bank Company (Al-Salamah District branch/Jeddah)

500 orphan forms at the Islamic Benevolence Committee await sponsors. Would you, brothers in Islam, be these sponsors, so that you may win the companionship of the master of Prophets, may God's peace and blessings be upon him?

Jeddah - P.O. Box 9072 Jeddah 21413. Tel. and Fax: 6730941
P.O. Box 10845 Riyadh 11443 Tel.: 4641663/4641669 Fax: 4641710
P.O. Box 5059 Al-Medina Al-Munawwarah Tel.: 8229020 Fax: 8228748
P.O. Box 9104 Dammam 31413 Tel.: 8425159/8445116

CONFIDENTIAL

WAMYSA029936

بسم الله الرحمن الرحيم

الندوة العالمية للشباب الإسلامي

مركز المعلومات

العدد : ٩٤١٦ .............

الصفحة : ............... المصدر : المدينة ..............

الملف : ............... التاريخ: ١٤١٣/٩/٢ هـ

٢٤/٢/١٩٩٣م

الموضوع: منظمة البر الدولية .............



حساب رقم ٤٩٠٠ شركة الراجحي المصرفية للاستثمار - فرع حي السلامة / جدة

مصرف فيصل الإسلامي حساب رقم ٤٨١٤٤٤ جميع الفروع في المملكة العربية السعودية

تتم المراسلات في المملكة العربية السعودية على العنوان التالي :
ص . ب ٧٦٠٠ جدة ٢١٤٧٢ هاتف ٦٨٣٢٨٣٦ فاكس ٦٨٣٣٠٩٤
أوتاوا – كندا – هاتف ٢٤٧١٠٨٥ (٦١٣) فاكس ٢٤٧١٠٨٦ (٦١٣)
شيكاغو – أمريكا – هاتف ٦٣٦٨٩٩٦ (٧٠٨) فاكس ٦٣٦٩٠١٦ (٧٠٨)
الخرطوم – السودان – هاتف ٢٢٥٩٨٩ ** زغرب – كرواتيا – هاتف وفاكس ٤١٢٣٩٢

CONFIDENTIAL

WAMYSA057782

Case 1:03-md-01570-GBD-SN Document 3953-26 Filed 04/02/18 Page 5 of 9

In the name of Allah, the Merciful, the Gracious

# World Assembly of Muslim Youth
## The Information Center

Source: Al-Madinah  
Date: 3/9/1413 H – 24/2/1993

Number: 9416  
Page: …………..  
File: …………….

Subject: Islamic Benevolence Foundation

## The Benevolence International Foundation
## Is the safe hand to educate your Muslim children

Account number 4900 at the Rajhi Investment Bank Company (Al-Salamah District branch/Jeddah.

Faisal Islamic Bank, account number 4814444, all branches in the Kingdom of Saudi Arabia.

---

Correspondences to be forwarded in the Kingdom of Saudi Arabia to P.O. Box 7600 Jeddah 21472 Tel.: 6832836 Fax: 6833094.  
Ottawa, Canada. Tel.: (613) 2471085. Fax: (613) 2471076  
Chicago, United Sates. Tel.: (708) 6368996. Fax. (708) 6369016  
Khartoum, Sudan. Tel.: 225989  
Zagreb, Croatia. Tel. and Fax: 412392

---

CONFIDENTIAL

WAMYSA057782