# CERTIFICATE OF REGISTRATION OF SOCIETIES

## ACT XXI OF 1860.

No. 2262 /5/ 2218.  Date 2/1 /1993.

**I hereby certify** that — BENEVOLENCE INTERNATIONAL FOUNDATION, 77-D/B PARK ROAD UNIVERSITY TOWN, PESHAWAR.

has this day been greistered under the Societies' Registration Act **XXI** of 1860.

Given under my hand at ——— Peshawar

this ——— 2nd ——— day of ——— January,

one thousand nine hundred and ——— Ninety Three (1993).

Registrar of Joint Stock Companies
& Societies, N.W.F.P., Peshawar.

OS&PD, NWFP. 1975 Dir. of Ind. 2,000 Nos.—29-4-91—(22)

CONFIDENTIAL

EXHIBIT
WAMY EX. 113    WAMYSA034246