بسم الله الرحمن الرحيم

الندوة العالمية للشباب الإسلامي

مركز المعلومات

العدد : ........ ٩٤١٧

الصفحة : ................

الملف : ................

المصدر : ...المدينة...

التاريخ : ١٤١٣/٩/٤ هـ

١٩٩٣/٢/٢٥ م

الموضوع : ........ لجنة البر الإسلامية

لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

حساب الأيتام رقم ٣/٣٠٠٠
لدى شركة
الراجحي المصرفية للإستثمار
فرع حي الشارمة/جدة

(٥٠٠) استمارة بتميلد ك لجنة البر الإسلامية تنتظر من يكفلها
فهنا كنتم إخوة الإسلام الكفلاء كيى تفوزوا بصحبة سيد
الأنبياء صلى الله عليه وسلم

جدة ـ ص.ب ٩٠٧٢ ـ جدة ٢١٤١٣ ـ هاتف وفاكس : ٦٧٣٠٩٤١
صب : ١٠٨٤٥ الرياض ١١٤٤٣ ـ هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ فاكس ٤٦٤١٧١٠
صب : ٥٠٥٩ المدينة المنورة ـ هاتف : ٨٢٢٩٠٢٠ فاكس ٨٢٨٨٧٤٨
صب : ٩١٠٤ الدمام ٣١٤١٣ ـ هاتف : ٨٤٢٥١٥٩ / ٨٤٢٥١١٦

EXHIBIT
WAMY EX. 114

In the name of Allah, the Merciful, the Gracious

# World Assembly of Muslim Youth
# The Information Center

Source: Al-Madinah
Date: 4/9/1413 H – 25/2/1993

Number: 9417
Page: …………..
File: …………….

Subject: Islamic Benevolence Committee

## Islamic Benevolence Committee
(World Assembly of Muslim Youth)

[In the Name of Allah, the Merciful and Gracious. The orphans of the Islamic Benevolence Committee pray that God the Almighty grant their sponsors the best reward and endow them with the companionship of His Prophet in the highest Paradise.]

The Orphans' account number is: 3000/3 at the Rajhi Investment Bank Company (Al-Salamah District branch/Jeddah)

500 orphan forms at the Islamic Benevolence Committee await sponsors. Would you, brothers in Islam, be these sponsors, so that you may win the companionship of the master of Prophets, may God's peace and blessings be upon him?

Jeddah - P.O. Box 9072 Jeddah 21413. Tel. and Fax: 6730941
P.O. Box 10845 Riyadh 11443 Tel.: 4641663/4641669 Fax: 4641710
P.O. Box 5059 Al-Medina Al-Munawwarah Tel.: 8229020 Fax: 8228748
P.O. Box 9104 Dammam 31413 Tel.: 8425159/8445116

CONFIDENTIAL

WAMYSA029936