أحمد طارق محمود

GSAPD. NWFP. 1976 Dir. of Ind. 4,000 Nos.—29-4-91—(3)

## IN THE OFFICE OF REGISTRAR, JOINT STOCK COMPANIES, NORTH-WEST FRONTIER PROVINCE, PESHAWAR.

IN THE MATTER OF.. LAJNAT AL-BIRR AL-ISLAMIAH,

137 J-2 PHASE-II STREET-3 HAYAT ABAD PESHAWAR.

I hereby certify that the undermentioned documents have this day been duly filed and registered pursuant to the provisions of Act XXI of 1860.

1. Application dated: 22/2/1993 regarding amended Constitution of the Society/

2. Change of Address of the Society from 77-D/B Park Road University Town Peshawar

3. TO 137-J-2 Phase-II Street-3 Hayat Abad Peshawar and List of Office Bearers for

4. 1992 -93.

5.

Given under my hand and Seal, this.. 25th ..day of .February. 1993 .

No 2667/5/1527.

Date 25/2/1993 .

Registrar, Joint Stock Companies.
North-West Frontier Province.
Peshawar.

EXHIBIT

WAMY EX. 115

CONFIDENTIAL                                                                                    WAMYSA027707