

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

| | |
|---|---|
| الرقـــم ............ ٢٤٤٣١ | مكتب الأمين العام |
| التاريخ ........... ١٤١٣/٩/٢هـ | *Office of the Secretary General* |

سعادة الأخ الفاضل الاستاذ / عادل بـترجى

رئيس منظمة لجنة البر الاسلامية العالمية            حفظه الله

السلام عليكم ورحمة الله وبركاته ..

يسرني أن احيط سعادتكم علماً بأن الندوة قد علمت بتكوينكم منظمة تحمل اسم منظمة البر العالمية .. ولما كان التشابه واضحاً فيما بين المنظمة ولجنة البر الاسلامية في الندوة سواء من ناحية الشعار الموحد لهما او دورهما ووظيفتهمـا فاننى ارجو من سعادتكم ان يؤخذ ذلك مستقبلاً بعين الاعتبار حيث ان نتيجته قد تعود بالـلبس على المتعاملين والمتبرعين رغم عدم وجود رابطة بينهما من الناحيـــة التنظيمية والادارية .

آمل التنبيه على المتعاونين مع منظمتكم بمراعاة ذلك اذا ظل شعار المنظمة على ما هو عليه واسمها كذلك حيث ان الندوة تعتبر غير مسئولة مع لجنة البــر التابعة لها عما يصدر من المنظمة من نشاطات او اعلانات كما ارجو التأكيد على المتعاونين مع المنظمة في حالة جمع التبرعات داخل المملكة على عدم الخلط بيـن اللجنة والمنظمة نظراً لأهمية هذا الأمر .

شاكرين ومقدرين حسن تعاونكم واهتمامكم ..

والسلام عليكم ورحمة الله وبركاته ،،،،

الأمين العــــام
للندوة العالمية للشباب الاسلامى

د . مانع بن حماد الجهنـــــى

ب/م – ٢٢٥

P.O.Box 10845 · Riyadh 11443 · Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ. Fax. (01) 4641710/4641676



EXHIBIT

WAMY EX. 116

FED-PEC0114420

In the name of Allah, the Merciful, the Gracious

**World Assembly of Muslim Youth**    [*logo of the Assembly*]    الندوة العالمية للشباب الإسلامي

---

| Office of the Secretary General | No.: 4431……………….……………..<br>Date: 1/9/1413 (February 23, 1993) …… |
|---|---|

His Excellency the honorable brother / Adel Batterjee
President, the International Islamic Benevolent Organization

Allah's peace and blessings be upon you!

It gives me pleasure to inform you that the Assembly has learned that you have formed an organization bearing the name of the International Benevolent Organization. Given the close similarity between this organization  and the Assembly's Islamic Benevolent Committee, whether in terms of logo or role and function, I hope that your Excellency will take this into consideration in the future, as it may confuse the clients and donors, despite the absence of links between them from an organizational and administrative aspect.

I hope you will alert those cooperating with your organization to take this into account if the organization's logo and name remain as they are. Both the Assembly and it's Benevolent Committee are not responsible for the Organization's activities or announcements.

Further, please advise those cooperating with the Organization not to confuse the Committee with the Organization in case of fundraising inside the Kingdom, due to the importance of this matter.

Thank you for your kind cooperation and attention.

Peace and blessings be upon you!

Secretary General                         [*round seal*]
World Assembly of Muslim Youth
Dr. Mana' bin Hammad Al-Juhani

---

**P.O. Box 10845, Riyadh 11443. Prince Sultan Bin Abdul Aziz Str. Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676**

ص.ب ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ شارع الأمير سلطان بن عبد العزيز ـ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٩ / ٤٦٤١٦٦٣ (٠١)، برقياً: اسلامية الرياض
تلكس ٤٠٥٢٢٠ / ٤٠٠٤١٣ اسلامي اس جس، فاكس ٤٦٤١٧١٠ / ٤٦٤١٦٧٦ (٠١)



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
Fax: 914 219 0919
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Yasser Mansour is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**FED-PEC0114420**

Sworn to before me this

_16_ day of _March_ of 2026

_____
Translation Manager

_____
Notary

SYLVESTER MADUKA ONUORAH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ON6374735
Qualified in Queens County
My Commission Expires 05-07-2026



**ata MEMBER**
American Translators Association

ACCREDITED BUSINESS
BBB

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling