Press Release
Security Council

**SC/10884**
**15 January 2013**

# Security Council Al-Qaida Sanctions Committee Deletes Entry of Adel Abdul Jalil Ibrahim Batterjee from Its List

15 January 2013

| | | |
|---|---|---|
| | Security CouncilSC/10884 | |
| | | |
| Department of Public Information • News and Media Division • New York | | |

## Security Council Al-Qaida Sanctions Committee Deletes Entry

## of Adel Abdul Jalil Ibrahim Batterjee from Its List

Decision Taken Following Review of Delisting

Request Submitted Through Office of the Ombudsperson

On 14 January 2013, the Security Council Al-Qaida Sanctions Committee decided to remove the name of the individual below from the Al-Qaida Sanctions List after concluding its consideration of a delisting request



EXHIBIT
WAMY EX. 118

submitted through the Ombudsperson established pursuant to Security Council resolution 1904 (2009), and after considering the Comprehensive Report of the Ombudsperson on this delisting request.

Therefore, the assets freeze, travel ban and arms embargo set out in paragraph 1 of Security Council resolution 2083 (2012) no longer apply to the following individual:

 **United Nations**

☰

QI.B.182.04. Name: 1: ADEL 2: ABDUL JALIL 3: IBRAHIM 4: BATTERJEE

Name (original script):عادل عبدالجليل ابراهيم بترجي

Title: na Designation: na DOB: a) 1 Jul. 1946 b) 1 Jun. 1946 POB: Jeddah, Saudi Arabia  Good quality a.k.a.: a) 'Adil Al-Battarjee b) Adel Batterjee c) 'Adil 'Abd al Jalil Batarji d) Adel AbdulJaleel I. Batterjee  Low quality a.k.a.: na  Nationality: Saudi Arabian  Passport no.: Passport number F 572010, issued on 22 Dec. 2004, expiring on 28 Oct. 2009  National identification no.: na  Address: 2 Helmi Kutbi Street, Jeddah, Saudi Arabia  Listed on: 23 Dec. 2004 (amended on 23 Apr. 2007)  Other information: Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009.

The names of individuals and entities removed from the Al-Qaida Sanctions List pursuant to a decision by the Committee may be found in the "Press Releases" section on the Committee's website.  Other information about delisting may be found on the Committee's website at:
 http://www.un.org/sc/committees/1267/delisting.shtml.

The Al-Qaida Sanctions List is updated regularly on the basis of relevant information provided by Member States and international and regional organizations.  This is the first update of the List in 2013.  An updated List is accessible on the Committee's website at the following URL:
http://www.un.org/sc/committees/1267/aq_sanctions_list.shtml.

* *** *

For information media • not an official record

**For information media. Not an official record.**