**United Nations** | **Information Service Vienna**



SC/8280

28 December 2004

Security Council Committee Makes Changes to Its Consolidated List; Adds Two Individuals, De-Lists One Individual

NEW YORK, 23 December (UN Headquarters) -- The Al-Qaida and Taliban Sanctions Committee on 23 December 2004 approved the addition of two individuals to its consolidated list (Al-Qaida section).

23. *Name: 1: SAAD 2: RASHED 3: MOHAMMAD 4: AL-FAQIH

Title: Doctor Designation: na DOB: 1 Feb 1957  POB:  Zubair, Iraq *Good quality a.k.a.: a) Abu Uthman Sa'd Al-Faqih b) Sa'ad Al-Faqih c) Saad Alfagih d) Sa'd Al-Faqi e) Saad Al-Faqih f) Saad Al Faqih g) Saad Al-Fagih h) Saad Al-Fakih Low quality a.k.a.: na *Nationality: Saudi Arabian Passport no.: na National identification no.: na Address: London, United Kingdom *Listed on: 23 Dec 2004 *Other information: na

50. *Name: 1: ADEL 2: ABDUL 3: JALIL 4: BATTERJEE

Title: na Designation: na DOB: 1 Jul 1946  POB:  Jeddah, Saudi Arabia *Good quality a.k.a.: a) 'Adil Al-Battarjee b) Adel Batterjee c) 'Adil 'Abd al Jalil Batarji Low quality a.k.a.: na *Nationality: Saudi Arabian Passport no.: na National identification no.: na Address: 2 Helmi Kutbi Street, Jeddah, Saudi Arabia *Listed on: 23 Dec 2004 *Other information: na

The Al-Qaida and Taliban Sanctions Committee on 23 December 2004 also approved the de-listing of one individual from its consolidated list (Al-Qaida section).  The individual is now recorded in section E of the Committee's list (Individuals and entities that have been removed from the list pursuant to a decision by the 1267 Committee).

5. *Name: 1: SHADI 2: MOHAMED 3: MUSTAFA 4: ABDALLA

Title: na Designation: na DOB: 27 Sept. 1976 POB: Irbid, Jordan *Good quality a.k.a.: a) Emad Abdelhadie, born 27 Sept. 1976 in Alhamza b) Shadi Mohammed Mustafa Abdalla, born 27 Sept. 1976 in Irbid c) Shadi Abdallha, born 27 Sept. 1976 in Irbid, Jordan d) Shadi Abdallah, born 27 Sept. 1976 in Irbid e) Emad Abdekhadie, born 27 Sept. 1976 in Athamse f) Zidan Emad Abdelhadie, born 27 Sept. 1976 in Alhamza Low quality a.k.a.: a) (Used in Belgium) Shadi Mohammed Mostafa Hasan, born 27 Sept. 1976 in Beje, Iraq, address: Rue de Pavie 42, 1000 Brussels, Belgium b) Zidan c) Zaidan d) Al Hut (English: the shark) e) Emad Al Sitawi *Nationality: Jordanian of Palestinian origin Passport no.: a) Jordanian passport no.: D 862 663, issued in Irgid, Jordan, on 10 Aug. 1993 b) Jordanian passport no.: H 641 183, issued in Irgid, Jordan, on 17 April 2002 c) German International travel document no.: 0770479, issued in Dortmund, Germany on 16 Feb. 1998 National identification no.: na Address: Imprisoned in Germany after being convicted *Removed from list on: 23 Dec 2004 *Other information: a) Name of father: Mohamed Abdalla b) Name of mother: Jawaher Abdalla, née Almadaneie

The list is updated regularly, on the basis of relevant information provided by Member States and regional organizations.  An updated list is accessible at the Committee's Web site:  **http://www.un.org/Docs/sc/committees/1267/1267ListEng.htm**.

* **** *

**HOME**

**ABOUT**

About UNIS

UN in Vienna

Events


EXHIBIT
WAMY EX. 119

Ciné-ONU

Visit the UN

Contact us

## TOPICS

UN in general

Peace and Security

Climate Change

Sustainable Development

Human Rights

Women

Humanitarian Affairs

International Law

Refugees and Migration

## MEDIA

Media Accreditation

Filming at the VIC

Contacts

Handbook for Journalists

Press Releases

## RESOURCES

Civil Society

Employment

Internships

Campaigns

Teaching Resources

## VISIT

Individual visits

Group visits

Virtual visits

UN Vienna Tour

Art Tour

Ferienspiel

FAQs

About

**United Nations**

    

Copyright ©2023 UNIS, All Rights Reserved

**LEGAL NOTICE**

**FRAUD ALERT**

**HOME**