In the Name of Allah, the Most Merciful, Most Compassionate

[logo: Lajnat al Birr al Islamiyaa]
(World Assembly of Muslim Youth)

### Administrative Resolution. No 37 Dated 10/01/1417 AH (28 May 28 1996)

* Based upon the kind recommendation to merge Lajnat al Birr al Islamiyaa with the World Assembly of Muslim Youth.
* Based upon what is enforced by reality requirements.
* Based upon our delegated powers

### We decided the following:

1. Lajnat al Birr al Islamiyaa is to be merged with its main institution (World Assembly of Muslim Youth).
2. The name to be used is World Assembly of Muslim Youth.
3. Correspondence should be in the name of the Assistant Secretary General of the World Assembly in Jeddah.
4. All balance sheets and accounts are to be settled with the World Assembly Office in Jeddah.
5. Work on all projects is to be resumed as per the previously set plan.
6. All abroad assets and properties of Lajnat al Birr al Islamiyaa offices and projects are to be transferred in favor of the World Assembly of Muslim Youth.
7. The resolution is to enter into force as of 10/01/1417 AH (28 May 1996).
8. All concerned departments are to implement the resolution as relevant to their work.

*Dr. Hamdy*
**Only Allah grants success and guides to the straight path**

**Executive Manager**

[signature]

**Dr. Essam Bin Yehia Al-Filaly**

[stamp: Lajnat al Birr al Islamiyaa - Department of Lajnat al Birr al Islamiyaa Endowments - World Assembly of Muslim Youth]

### Copy with greetings to:

1. His Excellency Dr. Mani' Bin Hammad AlJohani (Secretary General of the World Assembly of Muslim Youth/ Al-Riyadh).
2. His Excellency Dr. Oweesh Bin Harbi El-Ghamdi (Assistant Secretary General of the World Assembly of Muslim Youth/ Jeddah).
3. Pakistan and Afghanistan Offices.    4. Ethiopia Office.    5. North-Caucasus Office.
6. Indonesia Office.    7. Cairo Office (Arab Scout Organization in Cairo).
8. Kurdistan Office.

| | | | |
|---|---|---|---|
| Jeddah P.O 9072 | Jeddah 21413 | Tel: 6730941 | Fax: 6716839 |
| Mekkah Al-Mukarramah P.O 12148 | | Tel: 5589134 | Fax: 5581980 |
| Al Madinah Al Munawwarah P.O 5059 | | Tel: 8461954 | Fax: 8461681 |
| | Al-Riyadh 11443 | Tel: 4628975/4641663 | Fax: 4641710 |
| Al-Riyadh P.O 10845 | Al-Dammam 31413 | Tel: 8425116 | [illegible] |
| Al-Dammam P.O 9104 | Tel/Fax: 2260240 | | |
| Abha P.O 2300 | | | |

CONFIDENTIAL



WAMYSA027804

**EXHIBIT**

**WAMY EX. 120**

بسم الله الرحمن الرحيم



لجنة البـر الإسلامية
(الندوة العالمية للشباب الإسلامي)

## قرار إداري رقم ( ٣٧ ) بتاريخ ١٤١٧/١/١٠هـ

* فإنه بناءا على التوصية الكريمة بدمج لجنة البر الإسلامية بالندوة العالمية للشباب الإسلامي.
* وبناءا على ماتحتمه مقتضيات الواقع.
* وبناءا على الصلاحيات المخولة لنـا.

### قــررنا مايلي

١ – يتم دمج لجنة البر الإسلامية بمؤسستها الأم ( الندوة العالمية للشباب الإسلامي ).

٢ – يتم التعامل باسم الندوة العالمية للشباب الإسلامي.

٣ – يتم التخاطب باسم الأمين العام المساعد للندوة العالمية بجدة .

٤ – تتم تسوية جميع الميزانيات والحسابات مع مكتب الندوة العالمية بجدة .

٥ – يستمر العمل بجميع المشروعات حسب الخطة الموضوعة سلفاً .

٦ – يتم نقل جميع أصول ومتلكات مكاتب ومشروعات لجنة البر الإسلامية في الخارج لصالح الندوة العالمية للشباب الإسلامي.

٧ – يسري العمل بموجب هذا القرار اعتباراً من ١٤١٧/١/١٠هـ .

٨ – على جميع الإدارات المعنية تنفيذه كلاً فيما يخصه .



والله الموفق والهادي الى سواء السبيل ،،

المدير التنفيذي

 

/ د. عصام بن يحيى الفيلالي

### صورة مع التحية الى :–

١ – سعادة الدكتور / مانع بن حماد الجهني ( الأمين العام للندوة العالمية للشباب الإسلامي / بالرياض ) .

٢ – سعادة الدكتور / عويش بن حربي الغامدي ( الأمين العام المساعد للندوة العالمية للشباب الإسلامي / جده ) .

٣ – مكتب باكستان ، وأفغانستان.   ٤ – مكتب الجبهة.   ٥ – مكتب شمال القفقاس .

٦ – مكتب أندونيسيا.   ٧ – مكتب القاهرة ( المظومة الكشمية العربية بالقاهرة ).

٨ – مكتب كردستان . ✓

| | | | | | |
|---|---|---|---|---|---|
| فاكس ٦٧١٦٨٣٩ | هاتف ٦٧٣٠٩٤١ | ٢١٤١٣ | جــــدة | ٩٠٧٢ | حـــــدة ص . ب |
| فاكس ٥٥٨١٩٨. | هاتف ٥٥٨٩١٣٤ | | | ١٢١٤٨ | مكة المكرمة ص . ب |
| فاكس ٨٤٦١٦٨١ | هاتف ٨٤٦١٩٥٤ | | | ٥٠٩ | المدينة المنورة ص . ب |
| فاكس ٤٦٤١٧١. | هاتف ٤٦٤١٦٦٣/٤٦٢٨٩٧٥ | ١١٤٤٣ | الرياض | ١٠٨٤٥ | الرياض ص . ب |
| CONFIDENTIAL فاكس | هاتف ٨٤٢٥٠١١٦ | ٣١٤١٣ | الدمام | ٩١٠٤ | الدمام ص . ب |
| فاكس ٨١١٩ ٧ | | | | ٢٣٠٠ | |

WAMYSA027804

**CERTIFIED TRANSLATION**

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Arabic to English and vice versa; and they have professionally translated the document referenced as **"WAMYSA 27804"** from Arabic to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: July 11, 2019

Wolf Markowitz

Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021