

**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

No. Without number

Date:

Meeting Minutes

Committee for the Liquidation and Merger of the "Islamic Benevolence Committee"

World Assembly of Muslim Youth

in accordance with the provisions of their respective regulations

Thursday, June 13, 1996

Attendees: -

1-  Dr. Suleiman bin Nasser Basahl – President
2-  Dr. Aweesh bin Harbi Al-Ghamdi – Member
3-  Dr. Ibrahim bin Saleh Abu al-Ala – Member

The following individuals were absent from the meeting: -

1-  His Excellency Dr. Manaa bin Hammad Al-Johani
2-  His Excellency Dr. Mohammed bin Ali Al-Qari

Meeting Agenda: -

Discussion of the reports submitted by the Islamic Committee to

The World Assembly of Muslim Youth announced the dissolution of the committee and its merger with the Assembly.

[signature]

[signature]

[signature]

جدة ـ الشمال الغربي لتقاطع الستين مع شـارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ١٨٧٨ ٦٦٠١(٠٢)ـ فاكس : ٦٦٠٢٦٤٥(٠٢)ـ برقياً : رامي جدة ـ ص . ب ٨٨٥٦ جدة ٢٤٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

**EXHIBIT**
**WAMY EX. 121**

WAMYSA032014



World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

Number:

Date:

Introduction: -

The minutes of the meeting of the Executive Council of the World Assembly of Muslim Youth, held during its seventh session on June 13, 1996, refer in Article 7—concerning activity committees (p. 4)—to the decision to dissolve the Islamic Benevolence Committee and to form a committee for this purpose, whose task is to exercise full oversight and follow up on procedural matters. Its members are:

1. Dr. Manaa bin Hammad al-Johani

2. Dr. Aweesh bin Harbi Al-Ghamdi

3. Dr. Issam bin Yahya al-Filali

4. Dr. Mohammed bin Ali Al-Qari

Dr. Aweesh Al-Harbi noted that the name of Dr. Suleiman Bashel, a member of the General Secretariat Council and chairman of the committee, had been omitted by mistake in the minutes of the aforementioned General Secretariat Council meeting. During the meeting, he contacted Dr. Mana Al-Johani, Secretary-General of the World Assembly of Muslim Youth, to inform him of this and of the need to avoid such errors in the future.

Dr. [Name] also attended the meeting. Ibrahim bin Saleh Abu Al-Ela, Assistant Executive Director, acting on behalf of His Excellency Dr. Essam bin Yahya Al-Filali, in accordance with Administrative Decision (36/17) dated May 18, 1996, pursuant to which Dr. Ibrahim Abu Yahya, representing the Islamic Benevolence Committee, in the settlement procedures and the signing of the handover and acceptance reports with the World Assembly of Muslim Youth (a copy of the decision is attached).

[signature]

[signature]

[signature]

﴿٢﴾

جدة ـ الشمال الغربي لتقاطع الستين مع شـارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢) ـ فاكس : ٦٦٠٢٦٤٥(٠٢) ـ برقياً : وامي جدة ـ ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601876 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA032015



**World Assembly of Muslim Youth**                                    الندوة العالمية للشباب الاسلامي

Number:

Date:

Meeting Agenda

Item 1: -

The committee chairman, His Excellency Dr. Sulaiman bin Nasser Basahl, opened the meeting by praising Allah the Almighty and sending prayers and peace upon His noble Prophet, may Allah's blessings and peace be upon him. He then explained that this committee has a specific objective: to conduct the handover process from the representative of the Islamic Benevolence Committee, His Excellency Dr. Ibrahim Abu Al-Ala, while leaving it to the specialized committees within the Assembly and the committee to finalize and follow up on the technical matters.

Item 2: -

His Excellency Dr. Sulaiman bin Nasser Basahl referred to the reports on the activities of the Islamic Benevolence Committee presented by the Committee's representative on June 8, 1996, and proposed that these three reports be adopted as an integral part of these minutes.

These reports consist of three parts:

 Part One: -

It includes a report on administrative and personnel matters at the Jeddah office, a report on the Information Center, a report on financial management, and a report on Al-Bar Endowments.

Part Two: -

 It includes a report on the committee's projects and programs abroad, which are as follows:

 A. Projects and Programs of the Pakistan and Afghanistan Office:

   1-   Prince Abdulmohsen bin Abdulaziz Hospital Project.
   2-   The Abu Hanifa Higher Institute Project.
   3-   Al-Bar Industrial Institute Project
   4-   Orphan Sponsorship Program.
   5-   The Dar Al-Arqam Orphan Care Project.

