**Clarification Regarding the Work and Dissolution of the Al-Bar Committee**

**The Committee's Establishment**

The Al-Birr Committee was established in 1408 AH (1988 CE) under the auspices of the World Assembly of Muslim Youth to achieve the following objectives:

1) Providing financial assistance and social services to Muslims in need.

2) Providing for orphans and establishing care homes for them.

3) Building and restoring mosques.

4) Establishing schools, educational and vocational institutes, and centers for memorizing the Holy Quran.

5) Sponsoring preachers.

6) Establishing hospitals, health centers, and medical clinics.

7) Land reclamation and well drilling.

Organizational Structure of the Committee

The committee consisted of the following:

1) Board of Trustees: He oversees the committee's work and has full authority to achieve its objectives; the committee consists of nine members, including scholars, professors from Saudi universities, and business leaders.

2) Executive Branch: It is responsible for implementing the decisions, policies, and programs approved by the Board of Trustees, and consists of the following offices, departments, and divisions:

A. Office of the Executive Director of the Committee.

CONFIDENTIAL

EXHIBIT

WAMY EX. 122

WAMYSA065181

B. Office of Assistants and Advisors.

C. Jeddah Office.

D. The Resource Development Department, which comprises several sub-departments.

E. Department of Studies and Projects.

F. Administrative Affairs Department.

G. Financial Management.

H. Department of Endowments.

I. Department of Media, Advertising, and Public Relations.

J. Information Center.

K. Computer.

Some of the Committee's achievements

1. Establishment of 24 elementary schools.

2. The opening of eight educational and vocational institutes.

3. Establishment of 11 centers for memorizing the Holy Quran.

4. Sponsoring more than 5,000 orphans.

5. Building four homes for orphans and renovating others.

6. Providing emergency relief to those affected and in need in many Muslim countries.

7. Contributing to the establishment of the King Fahd Islamic Center in Niger (a mosque, a school complex, an institute for training Arabic language teachers, a research unit, and a clinic).

8. The King Fahd Islamic Institute was established in the Republic of Ingushetia. It has 150 male students and 70 female students who study Arabic, the Holy Quran, and Islamic studies.

CONFIDENTIAL

WAMYSA065182

9. Establishment of the Al-Bar Industrial Institute in Pakistan, offering programs in carpentry, machining, and automotive mechanics.

The History and Dissolution of the Islamic Charity Committee

1) The Al-Birr Committee has been operating since 1988 under the auspices of the World Assembly of Muslim Youth, with the primary aim of assisting orphans and the poor.

2) In 1413 AH (1993 CE), the Assembly dismissed Mr. Adel Batarji, Executive Director of the Al-Bar Committee, and replaced him with Dr. Hassan Bahafzullah.

3) In 1416 AH, Essam Filali was appointed Executive Director of the Al-Bar Committee, replacing Dr. Hassan, may God protect him.

4) On 27 Rabi' al-Thani 1416 AH, the Saudi Minister of the Interior issued Order No. 1/Sh/2728, dated 27 Rabi' al-Thani 1416 AH, directing the suspension of the activities of the Al-Birr Committee in the Kingdom and the closure of its offices.

5) On 17/8/1416 AH, the office of the Islamic Relief Committee in Pakistan received a letter from the Deputy Inspector General of Police of the "Special Unit for Foreign Affairs" in Peshawar, requesting that the office obtain a certificate of no objection to operate in Pakistan from the Government of the Kingdom of Saudi Arabia, and another certificate with the same content from the Saudi Embassy in Pakistan.

6) On 13/11/1416 AH, the Secretary-General of the Assembly sent a proposal to the Minister of Islamic Affairs to dissolve the Al-Birr Committee and issue a decision to establish an alternative initiative called the "Program for the Care of Muslim Orphans and Boys" and to transfer the funds of the Al-Birr Committee to the Assembly. This proposal was based on the difficulties faced by the Committee in carrying out its work,

CONFIDENTIAL

WAMYSA065183

This is also based on the memorandum submitted by Dr. Essam Al-Filali, Executive Director of the Al-Bar Committee, to the Minister of Islamic Affairs regarding this matter as well.

7) Based on the proposal presented by the Secretary-General of the World Assembly of Muslim Youth to the Board of Trustees of the World Assembly of Muslim Youth, the Board issued a resolution on 5/1/1417 AH to dissolve the Islamic Charity Committee in accordance with the provisions of the Assembly's and the Committee's bylaws, and to form a committee to oversee the dissolution process, given the difficulties it faced during its work and the failure of efforts made with officials to convince them to allow its work to continue within the Kingdom.

8) On 11/1/1417 AH, Dr. Issam Filali and Dr. Ain Ibrahim Saleh Abu al-Ala in his place to carry out the liquidation and dissolution of the committee.

9) On 15 Rabi' al-Awwal 1417 AH, the Minister of the Interior sent a telegram to the Minister of Islamic Affairs, Endowments, Da'wah, and Guidance, bearing the reference number 1Sh/3/882 and dated 15 Rabi' al-Awwal 1417 AH, requesting an inventory of the assets of the Al-Birr Committee and the deposit of the corresponding funds into the account of the Ministry of Islamic Affairs.

10) On 15 Rabi' al-Awwal 1417 AH, the Ministry of the Interior instructed the Assembly to deposit the funds allocated to the Charity Committee, after they had been tallied, into the account of the Ministry of Islamic Affairs; and on 18 Rabi' al-Thani 1417 AH, a letter was received from the Ministry of Islamic Affairs addressed to the Assembly requesting the same.

11) On 7/7/1417 AH, a letter was received from the Ministry of Islamic Affairs regarding the suspension of the committee's activities, the closure of its headquarters, and the submission of an inventory of the committee's assets.

12) On 19/5/1417 AH, the Assembly transferred the sum of "8,130,982" (eight million, one hundred thirty thousand, nine hundred eighty-two) Saudi riyals to the account of the Ministry of Islamic Affairs, representing the net funds of the Charity Committee.

CONFIDENTIAL

WAMYSA065184

13) On 24/10/1417 AH, the Assistant Secretary-General of the Jeddah Assembly issued a decision to eliminate a number of positions at the Assembly's office in Pakistan and to dissolve the Al-Bir Industrial Institute, which was affiliated with the Al-Bir Committee.

14) The Ministry of Islamic Affairs subsequently returned the funds to the Assembly, given that there were outstanding financial obligations related to the projects, so that the relevant parties could be reimbursed from this amount.

15) P.O. Box No. 1055 was assigned to the Abu Hanifa Institute in Peshawar, and both the Assembly and the Charity Committee used the same box for their correspondence.

CONFIDENTIAL

WAMYSA065185

# توضيح حول عمل لجنة البر وحلها

## نشأة اللجنة.

أنشئت لجنة البر في عام ١٤٠٨هـ ١٩٨٨م تحت مظلة الندوة العالمية للشباب الإسلامي وذلك لتحقيق الأهداف التالية:

١) تقديم العون المادي والرعاية الاجتماعية للمسلمين المحتاجين.

٢) كفالة الأيتام وإنشاء دور الرعاية لهم.

٣) بناء المساجد وترميمها.

٤) إنشاء المدارس والمعاهد التربوية والمهنية ومراكز تحفيظ القرآن الكريم.

٥) كفالة الدعاة.

٦) إنشاء المستشفيات والمراكز الصحية والعيادات الطبية.

٧) استصلاح الأراضي وحفر الآبار.

## الهيكل التنظيمي للجنة.

كانت اللجنة تتكون مما يلي:

١) مجلس المشرفين: ويشرف على أعمال اللجنة، وله كامل الصلاحيات اللازمة لتحقيق أهدافها، ويتكون من تسعة أعضاء من أهل العلم وأساتذة الجامعات السعودية ورجال الأعمال.

٢) الجهاز التنفيذي: ويختص بتنفيذ القرارات والسياسات والبرامج التي يقرها مجلس المشرفين، ويتكون من المكاتب والإدارات والأقسام التالية:

أ. مكتب المدير التنفيذي للجنة.

CONFIDENTIAL

WAMYSA065181

ب.    مكتب المساعدين والمستشارين.

ت.    مكتب جدة.

ث.    إدارة تنمية الموارد ، وتشتمل على عدة أقسام فرعية.

ج.    إدارة الدراسات والمشاريع.

ح.    إدارة الشئون الإدارية.

خ.    الإدارة المالية.

د.    إدارة الأوقاف.

ذ.    إدارة الإعلام والإعلان والعلاقات العامة.

ر.    مركز المعلومات.

ز.    الحاسب الآلي.


## بعض إنجازات اللجنة:

١.    إنشاء ٢٤ مدرسة إبتدائية.

٢.    افتتاح ثمانية معاهد تربوية ومهنية.

٣.    إنشاء ( ١١ ) مركزاً لتحفيظ القرآن الكريم.

٤.    كفالة أكثر من ( ٥٠٠٠ ) يتيم.

٥.    بناء أربع دور للأيتام وترميم أخرى.

٦.    تقديم الإغاثة العاجلة للمتضررين والمحتاجين في العديد من الدول الإسلامية.

٧.    المساهمة في إنشاء مركز الملك فهد الإسلامي بالنيجر ( مسجد ومجمع مدرس ومعهد لتدريب معلمي اللغة العربية ووحدة بحوث ومستوصف).

٨.    إنشاء معهد الملك فهد الإسلامي في جمهورية الأنغوش ويبلغ طلابه ١٥٠ طالباً و٧٠ طالبة يدرسون اللغة العربية والقرآن الكريم والعلوم الشرعية.

CONFIDENTIAL    WAMYSA065182

٩. إنشاء معهد البر الصناعي في باكستان، ويضم تخصصات النجارة والخراطة وميكانيكا السيارات.

## مراحل عمل لجنة البر الإسلامية وحلها

١) كانت لجنة البر تعمل منذ عام ١٩٨٨م تحت مظلة الندوة العالمية للشباب الإسلامي، وتهدف بشكل رئيسي لمساعدة الأيتام والفقراء.

٢) في عام ١٤١٣هـ الموافق ١٩٩٣م أقالت الندوة الأستاذ عادل بترجي المدير التنفيذي للجنة البر، وحل مكانه الدكتور حسن باحفظ الله.

٣) في عام ١٤١٦هـ تم تعيين عصام فيلالي مديراً تنفيذياً للجنة البر بدلاً من د.حسن باحفظ الله .

٤) في ١٤١٦/٢/٢٧هـ صدر أمر من وزير الداخلية السعودي يحمل رقم ١/ش/٢٧٢٨ بتاريخ ١٤١٦/٢/٢٧هـ وينص على إيقاف أعمال لجنة البر في المملكة وإغلاق مقارها.

٥) في ١٤١٦/٨/١٧هـ تلقى مكتب لجنة البر الإسلامية في باكستان خطاباً من نائب المفتش العام للشرطة " الوحدة الخاصة بشئون الأجانب" في بيشاور يطلب فيه ضرورة حصول المكتب على شهادة عدم ممانعة للعمل في باكستان من حكومة المملكة العربية السعودية، وشهادة أخرى بنفس المضمون من السفارة السعودية بباكستان.

٦) في ١٤١٦/١١/١٣هـ أرسل الأمين العام للندوة مقترحاً لوزير الشئون الإسلامية بتصفية لجنة البر وإصدار قرار بتأليف نشاط بديل يطلق عليه ( برنامج رعاية الأيتام والفتيان المسلمين) وتحويل أموال لجنة البر للندوة، وكان هذا الاقتراح استاداً إلى الصعوبات التي تواجهها اللجنة في عملها،

CONFIDENTIAL

WAMYSA065183

وكذلك استناداً إلى المذكرة التي رفعها الدكتور عصام الفيلالي المدير التنفيذي للجنة البر إلى وزير الشئون الإسلامية بهذا الخصوص أيضاً.

٧) بناءً على ما عرضه الأمين العام للندوة على مجلس أمناء الندوة العالمية للشباب الإسلامي، فقد أصدر المجلس في ١٤١٧/١/٥هـ قراراً بتصفية لجنة البر الإسلامية وفقاً لما نصت عليه لوائح الندوة ولجنة البر، وتشكيل لجنة لمتابعة عملية التصفية، نظراً للصعوبات التي واجهتها خلال عملها، وعدم نجاح المساعي التي بذلت لدى المسئولين لإقناعهم ببقاء عملها داخل المملكة.

٨) في ١٤١٧/١/١١هـ استقال د.عصام فيلالي وعين د.إبراهيم صالح أبو العلا بدلاً عنه وذلك للقيام بأعمال تصفية اللجنة وحلها.

٩) في ١٤١٧/١/١٥هـ أرسل وزير الداخلية برقية لوزير الشئون الإسلامية والأوقاف والدعوة والإرشاد تحمل رقم ١ش /٣/٨٨٢ بتاريخ ١٤١٧/١/١٥هـ يطلب فيه حصر ممتلكات لجنة البر، وإيداع المبالغ الخاصة بها في حساب وزارة الشئون الإسلامية.

١٠) في ١٤١٧/١/١٥هـ وجهت وزارة الداخلية للندوة بإيداع المبالغ الخاصة بلجنة البر بعد حصرها في حساب وزارة الشئون الإسلامية، وفي ١٤١٧/٤/١٨هـ جاء خطاب من وزارة الشئون الإسلامية للندوة يطلب الشيء نفسه.

١١) في ١٤١٧/٢/٧هـ جاء خطاب من وزارة الشئون الإسلامية بخصوص إيقاف نشاط اللجنة وإغلاق مقرها والموافاة بحصر ممتلكات اللجنة.

١٢) في ١٤١٧/٥/١٩هـ قامت الندوة بإحالة مبلغ " ٨,١٣٠,٩٨٢" ثمانية ملايين ومئة وثلاثين ألفاً وتسعمائة واثنين وثمانين ريالاً سعودياً لحساب وزارة الشئون الإسلامية وهي صافي المبالغ الخاصة بلجنة البر.

CONFIDENTIAL

WAMYSA065184

١٣)   في ١٤١٧/١٠/٢٤هـ أصدر الأمين العام المساعد للندوة بجدة قرارا بإلغاء عدد من الوظائف الموجودة في مكتب الندوة في باكستان وإلغاء معهد البر الصناعي التابع للجنة البر.

١٤)   قامت وزارة الشئون الإسلامية بعد ذلك بإعادة المبلغ للندوة مرة أخرى نظراً لوجود مستحقات مالية متعلقة بالمشروعات، وذلك ليتم تسديد الجهات ذات العلاقة من هذا المبلغ.

١٥)   بالنسبة لصندوق البريد رقم (١٠٥٥) فقد كان خاصاً بمعهد أبي حنيفة في بيشاور، وكانت كل من الندوة ولجنة البر تستعملان نفس الصندوق للمراسلات.

CONFIDENTIAL

WAMYSA065185



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)       §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA065181-5**

Sworn to before me this

26 day of _____March_____ of 2026

Translation Manager

Notary





Translation          Interpretation          Transcription          DTP          Voice-over          Subtitling