

# World Assembly of Muslim Youth



الندوة العالمية للشباب الاسلامي

مكتب الأمين العام

*Office of the Secretary General*

الرقم
التاريخ

No. 2536

Date: October 2, 1996

Dr. Abdulrahman bin Abdulmohsen Al-Turki

Minister of Islamic Affairs, Endowments, Da'wah, and Guidance, and President of The World Assembly of Muslim Youth, may God protect him

Peace be upon you, God's mercy and blessings I pray to God Almighty that you are all well and in good health... And then .

I refer to the previously agreed-upon arrangements regarding the Islamic Benevolence Committee (formerly), which call for the dissolution of the Committee and the transfer of its projects to the World Assembly of Muslim Youth for implementation.

I am pleased to submit to Your Excellency the detailed report on the activities of the aforementioned committee, and I hope that Your Excellency will kindly review and approve the general operating budget for those activities for the years 1996-97.

May God Almighty protect you and take care of you

May God's peace, mercy and blessings be upon you,

Secretary General of The World Assembly of Muslim Youth Manaa bin Hammad al-Johani
[signature] [seal]

P.O. Box 10545 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St. Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431 - 400413 / 405220 ISLAMI SJ. - Fax. (01) 4641710 - Cable : ISLAMIYAH RIYADH

ص ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ١٦٥٥٤٣١
تلكس : ٤٠٠٤١٣ / ٤٠٥٢٢٠ إسلامي إس جي - فاكس ٤٦٤١٧١٠ (٠١)
برقا : إسلامية الرياض

- صورة لسعادة الأمين العام المساعد .
- صورة لسعادة نائب الأمين العام المساعد .

جدة - الشمال الغربي لتقاطع الستين مع شارع فلسطين - هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ (٠٢) - فاكس : ٦٦٠٢٦٤٥ (٠٢) - برقيا : وامي جدة - ص ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

EXHIBIT
WAMY EX. 123

WAMYSA061342



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام

الرقم ٢٠٣٦

Office of the Secretary General

التاريخ ١٤١٧/٥/

معالي الدكتور / عبد الله بن عبد المحسن التركي

وزير الشئون الإسلامية والأوقاف والدعوة والإرشاد

ورئيس الندوة العالمية للشباب الإسلامي

حفظه الله

السلام عليكم ورحمة الله وبركاته ..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد .

أشير لما سبق أن أتفق عليه من ترتيبات بشأن لجنة البر الاسلامية (سابقا) والتي تقضي بتصفية اللجنة واحالة مشاريعها الى الندوة العالمية للشباب الاسلامي لتسييرها .

يسرني أن أرفع لمعاليكم التقرير التفصيلي لمناشط اللجنة المذكورة آملا تكرم معاليكم بالاطلاع واعتماد الميزانية التشغيلية العامة لتلك المناشط لعام ١٤١٧هـ .

والله تعالى يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته ....

الأمين العام

للندوة العالمية للشباب الإسلامي



س/م ـ ٩٧

د . مانع بن حماد الجهني

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St. Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431 Tlx: 400413 / 405220 ISLAMI SJ. - Fax.: (01) 4641710 Cable: ISLAMIYAH RIYADH

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط ٤٦٥٥٤٣١ تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس ٤٦٤١٧١٠ (٠١) برقيا : إسلامية الرياض

ـ صورة لسعادة الأمين العام المساعد .

ـ صورة لسعادة نائب الأمين العام المساعد .

جدة - الشمال الغربي لتقاطع الستين مع شارع فلسطين - هاتف : ٦٦٧٢٨٣٣ / ١٨٧٨ ٦٦٠ (٠٢) - فاكس ٦٦٠٢٦٤٥ (٠٢) - برقيا : وامي جدة - ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah: North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA061342



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA061342**

Sworn to before me this

26 day of MARCH _____ of 2026

_____
Translation Manager

_____
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY



**MEMBER**
**American Translators Association**



BBB® ACCREDITED BUSINESS

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling