Office of the
Commissioner Afghan Refugees.
N.W.F.P

No.ac/(s)/02/_____ 1538/AR.
Dated  Peshawar, the 17th Dec. 1996

To

The Secretary,
States & Frontier Regions Division,
Government of Pakistan,
Islamabad

Subject:- CHANGE OF NAME OF 'LAJNAT AL-BIRR AL-ISLAM(A)'

'Lajnat Al-Birr Al-Islamiah' is a registered NGO which has been operating in Pakisan for several years now. The NGO is a charitable organisation working in educational, cultural and social sectors. It is a Saudi based NGO operating under the overall umbrella of World Assembly of Muslim Youth(WAMY) in Riadh. The Management of 'Lajnat-Al-Birr Al-Islamiah' have decided to change the name of the organisation from "Lajnat Al-Birr Al-Islamiah" to "World Assembly of Muslim Youth". In other words the NGO is now adopting the name of its parent organisation, "WAMY" which is already registered. It is recommended that the change in name may be allowed and 'Lajat Al-Birr Al-Islamiah', a registered NGO, may be allowed to be called the 'World Assembly of Muslim Youth(WAMY)'. A copy of LBI's letter dated 17.12.1996 is enclosed.

The charter, purposes and objectives of the NGO would remain unchanged.

(Rustam Shah Mohmand)
Commissioner
Afghan Refugees, NWFP

CONFIDENTIAL

EXHIBIT
WAMY EX. 124      WAMYSA029513

Please refer to your letter No.2??/??/96, dated 17th December, 1996 forwarded to this Division vide Commissioner, Afghan Refugees, NWFP, Peshawar letter No.PC/(S)/02/1538/AR, dated 17th December, 1996 on the above subject.

2.       The details regarding office bearers, total number of expatriates /local employees, source of funds, budget resources, acitivies/projects undertaken in the past, projects inhand, future plans, reasons for change of title, etc. may please be furnished to this Division for further processing of the case.

( SHAUKAT ALI )
Section Officer
Tele:9209376

Copy forwarded for necessary action to Commissioner, Afghan Refugees, NWFP, Peshawar with reference to their letter quoted above.

( SHAUKAT ALI )
Section Officer
Tele:9209376

CONFIDENTIAL

WAMYSA029514

World Assembly of Muslim Youth
"WAMY"

الـندوة الهـا لمية للشباب الإسـلامي

مكتب باكستان

Date 04/08/97
Ref.No.WD/65/97

**To:**

Mr. Charles MacFedden
ACBAR, Peshawar.

## Subject:   *Change of Title*

After the approval of  SAFRON Division, Islamabad,  the management of  Lajnat Al-Birr Islamiah "LBI" Peshawar office wishes to inform you that the  name  of  the organization has been changed from LBI to the world Assembly of  Muslim Youth "WAMY".

All correspondence in the future shall be in the new name WAMY, effective from now  onwards  with the same previous address and communication lines. The change may please be intimated to all ACBAR members .

Thanks with regards

Muhammad Mustafa
WAMY Director

Note:
*Please circulate to all ACBAR members*

مكتب باكستان : ص.ب. ١٠٥٥ بشاور- المدينة الجامعية – منطقة سفيد ديري ٠ منزل رقم ٣٣٠٤/٥ U-T هاتف – ٤١٤٨٥ – ٨٤٠٢٤٩ فاكس ٨٤٠٣٨٥
WAMY Pakistan Office U-P-O Box - 1055 Sufaid Dheri Plot 3304 /5 U-T  Tel: 41485 - 840249 - Fax: 840385

CONFIDENTIAL

WAMYSA029515