

Ref: 864
Date: 25 Rabiʿ al-Thani 1417 AH

**His Excellency Dr. Maneh bin Hamad Al-Johani**
**Secretary-General - World Assembly of Muslim Youth (WAMY)**

**May Allah preserve him**
**Peace, mercy, and blessings of Allah be upon you.**

I hope that you are in the best of health and well-being and doing what pleases Allah.

I am pleased to extend to you my highest expressions of gratitude and appreciation for your attention to the matter of obtaining a No-Objection Certificate for our office in Pakistan from the Embassy of the Custodian of the Two Holy Mosques in Islamabad, authorizing it to continue performing its relief activities. The embassy kindly summoned the office director and handed him the No-Objection Certificate.

However, a new issue has arisen: the office there was originally registered under the name "Islamic Benevolence Committee," which is a WAMY committees.  whereas the no-objection certificate was issued in the name of WAMY. Therefore, we kindly request Your Excellency to approve the attached correspondence addressed to the Commissioner for Afghan Refugee Affairs, clarifying that WAMY is the official umbrella for the Islamic Benevolence Committee until the time comes to renew the license within the coming two months, at which point it will be renewed under the name of WAMY.

Our office in Pakistan has been notified to take this matter into consideration when renewing the license.

<u>Dr. Hamdi</u>

Please accept my highest regards and appreciation.
Deputy Assistant Secretary-General - WAMY
[signature]
24\4\17
Dr. Ibrahim Mohammed Saleh Abu Al-Ala
With regards Deputy Assistant Secretary-General

WAMY
General Secretariat
Incoming No. 1991
Date: 26/4/1417 AH
26/4
Repeated

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)-فاكس : ٦٦٠٢٦٤٥(٠٢)-برقياً : وامي جدة- ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah -  P.O. Box 8856 Jeddah 21492

CONFIDENTIAL



EXHIBIT
WAMY EX. 125

WAMYSA028285



World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

الرقم : ٨٦٤
التاريخ : ٢٥ ربيع الثاني ١٤١٧

سعادة الدكتور / مانع بن حماد الجهني

الأمين العام للندوة العالمية للشباب الإسلامي    حفظه الله

السلام عليكم ورحمة الله وبركاته ،،،

آمل أن تكونوا على خير مايحب ربنا ويرضى .. وبعد ،،،

يسعدني أن أسجل لكم أسمى آيات الشكر والتقدير على اهتمامكم بموضوع حصول مكتبنا في باكستان على شهادة عدم ممانعة من سفارة خادم الحرمين الشريفين في إسلام آباد تصرح له بالإستمرار في تأدية أعماله الإغاثية ، ولقد تفضلت السفارة بإستدعاء مدير المكتب وسلمته شهادة عدم الممانعة .

ولكن برزت نقطة جديدة وهي أن المكتب هناك كان مسجلاً باسم "لجنة البر الإسلامية" إحدى لجان الندوة وشهادة عدم الممانعة صدرت باسم الندوة ، فنرجو من سعادتكم التكرم باعتماد المعاملة المرفقة والموجهة لمفوض شئون اللاجئن الأفغان ، والتي توضح أن الندوة هي المظلة الرسمية للجنة البر ريثما يحين مَوعد تجديد الرخصة خلال الشهرين القادمين على أن تجدد باسم الندوة ، وقد أخطرنا مكتبنا في باكستان بمراعاة ذلك عند التجديد.

تفضلوا بقبول فائق التحية والتقدير ،،،

نائب الأمين العام المساعد
للندوة العالمية للشباب الإسلامي

١٧/٤/٢٤

د. إبراهيم محمد صالح أبو العلا

- صورة مع التحية : لسعادة الأمين العام المساعد.

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ /٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢) -برقياً : وامي جدة-- ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL    WAMYSA028285



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English  language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA028285**

Sworn to before me this

_____ day of _____ of 2026

_____
Translation Manager

_____
Notary





Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling