

67

Office of the
Commissioner Afghan Refugees,
N.W.F.P

No.1C/(S)/02/_____15 3 8 /AR.
Dated  Peshawar, the 17th Dec. 1996

To

The Secretary,
States & Frontier Regions Division,
Government of Pakistan,
Islamabad

Subject:- CHANGE OF NAME OF 'LAJNAT AL-BIRR AL-ISLAMIAH'

'Lajnat Al-Birr Al-Islamiah' is a registered NGO
which has been operating in Pakisan for several years now.
The NGO is a charitable organisation working in educational,
cultural and social sectors. It is is a Saudi based NGO
operating under the overall umbrella of  World Assembly of Muslim
Youth(WAMY) in Riadh. The Management of 'Lajnat-Al-Birr Al-
Islamiah' have decided to change the name of the organisation
from "Lajnat Al-Birr Al-Islamiah" to "World Assembly of Muslim
Youth".  In other words the NGO is now adopting the name of its
parent organisation, "WAMY" which is already registered. It is
recommended that the change in name may be allowed and 'Lajat
Al-Birr Al-Islamiah', a registered NGO, may be allowed to be
called the 'World Assembly of Muslim Youth(WAMY)'. A copy of
LBI's letter dated 17.12.1996 is enclosed.

The charter, purposes and objectives of the NGO
would remain unchanged.

(Rustam Shah Mohmand)
Commissioner
Afghan Refugees,NWFP

CONFIDENTIAL

EXHIBIT
WAMY EX. 126   WAMYSA031524