

**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

To.

January 13, 1997
Ref.No.......

Mr. Shaukat   Ali
Kashmir Affairs &Northern Areas
States & Frontier Regions Division
Islamabad

### Subject:  *Change in the name of LBI*

Dear Sir,

Reference to your letter dated 31st Dec. 1996 bearing Reg.no. F. 2(14)-AR.VII/93.1, we enclose here a detailed report of the NGO's activities, besides the required information pertaining to LBI's office bearers, the total number of employees, the projects undertaken in the past, the ongoing projects, the future plans and the reason for changing the name from Lajnat Al-Birr Al-Islamiah "LBI" to the World Assembly of Muslim Youth "WAMY".

We are pleased by your prompt response to our application in the above stated subject, and hope that the given information shall meet the requirement.

Thanks with regards

Yours  Truly

Muhammad Mustafa
Director General, LBI.

JEDDAH: P.O.Box 7600, Jeddah 21472, Saudi Arabia, Tel: 683-2836, Fax: 683-3094, Telex: 605813
RIYADH: P.O.Box 10854, Riyadh 11442, Tel: 464-1663/464-1659, Telex: 200413
77 D/B Park Road - University Town - Peshawar, Pakistan Tel: 42249 / 41485 Fax: 42385



CONFIDENTIAL

WAMYSA028403

**EXHIBIT**
**WAMY EX. 127**



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

## Summary sheet

1. *Name of The NGO*:  *Lajnat Al-Birr Al-Islamiah "LBI"*
2. *Date of Function : 1987*    *Date of Registration:  1989*
3. *Sponsoring Countries*:   The *Kingdom of Saudi Arabia "KSA"*
4. *List of the  office bearers*:   *See page No.  5*
5. *Employees*:

| S.No | Type of Employees | Number of Employees |
|------|-------------------|---------------------|
| 1 | Expatriates | 18  Persons |
| 2 | Pakistanis | 12  // |
| 3 | Afghans | 189  // |

6. *Budget resources*:  Private donors in the Kingdom of Saudi Arabia
7. *Activities/Projects undertaken in the past*:  See page No. 6
8. *Projects in hand:*  See the Ongoing Projects on page  No. 7
9. *Future Plans*: All the ongoing projects shall continue with the possibility of expanding the projects for Pakistanis in the  future.
10. *Reason for changing the name* : By nature The World Assembly of Muslim Youth "WAMY" is the sponsoring & Mother  organization of Lajnat Al-Birr Al-Islamiah "LBI" since its establishment. A decision has been taken by the board of directors of LBI to change the name of LBI into WAMY.

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL    WAMYSA028404



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

# Brief Information about LBI

## Introduction:

Lajnat Al-Birr Al-Islamiah "LBI" was founded in the year 1987 at Jeddah, Kingdom of Saudi Arabia by a group of intellectuals. LBI became a subsidiary organization of World Assembly of Muslim Youth (WAMY) in Saudi Arabia. The establishment of this NGO is based upon a philanthropic feeling, to provide a charitable assistance to the disturbed and needy Muslims around the globe.

The Headquarters of LBI office is Based at the city of Jeddah. It has several regional offices including Pakistan office for the welfare of the Afghan Refugees.

## LBI's Vision:

LBI's Board of Directors has the vision to work for the attainment of a Muslim world free of Poverty, Distresses and Illiteracy with the guidance of the Islamic teachings.

## LBI's Mission:

To contribute to the pool of humanitarianism, mobilizing all the available sources/ resources to serve for the needy Muslims, to encourage their positive initiatives and contribute to the development oriented projects.

## LBI's Strategies:

LBI undertakes the activities (projects) which have positive and developmental effects. Sound legally, socially, ethically and have the tendency to reduce any negative consequences in every aspect. LBI encourages the potential initiatives of the local beneficiaries aiming at the achievement of self reliance. The organization collaborates with all the coordinating bodies and the other agencies working for the same purpose.

## Objectives:

LBI's Objectives are in consistence with its mission. They are classified into short and long term objectives. Emergency Reliefs are regarded as short term, while the other projects serve developmental or as a long term objectives.

## Modus of Operandi: VOLUNTEERISM

The Non-Governmental Organization's basic concepts are Non-Profit, Non-Political and accountability. The genuine motive for the establishment of Lajnat Al-Birr Al-Islamiah "LBI" is to promote Kindness, Benevolence, righteousness and volunteerism. These Principles can be breaded in the ranks of the Muslim societies, through the Quranic guidance as reflected by the following verses:

I- "Help ye one another in the righteousness and piety, But not one another in sin and rancour"

II- "By no means you shall attain righteousness unless you give (freely &

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL

WAMYSA028405



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

3

voluntarily) of that which you love and whatever you give Allah knoweth it well."

III- "It is not righteousness that you turn your face east or west, but it is righteousness to believe in Allah And Last Day, And His Angles, And His Book, And the Messenger to spend your substance (wealth) out of love for him, for your kin, For Orphans, For Needy, For Wayfarers, for those who ask and for ransom of slaves to be steadfast in prayer and give Zakat to fulfill the contracts which you made and be firm and patient in pain ( or suffering) Adversity and Throughout all the periods of panic, Such are the people GOD fearing."

With a firm believe that unselfishness is what Allah demands. Any charity given out of love is regarded as a beautiful loan to Allah i.e. to our credit, it shall be doubled or even more, the unique nature of an NGO is to volunteer which is unusual and special in principle.

## Communal Role:

Man's role on the earth is to play that role of Vicegerent as stated in the Quranic verses of (24:54) & (2:29). Man has also undertaken that Trust (Amana) which the other beings have refused to undertake. (32:71), to come up to the expectations of the Almighty and act as vicegerent it is to work in the larger context for the betterment of Muslim Communities. Thus LBI has a vital role to extend its helpful hand to both the Donors and the beneficiaries. To let the former always remember the needy, distressed people and to support the latter morally and materially by undertaking quick reliefs and developmental projects.

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL

WAMYSA028406



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

5

## Total number of expatriates and local employees

Here is the total number of LBI employees:

| S.No | Type of Employees | No of Employees |
|------|-------------------|-----------------|
| 1 | Expatriates | 22 Persons |
| 2 | Pakistanis | 12  // |
| 3 | Afghans | 189  // |

## List of the office bearers

| No. | Name | Designation |
|-----|------|-------------|
| 1. | Muhammad Mustafa | Director General- Pakistan Office |
| 2. | A/Qadir Adam | Finance Sec. Mgr |
| 3. | Khalifa Fawzi | Social Welfare Sect. Mgr. |
| 4. | Muhammad Assaf | Education Section Mgr. |
| 5. | Wali Khan Mohmand | Public Relations Mgr |
| 6. | Dr. M. Rasheed | Health Section Mgr. |
| 7. | Muhammad Gul | Vocational Training Institute Mgr |
| 8. | Eng. Naqiibudiin | Rural Development Section Mgr |

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL

WAMYSA028407

en in the past

The following projects have been completed by LBI:

1. Saad Bin Ibadah Orphan Center in Wardak
2. Mosab bin Omair orphan center in Nangehar.
3. Abdullah Azzam Institute, Yussuf abad. Pashawar.
4. Islamic Studies Institute, Peshawar, for female.
5. Primary schools, 29 Schools in Nangerhar and Laghman
6. Religious Preachers training/Care program in Peshawar/ Afghanistan..
7. Fatima Al-Zahra Embroidery School, Tehkal, Peshawar.
8. Al-Noor Hospital, Balkh.
9. Al-Amal Plastic Surgery Hospital, Hayat Abad, PH.II.H.No.137Peshawar.
10. Al-Huda Hospital, in Ghanzni province.
11. Three Basic Health Care Centers in Paktia Afghanistan.
12. Construction of 12 Mosques, 3 Orphanages.
13. Poultry Farms in Kunar And Paktia, Afghanistan.
14. Construction of LBI regional Office Building with an investment of Rs. 20 Million at Sufaid Dheri, University Town, Peshawar.

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL                                                                              WAMYSA028408



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

7

## LBI's Fields of activities:

The regional office's activities cover the following fields:

1. Health Service
2. Social Welfare program
3. Human Resource Development program
4. Education sector
5. Rural Development sector
6. Emergency and seasonal reliefs

## Projects in hand

The following are the ongoing projects:

| S.No | Project | Location | Beneficiaries |
|---|---|---|---|
| 1 | Orphan Care centers | a) Nangerhar Center | 1150 Orphans |
| | | b) Kunar // | 1160 // |
| | | c) Wardak // | 565 // |
| | | d) Kapisa // | 1110 // |
| 2 | Al-Arqam Orphanage | Narang, Kunar | 360 * // |
| 3 | Quranic Memorization Centers | a) Nangerhar 5 Centers | 415 Persons |
| 4 | | b) Kunar 2 // | 208 // |
| | | c) Wardak 4 // | 416 // |
| 5 | Al-Birr VT Center | Peshawar U.Twon. | 67 // |
| 5 | Imam Abu-Hanifa T.T. Institute | Peshawar, Sufaid Dheri | 291 // |
| 7 | Prince A/Muhsin Hospital | Chamkani, Paktia Province | 3500 // Monthly |
| 8 | Agric Projects | Kunar, Paktia and Nangerhar | 4000 Families |
| 9 | Relief Projects | In Pakistan and Afghanistan | Not Limited |

\* Note 30 on call staff members are included.

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL

WAMYSA028409

*The number of the patients in the different departments of the hospital are:*

| Yrs | OPD | LAB | X-RAY | WARD PATIENT |
|---|---|---|---|---|
| 1990 | 110000 | 15500 | 3250 | 180 |
| 1991 | 85700 | 13500 | 4835 | 129 |
| 1992 | 67840 | 16780 | 4207 | 269 |
| 1993 | 66570 | 18350 | 4035 | 325 |
| 1994 | 50340 | 18047 | 2465 | 269 |
| 1995 | 60440 | 17850 | 2656 | 365 |
| 1996 | | | | |

## SOCIAL WELFARE SECTION

The social welfare section of LBI supervises the following programs:
1. Orphan and Widow sponsorship 2. Orphanages
3. Quranic Memorization Centers.

### Orphan and widow sponsorship

LBI being a charitable society has the sympathy to Support the most troubled and vulnerable elements of the society. Those who lost their financial supporters and are the direct victims of the war, the widows and the orphans. The beneficiaries of LBI's orphan and Widow sponsorship project reached 4000 Afghan families, in different provinces of Afghanistan, Kunar, Nangerhar, Wardak and Kapisa.

The basic objective of the project is to support the orphans financially but the other family members also get benefited from the project.

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL

WAMYSA028410

**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

10

*LBI Orphan's Project covers the following provinces with the respective numbers*

| S.No | Provinces | Number of the Orphans |
|------|-----------|----------------------|
| 1 | Kunar | 1160 |
| 2 | Nangerhar | 1150 |
| 3 | Wardak | 565 |
| 4 | Kapisa | 1110 |
| | Total | 3985 |

## Orphanages

LBI has established a model orphanage in Kunar Province, at Narang District of Afghanistan. The Orphanage hosts 330 orphans +30 on call staff members including 8 Teachers, labor and other Staff Members.

The Orphanage provides for the orphan students the following facilities:
a- Full Hostel accommodation, Three meals and Seasonal Clothes.
b- Medical Coverage for the orphans and the staff members.
c- Comprehensive Education with Afghan Govt. Syllabus, according to their age group in different classes- 8 Classes now in operation.
The Orphanage has received this year again food donation from the World Food Program "WFP", after they have screened the previous project's implementation process, giving supporting comments on the project's success.

## Quranic Memorization Centers

Social Welfare Section looks after the orphan care program supervises 11 Quranic memorization centers for orphans in four provinces. Number of the students is 1003 orphans and the number of the teachers is 36.

After the completion of studies the best students are taken to Peshawar to join LBI's Imam Abu-Hanifa Teachers training Institute for further studies. The remaining are taken to join LBI's Vocational training school. They learn technical skills in different trades, that can help them to become an independent and useful elements in the Afghan society. Mostly during the studies in the Quranic memorization centers students use to learn and memorize the 30

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL

WAMYSA028411

## EDUCATION

Education is the backbone of every generation/ nation that wishes to flourish. LBI's Mission and Long term objectives are based to raise the present generation so that they can become the future (assets), i.e. Community Elders, Intellectuals, Teachers etc. In Peshawar, LBI is running a Teachers Training Institute named Imam Abu-Hanifa High Institute.

The number of its graduates since its establishment has reached 579, the Institute gives a high Diploma in Islamic Studies, after covering the academic requirements, the syllabus comprises of Islamic studies and Sciences . The medium language of teaching is Arabic Language. Graduates of the institute get jobs from the mosques becoming prayer leaders, joining to Universities for further studies.

The institute, Imam Abu-Hanifa Teachers Training institute, has the following past performance in its records, and it is pursuing to produce qualified teachers in their fields.

| Years | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 19! |
|-------|------|------|------|------|------|------|------|------|------|-----|
| No.Of Graduates | 38 | 52 | 63 | 52 | 55 | 72 | 86 | 80 | 77 | 53 |

## RURAL DEVELOPMENT

LBI believes, that the process of refugees repatriation cannot be easily accomplished, unless there is an attractive package for the returnees. This calls to make a good environment that can make the life easy like land rehabilitation. On the bases of that hypothesis LBI has established a separate Dept. in its organizational setup, to look after this type of activity.

Most of the projects implemented by the Agric. section are conducted in collaboration with some UN related agencies specially the FAO, WFP and UNDP. LBI has agriculture projects in three provinces inside Afghanistan, Kunar, Nangerhar and Paktia. In concise the nature of the activities are as stated below:

A) Irrigation System: kahrezes cleaning and rehabilitating the uncultivable lands etc.

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813; PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL

WAMYSA028412



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

13

B) Farm Mechanization: The introduction of applicable technology in the farming sector to extract maximum yields of the farm. This includes using Tractors, Threshers, Sprayers etc.

C) Reforestation, restoration of the destroyed forests is a good environmental contribution. To attain that target LBI has distributed and planted thousands of forest saplings. LBI also monitors the growth of those planted trees.

D) LBI has established with the full support of FAO two big fruit Nurseries one in Kunar and the other one in Paktia Province.

E) Seed Multiplication: LBI undertakes jointly with FAO an annual programs that involve the selection of good farmers and provide them a package of improved seeds of the main cereal crops (Rice, Wheat and Corn), and a fertilizer for running a seed multiplication project. This program covers three provinces, Kunar Nangerhar and Paktia.

## EMERGENCY RELIEFS:

LBI provides emergency reliefs incase of mass displacement and other disasters. Besides that LBI provides a seasonal relief packages based on the Muslim Holy month's activities. These includes:

- Sadaqat (Iftar Saim) in the holy month of Ramazan
- Zakatul-Fitri            //        //        //        //
- Qurbani (Sacrificial)  //        //        //        Zul-Qa'da
- Distribution of Winter Clothes inside the Refugee Camps in Pakistan

The implementation of the above stated relief packages takes place inside Afghanistan and in Pakistan. The beneficiaries are the displaced and the Afghan Refugees in the NWFP province, as well as the poor Pakistanis in here.

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL

WAMYSA028413

Here is the past and present trend of LBI emergency relief performance:

*In Pak- Rupees*

| Yrs | Emrg. Relifs | Sadaqat & Zakat | Qurbani ( Sacrificial) | Total |
|-----|--------------|-----------------|------------------------|-------|
| 1990 | ----------- | ----------- | 5126445 | 5126445 |
| 1991 | 3716778 | 4949999 | ----------- | 8666777 |
| 1992 | 4930580 | 7961328 | 2144044 | 15035952 |
| 1993 | 250300 | 3844511 | 550000 | 4644811 |
| 1994 | 472393 | 4868532 | 1636394 | 6977319 |
| 1995 | ----------- | 3123012 | 905402 | 4037414 |
| 1996* | ----------- | 1110000 | ----------- | 1110000 |
| Total | 9370051 | 25866382 | 10362285 | 45568718 |

*Note

During The month of Ramazan this year a food stuff  Rs. 250,000  was distributed among the poor families in Peshawar, Charsada and Badraga of Mardan District.

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL

WAMYSA028414