IM : Panasonic FAX SYSTEM

No.F.2(14)-AR.VII/93 - Vol-I
GOVERNMENT OF PAKISTAN
KASHMIR AFFAIRS & NORTHERN AREAS
AND STATES AND FRONTIER REGIONS DIVISION

Islamabad, the July 16, 1997

The Commissioner Afghan Refugees
NWFP. Peshawar.

Subject:   CHANGE OF TITLE BY LAJNAT AL-BIRR AL-ISLAMIA

        Please refer to your letter No DO/(S)/02/538, dated 17-12-1996 on the above subject.

2.      The competent authority in SAFRON Division is pleased to approve the request of Lajnat Al-Birr Al-Islamiah (Registered NGO) to change its title to World Assembly of Muslim Youth (WAMY). The NGO is, therefore, allowed to assume the new title of WAMY (Registered) with immediate effect.

3.      The above change may be intimated to all concerned for record/reference.

(Hidayat Ullah)
Deputy Secretary

Copy forwarded for information to:-

1.    Ministry of Foreign Affairs
      (Qazi Habib ur Rehman, SO(Afg.I)
      Islamabad.

2.    Ministry of Interior
      (Mr. Mohammad Rashid, Section Officer)
      Islamabad.

3.    I.S.I.
      (Mr. Amer Malik, Asstt. Director)
      Islamabad.

4.    D.I.B.
      (Raja Muhammad ..., Director)
      Islamabad.

CONFIDENTIAL

EXHIBIT
WAMY EX. 128    WAMYSA028040

- 2 -

5    Home and T As Department
     (Mr. Zakiullah, SO (Spl.I)
     Government of NWFP, Peshawar.

6    Eng. Muhammad Mustafa
     Director General, LBI
     P.O. Box No 1055
     Peshawar.

(Hidayat Ullah)
Deputy Secretary

CONFIDENTIAL

WAMYSA028041