*In the Name of Allah, the Beneficent, the Merciful*

**World Assembly of Muslim Youth**    الندوة العالمية للشباب الإسلامي

No.

Date:

<u>Paragraph Five</u>

**Dr. Maneh Hammad al-Johani**

**Secretary General of the World Assembly of Muslim Youth, Riyadh**

Peace, mercy, and the blessings of Allah be upon you.

I hope that you are well, as pleases our Lord.

We wish to inform you that there does not presently exist any form of what was previously called the "Islamic Benevolence Committee." It has been completely terminated, and the name itself is no longer used. In the minutes of the meeting of the World Assembly of Muslim Youth's Secretariat Council in its seventh session, which convened on Wednesday and Thursday, 5-6 Muharram 1417H, corresponding to 22-23 May 1996, a resolution was adopted under item 7 of these minutes ("Activity Committees" on page 4) to eliminate the Islamic Benevolence Committee in accordance with the regulations in force at WAMY and the committee. A committee was formed for this purpose, consisting of:

1. **Dr. Maneh Hammad Al-Johani**
2. **Dr. Uwaish Harbi Al-Ghamdi**
3. **Dr. Issam Yahya Al-Filali, Former Executive Director of the Islamic Benevolence Committee**
4. **Dr. Suleiman Naser Bashal**

The committee will fully supervise and monitor the procedural aspects of the dissolution. A copy of these minutes is attached.

Pursuant to this resolution, the committee met on Thursday, 27/01/1417H along with Dr. Mohammed Ali Al-Qura, whose name is in the report on the formation of the dissolution committee in the Secretariat minutes. The meeting was prepared by Dr. Ibrahim Mohammed Saleh Abu Al-Ala,

CONFIDENTIAL    WAMYSA016310

Jeddah - North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

EXHIBIT
WAMY EX. 130

WAMYSA016310

*In the Name of Allah, the Beneficent, the Merciful*

World Assembly of Muslim Youth · WAMY · الندوة العالمية للشباب الاسلامي

No.

Date:


Assistant Executive Director, on behalf of Dr. Issam Yahya Al-Filali, in accordance with Administrative Decree 36/17 dated 01/01/1417H, under which he was assigned to represent the Islamic Benevolence Committee in dissolution proceedings and to sign delivery and receipt reports with the World Assembly of Muslim Youth in Jeddah.

Pursuant to the minutes prepared in this meeting and the recommendations therein, the above has been implemented. The Islamic Benevolence Committee has been dissolved and no longer exists in any form. A copy of these minutes is attached.


Peace, mercy, and blessings of Allah be upon you.


Assistant Secretary General

[signature]

Dr. Uwaish bin Harbi Al-Ghamdi

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢) - برقياً : وامي جدة- ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah - North West Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

CONFIDENTIAL                                                                                    WAMYSA016311



World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

الرقم .................................

التاريخ .................................

الفقرة الخامسة

سعادة الأخ الفاضل / د.مانع بن حماد الجهنى          حفظه الله

الأمين العام للندوة العالمية للشباب الإسلامي – الرياض

السلام عليكم ورحمة الله وبركاته ...

أرجو أن تكونوا على خير ما يحب ربنا ويرضى ...وبعد ،،،

نود إحاطةً سعادتكم علماً بأنه لايوجد الآن أى شكل من أشكال ما كان يسمى "بلجنة البر الإسلامية" سابقاً وأنها أنتهت تماماً بل وأصبح الإسم نفسه لاوجود له ، حيث اتخذ فى – محضر اجتماع أعضاء مجلس أمانة الندوة العالمية للشباب الإسلامى فى دورته السابعة والذى انعقد يومى الأربعاء والخميس (٥-٦) محرم ١٤١٧هـ الموافق (٢٢-٢٣) مايو ١٩٩٦م ، وتحت المادة السابعة من هذا المحضر (لجان النشاط / الصفحة الرابعة)– قراراً بتصفية لجنة البر الإسلامية وفق اللوائح المعمول بها فى الندوة وفى اللجنة ...وقد شكلت لهذا الغرض لجنة تتكون من :

١– سعادة الدكتور / مانع بن حماد الجهنى .

٢– سعادة الدكتور / عويش بن حربى الغامدى .

٣– سعادة الدكتور/عصام بن يحيى الفيلالى "المدير التنفيذى للجنة البر الإسلامية سابقاً".

٤– سعادة الدكتور / سليمان بن ناصر باسهل .

وذلك للإشراف والمتابعة الكاملة لعملية التصفية من النواحى الإجرائية – مرفق صورة من هذا المحضر – .

وبناءاً على هذا القرار اجتمعت اللجنة يوم الخميس الموافق ١٤١٧/١/٢٧هـ بالإضافة إلى سعادة الدكتور / محمد بن على القرى – الوارد إسمه فى محضر تشكيل لجنة التصفية بمحضر الأمناء – ، وقد حضر الاجتماع د.إبراهيم محمد صالح أبو العلا – المدير التنفيذى

جدة– الشمال الغربى لتقاطع الستين مع شارع فلسطين– هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)–فاكس : (٠٢)٦٦٠٢٦٤٥ –برقياً : وامى جدة– ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL          WAMYSA016310



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقـم ............................................

التاريخ ............................................

المسـاعد – نيابـة عـن د. عصـام يحيـى الفيـلالي وذلـك طبقـاً للقـرار الإداري (٣٦/١٧) في ١٤١٧/١/١هـ ، والذي بموجبه كلف بتمثيل لجنة البر الإسلامية في عمليـات التصفيـة والتوقيـع على محاضر التسليم والتسلم مع الندوة العالمية للشباب الإسلامي بجدة .

وبموجب المحضر الذي جرى إعداده في هذا الإجتماع وما جـاء بـه مـن توصيـات تم تنفيذهـا آنفاً تمت تصفية لجنة البر الإسلامية وأصبح لا وجود لها بكل الأشكال ... ومرفق طيه صورة مـن هذا المحضر .

والسلام عليكم ورحمة ا لله وبركاته ..


الأمين العام المساعد


د. عويش بن حربي الغامدي

جدة_ الشمال الغربي لتقاطع الستين مع شـارع فلسطين_ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)_الناكس : ٦٦٠٢٦٤٥(٠٢) _برقياً : وامي جدة_ _ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah North Western Sixty Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL    WAMYSA016311



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA016310-016311**

Sworn to before me this

_____ day of _____ of 2026



Translation Manager

Notary



ata MEMBER
American Translators Association

ACCREDITED
BUSINESS
BBB®

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling