

**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

Number:

Date:

### Third Paragraph of the Fax

To Your Excellency, the Honorable Brother/Dr. Maneh bin Hamad Al-Johani

May Allah protect him

Secretary General of the World Assembly of Muslim Youth - Riyadh

Greetings,

I hope you are in the best of health and circumstances, as our Lord loves and is pleased with.

The activities transferred to WAMY from the former Islamic Benevolence Committee since June 13, 1996, and which fall within WAMY's purview, are as follows:

### (1) Social Activities:

1. These are the orphan sponsorships, including educational and other support…… by sponsoring 661 orphans in Iraqi Kurdistan and 3200 orphans in Pakistan.

2. This includes the New Muslims' Home in Indonesia, which cares for new Muslims. It serves new Muslims who face persecution from their families and communities, are deprived of everything, and are dismissed from their jobs. They seek refuge in the home, which provides them with food and complete care. The home's supervisors also assist them in finding employment to support themselves.

### b) Educational and Pedagogical Activities

**1. Pakistan:** The Imam Abu Hanifa Higher Institute, which trains preachers and teachers.

**2. North Caucasus (Republic of Ingushetia):**

**a) The King Fahd Islamic Institute, which aims to:**

جدة- الشمال الغربي لتقاطع البتين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢)- برقياً : وامي جدة- ص. ب ٨٨٥٦ جدة ٢١٤٩٢

CONFIDENTIAL Jeddah North West of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 6856 Jeddah 21492   WAMYSA027758

CONFIDENTIAL

EXHIBIT
WAMY EX. 131    WAMYSA027758



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

1.  Spreading Islamic awareness among the peoples of the North Caucasus region.

2.  Preserving the Islamic identity of the peoples of this region.

3.  Ensuring the continued existence of Islamic institutions that understand Islam and its rulings, and the necessity of intergenerational communication.

4.  Striving diligently to bring these peoples—who suffered under the yoke of communism for more than seventy years—back to Islam.

Students at the institute in 1996-1997 reached 380 students, all of whom had completed secondary school. The program of study at the institute is four years long and includes Arabic language and Islamic sciences – the Holy Quran and its sciences, Hadith and its sciences, jurisprudence, the Prophet's biography, Islamic history, and creed – in addition to some supplementary subjects such as Islamic economics and accounting. There is also a branch for teaching nursing to female students.

b. Islamic Benevolence Institute:

This Institute is similar to the King Fahd Islamic Institute in its objectives and the subjects it teaches. In 1996-1997, it has 110 students.

### 3. Indonesia:

### (a) Ibn Al-Qayyim Institute for Islamic Education:

Located in the city of Yogyakarta, it aims to provide an Islamic environment through its educational activities such as congregational prayers, voluntary fasting, and the organization of seminars.

In 1996-1997, it had 300 male and female students in the intermediate and secondary levels, and modern subjects were taught alongside religious subjects.

جدة- الشمال الغربي تقاطع الستين مع شارع فلسطين - هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)_فاكس : ٦٦٠٢٦٤٥(٠٢)_برقياً : وامي جدة

CONFIDENTIAL    WAMYSA027759

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA027759



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الإسلامي

**(b) Tayyiba Islamic Center:**

Located in West Sumatra, its activities include Quran memorization circles and the organization of Islamic seminars and lessons.

**4. Kurdistan - Iraq:**

The presence of Quran memorization centers, with the seminar overseeing 20 centers.

### (c) Health Activities

This involves providing a broad segment of impoverished Muslims with some available health services, as well as spreading health awareness. These activities include:

**1. Pakistan:**

The Prince Abdul Mohsen Hospital Health Project, located in Shahr-e-Naw, Afghanistan, has a capacity of 70 beds and an occupancy rate of 90%. It serves an average of 270 patients daily and provides some healthy meals to those in medical need.

**2. Indonesia:**

Ibn Sina Hospital: Located in West Sumatra, it is supervised by the Indonesian Supreme Council. The role of WAMY is to support it with medical equipment and supplies.

**3. Iraqi Kurdistan:**

The Primary Health Care Unit Project (BHU): Among the most important services it provides are: prenatal care, childhood vaccinations, health education, training for medical personnel, and treatment of common diseases.

جـدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين - هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ (٠٢)ـ فاكس : ٦٦٠٢٦٤٥(٠٢)ـ برقياً : وامي جدة ـ ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North West Sixtieth Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                                     WAMYSA027760



**World Assembly of Muslim Youth**                              الندوة العالمية للشباب الاسلامي

### d) Training Activities

This involves preparing and training various professional personnel in suitable professions and crafts that serve the local environment. This is exemplified in **Pakistan**, where there are:

1.  Industrial Institutes and Training Workshops (rehabilitation and training).

2.  Agricultural Projects, aimed at spreading agricultural awareness and preparing agricultural personnel suitable for the local environment.

Since June 13, 1996 and subject to the decision issued to liquidate the Islamic Benevolence Committee – as recorded in the minutes of the meeting of the members of the Secretariat of the World Assembly of Muslim Youth in its seventh session held on Wednesday and Thursday, 5-6 Muharram 1996-1997, in Article Seven, Paragraph Four (copy of which is attached) – it was imperative for WAMY to manage the necessary funds in any way possible to ensure the continuation of these projects according to the previously established budgets, at a minimum to guarantee their operation, in order to achieve the desired and intended goals for which these projects were established. This applies to 1996-1997, until the amount spent on these projects for 1996-1997, amounting to SAR 8,209,656, is reimbursed. The Committee's cash balance, in which SAR 8,130,982 was deposited in the National Commercial Bank – Al-Ulya Branch – in Riyadh, account number (221/19137000109), was transferred on 02/01/1996 AD, was deposited – a receipt for this amount is attached.

Furthermore, WAMY has no choice but to continue funding these projects and activities due to their significant and substantial benefits for a wide and large segment of Muslims who are entitled to these services. WAMY cannot abandon them under any circumstances, out of concern for the reputation of the Kingdom and WAMY itself, especially since these projects fall within its mandate.

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ (٠٢)ـ فاكس : ٦٦٠٢٦٤٥(٠٢)ـ برقياً : وامي جدةـ ص . ب ٨٨٥٦ جدة ٢١٤٩٢

CONFIDENTIAL Jeddah North West of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492    WAMYSA027761

CONFIDENTIAL                                                                    WAMYSA027761



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الإسلامي

WAMY will rely on the sponsors and donors who support a large number of orphans to cover the costs of their sponsorships. It will secure the remaining funds necessary to operate these projects and activities through various forms of assistance in the future. May Allah grant us success and guidance.

We ask Allah for success and guidance for ourselves and for you.

Peace, mercy, and blessings of Allah be upon you.

Assistant Secretary General

[signature]

Dr. Uwaish bin Harbi Al-Ghamdi

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)ـ فاكس : ٦٦٠٢٦٤٥(٠٢)ـ برقياً : وامي جدة ـ ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah-North West intersection of Sixteen Crossing with Palestine St. · Tel. (02) 6672833/ 6601878 · Fax (02) 6602645 · Cable : WAMY WAMY Jeddah 21492

CONFIDENTIAL     WAMYSA027762

CONFIDENTIAL                                                                WAMYSA027762



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقم ....................

التاريخ ....................

*الفقرة الثالثة من الفاكس*

سعادة الأخ الفاضل / د.مانع بن حماد الجهني            حفظه الله

الأمين العام للندوة العالمية للشباب الإسلامي – الرياض

السلام عليكم ورحمة الله وبركاته ...

أرجو أن تكونوا على خير ما يحب ربنا ويرضى ...وبعد ،،،

إن النشــاطات التــى آلــت إلى النــدوة مــن لجنــة البــر الإسلامية – سابقاً – منـذ ١٤١٧/١/٢٧هـ وتقع ضمن اختصاصات الندوة ...تتمثل فى :

## أ) نشاطات اجتماعية :

١– وتتمثل فى مظلة كفالة الأيتام من رعاية تعليميــة وغيرهـا .....، وذلك بكفالـة (٦٦١) يتيماً فى كردستان العراق وعدد (٣٢٠٠) يتيماً فى باكستان .

٢– وتتمثل فى دار المهتدين الجدد بأندونيسيا وتقوم برعايـة المسلمين الجـدد ، حيث تخـدم المعتنقـين للإسـلام حديثـاً والذين يحـاربون مـن أهليهـم وذويهـم ويحرمون مـن كـل شـىء ويطردون من عملهم فيلجأون إلى الدار التى توفر لهم الإعاشة والرعايـة الكاملـة كمـا يقـوم المشرفون على الدار .بمساعدتهم فى الحصول على عمل يتعيشون منه .

## ب) نشاطات تعليمية وتربوية

١– باكستان : معهد الإمام أبى حنيفة العالى وذلك لإعداد الدعاة والمعلمين .

٢– شمال القفقاس (جمهورية الأنجوش)

أ) معهد الملك فهد الإسلامى ...والذى يهدف إلى:

–١–

جدة– الشمال الغربى اتقاطع الستين مع شارع فلسطين– هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)– فاكس : ٦٦٠٢٦٤٥(٠٢) –برقياً : وامي جدة–ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah-North West of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL          WAMYSA027758



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام المساعد ( جـدة )

*Office of the Assistant Secretary General ( Jeddah )*

الرقـم ...............

التاريخ .............

١- نشر الوعى الإسلامى لشعوب منطقة شمال القفقاس .

٢- الحفاظ على الهوية الإسلامية لشعوب هذه المنطقة .

٣- الحرص على استمرار وجود أوعية إسلامية تعى الإسلام وأحكامه لضرورة التواصل بين الأجيال .

٤- السعى الحثيث لرد هذه الشعوب – التى رزحت تحت وطأة الشيوعية لأكثر من سبعين سنة – إلى حظيرة الإسلام .

وقد وصل عدد الطلاب فى المعهد فى عام ١٤١٧هـ إلى (٣٨٠) طالباً وطالبةً وهم من الحاصلين على الثانوية العامة ، ومدة الدراسة فى المعهد أربع أعوام ، وتدرس فيه اللغة العربية والعلوم الشرعية – القرآن الكريم وعلومه ، الحديث الشريف وعلومه ، الفقه ، السيرة النبوية ، التاريخ الإسلامى ، والعقيدة – بجانب بعض المواد الإضافية كالاقتصاد الإسلامى والمحاسبة ، ويوجد فرع لتدريس مواد التمريض للفتيات .

**ب) معهد البر الإسلامى :**

وهو على غرار معهد الملك فهد الإسلامى فى أهدافه والمواد التى تدرس به ، وقد بلغ عدد الطلاب فى عام ١٤١٧هـ حوالى (١١٠) طالباً .

**٣- أندونيسيا :**

**أ) معهد ابن القيم للتربية الإسلامية :**

ويقع فى مدينة جوكجاكرتا ، ويهدف إلى توفير مناخ إسلامى من خلال نشاطاته التربوية كصلاة الجماعة والصيام التطوعى وإعداد الندوات ...

وقد بلغ عدد الدارسين به عام ١٤١٧هـ (٣٠٠) طالب وطالبة فى المرحلتين المتوسطة والثانوية وتدرس به المواد الحديثة بجانب المواد الدينية .

- ٢ -

جــدة– الشمال الغربى لتقاطع الستين مع شارع فلسطين – هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢) – فاكس : ٦٦٠٢٦٤٥(٠٢) – برقياً : وامي جدة

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA027759



الندوة العالمية للشباب الاسلامي

| | |
|---|---|
| الرقم ............................ | مكتب الأمين العام المساعد ( جدة ) |
| التاريخ ............................ | *Office of the Assistant Secretary General ( Jeddah )* |

ب) مركز طيبة الإسلامى :

ويقع فى مدينة سومطرة الغربية ، ومن نشاطاته عمل حلقات لتحفيظ القرآن الكريم ، وإقامة الندوات والدروس الإسلامية .

## ٤- كردستان – العراق :

وجود مراكز لتحفيظ القرآن الكريم ، حيث تشرف الندوة على (٢٠)مركزاً للتحفيظ.

## ﺟ) نشاطات صحية

وذلك بمد قطاع عريض من فقراء المسلمين ببعض الخدمات الصحية المستطاعة ، وكذلك نشر الوعى الصحى ...وتتمثل فى :

## ١- باكستان :

المشروع الصحى – مستشفى الأمير عبد المحسن ، ويقع فى مدينة شهرناو – ولاية ماكيتا – شرق أفغانستان ، وسعته (٧٠) سريراً ونسبة الإشغال (٩٠٪) ، متوسط عدد المراجعين (٢٧٠) مريضاً يومياً وتقدم بعض الوجبات الصحية للمحتاجين طبياً .

## ٢- أندونيسيا :

مستشفى ابن سينا : ويقع فى سومطرة الغربية ويشرف عليه المجلس الأعلى الأندونيسى ودور الندوة يتمثل فى دعمه بالأجهزة الطبية والمعدات .

## ٣- كردستان العراق :

مشروع الرعاية الصحية الأولية BHU : ومن أهم الخدمات التى يقدمها : رعاية الحوامل ، تطعيمات الأطفال ، التوعية الصحية ، تدريب الكوادر الطبية ، علاج الأمراض الشائعة .

-٣-

CONFIDENTIAL
WAMYSA027760



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

.......................... الـرقـم

.......................... التاريخ

## د) نشاطات تأهيلية

وذلك بإعداد وتأهيل كوادر مهنية مختلفة فى المهن والحرف المناسبة التى تخدم البيئة المحلية ...ويتمثل ذلك فى **باكستان** حيث يوجد:

١- المعهد الصناعى والورش (تأهيل وتدريب) .

٢- المشروع الزراعى ، وذلك لنشر الوعى الزراعى وإعداد كوادر زراعية مناسبة للبيئة المحلية .

ومنذ يوم ١٤١٧/١/٢٧هـ وبموجب القرار الصادر بتصفية لجنة البر الإسلامية – فى محضر اجتماع أعضاء مجلس أمانة الندوة العالمية للشباب الإسلامى فى بلد المقر فى دورته السابعة والمنعقدة يومى الأربعاء والخميس (٥-٦) محرم ١٤١٧هـ فى المادة السابعة بالفقرة الرابعة (والمرفقة طيه صورة منه) – كان لامناص عن أن تتصرف النـدوة فى تدبير الأمـوال اللازمة بأية طريقة للصرف منها على تسيير هذه المشروعات وفق الميزانيات التى وضعت لها سابقاً كحد أدنى لضمان تسييرها ، وذلك لتحقيق الأهداف المرجوة والمنشودة والتى قامت من أجلها هذه المشروعات وذلك عن عام ١٤١٧هـ لحين السماح باستعاضة المبلغ المنصرف على هذه المشروعات لعام ١٤١٧هـ وقدره (٨,٢٠٩,٦٥٦) ، هذا وقد جمد رصيد اللجنـة النقـدى والـذى أودع البنـك الأهلى التجارى – فرع العليا – بالريـاض حسـاب رقـم (٢٢١/١٩١٣٧٠٠٠١٠٩) تحويـلاً بتـاريخ ١٩٩٦/١/٢م ، وهـو مبلـغ وقـدره (٨,١٣٠,٩٨٢) ريالاً – مرفق طيه قسيمة بإيداع هذا المبلغ – .

وأيضاً لامناص للندوة عن الاستمرار فى الصرف على هذه المشروعات والنشـاطات لمـا لها من فوائد كبيرة وعظيمة تعود بالنفع على فئات عريضة وكبيرة من المسلمين المستحقـين

– ٤ –

جدة– الشمال الغربى لتقاطع الستين مع شـارع فلسطين– هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)–٦٦٠١٨٧٨(٠٢)– فاكس : ٦٦٠٢٦٤٥(٠٢) – برقياً : وامي جدة– ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah, North West of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA027761



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

................................ الـرقـم
................................ التاريخ

هذه المنافع والخدمات ، ولاتستطيع الندوة التخلي عنها بأى صورة من الصـور حرصاً على سمعة المملكة والندوة ، خاصة وأنها تقع ضمن اختصاصات الندوة .

وستعتمد على الكفلاء المتبرعين والكـافلين لعـدد كبيـر مـن الأيتـام للصـرف مـن مبـالغ كفالاتهم على الأيتام ، وسـتقوم بتدبير الأمـوال الباقيـة واللازمـة لتسـيير هـذه المشـروعات والنشاطات عن طريق الإعانات المختلفة مستقبلاً...وا لله المستعان .

نسأل ا لله لنا ولكم التوفيق والسداد ،
والسلام عليكم ورحمة ا لله وبركاته ،،،

الأمين العام المساعد

د.عويش بن حربى الغامدى

‒ ٥ ‒

جدة‒ الشمال الغربي لتقاطع الستين مع شـارع فلسـطين ‒ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)‒فاكس : ٦٦٠٢٦٤٥(٠٢)‒برقياً : رامي جدة‒‒ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah Northwestern Sixten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY WAMY P.O.B. 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA027762



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA027758-Arabic-Projects became the responsibility of WAMY after LBI dissolution**

Sworn to before me this

_____ day of _____MARCH_____ of 2026

_____
Translation Manager

_____
Notary





Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling