

بسم الله الرحمن الرحيم

Administrative Decision No. (37) dated September 7, 1996

- In accordance with the gracious recommendation to merge the Islamic Benevolence Committee with The World Assembly of Muslim Youth.
- In light of the realities of the situation.
- Pursuant to the authority vested in us.

We have decided the following:

1. The Islamic Benevolence Committee will be merged into its parent organization (the World Assembly of Muslim Youth).
2. The organization shall be known as the World Assembly of Muslim Youth.
3. Correspondence should be addressed to the Assistant Secretary-General of the Assembly in Jeddah.
4. All budgets and accounts shall be settled with the Assembly Office in Jeddah.
5. Work on all projects will continue according to the previously established plan.
6. All assets and property of the offices and projects of the Islamic Benevolence Committee abroad shall be transferred to The World Assembly of Muslim Youth.
7. This decision shall take effect as of May 27, 1996
8. All relevant departments shall implement this directive within their respective areas of responsibility.

And may God grant success and guide us to the straight path,

Chief Executive Officer
Dr. Issam bin Yahya al-Filali
[signature]
[seal]

A photo with best regards to: -
1- Dr. Maneh bin Hammad al-Johani, General Secretary of the World Assembly of Muslim Youth in Riyadh
2. His Excellency Dr. Awad bin Harbi Al-Ghamdi (Assistant Secretary-General of the World Assembly of Muslim Youth in Jeddah).
3. Office for Pakistan and Afghanistan. 4. The Abyssinian Office. 5. North Caucasus Office.
6. Indonesia Office. 7. Cairo Office (Arab Scout Organization in Cairo).
8. Kurdistan Office.



CONFIDENTIAL



EXHIBIT
WAMY EX. 132

WAMYSA061651

CONFIDENTIAL
WAMYSA061651



بسم الله الرحمن الرحيم

**لجنة البر الإسلامية**
(الندوة العالمية للشباب الإسلامي)

## قرار إداري رقم ( ٣٧ ) بتاريخ ١٤١٧/١/١٠هـ

\* فإنه بناءا على التوصية الكريمة بدمج لجنة البر الإسلامية بالندوة العالمية للشباب الإسلامي.

\* وبناءا على ماتحتمه مقتضيات الواقع.

\* وبناءا على الصلاحيات المخولة لنـا.

### قررنا مايلي

١ – يتم دمج لجنة البر الإسلامية بمؤسستها الأم ( الندوة العالمية للشباب الإسلامي ).

٢ – يتم التعامل باسم الندوة العالمية للشباب الإسلامي.

٣ – يتم التخاطب باسم الأمين العام المساعد للندوة العالمية بجدة .

٤ – تتم تسوية جميع الميزانيات والحسابات مع مكتب الندوة العالمية بجدة .

٥ – يستمر العمل بجميع المشروعات حسب الخطة الموضوعة سلفاً .

٦ – يتم نقل جميع أصول وممتلكات مكاتب ومشروعات لجنة البر الإسلامية في الخارج لصالح الندوة العالمية للشباب الإسلامي.

٧ – يسري العمل بموجب هذا القرار اعتباراً من ١٤١٧/١/١٠هـ .

٨ – علـى جميع الإدارات المعنية تنفيـذه كـلاً فيمـا يخصـه .

والله الموفق والهادي الى سواء السبيل ،،



المدير التنفيــذي



/ د. عصام بن يحيى الفيلالي

**صورة مع التحية الى :-**

١ – سعادة الدكتور / مانع بن حماد الجهني ( الأمين العام للندوة العالمية للشباب الإسلامي / بالرياض ) .

٢ – سعادة الدكتور / عويش بن حربي الغامدي ( الأمين العام المساعد للندوة العالمية للشباب الإسلامي / بجده ) .

٣ – مكتب باكستان ، وأفغانستان.      ٤ – مكتب الحبشة.      ٥ – مكتب شمال القفقاس .

٦ – مكتب أندونيسيا.      ٧ – مكتب القاهرة ( المنظمة الكشفية العربية بالقاهرة ).

٨ – مكتب كردستان .

| | | | | | | |
|---|---|---|---|---|---|---|
| جــــدة ص . ب | ٩٠٧٢ | جـــــدة | ٢١٤١٣ | هاتف ٦٧٣٠٩٤١ | فاكس ٦٧١٦٨٣٩ | |
| مكة المكرمة ص . ب | ١٢١٤٨ | | | هاتف ٥٥٨٩١٣٤ | فاكس ٥٥٨١٩٨٠ | |
| المدينة المنورة ص . ب | ٥٠٥٩ | | | هاتف ٨٤٦١٩٥٤ | فاكس ٨٤٦١٦٨١ | |
| الرياض ص . ب | ١٠٨٤٥ | الريـاض | ١١٤٤٣ | هاتف ٤٦٤١٦٦٣/٤٦٢٨٩٧٥ | فاكس ٤٦٤١٧١٠ | |
| الدمام ص . ب | ٩١٠٤ | الدمــام | ٣١٤١٣ | هاتف ٨٤٢٥١١٦ | فاكس ٨٤٢٥١٥٩ | |
| أبهــا ص . ب | ٢٣٠٠ | | ٢٢٦٠٢٤٠ | | ٨١١٩٠٧ | |



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA061651**

Sworn to before me this
26 day of _March_ of 2026

_____
Translation Manager

_____
Notary





Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling