

**World Assembly of Muslim Youth**                    الندوة العالمية للشباب الاسلامي

No.

Date:

[…] for these benefits and services. WAMY is unable to withdraw them in any manner, to preserve the reputation of the Kingdom and WAMY, especially as they fall within WAMY's mandate.

[WAMY] will rely upon volunteer sponsors and guardians for a significant number of orphans, in order to make distributions to the orphans from their sponsorship contributions. It will raise the remaining funds required to run these projects and activities through various forms of grants and subsidies in the future, with the assistance of Allah Almighty.


We ask Allah to grant us all guidance and success.

Peace, mercy, and the blessings of Allah be upon you.


Assistant Secretary General

[signature]

Dr. Uwaish bin Harbi Al-Ghamdi


-5-

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢)- برقياً : وامي جدة- ص. ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

EXHIBIT
WAMY EX. 133

WAMYSA029787



**World Assembly of Muslim Youth**                    الندوة العالمية للشباب الاسلامي

No.

Date:

The third paragraph of the fax

His Excellency Dr. Manaa bin Hammad Al-Johani, may God protect him

Secretary-General of the World Assembly of Muslim Youth – Riyadh

Peace be upon you, and may Allah's mercy and blessings be upon you...

I hope you are well and that Allah is pleased with you... Furthermore,

The activities that have been transferred to the Assembly from the Islamic Benevolence Committee—formerly—since June 13, 1996 and fall within the Assembly's purview... consist of:

A) Social Activities:

1- These include the sponsorship of orphans, covering educational and other forms of care.... This involves sponsoring (661) orphans in Iraqi Kurdistan and (3,200) orphans in Pakistan.

2- These include the House of New Converts in Indonesia, which cares for new Muslims, serving those who have recently converted to Islam and who face opposition from their families and relatives, are deprived of everything, and are fired from their jobs, so they seek refuge at the center, which provides them with full sustenance and care. The center's supervisors also assist them in finding employment to support themselves.

b) Educational and Training Activities

1. Pakistan: The Imam Abu Hanifa Higher Institute, which trains preachers and teachers.

2. North Caucasus (Republic of Ingushetia)

a) King Fahd Islamic Institute... which aims to:

-1-

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢)- برقياً : وامي جدة- ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                 WAMYSA029788

World Assembly of Muslim Youth                          الندوة العالمية للشباب الاسلامي

No.

Date:

Office of the Assistant Secretary General (Jeddah)

1. Spread Islamic awareness among the peoples of the North Caucasus region.

2. Preserve the Islamic identity of the peoples of this region.

3. Ensure the continued existence of Islamic institutions that understand Islam and its teachings, given the need for intergenerational communication.

4. Strive earnestly to bring these peoples—who have suffered under the yoke of communism for more than seventy years—back into the fold of Islam.

In the years 1996-97, the number of students at the institute reached 380, comprising both male and female students who had completed high school. The duration of study at the institute is four years, during which Arabic language and Islamic sciences—including the Holy Quran and its sciences, the Noble Hadith and its sciences, fiqh, the Prophet's biography, Islamic history, and creed—along with some additional subjects such as Islamic economics and accounting. There is also a department for teaching nursing courses to female students.

b) Al-Bar Islamic Institute:

It is modeled after King Fahd Islamic Institute in terms of its objectives and the subjects taught there. In the years 1996-97, the number of students reached approximately 110.

3- Indonesia:

a) Ibn al-Qayyim Institute for Islamic Education:

Located in the city of Yogyakarta, it aims to foster an Islamic environment through educational activities such as congregational prayer, voluntary fasting, and organizing Assemblies...

In 1996-97 the number of students reached 300, comprising both male and female students in the middle and high school levels, and the institute teaches modern subjects alongside religious studies.

-2-

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)-فاكس : ٦٦٠٢٦٤٥(٠٢)-برقياً : وامي جدة- ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St, - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                      WAMYSA029789



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

No.

Date:

Office of the Assistant Secretary General (Jeddah)

b) Tayba Islamic Center:

Located in West Sumatra, its activities include organizing Quran memorization circles and holding Islamic assemblies and classes.

4. Kurdistan, Iraq:

There are centers for Quran memorization, with the Assembly overseeing 20 such centers.

c) Health Activities

These aim to provide a wide range of poor Muslims with whatever health services are available, as well as to raise health awareness... and include:

1. Pakistan:

Health Project – Prince Abdul Mohsen Hospital, located in the city of Shahr-e-Naw, Makita Province, eastern Afghanistan. It has a capacity of 70 beds and an occupancy rate of 90%, with an average of 270 patients visiting daily. It provides some meals to those in medical need.

2. Indonesia:

Ibn Sina Hospital: Located in West Sumatra and overseen by the Indonesian Supreme Council; the role of the Assembly is to support it with medical devices and equipment.

3- Iraqi Kurdistan:

The Basic Health Unit (BHU) Project: Among the most important services it provides are prenatal care, childhood vaccinations, health education, training for medical staff, and treatment of common illnesses.

-3-

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢)- برقياً : وامي جدة- ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA029790



**World Assembly of Muslim Youth**                                الندوة العالمية للشباب الاسلامي

No.

Date:

d) Vocational training activities, involving the preparation and training of various professional personnel in trades and crafts suited to the local environment... This is exemplified in Pakistan, where there are: 1. The Industrial Institute and Workshops (training and vocational education). 2. The Agricultural Project, aimed at raising agricultural awareness and preparing agricultural personnel suited to the local environment.

Since June 13, 1996, pursuant to the resolution issued regarding the dissolution of the Islamic Benevolence Committee—as recorded in the minutes of the meeting of the members of the Secretariat Council of the World Assembly of Muslim Youth at its headquarters during its seventh session, held on Wednesday and Thursday (5–6) Muharram 1417 AH, in Article 7, Paragraph 4 (a copy of which is attached hereto)—it was deemed necessary for the Assembly to manage the necessary funds in any manner to allocate them toward the operation of these projects in accordance with the budgets previously established as a minimum to ensure their operation, in order to achieve the desired and intended objectives for which these projects were established, effective from the year 1417 AH until permission is granted to replace the amount spent on these projects for the year 1417 AH, amounting to (8,209,656). Furthermore, the Committee's cash balance, which was deposited with the National Commercial Bank – Al-Olaya Branch – in Riyadh, account number (221/19137000109), via a transfer dated January 2, 1996, amounting to
(8,130,982) riyals – a deposit slip for this amount is attached herein – Furthermore, we urge the Assembly not to discontinue funding for these projects and activities, given their significant and immense benefits that benefit broad and large segments of deserving Muslims

-4-

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)_فاكس : ٦٦٠٢٦٤٥(٠٢)_برقياً : وامي جدة_ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                      WAMYSA029791



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقم ................................................

التاريخ ................................................

لهذه المنافع والخدمات ، ولاتستطيع الندوة التخلى عنها بأى صورة من الصـور حرصاً علـى سمعة المملكة والندوة ، خاصة وأنها تقع ضمن اختصاصات الندوة .

وستعتمد على الكفلاء المتبرعين والكـافلين لعـدد كبـير مـن الأيتـام للصـرف مـن مبـالغ كفالاتهم على الأيتام ، وستقوم بتدبير الأمـوال الباقيـة واللازمـة لتسـيير هـذه المشـروعات والنشاطات عن طريق الإعانات المختلفة مستقبلاً...وا لله المستعان .

نسأل ا لله لنا ولكم التوفيق والسداد ، والسلام عليكم ورحمة ا لله وبركاته ،،،

الأمين العام المساعد

د. عويش بـن حربى الغامدى

— ٥ —

جـدة- الشـمال الغربي لتقاطع السـتين مع شـارع نلسطبن- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)-فاكس : ٦٦٠٢٦٤٥(٠٢)-برقياً : وامي جدة-ص . ب ٨٨٥٦ جـدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA029787



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

............................. الرقم

............................. التاريخ

*الفقرة الثالثة من الفاكس*

سعادة الأخ الفاضل / د.مانـع بن حماد الجهنى    حفظه الله

الأمين العام للندوة العالمية للشباب الإسلامى – الرياض

السلام عليكم ورحمة الله وبركاته ...

أرجو أن تكونوا على خير ما يحب ربنا ويرضى ...وبعد ،،،

إن النشــاطات التــى آلــت إلى النــدوة مــن لجنـة البـر الإسـلامية – سـابقاً – منــذ

١٤١٧/١/٢٧هـ وتقع ضمن اختصاصات الندوة ...تتمثل فى :

## أ) نشاطات اجتماعية :

١– وتتمثل فى مظلة كفالة الأيتام من رعايـة تعليميـة وغيرهـا ....، وذلك بكفالة (٦٦١)

يتيماً فى كردستان العراق وعدد (٣٢٠٠) يتيماً فى باكستان .

٢– وتتمثل فى دار المهتدين الجدد بأندونيسيا وتقوم برعايـة المسلمين الجـدد ، حيـث تخـدم

المعتنقـين للإسلام حديثاً والذين يحـاربون مـن أهليهـم وذويهـم ويحرمـون مـن كـل شـىء

ويطردون من عملهم فيلجأون إلى الدار التى توفر لهم الإعاشة والرعايـة الكاملة كمـا يقـوم

المشرفون على الدار بمساعدتهم فى الحصول على عمل يتعيشون منه .

## ب) نشاطات تعليمية وتربوية

١– باكستان : معهد الإمام أبى حنيفة العالى وذلك لإعداد الدعاة والمعلمين .

٢– شمال القفقاس (جمهورية الأنجوش)

أ) معهد الملك فهد الإسلامى ...والذى يهدف إلى:

– ١ –

جـدة– الشمال الغربي لتقاطع الستين مع شـارع فلسطين– هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢) –فاكس : ٦٦٠٢٦٤٥(٠٢) –برقياً : رامي جدة–ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of AL-Sitten Crossing with Palestine St - Tel (02) 6672833/6601878 - Fax (02) 6602645 - Cable WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA029788



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام المساعد ( جـدة )

*Office of the Assistant Secretary General ( Jeddah )*

................................ الرقــم ................................

................................ التاريخ ................................

١- نشر الوعى الإسلامى لشعوب منطقة شمال القفقاس .

٢- الحفاظ على الهوية الإسلامية لشعوب هذه المنطقة .

٣- الحرص على استمرار وجود أوعية إسلامية تعى الإسلام وأحكامه لضرورة التواصل بـين الأجيال .

٤- السعى الحثيث لرد هذه الشعوب – التى رزحت تحت وطأة الشيوعية لأكثر من سبعين سنة – إلى حظيرة الإسلام .

وقد وصل عدد الطلاب فى المعهد فى عام ١٤١٧هـ إلى (٣٨٠) طالباً وطالبةً وهم مـن الحاصلين على الثانوية العامة ، ومدة الدراسة فى المعهد أربع أعوام ، وتدرس فيه اللغة العربية والعلوم الشرعية – القرآن الكريم وعلومه ، الحديث الشريف وعلومه ، الفقه ، السـيرة النبوية ، التاريخ الإسلامى ، والعقيدة – بجانب بعض المواد الإضافيـة كالاقتصـاد الإسـلامى والمحاسبة ، ويوجد فرع لتدريس مواد التمريض للفتيات .

ب) معهد البر الإسلامى :

وهو على غرار معهد الملك فهد الإسلامى فى أهدافه والمواد التى تدرس بـه ، وقد بلـغ عدد الطلاب فى عام ١٤١٧هـ حوالى (١١٠) طالباً .

٣- أندونيسيا :

أ) معهد ابن القيم للتربية الإسلامية :

ويقع فى مدينة جوكجاكرتا ، ويهـدف إلى توفير منـاخ إسلامى مـن خـلال نشـاطاته التربوية كصلاة الجماعة والصيام التطوعى وإعداد الندوات ...

وقد بلغ عدد الدارسين به عام ١٤١٧هـ (٣٠٠) طالب وطالبة فى المرحلتـين المتوسـطة والثانوية وتدرس به المواد الحديثة بجانب المواد الدينية .

– ٢ –

جـدة– الشمال الغربي لتقاطع الستين مع شـارع فلسطين– هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)– فاكس : ٦٦٠٢٦٤٥(٠٢)–برقياً : وامي جدة– ص . ب ٨٨٥٦ جدة٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA029789

بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الإسلامي

مكتب الأمين العام المساعد ( جدة )

*Office of the Assistant Secretary General ( Jeddah )*

الرقم ......................

التاريخ ......................

ب) مركز طيبة الإسلامى :

ويقع فى مدينة سومطرة الغربية ، ومن نشاطاته عمل حلقات لتحفيظ القرآن الكريم ، وإقامة الندوات والدروس الإسلامية .

٤– كردستان – العراق :

وجود مراكز لتحفيظ القرآن الكريم ، حيث تشرف الندوة على (٢٠)مركزاً للتحفيظ .

**ج) نشاطات صحية**

وذلك بمد قطاع عريض من فقراء المسلمين ببعض الخدمات الصحية المستطاعة ، وكذلك نشر الوعى الصحى ...وتتمثل فى :

١– باكستان :

المشروع الصحى – مستشفى الأمير عبد المحسن ، ويقع فى مدينة شهرناو – ولاية ماكيتا – شرق أفغانستان ، وسعته (٧٠) سريراً ونسبة الإشغال (٩٠٪) ، متوسط عدد المراجعين (٢٧٠) مريضاً يومياً وتقدم بعض الوجبات الصحية للمحتاجين طبياً .

٢– أندونيسيا :

مستشفى ابن سينا : ويقع فى سومطرة الغربية ويشرف عليه المجلس الأعلى الأندونيسى ودور الندوة يتمثل فى دعمه بالأجهزة الطبية والمعدات .

٣– كردستان العراق :

مشروع الرعاية الصحية الأولية BHU : ومن أهم الخدمات التى يقدمها : رعاية الحوامل ، تطعيمات الأطفال ، التوعية الصحية ، تدريب الكوادر الطبية ، علاج الأمراض الشائعة .

–٣–

جدة- الشمال الغربى لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢) - برقياً : وامى جدة- ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah: North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                    WAMYSA029790



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقـم ....................

التاريخ ....................

## د) نشاطات تأهيلية

وذلك بإعداد وتأهيل كوادر مهنية مختلفة فى المهـن والحـرف المناسبة التـى تخـدم البيئـة المحلية ...ويتمثل ذلك فى باكستان حيث يوجد:

١– المعهد الصناعى والورش (تأهيل وتدريب) .

٢– المشروع الزراعى ، وذلك لنشر الوعى الزراعـى وإعـداد كـوادر زراعيـة مناسبـة للبيئـة المحلية .

ومنذ يوم ١٤١٧/١/٢٧هـ وبموجب القرار الصادر بتصفية لجنـة الـبر الإسلامية – فى محضر اجتماع أعضاء بجلس أمانة الندوة العالمية للشباب الإسلامى فى بلـد المقر فى دورتـه السابعة والمنعقدة يومى الأربعاء والخميس (٥–٦) محرم ١٤١٧هـ فى المادة السابعة بالفقرة الرابعة (والمرفقة طيه صورة منه) – كان لامناص عن أن تتصرف النـدوة فى تدبير الأمـوال اللازمة بأية طريقة للصرف منها على تسيير هذه المشروعات وفق الميزانيات التى وضعت لهـا سابقاً كحد أدنى لضمان تسييرها ، وذلك لتحقيق الأهداف المرجوة والمنشودة والتى قامت من أجلها هذه المشروعات وذلك عن عام ١٤١٧هـ لحين السماح باستعاضة المبلغ المنصرف على هذه المشروعات لعام ١٤١٧هـ وقدره (٨,٢٠٩,٦٥٦) ، هذا وقد جمد رصيد اللجنـة النقـدى والذى أودع البنـك الأهلى التجـارى – فـرع العليـا – بالريـاض حسـاب رقـم (٢٢١/١٩١٣٧٠٠١٠٩) تحويـلاً بتـاريخ ١٩٩٦/١/٢م ، وهـو مبلـغ وقـدره (٨,١٣٠,٩٨٢) ريالاً – مرفق طيه قسيمة بإيداع هذا المبلغ – .

وأيضاً لامناص للندوة عن الاستمرار فى الصرف على هذه المشروعات والنشـاطات لمـا لها من فوائد كبيرة وعظيمة تعود بالنفع على فئات عريضة وكبيرة من المسلمين المستحقـين

– ٤ –

جدة– الشمال الغربي لتقاطع الستين مع شارع فلسطين– هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)–فاكس : ٦٦٠٢٦٤٥(٠٢)–برقياً : وامي جدة–ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah: North west of  Al Sitteo Crossing with Palestine St - Tel (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL          WAMYSA029791



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following document from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA029787 - WAMYSA029791 - curriculum**

Sworn to before me this

_____ day of _____ of 2026

_____
Translation Manager

_____
Notary



