

United Nations Security Council Consolidated List

---

**Generated on:** 5 February 2026

"Generated on refers to the date on which the user accessed the list and not the last date of substantive update to the list. Information on the substantive list updates are provided on the Council / Committee's website."

**Composition of the List**

The list consists of the two sections specified below:
**A. Individuals**
**B. Entities and other groups**

Information about de-listing may be found at:
https://www.un.org/securitycouncil/ombudsperson(for res. 1267)
https://www.un.org/securitycouncil/sanctions/delisting(for other Committees)


A. Individuals

**QDi.312 Name:** 1: AAMIR 2: ALI 3: CHAUDHRY 4: na
**Name (original script):** عامر علی چوبدری
**Title:** na **Designation:** na **DOB:** 3 Aug. 1986 **POB:  Good quality a.k.a.: a)** Aamir Ali Chaudary **b)** Aamir Ali Choudry **c)** Amir Ali Chaudry **Low quality a.k.a.:** Huzaifa **Nationality:** Pakistan **Passport no:** Pakistan number BN 4196361, issued on 28 Oct. 2008 (expiring 27 Oct. 2013) **National identification no:** Pakistan 33202-7126636-9 **Address:** na **Listed on:** 18 Oct. 2012 ( amended on 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Electronics and explosives expert for Tehrik-e Taliban Pakistan (TTP) (QDe.132). Involved in attack planning for TTP. Provided financial and logistical support for TTP and participated in TTP-sponsored militant training. Reportedly deceased. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.032 Name:** 1: ABBAS 2: RASHIDI 3: na 4: na
**Title:** na **Designation:** Designated for involvement in enrichment work at Natanz. **DOB:** na **POB:  Good quality a.k.a.:** Abas Rashidi; Abbas Rashedi; Abas Rashedi **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.03.I.12]

**IRi.008 Name:** 1: ABBAS REZAEE 2: ASHTIANI 3: na 4: na
**Title:** na **Designation:** Senior official at the AEOI Office of Exploration and Mining Affairs **DOB:** na **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.03.I.3]

**YEi.001 Name:** 1: ABD 2: AL-KHALIQ 3: AL-HOUTHI 4: na
**Name (original script):** عبدالخالق الحوثي


EXHIBIT

WAMY EX. 135

**Title:** na **Designation:** Huthi military commander **DOB:** 1984 **POB:**  **Good quality a.k.a.: a)** Abd-al-Khaliq al-Huthi **b)** Abd-al-Khaliq Badr-al-Din al Huthi **c)** ʿAbd al-Khaliq Badr al-Din al-Huthi **d)** Abd al-Khaliq al-Huthi **Low quality a.k.a.:** Abu-Yunus **Nationality:** Yemen **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 7 Nov. 2014 ( amended on 20 Nov. 2014, 26 Aug. 2016 ) **Other information:** Gender [Male]. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.371 Name:** 1: ABD AL-BASET 2: AZZOUZ 3: na 4: na
**Title:** na **Designation:** na **DOB:** 7 Feb. 1966 **POB:** Doma, Libya **Good quality a.k.a.: a)** Abdelbassed Azouz **b)** Abdul Baset Azouz **Low quality a.k.a.:** AA (initials) **Nationality:** Libya **Passport no:**
**a)** Libya number 223611 **b)** British passport number C00146605 **National identification no:** na **Address:** Libya (last known location) **Listed on:** 29 Feb. 2016 ( amended on 24 Nov. 2020 ) **Other information:** Key operative in Al-Qaida (QDe.004). Under the direction of Aiman al-Zawahiri (QDi.006), recruited 200 militants in the eastern part of Libya. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.380 Name:** 1: ABD AL-LATIF 2: BIN ABDALLAH 3: SALIH MUHAMMAD 4: AL-KAWARI
**Name (original script):** عبداللطيف بن عبدالله صالح محمد الكواري
**Title:** na **Designation:** na **DOB:** 28 Sep. 1973 **POB:**  **Good quality a.k.a.: a)** Abd-al-Latif Abdallah Salih al-Kawari **b)** Abd-al-Latif Abdallah Salih al-Kuwari **c)** Abd-al-Latif Abdallah al-Kawwari **d)** Abd-al-Latif Abdallah al-Kawari **e)** Abu Ali al-Kawari **Low quality a.k.a.:** na **Nationality:** Qatar **Passport no:**
**a)** Qatar number 01020802 **b)** Qatar number 00754833, issued on 20 May 2007 **c)** Qatar number 00490327, issued on 28 Jul. 2001 **d)** Qatar number 01538029 (expires 14 Mar. 2025) **National identification no:** Qatar 27363400684 **Address:** Al Kharaitiyat, Qatar **Listed on:** 21 Sep. 2015 ( amended on 1 May 2019, 23 Mar. 2021, 8 Nov. 2022 ) **Other information:** Qatar-based facilitator who provides financial services to, or in support of, Al-Qaida (QDe.004). Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.298 Name:** 1: ABD AL-RAHMAN 2: OULD MUHAMMAD AL-HUSAYN 3: OULD MUHAMMAD SALIM 4: na
**Name (original script):** عبد الرحمن ولد محمد الحسين ولد محمد سليم
**Title:** na **Designation:** na **DOB:** Approximately 1981 **POB:** Saudi Arabia **Good quality a.k.a.:**
**a)** Abdarrahmane ould Mohamed el Houcein ould Mohamed Salem **b)** شيخ يونس الموريتاني (Yunis al-Mauritani; Younis al-Mauritani; Sheikh Yunis al-Mauritani; Shaykh Yunis the Mauritanian) **Low quality a.k.a.: a)** Salih the Mauritanian **b)** Mohamed Salem **c)** Youssef Ould Abdel Jelil **d)** El Hadj Ould Abdel Ghader **e)** Abdel Khader **f)** Abou Souleimane **g)** Chingheity **Nationality:** Mauritania **Passport no:** na **National identification no:** na **Address:** Mauritania **Listed on:** 15 Sep. 2011 ( amended on 24 Nov. 2020, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** Senior Al-Qaida (QDe.004) leader, also associated with The Organization of Al-Qaida in the Islamic Maghreb (QDe.014). Wanted by Mauritanian authorities. He is in Mauritania since his extradition from Pakistan in 2014. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.192 Name:** 1: ABD ALLAH 2: MOHAMED 3: RAGAB 4: ABDEL RAHMAN
**Name (original script):** عبد الله محمد رجب عبد الرحمن
**Title:** na **Designation:** na **DOB:** 3 Nov. 1957 **POB:** Kafr Al-Shaykh, Egypt **Good quality a.k.a.: a)** Abu Al-Khayr **b)** Ahmad Hasan **c)** Abu Jihad **Low quality a.k.a.:** na **Nationality:** Egypt **Passport no:** na **National identification no:** na **Address:** (Believed to be in Pakistan or Afghanistan) **Listed on:** 29 Sep. 2005 ( amended on 13 Dec. 2011, 1 May 2019, 15 Nov. 2021, 11 Mar. 2025 ) **Other information:** Member of Egyptian Islamic Jihad (QDe.003). Reportedly killed in Syria in February 2017. Review pursuant to Security Council resolution

1822 (2008) was concluded on 1 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.065 Name:** 1: ABD EL KADER 2: MAHMOUD 3: MOHAMED 4: EL SAYED

**Name (original script):** عبد القادر محمود محمد السيد

**Title:** na **Designation:** na **DOB:** 26 Dec. 1962 **POB:** Egypt **Good quality a.k.a.: a)** Es Sayed, Kader **b)** Abdel Khader Mahmoud Mohamed el Sayed **Low quality a.k.a.:** na **Nationality:** Egypt **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 24 Apr. 2002 ( amended on 26 Nov. 2004, 7 Jun. 2007, 16 May 2011, 1 May 2019, 15 Nov. 2021, 6 Oct. 2025, 21 Oct. 2025 ) **Other information:** Italian Fiscal Code: SSYBLK62T26Z336L. Sentenced to 8 years imprisonment in Italy on 2 February 2004. Considered a fugitive from justice by the Italian authorities. Reportedly killed in 2012. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.320 Name:** 1: ABD-AL-HAMID 2: AL-MASLI 3: na 4: na

**Name (original script):** عبدالحميد المصلي

**Title:** na **Designation:** na **DOB:** 1976 **POB: a)** Darnah, Libya **b)** Danar, Libya **Good quality a.k.a.: a)** Abd-al-Hamid Muhammad Abd-al-Hamid Al-Masli **b)** Abd-al-Hamid Musalli **c)** Hamid Masli **Low quality a.k.a.: a)** Hamza al-Darnawi **b)** Hamzah al-Darnawi **c)** Hamza Darnawi **d)** Hamzah Darnawi **e)** Hamzah Dirnawi **f)** Hamza Darnavi **g)** Hamza al-Darnavi **h)** Abdullah Darnawi **i)** Abu-Hamzah al-Darnawi **Nationality:** Libya **Passport no:** na **National identification no:** na **Address:** (Reportedly located in Waziristan, Federally Administered Tribal Areas, Pakistan) **Listed on:** 26 Nov. 2013 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** Leader and trainer of an Al-Qaida electronics and explosives workshop producing improvised explosive device components. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.156 Name:** 1: ABD-AL-MAJID 2: AZIZ 3: AL-ZINDANI 4: na

**Name (original script):** عبد المجيد عزيز الزنداني

**Title:** Sheikh **Designation:** na **DOB:** 1950 **POB:** Yemen **Good quality a.k.a.: a)** Abdelmajid Al-Zindani **b)** Shaykh 'Abd Al-Majid Al-Zindani **c)** Sheikh Abd Al-Meguid Al-Zandani **Low quality a.k.a.:** na **Nationality:** Yemen **Passport no:** Yemen number A005487, issued on 13 Aug. 1995 **National identification no:** na **Address:** P.O. Box 8096, Sana'a, Yemen **Listed on:** 27 Feb. 2004 ( amended on 25 Jul. 2006, 10 Jun. 2011, 1 May 2019, 8 Nov. 2022 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 2 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.019 Name:** 1: ABD-AL-TAWWAB 2: MULLAH 3: HUWAYSH 4: na

**Name (original script):** عبد التواب ملا حويش

**Title:** na **Designation:** na **DOB: a)** 1957 **b)** 14 Mar. 1942 **POB: a)** Mosul, Iraq **b)** Baghdad, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**SDi.005 Name:** 1: ABDEL 2: RAHMAN 3: JUMA 4: BARKALLA

**Title:** na **Designation:** Rapid Support Forces (RSF) Major General and West Darfur Commander **DOB:** 1 Jan. 1969 **POB:** Bahr Elarab, East Darfur, Sudan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:**

Sudan **Passport no:** Sudan number P07834700 **National identification no:** Sudan 21052659309 **Address:** na **Listed on:** 8 Nov. 2024 **Other information:** Gender: Male. click here

**QDi.075 Name:** 1: ABDELHALIM 2: HAFED 3: ABDELFATTAH 4: REMADNA
**Name (original script):** عبدالحليم حافظ عبدالفتاح رمادنا
**Title:** na **Designation:** na **DOB:** 2 Apr. 1966 **POB:** Biskra, Algeria **Good quality a.k.a.:** Abdelhalim Remadna **Low quality a.k.a.:** Jalloul **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address:** Algeria **Listed on:** 3 Sep. 2002 ( amended on 12 Apr. 2006, 7 Apr. 2008, 3 Jun. 2009, 25 Jan. 2010, 23 Dec. 2010, 1 May 2019, 8 Nov. 2022 ) **Other information:** Deported from Italy to Algeria on 12 Aug. 2006. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Dec. 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.190 Name:** 1: ABDELKADER 2: LAAGOUB 3: na 4: na
**Name (original script):** عبد القادر لاغوب
**Title:** na **Designation:** na **DOB:** 23 Apr. 1966 **POB:** Casablanca, Morocco **Good quality a.k.a.:** na **Low quality a.k.a.:** Rachid **Nationality:** Morocco **Passport no:** Morocco number D-379312 **National identification no:** (Moroccan national identity card DE- 473900) **Address:** Number 4, Via Europa, Paderno Ponchielli, Cremona, Italy **Listed on:** 29 Jul. 2005 ( amended on 21 Dec. 2007, 13 Dec. 2011, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Italian Fiscal code: LGBBLK66D23Z330U. Father's name is Mamoune Mohamed. Mother's name is Fatna Ahmed. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.232 Name:** 1: ABDELMALEK 2: DROUKDEL 3: na 4: na
**Name (original script):** عبد المالك دروكدال
**Title:** na **Designation:** na **DOB:** 20 Apr. 1970 **POB:** Meftah, Wilaya of Blida, Algeria **Good quality a.k.a.:** Abou Mossaab Abdelouadoud **Low quality a.k.a.:** na **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address:** Algeria **Listed on:** 27 Aug. 2007 ( amended on 7 Apr. 2008, 13 Dec. 2011, 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Reportedly deceased in June 2020. Head of The Organization of Al-Qaida in the Islamic Maghreb (QDe.014). Sentenced in absentia to life imprisonment in Algeria on 21 March 2007. Father's name is Rabah Droukdel. Mother's name is Z'hour Zdigha. Review pursuant to Security Council resolution 1822 (2008) was concluded on 4 May 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.327 Name:** 1: ABDELRAHMAN 2: MOUHAMAD ZAFIR 3: AL DABIDI 4: AL JAHANI
**Title:** na **Designation:** na **DOB:** a) 4 Dec. 1971 b) 1977 **POB:** Kharj, Saudi Arabia **Good quality a.k.a.: a)** Abd Al-Rahman Muhammad Zafir Al-Dubaysi Al-Juhni **b)** Abd Al-Rahman Muhammad Zafir al-Dubaysi al-Jahni **c)** Abd Al-Rahman Muhammad Zafir al-Dubaysi al-Jahani **d)** Abd Al-Rahman Muhammad Zafir al-Dubaysi al-Juhani **e)** Abdulrhman Mohammed D. Aljahani **f)** Abu al-Wafa' **g)** Abu Anas **h)** Abd al-Rahman Muhammad Zafir al-Dabisi al-Jahani **i)** Abu Wafa al-Saudi **j)** Abu al-Wafa **k)** Abd al-Rahman Muhammad Thafir al-Jahni **l)** Abd al-Rahman Muhammad al-Juhani **m)** ) Abdelrahman Mouhamad Zafir al Dabissi Juhan **n)** Abdelrahman Mouhamad Zafir al Dabissi Juhani **Low quality a.k.a.:** Abou Wafa al Saoudi **Nationality:** Saudi Arabia **Passport no:** F508591 **National identification no:** Saudi Arabia 1027508157 **Address:** na **Listed on:** 15 Aug. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** A member and regional commander of Jabhat al-Nusrah, listed as Al-Nusrah Front for the People of the Levant (QDe.137)and a facilitator of foreign recruits for that group. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30

October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.314 Name:** 1: ABDERRAHMANE 2: OULD EL AMAR 3: na 4: na
**Name (original script):** عبد الرحمن ولد العامر
**Title:** na **Designation:** na **DOB:** Between 1977 and 1982 **POB:** Tabankort, Mali **Good quality a.k.a.: a)** Ahmed el Tilemsi **b)** Abderrahmane Ould el Amar Ould Sidahmed Loukbeiti **c)** Ahmad Ould Amar **Low quality a.k.a.:** na **Nationality:** Mali **Passport no:** na **National identification no:** na **Address: a)** Gao, Mali **b)** Tabankort, Mali **c)** In Khalil, Mali **d)** Al Moustarat, Mali **Listed on:** 22 Feb. 2013 ( amended on 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Reportedly deceased as of December 2014. Leader of the Mouvement pour l'Unification et le Jihad en Afrique de l'Ouest (MUJAO) (QDe.134). Member of The Organization of Al-Qaida in the Islamic Maghreb (QDe.014). Arrested in April 2005 in Mauritania, escaped from Nouakchott jail on 26 Apr. 2006. Re-arrested in Sep. 2008 in Mali and released on 15 Apr. 2009. Associated with Mokhtar Belmokhtar (QDi.136). Father's name is Leewemere. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.023 Name:** 1: ABDIKADIR 2: MOHAMED 3: ABDIKADIR 4: na
**Title:** na **Designation:** Designation: Senior Al-Shabaab leader **DOB:** 1985 **POB:** Somalia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** ABDUKADIR **b)** ABDUKADIR MOHAMED ABDUKADIR **c)** ABDULKADIR **d)** ABDULKADIR MOHAMED ABDULKADIR **e)** IKRIMA **Nationality: a)** Somalia **b)** Kenya **Passport no:** na **National identification no:** na **Address:** Somalia **Listed on:** 21 May 2024 **Other information:** Gender: Male. Listed pursuant to paragraph 26(b) of resolution 2662 (2022): (i) participating in the financing, planning, facilitating, preparing, or perpetrating of acts or activities by, in conjunction with, under the name of, on behalf of, or in support of Al-Shabaab and (iii) recruiting for, or otherwise supporting acts or activities of Al-Shabaab or any cell, affiliate, splinter group or derivative thereof. click here

**CFi.012 Name:** 1: ABDOULAYE 2: HISSENE 3: na 4: na
**Title:** President of the Conseil National de Défense et de Sécurité (CNDS) and military leader of the Front Populaire pour la Renaissance de la Centrafrique **Designation:** "general" **DOB: a)** 1967 **b)** 1 Jan. 1967 **POB: a)** Ndele, Bamingui-Bangoran, Central African Republic **b)** Haraze Mangueigne, Chad **Good quality a.k.a.: a)** Abdoulaye Issène **b)** Abdoulaye Hissein **c)** Hissene Abdoulaye **d)** Abdoulaye Issène Ramadane **e)** Abdoulaye Issene Ramadan **f)** Issene Abdoulaye **Low quality a.k.a.:** na **Nationality: a)** Central African Republic **b)** Chad **Passport no: a)** CAR diplomatic passport no. D00000897, issued on 5 Apr. 2013 (valid until 4 April 2018) **b)** CAR diplomatic passport no. D00004262, issued on 11 Mar. 2014 (expires on 10 March 2019) **National identification no:** Chad national identity card no. 103-00653129-22, issued on 21 Apr. 2009 (expires on 21 April 2019) **Address: a)** KM5, Bangui, Central African Republic **b)** Nana-Grebizi, Central African Republic **c)** Ndjari, Ndjamena, Chad **d)** Ndélé, Bamingui-Bangoran (main location since August 2016) **Listed on:** 17 May 2017 ( amended on 1 Mar. 2019, 18 Apr. 2019, 28 Jul. 2020 ) **Other information:** Hissène was formerly the Minister of Youth and Sports as part of the Cabinet for the Central African Republic's former President Michel Djotodia. Prior to that, he was the head of the Convention of Patriots for Justice and Peace, a political party. He also established himself as a leader of armed militias in Bangui, in particular in the "PK5" (3rd district) neighborhood. In October 2016, Abdoulaye Hissène was appointed President of the Conseil National de Défense et de Sécurité, a body which was created at the time to gather military leaders and commanding fighters from all ex-Séléka factions. He has remained in this position since then, but has actual control over FPRC fighters only. Father's name is Abdoulaye. Mother's name is Absita Moussa. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.305 Name:** 1: ABDUL 2: ROSYID 3: RIDHO 4: BA'ASYIR
**Title:** na **Designation:** na **DOB:** 31 Jan. 1974 **POB:** Sukoharjo, Indonesia **Good quality a.k.a.: a)** Abdul Rosyid Ridho Bashir **b)** Rashid Rida Ba'aysir **c)** Rashid Rida Bashir **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** na **National identification no:** (Indonesian National Identity Card number

1127083101740003 under name Abdul Rosyid Ridho Ba'asyir) **Address:** Podok Pesantren AL Wayain Ngrandu, Sumber Agung Magetan, East Java, Indonesia **Listed on:** 12 Mar. 2012 ( amended on 15 Nov. 2021 ) **Other information:** Father's name is Abu Bakar Ba'asyir (QDi.217). Brother of Abdul Rahim Ba'aysir (QDi.293). Belongs to the leadership of and is involved in recruitment and fundraising for Jemmah Anshorut Tauhid (JAT) (QDe.133) Associated with Jemaah Islamiyah (QDe.092). Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.433 Name:** 1: ABDUL 2: REHMAN 3: MAKKI 4: na
**Title:** na **Designation:** na **DOB:** 10 Dec. 1954 **POB:** Bahawalpur, Punjab Province, Pakistan **Good quality a.k.a.: a)** Abdur Rehman Makki **b)** Abdur Rahman Makki **c)** Abdul Rahman Makki **d)** Hafiz Abdul Rahman Makki **e)** Hafiz Abdul Rehman Makki **f)** Hafiz Abdul Rehman **Low quality a.k.a.:** na **Nationality:** Pakistan **Passport no: a)** Pakistan number CG9153881, issued on 2 Nov. 2007
**b)** Pakistan number A5199819 **National identification no: a)** Pakistan 6110111883885
**b)** Pakistan 34454009709 **Address:** Tayyiba Markaz, Muridke, Punjab Province, Pakistan **Listed on:** 16 Jan. 2023 **Other information:** He is deputy Amir/Chief of LASHKAR-E-TAYYIBA (LET) (QDe.118) a.k.a JAMAAT-UD-DAWA (JUD) and Head of Political Affairs Wing JUD/LET. He also served as head of LET's foreign relations department and member of Shura (governing body). He is the brother-in-law of JUD/LET Chief Hafiz Muhammad Saeed (QDi.263). Father's name is Hafiz Abdullah Bahwalpuri. Photo is available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.268 Name:** 1: ABDUL 2: HAQ 3: na 4: na
**Title:** na **Designation:** na **DOB:** 10 Oct. 1971 **POB:** Hetian Area, Xinjiang Uighur Autonomous Region, China **Good quality a.k.a.: a)** Maimaitiming Maimaiti **b)** Abdul Heq **c)** Abudu Hake **d)** Abdul Heq Jundullah **e)** 'Abd Al-Haq **f)** Memetiming Memeti **g)** Memetiming Aximu **h)** Memetiming Qekeman **i)** Maiumaitimin Maimaiti **j)** Abdul Saimaiti **k)** Muhammad Ahmed Khaliq **Low quality a.k.a.: a)** Maimaiti Iman **b)** Muhelisi **c)** Qerman **d)** Saifuding **Nationality:** China **Passport no:** na **National identification no:** China 653225197110100533 (Chinese national identity card number) **Address: a)** Afghanistan (current location as at Jul. 2016) **b)** Pakistan (previous location as at Apr. 2009) **Listed on:** 15 Apr. 2009 ( amended on 13 Dec. 2011, 20 Jun. 2017, 24 Nov. 2020, 11 Mar. 2025 ) **Other information:** Overall leader and commander of the Eastern Turkistan Islamic Movement (QDe.088). Involved in fundraising and recruitment for this organization. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.155 Name:** 1: ABDUL AZIZ 2: ABBASIN 3: na 4: na
**Name (original script):** عبد العزيز عباسين
**Title:** na **Designation:** na **DOB:** 1969 **POB:** Sheykhan Village, Pirkowti Area, Orgun District, Paktika Province, Afghanistan **Good quality a.k.a.:** Abdul Aziz Mahsud **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 4 Oct. 2011 ( amended on 22 Apr. 2013 ) **Other information:** Key commander in the Haqqani Network (TAe.012) under Sirajuddin Jallaloudine Haqqani (TAi.144). Taliban Shadow Governor for Orgun District, Paktika Province as of early 2010. Operated a training camp for non-Afghan fighters in Paktika Province. Has been involved in the transport of weapons to Afghanistan. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.038 Name:** 1: ABDUL BAQI 2: BASIR 3: AWAL SHAH 4: na
**Name (original script):** عبد الباقي بصير أول شاه
**Title: a)** Maulavi **b)** Mullah **Designation: a)** Governor of Khost and Paktika provinces under the Taliban regime **b)** Vice-Minister of Information and Culture under the Taliban regime **c)** Consular Department, Ministry of Foreign Affairs under the Taliban regime **DOB:** Between 1960 and 1962 (Approximately ) **POB: a)** Jalalabad City, Nangarhar Province, Afghanistan **b)** Shinwar District, Nangarhar Province, Afghanistan **Good quality**

**a.k.a.:** Abdul Baqi (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 7 Sep. 2007, 21 Sep. 2007, 29 Nov. 2011, 13 Aug. 2012 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Taliban member responsible for Nangarhar Province as at 2008. Until 7 Sep. 2007 he was also listed under number TAi.048. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.094 Name:** 1: ABDUL BARI 2: AKHUND 3: na 4: na
**Name (original script):** عبد الباری آخوند
**Title: a)** Maulavi **b)** Mullah **Designation:** Governor of Helmand Province under the Taliban regime **DOB:** Approximately 1953 **POB: a)** Baghran District, Helmand Province, Afghanistan **b)** Now Zad District, Helmand Province, Afghanistan **Good quality a.k.a.:** Haji Mullah Sahib **Low quality a.k.a.:** Zakir **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 13 Feb. 2012 ) **Other information:** Member of the Taliban Supreme Council as of 2009. Believed to be in Afghanistan/Pakistan border area. Belongs to Alokozai tribe. Member of Taliban leadership in Helmand Province, Afghanistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.173 Name:** 1: ABDUL BASIR 2: NOORZAI 3: na 4: na
**Name (original script):** عبد البصیر نورزی
**Title:** Haji **Designation:** na **DOB: a)** 1965 **b)** 1960 **c)** 1963 **POB:** Baluchistan Province, Pakistan **Good quality a.k.a.: a)** Haji Abdul Basir **b)** Haji 'Abd Al-Basir **c)** Haji Basir Noorzai **d)** Abdul Baseer **e)** Abdul Basir **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** Pakistani passport number AA3829182 **National identification no:** Pakistani national identification number 5420124679187 **Address:** Chaman, Baluchistan Province, Pakistan **Listed on:** 27 Mar. 2015 **Other information:** Owner of Haji Basir and Zarjmil Company Hawala (TAe.014), which provides financial services to Taliban in the region. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.139 Name:** 1: ABDUL GHAFAR 2: SHINWARI 3: na 4: na
**Name (original script):** عبدالغفار شینواری
**Title:** Haji **Designation:** Third Secretary, Taliban Consulate General, Karachi, Pakistan **DOB:** 29 Mar. 1965 **POB:** Nangarhar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** Afghanistan number D 000763, issued on 9 Jan. 1997 **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 25 Jul. 2006, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Belongs to Safi tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.130 Name:** 1: ABDUL GHAFAR 2: QURISHI 3: ABDUL GHANI 4: na
**Name (original script):** عبدالغفار قریشی عبد الغنی
**Title:** Maulavi **Designation:** Repatriation Attache, Taliban Embassy, Islamabad, Pakistan **DOB: a)** 1970 **b)** 1967 **POB:** Turshut village, Wursaj District, Takhar Province, Afghanistan **Good quality a.k.a.:** Abdul Ghaffar Qureshi **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** Afghanistan number D 000933, issued on 13 Sep. 1998, issued in KABUL **National identification no:** Afghanistan 55130 (tazkira) **Address:** Khairkhana Section Number 3, Kabul, Afghanistan **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Involved in drug trafficking. Belongs to Tajik ethnic group. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.024 Name:** 1: ABDUL GHANI 2: BARADAR 3: ABDUL AHMAD TURK 4: na

**Name (original script):** عبدالغنى برادر عبد الاحمد ترک

**Title:** Mullah **Designation:** Deputy Minister of Defence under the Taliban regime **DOB:** Approximately 1968 **POB:** Yatimak village, Dehrawood District, Uruzgan Province, Afghanistan **Good quality a.k.a.: a)** Mullah Baradar Akhund **b)** Abdul Ghani Baradar (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 13 Feb. 2012 ) **Other information:** Arrested in Feb. 2010 and in custody in Pakistan. Extradition request to Afghanistan pending in Lahore High Court, Pakistan as of June 2011. Belongs to Popalzai tribe. Senior Taliban military commander and member of Taliban Quetta Council as of May 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.148 Name:** 1: ABDUL HABIB 2: ALIZAI 3: na 4: na

**Name (original script):** عبد الحبيب عاليزى

**Title: a)** Haji **b)** Hadji **c)** Haji **Designation:** na **DOB: a)** 15 Oct. 1963 **b)** 14 Feb. 1973 **c)** 1967 **d)** Approximately 1957 **POB: a)** Yatimchai village, Musa Qala District, Helmand Province, Afghanistan **b)** Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Haji Agha Jan Alizai **b)** Hajji Agha Jan **c)** Agha Jan Alazai **d)** Haji Loi Lala **e)** Loi Agha **f)** Abdul Habib **g)** Agha Jan Alizai اغا جان عاليزى (formerly listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 4 Nov. 2010 ( amended on 13 Aug. 2012, 31 Dec. 2013, 11 Feb. 2014 ) **Other information:** Has managed a drug trafficking network in Helmand Province, Afghanistan. Has regularly traveled to Pakistan. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.142 Name:** 1: ABDUL HAI 2: HAZEM 3: ABDUL QADER 4: na

**Name (original script):** عبد الحى عظيم عبد القادر

**Title: a)** Maulavi **b)** Mullah **Designation:** First Secretary, Taliban Consulate General, Quetta, Pakistan **DOB:** 1971 **POB:** Pashawal Yargatoo village, Andar District, Ghazni Province, Afghanistan **Good quality a.k.a.:** Abdul Hai Hazem (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** D 0001203, issued in Afghanistan **National identification no:** na **Address:** Iltifat village, Shakardara District, Kabul Province, Afghanistan **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 25 Jul. 2006, 21 Sep. 2007, 29 Nov. 2011, 18 May 2012 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.120 Name:** 1: ABDUL HAKIM 2: MURAD 3: na 4: na

**Name (original script):** عبد الحكيم مراد

**Title:** na **Designation:** na **DOB:** 11 Apr. 1968 **POB:** Kuwait **Good quality a.k.a.: a)** Murad, Abdul Hakim Hasim **b)** Murad, Abdul Hakim Ali Hashim **c)** Murad, Abdul Hakim al Hashim **d)** Saeed Akman **e)** Saeed Ahmed **f)** Abdul Hakim Ali al-Hashem Murad **Low quality a.k.a.:** na **Nationality:** Pakistan **Passport no: a)** Pakistan number 665334, issued in Kuwait **b)** Pakistan number 917739, issued on 8 Aug. 1991, issued in Pakistan (expired on 7 Aug. 1996) **National identification no:** na **Address:** na **Listed on:** 9 Sep. 2003 ( amended on 16 May 2011, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Mother's name is Aminah Ahmad Sher al-Baloushi. In custody of the United States. Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.088 Name:** 1: ABDUL JABBAR 2: OMARI 3: na 4: na

**Name (original script):** عبدالجبار عمرى

**Title:** Maulavi **Designation:** Governor of Baghlan Province under the Taliban regime **DOB:** Approximately 1958 **POB:** Zabul Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Mullah

Jabbar **b)** Muawin Jabbar **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 22 Apr. 2013 ) **Other information:** Belongs to Hottak tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.034 Name:** 1: ABDUL JALIL 2: HAQQANI 3: WALI MOHAMMAD 4: na
**Name (original script):** عبد الجليل حقانی ولی محمد
**Title: a)** Maulavi **b)** Mullah **Designation:** Deputy Minister of Foreign Affairs under the Taliban regime **DOB:** Approximately 1963 **POB: a)** Khwaja Malik village, Arghandab District, Kandahar Province, Afghanistan **b)** Kandahar City, Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Abdul Jalil Akhund **b)** Akhter Mohmad son of Noor Mohmad (اختر محمد ولد نور محمد), ( born in 1965 in Kandahar, Afghanistan passport number OR 1961825 issued on 4 Feb. 2003 by the Afghan Consulate in Quetta, Pakistan, expired 2 Feb. 2006) **c)** Haji Gulab Gul (حاجی گلاب گل ولد حاجی حضرت گل) in Logar, Afghanistan (son of Haji Hazrat Gul, born in 1955, passport number TR024417 issued 20 Dec. 2003 by Central Passport Department in Kabul, Afghanistan, expired 29 Dec. 2006) **d)** Abdul Jalil Haqqani (previously listed as) **Low quality a.k.a.:** Nazar Jan **Nationality:** Afghanistan **Passport no: a)** Afghanistan number OR1961825, issued on 4 Feb. 2003 (expired 2 Feb. 2006, under the name of Akhter Mohmad) **b)** Afghanistan number TR024417, issued on 20 Dec. 2003 (expired 29 Dec. 2006 under the name of Haji Gulab Gul) **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007, 13 Feb. 2012, 11 Feb. 2013, 31 Dec. 2013, 16 May 2014 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Member of the Taliban Supreme Council as of May 2007. Member of the Financial Commission of the Taliban Council. Responsible for logistics for the Taliban and also active as a businessman in his personal capacity as at mid-2013. Belongs to Alizai tribe. Brother of Atiqullah Wali Mohammad (TAi.070). Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.003 Name:** 1: ABDUL KABIR 2: MOHAMMAD JAN 3: na 4: na
**Name (original script):** عبد الكبير محمد جان
**Title:** Maulavi **Designation: a)** Second Deputy, Economic Affairs, Council of Ministers under the Taliban regime **b)** Governor of Nangarhar Province under the Taliban regime **c)** Head of Eastern Zone under the Taliban regime **DOB:** Approximately 1963 **POB:** Pul-e-Khumri or Baghlan Jadid District, Baghlan Province, Afghanistan **Good quality a.k.a.:** A. Kabir **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 20 Dec. 2005, 18 Jul. 2007, 21 Sep. 2007, 13 Feb. 2012, 13 Aug. 2012, 31 Dec. 2013 ) **Other information:** Active in terrorist operations in Eastern Afghanistan. Collects money from drug traffickers. Believed to be in Afghanistan/Pakistan border area. Member of the Taliban Supreme Council as at 2009. Family is originally from Neka District, Paktia Province, Afghanistan. Responsible for attack on Afghan parliamentarians in November 2007 in Baghlan; owns land in central Baghlan Province. Belongs to Zadran tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.007 Name:** 1: ABDUL LATIF 2: MANSUR 3: na 4: na
**Name (original script):** عبد اللطيف منصور
**Title:** Maulavi **Designation:** Minister of Agriculture under the Taliban regime **DOB:** Approximately 1968 **POB: a)** Zurmat District, Paktia Province, Afghanistan **b)** Garda Saray District, Paktia Province, Afghanistan **Good quality a.k.a.: a)** Abdul Latif Mansoor **b)** Wali Mohammad **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 31 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 13 Feb. 2012, 18 May 2012, 22 Apr. 2013 ) **Other information:** Taliban Shadow Governor for Logar Province as of late 2012. Believed to be in Afghanistan/Pakistan border area. Belongs to Sahak tribe (Ghilzai). Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.097 Name:** 1: ABDUL MANAN 2: NYAZI 3: na 4: na
**Name (original script):** عبدالمنان نیازی
**Title:** Mullah **Designation: a)** Governor of Kabul Province under the Taliban regime **b)** Governor of Balk Province under the Taliban regime **DOB:** Approximately 1968 **POB: a)** Pashtoon Zarghoon District, Herat Province, Afghanistan **b)** Sardar village, Kohsan District, Herat Province, Afghanistan **Good quality a.k.a.: a)** Abdul Manan Nayazi **b)** Abdul Manan Niazi **Low quality a.k.a.: a)** Baryaly **b)** Baryalai **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 12 Apr. 2010, 29 Nov. 2011, 13 Feb. 2012, 31 Dec. 2013 ) **Other information:** Taliban member responsible for Herat, Farah and Nimroz provinces as at mid-2013. Member of the Taliban Supreme Council and Quetta Shura. Believed to be in Afghanistan/Pakistan border area. Belongs to Achekzai tribe. Involved in transporting suicide bombers to Afghanistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.122 Name:** 1: ABDUL MANAN 2: MOHAMMAD ISHAK 3: na 4: na
**Name (original script):** عبدالمنان محمد اسحاق
**Title:** Maulavi **Designation: a)** First Secretary, Taliban Embassy, Riyadh, Saudi Arabia **b)** Commercial Attache, Taliban Embassy, Abu Dhabi, United Arab Emirates **DOB:** Between 1940 and 1941 **POB:** Siyachoy village, Panjwai District, Kandahar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 15 Aug. 2012 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.018 Name:** 1: ABDUL MANAN AGHA 2: na 3: na 4: na
**Name (original script):** عبد المنان آغا
**Title:** Haji **Designation:** na **DOB:** na **POB:**  **Good quality a.k.a.:** Abdul Manan **Low quality a.k.a.: a)** Abdul Man'am Saiyid **b)** Saiyid Abd al-Man (formerly listed as) **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 17 Oct. 2001 ( amended on 26 Jun. 2013, 1 May 2019, 8 Nov. 2022 ) **Other information:** Pakistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. No INTERPOL link available

**QDi.324 Name:** 1: ABDUL MOHSEN 2: ABDALLAH 3: IBRAHIM 4: AL CHAREKH
**Title:** na **Designation:** na **DOB:** 13 Jul. 1985 **POB:** Saqra, Saudi Arabia **Good quality a.k.a.: a)** Abdul Mohsen Abdullah Ibrahim Al-Sharikh **b)** Sanafi al Nasr **Low quality a.k.a.:** na **Nationality:** Saudi Arabia **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 15 Aug. 2014 ( amended on 1 May 2019, 15 Nov. 2021, 11 Mar. 2025 ) **Other information:** A long time facilitator and financier for Al-Qaida (QDe.004), appointed as a regional leader of Jabhat al-Nusrah, listed as Al-Nusrah Front for the People of the Levant (QDe.137). Reportedly killed in a counterterrorism operation in Northwest Syria in October 2015. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.128 Name:** 1: ABDUL QADEER 2: BASIR 3: ABDUL BASEER 4: na
**Name (original script):** عبدالقدير بصير عبد البصير
**Title: a)** General **b)** Maulavi **Designation:** Military Attache, Taliban Embassy, Islamabad, Pakistan **DOB:** 1964 **POB: a)** Surkh Rod District, Nangarhar Province, Afghanistan **b)** Hisarak District, Nangarhar Province, Afghanistan **Good quality a.k.a.: a)** Abdul Qadir **b)** Ahmad Haji **c)** Abdul Qadir Haqqani **d)** Abdul Qadir Basir **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** Afghanistan number D 000974 **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 25 Jul. 2006, 23 Apr. 2007, 18 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011, 13 Aug. 2012 ) **Other information:** Financial advisor to

Taliban Peshawar Military Council and Head of Taliban Peshawar Financial Commission. Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.135 Name:** 1: ABDUL QUDDUS 2: MAZHARI 3: na 4: na
**Name (original script):** عبد القدوس مظهری
**Title:** Maulavi **Designation:** Education Attache, Taliban Consulate General, Peshawar, Pakistan **DOB:** 1970 **POB:** Kunduz Province, Afghanistan **Good quality a.k.a.:** Akhtar Mohammad Maz-hari (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** Afghan passport number SE 012820, issued on 4 Nov. 2000 **National identification no:** na **Address:** Kushal Khan Mena, District Number 5, Kabul, Afghanistan **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 25 Jul. 2006, 18 Jul. 2007, 21 Sep. 2007, 23 Nov. 2011 ) **Other information:** Belongs to Popalzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.293 Name:** 1: ABDUL RAHIM 2: BA'AYSIR 3: na 4: na
**Title:** na **Designation:** na **DOB: a)** 16 Nov. 1977 **b)** 16 Nov. 1974 **POB: a)** Solo, Indonesia **b)** Sukoharjo, Central Java, Indonesia **Good quality a.k.a.: a)** Abdul Rahim Bashir **b)** 'Abd Al-Rahim Ba'asyir **c)** 'Abd Al-Rahim Bashir **d)** Abdurrahim Ba'asyir **e)** Abdurrahim Bashir **f)** Abdul Rachim Ba'asyir **g)** Abdul Rachim Bashir **h)** Abdul Rochim Ba'asyir **i)** Abdul Rochim Bashir **j)** Abdurochim Ba'asyir **k)** Abdurochim Bashir **l)** Abdurrochim Ba'asyir **m)** Abdurrochim Bashir **n)** Abdurrahman Ba'asyir **o)** Abdurrahman Bashir **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address:** Indonesia **Listed on:** 19 Jul. 2011 ( amended on 24 Nov. 2020 ) **Other information:** Senior Jemaah Islamiyah (QDe.092.) leader. Father's name is Abu Bakar Ba'asyir (QDi.217). Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.033 Name:** 1: ABDUL RAHMAN 2: ZAHED 3: na 4: na
**Name (original script):** عبدالرحمان زاهد
**Title:** Mullah **Designation:** Deputy Minister of Foreign Affairs under the Taliban regime **DOB:** Approximately 1963 **POB:** Kharwar District, Logar Province, Afghanistan **Good quality a.k.a.:** Abdul Rehman Zahid **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.114 Name:** 1: ABDUL RAHMAN 2: AGHA 3: na 4: na
**Name (original script):** عبدالرحمان آغا
**Title:** Maulavi **Designation:** Chief Justice of Military Court under the Taliban regime **DOB:** Approximately 1958 **POB:** Arghandab District, Kandahar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality: a)** Afghanistan **b)** Pakistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.049 Name:** 1: ABDUL RAHMAN 2: AHMAD 3: HOTTAK 4: na
**Name (original script):** عبدالرحمان احمد هوتک
**Title:** Maulavi **Designation: a)** Deputy (Cultural) Minister of Information and Culture under the Taliban regime **b)** Head of Consular Department of Ministry of Foreign Affairs under the Taliban regime **DOB:** Approximately 1957 **POB:** Ghazni Province, Afghanistan **Good quality a.k.a.:** Hottak Sahib **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25

Jan. 2001 ( amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Belongs to Hotak tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.037 Name:** 1: ABDUL RAHMAN 2: YASIN 3: na 4: na
**Name (original script):** عبد الرحمن ياسين
**Title:** na **Designation:** na **DOB:** 10 Apr. 1960 **POB:** Bloomington, Indiana, United States of America **Good quality a.k.a.: a)** Taha, Abdul Rahman S. **b)** Taher, Abdul Rahman S. **c)** Yasin, Abdul Rahman Said **d)** Yasin, Aboud **Low quality a.k.a.:** na **Nationality:** United States of America **Passport no: a)** 27082171 (United States of America, issued on 21 Jun. 1992 in Amman, Jordan) **b)** Iraq number MO887925 **National identification no:** (SSN 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 (United States of America)) **Address:** na **Listed on:** 17 Oct. 2001 ( amended on 10 Apr. 2003, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Abdul Rahman Yasin is in Iraq. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.075 Name:** 1: ABDUL RAQIB 2: TAKHARI 3: na 4: na
**Name (original script):** عبدالرقيب تخارى
**Title:** Maulavi **Designation:** Minister of Repatriation under the Taliban regime **DOB:** Between 1968 and 1973 **POB:** Zardalu Darra village, Kalafgan District, Takhar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013, 16 May 2014 ) **Other information:** Member of Taliban Supreme Council responsible for Takhar and Badakhshan provinces as at Dec. 2009. Confirmed killed on 17 February in Peshawar, Pakistan and buried in Takhar Province, Afghanistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.025 Name:** 1: ABDUL RAUF 2: KHADEM 3: na 4: na
**Name (original script):** عبدالروف خادم
**Title:** Mullah **Designation:** Commander of Central Corps under the Taliban regime **DOB: a)** Between 1958 and 1963 **b)** Approximately 1970 **POB: a)** Azan village, Kajaki District, Helmand Province, Afghanistan **b)** Spin Boldak District, Kandahar Province, Afghanistan **Good quality a.k.a.:** Mullah Abdul Rauf Aliza **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 13 Feb. 2012 ) **Other information:** Member of the Taliban Quetta Shura as at 2009. Taliban member responsible for Uruzgan Province, Afghanistan, as at 2011. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.164 Name:** 1: ABDUL RAUF 2: ZAKIR 3: na 4: na
**Name (original script):** عبد الروف ذاكر
**Title:** Qari **Designation:** na **DOB:** Between 1969 and 1971 **POB:** Kabul Province, Afghanistan **Good quality a.k.a.:** Qari Zakir **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 5 Nov. 2012 ( amended on 31 May 2013 ) **Other information:** Chief of suicide operations for the Haqqani Network (TAe.012) under Sirajuddin Jallaloudine Haqqani (TAi.144) and in charge of all operations in Kabul, Takhar, Kunduz and Baghlan provinces. Oversees training of suicide attackers and provides instructions on how to construct improvised explosives devices (IEDs). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.053 Name:** 1: ABDUL RAZAQ 2: AKHUND 3: LALA AKHUND 4: na

**Name (original script):** عبد الرزاق آخوند لا لا آخوند

**Title:** Mullah **Designation: a)** Minister of Interior Affairs under the Taliban regime **b)** Chief of Kabul Police under the Taliban regime **DOB:** Approximately 1958 **POB:** Spin Boldak District, Kandahar Province, Afghanistan (in the area bordering Chaman District, Quetta, Pakistan) **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Member of Taliban Supreme Council as at June 2008. Deputy of Mullah Mohammed Omar (TAi.004) as at Mar. 2010. Member of the Supervision Commission of the Taliban as of mid-2013. Involved in drug trafficking. Believed to be in Afghanistan/Pakistan border area. Belongs to Achekzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.027 Name:** 1: ABDUL SALAM 2: HANAFI 3: ALI MARDAN 4: QUL

**Name (original script):** عبدالسلام حنفى على مردان قل

**Title: a)** Mullah **b)** Maulavi **Designation:** Deputy Minister of Education under the Taliban regime **DOB:** Approximately 1968 **POB: a)** Darzab District, Faryab Province, Afghanistan **b)** Qush Tepa District, Jawzjan Province, Afghanistan **Good quality a.k.a.: a)** Abdussalam Hanifi **b)** Hanafi Saheb **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007, 1 Feb. 2008, 29 Nov. 2011 ) **Other information:** Taliban member responsible for Jawzjan Province in Northern Afghanistan until 2008. Involved in drug trafficking. Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.160 Name:** 1: ABDUL SAMAD 2: ACHEKZAI 3: na 4: na

**Name (original script):** عبد الصمد اچکزی

**Title:** na **Designation:** na **DOB:** 1970 **POB:** Afghanistan **Good quality a.k.a.:** Abdul Samad **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2012 **Other information:** Senior Taliban member responsible for the manufacturing of improvised explosive devices (IED). Involved in recruiting and deploying suicide bombers to conduct attacks in Afghanistan. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.162 Name:** 1: ABDUL SATAR 2: ABDUL MANAN 3: na 4: na

**Name (original script):** عبد الستار عبد المنان

**Title:** Haji **Designation:** na **DOB:** 1964 **POB: a)** Mirmandaw village, Nahr-e Saraj District, Helmand Province, Afghanistan **b)** Qilla Abdullah, Baluchistan Province, Pakistan **c)** Mirmadaw village, Gereshk District, Helmand Province, Afghanistan **Good quality a.k.a.: a)** Haji Abdul Sattar Barakzai **b)** Haji Abdul Satar **c)** Haji Satar Barakzai **d)** Abdulasattar **Low quality a.k.a.:** na **Nationality:** na **Passport no:** AM5421691, issued in Pakistan (expires on 11 Aug. 2013) **National identification no: a)** 5420250161699, issued in Pakistan **b)** 585629, issued in Afghanistan **Address: a)** Kachray Road, Pashtunabad, Quetta, Baluchistan Province, Pakistan **b)** Nasrullah Khan Chowk, Pashtunabad Area, Baluchistan Province, Pakistan **c)** Chaman, Baluchistan Province, Pakistan **d)** Abdul Satar Food Shop, Ayno Mina 0093, Kandahar Province, Afghanistan **Listed on:** 29 Jun. 2012 **Other information:** Co-owner of Haji Khairullah Haji Sattar Money Exchange (TAe.010) and associated also with Khairullah Barakzai (TAi.163). Belongs to Barakzai tribe. Father's name is Hajji 'Abd-al-Manaf. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.098 Name:** 1: ABDUL WAHED 2: SHAFIQ 3: na 4: na

**Name (original script):** عبد الواحد شفیق

**Title:** Maulavi **Designation:** Deputy Governor of Kabul Province under the Taliban regime **DOB:** Approximately 1968 **POB:** Nangarhar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:**

na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008, 29 Nov. 2011 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.133 Name:** 1: ABDUL WALI 2: SEDDIQI 3: na 4: na
**Name (original script):** عبدالولی صدیقی
**Title:** Qari **Designation:** Third Secretary, Taliban Consulate General, Peshawar, Pakistan **DOB:** 1974 **POB:** Zilzilay village, Andar District, Ghazni Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** D 000769, issued on 2 Feb. 1997, issued in Afghanistan **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 25 Jul. 2006, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.082 Name:** 1: ABDUL-HAQ 2: WASSIQ 3: na 4: na
**Name (original script):** عبد الحق وثیق
**Title:** Maulavi **Designation:** Deputy Minister of Security (Intelligence) under the Taliban regime **DOB: a)** 1971 **b)** Approximately 1975 **POB:** Gharib village, Khogyani District, Ghazni Province, Afghanistan **Good quality a.k.a.: a)** Abdul-Haq Wasseq **b)** Abdul Haq Wasiq **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** Qatar **Listed on:** 31 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008, 29 Nov. 2011, 31 Dec. 2013, 11 Feb. 2014, 7 Sep. 2016 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.051 Name:** 1: ABDULHAI 2: MOTMAEN 3: na 4: na
**Name (original script):** عبدالحی مطمئن
**Title:** Maulavi **Designation: a)** Director of the Information and Culture Department in Kandahar Province under the Taliban regime **b)** Spokesperson of the Taliban regime **DOB:** Approximately 1973 **POB: a)** Shinkalai village, Nad-e-Ali District, Helmand Province, Afghanistan **b)** Zabul Province, Afghanistan **Good quality a.k.a.:** Abdul Haq son of M. Anwar Khan (عبد الحق ولد محمد انور خان) (Afghan passport number OA462456, issued on 31 Jan. 2012 (11-11-1390) by the Afghan Consulate General in Peshawar, Pakistan) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** Afghanistan number OA462456, issued on 31 Jan. 2012 (issued under the name of Abdul Haq) **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013, 16 May 2014 ) **Other information:** Family is originally from Zabul, but settled later in Helmand. Member of the Taliban Supreme Council and spokesperson for Mullah Mohammed Omar (TAi.004) as of 2007. Believed to be in Afghanistan/Pakistan border area. Belongs to Kharoti tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.108 Name:** 1: ABDULHAI 2: SALEK 3: na 4: na
**Name (original script):** عبدالحی سالک
**Title:** Maulavi **Designation:** Governor of Uruzgan Province under the Taliban regime **DOB:** Approximately 1965 **POB:** Awlyatak Village, Gardan Masjid Area, Chaki Wardak District, Maidan Wardak Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 24 Mar. 2009, 29 Nov. 2011, 18 May 2012 ) **Other information:** Reportedly deceased in North Afghanistan in 1999. Belonged to Wardak tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.141 Name:** 1: ABDULLAH 2: HAMAD 3: MOHAMMAD KARIM 4: na
**Name (original script):** عبد الله حماد محمد كريم
**Title:** Maulavi **Designation:** Consul General, Taliban Consulate General, Quetta, Pakistan **DOB:** 1972 **POB:** Darweshan village, Hazar Juft area, Garmser District, Helmand Province, Afghanistan **Good quality a.k.a.:** al-Hammad **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** Afghanistan number D 000857, issued on 20 Nov. 1997 **National identification no:** Afghan national identification card (tazkira) number 300786 **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 25 Jul. 2006, 21 Sep. 2007, 3 Oct. 2008, 29 Nov. 2011 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Belongs to Baloch ethnic group. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.216 Name:** 1: ABDULLAH 2: ANSHORI 3: na 4: na
**Title:** na **Designation:** na **DOB:** 1958 **POB:** Pacitan, East Java, Indonesia **Good quality a.k.a.: a)** Abu Fatih **b)** Thoyib, Ibnu **c)** Toyib, Ibnu **d)** Abu Fathi **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** Indonesia number T710219 (issued in Sukoharjo, Central Java, Indonesia) **National identification no:** na **Address:** na **Listed on:** 21 Apr. 2006 ( amended on 6 Dec. 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Senior leader of Jemaah Islamiyah (QDe.092). Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.019 Name:** 1: ABDULLAH 2: AHMED 3: ABDULLAH 4: EL ALFI
**Name (original script):** عبد الله احمد عبدالله الالفي
**Title:** na **Designation:** na **DOB:** 6 Jun. 1963 **POB:** Gharbia, Egypt **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Mariam **b)** Al-Masri, Abu Mohamed **c)** Saleh **Nationality:** Egypt **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 17 Oct. 2001 ( amended on 26 Nov. 2004, 6 Dec. 2019, 8 Nov. 2022 ) **Other information:** Afghanistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.018 Name:** 1: ABDULLAH 2: AL-SENUSSI 3: na 4: na
**Title:** Colonel **Designation:** Director Military Intelligence **DOB:** 1949 **POB:** Sudan **Good quality a.k.a.: a)** Abdoullah Ould Ahmed (Passport number: B0515260; DOB: 1948; POB: Anefif (Kidal), Mali; Date of issue: 10 Jan 2012; Place of issue: Bamako, Mali; Date of expiration: 10 Jan 2017.) **b)** Abdoullah Ould Ahmed (Mali ID Number 073/SPICRE; POB: Anefif, Mali; Date of issue: 6 Dec 2011; Place of issue: Essouck, Mali) **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Libya (Believed status/location: in custody in Libya.) **Listed on:** 26 Feb. 2011 ( amended on 21 Mar. 2013, 27 Jun. 2014 ) **Other information:** Listed pursuant to paragraph 15 of resolution 1970 (Travel Ban). Listed on 17 March 2011 pursuant to paragraph 17 of resolution 1970 (Asset Freeze). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**YEi.002 Name:** 1: ABDULLAH 2: YAHYA 3: AL HAKIM 4: na
**Name (original script):** عبد الله يحيى الحاكم
**Title:** na **Designation:** Huthi group second-in-command **DOB: a)** Approximately 1985 **b)** Between 1984 and 1986 **POB: a)** Dahyan, Yemen **b)** Sa'dah Governorate, Yemen **Good quality a.k.a.: a)** Abu Ali al Hakim **b)** Abu-Ali al-Hakim **c)** Abdallah al-Hakim **d)** Abu Ali Alhakim **e)** Abdallah al-Mu'ayyad **Low quality a.k.a.:** na **Nationality:** Yemen **Passport no:** na **National identification no:** na **Address:** Dahyan, Sa'dah Governorate, Yemen **Listed on:** 7 Nov. 2014 ( amended on 20 Nov. 2014 ) **Other**

**information:** Gender [Male]. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.022 Name:** 1: ABDULLAHI 2: OSMAN 3: MOHAMED 4: CADDOW
**Title:** na **Designation:** na **DOB: POB:  Good quality a.k.a.:** Cabdullahi Cusman Maxamed Caddow **Low quality a.k.a.: a)** Dhagacade **b)** Faracade **c)** Injineer Ismaaciil **d)** Eng. Ismail **Nationality:** Somalia **Passport no:** na **National identification no:** na **Address:** Somalia **Listed on:** 26 May 2023 **Other information:** Gender: Male. No INTERPOL link available

**YEi.004 Name:** 1: ABDULMALIK 2: AL-HOUTHI 3: na 4: na
**Title:** na **Designation:** na **DOB:** na **POB:  Good quality a.k.a.:** Abdulmalik al-Huthi **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 14 Apr. 2015 ( amended on 26 Aug. 2016 ) **Other information:** Leader of Yemen's Houthi Movement. Has engaged in acts that threaten the peace, security, or stability of Yemen. No INTERPOL link available

**QDi.414 Name:** 1: ABDULPATTA 2: ESCALON 3: ABUBAKAR 4: na
**Title:** na **Designation:** na **DOB: a)** 3 Mar. 1965 **b)** 1 Jan. 1965 **c)** 11 Jan. 1965 **POB:** Tuburan, Basilan Province, Philippines **Good quality a.k.a.: a)** Abdulpatta Abubakar Escalon **b)** Abdul Patta Escalon Abubakar **c)** Abdul Patta Abu Bakar **Low quality a.k.a.:** na **Nationality:** Philippines **Passport no:**
**a)** Philippines number EC6530802 (expires 19 Jan. 2021) **b)** Philippines number EB2778599 **National identification no: a)** Saudi Arabia 2135314355 **b)** Saudi Arabia 202112421 **Address: a)** Philippines **b)** Jeddah, Saudi Arabia (previous address) **c)** Daina, Saudi Arabia (previous address) **Listed on:** 18 Jun. 2018 ( amended on 30 Oct. 2023 ) **Other information:** Facilitator for the Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Gender: male. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.001 Name:** 1: ABDULQADER 2: MOHAMMED 3: AL-BAGHDADI 4: na
**Title:** Dr **Designation:** Head of the Liaison Office of the Revolutionary Committees **DOB:** 1 Jul. 1950 **POB:**
 **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** B010574 **National identification no:** na **Address:** Tunisia (Believed status/location: jail in Tunisia.) **Listed on:** 26 Feb. 2011 ( amended on 2 Apr. 2012, 26 Mar. 2015 ) **Other information:** Listed pursuant to paragraph 15 of resolution 1970 (Travel Ban). Believed status/location: deceased. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.002 Name:** 1: ABDULQADER 2: YUSEF 3: DIBRI 4: na
**Title:** na **Designation:** Head of Muammar Qadhafi's personal security **DOB:** 1946 **POB:** Houn, Libya **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 26 Feb. 2011 **Other information:** Listed pursuant to paragraph 15 of resolution 1970 (Travel Ban). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.309 Name:** 1: ABDUR REHMAN 2: na 3: na 4: na
**Name (original script):** عبد الرحمن
**Title:** na **Designation:** na **DOB:** 3 Oct. 1965 **POB:** Mirpur Khas, Pakistan **Good quality a.k.a.: a)** Abdul Rehman; Abd Ur-Rehman; Abdur Rahman **b)** عبد الرحمن السيندي (Abdul Rehman Sindhi; Abdul Rehman al-Sindhi; Abdur Rahman al-Sindhi; Abdur Rehman Sindhi; Abdurahman Sindhi) **c)** عبدالله السندي (Abdullah Sindhi) **Low quality a.k.a.:** Abdur Rehman Muhammad Yamin **Nationality:** Pakistan **Passport no:** Pakistan number CV9157521, issued on 8 Sep. 2008 (expires on 7 Sep. 2013) **National identification no:** Pakistan national identity card number 44103-5251752-5 **Address:** Karachi, Pakistan **Listed on:** 14 Mar. 2012 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** Has provided facilitation and financial services to Al-Qaida (QDe.004). Associated with Harakatul Jihad Islami (QDe.130), Jaish-I-Mohammed (QDe.019), and Al-Akhtar Trust International (QDe.121). Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8

November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.004 Name:** 1: ABID 2: HAMID 3: MAHMUD 4: AL-TIKRITI
**Name (original script):** عابد حامد محمود التكريتي
**Title:** na **Designation:** na **DOB:** Approximately 1957 **POB:** al-Awja, near Tikrit, Iraq **Good quality a.k.a.:** **a)** Abid Hamid Bid Hamid Mahmud **b)** Col Abdel Hamid Mahmoud **c)** Abed Mahmoud Hammud **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.325 Name:** 1: ABOU 2: MOHAMED 3: AL ADNANI 4: na
**Title:** na **Designation:** na **DOB:** Approximately 1977 **POB:** Binnish, Syrian Arab Republic **Good quality a.k.a.: a)** Yaser Khalaf Nazzal Alrawi **b)** Jaber Taha Falah **c)** Abou Khattab **d)** Abou Sadeq Alrawi **e)** Tah al Binchi **f)** Abu Mohammed al-Adnani **g)** Taha Sobhi Falaha **h)** Yasser Khalaf Hussein Nazal al-Rawi **i)** Abu Baker al-Khatab **j)** Abu Sadek al-Rawi **k)** Taha al-Banshi **l)** Abu Mohamed al-Adnani **m)** Abu-Mohammad al-Adnani al-Shami **n)** Hajj Ibrahim **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 15 Aug. 2014 ( amended on 1 May 2019, 15 Nov. 2021, 11 Mar. 2025 ) **Other information:** Was the official spokesman of Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), and emir of ISIL in Syria, closely associated with Abu Mohammed al-Jawlani (QDi.317) and Abu Bakr al-Baghdadi, listed as Ibrahim Awwad Ibrahim Ali al-Badri al-Samarrai (QDi.299). Reportedly killed in August 2016 in air strike near al-Bab, Syria. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.011 Name:** 1: ABOUD 2: ROGO 3: MOHAMMED 4: na
**Title:** na **Designation:** na **DOB: a)** 11 Nov. 1960 **b)** 11 Nov. 1967 **c)** 11 Nov. 1969 **d)** 1 Jan. 1969 **POB:** Lamu Island, Kenya **Good quality a.k.a.: a)** Aboud Mohammad Rogo **b)** Aboud Seif Rogo **c)** Aboud Mohammed Rogo **d)** Sheikh Aboud Rogo **e)** Aboud Rogo Muhammad **f)** Aboud Rogo Mohamed **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jul. 2012 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.186 Name:** 1: ABU 2: RUSDAN 3: na 4: na
**Title:** na **Designation:** na **DOB:** 16 Aug. 1960 **POB:** Kudus, Central Java, Indonesia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Thoriq **b)** Rusdjan **c)** Rusjan **d)** Rusydan **e)** Thoriquddin **f)** Thoriquiddin **g)** Thoriquidin **h)** Toriquddin **Nationality:** na **Passport no:** na **National identification no:** Indonesia 1608600001 **Address:** na **Listed on:** 16 May 2005 ( amended on 12 Dec. 2014, 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Arrested in Indonesia in 2021. Was the acting Jemaah Islamiyah (JI, QDe.092) emir before his arrest, and remains a senior figure of JI. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.006 Name:** 1: ABU 2: ZAYD 3: UMAR 4: DORDA
**Title:** na **Designation: a)** Director, External Security Organisation. **b)** Head of external intelligence agency. **DOB:** 4 Apr. 1944 **POB:**  **Good quality a.k.a.: a)** Dorda Abuzed OE **b)** Abu Zayd Umar Hmeid Dorda **Low quality a.k.a.:** na **Nationality:** na **Passport no:** Libya number FK117RK0, issued on 25 Nov. 2018, issued in Tripoli (Date of expiration: 24 Nov 2026) **National identification no:** na **Address:** Libya (Believed status/location:deceased) **Listed on:** 26 Feb. 2011 ( amended on 27 Jun. 2014, 1 Apr. 2016, 25 Feb. 2020, 18 Jul. 2022 ) **Other information:** Listed pursuant to paragraph 15 of resolution 1970 (Travel Ban). Listed on 17 March 2011 pursuant to paragraph 17 of resolution 1970 (Asset Freeze). INTERPOL-UN Security Council

Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.007 Name:** 1: ABU 2: BAKR 3: YUNIS 4: JABIR

**Title:** Major General **Designation:** Defence Minister. **DOB:** 1952 **POB:** Jalo, Libya **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 26 Feb. 2011 ( amended on 2 Apr. 2012 ) **Other information:** Listed pursuant to paragraph 15 of resolution 1970 (Travel Ban). Listed on 17 March 2011 pursuant to paragraph 17 of resolution 1970 (Asset Freeze). Believed status/location: deceased. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.217 Name:** 1: ABU BAKAR 2: BA'ASYIR 3: na 4: na

**Title:** na **Designation:** na **DOB:** 17 Aug. 1938 **POB:** Jombang, East Java, Indonesia **Good quality a.k.a.:** **a)** Abu Bakar Baasyir born 17 Aug. 1938 in Jombang, East Java, Indonesia **b)** Abu Bakar Bashir born 17 Aug. 1938 in Jombang, East Java, Indonesia **c)** Abdus Samad **d)** Abdus Somad **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address:** Indonesia **Listed on:** 21 Apr. 2006 ( amended on 14 Oct. 2015, 24 Nov. 2020, 6 Apr. 2021 ) **Other information:** Formed Jemmah Anshorut Tauhid (JAT) (QDe.133) in 2008. In 2010, arrested for incitement to commit terrorism and fundraising with respect to a training camp in Aceh, Indonesia and sentenced to 15 years in 2011. Ba'asyir was released from prison on 8 January 2021 after serving his sentence in accordance with Indonesian laws and regulations. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.389 Name:** 1: ABU UBAYDAH 2: YUSUF 3: AL-ANABI 4: na

**Title:** na **Designation:** na **DOB:** 7 Feb. 1969 **POB:** Annaba, Algeria **Good quality a.k.a.: a)** Abou Obeida Youssef Al-Annabi **b)** Abu-Ubaydah Yusuf Al-Inabi **Low quality a.k.a.: a)** Mebrak Yazid **b)** Youcef Abu Obeida **c)** Mibrak Yazid **d)** Yousif Abu Obayda Yazid **e)** Yazid Mebrak **f)** Yazid Mabrak **g)** Yusuf Abu Ubaydah **h)** Abou Youcef **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address:** Algeria **Listed on:** 29 Feb. 2016 ( amended on 15 Nov. 2021 ) **Other information:** A leader of the Organization of Al-Qaida in the Islamic Maghreb (AQIM) (QDe.014). Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.322 Name:** 1: ABUBAKAR 2: MOHAMMED 3: SHEKAU 4: na

**Name (original script):** أبو بكر محمد الشكوى

**Title:** na **Designation:** na **DOB:** 1969 **POB:** Shekau Village, Yobe State, Nigeria **Good quality a.k.a.:** Abubakar Shekau **Low quality a.k.a.: a)** Abu Mohammed Abubakar bin Mohammed **b)** Abu Muhammed Abubakar bi Mohammed **c)** Shekau **d)** Shehu **e)** Shayku **f)** Imam Darul Tauhid **g)** Imam Darul Tawheed **Nationality:** Nigeria **Passport no:** na **National identification no:** na **Address:** Nigeria **Listed on:** 26 Jun. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Member of the Kanuri tribe. Physical description: eye colour: black; hair colour: black. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Leader of Jama'atu Ahlis Sunna Lidda'Awati Wal-Jihad (Boko Haram) (QDe.138). Under Shekau's leadership, Boko Haram has been responsible for a series of major terrorist attacks. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019 Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.436 Name:** 1: ABUBAKAR 2: SWALLEH 3: na 4: na

**Title:** na **Designation:** na **DOB:** 13 Jan. 1992 **POB:** Mengo, Uganda **Good quality a.k.a.: a)** ABUBAKER SWALEH **b)** TOM KIYURIGE **Low quality a.k.a.:** na **Nationality:** Uganda **Passport no:** Uganda number A00195974 **National identification no:** Uganda CM920231090NZA **Address:** Luzira Prison, Luzira, Kampala, Uganda **Listed on:** 16 Jun. 2025 **Other information:** Abubakar Swalleh provides financial,

material, or technological support for, or financial or other services to, or in support of, ISIL (listed as Al-Qaida in Iraq (QDe.115). He acted, since 2018, as an ISIL facilitator who provides financial and logistic support including recruitment for ISIL in East and Southern Africa. Phone number: +963936016952. Gender: Male INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.012 Name:** 1: ABUBAKER 2: SHARIFF 3: AHMED 4: na
**Title:** na **Designation:** na **DOB: a)** 1962 **b)** 1967 **POB:** Kenya **Good quality a.k.a.: a)** Makaburi **b)** Sheikh Abubakar Ahmed **c)** Abubaker Shariff Ahmed **d)** Abu Makaburi Shariff **e)** Abubaker Shariff **f)** Abubakar Ahmed **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Majengo area, Mombasa, Kenya **Listed on:** 23 Aug. 2012 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.018 Name:** 1: ABUKAR 2: ALI 3: ADAN 4: na
**Title:** na **Designation:** Deputy leader of Al-Shabaab **DOB: a)** 1972 **b)** 1971 **c)** 1973 **POB:**  **Good quality a.k.a.: a)** Abukar Ali Aden **b)** Ibrahim Afghan **c)** Sheikh Abukar **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 26 Feb. 2021 **Other information:** Listed pursuant to paragraph 8(a) of resolution 1844 (2008) as "Engaging in or providing support for acts that threaten the peace, security or stability of Somalia, including acts that threaten the Djibouti Agreement of 18 August 2008 or the political process, or threaten the TFIs or AMISOM by force." Adan is also associated with Al-Qaida affiliates, Al-Qaida in the Arabian Peninsula (AQAP – QDe.129) and Al-Qaida in the Islamic Maghreb (AQIM – Qde.014). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.167 Name:** 1: ADAM KHAN 2: ACHEKZAI 3: na 4: na
**Name (original script):** آدم خان اچکزی
**Title:** Maulavi **Designation:** na **DOB: a)** 1970 **b)** 1972 **c)** 1971 **d)** 1973 **e)** 1974 **f)** 1975 **POB:** Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Maulavi Adam Khan **b)** Maulavi Adam **Low quality a.k.a.:** na **Nationality:** Pakistan **Passport no:** na **National identification no:** na **Address:** Chaman, Baluchistan Province, Pakistan **Listed on:** 16 Apr. 2013 **Other information:** Improvised explosive device manufacturer and facilitator for the Taliban. Taliban member responsible for Badghis Province, Afghanistan, as at mid – 2010. Former Taliban member responsible for Sar-e Pul and Samangan Provinces, Afghanistan. As Taliban military commander in Kandahar Province, Afghanistan, he was involved in organizing suicide attacks in neighboring provinces. Associated with Abdul Samad Achekzai (TAi.160). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.068 Name:** 1: ADEL 2: BEN AL-AZHAR 3: BEN YOUSSEF 4: HAMDI
**Name (original script):** عادل بن الأزهر بن يوسف حمدي
**Title:** na **Designation:** na **DOB:** 14 Jul. 1970 **POB:** Tunis, Tunisia **Good quality a.k.a.:** Adel ben al- Azhar ben Youssef ben Soltane born 14 Jul. 1970 in Tunis, Tunisia (formerly listed as) **Low quality a.k.a.:** Zakariya **Nationality:** Tunisia **Passport no:** Tunisia number M408665, issued on 4 Oct. 2000 (expired 3 Oct. 2005) **National identification no: a)** (Tunisian national identity number W334061 issued on 9 Mar. 2011) **b)** Italian Fiscal Code: BNSDLA70L14Z352B **Address:** Tunisia **Listed on:** 3 Sep. 2002 ( amended on 20 Dec. 2005, 7 Jun. 2007, 23 Dec. 2010, 24 Nov. 2014, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Deported from Italy to Tunisia on 28 February 2004. Serving a 12-year prison sentence in Tunisia for membership in a terrorist organization abroad as at Jan. 2010. Arrested in Tunisia in 2013. Legally changed family name from Ben Soltane to Hamdi in 2014. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.261 Name:** 1: ADEM 2: YILMAZ 3: na 4: na

**Title:** na **Designation:** na **DOB:** 4 Nov. 1978 **POB:** Bayburt, Türkiye **Good quality a.k.a.:** na **Low quality a.k.a.:** Talha **Nationality:** Türkiye **Passport no:** Türkiye number TR-P 614 166 (issued by the Turkish Consulate General in Frankfurt/M. on 22 Mar. 2006, expired on 15 Sep. 2009.) **National identification no:** na **Address: a)** Südliche Ringstrasse 133 , Langen, 63225, Germany (previous address) **b)** Türkiye **Listed on:** 27 Oct. 2008 ( amended on 13 Dec. 2011, 6 Dec. 2019, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** Associated with the Islamic Jihad Union (IJU), also known as the Islamic Jihad Group (QDe.119). Deported from Germany to Türkiye in February 2019. Ongoing judicial process as of November 2023. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.076 Name:** 1: ADIB 2: SHABAN 3: AL-ANI 4: na

**Name (original script):** أديب شعبان العاني

**Title:** na **Designation:** na **DOB:** 1952 **POB:**  **Good quality a.k.a.: a)** Dr. Adib Sha'ban **b)** Adib Shaban **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 2 Jun. 2004 **Other information:** na

**IQi.052 Name:** 1: ADIL 2: ABDALLAH 3: MAHDI 4: na

**Name (original script):** عادل عبد الله مهدي

**Title:** na **Designation:** na **DOB:** 1945 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**IQi.073 Name:** 1: ADNAN 2: S. 3: HASAN 4: AHMED

**Name (original script):** عدنان س. حسن أحمد

**Title:** na **Designation:** na **DOB:** na **POB:**  **Good quality a.k.a.: a)** Hasan Ahmed S. Adnan **b)** Ahmed Sultan **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Amman, Jordan **Listed on:** 26 Apr. 2004 **Other information:** na

**QDi.415 Name:** 1: ADNAN 2: ABOU WALID 3: AL-SAHRAOUI 4: na

**Name (original script):** عدنان أبو وليد الصحراوي

**Title:** na **Designation:** na **DOB:** 16 Feb. 1973 **POB:** Laayoune **Good quality a.k.a.: a)** Lahbib Idrissi ould Sidi Abdi ould Said ould El Bachir **b)** Adnan Abu Walid al-Sahrawi **c)** Abu Walid al Sahrawi **d)** Adnan Abu Walid al-Sahraoui **e)** Adnan Abu Waleed al-Sahrawi **f)** Lehbib Ould Ali Ould Said Ould Joumani **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Ménaka, Gao Region, Mali **Listed on:** 9 Aug. 2018 ( amended on 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Reportedly Deceased. Former spokesperson of the Mouvement pour l'Unification et le Jihad en Afrique de l'Ouest (MUJAO) (QDe.134). Emir of the Al-Mourabitoun (QDe.141) group in Mali. Pledged allegiance to Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115) in May 2015. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.111 Name:** 1: AGUS 2: DWIKARNA 3: na 4: na

**Title:** na **Designation:** na **DOB:** 11 Aug. 1964 **POB:** Makassar, South Sulawesi, Indonesia **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** Indonesia travel document number XD253038 **National identification no:** na **Address:** Indonesia **Listed on:** 9 Sep. 2003 ( amended on 26 Nov. 2004, 14 May 2014, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Arrested 13 Mar. 2002, sentenced 12 July 2002 in the Philippines. Released from custody in the Philippines on 1 Jan. 2014 and subsequently deported to Indonesia. Physical description: height 165 cm. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN

Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.013 Name:** 1: AHMAD 2: DERAKHSHANDEH 3: na 4: na
**Title:** na **Designation:** Chairman and Managing Director of Bank Sepah, which provides support for the AIO and subordinates, including SHIG and SBIG, both of which were designated under resolution 1737 (2006). **DOB:** 11 Aug. 1956 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** 33 Hormozan Building, Pirozan St., Sharak Ghods, Tehran, Iran (Islamic Republic of) **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.47.C.8]

**TAi.156 Name:** 1: AHMAD 2: ZIA 3: AGHA 4: na
**Name (original script):** احمد ضیا آغا
**Title:** Haji **Designation:** na **DOB:** 1974 **POB:** Maiwand District, Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Zia Agha **b)** Noor Ahmad **c)** Noor Ahmed **Low quality a.k.a.:** Sia Agha Sayeed **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 6 Jan. 2012 **Other information:** Senior Taliban official with military and financial responsibilities as at 2011. Leader of the Taliban's Military Council as of 2010. In 2008 and 2009, served as a Taliban finance officer and distributed money to Taliban commanders in Afghanistan/Pakistan border area. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**YEi.012 Name:** 1: AHMAD 2: AL-HAMZI 3: na 4: na
**Name (original script):** أحمد الحمزي
**Title:** na **Designation:** Major General, Commander of the Houthi Air Force and Air Defense Forces **DOB:** 1985 **POB:** Sana'a, Yemen **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Ahmad 'Ali al-Hamzi **b)** Ahmad 'Ali Ahsan al-Hamzi **c)** Ahmed Ali al-Hamzi **d)** Muti al-Hamzi **Nationality:** Yemen **Passport no:** na **National identification no:** na **Address:** Yemen **Listed on:** 4 Oct. 2022 **Other information:** Ahmad al-Hamzi, the commander of the Houthi Air Force and Air Defense Forces, as well as its UAV program, plays a leading role in Houthi military efforts that directly threaten the peace, security, and stability of Yemen. Physical Description: Eye Color: Brown; Hair: Brown. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.040 Name:** 1: AHMAD 2: MAHMOOD 3: HASSAN 4: na
**Title:** na **Designation: a)** Lieutenant general **b)** Senior leader of the Allied Democratic Forces (ADF) (CDe.001) **DOB: a)** 21 Jul. 1997 **b)** 1993 **POB:**  **Good quality a.k.a.: a)** AHMED MAHAMUD HASSAN ALIYANI **b)** AHMAD MAHMOUD HASSAN **c)** AHMAD MAHAMOOD HASSAN **d)** AHMED MAHMOUD HASSAN **Low quality a.k.a.: a)** ABU WAQAS **b)** SAINT JOYAGE **c)** JUNDI **d)** ABWAKASI **e)** ABUWAKAS **f)** MURABU **g)** MARABOU **h)** MWARABU **i)** LEBLANC **Nationality:** United Republic of Tanzania **Passport no: a)** United Republic of Tanzania number AB850901 (Expiration date: 2026-12-11. ) **b)** United Republic of Tanzania number AB187304 (Expired 28 Nov. 2016) **National identification no:** na **Address:** Democratic Republic of the Congo **Listed on:** 20 Feb. 2024 **Other information:** Listed pursuant to paragraphs 7 (b), 7 (e), and 7 (h) of resolution 2293 (2016) and paragraph 3 of resolution 2641 (2022): "being political and military leaders of foreign armed groups operating in the DRC who impede the disarmament and the voluntary repatriation or resettlement of combatants belonging to those groups", "planning, directing, or committing acts in the DRC that constitute human rights violations or abuses or violations of international humanitarian law, as applicable, including those acts involving the targeting of civilians, including killing and maiming, rape and other sexual violence, abduction, forced displacement, and attacks on schools and hospitals", "acting on behalf of or at the direction of a designated individual or entity, or acting on behalf of or at the direction of an entity owned or controlled by a designated individual or entity", and "involve[d] in the production, manufacture or use in the DRC of improvised explosive devices, or in the commission, planning, ordering, aiding, abetting or otherwise assistance of attacks in the DRC with improvised explosive devices". click here

**TAi.109 Name:** 1: AHMAD JAN 2: AKHUNDZADA 3: SHUKOOR 4: AKHUNDZADA
**Name (original script):** احمد جان آخوند زاده شکور آخوند زاده
**Title: a)** Maulavi **b)** Mullah **Designation:** Governor of Zabol and Uruzgan Provinces under the Taliban regime **DOB:** Between 1966 and 1967 (Approximately ) **POB: a)** Lablan village, Dehrawood District, Uruzgan Province, Afghanistan **b)** Zurmat District, Paktia Province, Afghanistan **Good quality a.k.a.: a)** Ahmad Jan Akhunzada **b)** Ahmad Jan Akhund Zada **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 12 Apr. 2010, 29 Nov. 2011, 1 Jun. 2012 ) **Other information:** Taliban member responsible for Uruzgan Province, Afghanistan, as at early 2007. Brother-in-law of Mullah Mohammed Omar (TAi.004). Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.105 Name:** 1: AHMAD TAHA 2: KHALID 3: ABDUL QADIR 4: na
**Name (original script):** احمد طه خالد عبد القادر
**Title:** Maulavi **Designation:** Governor of Paktia Province under the Taliban regime **DOB:** Approximately 1963 **POB: a)** Nangarhar Province, Afghanistan **b)** Khost Province, Afghanistan **c)** Siddiq Khel village, Naka District, Paktia Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008, 29 Nov. 2011, 13 Aug. 2012 ) **Other information:** Taliban member responsible for Nangarhar Province as at 2011. Believed to be in Afghanistan/Pakistan border area. Belongs to Zadran tribe. Close associate of Sirajuddin Jallaloudine Haqqani (TAi.144). Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.012 Name:** 1: AHMAD VAHID 2: DASTJERDI 3: na 4: na
**Title:** na **Designation:** Head of the AIO **DOB:** 15 Jan. 1954 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** A0002987, issued in Iran (Islamic Republic of) **National identification no:** na **Address:** na **Listed on:** 23 Dec. 2006 ( amended on 17 Dec. 2014 ) **Other information:** Served as Deputy Defense Minister 2009-10. [Old Reference # I.37.D.2]

**QDi.252 Name:** 1: AHMED 2: DEGHDEGH 3: na 4: na
**Name (original script):** أحمد دغداغ
**Title:** na **Designation:** na **DOB:** 17 Jan. 1967 **POB:** Anser, Wilaya (province) of Jijel, Algeria **Good quality a.k.a.: a)** Abd El Illah **b)** Abdellillah dit Abdellah Ahmed dit Said **Low quality a.k.a.:** na **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address:** Algeria **Listed on:** 3 Jul. 2008 ( amended on 24 Mar. 2009, 15 Nov. 2012, 15 Nov. 2021 ) **Other information:** Belongs to the leadership and is the finance chief of the Organization of Al-Qaida in the Islamic Maghreb (QDe.014). Mother's name is Zakia Chebira. Father's name is Lakhdar. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.004 Name:** 1: AHMED 2: ABDI 3: AW-MOHAMED 4: na
**Title:** na **Designation:** na **DOB:** 10 Jul. 1977 **POB:** Hargeysa, Somalia **Good quality a.k.a.: a)** ABU ZUBEYR, Muktar Abdirahman **b)** ABUZUBAIR, Muktar Abdulrahim **c)** AW MOHAMMED, Ahmed Abdi **d)** AW-MOHAMUD, Ahmed Abdi **e)** "GODANE" **f)** "GODANI" **g)** "MUKHTAR, Shaykh" **h)** "ZUBEYR, Abu" **Low quality a.k.a.:** na **Nationality:** Somalia **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 12 Apr. 2010 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.014 Name:** 1: AHMED 2: DIRIYE 3: na 4: na
**Title:** na **Designation:** na **DOB:** Approximately 1972 **POB:** Somalia **Good quality a.k.a.: a)** Sheikh Ahmed Umar Abu Ubaidah **b)** Sheikh Omar Abu Ubaidaha **c)** Sheikh Ahmed Umar **d)** Sheikh Mahad Omar Abdikarim

**e)** Abu Ubaidah **f)** Abu Diriye **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Somalia **Listed on:** 24 Sep. 2014 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.028 Name:** 1: AHMED 2: KHALFAN 3: GHAILANI 4: na
**Title:** na **Designation:** na **DOB: a)** 14 Mar. 1974 **b)** 13 Apr. 1974 **c)** 14 Apr. 1974 **d)** 1 Aug. 1970 **POB:** Zanzibar, United Republic of Tanzania **Good quality a.k.a.: a)** Ahmad, Abu Bakr **b)** Ahmed, Abubakar **c)** Ahmed, Abubakar K. **d)** Ahmed, Abubakar Khalfan **e)** Ahmed, Abubakary K. **f)** Ahmed, Ahmed Khalfan **g)** Ali, Ahmed Khalfan **h)** Ghailani, Abubakary Khalfan Ahmed **i)** Ghailani, Ahmed **j)** Ghilani, Ahmad Khalafan **k)** Hussein, Mahafudh Abubakar Ahmed Abdallah **l)** Khalfan, Ahmed **m)** Mohammed, Shariff Omar **n)** Haythem al-Kini **Low quality a.k.a.: a)** Ahmed The Tanzanian **b)** Foopie **c)** Fupi **d)** Ahmed, A **e)** Al Tanzani, Ahmad **f)** Bakr, Abu **g)** Khabar, Abu **Nationality:** United Republic of Tanzania **Passport no:** na **National identification no:** na **Address:** United States of America **Listed on:** 17 Oct. 2001 ( amended on 27 Jul. 2007, 21 Oct. 2010, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Apprehended in July 2004 and in custody for trial in the United States of America, as at October 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.329 Name:** 1: AHMED 2: ABDULLAH 3: SALEH AL-KHAZMARI 4: AL-ZAHRANI
**Title:** na **Designation:** na **DOB:** 15 Sep. 1978 **POB:** Dammam, Saudi Arabia **Good quality a.k.a.: a)** ABU MARYAM AL-ZAHRANI **b)** ABU MARYAM AL-SAUDI **c)** AHMED ABDULLAH S AL-ZAHRANI **d)** AHMAD ABDULLAH SALIH AL-ZAHRANI **e)** ABU MARYAM AL-AZADI **f)** AHMED BIN ABDULLAH SALEH BIN AL-ZAHRANI **g)** AHMED ABDULLAH SALEH AL-ZAHRANI AL-KHOZMRI **Low quality a.k.a.:** na **Nationality:** Saudi Arabia **Passport no:** Saudi Arabia number E126785, issued on 27 May 2002 (expired on 3 Apr. 2007) **National identification no:** na **Address:** (Located in Syria) **Listed on:** 23 Sep. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** Senior member of Al-Qaida (QDe.004). Reportedly killed in January 2020 in Yemen. Wanted by the Saudi Arabian Government for terrorism. Father's name is Abdullah Saleh al Zahrani. Physical description: eye colour: dark; hair colour: dark; complexion: olive. Speaks Arabic. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.085 Name:** 1: AHMED JAN 2: AKHUNDZADA 3: WAZIR 4: na
**Name (original script):** احمد جان آخوندزاده وزیر
**Title:** Maulavi **Designation:** Minister of Water and Electricity under the Taliban regime **DOB:** Between 1953 and 1958 **POB: a)** Kandahar Province, Afghanistan **b)** Tirin Kot District, Uruzgan Province, Afghanistan **Good quality a.k.a.: a)** Haji Ahmad Jan **b)** Ahmed Jan Akhund (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Member of Taliban Supreme Military Council as at 2009. Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.159 Name:** 1: AHMED JAN 2: WAZIR 3: AKHTAR MOHAMMAD 4: na
**Name (original script):** احمد جان وزیر اختر محمد
**Title:** na **Designation:** Official of the Ministry of Finance during the Taliban regime **DOB:** 1963 **POB:** Barlach Village, Qareh Bagh District, Ghazni Province, Afghanistan **Good quality a.k.a.: a)** Ahmed Jan Kuchi **b)** Ahmed Jan Zadran **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:**

na **Address:** na **Listed on:** 6 Jan. 2012 ( amended on 31 Dec. 2013, 11 Feb. 2014 ) **Other information:** Key commander of the Haqqani Network (TAe.012), which is based in Afghanistan/Pakistan border area. Acts as deputy, spokesperson and advisor for Haqqani Network senior leader Sirajuddin Jallaloudine Haqqani (TAi.144). Liaises with the Taliban Supreme Council. Has travelled abroad. Liaises with and provides Taliban commanders in Ghazni Province, Afghanistan, with money, weapons, communications equipment and supplies. Reportedly deceased as of 2013. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.166 Name:** 1: AHMED SHAH 2: NOORZAI 3: OBAIDULLAH 4: na
**Name (original script):** احمد شاه نورزی عبیدالله
**Title:** Mullah **Designation:** na **DOB: a)** 1 Jan. 1985 **b)** 1981 **POB:** Quetta, Pakistan **Good quality a.k.a.: a)** Mullah Ahmed Shah Noorzai **b)** Haji Ahmad Shah **c)** Haji Mullah Ahmad Shah **d)** Maulawi Ahmed Shah **e)** Mullah Mohammed Shah **Low quality a.k.a.:** na **Nationality:** na **Passport no:** Pakistan number NC5140251, issued on 23 Oct. 2009 (expires on 22 Oct. 2014, officially cancelled as of 2013) **National identification no:** 54401-2288025-9, issued in Pakistan (officially cancelled as of 2013) **Address:** Quetta, Pakistan **Listed on:** 26 Feb. 2013 ( amended on 11 Feb. 2014 ) **Other information:** Owns and operates the Roshan Money Exchange (TAe.011). Provided financial services to Ghul Agha Ishakzai (TAi.147) and other Taliban in Helmand Province. Alternative title is Maulavi. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.006 Name:** 1: AIMAN 2: MUHAMMED 3: RABI 4: AL-ZAWAHIRI
**Name (original script):** أيمن محمد ربيع الظواهري
**Title: a)** Doctor **b)** Dr. **Designation:** na **DOB:** 19 Jun. 1951 **POB:** Giza, Egypt **Good quality a.k.a.: a)** Ayman Al-Zawahari **b)** Ahmed Fuad Salim **c)** Al Zawahry Aiman Mohamed Rabi Abdel Muaz **d)** Al Zawahiri Ayman **e)** Abdul Qader Abdul Aziz Abdul Moez Al Doctor **f)** Al Zawahry Aiman Mohamed Rabi **g)** Al Zawahry Aiman Mohamed Rabie **h)** Al Zawahry Aiman Mohamed Robi **i)** Dhawahri Ayman **j)** Eddaouahiri Ayman **k)** Nur Al Deen Abu Mohammed **l)** Ayman Al Zawahari **m)** Ahmad Fuad Salim **Low quality a.k.a.: a)** Abu Fatma **b)** Abu Mohammed **Nationality:** Egypt **Passport no: a)** Egypt number 1084010 **b)** 19820215 **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 2 Jul. 2007, 18 Jul. 2007, 13 Aug. 2007, 16 Dec. 2010, 22 May 2015, 24 Nov. 2020, 11 Mar. 2025 ) **Other information:** Leader of Al-Qaida (QDe.004). Former operational and military leader of Egyptian Islamic Jihad (QDe.003), was a close associate of Usama Bin Laden (deceased). Believed to have been in the Afghanistan/Pakistan border area before going to Afghanistan in 2014. Reportedly killed in drone strike in Kabul, Afghanistan on 31 July 2022. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.009 Name:** 1: AISHA 2: MUAMMAR MUHAMMED 3: ABU MINYAR 4: QADHAFI
**Title:** na **Designation:** na **DOB:** 1 Jan. 1978 **POB:** Tripoli, Libya **Good quality a.k.a.:** Aisha Muhammed Abdul Salam (Libya Passport number: 215215) **Low quality a.k.a.:** na **Nationality:** na **Passport no: a)** Oman number 03824970, issued on 4 May 2014, issued in Muscat, Oman (Date of expiration: 3 May 2024) **b)** Libya 428720 **c)** B/011641 **National identification no:** 98606612 **Address:** Oman (Believed status/location: Sultanate of Oman) **Listed on:** 26 Feb. 2011 ( amended on 2 Apr. 2012, 21 Mar. 2013, 26 Sep. 2014, 11 Nov. 2016, 25 Feb. 2020, 16 Oct. 2023 ) **Other information:** Listed pursuant to paragraph 17 of resolution 1970 ( Asset Freeze). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.365 Name:** 1: AKHMED 2: RAJAPOVICH 3: CHATAEV 4: na
**Name (original script):** Ахмед Ражапович Чатаев
**Title:** na **Designation:** na **DOB:** 4 Jul. 1980 **POB:** Vedeno Village, Vedenskiy District, Republic of Chechnya, Russian Federation **Good quality a.k.a.: a)** Akhmad Shishani (original script: Ахмад Шишани) **b)** David Mayer (original script: Давид Майер) **c)** Elmir Sene (original script: Эльмир Сене) **Low quality a.k.a.:** Odnorukiy (original script: Однорукий) **Nationality:** Russian Federation **Passport no:** na **National

**identification no:** Russian Federation national passport 9600133195, issued in Vedensiky District, Republic of Chechnya, Russian Federation (issued by Department of Internal Affairs) **Address: a)** Syrian Arab Republic (located in as at Aug. 2015) **b)** Iraq (possible alternative location as at Aug. 2015) **Listed on:** 2 Oct. 2015 ( amended on 10 Dec. 2015, 30 Dec. 2015, 24 Nov. 2020 ) **Other information:** As at Aug. 2015, one of the leaders of the Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), commanding directly 130 militants. Physical description: eye colour: brown, hair colour: black, build: solid; distinguishing marks: oval face, beard, missing a right hand and left leg, speaks Russian, Chechen and possibly German and Arabic. Wanted by the authorities of the Russian Federation for terrorist crimes committed in its territory. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.011 Name:** 1: AKHTAR 2: MOHAMMAD 3: MANSOUR 4: SHAH MOHAMMED
**Name (original script):** اختر محمد منصور شاه محمد
**Title: a)** Maulavi **b)** Mullah **Designation:** Minister of Civil Aviation and Transportation under the Taliban regime **DOB: a)** Approximately 1960 **b)** 1966 **POB:** Band-e-Timur village, Maiwand District, Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Akhtar Mohammad Mansour Khan Muhammad **b)** Akhtar Muhammad Mansoor **c)** Akhtar Mohammad Mansoor **Low quality a.k.a.:** Naib Imam **Nationality:** Afghanistan **Passport no:** Afghanistan number SE-011697, issued on 25 Jan. 1988, issued in Kabul, Afghanistan (expired on 23 Feb. 2000) **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 1 Feb. 2008, 29 Nov. 2011, 23 Dec. 2016 ) **Other information:** Involved in drug trafficking as of 2011, primarily through Gerd-e-Jangal, Afghanistan. Active in the provinces of Khost, Paktia and Paktika, Afghanistan as of May 2007. Taliban "Governor" of Kandahar as of May 2007. Deputy to Mullah Abdul Ghani Baradar (TAi.024) in the Taliban Supreme Council as of 2009. Taliban official responsible for four southern provinces of Afghanistan. Following the arrest of Mullah Baradar in February 2010 he was temporarily-in-charge of the Taliban Supreme Council. Believed to be in Afghanistan/Pakistan border area. Belongs to Ishaqzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. Reportedly killed in May 2016. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.276 Name:** 1: AKRAM 2: TURKI 3: HISHAN 4: AL-MAZIDIH
**Name (original script):** أكرم تركي هاشم المزيده
**Title:** na **Designation:** na **DOB: a)** 1974 **b)** 1975 **POB:**  **Good quality a.k.a.:** Akram Turki Al-Hishan **Low quality a.k.a.: a)** Abu Jarrah **b)** Abu Akram **Nationality:** na **Passport no:** na **National identification no:** na **Address: a)** Deir ez-Zor Governorate, Syrian Arab Republic **b)** Iraq **Listed on:** 11 Mar. 2010 ( amended on 10 Dec. 2015, 15 Jan. 2016, 1 May 2019, 8 Nov. 2022 ) **Other information:** Other possible date of birth: 1979. He is a cousin of Ghazy Fezza Hishan Al Mazidih (QDi.277). Financial facilitator of the Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (AQI) (QDe.115) as of 2015. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.150 Name:** 1: AL-AZHAR 2: BEN KHALIFA 3: BEN AHMED 4: ROUINE
**Name (original script):** الأزهر بن خليفة بن احمد روين
**Title:** na **Designation:** na **DOB:** 20 Nov. 1975 **POB:** Sfax, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Salmane **b)** Lazhar **Nationality:** Tunisia **Passport no:** Tunisia number P182583, issued on 13 Sep. 2003 (expired on 12 Sep. 2007) **National identification no:** na **Address:** No.2 89th Street Zehrouni, Tunis, Tunisia **Listed on:** 12 Nov. 2003 ( amended on 20 Dec. 2005, 21 Dec. 2007, 30 Jan. 2009, 16 May 2011, 23 Feb. 2016, 24 Nov. 2020, 22 Aug. 2025 ) **Other information:** Sentenced to six years and ten months of imprisonment for membership of a terrorist association by the Appeal Court of Milan, Italy, on 7 Feb. 2008. Imprisoned in Sfax Prison on 5 June 2007 pursuant to an order issued by the Appeals Tribunal in Tunisia for joining an organization linked to terrorist crimes (case No.9301/207). Sentenced to two years and 15 days' imprisonment and released on 18 June 2008. Considered a fugitive from justice by the Italian authorities as at Jul. 2008. On 20 January 2009, Italian authorities issued a detention order (No. 70/2009 S.I.E.P), following a 3 years 4 months and 29 days

sentence for terrorism-related crimes. Under administrative control measure in Tunisia as at 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.408 Name:** 1: ALEXANDA 2: AMON 3: KOTEY 4: na
**Title:** na **Designation:** na **DOB:** 13 Dec. 1983 **POB:** London, United Kingdom of Great Britain and Northern Ireland **Good quality a.k.a.: a)** Alexe Kotey **b)** Alexanda Kote **Low quality a.k.a.:** na **Nationality:** United Kingdom of Great Britain and Northern Ireland **Passport no:** United Kingdom of Great Britain and Northern Ireland number 094477324, issued on 5 Mar. 2005 **National identification no:** na **Address:** United States of America **Listed on:** 20 Jul. 2017 ( amended on 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Foreign terrorist fighter with Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), in the Syrian Arab Republic. Sentenced to life imprisonment on 29 April 2022 in the United States of America, Federal Bureau of Prisons inmate number 11685-509. Physical description: eye colour: dark brown; hair colour: black; complexion: dark. Distinguishing marks: beard. Ethnic background: Ghanaian Cypriot. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CFi.004 Name:** 1: ALFRED 2: YEKATOM 3: na 4: na
**Title:** na **Designation:** Chief Corporal of the Forces Armées Centrafricaines (FACA) **DOB:** 23 Jun. 1976 **POB:** Central African Republic **Good quality a.k.a.: a)** Alfred Yekatom Saragba **b)** Alfred Ekatom **c)** Alfred Saragba **Low quality a.k.a.: a)** Colonel Rombhot **b)** Colonel Rambo **c)** Colonel Rambot **d)** Colonel Rombot **e)** Colonel Romboh **Nationality:** Central African Republic **Passport no:** na **National identification no:** na **Address: a)** Mbaiki, Lobaye Province, Central African Republic (Tel. +236 72 15 47 07 / +236 75 09 43 41) **b)** Bimbo, Ombella-Mpoko province, Central African Republic (previous location) **c)** The Hague (since his transfer to the International Criminal Court on 17 November 2018)) **Listed on:** 20 Aug. 2015 ( amended on 28 Jul. 2020 ) **Other information:** Has controlled and commanded a large group of armed militia men. Father's name (adoptive father) is Ekatom Saragba (also spelled Yekatom Saragba). Brother of Yves Saragba, an anti-Balaka commander in Batalimo, Lobaye province, and a former FACA soldier. Physical description: eye colour: black; hair colour: bold; complexion: black; height: 170cm; weight: 100kg. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.196 Name:** 1: ALI 2: SAYYID 3: MUHAMED 4: MUSTAFA BAKRI
**Name (original script):** على السيد محمد مصطفى بكري
**Title:** na **Designation:** na **DOB:** 18 Apr. 1966 **POB:** Beni-Suef, Egypt **Good quality a.k.a.: a)** Ali Salim **b)** Abd Al-Aziz al-Masri **Low quality a.k.a.:** na **Nationality:** Egypt **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 29 Sep. 2005 ( amended on 13 Dec. 2011, 6 Dec. 2019, 8 Nov. 2022 ) **Other information:** Member of the Shura Council of Al-Qaida (QDe.004) and Egyptian Islamic Jihad (QDe.003). Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.005 Name:** 1: ALI 2: HASSAN 3: AL-MAJID 4: AL-TIKRITI
**Name (original script):** علي حسن المجيد التكريتي
**Title:** na **Designation:** na **DOB:** 1943 **POB:** al-Awja, near Tikrit, al-Awja, near Tikrit, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** Al-Kimawi **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**IQi.061 Name:** 1: ALI 2: SADDAM 3: HUSSEIN 4: AL-TIKRITI
**Name (original script):** علي صدام حسين التكريتي
**Title:** na **Designation:** na **DOB: a)** 1980 **b)** 1983 **POB:** Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:**

Hassan **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 7 Apr. 2004 **Other information:** na

**IQi.064 Name:** 1: ALI 2: BARZAN 3: IBRAHIM 4: HASAN AL-TIKRITI
**Name (original script):** علي برزان إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 18 Apr. 1981 **POB:**  Good quality a.k.a.: na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Geneva, Switzerland **Listed on:** 7 Apr. 2004 **Other information:** na

**QDi.353 Name:** 1: ALI 2: BEN TAHER 3: BEN FALEH 4: OUNI HARZI
**Name (original script):** علي بن الطاهر بن الفالح العوني الحرزي
**Title:** na **Designation:** na **DOB:** 9 Mar. 1986 **POB:** Ariana, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.:** Abou Zoubair **Nationality:** Tunisia **Passport no:** Tunisia number W342058, issued on 14 Mar. 2011 (expires on 13 Mar 2016) **National identification no:** Tunisia National Identity Card number 08705184, issued on 24 Feb. 2011 **Address: a)** 18 Mediterranean Street, Ariana, Tunisia **b)** Syrian Arab Republic (located in as at Mar. 2015) **c)** Iraq (possible alternative location as at Mar. 2015) **d)** Libya (previously located in) **Listed on:** 10 Apr. 2015 ( amended on 14 Sep. 2016, 1 May 2019, 15 Nov. 2021 ) **Other information:** Physical description: eye colour: brown; height: 171cm. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Previous occupation: trading agent. A member of Ansar al-Shari'a in Tunisia (QDe.143), active in recruitment of foreign terrorist fighters and arms smuggling. Detained and sentenced to 30 months imprisonment for planning terrorist acts in 2005 in Tunisia. Planned and perpetrated the attack against the Consulate of the United States in Benghazi, Libya on 11 Sep. 2012. Arrest warrant issued by the Tunisian National Guard (as at Mar. 2015). Father's name is Taher Ouni Harzi, mother's name is Borkana Bedairia. Reportedly killed in an airstrike in Mosul, Iraq, in Jun. 2015. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CFi.010 Name:** 1: ALI 2: KONY 3: na 4: na
**Title:** na **Designation:** Deputy, Lord's Resistance Army **DOB: a)** 1994 **b)** 1993 **c)** 1995 **d)** 1992 **POB:**  Good quality a.k.a.: a) Ali Lalobo **b)** Ali Mohammad Labolo **c)** Ali Mohammed **d)** Ali Mohammed Lalobo **e)** Ali Mohammed Kony **f)** Ali Mohammed Labola **g)** Ali Mohammed Salongo **h)** Ali Bashir Lalobo **i)** Ali Lalobo Bashir **Low quality a.k.a.: a)** Otim Kapere **b)** "Bashir" **c)** "Caesar" **d)** "One-P" **e)** "1-P" **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Kafia Kingi (a territory on the border of Sudan and South Sudan whose final status has yet to be determined) **Listed on:** 23 Aug. 2016 **Other information:** Ali Kony is a deputy in the Lord's Resistance Army (LRA) (CFe.002), a designated entity and the son of LRA leader Joseph Kony (CFi.009), a designated individual. Ali was incorporated into the LRA's leadership hierarchy in 2010. He is part of a group of senior LRA officers who are based with Joseph Kony. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.423 Name:** 1: ALI 2: MAYCHOU 3: na 4: na
**Name (original script):** علي ما يشو
**Title:** na **Designation:** na **DOB:** 25 May 1983 **POB:** Taza, Morocco **Good quality a.k.a.: a)** Abderahmane al Maghrebi **b)** Abderrahmane le Marocain **Low quality a.k.a.:** Abou Abderahmane Sanhaji **Nationality:** Morocco **Passport no:** Morocco number V06359364 **National identification no:** Morocco identity card AB704306 **Address:** Mali **Listed on:** 14 Aug. 2019 **Other information:** Member of Al Qaida in the Islamic Maghreb (AQIM) (QDe.014), Ansar Eddine (QDe.135), and Jama'a Nusrat ul-Islam wa al-Muslimin (JNIM) (QDe.159). Physical description: height: 185 cm; weight: 80 kg INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CFi.015 Name:** 1: ALI 2: DARASSA 3: na 4: na
**Title:** na **Designation:** Founder and leader of the Unité pour la Paix en Centrafrique (UPC) **DOB:** 22 Sep.

1978 **POB:** Kabo, Ouham Prefecture, Central African Republic **Good quality a.k.a.: a)** Ali Darassa Mahamat **b)** Ali Mahamat Darassa **c)** Ali Daras **d)** Ali Darrassa **Low quality a.k.a.:** Général Ali Darassa **Nationality:** Central African Republic **Passport no:** na **National identification no:** 10978000004482 **Address:** na **Listed on:** 21 Dec. 2021 **Other information:** Ali Darassa founded and still leads the Central African Republic (CAR)-based militia group Unité pour la Paix en Centrafrique (UPC), which has killed, tortured, raped, and displaced civilians, committed a large number of abuses of human rights and violations of international humanitarian law, and engaged in arms trafficking, illegal taxation activities, and warfare against CAR defence and security forces, as well as other militias, since its creation in 2014. In December 2020, he played a leading role in the creation of the Coalition des patriotes pour le changement (CPC) that took up arms to oppose the elections and attempted to enter the capital Bangui, in violation of the commitments made by the UPC under the Accord politique pour la paix et la reconciliation (APPR) signed on 6 February 2019. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.021 Name:** 1: ALI 2: MOHAMED 3: RAGE 4: na
**Title:** na **Designation:** Spokesperson of Al-Shabaab **DOB:** 1966 **POB:** Somalia **Good quality a.k.a.: a)** Ali Mohammed Rage **b)** Ali Dheere **c)** Ali Dhere **d)** Ali Mohamed Rage Cali Dheer **e)** Ali Mohamud Rage **Low quality a.k.a.:** na **Nationality:** Somalia **Passport no:** na **National identification no:** na **Address:** Somalia **Listed on:** 18 Feb. 2022 **Other information:** Listed pursuant to paragraph 43(a) of resolution 2093 (2013) as "Engaging in or providing support for acts that threaten the peace, security or stability of Somalia, including acts that threaten the peace and reconciliation process in Somalia, or threaten the Federal Government of Somalia or AMISOM by force." As a spokesperson for Al-Shabaab, Rage is involved in promulgating and supporting the group's terrorist activities. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.041 Name:** 1: ALI AKBAR 2: TABATABAEI 3: na 4: na
**Title:** na **Designation:** Member of the IRGC Qods Force operating under the direction of Qods Force Commander, Major General Qasem Soleimani who was designated by the UN Security Council in resolution 1747 (2007) (designated under IRi.039). **DOB:** 1967 **POB:  Good quality a.k.a.: a)** Sayed Akbar Tahmaesebi; Syed Akber Tahmaesebi **b)** Ali Akber Tabatabaei; Ali Akber Tahmaesebi; Ali Akbar Tahmaesebi **Low quality a.k.a.:** na **Nationality:** Iran (Islamic Republic of) **Passport no: a)** 9003213, issued in Iran (Islamic Republic of) **b)** 6620505, issued in Iran (Islamic Republic of) **National identification no:** na **Address:** na **Listed on:** 18 Apr. 2012 ( amended on 17 Dec. 2014 ) **Other information:** Facilitated a breach of paragraph 5 of resolution 1747 (2007) prohibiting the export of arms and related materiel from Iran. [Old Reference # I.AC.50.18.04.12.(2)]

**IRi.004 Name:** 1: ALI AKBAR 2: AHMADIAN 3: na 4: na
**Title:** na **Designation: a)** Vice Admiral **b)** Chief of IRGC Joint Staff **DOB:** 1961 **POB:** Kerman, Iran (Islamic Republic of) **Good quality a.k.a.:** Ali Akbar Ahmedian **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** Position changed. [Old Reference # I.47.D.2]

**IRi.021 Name:** 1: ALI HAJINIA 2: LEILABADI 3: na 4: na
**Title:** na **Designation:** Director General of Mesbah Energy Company **DOB:** 19 Feb. 1950 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** E4710151, issued in Iran (Islamic Republic of) (Issued 15 October 2000; expired 15 October 2005 Iran (Islamic Republic of)) **National identification no:** na **Address:** na **Listed on:** 23 Dec. 2006 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.37.C.6]

**QDi.384 Name:** 1: ALI MUSA 2: AL-SHAWAKH 3: na 4: na
**Title:** na **Designation:** na **DOB:** 1973 **POB:** Sahl Village, Raqqa Province, Syrian Arab Republic **Good quality a.k.a.: a)** 'Ali Musa al-Shawagh **b)** Ali al-Hamoud al-Shawakh **c)** Ibrahim al-Shawwakh **d)** Muhammad 'Ali al-Shawakh **Low quality a.k.a.: a)** Abu Luqman **b)** Ali Hammud **c)** Abdullah Shuwar al-Aujayd **d)** Ali Awas **e)** 'Ali Derwish **f)** 'Ali al-Hamud **g)** Abu Luqman al-Sahl **h)** Abu Luqman al-Suri **i)** Abu Ayyub **Nationality:** Syrian Arab Republic **Passport no:** na **National identification no:** na **Address:** Syrian Arab Republic **Listed on:** 29 Feb. 2016 ( amended on 6 Dec. 2019, 18 Mar. 2020, 30 Oct. 2023 ) **Other information:** A leader of Islamic

State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). As of Jun, 2015, al-Shawakh was the ISIL governor of Aleppo. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.016 Name:** 1: ALLAH DAD 2: TAYEB 3: WALI 4: MUHAMMAD
**Name (original script):** الله داد طيب ولى محمد
**Title: a)** Mullah **b)** Haji **Designation:** Deputy Minister of Communication under the Taliban regime **DOB:** Approximately 1963 **POB: a)** Ghorak District, Kandahar Province, Afghanistan **b)** Nesh District, Uruzgan Province, Afghanistan **Good quality a.k.a.: a)** Allah Dad Tayyab **b)** Allah Dad Tabeeb **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011, 18 May 2012, 7 Sep. 2016 ) **Other information:** Belongs to Popalzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Deceased as of November 2015. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.021 Name:** 1: ALLAH DAD 2: MATIN 3: na 4: na
**Name (original script):** الله داد متين
**Title:** Mullah **Designation: a)** Minister of Urban Development under the Taliban regime **b)** President of Central Bank (Da Afghanistan Bank) under the Taliban regime **c)** Head of Ariana Afghan Airlines under the Taliban regime **DOB: a)** Approximately 1953 **b)** Approximately 1960 **POB:** Kadani village, Spin Boldak District, Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Allahdad (previously listed as) **b)** Shahidwror **Low quality a.k.a.:** Akhund **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 31 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** One foot lost in landmine explosion. Believed to be in Afghanistan/Pakistan border area. Belongs to Nurzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.229 Name:** 1: ALY 2: SOLIMAN 3: MASSOUD 4: ABDUL SAYED
**Title:** na **Designation:** na **DOB:** 1969 **POB:** Tripoli, Libya **Good quality a.k.a.: a)** Ibn El Qaim **b)** Mohamed Osman **Low quality a.k.a.:** Adam **Nationality:** Libya **Passport no:** Libya number Libyan Passport No. 96/184442 **National identification no:** na **Address:** Ghout El Shamal, Tripoli, Libya **Listed on:** 8 Jun. 2007 ( amended on 13 Dec. 2011, 1 May 2019, 8 Nov. 2022 ) **Other information:** Member of Libyan Islamic Fighting Group (QDe.011). Review pursuant to Security Council resolution 1822 (2008) was concluded on 24 Nov. 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.425 Name:** 1: AMADOU 2: KOUFA 3: na 4: na
**Title:** na **Designation:** na **DOB:** Approximately 1958 **POB:** Koufa, Mali **Good quality a.k.a.: a)** Amadou Barry **b)** Amadou Kouffa **c)** Hamadoun Koufa **d)** Hamadoun Kouffa **e)** Hamadou Koufa **f)** Hamadou Kouffa **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Mali **Listed on:** 4 Feb. 2020 **Other information:** Founder of the Katiba Macina of Jama'a Nusrat ul-Islam wa al-Muslimin (JNIM) (QDe.159), executive of the Organization of Al-Qaida in the Islamic Maghreb (AQIM) (QDe.014). Eye colour: brown. Hair colour: dark. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.005 Name:** 1: AMID 2: HUSAIN 3: AL KUNI 4: na
**Title:** Colonel **Designation:** Governor of Ghat (South Libya) **DOB:** na **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Libya (Believed

status/location: South Libya) **Listed on:** 17 Mar. 2011 ( amended on 2 Apr. 2012, 26 Sep. 2014 ) **Other information:** Listed pursuant to paragraph 15 of resolution 1970 (Travel Ban). No INTERPOL link available

**QDi.002 Name:** 1: AMIN 2: MUHAMMAD 3: UL HAQ 4: SAAM KHAN
**Title:** na **Designation:** na **DOB:** 1960 **POB:** Nangarhar Province, Afghanistan **Good quality a.k.a.: a)** Al-Haq, Amin **b)** Amin, Muhammad **Low quality a.k.a.: a)** Dr. Amin **b)** Ul-Haq, Dr. Amin **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 18 Jul. 2007, 16 Dec. 2010, 6 Dec. 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Security coordinator for Usama bin Laden (deceased). Repatriated to Afghanistan in February 2006. He was in Afghanistan as of August 2021. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.107 Name:** 1: AMINULLAH 2: AMIN 3: QUDDUS 4: na
**Name (original script):** امين الله امين قدوس
**Title:** Maulavi **Designation:** Governor of Saripul Province under the Taliban regime **DOB:** Approximately 1973 **POB:** Loy Karez village, Spin Boldak District, Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Muhammad Yusuf **b)** Aminullah Amin (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Member of Taliban Supreme Council as at 2011. Belongs to Nurzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.030 Name:** 1: AMIR 2: RAHIMI 3: na 4: na
**Title:** na **Designation:** Head of Esfahan Nuclear Fuel Research and Production Center **DOB:** na **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** The Esfahan Nuclear Fuel Research and Production Center is part of the AEOI Nuclear Fuel Production and Procurement Company, which is involved in enrichment related activities. [Old Reference # I.47.C.4]

**TAi.145 Name:** 1: AMIR 2: ABDULLAH 3: na 4: na
**Name (original script):** امير عبد الله
**Title:** na **Designation:** Former Kandahar Province Deputy Taliban Governor **DOB:** Approximately 1972 **POB:** Paktika Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** Amir Abdullah Sahib **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** Karachi, Pakistan **Listed on:** 20 Jul. 2010 ( amended on 29 Nov. 2011 ) **Other information:** Has travelled to Kuwait, Saudi Arabia, the Libyan Arab Jamahiriya and the United Arab Emirates to raise funds for the Taliban. Treasurer to Abdul Ghani Baradar Abdul Ahmad Turk (TAi.024). Believed to be in Afghanistan/Pakistan border area. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.026 Name:** 1: AMIR KHAN 2: MOTAQI 3: na 4: na
**Name (original script):** امير خان متقى
**Title:** Mullah **Designation: a)** Minister of Education under the Taliban regime **b)** Taliban representative in UN-led talks under the Taliban regime **DOB:** Approximately 1968 **POB: a)** Zurmat District, Paktia Province, Afghanistan **b)** Shin Kalai village, Nad-e-Ali District, Helmand Province, Afghanistan **Good quality a.k.a.:** Amir Khan Muttaqi **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Member of the Taliban Supreme Council as at June 2007. Believed to be in Afghanistan/Pakistan border area. Belongs to Sulaimankhel tribe. Review pursuant to Security Council resolution 1822 (2008) was

concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.005 Name:** 1: AMIR MOAYYED 2: ALAI 3: na 4: na
**Title:** na **Designation:** Designated for involvement in managing the assembly and engineering of centrifuges. **DOB:** na **POB:** Good quality a.k.a.: na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.03.I.1]

**QDi.250 Name:** 1: AMOR 2: MOHAMED 3: GHEDEIR 4: na
**Name (original script):** عمر محمد قدير
**Title:** na **Designation:** na **DOB:** Approximately 1958 **POB:** Deb-Deb, Amenas, Wilaya (province) of Illizi, Algeria **Good quality a.k.a.: a)** Abdelhamid Abou Zeid **b)** Youcef Adel **c)** Abou Abdellah **d)** Abid Hammadou born 12 Dec. 1965 in Algeria (previously listed as) **Low quality a.k.a.:** na **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Jul. 2008 ( amended on 10 May 2012, 15 Nov. 2012, 29 Mar. 2019, 1 May 2019, 15 Nov. 2021 ) **Other information:** Associated with the Organization of Al-Qaida in the Islamic Maghreb (QDe.014). Located in Northern Mali as of Jun. 2008. Mother's name is Benarouba Bachira. Father's name is Mabrouk. He usurped the identity of Abid Hammadou, who allegedly died in Chad in 2004. Reportedly deceased as of 24 February 2013. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.361 Name:** 1: AMRU 2: AL-ABSI 3: na 4: na
**Title:** na **Designation:** na **DOB:** Approximately 1979 **POB:** Saudi Arabia **Good quality a.k.a.: a)** Amr al Absi **b)** Abu al Athir Amr al Absi **Low quality a.k.a.: a)** Abu al-Athir **b)** Abu al-Asir **c)** Abu Asir **d)** Abu Amr al Shami **e)** Abu al-Athir al-Shami **f)** Abu-Umar al-Absi **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Homs, Syrian Arab Republic (location as at Sep. 2015) **Listed on:** 29 Sep. 2015 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** Shura council member of Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (AQI) (QDe.115) and in charge of ISIL's media arm. ISIL's provincial leader for Homs, Syrian Arab Republic as of mid-2014. Dubbed as the ISIL's "kidnapper-in-chief". Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.331 Name:** 1: ANDERS 2: CAMEROON 3: OSTENSVIG 4: DALE
**Title:** na **Designation:** na **DOB:** 19 Oct. 1978 **POB:** Oslo, Norway **Good quality a.k.a.:** na **Low quality a.k.a.:** Muslim Abu Abdurrahman **Nationality:** Norway **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Sep. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Member of Al-Qaida in the Arabian Peninsula (AQAP) (QDe.129). Physical description: eye colour: brown; hair colour: brown; height: 185 cm. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019 Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.241 Name:** 1: ANGELO 2: RAMIREZ 3: TRINIDAD 4: na
**Title:** na **Designation:** na **DOB:** 20 Mar. 1978 **POB:** Gattaran, Cagayan Province, Philippines **Good quality a.k.a.: a)** Calib Trinidad **b)** Kalib Trinidad **Low quality a.k.a.: a)** Abdul Khalil **b)** Abdukahlil **c)** Abu Khalil **d)** Anis **Nationality:** Philippines **Passport no:** na **National identification no:** na **Address:** 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines **Listed on:** 4 Jun. 2008 ( amended on 13 Dec. 2011, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Distinguishing marks include scars on both legs. Member of the Rajah Solaiman Movement (QDe.128), and associated with the Abu Sayyaf Group (QDe.001) and the Jemaah Islamiyah (QDe.092). In detention in the Philippines as of May 2011. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010. Review pursuant to Security Council resolution 2368 (2017) was

concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.348 Name:** 1: ANGGA 2: DIMAS 3: PERSHADA 4: na
**Title:** Secretary General (as at mid-2014) **Designation:** na **DOB:** 4 Mar. 1985 **POB:** Jakarta, Indonesia **Good quality a.k.a.: a)** Angga Dimas Persada born 4 Mar. 1985 in Jakarta, Indonesia **b)** Angga Dimas Persadha born 4 Mar. 1985 in Jakarta, Indonesia **c)** Angga Dimas Prasondha born 4 Mar. 1985 in Jakarta, Indonesia **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** Indonesia number W344982 (issued under name Angga Dimas Peshada, born 4 Mar.1985 in Jakarta, Indonesia) **National identification no:** na **Address:** na **Listed on:** 13 Mar. 2015 ( amended on 24 Nov. 2020 ) **Other information:** Member of Jemaah Islamiyah (QDe.092) and leader of Hilal Ahmar Society Indonesia (HASI) (QDe.147). Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.419 Name:** 1: ANJEM 2: CHOUDARY 3: na 4: na
**Title:** na **Designation:** na **DOB:** 18 Jan. 1967 **POB:** Welling, London, United Kingdom of Great Britain and Northern Ireland **Good quality a.k.a.:** na **Low quality a.k.a.:** Abu Luqman **Nationality:** United Kingdom of Great Britain and Northern Ireland **Passport no:** United Kingdom of Great Britain and Northern Ireland number 516384722, issued on 6 May 2013 (issued by Passport Office Glasgow, expires 06 Jun. 2023) **National identification no:** na **Address:** London, United Kingdom of Great Britain and Northern Ireland **Listed on:** 15 Oct. 2018 ( amended on 11 Oct. 2019, 30 Oct. 2023 ) **Other information:** Pledged allegiance to Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115) in July 2014 and subsequently released on licence in October 2018 which expires in July 2021. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**GBi.005 Name:** 1: ANTÓNIO 2: INJAI 3: na 4: na
**Title:** na **Designation: a)** Lieutenant General **b)** Chief of Staff of the Armed Forces **DOB:** 20 Jan. 1955 **POB:** Encheia, Sector de Bissorá, Região de Oio, Guinea-Bissau **Good quality a.k.a.:** António Indjai **Low quality a.k.a.:** na **Nationality:** Guinea-Bissau **Passport no:** AAID00435, issued on 18 Feb. 2010, issued in Guinea-Bissau (Expiration date 18 Feb. 2013) **National identification no:** na **Address:** na **Listed on:** 18 May 2012 **Other information:** Injai was listed on 18 May 2012 pursuant to paragraph 4 of resolution 2048 (2012) as "António Injai was personally involved in planning and leading the mutiny of 1 April 2010, culminating with the illegal apprehension of the Prime Minister, Carlo Gomes Junior, and the then Chief of Staff of the Armed Forces, José Zamora Induta; during the 2012 electoral period, in his capacity as Chief of Staff of the Armed Forces, Injai made statements threatening to overthrow the elected authorities and to put an end to the electoral process; António Injai has been involved in the operational planning of the coup d'état of 12 April 2012. In the aftermath of the coup, the first communiqué by the "Military Command" was issued by the Armed Forces General Staff, which is led by General Injai." Father's name is Wasna Injai; Mother's name is Quiritche Cofte. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.283 Name:** 1: ANWAR 2: NASSER 3: ABDULLA 4: AL-AULAQI
**Name (original script):** انور ناصر عبدالله العولقي
**Title:** na **Designation:** na **DOB: a)** 21 Apr. 1971 **b)** 22 Apr. 1971 **POB:** Las Cruces, New Mexico, United States of America **Good quality a.k.a.: a)** Anwar al-Aulaqi **b)** Anwar al-Awlaki **c)** Anwar al-Awlaqi **d)** Anwar Nasser Aulaqi **e)** Anwar Nasser Abdullah Aulaqi **f)** Anwar Nasser Abdulla Aulaqi **Low quality a.k.a.:** na **Nationality: a)** United States of America **b)** Yemen **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 20 Jul. 2010 ( amended on 30 Nov. 2011, 1 May 2019, 15 Nov. 2021, 8 Nov. 2022 ) **Other information:** Confirmed to have died on 30 Sep. 2011 in Yemen. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November

2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.039 Name:** 1: APOLLINAIRE 2: HAKIZIMANA 3: na 4: na
**Title:** na **Designation: a)** Lieutenant General **b)** Commissioner for Defense for the Forces Démocratiques de Libération du Rwanda - Forces Combattantes Abacunguzi (FDLR-FOCA) **DOB:** 1964 **POB:  Good quality a.k.a.:** AMIKWE LEPIC **Low quality a.k.a.: a)** LE POÈTE **b)** ADONIA **Nationality:** Rwanda **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 20 Feb. 2024 **Other information:** Listed pursuant to paragraphs 7 (b), 7 (e) and 7 (h) of resolution 2293 (2016) as "being political and military leaders of foreign armed groups operating in the DRC who impede the disarmament and the voluntary repatriation or resettlement of combatants belonging to those groups"; "planning, directing, or committing acts in the DRC that constitute human rights violations or abuses or violations of international humanitarian law, as applicable, including those acts involving the targeting of civilians, including killing and maiming, rape and other sexual violence, abduction, forced displacement, and attacks on schools and hospitals"; and "acting on behalf of or at the direction of a designated individual or entity, or acting on behalf of or at the direction of an entity owned or controlled by a designated individual or entity," as extended by resolution 2688 (2023). As a military leader of FDLR, APOLLINAIRE HAKIZIMANA is involved in promulgating and supporting the group's activities. click here

**QDi.356 Name:** 1: AQSA 2: MAHMOOD 3: na 4: na
**Title:** na **Designation:** na **DOB:** 11 May 1994 **POB:** Glasgow, Scotland, United Kingdom of Great Britain and Northern Ireland **Good quality a.k.a.:** na **Low quality a.k.a.:** Umm Layth **Nationality:** United Kingdom of Great Britain and Northern Ireland **Passport no:** United Kingdom of Great Britain and Northern Ireland number 720134834, issued on 27 Jun. 2012 (expires on 27 Jun. 2022) **National identification no:** na **Address: a)** Syrian Arab Republic (as at Nov. 2013) **b)** United Kingdom of Great Britain and Northern Ireland (previous address) **Listed on:** 28 Sep. 2015 ( amended on 24 Nov. 2020 ) **Other information:** Recruiter for Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115), in the Syrian Arab Republic, and a key figure in the the Al-Khanssaa brigade, a female ISIL brigade established in Al-Raqqa to enforce ISIL's interpretation of Sharia law. Sex: female. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.030 Name:** 1: AREFULLAH 2: AREF 3: GHAZI MOHAMMAD 4: na
**Name (original script):** عارف الله عارف غازی محمد
**Title:** Maulavi **Designation: a)** Deputy Minister of Finance under the Taliban regime **b)** Governor of Ghazni Province under the Taliban regime **c)** Governor of Paktia Province under the Taliban regime **DOB:** Approximately 1958 **POB:** Lawang (Lawand) village, Gelan District, Ghazni Province, Afghanistan **Good quality a.k.a.:** Arefullah Aref (formerly listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 31 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Directs Taliban "front" in Gelan District, Ghazni Province, Afghanistan as of mid-2013. Believed to be in Afghanistan/Pakistan border area. Belongs to Andar tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.271 Name:** 1: ARIF 2: QASMANI 3: na 4: na
**Title:** na **Designation:** na **DOB:** Approximately 1944 **POB:** Pakistan **Good quality a.k.a.: a)** Muhammad Arif Qasmani **b)** Muhammad 'Arif Qasmani **c)** Mohammad Arif Qasmani **d)** Arif Umer **e)** Qasmani Baba **f)** Memon Baba **g)** Baba Ji **Low quality a.k.a.:** na **Nationality:** Pakistan **Passport no:** na **National identification no:** na **Address:** House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Pakistan **Listed on:** 29 Jun. 2009 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** Associated with Lashkar-e-Tayyiba (QDe.118) and Al-Qaida (QDe.004). In detention as at June 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610

(2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.119 Name:** 1: ARIS 2: MUNANDAR 3: na 4: na

**Title:** na **Designation:** na **DOB:** 1 Jan. 1971 **POB:** Sambi, Boyolali, Java, Indonesia **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 9 Sep. 2003 ( amended on 9 Sep. 2005, 4 Oct. 2006, 12 Dec. 2014, 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.187 Name:** 1: ARIS 2: SUMARSONO 3: na 4: na

**Title:** na **Designation:** na **DOB:** 19 Apr. 1963 **POB:** Gebang village, Masaran, Sragen, Central Java, Indonesia **Good quality a.k.a.: a)** Zulkarnan **b)** Zulkarnain **c)** Zulkarnin **d)** Arif Sunarso **e)** Zulkarnaen **f)** Aris Sunarso **g)** Ustad Daud Zulkarnaen **Low quality a.k.a.: a)** Murshid **b)** Daud **c)** Pak Ud **d)** Mbah Zul **e)** Zainal Arifin **f)** Zul **g)** Abdullah Abdurrahman **h)** Abdul **i)** Abdurrahman **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address: a)** Desa Gebang, Kecamatan Masaran, Kabupaten Sragen, Jawa Tengah, Indonesia **b)** Desa Taman Fajar, Kecamatan Probolinggo, Kabupaten Lampung Timur, Lampung, Indonesia **Listed on:** 16 May 2005 ( amended on 17 Apr. 2019, 15 Nov. 2021, 27 May 2022, 6 Oct. 2025 ) **Other information:** He was sentenced to 15 years in prison in Indonesia in January 2022. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 7 June 2018. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.357 Name:** 1: ASEEL 2: MUTHANA 3: na 4: na

**Title:** na **Designation:** na **DOB:** 22 Nov. 1996 **POB:** Cardiff, United Kingdom of Great Britain and Northern Ireland **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** United Kingdom of Great Britain and Northern Ireland **Passport no:** United Kingdom of Great Britain and Northern Ireland number 516088643, issued on 7 Jan. 2014 (expires on 7 Jan. 2024) **National identification no:** na **Address: a)** Syrian Arab Republic (as at Feb. 2014) **b)** United Kingdom of Great Britain and Northern Ireland (previous address) **Listed on:** 30 Sep. 2015 ( amended on 24 Nov. 2020 ) **Other information:** Foreign terrorist fighter with Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115), in the Syrian Arab Republic. Wanted by the authorities of the United Kingdom. Physical description: hair colour: brown/black. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.343 Name:** 1: ASHRAF 2: MUHAMMAD 3: YUSUF 4: 'UTHMAN 'ABD AL-SALAM

**Name (original script):** اشرف محمد يوسف عثمان عبد السلام

**Title:** na **Designation:** na **DOB:** 1984 **POB:** Iraq **Good quality a.k.a.: a)** Ashraf Muhammad Yusif 'Uthman 'Abd-al-Salam **b)** Ashraf Muhammad Yusuf 'Abd-al-Salam **c)** Ashraf Muhammad Yusif 'Abd al-Salam **Low quality a.k.a.: a)** Khattab **b)** Ibn al-Khattab **Nationality:** Jordan **Passport no: a)** K048787, issued in Jordan **b)** 486298, issued in Jordan **National identification no:** na **Address:** Syrian Arab Republic (located in as at Dec. 2014) **Listed on:** 23 Jan. 2015 ( amended on 24 Nov. 2020, 23 Mar. 2021 ) **Other information:** A member of Al-Qaida (QDe.004) as of 2012 and a fighter in the Syrian Arab Republic since early 2014. Provided financial, material, and technological support for Al-Qaida, Al-Nusrah Front for the People of the Levant (QDe.137) and Al-Qaida in Iraq (AQI) (QDe.115).Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.432 Name:** 1: ASHRAF 2: AL-QIZANI 3: na 4: na

**Name (original script):** أشرف القيزاني

**Title:** na **Designation:** na **DOB:** 5 Oct. 1991 **POB:** Gouazine, Dahmani, Governorate of Le Kef, Tunisia **Good quality a.k.a.: a)** Ashraf al-Gizani **b)** Abu 'Ubaydah al-Kafi **c)** Achref Ben Fethi Ben Mabrouk Guizani **d)** Achraf Ben Fathi Ben Mabrouk Guizani **Low quality a.k.a.:** na **Nationality:** Tunisia **Passport no:** na **National identification no:** Tunisia 13601334 **Address:** na **Listed on:** 29 Dec. 2021 **Other information:** Senior member of Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Recruited for ISIL and instructed individuals to perpetrate terrorist acts via online video. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.396 Name:** 1: ASLAN 2: AVGAZAROVICH 3: BYUTUKAEV 4: na
**Name (original script):** Аслан Авгазарович Бютукаев
**Title:** na **Designation:** na **DOB:** 22 Oct. 1974 **POB:** Kitaevka, Novoselitskiy District, Stavropol Region, Russian Federation **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Amir Khazmat (original script: Амир Хазмат) **b)** Abubakar (original script: Абубакар) **Nationality:** Russian Federation **Passport no:** na **National identification no:** na **Address:** Akharkho Street, 11, Katyr-Yurt, Achkhoy-Martanovskiy District, Republic of Chechnya, Russian Federation **Listed on:** 3 Aug. 2016 ( amended on 15 Nov. 2021 ) **Other information:** Wanted by the authorities of the Russian Federation for terrorist crimes. Commands a suicide battalion of Riyadus-Salikhin Reconnaissance and Sabotage Battalion of Chechen Martyrs (RSRSBCM) (QDe.100). Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.070 Name:** 1: ATIQULLAH 2: WALI MOHAMMAD 3: na 4: na
**Name (original script):** عتيق الله ولى محمد
**Title: a)** Haji **b)** Mullah **Designation: a)** Director of Foreign Relations, Kandahar Province under the Taliban regime **b)** Director of Public Works, Kandahar Province under the Taliban regime **c)** First Deputy Minister of Agriculture under the Taliban regime **d)** Deputy Minister of Public Works under the Taliban regime **DOB:** Approximately 1962 **POB: a)** Tirin Kot District, Uruzgan Province, Afghanistan **b)** Khwaja Malik village, Arghandab District, Kandahar Province, Afghanistan **Good quality a.k.a.:** Atiqullah (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 31 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 19 Oct. 2012, 11 Feb. 2013, 31 Dec. 2013 ) **Other information:** Originally from Uruzgan, settled and lived later in Kandahar. Was a member of Taliban Supreme Council Political Commission in 2010. No specific role in the Taliban movement, active as a businessman in his personal capacity as of mid-2013. Believed to be in Afghanistan/Pakistan border area. Belongs to Alizai tribe. Brother of Abdul Jalil Haqqani Wali Mohammad (TAi.034). Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.009 Name:** 1: ATTIQULLAH 2: AKHUND 3: na 4: na
**Name (original script):** عتيق الله آخوند
**Title:** Maulavi **Designation:** Deputy Minister of Agriculture under the Taliban regime **DOB:** Approximately 1953 **POB:** Shah Wali Kot District, Kandahar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Member of Taliban Supreme Military Council as well as Taliban Supreme Council as at June 2010. Belongs to Popalzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.083 Name:** 1: AYMAN 2: SABAWI 3: IBRAHIM 4: HASAN AL-TIKRITI
**Name (original script):** أيمن سبعاوي إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 21 Oct. 1971 **POB: a)** Baghdad, Iraq **b)** Al-Owja, Iraq **Good quality a.k.a.: a)** Aiman Sabawi Ibrahim Hasan Al-Tikriti **b)** Ayman Sab'awi Ibrahim Hasan Al-Tikriti **c)** Ayman Sabawi Ibrahim Hassan Al-Tikriti **d)** Qais Muhammad Salman **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:**

na **National identification no:** na **Address: a)** Bludan, Syrian Arab Republic **b)** Mutanabi Area, Al Monsur, Baghdad, Baghdad, Iraq **Listed on:** 27 Jul. 2005 **Other information:** na

**QDi.397 Name:** 1: AYRAT 2: NASIMOVICH 3: VAKHITOV 4: na
**Name (original script):** Айрат Насимович Вахитов
**Title:** na **Designation:** na **DOB:** 27 Mar. 1977 **POB:** Naberezhnye Chelny, Republic of Tatarstan, Russian Federation **Good quality a.k.a.:** Salman Bulgarskiy (original script: Салман Булгарский) **Low quality a.k.a.:** na **Nationality:** Russian Federation **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Aug. 2016 ( amended on 15 Nov. 2021 ) **Other information:** May use a fake passport of a Syrian or Iraqi citizen. Member of the Al-Nusrah Front for the People of the Levant (ANF) (QDe.137), "Bulgar Group", leads a group of 100 fighters. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.311 Name:** 1: AYYUB 2: BASHIR 3: na 4: na
**Name (original script):** ايوب بشير
**Title: a)** Qari **b)** Alhaj **Designation:** na **DOB: a)** 1966 **b)** 1964 **c)** 1969 **d)** 1971 **POB:  Good quality a.k.a.: a)** Alhaj Qari Ayub Bashar **b)** Qari Muhammad Ayub **Low quality a.k.a.:** na **Nationality: a)** Uzbekistan **b)** Afghanistan **Passport no:** na **National identification no:** na **Address:** Mir Ali, North Waziristan Agency, Federal Administered Tribal Areas, Pakistan **Listed on:** 18 Oct. 2012 ( amended on 17 Jul. 2018, 1 May 2019, 15 Nov. 2021 ) **Other information:** Member of leadership council as of early 2010 and head of finance for the Islamic Movement of Uzbekistan (QDe.010). Coordinated financial and logistical support for the Islamic Movement of Uzbekistan in Afghanistan and Pakistan between 2009-2012. Transferred and delivered funds to Fazal Rahim (QDi.303). Reportedly deceased in an airstrike in Chordar, Kunduz Province of Afghanistan in Dec. 2015. Review pursuant to Security Council resolution 2253 (2015) was concluded on 7 Jun. 2018. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.003 Name:** 1: AZIM 2: AGHAJANI 3: na 4: na
**Title:** na **Designation:** Member of the IRGC-Qods Force operating under the direction of Qods Force Commander, Major General Qasem Soleimani, who was designated by the UN Security Council in resolution 1747 (2007) **DOB:** na **POB:  Good quality a.k.a.:** Azim Adhajani; Azim Agha-Jani **Low quality a.k.a.:** na **Nationality:** Iran (Islamic Republic of) **Passport no: a)** 6620505, issued in Iran (Islamic Republic of) **b)** 9003213, issued in Iran (Islamic Republic of) **National identification no:** na **Address:** na **Listed on:** 18 Apr. 2012 ( amended on 17 Dec. 2014 ) **Other information:** Facilitated a breach of paragraph 5 of resolution 1747 (2007) prohibiting the export of arms and related materiel from Iran. [Old Reference # I.AC.50.18.04.12.(1)]

**TAi.121 Name:** 1: AZIZIRAHMAN 2: ABDUL AHAD 3: na 4: na
**Name (original script):** عزيز الرحمان عبد الاحد
**Title:** Mr **Designation:** Third Secretary, Taliban Embassy, Abu Dhabi, United Arab Emirates **DOB:** 1972 **POB:** Shega District, Kandahar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Belongs to Hotak tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.330 Name:** 1: AZZAM 2: ABDULLAH 3: ZUREIK 4: AL-MAULID AL-SUBHI
**Title:** na **Designation:** na **DOB:** 12 Apr. 1976 **POB:** Al Baraka, Saudi Arabia **Good quality a.k.a.: a)** Mansur al-Harbi **b)** Azzam al-Subhi **c)** Azam Abdallah Razeeq al Mouled Alsbhua **d)** Abu Muslem al-Maky **e)** Abu Suliman al-Harbi **f)** Abu Abdalla al-Harbi **g)** Azam A.R. Alsbhua **Low quality a.k.a.:** na **Nationality:** Saudi

Arabia **Passport no:** Saudi Arabia number C389664, issued on 15 Sep. 2000 **National identification no:** 1024026187 **Address:** na **Listed on:** 23 Sep. 2014 ( amended on 6 Dec. 2019, 10 Sep. 2020, 30 Oct. 2023 ) **Other information:** Has ties to numerous senior Al-Qaida (QDe.004) leaders. Wanted by the Saudi Arabian Government for terrorism. Father's name is Abdullah Razeeq al Mouled al Sbhua. Physical description: eye colour: dark; hair colour: dark; complexion: dark. Speaks Arabic. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.026 Name:** 1: Abd 2: Al-Rahman 3: SALIM 4: IBRAHIM AL-MILAD
**Title:** Navy Major **Designation:** Commander of the Coast Guard in Zawiya **DOB:** 27 Jul. 1986 **POB:** Tripoli, Libya **Good quality a.k.a.: a)** Abdurahman Salem Ibrahim Milad **b)** ABDULRAHMAN SALIM MILAD KASHLAF **Low quality a.k.a.: a)** Rahman Salim Milad **b)** al-Bija **Nationality:** Libya **Passport no:** Libya number G52FYPRL, issued on 8 May 2014 (Date of expiration: 7 May 2022) **National identification no:** Libya 2519910 **Address:** Zawiya, Libya **Listed on:** 7 Jun. 2018 ( amended on 29 Apr. 2021, 29 Nov. 2023 ) **Other information:** Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze), 1) Name of mother Huriyah Al-A'ib; and 2) Military ID is 36479 click here

**SOi.017 Name:** 1: Abdifatah 2: Abubakar 3: Abdi 4: na
**Title:** na **Designation:** na **DOB:** 15 Apr. 1982 **POB:** Somalia **Good quality a.k.a.:** Musa Muhajir **Low quality a.k.a.:** na **Nationality:** Somalia **Passport no:** na **National identification no:** na **Address: a)** Somalia **b)** Mombasa, Kenya **Listed on:** 8 Mar. 2018 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.016 Name:** 1: Ahmad 2: Iman 3: Ali 4: na
**Title:** na **Designation:** na **DOB: a)** Approximately 1973 **b)** Approximately 1974 **POB:** Kenya **Good quality a.k.a.: a)** Sheikh Ahmed Iman Ali **b)** Shaykh Ahmad Iman Ali **c)** Ahmed Iman Ali **d)** Abu Zinira **Low quality a.k.a.:** na **Nationality:** Kenya **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 8 Mar. 2018 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.023 Name:** 1: Ahmad 2: Oumar 3: Imhamad 4: al-Fitouri
**Name (original script):** احمد عمر امحمد الفيتوري
**Title:** na **Designation:** Commander of the Anas al-Dabbashi militia, Leader of a transnational trafficking network **DOB:** 7 May 1988 **POB:** (possibly Sabratha, Talil neighbourhood) **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Al-Dabachi **b)** Al Ammu **c)** The Uncle **d)** Al-Ahwal **e)** Al Dabbashi **Nationality:** Libya **Passport no:** Libya number LY53FP76, issued on 29 Sep. 2015, issued in Tripoli **National identification no:** 119880387067 **Address: a)** Garabulli, Libya **b)** Zawiya, Libya **Listed on:** 7 Jun. 2018 ( amended on 17 Sep. 2018, 25 Feb. 2020 ) **Other information:** Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze) click here

**QDi.426 Name:** 1: Amir 2: Muhammad Sa'id 3: Abdal-Rahman 4: al-Salbi
**Name (original script):** أمير محمد سعيد عبد الرحمن السلبي
**Title:** na **Designation:** na **DOB: a)** 5 Oct. 1976 **b)** 1 Oct. 1976 **c)** 6 Jan. 1976 **POB: a)** Tall'Afar, Iraq **b)** Mosul, Iraq **Good quality a.k.a.: a)** Abu Ibrahim al-Hashimi al-Qurashi **b)** Hajji Abdallah **c)** Abu 'Umar al-Turkmani **d)** Abdullah Qardash **e)** Abu 'Abdullah Qardash **f)** al-Hajj Abdullah Qardash **g)** Hajji Abdullah Al-Afari **h)** `Abdul Amir Muhammad Sa'id Salbi **i)** Muhammad Sa'id `Abd-al-Rahman al-Mawla **j)** Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad al-Mula **k)** Amir Muhammad Sa'id Abdal-Rahman al-Mawla (previously listed as) **Low quality a.k.a.: a)** Al-Ustadh **b)** Ustadh Ahmad **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address: a)** House 110, Street 704, District 704, Tall 'Afar, Iraq (previous address) **b)** near Shahid Mazen Mosque and al-Khansa Hospital, Mosul, Iraq (previous address) **c)** Idlib, Syrian Arab Republic **Listed on:** 21 May 2020 ( amended on 27 May 2022 ) **Other information:** Leader of Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). Mother's name: Samira Shareef (سميرة شريف) or Sahra

Sharif Abd al-Qader (سهرة شريف عبد القادر). Height 170 cm, right leg amputated. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Arrest warrant issued by Iraq 2018. Reportedly deceased as of 3 February 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.424 Name:** 1: BAH 2: AG MOUSSA 3: na 4: na
**Title:** na **Designation:** na **DOB: a)** 1 Jan. 1958 **b)** 31 Dec. 1952 **c)** 28 Oct. 1956 **POB:  Good quality a.k.a.: a)** Ag Mossa **b)** Ammi Salim **Low quality a.k.a.:** na **Nationality:** Mali **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 14 Aug. 2019 ( amended on 20 Aug. 2019, 8 Nov. 2022 ) **Other information:** Founding member of Ansar Eddine (QDe.135), operational leader of Jama'a Nusrat ul-Islam wa al-Muslimin (JNIM) (QDe.159). Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.009 Name:** 1: BAHMANYAR MORTEZA 2: BAHMANYAR 3: na 4: na
**Title:** na **Designation:** Head of Finance and Budget Department of the Aerospace Industries Organization (AIO). **DOB:** 31 Dec. 1952 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iran (Islamic Republic of) **Passport no: a)** I0005159, issued in Iran (Islamic Republic of) **b)** 10005159, issued in Iran (Islamic Republic of) **National identification no:** na **Address:** na **Listed on:** 23 Dec. 2006 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.37.D.4]

**TAi.161 Name:** 1: BAKHT 2: GUL 3: na 4: na
**Name (original script):** بخت گل
**Title:** na **Designation:** na **DOB:** 1980 **POB:** Aki Village, Zadran District, Paktiya Province, Afghanistan **Good quality a.k.a.: a)** Bakhta Gul **b)** Bakht Gul Bahar **c)** Shuqib **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** Miram Shah, North Waziristan, Federally Administered Tribal Areas, Pakistan **Listed on:** 27 Jun. 2012 ( amended on 11 Feb. 2014 ) **Other information:** Communications assistant to Badruddin Haqqani (deceased). Also coordinates movement of Haqqani insurgents, foreign fighters and weapons in the Afghanistan/Pakistan border area. Belongs to Zadran tribe. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.349 Name:** 1: BAMBANG 2: SUKIRNO 3: na 4: na
**Title:** na **Designation:** na **DOB:** 5 Apr. 1975 **POB:** Indonesia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Pak Zahra **b)** Abu Zahra **Nationality:** Indonesia **Passport no:** Indonesia number A2062513 **National identification no:** na **Address:** na **Listed on:** 13 Mar. 2015 ( amended on 24 Nov. 2020 ) **Other information:** A senior leader of Jemaah Islamiyah (QDe.092) who has held leadership positions in Hilal Ahmar Society Indonesia (HASI) (QDe.147). Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.011 Name:** 1: BARZAN 2: ABD AL-GHAFUR 3: SULAIMAN MAJID 4: AL-TIKRITI
**Name (original script):** برزان عبد الغفور سليمان مجيد التكريتي
**Title:** na **Designation:** na **DOB:** 1960 **POB:** Salah al-Din, Iraq **Good quality a.k.a.:** Barzan Razuki Abd al-Ghafur **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**IQi.038 Name:** 1: BARZAN 2: IBRAHIM 3: HASSAN 4: AL-TIKRITI
**Name (original script):** برزان إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 1951 **POB:** Tikrit, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**IQi.085 Name:** 1: BASHAR 2: SABAWI 3: IBRAHIM 4: HASAN AL-TIKRITI
**Name (original script):** بشار سبعاوي إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 17 Jul. 1970 **POB:  Good quality a.k.a.: a)** Bashar Sab'awi Ibrahim Hasan Al-Tikriti **b)** Bashir Sab'awi Ibrahim Al-Hasan Al-Tikriti **c)** Bashir Sabawi Ibrahim Al-Hassan Al-Tikriti **d)** Bashar Sabawi Ibrahim Hasan Al-Bayjat **e)** Ali Zafir 'Abdullah' in Baghdad, Iraq (in Baghdad, Iraq (Nationality - Iraq)) **f)** BASHAR AL-NASIRI **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address: a)** Fuad Dawod Farm, Az Zabadani, Damascus, Damascus, Syrian Arab Republic **b)** Beirut, Lebanon **Listed on:** 27 Jul. 2005 ( amended on 5 Aug. 2025 ) **Other information:** na

**SOi.006 Name:** 1: BASHIR 2: MOHAMED 3: MAHAMOUD 4: na
**Title:** na **Designation:** na **DOB: a)** 1979 **b)** 1980 **c)** 1981 **d)** 1982 **POB:  Good quality a.k.a.: a)** Bashir Mohamed Mahmoud **b)** Bashir Mahmud Mohammed **c)** Bashir Mohamed Mohamud **d)** Bashir Mohamed Mohamoud **e)** Bashir Yare **f)** Bashir Qorgab **g)** Gure Gap **h)** "Abu Muscab" **i)** "Qorgab" **Low quality a.k.a.:** na **Nationality:** Somalia **Passport no:** na **National identification no:** na **Address:** Mogadishu, Somalia **Listed on:** 12 Apr. 2010 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.399 Name:** 1: BASSAM 2: AHMAD 3: AL-HASRI 4: na
**Name (original script):** بسام أحمد الحصري
**Title:** na **Designation:** na **DOB: a)** 1 Jan. 1969 **b)** Approximately 1971 **POB: a)** Qalamun, Damascus Province, Syrian Arab Republic **b)** Ghutah, Damascus Province, Syrian Arab Republic **c)** Tadamon, Rif Dimashq, Syrian Arab Republic **Good quality a.k.a.:** Bassam Ahmad Husari **Low quality a.k.a.: a)** Abu Ahmad Akhlaq **b)** Abu Ahmad al-Shami **Nationality: a)** Syrian Arab Republic **b)** State of Palestine **Passport no:** na **National identification no:** na **Address:** Syrian Arab Republic (Southern. Location as of July 2016) **Listed on:** 22 Feb. 2017 ( amended on 8 Nov. 2022 ) **Other information:** Leader of Al-Nusrah Front for the People of the Levant (QDe.137) for southern Syrian Arab Republic since July 2016. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.019 Name:** 1: BAUDOIN 2: NGARUYE WA MYAMURO 3: na 4: na
**Title:** Military leader of the Mouvement du 23 Mars (M23) **Designation:** Brigadier General **DOB: a)** 1 Apr. 1978 **b)** 1978 **POB: a)** Bibwe, Democratic Republic of the Congo **b)** Lusamambo, Lubero territory, Democratic Republic of the Congo **Good quality a.k.a.:** Colonel Baudoin NGARUYE **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** FARDC ID 1-78-09-44621-80 **Address:** Rubavu / Mudende, Rwanda **Listed on:** 30 Nov. 2012 **Other information:** Entered the Republic of Rwanda on 16 March 2013. As of late 2014, living in Ngoma camp, Rwanda. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.006 Name:** 1: BEHMAN 2: ASGARPOUR 3: na 4: na
**Title:** na **Designation:** Operational Manager (Arak) **DOB:** na **POB:  Good quality a.k.a.:** Behman Asgharpour; Behman Asgharpur **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Dec. 2006 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.37.C.2]

**CDi.038 Name:** 1: BERNARD 2: MAHESHE 3: BYAMUNGU 4: na
**Title:** na **Designation: a)** Brigadier General **b)** Deputy Commander of operations and intelligence for M23 **DOB:** 10 Oct. 1974 **POB:** Democratic Republic of the Congo **Good quality a.k.a.:** na **Low quality a.k.a.:** TIGER ONE **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** Democratic Republic of the Congo **Listed on:** 25 Oct. 2023 **Other information:** Listed pursuant to paragraphs 7 (c) and 7 (h) of resolution 2293 (2016) as "political and military leaders of Congolese militias, including those receiving support from outside the DRC, who impede the participation of their combatants in disarmament, demobilization and reintegration processes"; and "acting on behalf of or at the direction of a designated individual or entity, or acting on behalf of or at the direction of an entity owned or controlled by a

designated individual or entity", as reaffirmed by paragraph 2 of resolution 2688 (2023). As a leader of M23 (CDe.006), he is involved in promulgating and supporting the armed group's activities. He was promoted in January 2023 to Brigadier for the Congolese Revolutionary Army, the M23 armed branch. He was then appointed chief of staff and deputy to SULTANI MAKENGA (CDi.008), and has validated the planning for every M23 operations in DRC since then. A warrant has been issued by Congolese authorities for his arrest. click here

**CFi.014 Name:** 1: BI SIDI 2: SOULEMAN 3: na 4: na
**Title:** na **Designation:** President and self-proclaimed "general" of the Retour, Réclamation et Réhabilitation (3R) **DOB:** 20 Jul. 1962 **POB:** Bocaranga, Central African Republic **Good quality a.k.a.: a)** Sidiki **b)** "General" Sidiki **c)** Sidiki Abbas **d)** Souleymane Bi Sidi **e)** Bi Sidi Soulemane **Low quality a.k.a.:** na **Nationality:** Central African Republic **Passport no:** Laissez-passer no. N°235/MISPAT/DIRCAB/DGPC/DGAEI/SI/SP, issued on 15 Mar. 2019 (issued by the Minister of Interior of the Central African Republic) **National identification no:** na **Address:** Koui, Ouham-Pendé prefecture, Central African Republic **Listed on:** 5 Aug. 2020 ( amended on 22 Feb. 2021 ) **Other information:** Bi Sidi Souleman leads the Central African Republic (CAR)-based militia group Return, Reclamation, Rehabilitation (3R) which has killed, tortured, raped, and displaced civilians and engaged in arms trafficking, illegal taxation activities, and warfare with other militias since its creation in 2015. Bi Sidi Souleman himself has also participated in torture. On 6 February 2019, 3R signed the Political Agreement for Peace and Reconciliation in the CAR but has engaged in acts violating the Agreement and remains a threat to the peace, stability and security of the CAR. For instance, on 21 May 2019, 3R killed 34 unarmed civilians in three villages, summarily executing adult males. Bi Sidi Souleman openly confirmed to a UN Entity that he had ordered 3R elements to the villages on the date of the attacks, but did not admit to giving the orders for 3R to kill. In December 2020, after having joined a coalition of armed groups established to disrupt the electoral process, Bi Sidi Souleman was reportedly killed during fighting. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.009 Name:** 1: BILAL 2: BIN MARWAN 3: na 4: na
**Name (original script):** بلال بن مروان
**Title:** na **Designation:** na **DOB:** 1947 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** Senior lieutenant of UBL. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.030 Name:** 1: BOSCO 2: TAGANDA 3: na 4: na
**Title:** na **Designation:** na **DOB:** Between 1973 and 1974 **POB:** Bigogwe, Rwanda **Good quality a.k.a.: a)** Bosco Ntaganda **b)** Bosco Ntagenda **c)** General Taganda **Low quality a.k.a.: a)** Lydia (When he was part of APR.) **b)** Terminator **c)** Tango Romeo (Call sign) **d)** Romeo (Call sign) **e)** Major **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** Belgium (As of 14 December 2022) **Listed on:** 1 Nov. 2005 ( amended on 13 Oct. 2016, 19 Aug. 2020, 1 Mar. 2023 ) **Other information:** Born in Rwanda, he moved to Nyamitaba, Masisi territory, North Kivu, when he was a child. Nominated FARDC Brigadier-General by Presidential Decree on 11 December 2004, following Ituri peace agreements. Formerly Chief of Staff in CNDP and became CNDP military commander since the arrest of Laurent Nkunda in January 2009. Since January 2009, de facto Deputy Commander of consecutive anti-FDLR operations 'Umoja Wetu', 'Kimia II', and 'Amani Leo' in North and South Kivu. Entered Rwanda in March 2013, and voluntarily surrender to ICC officials in Kigali on March 22. Transferred to the ICC in The Hague, Netherlands. On 9 June 2014, ICC confirmed 13 charges of war crimes and five charges of crimes against humanity against him; the trial started in September 2015. On 8 July 2019, the ICC found him guilty of 18 counts of war crimes and crimes against humanity, committed in Ituri in 2002-2003. On 7 November 2019, he was sentenced to a total of 30 years imprisonment. He has appealed both his conviction and sentence. On 30 March 2021, the ICC Appeals Chamber confirmed his conviction and sentence. On 14 December 2022, he was transferred to the territory of Belgium for

enforcement of sentence. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.375 Name:** 1: BOUBAKER 2: BEN HABIB 3: BEN AL-HAKIM 4: na
**Title:** na **Designation:** na **DOB:** 1 Aug. 1983 **POB:** Paris, France **Good quality a.k.a.: a)** Boubakeur el-Hakim **b)** Boubaker el Hakim **Low quality a.k.a.: a)** Abou al Moukatel **b)** Abou Mouqatel **c)** Abu-Muqatil al-Tunisi **d)** El Hakim Boubakeur **Nationality: a)** France **b)** Tunisia **Passport no:** na **National identification no:** na **Address:** Syrian Arab Republic (as at Sep. 2015) **Listed on:** 29 Sep. 2015 ( amended on 24 Jun. 2016, 15 Nov. 2021 ) **Other information:** French-Tunisian foreign terrorist fighter for Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.058 Name:** 1: BOUBEKEUR 2: BOULGHITI 3: na 4: na
**Title:** na **Designation:** na **DOB:** 13 Feb. 1970 **POB:** Rouiba, Algiers, Algeria **Good quality a.k.a.:** Boubakeur Boulghit **Low quality a.k.a.: a)** Abu Bakr al-Jaziri (Previously listed as. In Arabic: أبوبكر الجزائري ) **b)** Abou Bakr Al Djazairi **c)** Abou Yasser El Djazairi **d)** Yasir Al-Jazari **e)** Abou Yasser Al-Jaziri **Nationality: a)** Algeria **b)** State of Palestine **Passport no:** na **National identification no:** na **Address:** Algeria **Listed on:** 11 Jan. 2002 ( amended on 18 Jul. 2007, 1 Feb. 2008, 16 May 2011, 20 Jun. 2017, 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Finance chief of the Afghan Support Committee (ASC) (QDe.069). Al-Qaida (QDe.004) facilitator and communication expert. Believed to be in Algeria as of Apr. 2010 and May 2022. Son of Mohamed and Fatma Aribi. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.010 Name:** 1: CALLIXTE 2: MBARUSHIMANA 3: na 4: na
**Title:** na **Designation:** FDLR Executive Secretary **DOB:** 24 Jul. 1963 **POB:** Ndusu / Ruhengeri, Northern Province, Rwanda **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Rwanda **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2009 ( amended on 13 Oct. 2016 ) **Other information:** Arrested in Paris on 3 October 2010 under ICC warrant for war crimes and crimes against humanity committed by FDLR troops in the Kivus in 2009. Transferred to The Hague on 25 January 2011 and released by the ICC in late 2011. Elected FDLR Executive Secretary on 29 Nov. 2014 for a five-year term. click here

**KPi.064 Name:** 1: CH'OE 2: SO'K MIN 3: na 4: na
**Title:** na **Designation:** Former overseas Foreign Trade Bank representative **DOB:** 25 Jul. 1978 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** Choe Sok Min **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 22 Dec. 2017 ( amended on 29 Jun. 2023 ) **Other information:** In 2016, Ch'oe So'k-min was the deputy representative at the Foreign Trade Bank branch office in that overseas location. He has been associated with cash transfers from that overseas Foreign Trade Bank office to banks affiliated with North Korean special organizations and Reconnaissance General Bureau operatives located overseas in an effort to evade sanctions. Gender: male.in response to the DPRK test of an ICBM on 28 November 2017

**KPi.007 Name:** 1: CHANG 2: MYONG-CHIN 3: na 4: na
**Title:** na **Designation:** General Manager of the Sohae Satellite Launching Station and head of launch center at which the 13 April and 12 December 2012 launches took place. **DOB: a)** 19 Feb. 1968 **b)** 1965 **c)** 1966 **POB:  Good quality a.k.a.:** Jang Myong-Jin **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 22 Jan. 2013 **Other information:** General Manager of the Sohae Satellite Launching Station and head of launch center at which the 13 April and 12 December 2012 launches took place.

**KPi.037 Name:** 1: CHANG 2: CHANG HA 3: na 4: na
**Title:** na **Designation:** President of the Second Academy of Natural Sciences (SANS) **DOB:** 10 Jan. 1964 **POB:** Good quality a.k.a.: Jang Chang Ha **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 30 Nov. 2016 **Other information:** na

**KPi.038 Name:** 1: CHO 2: CHUN RYONG 3: na 4: na
**Title:** na **Designation:** Chairman of the Second Economic Committee (SEC) **DOB:** 4 Apr. 1960 **POB:** Good quality a.k.a.: Jo Chun Ryong **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 30 Nov. 2016 **Other information:** na

**KPi.040 Name:** 1: CHO 2: IL U 3: na 4: na
**Title:** na **Designation:** Director of the Fifth Bureau of the Reconnaissance General Bureau **DOB:** 10 May 1945 **POB:** Musan, North Hamgyo'ng Province, Democratic People's Republic of Korea **Good quality a.k.a.: a)** Cho Il Woo **b)** Cho Ch'o'l **c)** Jo Chol **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 736410010 **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017 ( amended on 26 Jul. 2022 ) **Other information:** Cho is believed to be in charge of overseas espionage operations and foreign intelligence collection for the Democratic People's Republic of Korea.

**KPi.041 Name:** 1: CHO 2: YON CHUN 3: na 4: na
**Title:** na **Designation:** Vice Director of the Organization and Guidance Department, which directs key personnel appointments for the Workers' Party of Korea and the DPRK's military **DOB:** 28 Sep. 1937 **POB:** Good quality a.k.a.: Jo Yon Jun **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017 ( amended on 26 Jul. 2022 ) **Other information:** na

**KPi.014 Name:** 1: CHOE 2: SONG IL 3: na 4: na
**Title:** na **Designation:** Tanchon Commercial Bank Representative **DOB:** na **POB:** Good quality a.k.a.: na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no: a)** 472320665 (Expires 26 Sep. 2017) **b)** 563120356 **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 ( amended on 1 Jun. 2017 ) **Other information:** Served as the Tanchon Commercial Bank representative in Vietnam.

**KPi.042 Name:** 1: CHOE 2: HWI 3: na 4: na
**Title:** na **Designation:** First Vice Director of the Workers' Party of Korea Propaganda and Agitation Department, which controls all DPRK media and is used by the government to control the public **DOB: a)** 1954 **b)** 1955 **POB:** Good quality a.k.a.: na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017 **Other information:** Gender: male.

**KPi.054 Name:** 1: CHOE 2: CHUN YONG 3: na 4: na
**Title:** na **Designation:** Representative for Ilsim International Bank **DOB:** na **POB:** Good quality a.k.a.: Ch'oe Ch'un-yo'ng **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 654410078 **National identification no:** na **Address:** na **Listed on:** 5 Aug. 2017 **Other information:** Representative for Ilsim International Bank, which is affiliated with the DPRK military and has a close relationship with the Korea Kwangson Banking Corporation. Ilsim International Bank has attempted to evade United Nations sanctions. Gender: male.

**KPi.013 Name:** 1: CHOE 2: CHUN-SIK 3: na 4: na
**Title:** na **Designation: a)** Former Director of the Second Academy of Natural Sciences (SANS) **b)** Former head of the DPRK's long-range missile program **DOB:** 12 Oct. 1954 **POB:** Good quality a.k.a.: a) Choe Chun Sik **b)** Ch'oe Ch'un Sik **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:**

na **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016 ( amended on 26 Jul. 2022, 16 Aug. 2023 ) **Other information:** Choe Chun-sik was the director of the Second Academy of Natural Sciences (SANS) and was the head of the DPRK's long-range missile program.

**KPi.065 Name:** 1: CHU 2: HYO'K 3: na 4: na
**Title:** na **Designation:** Former overseas Foreign Trade Bank Deputy representative **DOB:** 22 Nov. 1986 **POB:** Good quality a.k.a.: Ju Hyok **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 836420186, issued on 28 Oct. 2016 (Expires 28 October 2021) **National identification no:** na **Address:** na **Listed on:** 22 Dec. 2017 ( amended on 29 Jun. 2023 ) **Other information:** Gender: male

**GBi.003 Name:** 1: CRANHA 2: DANFA 3: na 4: na
**Title:** na **Designation: a)** Colonel **b)** Head of Operations of the Armed Forces Joint Staff **DOB:** 5 Mar. 1957 **POB:** Good quality a.k.a.: na **Low quality a.k.a.:** na **Nationality:** Guinea-Bissau **Passport no:** AAIN29392, issued on 29 Sep. 2011, issued in Guinea-Bissau (Expiration date 29 Sep. 2016) **National identification no:** na **Address:** na **Listed on:** 18 Jul. 2012 **Other information:** Danfa was listed on 18 Jul. 2012 pursuant to paragraph 4 of resolution 2048 (2012) as "Member of the "Military Command" which has assumed responsibility for the coup d'état of 12 April 2012. Close Advisor to Armed Forces Chief of Staff António Injai." INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals [click here](https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals)

**GBi.009 Name:** 1: DABA 2: NAUALNA 3: na 4: na
**Title:** na **Designation: a)** Lieutenant-colonel **b)** Spokesperson of the "Military Command" **DOB:** 6 Jun. 1966 **POB:** Good quality a.k.a.: Daba Na Walna **Low quality a.k.a.:** na **Nationality:** Guinea-Bissau **Passport no:** SA000417, issued on 29 Oct. 2003, issued in Guinea-Bissau (Expiration date 10 Mar. 2013) **National identification no:** na **Address:** na **Listed on:** 18 May 2012 **Other information:** Naualna was listed on 18 May 2012 pursuant to paragraph 4 of resolution 2048 (2012) as "Spokesperson of the "Military Command" which has assumed responsibility for the coup d'état of 12 April 2012." Father's name is Samba Naualna; Mother's name is In-Uasne Nanfafe. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals [click here](https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals)

**IRi.002 Name:** 1: DAWOOD 2: AGHA-JANI 3: na 4: na
**Title:** na **Designation:** Head of the Pilot Fuel Enrichment Plant (PFEP) (Natanz) **DOB:** 23 Apr. 1957 **POB:** Ardebil, Iran (Islamic Republic of) **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** I5824769, issued in Iran (Islamic Republic of) **National identification no:** na **Address:** na **Listed on:** 23 Dec. 2006 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.37.C.3]

**QDi.135 Name:** 1: DAWOOD 2: IBRAHIM 3: KASKAR 4: na
**Title:** Sheikh **Designation:** na **DOB:** 26 Dec. 1955 **POB:** Kher, Ratnagiri, Maharashtra, India **Good quality a.k.a.: a)** Dawood Ebrahim **b)** Sheikh Dawood Hassan **c)** Abdul Hamid Abdul Aziz **d)** Anis Ibrahim **e)** Aziz Dilip **f)** Daud Hasan Shaikh Ibrahim Kaskar **g)** Daud Ibrahim Memon Kaskar **h)** Dawood Hasan Ibrahim Kaskar **i)** Dawood Ibrahim Memon **j)** Dawood Sabri **k)** Kaskar Dawood Hasan **l)** Shaikh Mohd Ismail Abdul Rehman **m)** Dowood Hassan Shaikh Ibrahim **n)** Dawood Bhai **Low quality a.k.a.: a)** Ibrahim Shaikh Mohd Anis **b)** Shaikh Ismail Abdul **c)** Hizrat **d)** Sheikh Farooqi **e)** Bada Seth **f)** Bada Bhai **g)** Iqbal Bhai **h)** Mucchad **i)** Haji Sahab **Nationality:** India **Passport no: a)** India number A-333602, issued on 4 Jun. 1985, issued in Bombay, India (passport subsequently revoked by the Government of India) **b)** India number M110522, issued on 13 Nov. 1978, issued in Bombay, India **c)** India number R841697, issued on 26 Nov. 1981, issued in Bombay **d)** India number F823692, issued on 2 Sep. 1989 ((JEDDAH) issued by CGI in Jeddah) **e)** India number A501801, issued on 26 Jul. 1985, issued in BOMBAY **f)** India number K560098, issued on 30 Jul. 1975, issued in BOMBAY **g)** V57865, issued on 3 Oct. 1983, issued in BOMBAY **h)** India number P537849, issued on 30 Jul. 1979, issued in BOMBAY **i)** A717288, issued on 18 Aug. 1985, issued in Dubai (MISUSE) **j)** Pakistan number G866537, issued on 12 Aug. 1991, issued in Rawalpindi (MISUSE) **k)** C-267185 (issued in Karachi in Jul.1996) **l)** H-123259 (issued in Rawalpindi in Jul. 2001) **m)** G-869537 (issued in Rawalpindi) **n)** KC-285901 **National identification no:** na **Address: a)** Karachi, Pakistan (White House, Near Saudi Mosque, Clifton) **b)** House Nu 37 - 30th Street - defence, Housing Authority,

Karachi, Pakistan **c)** Palatial bungalow in the hilly area of Noorabad in Karachi, Pakistan **Listed on:** 3 Nov. 2003 ( amended on 21 Mar. 2006, 25 Jul. 2006, 2 Jul. 2007, 11 Mar. 2010, 22 Aug. 2016, 24 Nov. 2020 ) **Other information:** Father's name is Sheikh Ibrahim Ali Kaskar, mother's name is Amina Bi, wife's name is Mehjabeen Shaikh. International arrest warrant issued by the Government of India. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.027 Name:** 1: DIEUDONNÉ 2: OZIA MAZIO 3: na 4: na
**Title:** na **Designation:** na **DOB:** 6 Jun. 1949 **POB:** Ariwara, Democratic Republic of the Congo **Good quality a.k.a.:** Ozia Mazio **Low quality a.k.a.: a)** Omari **b)** Mr Omari **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 1 Nov. 2005 **Other information:** While president of the Fédération des entreprises congolaises (FEC) in Aru territory, Dieudonné Ozia Mazio is believed to have died in Ariwara on 23 September 2008. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**HTi.008 Name:** 1: DIMITRI 2: HERARD 3: na 4: na
**Title:** na **Designation:** na **DOB:** na **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 17 Oct. 2025 **Other information:** na

**TAi.043 Name:** 1: DIN MOHAMMAD 2: HANIF 3: na 4: na
**Name (original script):** دين محمد حنيف
**Title:** Qari **Designation: a)** Minister of Planning under the Taliban regime **b)** Minister of Higher Education under the Taliban regime **DOB:** Approximately 1955 **POB:** Shakarlab village, Yaftali Pain District, Badakhshan Province, Afghanistan **Good quality a.k.a.: a)** Qari Din Mohammad **b)** Iadena Mohammad born 1 Jan. 1969 **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** OA 454044, issued in Afghanistan **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011, 25 Oct. 2012, 7 Sep. 2016 ) **Other information:** Member of Taliban Supreme Council responsible for Takhar and Badakhshan provinces. Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. Picture available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.242 Name:** 1: DINNO AMOR 2: ROSALEJOS 3: PAREJA 4: na
**Title:** na **Designation:** na **DOB:** 19 Jul. 1981 **POB:** Cebu City, Philippines **Good quality a.k.a.: a)** Johnny Pareja **b)** Khalil Pareja **Low quality a.k.a.: a)** Mohammad **b)** Akmad **c)** Mighty **d)** Rash **Nationality:** Philippines **Passport no:** na **National identification no:** na **Address:** Atimonana, Quezon Province, Philippines **Listed on:** 4 Jun. 2008 ( amended on 3 Jun. 2009, 13 Dec. 2011, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Member of the Rajah Solaiman Movement (QDe.128). Father's name is Amorsolo Jarabata Pareja. Mother's name is Leonila Cambaya Rosalejos. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.129 Name:** 1: DJAMEL 2: MOUSTFA 3: na 4: na
**Name (original script):** جمال مصطفى
**Title:** na **Designation:** na **DOB:** 28 Sep. 1973 **POB:** Tiaret, Algeria **Good quality a.k.a.: a)** Kalad Belkasam born 31 Dec. 1979 **b)** Mostafa Djamel born 31 Dec. 1979 in Maskara, Algeria **c)** Mostefa Djamel born 26 Sep. 1973 in Mahdia, Algeria **d)** Mustafa Djamel born 31 Dec. 1979 in Mascara, Algeria **e)** Balkasam Kalad born 26 Aug. 1973 in Algiers, Algeria **f)** Bekasam Kalad born 26 Aug. 1973 in Algiers,

Algeria **g)** Belkasam Kalad born 26 Aug. 1973 in Algiers, Algeria **h)** Damel Mostafa born 31 Dec. 1979 in Algiers, Algeria **i)** Djamal Mostafa born 31 Dec. 1979 in Maskara, Algeria **j)** Djamal Mostafa born 10 Jun. 1982 **k)** Djamel Mostafa born 31 Dec. 1979 in Maskara, Algeria **l)** Djamel Mostafa born 31 Dec. 1979 in Algiers, Algeria **m)** Fjamel Moustfa born 28 Sep. 1973 in Tiaret, Algeria **n)** Djamel Mustafa born 31 Dec. 1979 **o)** Ali Barkani born 22 Aug. 1973 in Morocco **p)** Djamel Mustafa born 31 Dec. 1979 in Mascara, Algeria **Low quality a.k.a.:** Mustafa **Nationality:** Algeria **Passport no:** na **National identification no: a)** Counterfeit Danish driving licence number 20645897 (made out to Ali Barkani, born on 22 Aug. 1973 in Morocco) **b)** Algeria Birth certificate, issued in Algeria (issued for Djamel Mostefa, born on 25 Sep. 1973 in Mehdia, Tiaret province, Algeria) **Address:** Algeria **Listed on:** 23 Sep. 2003 ( amended on 7 Sep. 2007, 7 Apr. 2008, 25 Jan. 2010, 16 May 2011, 1 May 2019, 8 Nov. 2022 ) **Other information:** Father's name is Djelalli Moustfa. Mother's name is Kadeja Mansore. Deported from Germany to Algeria in Sep. 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Oct. 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.155 Name:** 1: DJAMEL 2: LOUNICI 3: na 4: na
**Name (original script):** جمال لونيسي
**Title:** na **Designation:** na **DOB:** 1 Feb. 1962 **POB:** Algiers, Algeria **Good quality a.k.a.:** Jamal Lounici **Low quality a.k.a.:** na **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address:** Algeria **Listed on:** 16 Jan. 2004 ( amended on 7 Apr. 2008, 2 Dec. 2008, 30 Jan. 2009, 16 May 2011, 14 Feb. 2018, 29 May 2018, 24 Nov. 2020 ) **Other information:** Father's name is Abdelkader. Mother's name is Djohra Birouch. Returned from France to Algeria where he resides since Sep. 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.313 Name:** 1: DJAMEL 2: AKKACHA 3: na 4: na
**Name (original script):** جمال عكاشة
**Title:** na **Designation:** na **DOB:** 9 May 1978 **POB:** Rouiba, Algiers, Algeria **Good quality a.k.a.: a)** Yahia Abou el Hoummam **b)** Yahia Abou el Hammam **Low quality a.k.a.:** na **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address:** Mali **Listed on:** 5 Feb. 2013 ( amended on 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Father's name is Slimane. Mother's name is Akrouf Khadidja. Coordinator of groups associated with The Organisation of Al-Qaida in the Islamic Maghreb (QDe.014) in northern Mali. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019.Reportedly deceased in February 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.290 Name:** 1: DOKU 2: KHAMATOVICH 3: UMAROV 4: na
**Name (original script):** Умаров Доку Хаматович
**Title:** na **Designation:** na **DOB: a)** 13 Apr. 1964 **b)** 13 Apr. 1965 **c)** 12 May 1964 **d)** 1955 **POB:** Kharsenoy Village, Shatoyskiy (Sovetskiy) District, Chechenskaya Respublika, Russian Federation **Good quality a.k.a.: a)** Lom-ali Butayev (Butaev) born 1955 **b)** Dokka Umarov born 13 Apr. 1964 **c)** Dokka Umarov born 13 Apr. 1965 **Low quality a.k.a.:** na **Nationality: a)** Russian Federation **b)** former Soviet Union **Passport no:** Russian Federation number 96 03 464086, issued on 1 Jun. 2003 **National identification no:** na **Address:** na **Listed on:** 10 Mar. 2011 ( amended on 2 Jun. 2014, 30 Dec. 2014, 1 May 2019, 15 Nov. 2021 ) **Other information:** Physical description: 180 cm tall, dark hair, 7-9 cm. long scar on the face, part of the tongue is missing, has a speech defect. Resides in the Russian Federation as at Nov. 2010. International arrest warrant issued in the year 2000. INTERPOL Special Notice contains biometric information. Reportedly deceased as of April 2014. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.092 Name:** 1: DOST MOHAMMAD 2: na 3: na 4: na
**Name (original script):** دوست محمد
**Title: a)** Mullah **b)** Maulavi **Designation:** Governor of Ghazni Province under the Taliban regime **DOB:** Between 1968 and 1973 **POB: a)** Nawi Deh village, Daman District, Kandahar Province, Afghanistan **b)** Marghankecha village, Daman District, Kandahar Province, Afghanistan **Good quality a.k.a.:** Doost Mohammad **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 13 Feb. 2012, 31 Dec. 2013 ) **Other information:** Associated with Mullah Jalil Haqqani (TAi.034). Believed to be in Afghanistan/Pakistan border area. Belongs to Popalzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.025 Name:** 1: EHSAN 2: MONAJEMI 3: na 4: na
**Title:** na **Designation:** Construction Project Manager, Natanz **DOB:** na **POB:**  **Good quality a.k.a.:** Ihsan Monajemi **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Dec. 2006 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.37.C.4]

**TAi.083 Name:** 1: EHSANULLAH 2: SARFIDA 3: HESAMUDDIN 4: AKHUNDZADA
**Name (original script):** احسان الله سرفدا حسام الدين آخوندزاده
**Title:** Maulavi **Designation:** Deputy Minister of Security (Intelligence) under the Taliban regime **DOB:** Between 1962 and 1963 (Approximately) **POB:** Khatak village, Gelan District, Ghazni Province, Afghanistan **Good quality a.k.a.: a)** Ehsanullah Sarfadi **b)** Ehsanullah Sarfida (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 13 Feb. 2012, 18 May 2012, 31 Dec. 2013 ) **Other information:** As of mid-2007, he provided support to the Taliban in the form of weapons and money. Believed to be in the Gulf region. Belongs to Taraki tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.409 Name:** 1: ELSHAFEE 2: EL SHEIKH 3: na 4: na
**Title:** na **Designation:** na **DOB:** 16 Jul. 1988 **POB:** London, United Kingdom of Great Britain and Northern Ireland **Good quality a.k.a.: a)** El Shafee Elsheikh **b)** Alshafee El-Sheikh **Low quality a.k.a.:** na **Nationality:** United Kingdom of Great Britain and Northern Ireland **Passport no:** United Kingdom of Great Britain and Northern Ireland number 801121547, issued on 16 Jun. 2009 (issued by UK Passport Office with expiry date of 16 Jun. 2019, cancelled in Dec. 2014) **National identification no:** na **Address:** United States of America **Listed on:** 20 Jul. 2017 ( amended on 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Foreign terrorist fighter with Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), in the Syrian Arab Republic. Sentenced to life imprisonment on 19 August 2022 in the United States of America, Federal Bureau of Prisons inmate number 11698-509. Physical description: eye colour: dark brown; hair colour: black; complexion: dark. Distinguishing marks: beard. Mother's name: Maha Elgizouli. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.340 Name:** 1: EMILIE 2: EDWIGE 3: KONIG 4: na
**Title:** na **Designation:** na **DOB:** 9 Dec. 1984 **POB:** Ploemeur, France **Good quality a.k.a.:** na **Low quality a.k.a.:** Emilie Samra Konig **Nationality:** France **Passport no:** French passport number 05AT521433, issued on 30 Nov. 2005 (issued by the sous-prefecture of police of Lorient, France) **National identification no: a)** French national identity card number 050456101445, issued on 19 May 2005 (issued by the sous-prefecture of police of Lorient, France) **b)** French identity card number 0205561020089, issued on 30 May 2002 (issued under name Emilie Edwige Konig) **Address:** Syrian Arab Republic (located in since 2013) **Listed on:** 23 Sep. 2014 ( amended on 24 Jun. 2016, 15 Nov. 2021 ) **Other information:** French terrorist fighter who travelled to Syria and joined Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (AQI) (QDe.115). Active in radicalizing and propagating Al-Qaida's (QDe.004) ideology through the Internet. Incites violent activities

against France. French arrest warrant issued on 12 Jun. 2015 by a magistrate of the anti-terrorism division of the Prosecutor's Office in Paris for her participation in a terrorist criminal association. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.430 Name:** 1: EMRAAN 2: ALI 3: na 4: na
**Title:** na **Designation:** na **DOB:** 4 Jul. 1967 **POB:** Rio Claro, Trinidad and Tobago **Good quality a.k.a.:** na **Low quality a.k.a.:** Abu Jihad TNT **Nationality: a)** Trinidad and Tobago **b)** United States of America **Passport no: a)** Trinidad and Tobago number TB162181 (issued on 27 January 2015, expired 26 January 2020) **b)** United States of America number 420985453 (expired 6 February 2017) **National identification no:** Trinidad and Tobago 19670704052 **Address: a)** United States of America (in detention, Federal Detention Center – Miami, Register Number: 10423-509) **b)** #12 Rio Claro Mayaro Road, Rio Claro, Trinidad and Tobago (previous location 2008-March 2015) **c)** #7 GUAYAGUAYARE Road, Rio Claro, Trinidad and Tobago (previous location circa 2003) **d)** United States of America (previous location- January 1991-2008) **Listed on:** 23 Nov. 2021 ( amended on 1 Apr. 2022 ) **Other information:** Senior member of Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Recruited for ISIL and instructed individuals to perpetrate terrorist acts. Physical description: height 176 cm, weight 73 kg, medium built, colour of eyes-brown, colour of hair- black/bald, complexion- brown. Speaks English. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.001 Name:** 1: ERIC 2: BADEGE 3: na 4: na
**Title:** na **Designation:** na **DOB:** 1971 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** Rwanda (as of early 2016) **Listed on:** 31 Dec. 2012 ( amended on 13 Oct. 2016 ) **Other information:** He fled to Rwanda in March 2013 and is still living there as of early 2016. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**GBi.008 Name:** 1: ESTÊVÃO 2: NA MENA 3: na 4: na
**Title:** na **Designation:** Inspector-General of the Armed Forces **DOB:** 7 Mar. 1956 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Guinea-Bissau **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 18 May 2012 **Other information:** Na Mena was listed on 18 May 2012 pursuant to paragraph 4 of resolution 2048 (2012) as "Member of the "Military Command" which has assumed responsibility for the coup d'état of 12 April 2012." INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CFi.008 Name:** 1: EUGÈNE 2: BARRET 3: NGAÏKOSSET 4: na
**Title:** na **Designation: a)** Former Captain, CAR Presidential Guard **b)** Former Captain, CAR Naval Forces **DOB:** 8 Oct. 1967 **POB:  Good quality a.k.a.: a)** Eugene Ngaikosset **b)** Eugene Ngaikoisset **c)** Eugene Ngakosset **d)** Eugene Barret Ngaikosse **e)** Eugene Ngaikouesset **Low quality a.k.a.: a)** "The Butcher of Paoua" **b)** Ngakosset **Nationality:** na **Passport no:** na **National identification no:** Central African Republic armed forces (FACA) Military identification number 911-10-77 **Address:** Bangui, Central African Republic **Listed on:** 17 Dec. 2015 ( amended on 26 Apr. 2018, 1 Mar. 2019 ) **Other information:** Captain Eugène Barret Ngaïkosset is a former member of former President François Bozizé's (CFi.001) presidential guard and associated with the anti-Balaka movement. He escaped from jail on 17 May 2015 following his extradition from Brazzaville and created his own anti-balaka faction including former FACA fighters. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.064 Name:** 1: EZATULLAH 2: HAQQANI 3: KHAN SAYYID 4: na
**Name (original script):** عزت الله حقاني خان سيد
**Title:** Maulavi **Designation:** Deputy Minister of Planning under the Taliban regime **DOB:** Approximately 1957 **POB:** Alingar District, Laghman Province, Afghanistan **Good quality a.k.a.:** Ezatullah Haqqani (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National**

**identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007, 29 Nov. 2011, 18 May 2012 ) **Other information:** Member of the Taliban Peshawar Shura as of 2008. Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.021 Name:** 1: Ermias 2: Alem 3: na 4: na
**Title:** na **Designation:** Leader of a transnational trafficking network **DOB:** Approximately 1980 **POB:** Eritrea **Good quality a.k.a.:** Ermias Ghermay, Guro **Low quality a.k.a.: a)** Ermies Ghermay **b)** Ermias Ghirmay **Nationality:** Eritrea **Passport no:** na **National identification no:** na **Address:** (Known address: Tripoli, Tarig sure no. 51, likely moved to Sabratha in 2015.) **Listed on:** 7 Jun. 2018 ( amended on 17 Sep. 2018 ) **Other information:** Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze) click here

**IQi.047 Name:** 1: FADIL 2: MAHMUD 3: GHARIB 4: na
**Name (original script):** فاضل محمود غريب
**Title:** na **Designation:** na **DOB:** 1944 **POB:** Dujail, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**TAi.036 Name:** 1: FAIZ 2: na 3: na 4: na
**Name (original script):** فيض
**Title:** Maulavi **Designation:** Head of the Information Department, Ministry of Foreign Affairs under the Taliban regime **DOB:** Approximately 1969 **POB:** Ghazni Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.153 Name:** 1: FAIZULLAH 2: KHAN 3: NOORZAI 4: na
**Name (original script):** فيض الله خان نورزى
**Title:** Haji **Designation:** na **DOB: a)** 1966 **b)** 1961 **c)** Between 1968 and 1970 **d)** 1962 **POB: a)** Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan **b)** Kadanay, Spin Boldak District, Kandahar Province, Afghanistan **c)** Chaman, Baluchistan Province, Pakistan **Good quality a.k.a.: a)** Haji Faizullah Noor **b)** Faizullah Noorzai Akhtar Mohammed Mira Khan (previously listed as) **c)** حاجى فيض الله خان نورزى (Hajji Faizullah Khan Noorzai; Haji Faizuulah Khan Norezai; Haji Faizullah Khan; Haji Fiazullah) **d)** Haji Faizullah Noori **Low quality a.k.a.: a)** Haji Pazullah Noorzai **b)** Haji Mullah Faizullah **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address: a)** Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan **b)** Kalay Rangin, Spin Boldak District, Kandahar Province, Afghanistan **Listed on:** 4 Oct. 2011 ( amended on 29 Nov. 2011, 1 Jun. 2012 ) **Other information:** Prominent Taliban financier. As of mid-2009, supplied weapons, ammunition, explosives and medical equipment to Taliban fighters; and raised funds for the Taliban, and provided training to them, in the Afghanistan/Pakistan border region. Has previously organized and funded Taliban operations in Kandahar Province, Afghanistan. As of 2010, travelled to and owned businesses in Dubai, United Arab Emirates, and Japan. Belongs to Noorzai tribe, Miralzai sub-tribe. Brother of Malik Noorzai (TAi.154). Father's name is Akhtar Mohammed (a.k.a.: Haji Mira Khan). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.403 Name:** 1: FARED 2: SAAL 3: na 4: na
**Title:** na **Designation:** na **DOB:** 18 Feb. 1989 **POB:** Bonn, Germany **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Luqmaan Al Almani **b)** Abu Lugmaan **Nationality: a)** Germany **b)** Algeria **Passport no:** na **National identification no:** Germany national identity card number 5802098444, issued in Bonn, Germany (on 15 Apr. 2010, expired on 14 Apr. 2016) **Address:** na **Listed on:** 16 Jun. 2017 ( amended on 8 Nov. 2022 )

**Other information:** German foreign terrorist fighter for Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). Physical description: eye colour: brown; hair colour: black; height: 178cm; weight: 80kg. European arrest warrant issued by the investigating judge of the German Federal Supreme Court on 13 Aug. 2014. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.008 Name:** 1: FARES 2: MOHAMMED 3: MANA'A 4: na
**Title:** na **Designation:** na **DOB:** 8 Feb. 1965 **POB:** Sadah, Yemen **Good quality a.k.a.: a)** Faris Mana'a
**b)** Fares Mohammed Manaa **Low quality a.k.a.:** na **Nationality:** na **Passport no:** 00514146, issued in Sanaa, Yemen (Date of issue 7 January 1996) **National identification no:** 1417576, issued in Al-Amana, Yemen (issued on 7 Jan. 1996) **Address:** na **Listed on:** 12 Apr. 2010 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.203 Name:** 1: FARHAD 2: KANABI 3: AHMAD 4: na
**Name (original script):** فرهاد كنابي أحمد
**Title:** na **Designation:** na **DOB:** 1 Jul. 1971 **POB:** Arbil, Iraq **Good quality a.k.a.: a)** Kaua Omar Achmed
**b)** Kawa Hamawandi (previously listed as) **c)** Kawa Omar Ahmed **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** German travel document ("Reiseausweis") A 0139243 (revoked as at Sep. 2012) **National identification no:** na **Address:** Arbil – Qushtuba – house no. SH 11, alley 5380, Iraq **Listed on:** 6 Dec. 2005 ( amended on 31 Jul. 2006, 25 Jan. 2010, 13 Dec. 2011, 15 Nov. 2012, 10 Dec. 2015, 1 May 2019, 8 Nov. 2022 ) **Other information:** Mother's name: Farida Hussein Khadir. Released from custody in Germany on 10 Dec. 2010 and relocated to Iraq on 6 Dec. 2011. Review pursuant to Security Council resolution 1822 (2008) was concluded on 5 Oct. 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.188 Name:** 1: FAYCAL 2: BOUGHANEMI 3: na 4: na
**Name (original script):** فيصل بوغانمي
**Title:** na **Designation:** na **DOB:** 28 Oct. 1966 **POB:** Tunis, Tunisia **Good quality a.k.a.: a)** Faical Boughanmi
**b)** Faysal al-Bughanimi **Low quality a.k.a.:** na **Nationality:** Tunisia **Passport no:** na **National identification no:** na **Address:** Number 5/B viale Cambonino, Cremona, Italy **Listed on:** 29 Jul. 2005 ( amended on 7 Jun. 2007, 10 Aug. 2009, 1 Sep. 2009, 13 Dec. 2011, 1 May 2019, 8 Nov. 2022 ) **Other information:** Italian Fiscal code: BGHFCL66R28Z352G. Sentenced to 7 years imprisonment in Italy on 29 Jun. 2007 by the Brescia Second Appeals Court. In detention in Italy as at Jun. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 Jul. 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.392 Name:** 1: FAYSAL 2: AHMAD 3: BIN ALI 4: AL-ZAHRANI
**Name (original script):** فيصل احمد بن علي الزهراني
**Title:** na **Designation:** na **DOB:** 19 Jan. 1986 **POB:  Good quality a.k.a.:** Faisal Ahmed Ali Alzahrani **Low quality a.k.a.: a)** Abu Sarah al-Saudi **b)** Abu Sara Zahrani **Nationality:** Saudi Arabia **Passport no: a)** Saudi Arabia number K142736, issued on 14 Jul. 2011, issued in Al-Khafji, Saudi Arabia **b)** Saudi Arabia number G579315 **National identification no:** na **Address:** Syrian Arab Republic **Listed on:** 20 Apr. 2016 ( amended on 1 May 2019, 8 Nov. 2022, 21 Jul. 2023 ) **Other information:** Reportedly deceased. Was the lead oil and gas division official of Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), for Al Barakah Governorate, Syrian Arab Republic, as of May 2015. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.303 Name:** 1: FAZAL 2: RAHIM 3: na 4: na

**Name (original script):** فضل رحيم

**Title:** na **Designation:** na **DOB: a)** 5 Jan. 1974 **b)** 1977 **c)** 1975 **d)** 24 Jan. 1973 **POB:** Kabul, Afghanistan **Good quality a.k.a.: a)** Fazel Rahim; Fazil Rahim **b)** Fazil Rahman **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** Afghanistan number R512768 **National identification no:** na **Address: a)** (Afghanistan/Pakistan border region (previous address)) **b)** (A2, City Computer Plaza, Shar-e-Now, Kabul, Afghanistan (previous address)) **c)** Microrayan 3rd, Apt. 45, block 21, Kabul, Afghanistan (previous address) **Listed on:** 6 Mar. 2012 ( amended on 15 Nov. 2021 ) **Other information:** Was a financial facilitator for the Islamic Movement of Uzbekistan (QDe.010) and Al-Qaida (QDe.004). Was associated with Tohir Abdulkhalilovich Yuldashev. As of late 2010, in custody of Pakistan authorities. Father's name is Fazal Ahmad. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.273 Name:** 1: FAZEEL-A-TUL 2: SHAYKH ABU MOHAMMED 3: AMEEN 4: AL-PESHAWARI

**Title:** na **Designation:** na **DOB: a)** Approximately 1967 **b)** Approximately 1961 **c)** Approximately 1973 **POB:** Shunkrai village, Sarkani District, Konar Province, Afghanistan **Good quality a.k.a.: a)** Shaykh Aminullah **b)** Sheik Aminullah **c)** Abu Mohammad Aminullah Peshawari **d)** Abu Mohammad Amin Bishawri **e)** Abu Mohammad Shaykh Aminullah Al-Bishauri **f)** Shaykh Abu Mohammed Ameen al-Peshawari **g)** Shaykh Aminullah Al-Peshawari **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** Ganj District, Peshawar, Pakistan **Listed on:** 29 Jun. 2009 ( amended on 24 Jul. 2013, 1 May 2019, 8 Nov. 2022 ) **Other information:** Associated with Al-Qaida (QDe.004). Head of Ganj madrasa, a.k.a. Madrasa Jamia Taleemul Quran wal Hadith, a.k.a. Madrasa Taleemul Quran wal Sunnah, located at the Ganj Gate, Phandu Road, Peshawar, Pakistan. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.157 Name:** 1: FAZL 2: RABI 3: na 4: na

**Name (original script):** فضل ربيع

**Title:** na **Designation:** Senior official in Konar Province during the Taliban regime **DOB: a)** 1972 **b)** 1975 **POB: a)** Kohe Safi District, Parwan Province, Afghanistan **b)** Kapisa Province, Afghanistan **c)** Nangarhar Province, Afghanistan **d)** Kabul Province, Afghanistan **Good quality a.k.a.: a)** Fazl Rabbi **b)** Fazal Rabi **c)** Faisal Rabbi **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 6 Jan. 2012 ( amended on 31 May 2013 ) **Other information:** Represents and provides financial and logistical support to the Haqqani Network (TAe.012), which is based in Afghanistan/Pakistan border area. Member of the Taliban Financial Council. Has travelled abroad to raise funds on behalf of Sirajuddin Jallaloudine Haqqani (TAi.144), Jalaluddin Haqqani (TAi.040), the Haqqani network and the Taliban. Believed to be in Afghanistan/Pakistan border area. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.023 Name:** 1: FAZL MOHAMMAD 2: MAZLOOM 3: na 4: na

**Name (original script):** فضل محمد مظلوم

**Title:** Mullah **Designation:** Deputy Chief of Army Staff of the Taliban regime **DOB:** Between 1963 and 1968 **POB:** Uruzgan, Afghanistan **Good quality a.k.a.: a)** Molah Fazl **b)** Fazel Mohammad Mazloom **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** Qatar **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008, 31 Dec. 2013, 7 Sep. 2016 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.243 Name:** 1: FELICIANO 2: SEMBORIO 3: DELOS REYES JR. 4: na

**Name (original script):** فلسيانو سمبوريو ديلوس ريس الإبن

**Title:** Ustadz **Designation:** na **DOB:** 4 Nov. 1963 **POB:** Arco, Lamitan, Basilan, Philippines **Good quality a.k.a.: a)** Abubakar Abdillah **b)** Abdul Abdillah **Low quality a.k.a.:** na **Nationality:** Philippines **Passport no:** na **National identification no:** na **Address:** Philippines **Listed on:** 4 Jun. 2008 ( amended on 3 Jun. 2009, 13 Dec. 2011, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Member of the Rajah Solaiman Movement (QDe.128). Father's name is Feliciano Delos Reyes Sr. Mother's name is Aurea Semborio. In detention in the Philippines as of May 2011. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.023 Name:** 1: FELICIEN 2: NSANZUBUKIRE 3: na 4: na
**Title:** na **Designation: a)** FDLR-FOCA Subsector Commander **b)** FDLR-FOCA Colonel **DOB:** 1967 **POB: a)** Murama, Kigali, Rwanda **b)** Rubungo, Kigali, Rwanda **c)** Kinyinya, Kigali, Rwanda **Good quality a.k.a.:** Fred Irakeza **Low quality a.k.a.:** na **Nationality:** Rwanda **Passport no:** na **National identification no:** na **Address:** South Kivu Province, Democratic Republic of the Congo (As of June 2016) **Listed on:** 1 Dec. 2010 ( amended on 13 Oct. 2016 ) **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.001 Name:** 1: FEREIDOUN 2: ABBASI-DAVANI 3: na 4: na
**Title:** na **Designation:** Senior Ministry of Defence and Armed Forces Logistics (MODAFL) Scientist **DOB: a)** 1958 **b)** 1959 **POB:** Abadan, Iran (Islamic Republic of) **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** Has "links to the Institute of Applied Physics, working closely with Mohsen Fakhrizadeh-Mahabadi" (designated under IRi.016) [Old Reference # I.47.C.1].

**CDi.021 Name:** 1: FLORIBERT NGABU 2: NJABU 3: na 4: na
**Title:** na **Designation:** na **DOB:** 23 May 1971 **POB:  Good quality a.k.a.: a)** Floribert Njabu Ngabu **b)** Floribert Ndjabu **c)** Floribert Ngabu Ndjabu **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** Democratic Republic of the Congo number OB 0243318 **National identification no:** na **Address:** na **Listed on:** 1 Nov. 2005 ( amended on 13 Oct. 2016 ) **Other information:** Under house arrest in Kinshasa since March 2005 for FNI involvement in human rights abuses. Transferred to The Hague on 27 March 2011 to testify in the ICC Germain Katanga and Mathieu Ngudjolo trials. Applied for asylum in the Netherlands in May 2011. In October 2012, a Dutch court denied his asylum claim. In July 2014, he was deported from the Netherlands to DRC, where he was placed under arrest. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.002 Name:** 1: FRANK KAKOLELE 2: BWAMBALE 3: na 4: na
**Title:** na **Designation:** FARDC General **DOB:** na **POB:  Good quality a.k.a.: a)** FRANK KAKORERE **b)** FRANK KAKORERE BWAMBALE **c)** AIGLE BLANC **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** Kinshasa, Democratic Republic of the Congo (as of June 2016) **Listed on:** 1 Nov. 2005 ( amended on 13 Oct. 2016 ) **Other information:** Left the CNDP in January 2008. As of June 2011, resides in Kinshasa. Since 2010, Kakolele has been involved in activities apparently on behalf of the DRC government's Programme de Stabilisation et Reconstruction des Zones Sortant des Conflits Armés (STAREC), including participation in a STAREC mission to Goma and Beni in March 2011. DRC authorities arrested him in December 2013 in Beni, North Kivu Province, for allegedly blocking the DDR process. He left the DRC and lived in Kenya for some time, before being called back by the DRC Government to assist them with the situation in the Territory of Beni. He was arrested in October 2015 in the area of Mambasa for allegedly supporting a Mai Mai group, but no charges were brought and as of June 2016, he lived in Kinshasa. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CFi.001 Name:** 1: FRANÇOIS 2: YANGOUVONDA 3: BOZIZÉ 4: na
**Title: a)** Former Head of State Central African Republic **b)** Professor **Designation:** na **DOB: a)** 14 Oct. 1946

**b)** 16 Dec. 1948 **POB: a)** Mouila, Gabon **b)** Izo, South Sudan **Good quality a.k.a.: a)** Bozize Yangouvonda **b)** Samuel Peter Mudde (born 16 Dec. 1948, in Izo South Sudan) **Low quality a.k.a.:** na **Nationality: a)** Central African Republic **b)** South Sudan **Passport no:** D00002264, issued on 11 Jun. 2013 (issued by the Minister of Foreign Affairs, in Juba, South Sudan. Expires on 11 Jun. 2017. Diplomatic passport issued under name Samuel Peter Mudde) **National identification no:** M4800002143743 (Personal number on passport) **Address: a)** Uganda **b)** Bangui, Central African Republic (since his return from Uganda in December 2019) **Listed on:** 9 May 2014 ( amended on 4 Nov. 2014, 16 Feb. 2018, 1 Mar. 2019, 28 Jul. 2020 ) **Other information:** Mother's name is Martine Kofio. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.005 Name:** 1: FUAD 2: MOHAMED 3: KHALAF 4: na
**Title:** na **Designation:** na **DOB:** na **POB:  Good quality a.k.a.: a)** Fuad Mohamed Khalif **b)** Fuad Mohamed Qalaf **c)** Fuad Mohammed Kalaf **d)** Fuad Mohamed Kalaf **e)** Fuad Mohammed Khalif **f)** Fuad Khalaf **g)** Fuad Shongale **h)** Fuad Shongole **i)** Fuad Shangole **j)** Fuad Songale **k)** Fouad Shongale **l)** Fuad Muhammad Khalaf Shongole **Low quality a.k.a.:** na **Nationality:** Somalia **Passport no:** na **National identification no:** na **Address: a)** Mogadishu, Somalia **b)** Somalia **Listed on:** 12 Apr. 2010 **Other information:** na

**LYi.022 Name:** 1: Fitiwi 2: Abdelrazak 3: na 4: na
**Title:** na **Designation:** Leader of a transnational trafficking network **DOB:** Approximately (30-35 years old) **POB:** Massaua, Eritrea **Good quality a.k.a.: a)** Abdurezak **b)** Abdelrazaq **c)** Abdulrazak **d)** Abdrazzak **Low quality a.k.a.:** Fitwi Esmail Abdelrazak **Nationality:** Eritrea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 7 Jun. 2018 ( amended on 17 Sep. 2018 ) **Other information:** Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze) click here

**SSi.001 Name:** 1: GABRIEL 2: JOK RIAK 3: MAKOL 4: na
**Title:** Lieutenant General **Designation: a)** Former Sudan People's Liberation Army's (SPLA) Sector One Commander **b)** Chief of Defence Forces **DOB:** 1 Jan. 1966 **POB: a)** Bor, Sudan **b)** Bor, South Sudan **Good quality a.k.a.: a)** Gabriel Jok **b)** Jok Riak **c)** Jock Riak **Low quality a.k.a.:** na **Nationality:** South Sudan **Passport no:** South Sudan number D00008623 **National identification no:** M6600000258472 **Address: a)** Unity State, South Sudan **b)** Wau, Western Bahr El Ghazal, South Sudan **Listed on:** 1 Jul. 2015 ( amended on 21 Nov. 2018 ) **Other information:** Appointed as Chief of Defence Forces on 2 May 2018. Commanded SPLA Sector One, which operates primarily within Unity State, since January 2013. In his position as the SPLA Sector One commander, he has expanded or extended the conflict in South Sudan through breaches of the Cessation of Hostilities Agreement. The SPLA is a South Sudanese military entity that has engaged in actions that have extended the conflict in South Sudan, including breaches of the January 2014 Cessation of Hostilities Agreement and the May 9, 2014 Agreement to Resolve the Crisis in South Sudan, which was a re-commitment to the CoHA and has obstructed the activities of IGAD's Monitoring and Verification Mechanism. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SDi.001 Name:** 1: GAFFAR 2: MOHAMMED 3: ELHASSAN 4: na
**Title:** na **Designation:** Major-General and Commander of the Western Military Region for the Sudanese Armed Forces (SAF) **DOB:** 24 Jun. 1952 **POB:  Good quality a.k.a.:** Gaffar Mohmed Elhassan **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** Ex-serviceman's identification card 4302 **Address:** El Waha, Omdurman, Sudan **Listed on:** 25 Apr. 2006 **Other information:** Retired from the Sudanese Army. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.003 Name:** 1: GASTON 2: IYAMUREMYE 3: na 4: na
**Title:** na **Designation: a)** FDLR Interim President **b)** FDLR-FOCA 1st Vice-President **c)** FDLR-FOCA Major General **DOB:** 1948 **POB: a)** Musanze District, Northern Province, Rwanda **b)** Ruhengeri, Rwanda **Good quality a.k.a.: a)** Byiringiro Victor Rumuli **b)** Victor Rumuri **c)** Michel Byiringiro **Low quality a.k.a.:** Rumuli **Nationality:** Rwanda **Passport no:** na **National identification no:** na **Address:** North Kivu Province,

Democratic Republic of the Congo (as of June 2016) **Listed on:** 1 Dec. 2010 ( amended on 13 Oct. 2016 ) **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.006 Name:** 1: GERMAIN 2: KATANGA 3: na 4: na
**Title:** na **Designation:** na **DOB:** 28 Apr. 1978 **POB:** Mambasa, Ituri Province, Democratic Republic of the Congo **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** Democratic Republic of the Congo (in prison) **Listed on:** 1 Nov. 2005 ( amended on 13 Oct. 2016 ) **Other information:** Appointed General in the FARDC in December 2004. Handed over by the Government of the DRC to the International Criminal Court on 18 October 2007. Initially convicted on 23 May 2014 by the ICC to 12 years in prison for war crimes and crimes against humanity, the ICC Appeals Chamber reduced his sentence and determined that Katanga's sentence should be completed on 18 January 2016. Although he was detained in the Netherlands for the duration of his trial, Katanga was transferred to a DRC prison in December 2015 and charged for other crimes previously committed in Ituri. click here

**QDi.401 Name:** 1: GHALIB 2: ABDULLAH 3: AL-ZAIDI 4: na
**Title:** na **Designation:** na **DOB: a)** 1975 **b)** 1970 **POB:** Raqqah Region, Marib Governorate, Yemen **Good quality a.k.a.: a)** Ghalib Abdallah al-Zaydi **b)** Ghalib Abdallah Ali al-Zaydi **Low quality a.k.a.:** Ghalib al Zaydi **Nationality:** Yemen **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 22 Feb. 2017 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** A leader of Al-Qaida in the Arabian Peninsula (AQAP) (QDe.129) in Marib Governorate, Yemen since 2015. Provided AQAP with weapons, funding and recruits. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.040 Name:** 1: GHASEM 2: SOLEYMANI 3: na 4: na
**Title:** na **Designation:** Director of Uranium Mining Operations at the Saghand Uranium Mine **DOB:** na **POB:** **Good quality a.k.a.:** Ghasim Soleymani; Ghasem Sulaymani; Ghasem Solaymani **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.03.I.13]

**IQi.051 Name:** 1: GHAZI 2: HAMMUD 3: AL-UBAIDI 4: na
**Name (original script):** غازي حمود العبيدي
**Title:** na **Designation:** na **DOB:** 1944 **POB:** Baghdad, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.277 Name:** 1: GHAZY 2: FEZZA 3: HISHAN 4: AL-MAZIDIH
**Name (original script):** غازي فيزا هاشم المزيده
**Title:** na **Designation:** na **DOB: a)** 1974 **b)** 1975 **POB:** **Good quality a.k.a.: a)** Ghazy Fezzaa Hishan **b)** Mushari Abd Aziz Saleh Shlash **Low quality a.k.a.: a)** Abu Faysal **b)** Abu Ghazzy **Nationality:** na **Passport no:** na **National identification no:** na **Address: a)** Syrian Arab Republic **b)** Iraq **Listed on:** 11 Mar. 2010 ( amended on 10 Dec. 2015, 1 May 2019, 8 Nov. 2022 ) **Other information:** He is a cousin of Akram Turki Hishan Al Mazidih (QDi.276). Terrorist attack organizer for the Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (AQI) (QDe.115) as of 2015. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.033 Name:** 1: GUIDON 2: SHIMIRAY 3: MWISSA 4: na
**Title:** na **Designation:** na **DOB:** 13 Mar. 1980 **POB:** Kigoma, Walikale, Democratic Republic of the Congo **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification**

**no:** na **Address:** na **Listed on:** 1 Feb. 2018 **Other information:** Graduated secondary school humanités sociales in Mpofi; joined the armed group commanded by She Kasikila at the age of 16; integrated the FARDC with Kasikila, becoming his battalion S3; injured in 2007, thereafter joining Mai Mai Simba under then-commander "Mando;" participated in the creation of the NDC in 2008, becoming the deputy commander in charge of the Aigle Lemabé Brigade. He is also a threat to the peace, stability and security of the DRC under UNSCR 2293 paragraph 7(g). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.147 Name:** 1: GUL 2: AGHA 3: ISHAKZAI 4: na
**Name (original script):** گل آغا اسحاقزی
**Title:** na **Designation:** na **DOB:** Approximately 1972 **POB:** Band-e Temur, Maiwand District, Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Mullah Gul Agha **b)** Mullah Gul Agha Akhund **Low quality a.k.a.: a)** Hidayatullah **b)** Haji Hidayatullah **c)** Hayadatullah **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Pakistan **Listed on:** 20 Jul. 2010 ( amended on 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Member of a Taliban Council that coordinates the collection of zakat (Islamic tax) from Baluchistan Province, Pakistan. Head of Taliban Financial Commission as at mid-2013. Associated with Mullah Mohammed Omar (TAi.004). Served as Omar's principal finance officer and one of his closest advisors. Belongs to Ishaqzai tribe. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.140 Name:** 1: GUL AHMAD 2: HAKIMI 3: na 4: na
**Name (original script):** گل احمد حکیمی
**Title:** Maulavi **Designation:** Commercial Attache, Taliban Consulate General, Karachi, Pakistan **DOB:** 1964 **POB: a)** Logar Province, Afghanistan **b)** Kabul Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008, 29 Nov. 2011 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.372 Name:** 1: GULMUROD 2: KHALIMOV 3: na 4: na
**Title:** na **Designation:** na **DOB: a)** 14 May 1975 **b)** Approximately 1975 **POB: a)** Varzob area, Tajikistan **b)** Dushanbe, Tajikistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Tajikistan **Passport no:** na **National identification no:** na **Address:** Afghanistan (Kunar and Nuristan provinces and border areas of Zebok district, Badakhshan province) **Listed on:** 29 Feb. 2016 ( amended on 24 Nov. 2020, 22 Aug. 2025 ) **Other information:** Syria-based military expert, member and recruiter of Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). Wanted by the Government of Tajikistan. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.218 Name:** 1: GUN GUN 2: RUSMAN 3: GUNAWAN 4: na
**Title:** na **Designation:** na **DOB:** 6 Jul. 1977 **POB:** Cianjur, West Java, Indonesia **Good quality a.k.a.: a)** Gunawan, Rusman **b)** Abd Al-Hadi **c)** Abdul Hadi **d)** Abdul Karim **e)** Bukhori **f)** Bukhory **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 21 Apr. 2006 ( amended on 13 Dec. 2011, 6 Dec. 2019, 8 Nov. 2022 ) **Other information:** Brother of Nurjaman Riduan Isamuddin (QDi.087). Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.035 Name:** 1: GÉDÉON 2: KYUNGU 3: MUTANGA WA BAFUNKWA 4: KANONGA
**Title:** na **Designation:** Katangan rebel leader **DOB:** 1974 **POB:** Manono Territory, Katanga Province ((now Tanganyika Province)) **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:**

na **National identification no:** na **Address:** na **Listed on:** 1 Feb. 2018 **Other information:** Gédéon Kyungu belongs to the Balubakat ethnic group. After completing primary education in Likasi and secondary school in Manono, he obtained a degree in pedagogy. In 1999 he joined the Maï Maï movement, commanding from 2003 one of the most active groups in the province of Katanga. In 2006, he visited UN peacekeeping forces to integrate through the disarmament, demobilization and reintegration (DDR) process. He escaped from prison in 2011 and surrendered in October 2016. He is a threat to the peace, stability and security of the DRC under UNSCR 2293 paragraph 7(e). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals [click here](https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals)

**CFi.005 Name:** 1: HABIB 2: SOUSSOU 3: na 4: na
**Title:** na **Designation: a)** Coordinator of anti-Balaka for Lobaye province **b)** Master-corporal of the Central African Armed Forces (FACA) **DOB:** 13 Mar. 1980 **POB:** Boda, Central African Republic **Good quality a.k.a.:** Soussou Abib **Low quality a.k.a.:** na **Nationality:** Central African Republic **Passport no:** na **National identification no:** na **Address:** Boda, Central African Republic (Tel. +236 72198628) **Listed on:** 20 Aug. 2015 ( amended on 28 Jul. 2020 ) **Other information:** Appointed as anti-balaka zone commander (COMZONE) of Boda on 11 April 2014 and on 28 June 2014, for the entire Lobaye Province. Under his command, targeted killings, clashes and attacks against humanitarian organizations and aid workers have continued to take place. Physical description: eye colour: brown; hair colour: black; height: 160cm; weight: 60kg. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals [click here](https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals)

**QDi.177 Name:** 1: HABIB 2: BEN 3: AHMED 4: AL-LOUBIRI
**Name (original script):** حبيب بن احمد اللوبيري
**Title:** na **Designation:** na **DOB:** 17 Nov. 1961 **POB:** Manzal Tmim, Nabul, Tunisia **Good quality a.k.a.:** Al-Habib ben Ahmad ben al-Tayib al-Lubiri **Low quality a.k.a.:** na **Nationality:** Tunisia **Passport no:** Tunisia number M788439, issued on 20 Oct. 2001 (expired on 19 Oct. 2006) **National identification no:** 01817002 **Address: a)** Salam Marnaq Ben Arous district, Sidi Mesoud, Tunisia **b)** Afghanistan **Listed on:** 23 Jun. 2004 ( amended on 20 Dec. 2005, 17 Oct. 2007, 10 Aug. 2009, 13 Dec. 2011, 23 Feb. 2016, 6 Dec. 2019, 30 Oct. 2023, 19 Dec. 2023 ) **Other information:** Italian Fiscal Code: LBR HBB 61S17 Z352F. In detention in Tunisia as of Dec. 2009. Reportedly fled to Afghanistan in June 2014. Mother's name is Fatima al-Galasi. Review pursuant to Security Council resolution 1822 (2008) was concluded on 9 Apr. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019 Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023 INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals [click here](https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals)

**TAi.084 Name:** 1: HABIBULLAH 2: RESHAD 3: na 4: na
**Name (original script):** حبيب الله رشاد
**Title:** Mullah **Designation:** Head of Investigation Department, Ministry of Security (Intelligence) under the Taliban regime **DOB:** Between 1968 and 1973 **POB:** Waghaz District, Ghazni Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Deputy Head (Intelligence) of the Quetta Military Council as of 2009. Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals [click here](https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals)

**QDi.307 Name:** 1: HAFIZ 2: ABDUL SALAM 3: BHUTTAVI 4: na
**Title: a)** Maulavi **b)** Mullah **Designation:** na **DOB:** 1940 **POB:** Gujranwala, Punjab Province, Pakistan **Good quality a.k.a.: a)** Hafiz Abdul Salam Bhattvi **b)** Hafiz Abdusalam Budvi **c)** Hafiz Abdussalaam Bhutvi **d)** Abdul Salam Budvi **e)** Abdul Salam Bhattwi **f)** Abdul Salam Bhutvi **g)** Mullah Abdul Salaam Bhattvi **h)** Molvi Abdursalam Bhattvi **Low quality a.k.a.:** na **Nationality:** Pakistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 14 Mar. 2012 ( amended on 15 Nov. 2021, 19 Dec. 2023 ) **Other information:** Founding member of Lashkar-e-Tayyiba (QDe.118) and deputy to Lashkar-e-Tayyiba leader Hafiz Muhammad Saeed (QDi.263). Confirmed deceased. Review pursuant to Security Council resolution 2368 (2017) was

concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.263 Name:** 1: HAFIZ 2: MUHAMMAD 3: SAEED 4: na
**Title:** na **Designation:** na **DOB:** 5 Jun. 1950 **POB:** Sargodha, Punjab, Pakistan **Good quality a.k.a.: a)** Hafiz Mohammad Sahib **b)** Hafiz Mohammad Sayid **c)** Hafiz Muhammad **d)** Hafiz Saeed **e)** Hafez Mohammad Saeed **f)** Hafiz Mohammad Sayeed **g)** Tata Mohammad Syeed **h)** Mohammad Sayed **i)** Muhammad Saeed **Low quality a.k.a.:** Hafiz Ji **Nationality:** Pakistan **Passport no:** na **National identification no:** Pakistan 3520025509842-7 **Address:** House No. 116E, Mohalla Johar, Lahore, Tehsil, Lahore City, Lahore District, Pakistan (location as of May 2008) **Listed on:** 10 Dec. 2008 ( amended on 17 Jul. 2009, 30 Oct. 2023, 19 Dec. 2023 ) **Other information:** Muhammad Saeed is the leader of Lashkar-e-Tayyiba (QDe.118).In custody of the Government of Pakistan serving a 78 year imprisonment sentence since 12 February 2020 as a result of conviction in seven terror financing cases. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.265 Name:** 1: HAJI 2: MUHAMMAD 3: ASHRAF 4: na
**Title:** na **Designation:** na **DOB: a)** 1 Mar. 1965 **b)** 1955 **POB:** Faisalabad, Pakistan **Good quality a.k.a.: a)** Haji M. Ashraf **b)** Muhammad Ashraf Manshah **c)** Muhammad Ashraf Munsha **Low quality a.k.a.:** na **Nationality:** Pakistan **Passport no: a)** Pakistan number AT0712501, issued on 12 Mar. 2008 (expired 11 Mar 2013) **b)** Pakistan number A-374184 **National identification no: a)** Pakistan 6110125312507 **b)** Pakistan 24492025390 **Address:** na **Listed on:** 10 Dec. 2008 ( amended on 17 Jul. 2009, 24 Jul. 2013, 1 May 2019, 8 Nov. 2022 ) **Other information:** Chief of finance of Lashkar-e-Tayyiba (QDe.118). His father's name is Noor Muhammad. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.059 Name:** 1: HALA 2: SADDAM 3: HUSSEIN 4: AL-TIKRITI
**Name (original script):** حلا صدام حسين التكريتي
**Title:** na **Designation:** na **DOB:** 1972 **POB:** Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 7 Apr. 2004 **Other information:** na

**IRi.010 Name:** 1: HALEH 2: BAKHTIAR 3: na 4: na
**Title:** na **Designation:** Designated for involvement in the production of magnesium at a concentration of 99.9%. **DOB:** 1975 **POB:**  **Good quality a.k.a.:** Halen Bakhtiar; Haleh Bakhtiari; Haleh Bakhtiyar **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.03.I.4]

**QDi.315 Name:** 1: HAMADA 2: OULD MOHAMED EL KHAIRY 3: na 4: na
**Name (original script):** حماده ولد محمد الخيري
**Title:** na **Designation:** na **DOB:** 1970 **POB:** Nouakchott, Mauritania **Good quality a.k.a.: a)** Hamada Ould Mohamed Lemine Ould Mohamed el Khairy **b)** Ould Kheirou **c)** Hamad el Khairy **Low quality a.k.a.:** Abou QumQum **Nationality: a)** Mauritania **b)** Mali **Passport no:** Mali number A1447120 (expired on 19 Oct. 2011) **National identification no:** na **Address:** Gao, Mali **Listed on:** 22 Feb. 2013 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** Leader of the Mouvement pour l'Unification et le Jihad en Afrique de l'Ouest (MUJAO) (QDe.134). Has provided logistical support to the Sahelian group Al Moulathamine, linked with the Organization of Al-Qaida in the Islamic Maghreb (QDe.014). International arrest warrant issued by Mauritania. Mother's name is Tijal Bint Mohamed Dadda. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019.Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.143 Name:** 1: HAMADI 2: BEN ABDUL AZIZ 3: BEN ALI 4: BOUYEHIA
**Name (original script):** حمادي بن عبد العزيز بن علي بويحي
**Title:** na **Designation:** na **DOB:** 29 May 1966 **POB:** Tunis, Tunisia **Good quality a.k.a.: a)** Gamel Mohamed born 25 May 1966 in Morocco **b)** Abd el Wanis Abd Gawwad Abd el Latif Bahaa born 9 May 1986 in Egypt **c)** Mahmoud Hamid **Low quality a.k.a.:** na **Nationality:** Tunisia **Passport no:** (Tunisian passport number L723315, issued on 5 May 1998, expired on 4 May 2003) **National identification no:** na **Address:** Corso XXII Marzo Number 39, Milan, Italy **Listed on:** 12 Nov. 2003 ( amended on 20 Dec. 2005, 31 Jul. 2006, 30 Jan. 2009, 16 May 2011, 6 Dec. 2019, 10 Sep. 2020, 30 Oct. 2023 ) **Other information:** In prison in Italy until 6 February 2026. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.044 Name:** 1: HAMDULLAH 2: NOMANI 3: na 4: na
**Name (original script):** حمد الله نعمانى
**Title:** Maulavi **Designation: a)** Minister of Higher Education under the Taliban regime **b)** Mayor of Kabul City under the Taliban regime **DOB:** Approximately 1968 **POB:** Sipayaw village, Andar District, Ghazni Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008, 29 Nov. 2011 ) **Other information:** Member of the Taliban Supreme Council. Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.111 Name:** 1: HAMDULLAH 2: SUNANI 3: na 4: na
**Name (original script):** حمد الله سنانى
**Title:** Maulavi **Designation:** Head of Dar-ul-Efta (Fatwa Department) of Supreme Court under the Taliban regime **DOB:** Approximately 1923 **POB:** Dai Chopan District, Zabul Province, Afghanistan **Good quality a.k.a.:** Sanani (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Reportedly deceased in 2001. Belonged to Kakar tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. click here

**TAi.143 Name:** 1: HAMDULLAH 2: ALLAH NOOR 3: na 4: na
**Name (original script):** حمد الله الله نور
**Title:** Maulavi **Designation:** Repatriation Attache, Taliban Consulate General, Quetta, Pakistan **DOB:** 1973 **POB:** District Number 6, Kandahar City, Kandahar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** Afghan national identification card (tazkira) number 4414 **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Belongs to Baloch ethnic group. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. Additional title: Hafiz. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.236 Name:** 1: HAMID 2: ABDALLAH 3: AHMAD 4: AL-ALI
**Name (original script):** حامد عبد الله أحمد العلي
**Title:** na **Designation:** na **DOB:** 20 Jan. 1960 **POB:** Kuwait **Good quality a.k.a.: a)** Dr. Hamed Abdullah Al-Ali **b)** Hamed Al-'Ali **c)** Hamed bin 'Abdallah Al-'Ali **d)** Hamid 'Abdallah Al-'Ali **e)** Hamid 'Abdallah Ahmad Al-'Ali **f)** Hamid bin Abdallah Ahmed Al-Ali **g)** Hamid Abdallah Ahmed Al-Ali **Low quality a.k.a.:** Abu Salim **Nationality:** Kuwait **Passport no:** Kuwait number 1739010, issued on 26 May 2003, issued in Kuwait (and expired on 25 May 2008) **National identification no:** Kuwait 260012001546 **Address:** Kuwait (residence as at Mar. 2009) **Listed on:** 16 Jan. 2008 ( amended on 1 Jul. 2008, 23 Jul. 2008, 25 Jan. 2010, 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was

concluded on 14 Sep. 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.017 Name:** 1: HAMID 2: RAJA 3: SHALAH 4: AL-TIKRITI
**Name (original script):** حامد رجا صلاح التكريتي
**Title:** na **Designation:** na **DOB:** 1950 **POB:** Bayji, Salah al-Din Governorate, Iraq **Good quality a.k.a.: a)** Hassan Al-Tikriti **b)** Hamid Raja-Shalah Hassum Al-Tikriti **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.326 Name:** 1: HAMID 2: HAMAD 3: HAMID 4: AL-'ALI
**Title:** na **Designation:** na **DOB:** 17 Nov. 1960 **POB:** Kuwait **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Kuwait **Passport no: a)** Kuwait number 001714467 **b)** Kuwait number 101505554 **National identification no:** na **Address:** na **Listed on:** 15 Aug. 2014 ( amended on 23 Mar. 2021, 15 Nov. 2021 ) **Other information:** A Kuwait-based financier, recruiter and facilitator for Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115), and Jabhat al-Nusrah, listed as Al-Nusrah Front for the People of the Levant (QDe.137). Associated with Ibrahim Awwad Ibrahim Ali al-Badri al-Samarrai (QDi.299) and Abu Mohammed al-Jawlani (QDi.317). Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.023 Name:** 1: HAMID-REZA 2: MOHAJERANI 3: na 4: na
**Title:** na **Designation:** Designated for involvement in production management at the Uranium Conversion Facility (UCF) at Esfahan. **DOB:** 9 Sep. 1977 **POB: Good quality a.k.a.:** Hamid Reza Mohajerani Araghi **Low quality a.k.a.:** na **Nationality:** Iran (Islamic Republic of) **Passport no:** Diplomatic Passport: Z30321794, issued in Iran (Islamic Republic of) (Issued on 12 June 2014, expires 12 June 2019 Iran (Islamic Republic of)) **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.03.I.9]

**TAi.118 Name:** 1: HAMIDULLAH 2: AKHUND 3: SHER MOHAMMAD 4: na
**Name (original script):** حميد الله آخوند شير محمد
**Title:** Mullah **Designation:** Head of Ariana Afghan Airlines under the Taliban regime **DOB:** Between 1972 and 1973 **POB: a)** Sarpolad village, Washer District, Helmand Province, Afghanistan **b)** Arghandab District, Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Janat Gul **b)** Hamidullah Akhund (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** Afghanistan **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011, 13 Aug. 2012 ) **Other information:** Belongs to Ghilzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.421 Name:** 1: HAMZA 2: USAMA 3: MUHAMMAD 4: BIN LADEN
**Name (original script):** حمزة أسامة محمد بن لادن
**Title:** na **Designation:** na **DOB:** 9 May 1989 **POB:** Jeddah, Saudi Arabia **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 28 Feb. 2019 ( amended on 13 Mar. 2019, 11 Mar. 2025 ) **Other information:** Son of Usama bin Laden (deceased). Announced by Aiman Muhammed Rabi al-Zawahiri (QDi.006) as an official member of Al-Qaida (QDe.004). Has called for followers of Al-Qaida to commit terror attacks. Was seen as the most probable successor of al-Zawahiri. Reportedly killed in a counterterrorism operation as of September 2019 in the Afghanistan/Pakistan region. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPi.005 Name:** 1: HAN 2: YU-RO 3: na 4: na
**Title:** na **Designation:** Director of Korea Ryongaksan General Trading Corporation **DOB:** na **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 16 Jul. 2009 **Other information:** Director of Korea Ryongaksan General Trading Corporation; involved in DPRK's ballistic missile program.

**KPi.055 Name:** 1: HAN 2: JANG SU 3: na 4: na
**Title:** na **Designation:** Former Representative of the Foreign Trade Bank **DOB:** 7 Nov. 1969 **POB:** Pyongyang, Democratic People's Republic of Korea **Good quality a.k.a.:** Chang-Su Han **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 745420176 (expires on October 19, 2020) **National identification no:** na **Address:** na **Listed on:** 5 Aug. 2017 ( amended on 29 Jun. 2023 ) **Other information:** Gender: male

**IQi.007 Name:** 1: HANI 2: ABD-AL-LATIF 3: TILFAH 4: AL-TIKRITI
**Name (original script):** هاني عبد اللطيف طلفاح التكريتي
**Title:** na **Designation:** na **DOB:** Approximately 1962 **POB:** al-Awja, near Tikrit, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.198 Name:** 1: HANI 2: AL-SAYYID 3: AL-SEBAI 4: YUSIF
**Name (original script):** هاني السيد السباعي يوسف
**Title:** na **Designation:** na **DOB: a)** 1 Mar. 1961 **b)** 16 Jun. 1960 **POB:** Qaylubiyah, Egypt **Good quality a.k.a.: a)** Hani Yousef Al-Sebai **b)** Hani Youssef **c)** Hany Youseff **d)** Hani Yusef **e)** Hani al-Sayyid Al-Sabai **f)** Hani al-Sayyid El Sebai **g)** Hani al-Sayyid Al Siba'i **h)** Hani al-Sayyid El Sabaay **i)** El-Sababt **j)** Abu Tusnin **k)** Abu Akram **l)** Hani El Sayyed Elsebai Yusef **m)** Abu Karim **n)** Hany Elsayed Youssef **Low quality a.k.a.:** na **Nationality:** Egypt **Passport no:** na **National identification no:** na **Address:** London, United Kingdom of Great Britain and Northern Ireland **Listed on:** 29 Sep. 2005 ( amended on 6 Oct. 2005, 18 Aug. 2006, 25 Jan. 2012, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Father's name is Mohamed Elsayed Elsebai. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019.Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.010 Name:** 1: HANNIBAL 2: MUAMMAR 3: QADHAFI 4: na
**Title:** na **Designation:** na **DOB:** 20 Sep. 1975 **POB:** Tripoli, Libya **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** Libya B/002210 **National identification no:** na **Address:** Lebanon (In custody) **Listed on:** 26 Feb. 2011 ( amended on 2 Apr. 2012, 26 Sep. 2014, 11 Nov. 2016 ) **Other information:** Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CFi.007 Name:** 1: HAROUN 2: GAYE 3: na 4: na
**Title:** na **Designation:** Rapporteur of the political coordination of the Front Populaire pour la Renaissance de Centrafrique (FPRC) **DOB: a)** 30 Jan. 1968 **b)** 30 Jan. 1969 **POB:  Good quality a.k.a.: a)** Haroun Geye **b)** Aroun Gaye **c)** Aroun Geye **Low quality a.k.a.:** na **Nationality:** na **Passport no:** Central African Republic number O00065772 (letter O followed by 3 zeros), expires 30 Dec. 2019) **National identification no:** na **Address:** Bangui, Central African Republic **Listed on:** 17 Dec. 2015 ( amended on 28 Jul. 2020 ) **Other information:** Gaye is a leader of the Front Populaire pour la Renaissance de Centrafrique (FPRC) (not listed) a marginalized ex-Seleka armed group in Bangui. He is also a leader of the so-called "Defense Committee" of Bangui's PK5 (known as PK5 Resistance' or 'Texas') (not listed), which extorts money from residents and threatens and employs physical violence. Gaye was appointed on 2 November 2014 by Nourredine Adam (CFi.002) as rapporteur of the political coordination of the FPRC. On 9 May 2014, the Security Council Committee established by resolution 2127 (2013) on CAR included Adam on its sanctions list. Photo available

for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.385 Name:** 1: HASAN 2: AL-SALAHAYN 3: SALIH 4: AL-SHA'ARI
**Title:** na **Designation:** na **DOB:** 1975 **POB:** Derna, Libya **Good quality a.k.a.:** Husayn al-Salihin Salih al-Sha'iri **Low quality a.k.a.: a)** Abu Habib al-Libi **b)** Hasan Abu Habib **Nationality:** Libya **Passport no:** Libya number 542858 **National identification no:** Libya national identification number 55252, issued in Derna, Libya **Address:** Libya **Listed on:** 29 Feb. 2016 ( amended on 15 Nov. 2021 ) **Other information:** Facilitator for Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.002 Name:** 1: HASSAN 2: DAHIR 3: AWEYS 4: na
**Title:** na **Designation:** na **DOB:** 1935 **POB:**  **Good quality a.k.a.: a)** ALI, Sheikh Hassan Dahir Aweys **b)** AWES, Hassan Dahir **c)** AWES, Shaykh Hassan Dahir **d)** AWEYES, Hassen Dahir **e)** AWEYS, Ahmed Dahir **f)** AWEYS, Sheikh **g)** AWEYS, Sheikh Hassan Dahir **h)** DAHIR, Aweys Hassan **i)** IBRAHIM, Mohammed Hassan **j)** OAIS, Hassan Tahir **k)** UWAYS, Hassan Tahir **l)** "HASSAN, Sheikh" **Low quality a.k.a.:** na **Nationality:** Somalia **Passport no:** na **National identification no:** na **Address:** Somalia **Listed on:** 12 Apr. 2010 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.003 Name:** 1: HASSAN 2: ABDULLAH 3: HERSI 4: AL-TURKI
**Title:** na **Designation:** na **DOB:** Approximately 1944 **POB:** Ogaden Region, Ethiopia **Good quality a.k.a.: a)** AL-TURKI, Hassan **b)** TURKI, Hassan **c)** TURKI, Hassan Abdillahi Hersi **d)** TURKI, Sheikh Hassan **e)** XIRSI, Xasan Cabdilaahi **f)** XIRSI, Xasan Cabdulle **Low quality a.k.a.:** na **Nationality:** Somalia **Passport no:** na **National identification no:** na **Address:** Somalia **Listed on:** 12 Apr. 2010 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.009 Name:** 1: HASSAN 2: MAHAT 3: OMAR 4: na
**Title:** na **Designation:** na **DOB:** 10 Apr. 1979 **POB:** Garissa, Kenya **Good quality a.k.a.: a)** Hassaan Hussein Adam **b)** Hassane Mahad Omar **c)** Xassaan Xuseen Adan **d)** Asan Mahad Cumar **e)** Abu Salman **f)** Abu Salmaan **g)** Sheikh Hassaan Hussein **Low quality a.k.a.:** na **Nationality:** Ethiopia **Passport no:** A1180173, issued in Kenya (exp. 20 Aug 2017) **National identification no:** 23446085 (National ID Card) **Address:** Nairobi, Kenya **Listed on:** 28 Jul. 2011 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.042 Name:** 1: HASSAN 2: DAHIR 3: AWEYS 4: na
**Name (original script):** حسن ظاهرعويس
**Title: a)** Sheikh **b)** Colonel **Designation:** na **DOB:** 1935 **POB:** Somalia **Good quality a.k.a.: a)** Ali, Sheikh Hassan Dahir Aweys **b)** Awes, Shaykh Hassan Dahir **c)** Hassen Dahir Aweyes **d)** Ahmed Dahir Aweys **e)** Mohammed Hassan Ibrahim **f)** Aweys Hassan Dahir **g)** Hassan Tahir Oais **h)** Hassan Tahir Uways **i)** Hassan Dahir Awes **Low quality a.k.a.: a)** Sheikh Aweys **b)** Sheikh Hassan **c)** Sheikh Hassan Dahir Aweys **Nationality:** Somalia **Passport no:** na **National identification no:** na **Address: a)** (Active in Southern Somalia as of Nov. 2012.) **b)** (Also reported to be in Eritrea as of Nov. 2007.) **Listed on:** 9 Nov. 2001 ( amended on 21 Dec. 2007, 11 May 2010, 16 May 2011, 18 Mar. 2013, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Family background: from the Hawiye's Habergidir, Ayr clan. Senior leader of Al-Itihaad Al-Islamiya (AIAI) (QDe.002) and Hizbul Islam in Somalia. Since 12 April 2010, also subject to the sanctions measures set out in Security Council resolution 1844 (2008) concerning Somalia and Eritrea (seehttps://www.un.org/sc/suborg/en/sanctions/751). Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.014 Name:** 1: HIDAYATULLAH 2: na 3: na 4: na

**Name (original script):** هدايت الله

**Title:** na **Designation:** Deputy Minister of Civil Aviation and Tourism under the Taliban regime **DOB:** Approximately 1968 **POB:** Arghandab District, Kandahar Province, Afghanistan **Good quality a.k.a.:** Abu Turab **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 8 Mar. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 28 Feb. 2008, 3 Oct. 2008, 29 Nov. 2011 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Belongs to Ghilzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.028 Name:** 1: HIKMAT 2: MIZBAN 3: IBRAHIM 4: AL-AZZAWI

**Name (original script):** حكمت مزبان إبراهيم العزاوي

**Title:** na **Designation:** na **DOB:** 1934 **POB:** Diyala, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.244 Name:** 1: HILARION 2: DEL ROSARIO 3: SANTOS 4: na

**Title:** "Amir" **Designation:** na **DOB:** 12 Mar. 1966 **POB:** 686 A. Mabini Street, Sangandaan, Caloocan City, Philippines **Good quality a.k.a.: a)** Akmad Santos **b)** Ahmed Islam **c)** Ahmad Islam Santos **d)** Hilarion Santos, III (third) **e)** Hilarion Del Rosario Santos, III (third) **f)** Abu Abdullah Santos **g)** Faisal Santos **Low quality a.k.a.: a)** Lakay **b)** Aki **c)** Aqi **d)** Abu Hamsa **Nationality:** Philippines **Passport no:** Philippines number AA780554 **National identification no:** na **Address:** 50, Purdue Street, Cubao, Quezon City, Philippines **Listed on:** 4 Jun. 2008 ( amended on 13 Dec. 2011, 25 Oct. 2016, 22 Sep. 2017, 24 Nov. 2020 ) **Other information:** Founder and leader of the Rajah Solaiman Movement (QDe.128) and linked to the Abu Sayyaf Group (QDe.001). In detention in the Philippines as of May 2011. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010. Photos included in Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.038 Name:** 1: HOSEIN 2: SALIMI 3: na 4: na

**Title:** na **Designation: a)** General **b)** Commander of the Air Force, IRGC (Pasdaran) **DOB:** na **POB:**  **Good quality a.k.a.:** Husain Salimi; Hosain Salimi; Hussain Salimi; Hosein Saleemi; Husain Saleemi; Hosain Saleemi; Hussain Saleemi; Hossein Salimi; Hossein Saleemi **Low quality a.k.a.:** na **Nationality:** na **Passport no:** D08531177, issued in Iran (Islamic Republic of) **National identification no:** na **Address:** na **Listed on:** 23 Dec. 2006 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.37.D.1]

**IRi.028 Name:** 1: HOUSHANG 2: NOBARI 3: na 4: na

**Title:** na **Designation:** Designated for involvement in the management of the Natanz enrichment complex. **DOB:** na **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.03.I.11]

**IQi.039 Name:** 1: HUDA 2: SALIH 3: MAHDI 4: AMMASH

**Name (original script):** هدى صالح مهدي عماش

**Title:** na **Designation:** na **DOB:** 1953 **POB:** Baghdad, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.394 Name:** 1: HUSAYN 2: JUAYTHINI 3: na 4: na

**Title:** na **Designation:** na **DOB:** 3 May 1977 **POB:** Nuseirat Refugee Camp, Gaza Strip, State of Palestine **Good quality a.k.a.: a)** Hussein Mohammed Hussein Aljeithni **b)** Husayn Muhammad al-Juaythini **c)** Husayn Muhammad Husayn al-Juaythini **d)** Husayn Muhamad Husayn al-Juaythini **e)** Husayn Muhammad

Husayn Juaythini **Low quality a.k.a.:** Abu Muath al-Juaitni **Nationality:** State of Palestine **Passport no:** 0363464 (issued by Palestinian Authority) **National identification no:** na **Address:** Gaza Strip, State of Palestine **Listed on:** 20 Apr. 2016 ( amended on 15 Nov. 2021 ) **Other information:** Link between Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), leader Abu Bakr al-Baghdadi, listed as Ibrahim Awwad Ibrahim Ali al-Badri al-Samarrai (QDi.299), and armed groups in Gaza. Was using money to build an ISIL presence in Gaza. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPi.003 Name:** 1: HWANG 2: SOK-HWA 3: na 4: na
**Title:** na **Designation:** Director in the General Bureau of Atomic Energy (GBAE) **DOB:** 26 Sep. 1943 **POB:** **Good quality a.k.a.:** HWANG SOK HA **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 16 Jul. 2009 ( amended on 29 Jun. 2023 ) **Other information:** Director in the General Bureau of Atomic Energy (GBAE); involved in DPRK's nuclear program; as Chief of the Scientific Guidance Bureau in the GBAE, served on the Science Committee inside the Joint Institute for Nuclear Research.

**KPi.015 Name:** 1: HYON 2: KWANG IL 3: na 4: na
**Title:** na **Designation:** Department Director for Scientific Development at the National Aerospace Development Administration **DOB:** 27 May 1961 **POB:** **Good quality a.k.a.:** Hyon Gwang Il **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 **Other information:** na

**QDi.291 Name:** 1: IBRAHIM 2: HASSAN 3: TALI 4: AL-ASIRI
**Name (original script):** إبراهيم حسن طالع العسيري
**Title:** na **Designation:** na **DOB: a)** 19 Apr. 1982 **b)** 18 Apr. 1982 **c)** (24/06/1402 (Hijri Calendar)) **POB:** Riyadh, Saudi Arabia **Good quality a.k.a.: a)** Ibrahim Hassan Tali Asiri (إبراهيم حسن طالع عسيري) **b)** Ibrahim Hasan Talea Aseeri **c)** Ibrahim Hassan al-Asiri **d)** Ibrahim Hasan Tali Asiri **e)** Ibrahim Hassan Tali Assiri **f)** Ibrahim Hasan Tali'A 'Asiri **g)** Ibrahim Hasan Tali al-'Asiri **h)** Ibrahim al-'Asiri **i)** Ibrahim Hassan Al Asiri **Low quality a.k.a.: a)** Abu Saleh **b)** Abosslah **c)** Abu-Salaah **Nationality:** Saudi Arabia **Passport no:** Saudi Arabia number F654645, issued on 30 Apr. 2005 (expired on 7 Mar. 2010. Issue date in Hijri Calendar 24/06/1426. Expiry date in Hijri Calendar 21/03/1431.) **National identification no:** Saudi Arabia civil identification number 1028745097 **Address:** Yemen **Listed on:** 24 Mar. 2011 ( amended on 15 Apr. 2014, 15 Jun. 2015, 9 May 2018, 15 Nov. 2021, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Operative and principal bomb maker of Al-Qaida in the Arabian Peninsula (AQAP) (QDe.129). Believed to be hiding in Yemen as at Mar. 2011. Wanted by Saudi Arabia. Reportedly deceased. Also associated with Nasir 'abd-al-Karim 'Abdullah Al-Wahishi (deceased), Qasim Yahya Mahdi al-Rimi (QDi.282), and Anwar Nasser Abdulla Al-Aulaqi (QDi.283) (deceased). Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.013 Name:** 1: IBRAHIM 2: AHMAD ABD AL-SATTAR 3: MUHAMMED 4: AL-TIKRITI
**Name (original script):** إبراهيم أحمد عبد الستار محمد التكريتي
**Title:** na **Designation:** na **DOB:** 1950 **POB:** Mosul, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**IQi.084 Name:** 1: IBRAHIM 2: SABAWI 3: IBRAHIM 4: HASAN AL-TIKRITI
**Name (original script):** إبراهيم سبعاوي إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 25 Oct. 1983 **POB:** Baghdad, Iraq **Good quality a.k.a.: a)** Ibrahim Sab'awi Ibrahim Hasan Al-Tikriti **b)** Ibrahim Sabawi Ibrahim Hassan Al-Tikriti **c)** Ibrahim Sabawi Ibrahim Al-Hassan Al-Tikriti **d)** Muhammad Da'ud Salman in Baghdad, Iraq ((DPOB - 1977) - Passport No. 284173, expires 21 August 2005 (Iraq)) **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:**

na **Address: a)** Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Az Zabadani, Syrian Arab Republic **b)** Fuad Dawod Farm, Az Zabadani, Damascus, Damascus, Syrian Arab Republic **Listed on:** 27 Jul. 2005 **Other information:** na

**QDi.344 Name:** 1: IBRAHIM 2: 'ISA HAJJI 3: MUHAMMAD 4: AL-BAKR
**Name (original script):** ابراهيم عيسى حاجي محمد البكر
**Title:** na **Designation:** na **DOB:** 12 Jul. 1977 **POB:** Qatar **Good quality a.k.a.: a)** Ibrahim 'Issa Haji Muhammad al-Bakar **b)** Ibrahim 'Isa Haji al-Bakr **c)** Ibrahim Issa Hijji Mohd Albaker **d)** Ibrahim Issa Hijji Muhammad al-Baker **e)** Ibrahim 'Issa al-Bakar **f)** Ibrahim al-Bakr **Low quality a.k.a.:** Abu-Khalil **Nationality:** Qatar **Passport no:** Qatar number 01016646, issued in Qatar (expired on 11 Jan. 2017) **National identification no:** Qatar identification number 27763401255 **Address:** Al Rayyan, Qatar **Listed on:** 23 Jan. 2015 ( amended on 14 Nov. 2020, 24 Nov. 2020, 23 Mar. 2021 ) **Other information:** Facilitator who provides financial support for and financial services to and in support of Al-Qaida (QDe.004). Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.332 Name:** 1: IBRAHIM 2: SULEIMAN 3: HAMAD 4: AL-HABLAIN
**Title:** na **Designation:** na **DOB:** 17 Dec. 1984 **POB:** Buraidah, Saudi Arabia **Good quality a.k.a.:** Barahim Suliman H. al Hblian **Low quality a.k.a.: a)** Abu Jabal **b)** Abu-Jabal **Nationality:** Saudi Arabia **Passport no:** Saudi Arabia number F800691 **National identification no:** 1047503170 **Address:** na **Listed on:** 23 Sep. 2014 ( amended on 6 Dec. 2019, 10 Sep. 2020, 30 Oct. 2023 ) **Other information:** Explosives expert and operative for the Abdallah Azzam Brigades (AAB) (QDe.144). Wanted by the Saudi Arabian Government for terrorism. Physical description: eye colour: dark; hair colour: dark; complexion: olive. Speaks Arabic. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.299 Name:** 1: IBRAHIM 2: AWWAD 3: IBRAHIM 4: ALI AL-BADRI AL-SAMARRAI
**Name (original script):** إبراهيم عواد إبراهيم علي البدري السامرائي
**Title:** Dr. **Designation:** na **DOB:** 1971 **POB:** Iraq **Good quality a.k.a.:** Dr. Ibrahim 'Awwad Ibrahim 'Ali al-Badri al-Samarrai' (born in 1971 in Samarra, Iraq (Ibrahim 'Awad Ibrahim al-Badri al-Samarrai; Ibrahim 'Awad Ibrahim al-Samarra'i; Dr. Ibrahim Awwad Ibrahim al-Samarra'i)) **Low quality a.k.a.: a)** أبو دعاء ((Abu Du'a; Abu Duaa') prominently known by this nom de guerre) **b)** Dr. Ibrahim **c)** أبو بكر البغدادي الحسيني القريشي (Abu Bakr al-Baghdadi al-Husayni al-Quraishi; Abu Bakr al-Baghdadi) **Nationality:** Iraq **Passport no:** na **National identification no:** Ration card number: 0134852 **Address: a)** Iraq **b)** Syrian Arab Republic **Listed on:** 5 Oct. 2011 ( amended on 20 Jul. 2012, 10 Dec. 2015, 24 Nov. 2020, 15 Nov. 2021, 11 Mar. 2025 ) **Other information:** Description: Height: 1.65 m. Weight: 85 kg. Black hair and eyes. White skin. Leader of Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (AQI) (QDe.115). Was based in Iraq and Syria. Declared himself "caliph" in Mosul in 2014. Responsible for managing and directing AQI large scale operations. Wife's name: Saja Hamid al-Dulaimi. Wife's name: Asma Fawzi Mohammed al-Kubaissi. Wanted by the Iraqi security forces. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Killed in October 2019 during a counterterrorism operation. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.057 Name:** 1: IBRAHIM 2: ALI 3: ABU BAKR 4: TANTOUSH
**Name (original script):** ابراهيم علي أبو بكر تنتوش
**Title:** na **Designation:** na **DOB:** 2 Feb. 1966 **POB:** al Aziziyya, Libya **Good quality a.k.a.: a)** Abd al-Muhsin **b)** Ibrahim Ali Muhammad Abu Bakr **c)** Abdul Rahman **d)** Abu Anas **e)** Ibrahim Abubaker Tantouche **f)** Ibrahim Abubaker Tantoush **g)** 'Abd al-Muhsi **h)** 'Abd al-Rahman **i)** Abdel Ilah Sabri (false identity related to fraudulent South African identification number 6910275240086 linked to South African passport number 434021161, both documents have been confiscated) **Low quality a.k.a.:** Al-Libi **Nationality:** Libya **Passport no:**

**a)** Libya number 203037, issued in Tripoli, Libya **b)** (Libyan passport number 347834, issued under name Ibrahim Ali Tantoush, expired on 21 Feb. 2014) **National identification no:** na **Address:** Afghanistan (as at June 2014) **Listed on:** 11 Jan. 2002 ( amended on 31 Jul. 2006, 4 Oct. 2006, 16 May 2011, 10 Jul. 2015, 24 Nov. 2020, 22 Aug. 2025 ) **Other information:** Associated with Afghan Support Committee (ASC) (QDe.069), Revival of Islamic Heritage Society (RIHS)(QDe.070) and the Libyan Islamic Fighting Group (LIFG) (QDe.011). Photograph and fingerprints available for inclusion in the INTERPOL-UNSC Special Notice. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**GBi.001 Name:** 1: IBRAIMA 2: CAMARÁ 3: na 4: na
**Title:** na **Designation: a)** Brigadier General **b)** Chief of Staff of the Air Force **DOB:** 11 May 1964 **POB:  Good quality a.k.a.:** Papa Camará **Low quality a.k.a.:** na **Nationality:** Guinea-Bissau **Passport no:** AAID00437, issued on 18 Feb. 2010, issued in Guinea-Bissau (Expiration date 18 Feb. 2013) **National identification no:** na **Address:** na **Listed on:** 18 May 2012 **Other information:** Camará was listed on 18 May 2012 pursuant to paragraph 4 of resolution 2048 (2012) as "Member of the "Military Command", which has assumed responsibility for the coup d'état of 12 April 2012." Father's name is Suareba Camará; Mother's name is Sale Queita. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**GBi.004 Name:** 1: IDRISSA 2: DJALÓ 3: na 4: na
**Title:** na **Designation: a)** Major **b)** Protocol Advisor to the Armed Forces Chief of Staff **c)** Colonel **d)** Chief of Protocol of the Headquarters of the Armed Forces (subsequently) **DOB:** 18 Dec. 1954 **POB:  Good quality a.k.a.:** Idriça Djaló **Low quality a.k.a.:** na **Nationality:** Guinea-Bissau **Passport no:** AAISO40158, issued on 12 Oct. 2012, issued in Guinea-Bissau (Expiration date 2 Oct. 2015) **National identification no:** na **Address:** na **Listed on:** 18 Jul. 2012 **Other information:** Djaló was listed on 18 Jul. 2012 pursuant to paragraph 4 of resolution 2048 (2012) as "Point of Contact for the "Military Command" which has assumed responsibility for the coup d'état of 12 April 2012 and one of its most active members. He was one of the first officers to publicly assume his affiliation to the "Military Command", having signed one of its first communiqués (n°5, dated 13 April 2012). Major Djaló also belongs to the Military Intelligence." INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.016 Name:** 1: IGNACE 2: MURWANASHYAKA 3: na 4: na
**Title:** Dr. **Designation:** FDLR President **DOB:** 14 May 1963 **POB: a)** Butera, Rwanda **b)** Ngoma, Butare, Rwanda **Good quality a.k.a.:** na **Low quality a.k.a.:** Dr. Ignace **Nationality:** Rwanda **Passport no:** na **National identification no:** na **Address:** Germany (in prison) **Listed on:** 1 Nov. 2005 ( amended on 13 Oct. 2016, 25 Feb. 2020 ) **Other information:** Reported to have died in prison in Germany on 16 April 2019. Arrested by German authorities on 17 November 2009 and found guilty by a German court on 28 September 2015 of leadership of a foreign terrorist group and aiding in war crimes. Received a 13-year sentence and is in prison in Germany as of June 2016. Re-elected FDLR President on 29 November 2014 for a five-year term. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.139 Name:** 1: IMED 2: BEN MEKKI 3: ZARKAOUI 4: na
**Name (original script):** عماد بن مكي زرقاوي
**Title:** na **Designation:** na **DOB:** 15 Jan. 1973 **POB:** Tunis, Tunisia **Good quality a.k.a.: a)** Dour Nadre born 15 Jan. 1974 in Morocco **b)** Dour Nadre born 15 Jan. 1973 in Morocco **c)** Daour Nadre born 31 Mar. 1975 in Algeria **d)** Imad ben al-Mekki ben al-Akhdar al-Zarkaoui (previously listed as) **Low quality a.k.a.: a)** Zarga **b)** Nadra **Nationality:** Tunisia **Passport no:** Tunisia number M174950, issued on 27 Apr. 1999 (expired on 26 Apr. 2004) **National identification no:** na **Address:** 41-45 Rue Estienne d'Orves, Pré Saint Gervais, France **Listed on:** 12 Nov. 2003 ( amended on 20 Dec. 2005, 31 Jul. 2006, 10 Aug. 2009, 16 May 2011, 6 Dec. 2019, 10 Sep. 2020, 30 Oct. 2023 ) **Other information:** Mother's name is Zina al-Zarkaoui. Sentenced to seven

years and one month of imprisonment by the Court of Appeals of Milan in Italy. Released on 31 Mar. 2014 on early release. Review pursuant to Security Council resolution 1822 (2008) was concluded on 6 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.004 Name:** 1: INNOCENT 2: KAINA 3: na 4: na
**Title:** na **Designation:** Former M23 Deputy Commander **DOB:** (Nov. 1973 ) **POB:** Bunagana, Rutshuru territory, Democratic Republic of the Congo **Good quality a.k.a.:** Colonel Innocent KAINA **Low quality a.k.a.:** India Queen **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Uganda (as of early 2016) **Listed on:** 30 Nov. 2012 ( amended on 13 Oct. 2016 ) **Other information:** : Became M23 deputy commander after the flight of Bosco Taganda's faction to Rwanda in March 2013. Fled to Uganda in November 2013. In Uganda as of early 2016. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.031 Name:** 1: INNOCENT 2: ZIMURINDA 3: na 4: na
**Title:** na **Designation: a)** M23, Bde Comd, Rank: Colonel **b)** Colonel in the FARDC **DOB: a)** 1 Sep. 1972 **b)** Approximately 1975 **c)** 16 Mar. 1972 **POB: a)** Ngungu, Masisi territory, North Kivu, Democratic Republic of the Congo **b)** Masisi, Democratic Republic of the Congo **Good quality a.k.a.:** na **Low quality a.k.a.:** Zimulinda **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 1 Dec. 2010 **Other information:** Integrated in the FARDC in 2009 as a Lieutenant Colonel, brigade commander in FARDC Kimia II Ops, based in Ngungu area. In July 2009, Zimurinda was promoted to full Colonel and became FARDC Sector commander in Ngungu and subsequently in Kitchanga in FARDC Kimia II and Amani Leo Operations. Whereas Zimurinda did not appear in the 31 December 2010 DRC Presidential ordinance nominating high FARDC officers, Zimurinda de facto maintained his command position of FARDC 22nd sector in Kitchanga and wears the newly issued FARDC rank and uniform. In December 2010, recruitment activities carried out by elements under the command of Zimurinda were denounced in open source reports. Entered the Republic of Rwanda on 16 March 2013. As of late 2014, residing in Ngoma camp, Rwanda. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.071 Name:** 1: INTISSAR 2: AL-UBAYDI 3: na 4: na
**Name (original script):** انتصار العبيدي
**Title:** na **Designation:** na **DOB:** Approximately 1974 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Iraq **Listed on:** 7 Apr. 2004 **Other information:** na

**CDi.011 Name:** 1: IRUTA DOUGLAS 2: MPAMO 3: na 4: na
**Title:** na **Designation:** na **DOB: a)** 28 Dec. 1965 **b)** 29 Dec. 1965 **POB: a)** Bashali, Masisi, Democratic Republic of the Congo **b)** Goma, Democratic Republic of the Congo **c)** Uvira, Democratic Republic of the Congo **Good quality a.k.a.:** Douglas Iruta Mpamo **Low quality a.k.a.:** Mpano **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** Gisenyi, Rwanda (As of June 2011.) **Listed on:** 1 Nov. 2005 **Other information:** No known occupation since two of the planes managed by Great Lakes Business Company (GLBC) crashed. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.076 Name:** 1: ISAM 2: ALI 3: MOHAMED 4: ALOUCHE
**Name (original script):** عصام علي محمد علوش
**Title:** na **Designation:** na **DOB: a)** 1972 **b)** 21 Mar. 1974 **POB:** Baghdad, Iraq **Good quality a.k.a.:** Mansour Thaer born 21 Mar. 1974 in Baghdad, Iraq **Low quality a.k.a.:** na **Nationality:** Jordan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Sep. 2002 ( amended on 18 Aug. 2006, 30 Jan. 2009, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Was deported from Germany to Jordan in Feb. 2005. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to

Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.364 Name:** 1: ISLAM 2: SEIT-UMAROVICH 3: ATABIEV 4: na
**Name (original script):** Ислам Сеит-Умарович Атабиев
**Title:** na **Designation:** na **DOB:** 29 Sep. 1983 **POB:** Ust-Dzheguta, Republic of Karachayevo- Cherkessia, Russian Federation **Good quality a.k.a.:** na **Low quality a.k.a.:** Abu Jihad (original script: Абу Джихад) **Nationality:** Russian Federation **Passport no:** Russian foreign travel passport number 620169661 **National identification no:** Russian Federation national passport 9103314932, issued on 15 Aug. 2003 (issued by Department of the Federal Migration Service of the Russian Federation for the Republic Karachayevo-Cherkessia) **Address: a)** Moscovskiy Microrayon 6, App. 96, Ust- Dzheguta, Republic of Karachayevo-Cherkessia, Russian Federation **b)** Syrian Arab Republic (located in as at Aug. 2015) **c)** Iraq (possible alternative location as at Aug. 2015) **Listed on:** 2 Oct. 2015 ( amended on 24 Nov. 2020 ) **Other information:** As at Aug. 2015, emir of Russian-speaking militants of the Islamic State of Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Controls the Syrian Arab Republic cities of Al Dana and Idlib as an ISIL chief. Wanted by the authorities of the Russian Federation for terrorist crimes committed in its territory. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.204 Name:** 1: ISNILON 2: TOTONI 3: HAPILON 4: na
**Title:** na **Designation:** na **DOB: a)** 18 Mar. 1966 **b)** 10 Mar. 1967 **POB:** Bulanza, Lantawan, Basilan, Philippines **Good quality a.k.a.: a)** Isnilon Hapilun **b)** Isnilun Hapilun **c)** Tuan Isnilon **Low quality a.k.a.: a)** Abu Musab **b)** Salahudin **Nationality:** Philippines **Passport no:** na **National identification no:** na **Address: a)** Basilan, Philippines (previous location until 2016) **b)** Lanao del Sur, Philippines (location since 2016) **Listed on:** 6 Dec. 2005 ( amended on 4 Oct. 2017, 6 Dec. 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Senior leader of Abu Sayyaf Group (ASG) (QDe.001). Leader of local affiliates of the Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (AQI) (QDe.115), in the southern Philippines as of May 2017. Reportedly deceased in 2017. Physical description: eye colour: brown; hair colour: brown; height: 5 feet 6 inches – 168 cm; weight: 120 pounds – 54 kg; build: slim; complexion: light-skinned; has facial birthmarks. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Wanted by the Philippines authorities for terrorist offences and by authorities of the United States of America for involvement in terrorist acts. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Photos included in. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.400 Name:** 1: IYAD 2: NAZMI 3: SALIH 4: KHALIL
**Name (original script):** إياد نظمي صالح خليل
**Title:** na **Designation:** na **DOB:** 1974 **POB:** Syrian Arab Republic **Good quality a.k.a.: a)** Ayyad Nazmi Salih Khalil **b)** Eyad Nazmi Saleh Khalil **Low quality a.k.a.: a)** Iyad al-Toubasi **b)** Iyad al-Tubasi **c)** Abu al-Darda' **d)** Abu-Julaybib al-Urduni **e)** Abu-Julaybib **Nationality:** Jordan **Passport no: a)** Jordan 654781 (approximately issued in 2009) **b)** Jordan 286062 (issued on 5 April 1999 at Zarqa, Jordan, expired on 4 April 2004) **National identification no:** na **Address:** Syrian Arab Republic (Coastal area of. Location as of April 2016) **Listed on:** 22 Feb. 2017 ( amended on 8 Nov. 2022 ) **Other information:** Leader of Al-Nusrah Front for the People of the Levant (QDe.137) for coastal area of Syrian Arab Republic since March 2016. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.316 Name:** 1: IYAD 2: AG GHALI 3: na 4: na
**Name (original script):** اياد اغ غالي
**Title:** na **Designation:** na **DOB:** 1958 **POB:** Abeibara, Kidal Region, Mali **Good quality a.k.a.:** Sidi Mohamed

Arhali born 1 Jan. 1958 in Bouressa, Bourem Region, Mali **Low quality a.k.a.:** na **Nationality:** Mali **Passport no:** Mali number A1037434, issued on 10 Aug. 2001 (expired on 31 Dec. 2014) **National identification no:** Mali Birth certificate 012546 **Address:** Mali **Listed on:** 25 Feb. 2013 ( amended on 23 Sep. 2014, 1 May 2019, 8 Nov. 2022, 14 Nov. 2023 ) **Other information:** Founder and leader of Ansar Eddine (QDe.135). Member of the Tuareg Ifogas tribe. Linked to the Organization of Al-Qaida in the Islamic Maghreb (QDe.014) and Mouvement pour l'Unification et le Jihad en Afrique de l'Ouest (MUJAO) (QDe.134). Name of father is Ag Bobacer Arhali, name of mother is Rhiachatou Wallet Sidi. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.006 Name:** 1: IZZAT 2: IBRAHIM 3: AL-DURI 4: na
**Name (original script):** عزت ابراهيم الدوري
**Title:** na **Designation:** na **DOB:** 1942 **POB:** al-Dur, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Brays **b)** Abu Ahmad **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**LYi.027 Name:** 1: Ibrahim 2: Saeed 3: Salim 4: Jadhran
**Title:** na **Designation:** Leader of armed militias **DOB:** 29 Oct. 1982 **POB:**  **Good quality a.k.a.:** Ibrahim Saeed Salem Awad Aissa Hamed Dawoud Al Jadhran **Low quality a.k.a.:** na **Nationality:** Libya **Passport no:** S/263963, issued on 8 Nov. 2012 **National identification no: a)** 119820043341 **b)** Personal identification no.: 137803 **Address:** na **Listed on:** 11 Sep. 2018 ( amended on 25 Feb. 2020 ) **Other information:** Name of mother Salma Abdula Younis. Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze). click here

**QDi.237 Name:** 1: JABER 2: ABDALLAH 3: JABER 4: AHMAD AL-JALAHMAH
**Name (original script):** جابر عبد الله جابر أحمد الجلاهمة
**Title:** na **Designation:** na **DOB:** 24 Sep. 1959 **POB:** Al-Khitan area, Kuwait **Good quality a.k.a.: a)** Jaber Al-Jalamah **b)** Abu Muhammad Al-Jalahmah **c)** Jabir Abdallah Jabir Ahmad Jalahmah **d)** Jabir 'Abdallah Jabir Ahmad Al-Jalamah **e)** Jabir Al-Jalhami **Low quality a.k.a.: a)** Abdul-Ghani **b)** Abu Muhammad **Nationality:** Kuwait **Passport no: a)** 101423404 **b)** Kuwait number 2541451 (valid until 16 Feb. 2017)
**c)** Kuwait number 002327881 **National identification no:** Kuwait 259092401188 **Address:** Kuwait (residence as at March 2009 and at December 2013) **Listed on:** 3 Jan. 2014 **Other information:** Previously listed between 16 Jan. 2008 and 3 Jan. 2014 (amended on 1 Jul. 2008, 23 Jul. 2008, 25 Jan. 2010). Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.024 Name:** 1: JAFAR 2: MOHAMMADI 3: na 4: na
**Title:** na **Designation:** Technical Adviser to the AEOI in charge of managing the production of valves for centrifuges. **DOB:** na **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Dec. 2006 **Other information:** [Old Reference # I.37.C.5]

**TAi.040 Name:** 1: JALALUDDIN 2: HAQQANI 3: na 4: na
**Name (original script):** جلال الدين حقانى
**Title:** Maulavi **Designation:** Minister of Frontier Affairs under the Taliban regime **DOB: a)** Approximately 1942 **b)** Approximately 1948 **POB: a)** Garda Saray area, Waza Zadran District, Paktia Province, Afghanistan **b)** Neka District, Paktika Province, Afghanistan **Good quality a.k.a.: a)** Jalaluddin Haqani **b)** Jallalouddin Haqqani **c)** Jalalouddine Haqani **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 31 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007, 1 Feb. 2008, 31 Jul. 2008, 3 Oct. 2008, 29 Nov. 2011, 11 Feb. 2014, 30 Jan. 2019 ) **Other information:** Father of Sirajuddin Jallaloudine Haqqani (TAi.144), Nasiruddin Haqqani (TAi.146) and Badruddin Haqqani (deceased). Brother of Mohammad Ibrahim Omari (TAi.042) and Khalil Ahmed Haqqani (TAi.150). He is an active Taliban leader. Believed to be in Afghanistan/Pakistan border area. Head of the

Taliban Miram Shah Shura as at 2008. Belongs to Zadran tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. Reportedly deceased as of September 2018. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.022 Name:** 1: JAMAL 2: MUSTAFA ABDALLAH 3: SULTAN 4: AL-TIKRITI
**Name (original script):** جمال مصطفى عبد الله سلطان التكريتي
**Title:** na **Designation:** na **DOB:** 4 May 1955 **POB:** al-Samnah, near Tikrit, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.428 Name:** 1: JAMAL 2: HUSSEIN 3: HASSAN 4: ZEINIYE
**Name (original script):** جمال حسين حسن زينيه
**Title:** na **Designation:** na **DOB: a)** 17 Aug. 1972 **b)** 1 Jan. 1972 **POB: a)** Benghazi, Libya **b)** Al Tall, Syrian Arab Republic **c)** Tell Mnin, Syrian Arab Republic **Good quality a.k.a.:** Jamal Husayn Zayniyah **Low quality a.k.a.: a)** Abu Malek El Talleh **b)** Abu Hussein **c)** abu-Malik al-Ansari **d)** Abu-Malik al-Shami **e)** Abu-Malik al-Talli **Nationality:** Syrian Arab Republic **Passport no:** Syrian Arab Republic number 3987189 **National identification no: a)** 13080011550 **b)** Syrian Arab Republic Identification Card No. 5877002, issued on 25 May 2011 **Address: a)** Syrian Arab Republic **b)** Arsal, Bekaa, Lebanon **Listed on:** 8 Oct. 2020 **Other information:** Leader of AL-NUSRAH FRONT FOR THE PEOPLE OF THE LEVANT (QDe.137) in West Kalamoun, Syrian Arab Republic. Mother's name is Amina Tohmeh. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.025 Name:** 1: JAMES 2: NYAKUNI 3: na 4: na
**Title:** na **Designation:** na **DOB:** na **POB:** **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Uganda **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 1 Nov. 2005 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SSi.003 Name:** 1: JAMES 2: KOANG 3: CHUOL 4: na
**Title:** Major General **Designation:** na **DOB:** 1961 **POB:** **Good quality a.k.a.: a)** James Koang Chol Ranley **b)** James Koang Chol **c)** Koang Chuol Ranley **d)** James Koang Chual **Low quality a.k.a.:** na **Nationality:** South Sudan **Passport no:** R00012098, South Sudan **National identification no:** na **Address:** na **Listed on:** 1 Jul. 2015 **Other information:** Appointed commander of the Sudan People's Liberation Army in Opposition (SPLA-IO) Special Division in December 2014. His forces have been engaged in attacks against civilians. In February 2014, forces under his command attacked United Nations camps, hospitals, churches, and schools, engaging in widespread rape, torture, and the destruction of property, in an attempt to flush out civilians, soldiers, and policemen allied with the government. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.015 Name:** 1: JAMIL 2: MUKULU 3: na 4: na
**Title:** na **Designation: a)** Head of the Allied Democratic Forces (ADF) **b)** Commander, Allied Democratic Forces **DOB: a)** 1965 **b)** 1 Jan. 1964 **POB:** Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda **Good quality a.k.a.: a)** Steven Alirabaki **b)** David Kyagulanyi **c)** Musezi Talengelanimiro **d)** Mzee Tutu **e)** Abdullah Junjuaka **f)** Alilabaki Kyagulanyi **g)** Hussein Muhammad **h)** Nicolas Luumu **i)** Julius Elius Mashauri **j)** David Amos Mazengo **Low quality a.k.a.: a)** Professor Musharaf **b)** Talengelanimiro **Nationality:** Uganda **Passport no:** na **National identification no:** na **Address:** Reportedly in prison in Uganda (as of September 2016) **Listed on:** 12 Oct. 2011 ( amended on 13 Oct. 2016 ) **Other information:** Arrested in April 2015 in Tanzania and extradited to Uganda in July 2015. As of September 2016, Mukulu is reportedly being held in a police detention cell awaiting his trial for war crimes and grave breaches of the Geneva Convection under Ugandan Law. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.119 Name:** 1: JAN MOHAMMAD 2: MADANI 3: IKRAM 4: na
**Name (original script):** جان محمد مدنی اکرام
**Title:** Maulavi **Designation:** Charge d'Affaires, Taliban Embassy, Abu Dhabi, United Arab Emirates **DOB:** Between 1954 and 1955 **POB:** Siyachoy village, Panjwai District, Kandahar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 15 Aug. 2012, 7 Sep. 2016 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Belongs to Alizai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. Picture available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.091 Name:** 1: JANAN 2: AGHA 3: na 4: na
**Name (original script):** جانان آغا
**Title:** Mullah **Designation:** Governor of Faryab Province under the Taliban regime **DOB:** a) Approximately 1958 b) Approximately 1953 **POB:** Tirin Kot city, Uruzgan Province, Afghanistan **Good quality a.k.a.:** Abdullah Jan Agha **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Member of Taliban Supreme Council and advisor to Mullah Mohammed Omar (TAi.004) as at June 2010. Leads a Taliban "front" (mahaz) as of mid-2013. Believed to be in Afghanistan/Pakistan border area. Belongs to Sadat ethnic group. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPi.016 Name:** 1: JANG 2: BOM SU 3: na 4: na
**Title:** na **Designation:** Tanchon Commercial Bank Representative in Syria **DOB:** 15 Apr. 1957 **POB:**  **Good quality a.k.a.: a)** Jang Pom Su **b)** Jang Hyon U born 22 Feb. 1958 **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 ( amended on 5 Aug. 2017 ) **Other information:** Pursuant to Resolution 2371(2017) the Security Council added the following information: New AKA: Jang Hyon U with date of birth 22 February 1958 and diplomatic passport number 836110034, which expires on 1 January 2020.

**KPi.017 Name:** 1: JANG 2: YONG SON 3: na 4: na
**Title:** na **Designation:** Korea Mining Development Trading Corporation (KOMID) Representative **DOB:** 20 Feb. 1957 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** Democratic People's Republic of Korea number 563110024 **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 ( amended on 1 Jun. 2017, 26 Jul. 2022 ) **Other information:** Served as the KOMID representative in Iran.

**KPi.056 Name:** 1: JANG 2: SONG CHOL 3: na 4: na
**Title:** na **Designation:** Jang Song Chol is a Korea Mining Development Corporation (KOMID) representative overseas **DOB:** 12 Mar. 1967 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 5 Aug. 2017 **Other information:** na

**KPi.057 Name:** 1: JANG 2: SUNG NAM 3: na 4: na
**Title:** na **Designation:** Chief of an overseas Tangun Trading Corporation branch **DOB:** 14 Jul. 1970 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 563120368, issued on 22 Mar. 2013 (Passport expiration date: March 22, 2018) **National identification no:** na **Address:** na **Listed on:** 5 Aug. 2017 **Other information:** Chief of an overseas Tangun Trading Corporation branch, which is primarily responsible for the procurement of commodities and technologies to support the DPRK's defense research and development programs. Gender: male

**IRi.031 Name:** 1: JAVAD 2: RAHIQI 3: na 4: na
**Title:** na **Designation:** Head of the AEOI Esfahan Nuclear Technology Center **DOB:** 24 Apr. 1954 **POB:** Marshad, Iran (Islamic Republic of) **Good quality a.k.a.:** Javad Rahigi; Jawad Rahigi; Jawad Rahiqi **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 9 Jun. 2010 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.29.A.23]

**IQi.068 Name:** 1: JAWHAR 2: MAJID 3: AL-DURI 4: na
**Name (original script):** جوهر مجيد الدوري
**Title:** na **Designation:** na **DOB:** Approximately 1942 **POB:** Al-Dur, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Iraq **Listed on:** 7 Apr. 2004 **Other information:** na

**CDi.028 Name:** 1: JEAN-MARIE LUGERERO 2: RUNIGA 3: na 4: na
**Title:** na **Designation:** M23, President **DOB: a)** Approximately 1960 **b)** 9 Sep. 1966 **POB:** Bukavu, Democratic Republic of the Congo **Good quality a.k.a.:** Jean-Marie Rugerero **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Rubavu / Mudende, Rwanda **Listed on:** 31 Dec. 2012 ( amended on 13 Oct. 2016 ) **Other information:** Entered the Republic of Rwanda on 16 March 2013. As of 2016, residing in Rwanda. Participated in the creation of a new Congolese political party in June 2016, the Alliance pour le Salut du Peuple (ASP). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SDi.004 Name:** 1: JIBRIL 2: ABDULKARIM 3: IBRAHIM 4: MAYU
**Title:** na **Designation:** National Movement for Reform and Development (NMRD) Field Commander **DOB:** 1 Jan. 1967 **POB:** El-Fasher, North Darfur (Place of Birth: Nile District, El-Fasher, El- Fasher, North Darfur) **Good quality a.k.a.: a)** General Gibril Abdul Kareem Barey **b)** "Tek" **c)** Gabril Abdul Kareem Badri **Low quality a.k.a.:** na **Nationality: a)** Sudan **b)** South Sudan **Passport no:** na **National identification no: a)** 192-3238459-9 **b)** Certificate of nationality acquired through birth 302581 **Address:** Tine, Sudan (Resides in Tine, on the Sudanese side of the border with Chad) **Listed on:** 25 Apr. 2006 ( amended on 14 Mar. 2018 ) **Other information:** Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**HTi.001 Name:** 1: JIMMY 2: CHERIZIER 3: na 4: na
**Title:** na **Designation:** Former Police Officer **DOB:** 30 Mar. 1977 **POB:** Port-au-Prince, Haiti **Good quality a.k.a.:** na **Low quality a.k.a.:** BARBEQUE **Nationality:** Haiti **Passport no:** na **National identification no:** 001-843-989-7 (NIF - Haiti) **Address:** 16, Imp Manius, Delmas 40 B, Port-au-Prince, Haiti **Listed on:** 21 Oct. 2022 ( amended on 20 Oct. 2023 ) **Other information:** Jimmy Cherizier (AKA "Barbeque") has engaged in acts that threaten the peace, security, and stability of Haiti and has planned, directed, or committed acts that constitute serious human rights abuses. Jimmy Cherizier is one of Haiti's most influential gang leaders and leads an alliance of Haitian gangs known as the "G9 Family and Allies." INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPi.034 Name:** 1: JO 2: YONG CHOL 3: na 4: na
**Title:** na **Designation:** DPRK Ministry of State Security Official **DOB:** 30 Sep. 1973 **POB:**  **Good quality a.k.a.:** Cho Yong Chol **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 30 Nov. 2016 **Other information:** Jo Yong Chol is a DPRK Ministry of State Security Official stationed in Syria supporting KOMID.

**KPi.058 Name:** 1: JO 2: CHOL SONG 3: na 4: na
**Title:** na **Designation: a)** Representative for the Korea Kwangson Banking Corporation **b)** Former Deputy Representative for the Korea Kwangson Banking Corporation **DOB:** 25 Sep. 1984 **POB:**  **Good quality a.k.a.:** Cho Ch'o'l-so'ng **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 654320502 (expires on September 16, 2019) **National identification no:** na **Address:** na **Listed on:** 5 Aug. 2017 ( amended on 29 Jun. 2023 ) **Other information:** Deputy Representative for the Korea Kwangson Banking

Corporation, which provides financial services in support to Tanchon Commercial Bank and Korea Hyoksin Trading, a subordinate entity of Korea Ryonbong General Corporation. Gender: male.

**KPi.043 Name:** 1: JO 2: YONG-WON 3: na 4: na
**Title:** na **Designation: a)** Secretary and Chief of Organization and Guidance Department of the Worker's Party of Korea **b)** Former Vice Director of the Worker's Party of Korea's Organization and Guidance Department, which directs key personnel appointments for the Workers' Party of Korea and the DPRK's military **DOB:** 24 Oct. 1957 **POB:  Good quality a.k.a.:** Cho Yongwon **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 108210124 (Expiration date: 2023-06-04. ) **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017 ( amended on 16 Aug. 2023 ) **Other information:** Gender: male

**HTi.002 Name:** 1: JOHNSON 2: ANDRE 3: na 4: na
**Title:** na **Designation:** Leader of 5 Segond gang **DOB:** 1997 **POB:** Port-au-Prince, Haiti **Good quality a.k.a.:** na **Low quality a.k.a.:** IZO **Nationality:** Haiti **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 8 Dec. 2023 **Other information:** Gender: Male INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPi.018 Name:** 1: JON 2: MYONG GUK 3: na 4: na
**Title:** na **Designation:** Tanchon Commercial Bank Representative in Syria **DOB:** 18 Oct. 1976 **POB:  Good quality a.k.a.: a)** Cho'n Myo'ng-kuk **b)** Jon Yong Sang born 25 Aug. 1976 **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 4721202031 (Expires 21 Feb. 2017) **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 ( amended on 5 Aug. 2017 ) **Other information:** Pursuant to Resolution 2371(2017) the Security Council added the following information: New AKA: Jon Yong Sang with date of birth 25 August 1976 and diplomatic passport number 836110035, which expires on 1 January 2020.

**CFi.009 Name:** 1: JOSEPH 2: KONY 3: na 4: na
**Title:** General **Designation:** Commander of the Lord's Resistance Army **DOB: a)** 1959 **b)** 1960 **c)** 1961 **d)** 1963 **e)** 18 Sep. 1964 **f)** 1965 **g)** (August 1961 ) **h)** (July 1961 ) **i)** 1 Jan. 1961 **j)** (April 1963 ) **POB: a)** Palaro Village, Palaro Parish, Omoro County, Gulu District, Uganda **b)** Odek, Omoro, Gulu, Uganda **c)** Atyak, Uganda **Good quality a.k.a.: a)** Kony **b)** Joseph Rao Kony **c)** Josef Kony **Low quality a.k.a.:** Le Messie sanglant **Nationality:** Uganda **Passport no:** na **National identification no:** na **Address: a)** Vakaga, Central African Republic **b)** Haute-Kotto, Central African Republic **c)** Basse-Kotto, Central African Republic **d)** Haut-Mbomou, Central African Republic **e)** Mbomou, Central African Republic **f)** Haut-Uolo, Democratic Republic of the Congo **g)** Bas-Uolo, Democratic Republic of the Congo **h)** Reported address: Kafia Kingi ((a territory on the border of Sudan and South Sudan whose final status has yet to be determined). As of January 2015, 500 Lord's Resistance Army elements were reportedly expelled from the Sudan.) **Listed on:** 7 Mar. 2016 **Other information:** Kony is the founder and leader of the Lord's Resistance Army (LRA) (CFe.002). Under his leadership, the LRA has engaged in the abduction, killing, and mutilation of thousands of civilians across Central Africa. The LRA has been responsible for kidnapping, displacing, committing sexual violence against, and killing hundreds of individuals across CAR, and has looted and destroyed civilian property. Father's name is Luizi Obol. Mother's name is Nora Obol. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.018 Name:** 1: JULES 2: MUTEBUTSI 3: na 4: na
**Title:** na **Designation:** na **DOB:** 1964 **POB:** Minembwe, South Kivu, Democratic Republic of the Congo **Good quality a.k.a.: a)** Jules Mutebusi **b)** Jules Mutebuzi **c)** Colonel Mutebutsi **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 1 Nov. 2005 ( amended on 13 Oct. 2016 ) **Other information:** Former FARDC Deputy Military Regional Commander of 10th Military Region in April 2004, dismissed for indiscipline. In December 2007, he was arrested by Rwandan authorities when he tried to cross the border into the DRC. Reported to have died in Kigali on 9 May 2014. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.005 Name:** 1: JÉRÔME 2: KAKWAVU BUKANDE 3: na 4: na
**Title:** na **Designation:** na **DOB:** na **POB:** Goma, Democratic Republic of the Congo **Good quality a.k.a.:** Jérôme Kakwavu **Low quality a.k.a.:** Commandant Jérôme **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 1 Nov. 2005 **Other information:** Given the rank of General in the FARDC in December 2004. As of June 2011, detained in Makala Prison in Kinshasa. As of 25 March 2011, the High Military Court in Kinshasa opened a trial against Kakwavu for war crimes. In November 2014, convicted by a DRC military court to ten years in prison for rape, murder, and torture. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**GBi.010 Name:** 1: JÚLIO 2: NHATE 3: na 4: na
**Title:** na **Designation: a)** Lieutenant-colonel **b)** Commander of the Paratroops Regiment **DOB:** 28 Sep. 1965 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Guinea-Bissau **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 18 Jul. 2012 **Other information:** Nhate was listed on 18 Jul. 2012 pursuant to paragraph 4 of resolution 2048 (2012) as "Member of the "Military Command" which has assumed responsibility for the coup d'état of 12 April 2012. A loyal ally of António Injai, Lt.Col. Júlio Nhate has the material responsibility for the 12 April 2012 coup, having conducted the military operation." INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.140 Name:** 1: KAMAL 2: BEN MAOELDI 3: BEN HASSAN 4: AL-HAMRAOUI
**Name (original script):** كمال بن المولدي بن حسن الحمراوي
**Title:** na **Designation:** na **DOB:** 21 Oct. 1977 **POB:** Beja, Tunisia **Good quality a.k.a.: a)** Hamroui Kamel ben Mouldi **b)** Hamraoui Kamel born 21 Nov. 1977 in Morocco **c)** Hamraoui Kamel born 21 Nov. 1977 in Tunisia **d)** Hamraoui Kamel born 21 Oct. 1977 in Tunisia **Low quality a.k.a.: a)** Kamel **b)** Kimo **Nationality:** Tunisia **Passport no:** Tunisia number P229856, issued on 1 Nov. 2002 (expires on 31 Oct. 2007) **National identification no:** na **Address: a)** Via Bertesi Number 27, Cremona, Italy **b)** Via Plebiscito Number 3, Cremona, Italy **Listed on:** 12 Nov. 2003 ( amended on 20 Dec. 2005, 31 Jul. 2006, 21 Dec. 2007, 16 May 2011, 6 Dec. 2019, 10 Sep. 2020, 30 Oct. 2023 ) **Other information:** Mother's name is Khamisah al-Kathiri. Subject to a decree of expulsion, suspended on 17 Apr. 2007 by the European Court of Human Rights. Re-arrested in Italy on 20 May 2008. Deported from Italy to Tunisia on 6 May 2015. Inadmissible to the Schengen area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 6 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.167 Name:** 1: KAMEL 2: DJERMANE 3: na 4: na
**Name (original script):** كمال جرمان
**Title:** na **Designation:** na **DOB:** 12 Oct. 1965 **POB:** Oum el Bouaghi, Algeria **Good quality a.k.a.: a)** Bilal **b)** Adel **c)** Fodhil **d)** Abou Abdeljalil **Low quality a.k.a.:** na **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address:** Sidi Argis village, Oum El-Bouaghi, Algeria **Listed on:** 3 May 2004 ( amended on 7 Apr. 2008, 13 Dec. 2011, 6 Dec. 2019, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** In detention in Algeria as of November 2023. Sentenced to 18 years imprisonment for conducting terrorist activities by the Algiers Criminal Court on 25 January 2023. Arrest warrant issued by the German authorities on 9 Oct. 2003 and 18 July 2018 respectively for involvement in kidnapping, robbery and extortion. Former member of the Katibat Tarek Ibn Ziad of The Organization of Al Qaida in the Islamic Maghreb (QDe.014). Father's name: Sliman. Mother's name Oum Hani Djermane. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPi.019 Name:** 1: KANG 2: MUN KIL 3: na 4: na
**Title:** na **Designation:** na **DOB:** 9 Feb. 1963 **POB:  Good quality a.k.a.: a)** Jiang Wen-ji **b)** Jian Wenji **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** PS 472330208 (Expires 4 Jul. 2017) **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016 ( amended on 26 Jul. 2022, 29 Jun. 2023 ) **Other information:** Kang Mun Kil has conducted nuclear procurement activities as a representative of Namchongang, also known as Namhung.

**KPi.059 Name:** 1: KANG 2: CHOL SU 3: na 4: na
**Title:** na **Designation:** Official for Korea Ryonbong General Corporation **DOB:** 13 Feb. 1969 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 472234895 **National identification no:** na **Address:** na **Listed on:** 5 Aug. 2017 **Other information:** Official for Korea Ryonbong General Corporation, which specializes in acquisition for the DPRK's defense industries and support for the DPRK's military-related overseas sales. Its procurements also likely support the DPRK's chemical weapons program.

**KPi.020 Name:** 1: KANG 2: RYONG 3: na 4: na
**Title:** na **Designation:** Former Korea Mining Development Trading Corporation (KOMID) Representative in Syria **DOB:** 21 Aug. 1969 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 ( amended on 16 Aug. 2023 ) **Other information:** na

**HTi.009 Name:** 1: KEMPES 2: SANON 3: na 4: na
**Title:** na **Designation:** na **DOB:** na **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 17 Oct. 2025 **Other information:** na

**QDi.341 Name:** 1: KEVIN 2: JORDAN 3: AXEL 4: GUIAVARCH
**Title:** na **Designation:** na **DOB:** 12 Mar. 1993 **POB:** Paris, France **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** France **Passport no:** France number 12CP63882.3FRA, issued on 31 Jul. 2012 (valid until 30 Jul. 2022) **National identification no:** France national identity card 070275Q007873, issued on 16 Feb. 2007 (valid until 15 Feb. 2017) **Address: a)** Grenoble, France (domicile from 1993 to 2012) **b)** Syrian Arab Republic (located in between 2012 and 2016) **c)** Turkey (from Jun. 2016 to Jan. 2017) **d)** France (in detention since Jan. 2017) **Listed on:** 23 Sep. 2014 ( amended on 24 Jun. 2016, 27 Aug. 2017, 15 Nov. 2021 ) **Other information:** French terrorist fighter associated with Al-Nusrah Front for the People of the Levant (QDe.137) and the Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Facilitated foreign terrorist fighters travel from France to Syria. Activist in violent propaganda through the Internet. A warrant for his arrest was issued in 2014 by French authorities and executed in Jan. 2017 upon his expulsion from Turkey where he was arrested in Jun. 2016. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.093 Name:** 1: KHAIRULLAH 2: KHAIRKHWAH 3: na 4: na
**Name (original script):** خيرالله خيرخواه
**Title: a)** Maulavi **b)** Mullah **Designation: a)** Governor of Herat Province under the Taliban regime **b)** Spokesperson of the Taliban regime **c)** Governor of Kabul province under the Taliban regime **d)** Minister of Internal Affairs under the Taliban regime **DOB:** Approximately 1963 **POB:** Poti village, Arghistan district, Kandahar province, Afghanistan **Good quality a.k.a.: a)** Mullah Khairullah Khairkhwah **b)** Khirullah Said Wali Khairkhwa, born in Kandahar on 01 Jan.1967 **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** Qatar **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008, 12 Apr. 2010, 29 Nov. 2011, 31 Dec. 2013, 7 Sep. 2016 ) **Other information:** Belongs to Popalzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.163 Name:** 1: KHAIRULLAH 2: BARAKZAI 3: KHUDAI NAZAR 4: na

**Name (original script):** خيرالله باركزى خداى نظر

**Title:** Haji **Designation:** na **DOB:** 1965 **POB: a)** Zumbaleh village, Nahr-e Saraj District, Helmand Province, Afghanistan **b)** Qilla Abdullah, Baluchistan Province, Pakistan **c)** Mirmadaw village, Gereshk District, Helmand Province, Afghanistan **Good quality a.k.a.: a)** Haji Khairullah **b)** Haji Khair Ullah **c)** Haji Kheirullah **d)** Haji Karimullah **e)** Haji Khair Mohammad **Low quality a.k.a.:** na **Nationality:** na **Passport no:** BP4199631, issued in Pakistan (expires on 25 Jun. 2014, officially cancelled as of 2013) **National identification no:** 5440005229635, issued in Pakistan (officially cancelled as of 2013) **Address:** Abdul Manan Chowk, Pashtunabad, Quetta, Baluchistan Province, Pakistan **Listed on:** 29 Jun. 2012 ( amended on 11 Feb. 2014 ) **Other information:** Co-owner of Haji Khairullah Haji Sattar Money Exchange (TAe.010) and associated also with Abdul Satar Abdul Manan (TAi.162). Belongs to Barakzai tribe. Father's name is Haji Khudai Nazar. Alternative father's name is Nazar Mohammad. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.059 Name:** 1: KHALID 2: ABD AL-RAHMAN 3: HAMD 4: AL-FAWAZ

**Name (original script):** خالد عبد الرحمن حمد الفواز

**Title:** na **Designation:** na **DOB:** 24 Aug. 1962 **POB:** Kuwait **Good quality a.k.a.: a)** Khaled Al-Fauwaz **b)** Khaled A. Al-Fauwaz **c)** Khalid Al-Fawwaz **d)** Khalik Al Fawwaz **e)** Khaled Al-Fawwaz **f)** Khaled Al Fawwaz **g)** Khalid Abdulrahman H. Al Fawaz **h)** ABU-KHALIL **Low quality a.k.a.:** na **Nationality:** Saudi Arabia **Passport no:** 456682, issued on 6 Nov. 1990 (expired on 13 Sep. 1995) **National identification no:** na **Address:** United States of America **Listed on:** 24 Apr. 2002 ( amended on 26 Nov. 2004, 23 Apr. 2007, 21 Oct. 2010, 4 Aug. 2014, 6 Dec. 2019, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** Extradited from the United Kingdom to the United States of America on 5 Oct. 2012. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.150 Name:** 1: KHALIL 2: AHMED 3: HAQQANI 4: na

**Name (original script):** خليل احمد حقانى

**Title:** Haji **Designation:** na **DOB: a)** 1 Jan. 1966 **b)** Between 1958 and 1964 **POB:** Sarana Village, Garda Saray area, Waza Zadran District, Paktia Province, Afghanistan **Good quality a.k.a.: a)** Khalil Al-Rahman Haqqani **b)** Khalil ur Rahman Haqqani **c)** Khaleel Haqqani **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address: a)** Peshawar, Pakistan **b)** Near Dergey Manday Madrasa in Dergey Manday Village, near Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan **c)** Kayla Village, near Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan **d)** Sarana Zadran Village, Paktia Province, Afghanistan **Listed on:** 9 Feb. 2011 ( amended on 1 Jun. 2012 ) **Other information:** Senior member of the Haqqani Network (TAe.012), which operates out of North Waziristan in the Federally Administered Tribal Areas of Pakistan. Has previously traveled to, and raised funds in, Dubai, United Arab Emirates. Brother of Jalaluddin Haqqani (TAi.040) and uncle of Sirajuddin Jallaloudine Haqqani (TAi.144). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.011 Name:** 1: KHAMIS 2: MUAMMAR 3: QADHAFI 4: na

**Title:** na **Designation:** na **DOB:** 1978 **POB:** Tripoli, Libya **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 26 Feb. 2011 ( amended on 2 Apr. 2012, 26 Sep. 2014 ) **Other information:** Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze). Believed status/location: deceased. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.054 Name:** 1: KHAMIS 2: SIRHAN 3: AL-MUHAMMAD 4: na

**Name (original script):** خميس سرحان المحمد

**Title:** na **Designation:** na **DOB:** na **POB:**  **Good quality a.k.a.:** Dr. Fnu Mnu Khamis **Low quality a.k.a.:**

na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**CDi.009 Name:** 1: KHAWA PANGA 2: MANDRO 3: na 4: na
**Title:** na **Designation:** na **DOB:** 20 Aug. 1973 **POB:** Bunia, Democratic Republic of the Congo **Good quality a.k.a.: a)** Kawa Panga **b)** Kawa Panga Mandro **c)** Kawa Mandro **d)** Yves Andoul Karim **e)** Mandro Panga Kahwa **f)** Yves Khawa Panga Mandro **Low quality a.k.a.: a)** "Chief Kahwa" **b)** "Kawa" **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** Uganda (as of May 2016) **Listed on:** 1 Nov. 2005 ( amended on 13 Oct. 2016 ) **Other information:** Placed in prison in Bunia in April 2005 for sabotage of the Ituri peace process. Arrested by Congolese authorities in October 2005, acquitted by the Court of Appeal in Kisangani, subsequently transferred to the judicial authorities in Kinshasa on new charges of crimes against humanity, war crimes, murder, aggravated assault and battery. In August 2014, a DRC military court in Kisangani convicted him of war crimes and crimes against humanity, sentenced him to nine years in prison, and ordered him to pay approximately $85,000 to his victims. He served his sentence and resides in Uganda as of May 2016. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.066 Name:** 1: KHAWLA 2: BARZAN 3: IBRAHIM 4: HASAN AL-TIKRITI
**Name (original script):** خولة برزان إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 3 Dec. 1986 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Geneva, Switzerland **Listed on:** 7 Apr. 2004 **Other information:** na

**KPi.009 Name:** 1: KIM 2: KWANG-IL 3: na 4: na
**Title:** na **Designation:** Tanchon Commercial Bank (TCB) official **DOB:** 1 Sep. 1969 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** PS381420397, issued in Democratic People's Republic of Korea **National identification no:** na **Address:** na **Listed on:** 22 Jan. 2013 **Other information:** Kim Kwang-il is a Tanchon Commercial Bank (TCB) official. In this capacity, he has facilitated transactions for TCB and the Korea Mining Development Trading Corporation (KOMID). Tanchon was designated by the Committee in April 2009 as the main DPRK financial entity responsible for sales of conventional arms, ballistic missiles, and goods related to the assembly and manufacture of such weapons. KOMID was designated by the Committee in April 2009 and is the DPRK's primary arms dealer and main exporter of goods and equipment related to ballistic missiles and conventional weapons.

**KPi.023 Name:** 1: KIM 2: TONG MY'ONG 3: na 4: na
**Title:** na **Designation:** President of Tanchon Commercial Bank **DOB: a)** 1964 **b)** 28 Aug. 1962 **POB:  Good quality a.k.a.: a)** Kim Chin-So'k **b)** Kim Tong-Myong **c)** Kim Jin-Sok **d)** Kim Hyok-Chol **e)** Kim Tong-Myo'ng **f)** Kim Tong Myong **g)** Kim Hyok Chol **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** Democratic People's Republic of Korea number 290320764 **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 ( amended on 26 Jul. 2022 ) **Other information:** Kim Tong My'ong is the President of Tanchon Commercial Bank and has held various positions within Tanchon Commercial bank since at least 2002. He has also played a role in managing Amroggang's affairs.

**KPi.021 Name:** 1: KIM 2: JUNG JONG 3: na 4: na
**Title:** na **Designation:** Tanchon Commercial Bank Representative **DOB:** 7 Nov. 1966 **POB:  Good quality a.k.a.:** Kim Chung Chong **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no: a)** 199421147 (Expired 29 Dec. 2014) **b)** 381110042 (Expired 25 Jan. 2016) **c)** 563210184 (Expires 18 Jun. 2018) **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 ( amended on 1 Jun. 2017 ) **Other information:** Served as the Tanchon Commercial Bank representative in Vietnam.

**KPi.022 Name:** 1: KIM 2: KYU 3: na 4: na
**Title:** na **Designation:** Korea Mining Development Trading Corporation (KOMID) External Affairs Officer **DOB:** 30 Jul. 1968 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic

People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 **Other information:** na

**KPi.024 Name:** 1: KIM 2: YONG CHOL 3: na 4: na
**Title:** na **Designation:** KOMID Representative **DOB:** 18 Feb. 1962 **POB:**  Good quality a.k.a.: a) Kim Yong-Chol **b)** Kim Young-Chol **c)** Kim Young-Cheol **d)** Young-Chul **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** Democratic People's Republic of Korea number 472310168 **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 ( amended on 1 Jun. 2017, 26 Jul. 2022 ) **Other information:** Served as the KOMID representative in Iran.

**KPi.030 Name:** 1: KIM 2: SONG CHOL 3: na 4: na
**Title:** na **Designation:** na **DOB: a)** 26 Mar. 1968 **b)** 15 Oct. 1970 **POB:**  Good quality a.k.a.: Kim Hak Song **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no: a)** 381420565 **b)** 654120219 **National identification no:** na **Address:** na **Listed on:** 30 Nov. 2016 **Other information:** Kim Song Chol is a KOMID official that has conducted business in Sudan on behalf of KOMID's interests.

**KPi.035 Name:** 1: KIM 2: CHOL SAM 3: na 4: na
**Title:** na **Designation:** Representative for Daedong Credit Bank (DCB) **DOB:** 11 Mar. 1971 **POB:**  Good quality a.k.a.: Jin Tiesan (金铁三) **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** Democratic People's Republic of Korea number 645120378 **National identification no:** na **Address:** na **Listed on:** 30 Nov. 2016 ( amended on 26 Jul. 2022 ) **Other information:** Kim Chol Sam is a representative for Daedong Credit Bank (DCB) who has been involved in managing transactions on behalf of DCB Finance Limited. As an overseas-based representative of DCB, it is suspected that Kim Chol Sam has facilitated transactions worth hundreds of thousands of dollars and likely managed millions of dollars in DPRK related accounts with potential links to nuclear/missile programs.

**KPi.032 Name:** 1: KIM 2: SE GON 3: na 4: na
**Title:** na **Designation:** na **DOB:** 13 Nov. 1969 **POB:**  Good quality a.k.a.: na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** PD472310104 **National identification no:** na **Address:** na **Listed on:** 30 Nov. 2016 **Other information:** Kim Se Gon works on behalf of the Ministry of Atomic Energy Industry.

**KPi.044 Name:** 1: KIM 2: CHOL NAM 3: na 4: na
**Title:** na **Designation:** President of Korea Kumsan Trading Corporation, a company that procures supplies for General Bureau of Atomic Energy and serves as a cash route to the DPRK **DOB:** 19 Feb. 1970 **POB:**  Good quality a.k.a.: na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 563120238 **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017 **Other information:** na

**KPi.045 Name:** 1: KIM 2: KYONG OK 3: na 4: na
**Title:** na **Designation:** Vice Director of the Organization and Guidance Department, which directs key personnel appointments for the Workers' Party of Korea and the DPRK's military **DOB: a)** 1937 **b)** 1938 **POB:**  Good quality a.k.a.: Kim Kyong Ok **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017 **Other information:** na

**KPi.046 Name:** 1: KIM 2: TONG-HO 3: na 4: na
**Title:** na **Designation:** Vietnam Representative for Tanchon Commercial Bank, which is the main DPRK financial entity for weapons and missile-related sales **DOB:** 18 Aug. 1969 **POB:**  Good quality a.k.a.: na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 745310111 **National identification no:** na **Address:** Viet Nam **Listed on:** 2 Jun. 2017 **Other information:** Gender: male.

**KPi.060 Name:** 1: KIM 2: MUN CHOL 3: na 4: na
**Title:** na **Designation:** Representative for Korea United Development Bank **DOB:** 25 Mar. 1957 **POB:**  Good

**quality a.k.a.:** Kim Mun-ch'o'l **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 5 Aug. 2017 **Other information:** na

**KPi.061 Name:** 1: KIM 2: NAM UNG 3: na 4: na
**Title:** na **Designation:** Representative for Ilsim International Bank **DOB:** na **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 654110043 **National identification no:** na **Address:** na **Listed on:** 5 Aug. 2017 **Other information:** Representative for Ilsim International Bank, which is affiliated with the DPRK military and has a close relationship with the Korea Kwangson Banking Corporation. Ilsim International Bank has attempted to evade United Nations sanctions.

**KPi.066 Name:** 1: KIM 2: JONG SIK 3: na 4: na
**Title:** na **Designation:** A leading official guiding the DPRK's WMD development efforts. Serving as Deputy Director of the Workers' Party of Korea Munitions Industry Department **DOB:** Between 1967 and 1969 **POB:**  **Good quality a.k.a.:** Kim Cho'ng-sik **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 22 Dec. 2017 **Other information:** Gender: male

**KPi.067 Name:** 1: KIM 2: KYONG IL 3: na 4: na
**Title:** na **Designation:** Kim Kyong Il is a Foreign Trade Bank deputy chief representative in Libya **DOB:** 1 Aug. 1979 **POB:**  **Good quality a.k.a.:** Kim Kyo'ng-il **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 836210029 **National identification no:** na **Address:** Libya **Listed on:** 22 Dec. 2017 **Other information:** Location Libya. Gender: male

**KPi.068 Name:** 1: KIM 2: TONG CHOL 3: na 4: na
**Title:** na **Designation:** Former overseas Foreign Trade Bank Deputy representative **DOB:** 27 Jan. 1966 **POB:**  **Good quality a.k.a.:** Kim Tong-ch'o'l **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no: a)** 927234267 **b)** Democratic People's Republic of Korea number 108120258, issued on 14 Feb. 2018 (expiration date 14 Feb. 2023) **National identification no:** na **Address:** na **Listed on:** 22 Dec. 2017 ( amended on 26 Jul. 2022, 29 Jun. 2023 ) **Other information:** Gender: male

**KPi.036 Name:** 1: KIM 2: SOK CHOL 3: na 4: na
**Title:** na **Designation: a)** Former DPRK Ambassador to Burma **b)** KOMID facilitator **DOB:** 8 May 1955 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 472310082 **National identification no:** na **Address:** Myanmar **Listed on:** 30 Nov. 2016 ( amended on 26 Jul. 2022, 16 Aug. 2023 ) **Other information:** Kim Sok Chol acted as the DPRK Ambassador to Burma and he operates as a KOMID facilitator. He was paid by KOMID for his assistance and arranges meetings on behalf of KOMID, including a meeting between KOMID and Burmese defense related persons to discuss financial matters.

**KPi.011 Name:** 1: KO 2: CH'O'L-CHAE 3: na 4: na
**Title:** na **Designation:** Deputy Chief Representative for the Korea Mining Development Trading Corporation (KOMID) **DOB:** na **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 7 Mar. 2013 **Other information:** Deputy Chief Representative for the Korea Mining Development Trading Corporation (KOMID). The KOMID was designated by the Committee in April 2009 and is the DPRK's primary arms dealer and main exporter of goods and equipment related to ballistic missiles and conventional weapons.

**KPi.025 Name:** 1: KO 2: TAE HUN 3: na 4: na
**Title:** na **Designation:** Tanchon Commercial Bank official **DOB:** 25 May 1972 **POB:**  **Good quality a.k.a.:** Kim Myong Gi **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 563120630 (Expires 20 Mar. 2018) **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 ( amended on 29 Jun. 2023 ) **Other information:** na

**KPi.069 Name:** 1: KO 2: CHOL MAN 3: na 4: na
**Title:** na **Designation:** Ko Chol Man is an overseas Foreign Trade Bank representative **DOB:** 30 Sep. 1967 **POB:**  **Good quality a.k.a.:** Ko Ch'o'l-man **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 472420180 **National identification no:** na **Address:** na **Listed on:** 22 Dec. 2017 **Other information:** Gender: male

**KPi.070 Name:** 1: KU 2: JA HYONG 3: na 4: na
**Title:** na **Designation:** Ku Ja Hyong is a Foreign Trade Bank chief representative in Libya **DOB:** 8 Sep. 1957 **POB:**  **Good quality a.k.a.:** Ku Cha-hyo'ng **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** Libya **Listed on:** 22 Dec. 2017 **Other information:** Location Libya. Gender: male

**CDi.022 Name:** 1: LAURENT 2: NKUNDA 3: na 4: na
**Title:** na **Designation:** na **DOB: a)** 6 Feb. 1967 **b)** 2 Feb. 1967 **POB:** Rutshuru, North Kivu, Democratic Republic of the Congo **Good quality a.k.a.: a)** Nkunda Mihigo Laurent **b)** Laurent Nkunda Bwatare **c)** Laurent Nkundabatware **d)** Laurent Nkunda Mahoro Batware **e)** Laurent Nkunda Batware **Low quality a.k.a.: a)** Chairman **b)** General Nkunda **c)** Papa Six **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 1 Nov. 2005 **Other information:** Former RCD-G General. Founder, National Congress for the People's Defense, 2006; Senior Officer, Rally for Congolese Democracy-Goma (RCD-G), 1998-2006; Officer Rwandan Patriotic Front (RPF), 1992-1998. Laurent Nkunda was arrested by Rwandan authorities in Rwanda in January 2009 and replaced as the commander of the CNDP. Since then, he has been under house arrest in Kigali, Rwanda. DRC Government's request to extradite Nkunda for crimes committed in eastern DRC has been refused by Rwanda. In 2010, Nkunda's appeal for illegal detention was rejected by Rwandan court in Gisenyi, ruling that the matter should be examined by a military court. Nkunda's lawyers appealed with the Rwandan Military Court. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.013 Name:** 1: LEODOMIR 2: MUGARAGU 3: na 4: na
**Title:** na **Designation:** na **DOB: a)** 1954 **b)** 1953 **POB: a)** Kigali, Rwanda **b)** Rushashi, Northern Province, Rwanda **Good quality a.k.a.: a)** Manzi Leon **b)** Leo Manzi **Low quality a.k.a.:** na **Nationality:** Rwanda **Passport no:** na **National identification no:** na **Address:** FDLR HQ at Kikoma forest, Bogoyi, Walikale, North Kivu, Democratic Republic of the Congo (As of June 2011.) **Listed on:** 1 Dec. 2010 **Other information:** FDLR-FOCA Chief of Staff, in charge of administration. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.014 Name:** 1: LEOPOLD 2: MUJYAMBERE 3: na 4: na
**Title:** na **Designation: a)** FDLR-FOCA Chief of Staff **b)** FDLR-FOCA Interim Deputy Commander **DOB: a)** 17 Mar. 1962 **b)** Approximately 1966 **POB:** Kigali, Rwanda **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Musenyeri **b)** Achille **c)** Frere Petrus Ibrahim **Nationality:** Rwanda **Passport no:** na **National identification no:** na **Address:** Kinshasa, Democratic Republic of the Congo (as of June 2016) **Listed on:** 3 Mar. 2009 ( amended on 13 Oct. 2016 ) **Other information:** Became acting FDLR-FOCA Deputy Commander in 2014. Captured in Goma, DRC by Congolese security services in early May 2016 and transferred to Kinshasa. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.034 Name:** 1: LUCIEN 2: NZAMBAMWITA 3: na 4: na
**Title:** na **Designation:** na **DOB:** 1966 **POB:** Cellule Nyagitabire, Sector Ruvune, Commune Kinyami, Prefecture Byumba, Rwanda **Good quality a.k.a.:** André Kalume **Low quality a.k.a.:** na **Nationality:** Rwanda **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 1 Feb. 2018 **Other information:** He is a threat to the peace, stability and security of the DRC under UNSCR 2293 paragraph 7(j). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**HTi.007 Name:** 1: LUCKSON 2: ELAN 3: na 4: na
**Title:** na **Designation:** Leader of Gran Grif gang. **DOB:** 6 Jan. 1988 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Haiti **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Sep. 2024 **Other information:** Gender: Male. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.034 Name:** 1: M. JAVAD 2: KARIMI SABET 3: na 4: na
**Title:** na **Designation:** Head of Novin Energy Company, which is designated under resolution 1747 (2007) (designated under IRe.046). **DOB:** 25 Jul. 1973 **POB:  Good quality a.k.a.:** Mohammed Sabet; Mohammad Sabet b) M. Javad Kareemi Sabet; M. Jawad Kareemi Sabet; M. Jawad Karimi Sabet **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.03.I.8]

**SOi.013 Name:** 1: MAALIM 2: SALMAN 3: na 4: na
**Title:** na **Designation:** na **DOB:** Approximately 1979 **POB:** Nairobi, Kenya **Good quality a.k.a.: a)** Mu'alim Salman **b)** Mualem Suleiman **c)** Ameer Salman **d)** Ma'alim Suleiman **e)** Maalim Salman Ali **f)** Maalim Selman Ali **g)** Ma'alim Selman **h)** Ma'alin Sulayman **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Somalia **Listed on:** 23 Sep. 2014 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.019 Name:** 1: MAALIM 2: AYMAN 3: na 4: na
**Title:** na **Designation:** Founder and leader of Jaysh Ayman, an al-Shabaab unit conducting attacks and operations in Kenya and Somalia **DOB: a)** 1973 **b)** 1983 **POB:** Kenya **Good quality a.k.a.: a)** Ma'alim Ayman **b)** Mo'alim Ayman **c)** Nuh Ibrahim Abdi **d)** Ayman Kabo **e)** Abdiaziz Dubow Ali **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address: a)** (Kenya/Somalia border) **b)** Badamadow, Lower Juba Region, Somalia **Listed on:** 26 Feb. 2021 **Other information:** Listed pursuant to paragraph 8(a) of resolution 1844 (2008) as "Engaging in or providing support for acts that threaten the peace, security or stability of Somalia, including acts that threaten the Djibouti Agreement of 18 August 2008 or the political process, or threaten the TFIs or AMISOM by force." Ayman helped with preparations for the 5 January 2020 attack on Camp Simba in Lamu County, Kenya. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.363 Name:** 1: MAGHOMED 2: MAGHOMEDZAKIROVICH 3: ABDURAKHMANOV 4: na
**Name (original script):** Абдурахманов Магомед Магомедзакирович
**Title:** na **Designation:** na **DOB:** 24 Nov. 1974 **POB:** Khadzhalmahi Village, Levashinskiy District, Republic of Dagestan, Russian Federation **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Banat (original script: Абу Банат) **b)** Abu al Banat (original script: Абу аль Банат) **Nationality:** Russian Federation **Passport no:** Russian foreign travel passport number 515458008 (expires 30 May 2017) **National identification no:** Russian Federation national passport number 8200203535 **Address: a)** Turkey (possible location) **b)** Syrian Arab Republic (previous confirmed location since Sep. 2012) **Listed on:** 2 Oct. 2015 ( amended on 24 Nov. 2020 ) **Other information:** As at Aug. 2015, leader of Jamaat Abu Banat terrorist group, which forms part of the Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), and operates on the outskirts of Syrian Arab Republic cities Aleppo and Idlib, extorting funds from and carrying out kidnappings and public executions of local Syrians. Physical description: eye colour brown, hair colour: dark, build: strong, straight nose, height: 180-185 cm, speaks Russian, English, Arabic. Wanted by the authorities of the Russian Federation for terrorist crimes committed in its territory. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.020 Name:** 1: MAHAD 2: KARATE 3: na 4: na
**Title:** na **Designation:** na **DOB:** Between 1957 and 1962 **POB:** Xararadheere, Somalia **Good quality a.k.a.:**

**a)** Mahad Mohamed Ali Karate **b)** Mahad Warsame Qalley Karate **c)** Abdirahim Mohamed Warsame **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Somalia **Listed on:** 26 Feb. 2021 **Other information:** Listed pursuant to paragraph 8(a) of resolution 1844 (2008) as "Engaging in or providing support for acts that threaten the peace, security or stability of Somalia, including acts that threaten the Djibouti Agreement of 18 August 2008 or the political process, or threaten the TFIs or AMISOM by force." Karate played a key role in the Amniyat, the wing of al-Shabaab responsible for the recent attack on Garissa University College in Kenya that resulted in nearly 150 deaths. The Amniyat is al-Shabaab's intelligence wing, which plays a key role in the execution of suicide attacks and assassinations in Somalia, Kenya, and other countries in the region, and provides logistics and support for al-Shabaab's terrorist activities. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.015 Name:** 1: MAHFOUZ 2: OULD 3: AL-WALID 4: na
**Name (original script):** محفوظ ولد الوليد
**Title:** na **Designation:** na **DOB:** 1 Jan. 1975 **POB:** Mauritania **Good quality a.k.a.: a)** Abu Hafs the Mauritanian **b)** Khalid Al-Shanqiti **c)** Mafouz Walad Al-Walid **Low quality a.k.a.:** na **Nationality:** Mauritania **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 6 Oct. 2001 ( amended on 1 Jun. 2007, 10 Jun. 2011, 24 Nov. 2020 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.055 Name:** 1: MAHMOOD 2: SULTAN 3: BASHIR-UD-DIN 4: na
**Title:** na **Designation:** na **DOB: a)** 1937 **b)** 1938 **c)** 1939 **d)** 1940 **e)** 1941 **f)** 1942 **g)** 1943 **h)** 1944 **i)** 1945 **POB:  Good quality a.k.a.: a)** Mahmood, Sultan Bashiruddin **b)** Mehmood, Dr. Bashir Uddin **c)** Mekmud, Sultan Baishiruddin **Low quality a.k.a.:** na **Nationality:** Pakistan **Passport no:** na **National identification no:** na **Address:** Street 13, Wazir Akbar Khan, Kabul, Afghanistan **Listed on:** 24 Dec. 2001 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.266 Name:** 1: MAHMOUD 2: MOHAMMAD 3: AHMED 4: BAHAZIQ
**Title:** na **Designation:** na **DOB: a)** 17 Aug. 1943 **b)** 1943 **c)** 1944 **POB:** India **Good quality a.k.a.: a)** Bahaziq Mahmoud **b)** Abu Abd al-'Aziz **c)** Abu Abdul Aziz **d)** Shaykh Sahib **Low quality a.k.a.:** na **Nationality:** Saudi Arabia **Passport no:** na **National identification no:** Saudi Arabia 4-6032-0048-1 **Address:** Saudi Arabia **Listed on:** 10 Dec. 2008 ( amended on 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Financier of Lashkar-e-Tayyiba (listed under permanent reference number QDe.118). Has served as the leader of Lashkar-e-Tayyiba in Saudi Arabia. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.054 Name:** 1: MAJEED 2: ABDUL CHAUDHRY 3: na 4: na
**Title:** na **Designation:** na **DOB: a)** 15 Apr. 1939 **b)** 1938 **POB:  Good quality a.k.a.: a)** Majeed, Abdul **b)** Majeed Chaudhry Abdul **c)** Majid, Abdul **Low quality a.k.a.:** na **Nationality:** Pakistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 24 Dec. 2001 ( amended on 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Reportedly deceased. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SSi.007 Name:** 1: MALEK 2: REUBEN 3: RIAK 4: RENGU
**Title:** Lieutenant General **Designation: a)** Deputy Chief of General Staff for Logistics **b)** Deputy Chief of Defence Staff and Inspector General of the Army **DOB:** 1 Jan. 1960 **POB:** Yei, South Sudan **Good quality a.k.a.:** Malek Ruben **Low quality a.k.a.:** na **Nationality:** South Sudan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 13 Jul. 2018 **Other information:** As SPLA Deputy Chief of Staff for Logistics, Riak was one of the senior officials of the Government of South Sudan who planned and oversaw an offensive in Unity state in 2015 that resulted in widespread destruction and large population displacement. click here

**TAi.154 Name:** 1: MALIK 2: NOORZAI 3: na 4: na
**Name (original script):** مالک نورزی
**Title:** Haji **Designation:** na **DOB: a)** 1957 **b)** 1960 **c)** 1 Jan. 1963 **POB: a)** Chaman border town, Pakistan **b)** Pishin, Baluchistan Province, Pakistan **Good quality a.k.a.: a)** حاجی مالک نورزی (Hajji Malik Noorzai; Hajji Malak Noorzai; Haji Malek Noorzai) **b)** Allah Muhammad **Low quality a.k.a.: a)** Haji Maluk **b)** Haji Aminullah **Nationality:** Afghanistan **Passport no:** FA0157612, issued on 23 Jul. 2009, issued in Pakistan (expires on 22 Jul. 2014 , officially cancelled as of 2013 , issued under name Allah Muhammad) **National identification no:** 54201-247561-5, issued in Pakistan (officially cancelled as of 2013) **Address: a)** Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan **b)** Kalay Rangin, Spin Boldak District, Kandahar province, Afghanistan **Listed on:** 4 Oct. 2011 ( amended on 29 Nov. 2011, 1 Jun. 2012, 11 Feb. 2014 ) **Other information:** Taliban financier. Owns businesses in Japan and frequently travels to Dubai, United Arab Emirates, and Japan. As of 2009, facilitated Taliban activities, including through recruitment and the provision of logistical support. Believed to be in the Afghanistan/Pakistan border area. Belongs to Noorzai tribe. Brother of Faizullah Khan Noorzai (TAi.153). Father's name is Haji Akhtar Muhammad. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**GBi.011 Name:** 1: MAMADU 2: TURE 3: na 4: na
**Title:** na **Designation: a)** Major General **b)** Deputy Chief of Staff of the Armed Forces **DOB:** 26 Apr. 1947 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** N'Krumah **Nationality:** Guinea-Bissau **Passport no:** DA0002186, issued on 30 Mar. 2007, issued in Guinea-Bissau (Expiration date 26 Aug. 2013) **National identification no:** na **Address:** na **Listed on:** 18 May 2012 **Other information:** Ture was listed on 18 May 2012 pursuant to paragraph 4 of resolution 2048 (2012) as "Member of the "Military Command" which has assumed responsibility for the coup d'état of 12 April 2012." INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**YEi.010 Name:** 1: MANSUR 2: AL-SA'ADI 3: na 4: na
**Name (original script):** منصور السعادي
**Title:** na **Designation:** Major General, Houthi Commander of Yemen's Naval and Coastal Defense Forces **DOB:** 1988 **POB:** Yemen **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Mansoor Ahmed Al Saadi **b)** Mansur Ahmad al-Sa'adi **c)** Abu Sajjad **Nationality:** Yemen **Passport no:** na **National identification no:** na **Address:** Yemen **Listed on:** 26 Sep. 2022 **Other information:** Houthi Naval Forces Chief of Staff, who has masterminded lethal attacks against international shipping in the Red Sea, plays a leading role in Houthi naval efforts that directly threaten the peace, security, and stability of Yemen. Physical Description: Eye Color: Brown; Hair: Brown. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SSi.005 Name:** 1: MARIAL 2: CHANUONG 3: YOL 4: MANGOK
**Title:** na **Designation: a)** Sudan People's Liberation Army Major General **b)** Commander, Presidential Guard Unit **DOB:** 1 Jan. 1960 **POB:  Good quality a.k.a.: a)** Marial Chinuong **b)** Marial Chan **c)** Marial Chanoung Yol **d)** Marial Chinoum **Low quality a.k.a.:** na **Nationality:** South Sudan **Passport no:** R00005943, South Sudan **National identification no:** na **Address:** na **Listed on:** 1 Jul. 2015 **Other information:** His Presidential Guard led the slaughter of Nuer civilians in and around Juba, many who were buried in mass graves. One such grave was purported to contain 200-300 civilians. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CFi.013 Name:** 1: MARTIN 2: KOUMTAMADJI 3: na 4: na
**Title:** na **Designation:** President and commander-in-chief of the Front Démocratique du Peuple Centrafricain (FDPC) **DOB: a)** 5 Oct. 1965 **b)** 3 Mar. 1965 **POB: a)** Ndïnaba, Chad **b)** Kobo, Central African Republic **c)** Kabo, Central African Republic **Good quality a.k.a.: a)** Abdoulaye Miskine **b)** Abdoullaye Miskine **c)** Martin Nadingar Koumtamadji **d)** Martin Nkoumtamadji **e)** Martin Koumta Madji **f)** Omar Mahamat **Low quality a.k.a.:** na **Nationality: a)** Chad **b)** Central African Republic **c)** Congo **Passport no: a)** CAR diplomatic passport no. 06FBO2262, issued on 22 Feb. 2007 (expired on 21 Feb. 2012) **b)** Congo service passport number SA0020249, issued on 22 Jan. 2019 (expires on 21 January 2022) **National identification no:** na **Address: a)** Am Dafock, Vakaga prefecture, Central African Republic **b)** Ndjamena, Chad (since his arrest in November 2019) **Listed on:** 20 Apr. 2020 ( amended on 5 May 2020, 28 Jul. 2020 ) **Other information:** Martin Koumtamadji founded the FDPC in 2005. He joined the Séléka coalition in December 2012 before leaving it in April 2013 after the rebels took power in Bangui. After being arrested in Cameroon, he was then transferred to Brazzaville in the Republic of Congo. He always remained in command of his troops on the ground in the CAR even when he was in Brazzaville before returning to the CAR (between November 2014 and 2019). The FDPC signed the Political Agreement for Peace and Reconciliation in the CAR on 6 February 2019 but Martin Koumtamadji remains a threat to the peace, stability and security of the CAR. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. click here

**CDi.020 Name:** 1: MATHIEU, CHUI 2: NGUDJOLO 3: na 4: na
**Title:** na **Designation:** na **DOB:** 8 Oct. 1970 **POB:** Bunia, Ituri Province, Democratic Republic of the Congo **Good quality a.k.a.:** Cui Ngudjolo **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** Democratic Republic of the Congo **Listed on:** 1 Nov. 2005 ( amended on 13 Oct. 2016 ) **Other information:** Arrested by MONUC in Bunia in October 2003. Surrendered by the Government of the DRC to the International Criminal Court on 7 February 2008. Acquitted of all charges by the ICC in December 2012, and the verdict was upheld by the Appeals Chamber on 27 February 2015. Ngudjolo filed a claim for asylum in the Netherlands, but was denied. He was deported to the DRC on 11 May 2015. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.296 Name:** 1: MATI UR-REHMAN 2: ALI MUHAMMAD 3: na 4: na
**Name (original script):** مطيع الرحمن على محمد
**Title:** na **Designation:** na **DOB:** Approximately 1977 **POB:** Chak number 36/DNB, Rajkan, Madina Colony, Bahawalpur District, Punjab Province, Pakistan **Good quality a.k.a.: a)** Mati-ur Rehman **b)** Mati ur Rehman **c)** Matiur Rahman **d)** Matiur Rehman **e)** Matti al-Rehman **f)** Abdul Samad **g)** Samad Sial **h)** Abdul Samad Sial **i)** Ustad Talha **j)** Qari Mushtaq **Low quality a.k.a.: a)** Tariq **b)** Hussain **Nationality:** Pakistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 22 Aug. 2011 ( amended on 10 May 2012, 17 Oct. 2013, 24 Nov. 2020, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Physical description: 5 feet 2 inches; 157.4 cm. Name of father: Ali Muhammad. Mati ur-Rehman is the chief operational commander of Lashkar i Jhangvi (LJ) (QDe.096). Associated with Harakat-ul Jihad Islami (QDe.130). Reportedly deceased. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.020 Name:** 1: MATIULLAH 2: na 3: na 4: na
**Name (original script):** مطيع الله
**Title:** Mullah **Designation:** Director, Kabul Custom House under the Taliban regime **DOB:** Approximately 1973 **POB:** Daman District, Kandahar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Works on recruitment for the Taliban movement as of mid-2013. Believed to be in Afghanistan/Pakistan border area. Belongs to Popalzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.008 Name:** 1: MATUQ 2: MOHAMMED 3: MATUQ 4: na
**Title:** na **Designation:** Secretary for Utilities **DOB:** 1956 **POB:** Khoms, Libya **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 26 Feb. 2011 ( amended on 2 Apr. 2012 ) **Other information:** Listed pursuant to paragraph 15 of resolution 1970 (Travel Ban). Listed on 17 March 2011 pursuant to paragraph 17 of resolution 1970 (Asset Freeze). Believed status/location: unknown, believed captured. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.352 Name:** 1: MAULANA 2: FAZLULLAH 3: na 4: na
**Title:** na **Designation:** na **DOB:** 1974 **POB:** Kuza Bandai village, Swat Valley, Khyber Pakhtunkhawa Province, Pakistan **Good quality a.k.a.: a)** Mullah Fazlullah **b)** Fazal Hayat **Low quality a.k.a.:** Mullah Radio **Nationality:** na **Passport no:** na **National identification no:** na **Address:** (Afghanistan / Pakistan border region) **Listed on:** 7 Apr. 2015 ( amended on 1 May 2019, 30 Oct. 2023, 19 Dec. 2023 ) **Other information:** Confirmed deceased on 13 June 2018. Commander of Tehrik-e Taliban Pakistan (TTP) (QDe.132) since 7 Nov. 2013. Led the local TTP in Pakistan's northwest valley of Swat from 2007 to 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019.Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.434 Name:** 1: MAULAWI 2: RAJAB 3: na 4: na
**Title:** na **Designation:** na **DOB:** 1976 **POB:** Afghanistan **Good quality a.k.a.:** Maulawi Rajab Salahudin **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** Paghman District, Kabul Province, Afghanistan **Listed on:** 26 Apr. 2023 **Other information:** Senior leader of the Islamic State in Iraq and the Levant - Khorasan (ISIL - K) (QDe.161). click here

**QDi.141 Name:** 1: MAXAMED 2: CABDULLAAH 3: CIISE 4: na
**Title:** na **Designation:** na **DOB:** 8 Oct. 1974 **POB:** Kismaayo, Somalia **Good quality a.k.a.: a)** Maxamed Cabdullaahi Ciise **b)** Maxammed Cabdullaahi **c)** Cabdullah Mayamed Ciise **Low quality a.k.a.:** na **Nationality:** Somalia **Passport no:** na **National identification no:** na **Address:** Somalia **Listed on:** 12 Nov. 2003 ( amended on 9 Sep. 2005, 30 Jan. 2009, 20 Apr. 2009, 21 Oct. 2010, 17 Aug. 2015, 24 Nov. 2020 ) **Other information:** Present in Somalia as of Apr. 2009 following transfer from United Kingdom. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.378 Name:** 1: MAXIME 2: HAUCHARD 3: na 4: na
**Title:** na **Designation:** na **DOB:** 17 Mar. 1992 **POB:** Saint Aubin les Elbeuf, Normandy, France **Good quality a.k.a.:** na **Low quality a.k.a.:** Abou Abdallah al Faransi **Nationality:** France **Passport no:** na **National identification no:** French national identity card number 101127200129 (issued by the Sous-Préfecture of Bernay, France and expires 4 Nov. 2020) **Address:** Syrian Arab Republic (as at Sep. 2015) **Listed on:** 29 Sep. 2015 ( amended on 24 Jun. 2016, 15 Nov. 2021 ) **Other information:** French foreign terrorist fighter for Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). French arrest warrant issued on 20 Jan. 2015 by a magistrate of the anti-terrorism division of the Prosecutor's Office in Paris for murder in connection with a terrorist entity and participation in a terrorist criminal association. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.337 Name:** 1: MAYSAR ALI 2: MUSA 3: ABDALLAH 4: AL-JUBURI
**Title:** Amir **Designation:** na **DOB: a)** 1 Jun. 1976 **b)** 1976 **POB: a)** Al-Shura, Mosul, Iraq **b)** Hararah, Ninawa Province, Iraq **Good quality a.k.a.: a)** Muyassir al-Jiburi **b)** Muyassir Harara **c)** Muyassir al-Shammari **d)** Muhammad Khalid Hassan **Low quality a.k.a.: a)** Al-Shammari **b)** Mus'ab al-Qahtani **c)** Abu Maria al-Qatani **d)** ABU UMAR (Responsable de la charia du Front el-Nosra pour le peuple du Levant (QDe.137) au début de 2014. Serait décédé le 2 avril 2024 en République arabe syrienne. Nom de la mère : Subhah Muhammad Sayf. L'examen de l'inscription en application de la résolution 2368 (2017) s'est achevé le 4 déc.

2019. La révision prévue par la résolution 2610 (2021) du Conseil de sécurité a été achevée le 30 octobre 2023. ) **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Sep. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023, 2 Dec. 2024 ) **Other information:** Sharia amir of Al-Nusrah Front for the People of the Levant (QDe.137) as of early 2014. Reportedly died in the Syrian Arab Republic on 2 April 2024, Mother's name: Subhah Muhammad Sayf. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019 Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.072 Name:** 1: MEHDI 2: BEN MOHAMED 3: BEN MOHAMED 4: KAMMOUN
**Name (original script):** المهدي بن محمد بن محمد كمون
**Title:** na **Designation:** na **DOB:** 3 Apr. 1968 **POB:** Tunis, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.:** Salmane **Nationality:** Tunisia **Passport no:** Tunisia number M307707, issued on 12 Apr. 2000 (expired on 11 Apr. 2005) **National identification no:** na **Address:** Via Masina Number 7, Milan, Italy **Listed on:** 3 Sep. 2002 ( amended on 20 Dec. 2005, 7 Jun. 2007, 23 Dec. 2010, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Italian Fiscal Code: KMMMHD68D03Z352N. Deported from Italy to Tunisia on 22 July 2005. Serving an eight-year prison term in Tunisia for membership of a terrorist organization abroad as at Jan. 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023 INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.020 Name:** 1: MEHRDADA AKHLAGHI 2: KETABACHI 3: na 4: na
**Title:** na **Designation:** Head of the Shahid Bagheri Industrial Group (SBIG), which is designated under resolution 1737 (2006) for its role in the ballistic missile programme (designated under IRe.066). **DOB:** 10 Sep. 1958 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** A0030940, issued in Iran (Islamic Republic of) **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.47.C.6]

**QDi.092 Name:** 1: MEHREZ 2: BEN MAHMOUD 3: BEN SASSI 4: AL-AMDOUNI
**Name (original script):** محرز بن محمود بن ساسي العمدوني
**Title:** na **Designation:** na **DOB:** 18 Dec. 1969 **POB:** Asima-Tunis, Tunisia **Good quality a.k.a.: a)** Fabio Fusco born 25 May 1968 in Naples, Italy **b)** Fabio Fusco born 18 Dec. 1968 in Tunisia **c)** Fabio Fusco born 25 May 1968 in Algeria **d)** Mohamed Hassan **e)** Meherez Hamdouni **f)** Amdouni Mehrez ben Tah born 14 Jul. 1969 in Tunisia **g)** Meherez ben Ahdoud ben Amdouni **Low quality a.k.a.:** Abu Thale **Nationality:** Tunisia **Passport no:** Tunisia number G737411, issued on 24 Oct. 1990 (expired on 20 Sep. 1997) **National identification no:** na **Address:** Italy **Listed on:** 25 Jun. 2003 ( amended on 26 Nov. 2004, 20 Dec. 2005, 17 Oct. 2007, 16 Sep. 2008, 24 Mar. 2009, 12 Jul. 2010, 16 May 2011, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Father's name is Mahmoud ben Sasi. Mother's name is Maryam bint al-Tijani. Inadmissible to the Schengen area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.223 Name:** 1: MERAI 2: ABDEFATTAH 3: KHALIL 4: ZOGHBI
**Name (original script):** مرعي عبدفتاح خليل زغبي
**Title:** na **Designation:** na **DOB: a)** 4 Apr. 1969 **b)** 4 Apr. 1960 **c)** 4 Jun. 1960 **POB:** Bengasi, Libya **Good quality a.k.a.: a)** Mohamed Lebachir born 14 Jan. 1968 in Morocco **b)** Meri Albdelfattah Zgbye born 4 Jun. 1960 in Bendasi, Libya **c)** Zoghbai Merai Abdul Fattah **d)** Lazrag Faraj born 13 Nov. 1960 in Libya **e)** Larzg Ben Ila born 11 Aug. 1960 in Libya **f)** Muhammed El Besir **g)** Merai Zoghbai (previously listed as, in Arabic: مرعي زغبي) **Low quality a.k.a.: a)** F'raji di Singapore **b)** F'raji il Libico **c)** Farag **d)** Fredj born 13 Nov. 1960  in Libya **Nationality:** Libya **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 2 Aug. 2006 ( amended on 3 Jun. 2009, 1 Sep. 2009, 13 Dec. 2011, 21 Mar. 2017, 24 Nov. 2020, 8 Nov. 2022, 2 Jun. 2023 ) **Other information:** Considered a fugitive from justice by the Italian authorities and sentenced in

absentia to 6 years imprisonment on 20 Nov. 2008. Member of Libyan Islamic Fighting Group (QDe.011). Mother's name is Wanisa Abdessalam. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 Jul. 2009. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.041 Name:** 1: MICHEL 2: RUKUNDA 3: na 4: na
**Title:** na **Designation:** Commander and military leader of the armed group Twirwaneho **DOB:** 12 Sep. 1974 **POB:** Minembwe, South Kivu, Democratic Republic of the Congo **Good quality a.k.a.:** na **Low quality a.k.a.:** MAKANIKA **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** Democratic Republic of the Congo **Listed on:** 20 Feb. 2024 **Other information:** Listed pursuant to paragraph 7 (c), 7 (d), and 7 (e) of resolution 2293 (2016) as "being political and military leaders of Congolese militias, including those receiving support from outside the DRC, who impede the participation of their combatants in disarmament, demobilization and reintegration processes"; "recruiting or using children in armed conflict in the DRC in violation of applicable international law"; "planning, directing, or committing acts in the DRC that constitute human rights violations or abuses or violations of international humanitarian law, as applicable, including those acts involving the targeting of civilians, including killing and maiming, rape and other sexual violence, abduction, forced displacement, and attacks on schools and hospitals" and "acting on behalf of or at the direction of a designated individual or entity, or acting on behalf of or at the direction of an entity owned or controlled by a designated individual or entity", as extended by resolution 2688 (2023). As a military leader of an armed Congolese militia, MICHEL RUKUNDA is involved in promulgating and supporting the group's activities. click here

**KPi.047 Name:** 1: MIN 2: BYONG CHOL 3: na 4: na
**Title:** na **Designation:** Member of the Worker's Party of Korea's Organization and Guidance Department, which directs key personnel appointments for the Workers' Party of Korea and the DPRK's military **DOB:** 10 Aug. 1948 **POB:**  **Good quality a.k.a.: a)** Min Pyo'ng-ch'o'l **b)** Min Byong-chol **c)** Min Byong Chun **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017 **Other information:** Gender: male

**IQi.023 Name:** 1: MIZBAN 2: KHADR 3: HADI 4: na
**Name (original script):** مزبان خضر هادي
**Title:** na **Designation:** na **DOB:** 1938 **POB:** Mandali District, Diyala, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.304 Name:** 1: MOCHAMMAD 2: ACHWAN 3: na 4: na
**Title:** na **Designation:** na **DOB: a)** 4 May 1948 **b)** 4 May 1946 **POB:** Tulungagung, Indonesia **Good quality a.k.a.: a)** Muhammad Achwan **b)** Muhammad Akhwan **c)** Mochtar Achwan **d)** Mochtar Akhwan **e)** Mochtar Akwan **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** na **National identification no: a)** Indonesia National Identity Card 3573010405480001 **b)** Indonesia National Identity Card 353010405480001 **Address:** Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, 65127, Indonesia **Listed on:** 12 Mar. 2012 ( amended on 15 Nov. 2021, 27 May 2022 ) **Other information:** Acting emir of Jemmah Anshorut Tauhid (JAT) (QDe.133). Associated with Abu Bakar Ba'asyir (QDi.217), Abdul Rahim Ba'aysir (QDi.293) and Jemaah Islamiyah (QDe.092). Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.086 Name:** 1: MOHAMAD 2: IQBAL 3: ABDURRAHMAN 4: na
**Title:** na **Designation:** na **DOB:** 17 Aug. 1957 **POB: a)** Korleko-Lombok Timur, Indonesia **b)** Tirpas-Selong Village, East Lombok, Indonesia **Good quality a.k.a.: a)** Rahman, Mohamad Iqbal **b)** A Rahman, Mohamad Iqbal **c)** Abu Jibril Abdurrahman **d)** Fikiruddin Muqti **e)** Fihiruddin Muqti **f)** Abdul Rahman, Mohamad Iqbal **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** na **National identification no:**

3603251708570001 **Address:** Jalan Nakula, Komplek Witana Harja III Blok C 106-107, Tangerang, Indonesia **Listed on:** 28 Jan. 2003 ( amended on 26 Nov. 2004, 16 May 2011, 10 Jun. 2011, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.417 Name:** 1: MOHAMAD 2: RAFI 3: BIN UDIN 4: na
**Title:** na **Designation:** na **DOB:** 3 Jun. 1966 **POB:** Negri Sembilan, Malaysia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Mohd Radi Bin Udin **b)** Abu Awn al Malizi **c)** Muhammad Ratin **d)** Muhammad Rafiuddin **e)** Abu Una al Malayzie **f)** Mhammad Rahim Bin Udin **g)** Abu Ayn Tok Cit **h)** Muhammad Ratin Bin Nurdin **Nationality: a)** Malaysia **b)** Indonesia **Passport no:** Malaysia number A31142734, issued on 6 Nov. 2013 (issued by the Immigration Department of Malaysia, expiration date 6 Nov. 2015) **National identification no:** Malaysia National Identification Card 660603-05-5267 (issued by National Registration Department of Malaysia; issued to Mohd Rafi bin Udin) **Address: a)** B-3B-19 Glenview Villa, Jalan 49 Off Jalan Kuari, Taman Pinggiran Cheras, 56000, Kuala Lumpur, Wilayah Persekutuan Kuala Lumpur, Malaysia (as at 30 Jan. 2014) **b)** 90-00-04 Flat Sri Kota, Bandar Tun Razak, 56100, Kuala Lumpur, Wilayah Persekutuan Kuala Lumpur, Malaysia (as at 23 Apr. 2010) **c)** 96-06-06 Flat Sri Kota, Bandar Tun Razak, 56100, Kuala Lumpur, Wilayah Persekutuan Kuala Lumpur, Malaysia (as at 6 Apr. 2007) **d)** Syrian Arab Republic (location since 2014) **Listed on:** 23 Aug. 2018 ( amended on 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** Senior member of Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Recruited for ISIL and instructed individuals to perpetrate terrorist acts via online video. Reportedly deceased. Physical description: eye colour: brown; hair colour: brown; complexion: dark. Speaks Malay, English, limited Arabic. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.319 Name:** 1: MOHAMED 2: LAHBOUS 3: na 4: na
**Name (original script):** محمد لحبوس
**Title:** na **Designation:** na **DOB:** 1978 **POB:** Mali **Good quality a.k.a.: a)** Mohamed Ennouini **b)** Hassan **c)** Hocine **Low quality a.k.a.:** na **Nationality:** Mali **Passport no:** na **National identification no:** na **Address:** Mali **Listed on:** 24 Oct. 2013 ( amended on 29 Mar. 2019, 1 May 2019, 8 Nov. 2022 ) **Other information:** Member of the Mouvement pour l'Unification et le Jihad en Afrique de l'Ouest (MUJAO) (QDe.134). Reportedly deceased as of 14 February 2018 . Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 February 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.147 Name:** 1: MOHAMED 2: AMIN 3: MOSTAFA 4: na
**Name (original script):** محمد أمين مصطفى
**Title:** na **Designation:** na **DOB:** 11 Oct. 1975 **POB:** Kirkuk, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Via della Martinella 132, Parma, Italy (Domicile) **Listed on:** 12 Nov. 2003 ( amended on 9 Sep. 2005, 7 Jun. 2007, 16 May 2011, 25 Oct. 2016, 1 May 2019, 8 Nov. 2022, 14 Nov. 2023 ) **Other information:** Under administrative control measure in Italy which expired on 15 Jan. 2012. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.042 Name:** 1: MOHAMED 2: ALI 3: NKALUBO 4: na
**Title:** na **Designation:** Allied Democratic Forces (ADF) senior leader for operations/organization/support, and also communication and propaganda **DOB: a)** 1987 **b)** 1988 **c)** 1991 **d)** 1992 **e)** 1993 **POB:** Kampala,

Uganda **Good quality a.k.a.: a)** MEDDIE NKALUBO **b)** MEDDIE LEE **Low quality a.k.a.: a)** KASIBANTE **b)** ABOU SHAUKAN **c)** DEFENDER **d)** PUNNY BOY **e)** ABUL JIHAD **f)** ABU SHAUKAN **g)** PUNISHER **Nationality:** Uganda **Passport no:** na **National identification no:** na **Address:** Democratic Republic of the Congo **Listed on:** 20 Feb. 2024 **Other information:** Listed pursuant to paragraphs 7 (b), 7 (d), 7 (e), and 7 (h) of resolution 2293 (2016) as "being political and military leaders of foreign armed groups operating in the DRC who impede the disarmament and the voluntary repatriation or resettlement of combatants belonging to those groups; "recruiting or using children in armed conflict in the DRC in violation of applicable international law; "planning, directing, committing acts in the DRC that constitute human rights violations or abuses or violations of international humanitarian law, as applicable, including those acts involving the targeting of civilians, including killing and maiming, rape and other sexual violence, abduction, forced displacement, and attacks on schools and hospitals"; and "acting on behalf of or at the direction of a designated individual or entity, or acting on behalf of or at the direction of an entity owned or controlled by a designated individual or entity", as reaffirmed by paragraph 2 of resolution 2688 (2023). As a leader of ADF (CDe.001), MOHAMED ALI NKALUBO is involved in planning, promulgating and supporting the armed group's activities. He has effective command and control over the group's combatants. click here

**QDi.060 Name:** 1: MOHAMED 2: BEN BELGACEM 3: BEN ABDALLAH 4: AL-AOUADI
**Name (original script):** محمد بن بلقاسم بن عبد الله العوادي
**Title:** na **Designation:** na **DOB:** 11 Dec. 1974 **POB:** Tunis, Tunisia **Good quality a.k.a.: a)** Mohamed Ben Belkacem Aouadi **b)** Fathi Hannachi **Low quality a.k.a.:** na **Nationality:** Tunisia **Passport no:** (Tunisian passport number L 191609 issued on 28 Feb. 1996, expired on 27 Feb. 2001) **National identification no: a)** (04643632 issued on 18 Jun. 1999) **b)** (Italian Fiscal Code: DAOMMD74T11Z352Z) **Address:** 50th Street, Number 23, Zehrouni, Tunis, Tunisia **Listed on:** 24 Apr. 2002 ( amended on 10 Apr. 2003, 26 Nov. 2004, 9 Sep. 2005, 20 Dec. 2005, 31 Jul. 2006, 7 Jun. 2007, 23 Dec. 2010, 24 Nov. 2014, 23 Feb. 2016, 6 Dec. 2019, 7 May 2020, 30 Oct. 2023 ) **Other information:** Head of security wing of Ansar al-Shari'a in Tunisia (AAS-T) (QDe.143). Mother's name is Ourida Bint Mohamed. Deported from Italy to Tunisia on 1 Dec. 2004. Arrested in Tunisia in Aug. 2013. Imprisoned in the civilian prison of Burj al-'Amiri on 13 Sep. 2013. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.062 Name:** 1: MOHAMED 2: LAKHAL 3: na 4: na
**Name (original script):** محمد لكحل
**Title:** na **Designation:** na **DOB:** 5 Feb. 1970 **POB:** Tunis, Tunisia **Good quality a.k.a.: a)** Lased Ben Heni born 5 Feb. 1969 in Tripoli, Libya **b)** Al-As'ad Ben Hani born 5 Feb. 1969 in Tripoli, Libya **c)** Mohamed Ben Belgacem Awani **d)** Mohamed Aouani born 5 Feb. 1970 in Tunis, Tunisia (formerly listed as) **Low quality a.k.a.: a)** Mohamed Abu Abda **b)** Abu Obeida **Nationality:** Tunisia **Passport no:** na **National identification no:** Tunisia W374031, issued on 11 Apr. 2011 **Address:** na **Listed on:** 24 Apr. 2002 ( amended on 26 Nov. 2004, 9 Sep. 2005, 31 Jul. 2006, 23 Dec. 2010, 24 Nov. 2014, 6 Dec. 2019, 7 May 2020, 30 Oct. 2023 ) **Other information:** Professor of Chemistry. Deported from Italy to Tunisia on 27 Aug. 2006. Legally changed family name from Aouani to Lakhal in 2014. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.279 Name:** 1: MOHAMED 2: BELKALEM 3: na 4: na
**Name (original script):** محمد بلكلام
**Title:** na **Designation:** na **DOB:** 19 Dec. 1969 **POB:** Hussein Dey, Algiers, Algeria **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abdelali Abou Dher (عبد العالي ابو ذر) **b)** El Harrachi (الحراشي) **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address: a)** Mali **b)** Cité Djenane Mabrouk, Algiers, Algeria **Listed on:** 22 Apr. 2010 ( amended on 15 Apr. 2014, 6 Dec. 2019, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** Reportedly a member of Jama'a Nusrat ul-Islam wa al-Muslimin (JNIM, QDe.159) as of

November 2023. Convicted in absentia by Algerian tribunal on 28 Mar. 1996. Algerian international arrest warrant number 03/09 of 6 Jun. 2009 issued by the Tribunal of Sidi Mhamed, Algiers, Algeria. Algerian extradition request number 2307/09 of 3 Sep. 2009, presented to Malian authorities. Father's name is Ali Belkalem. Mother's name is Fatma Saadoudi. Member of The Organization of Al-Qaida in the Islamic Maghreb (QDe.014). Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Photograph and fingerprints available for inclusion in INTERPOL-UNSC Special Notice. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.024 Name:** 1: MOHAMED 2: MOHAMUD 3: MIRE 4: na
**Title:** na **Designation:** Previously in charge of Zakat; member of Shura of Al-Shabaab **DOB: a)** 1962 **b)** 1960 **c)** 1955 **POB:** Kismayo, Somalia **Good quality a.k.a.:** na **Low quality a.k.a.:** MOHAMED MIRE **Nationality:** Somalia **Passport no:** na **National identification no:** na **Address: a)** Jilib, Somalia **b)** Qunyo Barrow, Somalia **Listed on:** 21 May 2024 **Other information:** Gender: Male. Listed pursuant to paragraph 26 of resolution 2662 (2022): (a) having engaged in, or provided support for, acts that threatened the peace, security or stability of Somalia, including acts that threatened the peace and reconciliation process in Somalia, or threatened the Federal Government of Somalia or ATMIS by force; and (b)(i) participating in the financing, planning, facilitating, preparing, or perpetrating of acts or activities by, in conjunction with, under the name of, on behalf of, or in support of Al-Shabaab. click here

**SOi.025 Name:** 1: MOHAMED 2: OMAR 3: MOHAMED 4: na
**Title:** Wali **Designation:** Leader (Wali) of the Al-Shabaab group in Diinsor **DOB:** 1976 **POB:** Taflow Village, Berdaale District, Bay Region, Somalia **Good quality a.k.a.: a)** MA'D UMUROW **b)** MOHAMED OMAR HAJI **c)** MOHAMED OMAR MA'ALIN **d)** MOHAMED HAJI OMAR **Low quality a.k.a.:** MO'ALIN **Nationality:** na **Passport no:** na **National identification no:** na **Address: a)** Diinsor District, Bay Region, Somalia **b)** Buur Hakaba District, Bay Region, Somalia **Listed on:** 21 May 2024 **Other information:** Gender: Male. Listed pursuant to paragraph 26(b) of resolution 2662 (2022): (i) participating in the financing, planning, facilitating, preparing, or perpetrating of acts or activities by, in conjunction with, under the name of, on behalf of, or in support of Al-Shabaab; and (iii) recruiting for, or otherwise supporting acts or activities of Al-Shabaab or any cell, affiliate, splinter group or derivative thereof. click here

**IRi.029 Name:** 1: MOHAMMAD 2: QANNADI 3: na 4: na
**Title:** na **Designation:** Vice President for Research and Development of the AEOI **DOB:** 13 Oct. 1952 **POB:** **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iran (Islamic Republic of) **Passport no: a)** 20694, issued in Iran (Islamic Republic of) **b)** A0003044, issued in Iran (Islamic Republic of) **National identification no:** na **Address:** na **Listed on:** 23 Dec. 2006 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.37.C.1]

**IRi.017 Name:** 1: MOHAMMAD 2: HEJAZI 3: na 4: na
**Title:** na **Designation: a)** Brigadier General **b)** Commander of Bassij resistance force **DOB:** 1959 **POB:** Isfahan, Iran (Islamic Republic of) **Good quality a.k.a.:** Mohammed Hijazi **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.47.D.5]

**IRi.014 Name:** 1: MOHAMMAD 2: ESLAMI 3: na 4: na
**Title:** Dr. **Designation:** Head of Iran's Defence Industries Training and Research Institute. **DOB:** na **POB:** **Good quality a.k.a.:** Mohammad Islami; Mohamed Islami; Mohammed Islami **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** Served as Deputy Defence Minister from 2012 to 2013. [Old Reference # I.03.I.6]

**TAi.031 Name:** 1: MOHAMMAD 2: AHMADI 3: na 4: na
**Name (original script):** محمد احمدی

**Title: a)** Mullah **b)** Haji **Designation: a)** President of Central Bank (Da Afghanistan Bank) under the Taliban regime **b)** Minister of Finance under the Taliban regime **DOB:** Approximately 1963 **POB: a)** Daman District, Kandahar Province, Afghanistan **b)** Pashmul village, Panjwai District, Kandahar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Belongs to Kakar tribe. He is a member of the Taliban Supreme Council. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.073 Name:** 1: MOHAMMAD 2: MOSLIM 3: HAQQANI 4: MUHAMMADI GUL

**Name (original script):** محمد مسلم حقانی محمدی گل

**Title:** Maulavi **Designation: a)** Deputy Minister of Haj and Religious Affairs under the Taliban regime **b)** Deputy Minister of Higher Education under the Taliban regime **DOB:** 1965 **POB:** Gawargan village, Pul-e-Khumri District, Baghlan Province, Afghanistan **Good quality a.k.a.:** Moslim Haqqani **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 3 Oct. 2008, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Ethnic Pashtun from Baghlan Province. Believed to be in Afghanistan/Pakistan border area. Speaks fluent English, Urdu and Arabic. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.126 Name:** 1: MOHAMMAD 2: SARWAR 3: SIDDIQMAL 4: MOHAMMAD MASOOD

**Name (original script):** محمد سرور صدیق مل محمد مسعود

**Title:** na **Designation:** Third Secretary, Taliban Embassy, Islamabad, Pakistan **DOB:** 1963 **POB:** Jani Khel District, Paktia Province, Afghanistan **Good quality a.k.a.:** Mohammad Sarwar Siddiqmal (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Belongs to Mangal tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.138 Name:** 1: MOHAMMAD 2: ALEEM 3: NOORANI 4: na

**Name (original script):** محمد علیم نورانی

**Title:** Mufti **Designation:** First Secretary, Taliban Consulate General, Karachi, Pakistan **DOB:** Approximately 1963 **POB:** Ghazni Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.127 Name:** 1: MOHAMMAD 2: ZAHID 3: na 4: na

**Name (original script):** محمد زاهد

**Title:** Mullah **Designation:** Third Secretary, Taliban Embassy, Islamabad, Pakistan **DOB:** 1971 **POB:** Logar Province, Afghanistan **Good quality a.k.a.: a)** Jan Agha Ahmadzai **b)** Zahid Ahmadzai **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** Afghanistan number D 001206, issued on 17 Jul. 2000 **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 25 Jul. 2006, 21 Sep. 2007, 29 Nov. 2011, 7 Sep. 2016 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. Picture available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.144 Name:** 1: MOHAMMAD 2: TAHIR 3: HAMMID 4: HUSSEIN

**Name (original script):** محمد طاهر حامد حسین

**Title:** Imam **Designation:** na **DOB:** 1 Nov. 1975 **POB:** Poshok, Iraq **Good quality a.k.a.:** Abdelhamid Al Kurdi **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Sulaymaniya, Iraq **Listed on:** 12 Nov. 2003 ( amended on 9 Sep. 2005, 21 Dec. 2007, 16 May 2011, 10 Dec. 2015, 29 Mar. 2019, 1 May 2019, 8 Nov. 2022 ) **Other information:** Mother's name: Attia Mohiuddin Taha. A deportation order was issued by the Italian authorities on 18 Oct. 2004. Considered a fugitive from justice by the Italian authorities as of Sep. 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 February 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.158 Name:** 1: MOHAMMAD 2: AMAN 3: AKHUND 4: na
**Name (original script):** محمد امان آخوند
**Title:** na **Designation:** na **DOB:** 1970 **POB:** Bande Tumur Village, Maiwand District, Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Mohammed Aman **b)** Mullah Mohammed Oman **c)** Mullah Mohammad Aman Ustad Noorzai **Low quality a.k.a.: a)** Mullah Mad Aman Ustad Noorzai **b)** Sanaullah **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 6 Jan. 2012 ( amended on 18 May 2012, 27 Jun. 2013 ) **Other information:** Senior Taliban member as at 2011 with financial duties, including raising funds on behalf of the leadership. Has provided logistical support for Taliban operations and channeled proceeds from drug trafficking to arms purchases. Has acted as secretary to Taliban leader Mullah Mohammed Omar (TAi.004) and as his messenger at senior-level meetings of the Taliban. Also associated with Gul Agha Ishakzai (TAi.147). Member of Mullah Mohammed Omar's (TAi.004) inner circle during the Taliban regime. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.062 Name:** 1: MOHAMMAD 2: BARZAN 3: IBRAHIM 4: HASAN AL-TIKRITI
**Name (original script):** محمد برزان إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 2 Nov. 1972 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Geneva, Switzerland **Listed on:** 7 Apr. 2004 **Other information:** na

**QDi.429 Name:** 1: MOHAMMAD 2: ALI 3: AL HABBO 4: na
**Name (original script):** محمد علي الحبو
**Title:** na **Designation:** na **DOB: a)** 1 Oct. 1983 **b)** 15 Mar. 1983 **c)** 1 Jan. 1980 **POB:** Raqqa, Syrian Arab Republic **Good quality a.k.a.: a)** Mohamad Abdulkarim **b)** Muhammad Abd-al-Karim **Low quality a.k.a.: a)** Al-Hebo **b)** Al-Habu **c)** Alhobo **d)** Habo **e)** Hebbo **f)** Habu **Nationality:** Syrian Arab Republic **Passport no:** Syrian Arab Republic number 00814L001424 **National identification no: a)** Syrian Arab Republic 10716775 **b)** Syrian Arab Republic 2020316097 **c)** Syrian Arab Republic 2020409266 **Address: a)** Gazantiep, Turkey (since 2016) **b)** Raqqa, Syrian Arab Republic **Listed on:** 17 Jun. 2021 **Other information:** Turkey-based facilitator who provides financial services to, or in support of, Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.020 Name:** 1: MOHAMMAD 2: HAMDI 3: MOHAMMAD 4: SADIQ AL-AHDAL
**Name (original script):** محمد حمدي محمد صادق الأهدل
**Title:** na **Designation:** na **DOB:** 19 Nov. 1971 **POB:** Medina, Saudi Arabia **Good quality a.k.a.: a)** Al-Hamati, Muhammad **b)** Muhammad Muhammad Abdullah Al-Ahdal **c)** Mohamed Mohamed Abdullah Al-Ahdal **Low quality a.k.a.: a)** Abu Asim Al-Makki **b)** Ahmed **Nationality:** Yemen **Passport no:** Yemen number 541939, issued on 31 Jul. 2000, issued in Al-Hudaydah, Yemen (in the name of Muhammad Muhammad Abdullah Al-Ahdal) **National identification no:** Yemeni identity card number 216040 **Address:** Jamal street, Al-Dahima alley, Al-Hudaydah, Yemen **Listed on:** 17 Oct. 2001 ( amended on 30 Jan. 2009, 25 Jan. 2010, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Responsible for the finances of Al-Qa'ida (QDe.004) in Yemen. Accused of involvement in the attack on the USS Cole in 2000. Arrested in Yemen in Nov. 2003. Sentenced to three years and one month of imprisonment by the specialized criminal court of first instance in Yemen. Released on 25

Dec. 2006 after the completion of his sentence. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jul. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.002 Name:** 1: MOHAMMAD 2: HASSAN 3: AKHUND 4: na
**Name (original script):** محمد حسن آخوند
**Title: a)** Mullah **b)** Haji **Designation: a)** First Deputy, Council of Ministers under the Taliban regime **b)** Foreign Minister under the Taliban regime **c)** Governor of Kandahar under the Taliban regime **d)** Political Advisor of Mullah Mohammed Omar **DOB: a)** Between 1955 and 1958 (Approximately) **b)** Between 1945 and 1950 (Approximately) **POB:** Pashmul village, Panjwai District, Kandahar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 20 Dec. 2005, 9 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011 )
**Other information:** A close associate of Mullah Mohammed Omar (TAi.004). Member of Taliban Supreme Council as at Dec. 2009. Belongs to Kakar tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.066 Name:** 1: MOHAMMAD ABBAS 2: AKHUND 3: na 4: na
**Name (original script):** محمد عباس آخوند
**Title:** Mullah **Designation: a)** Mayor of Kandahar under the Taliban regime **b)** Minister of Public Health under the Taliban regime **DOB:** Approximately 1963 **POB:** Khas Uruzgan District, Uruzgan Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Member of Taliban Supreme Council in charge of the Medical Committee as of Jan. 2011. Directly supervises three medical centers caring for wounded Taliban fighters as of mid-2013. Believed to be in Afghanistan/Pakistan border area. Belongs to Barakzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.063 Name:** 1: MOHAMMAD AZAM 2: ELMI 3: na 4: na
**Name (original script):** محمد اعظم علمی
**Title:** Maulavi **Designation:** Deputy Minister of Mines and Industries under the Taliban regime **DOB:** Approximately 1968 **POB:** Sayd Karam District, Paktia Province, Afghanistan **Good quality a.k.a.:** Muhammad Azami **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Reportedly deceased in 2005. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.043 Name:** 1: MOHAMMAD BAQER 2: ZOLQADR 3: na 4: na
**Title:** na **Designation: a)** General **b)** IRGC officer **c)** Deputy Interior Minister for Security Affairs **DOB:** na **POB:**  **Good quality a.k.a.:** Mohammad Bakr Zolqadr; Mohammad Bakr Zolkadr; Mohammad Baqer Zolqadir; Mohammad Baqer Zolqader **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.47.D.7]

**TAi.101 Name:** 1: MOHAMMAD ESHAQ 2: AKHUNZADA 3: na 4: na
**Name (original script):** محمد اسحاق آخوند زاده
**Title:** Maulavi **Designation:** Governor of Laghman Province under the Taliban regime **DOB:** Between 1963 and 1968 **POB:** Andar District, Ghazni Province, Afghanistan **Good quality a.k.a.:** Mohammad Ishaq Akhund born in 1963 **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National**

identification no: na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Taliban commander for Ghazni Province as at 2008. Belongs to Andar tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.060 Name:** 1: MOHAMMAD ESSA 2: AKHUND 3: na 4: na
**Name (original script):** محمد عیسی آخوند
**Title: a)** Alhaj **b)** Mullah **Designation:** Minister of Water, Sanitation and Electricity under the Taliban regime **DOB:** Approximately 1958 **POB:** Mial area, Spin Boldak District, Kandahar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Belongs to Nurzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.007 Name:** 1: MOHAMMAD FEDAI 2: ASHIANI 3: na 4: na
**Title:** na **Designation:** Designated for involvement in the production of ammonium uranyl carbonate and management of the Natanz enrichment complex. **DOB:** na **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.03.I.2]

**TAi.096 Name:** 1: MOHAMMAD HASAN 2: RAHMANI 3: na 4: na
**Name (original script):** محمد حسن رحمانی
**Title:** Mullah **Designation:** Governor of Kandahar Province under the Taliban regime **DOB:** Approximately 1963 **POB: a)** Deh Rawud District, Uruzgan Province, Afghanistan **b)** Chora District, Uruzgan Province, Afghanistan **c)** Charchino District, Uruzgan Province, Afghanistan **Good quality a.k.a.:** Gud Mullah Mohammad Hassan **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013, 7 Sep. 2016 ) **Other information:** Has a prosthetic right leg. Member of Taliban Supreme Council as of mid-2013, acted as deputy of Mullah Mohammed Omar (TAi.004) in Mar. 2010. Believed to be in Afghanistan/Pakistan border area. Belongs to Achekzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. Deceased as of 9 February 2016. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.042 Name:** 1: MOHAMMAD IBRAHIM 2: OMARI 3: na 4: na
**Name (original script):** محمد ابراهیم عمری
**Title:** Alhaj **Designation:** Deputy Minister of Frontier Affairs under the Taliban regime **DOB:** Approximately 1958 **POB:** Garda Saray, Waza Zadran District, Paktia Province, Afghanistan **Good quality a.k.a.:** Ibrahim Haqqani **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Jul. 2011, 29 Nov. 2011 ) **Other information:** Brother of Jalaluddin Haqqani (TAi.040) Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.039 Name:** 1: MOHAMMAD JAWAD 2: WAZIRI 3: na 4: na
**Name (original script):** محمد جواد وزیری
**Title:** na **Designation:** UN Department, Ministry of Foreign Affairs under the Taliban regime **DOB:** Approximately 1960 **POB: a)** Jaghatu District, Maidan Wardak Province, Afghanistan **b)** Sharana District, Paktia Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 18 May 2012 ) **Other information:** Believed to be in

Afghanistan/Pakistan border area. Belongs to Wazir tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.027 Name:** 1: MOHAMMAD MEHDI 2: NEJAD NOURI 3: na 4: na
**Title:** na **Designation:** a) Lieutenant General b) Rector of Malek Ashtar University of Defence Technology (chemistry department, affiliated to MODAFL, has conducted experiments on beryllium). **DOB:** na **POB:** Good quality a.k.a.: na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Dec. 2006 ( amended on 17 Dec. 2014 ) **Other information:** Deputy Minister of Science, Research and Technology. [Old Reference # I.37.C.7]

**TAi.013 Name:** 1: MOHAMMAD NAIM 2: BARICH 3: KHUDAIDAD 4: na
**Name (original script):** محمد نعيم بريخ خدايداد
**Title:** Mullah **Designation:** Deputy Minister of Civil Aviation under the Taliban regime **DOB:** Approximately 1975 **POB: a)** Lakhi village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan **b)** Laki village, Garmsir District, Helmand Province, Afghanistan **c)** Lakari village, Garmsir District, Helmand Province, Afghanistan **d)** Darvishan, Garmsir District, Helmand Province, Afghanistan **e)** De Luy Wiyalah village, Garmsir District, Helmand Province, Afghanistan **Good quality a.k.a.: a)** Mullah Naeem Barech **b)** Mullah Naeem Baraich **c)** Mullah Naimullah **d)** Mullah Naim Bareh **e)** Mohammad Naim (previously listed as) **f)** Mullah Naim Barich **g)** Mullah Naim Barech **h)** Mullah Naim Barech Akhund **i)** Mullah Naeem Baric **j)** Naim Berich **k)** Haji Gul Mohammed Naim Barich **l)** Gul Mohammad **m)** Haji Ghul Mohammad **n)** Gul Mohammad Kamran **o)** Mawlawi Gul Mohammad **Low quality a.k.a.:** Spen Zrae **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007, 13 Feb. 2012, 13 Aug. 2012, 22 Apr. 2013, 31 Dec. 2013 ) **Other information:** Member of the Taliban Military Commission as at mid-2013. Believed to be in Afghanistan/Pakistan border area. Belongs to Barich tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.104 Name:** 1: MOHAMMAD RASUL 2: AYYUB 3: na 4: na
**Name (original script):** محمد رسول ايوب
**Title:** Maulavi **Designation:** Governor of Nimroz Province under the Taliban regime **DOB:** Between 1958 and 1963 **POB:** Robat village, Spin Boldak District, Kandahar Province, Afghanistan **Good quality a.k.a.:** Gurg **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Member of the Taliban Quetta Shura. Believed to be in Afghanistan/Pakistan border area. Belongs to Nurzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.042 Name:** 1: MOHAMMAD REZA 2: ZAHEDI 3: na 4: na
**Title:** na **Designation:** a) Brigadier General b) Commander of IRGC Ground Forces **DOB:** 1944 **POB:** Isfahan, Iran (Islamic Republic of) **Good quality a.k.a.:** Mohammad Reza Zahidi; Mohammad Raza Zahedi **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.47.D.3]

**IRi.026 Name:** 1: MOHAMMAD REZA 2: NAQDI 3: na 4: na
**Title:** na **Designation:** a) Brigadier-General b) Former Deputy Chief of Armed Forces General Staff for Logistics and Industrial Research c) Head of State Anti-Smuggling Headquarters **DOB: a)** 11 Feb. 1949 **b)** 11 Feb. 1952 **c)** 11 Feb. 1953 **d)** 11 Feb. 1961 **POB: a)** Najaf, Iraq **b)** Tehran, Iran (Islamic Republic of) **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** Engaged in efforts to get round the sanctions imposed by resolutions 1737 (2006) and 1747 (2007). [Old Reference # I.03.I.10]

**TAi.136 Name:** 1: MOHAMMAD SADIQ 2: AMIR MOHAMMAD 3: na 4: na
**Name (original script):** محمد صادق امیر محمد
**Title: a)** Alhaj **b)** Maulavi **Designation:** Head of Afghan Trade Agency, Peshawar, Pakistan **DOB:** 1934 **POB:
a)** Ghazni Province, Afghanistan **b)** Logar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:**
na **Nationality:** Afghanistan **Passport no:** Afghanistan number SE 011252 **National identification no:**
na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 25 Jul. 2006, 23 Apr. 2007, 21 Sep. 2007, 29
Nov. 2011, 13 Aug. 2012 ) **Other information:** Reportedly deceased. Review pursuant to Security Council
resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web
link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.079 Name:** 1: MOHAMMAD SALIM 2: HAQQANI 3: na 4: na
**Name (original script):** محمد سلیم حقانی
**Title:** Maulavi **Designation:** Deputy Minister of Preventing Vice and Propagating Virtue under the Taliban
regime **DOB:** Between 1966 and 1967 (Approximately ) **POB:** Alingar District, Laghman Province,
Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:**
na **National identification no:** na **Address:** na **Listed on:** 31 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007,
21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Deputy Commander of Ezatullah Haqqani Khan Sayyid
(TAi.064) as at Mar. 2010. Member of Taliban Peshawar Military Council as at June 2010. Belongs to Pashai
ethnic group. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010.
INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-
work/Notices/View-UN-Notices-Individuals click here

**TAi.099 Name:** 1: MOHAMMAD SHAFIQ 2: MOHAMMADI 3: na 4: na
**Name (original script):** محمد شفیق محمدی
**Title:** Maulavi **Designation: a)** Governor of Khost Province under the Taliban regime **b)** Governor General of
Paktia, Paktika, Khost and Ghazni Provinces under the Taliban regime **DOB:** Approximately 1948 **POB:** Tirin
Kot District, Uruzgan Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:**
Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended
on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Supervises two military
training centers of the Taliban as of mid-2013. Believed to be in Afghanistan/Pakistan border area. Belongs to
Hotak tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010.
INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-
work/Notices/View-UN-Notices-Individuals click here

**TAi.106 Name:** 1: MOHAMMAD SHAFIQULLAH 2: AHMADI 3: FATIH KHAN 4: na
**Name (original script):** محمد شفیق الله احمدی فاتح خان
**Title:** Mullah **Designation:** Governor of Samangan Province under the Taliban regime **DOB:**
Between 1956 and 1957 **POB: a)** Charmistan village, Tirin Kot District, Uruzgan Province, Afghanistan **b)**
Marghi village, Nawa District, Ghazni Province, Afghanistan **Good quality a.k.a.: a)** Mohammad Shafiq
Ahmadi (previously listed as) **b)** Mullah Shafiqullah **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport
no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep.
2007, 1 Jun. 2012, 13 Aug. 2012, 22 Apr. 2013, 31 Dec. 2013, 7 Sep. 2016 ) **Other information:** Originally
from Ghazni Province, but later lived in Uruzgan. Taliban Shadow Governor for Uruzgan Province as of late
2012. Serves as a member of the Military Commission as of July 2016. Belongs to Hotak tribe. Review pursuant
to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council
Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click
here

**TAi.078 Name:** 1: MOHAMMAD WALI 2: MOHAMMAD EWAZ 3: na 4: na
**Name (original script):** محمد ولی محمد عوض
**Title:** Maulavi **Designation:** Minister of Ministry of Preventing Vice and Propagating Virtue under the Taliban
regime **DOB:** Approximately 1965 **POB: a)** Jelawur village, Arghandab District, Kandahar Province,
Afghanistan **b)** Siyachoy village, Panjwai District, Kandahar Province, Afghanistan **Good quality a.k.a.:**
Mohammad Wali (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:**

na **National identification no:** na **Address:** na **Listed on:** 31 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 13 Aug. 2012, 31 Dec. 2013 ) **Other information:** Reportedly deceased in December 2006 and buried in Panjwai District, Kandahar Province, Afghanistan. Belonged to Ghilzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.052 Name:** 1: MOHAMMAD YAQOUB 2: na 3: na 4: na
**Name (original script):** محمد يعقوب
**Title:** Maulavi **Designation:** Head of Bakhtar Information Agency (BIA) under the Taliban regime **DOB:** Approximately 1966 **POB: a)** Shahjoi District, Zabul Province, Afghanistan **b)** Janda District, Ghazni Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 1 Jun. 2012, 31 Dec. 2013 ) **Other information:** Member of Taliban Cultural Commission. Directs a Taliban "front" and coordinates all military activities of Taliban forces in Maiwand District, Kandahar Province, Afghanistan as of mid-2013. Believed to be in Afghanistan/Pakistan border area. Belongs to Kharoti (Taraki) tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.068 Name:** 1: MOHAMMADULLAH 2: MATI 3: na 4: na
**Name (original script):** محمد الله مطيع
**Title:** Maulavi **Designation:** Minister of Public Works under the Taliban regime **DOB:** Approximately 1961 **POB:** Arghandab District, Kandahar Province, Afghanistan **Good quality a.k.a.:** Mawlawi Nanai **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Lost one leg in 1980s. Interim leader of Taliban Supreme Council from February to April 2010. In charge of recruitment activities as of mid-2013. Believed to be in Afghanistan/Pakistan border area. Belongs to Isakzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.004 Name:** 1: MOHAMMED 2: OMAR 3: GHULAM NABI 4: na
**Name (original script):** محمد عمر غلام نبى
**Title:** Mullah **Designation:** Leader of the Faithful ('Amir ul-Mumineen'), Afghanistan **DOB:** **a)** Approximately 1966 **b)** 1960 **c)** 1953 **POB: a)** Naw Deh village, Deh Rawud District, Uruzgan Province, Afghanistan **b)** Noori village, Maiwand District, Kandahar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 12 Apr. 2000 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013, 7 Sep. 2016 ) **Other information:** Father's name is Ghulam Nabi, also known as Mullah Musafir. Left eye missing. Brother-in-law of Ahmad Jan Akhundzada Shukoor Akhundzada (TAi.109). Believed to be in Afghanistan/Pakistan border area. Belongs to Hotak tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. Reportedly deceased as of April 2013. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.001 Name:** 1: MOHAMMED 2: SALAHALDIN 3: ABD EL HALIM 4: ZIDANE
**Name (original script):** محمد صلاح الدين عبدالحليم زيدان
**Title:** na **Designation:** na **DOB: a)** 11 Apr. 1963 **b)** 11 Apr. 1960 **POB:** Monufia Governate, Egypt **Good quality a.k.a.: a)** Sayf-Al Adl (DOB: 11 Apr. 1963. POB: Monufia Governorate, Egypt. Nationality: Egypt. In Arabic: سيف العدل ) **b)** Muhamad Ibrahim Makkawi (DOB: a) 11 Apr. 1960 b) 11 Apr. 1963. POB: Egypt. Nationality: Egypt) **Low quality a.k.a.: a)** Ibrahim al-Madani **b)** Saif Al-'Adil **c)** Seif al Adel **Nationality:** Egypt **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 16 Dec. 2010, 24 Jul. 2013, 15 Feb. 2017, 29 Mar. 2019, 1 May 2019, 8 Nov. 2022 ) **Other information:** Responsible for Usama bin Laden's (deceased) security. Hair: Dark. Eyes: Dark. Photo available for inclusion in

the INTERPOL-UN Security Council Special Notice . Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 February 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.056 Name:** 1: MOHAMMED 2: TUFAIL 3: na 4: na
**Title:** na **Designation:** na **DOB:** 5 May 1930 **POB:**  Good quality a.k.a.: a) Tufail, S.M. b) Tuffail, Sheik Mohammed **Low quality a.k.a.:** na **Nationality:** Pakistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 24 Dec. 2001 ( amended on 19 Jan. 2011, 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Served as a director of Ummah Tameer e-Nau (UTN) (QDe.068). Reportedly deceased. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.228 Name:** 1: MOHAMMED 2: AL GHABRA 3: na 4: na
**Title:** na **Designation:** na **DOB:** 1 Jun. 1980 **POB:** Damascus, Syrian Arab Republic **Good quality a.k.a.:** a) Mohammed El' Ghabra b) Danial Adam **Low quality a.k.a.:** na **Nationality:** United Kingdom of Great Britain and Northern Ireland **Passport no:** British number 094629366 **National identification no:** na **Address:** East London, United Kingdom of Great Britain and Northern Ireland **Listed on:** 12 Dec. 2006 ( amended on 13 Dec. 2011, 20 Jul. 2015, 1 May 2019, 8 Nov. 2022 ) **Other information:** Father's name is Mohamed Ayman Ghabra. Mother's name is Dalal. Review pursuant to Security Council resolution 1822 (2008) was concluded on 5 Oct. 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.272 Name:** 1: MOHAMMED 2: YAHYA 3: MUJAHID 4: na
**Title:** na **Designation:** na **DOB:** 12 Mar. 1961 **POB:** Lahore, Punjab Province, Pakistan **Good quality a.k.a.:** Mohammad Yahya Aziz **Low quality a.k.a.:** na **Nationality:** Pakistan **Passport no:** na **National identification no:** Pakistan 35404-1577309-9 **Address:** na **Listed on:** 29 Jun. 2009 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** Associated with Lashkar-e-Tayyiba (QDe.118). In detention as at June 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.012 Name:** 1: MOHAMMED 2: MUAMMAR 3: QADHAFI 4: na
**Title:** na **Designation:** na **DOB:** 1970 **POB:** Tripoli, Libya **Good quality a.k.a.:** Muhammed Muammar Muhammed Abdul Salam **Low quality a.k.a.:** na **Nationality:** na **Passport no:** Oman number 03824969, issued on 4 May 2014 **National identification no:** Oman 97183904 **Address:** Oman (Believed status/location: Sultanate of Oman) **Listed on:** 26 Feb. 2011 ( amended on 2 Apr. 2012, 4 Sep. 2013, 26 Sep. 2014, 29 Apr. 2021 ) **Other information:** Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.387 Name:** 1: MOHAMMED 2: ABDEL-HALIM 3: HEMAIDA 4: SALEH
**Title:** na **Designation:** na **DOB:** a) 22 Sep. 1988 b) 22 Sep. 1989 **POB:** Alexandria, Egypt **Good quality a.k.a.:** a) Muhammad Hameida Saleh b) Muhammad Abd-al-Halim Humaydah c) Faris Baluchistan **Low quality a.k.a.:** na **Nationality:** Egypt **Passport no:** na **National identification no:** na **Address:** Egypt **Listed on:** 29 Feb. 2016 ( amended on 15 Nov. 2021 ) **Other information:** Member of Al-Qaida (QDe.004). Involved in recruiting suicide bombers to go to Syrian Arab Republic and planning terrorist activities against targets in Europe. Arrested in Cairo, Egypt in 2013. Review pursuant to Security Council resolution 2368 (2017) was

concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.422 Name:** 1: MOHAMMED 2: MASOOD 3: AZHAR 4: ALVI
**Title:** na **Designation:** na **DOB: a)** 10 Jul. 1968 **b)** 10 Jun. 1968 **POB:** Bahawalpur, Punjab Province, Pakistan **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Masud Azhar **b)** Wali Adam Isah **c)** Wali Adam Esah **Nationality:** Pakistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 1 May 2019 **Other information:** Founder of Jaish-i-Mohammed (QDe.019). Former leader of Harakat ul-Mujahidin / HUM (QDe.008). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.416 Name:** 1: MOHAMMED 2: YUSIP 3: KARIM 4: na
**Title:** na **Designation:** na **DOB:** 11 Oct. 1978 **POB:** Indonesia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Walid al Indunisi **b)** Zidni Elma **c)** Udtadz Syaifudin **d)** Mohammad Yusef Karim Faiz **e)** Muh Saifudin **f)** Kembar Khalid **g)** Mohamad Yusuf Karim Saifullah Faiz **h)** Mohammad Saifuddin Mohammad Yusuf Faiz **i)** Ustadz Faiz **j)** Saifudin Faiz **k)** Kholid Faiz **l)** Abdullah Faiz **m)** Fauz Faturohman **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address:** Syrian Arab Republic (location since 2015) **Listed on:** 23 Aug. 2018 ( amended on 30 Oct. 2023 ) **Other information:** Senior member of Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Recruited for ISIL and instructed individuals to perpetrate terrorist acts via online video. Physical description: hair colour: black; build: slight. Speaks Indonesian, Arabic and Mindanao dialect. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.165 Name:** 1: MOHAMMED QASIM 2: MIR WALI 3: KHUDAI RAHIM 4: na
**Name (original script):** محمد قاسم میر ولی خدایرحیم
**Title:** Haji **Designation:** na **DOB:** Between 1975 and 1976 **POB: a)** Minar village, Garmser District, Helmand Province, Afghanistan **b)** Darweshan Village, Garmser District, Helmand Province, Afghanistan **Good quality a.k.a.: a)** Muhammad Qasim **b)** Abdul Salam **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no: a)** Afghan national identification card (tazkira) number 57388 (issued in Lashkar Gah District, Helmand Province, Afghanistan) **b)** Residential card number 665 (Ayno Maina, Kandahar Province, Afghanistan) **Address: a)** Wesh, Spin Boldak District, Kandahar Province, Afghanistan **b)** Safaar Bazaar, Garmser District, Helmand Province, Afghanistan **c)** Room number 33, 5th Floor Sarafi Market, Kandahar City, Kandahar Province, Afghanistan **Listed on:** 21 Nov. 2012 ( amended on 22 Apr. 2013 ) **Other information:** Owner of Rahat Ltd. (TAe.013). Involved in the supply of weapons for Taliban, including improvised explosive devices (IED). Arrested in 2012 and in custody in Afghanistan as of January 2013. Associated with Rahat Ltd. (TAe.013). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.018 Name:** 1: MOHSEN 2: HOJATI 3: na 4: na
**Title:** na **Designation:** Head of Fajr Industrial Group, which is designated under resolution 1737 (2006) for its role in the ballistic missile programme. **DOB:** 28 Sep. 1955 **POB: Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** G4506013, issued in Iran (Islamic Republic of) **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.47.C.5]

**IRi.016 Name:** 1: MOHSEN 2: FAKHRIZADEH-MAHABADI 3: na 4: na
**Title:** na **Designation: a)** Senior MODAFL scientist **b)** Former head of the Physics Research Centre (PHRC) **DOB:** na **POB: Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no: a)** A0009228 (Unconfirmed (likely Iran)) **b)** 4229533 (Unconfirmed (likely Iran)) **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** The IAEA have asked to interview him about the activities of the PHRC over the period he was head but Iran has refused. [Old Reference # I.47.C.2]

**QDi.136 Name:** 1: MOKHTAR 2: BELMOKHTAR 3: na 4: na
**Name (original script):** مختار بلمختار
**Title:** na **Designation:** na **DOB:** 1 Jun. 1972 **POB:** Ghardaia, Algeria **Good quality a.k.a.: a)** Abou Abbes Khaled **b)** Belaouar Khaled Abou El Abass **c)** Belaouer Khaled Abou El Abass **d)** Belmokhtar Khaled Abou El Abes **e)** Khaled Abou El Abass **f)** Khaled Abou El Abbes **g)** Khaled Abou El Abes **h)** Khaled Abulabbas Na Oor **i)** Mukhtar Belmukhtar **Low quality a.k.a.: a)** Belaoua **b)** Belaour **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 11 Nov. 2003 ( amended on 12 Apr. 2006, 2 Jul. 2007, 7 Apr. 2008, 25 Jan. 2010, 16 May 2011, 9 Sep. 2014, 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Reportedly deceased in November 2016. Father's name is Mohamed. Mother's name is Zohra Chemkha. Member of the Council of the Organization of Al-Qaida in the Islamic Maghreb (QDe.014) (AQIM). Head of Al Mouakaoune Biddam (QDe.139), Al Moulathamoun (QDe.140) and Al Mourabitoun (QDe.141). Review pursuant to Security Council resolution 1822 (2008) was concluded on 30 Jul. 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.300 Name:** 1: MONIR 2: CHOUKA 3: na 4: na
**Title:** na **Designation:** na **DOB:** 30 Jul. 1981 **POB:** Bonn, Germany **Good quality a.k.a.:** na **Low quality a.k.a.:** Abu Adam **Nationality: a)** Germany **b)** Morocco **Passport no:** Germany number 5208323009, issued on 2 Feb. 2007, issued in Stadt Bonn, Germany (expires on 1 Feb. 2012) **National identification no:** Germany National Identification Number 5209530116, issued on 21 Jun. 2006, issued in Stadt Bonn, Germany (expired on 20 Jun. 2011) **Address:** Ungartenstraße 6, Bonn, 53229, Germany (previous) **Listed on:** 25 Jan. 2012 ( amended on 15 Nov. 2021 ) **Other information:** Associated with Islamic Movement of Uzbekistan (QDe.010). Brother of Yassin Chouka (QDi.301) Arrest warrant issued by the investigating judge of the German Federal Court of Justice on 5 Oct. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.383 Name:** 1: MORAD 2: LAABOUDI 3: na 4: na
**Title:** na **Designation:** na **DOB:** 26 Feb. 1993 **POB:** Morocco **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Ismail **b)** Abu Ismail al-Maghribi **Nationality:** Morocco **Passport no:** Morocco number UZ6430184 **National identification no:** Morocco CD595054 **Address:** Turkey **Listed on:** 29 Feb. 2016 ( amended on 15 Nov. 2021 ) **Other information:** Facilitator for travel of foreign terrorist fighters to join Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115), in Syrian Arab Republic. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.035 Name:** 1: MORTEZA 2: SAFARI 3: na 4: na
**Title:** na **Designation: a)** Rear Admiral **b)** Commander of IRGC Navy **DOB:** na **POB:**  **Good quality a.k.a.:** Mortaza Safari; Morteza Saferi; Murtaza Saferi; Murtaza Safari **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference #I.47.D.4]

**IRi.033 Name:** 1: MORTEZA 2: REZAIE 3: na 4: na
**Title:** na **Designation: a)** Brigadier General **b)** Deputy Commander of IRGC **DOB:** 1956 **POB:**  **Good quality a.k.a.:** Mortaza Rezaie; Mortaza Rezai; Morteza Rezai **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.47.D.1]

**IRi.011 Name:** 1: MORTEZA 2: BEHZAD 3: na 4: na
**Title:** na **Designation:** Designated for involvement in making centrifuge components. **DOB:** 7 Jun. 1959 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:**

na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.03.I.5]

**QDi.067 Name:** 1: MOSTAFA 2: KAMEL 3: MOSTAFA 4: IBRAHIM
**Name (original script):** مصطفى كمال مصطفى ابراهيم
**Title:** na **Designation:** na **DOB:** 15 Apr. 1958 **POB:** Alexandria, Egypt **Good quality a.k.a.: a)** Mustafa Kamel Mustafa **b)** Adam Ramsey Eaman **c)** Kamel Mustapha Mustapha **d)** Mustapha Kamel Mustapha **e)** Mostafa Kamel Mostafa **Low quality a.k.a.: a)** Abu Hamza Al-Masri **b)** Abu Hamza **c)** Abu Hamza Al-Misri **Nationality:** United Kingdom of Great Britain and Northern Ireland **Passport no:** na **National identification no:** na **Address:** United States of America **Listed on:** 24 Apr. 2002 ( amended on 26 Nov. 2004, 25 Jul. 2006, 14 Mar. 2008, 21 Oct. 2010, 4 Aug. 2014, 6 Dec. 2019, 18 Mar. 2020, 30 Oct. 2023 ) **Other information:** Extradited from the United Kingdom to the United States of America on 5 Oct. 2012. Convicted on terrorism charges by a court in the United States of America in May 2014. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**YEi.011 Name:** 1: MOTLAQ 2: AMER 3: AL-MARRANI 4: na
**Name (original script):** مطلق عامر المراني
**Title:** na **Designation:** (Former) Deputy Head of the Houthi National Security Bureau (NSB) (intelligence agency) **DOB:** 1 Jan. 1984 **POB:** Al-Jawf, Yemen **Good quality a.k.a.: a)** Mutlaq Ali Aamer Al Marrani **b)** Abu Emad **Low quality a.k.a.:** na **Nationality:** Yemen **Passport no:** na **National identification no:** na **Address:** Yemen **Listed on:** 26 Sep. 2022 **Other information:** Former Deputy Head of the Houthi National Security Bureau (NSB), oversaw detainees of the NSB who were subjected to torture and other mistreatment while detained, planned and directed illegal arrests and detention of humanitarian workers and the unlawful diversion of humanitarian assistance in violation of international humanitarian law. Physical Description: Eye Color: Brown; Hair: Brown. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.082 Name:** 1: MOUNIR 2: EL MOTASSADEQ 3: na 4: na
**Name (original script):** منير المتصدق
**Title:** na **Designation:** na **DOB:** 3 Apr. 1974 **POB:** Marrakesh, Morocco **Good quality a.k.a.:** Mounir el Moutassadeq **Low quality a.k.a.:** na **Nationality:** Morocco **Passport no:** Morocco number H 236483 **National identification no:** Morocco E-491591 **Address:** (In prison in Germany) **Listed on:** 30 Sep. 2002 ( amended on 26 Nov. 2004, 7 Sep. 2007, 23 Dec. 2010, 6 Dec. 2019 ) **Other information:** Arrested on 28 Nov. 2001 and found guilty in Germany of being an accessory to murder and of membership in a terrorist organization and sentenced to 15 years of imprisonment on 8 Jan. 2007. Father's name is Brahim Brik. Mother's name is Habiba Abbes. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019 INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.386 Name:** 1: MOUNIR 2: BEN DHAOU 3: BEN BRAHIM 4: BEN HELAL
**Title:** na **Designation:** na **DOB:** 10 May 1983 **POB:** Ben Guerdane, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Mounir Helel **b)** Mounir Hilel **c)** Abu Rahmah **d)** Abu Maryam al-Tunisi **Nationality:** Tunisia **Passport no:** na **National identification no:** 08619445 **Address:** Amria Ben Guerdane, Medenine, Tunisia **Listed on:** 29 Feb. 2016 ( amended on 15 Nov. 2021, 27 May 2022 ) **Other information:** Foreign terrorist fighter facilitator experienced in establishing and securing travel routes. Deeply involved in providing material support to the Organization of Al-Qaida in the Islamic Maghreb (QDe.014) in North Africa. Assisted foreign terrorist fighters' travel throughout North Africa and to Syrian Arab Republic to join Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). Profession: farm worker. Mother's name: Mbarka Helali. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-

UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.096 Name:** 1: MOUSSA 2: BEN OMAR 3: BEN ALI 4: ESSAADI
**Name (original script):** موسى بن عمر بن علي السعدي
**Title:** na **Designation:** na **DOB:** 4 Dec. 1964 **POB:** Tabarka, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Dah Dah **b)** Abdelrahmman **c)** Bechir **Nationality:** Tunisia **Passport no:** Tunisia number L335915, issued on 8 Nov. 1996, issued in Milan, Italy (expired on 7 Nov. 2001) **National identification no:** na **Address:** Tunisia **Listed on:** 25 Jun. 2003 ( amended on 20 Dec. 2005, 17 Oct. 2007, 10 Aug. 2009, 16 May 2011, 20 Jul. 2012, 6 Dec. 2019, 10 Sep. 2020, 30 Oct. 2023 ) **Other information:** Considered by Italian authorities as a wanted fugitive (in Oct 2019). Left Sudan for Tunisia in 2011. The review pursuant to Security Council resolution 1822 (2008) was completed on 15 June 2010 The review pursuant to resolution 2368 (2017) concluded on 4 Dec 2019 The review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023 INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.013 Name:** 1: MUAMMAR 2: MOHAMMED 3: ABU MINYAR 4: QADHAFI
**Title:** na **Designation:** Leader of the Revolution, Supreme Commander of Armed Forces **DOB:** 1942 **POB:** Sirte, Libya **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 26 Feb. 2011 ( amended on 2 Apr. 2012, 4 Sep. 2013 ) **Other information:** Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze). Believed status/location: deceased. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.238 Name:** 1: MUBARAK 2: MUSHAKHAS 3: SANAD 4: MUBARAK AL-BATHALI
**Name (original script):** مبارك مشخص سند مبارك البذالي
**Title:** na **Designation:** na **DOB:** 1 Oct. 1961 **POB:** Kuwait **Good quality a.k.a.: a)** Mubarak Mishkhis Sanad Al-Bathali **b)** Mubarak Mishkhis Sanad Al-Badhali **c)** Mubarak Al-Bathali **d)** Mubarak Mishkhas Sanad Al-Bathali **e)** Mubarak Mishkhas Sanad Al-Bazali **f)** Mobarak Meshkhas Sanad Al-Bthaly **Low quality a.k.a.:** Abu Abdulrahman **Nationality:** Kuwait **Passport no: a)** Kuwait number 101856740, issued on 12 May 2005 (and expired on 11 May 2007) **b)** Kuwait number 002955916 **National identification no:** Kuwait 261122400761 **Address:** Al-Salibekhat area, Kuwait (residence as at Mar. 2009) **Listed on:** 16 Jan. 2008 ( amended on 1 Jul. 2008, 23 Jul. 2008, 25 Jan. 2010, 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Sentenced to prison by Kuwait on 24 August 2018. Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.005 Name:** 1: MUHAMMAD 2: TAHER 3: ANWARI 4: na
**Name (original script):** محمد طاهر أنوري
**Title:** Mullah **Designation: a)** a) Director of Administrative Affairs under the Taliban regime **b)** Minister of Finance under the Taliban regime **DOB:** Approximately 1961 **POB:** Zurmat District, Paktia Province, Afghanistan **Good quality a.k.a.: a)** Mohammad Taher Anwari **b)** Muhammad Tahir Anwari **c)** Mohammad Tahre Anwari **Low quality a.k.a.:** Haji Mudir **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Belongs to Andar tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.295 Name:** 1: MUHAMMAD 2: JIBRIL 3: ABDUL RAHMAN 4: na
**Title:** na **Designation:** na **DOB: a)** 28 May 1984 **b)** 3 Dec. 1979 **c)** 3 Mar. 1979 (from false passport) **POB:** East Lombok, West Nusa Tenggara, Indonesia **Good quality a.k.a.: a)** Mohammad Jibril Abdurrahman **b)** Muhammad Jibriel Abdul Rahman **c)** Mohammad Jibriel Abdurrahman **d)** Muhamad Ricky Ardhan born 8

Aug. 1980 (appears in false Indonesian passport number S335026) **e)** Muhammad Ricky Ardhan bin Muhammad Iqbal **f)** Muhammad Ricky Ardhan bin Abu Jibril **Low quality a.k.a.: a)** Muhammad Yunus **b)** Heris Syah **Nationality:** Indonesia **Passport no:** na **National identification no: a)** Indonesian national identity card number 3219222002.2181558 **b)** Identification number 2181558 **Address: a)** Jalan M. Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia **b)** Jalan Nakula of Witana Harja Complex Block C, Pamulang, Banten, Indonesia **Listed on:** 12 Aug. 2011 ( amended on 24 Nov. 2020, 15 Nov. 2021 ) **Other information:** Senior member of Jemaah Islamiyah (QDe.092) directly involved in obtaining funding for terrorist attacks. Sentenced in Indonesia to five years in prison on 29 Jun. 2010. Father's name is Mohamad Iqbal Abdurrahman (QDi.086). Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.318 Name:** 1: MUHAMMAD 2: JAMAL 3: ABD-AL RAHIM AHMAD 4: AL-KASHIF
**Name (original script):** محمد جمال عبدالرحيم أحمد الكاشف
**Title:** na **Designation:** na **DOB: a)** 1 Jan. 1964 **b)** 1 Feb. 1964 **POB:** Cairo, Egypt **Good quality a.k.a.: a)** Muhammad Jamal Abdo Al-Kashif **b)** Muhammad Jamal Abdo Al Kashef **c)** Muhammad Jamal Abd-Al Rahim Ahmad Al-Kashif **d)** Muhammad Jamal Abd-Al Rahim Al-Kashif **e)** Muhammad Jamal Abdu **f)** Muhammad Jamal **Low quality a.k.a.: a)** Muhammad Jamal Abu Ahmad (nom de guerre) **b)** Abu Ahmad (nom de guerre) **c)** Abu Jamal (nom de guerre) **d)** Muhammad Gamal Abu Ahmed **e)** Mohammad Jamal Abdo Ahmed (nom de guerre) **f)** Muhammad Jamal Abduh (nom de guerre) **g)** Muhammad Jamal Ahmad Abdu (nom de guerre) **h)** Riyadh (nom de guerre) **Nationality:** Egypt **Passport no: a)** Egypt number 6487, issued on 30 Jan. 1986 (issued under name Muhammad Jamal Abdu) **b)** Egypt (issued in 1993, under name Muhammad Jamal Abd-Al Rahim Ahmad Al-Kashif) **c)** Yemen number 388181 (issued under name Muhammad Jamal Abd-Al Rahim Al-Kashif) **National identification no:** na **Address:** Egypt **Listed on:** 21 Oct. 2013 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** rained in Afghanistan in the late 1980s with Al-Qaida (QDe.004) to make bombs. Former top military commander of the Egyptian Islamic Jihad (QDe.003). Since 2011, established Muhammad Jamal Network (MJN) (QDe.136) and terrorist training camps in Egypt and Libya. Conducted MJN's terrorist activities with support from Al-Qaida in the Arabian Peninsula (AQAP) (QDe.129). Reported to be involved in the attack on the United States Mission in Benghazi, Libya, on 11 Sep. 2012. Headed Nasr City terrorist cell in Egypt in 2012. Linked to Aiman al-Zawahiri (QDi.006) and the leadership of AQAP and the Organization of Al-Qaida in the Islamic Maghreb (AQIM) (QDe.014). Arrested and imprisoned multiple times by Egyptian authorities since ca. 2000. Released in 2011 but re-arrested by Egyptian authorities in Nov. 2012. Imprisoned in Egypt pending trial as of Sep. 2013. Wife's name is Samah 'Ali Al-Dahabani (Yemeni national). Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.009 Name:** 1: MUHAMMAD 2: HAMZA 3: ZUBAIDI 4: na
**Name (original script):** محمد حمزة زبيدي
**Title:** na **Designation:** na **DOB:** 1938 **POB:** Babylon, Babil, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**IQi.080 Name:** 1: MUHAMMAD 2: YUNIS 3: AHMAD 4: na
**Name (original script):** محمد يونس أحمد
**Title:** na **Designation:** na **DOB:** 1949 **POB:** Al-Mowall, Mosul, Iraq **Good quality a.k.a.: a)** Muhammad Yunis Al-Ahmed **b)** Muhammad Yunis Ahmed **c)** Muhammad Yunis Ahmad Al-Badrani **d)** Muhammad Yunis Ahmed Al-Moali **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address: a)** Al-Dawar Street, Bludan, Syrian Arab Republic **b)** Damascus, Syrian Arab Republic **c)** Mosul, Iraq **d)** Wadi Al-Hawi, Iraq **e)** Dubai, United Arab Emirates **f)** Al-Hasaka, Syrian Arab Republic **Listed on:** 22 Jun. 2004 **Other information:** na

**TAi.171 Name:** 1: MUHAMMAD 2: OMAR 3: na 4: ZADRAN
**Name (original script):** محمد عمر خَدران
**Title: a)** Maulavi **b)** Maulavi **Designation:** na **DOB:** 1958 **POB:** Sultan Kheyl Village, Spera District, Khost Province, Afghanistan **Good quality a.k.a.:** Mohammad-Omar Jadran **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** (Afghanistan/Pakistan Border Area) **Listed on:** 31 Jul. 2014 **Other information:** Haqqani Network (HQN) (TAe.012) leader in command of over 100 militants active in Khost Province, Afghanistan as of 2013. Involved in the preparation of attacks against Afghan and international forces in Afghanistan. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.395 Name:** 1: MUHAMMAD 2: SHOLEH 3: IBRAHIM 4: na
**Title:** Ustad **Designation:** na **DOB:** 1958 (Sep.) **POB:** Demak, Indonesia **Good quality a.k.a.: a)** Mohammad Sholeh Ibrahim **b)** Muhammad Sholeh Ibrohim **c)** Muhammad Soleh Ibrahim **d)** Sholeh Ibrahim **e)** Muh Sholeh Ibrahim **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** na **National identification no: a)** Indonesia 3311092409580002 **b)** Indonesia 3311092409580003 **Address: a)** Masjid Baitul Amin, Waringinrejo RT 01 RW 02, Grogol, Cemani, Sukoharjo, Jawa Tengah 57572, Indonesia **b)** Desa Cemani, Waringinrejo RT 001/021, Kecamatan Grogol, Kabupaten Sukoharjo, Jawa Tengah, Indonesia **Listed on:** 20 Apr. 2016 ( amended on 15 Nov. 2021, 27 May 2022 ) **Other information:** Has served as the acting emir of Jemmah Anshorut Tauhid (JAT) (QDe.133) since 2014 and has supported Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Profession: Lecturer/Private Teacher. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.404 Name:** 1: MUHAMMAD 2: BAHRUM 3: NAIM 4: ANGGIH TAMTOMO
**Title:** na **Designation:** na **DOB:** 6 Sep. 1983 **POB:** Surakarta, Indonesia **Good quality a.k.a.: a)** Bahrun Naim **b)** Anggih Tamtomo **Low quality a.k.a.: a)** Abu Rayyan **b)** Abu Rayan **c)** Abu Aisyah **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address: a)** Aleppo, Syrian Arab Republic **b)** Raqqa, Syrian Arab Republic **Listed on:** 20 Jul. 2017 ( amended on 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Syrian-based Indonesian national who has served in a variety of roles supporting the Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**YEi.008 Name:** 1: MUHAMMAD 2: ABD AL-KARIM 3: AL-GHAMARI 4: na
**Name (original script):** محمد عبدالكريم الغماري
**Title:** na **Designation:** Major General, Houthi Chief of General Staff **DOB:** 1979 **POB:** Izla Dhaen, Wahha District, Hajjar Governorate, Yemen **Good quality a.k.a.:** na **Low quality a.k.a.:** Mohammad Al-Ghamari born 1984 **Nationality:** Yemen **Passport no:** na **National identification no:** na **Address:** Yemen **Listed on:** 9 Nov. 2021 **Other information:** Houthi Military Chief of General Staff, plays the leading role in orchestrating the Houthis' military efforts that are directly threatening the peace, security and stability of Yemen, including in Marib, as well as cross-border attacks against Saudi Arabia. Photograph available for inclusion in INTERPOL-UN Security Council Special Notice web link: INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.418 Name:** 1: MUHAMMED 2: REZA 3: LAHAMAN 4: KIRAM
**Title:** na **Designation:** na **DOB:** 3 Mar. 1990 **POB:** Zamboanga City, Zamboanga del Sur, Philippines **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abdul Rahman **b)** Abu Abdul Rahman al Filipini **c)** Abtol Rahman **Nationality:** Philippines **Passport no: a)** Philippines number XX3966391, issued on 25 Feb. 2015 (issued by the Department of Foreign Affairs of Philippines, expiration date 24 Feb. 2020) **b)** Philippines number EC3524065 **National identification no:** na **Address: a)** Brgy Recodo, Zamboanga City, Western Mindanao, Philippines (previous address) **b)** 96 IlangIlang, Sarmiento Subdivision, Panabo, Davao City, Eastern Mindanao, Philippines (previous address) **c)** Syrian Arab Republic (location since 2015) **Listed on:** 23 Aug. 2018 ( amended on 30 Oct. 2023 ) **Other information:** Senior member of Islamic State in Iraq and the

Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Recruited for ISIL and instructed individuals to perpetrate terrorist acts via online video. Physical description: height: 156cm; weight: 60 kg (as at Sep. 2016); eye colour: black; hair colour: black; build: medium; high cheekbones. Speaks Tagalog, English, Arabic. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.377 Name:** 1: MUHANNAD 2: AL-NAJDI 3: na 4: na
**Title:** na **Designation:** na **DOB:** 19 May 1984 **POB:** al-Duwadmi, Saudi Arabia **Good quality a.k.a.:** 'Ali Manahi 'Ali al-Mahaydali al-'Utaybi **Low quality a.k.a.:** Ghassan al-Tajiki **Nationality:** Saudi Arabia **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 29 Feb. 2016 ( amended on 24 Nov. 2020 ) **Other information:** Syria-based Al-Qaida (QDe.004) facilitator. Involved in the development of improvised explosive devices for use in Afghanistan and Syrian Arab Republic since at least 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.032 Name:** 1: MUHINDO 2: AKILI 3: MUNDOS 4: na
**Title:** na **Designation: a)** DRC Armed Forces (FARDC) General, Commander of the 31st Brigade **b)** FARDC Brigadier General **DOB:** 10 Nov. 1972 **POB:** Democratic Republic of the Congo **Good quality a.k.a.: a)** Charles Muhindo Akili Mundos **b)** Akili Muhindo **c)** Muhindo Mundos **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 1 Feb. 2018 **Other information:** Muhindo Akili Mundos is an FARDC General, Commander of the 31st Brigade. He was appointed commander of the FARDC's Operational Sector in the areas of Beni and Lubero, including Operation Sukola I against the Allied Democratic Forces (ADF) in September 2014. He remained in that position until June 2015. He is also a threat to the peace, stability and security of the DRC under UNSCR 2293 paragraph 7(e). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.048 Name:** 1: MUHSIN 2: KHADR 3: AL-KHAFAJI 4: na
**Name (original script):** محسن خضر الخفاجي
**Title:** na **Designation:** na **DOB:** na **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.184 Name:** 1: MUHSIN 2: FADHIL 3: AYED 4: ASHOUR AL-FADHLI
**Name (original script):** محسن فاضل عايد عاشور الفضلي
**Title:** na **Designation:** na **DOB:** 24 Apr. 1981 **POB:** Kuwait **Good quality a.k.a.: a)** Muhsin Fadhil 'Ayyid al Fadhli **b)** Muhsin Fadil Ayid Ashur al Fadhli **c)** Abu Majid Samiyah **d)** Abu Samia **Low quality a.k.a.:** na **Nationality:** Kuwait **Passport no: a)** Kuwait number 106261543 **b)** Kuwait number 1420529, issued in Kuwait (and expired on 31 Mar. 2006) **National identification no:** na **Address:** Block Four, Street 13, House #179 , Kuwait City, Al-Riqqa area, Kuwait **Listed on:** 17 Feb. 2005 ( amended on 23 Jul. 2008, 10 Dec. 2015, 24 Nov. 2020, 11 Mar. 2025 ) **Other information:** Wanted by the Kuwaiti Security Authorities. Wanted by the Saudi security forces. Fugitive as of Jul. 2008. Reportedly killed in a counterterrorism operation in 2015 in Syria. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPi.012 Name:** 1: MUN 2: CHO'NG-CH'O'L 3: na 4: na
**Title:** na **Designation:** Tanchon Commercial Bank (TCB) official **DOB:** 23 Dec. 1964 **POB:**  **Good quality a.k.a.:** Mun Chong-Chol **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** C/O Tanchon Commercial Bank, Saemaeul 1-Dong, Pyongchon District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 7 Mar. 2013 ( amended on 26 Jul. 2022, 29 Jun. 2023 ) **Other information:** Mun Cho'ng-Ch'o'l is a TCB official. In this capacity he has facilitated

transactions for TCB. Tanchon was designated by the Committee in April 2009 is the main DPRK financial entity for sales of conventional arms, ballistic missiles, and goods related to the assembly and manufacture of such weapons.

**KPi.071 Name:** 1: MUN 2: KYONG HWAN 3: na 4: na
**Title:** na **Designation:** Mun Kyong Hwan is an overseas Bank of East Land representative **DOB:** 22 Aug. 1967 **POB:  Good quality a.k.a.:** Mun Kyo'ng-hwan **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 381120660 (Expires 25 March 2016) **National identification no:** na **Address:** na **Listed on:** 22 Dec. 2017 **Other information:** Gender: male

**SDi.002 Name:** 1: MUSA 2: HILAL 3: ABDALLA 4: ALNSIEM
**Title:** na **Designation: a)** formerly Member of the National Assembly of Sudan from Al-Waha district **b)** formerly special adviser to the Ministry of Federal Affairs **c)** Paramount Chief of the Mahamid Tribe in North Darfur **DOB: a)** 1 Jan. 1964 **b)** 1959 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.: a)** (Sheikh) Musa Hilal **b)** Abd Allah **c)** Abdallah **d)** AlNasim **e)** Al Nasim **f)** AlNaseem **g)** Al Naseem **h)** AlNasseem **i)** Al Nasseem **Nationality:** Sudan **Passport no: a)** Diplomatic Passport D014433, issued on 21 Feb. 2013 (Expired on 21 Feb. 2015) **b)** Diplomatic Passport D009889, issued on 17 Feb. 2011 (Expired on 17 Feb. 2013) **National identification no:** Certificate of Nationality A0680623 **Address: a)** Kabkabiya, Sudan **b)** Kutum, Sudan (Resides in Kabkabiya and the city of Kutum, Northern Darfur and has resided in Khartoum.) **Listed on:** 25 Apr. 2006 ( amended on 17 Oct. 2017, 14 Mar. 2018 ) **Other information:** Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.306 Name:** 1: MUSTAFA 2: HAJJI 3: MUHAMMAD 4: KHAN
**Name (original script):** مصطفى حجي محمد خان
**Title:** na **Designation:** na **DOB: a)** (Between Aug. and Sep. 1977) **b)** 1976 **POB: a)** Al-Madinah, Saudi Arabia **b)** Sangrar, Sindh Province, Pakistan **Good quality a.k.a.: a)** حسن غول (Hassan Ghul; Hassan Gul; Hasan Gul) **b)** Khalid Mahmud **Low quality a.k.a.: a)** Ahmad Shahji **b)** Mustafa Muhammad **c)** Abu Gharib al-Madani **d)** أبو شيماء (Abu-Shaima; Abu- Shayma) **Nationality: a)** Pakistan **b)** Saudi Arabia **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 14 Mar. 2012 ( amended on 15 Nov. 2021, 11 Mar. 2025 ) **Other information:** Al-Qaida (QDe.004) facilitator, courier and operative. As of 2010, facilitated activities for senior Pakistan-based Al-Qaida operatives. Reportedly killed in a drone strike on 1 October 2012 in Waziristan, Pakistan. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.014 Name:** 1: MUTASSIM 2: QADHAFI 3: na 4: na
**Title:** na **Designation:** National Security Adviser **DOB: a)** 1976 **b)** 5 Feb. 1974 **POB:** Tripoli, Libya **Good quality a.k.a.: a)** Almuatesem Bellah Muammer Qadhafi **b)** Mutassim Billah Abuminyar Qadhafi **Low quality a.k.a.: a)** Muatasmblla **b)** Muatasimbllah **c)** Moatassam **Nationality:** na **Passport no:** Libya number B/001897 **National identification no:** na **Address:** na **Listed on:** 26 Feb. 2011 ( amended on 2 Apr. 2012, 26 Sep. 2014, 1 Apr. 2016 ) **Other information:** Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban,Asset Freeze). Believed status/location: deceased. Reportedly deceased in Sirte, Libya, on 20 October 2011. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.278 Name:** 1: MUTHANNA 2: HARITH 3: SALMAN 4: AL-DARI
**Name (original script):** مثنى حارث سلمان الضاري
**Title:** Doctor **Designation:** na **DOB:** 16 Jun. 1969 **POB:** Iraq **Good quality a.k.a.: a)** Dr. Muthanna Al Dari **b)** Muthana Harith Al Dari **c)** Muthanna Harith Sulayman Al-Dari **d)** Muthanna Harith Sulayman Al-Dhari **e)** Muthanna Hareth Al-Dhari **f)** Muthana Haris Al-Dhari **g)** Doctor Muthanna Harith Sulayman Al Dari Al-Zawba' **h)** Muthanna Harith Sulayman Al-Dari Al-Zobai **i)** Muthanna Harith Sulayman Al-Dari al-Zawba'i **j)** Muthanna Hareth al-Dari **k)** Muthana Haris al-Dari **l)** Doctor Muthanna al-Dari **m)** Dr. Muthanna Harith al-Dari al-Zowbai **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** Ration

card number: 1729765 **Address: a)** Amman, Jordan **b)** Khan Dari, Iraq (previous) **c)** Asas Village, Abu Ghurayb, Iraq (previous) **d)** Egypt (previous) **Listed on:** 25 Mar. 2010 ( amended on 10 Dec. 2015, 6 Dec. 2019, 30 Oct. 2023, 2 Dec. 2024 ) **Other information:** Mother's name: Heba Khamis Dari. Father's name: Harith bin Salman Al-Dari bin Mahmud al-Shammari Provided operational guidance financial support and other services to or in support of Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (AQI) (QDe.115). He is the head of the political department of the Association of Muslim Scholars in Iraq. Involved in oil smuggling. Wanted by the Iraqi security forces. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.012 Name:** 1: MUZAHIM 2: SA'B 3: HASSAN 4: AL-TIKRITI
**Name (original script):** مزاحم صعب حسن التكريتي
**Title:** na **Designation:** na **DOB: a)** 1946 **b)** 1960 **c)** 1949 **POB:** Salah al-Din or al-Awja near Tikrit, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.369 Name:** 1: MU'TASSIM 2: YAHYA 3: 'ALI 4: AL-RUMAYSH
**Title:** na **Designation:** na **DOB:** 4 Jan. 1973 **POB:** Jeddah, Saudi Arabia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Rayhanah **b)** Abu-Rayhanah **c)** Handalah **d)** Abu-Rayhanah al-'Ansari al-Jeddawi **Nationality:** Yemen **Passport no:** Yemen number 01055336 **National identification no:** Saudi Arabia alien registration number 2054275397, issued on 22 Jul. 1998 **Address:** na **Listed on:** 29 Sep. 2015 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Financial and foreign fighter facilitator for Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). Member of Al-Qaida in the Arabian Peninsula (AQAP) (QDe.129) since at least Jun. 2014. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.413 Name:** 1: MYRNA 2: AJIJUL 3: MABANZA 4: na
**Title:** na **Designation:** na **DOB:** 11 Jul. 1991 **POB:**  **Good quality a.k.a.: a)** Myrna Adijul Mabanza **b)** Myrna Ajilul Mabanza **Low quality a.k.a.:** na **Nationality:** Philippines **Passport no:** na **National identification no: a)** Voter ID 73320881AG1191MAM20000 **b)** Student ID 200801087 **c)** Other ID 140000900032 **Address: a)** Basilan Province, Philippines **b)** Zamboanga City, Philippines (previous address) **c)** Jeddah, Saudi Arabia (previous address) **d)** Daina, Saudi Arabia (previous address) **Listed on:** 18 Jun. 2018 ( amended on 30 Oct. 2023 ) **Other information:** Facilitator for the Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Gender: female. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.405 Name:** 1: Malik 2: Ruslanovich 3: Barkhanoev 4: na
**Title:** na **Designation:** na **DOB:** 14 Mar. 1992 **POB:** Ordzhonikidzevskaya village, Sunzhenskiy district, Ingushetia, Russian Federation **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Saifuddin **b)** Saifuddin al-Ingushi **c)** Saifuddin Ingushi **Nationality:** Russian Federation **Passport no:** na **National identification no:** na **Address:** Mosul, Iraq **Listed on:** 20 Jul. 2017 ( amended on 8 Nov. 2022 ) **Other information:** Joined the Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115) in September 2016. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.025 Name:** 1: Mohammed 2: Al Amin 3: Al-Arabi 4: Kashlaf
**Name (original script):** محمد الأمين العربي كشلاف
**Title:** na **Designation:** Commander of the Shuhada al-Nasr brigade, Head of the Petrol Refinery Guard of

Zawiya's refinery **DOB:** 2 Dec. 1985 **POB:** Zawiya, Libya **Good quality a.k.a.: a)** Kashlaf **b)** Koshlaf **c)** al-Qasab **Low quality a.k.a.:** Keslaf **Nationality:** Libya **Passport no:** C17HLRL3, issued on 30 Dec. 2015, issued in Zawiya **National identification no:** na **Address:** Zawiya, Libya **Listed on:** 7 Jun. 2018 ( amended on 17 Sep. 2018, 25 Feb. 2020, 29 Nov. 2023 ) **Other information:** Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze) click here

**QDi.406 Name:** 1: Murad 2: Iraklievich 3: Margoshvili 4: na
**Title:** na **Designation:** na **DOB:** 15 Jan. 1970 **POB:** Grozny, Chechen Republic, Russian Federation **Good quality a.k.a.: a)** Zurab Iraklievich Margoshvili **b)** Murad Akhmedovich Madayev **c)** Lova Madayev **d)** Abu-Muslim Al-Shishani **Low quality a.k.a.: a)** Muslim **b)** Lava **c)** John **d)** George **e)** Arthur **f)** Sedoy **Nationality: a)** Russian Federation **b)** Georgia **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 20 Jul. 2017 ( amended on 8 Nov. 2022 ) **Other information:** Associated with Jabhat al-Nusrah, listed as Al-Nusrah Front for the People of the Levant (QDe.137).Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.024 Name:** 1: Mus'ab 2: Mustafa 3: Abu al Qassim 4: Omar
**Name (original script):** مصعب مصطفى ابو القاسم عمر
**Title:** na **Designation:** Leader of a transnational trafficking network **DOB:** 19 Jan. 1983 **POB:** Sabratha, Libya **Good quality a.k.a.:** Mus'ab Abu Qarin **Low quality a.k.a.: a)** ABU-AL QASSIM OMAR Musab Boukrin **b)** The Doctor **c)** Al-Grein **Nationality:** Libya **Passport no: a)** 782633, issued on 31 May 2005 **b)** 540794, issued on 12 Jan. 2008 **National identification no:** na **Address:** na **Listed on:** 7 Jun. 2018 ( amended on 17 Sep. 2018 ) **Other information:** Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze) click here

**TAi.071 Name:** 1: NAJIBULLAH 2: HAQQANI 3: HIDAYATULLAH 4: na
**Name (original script):** نجيب الله حقانى هدايت الله
**Title:** Maulavi **Designation:** Deputy Minister of Finance under the Taliban regime **DOB:** 1971 **POB:** Moni village, Shigal District, Kunar Province, Afghanistan **Good quality a.k.a.:** Najibullah Haqani **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** Afghan national identification card (tazkira) number 545167 (issued in 1974) **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007, 29 Nov. 2011, 16 May 2014 ) **Other information:** Cousin of Moulavi Noor Jalal. Grandfather's name is Salam. Taliban member responsible for Laghman Province as of late 2010. Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.132 Name:** 1: NAJIBULLAH 2: MUHAMMAD JUMA 3: na 4: na
**Name (original script):** نجيب الله محمد جمعه
**Title:** Maulavi **Designation:** Consul General, Taliban Consulate General, Peshawar, Pakistan **DOB:** 1958 **POB:** Zere Kohi area, Shindand District, Farah Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** Najib Ullah **Nationality:** Afghanistan **Passport no:** Afghanistan number 000737, issued on 20 Oct. 1996 **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 25 Jul. 2006, 23 Apr. 2007, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Member of Taliban Peshawar Military Council as at 2010. Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.226 Name:** 1: NAJMUDDIN 2: FARAJ 3: AHMAD 4: na
**Title:** na **Designation:** na **DOB: a)** 7 Jul. 1956 **b)** 17 Jun. 1963 **POB:** Olaqloo Sharbajer, Al-Sulaymaniyah Governorate, Iraq **Good quality a.k.a.: a)** Mullah Krekar **b)** Fateh Najm Eddine Farraj **c)** Faraj Ahmad Najmuddin **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** Ration card no. 0075258 **Address:** Heimdalsgate 36-V, Oslo, 0578, Norway **Listed on:** 7 Dec. 2006 ( amended on 10 Dec. 2015, 24 Nov. 2020 ) **Other information:** Mother's name: Masouma Abd al-Rahman. Photo available for

inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.022 Name:** 1: NASER 2: MALEKI 3: na 4: na
**Title:** na **Designation: a)** Head of Shahid Hemmat Industrial Group (SHIG), which is designated under resolution 1737 (2006) for its role in Iran's ballistic missile programme (designated under IRe.067). **b)** MODAFL official overseeing work on the Shahab-3 ballistic missile programme, Iran's long range ballistic missile currently in service. **DOB:** 1960 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** A0003039, issued in Iran (Islamic Republic of) **National identification no:** 0035011785, issued in Iran (Islamic Republic of) **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.47.C.7]

**QDi.012 Name:** 1: NASHWAN 2: ABD AL-RAZZAQ 3: ABD AL-BAQI 4: na
**Name (original script):** نشوان عبد الرزاق عبد الباقي
**Title:** na **Designation:** na **DOB:** 1961 **POB:** Mosul, Iraq **Good quality a.k.a.: a)** Abdal Al-Hadi Al-Iraqi **b)** Abd Al-Hadi Al-Iraqi **c)** Omar Uthman Mohammed **d)** Abdul Hadi Arif Ali **Low quality a.k.a.: a)** Abu Abdallah **b)** Abdul Hadi al-Taweel **c)** Abd al-Hadi al-Ansari **d)** Abd al-Muhayman **e)** Abu Ayub **Nationality:** Iraq **Passport no:** na **National identification no:** Ration Card no 0094195 **Address:** na **Listed on:** 6 Oct. 2001 ( amended on 14 May 2007, 27 Jul. 2007, 10 Dec. 2015, 24 Nov. 2020 ) **Other information:** Joined Al-Qaida in 1996 and was at that time an important liaison to the Taliban in Afghanistan. Received money from Ansar al-Islam (QDe.098) in order to conduct attacks in Kirkuk and Ninveh in Iraq during spring and summer of 2005. Al-Qaida senior official. In custody of the United States of America, as of Aug. 2014. Father's name: Abd al-Razzaq Abd al-Baqi. Mother's name: Nadira Ayoub Asaad. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.146 Name:** 1: NASIRUDDIN 2: HAQQANI 3: na 4: na
**Name (original script):** نصير الدين حقانى
**Title:** na **Designation:** na **DOB:** Between 1970 and 1973 (Approximately) **POB:** Neka District, Paktika Province, Afghanistan **Good quality a.k.a.: a)** Dr. Alim Ghair **b)** Naseer Haqqani **c)** Dr. Naseer Haqqani **d)** Nassir Haqqani **e)** Nashir Haqqani **Low quality a.k.a.:** Naseruddin **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** Pakistan **Listed on:** 20 Jul. 2010 ( amended on 29 Jul. 2011, 18 May 2012, 27 Jun. 2013, 11 Feb. 2014 ) **Other information:** A leader of the Haqqani Network (TAe.012), which operates out of North Waziristan in the Federally Administered Tribal Areas of Pakistan. Son of Jalaluddin Haqqani (TAi.040). Has travelled to Saudi Arabia and the United Arab Emirates to raise funds for the Taliban. Reportedly deceased as of 2013. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.358 Name:** 1: NASSER 2: AHMED 3: MUTHANA 4: na
**Title:** na **Designation:** na **DOB:** 29 Apr. 1994 **POB:** Heath, Cardiff, United Kingdom of Great Britain and Northern Ireland **Good quality a.k.a.:** Nasir Muthana **Low quality a.k.a.: a)** Abdul Muthana **b)** Abu Muthana **c)** Abu Al-Yemeni Muthana **d)** Abu Muthanna **Nationality:** United Kingdom of Great Britain and Northern Ireland **Passport no:** United Kingdom of Great Britain and Northern Ireland number 210804241, issued on 27 Jul. 2010 (expires on 27 Jul. 2020) **National identification no:** na **Address: a)** Syrian Arab Republic (as at Nov. 2013) **b)** United Kingdom of Great Britain and Northern Ireland (previous address until Nov. 2013) **Listed on:** 28 Sep. 2015 ( amended on 24 Nov. 2020 ) **Other information:** Foreign terrorist fighter with Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), in the Syrian Arab Republic. Wanted by the authorities of the United Kingdom. Physical description: hair colour: brown/black. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368

(2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.045 Name:** 1: NAYIF 2: SHINDAKH 3: THAMIR 4: GHALIB
**Name (original script):** نايف شنداخ ثامر غالب
**Title:** na **Designation:** na **DOB:** na **POB:**  Good quality a.k.a.: na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** Died in 2003

**TAi.100 Name:** 1: NAZIR MOHAMMAD 2: ABDUL BASIR 3: na 4: na
**Name (original script):** نظر محمدعبد البصير
**Title:** Maulavi **Designation: a)** Mayor of Kunduz City **b)** Acting, Governor of Kunduz Province under the Taliban regime **DOB:** 1954 **POB:** Malaghi Village, Kunduz District, Kunduz Province, Afghanistan **Good quality a.k.a.:** Nazar Mohammad (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 18 May 2012, 31 Dec. 2013 ) **Other information:** Alternative title: Sar Muallim. Reconciled after the fall of the Taliban regime, and assumed duties under the new Government on district level in Kunduz Province. Confirmed assassinated by Taliban on 9 November 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.129 Name:** 1: NAZIRULLAH 2: HANAFI 3: WALIULLAH 4: na
**Name (original script):** نذير الله حنفى ولى الله
**Title: a)** Maulavi **b)** Haji **Designation:** Commercial Attache, Taliban Embassy, Islamabad, Pakistan **DOB:** 1962 **POB:** Spin Boldak District, Kandahar Province, Afghanistan **Good quality a.k.a.:** Nazirullah Aanafi Waliullah **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** Afghanistan number D 000912, issued on 30 Jun. 1998 **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 25 Jul. 2006, 18 Jul. 2007, 21 Sep. 2007, 3 Oct. 2008, 29 Nov. 2011 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.222 Name:** 1: NESSIM 2: BEN ROMDHANE 3: SAHRAOUI 4: na
**Name (original script):** نسيم بن رمضان صحراوي
**Title:** na **Designation:** na **DOB:** 3 Aug. 1973 **POB:** Bizerta, Tunisia **Good quality a.k.a.: a)** Dass **b)** Nasim al-Sahrawi **Low quality a.k.a.:** na **Nationality:** Tunisia **Passport no:** na **National identification no:** na **Address:** Tunisia **Listed on:** 2 Aug. 2006 ( amended on 1 Sep. 2009, 25 Jan. 2010, 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Considered a fugitive from justice by the Italian authorities and sentenced in absentia to 6 years detention on 20 Nov. 2008. Sentenced in Tunisia to 4 years imprisonment for terrorist activity and in detention in Tunisia as at Jun. 2009. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 Jul. 2009. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.070 Name:** 1: NIDAL 2: AL-RABI'I 3: na 4: na
**Name (original script):** نضال الربيعي
**Title:** na **Designation:** na **DOB:** Approximately 1965 **POB:** Al-Dur, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Iraq **Listed on:** 7 Apr. 2004 **Other information:** na

**TAi.019 Name:** 1: NIK MOHAMMAD 2: DOST MOHAMMAD 3: na 4: na
**Name (original script):** نيک محمد دوست محمد
**Title:** Maulavi **Designation:** Deputy Minister of Commerce under the Taliban regime **DOB:** Approximately 1957 **POB:** Zangi Abad village, Panjwai District, Kandahar Province, Afghanistan **Good quality**

**a.k.a.:** Nik Mohammad (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 31 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 13 Aug. 2012, 19 Oct. 2012, 31 Dec. 2013 ) **Other information:** Leads a commission to register enemies of the Taliban as of mid-2013. Believed to be in Afghanistan/Pakistan border area. Belongs to Nurzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.065 Name:** 1: NOOR 2: BARZAN 3: IBRAHIM 4: HASAN AL-TIKRITI
**Name (original script):** نور برزان إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 2 Nov. 1983 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Geneva, Switzerland **Listed on:** 7 Apr. 2004 **Other information:** na

**QDi.427 Name:** 1: NOOR 2: WALI 3: MEHSUD 4: na
**Title:** Mufti **Designation:** na **DOB:** 26 Jun. 1978 **POB:** Gurguray, Pakistan **Good quality a.k.a.:** Abu Mansoor Asim **Low quality a.k.a.:** na **Nationality:** Pakistan **Passport no:** na **National identification no:** na **Address:** Lamman, District Barmal, Paktika Province, Afghanistan (as of 26 Nov. 2022) **Listed on:** 16 Jul. 2020 ( amended on 30 Oct. 2023, 19 Dec. 2023 ) **Other information:** Leader of Tehrik-e Taliban Pakistan (TTP) (QDe.132) following the death of former TTP leader Maulana Fazlullah (QDi.352). Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.110 Name:** 1: NOOR MOHAMMAD 2: SAQIB 3: na 4: na
**Name (original script):** نور محمد ثاقب
**Title:** na **Designation:** Chief Justice of Supreme Court under the Taliban regime **DOB:** Approximately 1958 **POB: a)** Bagrami District, Kabul Province, Afghanistan **b)** Tarakhel area, Deh Sabz District, Kabul Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Member of Taliban Supreme Council and Head of Taliban Religious Committee. Belongs to Ahmadzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.058 Name:** 1: NOORUDDIN 2: TURABI 3: MUHAMMAD 4: QASIM
**Name (original script):** نورالدين ترابى محمد قاسم
**Title: a)** Mullah **b)** Maulavi **Designation:** Minister of Justice under the Taliban regime **DOB: a)** Approximately 1963 **b)** 1956 **c)** Approximately 1955 **POB: a)** Spin Boldak District, Kandahar Province, Afghanistan **b)** Chora District, Uruzgan Province, Afghanistan **c)** Dehrawood District, Uruzgan Province, Afghanistan **Good quality a.k.a.:** Noor ud Din Turabi **Low quality a.k.a.:** Haji Karim **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 12 Apr. 2010, 29 Nov. 2011 ) **Other information:** Deputy to Mullah Mohammed Omar (TAi.004). Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.149 Name:** 1: NOUREDDINE 2: BEN ALI 3: BEN BELKASSEM 4: AL-DRISSI
**Name (original script):** نور الدين بن علي بن بلقاسم الدريسي
**Title:** na **Designation:** na **DOB:** 30 Apr. 1964 **POB:** Tunis, Tunisia **Good quality a.k.a.:** Drissi Noureddine **Low quality a.k.a.: a)** Abou Ali **b)** Faycal **Nationality:** Tunisia **Passport no:** Tunisia number L851940, issued on 9 Sep. 1998 (expired on 8 Sep. 2003) **National identification no:** na **Address:** Via Plebiscito 3, Cremona, Italy **Listed on:** 12 Nov. 2003 ( amended on 20 Dec. 2005, 31 Jul. 2006, 21 Dec. 2007, 16 May 2011, 6 Dec. 2019, 10 Sep. 2020, 30 Oct. 2023 ) **Other information:** Sentenced to six years of imprisonment for international terrorism in 2008. Deported from Italy to Tunisia on 10 Feb. 2013.

Inadmissible to the Schengen area. Mother's name is Khadijah al-Drissi. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CFi.002 Name:** 1: NOURREDINE 2: ADAM 3: na 4: na
**Title:** na **Designation: a)** General **b)** Minister for Security **c)** Director General of the "Extraordinary Committee for the Defence of Democratic Achievements **DOB: a)** 1970 **b)** 1969 **c)** 1971 **d)** 1 Jan. 1970 **e)** 1 Jan. 1971 **POB: a)** Ndele, Central African Republic **b)** Algenana, Sudan **Good quality a.k.a.: a)** Nureldine Adam **b)** Nourreldine Adam **c)** Nourreddine Adam **d)** Mahamat Nouradine Adam **e)** Mohamed Adam Brema Abdallah **Low quality a.k.a.:** na **Nationality: a)** Central African Republic **b)** Sudan **Passport no: a)** Central African Republic number D00001184 **b)** P04838205, issued on 10 Jun. 2018 (Issued in Bahri, Sudan. Expires on 9 June 2023. Passport issued under the name of Mohamed Adam Brema Abdallah) **National identification no:** Sudan 20227088368 **Address: a)** Birao, Central African Republic **b)** Sudan **Listed on:** 9 May 2014 ( amended on 4 Nov. 2014, 1 Mar. 2019, 6 Sep. 2019 ) **Other information:** Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.029 Name:** 1: NTABO NTABERI 2: SHEKA 3: na 4: na
**Title:** na **Designation:** Commander-in-Chief, Nduma Defence of Congo, Mayi Mayi Sheka group **DOB:** 4 Apr. 1976 **POB:** Walikale in Walikale territory, Democratic Republic of the Congo **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** Goma, North Kivu, Democratic Republic of the Congo ((in prison)) **Listed on:** 28 Nov. 2011 ( amended on 19 Aug. 2020 ) **Other information:** He surrendered to MONUSCO on 26 July 2017 and has been since detained by the Congolese authorities. His trial for war crimes, crimes against humanity and participation in an insurrectional movement, before the Military Court in Goma, started in November 2018. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.087 Name:** 1: NURJAMAN 2: RIDUAN 3: ISAMUDDIN 4: na
**Title:** na **Designation:** na **DOB:** 4 Apr. 1964 **POB:** Cianjur, West Java, Indonesia **Good quality a.k.a.: a)** Hambali **b)** Nurjaman **c)** Isomuddin, Nurjaman Riduan **d)** Hambali Bin Ending **e)** Encep Nurjaman (birth name) **f)** Hambali Ending Hambali **g)** Isamuddin Riduan **h)** Isamudin Ridwan **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 28 Jan. 2003 ( amended on 2 Jul. 2007, 27 Jul. 2007, 16 May 2011, 6 Dec. 2019, 8 Nov. 2022 ) **Other information:** Senior leader of Jemaah Islamiyah (QDe.092). Brother of Gun Gun Rusman Gunawan (QDi.218). In custody of the United States of America, as of July 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 Apr. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.089 Name:** 1: NURULLAH 2: NURI 3: na 4: na
**Name (original script):** نور الله نوری
**Title:** Maulavi **Designation: a)** Governor of Balkh Province under the Taliban Regime **b)** Head of Northern Zone under the Taliban regime **DOB: a)** Approximately 1958 **b)** 1 Jan. 1967 **POB:** Shahjoe District, Zabul Province, Afghanistan **Good quality a.k.a.:** Norullah Noori **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** Qatar **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013, 7 Sep. 2016 ) **Other information:** Belongs to Tokhi tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.374 Name:** 1: NUSRET 2: IMAMOVIC 3: na 4: na

**Title:** na **Designation:** na **DOB: a)** 26 Sep. 1971 **b)** 26 Sep. 1977 **POB:** Miljanovci, Kalesija Municipality, Bosnia and Herzegovina **Good quality a.k.a.:** Nusret Sulejman Imamovic **Low quality a.k.a.:** na **Nationality:** Bosnia and Herzegovina **Passport no: a)** Bosnia and Herzegovina number 349054 **b)** Bosnia and Herzegovina number 3490054 **National identification no:** na **Address:** Syrian Arab Republic (location as at Sep. 2015) **Listed on:** 29 Feb. 2016 ( amended on 29 Mar. 2019, 1 May 2019, 8 Nov. 2022 ) **Other information:** Believed to be fighting with Al-Nusrah Front for the People of the Levant (QDe.137) in Syrian Arab Republic and reported to be a leader in the group as of Apr. 2015. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 February 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.407 Name:** 1: OMAN 2: ROCHMAN 3: na 4: na

**Title:** Ustadz **Designation:** na **DOB:** 5 Jan. 1972 **POB:** Sumedang, Indonesia **Good quality a.k.a.: a)** Oman Rahman **b)** Abu Sulaiman Aman Abdurrahman Al-Arkhabiliy **c)** Aman Abdul Rahman **d)** Aman Abdurahman **e)** Aman Abdurrachman **f)** Oman Abdulrohman **g)** Oman Abdurrahman **h)** Aman Abdurrahman **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address:** Pasir Putih Prison, Nusa Kambangan Island, Indonesia **Listed on:** 20 Jul. 2017 ( amended on 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** De facto leader for all Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115), supporters in Indonesia, despite his incarceration in Indonesia since December 2010. Sentenced to death by the Indonesian Supreme Court. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.010 Name:** 1: OMAR 2: HAMMAMI 3: na 4: na

**Title:** na **Designation:** na **DOB:** 6 May 1986 **POB:** Alabama, United States of America **Good quality a.k.a.: a)** Abu Maansuur Al-Amriki **b)** Abu Mansour Al-Amriki **c)** Abu Mansuur Al-Amriki **d)** Umar Hammami **e)** Abu Mansur Al-Amriki **Low quality a.k.a.:** na **Nationality:** United States of America **Passport no:** 403062567 (US) **National identification no:** Social Security Number 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 (US) **Address:** Somalia **Listed on:** 28 Jul. 2011 **Other information:** Married to a Somali woman. Lived in Egypt in 2005 and moved to Somalia in 2009. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.082 Name:** 1: OMAR 2: SABAWI 3: IBRAHIM 4: HASAN AL-TIKRITI

**Name (original script):** عمر سبعاوي إبراهيم حسن التكريتي

**Title:** na **Designation:** na **DOB:** Approximately 1970 **POB:**  **Good quality a.k.a.: a)** Umar Sabawi Ibrahim Hasan Al-Tikriti **b)** Omar Sab'awi Ibrahim Hasan Al-Tikriti **c)** Omar Sabawi Ibrahim Hassan Al-Tikriti **d)** Umar Ahmad Ali Al-Alusi (DPOB: 1970, Baghdad, Iraq, passport no. 2863795S, expires 23 Aug. 2005 (Iraq)) **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address: a)** Damascus, Syrian Arab Republic **b)** Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Az Zabadani, Syrian Arab Republic **c)** Yemen **Listed on:** 27 Jul. 2005 **Other information:** na

**QDi.359 Name:** 1: OMAR 2: ALI 3: HUSSAIN 4: na

**Title:** na **Designation:** na **DOB:** 21 Mar. 1987 **POB:** High Wycombe, Buckinghamshire, United Kingdom of Great Britain and Northern Ireland **Good quality a.k.a.:** na **Low quality a.k.a.:** Abu-Sa'id Al Britani **Nationality:** United Kingdom of Great Britain and Northern Ireland **Passport no:** United Kingdom of Great Britain and Northern Ireland number 205939411, issued on 21 Jul. 2004 (expired on 21 Apr. 2015) **National identification no:** na **Address: a)** Syrian Arab Republic (as at Jan. 2014) **b)** United Kingdom of Great Britain and Northern Ireland (previous address until Jan. 2014) **Listed on:** 28 Sep. 2015 ( amended on 24 Nov. 2020 ) **Other information:** Foreign terrorist fighter with Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), in the Syrian Arab Republic. Physical description: eye colour: brown; hair colour: brown/black. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-

UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.031 Name:** 1: OMAR 2: MAHMOUD 3: UTHMAN 4: na
**Name (original script):** عمر محمود عثمان
**Title:** na **Designation:** na **DOB: a)** 30 Dec. 1960 **b)** 13 Dec. 1960 **POB:** Bethlehem, West Bank, State of Palestine **Good quality a.k.a.: a)** Al-Samman Uthman **b)** Umar Uthman **c)** Omar Mohammed Othman **Low quality a.k.a.: a)** Abu Qatada Al-Filistini **b)** Abu Umr Takfiri **c)** Abu Omar Abu Umar **d)** Abu Umar Umar **e)** Abu Ismail **Nationality:** Jordan **Passport no:** na **National identification no:** na **Address:** Jordan (since July 2013) **Listed on:** 17 Oct. 2001 ( amended on 14 Mar. 2008, 24 Mar. 2009, 25 Jan. 2010, 22 Jul. 2013, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Associated with Al-Qaida-related groups in the United Kingdom and other countries. Convicted in absentia in Jordan for involvement in terrorist acts in 1998. Arrested in Feb. 2001 in the United Kingdom, was further detained between Oct. 2002 and Mar. 2005 and between Aug. 2005 and Jun. 2008. In custody since Dec. 2008. Deported to Jordan from the United Kingdom on 7 July 2013 to face terrorism charges. Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Oct. 2009. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SDi.006 Name:** 1: OSMAN 2: MOHAMED 3: HAMID 4: MOHAMED
**Title:** na **Designation:** Rapid Support Forces (RSF) Major General and Head of RSF Operations **DOB:** 1 Jan. 1966 **POB:** Kadiqali, South Darfur, Sudan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Sudan **Passport no:** na **National identification no:** Sudan 11540384888 **Address:** na **Listed on:** 8 Nov. 2024 **Other information:** Gender: Male. click here

**QDi.292 Name:** 1: OTHMAN 2: AHMED 3: OTHMAN 4: AL-GHAMDI
**Name (original script):** عثمان أحمد عثمان الغامدي
**Title:** na **Designation:** na **DOB:** 27 May 1979 **POB:** Saudi Arabia **Good quality a.k.a.: a)** Othman al-Ghamdi born 27 May 1979 in Saudi Arabia **b)** Uthman al-Ghamdi born 27 May 1979 in Saudi Arabia **c)** Uthman al-Ghamidi born 27 May 1979 in Saudi Arabia **d)** Othman bin Ahmed bin Othman Alghamdi **e)** Othman Ahmed Othman Al Omairah (born in 1973 in Shabwa, Yemen, nationality: Yemeni) **f)** Uthman Ahmad Uthman al-Ghamdi **g)** Othman Ahmed Othman al-Omirah **Low quality a.k.a.: a)** Al Umairah al-Ghamdi **b)** Othman Bin Ahmed Bin Othman **Nationality:** Saudi Arabia **Passport no:** na **National identification no:** Saudi Arabia National Identification Number 1089516791 **Address:** Yemen **Listed on:** 16 Jun. 2011 ( amended on 15 Apr. 2014, 24 Nov. 2020 ) **Other information:** Operational commander of Al-Qaida in the Arabian Peninsula (AQAP) (QDe.129). Has been involved in raising funds and stockpiling arms for AQAP operations and activities in Yemen. Known associate of Qasim Yahya Mahdi al-Rimi (QDi.282) and Fahd Mohammed Ahmed al-Quso (deceased). Father's name is Ahmed Othman Al Omirah. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CFi.006 Name:** 1: OUMAR 2: YOUNOUS ABDOULAY 3: na 4: na
**Title:** na **Designation:** Former Séléka General **DOB:** 2 Apr. 1970 **POB:  Good quality a.k.a.: a)** Oumar Younous **b)** Omar Younous **c)** Oumar Sodiam **d)** Oumar Younous M'Betibangui **Low quality a.k.a.:** na **Nationality:** Sudan **Passport no:** CAR diplomatic passport no. D00000898, issued on 11 Apr. 2013 (valid until 10 April 2018) **National identification no:** na **Address: a)** Bria, Central African Republic (Tel. +236 75507560) **b)** Birao, Central African Republic **c)** Tullus, Southern Darfur, Sudan (previous location) **Listed on:** 20 Aug. 2015 ( amended on 20 Oct. 2015, 23 Aug. 2016 ) **Other information:** Is a diamond smuggler and a three-star general of the Séléka and close confident of former CAR interim president Michel Djotodia. Physical description: hair colour: black; height: 180cm; belongs to the Fulani ethnic group. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Reportedly deceased as at 11 October 2015 INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.342 Name:** 1: OUMAR 2: DIABY 3: na 4: na
**Title:** na **Designation:** na **DOB:** 5 Aug. 1975 **POB:** Dakar, Senegal **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Omsen **b)** Oumar Omsen **Nationality:** Senegal **Passport no:** na **National identification no:** na **Address:** Syrian Arab Republic (located in) **Listed on:** 23 Sep. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** A leader of an armed group linked to Al-Nusrah Front for the People of the Levant (QDe.137) and a key facilitator for a Syrian foreign terrorist fighter network. Active in terrorist propaganda through the Internet. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.029 Name:** 1: Osama 2: Al Kuni 3: Ibrahim 4: na
**Name (original script):** أسامة الكوني ابراهيم
**Title:** Manager of Al Nasr Detention Center in Zawiyah **Designation:** na **DOB:** 2 Apr. 1976 **POB:** Tripoli, Libya **Good quality a.k.a.: a)** Osama Milad **b)** Osama al-Milad **c)** Osama Zawiya **d)** Osama Zawiyah **e)** Osama al Kuni **Low quality a.k.a.:** na **Nationality:** Libya **Passport no:** na **National identification no:** na **Address:** Zawiyah, Libya **Listed on:** 25 Oct. 2021 ( amended on 29 Nov. 2023 ) **Other information:** As de facto manager of the Al Nasr detention center the person concerned has directly, and/or through subordinates engaged in or provided support to acts that violate applicable international human rights law, or acts that constitute human rights abuses in Libya. The Person concerned has acted for or on behalf of or at the direction of two listed individuals intrinsically linked to the human trafficking activities of the Zawiyah network, namely Mohamed Kashlaf (LYi.025) and Abdulrahman al Milad (LYi.026). Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze) INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.024 Name:** 1: PACIFIQUE 2: NTAWUNGUKA 3: na 4: na
**Title:** na **Designation: a)** FDLR-FOCA "SONOKI" Sector Commander **b)** FDLR-FOCA Brigadier General **DOB: a)** 1 Jan. 1964 **b)** Approximately 1964 **POB:** Gaseke, Gisenyi Province, Rwanda **Good quality a.k.a.:** Pacifique Ntawungula **Low quality a.k.a.: a)** Colonel Omega **b)** Nzeri **c)** Israel **Nationality:** Rwanda **Passport no:** na **National identification no:** na **Address:** Rutshuru Territory, North Kivu, Democratic Republic of the Congo (As of June 2016) **Listed on:** 3 Mar. 2009 ( amended on 13 Oct. 2016 ) **Other information:** Received military training in Egypt. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPi.072 Name:** 1: PAE 2: WON UK 3: na 4: na
**Title:** na **Designation:** Pae Won Uk is an overseas Daesong Bank representative **DOB:** 22 Aug. 1969 **POB:** **Good quality a.k.a.:** Pae Wo'n-uk **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 472120208 (Expires 22 Feb 2017) **National identification no:** na **Address:** na **Listed on:** 22 Dec. 2017 **Other information:** Gender: male

**KPi.006 Name:** 1: PAEK 2: CHANG-HO 3: na 4: na
**Title:** na **Designation:** Senior official and head of the satellite control center of Korean Committee for Space Technology **DOB:** 18 Jun. 1964 **POB:** Kaesong, Democratic People's Republic of Korea **Good quality a.k.a.: a)** Pak Chang-Ho **b)** Paek Ch'ang-Ho **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 381420754, issued on 7 Dec. 2011 (Expires on 7 Dec. 2016) **National identification no:** na **Address:** na **Listed on:** 22 Jan. 2013 **Other information:** Senior official and head of the satellite control center of Korean Committee for Space Technology.

**KPi.048 Name:** 1: PAEK 2: SE BONG 3: na 4: na
**Title:** na **Designation:** na **DOB:** 21 Mar. 1938 **POB:** **Good quality a.k.a.:** Paek Se Pong **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 2 Jun. 2017 ( amended on 26 Jul. 2022 ) **Other information:** Paek Se Bong is a former Chairman of the Second Economic Committee, a former member of the National Defense Commission, and a former Vice Director of Munitions Industry Department (MID)

**KPi.029 Name:** 1: PAK 2: CHUN 3: IL 4: na
**Title:** na **Designation:** Served as DPRK Ambassador to Egypt **DOB:** 28 Jul. 1954 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 563410091 **National identification no:** na **Address:** na **Listed on:** 30 Nov. 2016 ( amended on 30 Jun. 2022 ) **Other information:** Pak Chun Il has served as the DPRK Ambassador to Egypt and provides support to KOMID.  He concluded his tour of duty and left Egypt on 15 November 2016.

**KPi.049 Name:** 1: PAK 2: HAN SE 3: na 4: na
**Title:** na **Designation:** Vice Chairman of the Second Economic Committee, which oversees the production of the DPRK's ballistic missiles **DOB:** na **POB:  Good quality a.k.a.:** Kang Myong Chol **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 290410121 **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017 **Other information:** Directs the activities of Korea Mining Development Corporation, the DPRK's premier arms dealer and main exporter of goods and equipment related to ballistic missiles and conventional weapons.

**KPi.073 Name:** 1: PAK 2: BONG NAM 3: na 4: na
**Title:** na **Designation:** Pak Bong Nam is an overseas Ilsim International Bank representative **DOB:** 6 May 1969 **POB:  Good quality a.k.a.: a)** Lui Wai Ming **b)** Pak Pong Nam **c)** Pak Pong-nam **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 22 Dec. 2017 **Other information:** Gender: male

**KPi.079 Name:** 1: PAK 2: MUN IL 3: na 4: na
**Title:** na **Designation:** Former overseas representative of Korea Daesong Bank **DOB:** 1 Jan. 1965 **POB:  Good quality a.k.a.:** Pak Mun-il **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 563335509 (Expires 27 August 2018) **National identification no:** na **Address:** na **Listed on:** 22 Dec. 2017 ( amended on 29 Jun. 2023 ) **Other information:** Gender: male

**KPi.063 Name:** 1: PAK 2: YONG SIK 3: na 4: na
**Title:** na **Designation:** Former Member of the Workers' Party of Korea Central Military Commission **DOB:** 1949 **POB:  Good quality a.k.a.:** Pak Yo'ng-sik **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 11 Sep. 2017 ( amended on 26 Jul. 2022, 30 May 2023, 29 Jun. 2023 ) **Other information:** Pak Yong Sik is a member of the Workers' Party of Korea Central Military Commission, which is responsible for the development and implementation of the Workers' Party of Korea military policies, commands and controls the DPRK's military, and helps direct the country's military defense industries.

**KPi.050 Name:** 1: PAK 2: TO CHUN 3: na 4: na
**Title:** na **Designation:** na **DOB:** 9 Mar. 1944 **POB:  Good quality a.k.a.: a)** Pak Do Chun **b)** Pak To'-Ch'un **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 2 Jun. 2017 ( amended on 26 Jul. 2022, 16 Aug. 2023 ) **Other information:** Pak To Chun is a former Secretary of Munitions Industry Department (MID) and currently advises on affairs relating to nuclear and missile programmes. He is a former State Affairs Commission member and is a member Workers' Party of Korea Political Bureau. Died on 27 July 2022.

**QDi.122 Name:** 1: PARLINDUNGAN 2: SIREGAR 3: na 4: na
**Title:** na **Designation:** na **DOB: a)** 25 Apr. 1957 **b)** 25 Apr. 1967 **POB:** Indonesia **Good quality a.k.a.: a)** Siregar, Parlin **b)** Siregar, Saleh Parlindungan **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 9 Sep. 2003 ( amended on 6 Dec. 2019, 8 Nov. 2022 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SSi.008 Name:** 1: PAUL 2: MALONG 3: AWAN 4: ANEI
**Title:** General **Designation: a)** Former Chief of Staff of the Sudan People's Liberation Army (SPLA) **b)** Former Governor, Northern Bahr el-Ghazal State **DOB: a)** 1962 **b)** 4 Dec. 1960 **c)** 12 Apr. 1960 **d)** 1 Jan. 1962 **POB: a)** Malualkon, South Sudan **b)** Kotido, Uganda **Good quality a.k.a.: a)** Paul Malong Awan Anei **b)** Paul Malong **c)** Bol Malong **Low quality a.k.a.:** na **Nationality: a)** South Sudan **b)** Uganda **Passport no: a)** South Sudan number S00004370 **b)** South Sudan number D00001369 **c)** Sudan number 003606 **d)** Sudan number 00606 **e)** Sudan number B002606 **f)** Uganda number DA025963 **National identification no:** na **Address:** na **Listed on:** 13 Jul. 2018 ( amended on 25 Jun. 2019 ) **Other information:** As Chief of General Staff of the SPLA, Malong expanded or extended the conflict in South Sudan through breaches of the Cessation of Hostilities Agreement and breaches of the 2015 Agreement on the Resolution of the Conflict in South Sudan (ARCSS). He reportedly directed efforts to kill opposition leader Riek Machar. He ordered SPLA units to prevent the transport of humanitarian supplies. Under Malong's leadership, the SPLA attacked civilians, schools and hospitals; forced the displacement of civilians; carried out enforced disappearances; arbitrarily detained civilians; and conducted acts of torture, and rape. He mobilized the Mathiang Anyoor Dinka tribal militia, which uses child soldiers. Under his leadership, the SPLA restricted UNMISS, the Joint Monitoring and Evaluation Commission (JMEC), and CTSAMM access to sites to investigate and document abuses. click here

**SSi.006 Name:** 1: PETER 2: GADET 3: na 4: na
**Title: a)** General **b)** Major General **Designation:** na **DOB:** Between 1957 and 1959 **POB:  Good quality a.k.a.: a)** Peter Gatdet Yaka **b)** Peter Gadet Yak **c)** Peter Gadet Yaak **d)** Peter Gatdet Yaak **e)** Peter Gatdet **f)** Peter Gatdeet Yaka **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 1 Jul. 2015 **Other information:** Appointed the SPLA-IO's Deputy Chief of Staff for Operations on December 21, 2014. Forces under his command targeted civilians, including women, in April 2014 during an assault on Bentiu, including targeted killings on the basis of ethnicity. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.376 Name:** 1: PETER 2: CHERIF 3: na 4: na
**Title:** na **Designation:** na **DOB:** 26 Aug. 1982 **POB:** Paris, 20th district, France **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** France **Passport no:** na **National identification no:** na **Address:** Al Mukalla, Hadramawt province, Yemen **Listed on:** 29 Sep. 2015 ( amended on 24 Jun. 2016, 15 Nov. 2021 ) **Other information:** Member of Al-Qaida in the Arabian Peninsula (AQAP) (QDe.129). Convicted in absentia to five years in prison in France in 2012. Wanted by French authorities as of 2015. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.245 Name:** 1: PIO 2: ABOGNE 3: DE VERA 4: na
**Title:** na **Designation:** na **DOB:** 19 Dec. 1969 **POB:** Bagac, Bagamanok, Catanduanes, Philippines **Good quality a.k.a.:** Ismael De Vera **Low quality a.k.a.: a)** Khalid **b)** Ismael **c)** Ismail **d)** Manex **e)** Tito Art **f)** Dave **g)** Leo **Nationality:** Philippines **Passport no:** na **National identification no:** na **Address:** Concepcion, Zaragosa, Nueva Ecija, Philippines **Listed on:** 4 Jun. 2008 ( amended on 3 Jun. 2009, 13 Dec. 2011, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Member of the Rajah Solaiman Movement (QDe.128), Abu Sayyaf Group (QDe.001) and Jemaah Islamiyah (QDe.092). Father's name is Honorio Devera. Mother's name is Fausta Abogne. In detention in the Philippines as of May 2011. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**HTi.006 Name:** 1: PROPHANE 2: VICTOR 3: na 4: na
**Title:** na **Designation:** Former member of the Haitian Parliament, involved in weapons trafficking and using violence to secure political gain. **DOB:** na **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Haiti **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Sep. 2024 **Other information:** Gender: Male. No INTERPOL link available

**CDi.037 Name:** 1: PROTOGÈNE 2: RUVUGAYIMIKORE 3: na 4: na
**Title:** na **Designation:** Commander of the FDLR special unit "Commando de recherche et d'action en profondeur" (CRAP) (now called Maccabe) **DOB: a)** 1969 **b)** 1970 **c)** 1971 **POB: a)** Karandaryi Cell, Mwiyanike Sector, Karago Commune, Gisenyi Prefecture, Rwanda **b)** Nyabihu District, Western Province, Rwanda **Good quality a.k.a.: a)** RUHINDA **b)** GABY RUHINDA **c)** ZORRO MIDENDE **Low quality a.k.a.:** GATOKARAKURA **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Nyiragongo, North Kivu, Democratic Republic of the Congo **Listed on:** 25 Oct. 2023 **Other information:** Listed pursuant to paragraphs 7 (b), 7 (e), and 7 (h) of resolution 2293 (2016) as "being political and military leaders of foreign armed groups operating in the DRC who impede the disarmament and the voluntary repatriation or resettlement of combatants belonging to those groups"; "committing acts in the DRC that constitute human rights violations or abuses or violations of international humanitarian law, as applicable, including those acts involving the targeting of civilians, including killing and maiming, rape and other sexual violence, abduction, forced displacement, and attacks on schools and hospitals"; and "acting on behalf of or at the direction of a designated individual or entity, or acting on behalf of or at the direction of an entity owned or controlled by a designated individual or entity", as reaffirmed by paragraph 2 of resolution 2688 (2023). As a leader of FDLR (CDe.005), he has effective command and control over the group's combatants. click here

**KPi.062 Name:** 1: Pak 2: Il Kyu 3: na 4: na
**Title:** na **Designation:** Official for Korea Ryonbong General Corporation **DOB:** na **POB:  Good quality a.k.a.:** Pak Il-Gyu **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 563120235 **National identification no:** na **Address:** na **Listed on:** 5 Aug. 2017 **Other information:** Official for Korea Ryonbong General Corporation, which specializes in acquisition for DPRK's defense industries and support to Pyongyang's military-related sales. Its procurements also likely support the DPRK's chemical weapons program. Gender: male.

**TAi.168 Name:** 1: QARI 2: SAIFULLAH 3: TOKHI 4: na
**Name (original script):** قاري سيف الله توخى
**Title:** Qari **Designation:** na **DOB:** Approximately 1964 **POB:** Daraz Village, Jaldak wa Tarnak District, Zabul Province, Afghanistan **Good quality a.k.a.: a)** Qari Saifullah **b)** Qari Saifullah Al Tokhi **c)** Saifullah Tokhi **Low quality a.k.a.:** Qari Sahab **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** Chalo Bawari area, Quetta City, Baluchistan Province, Pakistan **Listed on:** 19 Mar. 2014 ( amended on 16 May 2014 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Taliban Shadow Deputy Governor and operational commander in Zabul Province, Afghanistan, responsible for the laying of improvised explosive devices and the organisation of suicide attacks. Physical description: height: 180 cm; weight: approximately 90 kg; build: athletic build; eye colour: brown; hair colour: red; complexion: medium brown. Distinguishing physical marks: large round face, full beard, and walks with a limp due to plastic prosthesis in place of his left lower leg. Ethnic background: Pashtun; Belongs to Tokhi tribe, Barkozai sub-tribe (alternative tribe spelling: Torchi). Barkozai (alternative tribe spelling: Bakorzai, باكورزى) sub-tribe, Kishta Barkorzai (lower Barkorzai) clan. Marital Status: married. Father's name: Agha Mohammad. Brother's name: Humdullah. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.039 Name:** 1: QASEM 2: SOLEIMANI 3: na 4: na
**Title:** na **Designation: a)** Brigadier General **b)** Commander of Qods force **DOB:** 11 Mar. 1957 **POB:** Qom, Iran (Islamic Republic of) **Good quality a.k.a.:** Qasim Soleimani; Qasem Sulaimani; Qasim Sulaimani; Qasim Sulaymani; Qasem Sulaymani; Kasim Soleimani; Kasim Sulaimani; Kasim Sulaymani **Low quality a.k.a.:** Haj Qasem; Haji Qassem; Sardar Soleimani **Nationality:** na **Passport no:** 008827, issued in Iran (Islamic Republic of) **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** Promoted to Major General, retaining his position as Commander of Qods force. [Old Reference # I.47.D.6]

**QDi.282 Name:** 1: QASIM 2: MOHAMED 3: MAHDI 4: AL-RIMI
**Name (original script):** قاسم محمد مهدي الريمي

**Title:** na **Designation:** na **DOB:** 5 Jun. 1978 **POB:** Raymah village, Sanaa Governorate (ريمة), Yemen **Good quality a.k.a.: a)** Qasim Al-Rimi **b)** Qasim al-Raymi **c)** Qassim al-Raymi **d)** Qasim al-Rami **e)** Qasim Mohammed Mahdi Al Remi **f)** Qassim Mohammad Mahdi Al Rimi **Low quality a.k.a.: a)** Qasim Yahya Mahdi 'Abd al-Rimi **b)** ABU HURAYRAH AL-SANA'AI **c)** Abu 'Ammar **d)** Abu Hurayrah **Nationality:** Yemen **Passport no:** Yemen number 00344994, issued on 3 Jul. 1999, issued in Sanaa **National identification no:** Yemeni national identification number 973406, issued on 3 Jul. 1996 **Address:** Yemen **Listed on:** 11 May 2010 ( amended on 15 Apr. 2014, 24 Jun. 2016, 24 Nov. 2020, 11 Mar. 2025 ) **Other information:** Mother's name: Fatima Muthanna Yahya. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Leader of Al-Qaida in the Arabian Peninsula (QDe.129) since Jun. 2015, pledged loyalty to Aiman al-Zawahiri (QDi.006). As of February 2020, reportedly killed in a counterterrorism operation in Yemen. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.047 Name:** 1: QUDRATULLAH 2: JAMAL 3: na 4: na
**Name (original script):** قدرت الله جمال
**Title:** Maulavi **Designation:** Minister of Information under the Taliban regime **DOB:** Approximately 1963 **POB:** Gardez, Paktia Province, Afghanistan **Good quality a.k.a.:** Haji Sahib **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Member of Taliban Supreme Council and member of Taliban Cultural Commission as at 2010. Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.004 Name:** 1: QUREN 2: SALIH 3: QUREN 4: AL QADHAFI
**Title:** na **Designation:** Libyan Ambassador to Chad **DOB:** na **POB:**  **Good quality a.k.a.:** Akrin Saleh Akrin (أقرين صالح أقرين) **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Egypt **Listed on:** 17 Mar. 2011 ( amended on 26 Sep. 2014, 26 Mar. 2015 ) **Other information:** Listed pursuant to paragraph 15 of resolution 1970 (Travel Ban). No INTERPOL link available

**IQi.002 Name:** 1: QUSAY 2: SADDAM 3: HUSSEIN 4: AL-TIKRITI
**Name (original script):** قصي صدام حسين التكريتي
**Title:** na **Designation:** na **DOB: a)** 1965 **b)** 1966 **POB:** Baghdad, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**KPi.008 Name:** 1: RA 2: KY'ONG-SU 3: na 4: na
**Title:** na **Designation:** Tanchon Commercial Bank (TCB) official **DOB:** 4 Jun. 1954 **POB:**  **Good quality a.k.a.: a)** Ra Kyung-Su **b)** Chang Myong Ho **c)** Chang Myo'ng-Ho **d)** Chang Myong-Ho **e)** Ra Kyong-Su **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 645120196, issued in Democratic People's Republic of Korea **National identification no:** na **Address:** na **Listed on:** 22 Jan. 2013 ( amended on 2 Mar. 2016, 26 Jul. 2022, 29 Jun. 2023 ) **Other information:** Ra Ky'ong-Su is a Tanchon Commercial Bank (TCB) official. In this capacity he has facilitated transactions for TCB. Tanchon was designated by the Committee in April 2009 as the main DPRK financial entity responsible for sales of conventional arms, ballistic missiles, and goods related to the assembly and manufacture of such weapons.

**QDi.142 Name:** 1: RADI 2: ABD EL SAMIE 3: ABOU EL YAZID 4: EL AYASHI
**Name (original script):** راضي عبد السميع أبواليزيد العياشي
**Title:** na **Designation:** na **DOB:** 2 Jan. 1972 **POB:** El Gharbia Governorate, Egypt **Good quality a.k.a.:** na **Low quality a.k.a.:** Mera'i **Nationality:** Egypt **Passport no:** na **National identification no:** na **Address:** Via Cilea 40, Milan, Italy (Domicile) **Listed on:** 12 Nov. 2003 ( amended on 9 Sep. 2005, 21 Dec. 2007, 16 May 2011, 29 Mar. 2017, 1 May 2019, 8 Nov. 2022 ) **Other information:** Sentenced to ten years of imprisonment by the Court of first instance of Milan on 21 Sep. 2006. In custody in Italy. Due for release on 6 Jan. 2012. Subject

to expulsion from Italy after serving the sentence. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.208 Name:** 1: RADULAN 2: SAHIRON 3: na 4: na

**Title:** na **Designation:** na **DOB:** 1955 **POB:** Kaunayan, Patikul, Jolo Island, Philippines **Good quality a.k.a.: a)** Radullan Sahiron **b)** Radulan Sahirun **c)** Radulan Sajirun **Low quality a.k.a.:** Commander Putol **Nationality:** Philippines **Passport no:** na **National identification no:** na **Address:** Sulu region, Philippines (reported location) **Listed on:** 6 Dec. 2005 ( amended on 22 Sep. 2017, 24 Nov. 2020 ) **Other information:** Physical description: eye colour: black; hair colour: gray; height: 5 feet 6 inches – 168 cm; weight: 140 pounds – 64 kg; build: slight; right arm is amputated above his elbow. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Wanted by the Philippines authorities for terrorist offences and by authorities of the United States of America for involvement in the kidnapping of its national. Photos included in. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.029 Name:** 1: RAED 2: MUHAMMAD HASAN 3: MUHAMMAD 4: HIJAZI

**Name (original script):** رائد محمد حسن محمد حجازي **Title:** na **Designation:** na **DOB:** 30 Dec. 1968 **POB:** California, United States of America **Good quality a.k.a.: a)** Raed M. Hijazi **b)** Ri'ad Muhammad Hasan Muhammad Hijazi (Previously listed as. In Arabic: رياض محمد حسن محمد الحجازي) **Low quality a.k.a.: a)** Rashid Al-Maghribi (The Moroccan) **b)** Abu-Ahmad Al-Amriki (The American) **c)** Abu-Ahmad Al-Hawen **d)** Abu-Ahmad Al-Shahid **Nationality: a)** Jordan **b)** United States of America **Passport no:** na **National identification no: a)** United States Social Security Number: 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 **b)** Jordanian national number: 9681029476 **Address:** na **Listed on:** 17 Oct. 2001 ( amended on 10 Apr. 2003, 16 May 2011, 21 Mar. 2017, 24 Nov. 2020 ) **Other information:** In custody in Jordan since 26 Feb. 2015 for recruitment and support to Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Father's name is Mohammad Hijazi. Mother's name is Sakina. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.015 Name:** 1: RAFI 2: ABD-AL-LATIF 3: TILFAH 4: AL-TIKRITI

**Name (original script):** رافي عبد اللطيف طلفاح التكريتي **Title:** na **Designation:** na **DOB:** Approximately 1954 **POB:** Tikrit, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**IQi.057 Name:** 1: RAGHAD 2: SADDAM 3: HUSSEIN 4: AL-TIKRITI

**Name (original script):** رغد صدام حسين التكريتي **Title:** na **Designation:** na **DOB:** 1967 **POB:** Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Amman, Jordan **Listed on:** 7 Apr. 2004 **Other information:** na

**TAi.137 Name:** 1: RAHMATULLAH 2: KAKAZADA 3: na 4: na

**Name (original script):** رحمت الله كاكا زاده **Title: a)** Maulavi **b)** Mullah **Designation:** Consul General, Taliban Consulate General, Karachi, Pakistan **DOB:** 1968 **POB:** Zurmat District, Paktia Province, Afghanistan **Good quality a.k.a.: a)** Rehmatullah **b)** Kakazada **Low quality a.k.a.:** Mullah Nasir **Nationality:** Afghanistan **Passport no:** D 000952, issued on 7 Jan. 1999, issued in Afghanistan **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 25 Jul. 2006, 18 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Taliban member responsible for Ghazni Province, Afghanistan, as of May 2007. Head of an intelligence network. Believed to be

in Afghanistan/Pakistan border area. Belongs to Suleimankheil tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.172 Name:** 1: RAHMATULLAH 2: SHAH NAWAZ 3: na 4: na
**Name (original script):** رحمت الله شاه نواز
**Title:** Alhaj **Designation:** na **DOB: a)** 1981 **b)** 1982 **POB:** Shadal (variant Shadaal) Bazaar, Achin District, Nangarhar Province, Afghanistan **Good quality a.k.a.: a)** Qari Rahmat **b)** Kari Rahmat **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address: a)** Kamkai Village, Achin District, Nangarhar Province, Afghanistan **b)** Kamkai Village, Achin District, Nangarhar Province, Afghanistan **c)** Surkhel village, Achin District, Nangarhar Province, Afghanistan **d)** Batan village, Achin District, Nangarhar Province, Afghanistan **Listed on:** 21 Aug. 2014 ( amended on 21 Jul. 2016 ) **Other information:** Physical description: eye colour brown, hair colour: black, weight: 77-81 kg, height: 178 cm short-to-medium black beard, short black hair. Belongs to Shinwari tribe, Sepahi sub-tribe. A Taliban commander since at least Feb. 2010. Collects taxes and bribes on behalf of the Taliban as of April 2015. Liaises with and provides Taliban operatives in Nangarhar Province, Afghanistan, with information, guidance, housing and weapons and has emplaced improvised explosive devices (IED) and conducted attacks against International Security Assistance Force (ISAF) and Afghan forces. Involved in drug trafficking and operates heroin laboratory in Abdulkhel village, Achin district, Nangarhar province, Afghanistan. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.081 Name:** 1: RAMZI 2: MOHAMED 3: ABDULLAH 4: BINALSHIBH
**Name (original script):** رمزي محمد عبد الله بن الشيبة
**Title:** na **Designation:** na **DOB: a)** 1 May 1972 **b)** 16 Sep. 1973 **POB: a)** Gheil Bawazir, Hadramawt, Yemen **b)** Khartoum, Sudan **Good quality a.k.a.: a)** Binalsheidah, Ramzi Mohamed Abdullah **b)** Bin Al Shibh, Ramzi **c)** Omar, Ramzi Mohamed Abdellah **d)** Mohamed Ali Abdullah Bawazir **e)** Binalshibh Ramzi Mohammed Abdullah **f)** Ramzi Binalshib **g)** Ramzi Mohamed Abdellah Omar Hassan Alassiri **h)** Binalshibh Ramsi Mohamed Abdullah **i)** Abu Ubaydah **j)** 'Umar Muhammad 'Abdallah Ba' Amar **Low quality a.k.a.:** Ramzi Omar **Nationality:** Yemen **Passport no:** 00085243, issued on 17 Nov. 1997, issued in Sanaa, Yemen **National identification no:** na **Address:** na **Listed on:** 30 Sep. 2002 ( amended on 26 Nov. 2004, 25 Jul. 2006, 2 Jul. 2007, 27 Jul. 2007, 23 Dec. 2010, 6 Dec. 2019 ) **Other information:** Arrested in Karachi, Pakistan, 30 Sep. 2002. In custody of the United States of America, as of May 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019 INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.058 Name:** 1: RANA 2: SADDAM 3: HUSSEIN 4: AL-TIKRITI
**Name (original script):** رنا صدام حسين التكريتي
**Title:** na **Designation:** na **DOB:** 1969 **POB:** Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Amman, Jordan **Listed on:** 7 Apr. 2004 **Other information:** na

**QDi.246 Name:** 1: REDENDO 2: CAIN 3: DELLOSA 4: na
**Title:** na **Designation:** na **DOB:** 15 May 1972 **POB:** Punta, Santa Ana, Manila, Philippines **Good quality a.k.a.: a)** Abu Ilonggo **b)** Brandon Berusa **c)** Abu Muadz **d)** Arnulfo Alvarado **e)** Habil Ahmad Dellosa **Low quality a.k.a.: a)** Dodong **b)** Troy **c)** Uthman **Nationality:** Philippines **Passport no:** na **National identification no:** na **Address:** 3111, Ma. Bautista, Punta, Santa Ana, Manila, Philippines **Listed on:** 4 Jun. 2008 ( amended on 3 Jun. 2009, 13 Dec. 2011, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Member of the Rajah Solaiman Movement (QDe.128) and linked to the Abu Sayyaf Group (QDe.001). Father's name is Fernando Rafael Dellosa. Mother's name is Editha Parado Cain. In detention in the Philippines as of Jan. 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.262 Name:** 1: REDOUANE 2: EL HABHAB 3: na 4: na
**Title:** na **Designation:** na **DOB:** 20 Dec. 1969 **POB:** Casablanca, Morocco **Good quality a.k.a.:** Abdelrahman **Low quality a.k.a.:** na **Nationality: a)** Germany **b)** Morocco **Passport no:** Germany number 1005552350, issued on 27 Mar. 2001, issued in Municipality of Kiel, Germany (expired on 26 Mar. 2011) **National identification no:** Germany federal identity card number 1007850441, issued on 27 Mar. 2001, issued in Municipality of Kiel, Germany (expired on 26 Mar. 2011) **Address:** lltisstrasse 58, 24143 Kiel, Germany (previous address) **Listed on:** 12 Nov. 2008 ( amended on 30 Jan. 2009, 24 Mar. 2009, 15 Nov. 2012, 15 Nov. 2021 ) **Other information:** Released from custody in Germany in Apr. 2012. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**HTi.003 Name:** 1: RENEL 2: DESTINA 3: na 4: na
**Title:** na **Designation:** Main leader of Grand Ravine gang **DOB:** 11 Jun. 1982 **POB:** Haiti **Good quality a.k.a.:** na **Low quality a.k.a.:** TI LAPLI **Nationality:** Haiti **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 8 Dec. 2023 **Other information:** Gender: Male INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.015 Name:** 1: REZA-GHOLI 2: ESMAELI 3: na 4: na
**Title:** na **Designation:** Head of Trade and International Affairs Department of the AIO. **DOB:** 3 Apr. 1961 **POB:** **Good quality a.k.a.:** Reza-Gholi Ismaili **Low quality a.k.a.:** na **Nationality:** na **Passport no:** A0002302, issued in Iran (Islamic Republic of) **National identification no:** na **Address:** na **Listed on:** 23 Dec. 2006 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.37.D.3]

**KPi.004 Name:** 1: RI 2: HONG-SOP 3: na 4: na
**Title:** na **Designation:** Former director, Yongbyon Nuclear Research Center, and Head of Nuclear Weapons Institute **DOB:** 26 Feb. 1940 **POB:** **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 16 Jul. 2009 ( amended on 9 Jul. 2018, 26 Jul. 2022, 29 Jun. 2023 ) **Other information:** Former director, Yongbyon Nuclear Research Center, oversaw three core facilities that assist in the production of weapons-grade plutonium: the Fuel Fabrication Facility, the Nuclear Reactor, and the Reprocessing Plant.

**KPi.002 Name:** 1: RI 2: JE-SON 3: na 4: na
**Title:** na **Designation:** Former Minister of Atomic Energy Industry. **DOB:** 1938 **POB:** **Good quality a.k.a.:** Ri Che-son **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 16 Jul. 2009 ( amended on 30 Jul. 2014, 29 Jun. 2023 ) **Other information:** Former Minister of Atomic Energy Industry. Former Director of the General Bureau of Atomic Energy (GBAE), chief agency directing DPRK's nuclear program; facilitated several nuclear endeavors including GBAE's management of Yongbyon Nuclear Research Center and Namchongang Trading Corporation.

**KPi.033 Name:** 1: RI 2: WON HO 3: na 4: na
**Title:** na **Designation:** DPRK Ministry of State Security Official **DOB:** 17 Jul. 1964 **POB:** **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 381310014 **National identification no:** na **Address:** na **Listed on:** 30 Nov. 2016 **Other information:** Ri Won Ho is a DPRK Ministry of State Security Official stationed in Syria supporting KOMID.

**KPi.052 Name:** 1: RI 2: SU YONG 3: na 4: na
**Title:** na **Designation:** Official for Korea Ryonbong General Corporation, specializes in acquisition for DPRK's defence industries and support to Pyongyang's military-related sales. Its procurements also probably support the DPRK's chemical weapons programme **DOB:** 25 Jun. 1968 **POB:** **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 654310175 **National identification no:**

na **Address:** na **Listed on:** 2 Jun. 2017 ( amended on 15 Feb. 2018 ) **Other information:** Gender: male. Served as Korea Ryonbong General Corporation representative in Cuba.

**KPi.074 Name:** 1: RI 2: CHUN HWAN 3: na 4: na
**Title:** na **Designation:** Ri Chun Hwan is an overseas Foreign Trade Bank representative **DOB:** 21 Aug. 1957 **POB:**  **Good quality a.k.a.:** Ri Ch'un-hwan **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 563233049 (Expires 09 May 2018) **National identification no:** na **Address:** na **Listed on:** 22 Dec. 2017 **Other information:** Gender: male

**KPi.075 Name:** 1: RI 2: CHUN SONG 3: na 4: na
**Title:** na **Designation:** Ri Chun Song is an overseas Foreign Trade Bank representative **DOB:** 30 Oct. 1965 **POB:**  **Good quality a.k.a.:** Ri Ch'un-so'ng **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 654133553 (Expires 11 March 2019) **National identification no:** na **Address:** na **Listed on:** 22 Dec. 2017 **Other information:** Gender: male

**KPi.077 Name:** 1: RI 2: SONG HYOK 3: na 4: na
**Title:** na **Designation:** Ri Song Hyok is an overseas representative for Koryo Bank and Koryo Credit Development Bank **DOB:** 19 Mar. 1965 **POB:**  **Good quality a.k.a.:** Li Cheng He **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** Democratic People's Republic of Korea number 654234735 **National identification no:** na **Address:** na **Listed on:** 22 Dec. 2017 ( amended on 26 Jul. 2022 ) **Other information:** Ri Song Hyok has reportedly established front companies to procure items and conduct financial transactions on behalf of North Korea. Gender: male

**KPi.078 Name:** 1: RI 2: U'N SO'NG 3: na 4: na
**Title:** na **Designation:** Former overseas Korea Unification Development Bank representative **DOB:** 22 Jul. 1969 **POB:**  **Good quality a.k.a.: a)** Ri Eun Song **b)** Ri Un Song **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 22 Dec. 2017 ( amended on 29 Jun. 2023, 29 Sep. 2023 ) **Other information:** Gender: male

**KPi.026 Name:** 1: RI 2: MAN GON 3: na 4: na
**Title:** na **Designation:** Former Minister of the Munitions Industry Department **DOB:** 29 Oct. 1945 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** PO381230469 (Expires 6 Apr. 2016) **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 ( amended on 16 Aug. 2023 ) **Other information:** na

**KPi.051 Name:** 1: RI 2: JAE IL 3: na 4: na
**Title:** na **Designation:** Vice Director of the Workers' Party of Korea Propaganda and Agitation Department, which controls all DPRK's media and is used by the government to control the public **DOB:** 1934 **POB:**  **Good quality a.k.a.:** RI Chae-Il **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 2 Jun. 2017 ( amended on 16 Aug. 2023 ) **Other information:** Died on 4 February 2021.

**KPi.053 Name:** 1: RI 2: YONG MU 3: na 4: na
**Title:** na **Designation:** Ri Yong Mu is a Vice Chairman of the State Affairs Commission, which directs and guides all DPRK's military, defence, and security-related affairs, including acquisition and procurement **DOB:** 25 Jan. 1925 **POB:**  **Good quality a.k.a.:** Ri Yong-Mu **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017 ( amended on 26 Jul. 2022, 16 Aug. 2023 ) **Other information:** Died on 27 January 2022.

**KPi.076 Name:** 1: RI 2: PYONG CHUL 3: na 4: na
**Title:** na **Designation: a)** Vice Chairman of the Workers' Party of Korea (WPK) Central Military Commission **b)** Former Secretary of the Worker's Party and Member of the Political Bureau **c)** Former Alternate Member of the Political Bureau of the Workers' Party of Korea and First Vice Director of the Munitions Industry

Department **DOB:** 1948 **POB:  Good quality a.k.a.: a)** Ri Pyo'ng-ch'o'l **b)** Ri Pyong Chol **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 22 Dec. 2017 ( amended on 29 Jun. 2023, 17 Sep. 2024 ) **Other information:** Gender: male

**QDi.248 Name:** 1: RICARDO 2: PEREZ 3: AYERAS 4: na

**Title:** na **Designation:** na **DOB:** 15 Sep. 1973 **POB:** 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Philippines **Good quality a.k.a.: a)** Abdul Kareem Ayeras **b)** Abdul Karim Ayeras **Low quality a.k.a.: a)** Ricky Ayeras **b)** Jimboy **c)** Isaac Jay Galang Perez **d)** Abdul Mujib **Nationality:** Philippines **Passport no:** na **National identification no:** na **Address: a)** Barangay Mangayao, Tagkawayan, Quezon, Philippines **b)** Barangay Tigib, Ayungon, Negros Oriental, Philippines **Listed on:** 4 Jun. 2008 ( amended on 13 Dec. 2011, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Member of the Rajah Solaiman Movement (QDe.128). Arrested by the Philippines authorities on 14 Mar. 2011. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.079 Name:** 1: ROODI 2: SLEWA 3: na 4: na
**Name (original script):** رودي سليـوة
**Title:** na **Designation:** na **DOB:** na **POB:  Good quality a.k.a.: a)** Rudi Slaiwah **b)** Rudi Untaywan Slaywah **c)** Rudi Saliwa **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 2 Jun. 2004 **Other information:** na

**QDi.247 Name:** 1: RUBEN 2: PESTANO 3: LAVILLA, JR 4: na
**Title:** Sheik **Designation:** na **DOB:** 4 Oct. 1972 **POB:** Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo, Philippines **Good quality a.k.a.: a)** Reuben Lavilla **b)** Sheik Omar **c)** Mile D Lavilla **d)** Reymund Lavilla **e)** Ramo Lavilla **f)** Mike de Lavilla **g)** Abdullah Muddaris **h)** Ali Omar **i)** Omar Lavilla **j)** Omar Labella **Low quality a.k.a.: a)** So **b)** Eso **c)** Junjun **Nationality:** Philippines **Passport no: a)** Philippines number MM611523 (2004) **b)** Philippines number EE947317 (2000-2001) **c)** Philippines number P421967 (1995-1997) **National identification no:** na **Address:** 10th Avenue, Caloocan City, Philippines **Listed on:** 4 Jun. 2008 ( amended on 16 Sep. 2008, 13 Dec. 2011, 9 May 2018, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Spiritual leader of the Rajah Solaiman Movement (QDe.128). Associated with Khadafi Abubakar Janjalani (deceased). In detention in the Philippines as of May 2011. Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.021 Name:** 1: RUKAN 2: RAZUKI 3: ABD-AL-GHAFUR SULAIMAN 4: AL-TIKRITI
**Name (original script):** روكان رزوقي عبد الغفار سليمان التكريتي
**Title:** na **Designation:** na **DOB:** 1956 **POB:** Tikrit, Iraq **Good quality a.k.a.: a)** Rukan Abdal-Ghaffur Sulayman al-Majid **b)** Rukan Razuqi Abd al-Ghafur Al-Majid **c)** Rukan Abd al-Ghaffur al-Majid Al-Tikriti Abu Walid **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.398 Name:** 1: RUSTAM 2: MAGOMEDOVICH 3: ASELDEROV 4: na
**Title:** na **Designation:** na **DOB:** 9 Mar. 1981 **POB:** Iki-Burul Village, Iki-Burulskiy District, Republic of Kalmykia, Russian Federation **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Muhammad (original script: Абу Мухаммад) **b)** Abu Muhammad Al-Kadari (original script: Абу Мухаммад Аль-Кадари) **c)** Muhamadmuhtar (original script: Мухамадмухтар) **Nationality:** Russian Federation **Passport no:** Russian passport number 8208 No. 555627 (issued by Leninskiy Office, Directorate of the Federal Migration Service of the Russian Federation for the Republic of Dagestan) **National identification no:** na **Address:** na **Listed on:** 12 Dec. 2016 ( amended on 9 Aug. 2017, 1 May 2019, 15 Nov. 2021 ) **Other information:** Led a group of over 160

terrorist fighters, which operates in the Republics of Dagestan, Chechnya and Ingushetia, Russian Federation. Killed on 3 December 2016 in Makhachkala, the Republic of Dagestan, Russian Federation. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.069 Name:** 1: RUSTUM 2: HANAFI 3: HABIBULLAH 4: na
**Name (original script):** رستم حنفى حبيب الله
**Title:** Maulavi **Designation:** Deputy Minister of Public Works under the Taliban regime **DOB:** Approximately 1963 **POB:** Dara Kolum, Do Aab District, Nuristan Province, Afghanistan **Good quality a.k.a.:** Rostam Nuristani **Low quality a.k.a.:** Hanafi Sahib **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011, 18 May 2012, 13 Aug. 2012 ) **Other information:** Taliban member responsible for Nuristan Province, Afghanistan, as of May 2007. Belongs to Nuristani tribe. Reportedly deceased in early 2012. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPi.027 Name:** 1: RYU 2: JIN 3: na 4: na
**Title:** na **Designation:** KOMID Representative in Syria **DOB:** 7 Aug. 1965 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** 563410081 **National identification no:** na **Address:** na **Listed on:** 2 Mar. 2016 **Other information:** na

**IQi.049 Name:** 1: Rashid 2: Taan 3: Kathim 4: na
**Name (original script):** رشيد طعان كاظم
**Title:** na **Designation:** na **DOB:** na **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**IQi.055 Name:** 1: SA'D 2: ABD-AL-MAJID 3: AL-FAISAL 4: AL-TIKRITI
**Name (original script):** سعد عبد المجيد الفيصل التكريتي
**Title:** na **Designation:** na **DOB:** 1944 **POB:** Tikrit, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.382 Name:** 1: SA'D 2: BIN SA'D 3: MUHAMMAD SHARIYAN 4: AL-KA'BI
**Title:** na **Designation:** na **DOB:** 15 Feb. 1972 **POB:  Good quality a.k.a.: a)** Sa'd bin Sa'd Muhammad Shiryan al-Ka'bi **b)** Sa'd Sa'd Muhammad Shiryan al-Ka'bi **c)** Sa'd al-Sharyan al-Ka'bi **Low quality a.k.a.: a)** Abu Haza' **b)** Abu Hazza' **c)** Umar al-Afghani **d)** Abu Sa'd **e)** Abu Suad **Nationality:** Qatar **Passport no:** Qatar number 00966737 (expired 16 Feb. 2016) **National identification no:** Qatar 27263401275 **Address:** Umm Salal, Qatar **Listed on:** 21 Sep. 2015 ( amended on 1 May 2019, 23 Mar. 2021 ) **Other information:** Qatar-based facilitator who provides financial services to, or in support of, Al-Nusrah Front for the People of the Levant (QDe.137). Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.015 Name:** 1: SAADI 2: QADHAFI 3: na 4: na
**Title:** na **Designation:** Commander Special Forces **DOB:** 27 May 1973 **POB:** Tripoli, Libya **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no: a)** 014797 **b)** 524521 **c)** Libya number AA862825, issued on 19 May 2021, issued in Tripoli (expires 18 May 2029) **National identification no:** na **Address:** Türkiye **Listed on:** 26 Feb. 2011 ( amended on 14 Mar. 2012, 2 Apr. 2012, 26 Mar. 2015, 28 Jan. 2022, 29 Nov. 2023 ) **Other information:** Listed pursuant to paragraph 15 of resolution 1970 (Travel Ban). Listed on 17 March 2011 pursuant to paragraph 17 of resolution 1970 (Asset Freeze). INTERPOL-

UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.036 Name:** 1: SAB'AWI 2: IBRAHIM 3: HASSAN 4: AL-TIKRITI
**Name (original script):** سبعاوي إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 1947 **POB:** Tikrit, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**IQi.001 Name:** 1: SADDAM 2: HUSSEIN 3: AL-TIKRITI 4: na
**Name (original script):** صدام حسين التكريتي
**Title:** na **Designation:** na **DOB:** 28 Apr. 1937 **POB:** al-Awja, near Tikrit, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** Abu Ali **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**TAi.087 Name:** 1: SADUDDIN 2: SAYYED 3: na 4: na
**Name (original script):** سعد الدين سيد
**Title: a)** Maulavi **b)** Alhaj **c)** Mullah **Designation: a)** Vice-Minister of Work and Social Affairs under the Taliban regime **b)** Mayor of Kabul City under the Taliban regime **DOB:** Approximately 1968 **POB: a)** Chaman District, Pakistan **b)** Spin Boldak District, Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Sadudin Sayed **b)** Sadruddin **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 3 Oct. 2008, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Advisor to the Taliban Supreme Council as of mid-2013. Believed to be in Afghanistan/Pakistan border area. Belongs to Barakzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.019 Name:** 1: SAFIA 2: FARKASH 3: AL-BARASSI 4: na
**Title:** na **Designation:** na **DOB:** Approximately 1952 **POB:** Al Bayda, Libya **Good quality a.k.a.:** Safia Farkash Mohammed Al-Hadad, born 1 Jan. 1953 (Oman passport no.03825239, date of issue 4 May 2014, expiry 3 May 2024.) **Low quality a.k.a.:** na **Nationality:** na **Passport no:** 03825239 **National identification no:** Oman 98606491 **Address: a)** Oman **b)** (Believed location - Egypt) **Listed on:** 24 Jun. 2011 ( amended on 13 Feb. 2012, 2 Apr. 2012, 4 Sep. 2013, 26 Sep. 2014, 26 Mar. 2015, 1 Apr. 2016, 31 Jan. 2024 ) **Other information:** Listed pursuant to paragraph 19 of resolution 1973 (Asset Freeze). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.080 Name:** 1: SAID 2: BAHAJI 3: na 4: na
**Name (original script):** سعيد باهاجى
**Title:** na **Designation:** na **DOB:** 15 Jul. 1975 **POB:** Haselünne, Lower Saxony, Germany **Good quality a.k.a.:** Zouheir Al Maghribi **Low quality a.k.a.: a)** Mohamed Abbattay **b)** Abderrahmane Al Maghribi **Nationality: a)** Germany **b)** Morocco **Passport no: a)** Germany number Provisional passport No.: 28642163, issued in Hamburg **b)** Morocco number 954242, issued on 28 Jun. 1995, issued in Meknas, Morocco (expired) **National identification no:** Germany Identity document ("Bundespersonalausweis") 1336597587 **Address:** Bunatwiete 23, Hamburg, 21073, Germany (formerly resident at) **Listed on:** 30 Sep. 2002 ( amended on 26 Nov. 2004, 9 Sep. 2005, 2 Jul. 2007, 23 Dec. 2010, 9 Sep. 2014, 1 May 2019, 15 Nov. 2021 ) **Other information:** Deputy head of the media committee of Al-Qaida (QDe.004) as at Apr. 2010. German authorities issued an arrest warrant for him on 21 Sep. 2001. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010. Reportedly deceased in September 2013 in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.323 Name:** 1: SAID 2: ARIF 3: na 4: na

**Title:** na **Designation:** na **DOB: a)** 25 Jun. 1964 **b)** 5 Dec. 1969 **c)** 12 May 1965 **POB:** Oran, Algeria **Good quality a.k.a.: a)** Said Mohamed Arif **b)** Omar Gharib **c)** Abderahmane **d)** Abdallah al-Jazairi **e)** Slimane Chabani **f)** Souleiman **g)** ABOU SOULEIMAN **Low quality a.k.a.: a)** ABDULLAH **b)** ABDALLAH **c)** ABU ABDULLAH **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address: a)** 78 Boulevard Bezghoud Mustapha, Oran, Algeria **b)** No. 12 Rue Lyonnais, Ain Turk, Oran, Algeria **Listed on:** 15 Aug. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** Reportedly killed in an air strike in Syria on 25 May 2015. A veteran member of the 'Chechen Network' (not listed) and other terrorist groups. He was convicted of his role and membership in the 'Chechen Network' in France in 2006. Joined Jabhat al-Nusrah, listed as Al-Nusrah Front for the People of the Levant (QDe.137) in October 2013. Father's name: Mohamed. Mother's name: Saliha Boukhari. Photograph and fingerprints available for inclusion in INTERPOL-UNSC Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.028 Name:** 1: SAID AHMED 2: SHAHIDKHEL 3: na 4: na

**Name (original script):** سيد أحمد شهيد خيل

**Title:** Maulavi **Designation:** Deputy Minister of Education under the Taliban regime **DOB:** Approximately 1975 **POB:** Spandeh (Espandi 'Olya) village, Andar District, Ghazni Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 20 Dec. 2005, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** In July 2003 he was in custody in Kabul, Afghanistan. Released from custody in 2007. Believed to be in Afghanistan/Pakistan border area. Member of the Taliban leadership council as of mid-2013. Belongs to Andar tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.289 Name:** 1: SAID JAN 2: 'ABD AL-SALAM 3: na 4: na

**Name (original script):** سعيد جان عبد السلام

**Title:** na **Designation:** na **DOB: a)** 5 Feb. 1981 **b)** 31 Dec. 1971 **POB:  Good quality a.k.a.: a)** Sa'id Jan 'Abd-al-Salam **b)** Dilawar Khan Zain Khan born 1 Jan. 1972 **Low quality a.k.a.: a)** Qazi 'Abdallah **b)** Qazi Abdullah **c)** Ibrahim Walid **d)** Qasi Sa'id Jan **e)** Said Jhan **f)** Farhan Khan **g)** Aziz Cairo **h)** Nangiali **Nationality:** Afghanistan **Passport no: a)** Afghanistan number OR801168, issued on 28 Feb. 2006 (expired 27 Feb. 2011, under name Said Jan 'Abd al-Salam) **b)** Pakistan number 4117921, issued on 9 Sep. 2008 (expired 9 Sep. 2013, issued under name Dilawar Khan Zain Khan) **National identification no:** Kuwait Civil Identification number 281020505755 (issued under name Said Jan 'Abd al-Salam) **Address:** na **Listed on:** 9 Feb. 2011 ( amended on 1 May 2019, 8 Nov. 2022, 14 Nov. 2023 ) **Other information:** In approximately 2005, ran a "basic training" camp for Al-Qaida (QDe.004) in Pakistan. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.170 Name:** 1: SAIDULLAH 2: JAN 3: na 4: na

**Name (original script):** سعيدالله جان

**Title:** na **Designation:** na **DOB:** 1982 **POB:** Giyan District, Paktika Province, Afghanistan **Good quality a.k.a.:** Abid Khan **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 31 Jul. 2014 **Other information:** Senior member of the Haqqani Network (HQN) (TE.H.12.12.) as of 2013. Provided critical facilitation support to drivers and vehicles transporting HQN ammunition. Also involved in the group's recruiting efforts as of 2011. Father's name is Bakhta Jan. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.016 Name:** 1: SAIF AL-ARAB 2: QADHAFI 3: na 4: na
**Title:** na **Designation:** na **DOB:** 1982 **POB:** Tripoli, Libya **Good quality a.k.a.:** na **Low quality a.k.a.:**
na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 26 Feb. 2011 (
amended on 2 Apr. 2012 ) **Other information:** Listed pursuant to paragraph 15 of resolution 1970 (Travel Ban).
Listed on 17 March 2011 pursuant to paragraph 17 of resolution 1970 (Asset Freeze). Believed status/location:
deceased. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-
work/Notices/View-UN-Notices-Individuals click here

**LYi.017 Name:** 1: SAIF AL-ISLAM 2: QADHAFI 3: na 4: na
**Title:** na **Designation:** Director, Qadhafi Foundation **DOB:** 25 Jun. 1972 **POB:** Tripoli, Libya **Good quality
a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** Libya B014995 **National identification no:**
na **Address:** Libya (Believed status/location: restricted freedom of movement in Zintan, Libya) **Listed on:** 26
Feb. 2011 ( amended on 2 Apr. 2012, 26 Sep. 2014, 11 Nov. 2016 ) **Other information:** Listed pursuant to
paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze). INTERPOL-UN Security Council Special
Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.014 Name:** 1: SAIF-AL-DIN 2: FULAYYIH 3: HASSAN TAHA 4: AL-RAWI
**Name (original script):** سيف الدين فليح حسن طه الراوي
**Title:** na **Designation:** na **DOB:** 1953 **POB:** Ramadi, Iraq **Good quality a.k.a.:** Ayad Futayyih Al-Rawi **Low
quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27
Jun. 2003 **Other information:** na

**IQi.046 Name:** 1: SAIF-AL-DIN 2: AL-MASHHADANI 3: na 4: na
**Name (original script):** سيف الدين المشهداني
**Title:** na **Designation:** na **DOB:** 1956 **POB:** Baghdad, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:**
na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun.
2003 **Other information:** na

**QDi.152 Name:** 1: SAIFI 2: AMMARI 3: na 4: na
**Name (original script):** سيفي عماري
**Title:** na **Designation:** na **DOB:** a) 1 Jan. 1968 b) 24 Apr. 1968 **POB:** Kef Rih, Algeria **Good quality a.k.a.:**
a) EL PARA (COMBAT NAME) b) ABDERREZAK LE PARA (combat name) c) ABOU HAIDARA d) EL
OURASSI e) ABDERREZAK ZAIMECHE f) ABDUL RASAK AMMANE ABU HAIDRA
g) ABDALARAK **Low quality a.k.a.:** na **Nationality:** Algeria **Passport no:** na **National identification no:**
na **Address:** Commune of Bouhechana, Daïra de Lakhezara, Guelma, Algeria **Listed on:** 4 Dec. 2003 ( amended
on 7 Apr. 2008, 16 May 2011, 6 Dec. 2019, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** In detention in
Algeria since Oct. 2004. Incarcerated in Algeria since 7 March 2011. Former member of the GSPC listed as The
Organization of Al-Qaida in the Islamic Maghreb (QDe.014). Father's name: Abdellah. Mother's name: Draham
Belanchi. Photograph and fingerprints available for inclusion in INTERPOL-UNSC Special Notice. Review
pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. Review pursuant to
Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council
resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice
web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.063 Name:** 1: SAJA 2: BARZAN 3: IBRAHIM 4: HASAN AL-TIKRITI
**Name (original script):** سجا برزان إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 1 Jan. 1978 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:**
na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Geneva, Switzerland **Listed on:**
7 Apr. 2004 **Other information:** na

**IQi.056 Name:** 1: SAJIDA 2: KHAYRALLAH 3: TILFAH 4: na
**Name (original script):** ساجدة خير الله طلفاح
**Title:** na **Designation:** na **DOB:** 1937 **POB:** Al-Awja, near Tikrit, Iraq **Good quality a.k.a.:** na **Low quality**

**a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 7 Apr. 2004 **Other information:** na

**QDi.251 Name:** 1: SALAH EDDINE 2: GASMI 3: na 4: na

**Name (original script):** صالح قاسمي

**Title:** na **Designation:** na **DOB:** 13 Apr. 1971 **POB:** Zeribet El Oued, Wilaya (province) of Biskra, Algeria **Good quality a.k.a.: a)** Abou Mohamed Salah **b)** ABOU MALEK **Low quality a.k.a.: a)** Bounouadher **b)** BOUNOUADER **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address:** No. 7250 Zeribat El Oued, Biskra, Algeria **Listed on:** 3 Jul. 2008 ( amended on 24 Mar. 2009, 15 Nov. 2012, 14 Mar. 2013, 11 Feb. 2016, 24 Nov. 2020, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** Belongs to the leadership and is in charge of information committee of the Organization of Al-Qaida in the Islamic Maghreb (QDe.014). Mother's name is Yamina Soltane. Father's name is Abdelaziz. Associated with Abdelmalek Droukdel (QDi.232, reported deceased in June 2020). Arrested in Algeria on 16 Dec. 2012. Incarcerated at the El-Harrach prison in Algiers, as of August 2015. Incarcerated in the Blida penitentiary, Algeria as of November 2023. Photograph and fingerprints available for inclusion in INTERPOL-UNSC Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.149 Name:** 1: SALEH 2: MOHAMMAD 3: KAKAR 4: AKHTAR MUHAMMAD

**Name (original script):** صالح محمد كاكر اختر محمد

**Title:** na **Designation:** na **DOB: a)** Approximately 1962 **b)** 1961 **POB:** Nalghan village, Panjwai District, Kandahar Province, Afghanistan **Good quality a.k.a.:** Saleh Mohammad **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** Daman District, Kandahar Province, Afghanistan **Listed on:** 4 Nov. 2010 ( amended on 29 Nov. 2011, 13 Aug. 2012, 31 Dec. 2013, 16 May 2014 ) **Other information:** Has run an organized smuggling network in Kandahar and Helmand provinces, Afghanistan. Previously operated heroin processing laboratories in Band-e Temur, Kandahar Province, Afghanistan. Has owned a car dealership in Mirwais Mena, Dand District in Kandahar Province, Afghanistan. Released from custody in Afghanistan in February 2014. Linked by marriage to Mullah Ubaidullah Akhund Yar Mohammad Akhund (TAi.022). Belongs to Kakar tribe. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**YEi.007 Name:** 1: SALEH 2: MESFER 3: SALEH 4: AL SHAER

**Name (original script):** صالح مسفر صالح الشاعر

**Title:** na **Designation:** Major General, 'Judicial Custodian' of properties and funds owned by Houthis' opponents **DOB: POB:** Al Safrah, Sa'dah Governorate, Yemen **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Saleh Mosfer Saleh al Shaer **b)** Saleh Musfer Saleh al Shaer **c)** Saleh Mesfer al Shaer **d)** Saleh al Shae **e)** Saleh al Sha'ir **f)** Abu Yasser **Nationality:** Yemen **Passport no: a)** Yemen number 05274639, issued on 7 Oct. 2013 (Expiration date: 7 Oct 2019) **b)** Yemen number 00481779, issued on 9 Dec. 2000 (Expiration date: 9 Dec 2006) **National identification no: a)** Yemen 1388114 **b)** Yemen 10010057512 **Address:** Yemen **Listed on:** 9 Nov. 2021 **Other information:** As Houthi 'Assistant Minister of Defence for Logistics', assisted the Houthis in acquiring smuggled arms and weapons. As 'Judicial Custodian' directly involved in the widespread and unlawful appropriation of assets and entities owned by private individuals under arrest by the Houthis or forced to take refuge outside of Yemen. Physical Description: Eye Colour: Brown; Hair: Grey; Complexion: Medium; Build: Slim; Height (ft/in): Unknown; Weight (lbs): Unknown; and Clan: Member of the Hashid tribal confederacy. Photograph available for inclusion in INTERPOL-UNSC Special Notice web link: INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.231 Name:** 1: SALEM 2: NOR ELDIN 3: AMOHAMED 4: AL-DABSKI

**Name (original script):** سالم نور الدين امحمد الدبيسكي

**Title:** na **Designation:** na **DOB:** 1963 **POB:** Tripoli, Libya **Good quality a.k.a.: a)** Abu Al-Ward **b)** Abdullah Ragab **Low quality a.k.a.: a)** Abu Naim **b)** Abdallah al- Masri **Nationality:** Libya **Passport no: a)** Libya number 1990/345751 **b)** Libya number 345751 **National identification no:** Libya national

identification 220334 **Address:** Bab Ben Ghasheer, Tripoli, Libya **Listed on:** 8 Jun. 2007 ( amended on 13 Dec. 2011, 1 May 2019, 8 Nov. 2022 ) **Other information:** Mother's name is Kalthoum Abdul Salam al-Shaftari. Senior member of Libyan Islamic Fighting Group (QDe.011) and member of Al-Qaida (QDe.004). Review pursuant to Security Council resolution 1822 (2008) was concluded on 24 Nov. 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.388 Name:** 1: SALIM 2: BENGHALEM 3: na 4: na
**Title:** na **Designation:** na **DOB:** 6 Jul. 1980 **POB:** Bourg la Reine, France **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** France **Passport no:** na **National identification no:** na **Address:** Syrian Arab Republic (as at Sep. 2015) **Listed on:** 29 Feb. 2016 ( amended on 15 Nov. 2021 ) **Other information:** Syria-based French violent extremist and member of Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). Subject to a European Arrest Warrant. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CFi.011 Name:** 1: SALIM 2: KONY 3: na 4: na
**Title:** na **Designation:** Deputy, Lord's Resistance Army **DOB: a)** 1992 **b)** 1991 **c)** 1993 **POB:  Good quality a.k.a.: a)** Salim Saleh Kony **b)** Salim Saleh **c)** Salim Ogaro **d)** Okolu Salim **e)** Salim Saleh Obol Ogaro **f)** Simon Salim Obol **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address: a)** Kafia Kingi (a territory on the border of Sudan and South Sudan whose final status has yet to be determined) **b)** Central African Republic **Listed on:** 23 Aug. 2016 **Other information:** Salim Kony is a deputy in the Lord's Resistance Army (LRA) (CFe.002), a designated entity and the son of LRA leader Joseph Kony (CFi.009), a designated individual. Salim was incorporated into the LRA's leadership hierarchy in 2010. He is part of a group of senior LRA officers who are based with Joseph Kony. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.003 Name:** 1: SALIM 2: AHMAD 3: SALIM 4: HAMDAN
**Name (original script):** سالم أحمد سالم حمدان
**Title:** na **Designation:** na **DOB:** 1965 **POB: a)** Al-Mukalla, Yemen **b)** AI-Mukala, Yemen **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Yemen **Passport no:** Yemen number 00385937 **National identification no:** na **Address: a)** Shari Tunis, Sana'a, Yemen (previous address) **b)** (Located in Yemen since Nov. 2008) **Listed on:** 25 Jan. 2001 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Driver and private bodyguard to Usama bin Laden (deceased) from 1996 until 2001. Transferred from United States custody to Yemen in Nov. 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jul. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. click here

**QDi.411 Name:** 1: SALIM 2: MUSTAFA 3: MUHAMMAD 4: AL-MANSUR
**Name (original script):** سالم مصطفى محمد ال منصور
**Title:** na **Designation:** na **DOB: a)** 20 Feb. 1962 **b)** 1959 **POB: a)** Baghdad, Iraq **b)** Tel Afar, Nineveh Province, Iraq **Good quality a.k.a.: a)** Salim Mustafa Muhammad Mansur Al-Ifri **b)** Saleem Al-Ifri **c)** Salim Mansur Mustafa **d)** Salim Mansur **e)** Hajji Salim Al-Shaklar **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** Iraq number A6489694, issued on 2 Sep. 2013 (expires on 31 Aug. 2021; name in Arabic script: سالم مصطفى محمد ال منصور) **National identification no: a)** Iraq national identification card 00813602, issued on 18 Sep. 2011 (name in Arabic script: سالم مصطفى محمد ال منصور) **b)** Iraq Certificate of Iraqi Nationality 300397, issued on 25 Jun. 2013 (name in Arabic script: سالم مصطفى محمد) **Address: a)** 17 Tamoz, Mosul, Iraq (previous address) **b)** Tel Afar – Al-Saad, Mosul, Iraq (previous address) **Listed on:** 6 Mar. 2018 ( amended on 30 Oct. 2023, 2 Dec. 2024 ) **Other information:** : Finance "emir" for Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). Mother's name: Khadijah Mustafa Salih , Held in detention by the Iraqi intelligence service since 2019 and has been sentenced to death, Physical description: hair colour: black; eye colour: honey; height: 170 cm. Speaks Arabic. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October

2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.114 Name:** 1: SALIM Y SALAMUDDIN 2: JULKIPLI 3: na 4: na
**Title:** na **Designation:** na **DOB:** 20 Jun. 1967 **POB:** Tulay, Jolo Sulu, Philippines **Good quality a.k.a.: a)** Kipli Sali **b)** Julkipli Salim **Low quality a.k.a.:** na **Nationality:** Philippines **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 9 Sep. 2003 ( amended on 23 Feb. 2009, 13 Dec. 2011, 6 Dec. 2019, 8 Nov. 2022 ) **Other information:** In detention in the Philippines as at May 2011. Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.360 Name:** 1: SALLY-ANNE 2: FRANCES 3: JONES 4: na
**Title:** na **Designation:** na **DOB:** 17 Nov. 1968 **POB:** Greenwich, Greater London, United Kingdom of Great Britain and Northern Ireland **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Umm Hussain al-Britani **b)** Sakinah Hussain **Nationality:** United Kingdom of Great Britain and Northern Ireland **Passport no:** 519408086, issued on 23 Sep. 2013, issued in United Kingdom of Great Britain and Northern Ireland (expires on 23 Sep. 2023) **National identification no:** na **Address: a)** Syrian Arab Republic (as at 2013) **b)** United Kingdom of Great Britain and Northern Ireland (previous location until 2013) **Listed on:** 28 Sep. 2015 ( amended on 24 Nov. 2020 ) **Other information:** Recruiter for Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), in the Syrian Arab Republic. Sex: female. Husband's name is: Junaid Hussain. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.064 Name:** 1: SAMI 2: BEN KHAMIS 3: BEN SALEH 4: ELSSEID
**Name (original script):** سامي بن خميس بن صالح الصيد
**Title:** na **Designation:** na **DOB:** 10 Feb. 1968 **POB:** Menzel Jemil, Bizerte, Tunisia **Good quality a.k.a.:** Omar El Mouhajer **Low quality a.k.a.:** Saber **Nationality:** Tunisia **Passport no:** Tunisia number K929139, issued on 14 Feb. 1995 (expired on 13 Feb. 2000) **National identification no: a)** 00319547, issued on 8 Dec. 1994 **b)** SSDSBN68B10Z352F (Italian Fiscal Code) **Address:** Ibn Al-Haythman Street, Number 6, Manubah, Tunis, Tunisia **Listed on:** 24 Apr. 2002 ( amended on 10 Apr. 2003, 26 Nov. 2004, 9 Sep. 2005, 20 Dec. 2005, 7 Jun. 2007, 21 Dec. 2007, 10 Aug. 2009, 23 Dec. 2010, 24 Nov. 2014, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Mother's name is Beya Al-Saidani. Deported from Italy to Tunisia on 2 Jun. 2008. Imprisoned in Tunisia in Aug. 2014. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Apr. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.060 Name:** 1: SAMIRA 2: SHAHBANDAR 3: na 4: na
**Name (original script):** سميرة الشاهبندر
**Title:** na **Designation:** na **DOB:** 1946 **POB:** Baghdad, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** Chadian **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 7 Apr. 2004 **Other information:** na

**QDi.431 Name:** 1: SANAULLAH 2: GHAFARI 3: na 4: na
**Name (original script):** ثناء الله غفارى
**Title:** Dr. **Designation:** na **DOB: a)** 28 Oct. 1994 **b)** 24 May 1990 **POB:** Mir Bacha, Kot District, Kabul Province, Afghanistan **Good quality a.k.a.: a)** Dr. Shahab al Muhajir **b)** Shahab Muhajer **c)** Shahab Mohajir **d)** Shahab Mahajar **e)** Shihab al Muhajir **f)** Shihab Muhajer **g)** Shihab Mohajir **h)** Shihab Mahajar **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** Afghanistan number O1503093, issued on 25 Aug. 2016, issued in Kabul, Afghanistan (expired on 25 Aug. 2021) **National identification no:** na **Address: a)**

Afghanistan (2021) **b)** Kunduz, Afghanistan (previous) **Listed on:** 21 Dec. 2021 ( amended on 25 Apr. 2024 ) **Other information:** Leader of the Islamic State of Iraq and the Levant - Khorasan (ISIL - K) (QDe.161). Information Technology Expert. Father's name: Abdul Jabbar. Grandfather's name: Abdul Ghaffar. Photo is available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SSi.004 Name:** 1: SANTINO 2: DENG 3: WOL 4: na
**Title:** Major General **Designation:** Commander of the SPLA's Third Division **DOB:** 9 Nov. 1962 **POB: a)** Aweil, Sudan **b)** Aweil, South Sudan **Good quality a.k.a.: a)** Santino Deng Wuol **b)** Santino Deng Kuol **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 1 Jul. 2015 **Other information:** Has led and directed military actions against opposition forces and conducted confrontational troop movements in violation of the CoHA. During May 2015, forces under his command killed children, women and old men, burned property, and stole livestock as they advanced through Unity State towards Thorjath oil field. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.057 Name:** 1: SAYED 2: MOHAMMAD 3: AZIM 4: AGHA
**Name (original script):** سيد محمد عظيم آغا
**Title:** Maulavi **Designation:** Director of the Passport and Visa Department in the Ministry of Interior under the Taliban regime **DOB: a)** Approximately 1966 **b)** Approximately 1969 **POB:** Panjwai District, Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Sayed Mohammad Azim Agha **b)** Agha Saheb **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 9 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Directs a Taliban "front"(mahaz) and serves as member of the military commission of the Taliban as of mid-2013. Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.080 Name:** 1: SAYED ESMATULLAH 2: ASEM 3: ABDUL QUDDUS 4: na
**Name (original script):** سيد عصمت الله عاصم عبد القدوس
**Title:** Maulavi **Designation: a)** Deputy Minister of Preventing Vice and Propagating Virtue under the Taliban regime **b)** Secretary General of the Afghan Red Crescent Society (ARCS) under the Taliban regime **DOB:** Approximately 1967 **POB:** Qalayi Shaikh, Chaparhar District, Nangarhar Province, Afghanistan **Good quality a.k.a.: a)** Esmatullah Asem **b)** Asmatullah Asem **c)** Sayed Esmatullah Asem (previously listed as) **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007, 29 Nov. 2011, 13 Aug. 2012 ) **Other information:** Member of the Taliban Supreme Council as of May 2007. Believed to be in Afghanistan/Pakistan border area. Member of the Taliban Peshawar Shura. Responsible for Afghan Taliban activity in Federally Administrated Tribal Areas, Pakistan as at 2008. A leading expert in IED and suicide attacks as of 2012. Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.072 Name:** 1: SAYYED GHIASSOUDDINE 2: AGHA 3: na 4: na
**Name (original script):** سيد غياث الدين آغا
**Title:** Maulavi **Designation: a)** Minister of Haj and Religious Affairs under the Taliban regime **b)** Education Minister under the Taliban regime **DOB:** Approximately 1961 **POB:** Kohistan District, Faryab Province, Afghanistan **Good quality a.k.a.: a)** Sayed Ghias **b)** Sayed Ghiasuddin Sayed Ghousuddin **c)** Sayyed Ghayasudin **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 31 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 1 Feb. 2008, 29 Nov. 2011 ) **Other information:** Taliban member responsible for Faryab, Jawzjan, Sari Pul and Balkh Provinces, Afghanistan as at June 2010. Involved in drug trafficking. Member of Taliban Supreme Council and Taliban Military Council as at December 2009. Believed to be in Afghanistan/Pakistan border area. Belongs to

Sadat ethnic group. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.006 Name:** 1: SAYYED MOHAMMED 2: HAQQANI 3: na 4: na
**Name (original script):** سيد محمد حقانى
**Title:** Mullah **Designation: a)** Director of Administrative Affairs under the Taliban regime **b)** Head of Information and Culture in Kandahar Province under the Taliban regime **DOB:** Approximately 1965 **POB:** Chaharbagh village, Arghandab District, Kandahar Province, Afghanistan **Good quality a.k.a.:** Sayyed Mohammad Haqqani **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 31 Jan. 2001 ( amended on 3 Sep. 2003, 20 Dec. 2005, 18 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011, 7 Sep. 2016 ) **Other information:** Graduate of the Haqqaniya madrasa in Akora Khattak, Pakistan. Believed to have had close relations with Taliban Leader Mullah Mohammed Omar (TAi.004). Believed to be in Afghanistan/Pakistan border area. Member of Taliban Supreme Council as at June 2010. Belongs to Barakzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Reportedly deceased as of January 2016. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYi.003 Name:** 1: SAYYID 2: MOHAMMED 3: QADHAF AL-DAM 4: na
**Title:** na **Designation:** na **DOB:** 1948 **POB:** Sirte, Libya **Good quality a.k.a.:** Sayed M. Gaddef Eddam **Low quality a.k.a.:** na **Nationality:** na **Passport no:** Libyan passport No. 513519 **National identification no:** na **Address:** Egypt (Believed status/location: deceased) **Listed on:** 26 Feb. 2011 ( amended on 1 Apr. 2016, 29 Nov. 2023 ) **Other information:** Listed pursuant to paragraph 15 of resolution 1970 (Travel Ban). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.086 Name:** 1: SA'D 2: SABAWI 3: IBRAHIM 4: HASAN AL-TIKRITI
**Name (original script):** سعد سبعاوي إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 19 Sep. 1988 **POB:**  **Good quality a.k.a.: a)** Sa'ad Sabawi Ibrahim Hasan Al-Tikriti **b)** Sa'd Sab'awi Hasan Al-Tikriti **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address: a)** Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Az Zabadani, Syrian Arab Republic **b)** Yemen **Listed on:** 27 Jul. 2005 **Other information:** na

**QDi.333 Name:** 1: SEIFALLAH 2: BEN OMAR 3: BEN MOHAMED 4: BEN HASSINE
**Name (original script):** سيف الله بن عمر بن محمد بنحسين
**Title:** na **Designation:** na **DOB:** 8 Nov. 1965 **POB:** Tunis, Tunisia **Good quality a.k.a.: a)** Seif Allah ben Hocine **b)** Saifallah ben Hassine **c)** Sayf Allah 'Umar bin Hassayn **d)** Seifallah ben Amor ben Hassine **e)** Sayf Allah bin Hussayn **Low quality a.k.a.: a)** Abu Iyyadh al-Tunisi **b)** Abou Iyadh el-Tounsi **c)** Abu Ayyad al-Tunisi **d)** Abou Aayadh **e)** Abou Iyadh **Nationality:** Tunisia **Passport no:** Tunisia number G557170, issued on 16 Nov. 1989 **National identification no:** Tunisia National Identification Card 05054425, issued on 3 May 2011 (issued in Hammam Lif) **Address: a)** 60 Rue de la Libye, Hammam Lif, Ben Arous, Tunisia **b)** Libya (possible location as at Jul. 2017) **Listed on:** 23 Sep. 2014 ( amended on 15 Feb. 2017, 26 Dec. 2017, 24 Nov. 2020 ) **Other information:** Founder of the Tunisian Combatant Group (QDe.090) and leader of Ansar al-Shari'a in Tunisia (AAS-T) (QDe.143). Arrest warrant issued by Tunisian Court of First Instance on 23 Aug. 2013. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.036 Name:** 1: SEKA 2: BALUKU 3: na 4: na
**Title:** na **Designation:** Overall leader of the Allied Democratic Forces (ADF) (CDe.001). **DOB:** Approximately 1977 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Mzee Kajaju **b)** Musa **c)** Lumu **d)** Lumonde **Nationality:** Uganda **Passport no:** na **National identification no:** na **Address:** Kajuju camp of Medina II, Beni territory, North Kivu, Democratic Republic of the Congo (Last known location) **Listed on:** 6

Feb. 2020 **Other information:** Longtime member of the ADF (CDe.001), Baluku used to be the second in command to ADF founder Jamil Mukulu (CDi.015) until he took over after FARDC military operation Sukola I in 2014. click here

**IRi.037 Name:** 1: SEYED JABER 2: SAFDARI 3: na 4: na
**Title:** na **Designation:** Manager of the Natanz Enrichment Facilities **DOB:** na **POB:  Good quality a.k.a.:** Syed Jaber Safdari **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.47.C.3]

**IRi.019 Name:** 1: SEYYED HUSSEIN 2: HOSSEINI 3: na 4: na
**Title:** na **Designation:** AEOI official involved in the heavy water research reactor project at Arak. **DOB:** 27 Jul. 1973 **POB:  Good quality a.k.a.:** Syed Husain Husaini; Syed Husein Huseini **Low quality a.k.a.:** na **Nationality:** na **Passport no:** K8196482 **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.03.I.7]

**QDi.338 Name:** 1: SHAFI 2: SULTAN 3: MOHAMMED 4: AL-AJMI
**Title:** Doctor **Designation:** na **DOB:** 1 Jan. 1973 **POB:** Warah, Kuwait **Good quality a.k.a.: a)** Shafi al-Ajmi **b)** Sheikh Shafi al-Ajmi **Low quality a.k.a.:** Shaykh Abu-Sultan **Nationality:** Kuwait **Passport no:** 0216155930 **National identification no:** na **Address:** Area 3, Street 327, Building 41, Al-Uqaylah, Kuwait **Listed on:** 23 Sep. 2014 ( amended on 24 Nov. 2020, 22 Aug. 2025 ) **Other information:** Fundraiser for Al-Nusrah Front for the People of the Levant (QDe.137). In November 2023, he was released from prison in Kuwait as part of the Special Amiri Decree Pardon No. 225/2023. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.113 Name:** 1: SHAHABUDDIN 2: DELAWAR 3: na 4: na
**Name (original script):** شهاب الدين دلاور
**Title:** Maulavi **Designation:** Deputy of High Court under the Taliban regime **DOB: a)** 1957 **b)** 1953 **POB:** Logar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** Afghan passport number OA296623 **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011, 22 Apr. 2013, 7 Sep. 2016 ) **Other information:** Deputy Head of Taliban Embassy in Riyadh, Saudi Arabia until 25 Sept. 1998. Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. Picture available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.368 Name:** 1: SHAMIL 2: MAGOMEDOVICH 3: ISMAILOV 4: na
**Name (original script):** Шамиль Магомедович Измайлов
**Title:** na **Designation:** na **DOB:** 29 Oct. 1980 **POB:** Astrakhan, Russian Federation **Good quality a.k.a.:** Shamil Magomedovich Aliev (original script: Шамиль Магомедович Алиев) **Low quality a.k.a.:** Abu Hanifa (original script: Абу Ханифа) **Nationality:** Russian Federation **Passport no:** Russian foreign travel passport number 514448632, issued on 8 Sep. 2010, issued in Alexandria, Egypt (issued by Consulate General of the Russian Federation) **National identification no:** Russian Federation national passport 1200075689, issued on 15 Dec. 2000 (issued by Russian Federation) **Address: a)** Syrian Arab Republic (located in as at Aug. 2015) **b)** Iraq (possible alternative location as at Aug. 2015) **Listed on:** 2 Oct. 2015 ( amended on 24 Nov. 2020 ) **Other information:** As at Aug. 2015, leader of Jamaat Abu Hanifa, a terrorist group that is part of the Al-Nusrah Front for the People of the Levant (QDe.137). Physical description: eye colour: brown, hair colour: black, build: slim, height 175-180 cm. Distinguishing marks: long face, speech defect. Wanted by the authorities of the Russian Federation for terrorist crimes committed in its territory. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.008 Name:** 1: SHAMS 2: UR-RAHMAN 3: ABDUL ZAHIR 4: na
**Name (original script):** شمس الرحمن عبد الظاهر
**Title: a)** Mullah **b)** Maulavi **Designation:** Deputy Minister of Agriculture under the Taliban regime **DOB:** 1969 **POB:** Waka Uzbin village, Sarobi District, Kabul Province, Afghanistan **Good quality a.k.a.: a)** Shamsurrahman **b)** Shams-u-Rahman **c)** Shamsurrahman Abdurahman **Low quality a.k.a.:** Shams ur-Rahman Sher Alam **Nationality:** Afghanistan **Passport no:** na **National identification no: a)** Afghan national identification card (tazkira) number 2132370 **b)** Afghan national identification card (tazkira) number 812673 **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 12 Apr. 2010, 29 Nov. 2011, 18 May 2012 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Involved in drug trafficking. Belongs to Ghilzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.103 Name:** 1: SHAMSUDDIN 2: na 3: na 4: na
**Name (original script):** شمس الدين
**Title: a)** Maulavi **b)** Qari **Designation:** Governor of Wardak (Maidan) Province under the Taliban regime **DOB:** Approximately 1968 **POB:** Keshim District, Badakhshan Province, Afghanistan **Good quality a.k.a.:** Pahlawan Shamsuddin **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 31 Dec. 2013 ) **Other information:** Believed to be in Afghanistan/Pakistan/Iran border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.410 Name:** 1: SHANE 2: DOMINIC 3: CRAWFORD 4: na
**Title:** na **Designation:** na **DOB:** 22 Feb. 1986 **POB:** Mount Hope, Trinidad and Tobago **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Asadullah **b)** Abu Sa'd at-Trinidadi **c)** Asad **Nationality:** Trinidad and Tobago **Passport no: a)** Trinidad and Tobago number TA959547, issued on 19 Nov. 2013 (issued by Immigration Division of Trinidad and Tobago, expiration date 18 Nov. 2018) **b)** Trinidad and Tobago number T1071839, issued on 8 Nov. 2004 (issued by Immigration Division of Trinidad and Tobago, expiration date 7 Nov. 2014) **National identification no: a)** Trinidad and Tobago National Identification Card 19860222007, issued on 16 Jun. 2011 (expiration date 16 Jun. 2016) **b)** Trinidad and Tobago Birth Certificate B394445, issued on 23 Jan. 2007 **c)** Trinidad and Tobago Driver's Permit 892124B, issued on 30 Aug. 2007 (expiration date 30 Aug. 2010) **Address: a)** Syrian Arab Republic (as at May 2014) **b)** Reyhanli, Hatay, Turkey (previous location from Nov. 2013 to May 2014) **c)** 349 Dass Branch Trace, Dass Trace, Enterprise Chaguanas, Trinidad and Tobago (from birth until 27 Nov. 2013) **d)** LP# 41 Ballisier Road, Smith Field Lands, Wallerfield, County of St. George East, Trinidad and Tobago (alternative location as at Sep. 2011) **Listed on:** 18 Aug. 2017 ( amended on 8 Nov. 2022 ) **Other information:** English language propagandist for Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (AQI) (QDe.115). Wanted in Trinidad and Tobago for possession of ammunition and firearms and receiving stolen goods. Physical description: eye colour: brown; hair colour: dark; complexion: light brown; build: medium; height: 174cm; weight: 64kg; speaks English, Arabic. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.067 Name:** 1: SHER MOHAMMAD ABBAS 2: STANEKZAI 3: PADSHAH KHAN 4: na
**Name (original script):** شير محمد عباس استانكزی پادشاه خان
**Title:** Maulavi **Designation: a)** Deputy Minister of Public Health under the Taliban regime **b)** Deputy Minister of Foreign Affairs under the Taliban regime **DOB:** Approximately 1963 **POB:** Qala-e-Abbas, Shah Mazar area, Baraki Barak District, Logar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011, 7 Sep. 2016 ) **Other information:** Believed to be in Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. Picture available for inclusion in the INTERPOL-UN Security Council Special Notice.

INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SSi.002 Name:** 1: SIMON 2: GATWECH 3: DUAL 4: na
**Title:** Major General **Designation:** Chief of General Staff, SPLA in Opposition **DOB:** 1953 **POB: a)** Akobo, Jonglei State, Sudan **b)** Akobo, Jonglei State, South Sudan **c)** Uror County, Jonglei State, Sudan **d)** Uror County, Jonglei State, South Sudan **Good quality a.k.a.: a)** Simon Gatwich Dual **b)** Simon Getwech Dual **c)** Simon Gatwec Duel **d)** Simon Gatweach **e)** Simon Gatwick **f)** Simon Gatwech **g)** Simon Garwich **Low quality a.k.a.: a)** General Gaduel **b)** Dhual **Nationality:** na **Passport no:** na **National identification no:** na **Address: a)** Jonglei State, Sudan **b)** Jonglei State, South Sudan **Listed on:** 1 Jul. 2015 ( amended on 3 Nov. 2016 ) **Other information:** Is the SPLM-IO Chief of General Staff and was previously the commander of opposition forces in Jonglei State. His forces conducted an early February 2015 attack in Jonglei State, and as of March 2015, he had tried to destroy the peace in Jonglei State through attacks on the civilian population. Photograph available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.144 Name:** 1: SIRAJUDDIN 2: JALLALOUDINE 3: HAQQANI 4: na
**Name (original script):** سراج الدين جلال الدين حقانى
**Title:** na **Designation:** Na'ib Amir (Deputy Commander) **DOB:** Between 1977 and 1978 (Approximately) **POB: a)** Danda, Miramshah, North Waziristan, Pakistan **b)** Khost province, Afghanistan **c)** Neka district, Paktika province, Afghanistan **d)** Srana village, Garda Saray district, Paktia province, Afghanistan **Good quality a.k.a.: a)** Siraj Haqqani **b)** Serajuddin Haqani **c)** Siraj Haqani **d)** Saraj Haqani **Low quality a.k.a.:** Khalifa **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address: a)** Kela neighborhood/Danda neighborhood, Miramshah, North Waziristan, Pakistan **b)** Manba'ul uloom Madrasa, Miramshah, North Waziristan, Pakistan **c)** Dergey Manday Madrasa, Miramshah, North Waziristan, Pakistan **Listed on:** 13 Sep. 2007 ( amended on 22 Apr. 2013 ) **Other information:** Heading the Haqqani Network (TAe.012) as of late 2012. Son of Jalaluddin Haqqani (TAi.040). Belongs to Sultan Khel section, Zadran tribe of Garda Saray of Paktia province, Afghanistan. Believed to be in the Afghanistan/Pakistan border area. Review pursuant to Security Council resolution 1822 (2008) was concluded on 27 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.355 Name:** 1: SOFIANE 2: BEN GOUMO 3: na 4: na
**Title:** na **Designation:** na **DOB:** 26 Jun. 1959 **POB:** Derna, Libya **Good quality a.k.a.:** Sufyan bin Qumu **Low quality a.k.a.:** ABOU FARAI AL LIBI **Nationality:** Libya **Passport no:** na **National identification no:** na **Address:** Libya **Listed on:** 3 Sep. 2015 ( amended on 24 Nov. 2020, 11 Mar. 2025 ) **Other information:** Leader of Ansar al Charia Derna (QDe.145). Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPi.031 Name:** 1: SON 2: JONG HYOK 3: na 4: na
**Title:** na **Designation:** na **DOB:** 20 May 1980 **POB:  Good quality a.k.a.:** Son Min **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 30 Nov. 2016 **Other information:** Son Jong Hyok is a KOMID official that has conducted business in Sudan on behalf of KOMID's interests.

**KPi.039 Name:** 1: SON 2: MUN SAN 3: na 4: na
**Title:** na **Designation:** Director-General of the External Affairs Bureau of the General Bureau of Atomic Energy (GBAE) **DOB:** 23 Jan. 1951 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 30 Nov. 2016 **Other information:** na

**CDi.026 Name:** 1: STANISLAS 2: NZEYIMANA 3: na 4: na
**Title:** na **Designation:** Former FDLR-FOCA Deputy Commander **DOB: a)** 1 Jan. 1966 **b)** 28 Aug. 1966

c) Approximately 1967 **POB:** Mugusa, Butare, Rwanda **Good quality a.k.a.: a)** Deogratias Bigaruka Izabayo **b)** Izabayo Deo **c)** Jules Mateso Mlamba **Low quality a.k.a.: a)** Bigaruka **b)** Bigurura **Nationality:** Rwanda **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Mar. 2009 ( amended on 13 Oct. 2016 ) **Other information:** Disappeared while in Tanzania in early 2013. Whereabouts unknown as of June 2016. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.017 Name:** 1: STRATON 2: MUSONI 3: na 4: na
**Title:** na **Designation:** Former FDLR Vice President **DOB: a)** 6 Apr. 1961 **b)** 4 Jun. 1961 **POB:** Mugambazi, Kigali, Rwanda **Good quality a.k.a.:** IO Musoni **Low quality a.k.a.:** na **Nationality:** Rwanda **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 29 Mar. 2007 ( amended on 13 Oct. 2016 ) **Other information:** Arrested by German authorities on 17 November 2009, found guilty in a German court on 28 September 2015 of leadership of a foreign terrorist group, and received an 8-year sentence. Musoni was released from prison immediately after the trial, having served over 5 years of his sentence. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.154 Name:** 1: SULAIMAN 2: JASSEM 3: SULAIMAN 4: ALI ABO GHAITH
**Name (original script):** سليمان جاسم سليمان علي أبوغيث
**Title:** na **Designation:** na **DOB:** 14 Dec. 1965 **POB:** Kuwait **Good quality a.k.a.:** na **Low quality a.k.a.:** Abo Ghaith **Nationality:** Kuwait **Passport no:** Kuwait number 849594, issued on 27 Nov. 1998, issued in Kuwait (and expired on 24 Jun. 2003) **National identification no:** na **Address:** na **Listed on:** 16 Jan. 2004 ( amended on 23 Jul. 2008, 10 Jun. 2011, 24 Nov. 2020, 22 Aug. 2025 ) **Other information:** Left Kuwait for Pakistan in June 2001. His Kuwaiti citizenship has been revoked since 2001, and he is currently incarcerated in the United States of America. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.027 Name:** 1: SULTAN 2: HASHIM 3: AHMAD 4: AL-TA'I
**Name (original script):** سلطان هاشم أحمد الطائي
**Title:** na **Designation:** na **DOB:** 1944 **POB:** Mosul, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**YEi.006 Name:** 1: SULTAN 2: SALEH 3: AIDA AIDA 4: ZABIN
**Title:** na **Designation: a)** Director, or General Manager, of the Criminal Investigation Department (CID), Sana'a based ministry of interior, in Sana'a, Yemen **b)** Brigadier **DOB:** 5 Feb. 1986 **POB:** Razih District, Sa'dah Governorate, Yemen **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Abu Saqar Zabin **b)** Abu Sagar Zabin **Nationality:** Yemen **Passport no:** na **National identification no: a)** Yemen 10010095104, issued on 26 Dec. 2013 **b)** Yemen military identification number: 20432 (issued in 2018) **Address:** Sana'a, Yemen **Listed on:** 25 Feb. 2021 ( amended on 5 Apr. 2021 ) **Other information:** Sultan Saleh Aida Aida Zabin has engaged in acts that threaten the peace, security and stability of Yemen, including violations of applicable international humanitarian law and human rights abuses in Yemen. Zabin has played a prominent role in a policy of intimidation and use of systematic arrest, detention, torture, sexual violence and rape against politically active women. Zabin as director for CID is directly responsible for, or by virtue of his authority responsible for, and complicit in the use of multiple places of detention including house arrest, police stations, formal prisons and detention centres and undisclosed detention centres. In these sites, women, including at least one minor, were forcibly disappeared, repeatedly interrogated, raped, tortured, denied timely medical treatment and subjected to forced labour. Zabin himself directly inflicted torture in some cases. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.435 Name:** 1: SULTAN AZIZ 2: AZAM 3: na 4: na
**Title:** na **Designation:** na **DOB:** 1985 **POB:** Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:**

na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** Afghanistan **Listed on:** 26 Apr. 2023 **Other information:** Spokesperson of the Islamic State in Iraq and the Levant - Khorasan (ISIL - K) (QDe.161). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals [click here](click here)

**CDi.008 Name:** 1: SULTANI 2: MAKENGA 3: na 4: na
**Title:** na **Designation:** na **DOB:** 25 Dec. 1973 **POB:** Rutshuru, Democratic Republic of the Congo **Good quality a.k.a.: a)** MAKENGA, Colonel SULTANI **b)** MAKENGA, EMMANUEL SULTANI **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 12 Nov. 2012 **Other information:** A military leader of the Mouvement du 23 Mars (M23) group operating in the Democratic Republic of the Congo. In Uganda as of late 2014. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals [click here](click here)

**CDi.012 Name:** 1: SYLVESTRE 2: MUDACUMURA 3: na 4: na
**Title:** na **Designation: a)** FDLR-FOCA Commander **b)** FDLR-FOCA Lieutenant General **DOB:** 1954 **POB:** Cellule Ferege, Gatumba sector, Kibilira commune, Gisenyi prefecture, Rwanda **Good quality a.k.a.: a)** Mupenzi Bernard **b)** General Major Mupenzi **c)** General Mudacumura **Low quality a.k.a.: a)** Pharaoh **b)** Radja **Nationality:** Rwanda **Passport no:** na **National identification no:** na **Address:** North Kivu Province, Democratic Republic of the Congo (as of June 2016) **Listed on:** 1 Nov. 2005 ( amended on 13 Oct. 2016 ) **Other information:** The International Criminal Court issued an arrest warrant for Mudacumura on 12 July 2012 for nine counts of war crimes, including attacking civilians, murder, mutilation, cruel treatment, rape, torture, destruction of property, pillaging and outrages against personal dignity, allegedly committed between 2009 and 2010 in the DRC. [click here](click here)

**LYi.028 Name:** 1: Salah 2: Badi 3: na 4: na
**Title:** na **Designation:** Senior commander of the armed anti-GNA Al-Somood front, also known as Fakhr or 'Pride of Libya', and the Misratan Al Marsa Central Shield brigade **DOB:** na **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 16 Nov. 2018 **Other information:** Listed pursuant to paragraphs 15 and 17 of resolution 1970 (Travel Ban, Asset Freeze). No INTERPOL link available

**IQi.069 Name:** 1: Sundus 2: Abd Al-Ghafur 3: na 4: na
**Name (original script):** سندس عبد الغفور
**Title:** na **Designation:** na **DOB:** Approximately 1967 **POB:** Kirkuk, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Iraq **Listed on:** 7 Apr. 2004 **Other information:** na

**IQi.020 Name:** 1: TAHA 2: YASSIN 3: RAMADAN 4: AL-JIZRAWI
**Name (original script):** طه ياسين رمضان الجزراوي
**Title:** na **Designation:** na **DOB:** Approximately 1938 **POB:** Mosul, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**IQi.024 Name:** 1: TAHA 2: MUHYI-AL-DIN 3: MA'RUF 4: na
**Name (original script):** طه محي الدين معروف
**Title:** na **Designation:** na **DOB:** 1924 **POB:** Sulaymaniyah, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.420 Name:** 1: TAHA 2: IBRAHIM 3: ABDALLAH BAKR 4: AL KHUWAYT
**Title:** na **Designation:** na **DOB:** Between 1965 and 1969 **POB:** Tall 'Afar, Iraq **Good quality a.k.a.: a)** Hajji Abdelnasser **b)** Hajji Abd al-Nasr **c)** Hajji 'Abd Al-Nasir (formerly listed as) **Low quality a.k.a.: a)** Taha al-Khuwayt **b)** Mullah Taha **c)** Mullah Khuwayt **Nationality:** Iraq **Passport no:** na **National identification no:**

na **Address:** na **Listed on:** 19 Nov. 2018 ( amended on 27 May 2022 ) **Other information:** Former ISIL governor of al-Jazira Province, military leader in the Syrian Arab Republic as well as member and chair of the ISIL Delegated Committee, which exercises administrative control of ISIL's affairs. In custody of Iraq since 2019. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.016 Name:** 1: TAHIR 2: JALIL 3: HABBUSH 4: AL-TIKRITI
**Name (original script):** طاهر جليل حبوش التكريتي
**Title:** na **Designation:** na **DOB:** 1950 **POB:** Tikrit, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.370 Name:** 1: TARAD 2: MOHAMMAD 3: Alnori Alfares 4: ALJARBA
**Title:** na **Designation:** na **DOB:** 20 Nov. 1979 **POB:** Iraq **Good quality a.k.a.:** Tarad Aljarba **Low quality a.k.a.:** Abu-Muhammad al-Shimali **Nationality:** Saudi Arabia **Passport no:** E704088, issued on 26 Aug. 2003 (expired on 2 Jul. 2008) **National identification no:** 1121628414 **Address:** na **Listed on:** 29 Sep. 2015 ( amended on 6 Dec. 2019, 10 Sep. 2020, 30 Oct. 2023 ) **Other information:** Border emir of Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115) as of Apr. 2015, and ISIL's leader for operations outside of the Syrian Arab Republic and Iraq as of mid-2014. Facilitated the travel from Turkey to the Syrian Arab Republic of prospective ISIL fighters from Australia, Europe, and the Middle East. Managed ISIL's guesthouse in Azaz, Syrian Arabic Republic as of 2014. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.354 Name:** 1: TARAK 2: BEN TAHER 3: BEN FALEH 4: OUNI HARZI
**Name (original script):** طارق بن الطاهر بن الفالح العوني الحرزي
**Title:** na **Designation:** na **DOB:** 3 May 1982 **POB:** Tunis, Tunisia **Good quality a.k.a.:** na **Low quality a.k.a.:** Abou Omar Al Tounisi **Nationality:** Tunisia **Passport no:** Tunisia number Z050399, issued on 9 Dec. 2003 (expired on 8 Dec. 2008) **National identification no:** Tunisia National Identification Number 04711809, issued on 13 Nov. 2003 **Address: a)** 18 Mediterranean Street, Ariana, Tunisia **b)** Syrian Arab Republic (located in as at Mar. 2015) **c)** Iraq (possible alternative location as at Mar. 2015) **d)** Libya (previously located in) **Listed on:** 10 Apr. 2015 ( amended on 14 Sep. 2016, 1 May 2019, 15 Nov. 2021 ) **Other information:** Physical description: eye colour: brown; height: 172cm. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Previous occupation: worker. A dangerous and active member of Al Qaida in Iraq (QDe.115) in 2004, also active in facilitating and hosting members of Ansar al-Shari'a in Tunisia (QDe.143) in Syria. Sentenced, in absentia, on 30 October 2007, to 24 years imprisonment for terrorist activities by the Appeals Court of Tunis. Father's name is Taher Ouni Harzi, mother's name is Borkana Bedairia. Reportedly killed in Syria in Jun. 2015. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.074 Name:** 1: TAREK 2: BEN HABIB 3: BEN AL-TOUMI 4: AL-MAAROUFI
**Name (original script):** طارق بن الحبيب بن التومي المعروفي
**Title:** na **Designation:** na **DOB:** 23 Nov. 1965 **POB:** Ghardimaou, Tunisia **Good quality a.k.a.: a)** Abu Ismail **b)** Abou Ismail el Jendoubi **c)** Abou Ismail Al Djoundoubi **Low quality a.k.a.:** na **Nationality:** Tunisia **Passport no:** Tunisia number E590976, issued on 19 Jun. 1987 (expired on 18 Jun. 1992) **National identification no:** na **Address:** Rue Léon Théodore Number 107/1, 1090 Jette, Brussels, Belgium **Listed on:** 3 Sep. 2002 ( amended on 26 Nov. 2004, 20 Dec. 2005, 31 Jul. 2006, 3 Jul. 2007, 10 Aug. 2009, 25 Jan. 2010, 23 Dec. 2010, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Belgian nationality withdrawn on 26 Jan. 2009. In detention in Nivelles, Belgium, as of Oct. 2010. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4

Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.014 Name:** 1: TARIQ 2: ANWAR 3: EL SAYED 4: AHMED

**Name (original script):** طاريق أنور السيد احمد

**Title:** na **Designation:** na **DOB:** 15 Mar. 1963 **POB:** Alexandria, Egypt **Good quality a.k.a.: a)** Hamdi Ahmad Farag **b)** Amr Al-Fatih Fathi **c)** Tarek Anwar El Sayed Ahmad **Low quality a.k.a.:** na **Nationality:** Egypt **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 6 Oct. 2001 ( amended on 26 Nov. 2004, 18 Jul. 2007, 16 May 2011, 1 May 2019, 15 Nov. 2021 ) **Other information:** Reportedly deceased in October 2001. Review pursuant to Security Council resolution 1822 (2008) was concluded on 29 Jul. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.025 Name:** 1: TARIQ 2: AZIZ 3: na 4: na

**Name (original script):** طارق عزيز

**Title:** na **Designation:** na **DOB:** 1 Jul. 1936 **POB:** Mosul, Iraq **Good quality a.k.a.:** Tariq Mikhail Aziz in Baghdad, Iraq **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** No34409/129 ((July 1997)) **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.345 Name:** 1: TARKHAN 2: TAYUMURAZOVICH 3: BATIRASHVILI 4: na

**Title:** na **Designation:** na **DOB: a)** 11 Jan. 1986 **b)** 1982 **POB:** Akhmeta, Village Birkiani, Georgia **Good quality a.k.a.: a)** Tarkhan Tayumurazovich Batyrashvili **b)** Tarkhan Batirashvili **Low quality a.k.a.: a)** Omar Shishani **b)** Umar Shishani **c)** Abu Umar al-Shishani **d)** Omar al-Shishani **e)** Chechen Omar **f)** Omar the Chechen **g)** Omer the Chechen **h)** Umar the Chechen **i)** Abu Umar **j)** Abu Hudhayfah **Nationality:** Georgia **Passport no:** 09AL14455, issued in Georgia (expires on 26 Jun. 2019) **National identification no:** 08001007864, issued in Georgia **Address:** Syrian Arab Republic (located in as at Dec. 2014) **Listed on:** 23 Jan. 2015 ( amended on 24 Nov. 2020 ) **Other information:** As of mid-2014, Syria-based senior military commander and shura council member of Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (AQI) (QDe.115). Led approximately 1,000 foreign fighters for ISIL and committed a number of attacks in northern Syria. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.366 Name:** 1: TARKHAN 2: ISMAILOVICH 3: GAZIEV 4: na

**Name (original script):** Тархан Исмаилович Газиев

**Title:** na **Designation:** na **DOB:** 11 Nov. 1965 **POB:** Itum-Kale, Itum-Kalinskiy District, Republic of Chechnya, Russian Federation **Good quality a.k.a.: a)** Ramzan Oduev (original script: Рамзан Одуев) **b)** Tarkhan Isaevich Gaziev (original script: Тархан Исаевич Газиев) **c)** Husan Isaevich Gaziev (original script: Хусан Исаевич Газиев) **d)** Umar Sulimov (original script: Умар Сулимов) **Low quality a.k.a.: a)** Wainakh (original script: Вайнах) **b)** Sever (original script: Север) **c)** Abu Bilal (original script: Абу-Билал) **d)** Abu Yasir (original script: Абу Ясир) **e)** Abu Asim (original script: Абу Ясим) **f)** Husan (original script: Хусан) **g)** Ab-Bilal **h)** Abu-Naser **Nationality:** Russian Federation **Passport no:** na **National identification no:** na **Address: a)** Syrian Arab Republic (located in as at Aug. 2015) **b)** Iraq (possible alternative location as at Aug. 2015) **Listed on:** 2 Oct. 2015 ( amended on 10 Dec. 2015, 6 Sep. 2016, 15 Nov. 2021 ) **Other information:** As at Aug. 2015, leads Jamaat Tarkhan, a terrorist group that forms part of the Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). Wanted by the authorities of the Russian Federation for terrorist crimes committed in its territory, including through an international arrest warrant. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.219 Name:** 1: TAUFIK 2: RIFKI 3: na 4: na

**Title:** na **Designation:** na **DOB:** 19 Aug. 1974 **POB:** Dacusuman Surakarta, Central Java, Indonesia **Good quality a.k.a.: a)** Refke, Taufek **b)** Rifqi, Taufik **c)** Rifqi, Tawfiq **d)** Ami Iraq **e)** Ami Irza **f)** Amy Erja **g)** Ammy Erza **h)** Ammy Izza **i)** Ami Kusoman **j)** Abu Obaida **k)** Abu Obaidah **l)** Abu Obeida **m)** Abu Ubaidah **n)** Obaidah **o)** Abu Obayda **p)** Izza Kusoman **q)** Yacub, Eric **Low quality a.k.a.:** na **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address:** Philippines **Listed on:** 21 Apr. 2006 ( amended on 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** In detention in the Philippines as at May 2011. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.280 Name:** 1: TAYEB 2: NAIL 3: na 4: na

**Name (original script):** الطيب نايل

**Title:** na **Designation:** na **DOB:** Approximately 1972 **POB:** Faidh El Batma, Djelfa, Algeria **Good quality a.k.a.: a)** Djaafar Abou Mohamed (جعفر ابو محمد) **b)** Abou Mouhadjir (ابو مهاجر) **c)** Mohamed Ould Ahmed Ould Ali (born in 1976) **Low quality a.k.a.:** na **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address: a)** Mali **b)** Cité Feradj Lakhdar, Merine, Sidi Bel Abbes, Algeria **Listed on:** 22 Apr. 2010 ( amended on 15 Apr. 2014, 6 Dec. 2019, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** Reportedly a member of Jama'a Nusrat ul-Islam wa al-Muslimin (JNIM, QDe.159) as of November 2023. Convicted in absentia by Algerian tribunal on 28 Mar. 1996. Algerian international arrest warrant number 04/09 of 6 Jun. 2009 issued by the Tribunal of Sidi Mhamed, Algiers, Algeria. Algerian extradition request number 2307/09 of 3 Sep. 2009, presented to Malian authorities. Father's name was Benazouz Nail. Mother's name is Belkheiri Oum El Kheir. Member of The Organization of Al-Qaida in the Islamic Maghreb (QDe.014). Photograph and fingerprints available for inclusion in INTERPOL-UNSC Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**GBi.007 Name:** 1: TCHAM 2: NA MAN 3: na 4: na

**Title:** na **Designation: a)** Lieutenant-colonel **b)** Head of the Armed Forces Military Hospital **DOB:** 27 Feb. 1953 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** Namam **Nationality:** Guinea-Bissau **Passport no:** SA0002264, issued on 24 Jul. 2006, issued in Guinea-Bissau (Expiration date 23 Jul. 2009) **National identification no:** na **Address:** na **Listed on:** 18 Jul. 2012 **Other information:** Na Man was listed on 18 Jul. 2012 pursuant to paragraph 4 of resolution 2048 (2012) as "Member of the "Military Command" which has assumed responsibility for the coup d'état of 12 April 2012. Also a member of the Military High Command (highest hierarchy of the Bissau-Guinean Armed Forces)." Father's name is Biute Naman; Mother's name is Ndjade Na Noa. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**GBi.006 Name:** 1: TCHIPA 2: NA BIDON 3: na 4: na

**Title:** na **Designation: a)** Lieutenant-colonel **b)** Head of Intelligence **DOB:** 28 May 1954 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Guinea-Bissau **Passport no:** DA0001564, issued on 30 Nov. 2005, issued in Guinea-Bissau (Expiration date 15 May 2011) **National identification no:** na **Address:** na **Listed on:** 18 Jul. 2012 **Other information:** Na Bidon was listed on 18 Jul. 2012 pursuant to paragraph 4 of resolution 2048 (2012) as "Member of the "Military Command" which has assumed responsibility for the coup d'état of 12 April 2012." Parentage: "Nabidom". INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.017 Name:** 1: THARWAT 2: SALAH 3: SHIHATA 4: na

**Name (original script):** ثروت صالح شحاته

**Title:** na **Designation:** na **DOB:** 29 Jun. 1960 **POB:** Egypt **Good quality a.k.a.: a)** Tarwat Salah Abdallah **b)** Salah Shihata Thirwat **c)** Shahata Thirwat **d)** Tharwat Salah Shihata Ali (previously listed as) **Low quality a.k.a.:** na **Nationality:** Egypt **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 6 Oct. 2001 ( amended on 26 Nov. 2004, 16 Dec. 2010, 6 Dec. 2019, 8 Nov. 2022 ) **Other information:** Review

pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.007 Name:** 1: THOMAS 2: LUBANGA 3: na 4: na
**Title:** na **Designation:** na **DOB:** na **POB:** Ituri, Democratic Republic of the Congo **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** Democratic Republic of the Congo **Listed on:** 1 Nov. 2005 ( amended on 13 Oct. 2016, 2 Nov. 2020 ) **Other information:** Arrested in Kinshasa in March 2005 for UPC/L involvement in human rights abuses violations. Transferred to the ICC on 17 March 2006. Convicted by the ICC in March 2012 and sentenced to 14 years in prison. On 1 December 2014, ICC appeals judges upheld Lubanga's conviction and sentence. Transferred to a prison facility in the DRC on 19 December 2015 to serve out his sentence of imprisonment. He was released on 15 March 2020 after having served his ICC sentence. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.067 Name:** 1: THORAYA 2: BARZAN 3: IBRAHIM 4: HASAN AL-TIKRITI
**Name (original script):** ثريا برزان إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB: a)** 19 Dec. 1980 **b)** 19 Jan. 1980 **POB:  Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** Iraq **Listed on:** 7 Apr. 2004 **Other information:** na

**TAi.174 Name:** 1: TOREK 2: AGHA 3: na 4: na
**Name (original script):** تورک آغا
**Title:** Haji **Designation:** na **DOB: a)** 1960 **b)** 1962 **c)** Approximately 1965 **POB: a)** Kandahar Province, Afghanistan **b)** Pishin, Baluchistan Province, Pakistan **Good quality a.k.a.:** Sayed Mohammed Hashan **Low quality a.k.a.: a)** Torak Agha **b)** Toriq Agha **c)** Toriq Agha Sayed **Nationality:** na **Passport no:** na **National identification no:** Pakistan 5430312277059 (fraudulently obtained and since cancelled by the Government of Pakistan) **Address:** Pashtunabad, Quetta, Baluchistan Province, Pakistan **Listed on:** 2 Nov. 2015 ( amended on 30 Jan. 2019 ) **Other information:** Key commander for Taliban military council involved in fundraising from Gulf-based donors. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Reportedly deceased as of November 2018. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPi.080 Name:** 1: TSANG 2: YUNG YUAN 3: na 4: na
**Title:** na **Designation:** na **DOB:** 20 Oct. 1957 **POB:  Good quality a.k.a.: a)** Neil Tsang **b)** Yun Yuan Tsang **Low quality a.k.a.:** na **Nationality:** na **Passport no:** 302001581 **National identification no:** na **Address:** na **Listed on:** 30 Mar. 2018 **Other information:** Tsang Yung Yuan has coordinated DPRK coal exports with a DPRK broker operating in a third country, and he has a history of other sanctions evasion activities.

**TAi.022 Name:** 1: UBAIDULLAH 2: AKHUND 3: YAR MOHAMMAD AKHUND 4: na
**Name (original script):** عبيدالله آخوند يار محمد آخوند
**Title: a)** Mullah **b)** Hadji **c)** Maulavi **Designation:** Minister of Defence under the Taliban regime **DOB: a)** Approximately 1968 **b)** 1969 **POB: a)** Sangisar village, Panjwai District, Kandahar Province, Afghanistan **b)** Arghandab District, Kandahar Province, Afghanistan **c)** Nalgham area, Zheray District, Kandahar Province, Afghanistan **Good quality a.k.a.: a)** Obaidullah Akhund **b)** Obaid Ullah Akhund **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 29 Nov. 2011, 18 May 2012, 31 Dec. 2013 ) **Other information:** He was one of the deputies of Mullah Mohammed Omar (TAi.004) and a member of the Taliban's Supreme Council, in charge of military operations. Arrested in 2007 and was in custody in Pakistan. Confirmed deceased in March 2010 and buried in Karachi, Pakistan. Linked by marriage to Saleh Mohammad Kakar Akhtar Muhammad (TAi.149). Belonged to Alokozai tribe. Review pursuant to Security Council resolution 1822 (2008)

was concluded on 21 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.003 Name:** 1: UDAY 2: SADDAM 3: HUSSEIN 4: AL-TIKRITI
**Name (original script):** عدي صدام حسين التكريتي
**Title:** na **Designation:** na **DOB: a)** 1964 **b)** 1967 **POB:** Baghdad, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**IQi.050 Name:** 1: UGLA 2: ABID 3: SAKR 4: AL-ZUBAISI
**Name (original script):** عكلة عبد صكر القبيسي
**Title:** na **Designation:** na **DOB:** 1944 **POB:** Kubaisi, al-Anbar, Iraq **Good quality a.k.a.:** Saqr al-Kabisi Abd Aqala **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.294 Name:** 1: UMAR 2: PATEK 3: na 4: na
**Title:** na **Designation:** na **DOB:** 20 Jul. 1966 **POB:** Central Java, Indonesia **Good quality a.k.a.: a)** Omar Patek **b)** Mike Arsalan **c)** Hisyam Bin Zein **d)** Anis Alawi Jafar **Low quality a.k.a.: a)** Pa'tek **b)** Pak Taek **c)** Umar Kecil **d)** Al Abu Syekh Al Zacky **e)** Umangis Mike **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address:** Indonesia **Listed on:** 19 Jul. 2011 ( amended on 23 Feb. 2012, 22 Sep. 2017, 15 Nov. 2021 ) **Other information:** Senior member of Jemaah Islamiyah (QDe.092) involved in planning and funding multiple terrorist attacks in the Philippines and Indonesia. Provided training to Abu Sayyaf Group (QDe.001). Convicted for his role in the 2002 Bali bombings and sentenced to 20 years in prison in Jun. 2012. Remains in custody in Indonesia as at May 2015. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. Photos included in INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.412 Name:** 1: UMAR 2: MAHMUD 3: IRHAYYIM 4: AL-KUBAYSI
**Name (original script):** عمر محمود إرحيم الفياض الكبيسي
**Title:** na **Designation:** na **DOB: a)** 16 Jun. 1967 **b)** 1 Jan. 1967 **POB:** Al-Qaim, Al-Anbar Province, Iraq **Good quality a.k.a.: a)** Umar Mahmud Rahim al-Kubaysi **b)** Omar Mahmood Irhayyim Al-Fayyadh **c)** Umar Mahmud Rahim **d)** Umar Mahmud Rahim Al-Qubaysi **e)** Umar Mahmud Al-Kubaysi Arhaym **f)** Umar Mahmud Arhaym **g)** Omar Mahmood Irhayyim **h)** Omar Mahmood Irhayyim Al-Fayyadh Al-Kobaisi **i)** Umar al-Kubaysi **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** Iraq number A4059346, issued on 29 May 2013, issued in Baghdad, Iraq (expires on 27 May 2021) **National identification no: a)** Iraq national identification card 00405771, issued on 20 May 2013, issued in Iraq (name in Arabic script: عمر محمود إرحيم الفياض) **b)** Iraq Certificate of Iraqi Nationality 540763, issued on 13 Feb. 1984 (name in Arabic script: عمر محمود إرحيم) **Address:** Al-Qaim, Al-Anbar Province, Iraq **Listed on:** 6 Mar. 2018 ( amended on 30 Oct. 2023 ) **Other information:** Financial facilitator for Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). Director of Al-Kawthar Money Exchange (QDe.157). Physical description: sex: male, hair colour: black; height: 175 cm. Speaks Arabic. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**HTi.005 Name:** 1: VITELHOMME 2: INNOCENT 3: na 4: na
**Title:** na **Designation:** Leader of Kraze Barye gang **DOB:** 27 Mar. 1986 **POB:** Port-au-Prince, Haiti **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Haiti **Passport no:** na **National identification no:** Haiti 004-341-263-3 **Address:** 64, Soisson, Tabarre 49, Port-au-Prince, Haiti **Listed on:** 8 Dec. 2023 **Other information:** Gender: Male INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.095 Name:** 1: WALIJAN 2: na 3: na 4: na
**Name (original script):** ولی جان
**Title:** Maulavi **Designation:** Governor of Jawzjan Province under the Taliban regime **DOB:**

Approximately 1968 **POB: a)** Quetta, Pakistan **b)** Nimroz Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other information:** Member of the Taliban Gerd-e-Jangal Shura and Head of the Taliban Prisoners and Refugees Committee. Belongs to Ishaqzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.037 Name:** 1: WATBAN 2: IBRAHIM 3: HASSAN 4: AL-TIKRITI
**Name (original script):** وطبان إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 1952 **POB:** Tikrit, Iraq **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**QDi.350 Name:** 1: WIJI 2: JOKO 3: SANTOSO 4: na
**Title:** na **Designation:** na **DOB:** 14 Jul. 1975 **POB:** Rembang, Jawa Tengah, Indonesia **Good quality a.k.a.:** Wijijoko Santoso born 14 Jul. 1975 in Rembang, Jawa Tengah, Indonesia **Low quality a.k.a.: a)** Abu Seif al-Jawi **b)** Abu Seif **Nationality:** Indonesia **Passport no:** Indonesia number A2823222, issued on 28 May 2012 (expires 28 May 2017, issued under name Wiji Joko Santoso, born 14 Jul. 1975 in Rembang, Jawa Tengah, Indonesia) **National identification no:** na **Address:** na **Listed on:** 13 Mar. 2015 ( amended on 24 Nov. 2020 ) **Other information:** Head of the foreign affairs division and key outreach player of Jemaah Islamiyah (QDe.092). Associated with Hilal Ahmar Society Indonesia (HASI) (QDe.147). Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDi.043 Name:** 1: WILLIAM 2: AMURI 3: YAKUTUMBA 4: na
**Title:** na **Designation: a)** Secretary General and leader for the Coalition nationale du people pour la souveraineté du Congo (CNPSC) (until February 2023) **b)** founder and leader for MAI-MAI YAKUTUMBA **DOB: a)** 1970 **b)** 1972 **POB:** Lunbondja, Fizi Territory, South Kivu, Democratic Republic of the Congo **Good quality a.k.a.:** YAKUTUMBA **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 20 Feb. 2024 **Other information:** Listed pursuant to paragraphs 7 (c), 7 (d), 7 (e) and 7 (g) of resolution 2293 (2016) as "being political and military leaders of Congolese militias, including those receiving support from outside the DRC, who impede the participation of their combatants in disarmament, demobilization and reintegration processes;" "recruiting or using children in armed conflict in the DRC in violation of applicable international law;" "planning, directing, committing acts in the DRC that constitute human rights violations or abuses or violations of international humanitarian law, as applicable, including those acts involving the targeting of civilians, including killing and maiming, rape and other sexual violence, abduction, forced displacement, and attacks on schools and hospitals;" and "supporting individuals or entities, including armed groups or criminal networks, involved in destabilizing activities in the DRC through the illicit exploitation or trade of natural resources, including gold or wildlife as well as wildlife products", as reaffirmed by paragraph 2 of resolution 2688 (2023). As the leader of the MAI MAI YAKUTUMBA, one of the largest CNPSC militia, WILLIAM AMURI YAKUTUMBA is involved in planning, promulgating and supporting the militia's activities. He has effective command and control over the militia's combatants. click here

**CDi.044 Name:** 1: WILLY 2: NGOMA 3: na 4: na
**Title:** na **Designation: a)** Major **b)** Military spokesperson for M23 **DOB:** 1974 **POB:** Camp Kokolo, Kinshasa, Democratic Republic of the Congo **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic Republic of the Congo **Passport no:** na **National identification no:** na **Address:** Democratic Republic of the Congo **Listed on:** 20 Feb. 2024 **Other information:** Listed pursuant to paragraphs 7 (c), 7 (e) and 7 (h) of resolution 2293 (2016) as "being political and military leaders of Congolese militias, including those receiving support from outside the DRC, who impede the participation of their combatants in disarmament, demobilization and reintegration processes;" "planning, directing, committing acts in the DRC that constitute human rights violations or abuses or violations of international humanitarian law, as applicable, including those acts involving

the targeting of civilians, including killing and maiming, rape and other sexual violence, abduction, forced displacement, and attacks on schools and hospitals;" and "acting on behalf of or at the direction of an entity owned or controlled by a designated individual or entity", as reaffirmed by paragraph 2 of resolution 2688 (2023). As a leader of M23 (CDe.006), WILLY NGOMA is involved in planning, promulgating and supporting the armed group's activities. click here

**HTi.004 Name:** 1: WILSON 2: JOSEPH 3: na 4: na
**Title:** na **Designation:** Leader of 400 Mawozo gang **DOB:** 28 Feb. 1993 **POB:** Haiti **Good quality a.k.a.:** na **Low quality a.k.a.:** LANMO SAN JOU **Nationality:** Haiti **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 8 Dec. 2023 **Other information:** Gender: Male INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.249 Name:** 1: YAHIA 2: DJOUADI 3: na 4: na
**Name (original script):** يحيى جوادي
**Title:** na **Designation:** na **DOB:** 1 Jan. 1967 **POB:** M'Hamid, Wilaya (province) of Sidi Bel Abbes, Algeria **Good quality a.k.a.: a)** Yahia Abou Ammar **b)** Abou Ala **Low quality a.k.a.:** na **Nationality:** Algeria **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 3 Jul. 2008 ( amended on 15 Nov. 2012, 15 Nov. 2021, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Reportedly deceased as of February 2022. Belonged to the leadership of the Organization of Al-Qaida in the Islamic Maghreb (listed under permanent reference number QDe.014). Located in Northern Mali as of Jun. 2008. Mother's name is Zohra Fares. Father's name is Mohamed. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.044 Name:** 1: YAHIA 2: ABDALLAH 3: AL-UBAIDI 4: na
**Name (original script):** يحيى عبد الله العبيدي
**Title:** na **Designation:** na **DOB:** na **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 27 Jun. 2003 **Other information:** na

**TAi.169 Name:** 1: YAHYA 2: HAQQANI 3: na 4: na
**Name (original script):** يحيى حقانى
**Title:** na **Designation:** na **DOB: a)** 1982 **b)** 1978 **POB:**  **Good quality a.k.a.:** Yaya **Low quality a.k.a.:** Qari Sahab **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** (A Haqqani Madrassa in the Afghanistan/Pakistan Border Area.) **Listed on:** 31 Jul. 2014 **Other information:** Senior Haqqani Network (HQN) (TAe.012) member. Closely involved in the group's military, financial, and propaganda activities. Injured leg. Father's name is Hajji Meyawar Khan (deceased). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRi.036 Name:** 1: YAHYA RAHIM 2: SAFAVI 3: na 4: na
**Title:** na **Designation: a)** Major General **b)** Commander, IRGC (Pasdaran) **DOB:** 1952 **POB:** Isfahan, Iran (Islamic Republic of) **Good quality a.k.a.:** Yahya Raheem Safavi **Low quality a.k.a.:** na **Nationality:** na **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Dec. 2006 ( amended on 17 Dec. 2014 ) **Other information:** [Old Reference # I.37.E.1]

**TAi.015 Name:** 1: YAR MOHAMMAD 2: RAHIMI 3: na 4: na
**Name (original script):** يار محمد رحيمى
**Title:** Mullah **Designation:** Minister of Communication under the Taliban regime **DOB:** Approximately 1953 **POB:** Taluqan village, Panjwai District, Kandahar Province, Afghanistan **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 25 Jan. 2001 ( amended on 3 Sep. 2003, 21 Sep. 2007, 29 Nov. 2011 ) **Other**

**information:** Member of Taliban Supreme Council as at 2009. Believed to be in Afghanistan/Pakistan border area. Belongs to Nurzai tribe. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQi.081 Name:** 1: YASIR 2: SABAWI 3: IBRAHIM 4: HASAN AL-TIKRITI
**Name (original script):** ياسر سبعاوي إبراهيم حسن التكريتي
**Title:** na **Designation:** na **DOB:** 15 May 1968 **POB:** Al-Owja, Iraq **Good quality a.k.a.: a)** Yassir Sabawi Ibrahim Hasan Al-Tikriti **b)** Yasser Sabawi Ibrahim Hasan Al-Tikriti **c)** Yasir Sab'awi Ibrahim Hasan Al-Tikriti **d)** Yasir Sabawi Ibrahim Hassan Al-Tikriti **e)** Ali Thafir Abdallah in Baghdad, Iraq (in Baghdad, Iraq (DPOB - 1970) - Passport No. 284158, expires 21 August 2005 (Iraq)) **Low quality a.k.a.:** na **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address: a)** Mosul, Iraq **b)** Az Zabadani, Syrian Arab Republic **Listed on:** 27 Jul. 2005 **Other information:** na

**QDi.123 Name:** 1: YASSIN 2: SYAWAL 3: na 4: na
**Title:** na **Designation:** na **DOB:** 3 Sep. 1962 **POB:** Makassar, Indonesia **Good quality a.k.a.: a)** Salim Yasin **b)** Yasin Mahmud Mochtar **c)** Abdul Hadi Yasin **d)** Muhamad Mubarok **e)** Muhammad Syawal **f)** Yassin Sywal (formerly listed as) **Low quality a.k.a.: a)** Abu Seta **b)** Mahmud **c)** Abu Muamar **d)** Mubarok **Nationality:** Indonesia **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 9 Sep. 2003 ( amended on 12 Dec. 2014, 29 Mar. 2019, 1 May 2019, 8 Nov. 2022 ) **Other information:** At large as at Dec. 2003. Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 February 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.301 Name:** 1: YASSIN 2: CHOUKA 3: na 4: na
**Title:** na **Designation:** na **DOB:** 11 Dec. 1984 **POB:** Bonn, Germany **Good quality a.k.a.:** na **Low quality a.k.a.:** Abu Ibraheem **Nationality: a)** Germany **b)** Morocco **Passport no:** Germany number 5204893014, issued on 5 Oct. 2000, issued in Stadt Bonn, Germany (expired on 5 Oct. 2005) **National identification no:** Germany National Identification Number 5209445304, issued on 5 Sep. 2005, issued in Stadt Bonn, Germany (expired on 4 Sep. 2010) **Address:** Karl-Barth-Straße 14, Bonn, 53129, Germany (previous) **Listed on:** 25 Jan. 2012 ( amended on 15 Nov. 2021 ) **Other information:** Associated with Islamic Movement of Uzbekistan (QDe.010). Brother of Monir Chouka (QDi.300). Arrest warrant issued by the investigating judge of the German Federal Court of Justice on 5 Oct. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.124 Name:** 1: YAZID 2: SUFAAT 3: na 4: na
**Title:** na **Designation:** na **DOB:** 20 Jan. 1964 **POB:** Johor, Malaysia **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Joe **b)** Abu Zufar **Nationality:** Malaysia **Passport no:** A 10472263 **National identification no:** 640120-01-5529 **Address: a)** Taman Bukit Ampang, State of Selangor, Malaysia (previous address) **b)** Malaysia (in prison since 2013 to 2019) **Listed on:** 9 Sep. 2003 ( amended on 3 May 2004, 1 Feb. 2008, 10 Aug. 2009, 25 Jan. 2010, 16 May 2011, 11 Oct. 2016, 22 Sep. 2017, 1 May 2019, 8 Nov. 2022, 21 Jul. 2023 ) **Other information:** Founding member of Jemaah Islamiyah (JI) (QDe.092) who worked on Al-Qaida's (QDe.004) biological weapons program, provided support to those involved in Al-Qaida's 11 Sep. 2001 attacks in the United States of America, and was involved in JI bombing operations. Detained in Malaysia from 2001 to 2008. Arrested in Malaysia in 2013 and sentenced to 7 years in Jan. 2016 for failing to report information relating to terrorist acts. Completed detention on 20 November 2019. Served a two-year restricted residence order in Selangor Malaysia until 21 November 2021. Review pursuant to Security Council resolution 1989 (2011) was concluded on 6 Mar. 2014. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. Photos included in INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPi.010 Name:** 1: YO'N 2: CHO'NG NAM 3: na 4: na
**Title:** na **Designation:** Chief Representative for the Korea Mining Development Trading Corporation (KOMID) **DOB:** na **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 7 Mar. 2013 **Other information:** Chief Representative for the Korea Mining Development Trading Corporation (KOMID). The KOMID was designated by the Committee in April 2009 and is the DPRK's primary arms dealer and main exporter of goods and equipment related to ballistic missiles and conventional weapons.

**KPi.028 Name:** 1: YU 2: CHOL U 3: na 4: na
**Title:** na **Designation:** Director of the National Aerospace Development Administration **DOB:** 8 Aug. 1959 **POB:**  **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016 ( amended on 26 Jul. 2022 ) **Other information:** na

**KPi.001 Name:** 1: YUN 2: HO-JIN 3: na 4: na
**Title:** na **Designation:** Director of Namchongang Trading Corporation **DOB:** 13 Oct. 1944 **POB:**  **Good quality a.k.a.:** Yun Ho-chin **Low quality a.k.a.:** na **Nationality:** Democratic People's Republic of Korea **Passport no:** na **National identification no:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 16 Jul. 2009 ( amended on 26 Jul. 2022 ) **Other information:** Director of Namchongang Trading Corporation; oversees the import of items needed for the uranium enrichment program.

**QDi.126 Name:** 1: YUNOS 2: UMPARA 3: MOKLIS 4: na
**Title:** na **Designation:** na **DOB:** 7 Jul. 1966 **POB:** Lanao del Sur, Philippines **Good quality a.k.a.: a)** Muklis Yunos **b)** Mukhlis Yunos (previously listed as) **c)** Saifullah Mukhlis Yunos **d)** Saifulla Moklis Yunos **Low quality a.k.a.:** Hadji Onos **Nationality:** Philippines **Passport no:** na **National identification no:** na **Address:** Philippines (remains incarcerated as of May 2017) **Listed on:** 9 Sep. 2003 ( amended on 9 Sep. 2005, 23 Feb. 2009, 3 Jun. 2009, 16 May 2011, 22 Sep. 2017, 24 Nov. 2020 ) **Other information:** Sentenced to life without parole in the Philippines on 23 Jan. 2009 for his involvement in the bombings of 30 Dec. 2000 in Manila, the Philippines. Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Photos included in INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**YEi.009 Name:** 1: YUSUF 2: AL-MADANI 3: na 4: na
**Name (original script):** يوسف المداني
**Title:** Major General **Designation:** Commander of the Houthi's Fifth Military Region **DOB:** 1977 **POB:** Muhatta Directorate, Hajjah Province, Yemen **Good quality a.k.a.:** na **Low quality a.k.a.:** na **Nationality:** Yemen **Passport no:** na **National identification no:** na **Address:** Yemen **Listed on:** 9 Nov. 2021 **Other information:** A prominent leader of Houthi forces and commander of forces in Hudaydah, Hajjah, Al Mahwit, and Raymah, Yemen – threatening the peace, security, and stability of Yemen. As of 2021, Al-Madani was assigned to the offensive targeting Marib. Photograph available for inclusion in INTERPOL-UN Security Council Special Notice web link: INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOi.001 Name:** 1: Yasin 2: Ali 3: Baynah 4: na
**Title:** na **Designation:** na **DOB:** 24 Dec. 1965 **POB:**  **Good quality a.k.a.: a)** ALI, Yasin Baynah **b)** ALI, Yassin Mohamed **c)** BAYNAH, Yasin **d)** BAYNAH, Yassin **e)** BAYNAX, Yasiin Cali **f)** BEENAH, Yasin **g)** BEENAH, Yassin **h)** BEENAX, Yasin **i)** BEENAX, Yassin **j)** BENAH, Yasin **k)** BENAH, Yassin **l)** BENAX, Yassin **m)** BEYNAH, Yasin **n)** BINAH, Yassin **o)** CALI, Yasiin Baynax **Low quality a.k.a.:** na **Nationality: a)** Somalia **b)** Sweden **Passport no:** na **National identification no:** na **Address: a)** Rinkeby, Stockholm, Sweden **b)** Mogadishu, Somalia **Listed on:** 12 Apr. 2010 **Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.308 Name:** 1: ZAFAR 2: IQBAL 3: na 4: na

**Title:** na **Designation:** na **DOB:** 4 Oct. 1953 **POB:  Good quality a.k.a.: a)** Zaffer Iqbal **b)** Malik Zafar Iqbal Shehbaz **c)** Malik Zafar Iqbal Shahbaz **d)** Malik Zafar Iqbal **Low quality a.k.a.: a)** Zafar Iqbal Chaudhry **b)** Muhammad Zafar Iqbal **Nationality:** Pakistan **Passport no:** DG5149481, issued on 22 Aug. 2006 (expired on 21 Aug. 2011, passport booklet number A2815665) **National identification no: a)** 35202- 4135948-7 **b)** Alternate national identification number 29553654234 **Address:** Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan **Listed on:** 14 Mar. 2012 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** Senior leader and co-founder of Lashkar-e-Tayyiba (QDe.118) (LeT) who has held various senior leader positions in LeT and its front organization, Jamaat-ud-Dawa (JUD) (listed as an alias of LeT). As of 2010, in charge of LeT/JUD finance department, director of its education department and president of its medical wing. Other title: Professor. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.083 Name:** 1: ZAKARYA 2: ESSABAR 3: na 4: na

**Name (original script):** زكريا الصبار

**Title:** na **Designation:** na **DOB:** 3 Apr. 1977 **POB:** Essaouria, Morocco **Good quality a.k.a.:** Zakariya Essabar **Low quality a.k.a.:** na **Nationality:** Morocco **Passport no: a)** Morocco number M 271351, issued on 24 Oct. 2000, issued in Berlin,by the Embassy of Morocco **b)** Morocco number K-348486 **National identification no: a)** Morocco National Identity number E-189935 **b)** Morocco National Identity Card number G-0343089 **Address:** na **Listed on:** 30 Sep. 2002 ( amended on 26 Nov. 2004, 10 Jun. 2011, 15 Nov. 2021 ) **Other information:** Father's name is Mohamed ben Ahmed. Mother's name is Sfia bent Toubali. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.193 Name:** 1: ZAKI 2: EZAT 3: ZAKI 4: AHMED

**Name (original script):** زكي عزت زكي احمد

**Title:** na **Designation:** na **DOB:** 21 Apr. 1960 **POB: a)** Sharqiyah, Egypt **b)** Zaqaziq, Egypt **Good quality a.k.a.: a)** Rif'at Salim **b)** Abu Usama **Low quality a.k.a.:** na **Nationality:** Egypt **Passport no:** na **National identification no:** na **Address:** Syrian Arab Republic **Listed on:** 29 Sep. 2005 ( amended on 13 Dec. 2011, 1 May 2019, 15 Nov. 2021, 11 Mar. 2025 ) **Other information:** Father's name is Ahmed Ezat Zaki. Member of Egyptian Islamic Jihad (QDe.003). Review pursuant to Security Council resolution 1822 (2008) was concluded on 1 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.264 Name:** 1: ZAKI-UR-REHMAN 2: LAKHVI 3: na 4: na

**Title:** na **Designation:** na **DOB:** 30 Dec. 1960 **POB:** Okara, Pakistan **Good quality a.k.a.: a)** Zakir Rehman Lakvi **b)** Zaki Ur-Rehman Lakvi **c)** Kaki Ur-Rehman **d)** Zakir Rehman **e)** Abu Waheed Irshad Ahmad Arshad **Low quality a.k.a.:** Chachajee **Nationality:** Pakistan **Passport no:** na **National identification no:** Pakistan 61101-9618232-1 **Address: a)** Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan (location as at May 2008) **b)** Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan (previous location) **Listed on:** 10 Dec. 2008 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** Chief of operations of Lashkar-e-Tayyiba (listed under permanent reference number QDe.118). Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.367 Name:** 1: ZAURBEK 2: SALIMOVICH 3: GUCHAEV 4: na

**Name (original script):** Заурбек Салимович Гучаев

**Title:** na **Designation:** na **DOB:** 7 Sep. 1975 **POB:** Chegem-1 Village, Chegemskiy District, Republic of Kabardino-Balkaria, Russian Federation **Good quality a.k.a.:** na **Low quality a.k.a.: a)** Bach (original script: Бэч) **b)** Fackih (original script: Факих) **c)** Vostochniy (original script: Восточный) **d)** Muslim (original script: Муслим) **e)** Aziz (original script: Азиз) **f)** Abdul Aziz (original script: Абул Азиз) **Nationality:** Russian Federation **Passport no:** Russian foreign travel passport number 622641887 **National identification no:** Russian Federation national passport 8304661431 **Address: a)** Syrian Arab Republic (located in as at Aug. 2015) **b)** Iraq (possible alternative location as at Aug. 2015) **Listed on:** 2 Oct. 2015 ( amended on 24 Nov. 2020 ) **Other information:** As at Aug. 2015, one of the leaders of the Army of Emigrants and Supporters (QDe.148). Wanted by the authorities of the Russian Federation for terrorist crimes committed in its territory. Photo available for inclusion in the INTERPOL-UN Security Council Special Notice. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAi.102 Name:** 1: ZIA-UR-RAHMAN 2: MADANI 3: na 4: na
**Name (original script):** ضيا الرحمان مدنى
**Title:** Maulavi **Designation:** Governor of Logar Province under the Taliban regime **DOB:** Approximately 1960 **POB: a)** Paliran village, Namakab District, Takhar Province, Afghanistan **b)** Taluqan City, Takhar Province, Afghanistan **Good quality a.k.a.: a)** Ziaurrahman Madani **b)** Zaia u Rahman Madani **c)** Madani Saheb **d)** Diya' al-Rahman Madani **Low quality a.k.a.:** na **Nationality:** Afghanistan **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Feb. 2001 ( amended on 3 Sep. 2003, 18 Jul. 2007, 21 Sep. 2007, 27 Sep. 2007, 1 Feb. 2008, 13 Feb. 2012, 31 Dec. 2013 ) **Other information:** Involved in drug trafficking. Taliban member responsible for military affairs in Takhar province, Afghanistan, as of May 2007. Facilitated fund raising in the Gulf on behalf of the Taliban since 2003. Also facilitated meetings between Taliban officials and wealthy supporters and arranged for more than a dozen individuals to travel to Kabul, Afghanistan, for suicide attacks. Believed to be in the Gulf region. Review pursuant to Security Council resolution 1822 (2008) was concluded on 23 Jul. 2010. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.335 Name:** 1: 'ABD AL-RAHMAN 2: KHALAF 3: 'UBAYD JUDAY' 4: AL-'ANIZI
**Title:** na **Designation:** na **DOB:** 6 Mar. 1973 **POB:**  **Good quality a.k.a.: a)** 'Abd al-Rahman Khalaf al-Anizi **b)** 'Abd al-Rahman Khalaf al-'Anzi **Low quality a.k.a.: a)** Abu Usamah al-Rahman **b)** Abu Shaima' Kuwaiti **c)** Abu Usamah al-Kuwaiti **d)** Abu Usama **e)** Yusuf **Nationality:** Kuwait **Passport no:** na **National identification no:** Kuwait 273030601222 **Address:** Syrian Arab Republic (located in since 2013) **Listed on:** 23 Sep. 2014 ( amended on 15 Feb. 2017, 1 May 2019, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** A sentence of imprisonment for 15 years was issued against him by Kuwait in absentia on 30 July 2015. Provides support to Al-Qaida (QDe.004) and Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (AQI) (QDe.115), in Syria and Iraq. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.334 Name:** 1: 'ABD AL-RAHMAN 2: BIN 'UMAYR 3: AL-NU'AYMI 4: na
**Title:** na **Designation:** na **DOB:** 1954 **POB:** Doha, Qatar **Good quality a.k.a.: a)** Abd al-Rahman bin 'Amir al-Na'imi **b)** 'Abd al-Rahman al-Nu'aimi **c)** 'Abd al-Rahman bin 'Amir al-Nu'imi **d)** 'Abd al-Rahman bin 'Amir al-Nu'aymi **e)** 'Abdallah Muhammad al-Nu'aymi **f)** 'Abd al-Rahman al-Nua'ymi **g)** A. Rahman al-Naimi **h)** Abdelrahman Imer al Jaber al Naimeh **i)** A. Rahman Omair J Alnaimi **j)** Abdulrahman Omair al Neaimi **Low quality a.k.a.:** na **Nationality:** Qatar **Passport no: a)** Qatar number 01461558 (expiring 20 Jan. 2024) **b)** Qatari passport number 00868774 (expired on 27 Apr. 2014) **National identification no: a)** Qatar 25463400086 **b)** Qatar 25463401784 (expires on 6 Dec. 2019) **Address:** Al-Waab, Qatar **Listed on:** 23 Sep. 2014 ( amended on 15 Feb. 2017, 23 Mar. 2021 ) **Other information:** Financier and facilitator for Al-Qaida (QDe.004) and Al-Qaida in Iraq (QDe.115). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDi.339 Name:** 1: 'ABD AL-RAHMAN 2: MUHAMMAD 3: MUSTAFA 4: AL-QADULI
**Title:** na **Designation:** na **DOB: a)** 1959 **b)** 1957 **POB:** Mosul, Ninawa Province, Iraq **Good quality a.k.a.:
a)** 'Abd al-Rahman Muhammad Mustafa Shaykhlari **b)** Umar Muhammad Khalil Mustafa **c)** Abdul Rahman
Muhammad al-Bayati **d)** Tahir Muhammad Khalil Mustafa al-Bayati **e)** Aliazra Ra'ad Ahmad **Low quality
a.k.a.: a)** Abu-Shuayb **b)** Hajji Iman **c)** Abu Iman **d)** Abu Ala **e)** Abu Hasan **f)** Abu Muhammad **g)** Abu
Zayna **Nationality:** Iraq **Passport no:** na **National identification no:** na **Address:** na **Listed on:** 23 Sep. 2014 (
amended on 6 Dec. 2019, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** Senior Islamic State in Iraq and the
Levant (ISIL), listed as Al-Qaida in Iraq (AQI) (QDe.115), official. Reportedly killed in Syria in 2016.
Previously served as a representative of AQI to Al-Qaida (QDe.004) senior leadership in Pakistan. Review
pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security
Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special
Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here


B. Entities and other groups

**IRe.001 Name:** 7TH OF TIR
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 23 Dec. 2006 ( amended on 17 Dec. 2014 ) **Other information:**
Subordinate of Defence Industries Organisation (DIO), widely recognized as being directly involved in the
nuclear programme. [Old Reference #E.37.A.7]

**QDe.144 Name:** ABDALLAH AZZAM BRIGADES (AAB)
**A.k.a.: a)** Abdullah Azzam Brigades **b)** Ziyad al-Jarrah Battalions of the Abdallah Azzam Brigades **c)** Yusuf al-
'Uyayri Battalions of the Abdallah Azzam Brigades **F.k.a.:** na **Address:** (Operates in Lebanon, Syria and the
Arabian Peninsula) **Listed on:** 23 Sep. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** An
armed group that has carried out joint attacks with Al-Nusrah Front for the People of the Levant (QDe.137).
Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to
Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council
Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click
here

**QDe.001 Name:** ABU SAYYAF GROUP
**A.k.a.:** Al Harakat Al Islamiyya **F.k.a.:** na **Address:** Philippines **Listed on:** 6 Oct. 2001 ( amended on 13 Dec.
2011, 24 Nov. 2020 ) **Other information:** Associated with Jemaah Islamiyah (JI) (QDe.092). Current leader is
Radulan Sahiron (QDi.208). Review pursuant to Security Council resolution 1822 (2008) was concluded on 21
Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020.
INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-
work/Notices/View-UN-Notices-Individuals click here

**IRe.002 Name:** ABZAR BORESH KAVEH CO. (BK CO.)
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 3 Mar. 2008 ( amended on 17 Dec. 2014 ) **Other information:**
Involved in the production of centrifuge components. [Old Reference # E.03.III.1]

**KPe.021 Name:** ACADEMY OF NATIONAL DEFENSE SCIENCE
**A.k.a.:** SECOND ACADEMY OF NATURAL SCIENCES (KPE.018) **F.k.a.:** na **Address:** Pyongyang,
Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016 ( amended on 5 Jan. 2024 ) **Other information:**
The Academy of National Defense Science is involved in the DPRK's efforts to advance the development of its
ballistic missile and nuclear weapons programs.

**CDe.001 Name:** ADF
**A.k.a.:** Allied Democratic Forces **F.k.a.: a)** Forces Démocratiques Alliées-Armée Nationale de Libération de
l'Ouganda **b)** ADF/NALU **c)** NALU **Address:** North Kivu, Democratic Republic of the Congo **Listed on:** 30
Jun. 2014 ( amended on 19 Oct. 2016, 19 Aug. 2020 ) **Other information:** ADF founder and leader, Jamil
Mukulu (CDi.015), was arrested in Dar es Salaam, Tanzania in April 2015. He was subsequently extradited to

Kampala, Uganda in July 2015. As of June 2016, Mukulu is reportedly being held in a police detention cell awaiting his trial. Seka Baluku (CDi.036) succeeded Jamil Mukulu (CDi.015) as the overall leader of the ADF. As highlighted in several reports from the Group of Experts on the DRC (S/2015/19, S/2015/797, S/2016/1102, S/2017/672, S/2018/531, S/2019/469, S/2019/974, S/2020/482), the ADF, including under Seka Baluku's leadership, continued to commit the repeated targeting, killing and maiming, rape and other sexual violence, abduction of civilians, including children, as well as attacks on villages and health facilities, in particular in Mamove, Beni territory, on 12 and 24 February 2019, and Mantumbi, Beni territory, on 5 December 2019 and 30 January 2020, as well as the continuous recruitment and use of children during attacks and for forced labour in Beni territory in the DRC since at least 2015. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.069 Name:** AFGHAN SUPPORT COMMITTEE (ASC)
**A.k.a.: a)** Lajnat ul Masa Eidatul Afghania **b)** Jamiat Ayat-ur-Rhas al Islamiac **c)** Jamiat Ihya ul Turath al Islamia **d)** Ahya ul Turas **F.k.a.:** na **Address: a)** Headquarters – G.T. Road (probably Grand Trunk Road), near Pushtoon Garhi Pabbi, Peshawar, Pakistan **b)** Cheprahar Hadda, Mia Omar Sabaqah School, Jalabad, Afghanistan **Listed on:** 11 Jan. 2002 ( amended on 13 Dec. 2011, 15 Nov. 2021 ) **Other information:** Associated with the Revival of Islamic Heritage Society (QDe.070). Abu Bakr al-Jaziri (QDi.058) served as finance chief of ASC. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.107 Name:** AL FURQAN
**A.k.a.: a)** Dzemilijati Furkan **b)** Dzem'ijjetul Furqan **c)** Association for Citizens Rights and Resistance to Lies **d)** Dzemijetul Furkan **e)** Association of Citizens for the Support of Truth and Supression of Lies **f)** Sirat **g)** Association for Education, Culture and Building Society-Sirat **h)** Association for Education, Cultural, and to Create Society -Sirat **i)** Istikamet **j)** In Siratel **k)** Citizens' Association for Support and Prevention of lies – Furqan **F.k.a.:** na **Address: a)** 30a Put Mladih Muslimana (ex Pavla Lukaca Street), 71 000 Sarajevo, Bosnia and Herzegovina **b)** 72 ul. Strossmajerova, Zenica, Bosnia and Herzegovina **c)** 42 Muhameda Hadzijahica, Sarajevo, Bosnia and Herzegovina **d)** 70 and 53 Strosmajerova Street, Zenica, Bosnia and Herzegovina **e)** Zlatnih Ljiljana Street, Zavidovici, Bosnia and Herzegovina **Listed on:** 11 May 2004 ( amended on 26 Nov. 2004, 24 Mar. 2009, 1 May 2019, 15 Nov. 2021, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** Reportedly defunct. Registered in Bosnia and Herzegovina as a citizens' association under the name of "Citizens' Association for Support and Prevention of lies – Furqan" on 26 Sep. 1997. Al Furqan ceased its work by decision of the Ministry of Justice of the Bosnia and Herzegovina Federation (decision number 03-054-286/97 dated 8 Nov. 2002). Al Furqan was no longer in existence as of Dec. 2008. Review pursuant to Security Council resolution 1822 (2008) was concluded on 15 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.139 Name:** AL MOUAKAOUNE BIDDAM
**Name (original script):** الموقعون بالدم
**A.k.a.: a)** Les Signataires par le Sang **b)** Ceux Qui Signent avec le Sang **c)** Those Who Sign in Blood **F.k.a.:** na **Address:** Mali **Listed on:** 2 Jun. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Associated with the Organization of Al-Qaida in the Islamic Maghreb (QDe.014) and led by Mokhtar Belmokhtar (QDi.136). Active in the Sahel/Sahara region. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.140 Name:** AL MOULATHAMOUN
**Name (original script):** الملثمون

**A.k.a.: a)** Les Enturbannés **b)** The Veiled **F.k.a.:** na **Address: a)** Mali **b)** Niger **c)** Algeria **Listed on:** 2 Jun. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Founded in 2012 as a splinter group of the Organization of Al-Qaida in the Islamic Maghreb (QDe.014). On 20 Aug. 2013, Al Moulathamoun merged with the Mouvement pour l'Unification et le Jihad en Afrique de l'Ouest (MUJAO) (QDe.134) and established Al Mourabitoun (QDe.141). Associated with the Organization of Al-Qaida in the Islamic Maghreb (QDe.014) and led by Mokhtar Belmokhtar (QDi.136). Active in the Sahel/Sahara region. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.141 Name:** AL MOURABITOUN
**Name (original script):** المرابطون
**A.k.a.: a)** Les Sentinelles **b)** The Sentinels **F.k.a.:** na **Address:** Mali **Listed on:** 2 Jun. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Founded on 20 Aug. 2013 as result of a merger between Al Moulathamoun (QDe.140) and the Mouvement pour l'Unification et le Jihad en Afrique de l'Ouest (MUJAO) (QDe.134). Associated with the Organization of Al-Qaida in the Islamic Maghreb (QDe.014) and led by Mokhtar Belmokhtar (QDi.136). Active in the Sahel/Sahara region. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.005 Name:** AL RASHID TRUST
**A.k.a.: a)** Al-Rasheed Trust **b)** Al Rasheed Trust **c)** Al-Rashid Trust **d)** Aid Organization of the Ulema, Pakistan **e)** Al Amin Welfare Trust **f)** Al Amin Trust **g)** Al Ameen Trust **h)** Al-Ameen Trust **i)** Al Madina Trust **j)** Al-Madina Trust **F.k.a.:** na **Address: a)** Kitas Ghar, Nazimabad 4, Dahgel-Iftah, Karachi, Pakistan **b)** Jamia Maajid, Sulalman Park, Melgium Pura, Lahore, Pakistan **c)** (Office Dha'rbi-M'unin, Opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan) **d)** (Office Dha'rbi-M'unin ZR Brothers, Katcherry Road, Chowk Yadgaar, Peshawar, Pakistan) **e)** (Office Dha'rbi-M'unin, Rm No. 3, Moti Plaza, Near Liaquat Bagh, Muree Road, Rawalpindi, Pakistan) **f)** (Office Dha'rbi-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxae, Mingora, Swat, Pakistan) **g)** (Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan, Phone 6683301; Phone 0300-8209199; Fax 6623814) **h)** (302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -l Igbal, Karachi, Pakistan; Phone 4979263) **i)** (617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; Phone 587-2545) **j)** (605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Phone 2623818-19) **k)** (Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Phone 042-6812081) **Listed on:** 6 Oct. 2001 ( amended on 21 Oct. 2008, 10 Dec. 2008, 13 Dec. 2011, 6 Dec. 2019, 30 Oct. 2023, 19 Dec. 2023 ) **Other information:** Reportedly defunct. Headquarters were in Pakistan. Operations in Afghanistan: Herat Jalalabad, Kabul, Kandahar, Mazar Sherif. Also operations in Kosovo, Chechnya. Involved in the financing of Al-Qaida and the Taliban. Until 21 Oct. 2008, this entity appeared also as "Aid Organization of the Ulema, Pakistan" (QDe.073), listed on 24 Apr. 2002 and amended on 25 Jul. 2006. The two entries Al Rashid Trust (QDe.005) and Aid Organization of the Ulema, Pakistan (QDe.073) were consolidated into this entity on 21 Oct. 2008. Founded by Mufti Rashid Ahmad Ledahyanoy (deceased). Associated with Jaish-i-Mohammed (QDe.019). Banned in Pakistan since Oct. 2001. No indication of any activity under the name of Al-Rashid Trust has emerged as of November 2023. Review pursuant to Security Council resolution 1822 (2008) was concluded on 6 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQe.197 Name:** AL WASEL AND BABEL GENERAL TRADING LLC
**A.k.a.:** na **F.k.a.:** na **Address: a)** Ibrahim Saeed Lootah Building, Al Ramool Street, P.O. Box 10631 & 638, Rashidiya, Dubai, Dubai, United Arab Emirates **b)** Lootah Building, Airport Road, near Aviation Club, Rashidya, Dubai, United Arab Emirates **c)** Villa in the Harasiyah area, Baghdad, Iraq **Listed on:** 26 Apr. 2004**Other information:** na

**QDe.121 Name:** AL-AKHTAR TRUST INTERNATIONAL
**A.k.a.: a)** Al Akhtar Trust **b)** Al-Akhtar Medical Centre **c)** Akhtarabad Medical Camp **d)** Pakistan Relief Foundation **e)** Pakistani Relief Foundation **f)** Azmat-e-Pakistan Trust **g)** Azmat Pakistan Trust **F.k.a.:** na **Address: a)** ST-1/A, Gulsahn-e-Iqbal, Block 2, Karachi, 25300, Pakistan **b)** Gulistan-e-Jauhar, Block 12, Karachi, Pakistan **Listed on:** 17 Aug. 2005 ( amended on 10 Dec. 2008, 13 Dec. 2011, 1 May 2019, 8 Nov. 2022 ) **Other information:** Regional offices in Pakistan: Bahawalpur, Bawalnagar, Gilgit, Islamabad, Mirpur Khas, Tando-Jan-Muhammad. Akhtarabad Medical Camp is in Spin Boldak, Afghanistan. Registered by members of Jaish-i-Mohammed (QDe.019). Associated with Harakat ul-Mujahidin/ HUM (QDe.008), Lashkar I Jhanghvi (LJ) (QDe.096) and Lashkar-e-Tayyiba (QDe.118). Banned in Pakistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 14 Sep. 2009. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQe.204 Name:** AL-BASHAIR TRADING COMPANY, LTD
**A.k.a.: a)** AL-BASHAER TRADING COMPANY, LTD **b)** AL-BASHIR TRADING COMPANY, LTD **c)** AL-BASHA'IR TRADING COMPANY, LTD **d)** AL-BASHAAIR TRADING COMPANY, L TD **e)** AL-BUSHAIR TRADING COMPANY, LTD **F.k.a.:** na **Address:** Sadoon St, Al-Ani Building, first floor, Bagdad, Iraq **Listed on:** 26 Apr. 2004**Other information:** na

**QDe.109 Name:** AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION
**A.k.a.: a)** Al Haramain Al Masjed Al Aqsa **b)** Al Haramayn Al Masjid Al Aqsa **c)** Al-Haramayn and Al Masjid Al Aqsa Charitable Foundation **d)** Al Harammein Al Masjed Al-Aqsa Charity Foundation **F.k.a.:** na **Address: a)** Branch Address: 2A Hasiba Brankovica, Sarajevo, Bosnia and Herzegovina **b)** 14 Bihacka Street, Sarajevo, Bosnia and Herzegovina **c)** 64 Potur mahala Street, Travnik, Bosnia and Herzegovina **d)** Zenica, Bosnia and Herzegovina **Listed on:** 28 Jun. 2004 ( amended on 26 Nov. 2004, 16 Sep. 2008, 24 Mar. 2009, 24 Nov. 2020, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Reportedly defunct. Used to be officially registered in Bosnia and Herzegovina under registry number 24. Al-Haramain & Al Masjed Al-Aqsa Charity Foundation ceased its work by decision of the Ministry of Justice of the Bosnia and Herzegovina Federation (decision on cessation of operation number 03-05-2-203/04). It was no longer in existence as of Dec. 2008. Its premises and humanitarian activities were transferred under Government supervision to a new entity called Sretna Buducnost. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.104 Name:** AL-HARAMAIN FOUNDATION (PAKISTAN)
**A.k.a.:** na **F.k.a.:** na **Address:** House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan (at time of listing) **Listed on:** 26 Jan. 2004 ( amended on 21 Mar. 2012, 24 Nov. 2020, 8 Nov. 2022 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 19 Oct. 2009. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.116 Name:** AL-HARAMAIN FOUNDATION (UNION OF THE COMOROS)
**A.k.a.:** na **F.k.a.:** na **Address:** B/P: 1652 Moroni, Comoros (at time of listing) **Listed on:** 28 Sep. 2004 ( amended on 21 Mar. 2012, 24 Nov. 2020, 8 Nov. 2022 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.110 Name:** AL-HARAMAIN: AFGHANISTAN BRANCH
**A.k.a.:** na **F.k.a.:** na **Address:** Afghanistan (at time of listing) **Listed on:** 6 Jul. 2004 ( amended on 21 Mar.

2012, 24 Nov. 2020, 8 Nov. 2022 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.111 Name:** AL-HARAMAIN: ALBANIA BRANCH
**A.k.a.:** na **F.k.a.:** na **Address:** Irfan Tomini Street, #58, Tirana, Albania (at time of listing) **Listed on:** 6 Jul. 2004 ( amended on 21 Mar. 2012, 24 Nov. 2020, 8 Nov. 2022 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.112 Name:** AL-HARAMAIN: BANGLADESH BRANCH
**A.k.a.:** na **F.k.a.:** na **Address:** House 1, Road 1, S-6, Uttara, Dhaka, Bangladesh (at time of listing) **Listed on:** 6 Jul. 2004 ( amended on 21 Mar. 2012, 24 Nov. 2020, 8 Nov. 2022 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.113 Name:** AL-HARAMAIN: ETHIOPIA BRANCH
**A.k.a.:** na **F.k.a.:** na **Address:** Woreda District 24 Kebele Section 13, Addis Ababa, Ethiopia (at time of listing) **Listed on:** 6 Jul. 2004 ( amended on 21 Mar. 2012, 24 Nov. 2020, 8 Nov. 2022 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.114 Name:** AL-HARAMAIN: THE NETHERLANDS BRANCH
**A.k.a.:** Stichting Al Haramain Humanitarian Aid **F.k.a.:** na **Address:** Jan Hanzenstraat 114, 1053SV, Amsterdam, Netherlands (at time of listing) **Listed on:** 6 Jul. 2004 ( amended on 13 Apr. 2012, 15 Jun. 2015, 24 Nov. 2020, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Reportedly defunct.Review pursuant to Security Council resolution 1822 (2008) was concluded on 28 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.105 Name:** AL-HARAMAYN FOUNDATION (KENYA)
**A.k.a.:** na **F.k.a.:** na **Address: a)** Nairobi, Kenya (at time of listing) **b)** Garissa, Kenya (at time of listing) **c)** Dadaab, Kenya (at time of listing) **Listed on:** 26 Jan. 2004 ( amended on 21 Mar. 2012, 1 May 2019, 8 Nov. 2022 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.106 Name:** AL-HARAMAYN FOUNDATION (TANZANIA)
**A.k.a.:** na **F.k.a.:** na **Address: a)** P.O. Box 3616, Dar es Salaam, United Republic of Tanzania (at time of listing) **b)** Tanga, United Republic of Tanzania (at time of listing) **c)** Singida, United Republic of Tanzania (at time of listing) **Listed on:** 26 Jan. 2004 ( amended on 21 Mar. 2012, 24 Nov. 2020, 8 Nov. 2022 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security

Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.002 Name:** AL-ITIHAAD AL-ISLAMIYA / AIAI

**Name (original script):** الاتحاد الاسلامي

**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 6 Oct. 2001 ( amended on 21 Dec. 2007, 13 Dec. 2011, 18 Mar. 2013, 9 Aug. 2019, 24 Nov. 2020 ) **Other information:** Reported to have operated in Somalia and Ethiopia and to have merged with Harakat Al-Shabaab Al-Mujaahidiin (Al-Shabaab), which was accepted as an affiliate of Al-Qaida (QDe.004) by Aiman Muhammed Rabi al-Zawahiri (QDi.006) in Feb. 2012, and is also subject to the sanctions measures set out in Security Council resolution 1844 (2008) concerning Somalia and Eritrea (see https://www.un.org/sc/suborg/en/sanctions/751). Leadership included Hassan Dahir Aweys (QDi.042). AIAI has received funds through the Al-Haramain Islamic Foundation (Somalia) (QDe.072). Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.157 Name:** AL-KAWTHAR MONEY EXCHANGE

**A.k.a.: a)** Al Kawthar Co. **b)** Al Kawthar Company **c)** Al-Kawthar Hawala **F.k.a.:** na **Address:** Al-Qaim, Al Anbar Province, Iraq **Listed on:** 6 Mar. 2018 ( amended on 30 Oct. 2023 ) **Other information:** Money exchange business and owned by Umar Mahmud Irhayyim al-Kubaysi (QDi.412) as of mid-2016. Facilitated financial transactions on behalf of companies associated with Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Established in 2000 under License number 202, issued on 17 May 2000, and since withdrawn. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.137 Name:** AL-NUSRAH FRONT FOR THE PEOPLE OF THE LEVANT

**Name (original script):** جبهة النصرة لأهل الشام **Name (original script):**

**A.k.a.: a)** Hay'at Tahrir al-Sham (HTS) (هيئة تحرير الشام) (original script); Hay'at Tahrir al-Sham; Hay'et Tahrir al-Sham; Hayat Tahrir al-Sham; Assembly for the Liberation of Syria; Assembly for the Liberation of the Levant; Liberation of al-Sham Commission; Liberation of the Levant Organisation Tahrir al-Sham; Tahrir al-Sham Hay'at) **b)** جبهة النصرة (the Victory Front; Jabhat al-Nusrah; Jabhet al-Nusra; Al-Nusrah Front; Al-Nusra Front) **c)** جبهة فتح الشام (Jabhat Fath al Sham; Jabhat Fath al-Sham; Jabhat Fatah al-Sham; Jabhat Fateh Al-Sham; Fatah al-Sham Front; Fateh al-Sham Front) **d)** Conquest of the Levant Front **e)** The Front for the Liberation of al Sham **f)** Front for the Conquest of Syria/the Levant **g)** Front for the Liberation of the Levant **h)** Front for the Conquest of Syria **i)** مجاهدو الشام في ساحات الجهاد شبكة أنصار المجاهدين (Ansar al-Mujahideen Network - sub-unit name) **j)** (Levantine Mujahideen on the Battlefields of Jihad - sub-unit name) **F.k.a.:** na **Address: a)** Syrian Arab Republic (Operates in) **b)** Iraq (Support network) **Listed on:** 14 May 2014 ( amended on 7 Jun. 2017, 5 Jun. 2018, 15 Nov. 2021 ) **Other information:** Associated with Al-Qaida (QDe.004). Brought Syrian and foreign Al-Qaida in Iraq (QDe.115) and Asbat al-Ansar (QDe.007) fighters, along with other foreign Al-Qaida operatives, to join local elements in Syrian Arab Republic to carry out terrorist and guerrilla operations there. Previously associated with the Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), and its leader Ibrahim Awwad Ibrahim Ali al-Badri al-Samarrai (QDi.299) but separated from that group in 2013. In Jul. 2016, Abu Mohammed Al-Jawlani (QDi.317), the leader of Al-Nusrah Front for the People of the Levant, announced the group had changed its name to Jabhat Fath al-Sham and was no longer affiliated with any external entity. Despite the announcement and attempts to distinguish itself from Al-Nusrah Front for the People of the Levant, the group remains aligned with Al-Qaida and continues to carry out terrorist operations under this new name. In January 2017, Al-Nusrah Front created Hay'at Tahrir al-Sham (HTS) as a vehicle to advance its position in the Syrian insurgency and further its own goals as Al-Qaida's affiliate in Syria. Previously listed between 30 May 2013 and 13 May 2014 as an aka of Al-Qaida in Iraq (QDe.115). Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.004 Name:** AL-QAIDA
**Name (original script):** القاعدة
**A.k.a.: a)** "The Base" **b)** Al Qaeda **c)** Islamic Salvation Foundation **d)** The Group for the Preservation of the Holy Sites **e)** The Islamic Army for the Liberation of Holy Places **f)** The World Islamic Front for Jihad Against Jews and Crusaders **g)** Usama Bin Laden Network **h)** Usama Bin Laden Organization **i)** Al Qa'ida **j)** Al Qa'ida/Islamic Army **F.k.a.:** na **Address:** na **Listed on:** 6 Oct. 2001 ( amended on 5 Mar. 2009, 21 Mar. 2012, 24 Nov. 2020 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.115 Name:** AL-QAIDA IN IRAQ
**Name (original script):** القاعده في العراق
**A.k.a.: a)** AQI **b)** al-Tawhid **c)** the Monotheism and Jihad Group **d)** Qaida of the Jihad in the Land of the Two Rivers **e)** Al-Qaida of Jihad in the Land of the Two Rivers **f)** The Organization of Jihad's Base in the Country of the Two Rivers **g)** The Organization Base of Jihad/Country of the Two Rivers **h)** The Organization Base of Jihad/Mesopotamia **i)** Tanzim Qa'idat Al-Jihad fi Bilad al-Rafidayn **j)** Tanzeem Qa'idat al Jihad/Bilad al Raafidaini **k)** Jama'at Al-Tawhid Wa'al-Jihad **l)** JTJ **m)** Islamic State of Iraq **n)** ISI **o)** al-Zarqawi network **p)** Islamic State in Iraq and the Levant **F.k.a.:** na **Address:** na **Listed on:** 18 Oct. 2004 ( amended on 2 Dec. 2004, 5 Mar. 2009, 13 Dec. 2011, 30 May 2013, 14 May 2014, 2 Jun. 2014, 24 Nov. 2020 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.129 Name:** AL-QAIDA IN THE ARABIAN PENINSULA (AQAP)
**Name (original script):** القاعدة في جزيرة العرب
**A.k.a.: a)** Al-Qaida of Jihad Organization in the Arabian Peninsula **b)** Tanzim Qa'idat al-Jihad fi Jazirat al-Arab **c)** Al-Qaida Organization in the Arabian Peninsula (AQAP) **d)** Al-Qaida in the South Arabian Peninsula **e)** Ansar al-Shari'a (AAS) **F.k.a.:** Al-Qaida in Yemen (AQY) **Address:** na **Listed on:** 19 Jan. 2010 ( amended on 4 Oct. 2012, 15 Jun. 2015, 24 Jun. 2016, 15 Nov. 2021 ) **Other information:** AQAP is a regional affiliate of Al-Qaida (QDe.004) and an armed group operating primarily in Arabian Peninsula. Location: Yemen. Alternative location: Saudi Arabia (2004 – 2006). Formed in Jan. 2009 when Al-Qaida in Yemen combined with Saudi Arabian Al-Qaida operatives. Leader of AQAP is Qasim Mohamed Mahdi Al-Rimi (QDi.282). Ansar al-Shari'a was formed in early 2011 by AQAP and has taken responsibility for multiple attacks in Yemen against both government and civilian targets. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**SOe.001 Name:** AL-SHABAAB
**A.k.a.: a)** AL-SHABAB **b)** SHABAAB **c)** THE YOUTH **d)** MUJAHIDIN AL-SHABAAB MOVEMENT **e)** MUJAHIDEEN YOUTH MOVEMENT **f)** MUJAHIDIN YOUTH MOVEMENT **g)** MYM **h)** HARAKAT SHABAB AL-MUJAHIDIN **i)** HIZBUL SHABAAB **j)** HISB'UL SHABAAB **k)** AL-SHABAAB AL-ISLAMIYA **l)** YOUTH WING **m)** AL-SHABAAB AL-ISLAAM **n)** AL-SHABAAB AL-JIHAAD **o)** THE UNITY OF ISLAMIC YOUTH **p)** HARAKAT AL - SHABAAB AL - MUJAAHIDIIN **q)** HARAKATUL SHABAAB AL MUJAAHIDIIN **r)** MUJAAHIDIIN YOUTH MOVEMENT **F.k.a.:** na **Address:** na **Listed on:** 12 Apr. 2010**Other information:** INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQe.206 Name:** ALFA COMPANY LIMITED FOR INTERNATIONAL TRADING AND MARKETING
**A.k.a.: a)** ALFA TRADING COMPANY **b)** ALFA INVESTMENT AND INTERNATIONAL TRADING **F.k.a.:** na **Address:** P.O. Box 910606, Amman, 11191 , Jordan **Listed on:** 2 Jun. 2004**Other information:** na

**IRe.003 Name:** AMIN INDUSTRIAL COMPLEX
**A.k.a.: a)** Amin Industrial Compound **b)** Amin Industrial Company **F.k.a.:** na **Address: a)** P.O. Box 91735-549, Mashad, Iran (Islamic Republic of) **b)** Amin Industrial Estate, Khalage Rd., Seyedi District, Mashad, Iran (Islamic Republic of) **c)** Kaveh Complex, Khalaj Rd., Seyedi St., Mashad, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010 ( amended on 17 Dec. 2014 ) **Other information:** Sought temperature controllers which may be used in nuclear research and operational/production facilities. Amin Industrial Complex is owned or controlled by, or acts on behalf of, DIO, which was designated in resolution 1737 (2006). [Old Reference # E.29.I.1]

**IRe.004 Name:** AMMUNITION AND METALLURGY INDUSTRIES GROUP (AMIG)
**A.k.a.:** Ammunition Industries Group **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007 ( amended on 17 Dec. 2014 ) **Other information:** Controls 7th of Tir, which is designated under resolution 1737 (2006) for its role in Iran's centrifuge programme. AMIG is in turn owned and controlled by DIO, which is designated under resolution 1737 (2006). [Old Reference # E.47.A.1]

**KPe.009 Name:** AMROGGANG DEVELOPMENT BANKING CORPORATION
**A.k.a.: a)** AMROGGANG Development Bank **b)** Amnokkang Development Bank **F.k.a.:** na **Address:** Tongan-dong, Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 May 2012**Other information:** Amroggang, which was established in 2006, is a Tanchon Commercial Bank-related company managed by Tanchon officials. Tanchon plays a role in financing KOMID's sales of ballistic missiles and has also been involved in ballistic missile transactions from KOMID to Iran's Shahid Hemmat Industrial Group (SHIG). Tanchon Commercial Bank was designated by the Committee in April 2009 and is the main DPRK financial entity for sales of conventional arms, ballistic missiles, and goods related to the assembly and manufacture of such weapons. KOMID was designated by the Committee in April 2009 and is the DPRK's primary arms dealer and main exporter of goods and equipment related to ballistic missiles and conventional weapons. The Security Council designated SHIG in resolution 1737 (2006) as an entity involved in Iran's ballistic missile programme.

**QDe.146 Name:** ANSAR AL CHARIA BENGHAZI
**Name (original script):** أنصار الشريعة - بنغازي
**A.k.a.: a)** نصار الشريعة (Ansar al Charia) **b)** Ansar al-Charia **c)** Ansar al-Sharia **d)** Ansar al-Charia Benghazi **e)** Ansar al-Sharia Benghazi **f)** أنصار الشريعة بليبيا (Ansar al Charia in Libya (ASL)) **g)** كتيبة أنصار الشريعة (Katibat Ansar al Charia) **h)** Ansar al Sharia **F.k.a.:** na **Address: a)** (Operates in Benghazi, Libya) **b)** (Support network in Tunisia) **Listed on:** 19 Nov. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Associated with the Organization of Al-Qaida in the Islamic Maghreb (QDe.014), Al Mourabitoun (QDe.141), Ansar al-Shari'a in Tunisia (AAS-T) (QDe.143), and Ansar al Charia Derna (QDe.145). The leader is Mohamed al-Zahawi (not listed). Runs training camps for foreign terrorist fighters travelling to Syria, Iraq and Mali. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.145 Name:** ANSAR AL CHARIA DERNA
**Name (original script):** أنصار الشريعة – درنة
**A.k.a.: a)** Ansar al-Charia Derna **b)** Ansar al-Sharia Derna **c)** أنصار الشريعة (Ansar al Charia) **d)** Ansar al-Sharia **e)** Ansar al Sharia **F.k.a.:** na **Address: a)** (Operates in Derna and Jebel Akhdar, Libya) **b)** (Support network in Tunisia) **Listed on:** 19 Nov. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Associated with the Organization of Al-Qaida in the Islamic Maghreb (QDe.014), Ansar al-Shari'a in Tunisia (AAS-T) (QDe.143) and Ansar al Charia Benghazi (QDe.146). Runs training camps for foreign terrorist fighters travelling to Syria and Iraq. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.098 Name:** ANSAR AL-ISLAM
**Name (original script):** أنصار الاسلام
**A.k.a.: a)** Devotees of Islam **b)** Jund al-Islam **c)** Soldiers of Islam **d)** Kurdistan Supporters of Islam **e)**

Supporters of Islam in Kurdistan **f)** Followers of Islam in Kurdistan **g)** Kurdish Taliban **h)** Soldiers of God **i)** Ansar al-Sunna Army **j)** Jaish Ansar al-Sunna **k)** Ansar al-Sunna **F.k.a.:** na **Address:** na **Listed on:** 24 Feb. 2003 ( amended on 31 Mar. 2004, 5 Mar. 2009, 18 Mar. 2009, 21 Oct. 2010, 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** The founder is Najmuddin Faraj Ahmad (QDi.226). Associated with Al-Qaida in Iraq (QDe.115). Located and primarily active in northern Iraq but maintains a presence in western and central Iraq. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.143 Name:** ANSAR AL-SHARI'A IN TUNISIA (AAS-T)
**A.k.a.: a)** Ansar al-Sharia in Tunisia **b)** Ansar al-Shari'ah in Tunisia **c)** Ansar al-Shari'ah **d)** Ansar al-Sharia **e)** Supporters of Islamic Law **f)** Al-Qayrawan Media Foundation **F.k.a.:** na **Address:** Tunisia **Listed on:** 23 Sep. 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** A Tunisian armed group with links to the Organization of Al-Qaida in the Islamic Maghreb (QDe.014). The leader is Seifallah ben Hassine (QDi.333). Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.135 Name:** ANSAR EDDINE
**Name (original script):** انصار الدين
**A.k.a.:** Ansar Dine **F.k.a.:** na **Address:** Mali **Listed on:** 20 Mar. 2013 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** Was founded in December 2011 by Iyad ag Ghali (QDi.316). Linked to the Organization of Al-Qaida in the Islamic Maghreb (QDe.014) and Mouvement pour l'Unification et le Jihad en Afrique de l'Ouest (MUJAO) (QDe.134). Associated with Abdelmalek Droukdel (QDi.232). Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.142 Name:** ANSARUL MUSLIMINA FI BILADIS SUDAN
**Name (original script):** أنصار المسلمين في بلاد السودان
**A.k.a.: a)** Ansaru **b)** Jama'atu Ansaril Muslimina fi Biladis Sudan (JAMBS) **c)** Jama'atu Ansarul Muslimina fi Biladis-Sudan (JAMBS) **d)** Jamma'atu Ansarul Muslimina fi Biladis-Sudan (JAMBS) **e)** Vanguards for the Protection of Muslims in Black Africa **f)** Vanguard for the Protection of Muslims in Black Africa **F.k.a.:** na **Address:** Nigeria **Listed on:** 26 Jun. 2014 ( amended on 6 Dec. 2019, 18 Mar. 2020, 30 Oct. 2023 ) **Other information:** Terrorist and paramilitary group established in 2012 and operating in Nigeria. Associated with the Organization of Al-Qaida in the Islamic Maghreb (AQIM) (QDe.014), Jama'atu Ahlis Sunna Lidda'Awati Wal-Jihad (Boko Haram) (QDe.138) and Abubakar Mohammed Shekau (QDi322). Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.005 Name:** ARMAMENT INDUSTRIES GROUP (AIG)
**A.k.a.:** na **F.k.a.:** na **Address: a)** Sepah Islam Road, Karaj Special Road Km 10, Iran (Islamic Republic of) **b)** Pasdaran Ave., Tehran, Iran (Islamic Republic of) **c)** P.O. Box 19585/777, Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010 ( amended on 17 Dec. 2014 ) **Other information:** Manufacturers and services a variety of small arms and light weapons, including large- and medium-calibre guns and related technology. AIG conducts the majority of its procurement activity through Hadid Industries Complex. [Old Reference # E.29.I.2]

**QDe.006 Name:** ARMED ISLAMIC GROUP
**Name (original script):** الجماعة الاسلامية المسلحة
**A.k.a.: a)** Al Jamm'ah Al-Islamiah Al- Musallah **b)** GIA **c)** Groupe Islamique Armé **F.k.a.:** na **Address:** Algeria **Listed on:** 6 Oct. 2001 ( amended on 7 Apr. 2008, 13 Dec. 2011, 24 Nov. 2020 ) **Other information:**

Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.007 Name:** ASBAT AL-ANSAR
**Name (original script):** عصبة الأنصار
**A.k.a.:** na **F.k.a.:** na **Address:** Ein el-Hilweh camp, Lebanon **Listed on:** 6 Oct. 2001 ( amended on 30 Jan. 2009, 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Active in northern Iraq. Associated with Al-Qaida in Iraq (QDe.115). Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.006 Name:** ATOMIC ENERGY ORGANISATION OF IRAN (AEOI)
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 23 Dec. 2006**Other information:** [Old Reference # E.37.A.1]

**IQe.199 Name:** AVIATRANS ANSTALT
**A.k.a.:** AVIATRANS ESTABLISHMENT **F.k.a.:** na **Address:** Ruggell, Liechtenstein **Listed on:** 26 Apr. 2004**Other information:** na

**IQe.203 Name:** Al-ARABI TRADING COMPANY
**A.k.a.:** na **F.k.a.:** na **Address: a)** Hai Babil, Lane 11, District 929, Bagdad, Iraq **b)** Hai Al-Wahda, Lane 15, Area 902, Office 10, Baghdad, Iraq **c)** P.O. Box 2337, Alwiyah, Bagdad, Iraq **Listed on:** 26 Apr. 2004**Other information:** na

**KPe.013 Name:** BANK OF EAST LAND
**A.k.a.: a)** Dongbang BANK **b)** TONGBANG U'NHAENG **c)** TONGBANG BANK **F.k.a.:** na **Address:** PO Box 32, BEL Building, Jonseung-Dung, Moranbong District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 22 Jan. 2013**Other information:** DPRK financial institution Bank of East Land facilitates weapons-related transactions for, and other support to, arms manufacturer and exporter Green Pine Associated Corporation (Green Pine). Bank of East Land has actively worked with Green Pine to transfer funds in a manner that circumvents sanctions. In 2007 and 2008, Bank of East Land facilitated transactions involving Green Pine and Iranian financial institutions, including Bank Melli and Bank Sepah. The Security Council designated Bank Sepah in resolution 1747 (2007) for providing support to Iran's ballistic missile program. Green Pine was designated by the Committee in April 2012.

**IRe.007 Name:** BANK SEPAH AND BANK SEPAH INTERNATIONAL
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007**Other information:** Bank Sepah provides support for the Aerospace Industries Organisation (AIO) and subordinates, including Shahid Hemmat Industrial Group (SHIG) and Shahid Bagheri Industrial Group (SBIG), both of which were designated under resolution 1737 (2006). [Old Reference # E.47.A.8]

**IRe.008 Name:** BARZAGANI TEJARAT TAVANMAD SACCAL COMPANIES
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 3 Mar. 2008**Other information:** A subsidiary of Saccal System companies, this company tried to purchase sensitive goods for an entity listed in resolution 1737 (2006). [Old Reference # E.03.III.2]

**IRe.009 Name:** BEHINEH TRADING CO.
**A.k.a.:** na **F.k.a.:** na **Address:** Tavakoli Building, Opposite of 15th Alley, Emam-Jomeh Street, Tehran, Iran (Islamic Republic of) **Listed on:** 18 Apr. 2012**Other information:** An Iranian company that played a key role in Iran's illicit transfer of arms to West Africa and acted on behalf of the IRGC Qods Force, commanded by Major General Qasem Soleimani, designated by the UN Security Council in resolution 1747 (2007), as the shipper of

the weapons consignment. (Additional Information: Telephone: 98-919-538-2305; Website: http://www.behinehco.ir) [Old Reference # E.AC.50.18.04.12]

**QDe.093 Name:** BENEVOLENCE INTERNATIONAL FOUNDATION
**A.k.a.: a)** Al Bir Al Dawalia **b)** BIF **c)** BIF-USA **d)** Mezhdunarodnyj Blagotvoritel'nyl Fond **F.k.a.:** na **Address: a)** 8820 Mobile Avenue, IA, Oak Lawn, Illinois, 60453, United States of America **b)** P.O. Box 548, Worth, Illinois, 60482, United States of America **c)** (Formerly located at) 9838 S. Roberts Road, Suite 1W, Palos Hills, Illinois, 60465, United States of America **d)** (Formerly located at) 20-24 Branford Place, Suite 705, Newark, New Jersey, 07102, United States of America **e)** P.O. Box 1937, Khartoum, Sudan **f)** Bangladesh **g)** (Gaza Strip) **h)** Yemen **Listed on:** 21 Nov. 2002 ( amended on 24 Jan. 2003, 28 Apr. 2011, 18 May 2012, 6 Dec. 2019, 30 Oct. 2023, 14 Dec. 2023 ) **Other information:** Reportedly defunct. No longer operates in Bosnia and Herzegovina. Employer Identification Number (United States of America): 36-3823186. Review pursuant to Security Council resolution 1822 (2008) was concluded on 22 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDe.002 Name:** BUTEMBO AIRLINES (BAL)
**A.k.a.:** na **F.k.a.:** na **Address:** Butembo, Democratic Republic of the Congo **Listed on:** 29 Mar. 2007**Other information:** Privately-owned airline, operates out of Butembo. Since December 2008, BAL no longer holds an aircraft operating license in the DRC. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPe.051 Name:** CENTRAL MILITARY COMMISSION OF THE WORKERS' PARTY OF KOREA (CMC)
**A.k.a.:** na **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 11 Sep. 2017**Other information:** The Central Military Commission is responsible for the development and implementation of the Workers' Party of Korea's military policies, commands and controls the DPRK's military, and directs the country's military defense industries in coordination with the State Affairs Commission.

**KPe.055 Name:** CHANG AN SHIPPING & TECHNOLOGY
**A.k.a.: a)** 長安海連技術有限公司 **b)** CHANG AN SHIPPING AND TECHNOLOGY **F.k.a.:** na **Address:** Room 2105, DL1849, Trend Centre, 29-31 Cheung Lee Street, Chai Wan, Hong Kong, China **Listed on:** 30 Mar. 2018**Other information:** Registered owner, ship manager, and commercial manager of Panama-flagged vessel HUA FU, a cargo ship that loaded DPRK coal at Najin, DPRK on 24 September 2017.

**KPe.022 Name:** CHONGCHONGANG SHIPPING COMPANY
**A.k.a.: a)** Chong Chon Gang Shipping Co. Ltd. **b)** Chongchongang Shipping Co LTD **F.k.a.:** na **Address: a)** 817 Haeun, Donghung-dong, Central District, Pyongyang, Democratic People's Republic of Korea **b)** 817, Haeum, Tonghun-dong, Chung-gu, Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016 ( amended on 26 Jul. 2022 ) **Other information:** IMO Number: 5342883. The Chongchongang Shipping Company, through its vessel, the Chong Chon Gang, attempted to directly import the illicit shipment of conventional weapons and arms to the DPRK in July 2013.

**KPe.056 Name:** CHONMYONG SHIPPING CO
**A.k.a.:** CHON MYONG SHIPPING COMPANY LIMITED **F.k.a.:** na **Address: a)** Kalrimgil 2-dong, Mangyongdae-guyok, Pyongyang, Democratic People's Republic of Korea **b)** Saemaul 2-dong, Pyongchon-guyok, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Mar. 2018 ( amended on 26 Jul. 2022 ) **Other information:** Registered owner of CHON MYONG 1, a DPRK-flagged vessel that conducted ship-to-ship transfer of fuel in late December 2017. IMO number: 5571322.

**CDe.003 Name:** COMPAGNIE AERIENNE DES GRANDS LACS (CAGL) ; GREAT LAKES BUSINESS COMPANY (GLBC)
**A.k.a.:** CAGL **F.k.a.:** na **Address: a)** Avenue Président Mobutu, Goma, Democratic Republic of the Congo **b)** Gisenyi, Rwanda **c)** PO BOX 315, Goma, Democratic Republic of the Congo **Listed on:** 29 Mar. 2007**Other**

**information:** As of December 2008, GLBC no longer had any operational aircraft, although several aircraft continued flying in 2008 despite UN sanctions. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDe.004 Name:** CONGOMET TRADING HOUSE
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 29 Mar. 2007**Other information:** No longer exists as a gold trading house in Butembo, North Kivu. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.010 Name:** CRUISE MISSILE INDUSTRY GROUP
**A.k.a.:** Naval Defence Missile Industry Group **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007**Other information:** Production and development of cruise missiles. Responsible for naval missiles including cruise missiles. [Old Reference # E.47.A.7]

**KPe.023 Name:** DAEDONG CREDIT BANK (DCB)
**A.k.a.: a)** DCB **b)** Taedong Credit Bank **c)** Dae-Dong Credit Bank **F.k.a.:** na **Address: a)** Suite 401, Potonggang Hotel, Ansan-Dong, Pyongchon District, Pyongyang, Democratic People's Republic of Korea **b)** Ansan-dong, Botonggang Hotel, Pongchon, Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016 ( amended on 26 Jul. 2022 ) **Other information:** SWIFT: DCBKKPPY. Daedong Credit Bank has provided financial services to the Korea Mining Development Trading Corporation (KOMID) and Tanchon Commercial Bank. Since at least 2007, DCB has facilitated hundreds of financial transactions worth millions of dollars on behalf of KOMID and Tanchon Commercial Bank. In some cases, DCB has knowingly facilitated transactions by using deceptive financial practices.

**KPe.040 Name:** DCB FINANCE LIMITED
**A.k.a.:** na **F.k.a.:** na **Address: a)** Akara Building, 24 de Castro Street, Wickhams Cay I, Road Town, Tortola, British Virgin Islands **b)** Dalian, China **Listed on:** 30 Nov. 2016**Other information:** DCB Finance Limited is a front company for Daedong Credit Bank (DCB), a listed entity.

**IRe.011 Name:** DEFENCE INDUSTRIES ORGANISATION (DIO)
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 23 Dec. 2006**Other information:** Overarching MODAFL-controlled entity, some of whose subordinates have been involved in the centrifuge programme making components, and in the missile programme. [Old Reference # E.37.A.6]

**IRe.012 Name:** DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER (DTSRC)
**A.k.a.:** na **F.k.a.:** na **Address:** Pasdaran Av., PO Box 19585/777, Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010 ( amended on 17 Dec. 2014 ) **Other information:** Owned or controlled by, or acts on behalf of, MODAFL, which oversees Iran's defence research and development, production, maintenance, exports and procurement. [Old Reference # E.29.I.3]

**IRe.013 Name:** DOOSTAN INTERNATIONAL COMPANY (DICO)
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010 ( amended on 17 Dec. 2014 ) **Other information:** Supplies elements to Iran's ballistic missile programme. [Old Reference # E.29.I.4]

**QDe.088 Name:** EASTERN TURKISTAN ISLAMIC MOVEMENT (ETIM)
**A.k.a.: a)** The Eastern Turkistan Islamic Party **b)** The Eastern Turkistan Islamic Party of Allah **c)** Islamic Party of Turkestan **d)** Djamaat Turkistan **F.k.a.:** na **Address:** na **Listed on:** 11 Sep. 2002 ( amended on 3 Oct. 2008, 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Active in China, South Asia and Central Asia. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.003 Name:** EGYPTIAN ISLAMIC JIHAD
**Name (original script):** الجهاد الاسلامي المصري
**A.k.a.: a)** Egyptian Al-Jihad **b)** Jihad Group **c)** New Jihad **d)** Al-Jihad **e)** Egyptian Islamic Movement **F.k.a.:** na **Address:** na **Listed on:** 6 Oct. 2001 ( amended on 5 Mar. 2009, 13 Dec. 2011, 24 Nov. 2020, 8 Nov. 2022 )
**Other information:** Co-founded by Aiman Muhammed Rabi al-Zawahiri (QDi.006), who was also its military leader. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.014 Name:** ELECTRO SANAM COMPANY
**A.k.a.: a)** E. S. Co. **b)** E. X. Co. **F.k.a.:** na **Address:** na **Listed on:** 3 Mar. 2008**Other information:** AIO front-company, involved in the ballistic missile programme. [Old Reference # E.03.III.3]

**QDe.131 Name:** EMARAT KAVKAZ
**Name (original script):** Эмират Кавказ
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 29 Jul. 2011 ( amended on 24 Nov. 2020 ) **Other information:** Mainly active in the Russian Federation, Afghanistan and Pakistan. Led by Doku Khamatovich Umarov (QDi.290). Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.015 Name:** ESFAHAN NUCLEAR FUEL RESEARCH AND PRODUCTION CENTRE (NFRPC) AND ESFAHAN NUCLEAR TECHNOLOGY CENTRE (ENTC)
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007**Other information:** Parts of the Atomic Energy Organisation of Iran's (AEOI) Nuclear Fuel Production and Procurement Company, which is involved in enrichment-related activities. AEOI is designated under resolution 1737 (2006). [Old Reference # E.47.A.2]

**IRe.016 Name:** ETTEHAD TECHNICAL GROUP
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 3 Mar. 2008**Other information:** AIO front-company, involved in the ballistic missile programme. [Old Reference # E.03.III.4]

**IRe.017 Name:** FAJR INDUSTRIAL GROUP
**A.k.a.:** na **F.k.a.:** Instrumentation Factory Plant **Address:** na **Listed on:** 23 Dec. 2006**Other information:** Subordinate entity of AIO. [Old Reference # E.37.B.3]

**IRe.018 Name:** FARASAKHT INDUSTRIES
**A.k.a.:** na **F.k.a.:** na **Address:** P.O. Box 83145-311, Kilometer 28, Esfahan-Tehran Freeway, Shahin Shahr, Esfahan, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acts on behalf of, the Iran Aircraft Manufacturing Company, which in turn is owned or controlled by MODAFL. [Old Reference # E.29.I.5]

**IRe.019 Name:** FARAYAND TECHNIQUE
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 23 Dec. 2006**Other information:** Involved in centrifuge programme, identified in IAEA reports. [Old Reference # E.37.A.5]

**IRe.020 Name:** FATER INSTITUTE
**A.k.a.:** Faater Institute **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Khatam al-Anbiya (KAA) subsidiary. Fater has worked with foreign suppliers, likely on behalf of other KAA companies on IRGC projects in Iran. [Old Reference # E.29.II.1]

**IRe.021 Name:** FIRST EAST EXPORT BANK, P.L.C.
**A.k.a.:** na **F.k.a.:** na **Address:** Unit Level 10 (B1), Main Office Tower, Financial Park Labuan, Jalan Merdeka,

87000 WP, Labuan, Malaysia **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acts on behalf of, Bank Mellat. Bank Mellat has facilitated hundreds of millions of dollars in transactions for Iranian nuclear, missile, and defense entities. (Additional information: Business Registration Number LL06889 (Malaysia)) [Old Reference # E.29.I.6]

**KPe.057 Name:** FIRST OIL JV CO LTD
**A.k.a.:** na **F.k.a.:** na **Address:** Jongbaek 1-dong, Rakrang-guyok, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Mar. 2018 ( amended on 26 Jul. 2022 ) **Other information:** Owner of the DPRK tanker PAEK MA, which was involved in ship-to-ship transfer operations for oil in mid-January 2018. IMO number: 5963351.

**CDe.005 Name:** FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA (FDLR)
**A.k.a.: a)** FDLR **b)** Force Combattante Abacunguzi **c)** Combatant Force for the Liberation of Rwanda **d)** FOCA **F.k.a.:** na **Address: a)** North Kivu, Democratic Republic of the Congo **b)** South Kivu, Democratic Republic of the Congo **Listed on:** 31 Dec. 2012**Other information:** Email: Fdlr@fmx.de; fldrrse@yahoo.fr; fdlr@gmx.net; fdlrsrt@gmail.com; humura2020@gmail.com. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPe.047 Name:** FOREIGN TRADE BANK (FTB)
**A.k.a.: a)** Mooyokbank **b)** Korea Trading Bank **F.k.a.:** na **Address:** FTB Building, Jungsong-dong, Central District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 5 Aug. 2017 ( amended on 26 Jul. 2022 ) **Other information:** Foreign Trade Bank is a state-owned bank and acts as the DPRK's primary foreign exchange bank and has provided key financial support to the Korea Kwangson Banking Corporation. SWIFT/BIC: FTBDKPPY.

**KPe.007 Name:** GENERAL BUREAU OF ATOMIC ENERGY (GBAE)
**A.k.a.:** General Department of Atomic Energy (GDAE) **F.k.a.:** na **Address:** Haeudong, Pyongchen District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 16 Jul. 2009 ( amended on 5 Jan. 2024 ) **Other information:** The GBAE is responsible for the DPRK's nuclear program, which includes the Yongbyon Nuclear Research Center and its 5 MWe (25 MWt) plutonium production research reactor, as well as its fuel fabrication and reprocessing facilities. The GBAE has held nuclear-related meetings and discussions with the International Atomic Energy Agency. GBAE is the primary DPRK government agency that oversees nuclear programs, including the operation of the Yongbyon Nuclear Research Center. Changed name as Ministry of Atomic Energy Industry (KPe.027) in 2013.

**IRe.022 Name:** GHARAGAHE SAZANDEGI GHAEM
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by KAA. [Old Reference # E.29.II.2]

**IRe.023 Name:** GHORB KARBALA
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by KAA. [Old Reference # E.29.II.3]

**IRe.024 Name:** GHORB NOOH
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by KAA. [Old Reference # E.29.II.4]

**QDe.091 Name:** GLOBAL RELIEF FOUNDATION (GRF)
**A.k.a.:** na **F.k.a.:** na **Address: a)** 9935 South 76th Avenue, Unit 1, Bridgeview, Illinois, 60455, United States of America **b)** P.O. Box 1406, Bridgeview, Illinois, 60455, United States of America **Listed on:** 22 Oct. 2002 ( amended on 26 Nov. 2004, 20 Dec. 2005, 25 Jul. 2006, 24 Mar. 2009, 11 Mar. 2010, 25 Mar. 2010, 28 Apr. 2011, 21 Feb. 2012, 14 Feb. 2014, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Other Foreign Locations: Afghanistan, Bangladesh, Eritrea, Ethiopia, India, Iraq, West Bank and Gaza, Somalia and Syria. Federal Employer Identification Number (United States of America): 36-3804626. Review pursuant to Security Council

resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**HTe.001 Name:** GRAN GRIF
**A.k.a.: a)** GRAN GRIF DE SAVIEN **b)** SAVIEN GANG **c)** BAZ GRAN GRIF **F.k.a.:** na **Address:** Haiti **Listed on:** 8 Jul. 2025**Other information:** Luckson Elan (HTi.007) is the leader of the Gran Grif gang. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPe.010 Name:** GREEN PINE ASSOCIATED CORPORATION
**A.k.a.: a)** CHO'NGSONG UNITED TRADING COMPANY **b)** CHONGSONG YONHAP **c)** CH'O'NGSONG YO'NHAP **d)** CHOSUN CHAWO'N KAEBAL T'UJA HOESA **e)** JINDALLAE **f)** KU'MHAERYONG COMPANY LTD. **g)** NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION **h)** SAEINGP'IL COMPANY **i)** National Resources Development and Investment Corporation **j)** Saeng Pil Trading Corporation **F.k.a.:** na **Address: a)** c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Democratic People's Republic of Korea **b)** Nungrado, Pyongyang, Democratic People's Republic of Korea **c)** Rakrang No. 1 Rakrang District Pyongyang Korea, Chilgol-1 dong, Mangyongdae District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 May 2012 ( amended on 5 Jun. 2017 ) **Other information:** Green Pine Associated Corporation ("Green Pine") has taken over many of the activities of the Korea Mining Development Trading Corporation (KOMID). KOMID was designated by the Committee in April 2009 and is the DPRK's primary arms dealer and main exporter of goods and equipment related to ballistic missiles and conventional weapons. Green Pine is also responsible for approximately half of the arms and related materiel exported by the DPRK. Green Pine has been identified for sanctions for exporting arms or related material from North Korea. Green Pine specializes in the production of maritime military craft and armaments, such as submarines, military boats and missile systems, and has exported torpedoes and technical assistance to Iranian defence-related firms. Telephone number: +850-2-18111(ext. 8327). Facsimile number: +850-2-3814685 and +850-2-3813372. Email addresses: pac@silibank.com and kndic@co.chesin.com.

**TAe.014 Name:** HAJI BASIR AND ZARJMIL COMPANY HAWALA
**Name (original script):** د حاجی بصیر او ضرجمیل کمپنی حواله
**A.k.a.: a)** Haji Bashir and Zarjmil Hawala Company **b)** Haji Abdul Basir and Zar Jameel Hawala **c)** Haji Basir Hawala **d)** Haji Baseer Hawala **e)** Haji Abdul Basir Exchange Shop **f)** Haji Basir and Zarjamil Currency Exchange **g)** Haji Zar Jamil, Haji Abdul Baseer Money Changer **F.k.a.:** na **Address: a)** Branch Office 1: Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Baluchistan Province, Pakistan **b)** Branch Office 2: Quetta, Pakistan **c)** Branch Office 3: Lahore, Pakistan **d)** Branch Office 4: Peshawar, Pakistan **e)** Branch Office 5: Karachi, Pakistan **f)** Branch Office 6: Islamabad, Pakistan **g)** Branch Office 7: Kandahar Province, Afghanistan **h)** Branch Office 8: Herat Province, Afghanistan **i)** Branch Office 9: Helmand Province, Afghanistan **j)** Branch Office 10: Dubai, United Arab Emirates **k)** Iran (Islamic Republic of) (Branch Office 11: Iran) **Listed on:** 27 Mar. 2015**Other information:** Money service provider used by senior Taliban leaders to transfer funds to Taliban commanders in the region. Owned by Abdul Basir Noorzai (TAi.173). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAe.010 Name:** HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE
**Name (original script):** حاجی خیرالله و حاجی ستار صرافی
**A.k.a.: a)** Haji Khairullah-Haji Sattar Sarafi **b)** Haji Khairullah and Abdul Sattar and Company **c)** Haji Khairullah Money Exchange **d)** Haji Khair Ullah Money Service **e)** Haji Salam Hawala **f)** Haji Hakim Hawala **g)** Haji Alim Hawala **h)** Sarafi-yi Haji Khairullah Haji Satar Haji Esmatullah **F.k.a.:** na **Address: a)** (Branch Office 1: i) Chohar Mir Road, Kandahari Bazaar, Quetta City, Baluchistan Province, Pakistan; ii) Room number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Baluchistan Province, Pakistan iii) Shop number 3, Dr. Bano Road, Quetta, Baluchistan Province, Pakistan iv) Office number 3, Near Fatima Jinnah Road, Dr. Bano Road, Quetta, Baluchistan Province, Pakistan v) Kachara Road, Nasrullah Khan Chowk, Quetta,

Baluchistan Province, Pakistan vi) Wazir Mohammad Road, Quetta, Baluchistan Province, Pakistan;) **b)** (Branch Office 2: Peshawar, Khyber Paktunkhwa Province, Pakistan;) **c)** (Branch Office 3: Moishah Chowk Road, Lahore, Punjab Province, Pakistan;) **d)** (Branch Office 4: Karachi, Sindh Province, Pakistan;) **e)** (Branch Office 5: i) Larran Road number 2, Chaman, Baluchistan Province, Pakistan ii) Chaman Central Bazaar, Chaman, Baluchistan Province, Pakistan) **f)** (Branch Office 6: Shop number 237, Shah Zada Market (also known as Sarai Shahzada), Puli Khishti area, Police District 1, Kabul, Afghanistan, Telephone: +93-202-103386, +93-202-101714, 0202-104748, Mobile: +93-797-059059, +93-702-222222, e-mail: helmand_exchange_msp@yahoo.com) **g)** (Branch Office 7: i) Shops number 21 and 22, 2nd Floor, Kandahar City Sarafi Market, Kandahar City, Kandahar Province, Afghanistan ii) New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan iii) Safi Market, Kandahar City, Kandahar Province, Afghanistan) **h)** (Branch Office 8: Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan) **i)** (Branch Office 9: i) Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan ii) Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan) **j)** (Branch Office 10: i) Suite numbers 196-197, 3rd Floor, Khorasan Market, Herat City, Herat Province, Afghanistan ii) Khorasan Market, Shahre Naw, District 5, Herat City, Herat Province, Afghanistan) **k)** (Branch Office 11: i) Sarafi Market, Zaranj District, Nimroz Province, Afghanistan ii) Ansari Market, 2nd Floor, Nimroz Province, Afghanistan) **l)** (Branch Office 12: Sarafi Market, Wesh, Spin Boldak District, Afghanistan) **m)** (Branch Office 13: Sarafi Market, Farah, Afghanistan) **n)** (Branch Office 14: Dubai, United Arab Emirates) **o)** (Branch Office 15: Zahedan, Iran) **p)** (Branch Office 16: Zabul, Iran) **Listed on:** 29 Jun. 2012 ( amended on 13 Aug. 2012, 25 Oct. 2012 ) **Other information:** Pakistan National Tax Number: 1774308; Pakistan National Tax Number: 0980338; Pakistan National Tax Number: 3187777; Afghan Money Service Provider License Number: 044. Haji Khairullah Haji Sattar Money Exchange was used by Taliban leadership to transfer money to Taliban commanders to fund fighters and operations in Afghanistan as of 2011. Associated with Abdul Sattar Abdul Manan (TAi.162) and Khairullah Barakzai Khudai Nazar (TAi.163). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.153 Name:** HANIFA MONEY EXCHANGE OFFICE (BRANCH LOCATED IN ALBU KAMAL, SYRIAN ARAB REPUBLIC)

**Name (original script):** مكتب حنيفة للصرافة

**A.k.a.: a)** Hanifah Currency Exchange **b)** Hanifeh Exchange **c)** Hanifa Exchange **d)** Hunaifa Office **e)** Hanifah Exchange Company **f)** Hanifa Money Exchange Office **F.k.a.:** na **Address:** Albu Kamal (Al-Bukamal), Syrian Arab Republic **Listed on:** 20 Jul. 2017 ( amended on 8 Nov. 2022 ) **Other information:** Money exchange business in Albu Kamal (Al-Bukamal), Syrian Arab Republic, facilitating the movement of funds on behalf of Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115). Used exclusively for ISIL-related transactions. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPe.058 Name:** HAPJANGGANG SHIPPING CORP

**A.k.a.:** na **F.k.a.:** na **Address:** Kumsong 3-dong, Mangyongdae-guyok, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Mar. 2018 ( amended on 26 Jul. 2022 ) **Other information:** Registered owner of the DPRK tanker NAM SAN 8, believed to have been involved in ship-to-ship transfer operations for oil, and owner of vessel HAP JANG GANG 6. IMO number: 5787684.

**TAe.012 Name:** HAQQANI NETWORK (HQN)

**Name (original script):** شبکه حقانی

**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 5 Nov. 2012**Other information:** Network of Taliban fighters centered around the border between Khost Province, Afghanistan and North Waziristan, Pakistan. Founded by Jalaluddin Haqqani (TAi.040) and currently headed by his son Sirajuddin Jallaloudine Haqqani (TAi.144). Other listed members include Nasiruddin Haqqani (TAi.146), Sangeen Zadran Sher Mohammad (TAi.152), Abdul Aziz Abbasin (TAi.155), Fazl Rabi (TAi.157), Ahmed Jan Wazir (TAi.159), Bakht Gul (TAi.161), Abdul Rauf Zakir (TAi.164). Responsible for suicide attacks and targeted assassination as well as kidnappings in Kabul and other provinces of Afghanistan. Linked to Al-Qaida (QDe.004), Islamic Movement of Uzbekistan (QDe.010), Tehrik-e Taliban Pakistan (QDe.132), Lashkar I Jhangvi (QDe.096), and Jaish-IMohammed (QDe.019). INTERPOL-UN

Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.025 Name:** HARA COMPANY
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by Ghorb Nooh. [Old Reference # E.29.II.5]

**QDe.149 Name:** HARAKAT SHAM AL-ISLAM
**A.k.a.: a)** Haraket Sham al-Islam **b)** Sham al-Islam **c)** Sham al-Islam Movement **F.k.a.:** na **Address:** Syrian Arab Republic **Listed on:** 29 Feb. 2016**Other information:** Moroccan-led terrorist organization formed in Aug. 2013 and operating in Syrian Arab Republic. Principally composed of foreign terrorist fighters and associated with AI-Nusrah Front for the People of the Levant (QDe.137). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.008 Name:** HARAKAT UL-MUJAHIDIN / HUM
**A.k.a.: a)** Al-Faran **b)** Al-Hadid **c)** Al-Hadith **d)** Harakat Ul-Ansar **e)** HUA **f)** Harakat Ul- Mujahideen **F.k.a.:** na **Address:** Pakistan **Listed on:** 6 Oct. 2001 ( amended on 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Associated with Jaish-i-Mohammed (QDe.019), Lashkar i Jhangvi (LJ) (QDe.096) and Lashkar-e-Tayyiba (QDe.118). Active in Pakistan and Afghanistan. Banned in Pakistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.130 Name:** HARAKAT-UL JIHAD ISLAMI
**Name (original script):** حرکت الجهاد الاسلامی
**A.k.a.: a)** HUJI **b)** Movement of Islamic Holy War **c)** Harkat-ul-Jihad-al Islami **d)** Harkat-al-Jihad-ul Islami **e)** Harkat-ul-Jehad-al-Islami **f)** Harakat ul Jihad-e-Islami **F.k.a.: a)** Harakat-ul-Ansar **b)** HUA **Address:** na **Listed on:** 6 Aug. 2010 ( amended on 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Was established in Afghanistan in 1980. In 1993, Harakat-ul Jihad Islami merged with Harakat ul-Mujahidin (QDe.008) to form Harakat ul-Ansar. In 1997, Harakat-ul Jihad Islami split from Harakat ul-Ansar and resumed using its former name. Operations are in India, Pakistan and Afghanistan. Banned in Pakistan. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPe.024 Name:** HESONG TRADING COMPANY
**A.k.a.:** na **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016**Other information:** The Korea Mining Development Trading Corporation (KOMID) is the parent company of Hesong Trading Corporation.

**QDe.147 Name:** HILAL AHMAR SOCIETY INDONESIA (HASI)
**A.k.a.: a)** Yayasan Hilal Ahmar **b)** Indonesia Hilal Ahmar Society for Syria **F.k.a.:** na **Address:** na **Listed on:** 13 Mar. 2015 ( amended on 24 Nov. 2020 ) **Other information:** Ostensibly humanitarian wing of Jemaah Islamiyah (QDe.092). Operates in Lampung, Jakarta, Semarang, Yogyakarta, Solo, Surabaya and Makassar, Indonesia. Has been recruiting, funding and facilitating travel of foreign terrorist fighters to Syria. Not affiliated with the humanitarian group International Federation of the Red Cross and Red Crescent Societies (IFRC). Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPe.005 Name:** HONG KONG ELECTRONICS
**A.k.a.:** HONG KONG ELECTRONICS KISH CO. **F.k.a.:** na **Address:** Sanaee Street, Kish Island, Iran (Islamic Republic of) **Listed on:** 16 Jul. 2009**Other information:** Owned or controlled by, or acts or purports to act for or on behalf of Tanchon Commercial Bank and KOMID. Hong Kong Electronics has transferred millions of dollars of proliferation-related funds on behalf of Tanchon Commercial Bank and KOMID (both designated by

the Committee in April 2009) since 2007. Hong Kong Electronics has facilitated the movement of money from Iran to the DPRK on behalf of KOMID.

**KPe.059 Name:** HUAXIN SHIPPING HONGKONG LTD
**A.k.a.:** 華信船務(香港)有限公司 **F.k.a.:** na **Address:** Room 2105, Trend Centre, 29-31 Chueng Lee Street, Chai Wan, Hong Kong, China **Listed on:** 30 Mar. 2018**Other information:** Ship and commercial manager of the ASIA BRIDGE 1. Hong Kong-owned vessel, the probable "ASIA BRIDGE 1" was instructed on 19 October 2017 by Huaxin Shipping to make preparations for entry into Nampo, DPRK to receive a shipment of coal bound for Vietnam. The "ASIA BRIDGE 1" was instructed by an unidentified employee of Huaxin Shipping Ltd. to make preparations to receive 8,000 metric tons of coal and then sail to Cam Pha, Vietnam. The master of the vessel was instructed to cover the ship's name and other markings using canvas while in port at Nampo.

**IQe.049 Name:** IDLEB COMPANY FOR SPINNING
**A.k.a.:** na **F.k.a.:** na **Address:** P.O. Box 9, Idleb, Iraq **Listed on:** 26 Apr. 2004**Other information:** na

**KPe.034 Name:** ILSIM INTERNATIONAL BANK
**A.k.a.:** na **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Nov. 2016**Other information:** Ilsim International Bank is affiliated with the DPRK military and has a close relationship with Korea Kwangson Banking Corporation (KKBC). Ilsim International Bank has attempted to evade United Nations sanctions. SWIFT: ILSIKPPY

**IRe.026 Name:** IMENSAZAN CONSULTANT ENGINEERS INSTITUTE
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acts on behalf of, KAA. [Old Reference # E.29.II.6]

**IRe.027 Name:** INDUSTRIAL FACTORIES OF PRECISION (IFP) MACHINERY
**A.k.a.:** Instrumentation Factories Plant **F.k.a.:** na **Address:** na **Listed on:** 3 Mar. 2008**Other information:** Used by AIO for some acquisition attempts. [Old Reference # E.03.III.5]

**IRe.028 Name:** IRANO HIND SHIPPING COMPANY
**A.k.a.:** na **F.k.a.:** na **Address: a)** 18 Mehrshad Street, Sadaghat Street, Opposite of Park Mellat, Valie-Asr Ave., Tehran, Iran (Islamic Republic of) **b)** 265, Next to Mehrshad, Sedaghat St., Opposite of Mellat Park, Vali Asr Ave., Tehran, 1A001, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** [Old Reference # E.29.III.1]

**IRe.029 Name:** IRISL BENELUX NV
**A.k.a.:** na **F.k.a.:** na **Address:** Noorderlaan 139, B-2030, Antwerp, Belgium **Listed on:** 9 Jun. 2010**Other information:** Additional information: VAT Number BE480224531 [Old Reference # E.29.III.2]

**QDe.009 Name:** ISLAMIC ARMY OF ADEN
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 6 Oct. 2001 ( amended on 15 Nov. 2021 ) **Other information:** Review pursuant to Security Council resolution 1822 (2008) was concluded on 9 Jul. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.099 Name:** ISLAMIC INTERNATIONAL BRIGADE (IIB)
**A.k.a.: a)** The Islamic Peacekeeping Brigade **b)** The Islamic Peacekeeping Army **c)** The International Brigade **d)** Islamic Peacekeeping Battalion **e)** International Battalion **f)** Islamic Peacekeeping International Brigade **F.k.a.:** na **Address:** na **Listed on:** 4 Mar. 2003 ( amended on 13 Dec. 2011, 6 Dec. 2019, 15 Nov. 2021 ) **Other information:** Linked to the Riyadus-Salikhin Reconnaissance and Sabotage Battalion of Chechen Martyrs (RSRSBCM) (QDe.100) and the Special Purpose Islamic Regiment (SPIR) (QDe.101). Review pursuant to Security Council resolution 1822 (2008) was concluded on 17 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2368

(2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.119 Name:** ISLAMIC JIHAD GROUP
**A.k.a.: a)** Jama'at al-Jihad **b)** Libyan Society **c)** Kazakh Jama'at **d)** Jamaat Mojahedin **e)** Jamiyat **f)** Jamiat al-Jihad al-Islami **g)** Dzhamaat Modzhakhedov **h)** Islamic Jihad Group of Uzbekistan **i)** al-Djihad al-Islami **j)** Zamaat Modzhakhedov Tsentralnoy Asii **k)** Islamic Jihad Union **F.k.a.:** na **Address:** na **Listed on:** 1 Jun. 2005 ( amended on 19 Apr. 2006, 20 Feb. 2008, 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Founded and led by Najmiddin Kamolitdinovich Jalolov (deceased) and Suhayl Fatilloevich Buranov (deceased). Associated with the Islamic Movement of Uzbekistan (QDe.010) and Emarat Kavkaz (QDe.131). Active in the Afghanistan/Pakistan border area, Central Asia, South Asia region and some European States. Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.010 Name:** ISLAMIC MOVEMENT OF UZBEKISTAN
**A.k.a.:** IMU **F.k.a.:** na **Address:** na **Listed on:** 6 Oct. 2001 ( amended on 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Associated with the Eastern Turkistan Islamic Movement (QDe.088), Islamic Jihad Group (QDe.119) and Emarat Kavkaz (QDe.131). Active in the Afghanistan/Pakistan border area, northern Afghanistan and Central Asia. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.161 Name:** ISLAMIC STATE IN IRAQ AND THE LEVANT - KHORASAN (ISIL-K)
**A.k.a.: a)** ISIL KHORASAN **b)** ISLAMIC STATE'S KHORASAN PROVINCE **c)** ISIS WILAYAT KHORASAN **d)** ISIL'S SOUTH ASIA BRANCH **e)** SOUTH ASIAN CHAPTER OF ISIL **f)** The Islamic State of Iraq and ash-Sham—Khorasan Province **g)** The Islamic State of Iraq and Syria—Khorasan **h)** Islamic State of Iraq and Levant in Khorasan Province **i)** Islamic State Khurasan **j)** ISIS-K **k)** ISISK **l)** IS-Khorasan **F.k.a.:** na **Address:** na **Listed on:** 14 May 2019 ( amended on 1 Apr. 2022 ) **Other information:** Islamic State of Iraq and the Levant - Khorasan (ISIL - K) was formed on January 10, 2015 by a former Tehrik-e Taliban Pakistan (TTP) (QDe.132) commander and was established by former Taliban faction commanders who swore an oath of allegiance to the Islamic State of Iraq and the Levant (listed as Al-Qaida in Iraq (QDe.115)). ISIL – K has claimed responsibility for numerous attacks in both Afghanistan and Pakistan. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.165 Name:** ISLAMIC STATE IN IRAQ AND THE LEVANT - LIBYA
**Name (original script):** الدولة الإسلامية في العراق والشام - ليبيا
**A.k.a.: a)** Islamic state of Iraq and the Levant in Libya **b)** Wilayat Barqa **c)** Wilayat Fezzan **d)** Wilayat Tripolitania **e)** Wilayat Tarablus **f)** Wilayat Al-Tarablus **F.k.a.:** na **Address:** na **Listed on:** 4 Mar. 2020**Other information:** Formed in November 2014 upon announcement by Abu Bakr Al-Baghdadi, listed as Ibrahim Awwad Ibrahim Ali Al-Badri Al-Samarrai (QDi.299). Associated with Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.166 Name:** ISLAMIC STATE IN IRAQ AND THE LEVANT - YEMEN
**Name (original script):** الدولة الإسلامية في العراق والشام - اليمن
**A.k.a.: a)** Islamic State of Iraq and the Levant of Yemen **b)** Islamic State in Yemen **c)** ISIL in Yemen **d)** ISIS in Yemen **e)** Wilayat al-Yemen, Province of Yemen **F.k.a.:** na **Address:** na **Listed on:** 4 Mar. 2020**Other information:** Formed in November 2014 upon acceptance of oaths of allegiance by Abu Bakr Al-Baghdadi, listed as Ibrahim Awwad Ibrahim Ali Al-Badri Al-Samarrai (QDi.299). Associated with Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.163 Name:** ISLAMIC STATE IN THE GREATER SAHARA (ISGS)
**A.k.a.: a)** Islamic State in Iraq and Syria – Greater Sahara (ISIS-GS) **b)** Islamic State of Iraq and Syria – Greater Sahara (ISIS-GS) **c)** Islamic State of Iraq and the Levant - Greater Sahara (ISIL-GS) **d)** Islamic State of the Greater Sahel **e)** ISIS in the Greater Sahel **f)** ISIS in the Greater Sahara **g)** ISIS in the Islamic Sahel **F.k.a.:** na **Address:** na **Listed on:** 23 Feb. 2020**Other information:** Formed in May 2015 by Adnan Abu Walid al-Sahraoui (QDi.415). Associated with the Islamic State in Iraq and the Levant (listed as Al-Qaida in Iraq (QDe.115)). Splinter group of Al-Mourabitoun (QDe.141). Committed terrorist attacks in Mali, Niger and Burkina Faso. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.162 Name:** ISLAMIC STATE WEST AFRICA PROVINCE (ISWAP)
**A.k.a.: a)** Islamic State in Iraq and the Levant – West Africa (ISIL-WA) **b)** Islamic State of Iraq and Syria – West Africa (ISIS-WA) **c)** Islamic State of Iraq and Syria West Africa Province (ISISWAP) **d)** Islamic State of Iraq and the Levant – West Africa **F.k.a.:** na **Address:** na **Listed on:** 23 Feb. 2020**Other information:** Associated with the Islamic State in Iraq and the Levant (listed as Al-Qaida in Iraq (QDe.115)). Formed in March 2015 by Abubakar Shekau (QDi.322). Splinter group of Jama'atu Ahlis Sunna Lidda'Awati Wal-Jihad (Boko Haram) (QDe.138). Committed terrorist attacks in Nigeria. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.169 Name:** Islamic State In Iraq And the Levant In South-East Asia (ISIL-SEA, ISIL-South East Asia)
**A.k.a.: a)** Islamic State East Asia Division **b)** Dawlatul Islamiyah Waliyatul Mashriq **F.k.a.:** na **Address:** na **Listed on:** 27 Jan. 2023**Other information:** Formed in June 2016 upon announcement by now-deceased Isnilon Hapilon (QDi.204). Associated with Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.030 Name:** JABBER IBN HAYAN
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 3 Mar. 2008**Other information:** AEOI laboratory involved in fuel-cycle activities. [Old Reference # E.03.III.6]

**QDe.019 Name:** JAISH-I-MOHAMMED
**A.k.a.:** Army of Mohammed **F.k.a.:** na **Address:** Pakistan **Listed on:** 17 Oct. 2001 ( amended on 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Based in Peshawar and Muzaffarabad, Pakistan Associated with Harakat ul-Mujahidin / HUM (QDe.008), Lashkar-e-Tayyiba (QDe.118), Al-Akhtar Trust International (QDe.121), and Harakat-ul Jihad Islami (QDe.130). Banned in Pakistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.020 Name:** JAM'YAH TA'AWUN AL-ISLAMIA
**A.k.a.: a)** Society of Islamic Cooperation **b)** Jam'iyat Al Ta'awun Al Islamiyya **c)** Jit **F.k.a.:** na **Address:** Kandahar City, Afghanistan **Listed on:** 17 Oct. 2001 ( amended on 13 Dec. 2011, 15 Nov. 2021 ) **Other information:** Founded by Usama Mohammad Awad bin Laden (deceased) in 2001. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.159 Name:** JAMA'A NUSRAT UL-ISLAM WA AL-MUSLIMIN (JNIM)
**Name (original script):** جماعة نصرة الإسلام والمسلمين
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 4 Oct. 2018 ( amended on 30 Oct. 2023 ) **Other information:** Associated with Al-Qaida (QDe.004), the Organization of Al-Qaida in the Islamic Maghreb (QDe.014), Ansar Eddine (QDe.135) and Al-Mourabitoun (QDe.141). Operations in Mali and Burkina Faso. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council

Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.138 Name:** JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD
**A.k.a.: a)** Jama'atu Ahlus-Sunnah Lidda'Awati Wal Jihad **b)** Jama'atu Ahlus-Sunna Lidda'Awati Wal Jihad **c)** جماعة أهل السنة للدعوة والجهاد **d)** Boko Haram **e)** Western Education is a Sin **F.k.a.:** na **Address:** Nigeria **Listed on:** 22 May 2014 ( amended on 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Affiliate of Al-Qaida (QDe.004), and the Organization of Al-Qaida in the Islamic Maghreb (AQIM) (QDe.014). Associated with Jama'atu Ansarul Muslimina Fi Biladis-Sudan (Ansaru). The leader is Abubakar Shekau. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.164 Name:** JAMAAH ANSHARUT DAULAH
**Name (original script):** JAMAAH ANSHARUT DAULAH
**A.k.a.: a)** Jemaah Anshorut Daulah **b)** Jamaah Ansharut Daulat **F.k.a.:** na **Address:** na **Listed on:** 4 Mar. 2020**Other information:** Established in 2015 as an umbrella group of Indonesian extremist groups that pledged allegiance to then-ISIL leader Abu Bakr al-Baghdadi. Associated with Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.152 Name:** JAMAAT-UL-AHRAR (JuA)
**Name (original script):** جمات ال احرار
**A.k.a.: a)** Jamaat-e-Ahrar **b)** Tehrik-e Taliban Pakistan Jamaat ul Ahrar **F.k.a.:** Ahrar-ul-Hind **Address: a)** Lalpura, Nangarhar Province, Afghanistan and Afghanistan-Pakistan border region (since Jun. 2015) **b)** Mohmand Agency, Pakistan (as at Aug. 2014) **Listed on:** 6 Jul. 2017 ( amended on 8 Nov. 2022 ) **Other information:** Splinter group of the Tehrik-e Taliban Pakistan (QDe.132). Associated with Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). Formed in Aug. 2014 in Mohmand Agency, Pakistan. Operates from Nangarhar Province, Afghanistan and Pakistan-Afghanistan border region. Banned in Pakistan on 21 Nov. 2016. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.092 Name:** JEMAAH ISLAMIYAH
**A.k.a.: a)** Jema'ah Islamiyah **b)** Jemaah Islamiya **c)** Jemaah Islamiah **d)** Jamaah Islamiyah **e)** Jama'ah Islamiyah **F.k.a.:** na **Address:** na **Listed on:** 25 Oct. 2002 ( amended on 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Operates in Southeast Asia, including Indonesia, Malaysia and the Philippines. Associated with the Abu Sayyaf Group (QDe.001). Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.133 Name:** JEMMAH ANSHORUT TAUHID (JAT)
**A.k.a.: a)** Jemaah Anshorut Tauhid **b)** Jemmah Ansharut Tauhid **c)** Jem'mah Ansharut Tauhid **d)** Jamaah Ansharut Tauhid **e)** Jama'ah Ansharut Tauhid **f)** Laskar 99 **F.k.a.:** na **Address:** Jl. Semenromo number 58, 04/XV Ngruki, Cemani, Grogol, Sukoharjo, Jawa Tengah, Indonesia (Telephone: 0271-2167285, Email: info@ansharuttauhid.com) **Listed on:** 12 Mar. 2012 ( amended on 17 Jul. 2018, 15 Nov. 2021 ) **Other information:** A group affiliated with the Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), that has perpetrated attacks in Indonesia. Founded and led by Abu Bakar Ba'asyir (QDi.217). Established on 27 Jul. 2008 in Solo, Indonesia. Had been associated with Jemmah Islamiya (JI) (QDe.092). Review pursuant to Security Council resolution 2253 (2015) was concluded on 7 June 2018. Website: http://ansharuttauhid.com/ Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.031 Name:** JOZA INDUSTRIAL CO.
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 3 Mar. 2008**Other information:** AIO front-company, involved in the ballistic missile programme. [Old Reference # E.03.III.7]

**QDe.156 Name:** JUND AL AQSA
**A.k.a.: a)** The Soldiers of Aqsa **b)** Soldiers of Aqsa **c)** Sarayat Al Quds **F.k.a.:** na **Address: a)** Idlib Governorate, Syrian Arab Republic **b)** Hama Governorate, Syrian Arab Republic **Listed on:** 20 Jul. 2017 ( amended on 8 Nov. 2022 ) **Other information:** Associated with the Al Nusrah Front for the People of the Levant (QDe.137). Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.151 Name:** JUND AL-KHILAFAH IN ALGERIA (JAK-A)
**A.k.a.: a)** Jund al Khalifa **b)** Jund al-Khilafah fi Ard al-Jaza'ir **c)** Jund al-Khalifa fi Ard al-Jazayer **d)** Soldiers of the Caliphate in Algeria **e)** Soldiers of the Caliphate of Algeria **f)** Soldiers of the Caliphate in the Land of Algeria **F.k.a.:** na **Address:** Kabylie region, Algeria **Listed on:** 29 Sep. 2015 ( amended on 24 Nov. 2020 ) **Other information:** Emerged on 13 Sep. 2014. Most known for its abduction and subsequent beheading of French national Herve Gourdel. Claimed responsibility for attacking police and gendarmes in Algeria and continued planning future attacks. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.167 Name:** JUND AL-KHILAFAH IN TUNISIA (JAK-T)
**A.k.a.: a)** ISIL-Tunisia **b)** ISIL-Tunisia Province **c)** Soldiers of the Caliphate **d)** Jund al-Khilafa **e)** Jund al Khilafah **f)** Jund al-Khilafah fi Tunis **g)** Soldiers of the Caliphate in Tunisia **h)** Tala I Jund al-Khilafah **i)** Vanguards of the Soldiers of the Caliphate **j)** Daesh Tunisia **k)** Ajnad **F.k.a.:** na **Address:** na **Listed on:** 29 Dec. 2021**Other information:** Formed in November 2014.Associated with Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.155 Name:** Jaysh Khalid Ibn al Waleed
**A.k.a.: a)** Khalid ibn al-Walid Army **b)** Liwa Shuhada al-Yarmouk **c)** Harakat al-Muthanna al-Islamia **F.k.a.:** na **Address:** na **Listed on:** 20 Jul. 2017 ( amended on 8 Nov. 2022 ) **Other information:** Joined the Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), in May 2015. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.032 Name:** KALA-ELECTRIC
**A.k.a.:** Kalaye Electric **F.k.a.:** na **Address:** na **Listed on:** 23 Dec. 2006**Other information:** Provider for PFEP - Natanz. [Old Reference # E.37.A.3]

**KPe.043 Name:** KANGBONG TRADING CORPORATION
**A.k.a.:** na **F.k.a.:** na **Address:** Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017**Other information:** The Kangbong Trading Corporation sold, supplied, transferred, or purchased, directly or indirectly, to or from the DPRK, metal, graphite, coal, or software, where revenue or goods received may benefit the Government of the DPRK or the Workers' Party of Korea. The Kangbong Trading Corporation's parent is the Ministry of People's Armed Forces

**IRe.033 Name:** KARAJ NUCLEAR RESEARCH CENTRE
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007**Other information:** Part of AEOI's research division. [Old Reference # E.47.A.5]

**IRe.034 Name:** KAVEH CUTTING TOOLS COMPANY
**A.k.a.:** na **F.k.a.:** na **Address: a)** 3rd Km of Khalaj Road, Seyyedi Street, Mashad, 91638, Iran (Islamic Republic of) **b)** Km 4 of Khalaj Road, End of Seyedi Street, Mashad, Iran (Islamic Republic of) **c)** P.O. Box 91735-549, Mashad, Iran (Islamic Republic of) **d)** Khalaj Rd., End of Seyyedi Alley, Mashad, Iran (Islamic Republic of) **e)** Moqan St., Pasdaran St., Pasdaran Cross Rd., Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acts on behalf of, DIO. [Old Reference # E.29.I.7]

**IRe.035 Name:** KAVOSHYAR COMPANY
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007**Other information:** Subsidiary company of AEOI which has sought glass fibres, vacuum chamber furnaces and laboratory equipment for Iran's nuclear programme. [Old Reference # E.47.A.3]

**IRe.036 Name:** KHATAM AL-ANBIYA CONSTRUCTION HEADQUARTERS (KAA)
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010 ( amended on 17 Dec. 2014 ) **Other information:** KAA is an IRGC-owned company involved in large scale civil and military construction projects and other engineering activities. It undertakes a significant amount of work on Passive Defense Organization projects. In particular, KAA subsidiaries were heavily involved in the construction of the uranium enrichment site at Qom/Fordow. [Old Reference # E.29.II.7]

**QDe.168 Name:** KHATIBA AL-TAWHID WAL-JIHAD (KTJ)
**Name (original script):** Катиба ат-Таухид валь-Джихад
**A.k.a.: a)** JANNAT OSHIKLARI **b)** Jama`at al-Tawhid wal-Jihad **F.k.a.:** JANNAT OSHIKLARI **Address:** na **Listed on:** 7 Mar. 2022**Other information:** Khatiba al-Tawhid wal-Jihad (formerly known as Jannat Oshiklari) is a terrorist organization operating under the umbrella of the international terrorist organization Al-Nusrah Front for the People of the Levant (QDe.137). The group mainly operates in the provinces of Hama, Idlib and Ladhiqiyah, in the Syrian Arab Republic, and also conduct operations in Turkey, Kyrgyzstan, Uzbekistan, Russian Federation, Tajikistan, Kazakhstan, Egypt, Afghanistan, Ukraine. The number of fighters of KTJ is about 500. KTJ also cooperates with such terrorist organizations as Khatiba Imam al-Bukhari (QDe.158) and the Islamic Jihad Group (QDe.119). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.158 Name:** KHATIBA IMAM AL-BUKHARI (KIB)
**A.k.a.:** Khataib al-Imam al-Bukhari **F.k.a.:** na **Address: a)** Afghanistan/Pakistan border area (previous location) **b)** Khan-Shaykhun, Syrian Arab Republic (53 km south of Idlib, location as of Mar. 2018) **c)** Idlib Aleppo and Khama, Syrian Arab Republic (operation zone) **d)** Faryab, Badghis and Jawzjan Provinces, Afghanistan **Listed on:** 29 Mar. 2018 ( amended on 30 Oct. 2023, 19 Dec. 2023 ) **Other information:** Associated with Al-Nusrah Front for the People of the Levant (QDe.137). Committed terrorist attacks in the Syrian Arab Republic. Since 2016 redeployed to Northern Afghanistan to project attacks against Central Asia countries. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.037 Name:** KHORASAN METALLURGY INDUSTRIES
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 3 Mar. 2008**Other information:** Subsidiary of AMIG which depends on DIO. Involved in the production of centrifuges components. [Old Reference # E.03.III.8]

**KPe.060 Name:** KINGLY WON INTERNATIONAL CO., LTD
**A.k.a.:** na **F.k.a.:** na **Address:** Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH, 96960, Marshall Islands **Listed on:** 30 Mar. 2018**Other information:** In 2017, Tsang Yung Yuan (aka Neil Tsang) and Kingly Won attempted to engage in an oil deal valued at over $1 million with a petroleum company in a third country to illicitly transfer to the DPRK. Kingly Won acted as a broker for that petroleum company and a Chinese company that reached out to Kingly Won to purchase marine oil on its behalf.

**KPe.061 Name:** KOREA ACHIM SHIPPING CO
**A.k.a.:** na **F.k.a.:** na **Address:** Sochang-dong, Chung-guyok, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Mar. 2018 ( amended on 26 Jul. 2022 ) **Other information:** Registered owner of DPRK tanker CHON MA SAN. DPRK-flagged CHON MA SAN prepared for likely ship-to-ship transfer operations in late January 2018. The master of the DPRK-flagged motor tanker YU JONG 2 reported on 18 November 2017 to an unidentified DPRK-based controller that the vessel was avoiding a storm in advance of a ship-to-ship transfer. The master suggested that the YU JONG 2 load fuel oil before the DPRK-flagged tanker CHON MA SAN since the CHON MA SAN's larger size was better suited to conduct ship-to-ship transfers in a storm. After the CHON MA SAN loaded fuel oil from a vessel, the YU JONG 2 loaded 1,168 kiloliters of fuel oil on 19 November 2017 through a ship-to-ship transfer operation. IMO number: 5936312.

**KPe.062 Name:** KOREA ANSAN SHIPPING COMPANY
**A.k.a.: a)** KOREA ANSAN SHPG COMPANY **b)** Korea Ansan SHPG CO **F.k.a.:** na **Address:** Pyongchon 1-dong, Pyongchon-guyok, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Mar. 2018 ( amended on 26 Jul. 2022 ) **Other information:** Registered owner of DPRK tanker AN SAN 1 believed to have been involved in ship-to-ship transfer operations for oil. IMO number: 5676084

**KPe.019 Name:** KOREA COMPLEX EQUIPMENT IMPORT CORPORATION
**A.k.a.:** na **F.k.a.:** na **Address:** Rakwon-dong, Pothonggang District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 7 Mar. 2013**Other information:** Korea Ryonbong General Corporation is the parent company of Korea Complex Equipment Import Corporation. Korea Ryonbong General Corporation was designated by the Committee in April 2009 and is a defense conglomerate specializing in acquisition for DPRK defense industries and support to that country's military-related sales.

**KPe.035 Name:** KOREA DAESONG BANK
**A.k.a.: a)** Choson Taesong Unhaeng **b)** Taesong Bank **F.k.a.:** na **Address:** Segori-dong, Gyongheung St. Potonggang District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Nov. 2016**Other information:** Daesong Bank is owned and controlled by Office 39 of the Korea Workers' Party. SWIFT/BIC: KDBKKPPY

**KPe.042 Name:** KOREA DAESONG GENERAL TRADING CORPORATION
**A.k.a.: a)** Daesong Trading **b)** Daesong Trading Company **c)** Korea Daesong Trading Company **d)** Korea Daesong Trading Corporation **F.k.a.:** na **Address:** Pulgan Gori Dong 1, Potonggang District, Pyongyang City, Democratic People's Republic of Korea **Listed on:** 30 Nov. 2016 ( amended on 26 Jul. 2022 ) **Other information:** Korea Daesong General Trading Corporation is affiliated with Office 39 through minerals (gold) exports, metals, machinery, agricultural products, ginseng, jewelry, and light industry products.Telephone: +850-2-18111-8208. Fax: +850-2-381-4432. Email: daesong@star-co.net.kp.

**KPe.037 Name:** KOREA FOREIGN TECHNICAL TRADE CENTER
**A.k.a.:** na **F.k.a.:** na **Address:** Democratic People's Republic of Korea **Listed on:** 30 Nov. 2016**Other information:** Korea Foreign Technical Trade Center is a DPRK firm trading in coal. DPRK generates a significant share of the funds needed to finance its nuclear and ballistic missile programs by mining natural resources and selling those resources abroad.

**KPe.011 Name:** KOREA HEUNGJIN TRADING COMPANY
**A.k.a.: a)** Hunjin TRADING Co. **b)** Korea Henjin Trading Co. **c)** Korea Hengjin Trading Company **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 May 2012**Other information:** The Korea Heungjin Trading Company is used by KOMID for trading purposes. We suspect it has been involved in supplying missile-related goods to Iran's Shahid Hemmat Industrial Group (SHIG). Heungjin has been associated with KOMID, and, more specifically, KOMID's procurement office. Heungjin has been used to procure an advanced digital controller with applications in missile design. KOMID was designated by the Committee in April 2009 and is the DPRK's primary arms dealer and main exporter of goods and equipment related to ballistic missiles and conventional weapons. The Security Council designated SHIG in resolution 1737 (2006) as an entity involved in Iran's ballistic missile programme.

**KPe.006 Name:** KOREA HYOKSIN TRADING CORPORATION
**A.k.a.:** KOREA HYOKSIN EXPORT AND IMPORT CORPORATION **F.k.a.:** na **Address:** Rakwon-dong, Pothonggang District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 16 Jul. 2009**Other information:** A DPRK company based in Pyongyang that is subordinate to Korea Ryonbong General Corporation (designated by the Committee in April 2009) and is involved in the development of WMD.

**KPe.039 Name:** KOREA INTERNATIONAL CHEMICAL JOINT VENTURE COMPANY
**A.k.a.: a)** Choson International Chemicals Joint Operation Company **b)** Chosun International Chemicals Joint Operation Company **c)** International Chemical Joint Venture Company **F.k.a.:** na **Address: a)** Hamhung, South Hamgyong Province, Democratic People's Republic of Korea **b)** Man gyongdae-kuyok, Pyongyang, Democratic People's Republic of Korea **c)** Mangyungdae-gu, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Nov. 2016**Other information:** Korea International Chemical Joint Venture Company is a subsidiary of Korea Ryonbong General Corporation – DPRK's defense conglomerate specializing in acquisition for DPRK defense industries and support to Pyongyang's military related sales – and has engaged in proliferation-related transactions.

**KPe.014 Name:** KOREA KUMRYONG TRADING CORPORATION
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 22 Jan. 2013**Other information:** Used as an alias by the Korea Mining Development Trading Corporation (KOMID) to carry out procurement activities. KOMID was designated by the Committee in April 2009 and is the DPRK's primary arms dealer and main exporter of goods and equipment related to ballistic missiles and conventional weapons.

**KPe.044 Name:** KOREA KUMSAN TRADING CORPORATION
**A.k.a.:** na **F.k.a.:** na **Address:** Haeun 2-dong, Pyogchon District, Pyongyang City/Mangyongdae, Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017 ( amended on 26 Jul. 2022 ) **Other information:** Korea Kumsan Trading Corporation is owned or controlled by, or acting or purporting to act for or on behalf of, directly or indirectly, the General Bureau of Atomic Energy, which oversees the DPRK's nuclear programme. Telephone: +850-2-18111-8550. Fax: +850-2-381-4410/4416. Email: mhs-ip@star-co.net.kp.

**KPe.025 Name:** KOREA KWANGSON BANKING CORPORATION (KKBC)
**A.k.a.:** KKBC **F.k.a.:** na **Address:** Jungson-dong, Sungri Street, Central District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016**Other information:** KKBC provides financial services in support to Tanchon Commercial Bank and Korea Hyoksin Trading Corporation, a subordinate of the Korea Ryonbong General Corporation. Tanchon Commercial Bank has used KKBC to facilitate funds transfers likely amounting to millions of dollars, including transfers involving Korea Mining Development Corporation related funds.

**KPe.026 Name:** KOREA KWANGSONG TRADING CORPORATION
**A.k.a.:** na **F.k.a.:** na **Address:** Rakwon-dong, Pothonggang District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016**Other information:** The Korea Ryongbong General Corporation is the parent company of Korea Kwangsong Trading Corporation.

**KPe.001 Name:** KOREA MINING DEVELOPMENT TRADING CORPORATION
**A.k.a.: a)** CHANGGWANG SINYONG CORPORATION **b)** EXTERNAL TECHNOLOGY GENERAL CORPORATION **c)** DPRKN MINING DEVELOPMENT TRADING COOPERATION **d)** "KOMID" **F.k.a.:** na **Address:** Central District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 24 Apr. 2009**Other information:** Primary arms dealer and main exporter of goods and equipment related to ballistic missiles and conventional weapons.

**KPe.063 Name:** KOREA MYONGDOK SHIPPING CO
**A.k.a.:** na **F.k.a.:** na **Address:** Chilgol 2-dong, Mangyongdae-guyok, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Mar. 2018 ( amended on 26 Jul. 2022 ) **Other information:** Registered owner of the YU

PHYONG 5. In late November 2017, the YU PHYONG 5 conducted a ship-to-ship transfer of 1,721 metric tons of fuel oil. IMO number: 5985863.

**KPe.038 Name:** KOREA PUGANG TRADING CORPORATION
**A.k.a.:** na **F.k.a.:** na **Address:** Rakwon-dong, Pothonggang District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Nov. 2016**Other information:** Korea Pugang Trading Corporation is owned by the Korea Ryonbong General Corporation, DPRK's defense conglomerate specializing in acquisition for DPRK defense industries and support to Pyongyang's military related sales.

**KPe.002 Name:** KOREA RYONBONG GENERAL CORPORATION
**A.k.a.:** KOREA YONBONG GENERAL CORPORATION **F.k.a.:** LYONGAKSAN GENERAL TRADING CORPORATION **Address: a)** Pot'onggang District, Pyongyang, Democratic People's Republic of Korea **b)** Rakwon-dong, Pothonggang District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 24 Apr. 2009**Other information:** Defense conglomerate specializing in acquisition for DPRK defense industries and support to that country's military-related sales.

**KPe.016 Name:** KOREA RYONHA MACHINERY JOINT VENTURE CORPORATION
**A.k.a.: a)** Chosun Yunha Machinery Joint Operation Company **b)** Korea Ryenha Machinery J/V Corporation **c)** Ryonha Machinery Joint Venture Corporation **d)** Ryonha Machinery Corporation **e)** Ryonha Machinery **f)** Ryonha Machine Tool **g)** Ryonha Machine Tool Corporation **h)** Ryonha Machinery Corp. **i)** Ryonhwa Machinery Joint Venture Corporation **j)** Ryonhwa Machinery JV **k)** Huichon Ryonha Machinery General Plant **l)** Unsan **m)** Unsan Solid Tools **n)** Millim Technology Company **o)** 朝鲜联合机械贸易会社 **F.k.a.:** na **Address: a)** Tongan-dong, Central District, Pyongyang, Democratic People's Republic of Korea **b)** Mangungdae-gu, Pyongyang, Democratic People's Republic of Korea **c)** Mangyongdae District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 22 Jan. 2013 ( amended on 7 Jan. 2014, 2 Apr. 2014 ) **Other information:** Korea Ryonbong General Corporation is the parent company of Korea Ryonha Machinery Joint Venture Corporation. Korea Ryonbong General Corporation was designated by the Committee in April 2009 and is a defense conglomerate specializing in acquisition for DPRK defense industries and support to that country's military-related sales. Email addresses: ryonha@silibank.com; sjc-117@hotmail.com; and millim@silibank.com. Telephone numbers: 850-2-18111; 850-2-18111-8642; and 850 2 18111-3818642. Facsimile number: 850-2-381-4410

**KPe.064 Name:** KOREA SAMJONG SHIPPING
**A.k.a.:** na **F.k.a.:** na **Address:** Tonghung-dong, Chung-guyok, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Mar. 2018 ( amended on 26 Jul. 2022 ) **Other information:** Registered owner of DPRK tankers SAM JONG 1 and SAM JONG 2. Both vessels are believed to have imported refined petroleum to DPRK in violation of UN sanctions in late January 2018. IMO number: 5954061.

**KPe.065 Name:** KOREA SAMMA SHIPPING CO
**A.k.a.:** Korea Samma SHPG CO **F.k.a.:** na **Address:** Rakrang 3-dong, Rakrang-guyok, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Mar. 2018 ( amended on 26 Jul. 2022 ) **Other information:** A DPRK-flagged tanker, SAM MA 2 owned by Korea Samma Shipping Company, conducted a ship-to-ship transfer of oil and fabricated documents in mid-October 2017, loading almost 1,600 metric tons of fuel oil in one transaction. The ship master was instructed to erase SAMMA SHIPPING and the Korean words found on the ship's seal and instead put "Hai Xin You 606" to mask its identity as a DPRK vessel. IMO number: 5145892.

**KPe.041 Name:** KOREA TAESONG TRADING COMPANY
**A.k.a.:** na **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Nov. 2016**Other information:** Korea Taesong Trading Company has acted on behalf of KOMID in dealings with Syria.

**KPe.033 Name:** KOREA UNITED DEVELOPMENT BANK
**A.k.a.:** na **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Nov. 2016**Other information:** Korea United Development Bank operates in the financial services industry of the DPRK economy. SWIFT/BIC: KUDBKPPY

**KPe.066 Name:** KOREA YUJONG SHIPPING CO LTD
**A.k.a.:** na **F.k.a.:** na **Address:** Puksong 2-dong, Pyongchon-guyok, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Mar. 2018**Other information:** Registered owner of the DPRK tanker YU JONG 2, which loaded 1,168 kiloliters of fuel oil on 19 November 2017 through a ship-to-ship transfer operation. Company Number IMO 5434358.

**KPe.012 Name:** KOREAN COMMITTEE FOR SPACE TECHNOLOGY
**A.k.a.: a)** DPRK Committee for Space Technology **b)** Department of Space Technology of the DPRK **c)** Committee for Space Technology **d)** KCST **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 22 Jan. 2013**Other information:** The Korean Committee for Space Technology (KCST) orchestrated the DPRK's launches on 13 April 2012 and 12 December 2012 via the satellite control center and Sohae launch area.

**KPe.048 Name:** KOREAN NATIONAL INSURANCE COMPANY (KNIC)
**A.k.a.:** Korea Foreign Insurance Company **F.k.a.:** na **Address:** Central District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 5 Aug. 2017**Other information:** The Korean National Insurance Company is a DPRK financial and insurance company and is affiliated with Office 39.

**KPe.008 Name:** KOREAN TANGUN TRADING CORPORATION
**A.k.a.: a)** Kuryonggang Trading Corporation **b)** Ryungseng Trading Corporation **c)** Ryung Seng Trading Corporation **d)** Ryungsong Trading Corporation **e)** Kore Kuryonggang Trading Corporation **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 16 Jul. 2009 ( amended on 26 Jul. 2022 ) **Other information:** Korea Tangun Trading Corporation is subordinate to DPRK's Second Academy of Natural Sciences and is primarily responsible for the procurement of commodities and technologies to support DPRK's defense research and development programs, including, but not limited to, WMD and delivery system programs and procurement, including materials that are controlled or prohibited under relevant multilateral control regimes.

**KPe.045 Name:** KORYO BANK
**A.k.a.:** na **F.k.a.:** na **Address:** Koryo Bank Building, Pulgun Street, Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017 ( amended on 26 Jul. 2022 ) **Other information:** Koryo Bank operates in the financial services industry in the DPRK's economy and is associated with Office 38 and Office 39 of the KWP

**KPe.049 Name:** KORYO CREDIT DEVELOPMENT BANK
**A.k.a.: a)** Daesong Credit Development Bank **b)** Koryo Global Credit Bank **c)** Koryo Global Trust Bank **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 5 Aug. 2017**Other information:** Koryo Credit Development Bank operates in the financial services industry in the DPRK's economy.

**KPe.067 Name:** KOTI CORP
**A.k.a.:** na **F.k.a.:** na **Address:** Panama City, Panama **Listed on:** 30 Mar. 2018 ( amended on 26 Jul. 2022 ) **Other information:** Ship manager and commercial manager of the Panama-flagged vessel KOTI, which conducted ship-to-ship transfers of likely petroleum product to the DPRK-flagged KUM UN SAN 3 on 9 December 2017. IMO number: 5982254.

**QDe.096 Name:** LASHKAR I JHANGVI (LJ)
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 3 Feb. 2003 ( amended on 13 Dec. 2011, 20 Nov. 2017, 15 Nov. 2021 ) **Other information:** Based primarily in Pakistan's Punjab region and in the city of Karachi. Active in Pakistan although banned as at 2010. Review pursuant to Security Council resolution 2161 (2014) was concluded on 23 Dec. 2016. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals [click here](https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals)

**QDe.118 Name:** LASHKAR-E-TAYYIBA
**A.k.a.: a)** Lashkar-e-Toiba **b)** Lashkar-i-Taiba **c)** al Mansoorian **d)** al Mansooreen **e)** Army of the Pure **f)** Army of the Righteous **g)** Army of the Pure and Righteous **h)** Paasban-e-Kashmir **i)** Paasban-i-Ahle-Hadith **j)** Pasban-e-Kashmir **k)** Pasban-e-Ahle-Hadith **l)** Paasban-e-Ahle-Hadis **m)** Pashan-e-ahle Hadis **n)** Lashkar e Tayyaba **o)** LET **p)** Jamaat-ud-Dawa **q)** JUD **r)** Jama'at al-Dawa **s)** Jamaat ud-Daawa **t)** Jamaat ul-Dawah **u)** Jamaat-ul-Dawa **v)** Jama'at-i-Dawat **w)** Jamaiat-ud-Dawa **x)** Jama'at-ud-Da'awah **y)** Jama'at-ud-Da'awa **z)** Jamaati-ud-Dawa **aa)** Falah-i-Insaniat Foundation (FIF) **F.k.a.:** na **Address:** na **Listed on:** 2 May 2005 ( amended on 3 Nov. 2005, 10 Dec. 2008, 14 Mar. 2012, 24 Nov. 2020, 30 Oct. 2023 ) **Other information:** Associated with Hafiz Muhammad Saeed (QDi.263) who is the leader of Lashkar-e-Tayyiba. Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPe.017 Name:** LEADER (HONG KONG) INTERNATIONAL
**A.k.a.: a)** Leader International Trading Limited **b)** Leader (Hong Kong) International Trading Limited **F.k.a.:** na **Address:** LM-873, RM B, 14/F, Wah Hen Commercial Centre, 383 Hennessy Road, Wanchai, China, Hong Kong Special Administrative Region (China, Hong Kong Special Administrative Region) **Listed on:** 22 Jan. 2013 ( amended on 20 Jun. 2014 ) **Other information:** Facilitates shipments on behalf of the Korea Mining Development Trading Corporation (KOMID). KOMID was designated by the Committee in April 2009 and is the DPRK's primary arms dealer and main exporter of goods and equipment related to ballistic missiles and conventional weapons. Hong Kong company registration number 1177053.

**LYe.002 Name:** LIBYAN AFRICA INVESTMENT PORTFOLIO
**A.k.a.:** na **F.k.a.:** na **Address:** Jamahiriya Street, LAP Building, PO Box 91330, Tripoli, Libya **Listed on:** 17 Mar. 2011**Other information:** Listed pursuant to paragraph 17 of resolution 1973, as modified on 16 September pursuant to paragraph 15 of resolution 2009. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**LYe.001 Name:** LIBYAN INVESTMENT AUTHORITY
**A.k.a.:** Libyan Foreign Investment Company (LFIC) **F.k.a.:** na **Address:** 1 Fateh Tower Office, No 99 22nd Floor, Borgaida Street, Tripoli, 1103, Libya **Listed on:** 17 Mar. 2011**Other information:** Listed pursuant to paragraph 17 of resolution 1973, as modified on 16 September pursuant to paragraph 15 of resolution 2009. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.011 Name:** LIBYAN ISLAMIC FIGHTING GROUP
**Name (original script):** الجماعة الاسلامية المقاتلة الليبية
**A.k.a.:** LIFG **F.k.a.:** na **Address:** Libya **Listed on:** 6 Oct. 2001 ( amended on 5 Mar. 2009, 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Members in Afghanistan merged with Al-Qaida (QDe.004) in Nov. 2007. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQe.200 Name:** LOGARCHEO S.A.
**A.k.a.:** na **F.k.a.:** LOGARCHEO AG **Address:** Chemin du Carmel, 1661 Le Paquier-Montbarry, Switzerland **Listed on:** 26 Apr. 2004**Other information:** Federal No.: CH-2 17-0-431-423-3 (Switzerland)

**CFe.002 Name:** LORD'S RESISTANCE ARMY
**A.k.a.: a)** LRA **b)** Lord's Resistance Movement (LRM) **c)** Lord's Resistance Movement/Army (LRM/A) **F.k.a.:** na **Address: a)** Vakaga, Central African Republic **b)** Haute-Kotto, Central African Republic **c)** Basse-Kotto, Central African Republic **d)** Haut-Mbomou, Central African Republic **e)** Mbomou, Central African Republic **f)** Haut-Uolo, Democratic Republic of the Congo **g)** Bas-Uolo, Democratic Republic of the Congo **h)** Reported

address: Kafia Kingi (a territory on the border of Sudan and South Sudan whose final status has yet to be determined). (As of January 2015, 500 Lord's Resistance Army elements were reportedly expelled from the Sudan.) **Listed on:** 7 Mar. 2016**Other information:** Emerged in northern Uganda in the 1980s. Has engaged in the abduction, killing and mutilation of thousands of civilians in Central Africa, including hundreds in the Central African Republic. The leader is Joseph Kony (CFi.009). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.038 Name:** M. BABAIE INDUSTRIES
**A.k.a.:** na **F.k.a.:** na **Address:** P.O. Box 16535-76, Tehran, 16548, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** Subordinate to Shahid Ahmad Kazemi Industries Group (formally the Air Defense Missile Industries Group) of Iran's Aerospace Industries Organization (AIO). AIO controls the missile organizations Shahid Hemmat Industrial Group (SHIG) and the Shahid Bakeri Industrial Group (SBIG), both of which were designated in resolution 1737 (2006). [Old Reference # E.29.I.8]

**CDe.006 Name:** M23
**A.k.a.:** Mouvement du 23 mars **F.k.a.:** na **Address:** na **Listed on:** 31 Dec. 2012**Other information:** e-mail: mouvementdu23mars1@gmail.com INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDe.007 Name:** MACHANGA LTD
**A.k.a.:** na **F.k.a.:** na **Address:** Plot 55A, Upper Kololo Terrace, Kampala, Uganda **Listed on:** 29 Mar. 2007 ( amended on 19 Aug. 2020 ) **Other information:** Gold export company (Directors: Mr. Rajendra Kumar Vaya and Mr. Hirendra M. Vaya). In 2010, assets belonging to Machanga, held in the account of Emirates Gold, were frozen by Bank of Nova Scotia Mocatta (UK). The owners of Machanga have remained involved in purchasing gold from eastern DRC. Machanga Ltd last filed an annual return in 2004 and was listed as "status inactive" according to the authorities of the Republic of Uganda. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.012 Name:** MAKHTAB AL-KHIDAMAT
**Name (original script):** مكتب الخدمات
**A.k.a.: a)** MAK **b)** Al Kifah **c)** AFGHAN SERVICE BUREAU **F.k.a.:** na **Address:** na **Listed on:** 6 Oct. 2001 ( amended on 5 Mar. 2009, 13 Dec. 2011, 24 Nov. 2020, 8 Nov. 2022, 14 Nov. 2023 ) **Other information:** Absorbed into Al-Qaida (QDe.004). Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.039 Name:** MAKIN
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by or acting on behalf of KAA, and is a subsidiary of KAA. [Old Reference # E.29.II.8]

**IRe.040 Name:** MALEK ASHTAR UNIVERSITY
**A.k.a.:** na **F.k.a.:** na **Address:** Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** Subordinate of the DTRSC within MODAFL. This includes research groups previously falling under the Physics Research Center (PHRC). IAEA inspectors have not been allowed to interview staff or see documents under the control of this organization to resolve the outstanding issue of the possible military dimension to Iran's nuclear programme. [Old Reference # E.29.I.9]

**KPe.050 Name:** MANSUDAE OVERSEAS PROJECT GROUP OF COMPANIES
**A.k.a.:** Mansudae Art Studio **F.k.a.:** na **Address:** Yanggakdo International Hotel, RYUS, Pyongyang, Democratic People's Republic of Korea **Listed on:** 5 Aug. 2017 ( amended on 26 Jul. 2022 ) **Other information:** Mansudae Overseas Project Group of Companies engaged in, facilitated, or was responsible for the exportation of workers from the DPRK to other nations for construction-related activities including for

statues and monuments to generate revenue for the Government of the DPRK or the Workers' Party of Korea. The Mansudae Overseas Project Group of Companies has been reported to conduct business in countries in Africa and Southeast Asia including Algeria, Angola, Botswana, Benin, Cambodia, Chad, the Democratic Republic of the Congo, Equatorial Guinea, Malaysia, Mozambique, Madagascar, Namibia, Syria, Togo, and Zimbabwe.

**IRe.041 Name:** MESBAH ENERGY COMPANY
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 23 Dec. 2006**Other information:** Provider for A-40 research reactor, Arak. [Old Reference # E.37.A.2]

**KPe.027 Name:** MINISTRY OF ATOMIC ENERGY INDUSTRY
**A.k.a.:** MAEI **F.k.a.:** na **Address:** Haeun-2-dong, Pyongchon District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016**Other information:** The Ministry of Atomic Energy Industry was created in 2013 for the purpose of modernizing the DPRK's atomic energy industry to increase the production of nuclear materials, improve their quality, and further develop an independent DPRK nuclear industry. As such, the MAEI is known to be a critical player in the DPRK's development of nuclear weapons and is in charge of day-to-day operation of the country's nuclear weapons program, and under it are other nuclear-related organizations. Under this ministry are a number of nuclear-related organizations and research centers, as well as two committees: an Isotope Application Committee and a Nuclear Energy Committee. The MAEI also directs a nuclear research center at Yongbyun, the site of the DPRK's known plutonium facilities. Furthermore, in the 2015 Panel of Experts (POE) report, the POE stated that Ri Je-son, a former director of the GBAE who was designated by the Committee established pursuant to resolution 1718 (2006) in 2009 for engagement in or support for nuclear related programs, was appointed as head of the MAEI on April 9, 2014.

**IRe.042 Name:** MINISTRY OF DEFENSE LOGISTICS EXPORT
**A.k.a.:** MODLEX **F.k.a.:** na **Address: a)** P.O. Box 16315-189, Tehran, Iran (Islamic Republic of) **b)** Located on the west side of Dabestan Street, Abbas Abad District, Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** MODLEX sells Iranian-produced arms to customers around the world in contravention of resolution 1747 (2007), which prohibits Iran from selling arms or related materiel. [Old Reference # E.29.I.10]

**KPe.054 Name:** MINISTRY OF NATIONAL DEFENCE
**A.k.a.: a)** MINISTRY OF NATIONAL DEFENSE **b)** MINISTRY OF DEFENCE **c)** MINISTRY OF DEFENSE **F.k.a.:** MINISTRY OF THE PEOPLE'S ARMED FORCES (MPAF) **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 22 Dec. 2017 ( amended on 7 Mar. 2024 ) **Other information:** The Ministry of National Defence manages the general administrative and logistical needs of the Korean People's Army.

**IRe.043 Name:** MIZAN MACHINERY MANUFACTURING
**A.k.a.:** 3MG **F.k.a.:** na **Address:** P.O. Box 16595-365, Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acts on behalf of, SHIG. [Old Reference # E.29.I.11]

**IRe.044 Name:** MODERN INDUSTRIES TECHNIQUE COMPANY (MITEC)
**A.k.a.: a)** MITEC **b)** Rahkar Company **c)** Rahkar Industries **d)** Rahkar Sanaye Company **e)** Rahkar Sanaye Novin **F.k.a.:** na **Address:** Arak, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010 ( amended on 17 Dec. 2014 ) **Other information:** MITEC is responsible for design and construction of the IR-40 heavy water reactor in Arak. MITEC has spearheaded procurement for the construction of the IR-40 heavy water reactor. [Old Reference # E.29.I.12]

**QDe.089 Name:** MOROCCAN ISLAMIC COMBATANT GROUP
**Name (original script):** الجماعة الاسلامية المغربية المقاتلة
**A.k.a.: a)** Groupe Islamique Combattant Marocain **b)** GICM **F.k.a.:** na **Address:** Morocco **Listed on:** 10 Oct. 2002 ( amended on 5 Mar. 2009, 24 Nov. 2020 ) **Other information:** Associated with the Organization of Al-Qaida in the Islamic Maghreb (QDe.014). Review pursuant to Security Council resolution 1822 (2008) was

concluded on 20 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.134 Name:** MOUVEMENT POUR L'UNIFICATION ET LE JIHAD EN AFRIQUE DE L'OUEST (MUJAO)
**Name (original script):** حركة التوحيد والجهاد في غرب إفريقيا
**A.k.a.:** na **F.k.a.:** na **Address: a)** Mali **b)** Algeria **Listed on:** 5 Dec. 2012 ( amended on 15 Nov. 2021 ) **Other information:** Associated with The Organization of Al-Qaida in the Islamic Maghreb (QDe.014) and Mokhtar Belmokhtar (QDi.136). Active in the Sahel/Sahara region. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.136 Name:** MUHAMMAD JAMAL NETWORK (MJN)
**Name (original script):** شبكة محمد جمال
**A.k.a.: a)** Muhammad Jamal Group **b)** Jamal Network **c)** Abu Ahmed Group **d)** Al-Qaida in Egypt (AQE) **F.k.a.:** na **Address:** na **Listed on:** 21 Oct. 2013 ( amended on 1 May 2019, 8 Nov. 2022 ) **Other information:** Terrorist and paramilitary group established by Muhammad Jamal al Kashif (QDi.318) in 2011 and linked to Al-Qaida (QDe.004), Aiman al-Zawahiri (QDi.006), and the leadership of Al-Qaida in the Arabian Peninsula (AQAP) (QDe.129) and the Organization of Al-Qaida in the Islamic Maghreb (AQIM) (QDe.014). Funded and supported by AQAP. Multiple terrorist training camps in Egypt and Libya. Reportedly acquiring weapons, conducting training and establishing terrorist groups in the Sinai, Egypt. Training suicide bombers, foreign fighters and planning terrorist attacks in Egypt, Libya and elsewhere as of Sep. 2013. MJN members were reported to be involved in the attack on the United States Mission in Benghazi, Libya, on 11 Sep. 2012. Review pursuant to Security Council resolution 2253 (2015) was concluded on 21 Feb. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.150 Name:** MUJAHIDIN INDONESIAN TIMUR (MIT)
**A.k.a.: a)** Mujahidin of Eastern Indonesia **b)** East Indonesia Mujahideen **c)** Mujahidin Indonesia Timor **d)** Mujahidin Indonesia Barat (MIB) **e)** Mujahidin of Western Indonesia **F.k.a.:** na **Address:** Indonesia **Listed on:** 29 Sep. 2015 ( amended on 30 Mar. 2017, 15 Nov. 2021 ) **Other information:** Terrorist group linked to Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), Jemaah Islamiyah (JI) (QDe.092), and Jemmah Anshorut Tauhid (JAT) (QDe.133). Operates in Java and Sulawesi, Indonesia and also active in Indonesia's eastern provinces. Its former leader was Abu Wardah, a.k.a. Santoso (deceased). Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPe.028 Name:** MUNITIONS INDUSTRY DEPARTMENT
**A.k.a.: a)** Military Supplies Industry Department **b)** MID **F.k.a.:** MACHINE INDUSTRY DEPARTMENT **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016 ( amended on 9 Jul. 2018, 16 Aug. 2023 ) **Other information:** The Munitions Industry Department is involved in key aspects of the DPRK's missile program. MID is responsible for overseeing the development of the DPRK's ballistic missiles, including the Taepo Dong-2.The MID oversees the DPRK's weapons production and R&D programs, including the DPRK's ballistic missile program. The Second Economic Committee and the Second Academy of Natural Sciences – also designated in August 2010 – are subordinate to the MID. The MID in recent years has worked to develop the KN08 road-mobile ICBM. The MID oversees the DPRK's nuclear program. The Nuclear Weapons Institute is subordinate to the MID.

**KPe.068 Name:** MYOHYANG SHIPPING CO
**A.k.a.:** na **F.k.a.:** na **Address:** Kumsong 3-dong, Mangyongdae-guyok, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Mar. 2018 ( amended on 26 Jul. 2022 ) **Other information:** Ship manager of

DPRK oil products tanker YU SON, which is believed to have been involved in ship-to-ship transfer operations for oil. IMO number: 5988369.

**KPe.004 Name:** NAMCHONGANG TRADING CORPORATION
**A.k.a.: a)** NCG **b)** NAMCHONGANG TRADING **c)** NAM CHON GANG CORPORATION **d)** NOMCHONGANG TRADING CO. **e)** NAM CHONG GAN TRADING CORPORATION **f)** Namhung Trading Corporation **g)** Korea Daeryonggang Trading Corporation **h)** Korea Tearyonggang Trading Corporation **F.k.a.:** na **Address: a)** Chilgol, Pyongyang, Democratic People's Republic of Korea **b)** Sengujadong 11-2/(or Kwangbok-dong), Mangyongdae District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 16 Jul. 2009 ( amended on 2 Mar. 2016, 5 Jun. 2017, 26 Jul. 2022 ) **Other information:** Namchongang is a DPRK trading company subordinate to the General Bureau of Atomic Energy (GBAE). Namchongang has been involved in the procurement of Japanese origin vacuum pumps that were identified at a DPRK nuclear facility, as well as nuclear-related procurement associated with a German individual. It has further been involved in the purchase of aluminum tubes and other equipment specifically suitable for a uranium enrichment program from the late 1990s. Its representative is a former diplomat who served as DPRK's representative for the IAEA inspection of the Yongbyon nuclear facilities in 2007. Namchongang's proliferation activities are of grave concern given the DPRK's past proliferation activities. Telephone numbers: +850-2-18111, 18222 (ext. 8573). Facsimile number: +850-2-381-4687.

**KPe.029 Name:** NATIONAL AEROSPACE TECHNOLOGY ADMINISTRATION
**A.k.a.:** NATA **F.k.a.: a)** NATIONAL AEROSPACE DEVELOPMENT ADMINISTRATION **b)** NADA **Address:** Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016 ( amended on 15 Apr. 2024 ) **Other information:** NATA is involved in the DPRK's development of space science and technology, including satellite launches and carrier rockets.

**IRe.045 Name:** NIRU BATTERY MANUFACTURING COMPANY
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 3 Mar. 2008**Other information:** Subsidiary of DIO. Its role is to manufacture power units for the Iranian military including missile systems. [Old Reference # E.03.III.9]

**IRe.046 Name:** NOVIN ENERGY COMPANY
**A.k.a.:** Pars Novin **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007**Other information:** Operates within AEOI and has transferred funds on behalf of AEOI to entities associated with Iran's nuclear programme. [Old Reference # E.47.A.6]

**IRe.047 Name:** NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE (NFRPC)
**A.k.a.: a)** Center for Agricultural Research and Nuclear Medicine **b)** Karaji Agricultural and Medical Research Center **F.k.a.:** na **Address:** P.O. Box 31585-4395, Karaj, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010 ( amended on 17 Dec. 2014 ) **Other information:** NFRPC is a large research component of AEOI, which was designated in resolution 1737 (2006). The NFRPC is AEOI's center for the development of nuclear fuel and is involved in enrichment-related activities. [Old Reference # E.29.I.13]

**KPe.020 Name:** OCEAN MARITIME MANAGEMENT COMPANY, LIMITED (OMM)
**A.k.a.: a)** East Sea Shipping Company **b)** Korea Mirae Shipping Co. Ltd **c)** Haeyang Crew Management Company **F.k.a.:** na **Address: a)** Donghung Dong, Central District, PO Box 120, Pyongyang, Democratic People's Republic of Korea **b)** Dongheung-dong Changgwang Street, Chung-Ku, PO Box 125, Pyongyang, Democratic People's Republic of Korea **Listed on:** 28 Jul. 2014 ( amended on 26 Jul. 2022 ) **Other information:** Ocean Maritime Management Company, Limited is the operator/manager of the vessel Chong Chon Gang. It played a key role in arranging the shipment of concealed cargo of arms and related materiel from Cuba to the DPRK in July 2013. As such, Ocean Maritime Management Company, Limited contributed to activities prohibited by the resolutions, namely the arms embargo imposed by resolution 1718 (2006), as modified by resolution 1874 (2009), and contributed to the evasion of the measures imposed by these resolutions. International Maritime Organization (IMO) Number: 1790183.

**KPe.030 Name:** OFFICE 39
**A.k.a.: a)** Office #39 **b)** Office No. 39 **c)** Bureau 39 **d)** Central Committee Bureau 39 **e)** Third Floor **f)** Division 39 **F.k.a.:** na **Address: a)** Second KWP Government Building (Korean – Ch'o'ngsa, Urban Town (Korean-Dong), Chung Ward, Pyongyang, Democratic People's Republic of Korea **b)** Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Democratic People's Republic of Korea **c)** Changwang Street, Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016 ( amended on 26 Jul. 2022 ) **Other information:** DPRK government entity

**IRe.048 Name:** OMRAN SAHEL
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by Ghorb Nooh. [Old Reference # E.29.II.9]

**KPe.052 Name:** ORGANIZATION AND GUIDANCE DEPARTMENT (OGD)
**A.k.a.:** na **F.k.a.:** na **Address:** Democratic People's Republic of Korea **Listed on:** 11 Sep. 2017**Other information:** The Organization and Guidance Department is a very powerful body of the Worker's Party of Korea. It directs key personnel appointments for the Workers' Party of Korea, the DPRK's military, and the DPRK's government administration. It also purports to control the political affairs of all of the DPRK and is instrumental in implementing the DPRK's censorship policies.

**IRe.049 Name:** ORIENTAL OIL KISH
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acts on behalf of, KAA. [Old Reference # E.29.II.10]

**KPe.069 Name:** PAEKMA SHIPPING CO
**A.k.a.:** Care of First Oil JV Co Ltd **F.k.a.:** na **Address:** Jongbaek 1-dong, Rakrang-guyok, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Mar. 2018**Other information:** Registered owner of the DPRK tanker PAEK MA, which was involved in ship-to-ship transfer operations for oil in mid-January 2018.

**IRe.050 Name:** PARCHIN CHEMICAL INDUSTRIES
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007**Other information:** Branch of DIO, which produces ammunition, explosives, as well as solid propellants for rockets and missiles. [Old Reference # E.47.A.4]

**IRe.051 Name:** PARS AVIATION SERVICES COMPANY
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007**Other information:** Maintains various aircraft, including MI-171, used by IRGC Air Force. [Old Reference # E.47.B.2]

**IRe.052 Name:** PARS TRASH COMPANY
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 23 Dec. 2006**Other information:** Involved in centrifuge programme, identified in IAEA reports. [Old Reference # E.37.A.4]

**IRe.053 Name:** PEJMAN INDUSTRIAL SERVICES CORPORATION
**A.k.a.:** na **F.k.a.:** na **Address:** P.O. Box 16785-195, Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acts on behalf of, SBIG. [Old Reference # E.29.I.14]

**KPe.070 Name:** PHYONGCHON SHIPPING & MARINE
**A.k.a.:** PHYONGCHON SHIPPING AND MARINE **F.k.a.:** na **Address:** Otan-dong, Chung-guyok, Pyongyang, Democratic People's Republic of Korea **Listed on:** 30 Mar. 2018 ( amended on 26 Jul. 2022 ) **Other information:** Registered owner of DPRK tanker JI SONG 6, which is believed to have been involved in ship-to-ship transfer operations of oil in late January 2018. The company also owns vessels JI SONG 8 and WOORY STAR. IMO number: 5878561.

**IRe.054 Name:** PISHGAM ENERGY INDUSTRIES
**A.k.a.:** Pioneer Energy Industries **F.k.a.:** na **Address:** na **Listed on:** 3 Mar. 2008**Other information:** Participated in the construction of the Uranium Conversion Facility at Esfahan. [Old Reference # E.03.III.10]

**KPe.071 Name:** PRO-GAIN GROUP CORPORATION
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 30 Mar. 2018 ( amended on 8 Aug. 2018 ) **Other information:** Company owned or controlled by Tsang Yung Yuan and involved in illicit transfers of DPRK coal.

**KPe.053 Name:** PROPAGANDA AND AGITATION DEPARTMENT (PAD)
**A.k.a.:** na **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 11 Sep. 2017**Other information:** The Propaganda and Agitation Department has full control over the media, which it uses as a tool to control the public on behalf of the DPRK leadership. The Propaganda and Agitation Department also engages in or is responsible for censorship by the Government of the DPRK, including newspaper and broadcast censorship.

**IRe.055 Name:** QODS AERONAUTICS INDUSTRIES
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007**Other information:** Produces unmanned aerial vehicles (UAVs), parachutes, para-gliders, para-motors, etc. IRGC has boasted of using these products as part of its asymmetric warfare doctrine. [Old Reference # E.47.B.1]

**QDe.021 Name:** RABITA TRUST
**A.k.a.:** na **F.k.a.:** na **Address: a)** Room 9a, 2nd Floor, Wahdat Road, Education Town, Lahore, Pakistan **b)** Wares Colony, Lahore, Pakistan (at time of listing) **Listed on:** 17 Oct. 2001 ( amended on 21 Mar. 2012, 18 Jun. 2015, 24 Nov. 2020, 8 Nov. 2022 ) **Other information:** Banned in Pakistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.056 Name:** RAH SAHEL
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acting on behalf of, KAA. [Old Reference # E.29.II.11]

**IRe.057 Name:** RAHAB ENGINEERING INSTITUTE
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acting on behalf of, KAA and is a subsidiary of KAA. [Old Reference # E.29.II.12]

**TAe.013 Name:** RAHAT LTD.
**Name (original script):** راحت لمتد
**A.k.a.: a)** Rahat Trading Company **b)** Haji Muhammad Qasim Sarafi **c)** New Chagai Trading **d)** Musa Kalim Hawala **F.k.a.:** na **Address: a)** (Branch Office 1: Room number 33, 5th Floor, Sarafi Market, Kandahar city, Kandahar Province, Afghanistan) **b)** (Branch Office 2: Shop number 4, Azizi Bank, Haji Muhammad Isa Market, Wesh, Spin Boldak, Kandahar Province, Afghanistan) **c)** (Branch Office 3: Safaar Bazaar, Garmser District, Helmand Province, Afghanistan) **d)** (Branch Office 4: Lashkar Gah, Helmand Province, Afghanistan) **e)** (Branch Office 5: Gereshk District, Helmand Province, Afghanistan) **f)** (Branch Office 6: Zaranj District, Nimroz Province, Afghanistan) **g)** (Branch Office 7: i) Dr Barno Road, Quetta, Pakistan ii) Haji Mohammed Plaza, Tol Aram Road, near Jamaluddin Afghani Road, Quetta, Pakistan iii) Kandahari Bazaar, Quetta, Pakistan) **h)** (Branch Office 8: Chaman, Baluchistan Province, Pakistan) **i)** (Branch Office 9: Chaghi Bazaar, Chaghi, Baluchistan Province, Pakistan) **j)** (Branch Office 10: Zahedan, Zabol Province, Iran) **Listed on:** 21 Nov. 2012 ( amended on 27 Jun. 2013 ) **Other information:** Rahat Ltd. was used by Taliban leadership to transfer funds originating from external donors and narcotics trafficking to finance Taliban activity as of 2011 and 2012. Owned by Mohammed Qasim Mir Wali Khudai Rahim (TAi.165). Also associated Mohammad Naim Barich Khudaidad (TAi.013). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.128 Name:** RAJAH SOLAIMAN MOVEMENT
**A.k.a.: a)** Rajah Solaiman Islamic Movement **b)** Rajah Solaiman Revolutionary Movement **F.k.a.:** na **Address:**

**a)** Barangay Mal-Ong, Anda, Pangasinan Province, Philippines **b)** Sitio Dueg, Barangay Maasin, San Clemente, Tarlac Province, Philippines **c)** Number 50, Purdue Street, Cubao, Quezon City, Philippines **Listed on:** 4 Jun. 2008 ( amended on 13 Dec. 2011, 9 May 2018, 6 Dec. 2019, 30 Oct. 2023 ) **Other information:** Founded and headed by Hilarion Del Rosario Santos III (QDi.244). Associated with the Abu Sayyaf Group (QDe.001), Jemaah Islamiyah (QDe.092) and Khadafi Abubakar Janjalani (deceased). Review pursuant to Security Council resolution 1822 (2008) was concluded on 13 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 30 October 2023. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPe.031 Name:** RECONNAISSANCE GENERAL BUREAU
**A.k.a.: a)** Chongch'al Ch'ongguk **b)** KPA Unit 586 **c)** RGB **F.k.a.:** na **Address: a)** Hyongjesan-Guyok, Pyongyang, Democratic People's Republic of Korea **b)** Nungrado, Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016**Other information:** The Reconnaissance General Bureau is the DPRK's premiere intelligence organization, created in early 2009 by the merger of existing intelligence organizations from the Korean Workers' Party, the Operations Department and Office 35, and the Reconnaissance Bureau of the Korean People's Army. The Reconnaissance General Bureau trades in conventional arms and controls the DPRK conventional arms firm Green Pine Associated Corporation.

**QDe.070 Name:** REVIVAL OF ISLAMIC HERITAGE SOCIETY
**Name (original script):** جمعية احياء التراث الاسلامي
**A.k.a.: a)** Revival of Islamic Society Heritage on the African Continent **b)** Jamia Ihya ul Turath **c)** RIHS **d)** Jamiat Ihia Al-Turath Al-Islamiya **e)** Al-Furqan Foundation Welfare Trust **f)** Al-Furqan Welfare Foundation **F.k.a.:** na **Address: a)** Pakistan **b)** Afghanistan **Listed on:** 11 Jan. 2002 ( amended on 25 Jul. 2006, 5 Mar. 2009, 13 Dec. 2011, 15 Jun. 2015, 24 Nov. 2020 ) **Other information:** NOTE: Only the Pakistan and Afghanistan offices of this entity are designated. Associated with Abu Bakr al-Jaziri (QDi.058) and Afghan Support Committee (ASC) (QDe.069). Review pursuant to Security Council resolution 1822 (2008) was concluded on 8 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.100 Name:** RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS (RSRSBCM)
**A.k.a.: a)** Riyadus-Salikhin Reconnaissance and Sabotage Battalion **b)** Riyadh-as-Saliheen **c)** The Sabotage and Military Surveillance Group of the Riyadh al-Salihin Martyrs **d)** Firqat al-Takhrib wa al-Istitla al-Askariyah li Shuhada Riyadh al-Salihin **e)** Riyadus-Salikhin Reconnaissance and Sabotage battalion of Shahids (martyrs) **F.k.a.:** na **Address:** na **Listed on:** 4 Mar. 2003 ( amended on 25 Jul. 2006, 13 Dec. 2011, 24 Nov. 2020, 8 Nov. 2022 ) **Other information:** Associated with the Islamic International Brigade (IIB) (QDe.099), the Special Purpose Islamic Regiment (SPIR) (QDe.101) and Emarat Kavkaz (QDe.131). Review pursuant to Security Council resolution 1822 (2008) was concluded on 17 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**TAe.011 Name:** ROSHAN MONEY EXCHANGE
**Name (original script):** صرافی روشان
**A.k.a.: a)** Roshan Sarafi **b)** Roshan Trading Company **c)** Rushaan Trading Company **d)** Roshan Shirkat **e)** Maulawi Ahmed Shah Hawala **f)** Mullah Ahmed Shah Hawala **g)** Haji Ahmad Shah Hawala **h)** Ahmad Shah Hawala **F.k.a.:** na **Address: a)** (Branch Office 1: **i)** Shop number 1584, Furqan (variant Fahr Khan) Center, Chalhor Mal Road,Quetta, Baluchistan Province, Pakistan **ii)** Flat number 4, Furqan Center, Jamaluddin Afghani Road, Quetta, Baluchistan Province, Pakistan **iii)** Office number 4, 2nd Floor , Muslim Plaza Building, Doctor Banu Road, Quetta, Baluchistan Province, Pakistan **iv)** Cholmon Road, Quetta, Baluchistan Province, Pakistan **v)** Munsafi Road, Quetta, Baluchistan Province, Pakistan **vi)** Shop number 1, 1st Floor, Kadari Place, Abdul Samad Khan Street (next to Fatima Jena Road), Quetta, Baluchistan Province, Pakistan) **b)** (Branch Office 2: **i)**

Safar Bazaar, Garmser District, Helmand Province, Afghanistan ii) Main Bazaar, Safar, Helmand Province, Afghanistan) **c)** (Branch Office 3: i) Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan ii) Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan iii) Lashkar Gah Bazaar, Helmand Province, Afghanistan) **d)** (Branch Office 4: Hazar Joft, Garmser District, Helmand Province, Afghanistan) **e)** (Branch Office 5: Ismat Bazaar, Marjah District, Helmand Province, Afghanistan) **f)** (Branch Office 6: Zaranj, Nimruz Province, Afghanistan) **g)** (Branch Office 7: i) Suite number 8, 4th Floor, Sarafi Market, District number 1, Kandahar City, Kandahar Province, Afghanistan ii) Shop number 25, 5th Floor, Sarafi Market, Kandahar City, Kandahar District, Kandahar Province, Afghanistan) **h)** (Branch Office 8: Lakri City, Helmand Province, Afghanistan) **i)** (Branch Office 9: Gerd-e-Jangal, Chaghi District, Baluchistan Province, Pakistan) **j)** (Branch Office 10: Chaghi, Chaghi District, Baluchistan Province, Pakistan) **k)** (Branch Office 11: Aziz Market, in front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan) **Listed on:** 29 Jun. 2012 ( amended on 25 Oct. 2012 ) **Other information:** Roshan Money Exchange stores and transfers funds to support Taliban military operations and narcotics trade in Afghanistan. Owned by Ahmed Shah Noorzai Obaidullah (TAi.166). INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals [click here](https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals)

**IRe.058 Name:** SABALAN COMPANY
**A.k.a.:** na **F.k.a.:** na **Address:** Damavand Tehran Highway, Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** Sabalan is a cover name for SHIG. [Old Reference # E.29.I.15]

**IRe.059 Name:** SAD IMPORT EXPORT COMPANY
**A.k.a.:** na **F.k.a.:** na **Address: a)** Haftom Tir Square, South Mofte Avenue, Tour Line No 3/1, Tehran, Iran (Islamic Republic of) **b)** P.O. Box 1584864813, Tehran, Iran (Islamic Republic of) **Listed on:** 20 Dec. 2012 ( amended on 17 Dec. 2014 ) **Other information:** Assisted Parchin Chemical Industries and 7th of Tir Industries, designated in resolutions 1747 (2007) and 1737 (2006), in violating paragraph 5 of resolution 1747 (2007). [Old Reference # I.AC.50.20.12.12.(2)]

**IRe.060 Name:** SAFETY EQUIPMENT PROCUREMENT (SEP)
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 3 Mar. 2008**Other information:** AIO front-company, involved in the ballistic missile programme. [Old Reference # E.03.III.11]

**IRe.061 Name:** SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY (SAPICO)
**A.k.a.:** na **F.k.a.:** na **Address:** Damavand Tehran Highway, Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** SAPICO is a cover name for SHIG. [Old Reference # E.29.I.16]

**IRe.062 Name:** SAHEL CONSULTANT ENGINEERS
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by Ghorb Nooh. [Old Reference # E.29.II.13]

**IRe.063 Name:** SANAM INDUSTRIAL GROUP
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007**Other information:** Subordinate to AIO, which has purchased equipment on AIO's behalf for the missile programme. [Old Reference # E.47.A.9]

**KPe.018 Name:** SECOND ACADEMY OF NATURAL SCIENCES
**A.k.a.: a)** 2ND ACADEMY OF NATURAL SCIENCES **b)** CHE 2 CHAYON KWAHAKWON **c)** ACADEMY OF NATURAL SCIENCES **d)** CHAYON KWAHAK-WON **e)** NATIONAL DEFENSE ACADEMY **f)** KUKPANG KWAHAK-WON **g)** SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE **h)** SANSRI **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 7 Mar. 2013**Other information:** The Second Academy of Natural Sciences is a national-level organization responsible for research and development of the DPRK's advanced weapons systems, including missiles and probably nuclear weapons. The Second Academy of Natural Sciences uses a number of subordinate organizations to obtain technology, equipment, and information from overseas, including Tangun Trading Corporation, for use in the DPRK's missile and probably nuclear weapons programs. Tangun Trading Corporation was designated by the Committee in July 2009 and is primarily responsible for the procurement of commodities and technologies to

support DPRK's defense research and development programs, including, but not limited to, weapons of mass destruction and delivery system programs and procurement, including materials that are controlled or prohibited under relevant multilateral control regimes.

**KPe.032 Name:** SECOND ECONOMIC COMMITTEE
**A.k.a.:** na **F.k.a.:** na **Address:** Kangdong, Democratic People's Republic of Korea **Listed on:** 2 Mar. 2016**Other information:** The Second Economic Committee is involved in key aspects of the DPRK's missile program. The Second Economic Committee is responsible for overseeing the production of the DPRK's ballistic missiles, and directs the activities of KOMID.

**QDe.154 Name:** SELSELAT AL-THAHAB
**Name (original script):** سلسلة الذهب للصرافة
**A.k.a.: a)** Silsilet al Thahab **b)** Selselat al Thahab For Money Exchange **c)** Silsilat Money Exchange Company **d)** Silsilah Money Exchange Company **e)** Al Silsilah al Dhahaba **f)** Silsalat al Dhab **F.k.a.:** na **Address: a)** Al-Kadhumi Complex, Al-Harthia, Baghdad, Iraq **b)** Al-Abbas Street, Karbala, Iraq **Listed on:** 20 Jul. 2017 ( amended on 8 Nov. 2022 ) **Other information:** Money exchange business facilitating the movement of funds on behalf of Islamic State in Iraq and the Levant (ISIL), listed as Al-Qaida in Iraq (QDe.115), as of Apr. 2016. Conducted over one hundred financial transfers into ISIL-controlled territory. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.064 Name:** SEPANIR
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acting on behalf of, KAA. [Old Reference # E.29.II.14]

**IRe.065 Name:** SEPASAD ENGINEERING COMPANY
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acting on behalf of, KAA. [Old Reference # E.29.II.15]

**IRe.066 Name:** SHAHID BAGHERI INDUSTRIAL GROUP (SBIG)
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 23 Dec. 2006**Other information:** Subordinate entity of AIO. [Old Reference # E.37.B.2]

**IRe.067 Name:** SHAHID HEMMAT INDUSTRIAL GROUP (SHIG)
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 23 Dec. 2006**Other information:** Subordinate entity of AIO. [Old Reference # E.37.B.1]

**IRe.068 Name:** SHAHID KARRAZI INDUSTRIES
**A.k.a.:** na **F.k.a.:** na **Address:** Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acts on behalf of, SBIG. [Old Reference # E.29.I.17]

**IRe.069 Name:** SHAHID SATTARI INDUSTRIES
**A.k.a.:** Shahid Sattari Group Equipment Industries **F.k.a.:** na **Address:** Southeast Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** Owned or controlled by, or acts on behalf of, SBIG. [Old Reference # E.29.I.18]

**IRe.070 Name:** SHAHID SAYYADE SHIRAZI INDUSTRIES (SSSI)
**A.k.a.:** na **F.k.a.:** na **Address: a)** Next To Nirou Battery Mfg. Co, Shahid Babaii Expressway, Nobonyad Square, Tehran, Iran (Islamic Republic of) **b)** Pasdaran St., P.O. Box 16765, Tehran, 1835, Iran (Islamic Republic of) **c)** Babaei Highway - Next to Niru M.F.G, Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** SSSI is owned or controlled by, or acts on behalf of, DIO. [Old Reference # E.29.I.19]

**KPe.072 Name:** SHANGHAI DONGFENG SHIPPING CO LTD
**A.k.a.:** na **F.k.a.:** na **Address:** Room 601, 433, Chifeng Lu, Hongkou Qu, Shanghai, 200083, China **Listed on:**

30 Mar. 2018**Other information:** Registered owner, ship and commercial manager of the DONG FENG 6, a vessel that loaded coal at Hamhung, DPRK, on 11 July 2017 for export in violation of UN sanctions.

**KPe.073 Name:** SHEN ZHONG INTERNATIONAL SHIPPING
**A.k.a.:** 沈忠國際海運有限公司 **F.k.a.:** na **Address:** Unit 503, 5th Floor, Silvercord Tower 2, 30, Canton Road, Tsim Sha Tsui, Kowloon, Hong Kong, China **Listed on:** 30 Mar. 2018**Other information:** Ship and commercial manager of HAO FAN 2 and HAO FAN 6, St Kitts-Nevis-flagged vessels. The HAO FAN 6 loaded coal at Nampo, DPRK, on 27 August 2017. HAO FAN 2 loaded DPRK coal at Nampo, DPRK, on 3 June 2017.

**IRe.071 Name:** SHO'A' AVIATION
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007**Other information:** Produces micro-lights which IRGC has claimed it is using as part of its asymmetric warfare doctrine. [Old Reference # E.47.B.3]

**KPe.036 Name:** SINGWANG ECONOMICS AND TRADING GENERAL CORPORATION
**A.k.a.:** na **F.k.a.:** na **Address:** Democratic People's Republic of Korea **Listed on:** 30 Nov. 2016 ( amended on 26 Jul. 2022, 14 Sep. 2022 ) **Other information:** Singwang Economics and Trading General Corporation is a DPRK firm for trading in coal. DPRK generates a significant share of the money for its nuclear and ballistic missile programs by mining natural resources and selling those resources abroad.

**IRe.072 Name:** SOUTH SHIPPING LINE IRAN (SSL)
**A.k.a.:** na **F.k.a.:** na **Address: a)** Qaem Magham Farahani St., Tehran, Iran (Islamic Republic of) **b)** Apt. No. 7, 3rd Floor, No. 2, 4th Alley, Gandi Ave., Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** [Old Reference # E.29.III.3]

**IRe.073 Name:** SPECIAL INDUSTRIES GROUP (SIG)
**A.k.a.:** na **F.k.a.:** na **Address:** Pasdaran Avenue, PO Box 19585/777, Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** Subordinate of DIO. [Old Reference # E.29.I.20]

**QDe.101 Name:** SPECIAL PURPOSE ISLAMIC REGIMENT (SPIR)
**A.k.a.: a)** The Islamic Special Purpose Regiment **b)** The al-Jihad-Fisi-Sabililah Special Islamic Regiment **c)** Islamic Regiment of Special Meaning **F.k.a.:** na **Address:** na **Listed on:** 4 Mar. 2003 ( amended on 25 Jul. 2006, 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Linked to the Islamic International Brigade (IIB) (QDe.099) and the Riyadus-Salikhin Reconnaissance and Sabotage Battalion of Chechen Martyrs (RSRSBCM) (QDe.100). Review pursuant to Security Council resolution 1822 (2008) was concluded on 17 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals [click here](#)

**KPe.046 Name:** STRATEGIC ROCKET FORCE OF THE KOREAN PEOPLE'S ARMY
**A.k.a.: a)** Strategic Rocket Force **b)** Strategic Rocket Force Command of KPA **c)** Strategic Force **d)** Strategic Forces **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 2 Jun. 2017**Other information:** The Strategic Rocket Force of the Korean People's Army is in charge of all DPRK ballistic missile programmes and is responsible for SCUD and NODONG launches

**IQe.208 Name:** T.M.G. ENGINEERING LIMITED
**A.k.a.:** TMG Ltd. **F.k.a.:** na **Address:** 53/64 Chancery Lane, London WC2A 1QU, United Kingdom of Great Britain and Northern Ireland ((Registered office address)) **Listed on:** 12 May 2006**Other information:** Registered company number: 02142819. Last known directors: Hana Paul JON, Adnan Talib Hashim AL-AMIRI, Dr. Safa Hadi Jawad AL-HABOBI. Shareholders: 3,700,000 ordinary shares: TDG Ltd. 100,000 ordinary shares: Admincheck Ltd., 200,000 ordinary shares: Echosabre Ltd.

**QDe.108 Name:** TAIBAH INTERNATIONAL-BOSNIA OFFICES
**A.k.a.: a)** Taibah International Aid Agency **b)** Taibah International Aid Association **c)** Al Taibah, Intl. **d)** Taibah International Aide Association **F.k.a.:** na **Address: a)** 6 Avde Smajlovica Street, Novo Sarajevo, Bosnia and

Herzegovina **b)** 26 Tabhanska Street, Visoko, Bosnia and Herzegovina **c)** 3 Velika Cilna Ulica, Visoko, Bosnia and Herzegovina **d)** 26 Tabhanska Street, Visoko, Bosnia and Herzegovina **Listed on:** 11 May 2004 ( amended on 24 Mar. 2009, 24 Nov. 2020, 8 Nov. 2022, 2 Feb. 2023 ) **Other information:** Reportedly defunct. In 2002-2004, Taibah International – Bosnia offices used premises of the Culture Home in Hadzici, Sarajevo, Bosnia and Herzegovina. The organization was officially registered in Bosnia and Herzegovina as a branch of Taibah International Aid Association under registry number 7. Taibah International – Bosnia offices ceased its work by decision of the Ministry of Justice of the Bosnia and Herzegovina Federation (decision on cessation of operation number 03-05-2-70/03). Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.074 Name:** TAMAS COMPANY
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 3 Mar. 2008**Other information:** Involved in enrichment-related activities. TAMAS is the overarching body, under which four subsidiaries have been established, including one for uranium extraction to concentration and another in charge of uranium processing, enrichment and waste. [Old Reference # E.03.III.12]

**KPe.003 Name:** TANCHON COMMERCIAL BANK
**A.k.a.:** na **F.k.a.: a)** CHANGGWANG CREDIT BANK **b)** KOREA CHANGGWANG CREDIT BANK **Address:** Saemul 1-Dong Pyongchon District, Pyongyang, Democratic People's Republic of Korea **Listed on:** 24 Apr. 2009**Other information:** Main DPRK financial entity for sales of conventional arms, ballistic missiles, and goods related to the assembly and manufacture of such weapons.

**QDe.160 Name:** TARIQ GIDAR GROUP (TGG)
**Name (original script):** طارق گیدڑ گروپ
**A.k.a.: a)** TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP **b)** TTP-TARIQ GIDAR GROUP **c)** TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP **d)** TTP GEEDAR GROUP **e)** TARIQ GEEDAR GROUP **f)** COMMANDER TARIQ AFRIDI GROUP **g)** TARIQ AFRIDI GROUP **h)** TARIQ GIDAR AFRIDI GROUP **i)** THE ASIAN TIGERS **F.k.a.:** na **Address:** (Afghanistan/Pakistan border region) **Listed on:** 22 Mar. 2019**Other information:** Splinter group of Tehrik-e Taliban Pakistan (TTP) (QDe.132). The group was formed in Darra Adam Khel, Federally Administered Tribal Area (FATA), Pakistan, in 2007. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQe.207 Name:** TECHNOLOGY AND DEVELOPMENT GROUP LIMITED
**A.k.a.:** TDG Ltd. **F.k.a.:** na **Address:** 53/64 Chancery Lane, London WC2A 1QU, United Kingdom of Great Britain and Northern Ireland (Registered office address) **Listed on:** 12 May 2006**Other information:** Registered company number: 02150590. Last known directors: Hana Paul JON, Adnan Talib Hashim AL-AMIRI, Dr. Safa Hadi Jawad AL-HABOBI. Last known shareholders: 99 ordinary shares: Al-Arabi Trading Co. Ltd., 1 ordinary share: Dr. Al-Habobi

**QDe.132 Name:** TEHRIK-E TALIBAN PAKISTAN (TTP)
**Name (original script):** تحریک طالبان پاکستان
**A.k.a.: a)** Tehrik-I-Taliban Pakistan **b)** Tehrik-e-Taliban **c)** Pakistani Taliban **d)** Tehreek-e-Taliban **F.k.a.:** na **Address:** na **Listed on:** 29 Jul. 2011 ( amended on 15 Jun. 2015, 24 Nov. 2020 ) **Other information:** Tehrik-e Taliban is based in the tribal areas along the Afghanistan/Pakistan border. Formed in 2007, its leader is Maulana Fazlullah (QDi.352). Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.148 Name:** THE ARMY OF EMIGRANTS AND SUPPORTERS
**Name (original script):** تنظيم جيش المهاجرين و الأنصار

**A.k.a.: a)** Battalion of Emigrants and Supporters **b)** Army of Emigrants and Supporters organization **c)** Battalion of Emigrants and Ansar **d)** Jaysh al-Muhajirin wal-Ansar (JAMWA) **F.k.a.:** na **Address:** Jabal Turkuman area, Lattakia Governorate, Syrian Arab Republic **Listed on:** 6 Aug. 2015 ( amended on 24 Nov. 2020 ) **Other information:** Established by foreign terrorist fighters in 2013. Location: Syrian Arab Republic. Affiliated with Islamic State in Iraq and the Levant, listed as Al-Qaida in Iraq (QDe.115) and Al-Nusrah Front for the People of the Levant (QDe.137). Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**YEe.001 Name:** THE HOUTHIS
**A.k.a.: a)** ANSARALLAH **b)** ANSAR ALLAH **c)** PARTISANS OF GOD **d)** SUPPORTERS OF GOD **F.k.a.:** na **Address:** Yemen **Listed on:** 28 Feb. 2022**Other information:** Listed pursuant to paragraph 5 of resolution 2624 (2022) as subject to the measures imposed by paragraph 14 of resolution 2216 (2015) (targeted arms embargo). The Houthis have engaged in acts that threaten the peace, security, and stability of Yemen. The Houthis have engaged in attacks striking civilians and civilian infrastructure in Yemen, implemented a policy of sexual violence and repression against politically active and professional women, engaged in the recruitment and use of children, incited violence against groups including on the basis of religion and nationality, and indiscriminately used landmines and improvised explosive devices on the West Coast of Yemen. The Houthis have also obstructed the delivery of humanitarian assistance to Yemen, or access to, or distribution of, humanitarian assistance in Yemen. The Houthis have conducted attacks on commercial shipping in the Red Sea using waterborne improvised explosive devices and sea mines. The Houthis have also perpetrated repeated cross-border terrorist attacks striking civilians and civilian infrastructure in the Kingdom of Saudi Arabia and the United Arab Emirates and threatened to intentionally target civilian sites. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.014 Name:** THE ORGANIZATION OF AL-QAIDA IN THE ISLAMIC MAGHREB
**Name (original script):** تنظيم القاعدة ببلاد المغرب الاسلامي
**A.k.a.: a)** AQIM **b)** Al Qaïda au Maghreb islamique (AQMI) **F.k.a.: a)** Le Groupe Salafiste pour La Prédication et le Combat (GSPC) **b)** Salafist Group For Call and Combat **Address: a)** Algeria **b)** Mali **c)** Mauritania **d)** Morocco **e)** Niger **f)** Tunisia **Listed on:** 6 Oct. 2001 ( amended on 26 Apr. 2007, 7 Apr. 2008, 17 Jul. 2009, 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Headed by Abdelmalek Droukdel (QDi.232). Zone of operation includes Algeria and parts of Mali, Mauritania, Niger, Tunisia and Morocco. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IRe.075 Name:** TIZ PARS
**A.k.a.:** na **F.k.a.:** na **Address:** Damavand Tehran Highway, Tehran, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** Tiz Pars is a cover name for SHIG. Between April and July 2007, Tiz Pars attempted to procure a five axis laser welding and cutting machine, which could make a material contribution to Iran's missile programme, on behalf of SHIG. [Old Reference # E.29.I.21]

**KPe.015 Name:** TOSONG TECHNOLOGY TRADING CORPORATION
**A.k.a.:** na **F.k.a.:** na **Address:** Pyongyang, Democratic People's Republic of Korea **Listed on:** 22 Jan. 2013**Other information:** The Korea Mining Development Corporation (KOMID) is the parent company of Tosong Technology Trading Corporation. KOMID was designated by the Committee in April 2009 and is the DPRK's primary arms dealer and main exporter of goods and equipment related to ballistic missiles and conventional weapons.

**CDe.008 Name:** TOUS POUR LA PAIX ET LE DEVELOPPEMENT (NGO)
**A.k.a.:** TPD **F.k.a.:** na **Address:** Goma, North Kivu, Democratic Republic of the Congo **Listed on:** 1 Nov. 2005**Other information:** Goma, with provincial committees in South Kivu, Kasai Occidental, Kasai Oriental and Maniema Officially suspended all activities since 2008. In practice, as of June 2011 TPD offices are open

and involved in cases related to returns of IDPs, community reconciliation initiatives, land conflict settlements, etc. The TPD President is Eugene Serufuli and Vice-President is Saverina Karomba. Important members include North Kivu provincial deputies Robert Seninga and Bertin Kirivita. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**IQe.205 Name:** TRADING AND TRANSPORT SERVICES COMPANY, LTD
**A.k.a.:** na **F.k.a.:** na **Address: a)** Al-Razi Medical Complex, Jabal Al-Hussein, Amman, Jordan **b)** P.O. Box 212953, Amman 11121, Jordan **c)** P.O. Box 910606, Amman 11191, Jordan **Listed on:** 2 Jun. 2004**Other information:** na

**QDe.090 Name:** TUNISIAN COMBATANT GROUP
**Name (original script):** الجماعة التونسية المقاتلة
**A.k.a.: a)** Groupe Combattant Tunisien **b)** Groupe Islamiste Combattant Tunisien **c)** GICT **F.k.a.:** na **Address:** Tunisia **Listed on:** 10 Oct. 2002 ( amended on 26 Nov. 2004, 5 Mar. 2009, 13 Dec. 2011, 24 Nov. 2020 ) **Other information:** Associated with the Organization of Al-Qaida in the Islamic Maghreb (QDe.014). Review pursuant to Security Council resolution 1822 (2008) was concluded on 6 May 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 24 November 2020. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**CDe.009 Name:** UGANDA COMMERCIAL IMPEX (UCI) LTD
**A.k.a.:** na **F.k.a.:** na **Address: a)** Plot 22, Kanjokya Street, Kamwokya, Kampala, Uganda (Tel.: +256 41 533 578/9) **b)** PO BOX 22709, Kampala, Uganda **Listed on:** 29 Mar. 2007 ( amended on 19 Aug. 2020 ) **Other information:** Gold export company. (Directors Mr. Jamnadas V. LODHIA – known as "Chuni"- and his sons Mr. Kunal LODHIA and Jitendra J. LODHIA). In January 2011, Ugandan authorities notified the Committee that following an exemption on its financial holdings, Emirates Gold repaid UCI's debt to Crane Bank in Kampala, leading to final closure of its accounts. The directors of UCI have remained involved in purchasing gold from eastern DRC. Uganda Commercial Impex (UCI) Ltd last filed a return in 2013 and was listed as "Inactive – status inactive" by the authorities of the Republic of Uganda. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.068 Name:** UMMAH TAMEER E-NAU (UTN)
**A.k.a.:** na **F.k.a.:** na **Address: a)** Street 13, Wazir Akbar Khan, Kabul, Afghanistan **b)** Pakistan **Listed on:** 24 Dec. 2001 ( amended on 13 Dec. 2011, 15 Nov. 2021 ) **Other information:** Its directors included Mahmood Sultan Bashir-Ud-Din (QDi.055), Majeed Abdul Chaudhry (QDi.054) and Mohammed Tufail (QDi.056). Banned in Pakistan. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution 2368 (2017) was concluded on 15 November 2021. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**HTe.002 Name:** VIV ANSANM
**A.k.a.: a)** LIVING TOGETHER **b)** G-9 **c)** G9 FAMILY AND ALLIES **d)** G9 FANMI E ALYE **e)** THE REVOLUTIONARY FORCES OF THE G9 FAMILY AND ALLIES **f)** FÒS REVOLISYONÈ G9 AN FANMI E ALYE **g)** G-PÈP **h)** G-PEOPLE **F.k.a.:** na **Address:** Haiti **Listed on:** 8 Jul. 2025**Other information:** Jimmy Chérizier (HTi.001) is the leader of the Viv Ansanm gang coalition. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**QDe.015 Name:** WAFA HUMANITARIAN ORGANIZATION
**A.k.a.: a)** Al Wafa **b)** Al Wafa Organization **c)** Wafa Al-Igatha Al-Islamia **F.k.a.:** na **Address: a)** Jordan House No. 125, Street 54, Phase II Hayatabad, Peshawar, Pakistan (at time of listing) **b)** Kuwait (at time of listing) **c)** United Arab Emirates (at time of listing) **d)** Afghanistan (at time of listing) **Listed on:** 6 Oct. 2001 ( amended on 21 Mar. 2012, 6 Dec. 2019, 10 Sep. 2020, 8 Nov. 2022 ) **Other information:** Headquarters was in Kandahar, Afghanistan as at 2001. Wafa was a component of Al-Qaida (QDe.004) in 2001. Review pursuant to Security Council resolution 1822 (2008) was concluded on 21 Jun. 2010. Review pursuant to Security Council resolution

2368 (2017) was concluded on 4 Dec. 2019. Review pursuant to Security Council resolution 2610 (2021) was concluded on 8 November 2022. INTERPOL-UN Security Council Special Notice web link:https://www.interpol.int/en/How-we-work/Notices/View-UN-Notices-Individuals click here

**KPe.074 Name:** WEIHAI WORLD-SHIPPING FREIGHT
**A.k.a.:** na **F.k.a.:** na **Address:** 419-201, Tongyi Lu, Huancui Qu, Weihai, Shandong, 264200, China **Listed on:** 30 Mar. 2018 ( amended on 23 May 2018, 14 Sep. 2022 ) **Other information:** Ship and commercial manager of the XIN GUANG HAI, a vessel that on loaded coal at Taean, DPRK, on 27 October 2017 and had an ETA of 14 November 2017 to Cam Pha, Vietnam, but it did not arrive. IMO number: 5905801.

**IRe.076 Name:** YA MAHDI INDUSTRIES GROUP
**A.k.a.:** na **F.k.a.:** na **Address:** na **Listed on:** 24 Mar. 2007**Other information:** Subordinate to AIO, which is involved in international purchases of missile equipment. [Old Reference # E.47.A.10]

**IRe.077 Name:** YAS AIR
**A.k.a.:** na **F.k.a.:** na **Address:** Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran (Islamic Republic of) **Listed on:** 20 Dec. 2012**Other information:** Yas Air is the new name for Pars Air, a company that was owned by Pars Aviation Services Company, which in turn was designated by the United Nations Security Council in resolution 1747 (2007). Yas Air has assisted Pars Aviation Services Company, a United Nations-designated entity, in violating paragraph 5 of resolution 1747 (2007). [Old Reference # I.AC.50.20.12.12.(1)]

**IRe.078 Name:** YAZD METALLURGY INDUSTRIES (YMI)
**A.k.a.: a)** Yazd Ammunition Manufacturing and Metallurgy Industries **b)** Directorate of Yazd Ammunition and Metallurgy Industries **F.k.a.:** na **Address: a)** Pasdaran Avenue, next to Telecommunication Industry, Tehran, 16588, Iran (Islamic Republic of) **b)** Postal Box 89195/878, Yazd, Iran (Islamic Republic of) **c)** P.O. Box 89195-678, Yazd, Iran (Islamic Republic of) **d)** Km 5 of Taft Road, Yazd, Iran (Islamic Republic of) **Listed on:** 9 Jun. 2010**Other information:** YMI is a subordinate of DIO. [Old Reference #E.29.I.22].

**KPe.075 Name:** YUK TUNG ENERGY PTE LTD
**A.k.a.:** na **F.k.a.:** na **Address:** 80 Raffles Place, #17-22 UOB Plaza, Singapore, 048624, Singapore **Listed on:** 30 Mar. 2018 ( amended on 11 May 2020, 26 Jul. 2022 ) **Other information:** Ship manager and commercial manager of the YUK TUNG, which conducted ship-to-ship transfer of refined petroleum product. IMO number: 5987860.