<u>**Report**</u>
<u>**on the Main Accomplishments of the WAMY Regional Office in Sudan in 1993-1994**</u>

By the grace of Allah, the WAMY Regional Office (Sudan Region), presents its most significant accomplishments <u>from 1993G to mid-1994</u>.

**1.    <u>Activity plan for 1993:</u>**

By the grace of Allah, our office's approved activity plan is 98% complete. Implementation details are attached.

**2.    <u>Daily activities of the WAMY office:</u>**

The office operates from 8:00 AM until 3:30 PM, during which time it receives visiting students, members of student unions, officers of activities supervised by WAMY, and others. The administrative structure consists of the WAMY representative, the office director, the administrative officer, the activities officer, the visiting students' officer, the librarian/warehouse clerk, and the printing and archives officer, in addition to the activities officer's assistants. Thanks to Allah, we receive at least sixty visitors to our office daily.

*(1)* [illegible] *(2) student selection at universities* [illegible] *[and their support].*

**3.    <mark><u>External Participation</u></mark><u>:</u>**

The activities of the WAMY representative during this period were as follows:

1. Travel to Jeddah to submit a performance report to the Assistant Secretary General, Dr. Uwaish Harbi Al-Ghamdi, and to discuss the budget and deliberate on improving activity performance and the needs of the Regional Office.

2. Travel to the Comoros Islands to participate with Sheikh Saad Al-Talib in setting out the preliminary arrangements for the successful establishment of a training course for primary and middle school teachers. The visit lasted two weeks, during which time responsibilities were defined and plans were drawn up to ensure the success of the course, in addition to liaising with state officials who welcomed this serious and beneficial work. Contacts were also made with the families of students studying in Sudan to reassure them on their children's academic progress, and to reach an understanding with their guardians to select future Islamic leaders, Allah willing.

3. Participation in the General Secretariat of the International Islamic Federation of Student Organizations (IIFSO) meeting, held under the supervision of the WAMY Office in Jeddah. This was the first time the WAMY representative participated in this meeting, at the invitation of the IIFSO Secretariat, to exchange expertise and enhance performance through coordinated action. Thanks to Allah, our participation was beneficial to both parties.

(1)

CONFIDENTIAL

WAMYSA1235460

**EXHIBIT**

**WAMY EX. 136**

4.  In implementation of WAMY's activity plan for southern Sudan, the WAMY representative traveled to the city of Malakal, Upper Nile, and reviewed the impact of the teacher training course we provided in the city of Renk. The results were beneficial, which prompted the responsible parties there to request that we complete training for the remaining teachers, particularly the Arabic language and Islamic religion teachers, who require training in the southern regions of the country. The course accommodated over one hundred teachers.

5.  We participated in the Orphan Sponsorship Conference organized by Islamic Relief Worldwide in Sudan, held in the city of Port Sudan. We contributed a paper entitled "What Happens After the Sponsorship Period," which enriched the discussion, given the importance challenges faced by orphans after legal sponsorship period ends at the age of seventeen. The conference concluded with practical and beneficial recommendations.

6.  We also sent the head of the Activities Department to Chad, where he prepared a report on the region and the possibility of establishing activities there. He also visited Cameroon and made some contacts with youth organizations and submitted a report on the possibility of establishing activities to unite the youth and achieve some of WAMY's objectives.

7.  We also took several trips within Sudan, before and while setting up activities, to conduct a feasibility study, promote follow-up activities, and submit documented reports to the Activities Department at the Jeddah Office, as well to submit field reports on certain mosques proposed for support.

By the grace of Allah, we are satisfied with our performance, and we ask Him for acceptance.

(2)

CONFIDENTIAL

WAMYSA1235461

4. **Establishment and opening of the Visiting Students Office:**

The WAMY Regional Office for Sudan has coordinated with Islamic organizations operating in Sudan to admit non-Sudanese students to Sudanese universities for four years. By the grace of Allah, in recognition of its activity and dedication in this matter, the WAMY Office was selected from among eight organizations: Islamic Appeal Organization (MADA), Islamic Relief Agency (ISRA), International Islamic Federation of Student Organizations (IIFSO), Islamic Relief Worldwide, World Assembly of Muslim Youth (WAMY), International Institute of Islamic Thought, [World Organization for Muslim Women], and Muwaqaf (Blessed Relief) Foundation. The WAMY representative for the Sudan Region was appointed as the officer responsible for the admission of visiting students. Thanks to Allah, we dedicated a room and appointed officers (at the joint expense of the participating organizations) and have supervised the organization of operations, which thanks to Allah are a source of pride in terms of the preparation of forms, verification of certificates, and processing of applications for admission to Sudanese universities or higher institutes. The Council for the Coordination of Islamic Organizations commended the performance of our office at its last meeting, praise be to Allah. We are currently working to introduce computer systems to further develop and enhance performance, and the WAMY leadership has responded by endorsing the project and providing financial support. The Jeddah Office has also implemented the sponsorship of 226 students and is currently studying the sponsorship of the remaining students, praise be to Allah.

5. **Second course for African female students:**

By the grace and guidance of Allah, we successfully implemented the first course for African female dawah students, which continued for two years, by hosting female dawah students and secondary school graduates from Malawi, Uganda, and Ethiopia (eighteen students) who studied the Arabic language, Islamic creed (aqidah), and Islamic jurisprudence (fiqh), with funding from Dr. Ahmad Totonji. Praise be to Allah, we were also able to conduct the second course, Allah willing, for the second year, for twenty-five students from Nigeria, Zimbabwe, Zambia, Cameroon, Uganda, Ethiopia, and Somalia. By the grace of Allah, demand for these courses is increasing, and we have received reports indicating that all graduates of the first course in Malawi are currently teaching girls in schools in the mornings and holding dawah lessons for women every afternoon after Asr prayers, praise be to Allah. We believe that the role of African Muslim women will, Allah willing, further enable serious Islamic educational work.

(3)

CONFIDENTIAL                                                          WAMYSA1235462

6. **Full supervision of the education, boarding and accommodation of sixteen female students from the Comoros Islands:**

In the beginning of 1992G, Dr. Mustafa Othman Ismail, Secretary General of the International Islamic Federation of Student Organizations (IIFSO), requested that we supervise the education, accommodation, and boarding of sixteen female students from the Comoros Islands. By the grace of Allah, we have performed the following:                    [illegible handwriting]

1. We obtained legal residency permits for them to study in Sudan.

2. We secured their admission to Sudanese universities, higher institutes, and secondary schools.

3. We registered them at Islamic medical clinics to facilitate their medical treatment under the supervision of female physicians.

4. We housed them on the ground floor of the building we leased for African female dawah students.

5. With funding from Dr. Ahmad Totonji, we provided for their boarding and welfare.

6. We also transport them daily to and from secondary schools and universities using the bus gifted to us by the International Islamic University of Malaysia in recognition of the efforts we have expended on their behalf.

7. We entrusted their supervision to the female supervisors hired for the African female students. All students are met with weekly after Friday Maghrib prayers to discuss any problems they may have and potential solutions, then they are given lessons on Islamic conduct and reminded of their future role in Islamic educational work in their countries.

7. **Cooperation with the International Islamic University of Malaysia:**

Praise be to Allah, when Dr. Abdul Hamid Abu Sulaiman was Secretary General of WAMY, he, knowing me well, persuaded me to work with the World Assembly of Muslim Youth, and Allah honored me with the establishment of the WAMY Office in Jeddah. Upon his appointment as director of the International Islamic University of Malaysia, he requested our cooperation, which we welcomed. We were accredited as representatives of the University in Sudan, and have to date accomplished the following on their behalf:

1. Supervision of two groups of Malaysian academics who came to Sudan to pursue master's degrees in Arabic language for non-native speakers at the Khartoum International Institute of the Arabic Language. The first group consisted of nine academics with their families, and the second group consisted of five academics. The supervision included assisting them in securing accommodation for their families and providing food supplies, in addition to liaising with the Institute, coordinating the academic program, and following up on their degrees.

2. Purchase of a bus from their [funds] from Jeddah and equipping it to facilitate the transportation of the academics and their families and to alleviate some of the hardships they faced.

(4)

CONFIDENTIAL                                                                    WAMYSA1235463

3. Assistance in the assessment of academics whom the Islamic University wished to engage on contract, and facilitating travel arrangements for them and their families. (We assisted them in sending more than forty Sudanese and non-Sudanese academics.)

4. Reviewing and sending applications submitted by students of various nationalities who wish to pursue undergraduate or postgraduate studies at the International Islamic University of Malaysia to facilitate their admission to the University.

5. Photocopying and binding approximately 700 master's theses from the library of the Khartoum International Institute of the Arabic Language. By the grace of Allah, more than half of these have been sent to date, and we continue our relationship and cooperation with them.

**8.  Cooperation with the Malaysian MARA Institute for Vocational Youth Training:**

Praise be to Allah, we were able to correspond with the MARA Technical and Vocational Institute in Malaysia through one of the Malaysian students studying in Sudan, regarding the provision of ten annual scholarships for graduates of industrial secondary schools in Sudan. The Institute agreed, and the first group completed its two-year study program in the Mechanical Engineering Department in May 1994. We also took advantage of our attendance at WAMY's Seventh World Conference in Malaysia to meet with and thank the Institute's director. He graciously agreed to accept fourteen students for the second group, which commenced their studies on 15 June 1993G.

It is worth noting that we select technically skilled students of sound moral character and religious commitment, so that when they return they spread religious values and dawah among the working class, which is frequently in need of guidance regarding professional diligence, honesty, and integrity, given their limited religious knowledge.

**9.  Establishment of the Council for the Coordination of Islamic Organizations in Africa:**

We mobilized and cooperated with some Islamic organizations in Africa to convene a general conference of organizations operating in Africa, to form a coordination council to coordinate efforts across various fields, including dawah, education, relief, and so forth. By the grace of Allah, we held more than twenty working sessions and were elected to chair the Preparatory Committee. Praise be to Allah, we had the honor of laying the foundations for this initiative, which we have long discussed and hoped to establish. We ask Allah for His guidance in bringing it to completion.

**10. Bus donated by the International Islamic University of Malaysia to WAMY:**

In view of our supervision of students sent by the International Islamic University of Malaysia to pursue master's degrees (fourteen students) at the Khartoum International Institute of the Arabic Language, and given our need to transport the African female dawah students, we submitted a request to the director of the International Islamic University of Malaysia to provide us with a bus to transport the female students. He graciously agreed, and the bus has since been of considerable assistance in implementing the academic program and extracurricular activities outside the students' residence, praise be to Allah.

CONFIDENTIAL                                                        WAMYSA1235464

**11. <u>Sponsorship and support of thirty students from the Comoros Islands:</u>**

More than forty students arrived from the Comoros Islands, and the International University of Africa (IUA) was unable to accommodate all of them, leaving thirty without shelter or access to education. The IUA administration contacted us and proposed that we provide them with accommodation and boarding, expressing their readiness to admit them to study at the university. Given the gravity of the situation, we decided to lease a modest house for their accommodation and boarding. By the grace of Allah, they are now pursuing their studies and living in an Islamic educational environment.

**12. <u>Pilot project for the accommodation of visiting students:</u>**

With the funding and encouragement of the assistant secretary general in Jeddah, in April 1994 we were able to lease a building with six apartments as a pilot initiative to accommodate visiting students at Sudanese universities. We pray that this has played a positive role in assisting students of various nationalities find suitable accommodation at the basic cost of rent and supervision. May Allah grant us success.

**13. <u>Appointment of three dawah workers in southern Sudan:</u>**

Dr. Uwaish Harbi, Assistant Secretary General of WAMY in Jeddah, responded to our request by approving the appointment of three dawah workers to work in southern Sudan, which is an area open to the spread of Islam. By the grace of Allah, three university-educated dawah workers were hired, two of whom we provided with a motorcycle to facilitate their movement through the forests and their dawah activities. This initiative has been underway for six months, and thanks to Allah the results are promising, with an appropriate number of people embracing Islam.

**14. <u>Establishment of a branch of the Women's Committee at the Sudan Office:</u>**

By the grace of Allah, a branch of the Women's Committee was established at the Sudan Office six months ago, and has commenced its activities in a village near our office, with the aim of achieving the following:

1. Opening a literacy class to teach women in general reading and writing.

2. Instructions on the correct recitation of the Holy Quran.

3. Basic principles of the jurisprudence of prayer, including purification and related matters.

4. Basic arithmetic principles.

5. Islamic social guidance, i.e., the principles of Islam in dealings with others.

Thanks to Allah, they successfully completed the first course, with 26 female students graduating (among them married women with up to eight children), and the initiative has been warmly received by their husbands, who have observed Islamic demeanor in the conduct of the participants.

(6)

CONFIDENTIAL

WAMYSA1235465

15. **Implementation of the first prayer hall at the female students' dormitory at the University of Khartoum:**

By the grace of Allah, the construction of the first prayer hall at the University of Khartoum female students' dormitory has been completed. Construction of the second prayer hall at the Faculty of Agriculture dormitory at the University of Khartoum shall commence shortly, Allah willing, which will benefit from our experience during the construction of the first prayer hall, which is frequented by many female dormitory residents. The students observed I'tikaf (spiritual retreat) therein during the blessed month of Ramadan in 1414H, and performed the Fajr prayer together there, followed by Quran recitation and Tajweed lessons after the prayer.

16. **Participation in the printing of the Holy Quran:**

By the grace of Allah, we are participating in the preparatory committee for the printing of the Holy Quran, along with a number of academic institutions and organizations, to ensure its continued printing. We have observed a significant need in Sudan and Africa. A ceremony will be held to mark this noble occasion on 16 Muharram 1415H in Khartoum, to which a number of institutions, organizations, and distinguished personalities from around the world committed to the printing of the Holy Quran will be invited. It is worth noting that preliminary studies have indicated that the printing cost of a single hardcover copy of the Holy Quran is approximately four U.S. dollars, and organizations may endow the number of copies they wish in accordance with their level of support. We hope to contribute to this initiative to ensure the availability of the Holy Quran in village mosques and universities throughout the region, Allah willing.

[illegible handwriting]

17. We cooperated with Dr. Ahmad Totonji in the selection of some expert academics to lay the foundations for the establishment of King Faisal University in N'Djamena, Chad. We corresponded, followed up on travel arrangements, and received their reports and accomplishments over the month. The administration of King Faisal University commended the efforts of the WAMY Regional Office in Sudan in ensuring the success of this mission, praise be to Allah.

All praise and gratitude be to Allah for the achievements above, which He enabled us to accomplish in the name of the World Assembly of Muslim Youth (WAMY).

May Allah reward you. Peace, mercy, and blessings of Allah be upon you.

Abdullah Makki Sadiq

[signature]

WAMY Regional Representative for Sudan

(7)

CONFIDENTIAL

WAMYSA1235466

Dr. Uwaish Harbi Al-Ghamdi

Assistant Secretary-General of WAMY

Peace, mercy, and the blessings of Allah be upon you.


### Subject: <mark>Needs to Enhance</mark> the Capacity of the Sudan Regional Office

By the grace and guidance of Allah, the WAMY Regional Office in Sudan operates across several fields: year-round activities; the admission, accommodation, boarding, and sponsorship of visiting students; and the support of male and female Comorian students, in addition to various other activities.

<mark>In our assessment, the office needs the following:</mark>

1. Three computer units (one for visiting students, one for activities, and one for office operations).
2. One Olympia brand typewriter (as a backup).
3. Spare parts for office machines (photocopier and typewriter) at an estimated cost of SAR 5,000.
4. Renewed approval for the purchase of two motorcycles for operational mobility, at an estimated cost of approximately USD 3,500.
5. Incentives for staff members as you deem appropriate, noting that you approved SAR 10,000 for this purpose last year. May Allah facilitate all matters.

Peace, mercy, and blessings of Allah be upon you.


Abdullah Makki Sadiq

[signature]

WAMY Regional Representative for Sudan


CONFIDENTIAL                                                                              WAMYSA1235467

**Budget Implemented from the 1993 Plan**

| | Qty. | Unit Cost | Total Cost |
|---|---|---|---|

(1) Specialized course in administration
(Media Administration)    = 2 × USD 1,200 = USD 2,400

(2) Applied training course (Secretarial + Automotive)    = 2 × USD 1,200 = USD 2,400

(3) Beginner camps (Qty. 2)    = 2 × USD 3,000 = USD 6,000

(4) Workers camps (Qty. 2)    = 2 × USD 3,000 = USD 6,000

(5) Convoys (Qty. 5)    = 5 × USD 3,000 = USD 15,000

(6) Student union camps (Qty. 5)    = 5 × USD 1,000 = USD 5,000

(7) Faith sessions    = 20 × USD 200 = USD 4,000

(8) Teacher training courses in southern Sudan (Qty. 3)  = 3 × USD 7,000 = USD 21,000

Dawah workers months

(9) Full-time deployment of 3 Dawah workers
(6 months)    = 3 × 6 × USD 150 = USD 2,700

(10) Support for student unions    = USD 5,000

(11) Financial assistance for students experiencing
financial hardship    = USD 5,000

_____

Total disbursements at the end of 1993    = USD 74,500

**Amounts received against budget:**

USD 30,000    First installment under your Letter No. 1592

USD 30,000    Second Installment

_____

USD 60,000    Total Received for 1993 Activity    = USD 60,000

Deficit requested for settlement:    = USD 14,500

(Fourteen thousand, five hundred U.S. dollars only)

[signature]

Abdullah Makki Sadiq

WAMY Regional Representative for Sudan

CONFIDENTIAL                    WAMYSA1235468

**Statistical Report on the Type of Activities Implemented, Number of Beneficiaries, and Number of Implementation Days 1993-1994**

| No. | Activity Name | Beneficiaries | Days | Location | State | Extracurricular Programs | Beneficiaries | Period | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Camp | 60 | 8 | [Truncated] Hussein 24 Al-Qurashi | Central | | | | |
| 2 | Camp | 100 | 9 | Port Sudan | Eastern | | | | |
| 3 | Teacher training course | 150 | 30 | Renk | Upper Nile | Camp for new Muslims, Malakal | 45 | 7 | |
| 4 | Training course | 30 | 30 | Khartoum | Khartoum | | | | |
| 5 | Camp | 250 | 45 | Bara | Kordofan | Camp for new Muslims, Juba | 45 | 15 | |
| 6 | Camp | 50 | 9 | Khartoum | Khartoum | Course for new Muslims from the south | 31 | 45 | |
| 7 | Camp | 100 | 10 | Khartoum | Kobar | | | | |
| 8 | Camp | 60 | 7 | Khartoum | Khartoum | | | | |
| 9 | Driving course | 20 | 30 | Khartoum | Khartoum | | | | |
| 10 | Secretarial [course] | 30 | 30 | Khartoum | Khartoum | | | | |
| 11 | Teacher training course | 116 | 30 | Juba | Equatoria | Accompanying a student camp | 50 | 7 | |
| 12 | Management course | 30 | 30 | Khartoum | Khartoum | | | | |
| 13 | Convoy | 3,000 | 30 | Muglad | Kordofan | Al-Urwa Al-Wuthqa convoy | 3,000 | 30 | |
| 14 | Convoy | 4,000 | 15 | Northern Rural Area | Khartoum | | | | |
| 15 | Convoy | 2,500 | 30 | Wau | Bahr Al-Ghazal | | | | |
| 16 | Convoy | 2,700 | 20 | Juba | Equatoria | | | | |
| 17 | Camp | 75 | 10 | Khartoum | Khartoum | | | | |
| 18 | Convoy | 4,000 | 20 | 24 Al-Qurashi | Central | | | | |
| 19 | Teacher training course | 100 | 30 | Wau | Bahr Al-Ghazal | | | | |
| 20 | Camp | 80 | 8 | Khartoum | Khartoum | Kobar Student Camp | 60 | 7 | Central |
| 21 | Camp | 50 | 7 | Al-Fasher | Darfur | Brenko Student Camp | 60 | 7 | Darfur |

**Notes:**

(1) By the grace of Allah, we conducted more than eight additional activities beyond the approved plan, from our own resources.
(2) We supported more than twenty student union weekly programs.

CONFIDENTIAL

WAMYSA1235469

*In the Name of Allah, the Beneficent, the Merciful*



**rld Assembly of Muslim Youth**                    الندوة العالمية للشباب الاسلامي

---

### Report on the Work of the Three Dawah Workers Appointed in the Southern States
### (Juba – Wau – Malakal)
### (January 1994 to June 1994)

**Dawah Worker in Juba: Mr. Adil Hammad Habib**

He arrived at his place of assignment during the first week of January, following a preparatory visit for a teacher training course for the primary school level.

1.  On 6 January 1994, the teacher qualification course commenced, which had 106 teachers; it concluded on 7 February 1994.

2.  Four days later, the course was accompanied by a recreational camp with 60 students from the southern states. (His report is attached.)

3.  During the first week of Ramadan, corresponding to 2 February 1994, work was completed on the health and dawah convoy that had been designated for Kapoeta. The convoy was redirected due to the security situation in the designated area and the presence of many internally displaced persons in Juba and other cities. By the grace of Allah, it proved highly successful.

4.  A number of Iftar gatherings were held during Ramadan, and the program continued for 22 days. At the end of Ramadan, Adel returned to Khartoum with his reports and to prepare for the next period.

5.  He then traveled to his place of assignment in Juba following the Eid holiday, and by the grace of Allah is engaged in dawah activities including lessons and lectures at youth centers and Quranic learning circles.

**Dawah Worker in Wau, Bahr Al-Ghazal: Mr. Sharif Bukhait**

1.  He left Khartoum for Wau in January 1994. His first taught a teacher training course for 100 teachers, which commenced in the last week of January 1994 and continued until the last week of February 1994. (The report is attached.)
2.  He held a significant number of lectures and lessons at Quranic learning circles and mosques and returned at the end of Ramadan 1414H.
3.  He then returned to implement the convoy designated for Raja in Wau. The convoy was performed; however, the report has not yet been received due to the distance involved.

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO·SD

Headquarters – Khartoum Bahri – Omar Al-Mukhtar District
East of Bahri Bridge

CONFIDENTIAL                                                    WAMYSA1235470

4.  It is also worth noting that <u>he organized a number of Iftar gatherings in the month of Ramadan 1414H</u> in the name of WAMY, which, by the grace of Allah served many needy Muslims.

### **Dawah Worker in Malakal: Mr. Tariq Ali Suleiman**

1.  He was appointed in January 1994, <u>following the implementation of the teacher training course in Renk, Upper Nile</u>, having previously implemented the Upper Nile course.
2.  <u>He held a significant number of lectures and lessons in a highly organized manner at schools and cultural centers</u>.
3.  <u>He organized a number of Iftar gatherings during Ramadan, which catered to many needy Muslims</u>.

### **Note:**

<u>Following the field experience of the dawah workers in southern Sudan, we observed an increase in the operational costs of the three offices. We therefore respectfully request approval of the following:</u>

–   An increase in the operational budget for the Dawah Workers Office to USD 200, plus a USD 100 monthly salary for each dawah worker, totaling USD 300 per month, to cover office rental expenses and the dawah worker's mobility costs. We also request the provision of the following media equipment: a recorder, a microphone, a television, a video player, and a small electric generator. May Allah reward you with the best of His grace.

Abdullah Makki Sadiq

[signature]

WAMY Regional Representative for Sudan

CONFIDENTIAL

WAMYSA1235471

*In the Name of Allah, the Beneficent, the Merciful*



**forld Assembly of Muslim Youth**    الندوة العالمية لَلشباب الاسلامي

Date: 21/07/1994                                No. N A Sh /    /    /

### Summary Report on the Main Achievements of the Sudan Office
### from 18 Dhul Hijjah 1414H to
### 12 Safar 1415H *(until [July] 94)*

In continuation of the previous report submitted during my visit last Dhul Hijjah, I wish to present this report, which outlines the most significant achievements accomplished by the WAMY Office in Sudan during the aforementioned period.

1.  **Dawah and Activities:**
    - We met with the head of Dawah and Activities and his assistants and collaborators, briefed them on the approved budget, established the executive programs to implement the training courses, convoys, and camps, and guided them to avoid the shortcomings of the past.

    - We also met with the dawah workers and WAMY representatives in Malakal, Juba, and Wau who had recently arrived, and reviewed their requirements in accordance with the budget. Individual programs were determined for each; the necessary liquidity for the activities was provided. They will return to their work sites this week, Allah willing, to prepare two courses for teachers approved in the budget, which will be held in Juba and Malakal [*sic*].

    - We opened computer, management, and English language courses at the Academy of Administrative Sciences, which were fully enrolled. The number of participants in each course is indicated in the attached schedule. Both courses are still ongoing.

    - We prepared the annual plan in accordance with the approved budget for 1994 and commenced preparations for its implementation.

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

Headquarters – Khartoum Bahri – Omar Al-Mukhtar District
East of Bahri Bridge

CONFIDENTIAL                                                    WAMYSA1235472

*In the Name of Allah, the Beneficent, the Merciful*



**World Assembly of Muslim Youth**                                                          الندوة العالمية للشباب الاسلامي

Date: _____                                   No. N A Sh /    /    /

(2)

- We held meetings with committees from African and Asian student associations and unions and supported some of them after reviewing their plans and activities and providing the necessary guidance. We have defined our objective for this year as focusing on training student leadership in administrative work.

**2.  <u>Visiting students:</u>**

As the Sudan Office is the sole representative of all Islamic organizations working in Sudan to admit and support visiting students at Sudanese universities, activities were conducted as follows:

- We supervised the arrival of visiting students from various African, Asian, and other countries, and facilitated their enrollment in Sudanese universities and higher institutes and the resolution of any issues they encountered.

- We assisted 69 students of various nationalities with the payment of their university tuition fees and completion of enrollment at the universities.

- We assisted more than 100 African and Asian students experiencing financial hardship in obtaining tuition fee waivers and supervised the facilitation of their enrollment at the universities.

- We interceded with universities on behalf of nine students to waive tuition fees for Huffaz (memorizers of the Holy Quran), and they were admitted free of charge, praise be to Allah. We also supervised them until they were accepted at universities. We coordinated with a significant number of universities to transfer certain academic specializations of students within each university (from one specialization to another) in accordance with their preferences, so that they were admitted to the faculty of their choosing.

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO·SD

Headquarters – Khartoum Bahri – Omar Al-Mukhtar District
East of Bahri Bridge

CONFIDENTIAL                                                                                       WAMYSA1235473

*In the Name of Allah, the Beneficent, the Merciful*



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

Date: No. N A Sh /   /   /

(3)

- We processed a number of substitutions for students whose circumstances prevented them from traveling to Sudan, and the alternates were admitted in their place.

- We disbursed grants and sponsorships for students at the university level and in religious institutes, and Quranic learning circles, benefiting over 550 students as of 31 May and 30 June. We are currently preparing their grants due on 31 July 1994. It is worth noting that we disburse an average of two million Sudanese pounds monthly (from WAMY and others).

- We addressed numerous emergency and force majeure situations by providing assistance in the form of clothing, boarding, and the procurement of academic needs including fees, books, and study materials, as well as contributing toward the purchase of return tickets for some students permanently returning to their home countries.

- We commenced the preparation of documents and arrangements for 1994-95 admissions, which will start in approximately three months, in November 1994, taking into account the shortcomings of the previous year.

- We enrolled a number of visiting students in the ongoing applied training courses (computer and management).

- We convened several meetings with student unions to coordinate the admission, registration, continuation, and oversight of students.

- We leased a building with six apartments for self-sufficient visiting students (i.e., students who pay the full cost themselves), while we provide educational and administrative supervision. This is a pilot initiative which we will evaluate, Allah willing. A report thereon is attached; it shows great promise in providing students and their families with psychological and academic relief. A canteen operated by an external party has also been established. By the grace of Allah, we have been entrusted with the accommodation, boarding, and support of thirty students from the Comoros Islands who were unable to find accommodation to complete their studies. Had it not been for the grace of Allah, they would have been left homeless, having traveled from their home country in pursuit of knowledge with no one to support them. This is in addition to our support of the Comorian female students for their accommodation and boarding, praise be to Allah.

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

Headquarters – Khartoum Bahri – Omar Al-Mukhtar District
East of Bahri Bridge

CONFIDENTIAL

WAMYSA1235474

*In the Name of Allah, the Beneficent, the Merciful*



World Assembly of Muslim Youth                                    الندوة العالمية للشباب الاسلامي

Date:                                                    No. N A Sh /   /   /

(4)

### 3.  Administrative work:

a.  Opening of the Computer Unit:

To enable our office to record academic data, student numbers, convoys, camps, courses, and the number of beneficiaries, as well as to record and analyze financial data, monitor revenues, and rationalize expenditures, we have by the grace of Allah opened the Computer Unit and started operating the computer donated to us, for which all necessary requirements have been procured. Allah willing, the results shall be reflected in the coming reports.

b.  Preparation of Dormitories:

The Administrative Office supervised the preparation and rehabilitation of the visiting students' dormitory. Students have started residing there, and boarding and social activities have been organized.

The administration also repaired the Comorian students' dormitory and is disbursing weekly food allowances. We also assisted them with transportation by providing four bicycles.

The disbursement for and supervision of the African female students' dormitory continue as usual, accommodating sixteen students from the Comoros Islands, three from Bosnia, four from Ethiopia, two from Somalia, and one from the United States.

c.  Media and Public Relations Unit:

We have established a new media unit, which did not previously exist, and have equipped it to reflect WAMY's activities and to document camps, convoys, and courses to minimize the shortcomings in previous reports.

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

Headquarters – Khartoum Bahri – Omar Al-Mukhtar District
East of Bahri Bridge

CONFIDENTIAL                                        WAMYSA1235475

*In the Name of Allah, the Beneficent, the Merciful*



**World Assembly of Muslim Youth**                الندوة العالمية للشباب الاسلامي

Date: _____                                    No. N A Sh /   /   /

(5)

d.  <u>Periodic Motivational Meetings:</u>

We have designated every Thursday for internal administrative work to complete any outstanding tasks from the week without receiving outside visitors.

We held five full staff  meetings each Thursday after the Dhuhr prayer, dedicated to reviewing work progress and affirming cooperation among units and joint efforts to achieve WAMY's objectives.

We also convened several sectional meetings with the Dawah and Activities Unit, then with the Visiting Students Unit, the Administration Unit, and the Media Unit, to boost operations, address shortcomings, and elaborate appropriate solutions to the operational difficulties encountered.

e.  <u>Equipment of the library of the Women's Faculty at the University of the Holy Quran:</u>

We received shipments of books and shelving units from the Jeddah office. After sorting, packaging, and cataloguing them, we delivered important reference materials to the University of the Holy Quran's administration. An entire building has been designated for the library, on which a plaque has been affixed reading: "A Gift from the World Assembly of Muslim Youth to the University of the Holy Quran and Islamic Sciences." The library will be officially opened soon.

<u>Conclusion:</u>

These are the most significant activities. There are many other routine daily tasks which cannot be enumerated or reported in this document, as you are well aware. We pray that Allah accepts our righteous deeds.

<u>Note</u>: The report was typed using the ordinary typewriter as [illegible] was broken.

[signature]

Abdullah Makki Sadiq

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

Headquarters – Khartoum Bahri – Omar Al-Mukhtar District
East of Bahri Bridge

CONFIDENTIAL                                                          WAMYSA1235476

*In the Name of Allah, the Beneficent, the Merciful*



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

Date:                                      No. N A Sh /   /   /

### List of Participating Countries and Number of Students Enrolled
### in the Applied Training Courses

| No. | Country | Computer | Management | Office Activities / Typing |
|---|---|---|---|---|
| 1 | Somalia | 3 | 3 | 2 |
| 2 | Eritrea | 2 | 1 | 3 |
| 3 | Oromia [Ethiopia] | - | 1 | - |
| 4 | Malaysia | 1 | 2 | 2 |
| 0 | Uganda | - | 1 | 1 |
| 6 | Thailand | 2 | 1 | 1 |
| 7 | Palestine | 1 | 1 | 2 |
| 8 | Ogaden (Western Somalia) | - | 2 | 1 |
| 9 | Côte d'Ivoire | 3 | 1 | 3 |
| 1 | Senegal | - | 2 | 1 |
| 11 | Mozambique | - | 1 | 1 |
| 12 | Chad | 2 | 1 | 1 |
| 13 | Afghanistan | - | 1 | - |
| 14 | Sudan | 7 | 3 | 6 |
| 10 | Burkina Faso | 2 | - | 1 |
| 16 | Djibouti | - | - | 1 |
| 17 | Mali | - | 2 | 2 |

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

Headquarters – Khartoum Bahri – Omar Al-Mukhtar District
East of Bahri Bridge

CONFIDENTIAL                                      WAMYSA1235477

*In the Name of Allah, the Beneficent, the Merciful*



**World Assembly of Muslim Youth**        الندوة العالمية للشباب الاسلامي

Date:                                          No. N A Sh /   /   /

(2)

**List, Cont'd.**

| No. | Country | Computer | Administration | Office Activities / Typing |
|-----|---------|----------|----------------|---------------------------|
|     | From previous | 23 | 23 | 23 |
| 18 | Ghana | 1 | 1 | 1 |
| 19 | Comoros Islands | 2 | 1 | 1 |
| 20 | Central Africa | 1 | - | - |
| 21 | Mauritania | 1 | 1 | - |
| 22 | Kenya | 1 | 3 | - |
| 23 | Ethiopia | 1 | 3 | - |
| 24 |  |  |  |  |
|     | Total | 30 | 30 | 30 |

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

Headquarters – Khartoum Bahri – Omar Al-Mukhtar District
East of Bahri Bridge

CONFIDENTIAL                                          WAMYSA1235478

*In the Name of Allah, the Beneficent, the Merciful*



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

Date: 21/07/1994

No.: N A Sh /   /   /

(1)

### Activity Schedule for 1994

| No. | Activity Name | Date | No. of Beneficiaries | Period | Implementing Party |
|---|---|---|---|---|---|
| 1 | Dawah convoy in the south [Qty. (1)] | 06/20/94 | 20 | 25 | Southern states |
| 2 | Student camp: [Qty. (1)] | 06/2594 | 100 | 7 | Student Activities Agency, [Khartoum] |
| 3 | Computer course [Qty. (1)] | 07/1294 | 30 | 90 | WAMY and African unions |
| 4 | General management [course] [Qty. (1)] | 07/16/94 | 30 | 25 | [WAMY and] Sudan Academy |
| 5 | Secretarial [course] | 07/16/94 | 30 | 90 | [WAMY and] National Training Center |
| 6 | Student camp: [Qty. (2)] | 07/19/94 | 150 | 7 | [WAMY and] Khartoum Student Union |
| 7 | English language course [Qty. (2)] | 07/20/94 | 40 | 45 | [WAMY and] African and Asian Students |
| 8 | Computer science course (2) | 08/01/94 | 30 | 90 | [WAMY and] African Unions |
| 9 | Eritrean student camp | 08/05/94 | 100 | 7 | Eritrean Student Union |
| 10 | Teacher training course [Qty. (1)] | 08/06/94 | 100 | 30 | WAMY Dawah Worker, Malakal |
| 11 | Teacher training course [Qty. (2)] | 08/08/94 | 100 | 30 | [WAMY Dawah Worker,] Juba |
| 12 | Student camp [Qty. (3)] | 08/20/94 | 100 | 7 | WAMY with African Students |
| 13 | Student Camp: [Qty. (4)] | 08/20/94 | 100 | 7 | [WAMY with] Central African Students |
| 14 | Dawah workers course in the south [Qty. (1)] | 08/22/94 | 100 | 30 | WAMY |
| 15 | Media course | 09/10/94 | 30 | 30 | WAMY |
| 16 | Business administration course [Qty.] (2) | 10/01/94 | 30 | 30 | WAMY [and] Sudan Academy |
| 17 | Dawah workers course in the south [Qty. (2)] | 10/10/94 | 100 | 30 | WAMY (Malakal) |

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

Headquarters – Khartoum Bahri – Omar Al-Mukhtar District
East of Bahri Bridge

CONFIDENTIAL

WAMYSA1235479

*In the Name of Allah, the Beneficent, the Merciful*



**World Assembly of Muslim Youth**                    الندوة العالمية للشباب الاسلامي

Date:                                                    No. N A Sh /    /    /

                                                              (2)

**Activity Schedule for 1994, Cont'd.**

| No. | Activity Name | Date | No. of Beneficiaries | Period | Implementing Party | Location |
|-----|---------------|------|---------------------|--------|--------------------|----------|
| 18 | Dawah convoy in the south (2) | 11/05/94 | 7 | 30 | WAMY | Juba |
| 19 | [Dawah convoy in the south] (3) | 11/10/94 | 7 | 30 | WAMY | Wau |
| 20 | [Dawah convoy in the south] (4) | 11/20/94 | 7 | 30 | WAMY | Malakal |
| 21 | Eritrean student camp (2) | 11/22/94 | 100 | 7 | WAMY/Eritrean Union | Kassala |
| 22 | Student Camp Qty.: (5) | 12/01/94 | 100 | 7 | WAMY with Southern African Students | Khartoum |
| 23 | African Leadership Camp | 12/20/94 | 100 | 10 | WAMY with African Leadership | Khartoum |
| 24 | Eritrea Convoy | 12/25/94 | 7 | 30 | WAMY with Eritrean Student Union and Eritrean Refugee Camps | Samsam |
| *20* | English language course Qty; (2) | 12/28/94 | 40 | 45 | WAMY | Khartoum |

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

Headquarters – Khartoum Bahri – Omar Al-Mukhtar District
East of Bahri Bridge

CONFIDENTIAL                                          WAMYSA1235480

<u>تقرير</u>

<u>عن أهم انجازات مكتب الندوة الإقليمي بالسودان لعام ١٩٩٤/٩٣م</u>

تحدثنا بنعمة الله علينا فى مكتب الندوة الإقليمي ( لإقليم السودان )  فإننا نورد هنا أهم الانجازات  التى وفقنا

الله بتنفيذها خلال عام ١٩٩٣م حتى منتصف عام ١٩٩٤م .

## (١) <u>خطة النشاط لعام ١٩٩٣م</u> :

لقد تم بفضل الله تنفيذ الخطة المعتمدة لنشاط مكتبنا بنسبة ٩٨٪ومرفق لكم تفاصيل التنفيذ .

## (٢) <u>النشاط اليومى لمكتب الندوة</u> :

يبدأ نشاط المكتب منذ الساعة الثامنة صباحاً حتى الساعة الثالثة والنصف بعد الظهر  حيث يستقبل المراجعون

من الطلبة الوافدين واعضاء الاتحادات  الطلابية ومسئولى النشاطات  التى تشرف عليها الندوة وغيرهم ويتكون

الهيكل الادارى  من ممثل الندوة  ومدير المكتب والمسئول الادارى ومسئول النشاط ومسئول الوافدين وامين

المكتبة  والمخازن ومسئول الطباعة والأرشيف  بجانب مساعدى مسئول النشاط  والحمد لله فإن متوسط  عدد

المراجعين  لنا يوميا لا يقل عن ستين مراجعاً بفضل الله .

## (٣) <u>المشاركات  الخارجية</u> :

لقد كان تحرك ممثل الندوة خلال هذه الفترة  كالتالى :-

(١)  السفر الى جدة  لرفع تقرير  عن الأداء للأمين العام المساعد الدكتور / عويش بن حربى الغامدى  ومناقشة

الميزانية والتفاكر حول تحسين أداء النشاط واحتياجات المكتب الإقليمى .

(٢)  السفر الى ( جزر القمر )  للاشتراك مع الشيخ سعد الطالب  فى وضع الترتيبات الأولية  لإنجاح اقامة

دورة لتدريب  معلمى المرحلة الابتدائية  والمتوسطة –  استغرقت لمدة اسبوعين  تم فيها تحديد المسئوليات ووضع

الخطط لانجاح الدورة بجانب الاتصال بالمسئولين بالدولة  الذين رحبوا بهذا العمل المفيد الجاد ،  وكذلك الاتصال

بأسر الطلبه والطالبات الدارسين فى السودان وتطمينهم عن وضعهم الدراسى والتفاهم مع المسئولين عنهم لاختيار

القيادات الإسلامية فى المستقبل بإذن الله .

(٣) المشاركة فى اجتماع ( الامانة العامة للاتحاد الإسلامى العالمى للمنظمات الطلابية ) والذى تم تحت اشراف

مكتب الندوة ( بجدة )  وهذه هى المرة الأولى التى يشارك فيها ممثل الندوة فى هذا الاجتماع بدعوة من امانة

الاتحاد طلبا لتبادل الخبرات وترقية الاداء على طريق التنسيق فى العمل – وبحمد الله كان اشتراكنا مفيدا

للطرفين .

CONFIDENTIAL                                                                                        WAMYSA1235460

( ١ )

(٤)  تنفيذا لخطة نشاط الندوة بجنوب السودان – فقد سافر ممثل الندوة الى مدينة ( ملكال )  ولاية اعالى النيل واطلع على الأثر الذى تركته دورة تدريب المعلمين التى اقمناها فى مدينة ( الرنك )  مما ترك اثرا مفيدا جعل المسئولين  هناك مطالبتنا باكمال تدريب بقية المعلمين ، خاصة معلمى اللغة العربية والدين الإسلامى الذين يحتاجون الى تأهيل فى جنوب البلاد  فقد استوعبت الدورة مايزيد عن المائة مدرس  .

(٥)  شاركنا فى ( مؤتمر كفالة اليتيم ) الذى اعدته هيئة الأغاثة الإسلامية العالمية بالسودان فى مدينـــــــــــة ( بورتسودان ) وقد شاركنا بورقة موضوعها ( ماذا بعد انتهاء فترة الكفالة ) مما كان اثراء للنقاش لاهمية المرحلة  التى يواجهها اليتيم  بعد انتهاء فترة الكفالة الشرعية من سن السابع عشرة من عمره ، وخلص المؤتمر الى توصيات عملية ومفيدة  .

(٦)  كما أوفدنا ( مسئول قسم النشاط ) الى تشاد حيث اعد تقريرا عن المنطقة وامكانية اقامة انشطة هناك كما زار ( الكميرون ) من هناك واجرى بعض الاتصالات بالمنظمات الشبابية وقدم تقريرا عن امكانية اقامة انشطة لجمع كلمة الشباب وتحقيق بعض الاهداف  التى تسعى لتحقيقها الندوة  .

(٧)  كما قمنا بعدة سفرات داخل السودان ،  قبل واثناء اقامة الانشطة لدراسة الجدوى ودفع النشاط للمتابعة ورفع تقارير موثقة لقسم النشاط بمكتب جدة  كذلك لرفع تقارير ميدانية عن بعض المساجد المراد دعمها  . وبفضل الله نحن راضون عن ادائنا ،  ونسأله القبول  ..

WAMYSA1235461

## (٤) تأسيس وفتح مكتب الطلبة الوافدين :

منذ أربع سنوات شارك مكتب الندوة لإقليم السودان فى التنسيق مع المنظمات الإسلامية العاملة بالسودان بقبول الطلبة ( الغير سودانيين ) فى الجامعات السودانية ( وبفضل الله ) لما اظهر مكتب الندوة من نشاط واهتمام بهذا الموضوع فقد تم اختياره من بين ثمانية منظمات ( منظمة الدعوة الإسلامية – الوكالة الإسلامية للاغاثة – الاتحاد الإسلامى العالمى للمنظمات الطلابية – هيئة الاغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامى – المعهد العالمى للفكر الإسلامى – المنظمة العالمية للمسلمات – موفق الخيرية ) وبحمد الله فقـد اختير ممثل الندوة لإقليم السودان ليكون مسئولاً عن قبول الطلبة الوافدين ، وبحمد الله افردنا غرفة وعينا مسئولين ( على حساب المنظمات المشتركة ) واشرفنا على تنظيم العمل والذى بحمد الله يعد مفخرة من حيث تجهيز الاستمارات وفحص الشهادات حتى قبول الطلبات فى احدى لجامعات أو المعاهد العليا السودانية ، وقد اشاد مجلس تنسيق المنظمات الإسلامية فى اجتماعه الأخير بأداء مكتبنا والحمد لله ونحن الآن نسعى لادخـــــال ( الحاسوب ) لتطوير الأداء وتجويده حيث استجابت رئاسة الندوة بمباركة المشروع ودعمه مادياً وكذلك نفذ مكتب جدة كفالة ٢٢٦ طالباً ويدرس الآن كفالة الباقين – والحمد لله – .

## (٥) الدورة الثانية للطالبات الأفريقيات :

بحمد الله وتوفيقه نجحنا فى تنفيذ ( الدورة الأولى ) للطالبات الأفريقيات الداعيات والتى استمرت لمدة سنتين وذلك باحضار الطالبات الداعيات والمكملات درستهن الثانوية من دولة ملاوى ، يوغندا ، اثيوبيا ( ثمانية عشرة طالبة ) تعلمن فيها اللغة العربية ودروس العقيدة والفقه وذلك بتمويل من الأخ الدكتور / أحمد توتونجـــــى – وبحمد الله – كذلك استطعنا ان ننفذ ( الدورة الثانية ) بإذن الله للعام الثانى لعدد خمسة وعشرين طالبة مـــن ( نيجيريا – وزمبيا ، وزامبيا ، والكميرون ، ويوغندا ، واثيوبيا ، والصومال ) وبفضل الله فان الاقبال على هذه الدورات يتزايد ولقد وردت الينا تقارير تفيد ان خريجات الدورة الأولى بدولة ملاوى جميعهن يدرّسن البنات فى الصباح فى المدارس ويقمن دروس الدعوة بعد عصر كل يوم للنساء والحمد لله ، ونحسب ان دور المرأة المسلمة الأفريقية سيكون له تمكين للعمل الإسلامى التربوى الجاد بإذن الله .

## (٦)الاشراف الكامل على تعليم واعاشة سكن ستة عشر طالبة من جزر القمر :-

منذ بداية عام ١٩٩٢م فقد طلب منا الدكتور / مصطفى عثمان اسماعيل ، الأمين العام للاتحاد الإسلامى العالمى للمنظمات الطلابية ان نقوم بالاشراف على تعليم وسكن واعاشة ست عشرة طالبة من جزر القمر ، وبفضل الله قمنا بالاتى :-

١) استخرجنا لهن الاقامة النظامية للدراسة بالسودان .

٢) عملنا على قبولهن فى الجامعات والمعاهد العليا السودانية والثانويات .

٣) سجلناهن فى احدى المستوصفات الإسلامية لتسهيل علاجهن تحت اشراف طبيبات .

٤) اسكناهن فى الطابق الأرضى للعمارة والتى استأجرناها للطالبات الأفريقيات الداعيات .

٥) بتمويل من د. أحمد توتونجى نقوم باعاشتهن والاشراف عليهن .

٦) كذلك نقوم بترحيلهن كل يوم من والى المدارس الثانوية والجامعات بالحافلة التى تم اهداؤها لنا من الجامعة الإسلامية العالمية بماليزيا  تقديراً للجهد الذي نبذله معهم .

٧) اسندنا الاشراف عليهن من قبل المشرفات المعينات للطالبات الأفريقيات ، والتقى بهن جميعا اسبوعيا بعد مغرب كل جمعة للتعرف على مشاكلهن ومحاولة حلها ثم القاء دروس عليهن فى السلوك الإسلامى وتذكيرهن بدورهن فى المستقبل للعمل التربوي الإسلامى فى بلادهن .

## (٧) التعاون مع الجامعة الإسلامية العالمية بماليزيا :-

الحمد لله منذ ان كان الدكتور / عبدالحميد ابوسليمان امينا عاما للندوة فى السابق ، كان يعرفنى جيداً وهو الذى اقنعنى بالعمل مع الندوة العالمية للشباب الإسلامى وقد شرفنى الله بتأسيس مكتب الندوة بجدة ، وعندما عين مديراً للجامعة الإسلامية العالمية بماليزيا ، طلب منا التعاون معه فرحبنا ، فقد اعتمدنا ممثلين للجامعة فى السودان وقد انجزنا لهم حتى الآن :-

١) الاشراف على دفعتين من الاساتذة الماليزيين الذين حضروا الى السودان لتحضير درجة الماجستير فى اللغة العربية للناطقين بغيرها  فى معهد الخرطوم الدولى للغة العربية ( الدفعة الأولى )  تسعة اساتذة بعوائلهم (والثانية ) بخمسة اساتذة ، ولقد كان الاشراف يشمل  مساعدتهم فى ايجاد السكن  لاسرهم وتوفير المواد الغذائية بجانب الاتصال بالمعهد  وتنسيق نظام الدراسة ومتابعة شهادتهم .

٢) شراء حافلة من ماليتهم من جدة وتجهيزها لتسهل امر ترحيلهم بعوائلهم وتخفيف  بعض المعاناة عليهم .

٣) المساعدة فى معاينة الاساتذة الذين تود الجامعة الإسلامية التعاقد معهم للعمل معها وتسهيل امر سفرهم

CONFIDENTIAL

(٤)

WAMYSA1235463

واسرهم ( ساعدناهم فى ارسال مايزيد على الاربعين استاذاً سودانى وغير سودانى ) .

٤) كذلك مراجعة استمارات الطلاب من الجنسيات المختلفة والذين يودون الدراسة الجامعية أو فوق الجامعية بالجامعة الإسلامية العالمية بماليزيا وارسالها حتى يتم قبولهم بالجامعة .

٥) تصوير وتجليد مايقارب ( السبعمائة ) بحث ماجستير من مكتبة معهد الخرطوم الدولى للغة العربية وبحمد الله تم.ارسال مايزيد عن نصف هذه الكمية حتى الآن ونواصل صلتنا وتعاوننا معهم .

## (٨) التعاون مع معهد ( مارا الماليزى ) لتدريب الشباب الحرفيين :-

الحمد لله استطعنا ان نراسل ( معهد مارا ) الفنى التقنى بماليزيا بواسطة أحد الدارسين الماليزيين بالسودان وذلك لاعطائنا عشرة منح سنوياً لخريجى المدارس الصناعية الثانوية بالسودان ، وقد وافق المعهد وقد انتهت الدفعة الأولى من الدراسة فى قسم الميكانيكا لمدة عامين ( حتى مايو ١٩٩٤م ) كما انتهزت فرصة حضورى للمؤتمر السابع للندوة العالمية للشباب الإسلامى بماليزيا وقابلت مدير المعهد وشكرته ، وقد قبل مشكوراً ان يقبل لنا اربعة عشرة طالبا للدفعة الثانية والتى بدأت الدراسة فيها فى ١٥ يونيو ١٩٩٣م .

الملاحظ اننا ننتقى الطلبة الفنيين نوى الخلق والدين حتى يعودوا لينشروا الدين والدعوة فى اوساط الطبقة العاملة والتى كثيرا ماتحتاج الى التوصية بتقوى الله فى اتقان العمل والصدق والامانة وذلك لقلة علمهم .

## (٩) عملنا على قيام مجلس تنسيق المنظمات الإسلامية فى افريقيا :-

حركنا وتعاوناً مع بعض المنظمات الاسلامية فى افريقيا للدعوة لمؤتمر عام للمنظمات العاملة فى افريقيا لتكويــــن ( مجلس تنسيق ) وذلك من اجل تنسيق العمل فى مختلف المجالات ( الدعوة ، التعليم ، الاغاثة ، .... الخ ) والحمد لله عقدنا مايزيد على العشرين جلسة عمل وقد انتخبت رئيسا للجنة التمهيدية والحمد لله كان لنا شرف التأسيس لهذا العمل الذى طالما تكلمنا عنه كثيرا وتمنينا قيامه من أمد بعيد نسأل الله التوفيق فى اتمامه

## (١٠) حافلة الجامعة الإسلامية العالمية ( ماليزيا ) – للندوة :-

نسبة لما كنا نقوم به من اشراف على الدارسين المبتعثين من ( الجامعة الإسلامية العالمية ) بماليزيا لتحضير درجة الماجستير ( ١٤ دارسا ) فى معهد الخرطوم الدولى للغة العربية وكذلك لحوجتنا فى ترحيل الطالبات الأفريقيات الداعيات فقد تقدمنا بطلب لمدير الجامعة الإسلامية العالمية بماليزيا ليضع هذه الحافلة تحت تصرفنا لترحيل الطالبات الدارسات ، فوافق مشكورا – والحافلة الآن تساعدنا كثيراً فى تنفيذ الدراسة والبرامج التى خارج سكن الطالبات والحمد لله .

CONFIDENTIAL

WAMYSA1235464

## (١١) كفالة ورعاية ثلاثين من جزر القمر :-

حضر من جزر القمر مايزيد على الأربعين طالباً ولم تستطع ( جامعة افريقيا العالمية ) استيعابهم جميعا مما جعل ثلاثين منهم يهيمون على وجههم لايجدون مأوى ولادراسة واتصلت بنا ادارة جامعة افريقيا العالمية وعرضت علينا أن نسكنهم ونعيشهم وهم مستعدون لقبولهم للدراسة فى الجامعة ، ولما كان الموقف مؤثراً قررنا استئجار دار متواضعة لاسكانهم واعاشتهم والحمد لله ، الآن يزاولون دراستهم ويعيشون فى جو تربوي اسلامى .

## (١٢) تجربة مشروع اسكان الطلاب الوافدين :-

بتمويل وتشجيع من سعادة الأمين العام المساعد بجدة استطعنا فى ابريل عام ١٩٩٤م استئجار عمارة بها ست شقق كتجربة أولى لاسكان الطلاب الوافدين للدراسة بالجامعات السودانية ونسأل أن نكون بذلك قد قمن بدور ايجابى فى مساعدتهم فى ايجاد السكن المناسب من مختلف الجنسيات بالقيمة الاساسية لتكلفة الايجار والاشراف .. والله الموفق .

## (١٣) تعيين ثلاث دعاة بجنوب السودان :

تجاوب معنا الأخ د. عويش حربى – الأمين العام المساعد للندوة بجدة وذلك بتعيين ثلاث دعاة للعمل فى جنوب السودان حيث العمل مفتوح لنشر الرسلام وبحمد الله تم تعيين ثلاث من الدعاة الجامعيين وزودنا اثنان منهم كل واحد منهم( بدباب ) ليسهل التحرك به داخل الغابات والدعوة الى الله وذلك منذ ستة أشهر والحمد لله العمل مبشر ويدخول اعداد مناسبة فى الاسلام .

## (١٤) انشاء فرع اللجنة النسائية بمكتب السودان :-

تم بحمد الله قبل ستة اشهر تكوين فرع للجنة النسائية بمكتب السودان وقد بدأ نشاطه فى قرية قريبة من مكتبنا وذلك لتحقيق التالى :-

١) فتح فصل لمحو الامية ( تعلم النساء عامة ) القراءة والكتابة .

٢) كيفية قراءة القرآن الكريم قراءة صحيحة .

٣) المبادىء الأولية لفقه الصلاة من طهارة وخلافه .

٤) مبادىء الحساب

٥) الارشاد الاجتماعى الإسلامى – بمعنى مبادى الاسلام فى التعامل مع الغير – .

والحمد لله اكملوا الدورة الأولى بنجاح حيث تم تخريج ٢٦ دارسة (منهن المتزوجات اللاتى لديهن ثمانية اطفال) وقد كان لها صدى طيب من ازواجهن الذين لمسوا من الدارسات الروح الإسلامية فى السلوك .

CONFIDENTIAL

WAMYSA1235465

## (١٥) تنفيذ ( المصلى الأول ) لداخلية طالبات جامعة الخرطوم :-

تم بحمد الله تنفيذ تشييد ( المصلى الأول ) لداخلية طالبات جامعة الخرطوم وسنبدأ قريبا باذن الله تنفـــــيذ ( المصلى الثانى ) فى ( داخلية كلية الزراعة ) بجامعة الخرطوم وسنستفيد – باذن الله – من تجربتنا الأولى فى اقامة ( المصلى الأول ) والذى يعمره عدد كبير من الطالبات بالداخلية وقد اقمن فيه الاعتكاف فى شهر رمضان الكريم لعام ١٤١٤هـ ويؤدين فيه صلاة الفجر جماعة ودروس تجويد القرآن الكريم بعد الصلاة .

## (١٦) المشاركة فى طباعة المصحف الشريف :-

بفضل الله نشارك فى اللجنة التمهيدية لطباعة المصحف الشريف مع عدد من المؤسسات الجامعية والمنظمات لاستمرارية طباعة المصحف الشريف الذي لاحظنا حوجة السودان وافريقيا لنسخ منه ، وقد تقرر أن يكون هناك احتفال بهذه المناسبة الكريمة فى ١٦ محرم ١٤١٥هـ بالخرطوم وسيدعى له بعض المؤسسات والمنظمات والشخصيات الحادبة على طباعة المصحف الشريف من كل انحاء العالم – والجدير بالذكر ان الدراسة الأولية ابرزت أن طباعة النسخة الواحدة من المصحف الشريف بغلاف مقوى فى حدود ( أربعة دولارات ) ويمكن للمنظمات أن توقف العدد الذى تريده من المصاحف حسب دعمها ، ونأمل أن نساهم فيه حتى نجعله متواجداً فى المساجد والجامعات باذن الله .

## (١٧) تعاونا مع الدكتور / أحمد توتونجى فى اختيار بعض الاساتذة الخبراء فى وضع الاسس الأولية

لأنشاء ( جامعة الملك فيصل ) بانجمينا – تشاد . وقمنا باعداد كل الاتصالات ومتابعة سفرهم واستلام تقاريرهم وانجازاتهم التى تمت خلال شهر ، كما اشادت ادارة ( جامعة الملك فيصل ) بمجهودات مكتب الندوة لاقليم السودان فى انجاح هذه المهمة – والحمد لله – .

الحمد والشكر لله انما ذكرت لكم من انجازات ، فقد وفقنا الله بتسييرها باسم الندوة العالمية للشباب الإسلامى .

جزاكم الله خيرا ، والسلام عليكم ورحمة الله وبركاته .،

عبدالله مكى صادق

ممثل الندوة لاقليم السودان

CONFIDENTIAL

WAMYSA1235466

سعادة الأخ الدكتور / عويش حربى الغامدى

الأمين العام المساعد للندوة

حفظه الله   ..

السلام عليكم ورحمة الله وبركاته ..

## الموضوع : احتياجات رفع كفاءة مكتب اقليم السودان

بفضل الله وتوفيقه فإن مكتب الندوة الاقليمى بالسودان يعمل فى عدة مجالات ( الانشطة طوال العام – قبول واسكان واعاشة وكفالة الطلبة الوافدين – رعاية الطلبة والطالبات القمريات بجانب الأنشطة المختلفة الأخرى ) . وفى تقديرنا لابد من اعادة تأهيل المكتب بالضرورات التالية :-

(١) ثلاثة أجهزة كمبيوتر ( واحد خاص بالطلاب الوافدين – الثانى للنشاط – والثالث لأعمال المكتب )

(٢) ماكينة طباعة واحدة ماركة أولبيا ( للاحتياط )

(٣) بعض الاسبيرات لماكينات المكتب ( التصوير + الكتابة ) فى حدود خمسة الف ريال .

(٤) تجديد موافقتكم على شراء اثنان من الموتر سايكل للتحرك للعمل فى حدود ثلاثة الف وخمسمائة دولار .

(٥) حوافز للعاملين كما ترون ، حيث انكم وافقتم فى العام الماضى بمبلغ عشرة الف ريال ، والله الميسر

والسلام عليكم ورحمة الله وبركاته .,

عبدالله مكى صادق

ممثل الندوة لأقليم السودان

CONFIDENTIAL

WAMYSA1235467

# الميزانية المنفذة من خطة عام ١٩٩٣م

| جملة التكلفة | التكلفة الواحدة | عدد |
| --- | --- | --- |

(١) دورة تخصيصة في الادارة ( ادارة الاعلام ) = ٢ X ١٢٠٠ دولار   = ٢٤٠٠ دولار

(٢) دورة تطبيقية  (سكرتارية + سيارات )   = ٢ X ١٢٠٠ دولار   = ٢٤٠٠ دولار

(٣) مخيم مبتدئين ( عددها ٢ )   = ٢ X ٣٠٠٠ دولار   = ٦٠٠٠ دولار

(٤) مخيم عاملين ( عددها ٢ )   = ٢ X ٣٠٠٠ دولار   = ٦٠٠٠ دولار

(٥) القوافل  ( عددها ٥ )   = ٥ X ٣٠٠٠ دولار   = ١٥٠٠٠ دولار

(٦) مخيمات الاتحادات ( عددها ٥ )   = ٥ X ١٠٠٠ دولار   = ٥٠٠٠ دولار

(٧) جلسات ايمانية   = ٢٠ X ٢٠٠ دولار   = ٤٠٠٠ دولار

(٨) دورأت معلمين بالجنوب ( عددها ٣ )   = ٣ X ٧٠٠٠ دولار   = ٢١٠٠٠ دولار

دعاه  أشهر

(٩) تفريغ ٣ دعاة لمدة ( ٦ أشهر )   = ٣ X ٦ X١٥٠ دولار   = ٢٧٠٠ دولار

(١٠) دعم الاتحادات الطلابية   = ٥٠٠٠ دولار

(١١) مساعدات الطلاب الفقراء   = ٥٠٠٠ دولار

_____

جملة المنصرف بنهاية ١٩٩٣م   = ٧٤٫٥٠٠ دولار

## المبالغ المستلمة تحت حساب الميزانية :-

٣٠٫٠٠٠ دولار  الدفعة الاولى بخطابكم رقم ١٥٩٢

٣٠٫٠٠٠ دولار  الدفعة الثانية

_____

٦٠٫٠٠٠ دولار جملة المستلم للنشاط عام ١٩٩٣م   = ٦٠٫٠٠٠ دولار

العجز المرجو تسديده   = ١٤٫٥٠٠ دولار

( فقط أربعة عشرة الف وخمسمائة دولار لاغير )

عبدالله مكي صادق

ممثل الندوة لاقليم السودان

CONFIDENTIAL

WAMYSA1235468

## تقرير احصائى يوضح نوع النشاط الذى تم تنفيذه وعدد المستفيدين منه وعدد أيام التنفيذ خلال عام ٩٣- ١٩٩٤م

| ملاحظات | المده | مستفيدين | برامج خارج الخطة | الولاية | المكان الذى نفذ فيه | المدة بالايام | مستفيدين | اسم النشاط | م |
|---|---|---|---|---|---|---|---|---|---|
| | | | | الوسطى | ولد حسين ٢٤ القرشى | ٨ | ٦٠ | مخيم | ١ |
| | | | | الشرقية | بورتسودان | ٩ | ١٠٠ | مخيم | ٢ |
| | ٧ | ٤٥ | مخيم المهتدين بملكال | اعالى النيل | الرنك | ٣٠ | ١٥٠ | دورة تأهيل معلمين | ٣ |
| | | | | الخرطوم | الخرطوم | ٣٠ | ٣٠ | دورة تأهيلية | ٤ |
| | ١٥ | ٤٥ | مخيم للمهتدين من جوبا | كردفان | بارا | ٤٥ | ٢٥٠ | مخيم | ٥ |
| | ٤٥ | ٣١ | دورة مهتدين جنوبيين | الخرطوم | الخرطوم | ٩ | ٥٠ | مخيم | ٦ |
| | | | | كوبر | الخرطوم | ١٠ | ١٠٠ | مخيم | ٧ |
| | | | | الخرطوم | الخرطوم | ٧ | ٦٠ | مخيم | ٨ |
| | | | | الخرطوم | الخرطوم | ٣٠ | ٢٠ | دورة قيادة سيارات | ٩ |
| | | | | الخرطوم | الخرطوم | ٣٠ | ٣٠ | سكرتارية | ١٠ |
| | ٧ | ٥٠ | صاحبها مخيم طلابى | استوائية | جوبا | ٣٠ | ١١٦ | دورة تأهيل معلمين | ١١ |
| | | | | الخرطوم | الخرطوم | ٣٠ | ٣٠ | دورة إدارة | ١٢ |
| | ٣٠ | ٣٠٠٠ | قافلة العروة الوثقى | كردفان | المجلد | ٣٠ | ٣٠٠٠ | قافلة | ١٣ |
| | | | | الخرطوم | الريف الشمالى | ١٥ | ٤٠٠٠ | قافلة | ١٤ |
| | | | | بحر الغزال | واو | ٣٠ | ٢٥٠٠ | قافلة | ١٥ |
| | | | | استوائية | جوبا | ٢٠ | ٢٧٠٠ | قافلة | ١٦ |
| | | | | الخرطوم | الخرطوم | ١٠ | ٧٥ | مخيم | ١٧ |
| | | | | الوسطى | ٢٤ القرشى | ٢٠ | ٤٠٠٠ | قافلة | ١٨ |
| | | | | بحر الغزال | واو | ٣٠ | ١٠٠ | دورة تأهيل معلمين | ١٩ |
| الوسطى | ٧ | ٦٠ | مخيم طلاب كوبر | الخرطوم | الخرطوم | ٨ | ٨٠ | مخيم | ٢٠ |
| دارفور | ٧ | ٦٠ | مخيم طلاب برنكو | دارفور | الفاشر | ٧ | ٥٠ | مخيم | ٢١ |

**ملحوظة :-**

(١) بفضل الله اقمنا أكثر من ثمانية نشاطات زيادة على الخطة المعتمدة وذلك من مواردنا .

(٢) دعمنا أكثر من عشرين أسبوعاً من اسابيع الاتحادا الطلابية .

CONFIDENTIAL

WAMYSA1235469





**rld Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

تقرير عن سير عمل الدعاة الثلاث المعينين بالولايات الجنوبية

( جوبا – واو – ملكال )

( يناير ١٩٩٤م حتى يونيو ١٩٩٤م )

## داعية جوبا : الاستاذ / عادل حماد حبيب

وصل الى مقر عمله فى الاسبوع الاول من شهر يناير بعد زيارة كانت للاعداد لدورة معلمى مرحلة الأساس .

١ – وفى يوم ٦ يناير ١٩٩٤م بدأت دورة تأهيل المعلمين التى ضمت مائة وستة معلماً ، واختتمت يوم ٧ فبرايـر ١٩٩٤م .

٢ – وبعدها بأربع أيام صاحب هذه الدورة مخيم تربوى ضم ٦٠ طالباً من الولايات الجنوبية .
( مرفق تقريره ) .

٣ – وفى الاسبوع الاول من رمضان الموافق الثانى من فبراير ١٩٩٤م تم العمل فى القافلة الصحية الدعويـــة التى كانت مخصصة ( لكبويتا ) حولناها نسبة للظروف الامنية بالمنطقة المعينة ووجود عدد كبير من النازحين بجوبا فى المدن الأخرى وقد كانت ناجحة جداً بحمد الله .

٤ – وقد أقيمت عدد من الافطارات فى رمضان وقد استمر البرنامـج ٢٢ يوماً ، وفى آواخر شهر رمضـان عاد الأخ عادل الى الخرطوم بتقاريره واعداده للفترة القادمة .

٥ – ثم سافر الى مقر عمله بعد عطلة العيد الى جوبا والحمد لله يقوم بالدعوة مشتملة على الـــدروس والمحاضرات فى المراكز الشبابية وخلاوى القرآن الكريم .

## داعية واو : ولاية بحر الغزال الاستاذ /شريف بخيت

١ – تحرك من الخرطوم الى واو فى يناير ١٩٩٤م وأول ماقام به تنفيذ دورة تأهيل المعلمين التى ضمت مائة معلم بدأت فى الاسبوع الاخير من شهر يناير ١٩٩٤م وأستمرت حتى الأسبوع الاخير من فبراير ١٩٩٤م ( مرفق تقريرها ) .

٢ – وقد أقام عدداً كبيراً من المحاضرات والدروس فى الخلاوى والمساجد ، وقد عاد فى آواخر شهر رمضـان ١٤١٤هـ .

٣ – ثم رجع بعد ذلك ليقوم بتنفيذ القافلة المخصصة ( لراجا ) فى واو ، وقد تم تنفيذها ولكن لم يصلنا التقرير نسبة لبعد المسافة .

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA1235470

٤ – ومما يجدر ذكره <u>فقد أقام عدداً من الأفطارات فى شهر رمضان ١٤١٤هـ</u> باسم الندوة وقد كانت بفضل الله مغطية لعدد كبير من المسلمين المحتاجين .

## <u>داعية ملكال : الاستاذ / طارق على سليمان</u>

١ – تم تعيينه فى شهر يناير ١٩٩٤م ، <u>وذلك بعد أن تم تنفيذ دورة تدريب المعلمين ( بالرنك ) ولاية أعالى النيل</u> ولكن كان قد نفذ دورة اعالى النيل .

٢ – كما أقام عدداً كبيراً من المحاضرات والدروس بطريقة منظمة جداً فى المدارس والمراكز الثقافية .

٣ – وقد أقام عدداً من الافطارات فى رمضان والتى غطت كثيراً من المسلمين المحتاجين .

## <u>ملحوظة</u> :-

<u>بعد هذه التجربة الميدانية التى قام بها الدعاة فى جنوب السودان لاحظنا ارتفاع تكلفة تسيير المكاتب الثلاث ،</u> <u>لذا نرجو التكرم بالموافقة على التالى :-</u>

– رفع ميزانية تسيير مكتب الدعاه الى /٢٠٠ دولار + ١٠٠/ دولار راتب الداعية = /٣٠٠ دولار شهرياً وذلك لتغطية ايجار نفقات المقر وتحركات الداعية ، كما نرجو تأمين وسائل الاعلام ( مسجل + ميكرفون + تلفزيون + فيديو + مولد كهربائى صغير ) وجزاكم الله خيراً

عبدالله مكى صادق

ممثل الندوة لاقليم السودان

CONFIDENTIAL

WAMYSA1235471





**forld Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقم ن ع ش / / /

التاريخ ١٥/ ٧ /١٩٩٤ م

تقرير موجز لابُرز انجازات مكتب السودان خـــلال
الفترة من ٥١ ذى الحجـــة ١٤١٤هـ حتــى ١٢
صفــر ١٤١٥هـ ( هقيسشرليرلعريط ) .

١ ) ان اتقدم اليكم بهذا التقرير الذى يرصد الخطوط العريضة لاهُم ما تم انجازه بواسطة مكتــب
الندوة في السودان خلال الفترة المشار اليها .اعلاه

١ ) في مجال الدعوة والنشاط :-

* اجتمعنا برئيس وحدة ( الدعوة والنشاط ) ومساعديه والمتعاونين معهم واطلعناهـــم
على الميزانية المصدقة ووضعنا البرامج التنفيذية الكفيلة بتنفيذ برامج الد ورات والقوافل
والمخيمات ووجهناهم بتفادى سلبيات الماضي .

* كما اجتمعنا بالدعاة مندوبي الندوة ( بملكال ) و ( جوبا ) و (واو) الذين حضروا موخُرا
وراجعنا احتياجاتهم وفقا للميزانية وحد دنا برامج التنفيذ كل على حـده. ووفرنا السيولة
اللازمةللنشاط وسيعود ون الى موقع العمل خلال هذا الاسبوع باذن الله خاصــــة
للاعد اد لدورتي المعلمين المصد ق بها في الميزانيه واللتان ستقامان في (جوبا ) و
( ملكال )

* إفتتحنا د ورات الحاسوب والاد اره وللغة الا نجليزية في اكاديمية العلوم الا د اريةوكان
الحضور مكتملا وكان عد د المشاركين في كل د ورة ( بالكشف المرفق ) وما زالـــت
الد ورتان تعملان .

* اعد دنا برنامج الخطه السنويه حسب الميزانية المصد ق بهـا لعـام ١٩٩٤م وبد انا

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA1235472



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

التاريخ / / / م          الرقم ن ع ش / / /

( ٢ )

و

في الاستعداد لتنفيذها .

\* عقدنا عددا من الاجتماعات مع لجان الروابط والاتحادات الطلابية الافريقية والاسيوية ودعمنا عددا منها بعد الاطلاع على خططها واعمالها وتقديم الارشاد اللازم لها وقد حددنا هدفنا هذا العام في التركيز على ( تدريب قيادات الطلاب في العمل الاداري ) .

) **في مجال الطلاب الوافدين** :-

حيث ان مكتب السودان هو الممثل الوحيد لكل المنظمات الاسلامية العاملة في السودان في مجال قبول الطلاب الوافدين في الجامعات السودانية ورعايتهم، فقد كان النشاط على النحو التالي :-

\* أشرفنا على وصول الطلاب الوافدين من شتى الدول الافريقية والاسيوية وغيرها وذللنا لهم الصعاب للانخراط في الجامعات والمعاهد العليا السودانية .

\* ساعدنا ( ٦٩ ) طالبا من مختلف الجنسيات في سداد رسومهم الدراسية للجامعات واكمال اجراءات التسجيل حتى دخولهم للجامعات .

\* ساعدنا اكثر من ( ١٠٠ ) طالب افريقي واسيوي فقير وتحصلنا لهم على اعفاء من الرسوم الدراسية كما اشرفنا على تسهيل دخولهم بالجامعات .

\* تشفعنا في ( تسعة ) طلاب مع الجامعات لاعفاء ( حفظة كتاب الله الكريم ) من الرسوم الدراسية ، وقد تم قبولهم مجانا بحمد الله . كما اشرفنا عليهم حتى قبولهم بالجامعات

\* قمنا بالتنسيق مع عدد كبير من الجامعات لتحويل بعض التخصصات للطلاب من داخل كل جامعة ( من تخصص لآخر ) وفقا لرغباتهم حتى يقبلوا وهم راضون عن الكلية التي يدرسون بها .

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحري – حي عمر المختار
شرق كبري بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA1235473



# World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

التاريخ / / / م          الرقم ن ع ش / / /

( ٣ )

* عالجنا عدد من استبدالات الطلاب في مكان الذين حالت ظروف ذون حضورهم السودان فأدخلنا الاحتياطي بدلا عنهم.

* قمنا بصرف اعانات وكفالات الطلاب في مرحلة الجامعة وفي المعاهد الدينية والخلاوى بما يفوق خمسائة وخمسين دارس في ٥/٣١ وفي ٦/٣٠ والان نجهز لهم اعاناتهم المستحقة في ٣١/٧/١٩٩٤م وتجدر الاشارة ان متوسط صرفنا الشهرى للاعانات يبلغ حوالي مليونان من الجنيهات السودانية ( من الندوة وغيرها ) .

* عالجنا العديد من الحالات الطارئة والقاهرة بالمساعدة في الملبس والاعاشة وتحضير متطلبات الدراسة من رسوم وكتب ومذكرات وكذلك المساهمة في شراء بعض التذاكر للعائدين نهائيا لا وطانهم.

* بدأنا في تجهيز المستندات والتحضير لقبول ( ٩٤/٩٥ ) الذى سيبدأ بعد ثلاثة اشهر في نوفمبر ١٩٩٤م والاستفادة من سلبيات العام الماضي .

* الحقنا بعض الطلاب الوافدين بالدورات التطبيقية التي بدأت ( حاسوب وإدارة ) .

* عقدنا عده اجتماعات مع الاتحادات الطلابية لتنسيق القبول والتسجيل والاستمرار في الدراسة والاشراف على الطلاب .

* استأجرنا عمارة من ستة شقق للطلبة الوافدين ( المقتدرين ) بمعنى انهم هم الذين يدفعون كل التكلفة وعلينا الاشراف التربوى والادارى وهي تجربة سنقيمها باذن الله ونرفق لكم تقريرا عنها حيث انها تبشر بعمل كبير يريح الطلاب واهلهم نفسيا واكاد يميا وكذلك ولهم من خارج الندوة ـ وفقنا الله لاسكان واعاشة ورعاية ثلا ثين طالبا من جزر القمر لم يجد والهم سكنا لاكمال دراستهم ولولا لطف الله لاصبحوا مشردين حيث انهم حضروا من بلاد هم لطلب العلم وليس لدى هم من يرعاهم ـ ذلك بجانب

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر ـ الخرطوم بحرى ـ حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA1235474

بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

التاريخ  /  /  م        ( ٤ )        الرقم ن ع ش /  /  /

رعايتنا للطالبات القمريات بالسكن والاعاشة والحمد لله .

٣ ) في العمل الادارى :-

**أ )** * افتتاح وحدة الحاسوب :-

تمكينا لمكتبنا من رصد البيانات العلمية وعدد به الطلاب والقوافل والمخيمات والـدورات وعدد المستفيدين منها ورصد وتحليل البيانات الماليه وضبط الايرادات وترشيـــــد الصرف فقد قمنا بفضل الله بافتتاح وحدة الحاسوب وتشغيل الكمبيوتر المهدى لنـــا وقد جهزنا كل احتياجاته وان شاء الله تنعكس النتائج على التقارير القادمه .

**ب )** * تجهيز الداخليات :-

اشرف المكتب الادارى على التجهيز والتأهيل لداخلية الطلاب الوافدين وقد بــدأ الطلاب في السكن وانتظمت الاعاشة والنشاط الاجتماعية .

* كذلك داخلية الطلاب القمريين قامت الادارة بالتأهيل والصرف الاسبوعي على الغذاءات وقد ساعدناهم في المواصلات بصرف اربعة دراجات هوائية لهـــم

* الصرف والاشراف على داخلية الطالبات الافريقيات تعمل كالمعتاد والتي تحتوى علـى ستة عشرة طالبة من ( جزر القمر ) وثلاثة من ( البوسنا ) واربعة من ( اثيوبيا ) واثنان من ( الصومال ) وواحدة من ( امريكا )

**ج )** وحدة الاعلام والعلاقات العامة

اكملنا انشاء وحدة جديدة للاعلام لم تكن من قبل وزودناها بالمواد اللازمة لعكس نشاط الندوة وتوثيق المخيمات والقوافل والدورات حتى نقلل من سلبيات التقارير .

الخرطوم ص . ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

المقر – الخرطوم بحري – حي عمر المختار
شرق كبرى برى

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

CONFIDENTIAL        WAMYSA1235475

بسم الله الرحمن الرحيم

**الندوة العالمية للشباب الاسلامي**

**World Assembly of Muslim Youth**

التاريخ  /  /  / ٢    ( ٥ )    الرقم ن ع ش /  /  /

د )  الاجتماعات التنشيطية الدورية : ـ
_____

* حبررنا يوم الخميس من كل اسبوع ( للعمل الاداري الداخلي ) ـ
لتكملة ما نقص من عمل خلال الاسبوع بدون السماح للمراجعين

* عقدنا خمسة اجتماعات شاملة لكل العاملين وذلك في اطار الاجتماعات التي تتم
كل يوم خميس بعد صلاة الظهر وهي تختص بمراجعة العمل والتأكيد على تعاون
الوحدات مع بعضها البعض والعمل المشترك لتحقيق اهداف الندوة .

* عقدنا عدة اجتماعات قطاعية من ( وحدة الدعوة والنشاط) ثم مع ( وحدة الطلاب الوافد ين
ثم ( وحدة الادارة) ثم وحدة ( الاعلام) وذلك لتنشيط العمل ومعالجة السلبيات ووضع
الحلول المناسبة للمصاعب التي تعترض العمل .

هـ )  تجهيز مكتبة كلية البنات بجامعة القرآن الكريم :
_____

تسلمنا شحنات الكتب والرفوف التي وصلتنا من مكتب جدة وبعد ان قمنا بفرزها وتعبئتها
وعمل قوائم لها وسلمنا المراجع الهامة لادارة جامعة القرآن الكريم وقد خصصوا لنا
مبنى كامل للمكتبة ووضعت عليه لافتة ( هديه من الندوة العالمية للشباب الاسلامي )
لجامعة القرآن الكريم والعلوم الاسلاميه هذا وسوف يتم افتتاح المكتبة قريبا بإذن الله .

خاتمة : ـ
_____

هذه هي ابرز المناشط وغيرها كثير من الاعمال اليومية الروتينية التي لا يتسع المجال
لحصرها والتقرير عنها وانتم ادرى بذلك ، والذي نرجو ان يتقبل الله منا ومنكم
صالح الاعمال ـ

عبد اللطيف صادق

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

المقر - الخرطوم بحري - حي عمر المختار
شرق كبري بري

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

CONFIDENTIAL

WAMYSA1235476



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

التاريخ  /  /  / م

الرقم ن ع ش /  /  /

كشف باسماء الدول وعدد الطلاب المشاركين في الدورات التطبيقية

| اعمال مكتبية الــة كاتبة | ا د ا رة | كمبيوتر | الــدولــــة | رقم |
|---|---|---|---|---|
| ٢ | ٣ | ٣ | الصومــال | ١ |
| ٣ | ١ | ٢ | ارتـريـا | ٢ |
| — | ١ | — | اروميـــا | ٣ |
| ٢ | ٢ | ١ | مـاليزيـا | ٤ |
| ١ | ١ | — | بـروفنـدا | ٥ |
| ١ | ١ | ٢ | تـايلانـدا | ٦ |
| ٢ | ١ | ١ | فلسطيــن | ٧ |
| ١ | ٤ | — | اوفاديـن ( الصومال الغربي ) | ٨ |
| ٣ | ١ | ٣ | ساحل العـاج | ٩ |
| ١ | ٢ | — | السنغـال | ١٠ |
| ١ | ١ | — | موزمبيـق | ١١ |
| ١ | ١ | ٢ | هنـاد | ١٢ |
| — | ١ | — | افغانستـان | ١٣ |
| ٦ | ٣ | ٧ | السـودان | ١٤ |
| ١ | — | ٢ | بوركينا فاسـو | ١٥ |
| ١ | — | — | جيبوتـي | ١٦ |
| ٢ | ٢ | — | مالـــى | ١٧ |

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

CONFIDENTIAL

WAMYSA1235477



**World Assembly of Muslim Youth**

# الندوة العالمية للشباب الاسلامي

التاريخ  /  /  /  م

الرقم ن ع ش /   /   /

( ٢ )

## <u>تابــع الكشــف</u>

| رقم | الـــدولـــة | كمبيــوتر | ا د ا ر ة | اعمـال مكتبيـة<br>الـة كاتبـة |
|---|---|---|---|---|
| ١٨ | ما قبلـه | ٢٣ | ٢٣ | ٢٣ |
| ١٩ | غـــانـــا | ١ | ١ | ١ |
| ٢٠ | جــزر القمــر | ٢ | ١ | ١ |
| ٢١ | افريقيـا الوسطـى | ٤ | - | - |
| ٢٢ | موريتـانيــا | ٥ | ١ | - |
| ٢٣ | كينيــــا | ١ | ٣ | - |
| ٢٤ | اثيوبيــا | ١ | ٣ | - |
| | الجملــــة | ٣٠ | ٣٠ | ٣٠ |

الخرطوم ص.ب : ٤٣٧٥

تلفون/فاكس : ٨١٩٧٣

تلفون : ٦١٣٥٤٧

تلكس : دافو ٢٢٢٢١

المقر – الخرطوم بحرى – حى عمر المختار

شرق كبرى برى

KHARTOUM P.O. Box : 4375

TEL/FAX : 81973

TEL : 613547

TELX : 22221 DAFO SD

CONFIDENTIAL                                        WAMYSA1235478



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

التاريخ ‏01 / ٧ / ١٩٩٤ م

الرقم ن ع ش / / /

جدول تنفيـــذ خطـة النشــاط لعـــام ١٩٩٤

(١)

| رقم | اسم النشــــاط | تاريخـه | العـدد المستفيد | المدة | الجهـة المنفذة |
|---|---|---|---|---|---|
| ١ | قافلة دعوية في الجنوب ش:(١) | ٢٠/٦/٩٤ | ٢٠ | ٢٥ | الولايات الجنوبية |
| ٢ | مخيم طـــلابي م:(١) | ٢٥/٦/٩٤ | ١٠٠ | ٧ | وكالة النشاط الطلابي (خرطـ) |
| ٣ | دورة كمبيوتر ش:(١) | ١٢/٧/٩٤ | ٣٠ | ٩٠ | الند وقوالا تحاد اتالا فريقية |
| ٤ | اادارة عامة نم(١) | ١٦/٧/٩٤ | ٣٠ | ٢٥ | اكاد يمية السودان |
| ٥ | اسكرتاريـــة | ١٦/٧/٩٤ | ٣٠ | ٩٠ | المركز القومي للتدريب |
| ٦ | مخيـم طـلابي ش:(٢) | ١٩/٧/٩٤ | ١٥٠ | ٧ | احتشاد طلاب الخرطوم |
| ٧ | دورة لغة انجليزية نم(١) | ٢٥/٧/٩٤ | ٤٠ | ٤٥ | طلاب افارقة واسيويين |
| ٨ | دورة علوم كمبيوتر (٢) | ١/٨/٩٤ | ٣٠ | ٩٠ | اتحادات افريقيـة |
| ٩ | مخيم طلاب ارتريــا | ٥/٨/٩٤ | ١٠٠ | ٧ | اتحاد طلاب الارتريين |
| ١٠ | ورة معلمين ش:(١) | ٦/٨/٩٤ | ١٠٠ | ٣٠ | داعية الند وة بملكـال |
| ١١ | دورة تدريب معلمين نم:(٢) | ٨/٨/٩٩٤ | ١٠٠ | ٣٠ | بجومــا |
| ١٢ | مخيم طلابي ش:(٣) | ٢٠/٨/٩٤ | ١٠٠ | ٧ | الند وقمع طلاب افريقيا |
| ١٣ | مخيم طـلابي ش:(٤) | ٢٠/٨/٩٤ | ١٠٠ | ٧ | طلاب وسط افريقيا |
| ١٤ | دورة دعاة بالجنوب (١) | ٢٢/٨/٩٤ | ١٠٠ | ٣٠ | الند وة العالمية |
| ١٥ | دورة اعلام | ١٠/٩/٩٤ | ٣٠ | ٣٠ | ،،،،،،،،،،، |
| ١٦ | دورة ادارة اعمال نم:(٢) | ١/١٠/٩٤ | ٣٠ | ٣٠ | الند وة اكاد يمية السودان |
| ١٧ | دورة دعاة بالجنوب نم:(٢) | ١٠/١٠/٩٤ | ١٠٠ | ٣٠ | الند وة العالمية (ملكال) |

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

CONFIDENTIAL

WAMYSA1235479



**World Assembly of Muslim Youth**  الندوة العالمية للشباب الاسلامي

التاريخ  /  /  /  م                                    الرقم ن ع ش /  /  /  /

تابع / جدول تنفيذ خطة النشـــاط لعـــام
١٩٩٤م

| المكان | الجهة المنفذة | المدة | العــدد المستفيـد | تاريخـه | اسـم النشـــاط | رقم |
|---|---|---|---|---|---|---|
| جوبا | الندوة العالمية | ٣٠ | ٧ | ٩٤/١١/٥ | قافلة دعوية بالجنوب (٢) | ١٨ |
| واو | ،،،،،،،،،،،،،،، | ٣٠ | ٧ | ٩٤/١١/١٠ | ،،،،،،،،،،،،،،، (٣) | ١٩ |
| ملكال | ،،،،،،،،،،،،،،، | ٣٠ | ٧ | ٩٤/١١/٢٠ | ،،،،،،،،،،،،،،، (٤) | ٢٠ |
| كسلا | الندوة/ اتحاد ارتريا | ٧ | ١٠٠ | ٩٤/١١/٢٢ | مخيم طلابي ارتريا (٢) | ٢١ |
| الخرطوم | الندوة مع طلاب جنوب افريقيـــــا | ٧ | ١٠٠ | ٩٤/١٢/١ | تخييم طهرانى رقم: @ | ٢٢ |
| ،،،،،،، | الندوة مع قيادات افريقية | ١٠ | ١٠٠ | ٩٤/١٢/٢٠ | مخيم القيادات الافريقيـــــة | ٢٣ |
| سمسم | الندوة مع اتحـــــاد طلاب ارتريا ومعسكرات المهاجرين الارتريين | ٣٠ | ٧ | ٩٤/١٢/٢٥ | قافلة ارتريـــــا | ٢٤ |
| المزرشم | المزرعه | ٤٥ | ٤٠ | ٩٤/١٢/٨ | دورة لغة الجليزية رقم: @ | ٢٥ |

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL                                             WAMYSA1235480



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1235460-WAMYSA1235480**

Sworn to before me this

_26_ day of _MARCH_ of 2026

_____
Translation Manager

_____
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY



**ata MEMBER**
**American Translators Association**



BBB® ACCREDITED BUSINESS

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling