

| World Assembly of Muslim Youth | | الندوة العالمية للشباب الإسلامي |
| --- | --- | --- |
| Member of the UN NGO'S | | عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة |

03 Sudan

No. 4485

Office of the Secretary General

Date: October 3, 1999

**His Excellency Mr. Abdullah Makki Sadiq**
**Director of the Assembly Office in Sudan,**
may God protect him
Peace be upon you, God's mercy and blessings

I am pleased to enclose Bank Check No. 27194770, dated September 29, 1999, in the amount of
$5,326.24 (in words: five thousand three hundred twenty-six dollars and twenty-four cents), which
is a donation from the Assembly to assist flood victims in Sudan.
Please be so kind as to accept the check and let us know.
May God Almighty protect you and take care of you
May God's peace, mercy and blessings be upon you,

Secretary General of the World Assembly of Muslim Youth and Council Member
Dr. Manaa bin Hammad al-Johani
[signature]
[seal]



CONFIDENTIAL

EXHIBIT

WAMY EX. 137

WAMYSA031064





**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام

*Office of the Secretary General*

الرقم .......... ٤٤٨٥

التاريخ ...........

سعادة الأخ الفاضل / عبد الله مكي صادق

مدير مكتب الندوة في السودان                 حفظه اللـــه

السلام عليكم ورحمة الله وبركاته..

يسرني أن أرفق لكم الشيك المصرفي رقم ٢٧١٩٤٧٧٠ بتاريخ ١٩٩٩/٩/٢٩م بمبلغ
٢٤, ٥٣٢٦ دولار أمريكي (فقط خمسة آلاف وثلاثمائة وستة وعشرون دولار أمريكي وأربعة
وعشرون من مائة لا غير ) ، والمبلغ مساعدة من الندوة لمنكوبي الفيضانات في السودان  .

رجاء التكرم باستلام الشيك وإشعارنا بذلك .

والله تعالى يحفظكم ويرعاكم ..

والسلام عليكم ورحمة الله وبركاتـه ،،،

الأمين العام
للندوة العالمية للشباب الإسلامي
وعضو مجلس الشورى



د. مانع بن حماد الجهني

---

CONFIDENTIAL                                              WAMYSA031064



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English  language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031064**

Sworn to before me this

___ day of _____ of 2026

_____
Translation Manager



_____
Notary


**MEMBER**
American Translators Association


**ACCREDITED BUSINESS**

Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling