

**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية- هيئة الأمم المتحدة



الرقـم :

التاريخ :

مكتب الأمين العام

Office of the Secretary General

No: 6138

Date: November 10, 2001

His Excellency Professor Al-Zubair Bashir Taha, Minister of Higher Education of the Republic of Sudan, may God protect him

Peace be upon you, God's mercy and blessings I pray to God Almighty that you are all well and in good health... And then

I am pleased to extend my deepest thanks and appreciation to you for your generous efforts in supporting the educational journey of the youth of our Islamic nation by graciously providing the World Assembly of Muslim Youth with fifty seats for undergraduate and graduate students at Sudan's prestigious universities .

I would also like to inform Your Excellency that the student, Abdulrahman Munzir Abdulkarim, has been awarded one of the scholarships allocated by Your Excellency for the Assembly at the Faculty of Mechanical Engineering, Omdurman University. I pray to God Almighty and ask Your Excellency to facilitate the admission of the aforementioned student to the Computer Science or Electronics Department at the University of Khartoum or the University of Omdurman, given his strong desire to study this field. I kindly request Your Excellency's generous assistance for this student, which I hope will help him excel, succeed,and benefit as much as possible from this blessed scholarship.

I ask Allah, the Almighty, to preserve you as a treasure for Islam and the Muslim community, and to reward you with the best of rewards for all your deeds .

May God's peace, mercy and blessings be upon you,

The Secretary-General and Member of the Shura Council, Dr. Manaa bin Hammad al-Johani
[signature]

*A photo with best regards to Dr. Abdullah Faki for his kind follow-up .

Dr. Master / Recommendation

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431
Cable : ISLAMIYAH RIYADH - Fax .: ( 01 ) 464 1710

ص . ب ١٠٨٤٥ -الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٥٤٣١ ٤٦٥
برقياً : إسلامية الرياض - فاكس : ١٧١٠ ٤٦٤ (٠١)

WAMYSA031240

EXHIBIT

WAMY EX. 138

CONFIDENTIAL



**World Assembly of Muslim Youth**

Member of the UN NGO'S

بسم الله الرحمن الرحيم

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية- هيئة الأمم المتحدة

الرقـم : ٦١ . ٢٨

التاريخ : ٢٢ / ٨ / ٢٥ ‏P١٤٢٢

حفظه الله

مكتب الأمين العام

*Office of the Secretary General*

برقية

معالي الأخ الكريم البروفيسور / الزبير بشير طه
وزير التعليم العالي بجمهورية السودان

السلام عليكم ورحمة الله وبركاته ..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد

يسرني أن أقدم لكم جزيل الشكر والعرفان على جهودكم الخيرة في دعم مسيرة التعليم لشباب أمتنا الإسلامية من خلال تكرمكم بمنح الندوة العالمية للشباب الإسلامي خمسين مقعدا لطلاب الجامعة والدراسات العليا في جامعات السودان العريقة .

هذا وأفيد معاليكم بأن الطالب / عبد الرحمن منذر عبد الكريم ــ قد قبل على منحة من المنــح المخصصة من قبل معاليكم للندوة ــ بكلية الهندسة الميكانيكية جامعة أمدرمان . فأرجو الله تعالى ثــم معاليكم تيسير قبول الطالب المذكور بقسم الحاسب الآلي أو الإلكترونيات بجامعة الخرطوم أو جامعــة أمدرمان ، لرغبته الملحة الدراسة في هذا التخصص ، مساعدة كريمة من معاليكم للطالب الذي يرجـى أن يساعده ذلك في التفوق والنجاح والاستفادة أكبر ما يمكن من هذه المنحة المباركة.

والله تعالى أسأل أن يحفظكم ذخرا للإسلام والمسلمين ، وأن يجزيكم عن الجميع خير الجزاء .

والسلام عليكم ورحمة الله وبركاته ...

الأمين العام
وعضو مجلس الشورى

د. مانع بن حماد الجهني

* صورة مع الترجمة للدكتور عبد الدهكمى
للتكرم بالمتابعة .

م/الأسط / توصية

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  -  Saudi Arabia  -  Tel.( 01 ) 464 1669 ( 10 ) Lines / 465 5431
Cable :    ISLAMIYAH  RIYADH   -   Fax .: ( 01 ) 464 1710

ص . ب ١٠٨٤٥-الريـاض ١١٤٤٣ - شارع الأمير عبدالعزيزبن مسـاعد بن جـلوي
السليمانية - المملكة العربية السعودية - هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٥٤٣١ ٤٦٥
برقيــا : إسلاميــــة الريـــاض - فاكـــس : ١٧١٠ ٤٦٤ (٠١)

CONFIDENTIAL

WAMYSA031240



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031240**

Sworn to before me this

_____ day of _____ of 2026

_____
Translation Manager

_____
Notary



