

No: 9044
Date: February 12, 2001

His Excellency, the Honorable Abdullah Makki Sadiq, may God protect him
Representative of the Assembly Office in Sudan
Peace be upon you, and God's mercy and blessings

First: We are enclosing a copy of the wire transfer sent via Al-Rajhi Investment Bank on February 10, 2001, in the amount of (12,108 (twelve thousand one hundred and eight) U.S. dollars, equivalent to 45,450 (forty-five thousand four hundred and fifty) riyals) for the benefit of mosque projects and the secretariats of Islamic associations in Sudan, as detailed below:

| Recipient | Phone | Amount | Project Name |
|---|---|---|---|
| Mahmoud Mohamed Mahmoud | | 9,000 nine thousand riyals | Charitable Society for the Care of Orphans and the Homeless in Tokar |
| Omar Zain | 559012 | 4,500 four thousand five hundred riyals | Umm Sattam Mosque |
| Omar Zain | 559012 | 2,000 two thousand riyals | Al-Khair Mosque |
| Omar Zain | 559012 | 4,500 four thousand five hundred riyals | Drilling the Al-Dahimshi Well |
| Omar Zain | 559012 | 4,500 four thousand five hundred riyals | Drilling the Ahl al-Sunnah Well |
| Omar Zain | 559012 | 4,500 four thousand five hundred riyals | Drilling the Al-Haramain Well |
| Omar Zain | 559012 | 450 four hundred fifty riyals | Water Supply Projects |
| | Implemented through the Assembly Office in Sudan; Engineer Hassan Al-Mahi is aware of the village's location | 16,000 sixteen thousand riyals | First Phase for the Four Al-Khor Mosques |

Second: Please inform us upon receipt of the funds and the receipt of the receipts from the recipients.
We thank you for your cooperation and attention, and may Allah protect and watch over you.
Peace be upon you, and may Allah's mercy and blessings be upon you.

Assistant Secretary-General for Office Affairs
at the World Assembly of Muslim Youth
Dr. Saleh bin Ibrahim Babair
[signature]
[seal]

CONFIDENTIAL

WAMYSA031061

EXHIBIT
WAMY EX. 139

إشعار العميل ل●لية/عمليات مصرفية

**CUSTOMER ADVISE FOR BANKING TRANSACTION(S)**

شركة الراجحي المصرفية للاستثمار

**AL RAJHI BANKING & INVESTMENT CORP.**

| 27900 – AL-Thlatheen – Olleya | 32108896 | Cash  1 | 10/02/01 | 21 |

## Transaction Summary

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | Foreign Payments Order – USD 12,108.00 <br> Payment Order of USD 12,108.00 corresponding to SAR 45,405.00 <br> Payment Order USD 12,108.00 equivalent SAR 45,405.00 exchange rate used 3.750000 <br> Remitter WAMY <br> Beneficiary  ALNADWA AL ALAMIYAH LIL SHABAB ALISLAMIY   BANK OF KHARTOUM AL BARLIMAN BRANCH SUDAN 51916 <br> Correspondent BANK OF KARTOUM H.O. KARTOUM  5339-60284-002 <br> Reference number: 00000000020 BESCC: 0 |
| 908 | Foreign Payment Order Fees – SAR 45.00 <br> Payment Order of SAR 45.00 |

WAMYSA031062

CONFIDENTIAL



# World Assembly of Muslim Youth

## Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

مكتب الأمين العام المساعد

فاكس عاجل

*Office of the Assistant Secretary General*

الرقم : ..................

التاريخ : ..................

سعادة الأخ الفاضل / عبد الله مكي صادق         حفظه الله

ممثل مكتب الندوة بالسودان

السلام عليكم ورحمة الله وبركاته

أولاً : نرفق لكم صورة الحوالة المرسلة عبر شركة الراجحي المصرفية للاستثمار بتاريخ 10 / 2 / 2001 م بمبلغ ( 12,108 اثنى عشر ألف ومائة وثمانية دولارات أمريكية أي ما يعادل 45,450 خمسة وأربعون ألف وأربعمائة وخمسون ريال ) وذلك لصالح مشاريع المساجد وأمانات الجمعيات الإسلامية في السودان ، وذلك حسب التفصيل التالي :

| المستلم | الهاتف | المبلغ | اسم المشروع |
|---|---|---|---|
| محمود محمد محمود | | 9,000 تسعة آلاف ريال | الجمعية الخيرية لرعاية أيتام ومشردي طوكر |
| عمر زين | 559012 | 4,500 أربعة آلاف وخمسمائة ريال | مسجد ام سطام |
| عمر زين | 559012 | 2,000 ألفي ريال | مسجد الخير |
| عمر زين | 559012 | 4,500 أربعة آلاف وخمسمائة ريال | حفر بئر الدهيمشي |
| عمر زين | 559012 | 4,500 أربعة آلاف وخمسمائة ريال | حفر بئر أهل السنة |
| عمر زين | 559012 | 4,500 أربعة آلاف وخمسمائة ريال | حفر بئر الحرمين |
| عمر زين | 559012 | 450 أربعمائة وخمسون ريال | مشاريع سقيا |
| ينفذ عن طريق مكتب الندوة بالسودان ، والمهندس حسن الماحي على علم بموقع القرية | | 16,000 ستة عشر ألف ريال | الدفعة الأولى لمسجدقرى أربعة الخور |

ثانياً : الرجاء إبلاغنا بوصول المبلغ واستلام سندات قبض من المستلمين .

شاكرين لكم حسن تعاونكم واهتمامكم ، والله يحفظكم ويرعاكم ..

والسلام عليكم ورحمة الله وبركاته .

الأمين العام المساعد لشؤون المكاتب

بالندوة العالمية للشباب الإسلامي

د. صالح بن إبراهيم بابعير

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  -  Saudi Arabia  -  Tel. (01) 464 1669 (10) Lines / 465 5431
Cable :   ISLAMIYAH RIYADH      -      Fax. : (01) 464 1710

ص.ب : 10845 ـ الرياض : 11443 ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف 1669 464 (01) عشرة خطوط / 5431 465
برقياً : إسلامية الرياض   ـ   فاكس : 1710 464 (01)

CONFIDENTIAL                                                              WAMYSA031061



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031061**

Sworn to before me this

____ day of ___MArch___ of 2026

_____
Translation Manager

_____
Notary





ata MEMBER
American Translators Association

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling