

World Assembly of Muslim Youth          الندوة العالمية للشباب الاسلامي

Date: June 18, 1995

No: 567/95

His Excellency Dr. Manaa bin Hammad Al-Johani, may God protect him, Secretary-General of the World Assembly of Muslim Youth

Peace be upon you, and may Allah's mercy and blessings be upon you,

With reference to your letter No. 8711 dated May 29, 1995, we are pleased to enclose the comprehensive income and expenditure budget covering six months from the first of Rajab until the last day of Dhu al-Hijjah 1415 AH

May Allah reward you with good. Peace be upon you, and the mercy and blessings of Allah.

Abdullah Makki Sadiq, Representative of the World Assembly of Muslim Youth
[signature]
[seal]

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحري – حي عمر المختار
شرق كبري بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

EXHIBIT
WAMY EX. 140

WAMYSA031232



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقم ن ع ش /٥٦٧ / ٩٥ /                          التاريخ ٢٠ / ١ / ١٤١٦هـ م

سعادة الاخ الدكتور/ مانع بن حماد الجهني          حفظه الله
الامين العام للندوة العالمية للشباب الاسلامي

السلام عليكم ورحمة الله وبركاته،

بالإشارة الي خطابكم رقم ٨٧١١ المؤرخ ١٤١٥/١٢/٢٩هـ، نرجو ان نرفق لكم
ميزانية الصرف والايراد شاملة لستة اشهر من اول رجب حتي اليوم الاخير من ذي
الحجة ١٤١٥هـ

وجزاكم الله خيراً،،،،    والسلام عليكم ورحمة الله وبركاته،،،،،،،،،

عبد الله مكي صادق
ممثل الندوة العالمية للشباب الاسلامي

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحري – حي عمر المختار
شرق كبري بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL                                              WAMYSA031232



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031232**

Sworn to before me this

26 day of _March_ of 2026

_____
Translation Manager

_____
Notary





Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling