

World Assembly of Muslim Youth        الندوة العالمية للشباب الاسلامي

WAMY Regional Office Expenditure — Sudan, for the period from April 2, 1995 to April 30, 1995

| Revenues and Balance | Amount | Expenses | Amount | Documents |
|---|---|---|---|---|
| Balance as of April 2, 1995 | 667,171 | Salaries | 208,030 | (10) Documents |
| | | Office Supplies | 75,461 | (20) Document |
| | | Office Maintenance | ........ | ........ |
| | | Vehicle Maintenance | 14,600 | (3) Documents |
| | | Fuel | 28,609 | (6) Documents |
| | | Office Rent | 80,000 | Lease Agreement |
| | | Overtime Pay | 196,000 | (9) Documents |
| **Total Expenditures for the month of April 1995** | **1,212,700** | **Total Expenses** | **1,212,700** | |
| **Deficit as of May 1, 1995** | **545,529** | | | |

Abdullah Makki Sadeq
World Assembly of Muslim Youth Representative
[signature]

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحري – حي عمر المختار
شرق كبرى بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL



EXHIBIT

WAMY EX. 141

WAMYSA031231



بسم الله الرحمن الرحيم

World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

كشف بمنصرفات/الندوة الاقليمي ـــ السودان

عن الفترة من / ١ / ١١ / حتى الفترة / ٢٩ / ١١ / ١٤١٥ه

| الثبوتيــات | جـــ | المنصرفــات | جـــ | الايرادات والرصيد |
|---|---|---|---|---|
| (١٠) سندات | ٢٠٨ر٠٣٠ | المرتبات | ١٧١ر٦٦٧ | الرصيد في ١/١١/١٤١٥ه |
| (٢٠) سند | ٤٦١ر٨٥ | نثرية المكتب | | |
| ccccccccc | cccccc | صيانة المكتب | | |
| (٣) سندات | ١٤ر٦٠٠ | صيانة العربة | | |
| (٦) سندات | ٢٨ر٦٠٩ | المحروقات | | |
| عقد ايجار | ٨٠ر٠٠٠ | ايجار المكتب | | |
| (٩) سندات | ١٩٦ر٠٠٠ | مرتب اضافي | | |
| | | | | |
| ٧٠٠ر٢١٣را | جملة المنصرف | ٧٠٠ر٢١٣را | جملة المنصرف في شهر (١١) ١٤١٥ه |
| | | | ٥٤٥ر٥٢٩ | العجز في ١/١٢/١٤١٥ه |

( العجز في الرصيد المرحل ١/١٢/١٤١٥ه (٥٤٥ر٥٢٩ )
ccccccccccccccccccccccccccccccccccccccc

عبد الله مكي صادق
ممثل الندوة العالمية للشباب الاسلامي
cccccccccccccccccccc

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر ـ الخرطوم بحرى ـ حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA031231



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031231**

Sworn to before me this

_26_ day of _MARCH_____ of 2026

_____
Translation Manager

_____
Notary


American Translators Association



Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling