World Assembly of Muslim Youth – Sudan Region

Budget for the period from December 4, 1994 to May 30, 1995

| Month | Salaries | Office Expenses | Office maintenance | Vehicle maintenance | Fuel | Office rent | Overtime Pay | Total |
|---|---|---|---|---|---|---|---|---|
| Rajab | 214,130 | 116,785 | 8,250 | — | 233,050 | 80,000 | 202,530 | 644,900 |
| Sha'ban | 214,130 | 54,940 | — | 217,000 | 302,000 | 80,000 | — | 595,170 |
| Ramadan | 214,130 | 698,897 | 59,000 | 112,500 | 39,250 | 80,000 | 229,500 | 1,433,277 |
| Shawwal | 214,130 | 157,552 | 16,400 | 30,500 | 21,000 | 80,000 | — | 519,482 |
| Dhu al-Qa'dah | 208,030 | 685,461 | — | 14260 | 28609 | 80,000 | 196,000 | 1,212,700 |
| Dhu al-Hijjah | 214,130 | 225,550 | — | 34,500 | 17,000 | 80,000 | — | 571,180 |
| Total Expenses | 1,278,880 | 1,948,185 | 83,650 | 409,150 | 1,594,640 | 480,000 | 628,030 | 498,6659 |
|  |  |  |  |  |  |  |  |  |
| Statement | Amount |  |  |  |  |  |  |  |
| Total Disbursement 12/4/94 to 5/30/95 | 4,966,659 |  |  |  |  |  |  |  |
| Allocated Amount | 3,850,000 |  |  |  |  |  |  |  |
| Deficit carried forward to May 31, 1995 | 1,116,659 |  |  |  |  |  |  |  |

Just one million, one hundred sixteen thousand, six hundred fifty-nine pounds.

CONFIDENTIAL

EXHIBIT

WAMY EX. 142

WAMYSA031233

Case 1:03-md-01570-GBD-SN   Document 11999-52   Filed 04/16/26   Page 2 of 21

WAMYSA031233

CONFIDENTIAL

الندوه العالميه (شباب الاسلامي) — اقليم الـ سودان

الميزانيه للفترة من ١٤١٠/٧/١ — ١٤١٠/١٢/٢٠

| الجمله | مشتريات اضافيه | ايجار مكتب | المصروفات | صيانه اجهزه | صيانه مكتب | نثريه مكتب | مرتبات | البند |
|---|---|---|---|---|---|---|---|---|
| ٦٤٤,٩٠٠ | ٤٠٤٠٥٠ | ٨٠,٠٠٠ | ٤٤٤,٥ | — | ٨٤٥٠ | ١١٦٧٨٥ | ٤١٤٠٤٠ | رجب |
| ٥٩٥,١٧٠ | — | ٨٠,٠٠٠ | ٤٠٤٠٠ | ٤١٧٠٠٠ | — | ٥٤,٩٤٠ | ٤١٤٠٤٠ | شعبان |
| ١,٤٤٤,٤٧٧ | ٤١٩٠٠٠ | ٨٠,٠٠٠ | ٤٩,٤٥٠ | ١١٥٠٠ | ٥٩٠٠٠ | ٦٩٨,٨٩٧ | ٤١٤٠٤٠ | رمضان |
| ٥١٩٤٨٤ | — | ٨٠,٠٠٠ | ٤١٠٠٠ | ٤٠٥٠٠ | ١٦٤٠٠ | ١٥٧٥٥٤ | ٤١٤٠٤٠ | شوال |
| ١,٤١٤,٧٠٠ | ١٩٦٠٠٠ | ٨٠,٠٠٠ | ٤٨٦,٩ | ١٤٦٠٠ | — | ٦٨٥٤٦١ | ٤٠٨٠٤٠ | ذو القعده |
| ٥٧١١٤٠ | — | ٨٠,٠٠٠ | ١٧٠٠٠ | ٤٤٥٠٠ | — | ٤٤٥٠٠٠ | ٤١٤٠٤٠ | ذو الحجه |
| ٤,٩٦٦,٦٥٩ | ٦١٨,٠٤٠ | ٤٨٠,٠٠٠ | ١٥٩,٤٦٤ | ٤٠٩,٥٠ | ٨٤,٦٥٠ | ١,٩٤٨,١٨٥ | ١,٤٧٨,١٨٠ | جمله المصروف |

| | |
|---|---|
| جمله المصروف ١٤١٠/٧/١ — ١٤١٠/١٢/٢٠ | ٤,٩٦٦,٦٥٩ |
| المبلغ المرصود | ٣,٨٥٠,٠٠٠ |
| العجز المرحل ١٤١١/١/١هـ | ١,١١٦,٦٥٩ |

فقط مليون ومائه وستة عشرة الف وستمائه وتسعه وخمسون جنيها لا غير



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031233**

Sworn to before me this

26 day of _March_ of 2026



Translation Manager

Notary





Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling



World Assembly of Muslim Youth                الندوة العالمية للشباب الأسلامي

WAMY Regional Office Expenditure — Sudan

for the period from May 1, 1995 to May 30, 1995

| Revenues and Balance | Amount | Expenses | Amount | Documents |
|---|---|---|---|---|
| Deficit at the beginning of June 22, 1994 | 545,529 | Salaries | 214,030 | (11) Document |
| | | Office Supplies | 225,550 | (19) Document |
| | | Office Maintenance | ........ | ........ |
| | | Vehicle Maintenance | 34,550 | (5) Documents |
| | | Fuel | 17,000 | (2) Document |
| | | Office Rent | 80,000 | Lease Agreement |
| **Total Expenditures for the Month of 12/1415 AH** | **571,130** | **Total Expenses** | **571,130** | |
| **Deficit at the end of the 1415 AH fiscal year** | **1,116,659** | **(Deficit in the balance carried forward from 1/1/1416 AH (1,116,659) pounds)** | | |

Abdullah Makki Sadeq
World Assembly of Muslim Youth Representative
[signature]

KHARTOUM P.O. Box : 4375            المقر – الخرطوم بحرى – حى عمر المختار            الخرطوم ص.ب : ٤٣٧٥
TEL/FAX : 81973                          شرق كبرى برى                          تلفون/فاكس : ٨١٩٧٣
TEL : 613547                                                                          تلفون : ٦١٣٥٤٧
TELX : 22221 DAFO SD                                                              تلكس : دافو ٢٢٢٢١

CONFIDENTIAL                                                                    WAMYSA031234



# World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

كشف بمنصرفات/الندوة الاقليمي ــ الســــودان

عن الفترة من / ١ / ١٢ / حتى الفترة / ٣٠ / ١٢ / ١٤١٥هـ

| الثبوتيــات | جـــــــ | المنصرفـــات | جـــــــ | الايـــرادات والرصيـــد |
|---|---|---|---|---|
| (١١) سند | ٢١٤ر٠٣٠ | المرتبات | ٥٤٥ر٥٢٩ | الجرفي بداية (١٢/١٤١٥هـ) |
| (١٩) سند | ٢٢٥ر٥٥٠ | نثرية المكتب | | |
| ccccccc | ccccccc | صيانة المكتب | | |
| (٥) سندات | ٣٤ر٥٥٠ | صيانة العربة | | |
| (٢) سند | ١٧ر٠٠٠ | المحروقات | | |
| عقد ايجار | ٨٠ر٠٠٠ | ايجار المكتب | | |
| | ٥٧١ر١٣٠ | جملة المنصرف | ٥٧١ر١٣٠ | جملة منصرف شهر (١٢) ١٤١٥هـ |
| | | | ٦٥٩ر١١٦ر١ | الجرفي نهاية ميزانية ١٤١٥هـ |

(العجز في الرصيد المرحل ١٤١٦/١/١هـ ( ٦٥٩ر١١٦ر١ ) جنيه

( فقط مليون ومائة وستة عشرة الف وستمائة تسعة وخمسون

جنيها لا غير،،،،،،،) ما يعادل ،،،،،، ر ، دولار ( الفين وثمانية دولار)

cccccccccccccccccccccccccccccccccccccccccccc

عبد الله مكي صادق

ممثل الندوة العالمية للشباب الاسلامي

cccccccccccccccccc

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحري – حي عمر المختار
شرق كبري بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA031234



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031234**

Sworn to before me this

___ day of _____ MARCH _____ of 2026



Translation Manager

Notary



**MEMBER**
American Translators Association



Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling

World Assembly of Muslim Youth – Sudan Region

Budget for the period from December 4, 1994 to May 30, 1995

| Month | Salaries | Office Expenses | Office maintenance | Vehicle maintenance | Fuel | Office rent | Overtime Pay | Total |
|---|---|---|---|---|---|---|---|---|
| Rajab | 214,130 | 116,785 | 8,250 | — | 233,050 | 80,000 | 202,530 | 644,900 |
| Sha'ban | 214,130 | 54,940 | — | 217,000 | 302,000 | 80,000 | — | 595,170 |
| Ramadan | 214,130 | 698,897 | 59,000 | 112,500 | 39,250 | 80,000 | 229,500 | 1,433,277 |
| Shawwal | 214,130 | 157,552 | 16,400 | 30,500 | 21,000 | 80,000 | — | 519,482 |
| Dhu al-Qa'dah | 208,030 | 685,461 | — | 14260 | 28609 | 80,000 | 196,000 | 1,212,700 |
| Dhu al-Hijjah | 214,130 | 225,550 | — | 34,500 | 17,000 | 80,000 | — | 571,180 |
| Total Expenses | 1,278,880 | 1,948,185 | 83,650 | 409,150 | 1,594,640 | 480,000 | 628,030 | 498,6659 |
| | | | | | | | | |
| Statement | Amount | | | | | | | |
| Total Disbursement 1/7 – 30/12/1415 | 4,966,659 | | | | | | | |
| Allocated Amount | 3,850,000 | | | | | | | |
| Deficit carried forward to 1/1/1416 AH | 1,116,659 | | | | | | | |

Just one million, one hundred sixteen thousand, six hundred fifty-nine pounds.

CONFIDENTIAL

WAMYSA031235

CONFIDENTIAL

WAMYSA031235

الندوة العالمية للشباب الإسلامي – إقليم السودان

الميزانية للفترة من 1410/7/1 — 1410/12/20

| الجملة | مشتريات اضافية | ايجار بملني | المصروفات | صيانة لعربة | صيانة بملني | نظرية بملني | مرتبات | المصدر |
|---|---|---|---|---|---|---|---|---|
| ٦٠٤,٩٠٠ | ٢٠٢٥٥٢٠ | ٨٠,٠٠٠ | ٢٢٢٠٥ | — | ٨٥٥٠ | ١١٦٧٨٥ | ٢١٤٠٢٠ | رجب |
| ٥٩٥,١٧٠ | — | ٨٠,٠٠٠ | ٢٠٢٠٠ | ٢١٧٠٠٠ | — | ٥٤,٩٤٠ | ٢١٤٠٢٠ | شعبان |
| ١,٤٢٢,٦٧٧ | ٢١٩٥٠٠ | ٨٠,٠٠٠ | ٢٩,٢٥٠ | ١١٥٠٠ | ٥٩٠٠٠ | ٦٩٨,٨٩٧ | ٢١٤٠٢٠ | رمضان |
| ٥١٩٤٢٨٥ | — | ٨٠,٠٠٠ | ٢١٠٠٠ | ٢٠٥٠٠ | ١٦٢٠٠ | ١٥٧٥٥٢ | ٢١٤٠٢٠ | شوال |
| ١,٢١٢,٧٠٠ | ١٩٦٠٠٠ | ٨٠,٠٠٠ | ٢٨٦٠٩ | ١٤٦٠٠ | — | ٦٨٥٤٧١ | ٢٠٨٠٢٠ | ذو القعدة |
| ٥٧١١٢٠ | — | ٨٠,٠٠٠ | ١٧٠٠٠ | ٢٤٥٠٠ | — | ٢٢٥٠٠٠ | ٢١٤٠٢٠ | ذو الحجة |
| ٤,٩٦٦,٦٥٩ | ٧١٨,٠٢٠ | ٤٨٠,٠٠٠ | ١٥٩,٤٦٤ | ٤٠٩,١٥٠ | ٨٢,٦٥٠ | ١,٩٤٨,١٨٥ | ١,٢٧٨,١٨٠ | جملة المصروف |

| | |
|---|---|
| جملة المصروف 1410/12/20 – 7/1 | ٤,٩٦٦,٦٥٩ |
| المبلغ المرصود | ٣,٨٥٠,٠٠٠ |
| العجز المرحل لـ 1411/1/1هـ | ١,١١٦,٦٥٩ |

فقط مليون ومائة وستة عشر ألف وستمائة وتسعة وخمسون دينار لا غير



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031235**

Sworn to before me this

26 day of _March_ of 2026

Translation Manager

Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY



**MEMBER**
American Translators Association

BBB ACCREDITED BUSINESS

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling

| Revenues and Balance | Amount | | Expenses | Amount | Documents |
|---|---|---|---|---|---|
| Balance as of December 4, 1994 ($7,000 × 550 pounds) Half-year budget: | 3,850,000 | | Salaries | 214,030 | (11) Document |
| | | | Office supplies | 116,785 | (13) Document |
| | | | Office maintenance | 8,250 | (2) Document |
| | | | Vehicle maintenance | ........ | ........ |
| | | | Fuel | 23,305 | (7) Documents |
| | | | Office rent | 80,000 | Lease Agreement |
| | | | Bonus (incentive) | 202,530 | Payroll Statement in accordance with government guidelines |
| **Total Expenses for the Month of (7) 1415 AH** | 644,900 | | **Total Expenses** | 644,900 | |
| **Balance Carried Forward to (8) 1415 AH** | 3,205,100 | | **(Deficit in the balance carried forward from 1/1/1416 AH (1,116,659) pounds)** | | |

Abdullah Makki Sadeq
World Assembly of Muslim Youth Representative
[signature]

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA031236

| التبويبات | | جـ | المنصرفـــــات | جـ | المفردات والرصيد |
|---|---|---|---|---|---|
| (١١) سند | | ٢١٤ر٠٣٠ | المرتبات | ٣ر٨٥٠٠٠٠ | الرصيد في ١٤١٥/٧/١هـ |
| (١٣) سند | | ١١٦ر٧٨٥ | نثرية المكتب | | (٧٠٠٠ دولار + ٥٥٠ جنيه) |
| (٢) سند | | ٨ر٢٥٠ | صيانة المكتب | | (ميزانية نصف سنة) |
| ٬٬٬٬٬٬٬ | | ٬٬٬٬٬٬٬٬٬ | صيانة العربة | | |
| (٧) سندات | | ٢٣ر٣٠٥ | محروقات | | |
| عقد ايجار | | ٨٠ر٠٠٠ | ايجار المكتب | | |
| كشف مرتبات | | ٢٠٢ر٥٣٠ | مرتب اضافي | | |
| حسب توجيهات الدولة | | | (حافز ) | | |
| | | | | | جملة المنصرف لشهر (٧) ١٤١٥هـ |
| | ٦٤٤ر٩٠٠ | | جملة المنصرف | ٦٤٤ر٩٠٠ | |
| | | | | ٣ر٢٠٥١٠٠ | الرصيد المرحل في(٨) ١٤١٥هـ |

عبد الله مكي صادق
ممثل الندوة العالمية للشباب الاسلامي
٬٬٬٬٬٬٬٬٬٬٬٬٬٬٬٬٬٬٬٬٬٬٬٬٬

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL                    WAMYSA031236



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031236**

Sworn to before me this

_26_ day of _MArch_ of 2026

_____
Translation Manager

_____
Notary





Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling



World Assembly of Muslim Youth
الندوة العالمية للشباب الإسلامي

WAMY Regional Office Expenditure — Sudan

for the period from January 3, 1995 to February 1, 1995

| Revenues and Balance | Amount | Expenses | Amount | Documents |
|---|---|---|---|---|
| Deficit at the beginning of January 3, 1995 | 3,205,100 | Salaries | 214,030 | (11) Document |
| | | Office Supplies | 53,940 | (19) Document |
| | | Office Maintenance | ........ | ........ |
| | | Vehicle Maintenance | 217,000 | (5) Documents |
| | | Fuel | 30,200 | (2) Document |
| | | Office Rent | 80,000 | Lease Agreement |
| **Total Expenditures for the month of 8/1415 AH** | **595,170** | **Total Expenses** | **595,170** | |
| **Deficit as of 1/9/1415 AH** | **2,609,930** | | | |

Abdullah Makki Sadeq
World Assembly of Muslim Youth Representative
[signature]

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحري – حي عمر المختار
شرق كبري بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA031237



World Assembly of Muslim Youth الندوة العالمية للشباب الاسلامي

كشف بمنصرفات/الندوة الاقليمي ـــ الســـودان

عن الفترة من / ١ / ٨ / حتى الفترة / ٣٠ / ٨ / ١٤١٥هـ

| الثبوتيـــات | جـــــ | المنصرفـــات | جـــــ | الايرادات والرصيد |
|---|---|---|---|---|
| (١١) سند | ٢١٤ر٠٣٠ | المرتبات | ٣ر٢٠٥ر١٠٠ | الرصيد في ١٤١٥/٨/١هـ |
| (١٢) سند | ٥٣ر٩٤٠ | نثرية المكتب | | |
| ececcecece | ececcece | صيانة المكتب | | |
| (٥) سندات | ٢١٧ر٠٠٠ | صيانة العربة | | |
| (٧) سندات | ٣٠ر٢٠٠ | المحروقات | | |
| عقد ايجار | ٨٠ر٠٠٠ | ايجار المكتب | | |
| | ١٧٠ر٥٩٥ | جملة المنصرف | ١٧٠ر٥٩٥ | جملة المنصرف لشهر ٨//١٤١٥ |
| | | | ٢ ر٦٠٩ر٩٣٠ | الرصيد المرحل في ٩/١ |

عبد الله مكي صادق
ممثل الندوة العالمية للشباب الاسلامي
ececcecececececececececececec

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحري – حي عمر المختار
شرق كبرى بري

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA031237



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031237**

Sworn to before me this

_26_ day of ___MARCH___ of 2026

_____
Translation Manager

_____
Notary





WAMY Regional Office Expenditure — Sudan

for the period from February 2, 1995 to March 3, 1995

| Revenues and Balance | Amount | Expenses | Amount | Documents |
|---|---|---|---|---|
| Deficit at the beginning of February 2, 1995 | 2,609,930 | Salaries | 214,030 | (11) Document |
| | | Office Supplies | 698,897 | (12) Document |
| | | Office Maintenance | 59,000 | (3) Documents |
| | | Vehicle Maintenance | 112,500 | (3) Documents |
| | | Fuel | 39,250 | (11) Document |
| | | Office Rent | 80,000 | Lease Agreement |
| | | Bonus as per state decision (Eid) | 229,500 | (1) Document (statement attached) |
| **Total Expenditures for the Month of 9/1415 AH** | **1,433,277** | **Total Expenses** | **1,433,277** | |
| **Balance forward to 1/10/1415** | **1,866,653** | | | |

Abdullah Makki Sadeq
World Assembly of Muslim Youth Representative
[signature]

٤٣٧٥ : الخرطوم ص.ب
٨١٩٧٣ : تلفون/فاكس
٦١٣٥٤٧ : تلفون
٢٢٢٢١ دافو : تلكس

المقر – الخرطوم بحري – حي عمر المختار
شرق كبري بري

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

WAMYSA031238

بسم الله الرحمن الرحيم الندوة العالمية للشباب الاسلامي - السودان

عن الفترة من / ١ / ٩ / حتى الفترة / ٣٠ / ٩ / ١٤١٥ه

| التثبوتيات | جـــ | المنصرفـــات | جـــ | الايـرادات والرصيد |
|---|---|---|---|---|
| سند (١١) | ٢١٤ر٠٣٠ | المرتبات | ٢ر٦٠٩ر٩٣٠ | الرصيد في ١٤١٥/٩/١ه |
| سند (١٣) | ٩٧ر٨٩٨ | نثرية المكتب | | |
| سندات (٣) | ٥٩ر٠٠٠ | صيانة المكتب | | |
| سندات (٣) | ١١٢ر٥٠٠ | صيانة العربة | | |
| سند (١١) | ٣٩ر٣٥٠ | المحروقات | | |
| عقد ايجار | ٨٠ر٠٠٠ | ايجار المكتب | | |
| (١) سند كشف | ٢١٩ر٥٠٠ | مرتب اضافي ( العيد) | | |
| مرفق | | كرار الدولة | | |
| | ٢٧٧ر٤٢٣را | جملة المنصرف | ٢٧٧ر٤٢٣را | جملة المنصرف لشهر ٩ /١٤١٥ه |
| | | | ٦٥٣ر٨٦٦را | الرصيد المرحل في ١٤١٥/١٠/١ه |

عبد الله مكي صادق
ممثل الندوة العالمية للشباب الاسلامي
«««««««««««««««««««««««

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA031238



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031238**

Sworn to before me this

24 day of ___March___ of 2026

Translation Manager



Notary



**American Translators Association**

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling

WAMY Regional Office Expenditure — Sudan

for the period from March 4, 1995 to April 2, 1995

| Revenues and Balance | Amount | Expenses | Amount | Documents |
|---|---|---|---|---|
| Deficit at the beginning of March 4, 1995 | 1,186,653 | Salaries | 214,030 | (11) Document |
| | | Office Supplies | 157,553 | (12) Document |
| | | Office Maintenance | 16,400 | (3) Documents |
| | | Vehicle Maintenance | 31,500 | (3) Documents |
| | | Fuel | 31,000 | (11) Document |
| | | Office Rent | 80,000 | Lease Agreement |
| **Total Expenditures for the Month of 10/1415 AH** | **519,483** | **Total Expenses** | **519,483** | |
| **Balance forward to April 3, 1995** | **667,171** | | | |

Abdullah Makki Sadeq
World Assembly of Muslim Youth Representative
[signature]

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر – الخرطوم بحرى – حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/ناكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : ٢٢٢٢١ دافو

CONFIDENTIAL

WAMYSA031239



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

كشف بمنصرفات/الندوة الاقليمي — السودان

عن الفترة من / ١ /١٠ / حتى الفترة / ٣٠ / ١٠ / ١٤١٥ه

| الثبرتيـات | | جـــ | المنصرفـــات | جـــ | الايـرادات والرصيـد |
|---|---|---|---|---|---|
| (١١) سند | | ٢١٤ر٠٣٠ | المرتبات | ٦٥٣ر١٨٦را | الرصيد في ١٤١٥/١٠/١ه |
| (٢١) سند | | ١٥٧ر٥٥٢ | نثرية المكتب | | |
| (٢) سند | | ١٦ر٤٠٠ | صيانة المكتب | | |
| (٤) سندات | | ٣١ر٥٠٠ | صيانة العربة | | |
| (٧) سندات | | ٢١ر٠٠٠ | المحروقات | | |
| عقد ايجار | | ٨٠ر٠٠٠ | ايجار المكتب | | |
| | | | | ٥١٩ر٤٨٢ | جملة المنصرف لشهر(١٠) (١٤١٥ه) |
| | | ٥١٩ر٤٨٢ | جملة المنصرف | | |
| | | | | ١٧١ر٦٦٧ | الرصيد المرحل في ١١/١ (١٤١٥ه) |

عبد الله مكي صادق

ممثل الندوة العالمية للشباب الاسلامي

cccccccccccccccccccccccccccccc

KHARTOUM P.O. Box : 4375
TEL/FAX : 81973
TEL : 613547
TELX : 22221 DAFO SD

المقر - الخرطوم بحرى - حى عمر المختار
شرق كبرى برى

الخرطوم ص.ب : ٤٣٧٥
تلفون/فاكس : ٨١٩٧٣
تلفون : ٦١٣٥٤٧
تلكس : دافو ٢٢٢٢١

CONFIDENTIAL

WAMYSA031239



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031239**

Sworn to before me this

_26_ day of ___March___ of 2026

_____
Translation Manager

_____
Notary





Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling