## *Background on WAMY*

*The World Assembly of Muslim Youth (WAMY) is an independent international Islamic organization and Islamic forum that supports the efforts of the Islamic workers of Muslim Youth in the world, their institutions and associations.*

*The headquarters of WAMY is based in the city of Riyadh, the capital of the Kingdom of Saudi Arabia. WAMY has sub-offices and branches in and out side the Kingdom.*

*Established in 1972, it has presence in (55) countries and has member ship of the UN NGO'S .*

## *WAMY Regional office in Pakistan*

*The regional office of WAMY in Pakistan was established in the year 1986/87. It was officially registered with the government of Pakistan .*



### *WAMY Owned Administrative Complex in Peshawar*

## *Sectors of Activities includes:*

1- *Education.*
2- *Social welfare.*
3- *Health care.*
4- *Construction and rehabilitation.*
5- *Water and sanitation.*
6- *Seasonal and (emergency/disaster )relief .*
7- *Human resource development.*

## HEALTH SECTOR

## *Introduction:*

{1}

CONFIDENTIAL


EXHIBIT
WAMY EX. 143    WAMYSA038604

*In the health sector WAMY is running a provincial hospital in Afghanistan. It is situated in the center of Chamkani district of Paktia province. Up to 1986, early eighties this was the district hospital providing both health care services and serving the purpose of referral center for secondary  health facilities around it. During the war, the hospital building was severely damaged. The hospital did not function, leaving the whole population without access to any sort of health care.*

*In the year 1987, a delegation of WAMY visited the area and found the dire need for revitalizing this hospital. The hospital rehabilitation was completed in 1989, and then it was fully equipped with all necessary medical equipment and supplies, to cover all the health needs in the area (primary secondary and specialized health care).   Now the hospital is rendering round the clock services. Beside Chamkani district, the hospital also provides services to the people of adjacent districts of Jani Khail, Dandi Pathan, Ahmad khail and Mirzaka. The total population benefiting from this hospital is over (300, 000) people-mostly vulnerable groups.*





*Front view of the hospital*

## Objectives:

### A. Long term objectives:

1. *Decrease morbidity and mortality rates in the area.*
2. *To create health awareness among the community.*

### B. The Short term objectives:
1. *Provision of curative health services to the local population.*
2. *To provide preventive, promotive and rehabilitative services*

{2}

   WAMYSA038605

3. *To respond to emergencies and outbreaks*
4. *To control communicable diseases .*

## *Staff of the hospital*

| No | Description | Number | Remarks |
|---|---|---|---|
| | A – Technical | | |
| 1 | Specialist physicians | 4 | Surgical, Obst./ Gyn, Medical / Pediatric, ENT |
| 2 | General practitioners | 6 | |
| 3 | Junior doctors | 2 | |
| 4 | Nurses | 8 | |
| 5 | (Anesth. Lab, O.T, X-Ray, Ultra/ Sound ) Technicians | 4 | |
| 6 | Mid wife | 2 | |
| 7 | Pharmacist | 2 | |
| 8 | Vaccinators | 2 | |
| | **Total** | **30** | |
| | B- Support staff | 20 | |

*The hospital provides accommodation for the staff  and their families .*



*Hospital staff*

## *Hospital departments & units:*

{3}

CONFIDENTIAL

WAMYSA038606

### 1) *Out patient department (OPD) .*

*All the hospital departments has OPD.*

## *Out patient department consultations for the year 2000*

| OPD | Total | Percentage |
|---|---|---|
| Medical | 15455 | 41.4 % |
| Children | 8464 | 22.6 % |
| Surgical | 4225 | 11.3 % |
| MCH | 4823 | 12.9 % |
| Dental | 1914 | 5.3 % |
| Emergency | 2441 | 6.5 % |
| *Grand Total OPD* | *37322* | *100 %* |




*OPD*

## *OPD Percentage consultations*

| OPD Activities | Total consultation | Women consultation | Under 5 years consultation | Other consultation |
|---|---|---|---|---|
| | 37322 | 14182 | 9330 | 13810 |
| | | 38% | 25% | 37% |






*OPD*

### 2) *Emergency Department:*
- *Emergency Obst / Gyn care .*
- *Orthopedic and hematology .*





CONFIDENTIAL

WAMYSA038607

- *Emergency pediatric care.*
- *Emergency surgical care.*
- *ENT section.*
- *Dental section.*
- *Ambulance services.*

### *3) Diagnostic units:*

- *Laboratory serve.*
- *X-Ray .*
- *Ultra songraphy .*
- *Electro cardio graphy (ECG).*





### *Diagnostic unit activities for year 2000*

| X-Ray | Laboratory | Ultrasound | ECG | Total |
|---|---|---|---|---|
| 3615 | 24392 | 718 | 87 | **28812** |
| 12.5 % | 84.6 % | 2.5 % | 0.3 % | |











*The ultrasound diagnostic facility was established in the year1997, it was one of the rare units available all over Afghanistan .*

### *4) In patient department  (IPD) .*

*IPD capacity 70 beds which includes*

CONFIDENTIAL                                                                                    WAMYSA038608

*the following :*
- *2-  Obst./ & Gyn .*
- *3-  Pediatric .*
- *4-  Internal medicine .*
- *5-  General surgery, orthopedic & ENT.*

### *General surgery activities for the year 2000*

| Minor Surgery | Moderate Surgery | Major Surgery | Total Operations |
|---|---|---|---|
| 498 | 38 | 105 | 641 |
| 77.7 % | 6 % | 16.4 % | |

### *Total In-patient Activities during the year 2000*

| Obst & Gyn | Pediatric | Medical cases | General surgery orthopedics, ENT | Total IPD |
|---|---|---|---|---|
| 4210 | 2396 | 7481 | 3156 | 17243 |
| 24.4% | 14.% | 43.3% | 18.3% | |



**IPD**



**Polio Eradication campaign**



*5) Mother and child care (MCH) .*

CONFIDENTIAL

{6

WAMYSA088609

- *EPI .*
- *Antenatal .*
- *Post natal.*
- *Natal care (delivery care).*
- *Nutrition section.*
- *Health education.*

**Lady Gyn, Specialist operating on  s. section**

 

## 6) Nutrition and feeding unit:

*The hospital has nutrition program for all admitted patients. Moreover the hospital provides therapeutic feeding for severely malnourished children & T.B patients also the hospital provides supplementary feeding program for malnourished children & womens, these programs is implemented with support from WFP.*

## 7) Admin. & Logistic :

*The hospital has a senior administrator (expatriate) assisted by local staff, it is also provided with two ambulances for timely referred cases. Moreover the hospital is provided with two big generators for power supply necessary to run the hospital .*

## 8) Pharmacy:

*Out patient & inpatient pharmacy. The hospital is regularly supplied with enough quantity and good quality medicines .*



**Pharmacy**

## 9) Communicable diseases control programs:

CONFIDENTIAL                                                                                      WAMYSA038610

*In view of high incidence of communicable diseases namely tuberculosis, malaria, Acute Respiratory Infections and child diarrhea diseases the hospital administration decided to launch special control programs to combat these killing diseases. These programs are well established in the hospital.*

### A- Malaria control program:

*Malaria has long been a public health problem in the world as well as in Afghanistan. In the hospital area the reported cases of malaria is on the rise specially during summer period. Numerous deaths due to cerebral malaria are reported in the area.*

*The malaria control program launched by the hospital administration focuses on the prevention of mortality and socio-economic losses due to malaria . Progressive improvement are under taken to strengthen the hospital's capabilities to effectively control the disease. The program aims at keeping malaria under control and reducing mortality rate. The malaria control program is carried out in collaboration with other international health organizations, namely, Health Net and WHO. This collaboration is meant to achieve the following goals:*

1) *Training technical staff to enhance their skills.*
2) *Improving the diagnostic capacities of the laboratories.*
3) *Distribution of impregnated bed nets among the community in the hospital area this program is assisted by Health Net International .*

### Malaria Control Program

| Total slides examined | PV + ve | PF + ve | Mix +ve | Total + ve | Total - ve |
|---|---|---|---|---|---|
| *2455* | 307 | 98 | 0 | 405 | 2050 |
| | 12.5 % | 4 % | 0 | 16.5 % | 83.5 % |

### B-Tuberculosis Control Program:

*Tuberculosis is widely prevalent in Afghanistan and worse than in any other developing country - This is mainly due to following reasons:*

*1) Poverty in the area.*
*2) Untrained health workers.*
*3) Unavailability of diagnostic equipment.*
*4) High cost of treatment.*

*WAMY administration after realizing the seriousness of the tuberculosis problem has established a separate program to control with this killer disease. The program gives priority to training of the health workers and the technical staff, as well as provision of equipment for proper and accurate diagnosis. The treatment (drugs) provided to the patients is free of any charges. WHO started to*

{8}

CONFIDENTIAL

WAMYSA038611

*give medicine (anti T.B) for 100 patients while we have more than 152 cases of TB who take medicine regularly.*

*The T.B control program also focuses on the following major activities:*

*(1) To provide health education to the community through distribution of publicity material in the form of pamphlets and posters*

*(2) To arrange appropriate short training courses for doctors, laboratory technicians and health workers to carry out proper diagnosis of the disease.*

*(3) To provide anti - tuberculosis drugs to the patients free of any charges.*

### *T.B Cases in year 2000*

| *T.B Cases* | *Total* |
| --- | --- |
| Pulmonary | 99 |
| Extra pulmonary | 53 |
| *Total* | *152* |

 

**T.B Case**

### *In general the hospital is one of the health facilities that is characterized by:*

1. *Accessibility, easy obtainable health services.*
2. *Coverage of health services that any patient needs.*
3. *Well qualified, trained medical staff.*
4. *Enough quantity and good quality medicines.*

*Besides the treatment of patients the hospitals administration focuses on the preventive medicine and curative measures. On the other hand training of the junior technical staff is established and maintained in the hospital, through different training polices such as on the job training courses and seminars and practical training .*

CONFIDENTIAL                                                                WAMYSA038612



*Analysis of some hospital indicators*

**The Table bellow depicts analysis of some hospital indicators which reflects the general performance of the hospital in the year 2000.**

| S No | Hospital Indicators | Sign |
|------|---------------------|------|
| 1 | Average length of patient stay | 7 days |
| 2 | Bed occupancy percentage | 67.5 % |
| 3 | Bed turn over rate | 85 % |
| 4 | Gross death rate | 1.3% |
| 5 | Anesthesia death rate | non |
| 6 | Number of death cases after operations | 3 cases |
| 7 | Maternal mortality | 2 cases |
| 8 | Cesarean section operations | 18 cases |
| 9 | Hysterectomy operations | 25 |
| 10 | Kidney stone operations | 35 |
| 11 | Prostatectomy operations | 20 |

*In conclusion :*

- *The hospital has been highly utilized by the beneficiaries .*
- *The hospital provides high quality health care (primary, secondary and specialized care ) .*
- *The hospital is indispensable for the community of Paktia province and its surrounding .*

*Appeal to the donors:*

*WAMY remains committed to helping thousands of ailing Afghans suffering from many diseases, but, combating such diseases and reducing the morbidity and mortality rates needs to call on our donors to come up with their donations that alleviate the suffering of the people in here and showers the blessing and kindness of Allah, the Almighty in the Day After.*

CONFIDENTIAL                                                                 WAMYSA038613