



مذكـرة داخليـة

Internal Memorandum

Date: February 3, 1994, corresponding to: 23/8/1414 AH
Number: S.B.A.D. 205
Subject: Report for the December 1993 – January 1994

To: Brother Asada Ahmed
Section: Acting Director General of the Peshawar Office
From: Said
Section: Health


Text: Dear Brother
Peace be upon you, God's mercy and blessings

We are submitting to you the report for the month of December to January 1993 from the Health Department

First: Thanks to God and His generosity, the Health Department is running smoothly.

Second: Hospitals in the Interior

1. [illegible]Hospital

(a) The hospital has a full complement of Afghan doctors and technical staff who meet the hospital's needs [illegible]; however, with regard to specialists, given the current circumstances and developments. Given that most of the staff have left and it is difficult to find replacements among Arabs, and in line with the current committee's policy of replacing them with Afghan specialists, we are in the process of hiring an Afghan surgeon as well as a pediatrician. God willing, the technical staff will be supplemented with local workers, which is better than all [illegible]

Photo by:

CONFIDENTIAL



EXHIBIT
WAMY EX. 144     WAMYSA041410

بسم الله الرحمن الرحيم



لجنة السير الإسلامية
(الندوة العالمية للشباب الإسلامي)

مذكـــرة داخليـــة

Internal Memorandum

Date:
Number: S.B.A.D.
Subject:

From:
Section:
To:
Section:

Text:
(b) Technicians: There are enough, thank God, and they meet the hospital's needs.
(c) Nurses: There are enough of them at this stage.
(e) Administrative staff: There is an Arab administrator, assisted by two local administrators, and there are currently no administrative issues.

Hospital Statistics
Number of patients seen in the outpatient clinic: 3,939
The number of inpatients is 364
Occupancy rate: 83%
Number of major surgeries: 2
Average number of procedures: 7
Number of minor surgeries: 40
Number of general anesthesia cases: 39
Number of local anesthesia cases: 10
Number of emergencies: 89

Photo by:

CONFIDENTIAL

WAMYSA041411

بسم الله الرحمن الرحيم



لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

مذكـــرة داخليـــة

Internal Memorandum

Date:
Number: S.B.A.D.
Subject:

From:
Section:
To:
Section:

Text:
The number of medical tests is 1,258, broken down as follows:

Paul      174
Feces     161
Durn      45
Malaria   336
Blood tests 542
Total: 1,258

Number of X-rays: 260
<u>Other activities:</u> We hope to improve the situation and resume previous activities after appointing an Arab technical director and tasking him with fostering good relations with local residents and at checkpoints along the route.
<u>Hospital buildings:</u> It needs general maintenance, especially the doctors' housing.
(2) <u>Sayyid al-Shuhada Hamza Hospital [illegible]</u>
There is currently a Pakistani general practitioner working alongside an Afghan general practitioner, and the hospital is considered an outpatient clinic.

Photo by:

CONFIDENTIAL

WAMYSA041412





مذكــــرة داخليـــــة

Internal Memorandum

Date:
Number: S.B.A.D.
Subject:

From:
Section:
To:
Section:

Text:
It is a state-of-the-art facility that serves the local community and assists them through a well-equipped workshop staffed by highly skilled technicians.

Third: Pharmacy
Praise be to God, work is proceeding smoothly. A tender has been issued to purchase the medicines that are currently in short supply and will be needed in the coming months. Praise be to God, the medicines are now available in sufficient quantities, while we strive to follow the guidelines and comply with the General Committee's policies.
The average medication cost for this month is 83,259 Saudi riyals


May God's peace, mercy and blessings be upon you,
Your brother
[signature]

CONFIDENTIAL

WAMYSA041413





لجنة البـــر الإسلامية
(الندوة العالمية للشباب الإسلامي)

مذكـــرة داخليـــة

| في : ٢/٦/٤١٢ ه‍ الموافق: ٢٣/٨/١٩٩٤م | الى : الشيخ/ أ ... ا ... أحمد |
| رقـــم : ص ب ش د. ٥، ٢١٥ | قسم : مديرعام مكتب بيشاور بالإنابة |
| الموضوع : تقرير شهر رجب ١٤١٢ | من : ر ... عيم |
|  | قسم : لصحية |

النص : بلسم إلى الفاضل كلا يم      بسم عليكم ورحمة الله وبركاته

نرفع اليكم تقرير شهر رجب لعام ١٤١٢ الخاص بالقسم الصحي
اولاً لإدارة لصحية

لعمل يسير بفضل الله وكرمه على خير ما يرام

ثانياً : مستشفيات الداخل

(١) مستشفى ببر "أجكن"

(٢) الأطباء لكادر، لمن من الأفغان مكتمل وبقي بأصياجات
المستشفى لإده وكله بخصوص للأخصائيون فنظراً للظروف والمستجدات التي
تمر بها ا ... م لإده . وذهاب معظم لكادر وصعوبه ايجاد بديل من يعرب وتمشياً
مع سياسه للجنة المالية في الإصلاح بأخصائيون إفغان نائه جاء، لا يتعافه مع
أخصائي عرا جم افغاني وتدرك أخصائي الطفال وا... حتا ، لسم تعالى
يكتمل لكادر، لمن بالعاله لمجلته وهذا افضل من كل لملوا ا جا ،

صورة الى :





مذكـــرة داخليـــة

| في : | الموافق : | الى : |
|---|---|---|
| رقـــم : | | قسم : |
| الموضوع : | | من : |
| | | قسم : |

النص :

دب، لفنيون، بعدد كاف ولمحدمه وبفى باحتياجات المستشفى

دج، المرضون، عددهم كاف فى مرحله حاليه

هـ، لكادر لادارى، يوجد ادارى عربى ويساهم عدداثنيم من لادارين لمحليه

ولاتوجد اى مشاكل مع بنا هيئ لادارين لادله،

احصائيات لمستشفى

| | |
|---|---|
| عدد المراجعين مى لعياده لا رجعيه | 3939 |
| عدد المرضى فى لقسم لداخلى | 364 |
| نسبه لاشغال | 83 % |
| عدد لعمليات كبرى | 2 |
| عدد لعمليات لمتوسط | 7 |
| عدد لعمليات لصغرى | 40 |
| عدد حالات لتقدير لكلى | 39 |
| عدد حالات لتقدير لوضى | 10 |
| عدد حالات لطوارى | 89 |

صورة الى :

CONFIDENTIAL                    WAMYSA041411




لجنة السـلم الإسلامية
(الندوة العالمية للشباب الإسلامي)

مذكـرة داخليـــة

| | الى : | | الموافق : | في : |
|---|---|---|---|---|
| | قسم : | | | رقـم : |
| | من : | | | الموضوع : |
| | قسم : | | | |

النص :

عدد التماثيل الطبيه        1258 و موزعه كالاتي

دول        174
براز        161
درن        45
ملوريا        336
تماثيل بره        592
                        1258

عدد افلام التشخيص الصور    260

الأنشطة الأخرى
نأمل في تقسيم لوضع و استئناف للنشط سابقة
بعد تعيين مدير فتا عربيا و تكليفه بالاهتما بجانب المعلومات للطبيه مع اهل المنطقة
او على نقط المرور في الخرطوم .

مباني المستشفى
نتابع الى صيانة عامة و خاصه سكنه للاطباء .

(2) مستشفى سيد الشهدا ارحمه "جامعة"
                        يوجد حاليا طبيب مدرس
عام باكستاني بجانب مدرس عام افغاني و المستشفى تعتبر عياده خارجية

صورة الى :

CONFIDENTIAL                    WAMYSA041412





لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

مذكـــرة داخليـــة

| | في : | | الموافق: | | الى : |
|---|---|---|---|---|---|
| رقــم : | | | | قسم : | |
| الموضوع : | | | | من : | |
| | | | | قسم : | |

النص :

منظوره وتّقدم أهالي المنطقة من خلال ذلك وديا همم محل محمد تجهيزاً
جيداً وبه فُنيم على مستوى عال .

<u>ثالثاً : مستودع الدواء</u>

الحمد الله يسير يعمل فيه بانتظام وقدتم عمل مناقصه لشراء الأدوية للناقصه
والحنافي التي خلال الشهور القادمه والحمد لله الدواء متوفر لدينه بصوره مقبوله مع
محاوله مراعاه للاستيراد، تمشياً مع سياسته للجنه العامه .

متصرف لشراء في هذا الشهر [ متوسط حسابي ] هو    83259 Rs

والسلام عليكم ورحمة الله وبركاته
أخوكم
سعيد

صورة الى :

CONFIDENTIAL    WAMYSA041413



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA041410 - WAMYSA041413**

Sworn to before me this

___ day of _____ of 2026



Translation Manager

Notary


MEMBER
American Translators Association


ACCREDITED
BUSINESS

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling