

Islamic Relief Committee (World Assembly of Muslim Youth)
Internal Memorandum


In: Riyadh | Date: May 17, 1993 | To: Brother / Osama Ahmed
Number: | Department: General Manager
Subject: Sending the special report on the Commissioner | From: D. Madawi
Department: The Society

Text:
Peace be upon you
Attached is the special report on the Commissioner, which was requested.

(With best regards)
Your brother
[signature]
May 17, 1993
Seen / Signed
[signature]
Copy to:

CONFIDENTIAL

EXHIBIT

WAMY EX. 145

WAMYSA035413



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

In the name of God, Most Gracious, Most Merciful
Health Department.
Health department includes:
(1) Administrative office.
(2) Medical store.
(3) Hospital El bir.
(4) Hospital Hazrat Hamza.

(1) Administrative office:
Situation: Peshawar (in the main office)
Workers: (a) Medical supervisor (Egyptian)
(b) Administrative secreter (Afghani)
Duties: Follow up of the work of Health department, in the hospital, distribution of medicine to the hospitals, help in emergencies, discussion with other organizations working for welfare of Afghanistan.

(2) Medical store:
Situation: Peshawar (University Town).
Workers: (a) Pharmacy Tech. (Afghani)
(b) Workers (2) (Afghani)
(c) Driver (Afghani)

(3) Al-Bir Hospital:
Situation: Chamkani in Paktia province in Afghanistan.
Workers: (a) Medical stuff:
(1) Doctors:
• Specialists: 6 Doctors (5 Egyptians & 1 Pakistani)

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia: Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University · Pakistan: Tel:41485/42249  Fax: 42385

CONFIDENTIAL

WAMYSA035414



General practitioners: 3 Doctors (Afghani)
(2) Nurses: 13 Nurses (Afghani)

(b) Paramedical stuff:
6 Technicians (Afghani)

(c) Others:
(1) Administrative Director (Egyptian)
(2) " Assistant (2) (Afghani)
(3) Drivers (2) (Afghani)
(4) Guards (8) (Afghani)
(5) Hand workers (21) (Afghani)

Duties & services: The hospital introduces the following services freely to all Afghanis:
(a) Outpatient department (O.P.D.):
In the last 2 months 4643 patients & 6406 patients respectively.
(b) Inpatient Department: the hospital is 60 beds.
No of inpatients in last 2 months 189 & 201 respectively.
(c) Laboratory:
No. of users in last 2 months 1023 & 1194 respectively.
(d) X-ray department:
No. of cases in the last 2 months 401 & 383
(e) Operation theater:
No. of operations in the last 2 months 85 & 204

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249  Fax: 42385

CONFIDENTIAL                                                                                    WAMYSA035415



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

(4) Hazrat Hamza Hospital:
Situation: Jaji in Paktia province in Afghanistan.
Workers:
(a) Medical stuff:
(1) Doctors:
2 general practitioners
(1 Pakistani [Director] & 1 Afghani)
(2) Nurses: 5 Nurses (Afghani)

(b) Paramedical stuff: 6 technicians (Afghani)

(c) Others:
(1) Administrative assistant (1) (Afghani)
(2) Drivers (2) (Afghani)
(3) Guards (3) (Afghani)
(4) Hand workers (13) (Afghani)

Duties & services: The hospital introduces the following services freely to Afghani population:
(a) O.P.D.:
№ of patients in last 2 months 1507 & 1974 respectively.
(b) Inpatient Dep.: The hospital is 22 beds:
№ of inpatients in last 2 months 16 & 26
(c) Laboratory:
No. of users in last 2 months 246 & 455
(d) X-ray Dep.: The machine is under repair in Pakistan.
(e) Operations: № of cases in last 2 months 11 & 14 respectively.

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL                                                                                                    WAMYSA035416



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)



Statistics of L.B.I. Hospitals in 2 m.
[ March & April 1993 ]

El-Bir Hospital.
Hazrat Hamza Hospital.

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249  Fax: 42385

CONFIDENTIAL

WAMYSA035417



لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

مذكـــرة داخليـــة

| الى : المدع / أسامة أحمد . | في : المدثني    الموافق: ٢٦ / ١١ / ١٤١٣ هـ |
|---|---|
| قسم : المدير العام . | رقـــم : |
| من : د . مارك | الموضوع :. ايصال التقرير الخاص بالكومشنر |
| قسم : الصحية . | |

النص :

السـلام عليكم

مرفوع التقرير الخاص بالكومشنر والذي طلبتموه .

وجزيتم خيراً

أخوكم
مارك ٢٦
١١ ١٤١٣هـ

سورة الى :

CONFIDENTIAL                                                    WAMYSA035413



بسم الله الرحمن الرحيم

**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

# Health Departement.

Health departement includes :-
    (1) Administrative office.
    (2) Medical store.
    (3) Hospital El bir.
    (4) Hospital Hazrat Hamza.

### (1) Administrative office :-

Situation : Peshawar (in the main office)

Workers : (a) Medical supervisor   (Egyptian)
         (b) Administrative secreter (Afghani )

Duties : Follow up of the work of health departement, in the hospits, distribution of medicine to the hospitals, help in emergencies, disscusion with other organisations working for welfare of Afghanistan.

### (2) Medical store :-

Situation : Peshawar ( University Town).

Workers : (a) Pharmacy Tech.     ( Afghani )
        (b) Workers (2)      ( Afghani )
        (c) Driver          ( Afghani )

### (3) Al-Bir Hospital :-

Situation : ChamKani in Paktia province in Afghanistan.

Workers : (a). Medical stuff :-
          (1). Doctors :-

- Specialists : 6 Doctors (5 Egyptians & 1 Pakistani)

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249  Fax: 42385

CONFIDENTIAL

WAMYSA035414



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

بسـم الله الرحمن الرحيم

- General practioners :    3 Doctors    ( Afghani )

       (2) <u>Nurses</u> :-    13 Nurses    ( Afghani )

   (b) <u>Paramedical stuff</u> :-
      6 Technicians    ( Afghani )

   (c). <u>Others</u> :-

(1) Administrative  Director    ( Egyptian )
(2)    "    Assistent  (2)    ( Afghani )
(3) Drivers    (2)    ( Afghani )
(4) Guards    (8)    (Afghani )
(5) Hand workers    (21)    ( Afghani )

<u>Duties & Services</u> :-
     the hospital introduce the following services freely to all Afghanies :-
  (a) Outpatient departement (O.P.D.) :
    In the last 2 months 4643 patients & 6406 patients respectively.
(b) Inpatient Departement : the hospital is 60 beded H.
  No of inpatients in last 2 months 189  &  201  respectively.
(c) Laboratory :
  No of users in last 2 months 1023 & 1194  respectively.
(d) X-ray departement :
  No of cases in the last 2 months 401 &  383  "
(e) Operation theater :
  No of operations in the last 2 months 85 & 204  "

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385

CONFIDENTIAL    WAMYSA035415



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

بسم الله الرحمن الرحيم

(4) Hazrat Hamza Hospital :-

Situation : JaJi in Paktia province in Afghanistan.

Workers :    (a). Medical stuff :
        (1) Doctors :
                2 general practioners
            ( 1 pakistani [Director] & 1 Afghani )

        (2) Nurses :    5 Nurses    (Afghani)

        (b). Paramedical stuff :
            6 technicions    (Afghani)

        (c) Others :-
    (1) Administrative assistant    (1)    (Afghani)
    (2) Drivers    (2)    (Afghani)
    (3) Guards    (3)    (Afghani)
    (4) Hand workers    (13)    (Afghani)

Duties & services :-
        The hospital introduce the following services freely
    to Afghani population :-
    (a) O.P.D. :
        Nº of patients in last 2 months  1507 & 1974    respectively.
    (b) Inpatient Dep. : The hospital is 22 beded :-
        Nº of inpatients in last 2 months    16  & 26    "
    (c) Laboratory :
        Nº of users in last 2 months 246 & 455    "
    (d) X-ray Dep. : The machine is under repair in Pakistan.
    (e) Operations : Nº of cases in last 2 months  11 & 14    respectively.

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249  Fax: 42385

CONFIDENTIAL

WAMYSA035416



**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)

بسم الله الرحمن الرحيم

Statistics of L.B.I. Hospitals in 2 m.
[ March & April 1993 ]



O.P.D. — 11049, 3481



Lab. — 2226, 701

Inpatient. — 381, 42

X - ray. — 784, 0

Operations. — 289, 25

▨ El - Bir Hospital.
▨ Hazrat Hamza Hospital.

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249  Fax: 42385

CONFIDENTIAL

WAMYSA035417



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)     §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA035413-5417**

Sworn to before me this

___6___ day of ___APRIL___ of 2026



_____
Translation Manager

_____
Notary





Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling