In the Name of Allah, the Most Gracious, the Most Merciful



**Islamic Benevolence Committee**
World Assembly of Muslim Youth

| Date: 17/07/1413 AH | To: Heads of Departments |
|---|---|
| Corresponding to: 10/01/1993 AD | Department: Peshawar Office |
| Number: B AD/BR/340//13H | From: Osama Ahmed |
| Subject: Current Circumstances in the Field | Department: Acting General Manager of the Peshawar Office |

Text:

Greetings,

Due to the current circumstances and the Pakistani government's regulation of residency matters, all brothers are requested to adhere to the following:

1. Full compliance with Pakistani law in residency matters and all related issues.

2. Maintaining good conduct and refraining from any action that disrupts order and discipline inside and outside the committee premises.

3. Non-Afghan employees are requested to bring a copy of their valid residency permit through their department heads to be authenticated by the commissioner, facilitating movement. We urge you to expedite this matter and submit a copy of the residency permit to the Administrative Affairs Department.

4. Department heads are requested to circulate this directive to all department employees.

May God grant us success.

Regards,
Acting Director General of the Peshawar Office
[signature] dated 17/07/1413 AH
Osama Ahmed

Jeddah - P.O. Box: 7600 - Jeddah 21472 - Kingdom of Saudi Arabia - Tel: 6832836 Fax: 6833094
Riyadh - P.O. Box: 10845 - Riyadh 11443 - Kingdom of Saudi Arabia - Tel: 4641669/4641663 Fax: 4641710
Peshawar - P.O. Box: 1055 - Islamic Republic of Pakistan - Tel: 42249 - 41485 - Fax: 42385

CONFIDENTIAL                                         WAMYSA031831



EXHIBIT

WAMY EX. 146

بسم الله الرحمن الرحيم



لجنة البر الإسلامية

(الندوة العالمية للشباب الإسلامي)

| التاريخ : ١٤١٣/٧/١٧هـ | الى : الإخوة / رؤساء الأقسام |
|---|---|
| الموافق : ١٩٩٣/١/١٠م | قسم : مكتب بيشاور |
| الرقم : ب أد/بر/٣٤٠/١٣هـ | من : أسامه أحمد |
| الموضوع:الظروف الحالية في الساحة . | قسم : مدير عام مكتب بيشاور بالإنابة |

النص :

السلام عليكم ورحمة الله وبركاته

نظراً للظروف الحالية التي عمت الساحة والخطوات التي اتبعتها الحكومة الباكستانية لضبط موضوع الإقامات ، فيرجى من جميع الإخوة اتباع التالي : -

١ - الإلتزام التام بالقانون الباكستاني في قضايا الأقامات وكل مايتعلق بها .

٢ - الإلتزام بالسلوك الحميد وعدم ارتكاب أي عمل يخل بالنظام والإنضباط داخل مقر اللجنة وخارجها .

٣ - على الإخوة الموظفين – غير الأفغان – إحضار صورة من الإقامة « سارية المفعول » بواسطة رؤساء أقسامهم حتى يتم توثيقها من الكومشنر، لتسهيل عملية التحرك ، – راجين الإسراع في هذا الأمر وتسليم صورة من الإقامة لقسم الشئون الإدارية .

٤/ على رؤساء الأقسام تعميم هذا الأمر على جميع موظفي القسم .

والله ولي التوفيق ،،
والسلام عليكم ورحمة الله وبركاته ،،

مدير عام مكتب بيشاور بالإنابة

١٢/٧/١٧م

أسامه أحمد

جــدة ـ ص.ب : ٧٦٠٠ ـ جــدة ٢١٤٧٢ـ المملكة العربية السعودية ـ هاتف:٦٨٣٢٨٣٦ فاكس ٦٨٣٣٠٩٤
الرياض ـ ص.ب : ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ المملكة العربية السعودية ـ ت ٤٦١٦٦٩/٤٦١٦٦٣ فاكس ٤٦١٧١٠
بيشاور ـ ص.ب : ١٠٥٥ ـ جمهورية باكستان ـ هاتف : ٤٢٢٤٩ ـ ٤١٤٨٥ ـ فاكس : ٤٢٣٨٥

CONFIDENTIAL

WAMYSA031831



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)       §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English  language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031831**

Sworn to before me this

_____ day of ___March___ of 2026

_____
Translation Manager

_____
Notary



