**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | **03-MD-1570 (GBD)(FM)** <br> **ECF Case** |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977; *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738 *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970 *Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279; *Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-1923; *Federal Insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978

## Declaration of Adel Hassan Hamad

1. My name is Adel Hassan Hamad. I am a citizen of Sudan. I was born in 1958 in Easts Sudan. My father worked for the Ministry of Health in Sudan. My father and grandfather moved our family from North  Sudan to Port Sudan.  I was born and grew up in Port Sudan, Sudan.

2. I presently live in the city of Khartoum, Sudan. I am married with five children, all daughters.

1



EXHIBIT

WAMY EX. 147

3.  I was a member of the Sudanese Muslim Brotherhood until 1986. My affiliation with the group was in the 1980's. During that time the group had no program that I was aware of calling for violence and killing innocent people.

4.  Their program was educational or the purpose of increasing awareness of Islam. I understood and believed was about achieving governance through peaceful political action, through parliament and free and fair elections.

5.  I stopped being active with the Muslim Brotherhood in 1986. I stopped because I had philosophical differences with them, specifically with Hassan Turabi, the leader of the organization at the time who seemed more right wing and extremist. I did not agree with Turabi about many topics including his views of Islamic principles.

6.  I did not believe in is leadership. I did int know him personally. I knew him through the organization and realized that he Was not the right leader. I left.

7.  In 1986 it was very difficult to find work in Sudan.  This is why I left Sudan and moved to Pakistan in Spring.

8.  I returned to Sudan Approximaly in July 1986. I got married in September and returned to Pakistan around October 1986.

9.  From 1986 to 1999 I worked for the Hira Islamic Institute. During that time I was a teacher and school administrator. The school was at a refugee camp and supported by Lajnat Al-Da'wa al Islamyia ("LDI"), a Kuwaiti organization which at the time was doing humanitarian work in Pakistan and Afghanistan. Besides teaching my work was purely administrative.. Check 9/11 CR re LDI]

2

10. The school I worked at was for elementary age students, ages 6 years to approximately 12 years old. The school was licensed by the Pakistani Ministry of Education as a refugee camp. I was living in that camp.  In order to work there I obtained a visa and work permit from the Pakistani government. The school had no political agenda and taught a regular school curriculum, including mathematics, art, languages,  Islamic studies. My students became engineers, doctors, teachers and professors.

11. In 1996 and 1997 I continued my work with LDI but moved to the office in Peshawar, Pakistan. My work was administrative and I worked in the public relations division and took care of equipment for the school. I continued working with LDI until 1999 when I was laid off. I was laid off because after the Iraqi invasion of Kuwait, the charity I worked for no longer had funds to pay my salary.

12. During the time I worked with LDI I did not have any contact or association with Usama Bin Laden or Al Qaeda. To the best of my knowledge LDI had no such contact or associations during the period of time I worked with for organization. LDI had no connection whatsoever with Usama Bin Laden or Al Qaeda.

13. After I was laid off by LDI, in approximately 2000, I went to work for the World Assembly of Muslim Youth (WAMY) at a WAMY run hospital in Afghanistan. I worked at a surgical hospital then funded by WAMY that was located in the area, Baktika on the Pakistani border with Afghanistan. I worked as the

administrative manager of the hospital. There was a medical director of the hospital who was a surgeon. He directed operations at the hospital. His name was Dr. Mohamed Najib.

14. As the manager, I had the following duties:

    a. Buying supplies for the hospital including medicine, medical equipment and food for the patients. The Director comes up with the budget by meeting with me to go over what needed and prepare the budget every November. Then, I received monthly allowances to cover the expenses based on the budget.

    b. Conducting the procedures for admissions and release of patients. I took care of the patient during their stay.

    c. Issuing payroll for employees of the hospital. The payroll came form the allowed monthly budget which I received from the Director.

    d. Enter into agreements with other relief organizations such as the World Food Program, the World Health Organization and Care with respect to the provision of medical care and food to patients. (An example of such an agreement is attached hereto as Exhibit 1.

    e. Enter into agreements with these same organizations on behalf of WAMY to provide food and medicine in refugee camps.

15. My work at the hospital and everything I did while working for WAMY was absolutely peaceful and humanitarian and non-political. The Taliban were not then active in the area and we had nothing to do with them. Our focus was only

4

on providing aid to the refuges including medical care. United Nations organizations were providing shelter to the same refugees and WAMY provided medical care and food. WAMY's work was done based on joint programs with the UN agencies.

16. The WAMY hospital in Baktika, Afghanistan provided 24 hour medical care to the general civilian population for that area of the country who were largely Pashtun. I would normally work approximately 25 days straight at the hospital and then have 5-6 days off. During my days off I would return to Pakistan to be with my wife and daughters. At that time I was living in the hospital. All staff was living in the hospital.

17. Attached hereto as Exhibit 2 is a photograph of the hospital staff from the time I worked there. Also attached as exhibits 3 to 6 are photographs confirming the important medical care that WAMY provided through this hospital.

18. The hospital provides health care and health services, both inpatient and outpatient. The outpatient clinics included the following departments: medical, pediatric, surgical, gynecological and dental. Diseases and conditions frequently encountered in our patient population included tuberculosis and malaria. Maternal health care was also an important part of the care we provided. The in-patient clinics included medical, surgical, OBGYN, pediatric, laboratory, pediatric, x-ray, ultrasound, and two operating theaters. Patients in the hospital were assigned to wards: male medical, female medical, male surgical, female surgical and pediatric.

19. During the time I worked at the WAMY hospital personnel from the United Nations Commission on Human Rights (UNHCR), the World Health Organization (WHO), and other international agencies would regularly visit the WAMY  hospital.

20. The hospital was concentrated in providing medical care  I do not recall there ever being any issue or concern that people at the hospital, myself included, were doing anything other than providing medical care to the poor people in the area. This is all I was doing and all WAMY was doing through this hospital.

21. Attached hereto as Exhibit 7 is a letter of support WAMY received from the UNHCR for the work we were doing in Afghanistan.

22. In this job I did not have the ability to hire or fire people. I was spending the funds for the monthly allowance and I provide a report with receipts to demonstrate how the funds were spent.

23. In September of 2001, I stopped working at the hospital.

24. I did so because it was not safe for me due to military action. I was never told to leave the country but did so voluntarily. An Afghani took my place after I left. Before I left I made sure the hospital had sufficient supplies.

25. After leaving Afghanistan in September 2001, I continued to work for WAMY out of their office in Peshawar, Pakistan. I continued to send medical supplies to the hospital in Afghanistan as their needs required.

26. My home in Peshawar, Pakistan was the second floor of a two story residence. I rented the second floor apartment from its Pakistani owner. Ameur Mammar

leased the apartment on the first floor with his own family. I just met him in Peshawar and only know him as a neighbor. He had nothing to do with my work at WAMY. I met him in 2002 when he moved to the first floor of the house.

27. I continued to work for WAMY in Peshawar until June of 2002.

28. In June of 2002, I left and returned to Sudan with my family. My children needed education in Arabic in Sudan. In Afghanistan the curriculum was in Pashtu and in Persian language. My objective was to leave my family in Sudan and go back to Pakistan for work. When my family and I visited Sudan my wife's father became ill and died of a heart attack while we were in Sudan.

29. My family, including my wife and daughters remained in Sudan and I returned to work in Pakistan in July 2002. I had enrolled my daughters in school in Sudan and it was important that they continue their education. My plan at the time was to work in Pakistan with WAMY for about another year and then, after I had earned some more money, move back to Sudan permanently.

30. On approximately July 16, 2002, I returned to Peshawar, Pakistan. I was expecting to begin working for WAMY again after my vacation which was for a month.

31. On the early morning of July 18, 2002, at approximately 1:30 a.m., Pakistani law enforcement with one American seized me in my apartment in Peshawar, Pakistan. The Pakistani authorities checked my papers and told the American that I was clean. However, the American stated to take everyone. The American asked me a few questions.

32. I was held in Pakistan for six and a half months. I was ultimately taken from Pakistan to the United States prison at the air base in Bagram, Afghanistan. After being detained there for some time, I was sent to the detention facility in Guantanamo Bay, Cuba in March of 2003.

33. The conditions at the Bagram prison were inhuman. There was not one prisoner there who was not tortured; including me. Many prisoners died. Those who did not die were taken to Guantanamo. All the torturers spoke Arabic while they were torturing us. I was hung and hit. I was subject to electric shocks. After I was tortured I fainted. I was taken to the hospital. I lost about 30 kilograms. The doctors told my torturers that if they abused me anymore it would kill me.

34. The Pakistani authorities did not care who they turned over to the Americans. People were arrested if they were innocent or not. It was completely arbitrary. I know that bounties were paid to Pakistanis for the people they arrested.

35. At the end of my imprisonment at Bagram, when they could not find anything against me, I was told by the C.I.A. investigators that the problem was the F.B.I. was paying money to the Pakistani authorities for arresting people and that I had to pay the price for the agreement between the F.B.I. and the Pakistani authorities.

36. I was released from the Guantanamo Bay detention facility in 2007. During the time I worked with WAMY, I never heard any WAMY official espouse any views hostile to the United States. I never knew WAMY or any WAMY official to provide or ask others to provide any support to Al Qaeda or Usama Bin Laden.

As far as I knew, WAMY had absolutely nothing to do with Al Qaeda or Usama Bin Laden.

37. To the best of my knowledge, I never have met anyone associated in any way with Al Qaeda.  Specifically, I had no relationship with Khalid Al Sheikh Mohammed. His brother, Zahid Al Sheikh Mohamed who worked with LDI introduce me to him. I would see him from time to time when both he and I were amongst the thousands of people at the Jelazee Refugee Camp in 1987. Years later I heard he joined Al Qaeda.

38. While I lived and worked in Afghanistan, I did not have any relationship with or provide any support to any terrorist or terrorist organization.

39. When I was detained in Guantanamo in 2005, I was visited by a person I understood to be the U.S. Consul to Peshawar, Pakistan. He told me that he knew I worked for WAMY and that WAMY was a good organization that does good work, that there was nothing against WAMY. He also said that he knows that WAMY works with many reputable international organizations in the area. To coordinate this with the docs we received from clients about the agreements with various countries and awards WAMY received. To show the work with the UN organizations.)   He then told me that he did not believe there was anything against me as well and that I was going to be transferred to Camp Four where I would not be in isolation and later on I will be released. He also told me there was an extensive investigation against WAMY and that they did not find that WAMY did anything wrong. The investigation concluded in particular, he told

9

me, that WAMY had no relation with terrorism. Thereafter I was transferred to Camp Four and later released in 2007 to return to Sudan.

40. I had nothing to do with delivering a tape from Osama Bin Laden to Al Jazeera. Even when I was investigated, no single investigator accused me of this.

41. As far as I know and believe, based upon my years working for WAMY in Afghanistan and Pakistan, any claim that WAMY had any connection with or gave support to Al Qaeda is false. I never knew WAMY to have any connection with or give any support to Al Qaeda. No one that I ever worked with at the WAMY run hospital was not a legitimate worker. As far as the people that I worked with while with WAMY, no one was using WAMY as a cover to conduct any terrorist activity. Everyone did the jobs they were supposed to and everyone seemed to be a legitimate employee. I knew every single employee at the hospital. There were not a lot of employees. Ther were approximately forty employees.  All of the employees had legitimate jobs and positions.

42. The reason why I worked for WAMY was because of its reputation as a noble organization that helps people and is not at all involved in violence or terrorism. If I thought that WAMY was at all involved in violence or terrorism I would not have worked for them. I am still honored to work for WAMY.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 20, 2023.

_____
Adel Hassan Hamed

11