

EXHIBIT
**934**
J. Winer
7/13/2021
Debra A. Dibble, RDR, CRR, CRC

# WORLD ASSEMBLY OF MUSLIM YOUTH - PAKISTAN OFFICE

## ACCOUNTS FOR THE YEAR ENDED

### 30 ZULHUJJAH 1422 HIJRAH

Ξ‖ FORD RHODES SIDAT HYDER & CO.
*Chartered Accountants*

A Member of Ernst & Young International

EXHIBIT

WAMY EX. 148

WAMYSA9760

# WORLD ASSEMBLY OF MUSLIM YOUTH - PAKISTAN OFFICE

## ACCOUNTS FOR THE YEAR ENDED

## 30 ZULHUJJAH 1422 HIJRAH

WAMYSA9761

# FORD RHODES SIDAT HYDER & CO.
Chartered Accountants

Eagle Plaza 75-West
Fazl-e-Haq Road
Blue Area
Islamabad 44000
Pakistan

Phone  :  (92-51) 287 02??
Fax    :  (92-51) 287 0293
E-mail :  frsh.isb@pk.e?.co?

## AUDITORS' REPORT TO THE BOARD OF DIRECTORS

We have audited the accompanying balance sheet as of 30 Zulhajjah 1422 Hijrah, and the related statement of receipts, and expenditure, statement of cash flows and statement of changes in equity of the **WORLD ASSEMBLY OF MUSLIM YOUTH-PAKISTAN OFFICE (WAMY)** for the year then ended. These financial statements are the responsibility of WAMY's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with International Standards on Auditing as adopted in Pakistan. Those standards require that we plan and perform the audit to obtain reasonable assurance about weather the financial statements are free of material misstatement. An audit includes examining, on test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statements' presentation. We believe that our audit provides a reasonable basis for our opinion.

Donation in kind, comprising of tents, food stuff, clothes and medicines was received from WAMY's principal office in Jeddah, Saudi Arabia for onward distribution to the needy. Based on local market rates the items received as donation were valued at Rs. 44.761 million, majority of which, amounting to Rs. 39.517 million, were distributed during the year and the balance amounting to Rs. 5.244 million remained in stock. The accompanying financial statements, however, neither reflect the receipt of such donation in kind nor the items distributed and the stock in hand as of 30 Zulhajjah 1422 Hijrah. Incorporating the donation would have resulted in increase of the total donations to Rs. 134.712 million and the net surplus to Rs. 14.377 million. Further, the expenditure classified as "Emergency Relief – Afghanistan" under the "Specified Projects" would have increased to Rs. 77.534 million and stock would have been reflected in the balance sheet at Rs. 5.244 million.

In our opinion, except for the matter discussed in the above paragraph, the financial statements give a true and fair view of the financial position of WAMY as of **30 Zulhajjah 1422 Hijrah** and of the results of its operations and its cash flows for the year then ended, prepared in accordance with International Accounting Standards as applicable in Pakistan.

Without qualifying our report, we draw attention to the fact that in common with many organisations of similar size WAMY's system of internal control is dependent upon close involvement of the Director General. Where independent confirmation of the completeness of the accounting record was therefore not available, we have accepted assurance from the Director General that all WAMY's transactions have been reflected in the records.

ISLAMABAD: 12 JUN ...

Ford Rhodes Sidat Hyder & Co.
**CHARTERED ACCOUNTANTS**

FRSH & Co.

A Member of Ernst & Young International

WAMYSA9762

WORLD ASSEMBLY OF MUSLIM YOUTH - PAKISTAN OFFICE
BALANCE SHEET
AS AT 30 ZULHAJJAH 1422 HIJRAH

|  | NOTE | 1422 H. | 1421 H. |
|---|---|---|---|
| Fixed assets - tangible, at book value | 3.1 | 15,742,721 | 15,432,295 |
| Current assets | | | |
| Advances, prepayments and other receivables | 4 | 951,247 | 781,910 |
| Cash and bank balances | 5 | 23,048,903 | 14,630,649 |
| | | 24,000,150 | 15,412,559 |
| Less: Accrued and other liabilities | 6 | 619,706 | 854,275 |
| Net current assets | | 23,380,444 | 14,558,284 |
| | Rupees | 39,123,165 | 29,990,579 |
| Represented by: | | | |
| Fund account | | | |
| Balance at the beginning of the year | | 29,990,579 | 22,063,807 |
| Surplus for the year | | 9,132,586 | 7,926,772 |
| | Rupees | 39,123,165 | 29,990,579 |

AUDITORS' REPORT ANNEXED

The annexed notes form an integral part of these accounts.

FRSIAA Co.

PRESIDENT                    DIRECTOR

WAMYSA9763

WORLD ASSEMBLY OF MUSLIM YOUTH - PAKISTAN OFFICE
STATEMENT OF RECEIPTS AND EXPENDITURE
FOR THE YEAR ENDED 30 ZULHAJJAH 1422 HIJRAH

| | NOTE | 1422 H. | 1421 H. |
|---|---|---|---|
| Receipts | | | |
| Donations | 7 | 89,951,290 | 48,992,549 |
| Other receipts | 8 | 4,520,459 | 6,699,699 |
| | | 94,471,749 | 55,692,248 |
| Expenditure | | | |
| Social welfare | 9 | 11,892,665 | 19,601,607 |
| Education | 10 | 8,803,816 | 8,365,579 |
| Administration | 11 | 3,813,002 | 2,825,486 |
| Health | 12 | 6,327,302 | 6,044,864 |
| Agriculture | 13 | - | 20,800 |
| Specified projects | 14 | 53,674,038 | 10,308,283 |
| | | 84,510,823 | 47,166,619 |
| Depreciation | 3.1 | 828,340 | 598,857 |
| | | 85,339,163 | 47,765,476 |
| Surplus for the year | Rupees | 9,132,586 | 7,926,772 |

The annexed notes form an integral part of these accounts.

FRSH & Co.

PRESIDENT                              DIRECTOR

WAMYSA9764

WORLD ASSEMBLY OF MUSLIM YOUTH - PAKISTAN OFFICE
STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED 30 ZULHAJJAH 1422 HIJRAH

|  | 1422 H. | 1421 H. |
|---|---|---|
| CASH FLOW FROM OPERATING ACTIVITIES |  |  |
| Surplus for the year | 9,132,586 | 7,926,772 |
| Items not involving movement of cash: |  |  |
| Depreciation | 828,340 | 598,857 |
| Surplus before working capital changes | 9,960,926 | 8,525,629 |
| (Increase) in operating assets: |  |  |
| Stocks | - | - |
| Advances, prepayments and other receivables | (169,337) | (781,910) |
|  | (169,337) | (781,910) |
| Increase/(decrease) in accrued and other liabilities | (234,569) | (606,495) |
| Net (decrease) in working capital | (403,906) | (1,388,405) |
| Net cash flow from operating activities | 9,557,020 | 7,137,224 |
| CASH FLOW FROM INVESTING ACTIVITIES |  |  |
| Capital expenditure | (1,138,766) | (96,050) |
| Net increase in cash and bank balances | 8,418,254 | 7,041,174 |
| Cash and bank balances at the beginning of the year | 14,630,649 | 7,589,475 |
| Cash and bank balances at the end of the year    Rupees | 23,048,903 | 14,630,649 |

FRSHEG.

PRESIDENT                    DIRECTOR

WAMYSA9765

WORLD ASSEMBLY OF MUSLIM YOUTH - PAKISTAN OFFICE
NOTES TO THE ACCOUNTS
FOR THE YEAR ENDED 30 ZULHAJJAH 1422 HIJRAH

1.    LEGAL STATUS AND NATURE OF OPERATIONS

1.1    WORLD ASSEMBLY OF MUSLIM YOUTH - PAKISTAN OFFICE (the Society) is a component of World Assembly of Muslim Youth (WAMY) which is an international relief organisation headquartered in Riyadh, Saudi Arabia. The Society was registered in Pakistan in the name of LAJNAT AL-BIRR AL-ISLAMIAH under the Societies Registration Act, 1860 on 22 October 1989 and with Commissioner Afghan Refugees, Kashmir Affairs and Northern Areas and States and Frontier Regions Division (SAFRON) in Peshawar, North West Frontier Province. The Society changed its name to WORLD ASSEMBLY OF MUSLIM YOUTH-PAKISTAN OFFICE in Sha'ban 1417 Hijrah (December 1996) and permission for the change was obtained on Rabiul Awwal 1418 Hijrah (July 1997).

1.2    The main activities of the Society are to provide:

- health care services to deserving muslims
- urgent relief and assistance to the affectees of earthquake or other natural disasters
- financial assistance to the widows and orphans
- technical education to the unemployed Muslim youth
- Islamic education, especially in Arabic language
- technical assistance and expertise in the field of agriculture and rural development

2.    SIGNIFICANT ACCOUNTING POLICIES

2.1    Accounting convention

These accounts have been prepared on the basis of `historical cost convention`.

2.2    Fixed assets and depreciation

Operating fixed assets are stated at cost less accumulated depreciation, except land which is stated at cost. Items costing less than Rs.3,000/- are not capitalised and charged off in the year of purchase. Due to political uncertainty the assets purchased and shifted to or constructed inside Afghanistan are charged off in the year of purchase or construction.

Depreciation is charged to income applying the straight line method whereby cost is written off over its estimated useful life at the rates stated in note 3.1. Full year's depreciation is charged on additions while no depreciation is charged on assets deleted.

Maintenance and normal repairs are charged to income as and when incurred. Major renewals and improvements are capitalised.

Gains and losses on disposal of assets, if any, are included in income currently.

FR SHL Co.

WAMYSA9766

2.3  Stocks

The stocks are valued at cost on  first-in first-out basis.

2.4  Foreign currency translation

Transactions in foreign currencies are accounted for  into Pak Rupees at the rate of exchange prevailing at the date of transaction. Assets and liabilities in foreign currencies are translated into Pak Rupees at the rate of exchange prevailing at the balance sheet date. Exchange gains and losses on translation are included in income currently.

2.5  Revenue recognition

Donations, including donations in kind and other income, are recognized as and when received.

3.  FIXED ASSETS - tangible, at book value

3.1  The following is a statement of operating fixed assets.

| | COST | | | DEPRECIATION | | | | NET BOOK VALUE AS AT 30-12-1422 H. |
|---|---|---|---|---|---|---|---|---|
| | AS AT 01-01-1422 H. | ADDITIONS | AS AT 30-12-1422 H. | ACCUMULATED AS AT 01-01-1422 H. | FOR THE YEAR 1422H. | ACCUMULATED AS AT 30-12-1422 H. | RATES % | |
| Land | 2,125,350 | - | 2,125,350 | - | - | - | - | 2,125,350 |
| Buildings | 17,284,037 | - | 17,284,037 | 4,148,169 | 518,521 | 4,666,690 | 3 | 12,617,347 |
| Vehicles | 5,046,836 | - | 5,046,836 | 4,986,336 | 15,120 | 5,001,456 | 20 | 45,380 |
| Furniture and fixtures | 54,100 | 138,896 | 192,996 | 39,819 | 26,099 | 65,918 | 15 | 127,078 |
| Office and electric equipments | 1,224,515 | 999,870 | 2,224,385 | 1,128,227 | 268,600 | 1,396,827 | 20 | 827,558 |
| Medical equipments and tools | 625,852 | - | 625,852 | 625,844 | - | 625,844 | 20 | 8 |
| 1422 H. Rupees | 26,360,690 | 1,138,766 | 27,499,456 | 10,928,395 | 828,340 | 11,756,735 | | 15,742,721 |
| 1421 H. Rupees | 26,264,640 | 96,050 | 26,360,690 | 10,329,538 | 598,613 | 10,928,151 | | 15,432,539 |

3.2  The cost of assets includes the written down value of some of the assets which have been provided on the basis of costs assigned to assets physically verified during 1414 Hijrah. The cost and depreciation rates have been determined by the management as their best estimates in the absence of proper record of cost of assets acquisition and their depreciated values.

3.3  Assets which are fully depreciated and are still in use of the society are shown at Rupee one book value.

FR S11 & Co.

WAMYSA9767

|  | 1422 H. | 1421 H. |
|---|---|---|
| **4. ADVANCES, PREPAYMENTS AND OTHER RECEIVABLES** | | |
| Advances to employees | 576,247 | 456,910 |
| Prepayments and other receivables | 375,000 | 325,000 |
| Rupees | 951,247 | 781,910 |
| **5. CASH AND BANK BALANCES** | | |
| Cash in hand | | |
| Foreign currency - US $ 2,060 (1420 H: Nil) | 124,630 | - |
| Local currency | 650,548 | - |
| | 775,178 | - |
| Balance with banks, on current accounts | | |
| Foreign currency - US $ 367,362 (1421 H: US $ 230,856) | 22,225,415 | 13,966,793 |
| Local currency | 48,310 | 663,856 |
| | 22,273,725 | 14,630,649 |
| Rupees | 23,048,903 | 14,630,649 |
| **6. ACCRUED AND OTHER LIABILITIES** | | |
| Accruals | | |
| Air tickets | 274,041 | 669,735 |
| Auditors remuneration | 156,000 | 172,500 |
| Communication | 30,000 | 12,040 |
| | 460,041 | 854,275 |
| Other liabilities | 159,665 | - |
| Rupees | 619,706 | 854,275 |
| **7. DONATIONS** | | |
| In cash | | |
| WAMY, Saudi Arabia | | |
| Budgeted donations | 6,222,918 | 33,759,283 |
| Donations for specified projects | 85,593,895 | 17,119,648 |
| Others | 1,500,000 | - |
| | 93,316,813 | 50,878,931 |
| Less: Payments on advice of WAMY, Saudi Arabia | (3,365,523) | (1,886,382) |
| Rupees | 89,951,290 | 48,992,549 |
| In kind | | |
| **8. OTHER RECEIPTS** | | |
| Exchange gain | 1,399,126 | 3,378,197 |
| Al-Amir Abdul Mohsin Hospital income | 3,121,333 | 3,279,882 |
| Miscellaneous | - | 41,620 |
| Rupees | 4,520,459 | 6,699,699 |

FR SH & Co.

WAMYSA9768

| 9. SOCIAL WELFARE | ORPHANS SECTION | DAR ULARQUM | USAMA BIN ZAID | ZAID BIN HARIS | MUSAB BIN UMAIR | ABU YOUSAF | IMAM MALIK | IMAM AHMAD | ABDULLAH BIN ABBAS | KHALID BIN WALEED | DAR UL NIDWA | TOTAL 1422 H. | TOTAL 1421 H. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries and benefits | 1,083,182 | 780,627 | 201,204 | 169,203 | 175,073 | 170,400 | 216,619 | 160,673 | 207,200 | 163,000 | 778,822 | 4,106,003 | 4,085,760 |
| Printing and stationery | 57,287 | 59,621 | 47,335 | 42,933 | 40,131 | 7,300 | 8,011 | 7,300 | 32,748 | 7,300 | 47,635 | 357,601 | 509,067 |
| Vehicles up-keep | 237,504 | 140,694 | - | - | - | - | - | - | - | - | 277,563 | 655,761 | 314,783 |
| Repairs and maintenance | - | - | - | - | - | - | 555 | - | - | 178 | - | 733 | 505,325 |
| Staff welfare and training | - | - | - | - | - | - | - | - | - | - | - | - | 31,974 |
| Stipend | - | 568,500 | 690,000 | 609,000 | 564,000 | 396,000 | 504,000 | 423,000 | 441,000 | 393,000 | 316,000 | 4,904,500 | 11,225,000 |
| Clothing | - | 4,540 | 4,060 | - | - | 78,372 | 108,487 | 78,388 | - | 74,628 | 2,750 | 351,225 | 1,500,877 |
| Functions and ceremonies | - | 31,563 | 1,700 | 2,650 | 2,185 | 420 | 420 | 420 | 2,830 | 1,920 | 37,065 | 81,173 | 78,370 |
| Communication | 25,968 | - | - | - | - | - | - | - | - | - | - | 25,968 | 59,828 |
| Utilities | 129,098 | 95,560 | - | - | - | - | - | - | - | - | 58,723 | 283,381 | 366,758 |
| Food expenditure | - | 437,398 | - | - | - | - | - | - | - | - | 472,688 | 910,086 | 795,876 |
| Travelling and food allowance | 109,572 | - | - | - | - | - | - | - | - | - | - | 109,572 | 39,581 |
| Cleaning supplies | - | 48,875 | - | - | - | 57 | 228 | - | - | - | 14,360 | 63,520 | 34,236 |
| Medicines and medical treatment | - | - | - | - | - | - | - | - | - | - | - | - | 27,020 |
| Others | 43,142 | - | - | - | - | - | - | - | - | - | - | 43,142 | 27,154 |
| | 1,685,753 | 2,167,378 | 944,299 | 823,786 | 781,389 | 652,549 | 838,320 | 669,781 | 683,778 | 640,026 | 2,005,606 | 11,892,665 | 19,601,607 |

| 10. EDUCATION | IMAM ABU HANIFA | NAZ O A'NA | UME SALMA 1 | UME SALMA 2 | TOTAL 1422 H. | TOTAL 1421 H. |
|---|---|---|---|---|---|---|
| Salaries and benefits | 3,211,457 | 883,700 | 634,500 | 644,400 | 5,374,057 | 5,472,637 |
| Printing and stationery | 62,595 | 15,630 | 35,744 | 52,385 | 166,354 | 218,336 |
| Vehicles up-keep | 310,113 | - | - | - | 310,113 | 116,990 |
| Repairs and maintenance | - | - | - | 52,020 | 52,020 | 133,620 |
| Staff welfare and training | - | - | - | - | - | - |
| Stipend | 357,618 | - | - | - | 357,618 | 369,750 |
| Clothing | 106,440 | - | - | - | 106,440 | - |
| Functions and ceremonies | 108,033 | - | 12,247 | 10,969 | 131,249 | 120,181 |
| Communication | - | - | - | - | - | 74,738 |
| Entertainment | - | - | - | - | - | 2,118 |
| Utilities | 344,695 | 32,580 | 28,020 | 42,496 | 447,791 | 353,703 |
| Food expenditure | 1,086,005 | - | - | - | 1,086,005 | 1,004,322 |
| Travelling and food allowance | - | - | - | - | - | 3,105 |
| Cleaning supplies | 44,381 | - | 2,285 | - | 46,666 | 39,212 |
| Rent, rates and taxes | - | 180,000 | 240,000 | 264,000 | 684,000 | 392,000 |
| Medicines and medical treatment | 42,105 | - | - | - | 42,105 | 54,467 |
| | 5,672,840 | 1,111,910 | 952,796 | 1,066,270 | 8,803,816 | 8,365,579 |

WAMYSA9769

FRSH & Co.

|  | | 1422 H. | 1421 H. |
|---|---|---|---|
| **11. ADMINISTRATION** | | | |
| Salaries and benefits | | 2,486,136 | 1,718,232 |
| Printing and stationery | | 102,446 | 59,917 |
| Vehicles up-keep | | 394,765 | 251,582 |
| Repairs and maintenance | | - | 60,637 |
| Communication | | 175,947 | 117,944 |
| Entertainment | | 60,497 | 47,490 |
| Utilities | | 261,327 | 177,681 |
| Food expenditure | | - | 17,508 |
| Travelling and food allowance | | 91,069 | 55,155 |
| Cleaning supplies | | 23,217 | 23,840 |
| ICC membership | | - | 24,000 |
| Auditors remuneration | | 65,400 | 105,225 |
| Others | | 152,198 | 166,275 |
| | Rupees | 3,813,002 | 2,825,486 |
| **12. HEALTH** | | | |
| Salaries and benefits | | 2,986,024 | 2,822,863 |
| Printing and stationery | | 67,719 | 41,120 |
| Vehicles up-keep | | 216,215 | 177,058 |
| Repairs and maintenance | | 324,036 | 130,959 |
| Communication | | - | 3,751 |
| Utilities | | 99,676 | 188,702 |
| Food expenditure | | 430,537 | 375,389 |
| Cleaning supplies | | 33,684 | 31,971 |
| Medicines and medical treatment | | 2,155,018 | 2,241,080 |
| Others | | 14,393 | - |
| | Rupees | 6,327,302 | 6,044,864 |
| **13. AGRICULTURE** | | | |
| Salaries and benefits | Rupees | - | 20,800 |
| **14. SPECIFIED PROJECTS** | | | |
| Emergency relief - Afghanistan | | 38,017,247 | 1,518,900 |
| Mosques | | 7,218,256 | 4,707,928 |
| Aftaar saaim | | 3,477,258 | 1,204,362 |
| Qurbani | | 2,965,760 | 1,222,952 |
| Repairs - Mahad al Imam | | 1,094,539 | - |
| Wells | | 824,118 | 1,412,911 |
| Orphans donations | | 60,860 | - |
| Sadqa tul fitr | | 16,000 | - |
| Eid dresses | | - | 241,230 |
| | Rupees | 53,674,038 | 10,308,283 |

**15. GENERAL**

Figures of prior year have been re-arranged, wherever necessary, for comparison purposes.

FR SH & Co.

PRESIDENT                    DIRECTOR

WAMYSA9770