**Islamic Benevolence Committee**
**World Assembly of Muslim Youth**

In the name of God, the Merciful, the Compassionate

Financial Status
Operations began at the new headquarters on February 22, 1993.

Revenue for the past four months, from February 22 to June 20, 1993, amounted to (12,049,390 riyals), while expenses for the same period for the administrative departments totaled (1,135,645 riyals), excluding the Dammam office for the months of Dhu al-Qi'dah and Dhu al-Hijjah.

Transfers made to the Peshawar office for the same period totaled (2,710,821 riyals)

We have received the proposed budget for the year 1993–94 from the Peshawar Office for approval.

The budget estimate for the fiscal year 1993–94 was not prepared for the General Administration for several reasons.

The handover process from the International Relief Organization has not been fully completed with regard to fixed assets, general accounts, and files pertaining to the Commission's departments.

We recommend that you contact Mr. Mohamed Soliman as soon as possible to finalize the handover procedures, so that the Finance Department can correctly enter the opening balance into the computer system. Some entries were already entered by Mr. Mohamed Soliman, but we do not have the supporting documents for those entries to reconcile the discrepancies.

CONFIDENTIAL



EXHIBIT

WAMY EX. 149

WAMYSA429154

**Islamic Benevolence Committee**
**Jeddah, P.O. Box 9072**
**Code 21413N/6730941**

Date:
Page:

Total revenue for the period from February 22 to June 20

| Balance at the end of the period | Term Balance | Opening Balance | Account name | Account number |
|---|---|---|---|---|
| 2964155.45 | 1475845.65 | 1488269.80 | Orphans' Income | 20100000 |
| 2964155.45 | 1475845.65 | 1488269.80 | Mosque Revenues | 20110000 |
| 964033.59 | 705270.00 | 258763.59 | Revenue from Iftar for Fasting People | 20111000 |
| 524434.96 | 45413.00 | 479021.96 | Winter Clothing Sales | 20112000 |
| 534702.91 | 92456.00 | 442246.91 | Revenue from feeding the poor | 20113000 |
| 1012985.59 | 22400.00 | 990585.59 | Well Revenue | 20120000 |
| 1012985.59 | 22400.00 | 990585.59 | Revenue from Endowments | 20130000 |
| 1909061.25 | 857358.98 | 1051702.27 | Withholding Income | 20140000 |
| 12756.00 | 12756.00 | 0.00 | Revenue from other guarantees | 20150000 |
| 510346.00 | 510346.00 | 0.00 | Rents | 20160000 |
| 0.00 | 0.00 | 0.00 | Exhibition Revenue | 20170000 |
| 3162278.85 | 2316546.40 | 845732.45 | Miscellaneous revenue | 20180000 |
| 1299212.37 | 1299212.37 | 0.00 | Revenues of Bosnia and Herzegovina | 20190000 |
| 80563.00 | 80563.00 | 0.00 | Sales Revenue | 20200000 |
| 385066.50 | 358066.50 | 0.00 | Revenues from the Al-Bar Endowment | 20210000 |
| 13808884.63 | 1804072.83 | 12004811.80 | Zakat Revenue | 20220000 |
| 298053.25 | 298053.25 | 0.00 | Income from mushroom zakat | 20230000 |
| 2453775.90 | 63751.00 | 2390024.90 | Account for Mosque Construction Revenue | 20240000 |
| 150741.00 | 150741.00 | 0.00 | Revenue from Ongoing Donations | 20250000 |
| 258924.84 | 16623.00 | 242301.84 | Revenues from the Oath of Atonement | 20260000 |
| 206654.52 | 87450.00 | 119204.52 | Revenue from Sacrificial Offerings | 20270000 |
| 42905.00 | 42905.00 | 0.00 | Healthcare Revenue | 20280000 |
| 941635.55 | 284314.25 | 657321.30 | Revenue from aid to poor Muslim countries | 20330000 |
| 2775.00 | 0.00 | 2755.00 | Revenue from the Assembly | 20340000 |
| 390395.59 | 0.00 | 390395.59 | Revenue - Mufaq Charity Project | 20350000 |
| 4196634.00 | 0.00 | 4196634.00 | New Sponsorships for Orphans | 21005000 |
| 9027642.75 | 0.00 | 9027642.75 | Renewal of Orphans' Sponsorships | 21007000 |
| 49115679.54 | 12049389.88 | 37066289.66 | Total Revenue | |

CONFIDENTIAL

WAMYSA429155

Islamic Benevolence Committee
Jeddah, Saudi Arabia: 9072
Code 21413T / 6730941
Date:
page:

Total expenses for the period from February 22 to June 20

| Balance at the end of the period | Term Balance | Opening Balance | Account name | Account number |
|---|---|---|---|---|
| 169729.35 | 169729.35 | 0.00 | Financial and Administrative Affairs | 30100000 |
| 350825.00 | 350825.00 | 0.00 | Media and Library Expenses | 30200000 |
| 74651.00 | 74651.00 | 0.00 | Volunteer Expenses | 30300000 |
| 72628.00 | 72628.00 | 0.00 | Exhibition Expenses | 30400000 |
| 21250.00 | 21250.00 | 0.00 | Expenses for Orphans | 30500000 |
| 61324.75 | 61324.75 | 0.00 | Expenses of the Endowment | 30600000 |
| 23432.00 | 23432.00 | 0.00 | Administration | 30700000 |
| 54559.80 | 130342.00 | 184901.80 | Mosque Expenses and Funds | 30800000 |
| 440294.00 | 395294.00 | 45000.00 | Other miscellaneous expenses | 30900000 |
| 20978.00 | 20978.00 | 0.00 | City Office Expenses | 30910000 |
| 75875.00 | 75875.00 | 0.00 | Stationery and printing expenses | 30920000 |
|  |  |  | Prepaid expenses |  |
| 1365546.90 | 1135645.10 | 229901.80 | Total Expenses |  |

CONFIDENTIAL

WAMYSA429156

Jeddah, Saudi Arabia: 9072
Code 21413T / 6730941
Date: 30-12-13
Page: 1

Assistant Teacher's Notebook

Account number: 40200000 Current Account, Peshawar  Type:
debtor Period from: February 22 to June 20

Line number
-Balance- -Transaction- Number

| Line number | Statement | Registration | for him | from it | for him | From it | Date |
|---|---|---|---|---|---|---|---|
| 0 | Balance for the first period | | | | | 8922212,00 | 13-09-01 |
| 2 | Transfer fee to Peshawar 1024 | 169 | | 175.00 | | 8922387,00 | 13-09-29 |
| 46 | Paid through his servants 23,964 | 169 | | | | 8914387,00 | 13-09-29 |
| 1 | A transfer equivalent to $176,673 | 175 | 8000.00 | 662523.75 | | 9576910,75 | 13-09-29 |
| 2 | Received deposits, receipt No. 3747 | 175 | | 12000.00 | | 9588910,75 | 13-09-29 |
| 7 | Convert the equivalent of 800,000 to 1,054 | 190 | | 300000.00 | | 9888910,75 | 13-10-22 |
| 3 | Transfer – $1,000 on April 4, 1993 | 191 | | 2538.00 | | 9891448,75 | 13-10-22 |
| 1 | Transfer of $1,150,000 to Al-Qada / Mosque | 197 | | 511.00 | | 9891959,75 | 13-10-29 |
| 1 | Bank fees | 212 | | 375065.00 | | 10267024,75 | 13-11-17 |
| 1 | Paid to Nawa Zagloul: $1,600 | 232 | | 613130.00 | | 10880154,75 | 13-11-28 |
| 2 | Transfer $150,000 for the grandmother's expenses | 232 | | 175.00 | | 10880329,75 | 13-11-28 |
| 2 | Transfer of $26,660 on September 13, 2014 | 250 | | 6000.00 | | 10886329,75 | 13-12-17 |
| 1 | Zakat Mushroom Distribution—Your Account No. 1151/9 | 260 | | 563130.00 | | 11449459,75 | 13-12-25 |
| 2 | A note for Dr. and Mr. Noroli | 260 | | 78660.00 | | 11528119,75 | 13-12-25 |
| 3 | | 260 | | 175.00 | | 11528294,75 | 13-12-25 |
| 1 | | 262 | | 99975.00 | | 11628269,75 | 13-12-27 |
| 2 | | 263 | | | | 11628958,75 | 13-12-27 |
| 15 | | 267 | 311.00 | 5074.00 | | 11633032,75 | 13-12-29 |
| Total turnover | | | 8311.00 | 2719131.75 | | | |

2,710,820-75

CONFIDENTIAL                                                                                    WAMYSA429157

Islamic Benevolence Committee

Estimated Budget for Fiscal Year 1993-1994
For the period from October 1993 to May 1994

| | Statement | | Summary of Budget Sections | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Capital expenditures | Administrative expenses | Salaries and Wages | Relief | |
| 1 | Headquarters | Administrative Affairs Department | 24,600 | 154,500 | 109,552 | - | 288,652 |
| 2 | | Studies and Projects Division | 10,500 | 32,800 | 41,680 | 367,950 | 452,930 |
| 3 | | Orphans' Section | - | 20,650 | 53,670 | - | 74,320 |
| 4 | | Department of Mosques and | 23,500 | 1,200 | 69,560 | - | 94,260 |
| 5 | | Endowments | 14,750 | 87,500 | 123,800 | - | 226.050 |
| 6 | | Exhibitions Department | - | 59,200 | 81,120 | - | 140,320 |
| 7 | | Volunteer Department and City Offices | 5,700 | 1,840 | 101,880 | - | 109,420 |
| 8 | | Finance Department | 35,300 | 40,400 | 116,640 | - | 192,340 |
| | | Media department | | | | | |
| | Headquarters Total | | 114,350 | 398,090 | 697,902 | 367,950 | 1,578,292 |
| 9 | Medina Office (Women's Committee) | | 19,400 | 16,800 | 19,200 | - | 55,400 |
| 10 | Medina Office | | 16,000 | 117,080 | 186,900 | - | 319,980 |
| 11 | Riyadh Office | | 44,500 | 45,900 | 330,708 | - | 421,108 |
| 12 | Dammam Office | | 3,510 | 6,550 | 43,460 | 9,500 | 63,020 |
| | Total | | 197,760 | 584,420 | 1,278,170 | 377,450 | 2,437,800 |

CONFIDENTIAL

WAMYSA429158

التاريخ : ٧ / ٥ /١٤١٥هـ
المرافق : ١٢ / ٨ /١٩٩٤م
صادر رقم :١٧٦ج/ بر /١٤١٥هـ



لجنة البـــــــير الإسـلامية
(الندوة العالمية للشباب الإسلامي)

His Excellency Dr. Manaa bin Hammad Al-Juhani, may God protect him, Secretary-General of the World Assembly of Muslim Youth

Peace be upon you, God's mercy and blessings And then,

With reference to your letter to us, No. (2577), dated October 5, 1994, requesting a statistical report on the Committee's relief efforts for Muslims, we are pleased to provide you with the following statistical reports:
First: Statistical Report on the Zakat al-Fitr and Iftar for the Fasting Project. Second: Statistical Report on the Sacrificial Animals Project. Third: Statistical Report on the Winter Clothing Project. Fourth: Statistical Report on Other Projects Implemented by the Committee. Fifth: Statistical report on the Committee's other ongoing projects. Sixth: A statistical report on the Committee's other fully funded projects that are set to begin soon.

We ask Allah, the Almighty, to guide us and you to what He loves and is pleased with... May God Almighty protect you and take care of you

Islamic Benevolence Committee (World Assembly of Muslim Youth)

Executive Director Dr. Hassan bin Abdul-Qadir, may God protect him

[signature]
[seal]

CONFIDENTIAL                                                    WAMYSA429159

First

A statistical estimate of the Committee's contributions to Muslim relief efforts through the Zakat al-Fitr and Iftar for the Fasting project [in Saudi riyals]

| | Country Name | project name | | The Year | Number of individuals and beneficiaries | Total amounts for each country |
|---|---|---|---|---|---|---|
| | | Zakat al-Fitr | Breakfast for Fasting People | | | |
| 1 | Afghanistan | 330,000 | 39527 | 1409 | | 369,527 |
| 2 | Afghanistan | 660,000 | 6934876 | 1410 | 92600 | 1,353,486 |
| 3 | Afghanistan | 450,000 | 1,568,013 | 1411 | individually | 2,018,013 |
| 4 | Afghanistan | 487,500 | 487,500 | 1412 | | 975,000 |
| 5 | Bosnia | - | 50,000 | 1413 | - | |
| | Bangladesh | - | 5,000 | 1413 | 5,086 people | 555,000 |
| | Afghanistan | 200,000 | 300,000 | 1413 | - | |
| 6 | (Afghanistan (Kashmir and Tajikistan) | 196,497 | 400000 | 1414 | 1,349 families 710 people | 596,497 |
| | Somalia | 20,000 | 11,000 | 1414 | 1,500 people | 31,000 |
| | Bangladesh | 30,000 | 30,000 | 1414 | 9,955 people | 60,000 |
| | Myanmar | 40,000 | 30,000 | 1414 | 3,400 people | 70,000 |
| | India | 5,000 | 50,000 | 1414 | 2,500 people | 55,000 |
| | Eritrea | 10,000 | 10,000 | 1414 | 1,510 people | 20,000 |
| | The Philippines | - | 5,000 | 1414 | 1,000 people | 5,000 |
| | Inside the Queen | 20,000 | 5,000 | 1414 | 291 people | 25,000 |
| | Turkey (Bosnian refugees) | - | 94,000 | 1414 | 900 families | 94,000 |
| | Egypt | - | 5,000 | 1414 | 395 people | 5000 |
| | Total amount spent on the project | | | | | 6,232,523 |

CONFIDENTIAL

WAMYSA429160

Second

A comprehensive statistical report on the Committee's efforts to provide relief to Muslims through the Qurbani project

| m | Country Name | Amounts approved in riyals | The Year | Number of sacrificial animals | Notes |
|---|---|---|---|---|---|
| 1 | Afghanistan | 858,250 | 1409 | 3433 | |
| 2 | Afghanistan | 862,500 | 1410 | 3446 | |
| 3 | Afghanistan | 1,037,500 | 1411 | 4150 | |
| 4 | Afghanistan | 293,000 | 1412 | 1172 | |
| 5 | Afghanistan | 67,500 | 1413 | 270 | |
| 6 | Iraqi Kurdistan | 44,469 | 1414 | 178 | |
| 7 | Afghanistan | 193,755 | 1414 | 775 | |
| 8 | Bangladesh | 44,469 | 1414 | 178 | |
| 9 | Somalia | 30,447 | 1414 | 122 | |
| Total amount spent on the project | 3,431,890 riyals | | | | |

CONFIDENTIAL

WAMYSA429161

Third
Statistical Report on the Committee's Efforts to Provide Relief to Muslims Through the Winter Clothing Project

| m | Country Name | Approved amount in riyals | The Year | Number of winter coats | Number of beneficiaries |
|---|---|---|---|---|---|
| 1 | Afghanistan | 25,000 | 1409 | 1)   213 tents | |
| 2 | Afghanistan | 335,255 | 1410 | 2)   235 bedding sets | |
| 3 | Afghanistan | 1,089,000 | 1411 | 3)   759 winter coats | 32,500 people |
| 4 | | | | 4)   515 blankets | |
| | Afghanistan | 494,751 | 1412 | 5)   759 boots | |
| Total amount spent on the project | | 1,944,006 riyals | | | |

CONFIDENTIAL

WAMYSA429162

Fourth

Other projects implemented by the committee

|   | Country Name | Completed Projects |
|---|---|---|
| 1 | Afghanistan | - Construction of 24 elementary schools<br>- Sponsoring more than 100 preachers<br>- Sponsorship of (5,173) orphans<br>- Construction of four orphanages and renovation of others<br>- Establishment of 11 centers for memorizing the Holy Quran<br>- Construction and renovation of 11 mosques<br>- Establishment of (5) hospitals<br>- Reclamation and cultivation of (7,332) acres of land<br>- Establishment of three poultry farms<br>- Distribution of 32,500 fruit seedlings<br>- Distribution of 200 tons of fertilizer<br>- Establishment of (4) vehicle service centers<br>- - Drilling (3) water wells |
| 2 | Pakistan | - Establishment of (6) institutes for training preachers<br>- Institute of Islamic Studies for Girls<br>- Al-Bar Industrial Institute<br>- Al-Amal Hospital<br>- Medical Supply Warehouse<br>- Fatima al-Zahraa Mosque |
| 3 | Gambia | - Completion of the mosque construction |

CONFIDENTIAL

WAMYSA429163

Fifth

Other projects currently being implemented by the committee

|   | Country Name | Projects Currently Underway |
|---|---|---|
| 1 | India | - Completion of the construction of classrooms for Al-Amin Girls' School |
| 2 | Indonesia | - Al-Sanusi Islamic Center |
| 3 | Iraqi Kurdistan | - Construction of (4) mosques<br>- Construction of a clinic<br>- Renovation of the Orphanage in Dohuk<br>- Sponsoring 100 preachers |
| 4 | Al-Anghush | - The Imam al-Shafi'i Institute<br>- King Fahd Institute |

CONFIDENTIAL

WAMYSA429164

Sixth

The committee's projects are fully funded and will begin shortly

| m | Country Name | Project Type | Sponsorship |
|---|---|---|---|
| 1 | The Philippines | Building a Mosque | 35,000 riyals |
| 2 | The Philippines | Building a Mosque | 25,000 riyals |
| 3 | Myanmar | Operation of 5 adult education centers | 12,000 riyals |
| 4 | Myanmar | One-year medical sponsorship | 14,000 riyals |
| 5 | Myanmar | Sponsorship of (4) preachers | 12,000 riyals |
| 6 | Somalia | Running a school for a year | 78,000 riyals |
| 7 | Somalia | Medical Certificate | 1,800 riyals |
| 8 | Somalia | Rehabilitation of 10 families | 25,000 riyals |
| 9 | Bangladesh | Main Mosque | 65,000 riyals |
| 10 | India | Construction of (4) mosques | 22,000 riyals<br>30,000 riyals<br>30,000 riyals<br>15,000 riyals |
| 11 | India | Mobile clinics | 64,000 riyals |
| 12 | Madagascar | Well Drilling | 13,500 riyals |
| Total costs of funded projects | | | 442,300 riyals |

CONFIDENTIAL

WAMYSA429165

Islamic Benevolence Committee
World Assembly of Muslim Youth

Report on the Committee's Activities from May to October 1994

In order to streamline and organize its operations and ensure close and efficient oversight of the Committee's work, the Committee has contracted a company to develop a computer network system linking all of its departments and offices. It has also contracted a software development company to create the necessary programs for all of the Committee's various activities. These projects are scheduled to be completed by the end of Jumada al-Awwal of this year, God willing. This system will play a leading role in developing and increasing the Committee's revenues, activities, and various projects, God willing.

The Committee's total revenue for this period from all its various departments, divisions, and offices amounted to (2,414,051.5) million, four hundred fourteen thousand, fifty-one riyals and fifty cents, generated through mosques, funds, monthly deductions, bonds, and offices in various cities.

As for the projects undertaken during this period: An office for the committee has been opened in Iraqi Kurdistan, and work has begun on seven projects there: four mosques, a health clinic, the renovation of an orphanage, the sponsorship of 100 preachers, and the establishment of the committee's office there. In addition, the Al-Sanusi Islamic Center project in Indonesia (Dar al-Mahdinin al-Jadid) and Al-Amin Secondary School in India were completed, and work began on the Al-Imam al-Shafi'i and King Fahd Institutes in Angush. The committee also provided 8,126 free meals to pilgrims at the Sacred House of God in Muzdalifah on the night of the 10th of Dhu al-Hijjah. The sacrificial animal project was carried out within the Kingdom in Makkah, involving 355 animals, and outside the Kingdom in several different countries, involving 1,253 animals. The Women's Committee organized a cultural evening featuring a female artist who had repented, along with a performance by its choir at an Islamic wedding celebration; it also prepared two charity meals... Public Relations and Communications was also separated from Resource Development, becoming a separate department, and Dr. Bashir Saleh

CONFIDENTIAL

WAMYSA429166

**Islamic Benevolence Committee**
**World Assembly of Muslim Youth**

as its media advisor, a highly capable and well-respected professional who has established numerous public relations and media departments and divisions at foreign universities and companies. To date, this department has produced an introductory brochure about the committee and a number of leaflets detailing the committee's projects and activities, and has coordinated with several companies and institutions to establish cooperative relationships with them.

The number of orphans sponsored by the Committee has reached 5,173, with more than 3,000 sponsors. The Committee has also participated in numerous exhibitions held in various cities across the Kingdom during this period, including:

1. National Industries Exhibition in Abha.

2. National Industries Exhibition in Tabuk.

3. Consumer Products Exhibition.

4. The Medina Industries Exhibition.

5. The Industry Exhibition in Makkah.

This is all from God, and He is the source of success,

CONFIDENTIAL

WAMYSA429167

لجنة السيرا الإسلامية
(الندوة العالية للشباب الإسلامي)

بسم الله الرحمن الرحيم

# الوضع المـــالي

١ – بدأ النشاط في المقر الجديد في ١ / ٩ / ١٤١٣ هـ .

٢ – إيرادات الأربعة الأشهر المنصرمة من الفترة ١ / ٩ – ٣٠ / ١٢ / ١٤١٣ هـ بلغت ( ١٢,٠٤٩,٣٩٠ ريال ) والمصروفات بلغت للفترة نفسها لأقسام الإدارة ( ١,١٣٥,٦٤٥ ريال) بإستثناء مكتب الدمام لشهري ذي القعدة وذي الحجة .

٣ – بلغت التحويلات التي تمت لمكتب بيشاور للفترة السابقة نفسها (٢,٧١٠,٨٢١ ريال )

٤ – وصلتنا الميزانية التقديرية للعام ١٤١٤هـ لمكتب بيشاور لإعتمادها .

٥ – لم يتم إعداد الميزانية التقديرية للعام المالي ١٤١٤ هـ للإدارة العامة لعدة أسباب .

٦ – لم تتم عملية الإستلام و التسليم كاملة من منظمة البر الدولية ، بالنسبة للأصول الثابتة والحسابات العامة والملفات التي تخص الأقسام في اللجنة .

ونوصي بطلب الأخ / محمد سليمان في أقرب وقت ممكن لإنهاء إجراءات الإستلام والتسليم ، ولكي تستطيع إدارة الشؤون المالية إدخال رصيد أول المدة في الحاسب الآلي بأسلوب صحيح ، وقد تم إدخال بعض القيود عن طريق الأخ / محمد سليمان ولم يترك لدينا أصول القيود مع المستندات لمعرفة الفروق الظاهرة .

CONFIDENTIAL

WAMYSA429154

Case 1:03-md-01570-GBD-SN   Document 11999-59   Filed 04/16/26   Page 16 of 29

The document content is in Arabic script but is too faded and degraded to render reliably. The text appears to be a tabular listing but the characters are illegible.

WAMYSA429155

CONFIDENTIAL

CONFIDENTIAL

لجنة البر الاسلامية

بعهد من ٩:٢٧٠ رمز ٤١٣١٢ ه / ١٣٦،٩٤١، ٦٧٠،٩٨٢

اجمالي المصروفات للفترة من ١/٩ الى ٣٠/٩

الفترة من شهر : ٩   الى شهر : ١٢

| رقم الحساب | اسم الحساب | رصيد اول المدة | رصيد المدة | رصيد نهاية المدة |
|---|---|---|---|---|
| ٣٠١،،،، | م الشئون المالية والادارية | ٠٠٠، ٦ ، | ١٦٩٧٢٩،٢٥ | ١٦٩٧٢٩،٢٥ |
| ٣٠٢،،،، | مصاريف الاعلام والمكتبات | ٠٠٠، ٦ ، | ٢٥،٨٥٠،،، | ٢٥،٨٥٠،،، |
| ٣٠٣،،،، | مصاريف المتطوعين | ٠٠٠، ٦ ، | ٧٦٣٥١،،، | ٧٦٣٥١،،، |
| ٣٠٤،،،، | مصاريف المعارض | ٠٠٠، ٦ ، | ٧٦٣٦٨،،، | ٧٦٣٦٨،،، |
| ٣٠٥،،،، | مصاريف الايتام | ٠٠٠، ٦ ، | ٤١٥،،،، | ٤١٥،،،، |
| ٣٠٦،،،، | مصاريف عمائر الاوقاف | ٠٠٠، ٦ ، | ٦١٢٣٢،٢٥ | ٦١٢٣٢،٢٥ |
| ٣٠٧،،،، | مصاريف المساجد والصناديق | ٠٠٠، ٦ ، | ٥٧٩٣٢،٣٦ | ٥٧٩٣٢،٣٦ |
| ٣٠٨،،،، | مصاريف متنوعة اخرى | ١٨،٢٩،٦٨١، | ١٢،،٢٣،،،- | ٥٤٥٥٩،٨ |
| ٣٠٩،،،، | مصاريف مكاتب المدن | ٤٥٠،،،،٦ | ٢٩٥٦٩٤،٦٣ | ٤٤،٦٩٤،٣٣ |
| ٣١٠،،،، | مصاريف قرطاسية ومطبوعات | ٠٠٠، ٦ ، | ٦،٩٧٨،،، | ٦،٩٧٨،،، |
| ٣١٢،،،، | مصاريف مدفوعة مقدما | ٠٠٠، ٦ ، | ٢٥٨٧٥،،، | ٢٥٨٧٥،،، |
| | اجمالي المصروفات | ٤،٤٦٩٩،١،٨ | ١،٥٣٥،٦٢٥،٧١١ | ١٢،٥٥٤٦٢،٩، |

WAMYSA429156

التاريخ

صفحة :

CONFIDENTIAL

WAMYSA429157

اللجنة الرى الاسلامية

٩.٧٥ ص : ٧ من ١٣٩٠.٩٧٢ / ٥ رمز ٧١٤١٣ / ١٣٩٠.٩٧٢

دفتر الاستاذ المساعد     التاريخ : ٧٠-١-٣٠
                         صفحه : ١

رقم الحساب : ......... ٣ حساب جاري بيشاور     طبيعته : مدين
الفترة من : اول شهر ٩     الى : نهايه شهر ١٢

| رقم السطر | البيان | رقم القيد | الحركة منه | الحركة له | الرصيد منه | الرصيد له | التاريخ |
|---|---|---|---|---|---|---|---|
| | ** رصيد اول الفترة | | | | | ٨٩٤٤٤٤١٥٬... ١٥١٧٧٩٩٢٨ | ١٣-٠٩-٧١ |
| ٢ | اجرة الحواله ال بيشاور ٣٢.١ | ١٦٩ | | ١٧٥٬... | | ٨٩٤٥٧٨٧٬... ١٥٧٧٩٩٢٨ | ٢٩-٠٩-٧١ |
| ٢٣ | مادفوع عن طريق ابو عبيده ٣٤٦٣٦ | ١٦٩ | ٨٠٠٠٠٧٠٠ | | | ٨٩١٤٧٨٧٠٬... ١٥٧٨٢٣١٦٨ | ٢٩-٠٩-٧١ |
| ١ | الحواله بما يعادل ١٧٦٧٢٣ دولار | ١٧٠ | | ٦٦٬٣٦٥٠٣٧٬٧٥ | | ٩٥٧١٨٣٦٥٩٬٧٥ | ٢٩-٠٩-٧١ |
| ٢ | كفالات مستلمه سند قبض ٣٧٣٧ | ١٧٠ | | ١٠٠٠٠٠٠ | | ٩٥٨٨٩١٠٬٧٥ | ١٣-٠٩-٧١ |
| ٧ | تحويل ما يعادل ٨٠٠٠٠دولار لزكاة | ١٩٠ | | ٣٠٠٠٠٠٠ | | ٩٨٨٨٩١٠٬٧٥ | ٢٢-١٠-٧١ |
| ٢ | تذكرة طائرة للدكتور لاسلام اباد | ١٩١ | | ٤٠٨٧٥٠ | | ٩٨٣٣١٧٨٦٬٧٥ | ٢٢-١٠-٧١ |
| ١ | فرق الحواله ٨٠٠٠٠ صرف ٣٥.١ | ١٩٧ | | ٥١١٬... | | ٩٨٩١٧٨٦٬٧٥ ٩٥٦٩١٧٨٦ | ٢٩-١٠-٧١ |
| ١ | تحويل مائه الف دولار فى ٣-٤-٩٢٩ | ٤١٤ | | ٢٧٥٠٣٥٠٬... | | ١.٤٦٧.٣٥٦٬٧٥ | ١٧-١١-٧١ |
| ١ | تحويل ٥٠الف دولار للقعده/مسجد | ٤٣٣ | | ٢١٧٩١٣ | | ١.٨٨.٥٥١٬٧٥ | ١٨-١١-٧١ |
| ٢ | مصاريف بنكيه | ٤٣٣ | | ١٧٥٬... | | ١.٨٨.٣٥٩٬٧٥ | ١٨-١١-٧١ |
| ١ | المدفوع لنوازجلول ١٦٠٠دولار | ٥٥ | | ٦٠٠٠٠٠ | | ١.٨٨٧٣٧٩٬٧٥ | ٠٣-١٢-٧١ |
| ١ | تحويل ٥٠٠٠٠٠دولار لمصاريف الحجه | ٦٠ | | ٥٦٧١٣٥ | | ١١٥٦٩٦٣١١ ٥٦٩٣٦٣٣١١٬٧٥ | ٠٢-١٢-٧١ |
| ٢ | تحويل ٣٠٫٩٥٠دولار للافغاني | ٦٠ | | ٧٨٧٧٠٠٠ | | ١١٦٥٨١٧٥١١ ٥٦٥٨٩١٧٥٬٧٥ | ٠٢-١٢-٧١ |
| ٢ | مصاريف بنكيه لتحويل المبالغ | ٦٠ | | ١٧٥٬... | | ١١٦٥٨٣٩٥١١ ٥٦٣٨٣٥٩٥٬٧٥ | ٠٢-١٢-٧١ |
| ٣ | تحويل ٢٦٦٢دولار فى ٩/١٢/ | ٢٦٢ | | ٩٩٩٧٥٥٬... | | ١١٦٥٧٥٢١١ ٥٦٤٥٧٥٢٬٧٥ | ٢٧-١٢-٧١ |
| ١٣ | م.توزيع زكاة الفطر-قبدكم ٩/١١ | ٢٨٢ | ٢١١٠٠٠ | | | ١١٦٥٦٩٥٧١١ ٥٦٦٩٥٧٥٬٧٥ | ٢٧-١٢-٧١ |
| ١٥ | تذكرة للدكتور والسيد نورولي | ٤٨٧ | | ٥.٧٥٠٠٠ | | ١١٦٥٨٩٢٢٣٧١١ ٥٦٩٢٢٢٣٬٧٥ | ٢٩-١٢-٧١ |

* اجمالي الحركة     ٨٧١١٠٠٬... ٥٧١٩١٩٢٥٬٧٥

٥٧١٠٨٤٠٬٧٥

CONFIDENTIAL

WAMYSA429158

# الميزانية التقديرية للعام المالى ( ١٤١٤هـ )
## للفترة من ( ٥ – ١٢ / ١٤١٤هـ )

| م | البيان | | المصاريف الرأسمالية | المصاريف الإدارية | الرواتب والأجور | الإغاثة | الإجمالي |
|---|--------|--|---------------------|-------------------|-----------------|---------|----------|
| | | | بيان إجماليات ابواب الميزانية | | | | |
| ١ | قسم الشؤون الإدارية | | ٢٤,٦٠٠ | ١٥٤,٥٠٠ | ١٠٩,٥٥٢ | – | ٢٨٨,٦٥٢ |
| ٢ | قسم الدراسات والمشاريع | | ١٠,٥٠٠ | ٣٢,٨٠٠ | ٤١,٦٨٠ | ٣٦٧,٩٥٠ | ٤٥٢,٩٣٠ |
| ٣ | قسم الأيتــام | | – | ٢٠,٦٥٠ | ٥٣,٦٧٠ | – | ٧٤,٣٢٠ |
| ٤ | قسم المساجد والصناديق | | ٢٣,٥٠٠ | ١,٢٠٠ | ٦٩,٥٦٠ | – | ٩٤,٢٦٠ |
| ٥ | قسم المعارض | | ١٤,٧٥٠ | ٨٧,٥٠٠ | ١٢٣,٨٠٠ | – | ٢٢٦,٠٥٠ |
| ٦ | قسم المتطوعين ومكاتب المدن | | – | ٥٩,٢٠٠ | ٨١,١٢٠ | – | ١٤٠,٣٢٠ |
| ٧ | قسم المالية | | ٥,٧٠٠ | ١,٨٤٠ | ١٠١,٨٨٠ | – | ١٠٩,٤٢٠ |
| ٨ | قسم الإعــلام | | ٣٥,٣٠٠ | ٤٠,٤٠٠ | ١١٦,٦٤٠ | – | ١٩٢,٣٤٠ |
| | مجموع المركز الرئيسي | | ١١٤,٢٥٠ | ٣٩٨,٠٩٠ | ٦٩٧,٩٠٢ | ٣٦٧,٩٥٠ | ١,٥٧٨,١٩٢ |
| ٩ | مكتب المدينة المنورة ( اللجنة النسائية) | | ١٩,٤٠٠ | ١٦,٨٠٠ | ١٩,٢٠٠ | – | ٥٥,٤٠٠ |
| ١٠ | مكتب المدينة المنورة | | ١٦,٠٠٠ | ١١٧,٠٨٠ | ١٨٦,٩٠٠ | – | ٣١٩,٩٨٠ |
| ١١ | مكتب الرياض | | ٤٤,٥٠٠ | ٤٥,٩٠٠ | ٣٣٠,٧٠٨ | – | ٤٢١,١٠٨ |
| ١٢ | مكتب الدمام | | ٣,٥١٠ | ٦,٥٠٠ | ٤٣,٤٦٠ | ٩,٥٠٠ | ٦٣,٠٢٠ |
| | المجموع الكلي | | ١٩٧,٧٦٠ | ٥٨٤,٤٢٠ | ١,٢٧٨,١٧٠ | ٣٧٧,٤٥٠ | ٢,٤٣٧,٨٠٠ |



التاريخ : ٧ / ٥ /١٤١٥هـ
المرافق : ١٢ / ٨ / ١٩٩٤م
صادر رقم :١٧ص/ بر /١٤١٥هـ

**لجنة البر الإسلامية**
(الندوة الثلاثية للشباب الإسلامي)

سعادة الأخ الفاضل الدكتور / مانع بن حماد الجهني          حفظه الله

الأمين العام للندوة العالمية للشباب الإسلامي

السلام عليكم ورحمة الله وبركاته  .. وبعد ،،

إشارة الى خطاب سعادتكم الموجه إلينا بالرقم (٢٥٧٧) وتاريخ ١٤١٥/٤/٣٠هـ والخاص بطلب

تزويد سعادتكم بتقرير إحصائي لما قدمته اللجنة في مجال إغاثة المسلمين نبعث لسعادتكم بالتقارير

الإحصائية التالية :

أولاً  :  تقرير إحصائي عن مشروعي زكاة الفطر وإفطار صائم .

ثانياً :  تقرير إحصائي عن مشروع الأضـــــاحي .

ثالثاً :  تقرير إحصائي عن مشروع الكساء الشتوي .

رابعاً :  تقرير إحصائي عن مشاريع اللجنة الأخرى المنفذة .

خامساً :  تقرير إحصائي عن مشاريع اللجنة الأخرى الجاري تنفيذها .

سادساً :  تقرير إحصائي عن مشاريع اللجنة الأخرى المولة كاملةً وسيتم البدء فيها قريباً .

والله سبحانه وتعالى نسأل ان يوفقنا وإياكم لما يحبه ويرضاه ..

والله يحفظكم ويرعاكم ،،

المدير التنفيذي





د . حسن بن عبدالقادر باحفظ الله

جـــدة ـ ص.ب : ٩٠٧٢ جـــدة ٢١٤١٣ ـ المملكة العربية السعودية ـ هـاتف : ٦٧٣٠٩٤١ فـاكس : ٦٧١٦٨٣٩
الرياض ـ ص.ب : ١٠٨٤٥ الرياض ١١٤٤٣ ـ المملكة العربية السعودية ـ هـاتف : ٤٦٢٨٩٧٥/ ٤٦٢٨٩٨٤ فاكس : ٤٦٤١٧١٠
المدينة المنورة ـ ص.ب : ٥٠٥٩ المدينة المنورة ـ المملكة العربية السعودية ـ هـاتف : ٨٢٢٩٠٢٠ فـاكس : ٨٢٢٨٧٤٨
الدمام ـ ص.ب : ٩١٠٤ الدمام ٣١٤١٣ ـ المملكة العربية السعودية ـ الدمام ٣١٤١٣ ـ هـاتف : ٨٤٢٥١١٦ فاكس : ٨٤٢٥١٥٩
بيشاور ـ ص.ب : ١٠٥٥ ـ باكستان ـ هـاتف / فاكس : ٨١١٩٠٧

CONFIDENTIAL                                                                WAMYSA429159

# اللجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

## أولاً

**تقرير إحصائي لما قدمته اللجنة في مجال إغاثة المسلمين من خلال مشروعي زكاة الفطر وإفطار صائم [ بالريال السعودي ] .**

| م | اسم الدولة | زكاة فطر | إفطار صائم | السنة | عدد الأفراد والأسر المستفيدين | إجمالي المبالغ لكل دولة |
|---|---|---|---|---|---|---|
| ١ | أفغانستـان | ٣٣٠,٠٠٠ | ٣٩٥٢٧ | ١٤٠٩ | | ٣٦٩,٥٢٧ |
| ٢ | أفغانستـان | ٦٦٠,٠٠٠ | ٦٩٣٤٨٦ | ١٤١٠ | ٩٢٦,٠٠٠ فرداً | ١,٣٥٣,٤٨٦ |
| ٣ | أفغانستـان | ٤٥٠,٠٠٠ | ١,٥٦٨,٠١٣ | ١٤١١ | | ٢,٠١٨,٠١٣ |
| ٤ | أفغانستـان | ٤٨٧,٥٠٠ | ٤٨٧,٥٠٠ | ١٤١٢ | | ٩٧٥,٠٠٠ |
| ٥ | البوسنة | – | ٥٠,٠٠٠ | ١٤١٣ | – | |
| | بنجلاديش | – | ٥,٠٠٠ | ١٤١٣ | ٥٠٨٦ فرد | ٥٥٥,٠٠٠ |
| | أفغانستان | ٢٠٠,٠٠٠ | ٣٠٠,٠٠٠ | ١٤١٣ | – | |
| ٦ | أفغانستان و كشمير وطاجكستان | ١٩٦,٤٩٧ | ٤٠٠,٠٠٠ | ١٤١٤ | (١٣٤٩)عائلة (٦١٠)فرد | ٥٩٦,٤٩٧ |
| | الصومـــال | ٢٠,٠٠٠ | ١١,٠٠٠ | ١٤١٤ | ١٥٠٠ فرد | ٣١,٠٠٠ |
| | بنجلاديـــش | ٣٠,٠٠٠ | ٣٠,٠٠٠ | ١٤١٤ | ٩٩٠٥ فرد | ٦٠,٠٠٠ |
| | بـورمـــا | ٤٠,٠٠٠ | ٣٠,٠٠٠ | ١٤١٤ | ٣٤٠٠ فرد | ٧٠,٠٠٠ |
| | الهنـــد | ٥,٠٠٠ | ٥٠,٠٠٠ | ١٤١٤ | ٢٥٠٠ فرد | ٥٥,٠٠٠ |
| | ارتريـــا | ١٠,٠٠٠ | ١٠,٠٠٠ | ١٤١٤ | ١٥١٠ فرد | ٢٠,٠٠٠ |
| | الفلـــبين | – | ٥,٠٠٠ | ١٤١٤ | ١٠٠٠ فرد | ٥,٠٠٠ |
| | داخل المملكـة | ٢٠,٠٠٠ | ٥,٠٠٠ | ١٤١٤ | ٢٩١ فرد | ٢٥,٠٠٠ |
| | تركيـــا (اللاجئين البوسنيين) | – | ٩٤,٠٠٠ | ١٤١٤ | ٩٠٠ عائلة | ٩٤,٠٠٠ |
| | مصـــر | – | ٥,٠٠٠ | ١٤١٤ | ٣٩٥ فرد | ٥,٠٠٠ |
| | إجمالي المبالغ التي تم صرفها على المشروع | | | | | ٦,٢٣٢,٥٢٣ |

( ١ )

CONFIDENTIAL
WAMYSA429160

اللجنة الخيرية الإسلامية
(الندوة العالمية للشباب الإسلامي)

ثانيا

## تقرير إحصائي شامل لما قدمته اللجنة في مجال إغاثة المسلمين
## من خلال مشروع الأضاحي

| ملاحظات | عدد الأضاحي | السنة | المبالغ المعتمدة بالريال | اسم الدولة | م |
|---|---|---|---|---|---|
| | ٣٤٣٣ | ١٤٠٩ | ٨٥٨,٢٥٠ | أفغانستـــان | ١ |
| | ٣٤٤٦ | ١٤١٠ | ٨٦٢,٥٠٠ | أفغانستـــان | ٢ |
| | ٤١٥٠ | ١٤١١ | ١,٠٣٧,٥٠٠ | أفغانستـــان | ٣ |
| | ١١٧٢ | ١٤١٢ | ٢٩٣,٠٠٠ | أفغانستـــان | ٤ |
| | ٢٧٠ | ١٤١٣ | ٦٧,٥٠٠ | أفغانستـــان | ٥ |
| | ١٧٨ | ١٤١٤ | ٤٤,٤٦٩ | كردستان العراق | ٦ |
| | ٧٧٥ | ١٤١٤ | ١٩٣,٧٥٥ | أفغانستـــان | ٧ |
| | ١٧٨ | ١٤١٤ | ٤٤,٤٦٩ | بنجلاديش | ٨ |
| | ١٢٢ | ١٤١٤ | ٣٠,٤٤٧ | الصومـــــال | ٩ |
| إجمالي ما تم صرفه على المشروع | | ٣,٤٣١,٨٩٠ ريـــــــال | | | |

CONFIDENTIAL                                                                WAMYSA429161

اللجنة البـــــرالإسلامية
(الندوة العالمية للشباب الإسلامي)

## ثالثاً

## تقرير إحصائي لما قدمته اللجنة في مجال إغاثة المسلمين من خلال مشروع الكساء الشتوي

| عدد المستفيدين | عدد الكسوة الشتوية | السنة | المبلغ المعتمد بالريال | اسم الدولة | م |
|---|---|---|---|---|---|
| ٣٢٥٠٠ فرد | ١) ٢١٣ خيمة | ١٤٠٩ | ٢٥,٠٠٠ | أفغانستـــان | ١ |
| | ٢) ٢٣٥ فرش نوم | ١٤١٠ | ٣٣٥,٢٥٥ | أفغانستان | ٢ |
| | ٣) ٧٥٩ معطف شتوي | ١٤١١ | ١,٠٨٩,٠٠٠ | أفغانستـــان | ٣ |
| | ٤) ٥١٥ بطانية | | | | |
| | ٥) ٧٥٩ حذاء بوت | ١٤١٢ | ٤٩٤,٧٥١ | أفغانستـــان | ٤ |
| ١,٩٤٤,٠٠٦ ريــــــــال | | | | إجمالي ما تم صرفه على المشروع | |

( ٣ )

CONFIDENTIAL

WAMYSA429162

لجنة الـبـر الإسلامية

(الندوة العالمية للشباب الإسلامي)

## رابعاً

# مشاريع اللجنة الأخرى التي تم تنفيذها

| م | اسم الدولة | المشاريع المنفذة |
|---|---|---|
| ١ | أفغانستـــان | – إنشاء (٢٤) مدرسة إبتدائية . |
| | | – كفالة أكثر من (١٠٠) داعية . |
| | | – كفالة (٥١٧٣) يتيم . |
| | | – بناء (٤) دور للأيتام وترميم أخرى . |
| | | – إنشاء (١١) مركزاً لتحفيظ القرآن الكريم . |
| | | – بناء وترميم (١١) مسجداً . |
| | | – إنشاء (٥) مستشفيات |
| | | – إستصلاح وزراعة (٧٣٣٢) فدان من الأراضي |
| | | – إنشاء ثلاث مزارع للدواجن |
| | | – توزيع (٣٢٥٠٠) فسيلة من الفاكهة . |
| | | – توزيع (٢٠٠) طن من الأسمدة . |
| | | – إنشاء (٤) مراكز للآليات . |
| | | – حفر (٣) آبار للمياه . |
| ٢ | بـــاكستـــان | – إنشاء (٦) معاهد لإعداد الدعاة |
| | | معهد الدراسات الإسلامية للفتيات |
| | | معهد البر الصناعي |
| | | مستشفى الأمل |
| | | المستودع الطبي |
| | | مشغل فاطمة الزهـــــراء |
| ٣ | جامبيـــا | – تكملة بنـــاء مسجد |

( ٤ )

CONFIDENTIAL

WAMYSA429163

اللجنة البرا الإسلامية
(الندوة العالمية للشباب الإسلامي)

خاص

# مشاريع اللجنة الأخرى الجاري تنفيذها

| م | اسم الدولة | المشاريع الجاري تنفيذها |
|---|---|---|
| ١ | الهند | – تكملة بناء فصول دراسية لمدرسة الأمين للبنات . |
| ٢ | اندونيسيا | – مركز السنوسي الإسلامي . |
| ٣ | كردستان العراق | – بناء (٤) مساجد .<br>– بناء مستوصف .<br>– ترميم دار للأيتام في ( دهوك )<br>– كفالة مائة داعية |
| ٤ | الأنغوروش | – معهد الإمام الشافعي<br>– معهد الملك فهد |

( ٥ )

CONFIDENTIAL
WAMYSA429164

اللجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

سادسا

# مشاريع اللجنة الممولة كاملة وسيتم البدء فيها قريبا

| التكلفة | نوع المشروع | اسم الدولة | م |
|---|---|---|---|
| ٣٥,٠٠٠ ريال | بنــــاء مســجد | الفلبـــــين | ١ |
| ٢٥,٠٠٠ ريال | بنـــاء مسـجد | الفلبـــــين | ٢ |
| ١٢,٠٠٠ ريال | تسيير مراكز لتعليم الكبار عدد(٥) | بـورمـــــا | ٣ |
| ١٤,٠٠٠ ريال | كفالة طبيب لمدة عــــام | بـورمـــــا | ٤ |
| ١٢,٠٠٠ ريال | كفالة (٤) دعـــــاة | بـورمـــــا | ٥ |
| ٧٨,٠٠٠ ريال | تسيير مدرسة لمدة عــــام | الصـــومـال | ٦ |
| ١٨٠٠ ريال | كفـــالة طبيب | الصـــومـال | ٧ |
| ٢٥,٠٠٠ ريال | تأهيل (١٠) أســـر | الصـــومـال | ٨ |
| ٦٥,٠٠٠ ريال | مســـجد جامع | بنجلاديــــش | ٩ |
| ٢٢,٠٠٠ ريال | بناء (٤) مســـاجد | الهـنـــد | ١٠ |
| ٣٠,٠٠٠ ريال | | | |
| ٣٠,٠٠٠ ريال | | | |
| ١٥,٠٠٠ ريال | | | |
| ٦٤,٠٠٠ ريال | عيادات متنـــقلة | الهـــنــد | ١١ |
| ١٣,٥٠٠ ريال | حفر آبـــــار | مدغشــقر | ١٢ |
| ٤٤٢,٣٠٠ ريالاً | إجمالي تكاليف المشـــــاريع الممولة | | |

( ٦ )

CONFIDENTIAL                                                        WAMYSA429165

# لجنة البر الإسلامية
(الندوة العالمية للشباب الإسلامي)

# تقرير عن نشاط اللجنة
## في الفترة من ١٤١٤/١٢هـ حتى نهاية ١٤١٥/٤هـ

في سبيل تسهيل العمل وتنظيمه والإشراف الدقيق والسريع على أعمال اللجنة قامت اللجنة بالتعاقد مع إحدى الشركات لعمل نظام شبكي للحاسبات يربط جميع إدارات ومكاتب اللجنة كما تم التعاقد مع شركة للبرمجة لعمل البرامج اللازمة لجميع نشاطات اللجنة المختلفة ، وسيتم الإنتهاء منها خلال شهر جمادى الأول من هذا العام باذن الله تعالى ، وسيكون لهذا النظام دوراً رائداً في تطوير وزيادة إيرادات وانشطة ومشاريع اللجنة المختلفة إن شاء الله .

وقد كانت إجمالي إيرادات اللجنة في هذه الفترة من كافة إدارات وأقسام ومكاتب اللجنة المختلفة مبلغ وقدره ( ٢,٤١٤,٠٥١.٥ ) مليونان وأربعمائة وأربعة عشر الف وواحد وخمسون ريالاً ونصف ، وذلك من خلال المساجد والصناديق والإستقطاعات الشهرية والسندات ومكاتب المدن المختلفة .

أما من حيث المشاريع المقامة في هذه الفترة :

تم فتح مكتب للجنة في كردستان العراق والبدء في تنفيذ سبعة مشاريع هناك وهي اربعة مساجد ومستوصف صحي وترميم دار للأيتام وكفالة مائة داعية بالإضافة الى تجهيز مكتب اللجنة هناك .

كما تم تنفيذ مشروع مركز السنوسي الإسلامي باندونسيا ( دارالمهتدين الجدد ) ومدرسة الأمين الثانوية بالهند والبدء في مشروع معهدي الأمام الشافعي والملك فهد بالأنغوش .

كما قد قدمت اللجنة عدد (٨١٢٦) وجبة غذائية مجانية لحجاج بيت الله الحرام في مزدلفة ليلة العاشر من ذي الحجة ، وتم تنفيذ مشروع الأضاحي داخل المملكة في مكة المكرمة وعددها (٣٥٥) رأس ، وخارج المملكة في عدة دول مختلفة بعدد (١٢٥٣) رأس .

أما اللجنة النسائية فقد أقامت أمسية ثقافية إستضافت فيها إحدى الفنانات التائبات ، ومشاركة فرقة الإنشاد بها في إحياء الأفراح الإسلامية ، كما أقامت طبقين خيرين ..

كما تم فصل العلاقات العامة والإعلام من تنمية الموارد ، وأصبحت إدارة منفصلة وعين د. بشير صالح

CONFIDENTIAL
WAMYSA429166

لجنة البر الإسلامية

(الندوة العالمية للشباب الإسلامي)

مستشاراً إعلامياً لها ، وهو من الكفاءات القوية والمشهود لها ، وقد أسس العديد من ادارات وأقسام العلاقات العامة والإعلام في الجامعات الخارجية والشركات ، وقد أنجزت هذه الإدارة الكتيب التعريفي باللجنة وعـدد من المطويات الخـاصـة بمشـاريع اللجنة ونشـاطاتهـا حـتى الآن ، وقـد تم التنسـيق مع بعض الشـركـات والمؤسسات لإقامة علاقة تعاون معهم .

كمـا اصبح عدد الأيتـام المكفولين من اللجنة (٥١٧٣) يتـيمـاً يكفلهم أكثر من (٣٠٠٠) كافل ، وقد قامت اللجنة أيضاً بالإشتراك في العديد من المعارض المقامة في مختلف مدن المملكة في هذه الفترة ومنها :

١ – معرض الصناعات الوطنية بأبها .

٢ – معرض الصناعات الوطنية بتبوك .

٣ – معرض المنتجات الإستهلاكية .

٤ – معرض الصناعات بالمدينة المنورة .

٥ – معرض الصناعات بمكة المكرمة .

هذا والله ولي التوفيق ،،

CONFIDENTIAL



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)     §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA429154-WAMYSA429167**

Sworn to before me this

____ day of _____March_____ of 2026

_____
Translation Manager

_____
Notary





American Translators Association

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling