UNCLASSIFIED/FOUO

## Summarized Unsworn Detainee Statement

*The Tribunal President read the hearing instructions to the detainee. The detainee interrupts as follows:*

Tribunal President: Adel Hassan Hussein, you are hereby advised that the following applies during this hearing.

Detainee: (interrupting the Tribunal President through interpreter) It's Adel Hassan Hamad, not Adel Hassan Hussein.

Tribunal President: Last name again, I'm sorry.

Interpreter: Adel Hassan Hamad (detainee spells out last name)

Tribunal President: Thank you.

*The Tribunal President continues reading the hearing instructions. The detainee confirmed that he understood the process and had no questions.*

*The Recorder presented Exhibit R-1 and R-2 into evidence and gave a brief description of the contents of the Unclassified Summary of Evidence (Exhibit R-1).*

*The Recorder confirmed that he had no further unclassified evidence or witnesses and requested a closed Tribunal session to present classified evidence.*

*The Detainee did want participate and will present an oral presentation from notes and the Personal Representative will provide a translated copy as an exhibit D-b. The detainee asks if he is to read, and that the interpreter will translate. The Tribunal President agrees.*

*The detainee would like to take the Muslim oath. Recorder administers the Muslim oath.*

*The Personal Representative read the accusations to the detainee so that he could respond to the allegations through his oral statement. The allegations appear in italics, below.*

*3.a. The detainee is associated with al Qaida.*

*3.a.1. The detainee was employed by the World Assembly of Muslim Youth (WAMY) in Afghanistan and Pakistan for approximately one and one half years until the time of his capture 18 July 2002.*

*3.a.2. WAMY supports terrorist ideals and causes.*

EXHIBIT

WAMY EX. 151

ISN#940
Enclosure (3)
Page 1 of 7
003710

WAMYSA571177

UNCLASSIFIED/FOUO

*3.a.3. During the Period 1986 through 1999, the detainee was employed by Lajanat Dawa Islamiya (LDI) in Afghanistan and Pakistan.*

*3.a.4. LDI has been one of the most active Islamic non-governmental organizations to give logistical and financial support to mujahaddin operating in Afghanistan and Pakistan Area.*

*3.a.5. During the course of his duties with LDI, the detainee came in contact with persons who held positions of responsibility in al Qaida.*

***The following is the sworn statement written statement provided by detainee. (See exhibit D-b)***

Detainee: Replying to the main accusation (A) which states that I'm a member of al Qaida Organization. First, I would like to answer honestly and sincerely that I don't have any association with al Qaida Organization and I don't possess their views because I see them conflicting with the teachings of Islam. Our religion forbids killing of the innocents. Almighty said, " He who kills himself not by himself corrupting the earth is like killing all the people." Killing of pure person with a good soul will bring nothing but harm.

Islam forbids assaulting others without a reason and that is mentioned in more than one Koranic verse. Almighty said, " Don't change that God does not love the attackers;" therefore there may not be any relationship between me and those attackers and killers of the innocent. Nothing connects me to them and there is no connection between them and I, ideological nor organizational. Rather I hate them and I pray to God not to let people among the Muslims carry their ideas.

Second, if I was a member in al Qaida or if I had association to them I would've not traveled in June 2002 to Sudan with my family on an annual vacation and after the vacation ended, I voluntarily returned to Pakistan. If I was a criminal, with association to those criminals, why would I return to Pakistan knowing that the Pakistani intelligence was arresting al Qaida members?

Replying to the sub point number (2) which states the World Scientific Islamic Assembly for the Youth supports al Qaida Organization. WAMY did not support al Qaida Organization and it's a charity organization that works to help the Afghan refugees providing them with food, medicine, clothes, and education, building charter schools which is made of an orphanage, educational training, and also works in the health department by establishing hospitals, small clinics, and also digging water wells, building mosques, and all this were done for the Afghan refugees. Al Qaida members are not from WAMY and they are not Afghan, so how would this assembly support them? That is what my eyes have seen as my testimony by my work before September 2001 as an employee of WAMY and my job there was a manager of the Assembly hospital where I was treating Afghan refugees who came to the hospital for medicine and food.

UNCLASSIFIED/FOUO

After September 2001, I returned to the main office in Pakistan where the nature of my work was to distribute aid supplies to the refugee camps in Pakistan where I was legal with official papers and with authorization permit in my passport in Pakistan. I was arrested after returning from Sudan on my annual vacation. I was arrested in my house at 1:30 at night when I woke up and found myself in front of policemen from the Pakistani Intelligence pointing their weapons in my face like I was in a dream or a disturbing nightmare. They were screaming at me " don't move!" So I told them what is it, what do you want from me? And with them was a tall man who did not look Pakistani which I think he was American. So they hand cuffed me and they told me "where are your papers?" (meaning my passport.) So I told them in my shirt pocket. So the tall man checked my passport and he told me that I came back early from the trip. I told him yes. He spoke in poor Arabic. He saw a legal official Pakistani permit by the date that was in my passport which had a legal official authorization posted for two years, Visa, resident in it. So the guard hesitated at the end and asked the tall man "do we take him?" And the man said, "yes take him." So they took me and detained me in jail in Pakistan for six months and ten days. Later I was moved to Bagram and then to Cuba.

Replying to the secondary accusation, which states that I'm in LDI and I contacted members in al Qaida organization. I worked from 1986 to 1999 in LDI as an administrator, teacher, and orphanage administrator for a period of time and when working in LDI, I did not have any association with any person from al Qaida organization and they were not as popular as they became after September 2001. I assure you that I did not contact anyone from al Qaida organization. Let us suggest that I contacted someone who associated with al Qaida, so I must have contacted him in 1999 or 1986 or between 1999-1986 so what's the connection to September 11 of 2001 and before that time period, I left my job with LDI and there was no connection between us.

Replying to the other accusation, I would like to make it clear to the presiding tribunal some important points according to my point of view, which I see as the truth.

You're accusing this organization without affirmation even the rational mind and justice would not accept it and I assure you that this organization does good work according to what I have seen and viewed through 17 years of charity work away from politics, political parties, organizations and terrorists. These charities that have limited resources are not capable of helping terrorists. Terrorists need countries to do something like they did in Washington D.C. Nobody can cause such a big incident with the financial help of charity organization and you know that they were living in Afghanistan with service of Taliban. Financial, weapons, fighters were directly supported by Pakistan government so if they were getting support from two countries and one of them is a nuclear power so why would they need help from a small charity with limited resources. Lets assume that this charity is involved with them however, arresting simple employees like myself is not capable of supporting terrorists financially; is this justice? I am an employee who works for a living and I have no connection to the political views or its financial resources, so why do you punish me for a crime I did not commit. Why don't you arrest the charities' presidents or the people who support financially instead of arresting a simple employee

003712

UNCLASSIFIED/FOUO

with no informational value? Needed important information doesn't come from a simple employee because a simple employee only knows how to do his job.

I ask of you, finally, to call upon your moral consciousness and the oath that you promised to bring justice which is known about you, and I assure you that I did not and don't pose a threat to the United States government, and I have no enmity towards them and I never was with any organization or any group that was planning to disarray the U.S government. Rather, I give you all my respect and appreciation for your good treatment of the prisoners and for providing everything we need when we are in Cuba. I hope those words will find its course to the officials and I am not telling you this out of fear or greed. And I thank you very much.

Tribunal President: Does that conclude your statement or is there anything else you would like to add?

Detainee: There's a point I forgot to mention. According to my information, the WAMY, no, the LDI did not support terrorists. They were supporting refugees when I was working for them.

Tribunal President: At this point, I usually like to say that the only piece of information we've seen on you to this point is the unclassified summary. Would you be open to us asking questions of you?

Detainee: I'm ready.

Tribunal President: Personal Representative, do you have questions for the detainee?

Personal Representative: No Ma'am, however, I would like to provide the tribunal the detainee's written statement translated as Exhibit D-b.

Tribunal President: Let the record show I have in possession, Exhibit D-b.

*The Personal Representative and the Recorder had no further questions.*

Tribunal Members' questions

Q. Sir, you testified that Islam forbids assaulting others without a reason. What would be a reason to assault somebody?
A. Only the killer would be killed in Islam. But an innocent person would not be killed.

Q. You alluded to it as well, what your job was for WAMY, but, what specifically did you do?
A. Administration in the hospital. This is before September 2000. And after September I know there was something happened to Afghanistan so as I foreigner, I was a afraid for my life so I left and I was working in Pakistan with the charity, helping with the refugees there, because there were a lot of refugees there.

ISN#940
Enclosure (3)
Page 4 of 7
003713
WAMYSA571180

UNCLASSIFIED/FOUO

Q. Did you have any specific training or experience that qualified you for that hospital administrative position?
A. What training?

Q. I don't know that's what I'm asking you?
A. What do you exactly mean by training?

Q. Well, did you have any experience as a hospital administrator before you worked for World Assembly of Muslim Youth?
A. I had an administrative experience my job before was administrative and I worked as administrator there also.

Q. And you are native of which country?
A. I'm from Sudan.

Q. And what's the highest education level that you achieved?
A. I have a diploma in air conditioning or central air conditioning, and a master in Islamic studies.

Q. Can you name a few components in an air conditioning system?
A. 17 years I haven't done anything in that field. I have forgotten most of them. Any air conditioner has a compressor, which is air pressure. And the compressor has Freon in it and condenser.

Q. That's ok I thought it was recent. 17 years ago.
A. 17 years, 20 years now I didn't do.

Q. Why did you leave LDI?
A. After the Gulf War, after Sudaam had invaded Kuwait. The organization was Kuwaiti. So, the support was to my liking to that organization. So, they reduced a lot of the employers work. And I was one of them I guess. Temp workers, a lot of them were laid off. Working for them for fourteen years I was laid off.

Q. So you've been in Pakistan, or Afghanistan for how long? How long did you live in Pakistan or Afghanistan?
A. All my life I was in Pakistan until that year. But I worked in the hospital in Afghanistan.

Q. In the hospital, would you just go over there once in awhile?
A. In every month, when I was working in the hospital, I have in every month I have five days off. Sometimes I would work in the hospital for a month and a half and go back on vacation, or off a week.

UNCLASSIFIED/FOUO

Tribunal President's questions.

Q. What actually got you started working in the charity field? Its kind of a long ways from air conditioning?
A. The salaries where I'm from, in my country is very low, very low, in comparing to what the charity pays it's much higher than what they pay.

Q. Did you have your family with you?
A. My family was with me the last time I went on vacation.

Q. And at that point, did you leave your family to go on vacation or took them with you on vacation?
A. I took them with me on vacation and I left them in Sudan.

Q. That just leads me to a follow on question, was it intended that you were going to leave them, because they wanted to stay longer or, you had to get back, or?
A. I have older daughters in post education, Arabic. They wanted to stay in Sudan and study there because we don't have Arabic schools in Pakistan.

Q. So was your plan to continue working in Pakistan to support them in Sudan?
A. I planned to work in the hospital in Afghanistan for a year and a half then go back home. But, I don't know exactly from here, but up to now their hospital's now working.

Q. Just so that I understand, you went back to Pakistan you intended to go back to Afghanistan and work at that hospital?
A. Yes, in Afghanistan, because they needed me to work there.

Tribunal President: I want to thank you for participating in this tribunal today. Is there anything else you would like to say to the tribunal?

Detainee: This classification of me as an enemy combatant is an injustice, all my interrogators they told me that I'm innocent that I would be released soon they told me after a month and a month came and I wasn't released. I never had any military training; I don't know anything about any weapons. And I have no connection or relationship to any of those criminals, those killers. That charity was aiding people and it had nothing to do with them.

*The Tribunal President confirms that the detainee had no further evidence or witnesses to present to the Tribunal. The Tribunal President explains the remainder of the Tribunal process to the detainee and adjourns the Tribunal.*

UNCLASSIFIED/FOUO

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

Colonel, United States Army
Tribunal President

## Statement of ISN 940

Replying to the accusation number (A), the main accusation.
Replying to the main accusation (A) which states that I'm a member of al
Qaida Organization. First – I would like to answer honestly and sincerely
that I don't have any association with al Qaida Organization and I don't
possess their views because I see them conflicting with the teachings of
Islam. Our religion forbids killing of the innocents. Almighty said " He
who kills himself not by himself corrupting the earth is like killing all the
people" Pure person with a good soul will bring something good".

Islam forbids assaulting others without a reason and that is mentioned in
more than one Koranic verse. Almighty said " Don't change that God does
not love the attackers " therefore there may not be any relationship between
me and those attackers and killers of the innocent. Nothing connects me to
them and there is no connection between them and I ideological nor
organizational rather I hate them and I pray to God not to let people among
the Muslims carry their ideas.

Second- If I was a member in al Qaida or if I had association to them I
Would've not traveled in June 2002 to Sudan with my family on annual
vacation and after the vacation ended I voluntary returned to Pakistan if I
was a criminal with association to those criminals why would I return to
Pakistan knowing that the Pakistani intelligence were arresting al Qaida
Members.

Replying to the sub point number (2) which states the World Scientific
Islamic Assembly for the Youth supports al Qaida Organization. WAMY
did not support al Qaida Organization and it's a charity  organization works
To help the Afghan refugees providing them with food, medicine, clothes,
and in the educational field, building charter schools which is made of an
orphanage, educational training, and also works in the health department by
establishing hospitals, small clinics, and also digging water wells, building
mosques, and all this were done for the Afghan refugees. Al Qaida members
are not from WAMY and they are not Afghan so how would this assembly
support them and that is what my eyes have seen as my testimony by my
work before September 20001 as an employee of WAMY and my job there

3716 A

WAMYSA571484 Exhibit D-b

was a manager of the Assembly hospital where I was treating afghan refugees who came to the hospital for medicine and food.

After September 2001 I returned to the main office in Pakistan where the nature of my work was to distribute aid supplies to the refugee camps in Pakistan where I was legal with official papers and with a authorization permit in my passport in Pakistan.  I was arrested after returning from Sudan on my annual vacation.  I was arrested in my house at 1:30 at night when I woke up and found myself in front of policemen from the Pakistani intelligence pointing their weapons in my face like I was in a dream or a disturbing nightmare they were screaming at me " don't move!" so I told them what is it, what do you want from me  And with them was a tall man who did not look Pakistani which I think he was American so they hand cuffed me and they told me "where are your papers?"  Meaning my passport so I told them in my shirt pocket so the tall man checked my passport and he told me that I came back early from the trip, I told him yes, he spoke in poor Arabic, he saw a legal official Pakistani permit by the date that was in my passport which had a legal official authorization posted for two years resident in it so the guard hesitated at the end and asked the tall man "do we take him?"  And the man said "yes take him" so they took me and detained me in jail in Pakistan for six months and ten days.  Later I was moved to Bagram and later to Cuba.

Replying to the secondary accusation  which states that I'm in LDI and I contacted  members in al Qaida organization.

I worked from 1986 to 1999 in LDI as a administrator, teacher, and orphanage administrator for a period of time and when working in LDI I did not have any association with any person from al Qaida organization and they were not as popular as they became after September 2001.
I assure you that I did not contact anyone from al Qaida organization. Let us suggest that I contacted someone who associated with al Qaida, so I must have contacted him in 1999 or 1986 or between 1999-1986 so what's the connection to September of 2001 and before that time period I left my job with LDI and there is no connection between us.

Replying to the other accusation, I would like to make it clear to the presiding tribunal some important points according to my point of view, which I see as the truth.

37168

WAMYSA571185

You're accusing this organization without affirmation even the rational mind and justice would not accept it and I assure you that this organization does good work according to what I have seen and viewed through 17 years of charity work away from politics, political parties, organizations and terrorists. These charities that have limited resources are not capable of helping terrorists. Terrorists need countries to do something like they did in Washington D.C. Nobody can cause such a big incident with the financial help of charity organization and you know that they were living in Afghanistan with service of Taliban. Financial, weapons, fighters were directly supported by Pakistan government so if they were getting support from two countries and one of them is a nuclear power so why would they need help from a small charity with limited resources. Lets assume that this charity is involved with them however, arresting simple employees like myself is not capable of supporting terrorists financially is this justice. I am an employee who works for a living and I have no connection to the political views nor its financial resources, so why do you punish me for a crime I did not commit. Why don't you arrest the charities president and financial supporters instead of a simple employee with no informational value? Needed important information doesn't come from a simple employee because a simple employee only knows how to do his job.

Conclusion:

I ask of you, finally, to call upon moral consciousness and the oath that you promised to bring justice which is known about you, and I assure you that I did not and don't pose a threat to the United States government, and I have no enmity towards them and I never was with any organization or any group that was planning to disarray the U.S government. Rather, I give you all my respect and appreciation for your good treatment of prisoners and for providing everything we need when we are in Cuba. I hope those words will find its course to the officials and I am not telling you this out of fear or greed.

3716 C

WAMYSA571186