| **World Assembly of Muslim Youth** | [logo- World Assembly of Muslim Youth (WAMY) - Overseas Offices and Youth Committees] |
|---|---|
| Member of Non-Governmental Organizations - United Nations  Office of Makkah Region | A Leading Organization for Outstanding Youth |

| To: | **Director of the Overseas Offices Mr. Mohamed Salmeen Bagalagel May Allah keep him safe** | Date: **18/11/ 1430 AH** (6 November 2009) |
|---|---|---|
| From: | **Director of Pakistan Office** | No.: 150 Office Outgoing |
| Subject: | Mr. Adel Hasan's Salary and Allowances | |

**In the Name of Allah, the Most Merciful, the Most Gracious**

**With reference to the above subject kindly be informed that:**

First: Mr. Adel Hasan Mohammed, a Sudanese national, used to work for us as an (Administrative Officer) at Al-Nadwah hospital in Afghanistan with a monthly salary of USD 500, inclusive of all allowances.

Second: Mr. Adel Hasan was contracted to work for Al-Nadwah hospital on 19 Jumada Al-Awwal 1421 AH (19 August 2000) (according to the attached copy of employment contract) and he continued working for Al-Nadwah hospital until 7 Jumada Al-Awwal 1423 AH (17 July 2002) when he was arrested.

Third: following the expiry of his annual leave, he resumed work on 7 Jumada Al-Awwal 1423 AH (17 July 2002), he was arrested by the Pakistani security authorities on 8 Jumada Al-Awwal 1423 AH (18 July 2002).

Fourth: Based on the above dates, the total employment period of Mr. Adel Hasan at Al-Nadwah hospital amounts to (two years minus twelve days), during which he travelled to Sudan for a paid annual leave granted with a travel ticket.

This is the information we wish to clarify in this respect.

Attached, a copy of the employment contract (4 pages) concluded between Mr. Adel Hasan and Al-Nadwah hospital for review.

Please accept our sincere thanks and appreciation…

[stamp: World Assembly of Muslim Youth (WAMY) – Pakistan Office]

[signature]
Ibrahim Anwar Ibrahim

http://www.wamy.ws/tawasol/uploadcenter/uploads/ 6c1118933.jpg    06/12/1430 AH
(23 November 2009)

CONFIDENTIAL: This document is subject to a Protective Order     WAMY SA E001084
Regarding confidential information in 03 MDL 1570 (GBD)
United States District Court for Southern District of New York



EXHIBIT

WAMY EX. 152



World Assembly of Muslim Youth

Member of the UN NGO'S

Office of Makkah Province

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

مكتب منطقة مكة المكرمة

| | | |
|---|---|---|
| التـــاريخ 18/ 11 / 1430 هـ | الـــــى : | مدير المكاتب الخارجية الاستاذ محمد سالمين باقلاقل . حفظه الله . |
| الــــرقم 150 صادر مكتب | مــــــن : | مدير مكتب باكستان . |
| | الموضوع : | راتب وبدلات الاخ عادل حسن . |

بسم الله الرحمن الرحيم

بالاشارة الى الموضوع أعلاه نفيدكم :

أولاً : ان الاخ عادل حسن حمد / سوداني الجنسية . كان يعمل معنا بوظيفة ( اداري ) بمستشفى الندوة في افغانستان . وكان يتقاضى راتباً شهرياً قدره 500 دولار . شامل لجميع البدلات .

ثانياً : الاخ عادل حسن تعاقد للعمل مع الندوة بتاريخ 19 / 5 / 1421 هـ . ( بحسب صورة عقد العمل المرفق ) واستمر بالعمل مع الندوة حتى تاريخ 7 / 5 / 1423 هـ حيث تم اعتقاله

ثالثاً : بعد عودته من اجازته السنوية ومباشرة العمل بتاريخ 7 / 5 / 1423 هـ . تم اعتقاله من قبل الجهات الامنية الباكستانية بتاريخ 8 / 5 / 1423 هـ .

رابعاً : بناءاً على التواريخ المذكورة أعلاه تكون اجمالي الفترة التي عمل بها الاخ عادل حسن مع الندوة ( سنتان الا اثنا عشر يوماً ) سافر خلالها للسودان في اجازة سنوية مصروفة الحقوق مع تذكرة السفر .

هذا ما احببنا توضيحه اليكم بهذا الخصوص .

مرفق اليكم صورة من عقد العمل ( اربع صفحات ) والموقع مابين الاخ عادل حسن والندوة للاطلاع .

وتفضلو بقبول فائق الشكر والتقدير ...

إبراهيم أنور إبراهيم



http://www.wamy.ws/tawasol/uploadcenter/uploads/6c01118933.jpg

06/12/1430

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMY SA E001084

## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Arabic to English and vice versa; and they have professionally translated the document referenced as **"WAMY SA E001084"** from Arabic to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: July 11, 2019

_____
Wolf Markowitz

_____
Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021

**TARGEM TRANSLATIONS**
143 Rodney Street, Brooklyn, NY 11211   w info@targemtranslations.com   T 718 384 8040   F 718 388 3516