طلب زيادة راتب الاخ عادل حسن من قبل مدير المستشفى التي كان يعمل بها

Date: 30/12/2000
Ref No. ........

To:   Mohammed Mustafa
        Director General (WAMY)

            Assalamo Alinkhum Wa Rahmat -u- Allahi Wa Barakatu

            Subject:  Report on Mr. Adil Hassan performance

Dear  Sir,

I have pleasure to give a positive report about Mr. Adil Hassan performance
during his three months probation period.
It is advisable to consider an increase in his salary according to the rule of
WAMY.

            Thanks with best regards & good wishes

                    Dr. Najibullah

                    Director WAMY General Hospital

EXHIBIT

WAMY EX. 153

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

WAMY SA E001093

Date: 30/12/2000
Ref. No: ...........

To:  **Mohammed Mustafa**
     **Director General (WAMY)**

*Assalamo Allukium Wa Rahmat -u- Allahi Wa Barakatu*

**Subject:  Report on Mr. Adil Hassan performance**

Dear Sir,

I have pleasure to give a positive report about Mr. Adil Hassan performance during his three months probation period .
It is advisable to consider an increase in his salary according to the rule of WAMY .

Thanks with best regards & good wishes

**Dr. Najibullah**

**Director WAMY General Hospital**

*to Engineer Naqub -*
*to amend the contract of Mr.*
*Adil Hassan - his salary*
*is to be increased from 20/8/1421*
*$ 450 to $500 w.e.f / after*
*successful probation period*

CONFIDENTIAL

WAMYSA056757