



# Republic of the Sudan

## Ministry of Foreign Affairs

### *The Minister*

<u>Date: 30/04/2007</u>
MFA/ M.O/1/1/1

## Excellency

I trust you are aware that nine Sudanese nationals were apprehended, some held in detention for longer periods lasting 5 years, at the US Guantanamo Base prison in Cuba without charges or trials.

It is evident that, under International Law standards, Human Rights norms and International Humanitarian Law, the detention period the Sudanese nationals have spent in confinement is longer than necessary and unwarranted.

**Cases** of relevance, which led to a growing nationwide concern, that I wish to bring to your attention, relates to the predicament of the following Sudanese detainees, and they are:

1. Adil Hassan Hamad (ISN#940).
2. Salim Mohmoud Adam Bin Amir (ISN 716).
3. Sami al Haj (ISN 345).
4. Walid Mohammed Haj Mohammed Ali (ISN 081).
5. Mustapha Ibrahim al Hassan.
6. Amir Yagoub Mohammed al Amir.
7. Ibrahim Osman Idris Ibrahim.

It is worth mentioning that, detainees Hamad (ISN# 940) and Bin Amir (ISN 716) have not been released despite a declaration made, specifically in respect of Hamad, by the **US Defense Department on February 22nd, 2007.**

**Indeed,** I have anticipated progress in the detainees case following the **US** Defense Department pronouncement marking the repatriation of an Iraqi citizen, Bisher al Rawi, to the **UK** that "The transfer is a demonstration of the United States desire not to hold detainees any longer than necessary".

**No** doubt, the detention of these Sudanese nationals has contributed negatively to the state of relations between the two countries and earned the US Government, contrary to the good reputation and respect it had enjoyed years before in our peoples perception, an overt expression of displeasure and reproach from the public.

**In** particular, Mr. al Haj's affiliation to Aljazeera Channel combined with the long lasting hunger strike he staged, has excercerbated the problem attracting international media spotlight on a wider scale via broadcasting daily to millions worldwide. I would like in this context to remind your Excellency of my letter to you dated 4/12/2006.

**EXHIBIT**

WAMY EX. 155    WAMYSA571216

**While** the Government of Sudan is urging the immediate release and eventual repatriation of its citizens, it ensures that due process and prosecution will be accorded to the trial of its nationals should proceedings be brought against any before the court of Law. In addition, it will provide the necessary guarantees and legal remedies for a free and fair trial to benefit the defendants including, inter alia, public proceedings, right to counseling, evidence disclosure ...e.t.c.

**Finally,** I have noted that Mr. Hamad's attorneys have been consistent in litigating the case and have provided proof of his innocence to US courts. It is therefore imperative that the US Government grant a waiver declaring him a "non-enemy combatant". Such a measure, in my view, would constitute a positive step to speed up efforts leading to his return home concurrently with the visit of his attorneys to Sudan this week.

Sincerely Yours,,

**Dr. Lam Akol Ajawin**
**Minister of Foreign Affairs**
**Khartoum, Sudan**

**To:**

**H.E. Condoleezza Rice**
**Secretary of State**
**U.S.A Washington DC.**

WAMYSA571217