S E C R E T / / NOFORN / / 20300325

JTF GTMO-CG
SUBJECT:   Update Recommendation to Transfer to the Control of Another Country for
Continued Detention (TRCD) for Guantanamo Detainee, ISN: US9SU-000940P (S)

now recommended he be Transferred to the Control of Another Country for Continued
Detention (TRCD).

For this update recommendation, detainee is assessed to be a possible member of Al-Qaida's
global terrorist network.  Detainee was likely using his employment in Non Governmental
Organizations (NGO) to facilitate funds and/or personnel for Al-Qaida and/or its global
terrorist network.  Detainee was always employed by organizations that espoused radical
Islamic views and/or assisted individuals who were part of Al-Qaida or were associated with
Usama Bin Laden (UBL).  Detainee was always associated with Islamic radicals, yet claimed
to have avoided any participation in jihad or terrorist related activities.  It has been
determined this detainee is a MEDIUM risk, as he may pose a threat to the US, its interests
and allies.

**4.  (S//NF) Detainee Background Summary:**  Unless otherwise noted, the following
paragraphs are based solely on the detainee's statements.

**a.  (S//NF) Prior History:**  Following high school graduation in Sudan in 1981, detainee
attended a technical school in Alexandria, Egypt (EG), (1981 to 1983) where he obtained an
air conditioning degree.  After his return to Sudan, detainee held a series of odd jobs.  He
received a job offer with Lajnat Al Dawa Al Islamiyaa (LDI) through an acquaintance that
was teaching within LDI in Pakistan (PK).  (Analyst Note:  LDI is listed as a Tier 3 NGO.
Tier 3 NGOs are defined as having available resources and are in a position to support
terrorist organizations willing to attack US persons or interests.)  Around 1986, detainee took
a teaching job and soon left for Pakistan.  He was placed as a teacher in an orphanage in the
Jalozai Afghan Refugee Camp in Pakistan.  The orphanage was known as The Hira Institute,
but it was run by the LDI's main office in Peshawar, PK.  The director of the LDI office was
Zahid Al Sheikh Mohammed. (Analyst note: Zahid Al Sheikh Mohammed is the brother of
Kalidh Sheikh Mohammed (KSM).  KSM was the military head of UBL's Al-Qaida
organization.)  Detainee worked at the Hira Institute until 1996.  He transferred to the LDI
office in Peshawar where he worked until late August 1999.  At that time he was fired due to
lack of funding.  Between jobs, in late 1999 and early 2000, detainee made a couple of trips
to Urumchi, China (CH), to purchase various items for resale in Peshawar, PK, to make a
living.  Sometime in 2000, detainee got a job with the World Assembly of Muslim Youth
(WAMY) (Analyst note: WAMY is listed as a Tier 1 NGO.  Tier 1 NGOs are defined as
having demonstrated sustained and active support for terrorist organizations willing to attack
US persons or interests.)

**b.  (S) Capture Information:**  The Pakistani Inter Service Intelligence Directorate (ISID)
captured detainee in 18 July 2002.  The ISID conducted a raid against his house on the
suspicion that it was an Al-Qaida safehouse.  Detainee along, with an Algerian (ISN US9TS-

2

S E C R E T / / NOFORN / / 20300325



FED-PEC0197473