## ARTICLES OF INCORPORATION
## OF
WAMY International, Inc.

FIRST:    I, the undersigned, under and by virtue of Chapter 10 of article 13.1 of the Code of Virginia, authorizing the formation of a nonstick corporation, do form a corporation.

SECOND:    The name of the corporation is "WAMY International, Inc." (The "Corporation"), a nonstick and nonprofit Virginia corporation organized within the purposes of Section 501 (c)(3) of the Internal Revenue Code of 1986.

THIRD:    The period of duration is perpetual.

FOURTH:    The purpose or purposes for which the Corporation is organized and the objectives to be carried on and promoted by it, are as follows:

   (a)    To support and foster cooperation and understanding among humanitarian and Islamic Entities;

   (b)    To educate Muslims about both modern and institutional venues of Islamic thought;

   (c)    To promote public dialogue and education about Islamic teachings and Muslim culture through forums, seminars, literature, and other media forms; and

   (d)    To receive and maintain a fund or funds of money, real or personal property or any combination thereof and, subject to the restrictions and limitations hereinafter set forth, to use and apply the whole or any part of the income therefrom and the principle thereof exclusively for charitable, scientific or educational purposes, either directly or by contributions to organizations that qualify as exempt organizations under Section 501(c)(2) of such Code, or any corresponding provisions of any subsequent Federal tax laws.

Notwithstanding any other provision hereof, the Corporation shall not conduct or carry on any activities not permitted to be conducted or carried on by an organization exempt under Section 501(c)(3) of the Internal Revenue Code of 1986, or any corresponding provisions of any subsequent Federal tax laws, and by an organization, contributions to which are deductible under Section 170(c)(2) of such Code, or any corresponding provisions of any subsequent Federal tax laws.

Such purposes are to be carried out through any and all lawful activities, including others not specifically stated above but incidental to the stated purposes.

**EXHIBIT**

**WAMY EX. 162**

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York

WAMY Intl E000718

FIFTH:	Provisions for the regulation of the internal affairs of the Corporation, including provisions for the distribution of assets on dissolution or final liquidation, are:

(a)	No private Benefit. No part of the net earnings of the Corporation shall inure to the benefit of any Directors or Officer of the Corporation, or any private individual (except that reasonable compensation may be paid for services rendered to or for the Corporation in furtherance of one or more of its purposes), and no Directors or Officer of the Corporation, or any private individual shall be entitled to share in the distribution of any of the corporate assets on dissolution of the Corporation.

(b)	Legislative and Political Activity. No substantial part of the activities of the Corporation shall be the carrying on of propaganda, or otherwise attempting, to influence legislation, and the Corporation shall not participate in or intervene in (including the publication or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office.

(c)	Distribution of Assets upon Dissolution. Upon the dissolution of the Corporation or the winding up of its affairs, the assets of the Corporation shall be distributed exclusively to such charitable, scientific or educational organizations as its Board of Directors shall select which then qualify under the provisions of Section 501(c)(3) of the Internal Revenue Code of 1986 (or any corresponding provisions of any subsequent Federal tax laws), or shall be distributed to the Federal government, or to a state or local government, for a public purpose. Any such assets not so disposed of shall be disposed of by the Circuit Court of the county in which the principal office of the Corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

SIXTH:	The Corporation shall have members. The classes of members, qualification and rights of the members of each class (including the limitation on the right to vote, if any) shall be as provided in the bylaws of the Corporation.

SEVENTH:	The Corporation shall not be authorized to issue capital stock.

EIGHTH:	The Post Office address of the principle office in this state is 10310 Main Street, #332, Fairfax, Virginia 22030.

NINTH:	The Name of the registered agent of the Corporation in this state is Abdullah Bin Ladin. The registered agent is a resident of Virginia and a Director of the Corporation.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York

WAMY Intl E000719

The Address of the registered agent is 10310 Main Street, #332, Fairfax, Virginia 22030, which is located in the County of Fairfax. The registered agent's business office is identical to the address of the registered office.

TENTH:    The Board of Directors shall consist of at least (1) Director. Except for the initial Board of Directors of the Corporation, the Board of Directors shall be elected by the Board of Directors as provided in the Bylaws, each Directors constituting the initial Board of Directors of the Corporation shall be one (1). The names of the initial Directors who shall act until his successors are duly elected and qualified is:

Abdullah Bin Ladin
10310 Main Street, #332
Fairfax, Virginia 22030

The undersigned incorporator of WAMY International, Inc. in executing the foregoing Articles of Incorporation hereby acknowledges the same to be his act and further acknowledges that, to the best of his knowledge, the matters and the facts set forth herein are true in all material respects under the penalties of perjury.

The undersigned incorporator has signed these Articles of Incorporation on this _____ day of _____, 1992.

_____
Abdullah Bin Ladin

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York

WAMY Intl E000720