

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

.............................................. الرقـم

.............................................. التاريخ

TO :

The Commissioner for Afghan Refugees
Peshawar, NWFP, Pakistan
Fax No : 0092-521-812243, Phone : 810643.

### Sub : Clarification

It is our pleasure to clarify that **World Assembly of Muslim Youth (WAMY)** which has been cleared from the **Royal Embassy K.S.A** - Islamabad is the umbrella of ( LBI ) registered with Joint stock companies & societies, NWFP, Peshawar / Pakistan under No: 2667/5/1527.

We feel pleasure to express our gratitude for your co-operation you have extended in past and hope the same will in future as and when needed. Particularly at the renewing of registration hopping to be in the name of **WAMY**.

your co-operation is highly appreciated.

**Dr. Maneh H. Al-Johani**
**Secretary General WAMY**

cc:Addl. Commissioner(security)
Afghan Refugees,NWFP, Peshawar.

**EXHIBIT**

**WAMY EX. 164**

د. صمر با

جـدة ـ الشمال الغربي لتقاطع الستين مع شـارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢) ـ فاكس : ٦٦٠٢٦٤٥(٠٢) ـ برقياً : وامي جدة ـ ص . ب ٨٨٥٦ جـدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                    WAMYSA028295