# Feruary, 2001 - Activities Report

Name: *Said Rageah*                    Date:*January31, 2001*

| Week | Activities Describe: lectures, Special Programs, Discussions, Information, Trips, Conferences | Activity Type | | City, State Or Country |
|---|---|---|---|---|
| First Week 1-8 | 20 hours of office work<br>Jumah<br>Friday-Sat.and Sunday | Office work<br>Khubah, Norh C<br>All weekend lecures | | VA<br>NC<br>NC |
| Second Week 9-16 | -Basketbal  boys/girls<br>-Adult activies brothers and sisters<br>-Youth meeting with the leadreship every Wen.<br>-20 hours office work<br>-Lecture- Family in Islam<br>-Khutahn  at Ayah<br>-The story of the Prophets | _Sports<br>--Sports<br>-Meetings<br>-Office<br>-Ayah center<br>-Jum;ah<br>-lecture | | -MD<br>-MD<br>-MD<br>-VA<br>-MD<br>-MD<br>-Laurel,MD |
| Third Week 17-23 | 20 office work<br>Getting ready for Hajj<br>Lecuter for none Muslim<br>Friday | Office<br>office<br>Uni. Of<br>Bloomington<br>Khutab | | VA<br>VA<br>Bloomington, IN<br>============ = |
| Fourth Week 24-28 | HAJJJJJJJJJJ | HAJJ | | HAJJ |
| March 1-15 | HAJJ | HAJJ | | HAJJ |
| | | | | |

Singe Said Rageah_____





WAMY Intl E000263

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York

# May, 2001 - Activities Report

**Name:** *Said Rageah*

**Date:** *May, 2001*

| Week | Activities Describe: lectures, Special Programs, Discussions, Information, Trips, Conferences | Activity Type | # New Shahadahs | City, State Or Country |
|---|---|---|---|---|
| First Week 1-6 | -Co-ordinate for shaikh Al-Fowzan to visit TX | Co-ordination | | VA |
| | -Co-ordinate for Al-Shubaili to visit Atlanta GA | Co-ordination | | VA |
| | -Co-ordinate for shaikh Al-Fowzan to visit Ayah | Co-ordination | | Laurel, MD |
| | -Co-ordinate for shaikh Al-Hessian to visit AQSA | Co-ordination | | Laurel, MD |
| | -Co-ordinate for shaikh Al-Fowzan to meet with Shaikh Al-Barqawi | Co-ordination | | College Park, MD |
| | - Co-ordinate for shaikh Al-Sabt to visit Ayah | Co-ordination | | |
| | -Co-ordinate for shaikh Al-Fowzan to visit Pittsburgh, PA | Co-ordination | | Laurel, MD |
| | -Forming first Muslim Sports League (MSL) | Formation | | Pittsburgh, PA |
| | -Forming its kind of (HMSA) High School Muslims Student Association. | Planning for the Future | | MD, DC, VA |
| | -Worked on "Muslim Women conference", the following shuyukh are (will be) invited | Planning | 3 | MD, DC, VA MD, DC, VA |
| | A.Turkistani, Al-Hassan, Ar-Rai, Talib Abdullah, and sis. Umm Abdirahman, sis. Umm asiyah…and others, the event will take place on June/ 9/01, if Allah wills. | Planning | | |
| | -Working on camp that will take place on mid. Jully, and it should be finalize this Sunday. | Planning | | MD, DC, VA |
| | - Following up on the swimming pool, and they said it should ready by this Friday. | | | VA |
| | -Saturday Lecture | Masjid Salahu-Deen | | Scarborough, CANADA |
| | -Sunday soccer mage | Sport | | Columbia, MD |
| | -Sunday basketball game | Sport | | Laurel, MD |
| | -Sunday evening lecture | Lecture | | Laurel, MD |
| Second Week 7-13 | -Open dawah | Dawah | | MD |
| | -Classes for new Muslims | Dawah | | MD |
| | -Teaching Quran those who accept long time but never learn enough. | Class | | MD |
| | -Youth Activities | | | |
| | -Friday khutbah in I.C.J. | Sports | 5 | MD/VA |
| | -Evening lecture in Jacksonville Masjid | Khutbah | | FL |
| | -Co-ordinate for shaikh Al-Hassan to come to Ayah | Lecture | | FL |
| | | Lecture | | Laurel, MD |
| | - Co-ordinate for the youth soccer game | Sports | | Columbia, MD |

WAMY Intl E000271

| | | | | |
|---|---|---|---|---|
| Third Week 14-20 | -Working to organize one more camp to Villanova, PA.<br>-Dawah on the street<br>-Mid-term for I did not do much work that week<br>-Co-coordinating the Weekly youth activities<br>-Khutbah in PA<br>-Friday night Lecture<br>-Sunday games<br>- Working with shaikh Yusuf Al-shubali for his lecture in Laurel Maryland having WAMY in the picture | Planning<br>Dawah<br><br>Sports<br>Khutbah<br>Lecture<br>Sports<br><br>Lectures | 5 | Laurel, MD<br>MD<br>Laurel, MD<br><br>PA<br>PA<br>Columbia, MD<br><br>Laurel, MD |
| Fourth Week 21-27 | -Working with youth swimming pool plan<br>-Friday khutbah at Ayah<br>-Evening Lecture<br>   -   AINA conference in Chicago, IL.<br>   -   At the conference we talked if wamy could have place in which means that we have to send a speaker from wamy | Planning<br>Khutbah<br>Lecture<br>Short talk at the conference | 2 | Baltimore, MD<br>Laurel, MD<br>Laurel, MD<br>Chicago, IL |
| Fifth Week 28 – 31 | - I came back Tuesday 29 of may | Writing the report | | Lauerl,MD |
| 31 Days | Totals | | 15 | |

WAMY Intl E000272

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York

### April, 2001 - Activities Report

**Name:** *Said Rageah,*                    **Date:** *April, 2001*

| Week | Activities, Describe: lectures, Special Programs, Discussions, Information, Trips, Conferences | Activity Type | # New Shahadh | City, State Or Country |
|---|---|---|---|---|
| First Week 1-7 | -Office hours<br>-Villanova camp in PA.<br>-Working on the camps all around the States (i.e.PA, FL, TX, DL, VA, MD,..)<br>-Fly to GA. On Friday<br>-Friday prayer at New Student Center<br>-Lecture at Masjid Al Farooq Friday evening<br>-Saturday after Asr to Maqrib at George State University<br>-Lecture after Isha<br>-Sunday morning basketball for both ages and total of participants are around 60 people<br>-Over seeing the soccer games<br>-Sunday Lecture At AHAY | Planning<br>Planning<br>Planning<br>Dawah<br>Khutbah<br>Lecture<br>Lecture<br>Lecture<br>Sport<br><br>Sport<br>Lecture | One person accept Islam at the school right after we finish the prayer | Falls Church, VA<br>Falls Church, VA<br>Falls Church, VA<br>Atlanta, GA.<br>Atlanta, GA.<br>Atlanta, GA.<br>Atlanta, GA.<br>Atlanta, GA.<br>Laurel, MD<br>Columbia, MD<br><br>Laurel, MD |
| Second Week 8-14 | -Office Hours<br>-Villanova camp preparation<br>-Working on Muslim Soccer league (MSL)<br>-Basketball teams<br>-Drive to Piscataway. NJ to Middlesex county center<br>-Piscataway Masjid<br>-Managing Sunday morning basketball for the adults<br>-Working with the basketball games for the kids<br>-The soccer league games | Planning<br>Planning<br>Planning<br>Planning<br>Planning<br>Khutbah<br>Lecture<br><br>Lecture<br><br>Lecture<br><br>Lecture<br><br>Columbia | 1 | Falls Church, VA<br>Falls Church, VA<br>Falls Church, VA<br>Falls Church, VA<br>Falls Church, VA<br>Piscataway. NJ<br>Piscataway. NJ<br>Laurel,Maryland<br>Laurel,Maryland<br>Laurel,Maryland |

WAMY Intl E000273

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD). United States District Court for the Southern District of New York

| | | | | |
|---|---|---|---|---|
| Third Week 15-21 | -Office hours<br>-Meeting with DC committee about for the community development project, on Thursday<br>-Worked with representative of the state of DC, for the early child seminar<br>-Organizing all soccer games of that weekend<br>-Working with weekly basketball weekly games, and we had about 30 adult from 7:00 a.m. to 10:00 a.m. And from 10:00 a.m. to 12:00 noon for the 35 kids<br>-April 20th went to Indiana for Friday prayer at Al-fajr Masjid (look at weekly report)<br>-Friday evening Lecture at ISNA head quarter in Indiana<br>-Sunday Lecture at AYAH | Office work<br>Office work<br><br>Office work<br><br>Sports<br>Sports<br><br>Khutbah<br><br>Lecture<br><br>Lecture | 3 | VA.<br>DC.<br><br>DC.<br><br><br>IN<br>IN<br><br>MD |
| Fourth Week to end of the month 22-30 | -Office work: during the week days Working on the swimming pool<br>-Friday drive to PA.<br>-Khutbah at Masjid al-awwal<br>-Friday evening talk<br>-Saturday Lecture<br>-Working on the weekly games<br>-Sunday evening class<br>- Enjoying good and forbidding evil | Khutbah<br>Talk<br>Lecture<br><br><br><br>Lecture | 7 | Pittsburgh, PA<br>Pittsburgh, PA<br>Pittsburgh, PA<br><br>Maryland<br>DC. |
| | | | | |
| 30 Days | Totals | | 12 | |

WAMY Intl E000274

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York

## Speaker : Said Rageah

<table>
<tr><td rowspan="9" style="writing-mode: vertical">Islamic Center Information.</td><td colspan="2">Islamic Center Name: Al- Farooq Masid of Atlanta</td></tr>
<tr><td colspan="2">Street Address:442 14th st.</td></tr>
<tr><td>City:Alanta</td><td>State: GA.</td></tr>
<tr><td>BO Box:</td><td>Zip: 30318</td></tr>
<tr><td>Phone☺404)-874-7521</td><td>Fax:</td></tr>
<tr><td>E-mail:</td><td>Web:</td></tr>
<tr><td colspan="2">Director Name: Imam & Director: Zahid Abdullah</td></tr>
<tr><td colspan="2">Contact Person  Name: Zahid Abdullah<br>E-mail:<br>Phone☺(404) 872-5522</td></tr>
</table>

## Travel Information

| Event Dates, Start date: | End date: |
|---|---|
| Who will pay the ticket: | Estimate of the cost: |
| Housing or hotel Information and Cost: | |

## List of the Topics to be presented by the speaker

| Title | Date | Time | Duration |
|---|---|---|---|
| 1.They are our future<br>2.<br>3.<br>4.<br>5. | April/06/01 | Between maqrib and isha | One hour and half, and 30min.Q.A. |

## Fund Raising Event's Information

| Project Title: | |
|---|---|
| Target Amount: | Actual Amount |
| | |

## Suggestions or Comments: They were very welcoming and they invited us back (s.a.p).

WAMY Intl E000275

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York

## June, 2001 - Activities Report

Name: *Said Rageah,*                                Date: *June, 2001*

| Week | Activities, Describe: lectures, Special Programs, Discussions, Information, Trips, Conferences | Activity Type | # New Shahadh | City, State Or Country |
|---|---|---|---|---|
| First Week 1-7 | -Monday night<br>-Tuesday night<br>-Wednesday<br>-Thursday night<br>-Friday Khutabah<br>-Found raise dinner<br>- Returning to Allah<br>-Sunday class<br>- Managing Sunday morning basketball for the adults<br>-Working with the basketball games for the kids<br>-The soccer league games<br>-Planning for the July 10, 2001 conference<br>-Planning for the 28th Aug/ 2001 picnic at wasting park | Class<br>Class<br>counseling<br>Class<br>Khutbah<br>Lecture<br>Lecture<br>Lecture<br>Lecture<br>Lecture<br>Sport<br>Sport<br>Sport | 5 | Laurel, MD<br>Laurel, MD<br>Laurel,MD<br>Laurel, MD<br>Laurel, MD<br>Hartford .CT<br>Laurel, MD<br>Gaithersburg, MD<br>Laurel, Maryland<br>Laurel, Maryland<br>Laurel, Maryland<br>Columbium |
| Second Week 8-14 | -Monday night<br>-Tuesday night<br>-Thursday night<br>-Thursday night<br>-Friday prayer<br>-Friday evening lecture<br>-Saturday class<br>- Sunday class<br>-Managing Sunday morning basketball for the adults<br>-Working with the basketball games for the kids<br>-The soccer league games<br>-Thursday night lecture at community hull<br>-Planning for the July 10, 2001 conference<br>- Planning for the 28th Aug/ 2001 picnic at wasting park | Class<br>Class<br>counseling<br>Class<br>Khutbah<br>Lecture<br>Lecture<br>Lecture<br>Class<br>Lecture<br>Sport<br>Lecture | 1 | Laurel, MD<br>Laurel, MD<br>Laurel, MD<br>Laurel, MD<br>Jacksonville FL<br>Jacksonville, FL<br>Jacksonville FL<br>Laurel, Maryland<br>Laurel, Maryland<br>Laurel, Maryland<br>Laurel, Maryland<br>Laurel, Maryland<br>Columbia<br>Austin, TX |

WAMY Intl E000276

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD). United States District Court for the Southern District of New York

| | | | | |
|---|---|---|---|---|
| Third Week 15-21 | -Monday night<br>-Tuesday night<br>-Thursday night<br>-Thursday night<br>-Friday prayer<br>-Friday evening<br>-Saturday afternoon<br>- Saturday afternoon<br>- Saturday afternoon<br>- Saturday afternoon<br>*That Saturday I gave four lectures at the same day<br>-Sunday evening<br>-Organizing all soccer games of that weekend<br>-Working with weekly basketball weekly games, and we had about 30 adult from 7:00 a.m. to 10:00 a.m.  And from 10:00 a.m. to 12:00 noon for the 35 kids<br>-Sunday Lecture at AYAH<br>- Planning for the July 10, 2001 conference<br>- Planning for the 28th Aug/ 2001 picnic at wasting park | Class<br>Class<br>counseling<br>Class<br>Khutbah<br>Lecture<br>Lecture<br>Lecture<br>Lecture<br>Lecture<br>Lecture<br>Class<br>Sports<br>Sport<br>Sports<br><br><br><br><br><br>Lecture | 3 | Laurel, MD<br>Laurel, MD<br>Laurel, MD<br>Laurel, MD<br>Austin, TX<br>Austin, TX<br>Austin, TX<br>Austin, TX<br>Austin, TX<br>Austin, TX<br>Laurel, MD<br>Laurel, MD<br>Laurel, MD<br>Columbia, MD<br><br><br><br>Laurel, MD<br>Laurel, MD<br>Laurel, MD |
| Fourth Week to end of the month 22–30 | -Monday-Tursday nights<br>-Khutbah at Masjid al-awwal<br>-Friday evening talk<br>-Saturday Lecture<br>-Working on the weekly games<br>-Sunday evening class<br>- Enjoying good and forbidding evil<br>--Sunday evening<br>-Organizing all soccer games of that weekend<br>-Working with weekly basketball weekly games, and we had about 30 adult from 7:00 a.m. to 10:00 a.m.  And from 10:00 a.m. to 12:00 noon for the 35 kids<br>-Sunday Lecture at AYAH<br>- Planning for the July 10, 2001 conference<br>- Planning for the 28$^{th}$A/ 2001 picnic at wasting park | Class<br>Class<br>Class<br>Khutbah<br>Talk<br>Lecture<br>Found raise dinner for Kashmir<br>Found raise dinner for Afghanistan<br>Found raise dinner for Ethiopia<br><br>Lecture | 7 | Laurel, MD<br>Laurel, MD<br>Laurel, MD<br>Laurel, MD<br>Boston, MA<br>Boston, MA<br>Boston, MA<br>Boston, MA<br><br>Maryland<br><br>DC.<br>Maryland<br>Maryland<br>Maryland<br>Maryland |
| 30 Days | Totals | | 16 | |

WAMY Intl E000277

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York

# Aug, 2001 - Activities Report

**Name:** *Said Rageah*

**Date:** *Aug, 2001*

| Week | Activities Describe: lectures, Special Programs, Discussions, Information, Trips, Conferences | # New Shahadah | City, State Or Country | Expenses |
|---|---|---|---|---|
| First Week 1-5 | After Maqrib: Bukhari. Every Wen.& Thur<br>After Isha: Adab Al- murad : Every Wen. & Thur.<br>Friday khutbah: Masjid Al madeenah<br>Friday Evening lecture<br>Sat. lecture<br>Sunday: youth games | 1<br><br>2 | Laurel,MD.<br>Laurel.MD.<br>Ohio<br>Ohio<br>Laurel.MD.<br>Baltimore, MD | |
| Second Week 6-13 | After Maqrib: Bukhari. Every Wen.& Thur<br>After Isha: Adab Al- murad : Every Wen. & Thur.<br>After Maqrib: Bukhari. Every Mon-Thur.<br>After Isha: Adab Al- murad : Mon-Thur.<br>Friday khutabah; Masjid Al Isalm<br>Friday Evening : At same Masijd<br>Sunday: youth games.( basketball)<br>Sunday: youth games.( soccer ball) | 5 | Laurel,MD.<br>Laurel.MD<br>Laurel,MD.<br>Laurel.MD<br>Hardford,CT<br>Baltimore, MD<br>Laurel,MD | |
| Third Week 14-20 | SICK | SICK | SICK | SICK |
| Fourth Week 21–27 | After Maqrib: Bukhari. Eve Laurel,MD ry Wen.& Thur<br>After Isha: Adab Al- murad : Every Wen. & Thur.<br>After Maqrib: Bukhari. Every Mon-Thur.<br>After Isha: Adab Al- murad : Mon-Thur<br>Friday khutbah, Friday lecture<br>Sunday: youth games.( basketball)<br>Sunday: youth games.( soccer ball) | | Laurel ,MD<br>Laurel ,MD Laurel ,MD<br>Laurel ,MD<br>Laurel ,MD<br>Laurel ,MD Laurel ,MD | Laurel ,MD |

WAMY Intl E000278

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York

| | | | |
|---|---|---|---|
| Fifth Week 28 – 31 | Picnic under the name of WAMY/Ayah After Maqrib: Bukhari. Eve Laurel,MD ry Wen.& Thur After Isha: Adab Al- murad : Every Wen. & Thur. After Maqrib: Bukhari. Every Mon-Thur. After Isha: Adab Al- murad : Mon-Thur Friday khutbah Friday lecture Sunday: youth games.( basketball) Sunday: youth games.( soccer ball) - Main event was the lecture of Sheikh As-Sabt. | 2 | Laurel,MD Laurel,MD Laurel,MD Laurel,MD |
| 31 Days | Totals | 15 | |

WAMY Intl E000279

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD). United States District Court for the Southern District of New York

## July, 2001 - Activities Report

Name: *Said Rageah,*                                           Date: *July, 2001*

| Week | Activities, Describe: lectures, Special Programs, Discussions, Information, Trips, Conferences | Activity Type | # New Shahadh | City, State Or Country |
|---|---|---|---|---|
| First Week 1-7 | -Sunday lecture<br>-Class of fiq al usrah on every Monday<br>-Fiq class on every Thursday<br>-Friday<br>-Friday evening<br>-Meeting with the leader of the Muslim community in MN<br>-Saturday after thuhur<br>-Saturday after asr lecture<br>-Saturday after isha | Fundraise<br>Class<br>Class<br>Khutbah<br>Lecture<br>Meeting<br>Lecture<br>Lecture<br>Lecture<br>Lecture | | MI<br>Laurel<br>Laurel<br>Rochester, MN<br>Rochester, MN<br>Rochester, MN<br>Rochester, MN<br>Rochester, MN<br>Rochester, MN |
| Second Week 8-14 | -Class of fiq al usrah on every Monday<br>-Fiq class on every Thursday<br>-Sunday after asr at masjid dar al khatab -<br>-Working on Muslim Soccer league (MSL)<br>-Basketball teams<br>-Managing Sunday morning basketball for the adults<br>-Working with the basketball games for the kids<br>-The soccer league games<br>-Friday khutbah<br>-Friday after asr<br>-Saturday local | Class<br>Class<br>lecture<br>Sport<br>Sport<br>Sport<br>Sport<br>Jumah & fundraise after salat,we raised $145000, in 7 min.<br>Lecture<br>lecture | 3 | Laurel<br>Laurel<br>Rochester, MN<br>Laurel, Maryland<br>Laurel, Maryland<br>Laurel, Maryland<br>Jacksonville, FL<br>Jacksonville, FL<br>Laurel, MD |

WAMY Intl E000280

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York

| | | | | |
|---|---|---|---|---|
| Third Week 15-21 | - Class of fiq al usrah on every Monday<br>-Fiq class on every Thursday<br>-Organizing all soccer games of that weekend<br>-Working with weekly basketball weekly games, and we had about 30 adult from 7:00 a.m. to 10:00 a.m.  And from 10:00 a.m. to 12:00 noon for the 35 kids<br>-Friday prayer at Madison Islamic center<br>-Friday evening at  masjid asu-nnah/ Jumah magazine  center<br>-Sunday Lecture at AYAH | Class<br>Class<br>Sports<br>Sports<br><br><br>Khutbah<br>Lecture<br>Lecture<br><br>Lecture | 5 | Laurel<br>Laurel<br>Laurel<br>Laurel<br>Madison, MW<br>Madison, MW<br><br>Laurel<br>Laurel<br>Laurel |
| Fourth Week to end of the month 22-31 | - Class of fiq al usrah on every Monday<br>-Fiq class on every Thursday<br>-Friday khutab at AYAH<br>-Most of the week including Friday evening we were all getting ready to receive shaikh Saeed Al-qhamidi which was never inform that he is schedule to be at AYAH, we spend a lot of time and organization to welcome the shaikh, not belittle the announcement that we mad all around the city. As you know we were waiting for the shaikh for the past two months and we have been telling communities for all that time, and it did not look too good, because we have been using our name (WAMY), we should not allow anything like that to t.<br>-Saturday Lecture<br>-Working on the weekly games<br>-Sunday evening class<br>- Enjoying good and forbidding evil<br>-usual Monday fiq class | - Class<br>-Class<br>Khutbah<br>Talk<br>Lecture<br><br><br><br>Lecture<br><br><br><br><br><br><br><br><br><br><br>class | 9 | Laurel<br>Laurel<br>Laurel<br>Laurel<br>Maryland<br>College park<br>Greenbelt<br><br>DC.<br><br><br><br><br><br><br><br><br><br><br>Laurel |
| 30 Days | Totals | | 17 | |

WAMY Intl E000281

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York