

**TRANS COM**

INTERNATIONAL

7360 McWhorter Place, Suite 201
Annandale, VA 22003
Tel: (703) 941-7783   Fax: (703) 941-7784

# Commercial Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/26/'00 | 98160 |

| BILL TO | SHIP TO |
|---------|---------|
| World Assembly of Muslim Youth (WAMY)<br>P.O. Box 8096<br>Falls Church, VA<br>22041-8096 | World Assembly of Muslim Youth (WAMY)<br>4300 Evergreen Lane, Suite 305<br>Annandale, VA<br>22003 |

| P.O. NO. | TERMS | DUE DATE | REP | SHIP DATE | SHIP VIA | PROJECT |
|----------|-------|----------|-----|-----------|----------|---------|
| Al-Quayd | Due on receipt | 2/26/'00 | MQ | 9/26/99 | Local Carrier | DI Spanish |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Print | Final phase - project completed - agreed balance due | | 14,667.00 | 14,667.00 |
| Print | Additional cost incurred due to increase in direct printing costs | | 2,987.52 | 2,987.52 |
| Print | Repayment of loan of $1,000 to Azzam as per ABL's instruction | | 1,000.00 | 1,000.00 |

Please remit to above address.

| | Total | $18,654.52 |

Finance charges of 1.5% monthly (18% APR) will be applied to all past due invoices.  Federal Tax 10: 54-1738703.
To ensure proper credit to your account, please reference our invoice number on your check.



EXHIBIT
ABDULLAH
291
LVF  10-21-19



EXHIBIT

WAMY EX. 167

WAMY INTL E007022