

PEC-WAMY030080

# A Friendly Note From Your Neighbor...

> Muslims worship the One God, Creator and Sustainer of the Universe. Allah is the Arabic word for God. Arab Christians and Jews call the Deity Allah as well.

> Muslims, like Christians and Jews, consider themselves spiritual descendants of Abraham.

> Muslims pledge themselves to prayer, peace with justice, harmony, cooperation, compassion, charity, family responsibility, tolerance toward people of other faith traditions, and respect for the environment.

## AS A MUSLIM I WANT YOU TO KNOW THAT --

• Islam means submission and peace. Submitting to the will of God and doing good deeds. The Qur'an is the last Divine revelation, providing a complete guide for human behavior. Its text was revealed to the Prophet Muhammad between 610 and 633 A.D. Though revered by Muslims as the last of God's prophets, Muslims do not worship Muhammad.

• Muslims honor Biblical prophets, accord special esteem to Jesus and his mother Virgin Mary, and recognize as sacred the scriptures revealed to Moses and Jesus, namely the Torah and the New Testament. Muslims, like Christians, believe that Jesus will return in the last days.

• Islam and democracy are compatible and complementary. Both rest on accountability, consultation, open discussion, delegation, and consensus. The opening words of the U.S. declaration of independence express deeply felt Islamic sentiments.

• Muslim women, like men, have the right to gain an education, own property and engage in business, professions, and public life. Both women and men dress modestly out of respect for public morality. If any individual or a society oppresses women or discriminates against them, it is against Islam, not because of it.

• The Muslim husband has the primary responsibility for family support, his wife for the household and children. Divorce is discouraged. Procedures vary by country, but either husband or wife may petition to dissolve a marriage.

• Muslims must assume personal responsibility for relatives, neighbors and others in need. In Islam, elderly *persons are not to be abandoned nor left to live alone.*

• Jihad has two meanings: one, non-violent struggling within oneself for a life of virtue; the other, fighting for justice, a supreme goal in Islamic teachings. Islam eulogizes moderation and abhors *extremism, terrorism, fanaticism, oppression and subjugation.*

• American Muslims love their country. They are contributing citizens and good neighbors. They are committed to faith, tolerance, charity, work, cooperation, and interfaith activities for community betterment.

*"O mankind! We have created you from a male and a female, and made you into nations and tribes that you may know each other. Verily, the most honored of you in the sight of God is the most righteous of you and God has full knowledge and is well acquainted."*

*- The Holy Qur'an (49:13)*

For more information visit:
www.It-Is-Truth.org, www.IslamGuide.com
www.IslamWorld.net

This publication was made possible by the World Assembly of Muslim Youth.

Your comments are welcomed, email: info@wamyusa.org

PEC-WAMY030081