In the Name of Allah, the Beneficent, the Merciful

**World Assembly of Muslim Youth**
**World Assembly of Muslim Youth**

U.S.A. Office
U.S.A. Office
Member of UN NGO's

[logo]
"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**His Excellency Dr. Anwar Al-Awlaki**          **May Allah protect him**

   **Chairman of the Cultural Committee at Dar Al-Hijrah**

   Peace be upon you and Allah's mercy and blessings

The World Assembly of Muslim Youth's U.S.A. Office is pleased to inform you that it will be hosting His Eminence Dr. Saeed Bin Nasser Al-Ghamedi, a professor of Islamic Aqeedah at King Khalid University in Abha, from July 13 to 29. During that time, he will give several lectures in various US cities. His Eminence will be in Washington, D.C. from July 24 to 28,

May Allah protect and bless you.

                    **Ibrahim Bin Suleiman Abdullah**
                    **Deputy Inspector of the Office**

                       [signature]

www.wamyusa.org
P.O. Box 8096 · Falls Church, VA 22041-8096

Tel. (703) 820-6656 / 783-8410
Fax. (703) 783-8409

WAMY SA 1519








مكتب أمريكا
U.S.A. Office
Member of UN NGO's



الندوة العالمية للشباب الاسلامي
World Assembly of Muslim Youth

سعادة الدكتور أنور العولقى            حفظه الله

رئيس اللجنة الثقافية بدار الهجرة

السـلام عليكم و رحمة الله و بركـاته

يسر مكتب الندوة العالمية للشباب الإسلامى بأمريكا أن يحيطكم علما
بإستضافته لفضيلة الدكتور سعيد بن ناصر الغامدى أستاذ العقيدة الإسلامية
بجامعة الملك خالد بأبها  فى الفترة من ١٣ إلى ٢٩ يوليو يلقى خلالها
العديد من المحاضرات فى مختلف المدن الأمريكية ، و سيتواجد فضيلته
فى منطقة واشنطن من ٢٤ إلى ٢٨ يوليو .

والله يحفظكم ويرعاكم.

إبراهيم بن سليمان عبد الله
نائب المشرف علي المكتب



www.wamyusa.org
P.O. Box 8096 · Falls Church, VA 22041-8096

Tel. (703) 820-6656 / 783-8410
Fax. (703) 783-8409

WAMY SA 1519



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):

1_WAMYSA01519_EN-US
2_WAMYSA030079-81 (Aulaqi)_EN-US
3_WAMYSA167861_EN-US
4_WAMYSA189391_EN-US
5_WAMYSA190249_EN-US
6_WAMYSA341489_EN-US
7_WAMYSA341490-341492_EN-US
8_WAMYSA341500-341502_EN-US
9_WAMYSA341503-341505_EN-US
WAMY SA 222029_EN
WAMYSA051692-51698-EN
WAMYSAE001124-1133-EN

Source Language(s)    Arabic

Target Language(s)    English(US)

Authorized Signature:

Signature, Notary Public:

Name:    Paola Valenti

Title:    Project Assistant

Date:    Tuesday, February 27, 2018

MARGARET GRIFFIN
Notary Public - State of New York
No. 01GR6352403
Qualified in KINGS County
Commission Expires DEC 27, 2020

Stamp: Notary Public