Case 1:03-md-01570-GBD-SN Document 3912-43 Filed 02/28/18 Page 4 of 16

In the Name of Allah, the Beneficent, the Merciful

*4912222 extension 6501*

**World Assembly of Muslim Youth**

**Member of the United Nation Non-Governmental Organizations**

[logo]
"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

[illegible]

**World Assembly of Muslim Youth**

**Member of the UN NGO's**

No.: *1849*
Date: *3/7/1423 A.H.*
[5/18/2002 A.D.]

**His Excellency Dr. Saleh Bin Suleiman Al-Wahibi**
**Assistant Secretary General of Executive Affairs and Chairman of the Camp Committee – May Allah protect him**

Peace be upon you and Allah's mercy and blessings.
I pray to Allah that you are healthy and doing well… Furthermore:
This is to follow up on the letter we sent you under No. 915, dated 02/07/1423 A.H. [04/19/2002 A.D.], wherein you asked for more clarification about the Washington camps and for some of them to be prioritized. Attached to this letter, please find information about holding the summer camps that the Assembly's U.S.A. Office will oversee in Washington, D.C. this year 1423 A.H. [2002 A.D.], corresponding to the months and days set forth in the box designated for that purpose in the form that you sent for this year of 2002 A.D., with Allah's permission. The attachments include the following:
First: Information about the Texas camp (a) [typo: Irving] Camp [and] (b) College Park Mosque Camp.
Second: Information about the Connecticut camp.
Third: Information about the Georgia camp.
Fourth: Information about the Florida camp.
Fifth: Information about the Virginia camp.
Sixth: Information about the Pennsylvania camp.
Seventh: Information about the Mexico camp.
Eighth: Information about the Canada camp.
Please note that the total cost of the camps is: forty two thousand dollars (US$ 42,000).
Your Excellency, please look into the matter and provide guidance so the necessary preparations can be made.

**Mohammed Bin Ali Al-Qaatabi**
[signature] *3/7/1423 A.H.* [5/18/2002 A.D.]
**Director of the Youth Activity Committees Department**

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya – Kingdom of Saudi Arabia – Tel: (01) 4641669 four lines / 4655431
Telex: 400413 / 405220 – ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH
Email: info@wamy.org www.wamy.org

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz ibn Mosaad ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx. 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org www.wamy.org





**The Assembly/American Islamic Association Camp in Texas**
**Second: Information about the activity requested to be held or supported**
**(A)**

- Name of the activity: Texas Youth Camp
- Place where the activity will be held: Texas / Irving
- Country: United States State: Texas City: Irving
  Duration of the activity: Proposed timeframe: July 24 to July 28
- Subject matter and slogan of the activity: Brotherhood in Allah
- Number and sex of the beneficiaries from the activity: 200 young men
- Objectives of the activity:

1. Fostering a spirit of brotherhood in Allah
2. Spreading a spirit of cooperation towards righteousness and piety

- Programs accompanying the activity:

1. Lectures
2. Sports
3. Recreation

- Lecturers proposed for the activity in the United States:

1. Sheikh Youssef Estes
2. Sheikh Anwar Al-Awlaki
3. Mr. Fadel Suleiman

Budget details:

| No. | Description | Units | Price | Total |
|---|---|---|---|---|
| 1 | Camp rent | 1 | $2,000 | $2,000 |
| 2 | Food | 200 individuals | $15 | $3,000 |
| 3 | Transportation | 2 buses | $250 | $500 |
| 4 | Equipment and prizes | | | $500 |

General time schedule for the activity:

| Time | Activity | Time | Activity |
|---|---|---|---|
| 7:00 am | Sports | 4:00 pm | Session |
| 10:00 am | Lecture | 7:00 pm | Recreation |

Lecture and session program:

| Title of the Lecture/Class | Date and Time | Sheikh's Name |
|---|---|---|

**(B)**

**The Assembly/American Islamic Association Camp in College Park in Texas**
**Second: Information about the activity requested to be held or supported**

- Name of the activity: Texas Youth Camp
- Place where the activity will be held: Texas / College Park
- Country: United States State: Texas City: College Park
  Duration of the activity: Proposed timeframe: June 4 to June 8
- Subject matter and slogan of the activity: Brotherhood in Allah
- Number and sex of the beneficiaries from the activity: 200 young men
- Objectives of the activity:

3. Fostering a spirit of brotherhood in Allah
4. Spreading a spirit of cooperation towards righteousness and piety

- Programs accompanying the activity:

4. Lectures
5. Sports
6. Recreation

- Lecturers proposed for the activity in the United States:

4. Sheikh Youssef Estes
5. Sheikh Anwar Al-Awlaki
6. Mr. Fadel Suleiman

Budget details:

| No. | Description | Units | Price | Total |
|---|---|---|---|---|
| 1 | Camp rent | 1 | $2,000 | $2,000 |
| 2 | Food | 200 individuals | $15 | $3,000 |



Case 1:03-md-01570-GBD-SN Document 3912-43 Filed 02/28/18 Page 7 of 16

بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**

Member of the UN NGO'S

**الندوة العالمية للشباب الإسلامي**

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

تحويل

الرقم : ١٨٤٩

التاريخ : ١٤٢٣/٢/٧

**سعادة الدكتور / صالم بن سليمان الوهيبي**

**الأمين العام المساعد للشؤون التنفيذية ورئيس لجنة المخيمات حفظه الله**

السلام عليكم ورحمة الله وبركاته ...

أسأل الله أن تكونوا بأتم صحة وخير ،،، وبعد

إلحاقاً بخطابنا الوارد إليكم برقم ٩١٥ وتاريخ ١٤٢٣/٢/٧هـ والذي طلبتم فيه زيادة التوضيح بالنسبة لمخيمات واشنطن وإعطاء بعضها الأولوية ؛ فإننا نرفق لكم مع الخطاب معلومات عن إقامة المخيمات الصيفية التي سيشرف عليها مكتب الندوة في واشنطن لهذه السنة ١٤٢٣هـ والذي سيوافق الشهور والأيام الموضحة في الخانة المخصصة لذلك ضمن الاستمارة المرسلة من قبلكم من العام الحالي ٢٠٠٢م بإذن الله .وتتضمن المرفقات ما يلي :

أولاً : معلومات عن مخيم ولاية تكساس ( أ ) مخيم إيفرنج ( ب ) مخيم مسجد كولج بارك

ثانياً : معلومات عن مخيم ولاية كونكتيكات

ثالثاً : معلومات عن مخيم ولاية جورجيا

رابعاً : معلومات عن مخيم ولاية فلوريدا

خامساً : معلومات عن مخيم ولاية فرجينيا

سادساً : معلومات عن مخيم ولاية بنسلفينيا

سابعاً : معلومات عن مخيم المكسيك

ثامناً : معلومات عن مخيم كندا

علماً أن التكلفة الكلية للمخيمات هي : اثنان وأربعون ألف دولاراً ( ٤٢٠٠٠ $ )

آملين من سعادتكم النظر فيها والتوجيه للاستعدادات اللازمة .

**محمد بن علي القحطاني**

**مدير إدارة لجان النشاط الشبابي**

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (4) Lines / 4655431
Tlx.: 400413 / 405220 - ISLAMI SJ. - Fax.: (01) 4641710
Cable: ISLAMIYAH RIYADH
E-mail: info@wamy.org www.wamy.org

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربعة خطوط / ٤٦٥٥٤٣١
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ - إسلامي إس جي - فاكس: ٤٦٤١٧١٠ (٠١)
برقيا: إسلامية الرياض
بريد الكتروني : info@wamy.org www.wamy.org

مخيم الندوة/الجمعية الإسلامية الأمريكية بتكساس
ثانياً : معلومات عن النشاط المطلوب إقامته أو دعمه

( أ )

- مسمى النشاط : مخيم شباب ولاية تكساس
- مكان إقامة النشاط تكساس/ ايرفنج
- الدولة : الولايات المتحدة الولاية: تكساس المدينة : إيرفينج

مدة النشاط ؛ الموعد المقترح : ٢٤ يوليو إلى ٢٨ يوليو

- موضوع وشعار النشاط : الأخوة في الله
- عدد المستفيدين من النشاط ونوعهم : ٢٠٠ شاب
- أهداف النشاط :

١. تنمية روح الأخوة في الله
٢. بث روح التعاون على البر و التقوى

- البرامج المصاحبة للنشاط :

١. محاضرات
٢. رياضة
٣. ترفيه

- المحاضرون المقترحون في النشاط من داخل أمريكا :

١. شيخ يوسف إستس
٢. شيخ أنور العولقي
٣. م/ فاضل سليمان

تفصيل الميزانية :

| م | البيان | العدد | السعر | الجملة |
|---|---|---|---|---|
| ١ | إيجار المخيم | ١ | $ ٢٠٠٠ | $٢٠٠٠ |
| ٢ | طعام | ٢٠٠ فرد | $ ١٥ | $٣٠٠٠ |
| ٣ | انتقالات | ٢ باص | $٢٥٠ | $٥٠٠ |
| ٤ | أدوات و جوائز | | | $٥٠٠ |

البرنامج الزمني العام للنشاط :

| الوقت | النشاط | الوقت | النشاط |
|---|---|---|---|
| ٧ص | رياضة | ٤ م | دورة |
| ١٠ص | محاضرة | ٧ م | سمر |

برنامج المحاضرات والدورات :

| عنوان المحاضرة / الدرس | التاريخ والوقت | اسم الشيخ |
|---|---|---|
| | | |

Case 1:03-md-01570-GBD-SN Document 3912-43 Filed 02/28/18 Page 9 of 16

( ب )

# مخيم الندوة/مسجد كولج بارك بتكساس

## ثانياً : معلومات عن النشاط المطلوب إقامته أو دعمه

- مسمى النشاط : مخيم شباب ولاية تكساس
- مكان إقامة النشاط : تكساس/ كولج بارك
- الدولة : الولايات المتحدة الولاية: تكساس المدينة : كولج بارك
- مدة النشاط ؛ الموعد المقترح : ٤ يونيو إلى ٨ يونيو
- موضوع وشعار النشاط : الأخوة في الله
- عدد المستفيدين من النشاط ونوعهم : ٢٠٠ شاب
- أهداف النشاط :

٣. تنمية روح الأخوة في الله
٤. بث روح التعاون على البر و التقوى

- البرامج المصاحبة للنشاط :

٤. محاضرات
٥. رياضة
٦. ترفيه

- المحاضرون المقترحون في النشاط من داخل أمريكا :

٤. شيخ يوسف إستس
٥. شيخ أنور العولقي
٦. م/ فاضل سليمان

- تفصيل الميزانية :

| م | البيان | العدد | السعر | الجملة |
|---|---|---|---|---|
| ١ | إيجار المخيم | ١ | $ ٢٠٠٠ | $٢٠٠٠ |
| ٢ | طعام | ٢٠٠ فرد | $ ١٥ | $٣٠٠٠ |



TRANSPERFECT

# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):

1_WAMYSA01519_EN-US
2_WAMYSA030079-81 (Aulaqi)_EN-US
3_WAMYSA167861_EN-US
4_WAMYSA189391_EN-US
5_WAMYSA190249_EN-US
6_WAMYSA341489_EN-US
7_WAMYSA341490-341492_EN-US
8_WAMYSA341500-341502_EN-US
9_WAMYSA341503-341505_EN-US
WAMY SA 222029_EN
WAMYSA051692-51698-EN
WAMYSAE001124-1133-EN

Source Language(s) Arabic

Target Language(s) English(US)

*Authorized Signature:*

*Name:* *Paola Valenti*

*Title:* *Project Assistant*

*Date:* *Tuesday, February 27, 2018*

*Signature, Notary Public:*

MARGARET GRIFFIN
Notary Public - State of New York
No. 01GR6352403
Qualified in KINGS County
Commission Expires DEC 27, 2020

*Stamp: Notary Public*

© 2018 TransPerfect Translations International, Inc. (TransPerfect).