*In the Name of Allah, the Most Gracious, the Most Merciful*

**Objective:** To make da'wah to the Chinese-origin (Mandarin-speaking) immigrants in the United States by distributing Chinese translation of WAMY's brochures: "Series on Islam" (1 – 10) to the Chinese people.

**Purposes:**

- Spread Islam for the sake of Allah to the Chinese-origin immigrants in the US
- While Chinese-origin immigrants can be found in almost every major city in the US, certain cities or areas have significant concentration. In the greater Los Angeles area, for example, there is an estimated 790,000 Chinese according to a local TV station. In the San Francisco Bay area, the estimation is 430,000 according to US Census 2000, which does not include Taiwanese immigrants.
- Increase the awareness of Islam among the Chinese-origin Americans

**Distribution:** To distribute flyers via various channels in selected cities where a high concentration of Chinese lives, or where Chinese muslim volunteers are available to do so.

- **Active Distribution:** To distribute flyers on the streets and various locations such as Chinese supermarkets, Chinese schools, etc. on various occasions, such as the up-coming Chinese Moon-festival, Chinese Lunar new-year festival.
- **Static Distribution:** Place flyers at certain places such as Chinese supermarkets, Chinese restaurants, Chinese schools, libraries, Senior houses.

**Cost estimation:**

Total cost is estimated to be $4108.00, as detailed in the table:

| Description | Amount | Notes |
|---|---|---|
| Printing (10/set, 5000 sets) | $3808.00 | Quotations attached, tax not included. |
| Shipping | $200.00 | Ship to various cities |
| Translator gifts (4) | $100.00 | 4 translators, each a set of audio tapes "The Hereafter Vol. 1" by Sh. Anwar Aulaqi, $25 per set. |
| Distributor gifts (40) | $0.00 | Use free books from WAMY or else where. |
| Total: | $4108.00 | |

**Targeted Areas:**

| Area or City | Estimated Chinese Population | Point of Contact | Sets to be Distributed |
|---|---|---|---|
| Greater Los Angeles, CA | 790,000 | Sr. Fatoma Wang* | 3000 |
| San Francisco bay area, CA | 430,000 | Sr. Sharifa Ma | 1000 |
| Dallas & Fortworth, TX | 90,000 | Sr. Jemilla Yang | 500 |
| Ann Arbor, OH | 50,000 | Sr. Aisha Chang | 300 |
| Reserved copies | N/A | Br. Isa Chao | 200 |

\* President of Chinese American Muslim Fellowship of Southern California, a non-profit organiztion.



EXHIBIT
ABDULLAH
286
LVF   10-21-19

EXHIBIT
WAMY EX. 171

WAMY Intl E000249

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York