Confidential: Attorney-Client Communications

In the Name of Allah, Most Beneficent Most Merciful

World Assembly of Muslim Youth

[Logo:
World Assembly of Muslim Youth
– WAMY – Who is better in speech
than the one who calls to God and
does good action and says 'I am one
of those who submit.' ]

World Assembly of Muslim Youth

---

Office of the Assistant Secretary General [bilingual]

Ref. Number: [handwritten: 10073]

Date: [handwritten: 12/29/1419]

[Corresponding to April 16, 1999]

His Excellence Mr. Abdullah bin Awad bin Laden – may God protect him

Director of the North America Office

Peace and God's mercy and blessings be on you

I pray to God Almighty that you be in the best condition and health. Dear Sir,

I refer to the letter received by the General Secretariat from the Respected Mr. Mohamed Al Khatib, the WAMY representative in Canada dated 11/16/1419 AH [Corresponding to April 3, 1999], which contained his request for the General Secretariat to assume the responsibility of covering the budget of the Canada office.

As you are well aware, the office falls under you and its budget falls within the budget allocated to the North America office. You had opened this office and have been spending on it ever since it was established.

I hope for your continuous support of the office and please provide with your opinion and what has been done in this regard.

May God protect and take care of you.

Peace and God's mercy and blessings be on you.

[stamp: World Assembly of Muslim Youth – [illegible] – WAMY – Est. 1392 – 1972]

Assistant Secretary General of Offices

World Assembly of Muslim Youth

[signature]

Dr. Saleh bin Ibrahim Ba Baeer

A/Atiyya/32

O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mossid Bin Jalawi St. Jaimeniya – Saudi Arabia – Tel.: (01) 4655431 / 4624815 / 4628975 641669 / 4641663 – Cable: ISLAMIYAH RIYADH x: 400413 / 405220 ISLAMI SJ, Fax.: (01) 4641710

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي السلمية - المملكة العربية السعودية - هاتف: ١٢٥٥٤٣١/ ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥ - برقياً: إسلامية الرياض - تلكس: ٤٠٠٤١٣/ ٤٠٥٢٢٠ إسلامي اس جي، فاكس: ٤٦٤١٧١٠ (٠١)

CONFIDENTIAL

WAMY SA 4484


EXHIBIT
WAMY EX. 172


EXHIBIT
ABDULLAH
293
LVF   10-21-19

Confidentioal: Attorney - Client Communications

بسم الله الرحمن الرحيم

خاص

**'orld Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

الرقم ........... ١٠٠٧٣

التاريخ ........ ٢٩/٢٠٠/١٤١٩هـ

سعادة الأخ الفاضل / عبد الله بن عوض بن لادن            حفظه الله

مدير مكتب أمريكا الشمالية

السلام عليكم ورحمة الله وبركاته ،،

أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد :

أشير إلى الخطاب الوارد للأمانة العامة من الأخ الفاضل / محمد الخطيب ممثل الندوة في كندا المؤرخ في ١٤١٩/١١/١٦هـ المتضمن طلبه أن تتولى الأمانة العامة تغطية ميزانية مكتب كندا .

وكما تعلمون فإن المكتب يتبع لكم وميزانيته تدخل ضمن الميزانية المخصصة لمكتب أمريكا الشمالية وقد توليتم افتتاح المكتب والصرف عليه منذ إنشائه .

أمل منكم مواصلة دعمكم للمكتب وموافاتنا برأيكم وما يتم بهذا الخصوص .

والله يحفظكم ويرعاكم ..

والسلام عليكم ورحمة الله وبركاته ،،

الأمين العام المساعد للمكاتب

للندوة العالمية للشباب الإسلامي



د . صالح بن إبراهيم بابعير

ع/عطية/٢٣

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي السليمانية ـ للمملكة العربية السعودية ـ هاتف: ٤٦٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥ ٤٦٤١٦٦٩ / ٤٦٤١٦٦٣ (٠١) ـ برقيا: إسلامية الرياض تلكس: ٤٠٠٧٢٠/٤٠٥٢٢٠ إسلامي اس جي، فاكس: (٠١) ٤٦٤١٧١٠

O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jalewi St. Jlaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975 641669 / 4641663 – Cable: ISLAMIYAH RIYADH x.: 400413 / 405220 ISLAMI SJ, Fax.: (01) 4641710

CONFIDENTIAL                                                                              WAMY SA 4484



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):          WAMYSA 4484

Source Language(s)     Arabic

Target Language(s)     English

Reason for signature: I approve the accuracy of this document content as written

Authorized Signature:

Crystal Dai (Oct 15, 2019)

Name:     Crystal Dai

Title:     Project Director

Date:     October 15, 2019

**Crystal Dai**
E-signed 2019-10-15 07:31PM CDT
crdai@transperfect.com
TransPerfect
Project Director

## LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS