CONFIDENTIAL

Industry Canada    Industrie Canada

Canada
Corporations Act

Loi sur les
corporations canadiennes

C A N A D A

LETTERS PATENT

WHEREAS an application has been filed to incorporate a corporation
under the name

WORLD ASSEMBLY OF MUSLIM YOUTH

THEREFORE the Minister of Industry by virtue of the powers vested
in him by the *Canada Corporations Act*, constitutes the applicants
and such persons as may hereafter become members in the corporation
hereby created, a body corporate and politic in accordance with the
provisions of the said Act.  A copy of the said application is
attached hereto and forms part hereof.

Date of Letters Patent - December 10, 1997

GIVEN under the seal of office of the Minister of Industry.

for the Minister of Industry

RECORDED     26th January, 1998

File Number:  344394-9

Deputy Registrar General of Canada



Canada

WAMYSA057575



EXHIBIT
WAMY EX. 174

IC 3276 (11-94) (cca 2482)

## APPLICATION FOR INCORPORATION OF A CORPORATION WITHOUT SHARE CAPITAL UNDER PART II OF THE CANADA CORPORATIONS ACT

To the Minister of Industry.

The undersigned hereby apply to the Minister of Industry for the grant of a charter by letters patent under the provisions of Part II of the Canada Corporations Act constituting the undersigned, and such others as may become members of the Corporation thereby created, a body corporate and politic under the name of

### WORLD ASSEMBLY OF MUSLIM YOUTH

The undersigned have satisfied themselves and are assured that the proposed name under which incorporation is sought is not the same or similar to the name under which any other company, society, association or firm, in existence is carrying on business in Canada or is incorporated under the laws of Canada or any province thereof or so nearly resembles the same as to be calculated to deceive.

II

The applicants are individuals of the full age of eighteen years with power under law to contract. The name, the address and the occupation of each of the applicants are as follows:

MOHAMAD KHATIB,
19 Varna Drive, North York, Ontario, M6A 2L6 -- Engineer

MOHAMMAD ZAHID ABOGHODIEH,
2032 Dickson Road, Mississauga, Ontario, L5B 1YG -- Businessman

SHAHAB SAMAD,
101 Dali Crescent, Scarborough, Ontario, M1B 5Y3 -- Accountant

DOUHA ELNACHEF,
722 Marlee Avenue, North York, Ontario, M6B 3J7 -- Naturopathic Doctor

MARWAN AZIZ,
556 Elm Drive West, Mississauga, Ontario, L5B 3Z3 -- Engineer

CONFIDENTIAL                                                                                   WAMYSA057576

The said MOHAMAD KHATIB, MOHAMMAD ZAHID ABOGHODIEH, SHAHAB SAMAD, DOUHA ELNACHEF and MARWAN AZIZ will be the first directors of the Corporation.

III

The objects of the Corporation are:

1) To preach, promote and advance the spiritual teachings of Islam by teaching the religious observances, tenets and doctrines associated with Islam through modern and innovative ways;

2) To support and maintain missions and missionaries in order to propagate the faith;

3) To provide training and resources to anyone interested in Islam and Muslims;

4) To support and cooperate with all humanitarian and Islamic organizations and individuals interested in advancing similar charitable objectives;

5) To establish a think tank and research centre to develop Islamic Thought and provide resources to students, members, academics, the media and anyone else interested in Islam.;

6) For the purposes aforesaid, and as incidental and ancillary thereto:

   a) To acquire and hold land for the purposes of a place of worship, to hold meetings, classes, and a library; and

   b) To operate a printing or publishing office in order to print, publish and distribute religious books, magazines, papers, research monographs and other religious literature directly related to the charitable objects.

IV

The operations of the Corporation may be carried on throughout Canada and elsewhere.

V

The place within Canada where the head office of the corporation is to be situated is:

City of North York, Ontario

CONFIDENTIAL

WAMYSA057577

## VI

It is specially provided that in the event of dissolution or winding-up of the corporation, all its remaining assets after payment of its liabilities shall be distributed to one or more qualified donees as defined under the provisions of the *Income Tax Act* with similar charitable objectives as the corporation.

## VII

In accordance with Section 65 of the Canada Corporations-Act, it is provided that, when authorized by by-law, duly passed by the directors and sanctioned by at least two-thirds of the votes cast at a special general meeting of the members duly called for considering the by-law, the directors of the corporation may from time to time

a) borrow money upon the credit of the corporation;

b) limit or increase the amount to be borrowed;

c) issue debentures or other securities of the corporation;

d) pledge or sell such debentures or other securities for such sums and at such prices as may be deemed expedient; and,

e} secure any such debentures, or other securities, or any other present or future borrowing or liability of the corporation, by mortgage, hypothec, charge or pledge of all or any currently owned or subsequently acquired real and personal, movable and immovable, property of the Corporation, and the undertaking and rights of the corporation.

Any such by-law may provide for the delegation of such powers by the directors to such officers or directors of the corporation to such extent and in such manner as may be set out in the by-law.

Nothing herein limits or restricts the borrowing of money by the corporation on bills of exchange or promissory notes made, drawn, accepted or endorsed by or on behalf of the corporation.

## VIII

The by-laws of the corporation shall be those filed with the application for letters patent until repealed, amended, altered or added to.

CONFIDENTIAL

WAMYSA057578

IX

The corporation is to carry on its operations without pecuniary gain to its members and any profits or other accretions to the corporation are to be used in promoting its objects.

DATED at the City of Scarborough in the Province of Ontario this 20 day of November, 1997.

Signature of Applicants

_____
MOHAMAD KHATIB

_____
SHAHAB SAMAD

_____
MARWAN AZIZ

_____
MOHAMMAD ZAHID ABOGHODIEH

_____
DOUHA ELNACHEF

CONFIDENTIAL

WAMYSA057579