Revenue        Revenu
Canada         Canada

T2050(1)
Rev. 95

# PPLICATION FOR INCOME TAX REGISTRATION FOR ANADIAN AMATEUR ATHLETIC ASSOCIATIONS AND ANADIAN CHARITIES

| For Departmental use only |
| --- |
| Registration number |
| Date |

LEASE READ THE INSTRUCTIONS ON THE PERFORATED FLAPS. You will need the information to properly complete this form. The imbered paragraphs in the instructions match the numbers on this form.

I organizations, corporations, trusts, etc. who want to become registered charities or registered Canadian amateur athletic associations must implete this form.

## ART I – IDENTIFICATION

. Name of applicant

WORLD ASSEMBLY OF MUSLIM YOUTH

. Mailing address (Street and no., P.O. Box or R.R. No.)

19 Varna Drive

| . City or town | 4. Province | 5. Postal code |
| --- | --- | --- |
| TORONTO | ONTARIO | M6A 2L6 |

. Address at which books and records will be kept

19 Varna Drive

| . City or town | 8. Province | 9. Fiscal year-end | Day | Month |
| --- | --- | --- | --- | --- |
| TORONTO | ONTARIO | | | |

## ART II – SUPPORTING INFORMATION

Attached

10. Please attach an **official** copy of each of the **governing documents** under which the applicant was established. . . . . .   [X]

Does your organization have by-laws?   [X] Yes   [ ] No

If yes, please attach an official copy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [X]

11. Please attach a **statement of activities** setting out fully the activities and programs to be carried on by the applicant to further each of the objectives or purposes set out in its governing documents. . . . . . . . . . . . . . . . . . . .   [X]

12. Please attach **financial statements** for the last completed year or fiscal year of operation. If the applicant is not yet in operation, you should attach a copy of a proposed budget or estimate of income and expenditures, as well as anticipated assets and liabilities for the first year of operation. . . . . . . . . . . . . . . . . . .   [X]

13. Please attach a **list of officers** showing the full name, address and occupation of all the executive or directing officers of the applicant, including, in the case of a parish or congregation, the name of the priest, pastor, minister, or religious leader in charge. . . . . . . . . . . . . . . . . . . . .   [X]

14. Is the applicant seeking registration as:   [X] a charity?

or

[ ] a Canadian amateur athletic association?

15. Does the applicant own (or intend to own) real property, i.e., land or buildings?   [X] Yes   [ ] No

If Yes, please state below the name in which title to the real property will be registered.

Name

WORLD ASSEMBLY OF MUSLIM YOUTH

CONFIDENTIAL

ted in Canada        Form authorized by the Minister of National Revenue        Cette formule est disponible en français

EXHIBIT
WAMY EX. 176

WAMYSA057580

## ART III – FOR CHARITIES ONLY

Only those applying for registration as charities need to answer questions 16, 17 and 18

|  |  | Yes | No |
|---|---|---|---|
| 16. | Has the applicant been formed for the purpose of giving more than 50% of its income to other registered charities or other "qualified donees?" ............................. | ☐ | ☒ |
| 17. | Are 50% or more of the directing officers named in number 13 (front page) related to any other person named in the list? If any of the executive or directing officers are related by blood, marriage, adoption, common-law relationship or close business or corporate ties (e.g., business partners, employers and employees), please indicate this relationship on the list provided in response to question number 13 on the front of this form. ............... | ☐ | ☒ |
| 18. | To the best of your knowledge, will the applicant receive more than 50% of its funds from one person, or from a group of persons who are related to each other? ............... | ☐ | ☒ |

If yes, please explain the funding arrangement:

## ART IV – CERTIFICATION

19. We hereby certify that the information given in this application and in all documents attached is true and correct.

| Officers Name (please print) | Signature | Date |
|---|---|---|
| MOHAMAD KHATIB | *Khatib* | June 7, 1998 |
| Position or office within organizational structure of the applicant PRESIDENT | Address 19 Varna Drive North York, Ontario M6A 2L6 | Business Telephone Number (416) 787-2146 Home Telephone Number (416) 622-2184 |
| Officers Name (please print) MARWAN AZIZ | Signature *M. Aziz* | Date June, 7/98 |
| Position or office within organizational structure of the applicant SECRETARY | Address 55 Elm Drive West, #702 Mississauga, Ontario L5B 3Z3 | Business Telephone Number (416) 228-6518 Home Telephone Number (905) 281-9258 |

is a serious offence to make false or deceptive statements.

20. Name, address and telephone number of authorized representative, if different from 19 above:

| Name | Home Telephone Number | Business Telephone Number |
|---|---|---|
| M.F. AHAMEDKUTTY LL.B. (Kutty Law Office) | (416) 723-9917 | (416) 289-9666 |
| Address 885 Progress Avenue UPH 15 Scarborough, Ontario M1H 3G3 | | |

CONFIDENTIAL

WAMYSA057581