Confidentioal: Attorney - Client Communications





مكتب أمريكا
U.S.A. Office
Member of UN NGO's

الندوة العالمية للشباب الإسلامي
World Assembly of Muslim Youth

التاريخ: ١٤٢٢/١/٢٤هـ

سعادة الدكتور صالح بن إبراهيم باعجير
الأمين العام المساعد لشؤون المكاتب الخارجية
السلام عليكم ورحمة الله وبركاته

إشارة إلى خطابكم رقم ٤٠١ وتاريخ ١٤٢٢/١/١٥ بخصوص ممثل الندوة بكندا نفيد سعادتكم بأنه تمت مخاطبتكم بالتغيير بتاريخ ١٤٢٢/١/١١ أي قبل تحريركم لخطاب العتاب على التغيير وقد تم فيه شرح أسباب الحاجة للتغيير وتتلخص فيما يلي:

١- أن الأخ محمد الخطيب قدم استقالته بناء على انشغاله بتمثيل أربع مؤسسات إسلامية في نفس الوقت مما سبب ازدواجية أضرت بسمعة الندوة في كندا حيث كان يظهر في كل مناسبة باسم جديد وجاءتنا شكاوى بهذا الخصوص وتأكدنا من صحتها.

٢- أن الأخ محمد الخطيب لم يقدم السنة الماضية سوى عمل واحد كانت مشاركة الندوة فيه ضعيفة على رغم التكلفة العالية ٣٠٠٠ دولار أمريكي وقدم فيه تقريرا هزيلا.

٣- خلال السنوات الماضية كان الاخ محمد يعمل تحت اشراف مكتب أمريكا وكان أداءه غير مرضي عنه وقد سبق أن فصله من تمثيل الندوة الأخ عبدالله بن لادن وقمت شخصيا بالتوسط له وإعادته للعمل مع المكتب لكن لم يتحسن وضعه.

بناء على ماسبق من مبررات وحرصا على مصلحة العمل وحتى لا يتقلد الأمانه إلا من هو كفؤ لها وبعدا عن المجاملات، فهي مسؤولية في رقابنا جميعاً أن توضع أموال المسلمين في أيدي أمينه، تم ترشيح الأخ طلحة الجراد وتم رفع توصية بذلك مدعومة بالوثائق والتزكيات اللازمة نرجو من سعادتكم سرعة اعتماد هذا الترشيح فهو الأقرب من وجهة نظرنا في تحقيق المصلحة والله أعلم وهو يهدي سواء السبيل.

ونفيدكم أن موضوع استقالة الأخ محمد الخطيب تمت بكل مودة وروح تعاون فهو رجل فاضل وقد قدمنا له مكافأة مالية ورسالة شكر عن خدماته وهو لم يتردد في تسليم مالديه من عهد مالية وحسابات للأخ طلحة الجراد ووعد بالاستمرار بالتعاون معه ولله الحمد والمنه، تجدون برفقه صورة لآخر رسالة شكر وصلتنا من الاخ محمد الخطيب.

وتفضلوا بقبول خالص تحياتي.

إبراهيم سليمان عبدالله
نائب المشرف على المكتب

www.wamyusa.org
P.O. Box 8096 • Falls Church, VA 22041-8096

Tel. (703) 820-6656 / 783-8410
Fax. (703) 783-8409



الندوة العالمية للشباب الإسلامي
الأمانة العامة

٢٧ محرم ١٤٢٢

رقم الوارد: ٨٢٩
رقم التعريف: ٢٢٦٥

EXHIBIT
WAMY EX. 177    WAMYSA9972

Confidentioal: Attorney - Client Communications





مكتب أمريكا
U.S.A. Office
Member of UN NGO's

الندوة العالمية للشباب الإسلامي
## World Assembly of Muslim Youth



# Fax

**To:** د. صالح بن ابراهيم بابعير    **From:** م. ابراهيم سليمان عبدالله

مساعد الأمين العام لشئون المكاتب الخارجية    **Date:** April 20, 2001

**Phone:**    **Pages:** 3 including the cover

**Re:**    **CC:**

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

**•Comments:**

www.wamyusa.org
P.O. Box 8096 • Falls Church, VA 22041-8096

Tel. (703) 820-6656 / 783-8410
Fax. (703) 783-8409

WAMYSA9973

Confidential Attorney Client Communication

In the name of Allah, the Merciful, the Gracious

World Assembly of Muslim Youth       [*logo of the Assembly*]
U.S.A. office
Member of UN NGO's

24/6/1420 Hegira

His Excellency Dr. Saleh Bin Ibrahim Babaer,
The Assistant Secretary General for Foreign Offices Affairs

Greetings

With reference to your letter number 401 dated 15/1/1422 regarding Assembly representation in Canada, we would like to inform you that you were told about the change on 22/1/1422, i.e. prior to your writing the admonition letter for the change in which the reasons for the change have been explained as follows:

1- Brother Mohamed Alkhatib has submitted his resignation because he is busy representing 4 Muslim organizations simultaneously, leading to duplicity resulting in a bad reputation for the Assembly in Canada because he attended each event under a different title. We have received complaints to that effect which we have verified.

2- Last year, Brother Mohamed Alkhatib presented only one event which the Assembly participated in poorly despite the high cost of US$3000, for which he submitted a flimsy report.

3- Over the last years, Brother Mohamed was working under the supervision of America office and his performance was not satisfactory, and was previously dismissed from representing the Assembly by Brother Abdullah Bin Laden, and I personally interfered to reinstate him in the office, but his performance has not improved.

Due to the above-mentioned reasons, and working in the best interest of the mission, and to prevent an unqualified person from being appointed, and to steer away from diplomatic courtesies, since it is a responsibly upon our shoulders to put faithful personnel in charge of the funds of the Muslims, Brother Talat Aljarad was nominated and a recommendation was submitted supported by necessary documents and credentials. We request your Excellency to approve his appointment quickly since he is, from our viewpoint, the best candidate to perform the task; Allah is the Omniscient and He guides whoever He chooses.

Please be informed that the resignation of Brother Mohamed Alkhatib was finalized amicably and cooperatively because he is a praiseworthy man. We have offered him a financial reward and a letter of thanks for his services, and he did not delay delivering what was in his possession in the form of finances and accounts to Brother Talhat Aljarad, and promised to continue to cooperate with him, praise to Allah. Please find enclosed a copy of the last letter of thanks we received from Brother Mohamed Alkhatib.

Respectfully.

Ibrahim Suleiman Abdullah
Office Deputy Supervisor
[*signature*]

www.wamyusa.org - P. O. Box 8096 - Falls Church, VA 22041-8096 - Tel. (703) 820-6656/783-8410 - Fax. (703) 783-8409

[*stamp*: World Assembly of Muslim Youth, General Secretariat 27 Muharram 1422 Reception number 819 Identification number 3365]

WAMYSA9972

Confidential Attorney Client Communication

In the name of Allah, the Merciful, the Gracious

World Assembly of Muslim Youth          [*logo of the Assembly*]
U.S.A. office
Member of UN NGO's

Fax

To: Dr. Saleh Ibrahim Babaer                     From: M. Ibrahim Suleiman Abdullah

Assistant Secretary General for Foreign Offices Affairs    Date: April20, 2001

Pages: 3 including the cover

www.wamyusa.org - P. O. Box 8096 - Falls Church, VA 22041-8096 - Tel. (703) 820-6656/783-8410 - Fax. (703) 783-8409

WAMYSA9973