Confidentioal: Attorney - Client Communications



# World Assembly of Muslim Youth

## Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

الرقم : ١٠٤٣

التاريخ : ٥ / ٤ / ١٤٢٢هـ

الأخ الفاضل .أ. إبراهيم سليمان عبد الله             حفظه الله

نائب المشرف على مكتب الندوة بأمريكا الشمالية وكندا

السلام عليكم ورحمة الله وبركاته وبعد ،،

أسأل الله تعالى أن تكونوا في خير حال وعافية .. وبعد .

إشارة إلى خطابكم بتاريخ ١٤٢٢/١/٢٤ هـ بخصوص استقالة الأخ/ محمد الخطيب وتعيين الأخ / طلحة الجراد ـ مديرا لمكتب الندوة في كندا ، ونشكركم للإيضاح الذي تفضلتم به ، ونبلغكم بموافقتنا على تعيين المذكور آملين أن يتم تفعيل مكتب الندوة في كندا لأداء رسالته على النحو المتطلع إليه .

والله تعالى أسال للجميع التوفيق لما يحب ويرضى .

والسلام عليكم ورحمة الله وبركاته.

الأمين العام المساعد لشؤون المكاتب

للندوة العالمية للشباب الإسلامي



د / صالح بن إبراهيم بابعير

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  -  Saudi Arabia  -  Tel. (01) 464 1669 (10) Lines / 465 5431
Cable :   ISLAMIYAH RIYADH     -     Fax.:  (01) 464 1710

ص.ب : ١٠٨٤٥ ـ الرياض : ١١٤٤٣ ـ شارع الأمير عبد العزيزين مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط/ ٤٦٥٥٤٣١
برقيـــاً : إسلاميـــة الريـــاض   ـ   فاكــــس : ٤٦٤١٧١٠ (٠١)

EXHIBIT

WAMY EX. 178

WAMYSA9976

Confidentioal: Attorney - Client Communications



مكتب أمريكا
U.S.A. Office
Member of UN NGO's

الندوة العالمية للشباب الاسلامي
World Assembly of Muslim Youth

التاريخ ١١ /١/١٤٢٢هـ
الموافق: ٥/ ٤ / ٢٠٠١ م

سعادة الدكتور صالح بن ابراهيم بابعير     حفظه الله
الأمين العام المساعد لشئون المكاتب الخارجية

السلام عليكم ورحمة الله وبركاته

بعد شكر الله تعالى على توفيقه في ما يقوم به مكتب الندوة بأمريكا وكندا من أعمال الخير ، نشكر لكم دعمكم وتشجيعكم لهذه المسيرة تقبل الله منا ومنكم صالح الأعمال.

ونفيد سعادتكم بأن الأستاذ محمد الخطيب ممثل الندوة في كندا والذي يعمل تحت إشراف مكتب أمريكا قدم استقالته، مرفق صورة منها، نظراً لانشغاله بالعمل مع عدد من المؤسسات الاسلامية الأخرى مما سبب ازدواجية في العمل تعارضت مع مصلحة تمثيل الندوة في تلك الدولة الكبيرة والتي نسعى لترسيخ عمل الندوة فيها بما يتناسب وسمعة الندوة العالمية. وبناء على ذلك وبعد تحري دقيق وقع اختيارنا على المهندس طلحة محمد صالح الجراد –سوري الجنسية- للعمل كممثل للندوة في كندا وهو من الدعاة المجتهدين لخدمة هذا الدين ولا نزكية على الله وتتلخص خبراته في مايلي:

١- خريج جامعة الملك فهد للبترول والمعادن. وحاصل على الماجستير.
٢- عمل إماماً لأحد مساجد الجامعة لمدة اربع سنوات، كان يلقي فيها الدروس ويوجه الطلاب ونظم العديد من الرحلات والمخيمات.
٣- معروف ولدية تزكية من كل من الشيخ عبدالرحمن الربيعة –الأمين العام المساعد للندوة للمنطقة الشرقية، والشيخ سالم الحارثي –عضو الدعوة بفرع الوزارة في منطقة نجران. مرفق صور من التزكيات.
٣- معروف بنشاطه في كندا في العديد من المراكز الاسلامية في القاء المحاضرات والدروس وتوجيه الجالية الاسلامية

لمزيد من التفصيل تجدون برفقة صورة من السيرة الذاتية، نرجو من سعادتكم التكرم باعتماد ترشيح المهندس طلحة محمد صالح الجراد كممثل للندوة في كندا والتوجية بذلك للادارات المعنية لاتخاذ اللازم.

وتفضلوا بقبول خالص تحياتي..

م. إبراهيم سليمان عبدالله
نائب المشرف على المكتب

www.wamyusa.org
P.O. Box 8096 - Falls Church, VA 22041-8096

Tel. (703) 820-6656 / 783-8410
Fax. (703) 783-8409

WAMYSA9977

Confidentioal: Attorney - Client Communications

Received: 19.Mar.01 08:14 AM  From: 4167877669  To: 7037838409

Powered by eFax.com     Page: 1 of 1

FROM : KHATIB & ELNACHEF         PHONE NO. : 416 787 7669        Mar. 19 2001 10:24AM P1

<div dir="rtl">

24 ذو الحجة 1421 هـ

سعادة الأخ الفاضل المهندس إبراهيم سليمان عبد الله            حفظه الله

نائب المشرف على مكتب الندوة في أمريكا

السلام عليكم ورحمة الله وبركاته

بالاشارة الى خطابكم بتاريخ 21 ذو الحجة 1421 هـ نشكر لكم صراحتكم ، وأقدم لكم استقالتي من تمثيل الندوة في كندا، وأفسح المجال للاخ طلحة الجراد لتحقيق مصلحة العمل، وسأكون عونا له على كل خير بإذن الله عز وجل، وقد قابلت الأخ طلحة منذ يومين واعلمته بفحوى قراركم.

تحياتي للأخ الفاضل المهندس عبد الله بن لادن وللاخوة العاملين في الندوة الحبيبة عندكم، والسلام عليكم ورحمة الله.

أخوكم محمد الخطيب

</div>

WAMYSA9978

Confidential Attorney Client Communication

1) Canada Office
2) America Office

In the name of Allah, the Merciful, the Gracious

World Assembly of Muslim Youth          [*logo of the Assembly*]
Member of UN NGO's


Office of the Assistant Secretary General                                    Number 1043

5/2/1422 Hegira

His Excellency the esteemed brother Ibrahim Suleiman Abdullah, may Allah protect him
The Director of North America Office

Greetings

I pray to God that you are well.

I refer to you letter dated 24/1/1422 regarding the resignation of Brother Mohamed Alkhatib and appointment of Brother Talat Aljarad as the manager of the Assembly office in Canada,; we thank you for the explanation presented. We inform you of our approval of appointing the aforementioned hoping that the Assembly office in Canada is reactivated to perform its duties in the proper manner.

I ask Allah to guide everyone for what He loves and likes.

Greetings.

Assistant Secretary General for Offices Affairs
World Assembly of Muslim Youth
[*signature*] [*stamp of World Assembly of Muslim Youth*]
Dr. Saleh Bin Ibrahim Babaer

P. O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jalawi St., Sulaimaniya - Saudi Arabia
Tel: (01) 4655431/4624615/4628975/4641669/4641663 Cable: ISLAMIYAH RIYADH Telex
400413/405220 ISLAMI SJ, Fax: (01)4641710

WAMY SA9976

Confidential Attorney Client Communication

In the name of Allah, the Merciful, the Gracious

World Assembly of Muslim Youth        [*logo of the Assembly*]
U.S.A. office
Member of UN NGO's

11/1/1422 Hegira
Corresponding to 5/4/2001 Gregorian

[*stamp*: World Assembly of Muslim Youth, General Secretariat 24 Muharram 1422 Reception number 737 Identification number 3365]

His Excellency Dr. Saleh Bin Ibrahim Babaer,
The Assistant Secretary General for Foreign Offices Affairs

Greetings

After thanking Allah for His guidance of the good work done by the offices in America and Canada, we thank you for your support and encouragement for this job asking Allah to accept our good works and yours.

We inform you that Mr. Mohamed Alkhatib, the representative of the Assembly in Canada, which is under the supervision of America office, has submitted his resignation, a copy of which is attached, due to his preoccupation working with a number of other Islamic organizations leading to duplicity of work contrary to the interest of representing the Assembly in that vast country in which we strive to establish the work of the Assembly in line with the international reputation of the Assembly. Hence, and after a thorough investigation, we have shortlisted Engineer Talhat Mohamed Saleh Aljarad - a Syrian citizen - to act as the Assembly representative in Canada, and he is one of the hardworking preachers to serve this religion [illegible 4 words], and his experience is summarized as follows:

1- A graduate of the University of King Fahd, Petrol and Minerals, holding a Master's degree.
2- Has worked as an Imam for one of the university mosques for four years, giving lectures and guiding students and organizing a number of trips and camps.
3- Is known and recommended by Sheikh Abdurrahman Rabeea - Assistant General Secretary of the East Region, and Sheikh Salem Alharithi - member of the herald at the ministry office in Najran region. Enclosed are copies of the recommendations.
4- Is known for his activity in Canada in a number of Islamic centers, giving lectures and lessons and guiding the Islamic community.

For further details, please find a copy of his CV. Please approve the appointment of Engineer Talhat Mohammed Saleh Aljarad as Assembly Representative in Canada, informing the concerned departments to perform the procedures.

M. Ibrahim Suleiman Abdullah

Assistant Office Supervisor

www.wamyusa.org - P. O. Box 8096 - Falls Church, VA 22041-8096 - Tel. (703) 820-6656/783-8410 - Fax. (703) 783-8409

WAMYSA9977

Confidential: Attorney - Client Communication
Received 19.Mar.01  06:14 AM  From 4167877669      to 7037838409            Powered by eFax.com          Page 1 of 1
From: KHATIB & ELNACHEF                  Phone No.: 416 787 3096              Mar. 19 2001 10:24 PM P1

24 Zou Alhijjah 1422 Hegira

His Excellency Brother Engineer Ibrahim Suleiman Abdullah, may Allah protect him

Assistant Supervisor of the Assembly office in America

Greetings

Reference is made to your letter of 21 Zou Alhijjah 1421. I thank you for your frankness, and I submit my resignation from representing the Assembly in Canada, to give space to Brother Talhat Aljarad to achieve the job duties, and I will be his support for every good deed as Allah permits. I met Brother Talhat two days ago and informed him of your decision.

My regards to the esteemed Brother Engineer Abdullah Bin Laden and the brothers working at the beloved Assembly at your end.

Greetings.

Your brother Mohammed Alkhatib

WAMYSA9978