Bank of Montreal  E  que de Montréal

Statement of Account
Relevé de compte

985 DUNDAS ST E
MISSISSAUGA ONT
L4Y 2B9

| Transit No de dom | D/J | Date M/M | Y/A | Account Title Désignation de compte | Account Type Type de compte | Account No. No de compte | Page |
|---|---|---|---|---|---|---|---|
| T 0 0430 | 05 | 01 | 2001 NPO | | FBIA | 8086-611 | 3 |

Jan.

WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK
ON                M6A 2L6

**WAMY EX. 179**

TRANSACTION CODES *
CODES DE TRANSACTION *

AD Adjustment / Rectification
AM AIR MILES Purchase at Merchant / AIR MILES achat chez le commerçant
AP AIR MILES Pre-authorized payment/debit / Transaction de débit ou paiement préautorisée AIR MILES
AR AIR MILES Merchandise return / AIR MILES retour de marchandise
AT AIR MILES Direct Deposit / AIR MILES Dépôt Direct
CB Cheque Posted By Branch / Chèque inscrit par la succ.
CC Certified Cheque / Chèque certifié
CD Customer Deposit / Dépôt
CK Cheque / Chèque
CM Credit Memo / Avis de crédit
CW Telephone Banking / Services bancaires par téléphone
DC Other Charge / Autres frais
DD Direct Deposit / Pre-authorized Debit / ît ou débit direct
D. oit Memo / Avis de débit
DN Not Service Chargeable / Sans frais de gestion
DR Overdraft / Découvert
DS Service Chargeable / Avec frais de gestion
EC Error Correction / Correction d'erreur
FX Foreign Exchange / Change
GS Tax / Taxe
IB Instabank / Instabanque
IN Interest / Intérêt
LI Loan Interest / intérêt sur prêt
LN Loan Payment / Versement sur prêt
LP Loan Advance / Avance sur prêt
LT Large Volume Account List Total / Liste de chèque - compte superactif
MB Multi-Branch Banking / Inter-Service
NR Non-Resident Tax / Impôt de non-résident
NS Cheque returned NSF / Chèque retourné - provision insuffisante
NT Nesbitt Burns Entry / Transaction de Nesbitt Burns
QM Other Machine / Autre machine
PR Purchase at Merchant / Achat chez le commerçant
RC NSF Charge / Frais pour provision insuffisante
RN Merchandise Return / Retour de marchandise
RT Returned Item / Article retourné
RV Merchant Reversal / Correction - Commerçant
SC Service Charge / Frais de gestion
 nding Order / re de virement
S. Merchant Deposit / Dépôt du commerçant
TF Transfer of Funds / Virement
TX Tax / Taxe
WD Withdrawal / Retrait

Please see the reverse side for the Account Types. / Les types de compte figurent au verso.

| | Date | |
|---|---|---|
| BALANCE FORWARD SOLDE REPORTÉ | 05 12 | 219 00 |

| CODE | Description / Message justificatif | Debits / Débits | Credits / Crédits | Day Jour | Mo. | Balance / Solde |
|---|---|---|---|---|---|---|
| IB | 5337394 985 DUNDAS ST | | 1565 00 | 12 | 12 | 1784 00 |
| IB | 5331073 985 DUNDAS ST | | 719 26 | 19 | 12 | 2503 26 |
| IN | | | 5 | 29 | 12 | |
| SC | CHQ          6 @ $0.16 | 96 | | 29 | 12 | |
| SC | ABM      02 ITMS AT 0.55 | 1 10 | | 29 | 12 | |
| SC | MAINTENANCE FEE    $2.00 | 2 00 | | 29 | 12 | 2499 71 |
| IB | 9560758 985 DUNDAS ST. | | 3300 00 | 03 | 01 | 5799 71 |

WANT TO TAKE THE FOREIGN CONTENT OF YOUR RRSP BEYOND
THE 30% FOREIGN PROPERTY LIMIT? INVEST IN OUR EXPANDED
FAMILY OF BMO RSP WORLD FUNDS - A COMPLETE RANGE OF
100% RSP-ELIGIBLE GLOBAL FUNDS. CALL 1-800-665-7700
OR VISIT www.bmo.com/mutualfunds

Prompt notification of any change of address would be appreciated. / Prière de signaler à la Banque tout changement d'adresse.

Please check this statement and report any errors or omissions within 30 days of its delivery.
Prière de vérifier ce relevé de compte et de signaler toute erreur ou omission dans les 30 jours suivant sa réception.

FORM BOM7X 10/99

PEC-WAMY031318

# Bank of Montreal ▲ E que de Montréal

Statement of Account
Relevé de compte

985 DUNDAS ST E
MISSISSAUGA, ONT
L4Y 2B9

WAMY
2001

| Transit No de dom | Date D/J M/M Y/A | Account Title Désignation de compte | Account Type Type de compte | Account No. No de compte | Page |
|---|---|---|---|---|---|
| T   1 0430 | 05 02 2001 | NPO | FBIA | 8086-611 | 4 |

Feb.

WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK
ON                         M6A 2L6

## TRANSACTION CODES *
## CODES DE TRANSACTION *

AD Adjustment
   *Rectification*
AM AIR MILES Purchase at Merchant
   *AIR MILES achat chez le commerçant*
AP AIR MILES Pre-authorized
   payment/debit
   *Transaction de débit ou paiement préautorisée AIR MILES*
AR AIR MILES Merchandise return
   *AIR MILES retour de marchandise*
AT AIR MILES Direct Deposit
   *AIR MILES Dépôt Direct*
CB Cheque Posted By Branch
   *Chèque inscrit par la succ.*
CC Certified Cheque
   *Chèque certifié*
CD Customer Deposit
   *Dépôt*
CK Cheque
   *Chèque*
CM Credit Memo
   *Avis de crédit*
CW Telephone Banking
   *Services bancaires par téléphone*
DC Other Charge
   *Autres frais*
DD Direct Deposit/
   Pre-authorized Debit
   *Dépôt ou débit direct*
DM Debit Memo
   *Avis de débit*
DN Not Service Chargeable
   *Sans frais de gestion*
DR Overdraft
   *Découvert*
DS Service Chargeable
   *Avec frais de gestion*
EC Error Correction
   *Correction d'erreur*
FX Foreign Exchange
   *Change*
GS Tax
   *Taxe*
IB Instabank
   *Instabanque*
IN Interest
   *intérêt*
LI Loan Interest
   *intérêt sur prêt*
LN Loan Payment
   *Versement sur prêt*
LP Loan Advance
   *Avance sur prêt*
LT Large Volume Account
   List Total
   *Liste de chèque - compte superactif*
MB Multi-Branch Banking
   *Inter-Service*
NR Non-Resident Tax
   *Impôt de non-résident*
NS Cheque returned NSF
   *Chèque retourné - provision insuffisante*
NT Nesbitt Burns Entry
   *Transaction de Nesbitt Burns*
OM Other Machine
   *Autre machine*
PR Purchase at Merchant
   *Achat chez le commerçant*
RC NSF Charge
   *Frais pour provision insuffisante*
RN Merchandise Return
   *Retour de marchandise*
RT Returned item
   *Article retourné*
RV Merchant Reversal
   *Correction - Commerçant*
SC Service Charge
   *Frais de gestion*
SO Standing Order
   *Ordre de virement*
ST Merchant Deposit
   *Dépôt du commerçant*
TF Transfer of Funds
   *Virement*
TX Tax
   *Taxe*
WD Withdrawal
   *Retrait*

Please see the reverse side
for the Account Types.
*Les types de compte
figurent au verso.*

Form 15126 BL (03/00) (12-00)

|  | BALANCE FORWARD / SOLDE REPORTÉ | | Date 05 01 | 5799 71 |
|---|---|---|---|---|

| CODE | Description / Message justificatif | Debits / Débits | Credits / Crédits | Day/Mo. Jour | Balance / Solde |
|---|---|---|---|---|---|
| IB | 9562586  985 DUNDAS ST. | | 35000 | 08 01 | 5834 71 |
| IB | 5332402  985 DUNDAS ST | | 7336 90 | 09 01 | 13171 61 |
| IB | BR.0309 | 7336 90 | | 11 01 | |
| CM | BR.0309 | | 7356 90 | 11 01 | 13191 61 |
|  | ABM DEPOSIT ADJUSTMENT | | | | |
|  | 5332402 | | | | |
| IB | 985 DUNDAS ST. | | 1410 00 | 17 01 | 14601 61 |
| CK | NO.6 | 13000 00 | | 18 01 | 1601 61 |
| FX | USD CLRNG 0309 | | 49 07 | 22 01 | |
|  | AT1.4807     HC    $2.75 | | | | |
|  | 35.00 | | | | |
| DM | BR.0309 | 35 00 | | 22 01 | 1615 68 |
|  | IB 956/2586 | | | | |
|  | US ITEM | | | | |
| SC | CHQ         9 @  $0.16 | 1 44 | | 31 01 | |
| IN | | | 3 11 | 31 01 | |
| SC | ABM       05 ITMS AT 0.55 | 2 75 | | 31 01 | |
| SC | MAINTENANCE FEE     $2.00 | 2 00 | | 31 01 | 1612 60 |

RRSP INVESTING MADE EASY.
BMO TERM INVESTMENTS MAKE IT EASY TO INVEST IN GICS
THIS RRSP SEASON, WITH THREE CONVENIENT WAYS TO BUY:
THROUGH YOUR LOCAL BRANCH, AT 1 877 262-5891, OR ONLINE
AT WWW.BMO.COM/RRSP

Prompt notification of any change of address would be appreciated. / *Prière de signaler à la Banque tout changement d'adresse.*

9701-2

Please check this statement and report any errors or omissions within 30 days of its delivery.
*Prière de vérifier ce relevé de compte et de signaler toute erreur ou omission dans les 30 jours suivant sa réception.*

FORM BOMJX 10/99

PEC-WAMY031319

**Bank of Montreal** **Banque de Montréal**

Statement of Account
Relevé de compte

985 DUNDAS ST E
MISSISSAUGA, ONT
L4Y 2B9

| Transit Nº de dom | Date D/J M/M Y/A | Account Title Désignation de compte | Account Type Type de compte | Account No. Nº de compte | Page |
|---|---|---|---|---|---|
| T  0  0430 | 05 03 2001 NPO | | FBIA | 8086-611 | 5 |

March

WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK
ON                    M6A 2L6

| | | Date |
|---|---|---|
| BALANCE FORWARD SOLDE REPORTÉ | 05 02 | 1612 60 |

| CODE | Description / Message justificatif | Debits / Débits | Credits / Crédits | Day Jour | Mo. | Balance / Solde |
|---|---|---|---|---|---|---|
| IB | 985 DUNDAS ST. | | 2213 82 | 22 | 02 | 1833 98 |
| IN | | | 38 28 | | 02 | |
| SC | CHQ        3 @  $0.16 | 48 | | 28 | 02 | |
| SC | ABM      01 ITMS AT 0.55 | 55 | | 28 | 02 | |
| SC | MAINTENANCE FEE    $2.00 | 2 00 | | 28 | 02 | 1831 33 |
| IB | 985 DUNDAS ST. | | 4969 00 | 02 | 03 | |
| FX | USD CLRNG | | 985 38 | 02 | 03 | |
| | AT1.5202    HC  $2.75 | | | | | |
| | 650.00 | | | | | |
| CD | | | 315 00 | 02 | 03 | 8100 71 |

"PLANNING A TRIP?  ONLINE BANKING CLIENTS CAN NOW ENJOY
THE CONVENIENCE OF ORDERING TRAVELLERS CHEQUES AND
FOREIGN CURRENCY AT www.bmo.com WITH DELIVERY TO THEIR
DOOR.   SERVICE AND COURIER FEES APPLY."

Prompt notification of any change of address would be appreciated. / Prière de signaler à la Banque tout changement d'adresse.

9701-3

Please check this statement and report any errors or omissions within 30 days of its delivery.
Prière de vérifier ce relevé de compte et de signaler toute erreur ou omission dans les 30 jours suivant sa réception.

FORM BOM7X 10/99

**TRANSACTION CODES ***
**CODES DE TRANSACTION ***

AD  Adjustment / Rectification
AM  AIR MILES Purchase at Merchant / AIR MILES achat chez le commerçant
AP  AIR MILES Pre-authorized payment/debit / Transaction de débit au paiement préautorisée AIR MILES
AR  AIR MILES Merchandise return / AIR MILES retour de marchandise
AT  AIR MILES Direct Deposit / AIR MILES Dépôt Direct
CB  Cheque Posted By Branch / Chèque inscrit par la succ.
CC  Certified Cheque / Chèque certifié
CD  Customer Deposit / Dépôt
CK  Cheque / Chèque
CM  Credit Memo / Avis de crédit
CW  Telephone Banking / Services bancaires par téléphone
DC  Other Charge / Autres frais
DD  Direct Deposit/ Pre-authorized Debit / Dépôt ou débit direct
DM  Debit Memo / Avis de débit
DN  Not Service Chargeable / Sans frais de gestion
DR  Overdraft / Découvert
DS  Service Chargeable / Avec frais de gestion
EC  Error Correction / Correction d'erreur
FX  Foreign Exchange / Change
GS  Tax / Taxe
IB  Instabank / Instabanque
IN  Interest / intérêt
LI  Loan Interest / intérêt sur prêt
LN  Loan Payment / Versement sur prêt
LP  Loan Advance / Avance sur prêt
LT  Large Volume Account List Total / Liste de chèque - compte superactif
MB  Multi-Branch Banking / Inter-Service
NR  Non-Resident Tax / Impôt de non-résident
NS  Cheque returned NSF / Chèque retourné - provision insuffisante
NT  Nesbitt Burns Entry / Transaction de Nesbitt Burns
OM  Other Machine / Autre machine
PR  Purchase at Merchant / Achat chez le commerçant
RC  NSF Charge / Frais pour provision insuffisante
RN  Merchandise Return / Retour de marchandise
RT  Returned Item / Article retourné
RV  Merchant Reversal / Correction - Commerçant
SC  Service Charge / Frais de gestion
SO  Standing Order / Ordre de virement
ST  Merchant Deposit / Dépôt du commerçant
TF  Transfer of Funds / Virement
TX  Tax / Taxe
WD  Withdrawal / Retrait

Please see the reverse side for the Account Types.
Les types de compte figurent au verso.

Form 15126 BL (03/00) (12-00)

PEC-WAMY031320

Statement of Account
Relevé de compte

ontreal **Banque de Montréal**

| Transit N° de dom | D/J | Date M/M | Y/A | Account Title Désignation de compte | Account Type Type de compte | Account No. N° de compte | Page |
|---|---|---|---|---|---|---|---|
| T   0 0430 | 05 | 03 | 2001 | NPO | FBIA | 8086-611 | 5 |

*March*

WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK
ON                          M6A 2L6

**TRANSACTION CODES ***
**CODES DE TRANSACTION ***

AD Adjustment / Rectification
AM AIR MILES Purchase at Merchant / AIR MILES achat chez le commerçant
AP AIR MILES Pre-authorized payment/debit / Transaction de débit ou paiement préautorisée AIR MILES
AR AIR MILES Merchandise return / AIR MILES retour de marchandise
AT AIR MILES Direct Deposit / AIR MILES Dépôt Direct
CB Cheque Posted By Branch / Chèque inscrit par la succ.
CC Certified Cheque / Chèque certifié
CD Customer Deposit / Dépôt
CK Cheque / Chèque
CM Credit Memo / Avis de crédit
CW Telephone Banking / Services bancaires par téléphone
DC Other Charge / Autres frais
DD Direct Deposit/ Pre-authorized Debit / Dépôt ou débit direct
DM Debit Memo / Avis de débit
DN Not Service Chargeable / Sans frais de gestion
DR Overdraft / Découvert
DS Service Chargeable / Avec frais de gestion
EC Error Correction / Correction d'erreur
FX Foreign Exchange / Change
GS Tax / Taxe
IB Instabank / Instabanque
IN Interest / Intérêt
LI Loan Interest / Intérêt sur prêt
LN Loan Payment / Versement sur prêt
LP Loan Advance / Avance sur prêt
LT Large Volume Account List Total / Liste de chèque - compte superactif
MB Multi-Branch Banking / Inter-Service
NR Non-Resident Tax / Impôt de non-résident
NS Cheque returned NSF / Chèque retourné - provision insuffisante
NT Nesbitt Burns Entry / Transaction de Nesbitt Burns
OM Other Machine / Autre machine
PR Purchase at Merchant / Achat chez le commerçant
RC NSF Charge / Frais pour provision insuffisante
RN Merchandise Return / Retour de marchandise
RT Returned Item / Article retourné
RV Merchant Reversal / Correction - Commerçant
SC Service Charge / Frais de gestion
SO Standing Order / Ordre de virement
ST Merchant Deposit / Dépôt du commerçant
TF Transfer of Funds / Virement
TX Tax / Taxe
WD Withdrawal / Retrait
Please see the reverse side for the Account Types. / Les types de compte figurent au verso.

| | | Date | |
|---|---|---|---|
| | BALANCE FORWARD SOLDE REPORTÉ | 05 02 | 1612 60 |

| CODE | Description / Message justificatif | Debits / Débits | Credits / Crédits | Day/Jour | Mo. | Balance / Solde |
|---|---|---|---|---|---|---|
| IB | 985 DUNDAS ST. | | 221 38 | 22 | 02 | 1833 98 |
| IN | | | 3 82 | 28 | 02 | |
| SC | CHQ      3 @   $0.16 | 48 | | 28 | 02 | |
| SC | ABM      01 ITMS AT 0.55 | 55 | | 28 | 02 | |
| SC | MAINTENANCE FEE     $2.00 | 200 | | 28 | 02 | 1831 33 |
| IB | 985 DUNDAS ST. | | 4969 00 | 02 | 03 | |
| FX | USD CLRNG | | 985 38 | 02 | 03 | |
| | AT1.5202       HC    $2.75 | | | | | |
| | 650.00 | | | | | |
| CD | | | 315 00 | 02 | 03 | 8100 71 |

"PLANNING A TRIP? ONLINE BANKING CLIENTS CAN NOW ENJOY THE CONVENIENCE OF ORDERING TRAVELLERS CHEQUES AND FOREIGN CURRENCY AT www.bmo.com WITH DELIVERY TO THEIR DOOR. SERVICE AND COURIER FEES APPLY."

Prompt notification of any change of address would be appreciated. / Prière de signaler à la Banque tout changement d'adresse.

Please check this statement and report any errors or omissions within 30 days of its delivery. / Prière de vérifier ce relevé de compte et de signaler toute erreur ou omission dans les 30 jours suivant sa réception.

FORM BOMTX 10/99

Form 15126 BL (03/00) (12-00)

PEC-WAMY031321

**Your branch address:**

985 DUNDAS ST E
MISSISSAUGA, ONT L4Y 2B9

WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK ON   M6A 2L6



# Business Banking

**Your Branch**
DUNDAS & TOMKEN MISSISSAUGA
Transit number: 0430

**For questions about your statement call**
(905) 279-6530

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending April 5, 2001

## Summary of account

| Account | Opening balance ($) | - | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Apr 5, 2001 |
|---|---|---|---|---|---|---|---|
| CAD FirstBank Business Investment Account® # 0430 8086-611 | 8,100.71 | | 34,888.36 | | 80,860.98 | | 54,073.33 |

With Bank of Montreal's new Business Banking consolidated statements, you have more information in one place. This saves you time to focus on what matters - running your business.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **CAD FirstBank Business Investment Account® # 0430 8086-611** | | | |
| | Account type: NPO | | | |
| Mar 6 | Opening balance | | | 8,100.71 |
| Mar 6 | Credit, BR.0309, ABM DEPOSIT ADJUSTMENT, 9562244 | | 3,087.00 | 11,187.71 |
| Mar 6 | Sundry Item, BR.0309, IB | 4,969.00 | | 6,218.71 |
| Mar 14 | Error Correction, USD NOTES, AT1.526   HC $0.00, 420.00 | 640.92 | | 5,577.79 |
| Mar 14 | US $ Cash Sale, AT1.526   HC   $0.00, 420.00 | | 640.92 | 6,218.71 |
| Mar 14 | US $ Cheque Sale, AT1.5297   HC   $2.75, 420.00 | | 639.72 | 6,858.43 |
| Mar 14 | ABM Deposit, 985 DUNDAS ST. | | 4,825.00 | 11,683.43 |
| Mar 20 | ABM Deposit, 985 DUNDAS ST. | | 12,255.00 | 23,938.43 |
| Mar 20 | ABM Deposit, 985 DUNDAS ST. | | 1,017.00 | 24,955.43 |
| Mar 20 | US $ Wire Payment, USD PO   2987 | | 50,293.13 | 75,248.56 |
| Mar 26 | Deposit | | 1,143.67 | 76,392.23 |
| Mar 26 | US $ Cash Sale, AT1.541   HC   $0.00, 30.00 | | 46.23 | 76,438.46 |
| Mar 26 | US $ Cheque Sale, AT1.5447   HC   $2.75, 730.00 | | 1,124.88 | 77,563.34 |

**M y   B a n k®**                                                      continued

Page 1 of 2

HRI000-01-5-D0



PEC-WAMY031322

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|--------------------------------------|--------------------------------------|-------------|
| | **CAD FirstBank Business Investment Account® # 0430 8086-611** | | | **(continued)** |
| Mar 30 | Interest Earned | | 31.51 | 77,594.85 |
| Mar 30 | Service Charge, CHQ        43 @ $0.16 | 7.64 | | 77,587.21 |
| Mar 30 | Branch Transaction Fee, BRANCH    02 ITMS AT 0.80 | 1.60 | | 77,585.61 |
| Mar 30 | ABM Transaction  Fee, ABM       04 ITMS AT 0.55 | 2.20 | | 77,583.41 |
| Mar 30 | Maintenance Fee | 2.00 | | 77,581.41 |
| Apr 2 | ABM Deposit, 985 DUNDAS ST. | | 1,265.00 | 78,846.41 |
| Apr 3 | Deposit | | 2,085.22 | 80,931.63 |
| Apr 3 | Cheque, NO.3 | 28,000.00 | | 52,931.63 |
| Apr 4 | ABM Deposit, 985 DUNDAS ST. | | 1,201.20 | 54,132.83 |
| Apr 4 | Credit, BR.0309, ABM DEPOSIT ADJUSTMENT, 9562562 | | 1,205.50 | 55,338.33 |
| Apr 4 | ABM Deposit Correction, BR.0309 | 1,265.00 | | 54,073.33 |
| **Apr 5** | **Closing totals** | **34,888.36** | **80,860.98** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8 . . . . . . . . . . . . . . . .15

Please check this statement and report any errors or omissions within 30 days of delivery.

**Trade-marks**

®*/™Trade-marks of AIR MILES International Trading B.V.  Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

™Trade-mark of Bank of Montreal.

®Registered trade-mark of Bank of Montreal.

®**Registered trade mark of Bank of Montreal.  Investorline Discount Brokerage is offered by Bank of Montreal Investor Services Limited, a wholly owned subsidiary of Bank of Montreal. Member CIPF.

**Registration numbers**

GST - R100390095
QST - 1000042494

9701-6

PEC-WAMY031323

Your branch address:

985 DUNDAS ST E
MISSISSAUGA, ONT  L4Y 2B9

# Business Banking

551

WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK ON  M6A 2L6

**Your Branch**
DUNDAS & TOMKEN MISSISSAUGA
Transit number: 0430

**For questions about your statement call**
(905) 279-6530

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending May 4, 2001

### Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on May 4 , 2001 |
|---|---|---|---|---|
| FirstBank Business Investment Account® # 0430 8086-611 | 54,073.33 | 36,024.22 | 15,148.96 | 33,198.07 |

With Bank of Montreal's new Business Banking consolidated statements, you have more information in one place. This saves you time to focus on what matters - running your business.

### Transaction details



| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **FirstBank Business Investment Account® # 0430 8086-611** | | | |
| | Account type: NPO | | | |
| Apr 6 | Opening balance | | | 54,073.33 |
| Apr 17 | ABM Deposit, 985 DUNDAS ST. | | 805.66 | 54,878.99 |
| Apr 19 | Cheque, NO.5 BR.0098 | 21,890.56 | | 32,988.43 |
| Apr 24 | Cheque, NO.2 BR.0786 | 13,970.26 | | 19,018.17 |
| Apr 25 | Returned Item | | 13,970.26 | 32,988.43 |
| Apr 26 | ABM Deposit, 985 DUNDAS ST. | | 335.00 | 33,323.43 |
| Apr 30 | Interest Earned | | 38.04 | 33,361.47 |
| Apr 30 | Service Charge, CHQ       15 @ $0.16 | 2.40 | | 33,359.07 |
| Apr 30 | Branch Transaction Fee, BRANCH   01 ITMS AT 0.80 | 0.80 | | 33,358.27 |
| Apr 30 | ABM Transaction Fee, ABM    05 ITMS AT 0.55 | 2.75 | | 33,355.52 |
| Apr 30 | Maintenance Fee | 2.00 | | 33,353.52 |

continued

9701-7

PEC-WAMY031324

9701-8

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|----------------------------------------|---------------------------------------|-------------|
| | **FirstBank Business Investment Account® # 0430 8086-611** | | | **(continued)** |
| May 4 | US $ Cash Purchase, AT1.5545    HC  $0.00, 100.00 | 155.45 | | 33,198.07 |
| May 4 | **Closing totals** | 36,024.22 | 15,148.96 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7 . . . . . . . . . . . . . . . .4

Please check this statement and report any errors or omissions within 30 days of delivery.

**Trade-marks**

®/™Trade-marks of AIR MILES International Trading B.V.  Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

™Trade-mark of Bank of Montreal.

®Registered trade-mark of Bank of Montreal.

®™Registered trade mark of Bank of Montreal.  Investorline Discount Brokerage is offered by Bank of Montreal Investor Services Limited, a wholly owned subsidiary of Bank of Montreal. Member CIPF.

**Registration numbers**

GST - R100390095
QST - 1000042494

PEC-WAMY031325

**Your branch address:**

985 DUNDAS ST E
MISSISSAUGA, ONT  L4Y 2B9



## Business Banking

2629   00000
WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
APT 203 -2465 CAWTHRA RD.
MISSISSAUGA ON   L5A 3P2

**Your Branch**
DUNDAS & TOMKEN MISSISSAUGA
Transit number: 0430

**For questions about your
statement call**
(905) 279-6530

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending June 5, 2001

## Summary of account

| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on June 5, 2001 |
|---|---|---|---|---|---|---|---|
| FirstBank Business Investment Account® # 0430 8086-611 | 33,198.07 | | 28,404.38 | | 1,586.59 | | 6,380.28 |

Some of our fees for Business Banking have decreased and others will be increasing. Please see information at the end of your statement.

## Transaction details



| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| **FirstBank Business Investment Account® # 0430 8086-611** | | | | |
| Account type: NPO | | | | |
| **May 5** | **Opening balance** | | | **33,198.07** |
| May 7 | Cheque, NO.4 | 7,447.66 | | 25,750.41 |
| May 10 | ABM Deposit, 985 DUNDAS ST. | | 200.00 | 25,950.41 |
| May 10 | Canadian Draft, DRAFT 021508393 | 13,970.26 | | 11,980.15 |
| May 17 | Cheque, NO.3 | 6,981.76 | | 4,998.39 |
| May 29 | ABM Deposit, 985 DUNDAS ST. | | 1,380.00 | 6,378.39 |
| May 31 | Deposit Contents Fee, CHQ      10 @ $0.16 | 1.60 | | 6,376.79 |
| May 31 | Interest Earned | | 6.59 | 6,383.38 |
| May 31 | ABM Transaction  Fee, ABM      02 ITMS AT 0.55 | 1.10 | | 6,382.28 |
| May 31 | Maintenance Fee, MAINTENANCE FEE    $2.00 | 2.00 | | 6,380.28 |
| **June 5** | **Closing totals** | **28,404.38** | **1,586.59** | |
| Number of items processed | | 6 | 3 | |

**My Bank®**

HRI000-01-7-I0


Bank of Montreal

9701-9

PEC-WAMY031326



Bank of Montreal
Dundas & Tomken
985 Dundas St. E.
Mississauga, Ont. L4Y 2B9
1-430

```
8086-611          START *NAME:WORLD ASSE    -000  FBIA      T B/FWD:      11,980.15
                  IN CAD* LFA:12JUN2001  OPENED: 24OCT2000   C/FWD:           0.00

*       6,981.76- CK 17MAY01 0496 01 048 01150 17MAY01 ET21:28 17MAY01 3
*       1,380.00  IB 29MAY01 3241 OP 956 00135 29MAY01 ET14:36 29MAY01
-         985 DUNDAS ST.        5007669008466124 956 01467
*           6.59  IN 31MAY01 0000 08 011 07020 30MAY01 ET07:07 30MAY01
*           2.00- SC 31MAY01 0000 08 011 07020 30MAY01 ET07:07 30MAY01
-MAINTENANCE FEE      $2.00
*           1.10- SC 31MAY01 0000 08 011 07020 30MAY01 ET07:07 30MAY01
-ABM       02 ITMS AT 0.55
*           1.60- SC 31MAY01 0000 28 005 09187  1JUN01 ET07:16  1JUN01
-CHQ       10 @ $0.16
*           0.41  IN 12JUN01 0430 OP 074 00001 12JUN01 ET16:00 12JUN01
*      19,377.89- DM 12JUN01 0430 OP 074 00025 12JUN01 ET16:04 12JUN01
-DRAFT 021509626
*      13,000.00  CD 12JUN01 0430 OP 023 00101 12JUN01 ET15:54 12JUN01
*           2.00- SC 12JUN01 0430 OP 074 00001 12JUN01 ET16:00 12JUN01
-MAINTENANCE FEE      $2.00
*           0.80- SC 12JUN01 0430 OP 074 00001 12JUN01 ET16:00 12JUN01
-BRANCH    01 ITMS AT 0.80
```

```
8086-611          START *NAME:WORLD ASSE    -000  FBIA      T B/FWD:           0.00
                  IN CAD* LFA:12JUN2001  OPENED: 24OCT2000   C/FWD:           0.00
```

Bank of Montreal
Dundas & Tomken
985 Dundas St. E.
Mississauga, Ont. L4Y 2B9
1-430

9701-10

PEC-WAMY031327

# Bank of Montreal ⩕ Banque de Montréal

Statement of Account
Relevé de compte

1399 GRAND MARAIS RD
WINDSOR, ONT
N9E 1E2

| Transit Nº de dom | Date D/J M/M Y/A | Account Title Désignation de compte | Account Type Type de compte | Account No. Nº de compte | Page |
|---|---|---|---|---|---|
| T  1 2422 | 18 12 2000 | | NPO | 8094-951 | 1 |

WORLD ASSEMBLY OF MUSLIM YOUTH
WINDSOR BRANCH
3089 DUFFERIN ST.
TORONTO
ON                    M6A 3C8

| | | Date | |
|---|---|---|---|
| BALANCE FORWARD SOLDE REPORTÉ | | 01 12 | 00 |

**TRANSACTION CODES ***
*CODES DE TRANSACTION ***

| Code | | |
|---|---|---|
| AD | Adjustment | *Rectification* |
| AM | AIR MILES Purchase at Merchant | *AIR MILES achat chez le commerçant* |
| AP | AIR MILES Pre-authorized payment/debit | *Transaction de débit ou paiement préautorisée AIR MILES* |
| AR | AIR MILES Merchandise return | *AIR MILES retour de marchandise* |
| AT | AIR MILES Direct Deposit | *AIR MILES Dépôt Direct* |
| CB | Cheque Posted By Branch | *Chèque inscrit par la succ.* |
| CC | Certified Cheque | *Chèque certifié* |
| CD | Customer Deposit | *Dépôt* |
| CK | Cheque | *Chèque* |
| CM | Credit Memo | *Avis de crédit* |
| CW | Telephone Banking | *Services bancaires par téléphone* |
| DC | Other Charge | *Autres frais* |
| DD | Direct Deposit / Pre-authorized Debit | *ou débit direct* |
| D. | Memo | *de débit* |
| DN | Not Service Chargeable | *Sans frais de gestion* |
| DR | Overdraft | *Découvert* |
| DS | Service Chargeable | *Avec frais de gestion* |
| EC | Error Correction | *Correction d'erreur* |
| FX | Foreign Exchange | *Change* |
| GS | Tax | *Taxe* |
| IB | Instabank | *Instabanque* |
| IN | Interest | *Intérêt* |
| LI | Loan Interest | *Intérêt sur prêt* |
| LN | Loan Payment | *Versement sur prêt* |
| LP | Loan Advance | *Avance sur prêt* |
| LT | Large Volume Account List Total | *Liste de chèque - compte superactif* |
| MB | Multi-Branch Banking | *Inter-Service* |
| NR | Non-Resident Tax | *Impôt de non-résident* |
| NS | Cheque returned NSF | *Chèque retourné - provision insuffisante* |
| NT | Nesbitt Burns Entry | *Transaction de Nesbitt Burns* |
| OM | Other Machine | *Autre machine* |
| PR | Purchase at Merchant | *Achat chez le commerçant* |
| RC | NSF Charge | *Frais pour provision insuffisante* |
| RN | Merchandise Return | *Retour de marchandise* |
| RT | Returned Item | *Article retourné* |
| RV | Merchant Reversal | *Correction - Commerçant* |
| SC | Service Charge | *Frais de gestion* |
| SO | ...ling Order | *de virement* |
| S1 | ...ant Deposit | *...ôt du commerçant* |
| TF | Transfer of Funds | *Virement* |
| TX | Tax | *Taxe* |
| WD | Withdrawal | *Retrait* |

Please see the reverse side for the Account Types.
*Les types de compte figurent au verso.*

| CODE | Description / Message justificatif | Debits / Débits | Credits / Crédits | Day/Jour Mo./Mois | Balance / Solde |
|---|---|---|---|---|---|
| C D | | | 180 00 | 04 12 | 180 00 |
| C D | | | 800 00 | 08 12 | |
| C D | | | 300 00 | 08 12 | |
| C D | | | 2685 00 | 08 12 | |
| C K | NO.1 | 3605 75 | | 08 12 | 359 25 |
| C D | | | 3340 00 | 18 12 | 3699 25 |

"GOING ON A TRIP? DON'T FORGET TO STOP BY ANY
BANK OF MONTREAL BRANCH AND PICK UP YOUR
OUT-OF-COUNTRY MEDICAL INSURANCE. OR FOR YOUR
CONVENIENCE CALL 1-800-661-9060 TO APPLY."

Prompt notification of any change of address would be appreciated. / *Prière de signaler à la Banque tout changement d'adresse*

Please check this statement and report any errors or omissions within 30 days of its delivery.
*Prière de vérifier ce relevé de compte et de signaler toute erreur ou omission dans les 30 jours suivant sa réception.*

9800-1

FORM BOM7X 10/99

PEC-WAMY031328

Bank of Montreal ⬥ Banque de Montréal

Statement of Account
Statement of Account
Relevé de compte

1399 GRAND MARAIS RD
WINDSOR, ONT
N9E 1E2

| Transit Nº de dom | Date D/J M/M Y/A | Account Title Désignation de compte | Account Type Type de compte | Account No. Nº de compte | Page |
|---|---|---|---|---|---|
| T  1  2422 | 18  01  2001 | | NPO | 8094-951 | 2 |

WORLD ASSEMBLY OF MUSLIM YOUTH
WINDSOR BRANCH
3089 DUFFERIN ST.
TORONTO
ON            M6A 3C8

TRANSACTION CODES *
CODES DE TRANSACTION *

AD Adjustment / Rectification
AM AIR MILES Purchase at Merchant / AIR MILES achat chez le commerçant
AP AIR MILES Pre-authorized payment/debit / Transaction de débit ou paiement préautorisée AIR MILES
AR AIR MILES Merchandise return / AIR MILES retour de marchandise
AT AIR MILES Direct Deposit / AIR MILES Dépôt Direct
CB Cheque Posted By Branch / Chèque inscrit par la succ.
CC Certified Cheque / Chèque certifié
CD Customer Deposit / Dépôt
CK Cheque / Chèque
CM Credit Memo / Avis de crédit
CW Telephone Banking / Services bancaires par téléphone
DC Other Charge / Autres frais
DD Direct Deposit / Pre-authorized Debit / Dépôt ou débit direct
DL Debit Memo / Avis de débit
DN Not Service Chargeable / Sans frais de gestion
DR Overdraft / Découvert
DS Service Chargeable / Avec frais de gestion
EC Error Correction / Correction d'erreur
FX Foreign Exchange / Change
GS Tax / Taxe
IB Instabank / Instabanque
IN Interest / Intérêt
LI Loan Interest / Intérêt sur prêt
LN Loan Payment / Versement sur prêt
LP Loan Advance / Avance sur prêt
LT Large Volume Account List Total / Liste de chèque - compte superactif
MB Multi-Branch Banking / Inter-Service
NR Non-Resident Tax / Impôt de non-résident
NS Cheque returned NSF / Chèque retourné - provision insuffisante
NT Nesbitt Burns Entry / Transaction de Nesbitt Burns
QM Other Machine / Autre machine
PR Purchase at Merchant / Achat chez le commerçant
RC NSF Charge / Frais pour provision insuffisante
RN Merchandise Return / Retour de marchandise
RT Returned Item / Article retourné
RV Merchant Reversal / Correction - Commerçant
SC Service Charge / Frais de gestion
S Standing Order / Ordre de virement
SD Merchant Deposit / Dépôt du commerçant
TF Transfer of Funds / Virement
TX Tax / Taxe
WD Withdrawal / Retrait

Please see the reverse side for the Account Types. / Les types de compte figurent au verso.

Form 15126 BL (03/00) (12-00)

| | BALANCE FORWARD SOLDE REPORTÉ | | | Date 18 12 | 3699 25 |
|---|---|---|---|---|---|

| CODE | Description / Message justificatif | Debits / Débits | Credits / Crédits | Day/Jour | Mo. | Balance / Solde |
|---|---|---|---|---|---|---|
| RT | | | 3206 40 | 19 12 | | |
| CK | NO.2 | 3206 40 | | 19 12 | | 3699 25 |
| IN | | | 38 | 29 12 | | 3699 63 |
| CD | | | 2625 00 | 03 01 | | |
| CD | | | 1930 00 | 03 01 | | |
| CD | | | 540 00 | 03 01 | | 8794 63 |
| CD | | | 90 00 | 08 01 | | |
| CD | | | 8990 00 | 08 01 | | 17874 63 |
| CD | | | 1000 00 | 12 01 | | |
| CK | BR.0496 | 11400 00 | | 12 01 | | |
| DS | CHEQ/PERS/CHQ    CCQ/CHP | 23 43 | | 12 01 | | 7451 20 |

WANT TO TAKE THE FOREIGN CONTENT OF YOUR RRSP BEYOND
THE 30% FOREIGN PROPERTY LIMIT? INVEST IN OUR EXPANDED
FAMILY OF BMO RSP WORLD FUNDS - A COMPLETE RANGE OF
100% RSP-ELIGIBLE GLOBAL FUNDS. CALL 1-800-665-7700
OR VISIT www.bmo.com/mutualfunds

Prompt notification of any change of address would be appreciated. / Prière de signaler à la Banque tout changement d'adresse.

Please check this statement and report any errors or omissions within 30 days of its delivery. / Prière de vérifier ce relevé de compte et de signaler toute erreur ou omission dans les 30 jours suivant sa réception.

FORM BOM7X 10/99

9801-1

PEC-WAMY031329

**Bank of Montreal** M **Banque de Montréal**

Statement of Account
Relevé de compte

1399 GRAND MARAIS RD
WINDSOR, ONT
N9E 1E2

| Transit Nº de dom | D/J | Date M/M | Y/A | Account Title Désignation de compte | Account Type Type de compte | Account No. Nº de compte | Page |
|---|---|---|---|---|---|---|---|
| T   3  2422 | 16 | 02 | 2001 | | NPO | 8094-951 | 3 |

WORLD ASSEMBLY OF MUSLIM YOUTH
686 CHURCH STREET
WINDSOR
ON                    N9A 4T4

| | | Date | |
|---|---|---|---|
| BALANCE FORWARD SOLDE REPORTÉ | | 18 01 | 7451 20 |

**TRANSACTION CODES ***
*CODES DE TRANSACTION ***

AD  Adjustment / Rectification
AM  AIR MILES Purchase at Merchant / AIR MILES achat chez le commerçant
AP  AIR MILES Pre-authorized payment/debit / Transaction de débit ou paiement préautorisée AIR MILES
AR  AIR MILES Merchandise return / AIR MILES retour de merchandise
AT  AIR MILES Direct Deposit / AIR MILES Dépôt Direct
CB  Cheque Posted By Branch / Chèque inscrit par la succ.
CC  Certified Cheque / Chèque certifié
CD  Customer Deposit / Dépôt
CK  Cheque / Chèque
CM  Credit Memo / Avis de crédit
CW  Telephone Banking / Services bancaires par téléphone
OC  Other Charge / Autres frais
OD  Direct Deposit/ Pre-authorized Debit / Dépôt ou débit direct
DM  Debit Memo / Avis de débit
DN  Not Service Chargeable / Sans frais de gestion
DR  Overdraft / Découvert
DS  Service Chargeable / Avec frais de gestion
EC  Error Correction / Correction d'erreur
FX  Foreign Exchange / Change
GS  Tax / Taxe
IB  Instabank / Instabanque
IN  Interest / Intérêt
LI  Loan Interest / Intérêt sur prêt
LN  Loan Payment / Versement sur prêt
LP  Loan Advance / Avance sur prêt
LT  Large Volume Account List Total / Liste de chèque - compte superactif
MB  Multi-Branch Banking / Inter-Service
NR  Non-Resident Tax / Impôt de non-résident
NS  Cheque returned NSF / Chèque retourné - provision insuffisante
NT  Nesbitt Burns Entry / Transaction de Nesbitt Burns
OM  Other Machine / Autre machine
PR  Purchase at Merchant / Achat chez le commerçant
RC  NSF Charge / Frais pour provision insuffisante
RN  Merchandise Return / Retour de merchandise
RT  Returned Item / Article retourné
RV  Merchant Reversal / Correction - Commerçant
SC  Service Charge / Frais de gestion
SO  Standing Order / Ordre de virement
ST  Merchant Deposit / Dépôt du commerçant
TF  Transfer of Funds / Virement
TX  Tax / Taxe

| CODE | Description / Message justificatif | Debits / Débits | Credits / Crédits | Day Jour | L Mo. | Balance / Solde |
|---|---|---|---|---|---|---|
| CK | NO.4 | 4500 00 | | 19 | 01 | 2951 20 |
| CK | BR.0496 | 960 00 | | 22 | 01 | 1991 20 |
| IN | | | 3 69 | 31 | 01 | 1994 89 |
| CD | | | 35000 00 | 02 | 02 | |
| CK | NO.5 | 336 00 | | 02 | 02 | 2008 89 |

RRSP INVESTING MADE EASY.
BMO TERM INVESTMENTS MAKE IT EASY TO INVEST IN GICS
THIS RRSP SEASON, WITH THREE CONVENIENT WAYS TO BUY:
THROUGH YOUR LOCAL BRANCH, AT 1 877 262-5891, OR ONLINE
AT WWW.BMO.COM/RRSP

Form 15126 BL (03/00) (12-00)

... change of address would be appreciated. / Prière de signaler à la Banque tout changement d'adresse.

9801-2

PEC-WAMY031330

**Bank of Montreal** ◆ **Banque de Montréal**

Statement of Account
Relevé de compte

1399 GRAND MARAIS RD
WINDSOR, ONT
N9E 1E2

| Transit Nº de dom | D/J | Date M/M | Y/A | Account Title Désignation de compte | Account Type Type de compte | Account No. Nº de compte | Page |
|---|---|---|---|---|---|---|---|
| T   3 2422 | 16 | 03 | 2001 | | NPO | 8094-951 | 4 |

WORLD ASSEMBLY OF MUSLIM YOUTH
686 CHURCH STREET
WINDSOR
ON                          N9A 4T4

| | | Date | |
|---|---|---|---|
| BALANCE FORWARD SOLDE REPORTÉ | | 1602 | 2008.89 |

TRANSACTION CODES *
CODES DE TRANSACTION *

AD Adjustment / Rectification
AM AIR MILES Purchase at Merchant / AIR MILES achat chez le commerçant
AP AIR MILES Pre-authorized payment/debit / Transaction de débit ou paiement préautorisée AIR MILES
AR AIR MILES Merchandise return / AIR MILES retour de marchandise
AT AIR MILES Direct Deposit / AIR MILES Dépôt Direct
CB Cheque Posted By Branch / Chèque inscrit par la succ.
CC Certified Cheque / Chèque certifié
CD Customer Deposit / Dépôt
CK Cheque / Chèque
CM Credit Memo / Avis de crédit
CW Telephone Banking / Services bancaires par téléphone
DC Other Charge / Autres frais
DD Direct Deposit/ Pre-authorized Debit / Dépôt ou débit direct
DM Debit Memo / Avis de débit
DN Not Service Chargeable / Sans frais de gestion
DR Overdraft / Découvert
DS Service Chargeable / Avec frais de gestion
EC Error Correction / Correction d'erreur
FX Foreign Exchange / Change
GS Tax / Taxe
IB Instabank / Instabanque
IN Interest / Intérêt
LI Loan Interest / Intérêt sur prêt
LN Loan Payment / Versement sur prêt
LP Loan Advance / Avance sur prêt
LT Large Volume Account List Total / Liste de chèque - compte superactif
MB Multi-Branch Banking / Inter-Service
NR Non-Resident Tax / Impôt de non-résident
NS Cheque returned NSF / Chèque retourné - provision insuffisante
NT Nesbitt Burns Entry / Transaction de Nesbitt Burns
OM Other Machine / Autre machine
PR Purchase at Merchant / Achat chez le commerçant
RC NSF Charge / Frais pour provision insuffisante
RN Merchandise Return / Retour de marchandise
RT Returned Item / Article retourné
RV Merchant Reversal / Correction - Commerçant
SC Service Charge / Frais de gestion
SO Standing Order / Ordre de virement
ST Merchant Deposit / Dépôt du commerçant
TF Transfer of Funds / Virement
TX Tax / Taxe
WD Withdrawal

Form 15126 BL (03/00) (12-00)

| CODE | Description / Message justificatif | Debits / Débits | Credits / Crédits | Day/ Jour Mo. | Balance / Solde |
|---|---|---|---|---|---|
| C D | | | 2300.00 | 1902 | 4308.89 |
| C D | | | 2500.00 | 2602 | |
| C K | NO.1 | 200.00 | | 2602 | |
| C K | NO.5 | 672.00 | | 2602 | 4136.89 |
| I N | | | .54 | 2802 | 4137.43 |
| C K | NO.7 | 1248.00 | | 0103 | 2889.43 |
| C D | | | 650.00 | 0703 | 3539.43 |
| C D | | | 2050.00 | 1503 | 5589.43 |

"PLANNING A TRIP?  ONLINE BANKING CLIENTS CAN NOW ENJOY
THE CONVENIENCE OF ORDERING TRAVELLERS CHEQUES AND
FOREIGN CURRENCY AT www.bmo.com WITH DELIVERY TO THEIR
DOOR.  SERVICE AND COURIER FEES APPLY."

Prompt notification of any change of address would be appreciated. / Prière de signaler à la Banque tout changement d'adresse.

9801-3

PEC-WAMY031331

03/14/04  20:15  ☎ 15199667521                                                      P.06

Your branch address:

1399 GRAND MARAIS RD
WINDSOR, ONT  N9E 1E2



**Business Banking**

5137

WORLD ASSEMBLY OF MUSLIM YOUTH
686 CHURCH STREET
WINDSOR ON   N9A 4T4

**Your Branch**
GRAND MARAIS & CURRY WINDSOR
Transit number: 2422

**For questions about your
statement call**
(519) 973-3367

**Visit our web site at**
www.bmo.com

## Business Banking statement

### For the period ending April 18, 2001

### Summary of account

| Account | Opening balance ($) | – | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Apr 18, 2001 |
|---|---|---|---|---|---|---|---|
| Community Account # 2422 8094-951 | 5,589.43 | | 28,043.80 | | 30,116.72 | | 7,662.35 |

With Bank of Montreal's new Business Banking consolidated statements, you have more information in one place. This saves you time to focus on what matters - running your business.

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| |  **Community Account # 2422 8094-951** | | | |
| Mar 17 | Opening balance | | | 5,589.43 |
| Mar 19 | Cheque, NO.2 | 1,000.00 | | 4,589.43 |
| Mar 19 | Cheque, NO.3 | 1,000.00 | | 3,589.43 |
| Mar 26 | Cheque, NO.9 | 540.00 | | 3,049.43 |
| Mar 26 | Deposit | | 1,555.00 | 4,604.43 |
| Mar 26 | Deposit | | 1,525.00 | 6,129.43 |
| Mar 28 | Cheque, NO.6 | 630.00 | | 5,499.43 |
| Mar 29 | Deposit | | 450.00 | 5,949.43 |
| Mar 29 | Deposit | | 12,005.00 | 17,954.43 |
| Mar 30 | Interest Earned | | 1.72 | 17,956.15 |
| Mar 30 | Deposit | | 120.00 | 18,076.15 |
| Mar 30 | Cheque, NO.13 | 11,438.80 | | 6,637.35 |
| Mar 30 | Cheque, NO.10 | 2,927.20 | | 3,710.15 |
| Mar 30 | Cheque, NO.14 | 115.20 | | 3,594.95 |

My Bank®                                                          continued

HR000-01-7 D0



9801-4

PEC-WAMY031332

P.07

Your branch address:

1399 GRAND MARAIS RD
WINDSOR, ONT  N9E 1E2



## Business Banking

0618

WORLD ASSEMBLY OF MUSLIM YOUTH
686 CHURCH STREET
WINDSOR ON  N9A 4T4

**Your Branch**
GRAND MARAIS & CURRY WINDSOR
Transit number: 2427

**For questions about your statement call**
(519) 973-3367

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending May 18, 2001

### Summary of account



| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on May 18, 2001 |
|---|---|---|---|---|---|---|---|
| Community Account # 2472 8094-951 | 7,662.35 | | 6,432.00 | | 2,202.04 | | 3,432.39 |

With Bank of Montreal's new Business Banking consolidated statements, you have more information in one place. This saves you time to focus on what matters - running your business.

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2422 8094-951** | | | |
| Apr 19 | Opening balance | | | 7,662.35 |
| Apr 19 | Cheque, NO.19 | 4,800.00 | | 2,862.35 |
| Apr 23 | Cheque, NO.20 | 480.00 | | 2,382.35 |
| Apr 27 | Deposit | | −1,200.00 | 3,582.35 |
| Apr 27 | Cheque, NO.22 | 1,152.00 | | 2,430.35 |
| Apr 30 | Interest Earned | | 2.04 | 2,432.39 |
| May 7 | Deposit | | 1,000.00 | 3,432.39 |
| May 18 | **Closing totals** | **6,432.00** | **2,202.04** | |
| | Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3 . . . . . . . . . . . 3 | | | |

My  Bank®



Page 1 of 2

HR1000-01-/-Cn

*9801-5*

PEC-WAMY031333

**Your branch address:**

1399 GRAND MARAIS RD
WINDSOR, ONT  N9E 1E2



### Business Banking

4477

WORLD ASSEMBLY OF MUSLIM YOUTH
686 CHURCH STREET
WINDSOR ON   N9A 4T4

**Your Branch**
GRAND MARAIS & CURRY WINDSOR
Transit number: 2422

**For questions about your statement call**
(519) 973-3367

**Visit our web site at**
www.bmo.com

## *Business Banking statement*

For the period ending June 18, 2001



## Summary of account

| Account | Opening balance ($) | – Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on June 18, 2001 |
|---|---|---|---|---|
| Community Account # 2422 8094-951 | 3,432.39 | 6,602.00 | 7,110.59 | 3,940.98 |

Some of our fees for Business Banking have decreased and others will be increasing. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2422 8094-951** | | | |
| May 19 | Opening balance | | | 3,432.39 |
| May 24 | Deposit | | 4,410.00 | 7,842.39 |
| May 24 | Cheque, NO.23 | 4,200.00 | | 3,642.39 |
| May 29 | Cheque, NO.24 | 1,250.00 | | 2,392.39 |
| May 29 | Deposit | | 1,300.00 | 3,692.39 |
| May 31 | Interest Earned | | 0.59 | 3,692.98 |
| June 1 | Cheque, NO.28 | 1,150.00 | | 2,542.98 |
| June 1 | Deposit | | 1,200.00 | 3,742.98 |
| June 5 | Deposit at, BR.  2430 | | 200.00 | 3,942.98 |
| June 5 | Comtran Fee | 2.00 | | 3,940.98 |
| June 18 | **Closing totals** | **6,602.00** | **7,110.59** | |
| | Number of items processed | 4 | 5 | |

**My Bank®**

**Page 1 of 2**

HRI000-01-6-D0



9801-6

PEC-WAMY031334

**Your branch address:**

1399 GRAND MARAIS RD
WINDSOR, ONT  N9E 1E2



**Business Banking**

801

WORLD ASSEMBLY OF MUSLIM YOUTH
686 CHURCH STREET
WINDSOR ON   N9A 4T4

**Your Branch**
GRAND MARAIS & CURRY WINDSOR
Transit number: 2422

**For questions about your statement call**
(519) 973-3367

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending July 18, 2001



## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on July 18, 2001 |
|---|---|---|---|---|
| Community Account # 2422 8094-951 | 3,940.98 | 2.00 | 1,855.68 | 5,794.66 |

To learn how your business could benefit from direct banking, contact us at 1-877-262-5907 or visit your Bank of Montreal branch.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2422 8094-951** | | | |
| June 19 | Opening balance | | | 3,940.98 |
| June 19 | Deposit at, BR.  2430 | | 300.00 | 4,240.98 |
| June 19 | Comtran Fee | 2.00 | | 4,238.98 |
| June 29 | Interest Earned | | 0.33 | 4,239.31 |
| July 11 | Deposit | | 1,255.00 | 5,494.31 |
| July 12 | Deposit | | 300.00 | 5,794.31 |
| July 17 | Interest Earned | | 0.35 | 5,794.66 |
| July 18 | **Closing totals** | **2.00** | **1,855.68** | |
| | Number of items processed | 1 | 5 | |

**My Bank®**

9801-7

Page 1 of 2

HRI000-01-7-D0


**Bank of Montreal**

PEC-WAMY031335

**Your branch address:**

1399 GRAND MARAIS RD
WINDSOR, ONT  N9E 1E2



# Business Banking

**Your Branch**
GRAND MARAIS & CURRY WINDSOR
Transit number: 2422

WORLD ASSEMBLY OF MUSLIM YOUTH
686 CHURCH STREET
WINDSOR ON  N9A 4T4

**For questions about your
statement call**
(519) 973-3367

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending July 27, 2001



## Summary of account

| Account | Opening balance ($) | - | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on July 27, 2001 |
|---|---|---|---|---|---|---|---|
| Community Account # 2422 8094-951 | 5,794.66 | | 0.00 | | 0.00 | | 5,794.66 |

Our partnership with Moneris Solutions benefits you. Please refer to the information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2422 8094-951** | | | |
| July 19 | Opening balance | | | 5,794.66 |
| | *** No activity *** | | | |
| July 27 | Closing totals | | | |

My Bank®

9801-8

HRI000-01-4-D0



**Bank of Montreal**

PEC-WAMY031336

Your branch address:

6677 MEADOWVALE
MISSISSAUGA, ONT  L5N 2R5



Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending July 17, 2001

## Summary of account

| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on July 17, 2001 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |

To learn how your business could benefit from direct banking, contact us at 1-877-262-5907 or visit your Bank of Montreal branch.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| June 28 | Opening balance | | | 0.00 |
| June 29 | Deposit, VALUE DATE  2JUL | | 2,000.00 | 2,000.00 |
| July 17 | **Closing totals** | | 2,000.00 | |
| Number of items processed | | 0 | 1 | |

My Bank®

9900-1

Page 1 of 2



Bank of Montreal

PEC-WAMY031337

**Your branch address:**

6677 MEADOWVALE
MISSISSAUGA, ONT  L5N 2R5



**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending August 17, 2001

## Summary of account

| Account | Opening balance ($) | - | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Aug 17, 2001 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,000.00 | | 0.00 | | 3.70 | | 2,003.70 |

Our partnership with Moneris Solutions benefits you. Please refer to the information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|

**US$ Community Account # 2670 4600-543**

| Date | Description | Amounts debited | Amounts credited | Balance |
|---|---|---|---|---|
| July 18 | Opening balance | | | 2,000.00 |
| July 31 | Interest Earned | | 3.70 | 2,003.70 |
| Aug 17 | Closing totals | | 3.70 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0 . . . . . . . . . . . . . . .1

My Bank®

9900-2



Page 1 of 2

**Bank of Montreal**

PEC-WAMY031338

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

## *Business Banking*



**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## *Business Banking statement*

For the period ending September 17, 2001

### Summary of account

| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Sep 17, 2001 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,003.70 | | 0.00 | | 3.83 | | 2,007.53 |

You can now earn AIR MILES® reward miles when you do your small business banking.  Please refer to the information at the end of your statement.

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Aug 18 | Opening balance | | | 2,003.70 |
| Aug 31 | Interest Earned | | 3.83 | 2,007.53 |
| Sep 17 | Closing totals | | 3.83 | |
| Number of items processed | | 0 | 1 | |

M y   B a n k®                          9900 -3

Page 1 of 2



PEC-WAMY031339

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending October 17, 2001

### Summary of account

| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Oct 17, 2001 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,007.53 | 0.00 | 3.71 | 2,011.24 |

Bank of Montreal's direct banking service is accessible by telephone, online and wireless. For more details, please refer to the information at the end of your statement

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Sep 18 | Opening balance | | | 2,007.53 |
| Sep 28 | Interest Earned | | 3.71 | 2,011.24 |
| Oct 17 | Closing totals | | 3.71 | |
| | Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 . . . . . . . . . . . . . . . . 1 | | | |

**My  Bank®**

9900 -4


**Bank of Montreal**

PEC-WAMY031340

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8



**Business Banking**

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# *Business Banking statement*

For the period ending November 16, 2001

## Summary of account

| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Nov 16, 2001 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,011.24 | 0.00 | 3.84 | 2,015.08 |

Call us today at 1-877-262-5907 to discuss our Small Business Rate Sale at Prime or visit us at bmo.com.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Oct 18 | Opening balance | | | 2,011.24 |
| Oct 31 | Interest Earned | | 3.84 | 2,015.08 |
| Nov 16 | Closing totals | | 3.84 | |
| Number of items processed | | 0 | 1 | |

My Bank®

9900-5



Page 1 of 2

PEC-WAMY031341

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7



**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH – WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 –2645 BATTLEFORD ROAD
MISSISSAUGA ON L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending December 17, 2001

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Dec 17, 2001 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,015.08 | 0.00 | 3.73 | 2,018.81 |

Call us today at 1-877-262-5907 to discuss our Small Business Rate Sale at Prime or visit us at bmo.com.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Nov 17 | Opening balance | | | 2,015.08 |
| Nov 30 | Interest Earned | | 3.73 | 2,018.81 |
| Dec 17 | **Closing totals** | | 3.73 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 . . . . . . . . . . . . . . . 1

My Bank®                  9900-6





Page 1 of 2

PEC-WAMY031342

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

## Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON   L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending January 17, 2002

## Summary of account

| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Jan 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,018.81 | 0.00 | 3.86 | 2,022.67 |

Call us today at 1-877-262-5907 to discuss our small business special offers or visit us at bmo.com/business

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Dec 18 | Opening balance | | | 2,018.81 |
| Dec 31 | Interest Earned | | 3.86 | 2,022.67 |
| Jan 17 | Closing totals | | 3.86 | |
| | Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 . . . . . . . . . . . . . . . . . 1 | | | |

Page 1 of 2

9900 - 7

PEC-WAMY031343

.NTR CIRC
.17

**Business Banking**

WORLD ASSEM. / OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending January 17, 2002

## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on Jan 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,018.81 | 0.00 | 3.86 | 2,022.67 |

Call us today at 1-877-262-5907 to discuss our small business special offers or visit us at bmo.com/business

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | US$ Community Account # 2670 4600-543 | | | |
| Dec 18 | Opening balance | | | 2,018.81 |
| Dec 31 | Interest Earned | | 3.86 | 2,022.67 |
| Jan 17 | Closing totals | | 3.86 | |
| | Number of items processed . . . . . . . . . . . . 0 . . . . . . . . 1 | | | |

Page 1 of 2

*9901 -1*

PEC-WAMY031344

NTR CIRC
37

# Business Banking

WORLD ASSEM. / OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending January 17, 2002

### Summary of account

| Account | Opening balance ($) | - | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Jan 17, 2002 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,018.81 | | 0.00 | | 3.86 | | 2,022.67 |

Call us today at 1-877-262-5907 to discuss our small business special offers or visit us at bmo.com/business

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Dec 18 | Opening balance | | | 2,018.81 |
| Dec 31 | Interest Earned | | 3.86 | 2,022.67 |
| Jan 17 | Closing totals | | 3.86 | |
| Number of items processed | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0 . . . . . . . . . . . . . . .1 | | | |

Page 1 of 2

PEC-WAMY031345

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

## Business Banking



WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

## For the period ending February 15, 2002

## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on Feb 15, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,022.67 | 0.00 | 3.87 | 2,026.54 |

Call us today at 1-877-262-5907 to discuss our small business special offers or visit us at bmo.com/business

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Jan 18 | Opening balance | | | 2,022.67 |
| Jan 31 | Interest Earned | | 3.87 | 2,026.54 |
| Feb 15 | Closing totals | | 3.87 | |
| Number of items processed | | 0 | 1 | |

My Bank®   9901-2

 
Bank of Montreal

PEC-WAMY031346

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8



## Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## *Business Banking statement*

## For the period ending February 15, 2002

### Summary of account

| Account | Opening balance ($) | - | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Feb 15, 2002 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,022.67 | | 0.00 | | 3.87 | | 2,026.54 |

Call us today at 1-877-262-5907 to discuss our small business special offers or visit us at bmo.com/business

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Jan 18 | Opening balance | | | 2,022.67 |
| Jan 31 | Interest Earned | | 3.87 | 2,026.54 |
| Feb 15 | Closing totals | | 3.87 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0 . . . . . . . . . . . . . . .1

M y   B a n k®



PEC-WAMY031347

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 —2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8



## Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## *Business Banking statement*

For the period ending February 15, 2002

## Summary of account

| Account | Opening balance ($) | – Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Feb 15, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,022.67 | 0.00 | 3.87 | 2,026.54 |

· Call us today at 1-877-262-5907 to discuss our small business special offers or visit us at bmo.com/business

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Jan 18 | Opening balance | | | 2,022.67 |
| Jan 31 | Interest Earned | | 3.87 | 2,026.54 |
| Feb 15 | Closing totals | | 3.87 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0 . . . . . . . . . . . . . . . . .1

My Bank®

9901-3



**Page 1 of 2**

PEC-WAMY031348

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



## Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending February 15, 2002

## Summary of account

| Account | Opening balance ($) | – | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Feb 15, 2002 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,022.67 | | 0.00 | | 3.87 | | 2,026.54 |

· Call us today at 1-877-262-5907 to discuss our small business special offers or visit us at bmo.com/business

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Jan 18 | Opening balance | | | 2,022.67 |
| Jan 31 | Interest Earned | | 3.87 | 2,026.54 |
| Feb 15 | **Closing totals** | | 3.87 | |
| Number of items processed | | 0 | 1 | |

My  Bank®



PEC-WAMY031349

**Your branch address:**

5780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

ORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
ANADA
R TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON   L5N 3R8

# Business Banking



**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## *Business Banking statement*

For the period ending March 15, 2002

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Mar 15, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,026.54 | 0.00 | 3.50 | 2,030.04 |

Effective May 1, 2002, Bank of Montreal will be changing the fee structure for some services. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Feb 16 | Opening balance | | | 2,026.54 |
| Feb 28 | Interest Earned | | 3.50 | 2,030.04 |
| **Mar 15** | **Closing totals** | | 3.50 | |
| Number of items processed | | 0 | | 1 |

My  Bank®

9901-4

**Page 1 of 2**



PEC-WAMY031350

**Your branch address:**

5780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

ORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
ANADA
R TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8



## Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending March 15, 2002

## Summary of account

| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Mar 15, 2002 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,026.54 | | 0.00 | | 3.50 | | 2,030.04 |

Effective May 1, 2002, Bank of Montreal will be changing the fee structure for some services. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Feb 16 | Opening balance | | | 2,026.54 |
| Feb 28 | Interest Earned | | 3.50 | 2,030.04 |
| Mar 15 | Closing totals | | 3.50 | |
| | Number of items processed | 0 | 1 | |

My Bank®

Page 1 of 2



PEC-WAMY031351

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# *Business Banking statement*

## For the period ending April 17, 2002

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Apr 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,030.04 | 0.00 | 6,253.88 | 8,283.92 |

Do you know an outstanding woman entrepreneur? Nominations for the 2002 Canadian Woman Entrepreneur of the Year Awards are now open. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | US$ Community Account # 2670 4600-543 | | | |
| Mar 16 | Opening balance | | | 2,030.04 |
| Mar 28 | Interest Earned | | 3.88 | 2,033.92 |
| Apr 10 | Deposit, VALUE DATE 11APR | | 6,250.00 | 8,283.92 |
| Apr 17 | Closing totals | | 6,253.88 | |
| Number of items processed | | 0 | 2 | |

My  Bank®

9901-5


Bank of Montreal

**Page 1 of 2**

PEC-WAMY031352

Your branch address:

6780 MEADOWVALETOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending April 17, 2002

## Summary of account

| Account | Opening balance ($) | - | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Apr 17, 2002 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,030.04 | | 0.00 | | 6,253.88 | | 8,283.92 |

Do you know an outstanding woman entrepreneur? Nominations for the 2002 Canadian Woman Entrepreneur of the Year Awards are now open. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Mar 16 | Opening balance | | | 2,030.04 |
| Mar 28 | Interest Earned | | 3.88 | 2,033.92 |
| Apr 10 | Deposit, VALUE DATE 11APR | | 6,250.00 | 8,283.92 |
| Apr 17 | Closing totals | | 6,253.88 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0 . . . . . . . . . . . . . . .2

**My  Bank®**



Bank of Montreal

Page 1 of 2

PEC-WAMY031353

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending May 17, 2002

### Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on May 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 8,283.92 | 0.00 | 11.47 | 8,295.39 |

Help your business prosper with customized advice and financial solutions from Bank of Montreal. We're committed to helping you meet your business banking needs. For more information please refer to the end of your statement.

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Apr 18 | Opening balance | | | 8,283.92 |
| Apr 30 | Interest Earned | | 11.47 | 8,295.39 |
| May 17 | Closing totals | | 11.47 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 . . . . . . . . . . . . . . . . .1

**M y   B a n k**®   9901-6

Page 1 of 2



PEC-WAMY031354

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8



## *Business Banking*

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## *Business Banking statement*

For the period ending May 17, 2002

### Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on May 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 8,283.92 | 0.00 | 11.47 | 8,295.39 |

Help your business prosper with customized advice and financial solutions from Bank of Montreal. We're committed to helping you meet your business banking needs. For more information please refer to the end of your statement.

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Apr 18 | Opening balance | | | 8,283.92 |
| Apr 30 | Interest Earned | | 11.47 | 8,295.39 |
| May 17 | Closing totals | | 11.47 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0 . . . . . . . . . . . . . . . .1

My  Bank®

 **Bank of Montreal**

Page 1 of 2

PEC-WAMY031355

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON   L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending June 17, 2002

## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on June 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 8,295.39 | 0.00 | 6,267.39 | 14,562.78 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| May 18 | Opening balance | | | 8,295.39 |
| May 27 | Deposit, VALUE DATE 28MAY | | 6,250.00 | 14,545.39 |
| May 31 | Interest Earned | | 17.39 | 14,562.78 |
| June 17 | Closing totals | | 6,267.39 | |
| | Number of items processed | 0 | 2 | |

Please check this statement and report any errors or omissions within 30 days of delivery.

Page 1 of 2

9901-7

PEC-WAMY031356

Sep 04 03 01:08p

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL—JARAD
APT 405 —2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending June 17, 2002

## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on June 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 8,295.39 | 0.00 | 6,267.39 | 14,562.78 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| May 18 | Opening balance | | | 8,295.39 |
| May 27 | Deposit, VALUE DATE 28MAY | | 6,250.00 | 14,545.39 |
| May 31 | Interest Earned | | 17.39 | 14,562.78 |
| June 17 | Closing totals | | 6,267.39 | |
| Number of items processed | | 0 | 2 | |

Please check this statement and report any errors or omissions within 30 days of delivery.

Page 1 of 2

PEC-WAMY031357

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4E7

# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site** at
www.bmo.com

# Business Banking statement

## For the period ending July 17, 2002

## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on July 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 14,562.78 | 0.00 | 26.93 | 14,589.71 |

More ways to earn AIR MILES® reward miles! Bank of Montreal is expanding its current suite of AIR MILES For Business℠ offers! See back for details.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| June 18 | Opening balance | | | 14,562.78 |
| June 28 | Interest Earned | | 26.93 | 14,589.71 |
| July 17 | Closing totals | | 26.93 | |
| Number of items processed | | 0 | 1 | |

Please check this statement and report any errors or omissions within 30 days of delivery.

9901-8

PEC-WAMY031358

Sep 04 02 03:03p

p.1

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON   L5N 3R8

## Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site** at
www.bmo.com

# Business Banking statement

## For the period ending July 17, 2002

## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on July 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 14,567.78 | 0.00 | 26.93 | 14,589.71 |

More ways to earn AIR MILES* reward miles! Bank of Montreal is expanding its current suite of AIR MILES for Business℠ offers! See back for details.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| June 18 | Opening balance | | | 14,562.78 |
| June 28 | Interest Earned | | 26.93 | 14,589.71 |
| July 17 | Closing totals | | 26.93 | |
| | Number of items processed .......... 0 | | 1 | |

Please check this statement and report any errors or omissions within 30 days of delivery.

PEC-WAMY031359

You          ss:

6780 ME/      )WN CNTR CIRC
MISSISSA      N 4B7

WORLD        OF MUSLIM YOUTH — WAMY
CANAD/
MR TA        ARAD
APT 4        BATTLEFORD ROAD
MISSI        L5N 3R8



## Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending August 16, 2002

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Aug 16, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 14,589.71 | 0.00 | 27.88 | 14,617.59 |

More ways to earn AIR MILES® reward miles! Bank of Montreal is expanding its current suite of AIR MILES For Business™ offers! See back for details.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| July 18 | Opening balance | | | 14,589.71 |
| July 31 | Interest Earned | | 27.88 | 14,617.59 |
| Aug 16 | Closing totals | | 27.88 | |
| Number of items processed | | 0 | | 1 |

Please check this statement and report any errors or omissions within 30 days of delivery.

**My Bank®**

Page 1 of 2



9901-9

PEC-WAMY031360

You                ss:

6780 ME/        )WN CNTR CIRC
MISSISSA        N 4B7

WORLD           OF MUSLIM YOUTH — WAMY
CANAD/
MR TAI          ARAD
APT 4           BATTLEFORD ROAD
MISSI           L5N 3R8

## Business Banking



**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending August 16, 2002

## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on Aug 16, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 14,589.71 | 0.00 | 27.88 | 14,617.59 |

More ways to earn AIR MILES® reward miles! Bank of Montreal is expanding its current suite of AIR MILES For Business™ offers! See back for details.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| **US$ Community Account # 2670 4600-543** | | | | |
| July 18 | Opening balance | | | 14,589.71 |
| July 31 | Interest Earned | | 27.88 | 14,617.59 |
| **Aug 16** | **Closing totals** | | 27.88 | |
| Number of items processed | | 0 | 1 | |

Please check this statement and report any errors or omissions within 30 days of delivery.

**My Bank®**

Page 1 of 2



**Bank of Montreal**

PEC-WAMY031361

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

## Business Banking



WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending September 17, 2002

## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Sep 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 14,617.59 | 0.00 | 6,279.86 | 20,897.45 |

Small business solutions for the world you live in. See back for details

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Aug 17 | Opening balance | | | 14,617.59 |
| Aug 26 | Deposit, VALUE DATE 27AUG | | 6,250.00 | 20,867.59 |
| Aug 30 | Interest Earned | | 29.86 | 20,897.45 |
| Sep 17 | Closing totals | | 6,279.86 | |
| Number of items processed | | 0 | 2 | |

Please check this statement and report any errors or omissions within 30 days of delivery.

**My Bank®**

Page 1 of 2



PEC-WAMY031362

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending September 17, 2002

## Summary of account

| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Sep 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 14,617.59 | 0.00 | 6,279.86 | 20,897.45 |

Small business solutions for the world you live in. See back for details

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Aug 17 | **Opening balance** | | | 14,617.59 |
| Aug 26 | Deposit, VALUE DATE 27AUG | | 6,250.00 | 20,867.59 |
| Aug 30 | Interest Earned | | 29.86 | 20,897.45 |
| Sep 17 | **Closing totals** | | 6,279.86 | |
| | Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0 . . . . . . . . . . . . . . .2 | | | |

Please check this statement and report any errors or omissions within 30 days of delivery.

My Bank®

Page 1 of 2



PEC-WAMY031363

Your branch ad

6780 MEADOWVAL        : CIRC
MISSISSAUGA, ONT

WORLD ASSEME      SLIM YOUTH — WAMY
CANADA
MR TALHAH A'
2633 TREVIS
MISSISSAUGA ᴜɴ  ___ 2T3



## Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending October 17, 2002

## Summary of account

| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Oct 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 20,897.45 | 0.00 | 38.65 | 20,936.10 |

Small business solutions for the world you live in. See back for details

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Sep 18 | Opening balance | | | 20,897.45 |
| Sep 30 | Interest Earned | | 38.65 | 20,936.10 |
| Oct 17 | Closing totals | | 38.65 | |
| Number of items processed | | 0 | 1 | |

Please check this statement and report any errors or omissions within 30 days of delivery.

My Bank®

*9901-11*

Page 1 of 2


Bank of Montreal

PEC-WAMY031364

Your branch ad

6780 MEADOWVAL     CIRC
MISSISSAUGA, ONT



## Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

WORLD ASSEME    SLIM YOUTH – WAMY
CANADA
MR TALHAH A
2633 TREVIS
MISSISSAUGA ⌐ᴎ    2T3

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending October 17, 2002

## Summary of account

Small business solutions for the world you live in. See back for details

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Oct 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 20,897.45 | 0.00 | 38.65 | 20,936.10 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Sep 18 | Opening balance | | | 20,897.45 |
| Sep 30 | Interest Earned | | 38.65 ⟵ | 20,936.10 |
| Oct 17 | Closing totals | | 38.65 | |
| | Number of items processed . . . . . . . . . . . . . . . . . . . . . . . 0 . . . . . . . . . . . . 1 | | | |

Please check this statement and report any errors or omissions within 30 days of delivery.

My Bank®

Page 1 of 2



PEC-WAMY031365

Your branch address:

6780 MEADOWVALE TOWN CN... CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

# Business Banking



**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending November 15, 2002

## Summary of account

| Account | Opening balance ($) | - | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Nov 15, 2002 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 20,936.10 | | 0.00 | | 40.01 | | 20,976.11 |

Starting January 1, 2003, BMO Bank of Montreal® will be changing selected Business Banking fees. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Oct 18 | Opening balance | | | 20,936.10 |
| Oct 31 | Interest Earned | | 40.01 ⟵ | 20,976.11 |
| Nov 15 | Closing totals | | 40.01 | |
| Number of items processed | | | 0 | 1 |

Please check this statement and report any errors or omissions within 30 days of delivery.

Page 1 of 4

9901-12

BMO ▲ Bank of Montreal

15130E (09/02)

A member of BMO Financial Group

PEC-WAMY031366

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON   L5N 2T3

# Business Banking



**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending November 15, 2002

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Nov 15, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 20,936.10 | 0.00 | 40.01 | 20,976.11 |

Starting January 1, 2003, BMO Bank of Montreal® will be changing selected Business Banking fees. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Oct 18 | Opening balance | | | 20,936.10 |
| Oct 31 | Interest Earned | | 40.01 | 20,976.11 |
| Nov 15 | **Closing totals** | | **40.01** | |
| | Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0 . . . . . . . . . . . . . . . .1 | | | |

Please check this statement and report any errors or omissions within 30 days of delivery.

Page 1 of 4

**BMO** ▲ Bank of Montreal

15130E (09/02)

A member of BMO Financial Group

PEC-WAMY031367

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending December 17, 2002

## Summary of account

| Account | Opening balance ($) | . | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Dec 17, 2002 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 20,976.11 | | 0.00 | | 38.79 | | 21,014.90 |

Small Business solutions for the world you live in. See back for details

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Nov 16 | Opening balance | | | 20,976.11 |
| Nov 29 | Interest Earned | | 38.79 ← | 21,014.90 |
| Dec 17 | Closing totals | | 38.79 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0 . . . . . . . . . . . . . . .1

Please check this statement and report any errors or omissions within 30 days of delivery.

9901-13

**Page 1 of 2**

15130E (09/02)

**BMO** ▲ **Bank of Montreal**

A member of BMO Financial Group

PEC-WAMY031368

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending December 17, 2002

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Dec 17, 2002 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 20,976.11 | 0.00 | 38.79 | 21,014.90 |

Small Business solutions for the world you live in. See back for details

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Nov 16 | Opening balance | | | 20,976.11 |
| Nov 29 | Interest Earned | | 38.79 ← | 21,014.90 |
| Dec 17 | Closing totals | | 38.79 | |
| Number of items processed | | 0 | 1 | |

Please check this statement and report any errors or omissions within 30 days of delivery.

Page 1 of 2

**BMO Bank of Montreal**

15130E (09/02)

A member of BMO Financial Group

PEC-WAMY031369

**Your branch address:**

6780 MEADOWVALE TOWN CTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

# Business Banking



**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending January 17, 2003

## Summary of account

Small Business Rate Break at Prime.  See back for details

| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Jan 17, 2003 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 21,014.90 | 14.00 | 25,538.45 | 46,539.35 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Dec 18 | Opening balance | | | 21,014.90 |
| Dec 24 | Incoming Wire Payment, WIRE PYMT 3914 016593000 | | 13,040.00 | 34,054.90 |
| Dec 24 | Incoming Wire Handling Fee | 14.00 | | 34,040.90 |
| Dec 31 | Interest Earned | | 48.45 | 34,089.35 |
| Jan 3 | Deposit, VALUE DATE  6JAN | | (@ 1·5089) 12,450.00 | 46,539.35 |
| Jan 17 | **Closing totals** | 14.00 | 25,538.45 | |
| | Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1 . . . . . . . . . . . . . . . 3 | | | |

Please check this statement and report any errors or omissions within 30 days of delivery.

**Page 1 of 2**

15130F (09/02)

**BMO  Bank of Montreal**

A member of BMO Financial Group

PEC-WAMY031370

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending February 17, 2003

## Summary of account

| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Feb 17, 2003 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 46,539.35 | | 29,606.00 | | 90.65 | | 17,024.00 |

**Looking to reduce your banking fees?** See back for details.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Jan 18 | Opening balance | | | 46,539.35 |
| Jan 29 | US $ Transfer, USD TFR    8303-221, AT1.5089   HC   $0.00, CAD EQUIV $28669.10 | 19,000.00  (1.5089) | | 27,539.35 |
| Jan 31 | Interest Earned | | 90.65 | 27,630.00 |
| Jan 31 | Maintenance Fee, FIXED CHARGE    $6.00 | 6.00 | | 27,624.00 |
| Feb 3 | US $ Transfer, USD TFR    8303-221, AT1.5029   HC   $0.00, CAD EQUIV $15029.00 | 10,000.00  (1.5029) | | 17,624.00 |
| Feb 7 | Cheque | 600.00 | | 17,024.00 |
| Feb 17 | **Closing totals** | **29,606.00** | **90.65** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4 . . . . . . . .1

Page 1 of 2

15130E (09/02)

**BMO** ♠ **Bank of Montreal**

A member of BMO Financial Group    9902-2

PEC-WAMY031371

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON   L5N 2T3

## Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending February 28, 2003

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Feb 28, 2003 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 17,024.00 | 20.00 | 29,388.00 | 46,392.00 |

**Act Now! Small Business Rate Break at Prime ends March 31, 2003.**  See back for details.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Feb 18 | Opening balance | | | 17,024.00 |
| Feb 26 | Incoming Wire Payment, WIRE PYMT 3914 004584000 | | 29,350.40 | 46,374.40 |
| Feb 26 | Incoming Wire Handling Fee | 14.00 | | 46,360.40 |
| Feb 28 | Interest Earned | | 37.60 | 46,398.00 |
| Feb 28 | Maintenance Fee, FIXED CHARGE $6.00 | 6.00 | | 46,392.00 |
| Feb 28 | Closing totals | 20.00 | 29,388.00 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2 . . . . . . . . . . . .2

Please check this statement and report any errors or omissions within 30 days of delivery.

**Page 1 of 2**

1ST30E (09/02)

**BMO** Bank of Montreal

A member of BMO Financial Group   9902-3

PEC-WAMY031372

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

# Business Banking statement

For the period ending March 31, 2003

# Business Banking



**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

## Summary of account

| Account | Opening balance ($) | - | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Mar 31, 2003 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 46,392.00 | | 11,006.00 | | 5,486.75 | | 40,872.75 |

**Looking to reduce your banking fees?** See back for details.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Mar 1 | Opening balance | | | 46,392.00 |
| Mar 4 | US $ Transfer, USD TFR      8303-221, AT1.4515    HC   $0.00, CAD EQUIV $7257.50 | 5,000.00 | | 41,392.00 |
| Mar 20 | US $ Transfer, USD TFR      8303-221, AT1.4555    HC   $0.00, CAD EQUIV $4366.50 | 3,000.00 | | 38,392.00 |
| Mar 26 | US $ Transfer, USD TFR      8303-221, AT1.4445    HC   $0.00, CAD EQUIV $4333.50 | 3,000.00 | | 35,392.00 |
| Mar 31 | Deposit, VALUE DATE 1APR | | 5,401.54 | 40,793.54 |

continued

Page 1 of 3

15130E (09/02)

**BMO  Bank of Montreal**

A member of BMO Financial Group   9902-4a

**PEC-WAMY031373**

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|--------------------------------------|-------------------------------------|-------------|
| | **US$ Community Account # 2670 4600-543** | | | **(continued)** |
| Mar 31 | Interest Earned | | 85.21 | 40,878.75 |
| Mar 31 | Maintenance Fee, FIXED CHARGE    $6.00 | 6.00 | | 40,872.75 |
| **Mar 31** | **Closing totals** | **11,006.00** | **5,486.75** | |
| | Number of items processed | 4 | 2 | |

Please check this statement and report any errors or omissions within 30 days of delivery.

Trade-marks
®/™Trade-marks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. Sponsor and Supplier trademarks are owned by the respective Sponsors and Suppliers or authorized for their use in Canada

™ Trade-mark of Bank of Montreal.

® Registered trade-mark of Bank of Montreal.

Registration numbers

GST - R100390095
QST - 1000042494

**$25 million Cheque Ceiling**
After February 3, 2003, Canadian dollars payments over $25 million should be by wire transfer rather than cheque or other paper-based payment. For more information, speak with your Commercial Account Manager or call **1 877 262-5907**

**Page 2 of 3**

9902-4b

PEC-WAMY031374

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

# Business Banking



WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

## For the period ending April 30, 2003

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Apr 30, 2003 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 40,872.75 | 5,020.00 | 15,332.99 | 51,185.74 |

Do you know an outstanding woman entrepreneur? Nominations for the 2003 Canadian Woman Entrepreneur of the Year Awards are now open. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Apr 1 | Opening balance | | | 40,872.75 |
| Apr 8 | Incoming Wire Payment, WIRE PYMT 3914 005169000 | | 8,990.00 | 49,862.75 |
| Apr 8 | Incoming Wire Handling Fee | 14.00 | | 49,848.75 |
| Apr 16 | US $ Transfer, USD TFR    8303-221, AT1.425    HC   $0.00, CAD EQUIV $7125.00 | 5,000.00 | | 44,848.75 |
| Apr 30 | Deposit, VALUE DATE  1MAY | | 6,250.00 | 51,098.75 |
| Apr 30 | Interest Earned | | 92.99 | 51,191.74 |
| Apr 30 | Maintenance Fee, FIXED CHARGE    $6.00 | 6.00 | | 51,185.74 |
| **Apr 30** | **Closing totals** | **5,020.00** | **15,332.99** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3 . . . . . . . . . . . . . 3

**Page 1 of 2**

15130E (09/02)

**BMO** Bank of Montreal

A member of BMO Financial Group

9902-5

PEC-WAMY031375

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

# Business Banking



WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending May 30, 2003

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on May 30, 2003 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 51,185.74 | 15,006.00 | 95.74 | 36,275.48 |

**Looking to reduce your banking fees?** See back for details.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| May 1 | Opening balance | | | 51,185.74 |
| May 9 | US $ Transfer, USD TFR      8303-221, AT1.366    HC  $0.00, CAD EQUIV $8196.00 | 6,000.00 | | 45,185.74 |
| May 26 | US $ Transfer, USD TFR      8303-221, AT1.351    HC  $0.00, CAD EQUIV $8106.00 | 6,000.00 | | 39,185.74 |
| May 27 | US $ Transfer, USD TFR      8303-221, AT1.347    HC  $0.00, CAD EQUIV $4041.00 | 3,000.00 | | 36,185.74 |
| May 30 | Interest Earned | | 95.74 | 36,281.48 |
| May 30 | Maintenance Fee, FIXED CHARGE      $6.00 | 6.00 | | 36,275.48 |
| **May 30** | **Closing totals** | **15,006.00** | **95.74** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4 . . . . . . . . . . . . . . . .1

**Page 1 of 2**

15130E (09/02)

**BMO  Bank of Montreal**

A member of BMO Financial Group      9902-6

PEC-WAMY031376

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7





# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending June 30, 2003

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on June 30, 2003 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 36,275.48 | 10,459.11 | 66.32 | 25,882.69 |

**Small business solutions for the world you live in.**
Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| May 31 | **Opening balance** | | | 36,275.48 |
| June 9 | US $ Transfer, USD TFR     8303-221, AT1.333    HC    $4.00, CAD EQUIV $600.00 | 453.11 | | 35,822.37 |
| June 10 | US $ Transfer, USD TFR     8303-221, AT1.333    HC    $0.00, CAD EQUIV $6665.00 | 5,000.00 | | 30,822.37 |
| June 30 | US $ Transfer, USD TFR     8303-221, AT1.329    HC    $0.00, CAD EQUIV $6645.00 | 5,000.00 | | 25,822.37 |
| June 30 | Interest Earned | | 66.32 | 25,888.69 |
| June 30 | Maintenance Fee, FIXED CHARGE     $6.00 | 6.00 | | 25,882.69 |
| **June 30** | **Closing totals** | **10,459.11** | **66.32** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4 . . . . . . . . . . . . . . . .1

**Page 1 of 2**

**BMO** ▲ Bank of Montreal

15130E (09/02)

A member of BMO Financial Group   9902-7

PEC-WAMY031377

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

**Business Banking**



WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending July 31, 2003

## Summary of account

| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on July 31, 2003 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 25,882.69 | 13,006.00 | 31.51 | 12,908.20 |

With summer cooling down, it's time to heat up your business. Learn more about BMO Bank of Montreal® business banking solutions for the world you live in. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| July 1 | **Opening balance** | | | 25,882.69 |
| July 3 | US $ Transfer, USD TFR      8303-221, AT1.3115    HC   $0.00, CAD EQUIV $3934.50 | 3,000.00 | | 22,882.69 |
| July 7 | US $ Transfer, USD TFR      8303-221, AT1.322    HC   $0.00, CAD EQUIV $6610.00 | 5,000.00 | | 17,882.69 |
| July 15 | US $ Transfer, USD TFR      8303-221, AT1.3535    HC   $0.00, CAD EQUIV $6767.50 | 5,000.00 | | 12,882.69 |
| July 31 | Interest Earned | | 31.51 | 12,914.20 |
| July 31 | Maintenance Fee, FIXED CHARGE    $6.00 | 6.00 | | 12,908.20 |
| July 31 | **Closing totals** | **13,006.00** | **31.51** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4 . . . . . . . . . . . . . . . 1

Page 1 of 2

**BMO  Bank of Montreal**

A member of BMO Financial Group

151306 (09/02)

9962-8

PEC-WAMY031378

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH – WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

# Business Banking

Your Branch
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

For questions about your
statement call
(905) 542-9533

Direct Banking
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending August 29, 2003

## Summary of account

| Account | Opening balance ($) | – | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Aug 29, 2003 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 12,908.20 | | 10,506.00 | | 10.70 | | 2,412.90 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Aug 1 | Opening balance | | | 12,908.20 |
| Aug 5 | US $ Transfer, USD TFR      8303-221, AT1.368   HC   $0.00, CAD EQUIV $4104.00 | 3,000.00 | | 9,908.20 |
| Aug 11 | US $ Transfer, USD TFR      8303-221, AT1.36 HC   $0.00, CAD EQUIV   $4760.00 | 3,500.00 | | 6,408.20 |
| Aug 14 | US $ Transfer, USD TFR      8303-221, AT1.3575   HC   $0.00, CAD EQUIV $5430.00 | 4,000.00 | | 2,408.20 |
| Aug 29 | Interest Earned | | 10.70 | 2,418.90 |
| Aug 29 | Maintenance Fee, FIXED CHARGE      $6.00 | 6.00 | | 2,412.90 |
| Aug 29 | **Closing totals** | **10,506.00** | **10.70** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4 . . . . . . . . . . . . . . . .1

Page 1 of 2

15130E (09/02)



A member of BMO Financial Group      9902-9

PEC-WAMY031379

Your branch address:



## Business Banking

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending September 30, 2003

## Summary of account

| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Sep 30, 2003 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,412.90 | 2,006.00 | 4.16 | 411.06 |

It's Small Business Week and you deserve special recognition from BMO Bank of Montreal® as we recognize the crucial role that small business plays in the Canadian economy. Small business, we salute you.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Aug 30 | Opening balance | | | 2,412.90 |
| Sep 29 | US $ Transfer, USD TFR     8303-221, AT1.329   HC  $0.00, CAD EQUIV $2658.00 | 2,000.00 | | 412.90 |
| Sep 30 | Interest Earned | | 4.16 | 417.06 |
| Sep 30 | Maintenance Fee, FIXED CHARGE     $6.00 | 6.00 | | 411.06 |
| Sep 30 | Closing totals | 2,006.00 | 4.16 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 . . . . . . . . . . . . . .1

Please check this statement and report any errors or omissions within 30 days of delivery.

**Page 1 of 2**

15130E (09/'02)

BMO  Bank of Montreal

A member of BMO Financial Group    9902-10

PEC-WAMY031380

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH – WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending October 31, 2003

## Summary of account

| Account | Opening balance ($) | – Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Oct 31, 2003 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 411.06 | 3,506.00 | 5,655.60 | 2,560.66 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Oct 1 | Opening balance | | | 411.06 |
| Oct 1 | Deposit, VALUE DATE  2OCT | | 5,650.00 | 6,061.06 |
| Oct 6 | US $ Transfer, USD TFR       8303-221, AT1.3215   HC   $0.00, CAD EQUIV $4625.25 | 3,500.00 | | 2,561.06 |
| Oct 31 | Interest Earned | | 5.60 | 2,566.66 |
| Oct 31 | Maintenance Fee, FIXED CHARGE     $6.00 | 6.00 | | 2,560.66 |
| Oct 31 | Closing totals | 3,506.00 | 5,655.60 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 . . . . . . . . . . . . . . . . 2

Please check this statement and report any errors or omissions within 30 days of delivery.

**Page 1 of 2**

15130E (09/02)

**BMO ☐ Bank of Montreal**

A member of BMO Financial Group    9902-11

PEC-WAMY031381

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending November 28, 2003

## Summary of account

| Account | Opening balance ($) | - | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Nov 28, 2003 |
|---|---|---|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 2,560.66 | | 2,006.00 | | 4.10 | | 558.76 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Nov 1 | **Opening balance** | | | 2,560.66 |
| Nov 27 | US $ Transfer, USD TFR      8303-221, AT1.283    HC   $0.00, CAD EQUIV $2566.00 | 2,000.00 | | 560.66 |
| Nov 28 | Interest Earned | | 4.10 | 564.76 |
| Nov 28 | Maintenance Fee, FIXED CHARGE      $6.00 | 6.00 | | 558.76 |
| **Nov 28** | **Closing totals** | **2,006.00** | **4.10** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2 . . . . . . . . . . . . . . . .1

Please check this statement and report any errors or omissions within 30 days of delivery.

**Page 1 of 2**

9902-12

PEC-WAMY031382

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

# Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending December 31, 2003

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Dec 31, 2003 |
|---|---|---|---|---|
| US$ Community Account # 2670 4600-543 | 558.76 | 6.00 | 0.00 | 552.76 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Community Account # 2670 4600-543** | | | |
| Nov 29 | Opening balance | | | 558.76 |
| Dec 31 | Maintenance Fee, FIXED CHARGE   $6.00 | | 6.00 | 552.76 |
| Dec 31 | **Closing totals** | | 6.00 | |
| Number of items processed | | | 1 | 0 |

Please check this statement and report any errors or omissions within 30 days of delivery.

**Page 1 of 2**

15130E (09/02)



BMO  Bank of Montreal

A member of BMO Financial Group   9902-13

PEC-WAMY031383

**Your branch address:**

6677 MEADOWVALE
MISSISSAUGA, ONT  L5N 2R5

# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending July 17, 2001

## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on July 17, 2001 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 4,497.00 | 1,000.00 | 0.25 | 3,497.25 |

To learn how your business could benefit from direct banking, contact us at 1-877-262-5907 or visit your Bank of Montreal branch.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
|  | **Community Account # 2670 8303-221** | | | |
| June 16 | Opening balance | | | 4,497.00 |
| June 29 | Interest Earned | | 0.25 | 4,497.25 |
| July 16 | Cheque, NO.1BR.0496 | 1,000.00 | | 3,497.25 |
| July 17 | **Closing totals** | 1,000.00 | 0.25 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1 . . . . . . . . . . . . . . .1

9950-1

PEC-WAMY031384

**Your branch address:**

6677 MEADOWVALE
MISSISSAUGA, ONT  L5N 2R5



## Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

### For the period ending August 17, 2001

## Summary of account

| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Aug 17, 2001 |
|---|---|---|---|---|---|---|---|
| Community Account # 2670 8303-221 | 3,497.25 | | 0.00 | | 0.34 | | 3,497.59 |

Our partnership with Moneris Solutions benefits you. Please refer to the information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| July 18 | Opening balance | | | 3,497.25 |
| July 31 | Interest Earned | | 0.34 | 3,497.59 |
| Aug 17 | **Closing totals** | | 0.34 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0 . . . . . . . . . . . . . . .1

**My  Bank®**

Page 1 of 2

HRI000-01-7-D0



09.50 -2

PEC-WAMY031385

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending September 17, 2001

### Summary of account

| Account | Opening balance ($) | - | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Sep 17, 2001 |
|---|---|---|---|---|---|---|---|
| Community Account # 2670 8303-221 | 3,497.59 | | 0.00 | | 0.30 | | 3,497.89 |

You can now earn AIR MILES® reward miles when you do your small business banking. Please refer to the information at the end of your statement.

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
|  | **Community Account # 2670 8303-221** | | | |
| Aug 18 | Opening balance | | | 3,497.59 |
| Aug 31 | Interest Earned | | 0.30 | 3,497.89 |
| Sep 17 | Closing totals | | 0.30 | |
| Number of items processed | | 0 | 1 | |

**My Bank®**

**Page 1 of 2**

HRI000-01-4-D0



99.50-3

PEC-WAMY031386

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL—JARAD
APT 405 —2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8



## Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## *Business Banking statement*

## For the period ending October 17, 2001



### Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Oct 17, 2001 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 3,497.89 | 560.00 | 0.22 | 2,938.11 |

Bank of Montreal's direct banking service is accessible by telephone, online and wireless. For more details, please refer to the information at the end of your statement

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Sep 18 | Opening balance | | | 3,497.89 |
| Sep 20 | Cheque, NO.4 | 30.00 | | 3,467.89 |
| Sep 24 | Cheque, NO.2 | 530.00 | | 2,937.89 |
| Sep 28 | Interest Earned | | 0.22 | 2,938.11 |
| Oct 17 | **Closing totals** | **560.00** | **0.22** | |
| | Number of items processed | 2 | 1 | |

**My Bank®**

9950-4

Page 1 of 2

HRI000-01-4-D0



PEC-WAMY031387

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

2680

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8



**Business Banking**

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending November 16, 2001

### Summary of account

| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Nov 16, 2001 |
|---|---|---|---|---|---|---|---|
| Community Account # 2670 8303-221 | 2,938.11 | | 0.00 | | 0.12 | | 2,938.23 |

Call us today at 1-877-262-5907 to discuss our Small Business Rate Sale at Prime or visit us at bmo.com.

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Oct 18 | Opening balance | | | 2,938.11 |
| Oct 31 | Interest Earned | | 0.12 | 2,938.23 |
| **Nov 16** | **Closing totals** | | 0.12 | |
| Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .0 . . . . . . . . . . . . . . .1 | | | | |

My Bank®

9950-5



**Page 1 of 2**

HRI000-01-7-DO

PEC-WAMY031388

Your branch address:

.6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7



# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending December 17, 2001

## Summary of account

| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Dec 17, 2001 |
|---|---|---|---|---|---|---|---|
| Community Account # 2670 8303-221 | 2,938.23 | | 0.00 | | 4,157.68 | | 7,095.91 |

Call us today at 1-877-262-5907 to discuss our Small Business Rate Sale at Prime or visit us at bmo.com.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Nov 17 | Opening balance | | | 2,938.23 |
| Nov 27 | US $ Wire Payment, USD PO   2987, AT1.5702 OC  $14.00, 2656.67 | | 4,157.50 | 7,095.73 |
| Nov 30 | Interest Earned | | 0.18 | 7,095.91 |
| Dec 17 | Closing totals | | 4,157.68 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 . . . . . . . . . . . . . . 2

My Bank®

9950-6

**Page 1 of 2**

HRI000-01-4-D0



PEC-WAMY031389

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
5453    CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending January 17, 2002

## Summary of account

| Account | Opening balance ($) | • | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Jan 17, 2002 |
|---|---|---|---|---|---|---|---|
| Community Account # 2670 8303-221 | 7,095.91 | | 1,270.00 | | 37,948.36 | | 43,774.27 |

Call us today at 1-877-262-5907 to discuss our small business special offers or visit us at bmo.com/business

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|



**Community Account # 2670 8303-221**

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| Dec 18 | Opening balance | | | 7,095.91 |
| Dec 24 | Cheque, NO.3 | 920.00 | | 6,175.91 |
| Dec 31 | Interest Earned | | 0.58 | 6,176.49 |
| Jan 2 | US $ Wire Payment, USD PO   2987, AT1.5824 OC  $14.00, 23990.00 | | 37,947.78 | 44,124.27 |
| Jan 16 | Cheque, NO.28 | 350.00 | | 43,774.27 |
| Jan 17 | Closing totals | 1,270.00 | 37,948.36 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2 . . . . . . . . . . . . . . . . .2

HRI000-01-7-D0

9950-7

PEC-WAMY031390

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



*Business Banking*

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 —2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending January 17, 2002



## Summary of account

| Account | Opening balance ($) | – | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Jan 17, 2002 |
|---|---|---|---|---|---|---|---|
| Community Account # 2670 8303-221 | 7,095.91 | | 1,270.00 | | 37,948.36 | | 43,774.27 |

Call us today at 1-877-262-5907 to discuss our small business special offers or visit us at bmo.com/business

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Dec 18 | Opening balance | | | 7,095.91 |
| Dec 24 | Cheque, NO.3 | 920.00 | | 6,175.91 |
| Dec 31 | Interest Earned | | 0.58 | 6,176.49 |
| Jan 2 | US $ Wire Payment, USD PO   2987, AT1.5824 OC  $14.00, 23990.00 | | 37,947.78 | 44,124.27 |
| Jan 16 | Cheque, NO.28 | 350.00 | | 43,774.27 |
| Jan 17 | **Closing totals** | **1,270.00** | **37,948.36** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 . . . . . . . . . . . . . . . . 2

**My Bank®**

HRI000-01-7-D0



Bank of Montreal

9951 —1

PEC-WAMY031391

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
5453   CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending January 17, 2002

## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on Jan 17, 2002 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 7,095.91 | 1,270.00 | 37,948.36 | 43,774.27 |

Call us today at 1-877-262-5907 to discuss our small business special offers or visit us at bmo.com/business

## Transaction details



| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Dec 18 | Opening balance | | | 7,095.91 |
| Dec 24 | Cheque, NO.3 | 920.00 | | 6,175.91 |
| Dec 31 | Interest Earned | | 0.58 | 6,176.49 |
| Jan 2 | US $ Wire Payment, USD PO   2987, AT1.5824 OC  $14.00, 23990.00 | | 37,947.78 | 44,124.27 |
| Jan 16 | Cheque, NO.28 | 350.00 | | 43,774.27 |
| Jan 17 | Closing totals | 1,270.00 | 37,948.36 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 . . . . . . . . . . . . . . . .2

Page 1 of 2

HRI000-01-7-00

9851-2

PEC-WAMY031392

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8



## Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

### For the period ending February 15, 2002



## Summary of account

| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Feb 15, 2002 |
|---|---|---|---|---|---|---|---|
| Community Account # 2670 8303-221 | 43,774.27 | | 0.00 | | 38,248.86 | | 82,023.13 |

Call us today at 1-877-262-5907 to discuss our small business special offers or visit us at bmo.com/business

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Jan 18 | **Opening balance** | | | 43,774.27 |
| Jan 22 | US $ Wire Payment, USD PO   2987, AT1.5944 OC  $14.00, 23990.00 | | 38,235.66 | 82,009.93 |
| Jan 31 | Interest Earned | | 13.20 | 82,023.13 |
| Feb 15 | **Closing totals** | | 38,248.86 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 . . . . . . . . . . . . . . 2

My Bank®

Page 1 of 2

HRI000-01-7-D0



9951-3

PEC-WAMY031393

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH – WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 –2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## *Business Banking statement*

### For the period ending March 15, 2002



## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on Mar 15, 2002 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 82,023.13 | 1,900.00 | 3.15 | 80,126.28 |

Effective May 1, 2002, Bank of Montreal will be changing the fee structure for some services. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| **Community Account # 2670 8303-221** | | | | |
| Feb 16 | Opening balance | | | 82,023.13 |
| Feb 28 | Interest Earned | | 3.15 — | 82,026.28 |
| Mar 1 | Cheque, NO.32 | 1,000.00 — | | 81,026.28 |
| Mar 7 | Cheque, NO.30 | 500.00 — | | 80,526.28 |
| Mar 15 | Cheque, NO.29 | 400.00 — | | 80,126.28 |
| **Mar 15** | **Closing totals** | **1,900.00** | **3.15** | |
| Number of items processed | | 3 | 1 | |

My Bank®

Page 1 of 2

HRI000-01-7-D0


Bank of Montreal

9951-4

PEC-WAMY031394

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7


**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending April 17, 2002



## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Apr 17, 2002 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 80,126.28 | 4,940.00 | 3.41 | 75,189.69 |

Do you know an outstanding woman entrepreneur? Nominations for the 2002 Canadian Woman Entrepreneur of the Year Awards are now open. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Mar 16 | Opening balance | | | 80,126.28 |
| Mar 28 | Interest Earned | | 3.41 | 80,129.69 |
| Apr 5 | Cheque, NO.27 | 1,400.00 | | 78,729.69 |
| Apr 16 | Cheque, NO.26 | 3,540.00 | | 75,189.69 |
| Apr 17 | **Closing totals** | **4,940.00** | **3.41** | |
| | Number of items processed | 2 | 1 | |

My Bank®

Page 1 of 2

HRI000-01-5-D0


Bank of Montreal

9951-5

PEC-WAMY031395

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



## Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

### For the period ending May 17, 2002

## Summary of account



| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on May 17, 2002 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 75,189.69 | 4,851.25 | 13,885.90 | 84,224.34 |

Help your business prosper with customized advice and financial solutions from Bank of Montreal. We're committed to helping you meet your business banking needs. For more information please refer to the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Apr 18 | **Opening balance** | | | 75,189.69 |
| Apr 19 | ABM Withdrawal, 6677 TOWN CTR | 360.00 | | 74,829.69 |
| Apr 23 | ABM Withdrawal, 6677 TOWN CTR | 260.00 | | 74,569.69 |
| Apr 29 | Cheque, NO.5 | 750.00 | | 73,819.69 |
| Apr 29 | Cheque, NO.31 | 3,050.00 | | 70,769.69 |
| Apr 30 | Interest Earned | | 3.16 | 70,772.85 |
| May 8 | US $ Wire Payment, USD PO  2987, AT1.5458 OC  $14.00, 8990.00 | | 13,882.74 | 84,655.59 |
| May 17 | Cheque, NO.51 | 431.25 | | 84,224.34 |
| **May 17** | **Closing totals** | **4,851.25** | **13,885.90** | |
| | Number of items processed | 5 | 2 | |

My Bank®



Page 1 of 2

HRI000-01-4-D0

_9951-6_

PEC-WAMY031396

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON L5N 3R8




# Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending June 17, 2002

## Summary of account



| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on June 17, 2002 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 84,224.34 | 11,826.79 | 19,390.13 | 91,787.68 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| May 18 | Opening balance | | | 84,224.34 |
| May 24 | Cheque, NO.55 | 1,400.00 | | 82,824.34 |
| May 27 | US S Cheque Sale, AT1.5107   HC   $2.75, 6250.00 | | 9,439.13 | 92,263.47 |
| May 27 | Error Correction, USD CLRNG, AT1.5107   HC $2.75, 6250.00 | 9,439.13 | | 82,824.34 |
| May 28 | Cheque, NO.54 | 37.66 | | 82,786.68 |
| May 31 | Interest Earned | | 3.44 | 82,790.12 |
| June 4 | US S Wire Payment, USD PO   2987, AT1.505 OC  $14.00, 6618.98 | | 9,947.56 | 92,737.68 |
| June 13 | Cheque, NO.56 | 950.00 | | 91,787.68 |
| June 17 | **Closing totals** | **11,826.79** | **19,390.13** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4 . . . . . . . . . . . . . . . . . .3
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . . .3

**My Bank®**

**Page 1 of 2**

HRI003-01-6-D0



PEC-WAMY031397

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending July 17, 2002



### Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on July 17, 2002 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 91,787.68 | 18,151.00 | 20,109.04 | 93,745.72 |

More ways to earn AIR MILES® reward miles!  Bank of Montreal is expanding its current suite of AIR MILES For Business™ offers!  See back for details.

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| June 18 | Opening balance | | | 91,787.68 |
| June 19 | Cheque, NO.77 | 9,700.00 | | 82,087.68 |
| June 20 | Cheque, NO.79 | 155.00 | | 81,932.68 |
| June 20 | Cheque, NO.81 BR.0098 | 2,000.00 | | 79,932.68 |
| June 20 | Cheque, NO.80 BR.0098 | 500.00 | | 79,432.68 |
| June 28 | Interest Earned | | 3.54 | 79,436.22 |
| July 2 | US $ Wire Payment, USD PO   2987, AT1.5114 OC  $14.00, 13311.83 | | 20,105.50 | 99,541.72 |
| July 8 | Cheque, NO.58 | 1,046.00 | | 98,495.72 |
| July 8 | Cheque, NO.59 | 1,350.00 | | 97,145.72 |
| July 15 | ABM Withdrawal, 6677 TOWN CNTR | 500.00 | | 96,645.72 |

continued

My Bank®

HRI008-01-7-DO



9951-8

PEC-WAMY031398

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|--------------------------------------:|-------------------------------------:|------------:|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| July 16 | Cheque, NO.60 | 900.00 | | 95,745.72 |
| July 17 | Cheque, NO.61 | 2,000.00 | | 93,745.72 |
| **July 17** | **Closing totals** | **18,151.00** | **20,109.04** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9 . . . . . . . . . . . . . . . .2
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . .8

Please check this statement and report any errors or omissions within 30 days of delivery.

### Trade-marks

®·/™Trade-marks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

™Trade-mark of Bank of Montreal.

®Registered trade-mark of Bank of Montreal.

™™Registered trade mark of Bank of Montreal. Investorline Discount Brokerage is offered by Bank of Montreal Investor Services Limited, a wholly owned subsidiary of Bank of Montreal. Member CIPF.

### Registration numbers

GST - R100390095
QST - 1000042494

### Exciting News -- Now Even More Ways to Earn AIR MILES® Reward Miles

Earn more AIR MILES reward miles on your business banking! Receive reward miles when you register for an Everyday Banking for Business plan and when you register for online banking. See branch for full details. Plus, earn 1 reward mile for each of the following transactions: Direct channel electronic bill payment, ABM deposit, Service-chargeable pre-authorized direct debit/payment or credit, and Debit card purchase at participating AIR MILES Sponsors.*

Also, earn rewards on the following lending products** based on approved dollar amounts: Operating Line of Credit, Small Business Line of Credit, Small Business Loans, and Farm Mortgages!

For more information call 1-877-262-5907, visit bmo.com/business or visit your local Bank of Montreal branch. Start earning today!

*Transaction based rewards apply only to Everyday Banking for Business plan accounts. Customers must link their collector number to an Everyday Banking for Business account to benefit from the rewards.
**Offer valid for new, approved non-revolving demand loans, farm mortgages, small business and operating lines of credit only. Subject to credit approval. See branch for full details.

PEC-WAMY031399

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH – WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 –2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

# Business Banking



**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending August 16, 2002

## Summary of account



| Account | Opening balance ($) | – | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Aug 16, 2002 |
|---|---|---|---|---|---|---|---|
| Community Account # 2670 8303-221 | 93,745.72 | | 8,658.00 | | 3.98 | | 85,091.70 |

More ways to earn AIR MILES® reward miles! Bank of Montreal is expanding its current suite of AIR MILES For Business™ offers! See back for details.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| July 18 | Opening balance | | | 93,745.72 |
| July 24 | Cheque, NO.6 | 5,500.00 | | 88,245.72 |
| July 31 | Interest Earned | | 3.98 | 88,249.70 |
| July 31 | Cheque, NO.7 | 2,000.00 | | 86,249.70 |
| Aug 8 | Cheque, NO.8 | 550.00 | | 85,699.70 |
| Aug 12 | Cheque, NO.63 BR.0098 | 608.00 | | 85,091.70 |
| Aug 16 | **Closing totals** | **8,658.00** | **3.98** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4 . . . . . . . . . . . . . . . . 1
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . 4

Please check this statement and report any errors or omissions within 30 days of delivery.

**My Bank®**

HRI004-01-4-D0



9951-9

PEC-WAMY031400

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
APT 405 -2645 BATTLEFORD ROAD
MISSISSAUGA ON  L5N 3R8

## Business Banking



**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending September 17, 2002



## Summary of account

| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on Sep 17, 2002 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 85,091.70 | 4,251.00 | 3.62 | 80,844.32 |

Small business solutions for the world you live in. See back for details

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Aug 17 | Opening balance | | | 85,091.70 |
| Aug 21 | Cheque, NO.10 | 500.00 | | 84,591.70 |
| Aug 26 | Cheque, NO.66 | 100.00 | | 84,491.70 |
| Aug 29 | Cheque, NO.62 | 1,470.00 | | 83,021.70 |
| Aug 30 | Interest Earned | | 3.62 | 83,025.32 |
| Sep 5 | Cheque, NO.12 | 500.00 | | 82,525.32 |
| Sep 6 | Cheque, NO.9 | 500.00 | | 82,025.32 |
| Sep 6 | Cheque, NO.11 | 781.00 | | 81,244.32 |
| Sep 9 | Cheque, NO.65 | 400.00 | | 80,844.32 |
| Sep 17 | **Closing totals** | **4,251.00** | **3.62** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7 . . . . . . . . . . . . . . . .1
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . .7

**My Bank®**

**Page 1 of 2**

HRI007-01-6-D0



9951-10

PEC-WAMY031401

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

## Business Banking



**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending October 17, 2002

## Summary of account

Small business solutions for the world you live in. See back for details

| Account | Opening balance ($) | – Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Oct 17, 2002 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 80,844.32 | 13,876.94 | 8,904.66 | 75,872.04 |

## Transaction details



| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| **Community Account # 2670 8303-221** | | | | |
| Sep 18 | Opening balance | | | 80,844.32 |
| Sep 23 | Cheque, NO.68 | 150.00 — | | 80,694.32 |
| Sep 23 | Cheque, NO.64 | 600.00 — | | 80,094.32 |
| Sep 23 | Cheque, NO.67 | 6,000.00 — | | 74,094.32 |
| Sep 27 | Cheque, NO.33 | 3,000.00 — | | 71,094.32 |
| Sep 30 | Interest Earned | | 3.24 — | 71,097.56 |
| Oct 1 | Cheque, NO.13 | 1,000.00 — | | 70,097.56 |
| Oct 4 | Cheque, NO.70 | 650.00 — | | 69,447.56 |
| Oct 7 | Cheque, NO.34 | 446.94 — | | 69,000.62 |
| Oct 15 | Transfer, 3914-1000-002 3914 | | 8,901.42 — | 77,902.04 |

continued

My Bank®

HRI009-01-6-D0



9951-11

PEC-WAMY031402

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| Oct 17 | Cheque, NO.69 | 2,000.00 | | 75,902.04 |
| Oct 17 | Cheque, NO.71 | 30.00 | | 75,872.04 |
| **Oct 17** | **Closing totals** | **13,876.94** | **8,904.66** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9 . . . . . . . . . . . . . . . .2
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . .9

Please check this statement and report any errors or omissions within 30 days of delivery.

### Trade-marks

®™/™™Trade-marks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

™Trade-mark of Bank of Montreal.

®Registered trade-mark of Bank of Montreal.

™™Registered trade mark of Bank of Montreal. Investorline Discount Brokerage is offered by Bank of Montreal Investor Services Limited, a wholly owned subsidiary of Bank of Montreal. Member CIPF.

### Registration numbers

GST - R100390095
QST - 1000042494

### Small business solutions for the world you live in.

Being in business for yourself, doesn't mean you're on your own. Bank of Montreal provides a customized approach to suit your business' financial services needs. To speak to a Commercial Account Manager, visit your local branch or call 1-877-262-5907. You can also visit bmo.com/business for information about our products and services.

PEC-WAMY031403

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

# Business Banking



WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

## For the period ending November 15, 2002

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Nov 15, 2002 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 75,872.04 | 29,820.00 | 303.11 | 46,355.15 |

Starting January 1, 2003, BMO Bank of Montreal® will be changing selected Business Banking fees. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Oct 18 | Opening balance | | | 75,872.04 |
| Oct 31 | Interest Earned | | 3.11 | 75,875.15 |
| Nov 5 | Cheque, NO.72 | 1,800.00 | | 74,075.15 |
| Nov 12 | Cheque, NO.73 | 27,000.00 | | 47,075.15 |
| Nov 12 | Cheque, NO.74 | 720.00 | | 46,355.15 |
| Nov 12 | ABM Deposit, 6677 TOWN CNTR | | 300.00 | 46,655.15 |
| Nov 12 | ABM Withdrawal, 6677 TOWN CNTR | 300.00 | | 46,355.15 |
| Nov 15 | **Closing totals** | **29,820.00** | **303.11** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4 . . . . . . . . . . . . . . . .2
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . .3

**Page 1 of 4**

HRI003-02-3-D0

TS130E (09/02)

BMO ▲ Bank of Montreal

A member of BMO Financial Group

9951-12

PEC-WAMY031404

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7



# Business Banking

1813

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending December 17, 2002

## Summary of account



Small Business solutions for the world you live in. See back for details

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Dec 17, 2002 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 46,355.15 | 16,827.00 | 2.34 | 29,530.49 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Nov 16 | Opening balance | | | 46,355.15 |
| Nov 29 | Cheque, NO.17 | 177.00 — | | 46,178.15 |
| Nov 29 | Interest Earned | | 2.34 — | 46,180.49 |
| Dec 3 | Cheque, NO.19 | 60.00 — | | 46,120.49 |
| Dec 3 | Cheque, NO.18 | 960.00 — | | 45,160.49 |
| Dec 3 | Cheque, NO.21 | 415.00 — | | 44,745.49 |
| Dec 4 | Cheque, NO.16 BR.0098 | 4,300.00 — | | 40,445.49 |
| Dec 4 | Cheque, NO.22 | 4,000.00 — | | 36,445.49 |
| Dec 10 | Cheque, NO.15 | 165.00 — | | 36,280.49 |

continued

Page 1 of 2

HRI009-01-5-D0



A member of BMO Financial Group  9951-13

15130F (09/02)

PEC-WAMY031405

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|---------------------------------------|--------------------------------------|-------------|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| Dec 16 | Cheque, NO.35 | 5,000.00 | | 31,280.49 |
| Dec 16 | Cheque, NO.37 | 1,750.00 | | 29,530.49 |
| **Dec 17** | **Closing totals** | **16,827.00** | **2.34** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9 . . . . . . . . . . . . . . . . .1
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . .9

Please check this statement and report any errors or omissions within 30 days of delivery.

### Trade-marks
®•/™Trade-marks of AIR MILES International Trading B.V.  Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

™ Trade-mark of Bank of Montreal.

® Registered trade-mark of Bank of Montreal.

### Registration numbers

GST - R100390095
QST - 1000042494

### Small Business solutions for the world you live in.
You may be in business for yourself, but with BMO Bank of Montreal® you're not on your own. We provide a customized approach to suit your business' financial services needs.  To speak with a Commercial Account Manager, visit your local branch or call 1-877-262-5907.  You can also visit bmo.com/business for information about our products and services.

PEC-WAMY031406

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

# Business Banking

2477

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Visit our web site at**
www.bmo.com

# Business Banking statement

For the period ending January 17, 2003

## Summary of account

| Account | Opening balance ($) | - | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Jan 17, 2003 | **Small Business Rate Break at Prime.** See back for details |
|---------|---------------------|---|---------------------------|---|----------------------------|---|--------------------------------------|---|
| Community Account # 2670 8303-221 | 29,530.49 | | 15,063.36 | | 361.40 | | 14,828.53 | |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|---------------------------------------|--------------------------------------|-------------|
| | **Community Account # 2670 8303-221** | | | |



| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|---------------------------------------|--------------------------------------|-------------|
| Dec 18 | Opening balance | | | 29,530.49 |
| Dec 20 | Cheque, NO.40 | 800.00 | | 28,730.49 |
| Dec 23 | Cheque, NO.38 | 115.00 | | 28,615.49 |
| Dec 23 | Cheque, NO.36 | 538.00 | | 28,077.49 |
| Dec 27 | ABM Withdrawal, 6677 TOWN CNTR | 500.00 | | 27,577.49 |
| Dec 27 | Cheque, NO.41 | 1,100.00 | | 26,477.49 |
| Dec 31 | Interest Earned | | 1.40 | 26,478.89 |
| Dec 31 | Cheque, NO.43 | 535.00 | | 25,943.89 |
| Dec 31 | Cheque, NO.39 | 500.00 | | 25,443.89 |
| Dec 31 | Cheque, NO.42 | 370.36 | | 25,073.53 |
| Jan 3 | Deposit | | 360.00 | 25,433.53 |
| Jan 3 | Canadian Draft, DRAFT 028250565 | 5,000.00 | | 20,433.53 |

continued

**Page 1 of 3**

HRI012-02-3-D0

9952-1

PEC-WAMY031407

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| Jan 3 | Draft Fee | 5.00 | | 20,428.53 |
| Jan 6 | Cheque, NO.24 | 950.00 | | 19,478.53 |
| Jan 9 | Cheque, NO.46 | 1,200.00 | | 18,278.53 |
| Jan 10 | Cheque, NO.48 | 1,500.00 | | 16,778.53 |
| Jan 13 | Cheque, NO.44 | 800.00 | | 15,978.53 |
| Jan 15 | Cheque, NO.25 | 1,150.00 | | 14,828.53 |
| **Jan 17** | **Closing totals** | **15,063.36** | **361.40** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15 . . . . . . . . . . . . . .2
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . .12

Please check this statement and report any errors or omissions within 30 days of delivery.

**Trade-marks**
®/™Trade-marks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

™ Trade-mark of Bank of Montreal.

® Registered trade-mark of Bank of Montreal.

**Registration numbers**

GST - R100390095
QST - 1000042494

**"The Proceeds of Crime (Money Laundering) and Terrorist Financing Act** requires BMO Financial Group to report all incoming cash transactions, $10,000 CAD equivalent or more, to the Federal Government, starting January 31, 2003.

Branch personnel must capture and report transaction specific information, such as the amount, account number, and other related account information in addition to the full name of the individual conducting the transaction, even where that individual is an employee making a regular deposit to the employer's deposit account".

Page 2 of 3

9952-2

PEC-WAMY031408

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



# Business Banking

4888

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

## Business Banking statement

For the period ending February 17, 2003

### Summary of account



| Account | Opening balance ($) | — | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Feb 17, 2003 |
|---|---|---|---|---|---|---|---|
| Community Account # 2670 8303-221 | 14,828.53 | | 54,105.00 | | 43,698.79 | | 4,422.32 |

**Looking to reduce your banking
fees?**  See back for details.

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Jan 18 | **Opening balance** | | | 14,828.53 |
| Jan 24 | Cheque, NO.75 | 450.00 | | 14,378.53 |
| Jan 29 | US $ Transfer, USD TFR      4600-543, AT1.5089    HC  $0.00, 19000.00 | | 28,669.10 | 43,047.63 |
| Jan 29 | Cheque, NO.86 | 14,000.00 | | 29,047.63 |
| Jan 29 | Cheque, NO.83 | 2,500.00 | | 26,547.63 |
| Jan 30 | Cheque, NO.50 | 5,000.00 | | 21,547.63 |
| Jan 30 | Cheque, NO.87 | 20,000.00 | | 1,547.63 |
| Jan 31 | Interest Earned | | 0.69 | 1,548.32 |
| Jan 31 | Cheque, NO.49 | 500.00 | | 1,048.32 |
| Feb 3 | US $ Transfer, USD TFR      4600-543, AT1.5029    HC  $0.00, 10000.00 | | 15,029.00 | 16,077.32 |
| Feb 3 | Cheque, NO.84 | 380.00 | | 15,697.32 |

continued

**Page 1 of 2**

HRI012-01-5-D0

15130E (09/02)



A member of BMO Financial Group    9952-3

PEC-WAMY031409

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|--------------------------------------:|-------------------------------------:|------------:|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| Feb 3 | Cheque, NO.88 | 3,000.00 | | 12,697.32 |
| Feb 4 | Cheque, NO.45 | 5,450.00 | | 7,247.32 |
| Feb 10 | Cheque, NO.91 | 600.00 | | 6,647.32 |
| Feb 10 | Cheque, NO.92 | 1,000.00 | | 5,647.32 |
| Feb 12 | Cheque, NO.90 | 1,225.00 | | 4,422.32 |
| **Feb 17** | **Closing totals** | **54,105.00** | **43,698.79** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12 . . . . . . . . . . . . . . . .3
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . .12

Please check this statement and report any errors or omissions within 30 days of delivery.

**Trade-marks**
®*/™Trade-marks of AIR MILES International Trading B.V.  Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

™ Trade-mark of Bank of Montreal.

® Registered trade-mark of Bank of Montreal.

**Registration numbers**

GST - R100390095
QST - 1000042494

**Small Business Rate Break at Prime** - Until March 31, 2003 get a business loan of up to $250,000 at Prime*. Take advantage of our Small Business Rate Break and make no principal payments for 90 days*. For full details speak with your Commercial Account Manager, visit bmo.com/business or call **1-877-262-5907**

*Subject to prior credit approval. Some Restrictions apply.

**Looking to reduce your banking fees?**  - With our Everyday Banking for Business Plans*, we can provide you with a selection of simple, fixed-fee plans starting at just $15 a month. We can even offer you banking that eliminates the Plan fee for a given month -provided you maintain a specified minimum balance in your Plan account throughout that month.+ For full details speak with your Commercial Account Manager, visit bmo.com/business or call **1 877 262-5907**

*Available in Canadian Dollars Only. +Transactions not included in the Plan's monthly transaction limit or in excess of the maximum number allowed are not covered by the monthly Plan fee waiver.

**Page 2 of 2**

9952-4

PEC-WAMY031410

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7



**Business Banking**

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
4276    CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

## For the period ending February 28, 2003



## Summary of account

| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Feb 28, 2003 |
|---|---|---|---|---|---|---|---|
| Community Account # 2670 8303-221 | 4,422.32 | | 1,722.00 | | 1,000.18 | | 3,700.50 |

**Act Now! Small Business Rate Break at Prime ends March 31, 2003.** See back for details.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Feb 18 | Opening balance | | | 4,422.32 |
| Feb 19 | Cheque, NO.93 | 1,722.00 | | 2,700.32 |
| Feb 27 | ABM Deposit, 6677 TOWN CTR | | 1,000.00 | 3,700.32 |
| Feb 28 | Interest Earned | | 0.18 | 3,700.50 |
| Feb 28 | **Closing totals** | 1,722.00 | 1,000.18 | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1 . . . . . . . . . . . . . . . . .2
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . .1

Please check this statement and report any errors or omissions within 30 days of delivery.

**Page 1 of 2**

HRI001-01-4-D0

15130E (09/02)



A member of BMO Financial Group    9952-5

PEC-WAMY031411

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3



# Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending March 31, 2003



## Summary of account

| Account | Opening balance ($) | . Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Mar 31, 2003 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 3,700.50 | 14,484.60 | 16,957.73 | 6,173.63 |

**Looking to reduce your banking fees?** See back for details.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Mar 1 | Opening balance | | | 3,700.50 |
| Mar 4 | US $ Transfer, USD TFR    4600-543, AT1.4515    HC   $0.00, 5000.00 | | 7,257.50 | 10,958.00 |
| Mar 4 | Withdrawal | 700.00 | | 10,258.00 |
| Mar 5 | Cheque, NO.94 | 900.00 | | 9,358.00 |
| Mar 5 | Cheque, NO.98 | 1,000.00 | | 8,358.00 |
| Mar 6 | Cheque, NO.97 | 1,169.86 | | 7,188.14 |
| Mar 10 | Cheque, NO.95 | 1,631.00 | | 5,557.14 |
| Mar 12 | Cheque, NO.99 | 400.00 | | 5,157.14 |
| Mar 12 | Cheque, NO.96 | 1,000.00 | | 4,157.14 |
| Mar 17 | ABM Deposit, 6677 TOWN CNTR | | 1,000.00 | 5,157.14 |
| Mar 17 | Cheque, NO.100 | 490.00 | | 4,667.14 |

continued

Page 1 of 3

HRI011-02-2-D0

15130E (09/02)



A member of BMO Financial Group

9952·6

PEC-WAMY031412

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| Mar 18 | Cheque, NO.103 | 2,500.00 | | 2,167.14 |
| Mar 20 | US $ Transfer, USD TFR    4600-543, AT1.4555    HC    $0.00, 3000.00 | | 4,366.50 | 6,533.64 |
| Mar 20 | Cheque, NO.102 BR.0098 | 1,693.74 | | 4,839.90 |
| Mar 21 | Cheque, NO.101 BR.0098 | 2,500.00 | | 2,339.90 |
| Mar 24 | Cheque, NO.47 | 500.00 | | 1,839.90 |
| Mar 26 | US $ Transfer, USD TFR    4600-543, AT1.4445    HC    $0.00, 3000.00 | | 4,333.50 | 6,173.40 |
| Mar 31 | Interest Earned | | 0.23 | 6,173.63 |
| **Mar 31** | **Closing totals** | **14,484.60** | **16,957.73** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12 . . . . . . . . . . . . . . . .5
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . .11

Please check this statement and report any errors or omissions within 30 days of delivery.

Trade-marks
®/™Trade-marks of AIR MILES International Trading B.V.  Used under license by Loyalty Management Group Canada Inc. Sponsor and Supplier trademarks are owned by the respective Sponsors and Suppliers or authorized for their use in Canada

™ Trade-mark of Bank of Montreal.

® Registered trade-mark of Bank of Montreal.

Registration numbers

GST - R100390095
QST - 1000042494

**$25 million Cheque Ceiling**
After February 3, 2003, Canadian dollars payments over $25 million should be by wire transfer rather than cheque or other paper-based payment. For more information, speak with your Commercial Account Manager or call **1 877 262-5907**

Page 2 of 3

9952-7

PEC-WAMY031413

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7



# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH – WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending April 30, 2003

## Summary of account

| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Apr 30, 2003 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 6,173.63 | 11,731.00 | 17,115.50 | 11,558.13 |

Do you know an outstanding woman entrepreneur? Nominations for the 2003 Canadian Woman Entrepreneur of the Year Awards are now open. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| |  **Community Account # 2670 8303-221** | | | |
| Apr 1 | Opening balance | | | 6,173.63 |
| Apr 10 | Cheque, NO.104 | 2,000.00 | | 4,173.63 |
| Apr 16 | US $ Transfer, USD TFR    4600-543, AT1.425    HC   $0.00, 5000.00 | | 7,125.00 | 11,298.63 |
| Apr 16 | Incoming Wire Payment, WIRE PYMT 3914 005096000 | | 9,990.00 | 21,288.63 |
| Apr 16 | Incoming Wire Handling Fee | 14.00 | | 21,274.63 |
| Apr 21 | Cheque, NO.111 | 805.00 | | 20,469.63 |
| Apr 24 | Cheque, NO.112 | 1,712.00 | | 18,757.63 |
| Apr 25 | Cheque, NO.107 BR.0098 | 900.00 | | 17,857.63 |
| Apr 28 | Cheque, NO.108 BR.0098 | 2,000.00 | | 15,857.63 |
| Apr 29 | Cheque, NO.113 | 300.00 | | 15,557.63 |

continued

**Page 1 of 3**

15130E (09/02)



BMO    Bank of Montreal

A member of BMO Financial Group     9952-8

PEC-WAMY031414

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|---------------------------------------|--------------------------------------|-------------|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| Apr 30 | Cheque Processed By Branch | 4,000.00 | | 11,557.63 |
| Apr 30 | Interest Earned | | 0.50 | 11,558.13 |
| Apr 30 | **Closing totals** | **11,731.00** | **17,115.50** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8 . . . . . . . . . . . . . . .3
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . . .6

Please check this statement and report any errors or omissions within 30 days of delivery.

Trade-marks
®/™Trade-marks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. Sponsor and Supplier trademarks are owned by the respective Sponsors and Suppliers or authorized for their use in Canada

™ Trade-mark of Bank of Montreal.

®* Registered trade-mark of Bank of Montreal.

Registration numbers

GST - R100390095
QST - 1000042494

**$25 million Cheque Ceiling**
After February 3, 2003, Canadian dollars payments over $25 million should be by wire transfer rather than cheque or other paper-based payment. For more information, speak with your Commercial Account Manager or call **1 877 262-5907**

9952-9

PEC-WAMY031415

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

## For the period ending May 30, 2003



## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on May 30, 2003 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 11,558.13 | 29,950.00 | 20,343.36 | 1,951.49 |

**Looking to reduce your banking fees?** See back for details.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| May 1 | **Opening balance** | | | 11,558.13 |
| May 5 | Cheque, NO.106 BR.0075 | 750.00 | | 10,808.13 |
| May 9 | US $ Transfer, USD TFR      4600-543, AT1.366    HC  $0.00, 6000.00 | | 8,196.00 | 19,004.13 |
| May 12 | Cheque Processed By Branch | 3,500.00 | | 15,504.13 |
| May 12 | Cheque, NO.105 | 700.00 | | 14,804.13 |
| May 16 | Cheque, NO.114 | 10,000.00 | | 4,804.13 |
| May 20 | Cheque, NO.115 | 1,000.00 | | 3,804.13 |
| May 21 | Cheque, NO.116 | 2,000.00 | | 1,804.13 |
| May 26 | US $ Transfer, USD TFR      4600-543, AT1.351    HC  $0.00, 6000.00 | | 8,106.00 | 9,910.13 |
| May 27 | US $ Transfer, USD TFR      4600-543, AT1.347    HC  $0.00, 3000.00 | | 4,041.00 | 13,951.13 |

continued

**Page 1 of 2**

HRI007-01-6-D0

15130E (09/02)



A member of BMO Financial Group   9952-10

PEC-WAMY031416

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|---------------------------------------:|--------------------------------------:|------------:|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| May 27 | Cheque Processed By Branch | 6,000.00 | | 7,951.13 |
| May 28 | Cheque, NO.117 | 4,000.00 | | 3,951.13 |
| May 29 | Cheque, NO.118 | 2,000.00 | | 1,951.13 |
| May 30 | Interest Earned | | 0.36 | 1,951.49 |
| **May 30** | **Closing totals** | **29,950.00** | **20,343.36** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9 . . . . . . . . . . . . . . .4
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . .7

Please check this statement and report any errors or omissions within 30 days of delivery.

Trade-marks
®*/¬  Trade-marks of AIR MILES International Trading B.V.  Used under license by Loyalty Management Group Canada Inc.
Sponsor and Supplier trademarks are owned by the respective Sponsors and Suppliers or authorized for their use in Canada

™ Trade-mark of Bank of Montreal.

® Registered trade-mark of Bank of Montreal.

Registration numbers

GST - R100390095
QST - 1000042494

**$25 million Cheque Ceiling**
After February 3, 2003, Canadian dollars payments over $25 million should be by wire transfer rather than cheque or other paper-based payment. For more information, speak with your Commercial Account Manager or call **1 877 262-5907**

**Looking to reduce your banking fees?** - With our Everyday Banking for Business Plans*, we can provide you with a selection of simple, fixed-fee plans starting at just $15 a month. We can even offer you banking that eliminates the Plan fee for a given month -provided you maintain a specified minimum balance throughout that month'. For full details speak with your Commercial Account Manager, visit bmo.com/business or call 1 877 262-5907.

* Available in Canadian Dollars Only. ' The Fixed monthly Plan fee will be waived for a given month in which the minimum account balance is maintained in the Plan account. Transactions not included in the Plan's Monthly Transaction Limit or in excess of the maximum number allowed are not covered by the monthly Plan fee waiver.

9952-11

PEC-WAMY031417

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



# Business Banking

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending June 30, 2003



## Summary of account

| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on June 30, 2003 |
|---|---|---|---|---|---|---|---|
| Community Account # 2670 8303-221 | 1,951.49 | | 9,126.92 | | 13,910.05 | | 6,734.62 |

**Small business solutions for the world you live in.**
Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| May 31 | **Opening balance** | | | 1,951.49 |
| June 3 | Cheque, NO.119 | 500.00 | | 1,451.49 |
| June 3 | Cheque, NO.120 | 1,000.00 | | 451.49 |
| June 5 | Cheque, NO.123 | 35.00 | | 416.49 |
| June 6 | Cheque, NO.23 | 1,000.00 | | -583.51 |
| June 9 | US $ Transfer, USD TFR    4600-543, AT1.333    HC  $4.00, 453.11 | | 600.00 | 16.49 |
| June 9 | Cheque, NO.121 | 269.27 | | -252.78 |
| June 10 | US $ Transfer, USD TFR    4600-543, AT1.333    HC  $0.00, 5000.00 | | 6,665.00 | 6,412.22 |
| June 10 | Service Charge, BR.3858, OVERDRAFT ADMIN FEE, EXCESS JUN 6/9 2003 | 70.00 | | 6,342.22 |
| June 10 | ABM Withdrawal, 33 AVE DONEGAN | 120.00 | | 6,222.22 |

continued

**Page 1 of 3**

HRI012-02-2-D0

15130E (09/02)



A member of BMO Financial Group    9952-12

PEC-WAMY031418

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| June 10 | Cheque, NO.125 | 3,207.00 | | 3,015.22 |
| June 11 | Cheque, NO.124 | 230.00 | | 2,785.22 |
| June 12 | Cheque, NO.126 | 149.49 | | 2,635.73 |
| June 12 | Cheque, NO.128 | 800.00 | | 1,835.73 |
| June 17 | Cheque, NO.129 | 230.00 | | 1,605.73 |
| June 18 | Cheque, NO.127 | 321.00 | | 1,284.73 |
| June 26 | ABM Withdrawal, 6677 TOWN CNTR | 400.00 | | 884.73 |
| June 30 | Overdraft Per Item Fee | 10.00 | | 874.73 |
| June 30 | US $ Transfer, USD TFR       4600-543, AT1.329     HC    $0.00, 5000.00 | | 6,645.00 | 7,519.73 |
| June 30 | Cheque, NO.130 | 784.00 | | 6,735.73 |
| June 30 | Interest Earned | | 0.05 | 6,735.78 |
| June 30 | Interest Paid | 1.16 | | 6,734.62 |
| **June 30** | **Closing totals** | **9,126.92** | **13,910.05** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17 . . . . . . . . . . . . . . . . .4
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . .12

Please check this statement and report any errors or omissions within 30 days of delivery.

Trade-marks
®*/™  Trade-marks of AIR MILES International Trading B.V.  Used under license by Loyalty Management Group Canada Inc.
Sponsor and Supplier trademarks are owned by the respective Sponsors and Suppliers or authorized for their use in Canada

™ Trade-mark of Bank of Montreal.

® Registered trade-mark of Bank of Montreal.

Registration numbers

GST - R100390095
QST - 1000042494

### $25 million Cheque Ceiling
As of August 4, 2003 Canadian dollar payments over $25 million must be by wire transfer rather than cheque or other
paper-based payment. For more information, speak with your Commercial Account Manager or call **1 877 262-5907**

**Page 2 of 3**

9952-13

PEC-WAMY031419

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7



# Business Banking

6030

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending July 31, 2003



## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on July 31, 2003 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 6,734.62 | 19,769.50 | 17,312.37 | 4,277.49 |

With summer cooling down, it's time to heat up your business. Learn more about BMO Bank of Montreal® business banking solutions for the world you live in. Please see information at the end of your statement.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| July 1 | **Opening balance** | | | 6,734.62 |
| July 2 | Cheque, NO.132 | 765.00 | | 5,969.62 |
| July 3 | US $ Transfer, USD TFR    4600-543, AT1.3115    HC  $0.00, 3000.00 | | 3,934.50 | 9,904.12 |
| July 3 | Cheque, NO.131 | 1,250.00 | | 8,654.12 |
| July 7 | US $ Transfer, USD TFR    4600-543, AT1.322    HC  $0.00, 5000.00 | | 6,610.00 | 15,264.12 |
| July 7 | Cheque, NO.134 | 1,016.50 | | 14,247.62 |
| July 8 | ABM Withdrawal, 1240 EGLINGTON | 160.00 | | 14,087.62 |
| July 9 | Cheque, NO.135 BR.0098 | 5,000.00 | | 9,087.62 |
| July 9 | Cheque, NO.139 | 200.00 | | 8,887.62 |
| July 9 | Cheque, NO.138 | 450.00 | | 8,437.62 |

continued

**Page 1 of 3**

HRI011-02-0-D0

15130E (09/02)



A member of BMO Financial Group    9952-14

PEC-WAMY031420

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| July 10 | Cheque, NO.137 | 1,028.00 | | 7,409.62 |
| July 15 | US $ Transfer, USD TFR     4600-543, AT1.3535     HC     $0.00, 5000.00 | | 6,767.50 | 14,177.12 |
| July 15 | Cheque, NO.140 | 3,000.00 | | 11,177.12 |
| July 17 | Cheque Processed By Branch | 1,500.00 | | 9,677.12 |
| July 22 | Cheque, NO.141 | 1,500.00 | | 8,177.12 |
| July 23 | ABM Withdrawal, 6677 TOWN CNTR | 400.00 | | 7,777.12 |
| July 30 | Cheque, NO.146 | 1,500.00 | | 6,277.12 |
| July 30 | Cheque, NO.142 BR.0098 | 2,000.00 | | 4,277.12 |
| July 31 | Interest Earned | | 0.37 | 4,277.49 |
| **July 31** | **Closing totals** | **19,769.50** | **17,312.37** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14 . . . . . . . . . . . . . . . .4
Number of cheques or related items enclosed in your statement . . . . . . . . . . . . .11

Please check this statement and report any errors or omissions within 30 days of delivery.

Trade-marks
®/™ Trade-marks of AIR MILES International Trading B.V.  Used under license by Loyalty Management Group Canada Inc.
Sponsor and Supplier trademarks are owned by the respective Sponsors and Suppliers or authorized for their use in Canada

™ Trade-mark of Bank of Montreal.

® Registered trade-mark of Bank of Montreal.

Registration numbers

GST - R100390095
QST - 1000042494

**$25 million Cheque Ceiling**
other   As of August 4, 2003 Canadian dollar payments over $25 million must be by wire transfer rather than cheque or

paper-based payment. For more information, speak with your Commercial Account Manager or call **1 877 262-5907**

**Page 2 of 3**

9952-15

PEC-WAMY031421

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

# Business Banking



WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

## For the period ending August 29, 2003

## Summary of account

| Account | Opening balance ($) | – | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on Aug 29, 2003 |
|---|---|---|---|---|---|---|---|
| Community Account # 2670 8303-221 | 4,277.49 | | 13,693.80 | | 14,294.21 | | 4,877.90 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Aug 1 | Opening balance | | | 4,277.49 |
| Aug 5 | US $ Transfer, USD TFR    4600-543, AT1.368    HC    $0.00, 3000.00 | | 4,104.00 | 8,381.49 |
| Aug 5 | Cheque, NO.110 BR.0098 | 200.00 | | 8,181.49 |
| Aug 6 | Cheque, NO.144 | 1,500.00 | | 6,681.49 |
| Aug 6 | Cheque, NO.143 | 2,000.00 | | 4,681.49 |
| Aug 6 | Cheque, NO.147 | 1,000.00 | | 3,681.49 |
| Aug 7 | Cheque, NO.148 | 35.00 | | 3,646.49 |
| Aug 11 | US $ Transfer, USD TFR    4600-543, AT1.36 HC    $0.00, 3500.00 | | 4,760.00 | 8,406.49 |
| Aug 11 | ABM Withdrawal, 191 WELLAND AV | 500.00 | | 7,906.49 |
| Aug 11 | Transfer, 0283-3198-524 | 3,000.00 | | 4,906.49 |
| Aug 12 | Cheque, NO.133 BR.0098 | 4,000.00 | | 906.49 |

continued

Page 1 of 2

HRI008-01-4-D0

15130E (09/02)



A member of BMO Financial Group    9952-16

PEC-WAMY031422

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|----------------------------------------|---------------------------------------|-------------|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| Aug 14 | US $ Transfer, USD TFR     4600-543, AT1.3575     HC     $0.00, 4000.00 | | 5,430.00 | 6,336.49 |
| Aug 21 | Cheque, NO.101 | 1,000.00 | | 5,336.49 |
| Aug 29 | Interest Earned | | 0.21 | 5,336.70 |
| Aug 29 | Branch Bill Payment Fee, 01 AT $1.50 | 1.50 | | 5,335.20 |
| Aug 29 | Cheque, NO.152 | 457.30 | | 4,877.90 |
| Aug 29 | **Closing totals** | **13,693.80** | **14,294.21** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11 . . . . . . . . . . . . . . .4
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . .8

Please check this statement and report any errors or omissions within 30 days of delivery.

Trade-marks
®* Registered trademarks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

®*/™ Trade-marks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. Sponsor and Supplier trademarks are owned by the respective Sponsors and Suppliers or authorized for their use in Canada

™ Trade-mark of Bank of Montreal.

® Registered trade-mark of Bank of Montreal.

Registration numbers

GST - R100390095
QST - 1000042494

**$25 million Cheque Ceiling**
other     As of August 4, 2003 Canadian dollar payments over $25 million must be by wire transfer rather than cheque or

paper-based payment. For more information, speak with your Commercial Account Manager or call **1 877 262-5907**

9952-17

PEC-WAMY031423

Your branch address:

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



# Business Banking

5764

WORLD ASSEMBLY OF MUSLIM YOUTH - WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

## For the period ending September 30, 2003



## Summary of account

| Account | Opening balance ($) | - Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Sep 30, 2003 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 4,877.90 | 3,598.00 | 2,658.08 | 3,937.98 |

It's Small Business Week and you deserve special recognition from BMO Bank of Montreal® as we recognize the crucial role that small business plays in the Canadian economy. Small business, we salute you.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Aug 30 | Opening balance | | | **4,877.90** |
| Sep 3 | Cheque, NO.145 | 1,133.00 | | 3,744.90 |
| Sep 5 | Cheque, NO.177 | 800.00 | | 2,944.90 |
| Sep 8 | Cheque Processed By Branch | 850.00 | | 2,094.90 |
| Sep 8 | Cheque, NO.153 | 275.00 | | 1,819.90 |
| Sep 8 | Cheque, NO.149 | 250.00 | | 1,569.90 |
| Sep 22 | ABM Withdrawal, 6677 TOWN CTR. | 260.00 | | 1,309.90 |
| Sep 26 | Cheque, NO.176 | 30.00 | | 1,279.90 |

continued

**Page 1 of 3**

HRI005-02-2-D0

15130E (09/02)



A member of BMO Financial Group

9952-18

PEC-WAMY031424

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|--------------------------------------:|-------------------------------------:|------------:|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| Sep 29 | US $ Transfer, USD TFR    4600-543, AT1.329    HC    $0.00, 2000.00 | | 2,658.00 | 3,937.90 |
| Sep 30 | Interest Earned | | 0.08 | 3,937.98 |
| **Sep 30** | **Closing totals** | **3,598.00** | **2,658.08** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7 . . . . . . . . . . . . . . . .2
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . .5

Please check this statement and report any errors or omissions within 30 days of delivery.

Trade-marks
®* Registered trademarks of AIR MILES International Trading B.V.  Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

®*/™  Trade-marks of AIR MILES International Trading B.V.  Used under license by Loyalty Management Group Canada Inc. Sponsor and Supplier trademarks are owned by the respective Sponsors and Suppliers or authorized for their use in Canada

™ Trade-mark of Bank of Montreal.

® Registered trade-mark of Bank of Montreal.

Registration numbers

GST - R100390095
QST - 1000042494

### $25 million Cheque Ceiling

other    As of August 4, 2003 Canadian dollar payments over $25 million must be by wire transfer rather than cheque or

paper-based payment. For more information, speak with your Commercial Account Manager or call **1 877 262-5907**

9952-19

PEC-WAMY031425

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH – WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3



# Business Banking

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

## Business Banking statement

For the period ending October 31, 2003

### Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Oct 31, 2003 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 3,937.98 | 5,615.00 | 4,625.41 | 2,948.39 |

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Oct 1 | **Opening balance** | | | 3,937.98 |
| Oct 1 | Debit Memo, COPYS OF THE CHEQUE 2002 | 30.00 | | 3,907.98 |
| Oct 3 | Cheque, NO.180 | 2,400.00 | | 1,507.98 |
| Oct 6 | US $ Transfer, USD TFR    4600-543, AT1.3215    HC  $0.00, 3500.00 | | 4,625.25 | 6,133.23 |
| Oct 6 | Cheque, NO.154 | 880.00 | | 5,253.23 |
| Oct 8 | Debit Memo, CHEQUE COPY NO 27/2002 | 5.00 | | 5,248.23 |
| Oct 14 | Cheque, NO.181 | 1,000.00 | | 4,248.23 |
| Oct 14 | Cheque, NO.150 | 550.00 | | 3,698.23 |

continued

Page 1 of 3

HRI005-02-1-D0

15130E (09/02)



A member of BMO Financial Group     9952-20

PEC-WAMY031426

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|--------------------------------------|--------------------------------------|-------------|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| Oct 29 | Cheque, NO.183 | 750.00 | | 2,948.23 |
| Oct 31 | Interest Earned | | 0.16 | 2,948.39 |
| Oct 31 | **Closing totals** | **5,615.00** | **4,625.41** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 . . . . . . . . . . . . . . . . 2
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . 5

Please check this statement and report any errors or omissions within 30 days of delivery.

Trade-marks
®⁺ Registered trademarks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

®*/™ Trade-marks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. Sponsor and Supplier trademarks are owned by the respective Sponsors and Suppliers or authorized for their use in Canada

™ Trade-mark of Bank of Montreal.

® Registered trade-mark of Bank of Montreal.

Registration numbers

GST - R100390095
QST - 1000042494

**$25 million Cheque Ceiling**
As of August 4, 2003 Canadian dollar payments over $25 million must be by wire transfer rather than cheque or other paper-based payment. For more information, speak with your Commercial Account Manager or call **1 877 262-5907**.

9952-21

PEC-WAMY031427

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7



## Business Banking

5416

WORLD ASSEMBLY OF MUSLIM YOUTH — WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

## Business Banking statement

For the period ending November 28, 2003

### Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Nov 28, 2003 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 2,948.39 | 3,500.00 | 2,566.08 | 2,014.47 |

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221**  | | | |
| Nov 1 | Opening balance | | | 2,948.39 |
| Nov 10 | Cheque, NO.109 BR.0098 | 1,500.00 | | 1,448.39 |
| Nov 27 | US $ Transfer, USD TFR     4600-543, AT1.283     HC  $0.00, 2000.00 | | 2,566.00 | 4,014.39 |
| Nov 27 | Cheque Processed By Branch | 2,000.00 | | 2,014.39 |
| Nov 28 | Interest Earned | | 0.08 | 2,014.47 |
| **Nov 28** | **Closing totals** | **3,500.00** | **2,566.08** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2 . . . . . . . . . . . . . . . . .2
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . . .1

Please check this statement and report any errors or omissions within 30 days of delivery.

**Page 1 of 2**

HRI001-01-4-D0

15130E (09/02)



A member of BMO Financial Group

9952-22

PEC-WAMY031428

**Your branch address:**

6780 MEADOWVALE TOWN CNTR CIRC
MISSISSAUGA, ONT  L5N 4B7

WORLD ASSEMBLY OF MUSLIM YOUTH – WAMY
CANADA
MR TALHAH AL-JARAD
2633 TREVISO CRT
MISSISSAUGA ON  L5N 2T3

# Business Banking



**Your Branch**
MEADOWVALE TOWN CTR. MISS
Transit number: 2670

**For questions about your
statement call**
(905) 542-9533

**Direct Banking**
1-877-262-5907
www.bmo.com

# Business Banking statement

For the period ending December 31, 2003

## Summary of account



| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Dec 31, 2003 |
|---|---|---|---|---|
| Community Account # 2670 8303-221 | 2,014.47 | 5,379.27 | 5,000.11 | 1,635.31 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Community Account # 2670 8303-221** | | | |
| Nov 29 | **Opening balance** | | | **2,014.47** |
| Dec 2 | Cheque, NO.184 | 1,450.00 | | 564.47 |
| Dec 9 | Deposit | | 5,000.00 | 5,564.47 |
| Dec 15 | ABM Withdrawal, 6677 TOWN CNTR | 500.00 | | 5,064.47 |
| Dec 15 | Cheque Processed By Branch | 500.00 | | 4,564.47 |
| Dec 17 | Cheque Processed By Branch | 1,000.00 | | 3,564.47 |
| Dec 17 | Cheque, NO.186 | 860.00 | | 2,704.47 |
| Dec 19 | Cheque, NO.185 | 69.27 | | 2,635.20 |

continued

**Page 1 of 3**

HRI003-02-1-D0

15130E (09/02)



A member of BMO Financial Group    9952-23

PEC-WAMY031429

## Transaction details (continued)

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|------|-------------|---------------------------------------|--------------------------------------|-------------|
| | **Community Account # 2670 8303-221** | | | **(continued)** |
| Dec 23 | Cheque Processed By Branch | 1,000.00 | | 1,635.20 |
| Dec 31 | Interest Earned | | 0.11 | 1,635.31 |
| **Dec 31** | **Closing totals** | **5,379.27** | **5,000.11** | |

Number of items processed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7 . . . . . . . . . . . . . . .2
Number of cheques or related items enclosed in your statement. . . . . . . . . . . . . .3

Please check this statement and report any errors or omissions within 30 days of delivery.

Trade-marks
®+ Registered trademarks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. and Bank of Montreal.

®*/™*   Trade-marks of AIR MILES International Trading B.V. Used under license by Loyalty Management Group Canada Inc. Sponsor and Supplier trademarks are owned by the respective Sponsors and Suppliers or authorized for their use in Canada

™ Trade-mark of Bank of Montreal.

® Registered trade-mark of Bank of Montreal.

Registration numbers

GST - R100390095
QST - 1000042494

**$25 million Cheque Ceiling**
As of August 4, 2003 Canadian dollar payments over $25 million must be by wire transfer rather than cheque or other paper-based payment. For more information, speak with your Commercial Account Manager or call 1 877 262-5907.

9952-24

PEC-WAMY031430