**Business Banking**



Your branch address:

255 DUNDAS ST E
MISSISSAUGA, ONT  L4Y 2B9

WORLD ASSEMBLY OF MUSLIM YOUTH
O/A BIF
19 VARNA DR
NORTH YORK ON   M6A 2L6

**Your Branch**
DUNDAS & TOMKEN MISSISSAUGA
Transit number: 0430

**For questions about your statement call**
(905) 279-6530

**Visit our web site at**
www.bmo.com

## Business Banking statement

For the period ending April 5, 2001

### Summary of account



| Account | Opening balance ($) | Total amounts debited ($) | Total amounts credited ($) | Closing balance ($) on Apr 5 , 2001 |
|---|---|---|---|---|
| CAD FirstBank Business Investment Accounts # 0430 8086 611 | 8,100.71 | 34,888.36 | 80,860.98 | 54,073.33 |

With Bank of Montreal's new Business Banking consolidated statements, you have more information in one place. This saves you time to focus on what matters - running your business.

### Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | CAD FirstBank Business Investment Account # 0430 8086-611 | | | |
| | Account type: NPO | | | |
| Mar 6 | Opening balance | | | 8,100.71 |
| Mar 6 | Credit, BR.0309, ABM DEPOSIT ADJUSTMENT, 9567244 | | 3,087.00 | 11,187.71 |
| Mar 6 | Sundry Item, BR.0309, HC | 4,969.00 | | 6,218.71 |
| Mar 14 | Error Correction, USD NOTES, AT1.526    HC 50.00, 470.00 | 640.92 | | 5,577.79 |
| Mar 14 | US $ Cash Sale, AT1.526    HC   $0.00, 470.00 | | 640.92 | 6,218.71 |
| Mar 14 | US $ Cheque Sale, AT1.5297    HC   $2.75, 420.00 | | 639.72 | 6,858.43 |
| Mar 14 | ABM Deposit, 985 DUNDAS ST. | | 4,825.00 | 11,683.43 |
| Mar 20 | ABM Deposit, 985 DUNDAS ST. | | 12,255.00 | 23,938.43 |
| Mar 20 | ABM Deposit, 985 DUNDAS ST. | | 1,017.00 | 24,955.43 |
| Mar 20 | US $ Wire Payment, USD PO  2987 | | 50,293.13 | 75,248.56 |
| Mar 26 | Deposit | | 1,143.67 | 76,392.23 |
| Mar 26 | US $ Cash Sale, AT1.541    HC   $0.00, 30.00 | | 46.23 | 76,438.46 |
| Mar 26 | US $ Cheque Sale, AT1 5447    HC   $2.75, 730.00 | | 1,124.88 | 77,563.34 |

My Bank°

continued

HR1000 01-5-DO



EXHIBIT
ABDULLAH
294
LVF   10-21-19



**WAMY EX. 180**

WAMY SA 001885
P. 1