**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

In re Terrorist Attacks on September 11, 2001

**MEMORANDUM DECISION AND**
**ORDER**

03 MDL 1570 (GBD) (SN)

------------------------------------ x

This document relates to:

*Smith v. al The Islamic Emirate, et al.,* 01-CV-10132 (GBD) (SN)

GEORGE B. DANIELS, District Judge:

Plaintiffs Raymond Smith and Katherine Soulas ("Plaintiffs") appealed this Court's order

denying Plaintiffs' request to renew and extend this Court's July 13, 2003 judgment (No. 01-CV-

10132, ECF No. 28) against the Taliban, the Islamic Emirate of Afghanistan, and the Al

Queda/Islamic Army. (Notice of Appeal, ECF No. 8881.) Plaintiffs subsequently moved this

Court to stay their case pending their appeal. (Plaintiffs' Memorandum of Law in Support of

Plaintiffs' Motion, ECF No. 8964 at 2.) On September 30, 2025, this Court denied Plaintiffs'

motion to stay pending appeal, noting that the Second Circuit had already issued an opinion and

judgment affirming this Court's order denying Plaintiff's turnover motion in *Havlish v. Taliban*,

No. 23-258-cv, 2025 WL 2447193, at *2 (2d Cir. Aug. 26, 2025). (Memorandum Decision and

Order, the "Order," ECF No. 11329.)

Plaintiffs subsequently moved this Court to vacate the Order, arguing that the appeal was

not yet finalized because the Second Circuit had not yet issued a Mandate in this case. (Plaintiffs'

Motion to Vacate, ECF Nos. 11336, 11337.) On April 10, 2026, the Second Circuit issued a

Judgment Mandate in this case. *Havlish v. Taliban*, No. 23-258-cv, ECF No. 325.

Because this case is no longer pending appeal in the Second Circuit, Plaintiffs' motion to vacate the order is DENIED, and the Clerk of Court is hereby directed to close the open motion at ECF No. 11336.


Dated: April 16, 2025
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE