

**Government of Canada**  **Gouvernement du Canada**

Sign in

Canada.ca

# Canada Revenue Agency (CRA)

Sign in to a CRA account

Administers tax, benefits, and related programs for the Government of Canada and for most provinces and territories.

## Most requested

- **Payroll deductions calculator**
- **Ready to file your GST/HST return**
- **Benefits payment dates**
- **Forms and publications**
- **Skip the Line – Get faster help from the CRA**

## Income tax

Personal, business, corporation, trust, and non-resident income tax, taxes for someone who died

**WAMY EX. 181**