# WAMY

## (Supplementary W/Ps)
### July 2011

## Charity # 3008146

**EXHIBIT**

**WAMY EX. 185**

**Exhibit 1042**
8/6/2021
Evan Kohlmann

PEC-WAMY031431

World Assembly of Muslim Youth (Wamy)

TABLE OF CONTENTS  (Supplemental July 2011)

**T20C Audit Report (RAD)**
......................................................................................................................41

**Pre AFL Correspondence (RAD)**
March 3, 2011 Re: voluntary revocation offer...........................................100
T2020 - 2011........................................................    110

**AFL  (RAD)**
AFL issued on August 23, 2011................................................................120
Notice of Intention to Revoke issued on January 5, 2012...............................121
Copy of NITR published in Canada Gazette................................................122

Objects and Activities...........................................................................1000

Relationship between WAMY, BIF-Canada, BIF-USA....................................1100
        Research information pertaining to Relationship W/P # 1100:
                BIF-Canada T2050...............................................1101 – 1112
                Archived web-page BIF-Canada Sept 28, 2001.........................1113
                Archived web-page BIF-Canada May 26, 2002.............1114 – 1115
                Archived web-page BIF-USA July 09, 2001..............................1116
                United States vs. Arnaout, FBI affidavit April 29, 2002......   1117 – 1150
                U.S. Department of Justice new release – Arnaout Oct 9/02....1151 – 1159
                U.S. Dpartment of Justice news release – Arnaout Feb 10/03.............1160
                Plea Agreement-United States America vs. Arnaout ..............1161- 1173

Revenue...........................................................................6003-1
        Tax Receipted Gifts ....................................................6003-2
        Analysis of Bank Deposits 2001 for BoM Acct# 8086-611 WAMY o/a BIF...6004

Non-Qualified Donees...........................................................................6604
        Reconciliation of T3010 and Financial Statement 2000.........................6605-1
        Reconciliation of Amended T3010 and Financial Statement 2001.............6605-2
        Reconciliation of Amended T3010 and Financial Statement 2002   ..........6605-3
        Copies of original and amended Section H. Gifts to Qualified Donees..........6608

PEC-WAMY031432

Review of 2005, 2006, 2007, 2008, and 2009 T3010's....................................6700
Direction and Control.................................................................................8000

Books and Records............................................................................. 9400
   Internal Control & Receipting Improprieties...................................... 9410

Addition audit information (per box) ...................................... ...   10000

   Folder A – AFL Citations
   Folder B – WAMY publications
   Folder C – WAMY audit activities
   Folder D – WAMY Web
   Folder E – BIF related documentations
   Folder F – Other Open Source research

PEC-WAMY031433

CANADA REVENUE AGENCY - AUDIT REPORT                                    PROTECTED B

CLIENT: WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY)

## T20-C CHARITY AUDIT REPORT

**A.**

| AUDIT TYPE: | CHARITY'S DESIGNATION |
|---|---|
| Charity | **Charitable Organization** |
| TYPE OF LETTER ISSUED: | **Notice of Intention to Revoke (NITR)** |

| CHARITY'S NAME: | AUDIT PERIOD | |
|---|---|---|
| | **FROM** | **TO** |
| **World Assembly of Muslim Youth** | **01/01/00** | **31/12/03** |
| **CHARITY'S OPERATING NAME (if different than registered name):**  **WAMY** | **CHARITY'S ACCOUNT #**  **Registration No: 3008146**      **Charity File No: BN# 871966040RR0001** | |
| **CHARITY'S ADDRESS:** | **GST/HST #:** | |
| **70-3024 Cedarglen Gate Mississauga, On L5C 4S3**  **c/o Ayman Al-Taher, President** | **GST FILING FREQUENCY:**  ☐ **Monthly**      ☐ **Quarterly** ☐ **Bi-Annually** ☐**Annually**   X N/A | |
| AIMS CASE NO: | AIMS FILE NO: | GST CASE NO: | GST FILE NO: |
| | | | |

| | AUDITOR | SENIOR AUDIT ADVISOR | MANAGER |
|---|---|---|---|
| NAME | ██████████ | ████████████████████ | |
| SIGNATURE | | | |
| DATE | March 2004 | February 13, 2012 | Feb 15 2012 |

**B.    RELATED FILES:** ☐

**PRINCIPAL (P)    SECONDARY (S)    ASSOCIATED (A)    RELATED (R)**

| TYPE | NAME | BN | REGISTRANT # | SIN/CORP # |
|---|---|---|---|---|
| [  ] | | | | |
| [  ] | | | | |

41

PEC-WAMY031434

CLIENT: WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY)

| | | | | |
|---|---|---|---|---|
| | | | | |

## C.    BACKGROUND

The World Assembly of Muslim Youth was established and registered with CRA on February 28, 2000 effective for Janary 1, 1999.

The charity has been inactive since at least 2005. A review of the t3010's for those subsequent years has been done and no revenue and expenses have been reported.

## D.    ACCOUNTING SYSTEM

### I)    Risk Assessment

Charitable organizations are under the governance of an elected board of directors/managers. This Board meets on an annual basis to discuss relevant issues and to oversee the operations.

Inherent risk is assessed as **high.**

No minutes of meetings were made.

Control risk is assessed as **high.**

### II)    Records Examined

The only records examined were bank statements. No other books and records were available.

### III)    Adequacy of Books & Records

The books and records were found to be inadequate for purposes of the *Income Tax Act (The "Act")* .

## E.    SCREENER'S SPECIFIC CONCERNS

Verify donations to qualified donees.

## F.    OBJECTS AND ACTIVITIES

### I)    Description of Objects & Activities

1) To preach, promote and advance the spiritual teachings of Islam by teaching the religious observances, tenets, and doctrines associated with Islam through modern and innovative ways;

2

41

PEC-WAMY031435

CANADA REVENUE AGENCY - AUDIT REPORT                                        PROTECTED B

CLIENT: WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY)

2) To support and maintain missions and missionaries in order to propagate the faith;
3) To provide training and resources to anyone interested in Islam and Muslims;
4) To support and cooperate with all humanitarian and Islamic organizations and individuals interested in advancing similar charitable objectives;
5) To establish a think tank and research centre to develop Islamic Thought and provide resources to students, members, academics, the media, and anyone else interested in Islam; and
6) For the purposes aforesaid, and as incidental and ancillary thereto:
   a) To acquire and hold land for the purposes of a place of worship, to hold meetings, classes, and a library; and
   b) To operate a printing or publishing office in order to print, publish and distribute religious books, magazines, papers, research monographs and other religious literature related to the charitable objects.

II) **Have the objects in the governing documents been approved by the Charities Directorate?**     ✗ Yes     ☐ No

III) **Are the activities consistent with the approved objects?**     Yes     X No

The Charity has been advised in a letter (NITR) dated January 5, 2012 that it's charity status will be revoked within 30 days.

IV) **Conclusion**

**An AFL was issued on August 23, 2011 to which no response has been received. A NITR was issued on January 5th, 2011, with a February 11, 2012 date to be published in the Canada Gazette revoking the charity's status.**

# G.  AUDIT FINDINGS AND THE CHARITY'S REPRESENTATIONS

**CONCERNS:  refer to AFL dated August 23, 2011.**

**WAMY has failed to meet the definition of a charitable organization under the Act .**

## Issue 1:  Failure to maintain books and records in accordance with the Act

WAMY's failure to maintain essential books and records has limited the CRA's ability to verify the nature and recipients of payments, confirm all revenues, and expenditures as recorded or verify the accuracy of its official donation receipts. For example, the CRA was unable to reconcile the revenue reported to deposits in the corporate bank account,  meeting minutes has not allowed the CRA to determine the nature and intended purpose of WAMY's business dealings, what relationships have been developed, and who, effectively, exercises ultimate control over the arrangements or transactions. It is our view that WAMY has not met the requirements set out in subsection 230(2) of the Act that a

3

41

PEC-WAMY031436

CANADA REVENUE AGENCY - AUDIT REPORT                                        PROTECTED B

CLIENT: WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY)

registered charity keep "information in such form as will enable the Minister to determine whether there are any grounds for the revocation of its registration under this Act".

### WAMY's Representation

**No repsonse**

### CRA's Response

N/A

### Issue 2: Charitable Purposes and Activities

WAMY's formal purposes (objects) are found in Part III of its Letters Patent under the *Canada Corporations Act*.[1] It is the CRA's preliminary view that object 3 "to provide training and resources to anyone interested in Islam and Muslims;" and object 4 "to support and cooperate with all humanitarian and Islamic organizations and individuals interested in advancing similar charitable objectives" are extremely broad and vague in scope. While these objects were previously accepted for registration on the basis of WAMY's representations to the CRA concerning its activities at that time, the CRA cautioned WAMY that object 4 did not permit the organization to provide funding to non-qualified donees "for projects merely on the basis that an individual or organization receiving the charity's funds will devote those resources that are *bona fide* and in line with the charity's own objectives".[2] The audit findings, as outlined below in section 2.3, reveal that WAMY has gifted to non-qualified donees despite the CRA's previous warning.

It appears that the objects that WAMY communicates to the public, which are not the purposes for which it was incorporated, are so broad in scope that they place no restriction whatsoever on the

---

[1]

1) To preach, promote and advance the spiritual teachings of Islam by teaching the religious observances, tenets, and doctrines associated with Islam through modern and innovative ways;
2) To support and maintain missions and missionaries in order to propagate the faith;
3) To provide training and resources to anyone interested in Islam and Muslims;
4) To support and cooperate with all humanitarian and Islamic organizations and individuals interested in advancing similar charitable objectives;
5) To establish a think tank and research centre to develop Islamic Thought and provide resources to students, members, academics, the media, and anyone else interested in Islam; and
6) For the purposes aforesaid, and as incidental and ancillary thereto:
   a) To acquire and hold land for the purposes of a place of worship, to hold meetings, classes, and a library; and
   b) To operate a printing or publishing office in order to print, publish and distribute religious books, magazines, papers, research monographs and other religious literature related to the charitable objects.

[2] Notification of Registration letter to WAMY dated 2000-02-28.

4

41

PEC-WAMY031437

manner in which they are to be pursued, and could permit WAMY to undertake a variety of activities that are not necessarily charitable at law.

### WAMY's Representation

No response.

### CRA's Response

### N/A

### Issue 3: Activities Contrary to Public Policy - Links to Terrorism

WAMY (Saudi Arabia)'s apparent control over the projects and activities to which WAMY allocates its resources is of concern to us in light of the allegations that WAMY (Saudi Arabia), along with other WAMY branches, presumably with the approval of WAMY (Saudi Arabia), have provided support to terrorist organizations.

Contrary to Canadian public policy, WAMY maintained close relationships with and provided funding to organizations that were engaged in providing resources to entities engaged in terrorist activities

### WAMY's Representation

No response.

### CRA's Response

N/A

### Issue 4: Gifting to Non-Qualified Donees/Lack of Direction and Control
####         Over Resources
WAMY was granted registration on the understanding that it would not provide funding to non-qualified donees "for projects merely on the basis that an individual or organization receiving the charity's funds will devote those resources that are *bona fide* and in line with the charity's own objectives".[3]  The audit findings reveal that WAMY has gifted to non-qualified donees despite the CRA's previous warning.  The various transactions to non-qualified donees are outlined below:

- 2000 - $16,391 to the **Muslim Community of Downtown Toronto.**[4]
  - $4,959 to the *"Orphants Program"* [sic].  It is unclear which organization these funds were gifted to.

---

[3] Notification of Registration letter to WAMY dated 2000-02-28.
[4] The Muslim Community of Downtown Toronto was not a registered charity (BN 88253775 RR 0001) until January 1, 2008.

5

41

PEC-WAMY031438

CANADA REVENUE AGENCY - AUDIT REPORT                                          PROTECTED B

CLIENT: WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY)

- 2001   -$50,246 to the **Benevolence International Fund** Orphan Program.
         -$4,000 to the **Muslim Student Association**.

- 2002   -$2,350 to the **Shabab Islamic Centre** in Hamilton, ON. This transfer was omitted from the organization's amended *T3010*, although it does appear in the financial statements and bank records for the 2002 fiscal year.

- 2003   -$750 to the **Maritime Islamic Academy**.
         -$11,000 to the **United Muslim Student Association (UMSA)** for a summer camp. This gift is not recorded in the 2003 *T3010*, although the *T3010* does indicate a gift of $11,000 to the **Al Taqua Islamic School**, in London, ON. However, the charitable registration number provided by WAMY for the Al Taqua Islamic School in its 2003 *T3010* is the registration number for the Ottawa based **Muslim Association of Canada**. The Al Taqua Islamic School does not appear to be a registered charity, nor does it appear to be affiliated with the Muslim Association of Canada.

## WAMY's Representation

**No response**

## CRA's Response

**N/A**

## Issue 5:  Lack of Public Benefit / Promotion of Intolerance

Our analysis of the information gathered from the documents acquired during the audit of WAMY, along with those retrieved from open sources found that the literature distributed by WAMY and other material produced by WAMY (Saudi Arabia), in our view, appears to promote intolerance of, and/or advocate violence against, non-Muslims and/or the use of violence as a means to bring about political or societal change. Our concerns in this regard are heightened due to the connection between WAMY and BIF-Canada and the various reports that indicate that branches of, and/or organizations closely associated with or funded by WAMY (Saudi Arabia) may have ties to terrorism. These allegations cannot be ignored in the context of the public benefit test for a registered charity.

## WAMY's Representation

**No response.**

## CRA's Response

**N/A**

41

PEC-WAMY031439

CANADA REVENUE AGENCY - AUDIT REPORT                                         PROTECTED B

CLIENT: WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY)

**Issue 6:  Failed to file an information return as and when required under the Act or a Regulation (Paragraph 168(1)(c) of the Act)**

Our review of WAMY's *T3010*'s covering the period from January 1, 2000 to December 31, 2003, indicates that many items reported by the organization were incorrectly identified or omitted.

It is our view that WAMY has improperly certified that it has filed returns that are correct and complete and has not met the requirement of the Act to file a prescribed information return.

**WAMY's Representation**

**No response.**

**CRA's Response**

N/A

# H.   PENALTY & SANCTION RECOMMENDATION REPORT

✗ No sanctionable concerns

☐ **Sanction Recommendation Report attached**

# I.   ASSET WORKING PAPER

The organization has no assets in Canada.  Has indicated in the 2009 T3010 that it has capital assets in the amount of $1,255.00 outside of Canada; however, no further details are available. Organization has not operated since before 2005.

# J.   CHARITY'S CONCURRENCE

Organization has not responded – non-concurrence.

# K.   REFERRALS

None

# L.   MATTERS TO BE FOLLOWED UP

None

7

41

PEC-WAMY031440


Canada Revenue
Agency

A    .ce du revenu
du Canada

Your file

Our file

**REGISTERED MAIL**

Ayman Al-Taher
70-3024 Cedarglen Gate,
Mississauga, Ontario
L5C 4S3

3008146

March 3, 2011

**SUBJECT:**   **World Assembly of Muslim Youth**

Dear Mr. Al-Taher:

This letter is further to our telephone conversation February 8, 2011 whereby you indicated that you would be sending me a request for the Canada Revenue Agency (CRA) to consider the voluntary revocation of the organization known as the World Assembly of Muslim Youth (Wamy). As of this date, no request has been received.

Alternatively, we will consider issuing an Administrative Fairness Letter (AFL) outlining the serious non-compliance issues that were determined during our past audit and the apparent inactivity of the organization since 2005, with the proposal that the organization be revoked for cause.

If you intend on submitting a written request to CRA for voluntary revocation, please fax this request to my attention at the following number: 1-613-941-0183 prior to March 18, 2011. Should you wish to discuss this further, please call the undersigned at ███████.



Canada

TF690 E (08)

PEC-WAMY031441