# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| *In Re* Terrorist Attacks on September 11, 2001 | ) ) ) | 03 MDL No. 1570 (RCC) |
|  | ) |  |
| Thomas E. Burnett, Sr., *et al.*, | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | C.A. No. 03 CV 9849 (RCC) |
| Al Baraka Investment and Development Corporation, *et al.*, | ) ) ) |  |
| Defendants. | ) ) |  |

## DECLARATION OF ABDUL RAHMAN AL SWAILEM

I, Dr. Abdul Rahman Al Swailem, being duly sworn, declare and state as follows:

1.      I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2.      I have been informed by my attorney that I am a defendant (D95) in the above-captioned action.  I am submitting this declaration in support of my Motion to Dismiss for (1) sovereign immunity, (2) lack of personal jurisdiction, and (3) improper service of process.

3.      I was born in 1937 in Zobeir, Saudi Arabia, and have lived in Saudi Arabia all of my life, except for when I was studying at college.  I have always been a citizen of the Kingdom of Saudi Arabia.

4.      I am a physician.  In 1966, I earned the M.B.B.S. degree from the University of Munich (Germany).  In 1974, I earned the D.C.H. degree from Cairo University (Egypt).  In 1982, I earned the M.R.C.P. medical degree from the Royal College of Physicians, Edinburgh

**WAMY EX. 186**

(United Kingdom). In 1984, I earned the F.R.C.P. medical degree, also from the Royal College of Physicians, Edinburgh.

5.      I initially worked as a physician at several hospitals in Saudi Arabia, then became the head of Pediatric Department center at Riyadh Hospital, the Kidney Transplant Center, and Transplant Center at the Maternity and Children Hospital.

6.      I was appointed in 1989, by the Saudi Council of Ministers, to the position of Deputy Minister for Executive Affairs, Ministry of Health. The Saudi Council of Ministers, which is headed by King Fahd bin Abdulaziz al Saud and his deputies, is the highest decision-making body in the Saudi government.

7.      As the Deputy Minister, I was in charge of all executive and technical affairs, including issues relating to medicine, hospitals, preventive medical care, and the delivery of health care services. I served in that position until 1998.

8.      To hold a position at an Excellency level, I was appointed in November 1998 by the means of Royal order issued by King Fahd bin Abdulaziz, to serve as President of the Saudi Arabian Red Crescent Society. I continue to serve in that position.

9.      The Kingdom of Saudi Arabia sponsors and supervises the Saudi Arabian Red Crescent Society, and the Saudi government appoints all of its directors. The Saudi Arabian Red Crescent Society's functions include supporting humanitarian operations in other countries, and providing emergency medical services and related programs within Saudi Arabia. The Saudi Arabian Red Crescent Society's operations within Saudi Arabia are funded by the Saudi government for the purpose of operating the nationwide ambulance center network, operating the health clinics for pilgrims during the *Hajj* pilgrimage season, teaching first aid and road safety courses, providing road accident emergency services, and developing disaster preparedness

2

plans. *See* International Federation of Red Cross and Red Crescent Societies, "Partnerships in Profile 2002-2003: Saudi Arabian Red Crescent Society," <http://www.ifrc.org/cgi/pdf_profile.pl?saprofile.pdf>; "Directory: Saudi Arabian Red Crescent Society," <http://www.ifrc.org/address/sa.asp> (attached hereto as Exhibits 1-2). Thus, the Saudi Red Crescent performs essential core governmental functions and is a Saudi Government instrumentality.

10. I was elected in November 2000 during the international conference of the Red Cross and Red Crescent Movement (RCRC) as a member in the Standing Commission of the Red Cross and Red Crescent as part of the RCRC Movement. The Standing Commission's functions included arranging the International Conference and the meetings of the Council of Delegates. The Standing Commission is comprised of National Society members, including the Saudi Arabian Red Crescent Society.

11. I have visited the United States around four occasions, for official purposes related to my government service as Deputy Minister. I visited San Francisco, California in 1979, Pittsburgh, Pennsylvania in 1998, Washington, D.C., and New York. I do not now recall the date of the visits to New York and Washington, D.C., but they were some time before 1998.

12. I own no real property in the United States. I also have no bank accounts, and have no investments in the United States. I do not conduct any business in the United States.

13. I do not subscribe to, or read, either the *International Herald Tribune* or the *Al Quds al Arabi*. The latter publication, to my knowledge, is banned in the Kingdom of Saudi Arabia.

3

14.     As a physician, I have never supported the loss of innocent life and believe that there is no justification for the tragic attacks of September 11, 2001. I have never knowingly supported any person or organization that I have known to participate in terrorist activities.

15.     I am listed in the caption of the Third Amended Complaint in this action, as a defendant ("D95"). However, my name is not mentioned anywhere in the allegations in the text of the Complaint. Further, I deny that I had any connection with the perpetrators of the September 11, 2002 attacks.

16.     I at no time participated in, or provided support, to any terrorist activities, or organizations engaged in terrorist activities.

17.     I deny that I have knowledge of any terrorist activities as alleged in Paragraphs 17 and 21-24 of Plaintiffs' More Definite Statement as to Defendant Yousef Abdul Latif Jameel (Mar. 16, 2004). I further deny any knowledge that the Saudi Joint Relief Committee, during the 1990's, or any time period, engaged in terrorist activities or knowingly supported terrorism.

18.     I can read and understand English.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Dr. Abdul Rahman Al Swailem

Executed on the _2_ day of April, 2004.

4

**Attachment 1 to Al Swailem Declaration**

Dr. Abdul Rahman Al Swailem's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)

Case 1:03-md-01570-GBD-SN Document 12001-6 Filed 04/16/26 Page 6 of 71
Case 1:03-md-01570-GBD-SN Document 2775-2 Filed 08/29/13 Page 7 of 72

Saudi Arabian Red Crescent Society



# Saudi Arabian Red Crescent Society

Founded: 1933
Members/volunteers: 1,000
Staff: 3,000
Expenditure: CHF 10.1 million (2002)

## 1. National context

Capital: Riyadh
Population: 21.7 million (2000)
GNP per capita: US$ 6,910 (1998)
Life expectancy: 71.9 years (1998)
Infant mortality rate: 22 per 1,000 live births (1998)
Adult literacy rate: 75.2 per cent (1998)

## 2. Foundation

### Legal base
The Saudi Arabian Red Crescent Society (SARCS) was established as a charitable organization in 1933. Following an increase in its humanitarian activities, the society was recognized by the Red Cross and Red Crescent Movement in 1963.

### Constituency
The society has 14 branches across the country. It runs the kingdom's main ambulance centre network (176 centres throughout the country), which is financed by the Saudi government.

## 3. Capacity

### Human resources
The society has 3,000 salaried staff members and 1,000 registered volunteers. Its staff members include 410 trained emergency medical technicians, who work for the SARCS ambulance service, and 140 first-aid instructors, who are based at 14 regional training centres.

### Financial resources
The society's budget for 2002 is CHF 10 million. This figure includes funds provided by the Saudi government to cover emergency medical services throughout the country.

### Partnerships
The SARCS has contributed to international humanitaian operations in countries as diverse as Afghanistan, Chechnya, Kosovo, Kenya, Pakistan and Palestine, and among others. Contributions to aid in food, medicine, clothes and shelter amount to a cash value of over CHF 2 billion. Many private donors in Saudi Arabia give funds for international relief missions.

## 4. Performance

### Activities

#### Emergency medical services
The society's resources have been directed primarily towards emergency medical services rather than general medical care. Emergency medical technician (basic) training courses run at three regional training centers.

#### Disaster preparedness
The SARCS has developed effective disaster preparedness plans, and gained valuable experience from assistance provided during the annual *Haj* pilgrimage season. Multidisciplinary disaster preparedness courses are conducted in cooperation with the University of Wisconsin (US).

#### First aid
General first-aid courses are conducted. Over the past two years, 29,000 people have been trained, including some 4,500 women.

#### Health
Seventy health clinics operate during the *Haj* pilgrimage season.

#### Road safety
The SARCS has road accident emergency services every 50 to 70 kilometres.

#### Community activities
The society offers first-aid training to the general public and runs first-aid, road safety and seat-belt campaigns. It has first-aid programmes for women and aims to train at least one first-aid provider per household. ∎

Middle East and North Africa

Case 1:03-md-01570-GBD-SN Document 2775-2 Filed 06/29/13 Page 9 of 72

**Attachment 2 to Al Swailem Declaration**

Dr. Abdul Rahman Al Swailem's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)

Case 1:03-md-01570-GBD-SN Document 12001-6 Filed 04/16/26 Page 8 of 71
Case 1:03-md-01570-GBD-SN Document 2775-2 Filed 08/29/13 Page 9 of 72



## Saudi Arabian Red Crescent Society

| | |
|---|---|
| **Address** | General Headquarters 11129 Riyadh |
| **Contact Information** | **Tel:** (966) (1) 4740027 **Fax:** (966) (1) 4740430 **Telex:** 400096 HILAL SJ **E-Mail:** *redcrescent@zajil.net* |
| **Language of correspondence** | Arabic |
| **People** | **President:** Dr Abdul Rahman ben ABDEL AZIZ AL SOYEILEM **Vice-President:** Dr. Saleh AL-TOUAYJERI **Director General of Relief:** Mr Abdulla M. AL-HAZZAA **Director, International Relations:** Mr Fayeg AL-HARFI |
| **Last Updated** | 26.11.1999 |

**Exhibit 2**

Declaration of Abdul Rahman Al-Swailem ("SRC Decl.") (Apr. 2, 2004).

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (RCC) |
| | |
| THOMAS E. BURNETT, SR., *et al.*, | |
| Plaintiffs, | |
| v. | C.A. No. 03 CV 9849 (RCC) |
| AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, *et al.*, | |
| Defendants. | |

## DECLARATION OF ABDUL RAHMAN AL SWAILEM

I, Dr. Abdul Rahman Al Swailem, being duly sworn, declare and state as follows:

1. I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2. I have been informed by my attorney that the Saudi Arabian Red Crescent Society ("Saudi Red Crescent") is a defendant (D211) in the above-captioned action. I am submitting this declaration in support of the Saudi Red Crescent's Motion to Dismiss for (1) sovereign immunity, (2) lack of personal jurisdiction, and (3) improper service of process. I am a physician and the President of the Saudi Red Crescent holding an Excellency/Diplomatic position.

3. The Saudi Red Crescent was established by Royal Declaration on July 31, 1966. It is member No. 91 of the International Federation of Red Cross and Red Crescent Societies, the international consortium of national humanitarian medical societies headquartered in Geneva, Switzerland.

4. The government of the Kingdom of Saudi Arabia sponsors and supervises the Saudi Red Crescent, and appoints its directors. The Saudi Red Crescent's functions include supporting humanitarian operations in other countries, and providing emergency medical services and related programs within Saudi Arabia. The Saudi Red Crescent's operations within Saudi Arabia are funded by the Saudi government for the purpose of operating the nationwide ambulance center network, operating the health clinics for pilgrims during the *Hajj* pilgrimage season, teaching first aid and road safety courses, providing road accident emergency services, and developing disaster preparedness plans. *See* International Federation of Red Cross and Red Crescent Societies, "Partnerships in Profile 2002-2003: Saudi Arabian Red Crescent Society," <http://www.ifrc.org/cgi/pdf_profile.pl?saprofile.pdf>; "Directory: Saudi Arabian Red Crescent Society," <http://www.ifrc.org/address/sa.asp> (attached hereto as Exhibits 1-2). Thus, the Saudi Red Crescent performs essential core governmental functions and is a Saudi Government instrumentality. Neither it nor its officers support terrorism or the loss of innocent life.

5. The Saudi Red Crescent owns no real property in the United States. The Saudi Red Crescent has no bank accounts, or real or personal investments in the United States. The Saudi Red Crescent does not conduct business in the United States. Officials of the Saudi Red Crescent have traveled to the United States for training and educational purposes. The Saudi Red Crescent is a member of the American-Saudi Joint Committee, which helps with the Saudi Red Crescent's projects. However, the Saudi Red Crescent does not do fundraising in the United States.

6. To the best of my knowledge, no official of the Saudi Red Crescent subscribes to or reads either the *International Herald Tribune* or the *Al Quds al Arabi*.

2

7. The Saudi Red Crescent has never supported the loss of innocent life and believes that there is no justification for the tragic attacks of September 11, 2001. The Saudi Red Crescent has never supported any person or organization that it knew to participate in terrorist activities.

8. The Third Amended Complaint in this case has no allegations about the Saudi Red Crescent, other than in two paragraphs. In Paragraph 95, it is stated that the Saudi Red Crescent received "direct donations . . . through NCB [National Commercial Bank] facilities." However, this paragraph makes no allegations that the Saudi Red Crescent supported terrorism.

9. In Paragraph 172 of the Third Amended Complaint, it is stated that the Saudi Red Crescent was one of several entities "that formed the Saudi Joint Relief Committee (or 'SJRC')," that the SJRC "has been connected to Osama bin Laden and two of his top operatives, Wa'el Hamza Jalaidin and Adel Muhammad Sadiq bin Kazem," and that Mr. Jalaidin has been designated by the U.S. government as a terrorist. The Saudi Red Crescent hired Mr. Jalaidin to do public relations work, from about November 1986 to about October 1989, but the Saudi Red Crescent denies that it had any knowledge that Mr. Jalaidin, during that time period, or any time period, engaged in terrorist activities or knowingly supported terrorism. In fact, I understand that the United States government did not designate Mr. Jalaidin as a terrorist until September 2002.

10. The Saudi Red Crescent also denies that it had any knowledge of the activities of Osama bin Laden, al Qaeda, or Adel Muhammad Sadiq bin Kazem, other than what is generally known through the press. At no time did the Saudi Red Crescent ever participate in, or support in any way, terrorist activities.

11. The Saudi Red Crescent also denies that it has knowledge of any terrorist activities as alleged in Paragraphs 17 and 21-24 of Plaintiffs' More Definite Statement as to

3

Defendant Yousef Abdul Latif Jameel (Mar. 16, 2004). The Saudi Red Crescent denies any

knowledge that the Saudi Joint Relief Committee, during the 1990's, or any time period, engaged

in terrorist activities or knowingly supported terrorism.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dr. Abdul Rahman Al Swailem
In his official capacity as the President of the
Saudi Red Crescent Society

Executed on the __2__ day of April, 2004.

4

**Attachment 1 to SRCS Declaration**

Saudi Arabian Red Crescent Society's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)

Case 1:03-md-01570-GBD-SN Document 12001-6 Filed 04/16/26 Page 15 of 71
Case 1:03-md-01570-GBD-SN Document 2775-1 Filed 08/29/13 Page 16 of 72

Saudi Arabian Red Crescent Society



# Saudi Arabian Red Crescent Society

| | |
|---|---|
| Founded: | 1933 |
| Members/volunteers: | 1,000 |
| Staff: | 3,000 |
| Expenditure: | CHF 10.1 million (2002) |

## 1. National context

| | |
|---|---|
| Capital: | Riyadh |
| Population: | 21.7 million (2000) |
| GNP per capita: | US$ 6,910 (1998) |
| Life expectancy: | 71.9 years (1998) |
| Infant mortality rate: | 22 per 1,000 live births (1998) |
| Adult literacy rate: | 75.2 per cent (1998) |

## 2. Foundation

### Legal base

The Saudi Arabian Red Crescent Society (SARCS) was established as a charitable organization in 1933. Following an increase in its humanitarian activities, the society was recognized by the Red Cross and Red Crescent Movement in 1963.

### Constituency

The society has 14 branches across the country. It runs the kingdom's main ambulance centre network (176 centres throughout the country), which is financed by the Saudi government.

## 3. Capacity

### Human resources

The society has 3,000 salaried staff members and 1,000 registered volunteers. Its staff members include 410 trained emergency medical technicians, who work for the SARCS ambulance service, and 140 first-aid instructors, who are based at 14 regional training centres.

### Financial resources

The society's budget for 2002 is CHF 10 million. This figure includes funds provided by the Saudi government to cover emergency medical services throughout the country.

### Partnerships

The SARCS has contributed to international humanitaian operations in countries as diverse as Afghanistan, Chechnya, Kosovo, Kenya, Pakistan and Palestine, and among others. Contributions to aid in food, medicine, clothes and shelter amount to a cash value of over CHF 2 billion. Many private donors in Saudi Arabia give funds for international relief missions.

## 4. Performance

### Activities

#### Emergency medical services

The society's resources have been directed primarily towards emergency medical services rather than general medical care. Emergency medical technician (basic) training courses run at three regional training centers.

#### Disaster preparedness

The SARCS has developed effective disaster preparedness plans, and gained valuable experience from assistance provided during the annual *Haj* pilgrimage season. Multidisciplinary disaster preparedness courses are conducted in cooperation with the University of Wisconsin (US).

#### First aid

General first-aid courses are conducted. Over the past two years, 29,000 people have been trained, including some 4,500 women.

#### Health

Seventy health clinics operate during the *Haj* pilgrimage season.

#### Road safety

The SARCS has road accident emergency services every 50 to 70 kilometres.

#### Community activities

The society offers first-aid training to the general public and runs first-aid, road safety and seat-belt campaigns. It has first-aid programmes for women and aims to train at least one first-aid provider per household. ■

Middle East and North Africa

**Attachment 2 to SRCS Declaration**

Saudi Arabian Red Crescent Society's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)

Case 1:03-md-01570-GBD-SN   Document 12001-6   Filed 04/16/26   Page 17 of 71
Case 1:03-md-01570-GBD-SN   Document 2775-1   Filed 06/29/13   Page 18 of 72



**Français** ▶
**Español** ▶

Search :

Home
How to help         ⊙
Who we are          ⊙
What we do          ⊙
Where we work       ⊙
News                ⊙
Meetings & events
Photo gallery
Publications        ⊙
Directory           ⊙
Jobs                ⊙
Volunteers
Youth
Contact us
Search              ⊙

# Directory

Introduction

Directory ●

The Red Cross and Red Crescent Movement on the Internet

## Saudi Arabian Red Crescent Society

| | |
|---|---|
| **Address** | General Headquarters 11129 Riyadh |
| **Contact Information** | **Tel:** (966) (1) 4740027 **Fax:** (966) (1) 4740430 **Telex:** 400096 HILAL SJ **E-Mail:** *redcrescent@zajil.net* |
| **Language of correspondence** | Arabic |
| **People** | **President:** Dr Abdul Rahman ben ABDEL AZIZ AL SOYEILEM **Vice-President:** Dr. Saleh AL-TOUAYJERI **Director General of Relief:** Mr Abdulla M. AL-HAZZAA **Director, International Relations:** Mr Fayeg AL-HARFI |
| **Last Updated** | 26.11.1999 |

Case 1:03-md-01570-GBD-SN Document 2775-1 Filed 08/29/13 Page 19 of 271

**Exhibit 3**

Declaration of Abdul Rahman Al-Swailem ("SJRC Dec.") (Jan. 17, 2005)

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) ) ) ) | Civil Action No. 03 MDL 1570 (RCC) |

This document relates to:

|  |  |
|---|---|
| FEDERAL INSURANCE CO., et al., Plaintiffs, ) ) ) ) ) v. ) ) AL QAIDA, et al., ) Defendants. ) ) | Civil Action No. 03 CV 6978 (RCC) |

## DECLARATION OF HASSAN M. S. MAHASSNI

**Hassan M.S. Mahassni** declares as follows:

1.     This declaration is made at the request of United States counsel for the Saudi Joint Relief Committee (the "SJRC") to attest to the accuracy of the translated exhibits accompanying the declaration of Dr. Adbulrahman A. Al-Suwailem filed in this matter. I have been retained by the SJRC to represent its interests in this matter, and have been compensated for my work.

2.     I am a citizen and resident the Kingdom of Saudi Arabia where I have practiced law since 1966. I am the proprietor and senior partner of the Law Office of Hassan Mahassni in association with White & Case LLP. I am admitted to practice before all Saudi

Arabian courts of all grades and jurisdictions. I am a licensed Arabic to English translator, having been issued license number 23 by the Ministry of Commerce of the Kingdom of Saudi Arabia.

3. I have reviewed the original and translated exhibits accompanying the declaration of Dr. Adbulrahman A. Al-Suwailem filed in this matter and attest that the English translations are true and accurate representations of the original Arabic documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of January 2005, in Jeddah, Kingdom of Saudi Arabia.



**Hassan M. S. Mahassni**

2

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: TERRORIST ATTACKS ON | ) | **Civil Action No. 03 MDL 1570 (RCC)** |
| SEPTEMBER 11, 2001 | ) | |
| | ) | |

This document relates to:

|  |  |  |
|---|---|---|
| | ) | |
| FEDERAL INSURANCE CO., <u>et al.</u>, | ) | |
| Plaintiffs, | ) | |
| v. | ) | **Civil Action No. 03 CV 6978 (RCC)** |
| | ) | |
| AL QAIDA, <u>et al.</u>, | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF DR. ADBULRAHMAN A. AL-SUWAILEM

Dr. Adbulrahman A. Al-Suwailem declares as follows:

1. Since 1999, I have served as President of the Saudi Joint Relief Committee and the Saudi Red Crescent Society. I hold a Bachelor of Medicine and Bachelor of Surgery degree from Munich University and a medical degree from Cairo University. Since 1984, I have been a fellow of the Royal College of Physicians in Edinburgh. Prior to my current positions, I served as Deputy Minister for Executive Affairs and the Assistant Deputy Minister for Curative Medicine of the Ministry of Health of the Kingdom of Saudi Arabia, the Head of the Saudi Centre for Organ Transplantation, and the Head of the Pediatric Department at the Maternity and Children's Hospital in Riyadh. I have also served on numerous international health and scientific organizations. A true and accurate copy of my

Case 1:03-md-01570-GBD-SN Document 2775-2 Filed 08/29/13 Page 23 of 71

biography is attached as Exhibit A. I have personal knowledge of, and am competent to testify to, the facts set forth in this Declaration.

2. Beginning with its formation in 1999, the Saudi Joint Relief Committee (the "SJRC") has always functioned as a political subdivision, agency, or instrumentality of the Kingdom of Saudi Arabia.

3. The SJRC was established on May 19, 1999, pursuant to High Order No. 7/B/1863 (the "Albanian High Order") issued by HRM King Fahd bin Abdulaziz upon the recommendation of the Council of Ministers of the Kingdom of Saudi Arabia. A true and correct translation of the Albanian High Order is attached as Exhibit B.

4. The purpose of the SJRC was to collect and distribute aid to Albanian refugees in Kosovo on behalf of the Kingdom of Saudi Arabia and its citizens, and to coordinate and document the Kingdom's charitable assistance through international relief agencies and organizations. The SJRC operated solely as a charitable and humanitarian entity, and none of the funds or other aid distributed by the SJRC was provided for "commercial" purposes.

5. The Kingdom of Saudi Arabia established the SJRC in response to the catastrophic humanitarian crisis triggered by the civil war in the former Republic of Yugoslavia, and the systematic violence against ethnic Albanians in Kosovo orchestrated by former Serbian president Slobodan Milosevic.

6.      In 1999, the Kingdom of Saudi Arabia expanded the scope of the SJRC's mission to include relief work for victims of the ongoing hostilities in Chechnya pursuant to a second High Order (No. 7/B/12089) (the "Chechnya High Order"). A true and correct translation of the Chechnya High Order is attached as Exhibit C. Through the Chechnya High Order, the Kingdom of Saudi Arabia intended that the SJRC would act in concert with other international agencies stationed in Chechnya (including the United Nations) to provide humanitarian aid to the hundreds of thousands of Muslims displaced by the war between Chechen fighters and Russia.

7.      The Albanian High Order specified that the SJRC would be supervised by the Minister of the Interior of the Kingdom of Saudi Arabia and chaired by the President of the Saudi Red Crescent Society, and further stated that the SJRC must include high-ranking representatives from agencies of the Kingdom, including the Ministry of Finance and National Economy, the Ministry of Defense and Aviation, the Ministry of Information, the Ministry of Labor and Social Affairs, the Ministry of Foreign Affairs, the Presidency of General Intelligence, and the Presidency of National Guard. Pursuant to the Albanian High Order, the SJRC also includes representatives from some non-governmental charitable and humanitarian organizations, including the International Islamic Relief Organization, the World Assembly for Muslim Youth, the Islamic Endowment Foundation, and the Al-Haramain Charitable Foundation.

8.      The SJRC submitted regular financial and performance reports to the Minister of the Interior, HRH Prince Nayef Bin Abdulaziz Al-Saud.

9.      The SJRC maintained a main office in Riyadh, Saudi Arabia, and branch offices in Vladikavkaz, Pristina, and Moscow.  The daily operations of the SJRC's offices were performed by a technical and administrative staff comprised of employees hired directly by the SJRC and civil servants of the Kingdom of Saudi Arabia seconded to work for the SJRC.  The Kingdom of Saudi Arabia paid the salaries and expenses for most of the civil servants seconded to work for the SJRC.

10.      The Organizational Charter adopted by the SJRC expressly provided that employees seconded from the government would be subject to the laws applicable to government civil servants.  Accordingly, seconded government employees of the SJRC are treated as civil servants, rather than private hires, under Saudi law.  A true and correct translation of the SJRC Organizational Charter is attached as Exhibit D.

11.      The SJRC's mission was largely subsidized by the Kingdom of Saudi Arabia. On March 9, 2000, HRM King Fahd bin Abdulaziz issued a Royal Decree donating 5,000,000 Saudi Riyals to support the SJRC's relief work on behalf of Kosovan students and their families.  A true and correct translation of the Royal Decree is attached as Exhibit E.  Through the end of 2003, the SJRC received 3,000,000 Saudi Riyals from the Kingdom's initial donation through the Ministry of Finance.

Case 1:03-md-01570-GBD-SN Document 2775-1 Filed 08/29/13 Page 26 of 71

12.     In addition, the Kingdom of Saudi Arabia routinely provided critical logistical support for the SJRC's humanitarian efforts in Kosovo and Chechnya.

13.     On February 27, 2004, the government of the Kingdom of Saudi Arabia established the Saudi National Committee for Aid and Charitable Work Abroad (the "Saudi National Committee") pursuant to Royal Decree No. A/1.  A true and correct translation of Royal Decree No. A/1 is attached as Exhibit F.  Royal Decree No. A/1 stated that, once fully functional, the Saudi National Committee will serve as the exclusive agency or instrumentality of the Kingdom of Saudi Arabia responsible for all humanitarian and charitable work abroad.

14.     Since the creation of the Saudi National Committee, the SJRC has begun to unwind its operations.  The SJRC has significantly reduced its aid and humanitarian relief efforts, and currently operates primarily in an administrative capacity.

15.     The SJRC has never solicited charitable or humanitarian donations inside the United States.  The SJRC has no offices or employees in the United States, it has no bank accounts or other property in the United States, and it has never conducted any form of business in the United States.

16.     The humanitarian mission of the SJRC is fundamentally incompatible with the concept of terrorism, and the SJRC has never had any connection with, or in any way supported, terrorist activities or terrorist organizations.

I declare under penalty of perjury that the foregoing is true and correct.

Case 1:03-md-01570-GBD-SN Document 2775-2 Filed 08/29/13 Page 27 of 71

Executed this 10th day of January 2005, in Riyadh, Saudi Arabia.

_____
Dr. Adbulrahman A. Al-Suwailem

# EXHIBIT A

Case 1:03-md-01570-GBD-SN Document 3993-9 Filed 04/05/18 Page 28 of 71



*Dr. Abdulrahman A. Al-Swailem*

**President**
Saudi Red Crescent Society &
Saudi Joint Relief Committee

*Name:*

Abdulrahman Abdulaziz Al-Swailem

*Date of Birth :*

February 12, 1938

*Marital Status*

Married ( Have 2 sons & 4 daughters )

*Citizenship:*

Saudi

*Mailing Address*

Saudi Red Crescent Society
Salahuddin Street, Riyadh 11129
Kingdom of Saudi Arabia
Tels.: 4740925, 4740654
Fax: 4740430
E-Mail : alswailem@kfshrc.edu.sa

*Educational Attainment*

| Degree | Year | Institution | Country |
|--------|------|-------------|---------|
| MBBS | 1966 | Munich University | W. Germany |
| DCH | 1974 | Cairo University | Egypt |
| MRCP | 1982 | Royal College of Physicians, Edinburgh | UK |
| FRCP | 1984 | Royal College of Physicians, Edinburgh | UK |

*Current Specialization :*

Pediatrics

*Special Skills/Interest :*

Community Pediatrics

*Other Concurrent Tenures:*

| Position | Year |
|----------|------|
| President of the Saudi Joint Relief Committee for Kosova | 1999 |
| Executive Director for Gulf Co-operation Council for Health Ministers, Riyadh | 1992-Present |

*Previous Employment*

| Position | Year |
|----------|------|
| Deputy Minister for executive Affairs Ministry of Health Riyadh 11176, KSA | 1988-1997 |
| Head of Saudi Centre for Organ Transplantation SCOT | 1985-1997 |

PERSONAL

| | |
|---|---|
| Assistant Deputy Minister for Curative Medicine Ministry of Health. KSA | 1982-1988 |
| Head of General Medical Committee. Riyadh | 1982 |
| Director General. Eastern Province | 1977-1983 |
| Head of Pediatric Department Maternity and Children's Hospital Riyadh, KSA. | 1974-1982 |

*Other Responsibilities :*

## International Organizations :

| Position | Year |
|---|---|
| Member, Board of Trustees International Centre for Diarhoeal Diseases Research, Bangladesh | 1983-1989 |
| Member, Scientific Working Group Eastern Mediteranian Regional Office, World Health Organization | 1985-1987 |
| Member Advisory Group for Diarrhoeal Diseases. World Health Organization, Geneva | 1985-1987 |
| Member, Advisory Group in Scientific Research, EMRO | 1985-1987 |

## National Organizations :

| | |
|---|---|
| President, Saudi Paediatric Association | Present |
| Vice President, Board of Trustees. Saudi Handicapped Children's Association | Present |
| Member, Board of Trustees of Prince Salman Research Centre for Handicapped | Present |

*Editorial Experience*

General Supervisor, ( SAHAT AL KHALEEJ ) Magazine. Issued by the Executive office for the Ministers of health in the Gulf Cooperation Council ( GCC )

General Supervisor, ( AL-ISAAF Magazine ) Issued by the Saudi Red Crescent Society

Editor, Acta Paediatrica Scandinavica. Supplement 346, 1988, KSA.

P E R S O N A L

Member, Editorial Board, Paediatrics, Arab World Edition official publication of American Academy Paediatrics

Editor, Saudi Journal of Kidney Diseases and Transplantation Issued by Saudi centre for Organ Transplantation in 1984 till date

*Awards*

- United Arab Emirates Health Foundation Prize
- Certificate of Prince Salman Centre for Handicapped Research
- Certificate from Saudi Handicapped Children's Association
- Shield of Edinburg University in appreciation for the Pediatric Diploma Program in Riyadh
- A number of Shields from different governmental and non governmental agencies in appreciation for contribution and participations

*Book Published*

Al-Swailem AR and Eberley R
Poliomyellitis in Children
Ministry Of Education

*Publications*

Thirty two various articles and researches in the medical and health fields related to Child-Health and nutritional status, Renal Diseases and Organ Transplantation in general such as follows:

- Al-Swailem AR. A Dream Realized Saudi Kidney Diseases and Transplant 1994-95(1)1-2
- Al-Swailem AR Al. 1988. The development of Child Health Services in Saudi Arabia Acta Paediatrica Scandinavica. Supplement 346: 9-14
- Al-Swailem AR Al, Serenius F EDressee AW and Ohlson A. 1988 Prenatal Mortality in a Saudi Maternity Hospital. Acta Paediatrica Scandinavica Supplement 346: 57-60
- Serenius F and Al-Swailem AR Al. 1988 Growth and nutrional status of less priviledged Urban Children in Saudi Arabia, Acta Paediatrica Scandinavica, Supplement 346: 95-103
- Mawali AH, Al-Swailem AR. Paul TT. Aziz KMS. Aswad S. Wafa AM 1992 Acute renal failure in Al-Medina region, Saudi Arabia Saudi Kid Dis and Trans Bull 3(2): 95-100
- El-Hazmi MA. Al-Swailem A. Al-Fawaz I. Warsy AS. Al-Swailem A. Diabetes mellitus in children suffering from beta-thalassaemia. J. Trop Peaedir 1994,40(5)261-6

Dr. Abdulrahman A. Al-Swailem

President
Saudi Red Crescent Society &
Saudi Joint Relief Committee



Case 1:03-md-01570-GBD-SN Document 2775-1 Filed 08/29/13 Page 32 of 71

# EXHIBIT B

بسم الله

حسان المحاسني

قسم الترجمة (ترخيص رقم ٢٣)

## LAW OFFICE OF HASSAN MAHASSNI

TRANSLATION DEPARTMENT (LICENSE No. 23)

**JEDDAH OFFICE**

P.O. BOX 2256, JEDDAH 21451
TELEPHONE (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Ch. of Commerce No. 63471)

**RIYADH OFFICE**

P.O. BOX 17411 RIYADH 11484
TELEPHONE (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

مكتب جدة

ص.ب ٢٢٥٦ جــدة ٢١٤٥١
هاتف : ٦٦٥٤٣٥٣ (٢ ٩٦٦)
فاكس : ٦٦٩٢٩٩٦ (٢ ٩٦٦)
( ع.ت ٦٣٤٧١ )

مكتب الرياض

ص.ب ١٧٤١١ الـريـاض ١١٤٨٤
هاتف : ٤٦٤٤٠٠٦ (٩٦٦-١)
فاكس : ٤٦٥١٣٤٨ (٩٦٦-١)
المملكة العربية السعودية

## Certificate

شهادة

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is full and correct translation.

بهــذا يشــهد "قسـم الترجمـة – مكتب المحـامي حسـان المحاسـني" انـه مكتب مرخص لـه بالقيام بأعمـال الترجمـة مـن و إلى اللغـتين الإنكليزية والعربية، وأن ترجمته لصـور الوثائق المرققة، من اللغـة العربية إلى اللغـة الإنكليزية، ترجمة كاملة وصحيحة.

...dah on:

١٢ JAN 2005

جــدة في :

Translation Department



قسم الترجمة

حسان المحاسني
Hassan Mahassni



بالتـعـاون مع وايت آنـد كـيـس المحـدودة

آلماي – أنقرة – بنكوك – برلين – بومباي / مماي – برماي / برماي – براتسلافيا – بروكسل – بودابست – دريزدن – دوسلدروف – فرانكفورت – هامبورغ – هلـ
موزع كونغ – اسطنبول – جاكرتا – جوهانسبيرغ – لندن – لوس انجلوس – مكسيكو سيتي – ميامي – ميلان – موسكو – نيويورك – بالوآلتو – براغ
سان فرانسيسكو – ساوباولو – شانغهاي – سنغافورة – ستكهولم – طوكيو – وارسو – واشنطن دي سي

IN ASSOCIATION WITH **WHITE & CASE LLP**

(RES)... KOK, BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST DRESDEN. DUSSELDORF, FRANKFURT, HAMBURG ...I, HO C... CITY, HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON. LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW. ...RK, PAL... ...ARIS, PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI SINGAPORE, STOCKHOLM. TOKYO, WARSAW, WASHINGTON. D.C.

In the name of God, the Compassionate, the Merciful

No. 7/B/1863

Date: 3/2/1420

*(Saudi Emblem)*

Kingdom of Saudi Arabia

Enclosures:

Diwan of Presidency of Council of Ministers

Urgent Telegram

His Royal Highness the Minister of Interior

CC: His Royal Highness the Second Deputy President of Council of Ministers, Minister of Defense and Aviation and Inspector General.

CC: His Royal Highness the Deputy President of the National Guard

CC: His Royal Highness the Minister of Foreign Affairs

CC: His Royal Highness the President of General Intelligence

CC: His Excellency the Minister of Islamic, Endowment, Call and Guidance Affairs

CC: His Excellency the Minister of Health and President of the Board of Directors of the Saudi Red Crescent Society

CC: His Excellency the Minister of Information

CC: His Excellency the Minister of Labor and Social Affairs

CC: His Excellency the Minister of Finance and National Economy

CC: His Excellency the Secretary General of the Muslim World League

We have reviewed Ministerial Committee minutes of meeting No. (81) dated 2/2/1420 H. concerning the study of the subject of relief that is given by the Kingdom of Saudi Arabia, at the government and public levels, to Albanian refugees from Kosovo, which contained the following recommendations:

First, to restrict relief work for Kosovo refugees to the Saudi Red Crescent

1/15/2005 1:40 PM (2K)
Jeddah 42959 v1 [42959_1.DOC]

Society and to form a Committee under the chairmanship of his Excellency the President of the Society and a membership of representatives of high rank from the Presidency of the National Guard, the Ministry of Defense and Aviation, the Ministry of Interior, the Presidency of General Intelligence, the Ministry of Finance and National Economy, the Ministry of Information, the Ministry of Labor and Social Affairs and a representative from each Saudi society or charitable foundation that participates in relief work, namely:

- International Islamic Relief Organization
- World Assembly of Muslim Youth
- Al-Haramain Charitable Foundation
- Islamic Endowment Foundation

Second, this Committee shall be under the supervision of His Royal Highness the Minister of Interior.

Third, the objectives and responsibilities of this Committee shall be as follows:

1- To oversee the collection of assistance and in kind and cash contributions, their receipt according to manifests from the sources, coordination of receipt, determination of type, organization of delivery, method of distribution and the taking of all necessary arrangements for the foregoing.

2- To make known the role played by the Kingdom in relief and humanitarian work outside the Kingdom and to contract with a public relations firm to undertake this task and publicize this role through the media so that citizens know that their contributions are delivered to the intended beneficiaries.

3- To document the assistance that is provided by the Kingdom with International Organizations and Commissions.

Fourth, that this Committee shall have the authority to decide all matters relating to relief to Kosovo refugees, and report to the Presidency of the Council of Ministers as it sees necessary in this regard so that it may receive appropriate instructions.

Since we approve these recommendations we ask that you do what is necessary accordingly   A copy of this Order has been provided to concerned parties for observance.

Fahad bin Abdulaziz

President of Council of Ministers



1/15/2005 1:40 PM (2K)
Jeddah 42959 v1 [42959_1.1XX]

-2-





المملكة العربية السعودية

ديوان رئاسة مجلس الوزراء

برقية

" عاجلة "

صاحب السمو الملكي وزير الداخلية

نسخة لصاحب السمو الملكي النائب الثاني لرئيس مجلس الوزراء

ووزير الدفاع والطيران والمفتش العام

نسخة لصاحب السمو الملكي نائب رئيس الحرس الوطني

نسخة لصاحب السمو الملكي وزير الخارجية

نسخة لصاحب السمو الملكي رئيس الاستخبارات العامة

نسخة لمعالي وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد

نسخة لمعالي وزير الصحة ورئيس مجلس إدارة جمعية الهلال الأحمر السعودي

نسخة لمعالي وزير الإعلام

نسخة لمعالي وزير العمل والشؤون الاجتماعية

نسخة لمعالي وزير المالية والاقتصاد الوطني

نسخة لمعالي الأمين العام لرابطة العالم الإسلامي

اطلعنا على محضر اللجنة الوزارية العليا رقم (٨١) وتاريخ ١٤٢٠/٢/٢هـ المتخذ بشأن دراسة موضوع الإغاثة التي تقدم من المملكة العربية السعودية على المستويين الحكومي والشعبي للاجئين الألبان من كوسوفا.. والمتضمن التوصيات التالية :-

أولاً : حصر أعمال الإغاثة للاجئي كوسوفا في جمعية الهلال الأحمر السعودي وتكوين لجنة برئاسة معالي رئيس الجمعية وعضوية مندوبين على مستوى رفيع من رئاسة الحرس الوطني ووزارة الدفاع والطيران ووزارة الداخلية ووزارة الخارجية ورئاسة الاستخبارات العامة ووزارة المالية والاقتصاد الوطني ووزارة الإعلام ووزارة العمل والشؤون الاجتماعية ومندوب عن كل جمعية ومؤسسة من الجمعيات والمؤسسات الخيرية السعودية المشاركة في أعمال الإغاثة وهي :

- جمعية الإغاثة الإسلامية العالمية.

- الندوة العالمية للشباب الإسلامي.





المملكة العربية السعودية

ديوان رئاسة مجلس الوزراء

برقيـه

الرقم ............
التاريخ ............
المرفقات ............

ـ مؤسسة الحرمين الخيرية.

ـ مؤسسة الوقف الاسلامي.

ثانيا : تكون هذه اللجنة تحت اشراف صاحب السمو الملكي وزير الداخلية.

ثالثاً : تكون مهمة ومسؤولية هذه اللجنة على النحو التالي : ـ

١ ـ الإشراف على استحصال المساعدات والتبرعات النقدية والعينية واستلامها وفـق بيانات من جهاتها، وتنسيق استقبالها وتحديد نوعيتها وترتيب إرسالها وأسـلوب توزيعها واتخاذ كافة الإجراءات اللازمة لذلك.

٢ ـ ابراز دور المملكة إعلامياً خارج المملكة لإيضاح دورها الاغـائي والانسـاني والتعاقد لهذا الغرض مع شركة إعلامية تتولى هذا الدور مع أيران هذا الـدور إعلامياً للمواطن داخل المملكة ليطمئن إلى أن تبرعاته تصل إلى مستحقيها.

٣ ـ توثيق المساعدات التي تقدمها المملكة لدى المنظمات والهيئات الدولية.

رابعا : أن تكون لهذه اللجنة صلاحية البت في كافة الأمور المتعلقة بالمساعدات للاجئي كوسوفا، وترفع للمقام السامي ماتراه ضرورياً في ذلك لأخذ التوجيه اللازم.

ولموافقتنا على تلك التوصيات .. نرغب إليكم إكمال اللازم بموجبه. وقد زودت الجهات المعنية بنسخة من أمرنا هذا للاعتماد.،،،

فهد بن عبدالعزيز



رئيس مجلس الوزراء





# EXHIBIT C

الحُبَامِي

قسم الترجمة (ترخيص رقم ٢٣)

**JEDDAH OFFICE**
P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Ch. of Commerce No. 63471)

**RIYADH OFFICE**
P.O. BOX 17411, RIYADH 11484
TELEPHONE : (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

## LAW OFFICE OF HASSAN MAHASSNI
TRANSLATION DEPARTMENT (LICENSE No. 23)

مكتب جدة
ص.ب ٢٢٥٦ جـدة ٢١٤٥١
هــاتـف : (٢ ٦٦٦) ٦٦٥٤٣٥٣
فـاكـس : (٢ ٦٦٦) ٦٦٩٢٩٩٦
( غ.ت ٦٣٤٧١ )

مكتب الرياض
ص.ب ١٧٤١١ الريـاض ١١٤٨٤
هـاتـف : (١-٦٦٦) ٤١٤٤٠٠٦
فـاكـس : (١-٦٦٦) ٤٦٥١٣٤٨
المملكة العربية السعودية

<u>Certificate</u>

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is a full and correct translation.

<u>شهادة</u>

بهذا يشهد "قسم الترجمة – مكتب المحامي حسـان المحاسـني" انـه مكتب مرخص له بالقيام بأعمـال الترجمـة مـن و إلى اللغـتين الإنكليزية والعربية، وأن ترجمته لصـور الوثائق المرفقة، من اللغـة العربية إلى اللغة الإنكليزية، ترجمة كاملة وصحيحة.

Jeddah on:

15 JAN 2005

جـــدة في :

Translation Department

قسم الترجمة



حسان المحاسني
Hassan Mahassni

بالتـــــعاون مع وايت أند كـــيس المحـــدودة

ألماني – أنقرة – بانكوك – برلين – بومباي / مباي – براتسلاف – بروكسل – بوداست – دريزدن – دوسلدروف – فرانكفورت – هامبورغ – المدينة هو
هونغ كونغ – اسطنبول – جاكرتا – جوهانسبيرغ – لندن – لوس الخحوس – مكسيكو سيتي – مبامي – ميلان – موسكو – نيويورك – بالو
مأن فرانتيسكو – ساديارلو – شائنهاي – شانغافورة – سنغافورة – ستكهولم – طوكيو – وارسو – واشنطن دي سي

IN ASSOCIATION WITH **WHITE & CASE LLP**

(RKA8272E) BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG, HO CHI MIN, HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW, NEW YORK, PALO ALTO, PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON, D.C.

Kingdom of Saudi Arabia
Diwan of Presidency of Council of Ministers'

No. 7/B/12089
Date: 1/8/1420AH
Attachments:

## Telegraph

To: His Royal Highness Minister of Interior
     Supervisor of Saudi Joint Relief Committee (SJRC) for the Aid of the People of
     Kosovo

C.C. His Royal Highness Minister of Foreign Affairs

C.C. His Excellency Minister of Information

C.C. His Excellency Minister of Finance and National Economy

We have read your telegraph No. 733/R, Dated 22/7/1420 H. in which Your Highness
refers to the repercussions of the war in Chechnya on Muslims, where it displaced more
than two hundred thousand people and made them refugees on Chechnya's borders with
Angoshia and Dagestan.

Your Highness has also noted in your telegraph that many Saudi nationals and relief
agencies have contacted the SJRC to express their desire to provide relief aid to their
Muslim brethren there. This fact was supported by His Excellency Minister of Islamic,
Endowment, Call & Guidance Affairs and His Excellency Secretary General of the
Muslim World League. His Excellency the President of the Board of Directors of the
Saudi Red Crescent Society had a meeting with His Excellency the Russian Ambassador
to Riyadh at the request of the latter and the consent of Your Highness. In the meeting,
the Russian Ambassador emphasized that the Russian government will accept and
welcome Saudi relief aid, adding that this would underline the bright image of Saudi
humanitarian relief aid and dismiss attempts in the media to distort the Saudi image and
its ties with Russia. In fact, relief agencies have started to provide relief aid to the
displaced Chechnyans. We noted the suggestion of Your Highness to send relief aid and
assign the SJRC to oversee the relief work and underline the contributions of Saudi
Arabia in the media and in the international arena.
Please be advised of our consent in this regard and you may proceed.

Abdullah bin Abdulaziz Al-Saud
Deputy Prime Minister

> Official Seal
> Diwan of Presidency Council of Ministers
> Telegraphs

1/15/2005 1:40 PM (2K)
Jeddah 42959 v1 [42959_1.DOC]



-11-



المملكة العربية السعودية

ديوان رئاسة مجلس الوزراء



الرقم /ل.س ٨٩/.....

التاريخ ........... ٢٠/٨/٩

المرفقات ...........



**برقيــه**

صاحب السمو الملكي وزير الداخليـــــــة
المشرف العام على اللجنة السعودية المشتركة لاغاثة شعب كوسوفا
نسخة لصاحب السمو الملكي وزير الخارجيـة
نسخة لمعالي وزيـــــر الأعــــــــلام
نسخة لمعالي وزير المالية والاقتصاد الوطني

اطلعنا على برقية سموكم الخطية رقــم ٧٣٣/ر وتاريخ ١٤٢٠/٧/٢٢هـ المشـار
فيهـا إلى مـاخلفته الحـرب في الشيشـان مـن آثـار علـى المسلمـين هنـاك إذ تركـت وراءهـا
أكثر من مائتي ألف لاجئ على الحدود الشيشانية مع انغوشيا وداغستان.

ومـأوضحتمـود ـ سمـوكـم ـ مـن أنـه قـد اتصـل باللجنـة السعوديـة المشتركـة لاغاثـة شعب
كوسـوفـا العديـد مـن المواطنـين والمؤسسـات الاغاثيـة يؤكـدون رغبتـهـم في تقديـم
المساعدات لإخوانهم المسلمـين هنـاك ، وقـد أيـد ذلـك كـل مـن معالـي وزيـر الشـؤون
الاسلامية والاوقاف والدعوة والارشاد ومعالي الأمـين العام لرابطـة العـالـم الأسلامـي.. كمـا
أن معالي رئيس جمعية الهلال الأحمر السعودي اجتمع مـع سعـادة السفيـر الـروسـي بالمملكـة
بنـاءً علـى طلبـه ومـوافقـة سمـوكـم علـى ذلـك، وقـد أكـد السفيـر الـروسـي بـأن الحكـومـة الروسيـة
سـوف تـرحب بقبـول المساعـدات السعوديـة بـل أنـها ستـؤكـد علـى الصـورة المشـرقـة لعطـاء
المملكة وإسهاماتها الاغاثيـة الانسانيـة وتبـدد الصـورة التـي تثيرهـا بعض وسائل الاعـلام فـي
تشويـه سمعـة المملكـة وعلاقـاتهـا مـع روسيـا، كمـا أن المؤسسـات الاغاثيـة قـد بـدأت تتواجـد
فـي الساحـة لتقديـم المعونـات والمساعـدات للمشرديـن الشيشـان.. واقتـراح سمـوكـم السمـاح
بتقديـم المساعـدات وأن ينـاط باللجنـة السعوديـة المشتركـة الإشراف علـى أعمـال الاغـاثـة هذه
وإبراز ماتقدمـه المملكـة اعلامـيـاً وتوثيـق هذه المساعـدات دولـيـاً...

ونخـيركم بموافقتنا على ذلـك.. فأكملوا مايلزم بموجبه...،،،



عبدالله بن عبدالعزيز
نائب رئيس مجلس الوزراء



# EXHIBIT D

الـمـحـكـم

حسان المحاسني

قسم الترجمة (ترخيص رقم ٢٣)

**LAW OFFICE OF HASSAN MAHASSNI**

TRANSLATION DEPARTMENT (LICENSE No. 23)

**JEDDAH OFFICE**

P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Ch. of Commerce No. 63471)

**RIYADH OFFICE**

P.O. BOX 17411, RIYADH 11484
TELEPHONE : (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

مكـتب جـدة

ص.ب ٢٢٥٦ جــــــــدة ٢١٤٥١
هـــاتــف : ٦٦٥٤٣٥٣ (٢) ٩٦٦
فـــاكـس : ٦٦٩٢٩٩٦ (٢) ٩٦٦
( غ.ت ٦٣٤٧١ )

مكـتب الرياض

ص.ب ١٧٤١١ الـريـاض ١١٤٨٤
هـــاتــف : ٤٦٤٤٠٠٦ (١) ٩٦٦
فـــاكـس : ٤٦٥١٣٤٨ (١) ٩٦٦
المملكة العربية السعودية

## Certificate

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is full and correct translation.

شهادة

بهـذا يشـهد "قسـم الترجمـة – مكتـب المحـامي حسـان المحاسـني" انـه مكتب مرخص له بالقيام بأعمـال الترجمـة مـن و إلى اللغـتين الإنكليـزية والعربيـة، وأن ترجمتـه لصـور الوثائق المرفقـة، مـن اللغـة العربـية إلى اللغـة الإنكليـزية، ترجمة كاملة وصحيحة.

Jeddah on:

**1 5 JAN 2005**

جـــدة في :

Translation Department

قسم الترجمة

حسان المحاسني
Hassan Mahassni



بالتـعـــاون مع وايـت انـد كــيـس المحـــدودة

أدمتي – أنفرة – بانكوك – برلين – بومباي / مباي – براتسلافيا – بروكسل – بودابست – دريزدن – دوسلدروف – فرانكفورت – هاصبورغ – هلسنكي
هونغ كونغ – أسطنبول – جاكرتا – جوهانسبيرغ – لندن – لوس انجلوس – مكسيكو سيتي – ميامي – ميلان – موسكو – نيويورك – بالوألتو – براغ – روما
سان فرانسيسكو – ساوباولو – شانغهاي – سنغافورة – ستكهولم – طوكيو – وارسو – واشنطن دي سي .

**IN ASSOCIATION WITH WHITE & CASE LLP**

ALMATY, (RIYADH2), BANGKOK, BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG, HELSINKI, HO CHI MINH CITY, HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW, NEW YORK, PALO ALTO, PARIS, PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON, D.C.

# Kingdom of Saudi Arabia

# Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo

# Secretariat-General

# Organizational Charter of the SJRC for the Aid of the People of Kosovo



1/15/2005 1:40 PM (2K)
Jeddah 42959 v1 [42959_1.DOC]

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

# Contents

## First: Establishment of SJRC
- Membership of SJRC
- Secretariat-General

## Second: Objectives

## Third: Means [of Achieving Objectives]

## Fourth: Organizational Charter of the SJRC
- Mission and Functions of the SJRC
- SJRC Meetings
- Financial Rules
- General Rules

## Fifth: Internal Bylaws of the SJRC
- SJRC Meetings
- Secretariat-General
- Meetings of Executive Committees
- General Rules

## Sixth: Management and Organizational Structure of the SJRC

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

1/15/2005 1:40 PM (2K)
Jeddah 42959 v1 [42959_1 DOC]



# First: Establishment of SJRC

The SJRC was established by High Order No. 7/B/1863, dated 3/2/1420 H., which included the approval of the Ministerial Committee minutes of meeting No. (81), dated 2/2/1420 H., regarding the study of the matter of aid from Saudi Arabia, including government agencies and individuals alike, for Albanian refugees from Kosovo. It included: constituting a committee under the chairmanship of His Excellency the President of the Board of Directors of the Saudi Red Crescent Society; membership of high-ranking officials from a number of government sectors; membership of representatives from each charitable organization (as named in the order); and, that the SJRC shall be under the supervision of His Royal Highness the Minister of Interior, in accordance with the specified responsibilities and objectives outlined in the order.

## A. Membership

SJRC membership shall include representatives from each of the following:

1. **Presidency of National Guard**
2. **Ministry of Defense and Aviation**
3. **Ministry of the Interior**
4. **Ministry of Foreign Affairs**
5. **Presidency of General Intelligence**
6. **Ministry of Finance and National Economy**
7. **Ministry of Information**
8. **Ministry of Labor and Social Affairs**

   and a representative from each of the following charitable organizations:
9. **International Islamic Relief Organization**
10. **World Assembly of Muslim Youth**
11. **Al-Haramain Charitable Foundation**
12. **Islamic Endowment Foundation**

The SJRC shall meet under the chairmanship of his Excellency [President of the Board of Directors of the] Saudi Red Crescent Society.

## B. Secretariat-General

The Secretariat-General of SJRC shall be headquartered in Riyadh. It shall be attached in its activities to His Excellency the President of the Board of Directors of the Saudi Red Crescent Society. The Secretariat-General shall have sufficient staff to perform its duties.

1/15/2005 1:40 PM (2K)
Jeddah 42959 v1 [42959_1.DOC]



Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

# Second: Objectives

[The SJRC aims to:]

1. unify Saudi aid efforts, on the government and popular (individuals and companies) level, and make optimal use of resources;

2. promote and coordinate Saudi aid activities;

3. Highlight Saudi Arabia's efforts in providing the people of Kosovo with relief and humanitarian aid;

4. generally provide refugees and the displaced with medical care and relief aid;

5. provide refuges with their basic needs, including: food, clothes, equipment...etc.;

6. comforting refugees and guiding them religiously and culturally.

# Third: Means [of Achieving Objectives]

[To achieve its objectives, the SJRC will:]

1. establish a secretariat-general for the SJRC, headquartered in Riyadh. It shall be attached in its activities with His Excellency the President of the Board of Directors of the Saudi Red Crescent Society and the Chairman of the SJRC;

2. set up executive offices abroad as necessary;

3. collect information and statistics on the numbers and circumstances of refugees and the displaced and their needs;

4. formulate a media strategy at national and international levels;

5. commence relief work.

# Fourth: Organizational Charter

## Mission and Functions of the SJRC

**Article I:** The SJRC shall plan and oversee relief work in Kosovo and shall examine pertinent obstacles thereto.

**Article II:** study, suggestion of direction of relief aid, either official or popular.

**Article III:** formulation of relief programs and plans in Kosovo, and determination of the best methods of implementing them.

**Article IV:** setting of general rules to hire employees abroad, and determining [their proper] credentials, training and preparation. And whatever is connected to that from appointment, secondment, transfer and compensation.

**Article V:** setting of general rules for cooperation and coordination with organizations and individuals working in the area of [humanitarian] aid.

**Article VI:** The SJRC may request any information, studies or data from any government bodies for the purpose of review or benefits therefrom in fulfilling its obligations.

**Article VII:** The SJRC may [enter into] agree[ments] with universities, institutes, corporations and individuals to conduct studies or research to benefit therefrom in [the SJRC's] areas of competence.

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

## SJRC Meetings

**Article VIII:** The SJRC shall hold weekly meetings under the chairmanship of His Excellency the President of the Board of Directors of the Saudi Red Crescent Society, or whomever is designated in his absence, with the attendance of the majority of [SJRC's] members. Extraordinary meetings may be held at the request of the Chairman or by a written request addressed to the Chairman by at least three members. Meetings shall be held in Riyadh, and they may be held at other venues as determined by the Chairman when deemed necessary.

**Article IX:** SJRC resolutions shall be passed by the absolute majority of present votes. If there are an equal number of votes, the Chairman shall have the casting vote.

**Article X:** The SJRC shall report its major decisions to the General Supervisor. It shall also submit a regular report of its activities, signed by the General Supervisor, to the President of Council of Ministers.

## Financial Rules

**Article XI:** The SJRC shall be designated with an annual budget for administrative and technical expenditures. The budget shall be overseen by the Chairman and shall conform to the rules of *Sharia*.

**Article XII:** Each Member of the SJRC shall be paid an honorarium of (500) Saudi Riyals for each meeting attended, ordinary or extraordinary, provided that honorariums for each member do not exceed (20,000) Saudi Riyals per annum. Representatives of charity organization shall be paid by their respected organizations.

**Article XIII:** The Secretary-General, if hired on a part-time basis, shall receive a monthly honorarium of (          ) Saudi Riyals in exchange for his role as Secretary-General of the SJRC, to be paid out from the budget of SJRC.

## General Rules

**Article XIV:** The Chairman shall select a Secretary-General who will be assisted by technical and administrative staff whose salaries shall be paid out from the annual budget.

**Article XV:** The SJRC shall formulate its own internal bylaws.

**Article XVI:** This Organizational Charter shall go into effect on the day of its approval.

## Fifth: Internal Bylaws of the SJRC

### [SJRC Meetings]

**Article I:** An agenda shall be prepared for each meeting. The agenda shall set the matters for study after pre-approval by the Chairman.

**Article II:** Emergency issues suggested by a member may be discussed, after approval of the Chairman and a majority of the members.

**Article III:** Members shall be notified of an ordinary meeting by fax at least three days prior to the meeting. Letters of notification shall include date and venue of the meeting. A copy of the meeting's agenda shall be attached to the letter of notification.

**Article IV:** Minutes shall be taken at each meeting which shall include decisions taken at the meeting and shall be signed by the Chairman and present members.

**Article V:** Meetings shall only be held if attended by a majority of members.

**Article VI:** Members shall not be entitled to represent other members in meetings or vote for them in the absence of an official proxy.

## Secretariat-General

**Article VII:** The Secretariat-General shall make all arrangements for the meetings. In particular, the Secretariat-General shall:

- arrange for meetings, write down discussions, summarize proposals, take minutes and get them signed;

- prepare agendas of meetings and notify members of time and venue of such meeting;

- propose setting up specialized committees to examine certain issues, or assign one specialist or more to conduct a study in a certain area of interest and determine his honorarium;

- follow-up and carry out decisions taken by the SJRC;

- oversee administrative and financial aspects of the SJRC and its Secretariat-General;

- contact public and private entities through standard channels in order to facilitate the mission of the SJRC and its Secretariat-General. Reporting and executing decisions shall be coordinated with the Chairman;

- provide the media with news about the SJRC, its meetings and decisions., except for certain events in it which it would be best not to disclose, according to the discretion of the Chairman;

- prepare follow-up reports and studies and submit them to the Chairman;

- the Secretariat-General may be assigned by the SJRC or its Chairman to carry out other duties.

**Article VIII:** Experts and employees seconded from government agencies to the SJRC hall be governed by the public service bylaws. However, the bylaws of the SJRC shall govern non-government employees.

**Article IX:** The Chairman shall issue a resolution concerning the administrative and financial authorities of the Secretary-General.

## Meetings of Executive Committees

**Article X:** The head of each executive committee shall chair the weekly meeting of his committee.

**Article XI:** The Secretariat-General shall do the following on behalf of the executive committees:



Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

- make all arrangements for meetings of executive committees, prepare for meetings, take down discussions and proposals, take minutes and get them signed;

- prepare agendas for meetings of executive committees and notify concerned members of time and venue of meetings;

- submit minutes of meetings of executive committees and related recommendations to the Secretariat-General and subsequently to the Joint Committee;

- prepare follow-up reports and studies and submit them to the Secretary-General;

- hire a full-time rapporteur (affiliated to the Secretary-General) to follow-up on meetings of executive committees;

**Article XII:** Executive committees may hire experts or specialists or enter into agreements with agencies to conduct studies, as per bylaws and at the discretion of the Chairman or the Secretary-General.

**Article XIII:** Heads and members of executive committees shall receive an honorarium of ( ) Saudi Riyals per annum. The honorarium shall be paid out from the budget of the SJRC and may be paid in four installments.

## General Rules

**Article XIV:** Executive committees shall be affiliated, as far as their administrative affairs are concerned, with the Secretary-General as detailed in the bylaws.

**Article XV:** Wherever these bylaws are silent, the Organizational Charter of the SJRC shall be in force.

**Article XVI:** The bylaws shall go into effect when approved by the SJRC.

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

1/15/2005 1:40 PM (2K)
Jeddah 42959 v1 [42959_1.DOC]





Joint Relief
ittee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

المملكة العربية السعودية

اللجنة السعودية المشتركة لإغاثة شعب كوسوفا

الأمانة العامة

اللائحة التنظيمية

للجنة السعودية المشتركة

لإغاثة شعب كوسوفا



جمعية الهلال الأحمر السعودي – هيئة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
لجنة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ٨٠٠١٢٤٠٨٨٨ – البريد الالكتروني redcrescent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩



Joint Relief
tee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم : ............................... الموضوع : ...............

التاريخ : ...............



المحتويات

**أولاً:** تشكيل اللجنة السعودية المشتركة:

(عضوية اللجنة – الأمانة العامة).

**ثانياً:** الأهداف.

**ثالثاً:** الوسائل.

**رابعاً:** اللائحة التنظيمية للجنة:

(مهام اللجنة واختصاصاتها – اجتماعات اللجنة – أحكام مالية –
أحكام عامة)

**خامساً:** اللائحة الداخلية للجنة:

(جلسات اللجنة – الأمانة العامة – اجتماعات اللجان التنفيذية –
أحكام عامة).

**سادساً:** الهيكل الإداري والتنظيمي للجنة المشتركة.



جمعية الهلال الأحمر السعودي – بنك الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم الجامعي ١٢٤٠٨٨٨ – ٨٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – رمز البريدي ١١٤٢٩



**int Relief**
**e For Kosova**

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـــا

الرقم : ....................

الموضوع : ..............

التاريخ : ....................

١

**\* أولاً: تشكيل اللجنة:**

تـم تشكيل اللجنـة بناءً علـى برقيـة المقـام السـامي الكريـم ذي الرقـم ٧/ب/١٨٦٣، وتـاريخ ١٤٢٠/٢/٣هـ، المتضمنـة الموافقـة علـى محضـر محضـر اللجنـة الوزاريـة العليـا رقـم (٨١)، وتـاريخ ١٤٢٠/٢/٢هـ، بشـأن دراسـة موضـوع الإغاثـة التـي تقـدم مـن المملكـة العربيـة السـعودية علـى المستويين الحكومي والشعبي للاجئين الألبان من كوسوفاء والمتضمن: تكوين لجنـة برئاسـة معـالي رئيس جمعيـة الهـلال الأحمـر السـعودي، وعضويـة مندوبين علـى مستوى رفيع مـن عـدد مـن القطاعـات الحكوميـة، ومنـدوب عـن كل مـن المؤسسـات الخيريـة السـعودية (تمـت تسـميتها فـي القـرار)، وأن تكـون هذه اللجنـة تحـت إشـراف صـاحب السمو الملكـي وزير الداخليـة، وفـق مهمـات ومسؤوليات محددة في القرار.

**أ- عضوية اللجنة:**

تضم اللجنـة فـي عضويتها مندوبين، عن كل من:

١). رئاسة الحرس الوطني.

٢). وزارة الدفاع والطيران.

٣). وزارة الداخلية.

٤). وزارة الخارجية.

٥). رئاسة الاستخبارات العامة.

٦). وزارة المالية والاقتصاد الوطني.



جمعيـة الهـلال الأحمـر السـعودي - هيئـة الإغاثـة الاسـلامية العالميـة - النـدوة العالميـة للشـباب الاسـلامي
مؤسسـة الحـرمين الخيريـة - مؤسسـة الرشـد الإسـلام - الرقـم المجانـي ٨٠٠١٢٤٥٨٨٨هـ - البريـد الالكترونـي redcresent@zajil.net
المملكـة العربيـة السـعودية - الريـاض - الرمـز البريـدي ١١١٢٩



Joint Relief
ttee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم : .................................

التاريخ : .................................

الموضوع : .................................

٣

٧). وزارة الإعلام.

٨). وزارة العمل والشؤون الإجتماعية.

ومندوب عن كل من الجمعيات الخيرية التالية:

٩). هيئة الإغاثة الإسلامية العالمية.

١٠). الندوة العالمية للشباب الإسلامس.

١١). مؤسسة الحرمين الخيرية.

١٢). مؤسسة الوقف الإسلامي.

وتعقد اللجنة اجتماعاتها برئاسة معالي جمعية الهلال الأحمر السعودي.

ب - الأمانة العامة:

يكون مقر أمانة اللجنة في مدينة الرياض، وترتبط في أعمالها بمعالي رئيس جمعية الهلال الأحمر السعودي ويخصص لها العدد الكافي من الوظائف التي تفي بحاجتها.



جمعية الهلال الأحمر السعودي - هيئة الإغاثة الاسلامية العالمية - الندوة العالمية للشباب الاسلامي
مؤسسة الحرمين الخيرية - مؤسسة الوقف الإسلامي - الرقم المجاني ١٢٤٥٨٨٨ -٨٠٠ - البريد الالكتروني redcresen@zajil.net
المملكة العربية السعودية - الرياض - الرمز البريدي ١١١٢٩



Joint Relief
ttee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الموضوع : ............

التاريخ : ............

٣

## \* ثانياً: الأهداف:

١). توحيد الجهود الإغاثية السعودية على المستوى الحكومي والشعبي (الأفراد والمؤسسات)، وتوجيه الموارد لدى الأعضاء.

٢). تفعيل أنشطة الإغاثة السعودية، وتنسيق جهودها.

٣). إبراز جهود المملكة العربية السعودية في المساعدات الإغاثية والإنسانية لشعب كوسوفا.

٤). توفير الرعاية الطبية والإغاثية بوجه عام للآجئين والمهجرين.

٥). توفير المتطلبات الضرورية للآجئين من: (المواد الغذائية، الملابس، والأدوات، وغيرها).

٦). بث روح التضامن بينهم، وتوجيههم دينياً وثقافياً.

## \* ثالثاً: الوسائل:

١). إنشاء أمانة عامة للجنة، مقرها مدينة الرياض، وترتبط بعملها بمعالي رئيس جمعية الهلال الأحمر السعودي، رئيس اللجنة.

٢). إنشاء مكاتب خارجية تنفيذية حسب الحاجة.

٣). جمع المعلومات والبيانات عن أحوال وأعداد اللاجئين والمهجرين واحتياجاتهم.

٤). وضع خطة إعلامية (استراتيجية) على المستويين الداخلي والخارجي.

٥). مباشرة تنفيذ الأعمال الإغاثية.

جمعية الهلال الأحمر السعودي – هيئة الإغاثة الاسلامية العالمية – الندوة العالمية للشباب الاسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ١٢٤٥٨٨٨ـ٨٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩



Joint Relief
ee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم : .......... ............ .............

الموضوع : ..........

التاريخ : ............. ...........

٤

**★ رابعاً : اللائحة التنظيمية :**

**مهام اللجنة المشتركة واختصاصاتها :**

- المـادة (١): تتولى اللجنة التخطيط والإشـراف فيمـا يتصل بالأعمـال الإغاثية في كوسوفا، ودراسة المشكلات المتعلقة بذلك.

- المـادة (٢): دراسة واقتراح المسـاعدات الإغاثية، سـواء الرسمية أو الشعبية، وتوجيهها.

- المـادة (٣): وضع برامج إغاثة في كوسوفا وخططها وتحديد وسائل تنفيذها.

- المادة (٤): تحديد القواعد العامة لاختيار العاملين في الخارج، وصفاتهم وتدريبهم وتأهيلهم، وما يتصل بذلك من التعيين والإيفاد والنقل والمكافآت.

- المادة (٥): تحديد القواعد العامة للتعاون مع الجهات والأفراد العاملين في مجالات الإغاثة، والتنسيق في ذلك.

- المادة (٦): للجنة أن تطلب أية معلومات، أو دراسات، أو بيانات من أيـة جهة حكومية لغرض الاطلاع عليها أو الاستفادة منها في تأدية مهامها.

- المـادة (٧): للجنة أن تتفق مـع الجامعات والمعـاهد والمؤسسـات والأشخاص، لإجراء دراسات أو القيام ببحوث للاستفادة منها فيما هو داخل في حدود اختصاصها.

**اجتماعات اللجنة :**

- المـادة (٨): تعقد اللجنة جلساتها برئاسة معالي رئيس جمعية الهـلال الأحمر السعودي، أو من ينيبه عند غيابه وبحضور أغلبية أعضائها وذلك

جمعية الهـلال الأحمر السـعودي - مجمـع الإغـاثة الإسلامـية العـالمية - الندوة العـالمية للشبـاب الإسلامي
مؤسسـة الحرمين الخيرية - مؤسسـة الوقف الإسلامي - الرقم المجاني ١٢٤٥٨٨٨هـ - ٨٠٠ - البريد الإلكتروني redcresent@zajil.net
المملكة العربية السعودية - الرياض - الرمز البريدي ١١١٢٩



oint Relief
e For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفــا

الرقم: ............................

الموضوع: ............................

التاريخ: ............................

5

بصفة دورية أسبوعية، ويجوز عقد جلسات استثنائية بدعوة من الرئيس، أو بناء على طلب مكتوب يقدم إلى الرئيس من ثلاثة أعضاء، وتعقد جلسات اللجنة في مدينة الرياض، ويجوز عقدها في أي مكان يحدده الرئيس حسب مقتضى الحاجة.

-المادة (٩): تصدر قرارات اللجنة بالأغلبية المطلقة لأصوات الحاضرين، وعند تساوي الأصوات يرجح الجانب الذي فيه الرئيس.

- المادة (١٠): ترفع اللجنة قراراتها ذات الأهمية للمشرف العام، كما ترفع تقريراً دورياً عن أعمالها إلى رئيس مجلس الوزراء، بتوقيع المشرف العام على اللجنة.

أحكام مالية:

- المادة (١١): يخصص للجنة ميزانية سنوية للصرف الإداري والفني، تحت إشراف رئيس اللجنة السعودية المشتركة في حدود النسبة الموافق عليها شرعاً.

-المادة (١٢): تصرف لكل عضو من أعضاء اللجنة مكافأة مقطوعة قدرها (٥٠٠) ريال عن كل جلسة يحضرها خلال الدورات العادية أو الاستثنائية، على أن لا يتجاوز مجموع المكافأة السنوية عشرين ألف ريال لكل عضو وتتحمل كل جهة صرف مكافآت ممثليها.



Joint Relief
ee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

الرقم : ..................

الموضوع : ..................

التاريخ : ..................

٦

-المادة (١٣): تصرف للأمين العام للجنة إذا كان غير متفرغ مكافأة شهرية مقطوعة قدرها (          ) ألف ريال لقاء قيامه بأعمال الأمانة العامة للجنة أثناء إنعقاد الدورات وخارجها، وتصرف هذه المكافأة من ميزانية اللجنة.

أحكام عامة:

- المــادة (١٤): يختار رئيس اللجنة أميناً عاماً، ويعاونه فـي ممارسـة اختصاصاته أجهزة فنية وإدارية يعين موظفوها ضمن ميزانية اللجنة.
- المادة (١٥): تضع اللجنة اللائحة الداخلية لعملها.
- المادة (١٦): يعمل بهذا النظام من تاريخ اعتماده.



جمـعـية الهـلال الأحمـر السـعودي - هيئة الإغاثة الاسلامية العالمية - الندوة العالمية للشبـاب الاسـلامي
مؤسسة الحرمين الخيرية - مؤسسة الوقف الإسلامي - الرقم المجاني ١٢٤٥٨٨٨ - ٨٠٠ - البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية - الرياض - الرمز البريدي ١١١٢٩



int Relief
e For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

٧

**\* خامساً: اللائحة الداخلية للجنة السعودية المشتركة:**

- المادة (١): ينظم لكل جلسة جدول عمل تحدد فيه الموضوعات محل الدراسة بعد اعتمادها من رئيس اللجنة.

- المادة (٢): يجوز بحث الموضوعات الطارئة المقترحة من أحد الأعضاء بعد موافقة الرئيس وأغلبية الأعضاء.

- المادة (٣): توجه الدعوة لكل عضو لحضور اجتماع اللجنة، يحدد فيها موعد الاجتماع ومكانه، مرفق معها نسخة من جدول الأعمال قبل موعد الجلسة بثلاثة أيام على الأقل عن طريق الفاكس في الدورات العادية.

- المادة (٤): يحرر محضر لكل جلسة، تدون فيه قرارات اللجنة ويوقع من الرئيس والأعضاء الحاضرين.

- المادة (٥): تعقد اجتماعات اللجنة إذا حضرها أغلبية الأعضاء.

- المادة (٦): لا تجوز إنابة عضو عن عضو آخر في حضور الجلسات ولا في التصويت، إلا بتعميد رسمي من القطاع الذي يمثله العضو.

**الأمانة العامة:**

- المادة (٧): تقوم الأمانة العامة بتوفير كافة الترتيبات لاجتماعات اللجنة، وهي مسؤولة على وجه الخصوص عن الأمور التالية:

أ- التحضير والإعداد لاجتماعات اللجنة، وتدوين المناقشات، وتلخيص المقترحات، وإعداد المحاضر ومتابعة توقيعيا.

جمعية الهلال الأحمر السعودي - لجنة الإغاثة الإسلامية العالمية - الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية - مؤسسة الوقف الإسلامي - الرقم المجاني ٨٠٠ ـ ١٢٤٥٨٨٨ - البريد الإلكتروني redcresent@zajil.net
المملكة العربية السعودية - الرياض - الرمز البريدي ١١١٢٨



di Joint Relief
nittee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

٨

ب‍- إعداد جدول أعمال اجتماعات اللجنة، وإبلاغـه لأعضائهـا ودعـوة الأعضاء للاجتماعات وإبلاغهم بمكانها وزمانها.

ج‍- اقتراح تشكيل لجان متخصصة لدراسة موضوعات معينة، أو تكليف شخص أو أكثر لإعداد بحث أو دراسة في مجال معين مع اقتراح المكافأة لذلك.

د- متابعة تنفيذ قرارات اللجنة.

هـ- الإشراف على الأعمال الإدارية والمالية للجنة وأمانتها.

و- الاتصال بالجهات والهيئات الحكومية والخاصة وفق الأصول الإدارية المتبعة في كل ما من شأنه تسهيل مهمات عمل اللجنة وأمانتها، فيما عدا إبلاغ القرارات أو تنفيذها فيتم بالتفاهم مع رئيس اللجنة.

ز- تزويد وسائل الإعلام بأخبار اجتماعات اللجنة ومقراراتها باستثناء مـا تكون المصلحة في عدم نشره حسب ما يراه رئيس اللجنة.

ح- إعداد تقارير المتابعة والدراسات ورفعها لرئيس اللجنة.

ط- المهام التي ترى اللجنة أو رئيسها تكليف الأمانة بها.

- المادة (٨): يجوز الاستعانة بخبراء وموظفين يتم تكليفهم بالندب أو الإعارة أو بالمكافأة، وفق أنظمة الدولة، وغير موظفي الدولة يعاملون بموجب لائحة اللجنة.

- المادة (٩): يصدر رئيس اللجنة قراراً بتحديد صلاحيات الأمين العام الإدارية والمالية.

Joint Relief
tee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم ...................................

الموضوع ....................................

التاريخ ...................................

٩

اجتماعات اللجان التنفيذية:

- المادة (١٠): تعقد اللجان التنفيذية اجتماعاً كل أسبوع مرة، برئاسة رئيس اللجنة التنفيذية.

- المادة (١١): تقوم سكرتارية الأمانة العامة بمهمة سكرتارية اللجان، وتعنى على وجه الخصوص بالآتي:

أ- توفير كافة الترتيبات لاجتماعات اللجان التنفيذية، والإعداد والتحضير لذلك، وتدوين المناقشات والمقترحات وإعداد والمحاضر ومتابعة توقيعها.

ب- إعداد جدول أعمال اجتماعات اللجان التنفيذية وإبلاغها لأعضائها ودعوتهم للاجتماع حسب الزمان والمكان المقررين.

جـ- رفع محاضر اجتماعات اللجان التنفيذية وما تتضمنها من توجيهات إلى الأمانة العامة تمهيداً لعرضها على اللجنة المشتركة.

د- إعداد تقارير المتابعة والدراسات ورفعها للأمين العام.

و- تكليف مقرر متفرغ لاجتماعات اللجان التنفيذية، يرتبط بالأمين العام، ويتولى متابعة أعمال اللجان.

- المادة (١٢): للجان التنفيذية أن تستعين بخبراء أو مختصين أو جهات أخرى للقيام بدراسات معينة، وفق الأنظمة المعمول بها، وبعد موافقة الرئيس أو الأمين العام.

- المادة (١٣): تصرف من ميزانية اللجنة لكل عضو من أعضاء اللجنة التنفيذية بما فيهم رؤساء اللجان مكافآت مقطوعة قدرها (     ) لكل عضو في العام، ويجوز صرفها على أربع دفعات.



جمعية الهلال الأحمر السعودي - هيئة الإغاثة الإسلامية العالمية - الندوة العالمية للشباب الإسلامي

مؤسسة الحرمين الخيرية - مبرة الرتف لإسلامي - الرقم المجاني ٨٠٠-١٢٤٥٨٨٨ - البريد الإلكتروني redcrescent@zajil.net

المملكة العربية السعودية - الرياض - الرمز البريدي ١١١٢٩



Joint Relief
ee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم : ...............
الموضوع : ...............
التاريخ : ...............

١٠

أحكام عامة:

- المادة (١٤): ترتبط اللجان التنفيذية في أعمالها وشؤونها الإدارية بـالأمين العام وفق التفصيل الوارد في هذه اللائحة.

- المادة (١٥): مالم ينص عليه في هذه اللائحة يرجع فيه للائحـة التنظيميـة للجنة السعودية المشتركة.

- المادة (١٦): يعمل بهذه اللائحة من تاريخ اعتمادها من اللجنة المشتركة.



جــمــيـة الهـلال الأحـمـر الـسـعـودي - لجنـة الإغـاثـة الإسـلامـية عـالمـيـة - الندوة العـالمية للشبـاب الإسلامي
مؤسسـة الحرمين الخيرية - مؤسسة الوقف الإسلامي - الرقم المجاني - ١٢٤٥٨٨٨هـ - ٨٠٠ - البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية - الرياض - الرمز البريدي ١١١٢٩

Case 1:03-md-01570-GBD-SN   Document 2975-1   Filed 08/29/13   Page 63 of 71

# EXHIBIT E

حسان المحاسني

قسم الترجمة (ترخيص رقم ٢٣)

<table>
<tr><td>

**JEDDAH OFFICE**

P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE . (966-2) 669-2996
(Ch. of Commerce No 63471)

**RIYADH OFFICE**

P.O BOX 17411 RIYADH 11484
TELEPHONE : (966-1) 464-4006
FACSIMILE . (966-1) 465-1348
KINGDOM OF SAUDI ARABIA
</td><td>

**LAW OFFICE OF HASSAN MAHASSNI**
TRANSLATION DEPARTMENT (LICENSE No. 23)
</td><td>

مكتب جدة

ص.ب ٢٢٥٦ جــدة ٢١٤٥١
هــاتــف : (٩٦٦-٢) ٦٦٥٤٣٥٣
فــاكس : (٩٦٦-٢) ٦٦٩٢٩٩٦
( ع.ت ٦٣٤٧١ )

مكتب الرياض

ص.ب ١٧٤١١ الــريــاض ١١٤٨٤
هــاتــف : (٩٦٦-١) ٤٦٤٤٠٠٦
فــاكس : (٩٦٦-١) ٤٦٥١٣٤٨
المملكة العربية السعودية
</td></tr>
</table>

<u>Certificate</u>

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is a full and correct translation.

...ddah on:

Translation Department

حسان المحاسني
Hassan Mahassni

شهادة

بهذا يشهد "قسم الترجمة – مكتب المحامي حسان المحاسني" انه مكتب مرخص له بالقيام بأعمال الترجمة من و إلى اللغتين الإنكليزية والعربية: وأن ترجمته لصور الوثائق المرفقة، من اللغة العربية إلى اللغة الإنكليزية، ترجمة كاملة وصحيحة.

جـــدة في :

قسم الترجمة



بالتعاون مع وايت آند كيس المحدودة

IN ASSOCIATION WITH **WHITE & CASE LLP**
BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG, ... HO CHI M... HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW, ...ORK, PALO ALT... ...PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON, D.C.

Copy

**To: His Excellency Minister of Finance and National Economy**

We refer to the Letter of His Royal Highness the Second Deputy President of Council of Ministers and Chairman of the Supreme Council for Islamic Affairs No. 107/20/S, dated 28/7/1420AH and the minutes of the meeting of the Supreme Council for Islamic Affairs ("Council") No. 50/HT, dated 22/3/1420 and in particular to Clause 11 of the minutes concerning the financial support of Kosovan Albanians studying *shari' a* sciences abroad and the recommendation of the Preparatory Committee of the Council that this issue be passed to the Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo and that a sum of 5,000,000 Saudi Riyals be donated by the Saudi government and put at SJRC's disposal noting that this sum shall be used to support Kosovan Albanians studying abroad and their families (wives and children) and reunite Kosovan Albanians studying at Saudi universities with their families throughout their period of study; we also refer to the recommendation of the Ministry's representative in the Preparatory Committee that this sum be taken from donations collected by SJRC inside the Kingdom of Saudi Arabia.

We instruct the Ministry of Finance [and National Economy] to provide a sum of 5,000,000 Saudi Riyals as recommended by the Preparatory Committee of the Supreme Council for Islamic Affairs in the minutes of its meeting. You may take all steps deemed necessary in this regard⊙

## President of Council of Ministers

CC:
- Supreme Council for Islamic Affairs
- Saudi Joint Relief Committee (SJRC) – (Ministry of the Interior)
- Ministry of Foreign Affairs
- Ministry of Higher Education
- Ministry of Islamic, Endowment, Call & Guidance Affairs

Stamps:

> - **President of Council of Ministers**
>   True Copy
> - **Ministry of the Interior**
>   Office of the Minister/Communications
>   No. 7165
>   Date: 5/12/1420 AH
>   Attachments:

-10-



RECEIVED 0 5 JAN 2005



المملكة العربية السعودية

ديوان رئاسة مجلس الوزراء

/٩

الرقم ........ ٣٢/١٢٤٨

التاريخ ...... ٨ /١٢ /٢٠٥٠

المرفقات ........

بسم الله الرحمن الرحيم

١

**ــ صورة ــ**

صاحب المعالي وزير المالية والاقتصاد الوطني

بعد التحية :

نشير الى خطاب صاحب السمو الملكي النائب الثاني لرئيس مجلس الوزراء رئيس المجلس الأعلى للشؤون الاسلامية رقم ٢٠/٦٠٧ /س وتاريخ ١٤٢٠/٧/٢٨هـ ومشفوعه محضر المجلس الأعلى للشؤون الإسلامية رقم ٥٠/ح ت وتاريخ ١٤٢٠/٣/٢٢هـ المتضمن في الفقرة الحادية عشرة منه مايتعلق بموضوع دعم الطلاب الدارسين للعلوم الشرعية وغيرها من البان كوسوفا في خارج كوسوفا ليستمروا في دراستهم حيث أوصت اللجنة التحضيرية للمجلس بإحالة الموضوع الى اللجنة السعودية المشتركة لإغاثة شعب كوسوفا وتقديم دعم مالي قدره (٠٠٠ر٠٠٠ر٥) خمسة ملايين ريال من حكومة المملكة يوضع تحت تصرف اللجنة المشتركة للصرف منه على الطلاب وأسرهم (زوجاتهم وأطفالهم) الذين انقطعت بهم السبل في خارج كوسوفا، والحاق زوجات وأطفال الطلاب الدارسين في جامعات المملكة بهم مدة دراستهم ورأى ممثل الوزارة في اللجنة التحضيرية أن يكون المبلغ المقترح ممالدى اللجنة المشتركة من التبرعات التي جمعتها من المحسنين في المملكة.

وترغب اليكم صرف المبلغ الذي أوصت به اللجنة التحضيرية للمجلس الأعلى للشؤون الأسلامية في محضرها المشار اليه وقدره خمسة ملايين ريال من المالية. فأكملوا مايلزم بموجبه،،،،

رئيس مجلس الوزراء

المجلس الأعلى للشؤون الأسلامية

نسخة للجنة السعودية المشتركة لإغاثة شعب كوسوفا (وزارة الداخلية)

نسخة لوزارة الخارجية

نسخة لوزارة التعليم العالي

نسخة لوزارة الشؤون الاسلامية والأوقاف والدعوة والارشاد

المستشار

Case 1:03-md-01570-GBD-SN Document 2775-2 Filed 08/29/13 Page 67 of 71

# EXHIBIT F

Case 1:03-md-01570-GBD-SN Document 2775-2 Filed 08/29/13 Page 67 of 71

الحـكـم

قسم الترجمة (ترخيص رقم ٢٣)

### JEDDAH OFFICE
P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Dir. of Commerce No. 63471)

### RIYADH OFFICE
P.O. BOX 17411, RIYADH 11484
TELEPHONE (966-1) 464-4006
FACSIMILE . (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

## LAW OFFICE OF HASSAN MAHASSNI
TRANSLATION DEPARTMENT (LICENSE No. 23)

مكـتب جدة
ص.ب ٢٢٥٦ جــــــدة ٢١٤٥١
هـــاتـــف : ٦٦٥٤٣٥٣ (٩٦٦-٢)
فـــاكـس : ٦٦٩٢٩٩٦ (٩٦٦-٢)
( ٦٣٤٧١ )

مكـتب الريـاض
ص.ب ١٧٤١١ الـريـاض ١١٤٨٤
هـــاتـــف : ٤٦٤٤٠٠٦ (٩٦٦-١)
فـــاكـس : ٤٦٥١٣٤٨ (٩٦٦-١)
المملكة العربية السعودية

### Certificate

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is full and correct translation.

### شهادة

بهـذا يشهد "قسم الترجمة – مكتب المحامي حسان المحاسني" انـه مكتب مرخص له بالقيام بأعمـال الترجمـة مـن و إلى اللغـتين الإنكليـزية والعربية، وأن ترجمته لصور الوثائق المرفقة، من اللغـة العربية إلى اللغـة الإنكليزية، ترجمة كاملة وصحيحة.

15 JAN 2005

...dah on:

جـــدة فـي:

Translation Department

قسم الترجمة

حسان المحاسني
Hassan Mahassni



بالتـــعـــاون مع وايـت آنـد كـــيـس المحـــدودة

ألماني – أنقرة – بانكوك – برلين – بومباي / مباي – بومباي – براتسلافا – بروكسل – بوداست – بودابست – دريزدن – دوسلدروف – فرانكفورت – هـمـبـورغ – هلسنكي عو...
مونغ كونغ – اسطنبول – جاكرتا – جوهانسبيرغ – لندن – لوس انجلوس – مكسيكو سيتي – ميامي – ميلان – موسكو – نيويورك – بالوالتو – براغ...
سان فرانسسكو – ساوباولو – شانغهاي – سنغافورة – ستكهولم – طوكيو – وارسو – واشنطن دي سي

## IN ASSOCIATION WITH WHITE & CASE LLP
(ROW).......OK, BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG,
HO CH...........TY, HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW,
....K, PALO S.........IS, PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON, D.C.

In the name of Allah, most merciful most gracious

Number:     A/1
Dated:      6/1/1425 H.

With Allah's grace, We, Fahad Bin Abdulaziz Al-Saud, King of the Kingdom of Saudi Arabia, after review of the bylaw for the National Committee for Aid and Charitable Work Abroad, and based on what was presented to us by His Royal Highness the Crown Prince, Deputy President of Council of Ministers and President of the National Guard, order as follows:

**First**:        Approval of the establishment of a charitable organization named the "Saudi National Committee for Aid and Charitable Work Abroad" in accordance with its bylaws, as attached.

**Second**:    The activities of all charitable organizations, corporations and societies as well as committees and foundations, whether public, private or of Saudi individuals, which participate in charitable activities abroad shall be stopped; and, unification of all those activities with the Saudi National Committee for Aid and Charitable Work Abroad, so that the Committee will commence those activities from the date of establishment of its council in accordance with a program that it prepares for this purpose. The council may, with the consent of the Specialized Committee, establish a sub-committee with participation from some of the workers at those [charitable] organizations, corporations, societies, committees and foundations in order for important current activities abroad to continue.

**Third**:      The Specialized Committee shall prepare a list of names of the Saudi supervisors of the activities of the organizations, corporations, societies, committees and foundations that are currently active and that engage in charitable activities abroad, as well as other Saudi individuals that contribute in charitable activities and who can be trusted. In addition, it shall nominate directors for the Committee from those mentioned [in the list].

**Fourth:**    Governmental authorities shall be prohibited from contributing donations, assistance or any other charitable activity abroad without first seeking proper direction.

**Fifth**:       All in-kind and cash (both transferable and non-transferable) assets and connected properties abroad that are associated with the activities of the organizations, corporations, societies, committees and foundations shall be transferred to the Committee. Likewise, all Saudi employees shall be transferred in accordance with the needs of the Committee.

**Sixth:**      The use of collection boxes inside [Saudi Arabia] shall be prohibited. All individuals, of personal or juristic status, shall be prohibited from collecting contributions for abroad [causes] without consent and an official license from the Committee, and after approval from the Specialized Committee. Additionally, any private or individual entity shall be prohibited from participating in any charitable activity abroad or supplying in-

kind or cash contributions or assistance to foreign parties except through the Committee. The necessary authorities shall strictly and deliberately punish any violators of the above.

**Seventh:**     The Specialized Committee shall enforce what is referred to in the Fifth Article (above) and shall place the proper infrastructure to correct the affairs of the organizations, corporations, societies, committees and foundations that are currently active in charitable activities abroad and to merge their activities to the Committee in accordance with what is referenced above. The [Specialized] Committee may engage the help of a legal accountant or more.

**Eighth:**     All unlicensed organizations, corporations, societies, committees and foundations shall be dissolved. The Specialized Committee shall institute the proper arrangements for [such dissolution].

**Ninth:**     The Specialized Committee – which is referred to in the Committee bylaws and this order – shall consist of:

1. Presidency of General Intelligence
2. Ministry of Interior
3. Ministry of Foreign Affairs
4. Ministry of Finance [and National Economy]
5. Ministry of Islamic, Endowment, Call and Guidance Affairs

**Tenth:**     Our order herein here shall be forwarded to the proper parties for its observance and execution.

Fahd Bin Abdulaziz
[Signature]



Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

UHM V&C ELF RIYADH
AL-QANUNIYAH

@023
@001

بسم الله الرحمن الرحيم

RECEIVED 0 7 DEC 2004

الـــرقم : ١ / أ

التاريخ : ١٤٢٥/١/٦

بعـــون اللــــه تعالــــى

نحـــن فهـــد بـــن عبدالعزيـــز آل مـــعود

ملـــك المملكـــة العربيـــة الـــعو

بعد الاطـلاع على مشروع النظـام الأساسي للهيئـة الـعودية الأهليـة للإغاثـة والأعمـ

الخيرية في الخارج .

وبناء على ما عرضه علينا صاحب السمو الملكي ولي العهد نائب رئيس مجلس الوزراء رئيس

الحرس الوطني .

أمرنا بما هو آت :-

أولا : الموافقة على تأسيس هيئة خيرية تـــمى " الهيئـة الـعودية الأهليـة للإغاثـة والأعمـال

الخيريـة في الخارج" طبقاً لنظامها الأساسي المرفق بأمرنا هذا .

ثانيا : إيقاف أعمال جميع الهيئات والمؤسسـات والجمعيات الخيريـة واللجـان والمبرات ســواء

الحكوميــة أو الأهليــة أو الفرديــة الـعوديـة الـتي تمارس نشــاطات خيريــة

في الخارج ، وتوحيد جميع تلك الأعمال في الهيئة الـعوديـة الأهليـة للإغاثـة والأعمـ

الخيرية ، على أن تباشر الهيئة تلك الأعمال من تاريخ تشكيل مجلسـها ، وذلك وفق

برنامج تعده في هذا الشان ، وللمجلس تشكيل لجنة يشترك فيها بعض العـاملين بهذه

الهيئات والمؤسسات والجمعيات واللجان والمبرات ، لتسيير الأعمـال الضروريـة القائمة

حالياً في الخارج ، وذلك بعد موافقة اللجنة المختصة .

ثالثا : قيام اللجنة المختصة بإعداد قائمة بأسماء المشرفين الـعوديين على أعمال الهيئـات

والمؤسسات والجمعيات واللجان والمبرات القائمة حالياً التي تمـارس أنشطة خيريـة في

الخارج ، وغيرهم من الأشخاص الـعوديين المشهود لهم بالإسهام في الأعمال الخيرية

وممن يتمتعون بالثقة ، وترشيح أعضاء مجلس الهيئة من هؤلاء المذكورين ، والرفع

عن ذلك .

رابعا : منع أي جهة حكومية من تقديم تبرعات أو مساعدات أو أي نشاط خيري في الخارج إلا

بعد الرفع لأخذ التوجيه اللازم .

LOHM - W&C LLP RIYADH
AL-QANONIYAH

ص(٢)

خامساً : تنقل إلى الهيئة جميع الأصول والممتلكات المتعلقة بممارسة نشاطاً والمؤسسات والجمعيات واللجان والمبرات العينية والنقدية (المنقولة وغير المنـ الخارج ، ونقل حساباتها وجمعها في حساب واحد باسم الهيئة المذكورة ، وكذ العاملين من السعوديين فيها بحسب احتياجات الهيئة .

سادساً : منع استخدام صناديق جمع التبرعات في الداخل نهائياً ، ومنع أي شخص ذي طبيعية أو اعتبارية من جمع التبرعات للخارج إلا بإذن من الهيئة وترخيص رسـ منها ، وبعد موافقة اللجنة المختصة ، وكذلك منع أي جهة أهلية أو فردية من ممارسة نشاط خيري في الخارج أو تقديم تبرعات أو مساعدات عينية أو نقدية لجهات خارجيـ إلا عن طريق الهيئة ، وتحاسب الجهات المختصة كل من يخالف أياً من ذلك بحزم وشدة .

سابعاً : تتولى اللجنة المختصة تنفيذ ما ورد في المادة (خامساً) أعلاه ، ووضع آلية معينة لتسـ أوضاع الهيئات والمؤسسات والجمعيات واللجان والمبرات القائمة حالياً التي تمارس نشاطات خيرية في الخارج ، وضم تلك الأعمال للهيئة ، وذلك ونقاً لما أشير إليـ سابقاً ، على أن يشترك مع هذه اللجنة عند بحث موضوع كل هيئة أو مؤسسة أو جمعية أو لجنة أو مبرة معنية بالأمر المسؤول عنها ، ولهذه اللجنة الاستعانة بمحاسب قانوني أو أكثر .

ثامناً : إلغاء جميع الهيئات والمؤسسات والجمعيات الخيرية واللجان والمبرات غير المرخص بإنشائها نظاماً ، على أن تتولى اللجنة المختصة وضع الترتيبات اللازمة لذلك .

تاسعاً : تتكون اللجنة المختصة ـ المنصوص عليها في النظام الأساسي للهيئة وهذا الأمر ـ من :
١- رئاسة الاستخبارات العامة .
٢- وزارة الداخلية .
٣- وزارة الخارجية .
٤- وزارة المالية .
٥- وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد .

عاشراً : يبلغ أمرنا هذا للجهات المختصة لاعتماده وتنفيذه .،،،

فهد بن عبدالعزيز