   [signature] – [signature] – [signature]

جدة ـ الشمال الغربي لتقاطع الستين مع شارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)ـفاكس : ٦٦٠٢٦٤٥(٠٢)ـبرقياً : رامي جدة ـ ص. ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                   WAMYSA032016



**World Assembly of Muslim Youth**                                    الندوة العالمية للشباب الإسلامي

Number:

Date:

B. The Committee's activities in Indonesia.

    1- Mosques.
    2- Al-Sanusi Islamic Center (House of the Newly Guided)
    3- Support for educational institutions.
    4- Support for the Saudi Al-Haramain Academy.

C. Projects and Programs of the North Caucasus Office:-

    1- King Fahd Islamic Institute Project.
    2- Al-Bar School Project.
    3- A support program for a Chechen refugee camp.
    4- The Sponsorship Program for People with Disabilities.

D. Program of the Committee's Office in Cairo, in coordination with the Scout Organization.

    1- Program to Support Low-Income Families.
    2- Assistance for international students at Al-Azhar University.
    3- Publications warning of the dangers of drugs.

E. Kurdistan (Iraq) Office Program:

    1- Mosques.
    2- Support for the orphanage.
    3- Sponsoring orphans.
    4- Quran memorization centers.
    5- Mobile medical clinics.

[signature] – [signature] – [signature]

﴿٤﴾

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢)-برقياً : وامي جدة-ص.ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                 WAMYSA032017



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الإسلامي

Number:

Date:

F. The Abyssinian Office Program:

1- Well Drilling
2- Student Sponsorship
3- Mosques
4- Sponsorship of Preachers

G. Seasonal programs (see report).

H. Miscellaneous programs.

I. Documents regarding the coordination between the Land Committee and United Nations agencies and other international organizations.

F. Categorization of projects and programs.

Part Three: -

Report on the visit to Pakistan by Dr. Hamdi Al-Morsi, Director of Projects and Follow-up at the Islamic Benevolence Committee, and the achievements of that visit (Appendix to the Projects and Programs Report).

His Excellency Dr. Abu al-Ala noted that these reports played a significant and effective role in saving the committee a great deal of effort, as they served as the basis for the proper receipt and processing of the documents.

Item 3: -

During the meeting, the committee focused its discussion on the financial status of the Land Committee; consequently, the discussion centered primarily on the committee's financial report and its accompanying financial statements, as follows:

1- Cash balances in the accounts of the Islamic Benevolence Committee as of June 1, 1996.
2- Net revenue and its breakdown into assets, accounts receivable, accounts payable, investments, inventory, and administrative expenses for the period from June 29, 1995 to June 1, 1996.
3- List of Covenants. 4. List of advances.
4- Investments. 6. Endowments.

[signature] – [signature] – [signature]

جدة ـ الشمال الغربي لتقاطع الستين مع شـارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)ـ فاكس : ٦٦٠٢٦٤٥(٠٢)ـ برقياً : رامي جدة ـ ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Silten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                 WAMYSA032018



**World Assembly of Muslim Youth**                                                 الندوة العالمية للشباب الاسلامي

Number:

Date:

Revenues from endowments for the years 1994-1995 from the Committee's building in the Al-Sharafiyah neighborhood on Prince Fahd Street and the building in the Mushrifa neighborhood on Prince Majid Street (70th Street) amounted to 415,500 riyals and 1,017,000 riyals, respectively. Thus, the total income from endowments for the years 1994-1995 was (1,432,500 riyals). For further details, please refer to the Endowments Administration report in the first section of the reports.

6 – The Committee invests its resources in a number of investment vehicles, which are as follows:

| Endowments | Amount |
|---|---|
| Dala Al-Baraka Investment in Jeddah | 7,500,000.00 |
| Social Investment Bank of Bangladesh | 375,051.00 |
| Islamic Gulf Investment Company | 301.88 |
| Total | 7,875,352.88 |

After two hours of continuous discussion, the committee issued a set of recommendations

[signature] – [signature] – [signature]

جــدة ــ الشمال الغربي لتقاطع الستين مع شــارع فلسطين ــ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)ــ فاكس : ٦٦٠٢٦٤٥(٠٢)ــ برقياً : رامي جدة ــ ص . ب ٨٨٥٦ جـدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                                                   WAMYSA032019



**World Assembly of Muslim Youth**     الندوة العالمية للشباب الاسلامي

Number:

Date:

Recommendations

1. The financial report, the report on projects and programs, and the inventory lists prepared by internal and external offices serve as the basis for the handover process.
2. The advance report included in the financial statements, which states that the total amount of advances is 69,000 riyals in the form of personal advances, is to be repaid according to the same terms under which they were granted
3. The amount of SAR 2,075,574, as recorded in the list of commitments attached to the financial report, constitutes a commitment by the Al-Bar Committee to its domestic and international offices and to individuals cooperating with the Committee in the implementation of its programs.
4. The Committee in session certifies that the total cash balances in the Islamic Benevolence Committee's bank accounts amount to (97,703,205.07) Saudi riyals; the bank statements supporting this are attached to this report, It should be noted that these funds are donations earmarked for specific programs to which the Committee has committed, and the Assembly is committed to disbursing them for their designated purposes.
5. The committee has established a number of major health, educational, training, and social projects, such as: Prince Abdulmohsen bin Abdulaziz Hospital, the Abu Hanifa Higher Institute, the Al-Bar Industrial Institute, the Dar Al-Arqam Orphanage Project, Al-Bar School, and other projects in Pakistan, Indonesia, the Caucasus, Kurdistan (Iraq), Egypt (Cairo), and Ethiopia. Consequently, existing cash reserves, endowments, and investments are barely sufficient to fund these projects for even a short period, especially under the current circumstances.
6. Dr. Ibrahim Abu al-Ala, representative of the Islamic Benevolence Committee, has instructed all domestic and overseas offices to conduct an inventory of all fixed and current assets, inspect them, and submit the results to the office of the World Assembly of Muslim Youth in Jeddah.
7. All designated donations are allocated to their intended purposes in fulfillment of the Islamic Benevolence Committee's obligations to the donors who have placed their trust in it
8. The staff of the Islamic Benevolence Committee will be transferred to the staff of the World Assembly of Muslim Youth
9. The budget for the years 1993-1994 serves as the basis for the budgets of subsequent years.

The meeting concluded with supplications, prayers, and blessings upon the Messenger of Allah and those close to him,

Dr. Ibrahim bin Saleh Abu al-Ala (Member) - [signature] – July 1, 1996

Dr. Aweesh bin Harbi Al-Ghamdi (Member) - [signature] – July 1, 1996

Dr. Suleiman bin Nasser Basahl (Chairman) – [signature] – July 1, 1996

جدة- الشمال الغربي لتقاطع الستين مع شـارع فلسطين-هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ (٠٢)-فاكس : ٦٦٠٢٦٤٥(٠٢)-برقياً : وامي جدة-ص.ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                      WAMYSA032020



بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقم ........ بدون رقم لا ........

التاريخ ........................

<u>محضر اجتماع</u>

<u>لجنة تصفية " لجنة البر الإسلامية " ودمجها</u>

<u>بالندوة العالمية للشباب الإسلامي</u>

<u>وفقاً لما نصت عليه لوائح كل منهما</u>

<u>الخميس ١٤١٧/١/٢٧هـ</u>

<u>الحضــــــــور</u> : –

| | | |
|---|---|---|
| ١ – | د. سليمـــان بن ناصر باسهــل | رئيساً |
| ٢ – | د. عويش بن حربي الغامــــدي | عضــواً |
| ٣ – | د. ابراهيـــم بن صالح أبو الـعلا | عضـواً |

وتغيب عن الإجتماع كل من :–

١ – سعادة الدكتور | مانع بن حماد الجــهني

٢ – سعادة الدكتور | محمد بن علي القـري

<u>أجنـــدة الإجتمـاع</u> :–

مناقشة التقارير المقدمة من لجنة البر الإسلامية الى

الندوة العالمية للشباب الإسلامي ايذاناً بتصفية اللجنة ودمجها بالندوة.

جدة– الشمال الغربي لتقاطع الستين مع شـارع فلسطين– هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)– فاكس : ٦٦٠٢٦٤٥(٠٢) –برقياً : وامي جدة– ص. ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                    WAMYSA032014



بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**

**الندوة العالمية للشباب الاسلامي**

...................... الرقم

...................... التاريخ

**مقـدمـة :-**

أشـار محضـر اجتمـاع مجلـس أمانـة النـدوة العـالمية للشباب الإسلامي في دورتـه السـابعة بتاريخ ٥،٦/١/١٤١٧هـ في المادة السابعة والمتعلقة بلجان النشاط (ص٤) الى قرار تصفية لجنة البر الاسلامية ، وتشكيل لجنة لهذا الغرض مهمتها الاشراف الكامل و متابعة النواحي الاجرائية، وأعضاؤها هم :

١ - د. مانع بن حماد الجهـــــــني
٢ - د. عويش بن حربي الغــامـدي
٣ - د. عصـــام بن يحيى الفيــلالي
٤ - د. محمـــد بن علي القــــري

وقد أوضح د. عويش الحربي أن اسم الدكتور سليمان باسهل عضو مجلس الأمانة ورئيس اللجنة سقط سهواً في الطباعة – من محضر إجتماع مجلس الأمانة العامة المذكور أعلاه – واتصـل في أثناء الاجتمـاع بـالدكتور مـانع الجهني الأمين العام للندوة العالية للشباب الإسلامي وأبلغه بذلك وبضرورة تفادي هذا الخطأ .

كما حضر الإجتماع د. ابراهيم بن صالح أبو العلا المدير التنفيذي المساعد نيابة عن سعادة الدكتور عصام بن يحيى الفيلالي، وذلك طبقاً للقرار الادراي (١٧/٣٦) في ١/١/١٤١٧هـ والذي كلف بموجبه د. ابراهيم أبو العلا بتمثيل لجنة البر الاسلامية في عمليات التصفية والتوقيع على محاضر الاستلام والتسليم مع الندوة العالمية للشباب الاسلامي ( مرفق صورة من القرار ).

جـدة۔ الشمال الغربي لتقاطع الستين مع شـارع فلسطين۔ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)۔ فاكس : ٦٦٠٢٦٤٥(٠٢)۔ برقياً : وامي جدة۔۔ ص . ب ٨٨٥٦ جـدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA032015



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقــم ..................................

التاريخ ..................................

<div dir="rtl">

## فعاليـات الإجتمـاع

### البنـد الأول :-

بدأ رئيس اللجنة سعادة الدكتور / سليمان بن ناصر باسهل الإجتماع بحمد الله تعالى والصلاة والسلام على نبيه الكريم صلى الله عليه وسلم ثم أوضح أن لهذه اللجنة هدف محدد هو القيام بعملية الاستلام من ممثل لجنة البر الإسلامية سعادة الدكتور / ابراهيم أبو العلا. على أن يترك للجان التخصصية في الندوة وفي اللجنة انهـاء الأمـور الفنية ومتابعتها.

### البنـد الثانـي :-

أشار سعادة الدكتور /سليمان بن ناصر باسهل إلى تقارير مناشط لجنة البر الإسلامية التي قدمهـا ممثل اللجنـة في يوم ١٤١٧/١/٢٢هـ ، وأقترح إعتماد هذه التقارير الثلاثة كجزء لا يتجزأ من هذا المحضر .

تتكون هذه التقارير من ثلاثة أجزاء :-

الجز الأول :-

يضم تقريراً عن الشئون الادارية وشئون الموظفين بمكتب جدة وتقريراً عن مركز المعلومات وتقريراً عن الادارة المالية وآخر عن أوقاف البر .

الجزء الثاني: -

يضم تقريراً عن مشروعات اللجنة وبرامجها في الخارج وهي :-

أ – مشروعات وبرامج مكتب باكستان وأفغانستان :-

١ – مشروع مستشفى الأمير عبدالمحسن بن عبدالعزيز.

٢ – مشروع معهد أبي حنيفة العالي .

٣ – مشروع معهد البر الصناعي .

٤ – مشروع كفالة الأيتام.

٥ – مشروع دار الأرقم لرعاية الأيتام .

</div>

جـدة- الشمال الغربي لتقاطع الستين مع شـارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)_فاكس : ٦٦٠٢٦٤٥(٠٢)-برقياً : وامي جدة- ص . ب ٨٨٥٦ جـدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA032016



World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

الرقـم ...................................

التاريخ ...................................

ب – مناشط اللجنة في اندونيسيا.

١ – المساجد .

٢ – مركز السنوسي الإسلامي ( دار المهتدين الجدد ) .

٣ – دعم المعاهد التعليمية .

٤ – دعم أكاديمية الحرمين السعودية .

جـ – مشروعات وبرامج مكتب شمال القفقاس :-

١ – مشروع معهد الملك فهد الاسلامي .

٢ – مشروع مدرسة البر .

٣ – برنامج رعاية مخيم للاجئين الشيشان .

٤ – برنامج كفالة المعوقين.

د – برنامج مكتب اللجنة بالقاهرة بالتنسيق مع المنظمة الكشفية .

١ – برنامج تأهيل أسر فقيره .

٢ – مساعدة الطلاب المغتربين بالأزهر الشريف .

٣ – مطبوعات للتحذير من أخطار المخدرات.

هـ – برنامج مكتب كردستان | العراق :-

١ – المساجد .

٢ – دعم دار الأيتام.

٣ – كفالة الأيتام.

٤ – مراكز التحفيظ.

٥ – العيادات الطبية المتنقلة.

﴿ ٤ ﴾

جـدة– الشمال الغربي لتقاطع الستين مع شـارع فلسطين– هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)– فاكس : (٠٢)٦٦٠٢٦٤٥ –برقياً : وامي جدة– ص . ب ٨٨٥٦ جـدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA032017



**World Assembly of Muslim Youth**            الندوة العالمية للشباب الاسلامي

الرقم ....................................

التاريخ ....................................

و – برنامج مكتب الحبشة :-

١ – حفر آبار          ٢ – كفالة طلاب

٣ – المساجد          ٤ – كفالة دعاة

ز – البرامج الموسمية ( راجع التقرير ) .          ح – البرامج المتفرقة .

ط – وثائق تنسيق لجنة البر مع منظمات الأمم المتحدة والمنظمات الدولية الأخرى.

ي – التصنيف النوعي للمشروعات والبرامج.

الجزء الثالث : –

تقرير عن زيارة مدير المشروعات والمتابعة في لجنة البر الإسلامية الدكتور / حمدي المرسي الى باكستان وماتم انجازه خلال تلك الزيارة ( ملحق لتقرير المشروعات والبرامج).

ثم أشار سعادة د. أبو العلا إلى أن هذه التقارير ساهمت بشكل فعال وبارز في توفير جهـد كبير على اللجنة المجتمعة لأنها اعتبرت الوثائق التي سيتم على أساسـها عمليـة الاستلام والتسليم .

## البند الثالث :-

ركزت اللجنة في نقاشها خلال الإجتماع على الوضع المالي للجنة البر ، وعليه فقد انحصر جل النقـاش حـول التقرير المالي للجنة وملحقاته من القوائم المالية التالية :-

١ – الأرصدة النقدية لحسابات لجنة البر الإسلامية حتي يوم ١٤١٧/١/١٥هـ .

٢ – صافي الإيرادات وتقسيماتها إلى أصول وعهد وسلف واستثمار وبضاعة ومصاريف ادارية للفترة من ١٤١٦/٢/١هـ وحتى ١٤١٧/١/١٥هـ.

٣ – قائمة العهـد .          ٤ – قائمة السلف .          ٥- الإستثمارات .          ٦- الأوقاف .

جدة- الشمال الغربي لتقاطع الستين مع شـارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)-فاكس : ٦٦٠٢٦٤٥(٠٢)-برقياً : وامي جدة- ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                 WAMYSA032018





World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

.................... الرقـــم

.................... التاريخ

هذا وقد بلغت إيرادات الأوقاف لعام ١٤١٦هـ من عمارتى اللجنة فى حى الشـريفية ، شـارع الأمير فهـد ، وعمارة حى مشرفة ، شارع الأمير ماجد، (شارع السبعين) (٤١٥,٥٠٠ ريـالا) ، (١,٠١٧,٠٠٠ ريالا) على الترتيب . وبالتاى يكون إجمالى دخل الأوقاف لعام ١٤١٦هـ (١,٤٣٢,٥٠٠ ريالا) ولمزيـد من التفاصيل الرجاء الرجوع إلى تقرير إدارة الأوقاف فى الجزء الأول من التقارير .

٦- تستثمر اللجنة مواردها فى عدد من الأوعية الإستثمارية وهذه الأوعية هى :

| الوعاء | المبلغ |
|---|---|
| دلة البركة للإستثمار فى جدة | ٧,٥٠٠,٠٠٠,٠٠ |
| بنك الإستثمار الإجتماعى فى بنجلاديش | ٣٧٥,٠٥١,٠٠ |
| الشركة الإسلامية للإستثمار الخليجى | ٣٠١:٨٨ |
| الإجمالى | ٧,٨٧٥,٣٥٢:٨٨ |

وعلى مدى ساعتين من النقاش المستمر خرجت اللجنة بمجموعة من التوصيات

جـدة ـ الشمال الغربي لتقاطع الستين مع شـارع فلسطـين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢) ـ فاكس : ٦٦٠٢٦٤٥(٠٢) ـ برقياً : وامي جدة ـ ص . ب ٨٨٥٦ جـدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA032019



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقـم ........................

التاريخ ........................

## التوصيـــــات

١– يعتمد التقرير المالى ، وتقرير المشروعات والبرامج ، وقوائم الجـرد التـى تعدهـا المكاتب الداخلية والخارجية كأساس لعملية الإستلام والتسليم .

٢– يعتبر تقرير السلف المدرج ضمن القوائم المالية والذى يوضح ان إجمالى السلف مقداره ( ٦٩,٠٠٠ ) ريال كسلف شخصية تسدد بنفس المعايير التى أعطيت على أساسها

٣– يعتمد المبلغ ( ٢,٠٧٥,٥٧٤ ) ريال سعودى والمسجل بقائمة العهد الملحقة بالتقرير المالى عهدا للجنة البر لـدى المكاتب الداخلية والخارجية والأفراد المتعاونين مـع اللجنة فـى تنفيذ برامجها .

٤– تصادق اللجنة المجتمعة على أن إجمالى الأرصدة النقدية فى حسابات لجنة البر الإسلامية بالبنوك قدرها ( ٧,٧٠٣,٢٠٥/٩٧ ) ريالا سعوديا ويرفق بهذا التقرير الكشوف البنكية التى تؤيد ذلك ، علما بان هذه الأموال هى تبرعات مخصصة لبرامج محددة قد إلـتزمت بها اللجنـة وتلتزم الندوة فى صرفها فى الأوجه المحددة لها .

٥– حيث أن اللجنة إنشأت عددا مـن المشاريع الكبيرة الصحيـة والتعليميـة والتدريبيـة والإجتماعية مثل : مستشفى الأمير عبد المحسن بن عبد العزيز ، معهد أبى حنيفة العـالى ، ومعهد البر الصناعى ، ومشروع دار الأرقم لرعاية الأيتـام ، ومدرسة البر وغيرها مـن المشـاريع فـى الباكستان ، إندونيسيا ، القفقاس ، وكردستان ( العراق ) ، ومصر ( القـاهرة ) ، الحبشة . وبالتالى فإن الأرصدة النقدية الموجودة ، والأوقاف والإستثمارات لاتكاد تكفى هذه المشاريع إلا لفترة وجيزة خصوصا فى الظروف الحالية .

٦– يكلف د. إبراهيم أبو العلا ممثل لجنـة البر الإسلامية بمخاطبـة جميـع المكـاتب الداخلية والخارجية بضرورة إجراء جرد وحصر لكـل الأصـول الرأسماليـة الثابتـة والمتغيرة ومن ثم فحصها وتسليمها إلى مكتب الندوة العالمية للشباب الإسلامى فى جدة .

٧– تصرف كافة التبرعات المخصصة فى أوجهها وفاء بإلتزامـات لجنـة البر الإسلامية مـع المتبرعين الذين وثقوا فيها

٨– ينقل ملاك جميع موظفى لجنة البر الإسلامية إلى ملاك الندوة العالمية للشباب الإسلامى

٩– تعتبر ميزانية عام ١٤١٥هـ كأساس تبنى عليه ميزانيات الأعوام التالية .

إنتهى الإجتماع بالدعاء والصلاة والسلام على رسول الله ومن والاه ،،

د. إبراهيم بن صالح أبو العلا (عضوا)    د.عويش بن حربى الغامدى (عضوا)    د.سليمان بن ناصر باسكل (رئيسا)

ه ١٤١١/٤/١٥                    ١٧/٤/١٥                    ١٤٧/٤/١٥

جدة– الشمال الغربي لتقاطع الستين مع شـارع فلسطين– هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)– فاكس : ٦٦٠٢٦٤٥(٠٢) –برقياً : وامي جدة– ص . ب ٨٨٥٦ جـدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                    WAMYSA032020



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA032014-WAMYSA032020-May 23 1996 re liquidation as agreed to**

Sworn to before me this

_26_ day of _MARCH_ of 2026

_____
Translation Manager



_____
Notary

 **MEMBER**
American Translators Association



Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling