

**Saudi Joint Relief Committee For Kosova**

اللجنة السعودية المشتركة لإغاثة شعب كوسوفـا

Ref:                                              Subject:

Date:

### Total Relief Assistance Provided to the Saudi Joint Committee for the Relief of the People of Kosovo

| SN | Type | Weight (tons) | Value (SAR) | Value (USD) |
|---|---|---|---|---|
| 1. | Food supplies | 1,595 | 41,394,696 | 11,038,586 |
| 2. | Healthcare | 271 | 50,307,242 | 13,415,265 |
| 3 | Bedding, clothing, tents | 569 | 7,086,153 | 1,889,640 |
| 4. | Shipping expenses | | 45,609,000 | 12,162,400 |
| 5. | Operational expenses | | 8,100,000 | 2,160,000 |
| Total | | 2,435 | 152,497,091 | 40,665,891 |

Saudi Red Crescent Society – World Islamic Relief Organization – World Assembly of Muslim Youth, The Two Mosques Charitable Foundation – Islamic Waqf Foundation – Toll-free number: 80-1245888
email: redcresent@zajil.net, Kingdom of Saudi Arabia, Riyadh, Zip Code: 11129

CONFIDENTIAL

EXHIBIT
WAMY EX. 187

WAMYSA036741

 

**Saudi Joint Relief Committee For Kosova**

اللجنة السعودية المشتركة لإغاثة شعب كوسوفــا

Ref:                                                    Subject:
Date:

| I. Food supplies | | | | | |
|---|---|---|---|---|---|
| **Item** | **Quantity** | **Weight (tons)** | **Value (SAR)** | **Value (USD)** | **Notes** |
| Liquid milk (liters) | 1,021,604 | 150 | 4,257,024 | 1,135,207 | |
| Formula and baby food | 1,068 | 1,096 | 1,428,709 | 380,989 | |
| Rice | 715 | 36 | 4,3171 | 5,4684 | |
| Fast food | | 45 | 2,168,750 | 578,333 | |
| Flour | 1,283 | 393 | 347,515 | 92,671 | Jeddah |
| Dry milk | 56 | 56 | 28,629,024 | 7,634,407 | Jeddah |
| Dates | 116 | 226 | 2,197,400 | 585,973 | ea. ton @ 3800 Riyals |
| Biscuits | | 14 | 65,888 | 17,570 | |
| Food basket | 3,771 | 141 | 522,990 | 139,464 | Contains: Milk, corned beef, sugar, oil, beans, salt, biscuits, rice, pasta |
| Mixed food items | | 39 | 250,780 | 66,875 | Contains: jam, beans, tuna, rice, flour, sugar, oil |
| Pasta | 14,002 | 48 | 679,692 | 181,252 | |
| Meat | 600 | 14 | 9,000 | 2,400 | |
| Cake | 130 | 1 | 8,450 | 2,253 | Jeddah |
| Tea | 42 | 6 | 8,370 | 2,232 | |
| Sugar | | 57 | 177,600 | 47,360 | |
| Oil | | 42 | 653,379 | 174,234 | |
| Juices | 50 | 1 | 2,250 | 600 | Jeddah |
| **Total** | **103,437** | **1,597** | **41,449,993** | **11,053,331** | |

Saudi Red Crescent Society – World Islamic Relief Organization – World Assembly of Muslim Youth, The Two Mosques Charitable Foundation – Islamic Waqf Foundation – Toll-free number: 80-1245888
email: redcresent@zajil.net, Kingdom of Saudi Arabia, Riyadh, Zip Code: 11129

CONFIDENTIAL                                                    WAMYSA036742

 

**Saudi Joint Relief Committee For Kosova**

Ref:                                              Subject:
Date:

## II. Healthcare:

| Item | Quantity | Weight (tons) | Value (SAR) | Value (USD) | Notes |
|---|---|---|---|---|---|
| Videos | 10 | | 12,300 | 3,280 | Per unit 1230 |
| Stickers | 2 | 1 | 900 | 240 | Jeddah |
| Media material | 30 | 1 | 3,000 | 800 | Jeddah |
| TV | 10 | 0 | 17,500 | 4,667 | Per unit 1,750 |
| Medical bags | 36 | 1 | 4,685 | 1,248 | |
| Hospital beds | 50 | 2 | 400,000 | 106,667 | |
| Ambulances | 17 | 93 | 2,040,000 | 544,000 | |
| Cleaning supplies | 139 | 2 | 9,700 | 2,587 | |
| Cotton | 400 | 0 | 2,740 | 731 | |
| Hospital | 1 | 35 | 35,750,000 | 9,533,333 | |
| Office supplies | 19 | 7 | 90,000 | 24,000 | |
| Medical supplies and medicines | 120 | 127 | 11,921,126 | 3,178,967 | |
| **Total** | 834 | 269 | 50,351,946 | 13,400,519 | |

Saudi Red Crescent Society – World Islamic Relief Organization – World Assembly of Muslim Youth, The Two Mosques Charitable Foundation – Islamic Waqf Foundation – Toll-free number: 80-1245888
email: redcresent@zajil.net, Kingdom of Saudi Arabia, Riyadh, Zip Code: 11129

CONFIDENTIAL                                              WAMYSA036743

 

**Saudi Joint Relief Committee For Kosova**

Ref:                                      Subject:

Date:

## III. Bedding, clothing, tents:

| Item | Quantity | Weight (tons) | Value (SAR) | Value (USD) | Notes |
|---|---|---|---|---|---|
| Carpets | 2,062 | 82 | 618,600 | 164,960 | |
| Blankets | 45,552 | 177 | 2,643,620 | 705,765 | Jeddah |
| Tents | 1,607 | 142 | 1,285,600 | 342,827 | |
| Sleeping mattresses | 1,064 | 73 | 1,062,308 | 283,282 | |
| Clothing and shoes | | 65 | 940,625 | 250,833 | |
| Tissues ad diapers | | 30 | 532,400 | 141,973 | |
| **Total** | 50,385 | 569 | 7,086,153 | 1,889,641 | |

Saudi Red Crescent Society – World Islamic Relief Organization – World Assembly of Muslim Youth, The
Two Mosques Charitable Foundation – Islamic Waqf Foundation – Toll-free number: 80-1245888
email: redcresent@zajil.net, Kingdom of Saudi Arabia, Riyadh, Zip Code: 11129

CONFIDENTIAL                                      WAMYSA036744

 

**Saudi Joint Relief Committee For Kosova**

## IV. Shipping expenses:

| Item | Quantity | Weight (tons) | Value (SAR) | Value (USD) | Notes |
|---|---|---|---|---|---|
| | | | 45,609,000 | 12,162,400 | Shipping (land and sea) |
| Total | | | 45,609,000 | 13,163,400 | |

## V. Operational expenses:

| Item | Quantity | Weight/tons | Value (SAR) | Value (USD) | Notes |
|---|---|---|---|---|---|
| | | | 810,000 | 2,160,000 | |
| Total | | | 8,400,000 | 2,160,000 | |

Saudi Red Crescent Society – World Islamic Relief Organization – World Assembly of Muslim Youth, The Two Mosques Charitable Foundation – Islamic Waqf Foundation – Toll-free number: 80-1245888 email: redcresent@zajil.net, Kingdom of Saudi Arabia, Riyadh, Zip Code: 11129

CONFIDENTIAL

WAMYSA036745

**Saudi Joint Relief
Committee For Kosova**



اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم : ................................

التاريخ : ................................

الموضوع : ................................

إجمالي ما تم تقديمه من المساعدات الإغاثية
للجنة السعودية المشتركة
لإغاثة شعب كوسوفا

| م | النوع | الوزن/طن | القيمة بالريال | القيمة بالدولار |
|---|---|---|---|---|
| ١. | مواد غذائية | ١,٥٩٥ | ٤١,٣٩٤,٦٩٦ | ١١,٠٣٨,٥٨٦ |
| ٢. | الرعاية الصحية | ٢٧١ | ٥٠,٣٠٧,٢٤٢ | ١٣,٤١٥,٢٦٥ |
| ٣. | فرش وملابس وخيم | ٥٦٩ | ٧,٠٨٦,١٥٣ | ١,٨٨٩,٦٤٠ |
| ٤. | مصاريف شحن | | ٤٥,٦٠٩,٠٠٠ | ١٢,١٦٢,٤٠٠ |
| ٥. | مصاريف تشغيلية | | ٨,١٠٠,٠٠٠ | ٢,١٦٠,٠٠٠ |
| | الإجمالي | ٢,٤٣٥ | ١٥٢,٤٩٧,٠٩١ | ٤٠,٦٦٥,٨٩١ |

جمعية الهلال الأحمر السعودي – هيئة الإغاثة الاسلامية العالمية – الندوة العالمية للشباب الاسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ١٢٤٥٨٨٨ـ ٨٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

CONFIDENTIAL

WAMYSA036741

**Saudi Joint Relief Committee For Kosova**

اللجنة السعودية المشتركة لإغاثة شعب كوسوفا

الرقم : ....................................

التاريخ : ....................................

الموضوع : ....................................

## أولاً: مواد غذائية:

| الملاحظات | التكلفة بالدولار | التكلفة بالريال | الوزن/طن | العدد | الصنف |
|---|---|---|---|---|---|
| | ١١٣٥٢٠٧ | ٤٢٥٧٠٢٤ | ١٥٠ | ١٠٢١٦٠٤ | حليب سائل (لتر) |
| | ٣٨٠٩٨٩ | ١٤٢٨٧٠٩ | ١٠٩٦ | ١٠٦٨ | حليب وغذاء أطفال |
| | ٥٤٦٨٤ | ٤٣١٧١ | ٣٦ | ٧١٥ | أرز |
| | ٥٧٨٣٣٣ | ٢١٦٨٧٥٠ | ٤٥ | | وجبات سريعة |
| جدة | ٩٢٦٧١ | ٣٤٧٥١٥ | ٣٩٣ | ١٢٨٣ | دقيق |
| جدة | ٧٦٣٤٤٠٧ | ٢٨٦٢٩٠٢٤ | ٥٦ | ٥٦ | حليب جاف |
| الطن ٣٨٠٠ريال | ٥٨٥٩٧٣ | ٢١٩٧٤٠٠ | ٢٢٦ | ١١٦ | تمور |
| | ١٧٥٧٠ | ٦٥٨٨٨ | ١٤ | | بسكويت |
| عبارة عن: حليب، كورنيدبيف، سكر، زيت، فاصوليا، ملح، بسكويت، أرز، مكرونة | ١٣٩٤٦٤ | ٥٢٢٩٩٠ | ١٤١ | ٣٧٧١ | سلة الغذاء |
| عبارة عن: مربى، فاصوليا، تونة، أرز، دقيق، سكر، زيت | ٦٦٨٧٥ | ٢٥٠٧٨٠ | ٣٩ | | مواد غذائية متنوعة |
| | ١٨١٢٥٢ | ٦٧٩٦٩٢ | ٤٨ | ١٤٠٠٢ | مكرونة |
| | ٢٤٠٠ | ٩٠٠٠ | ١٤ | ٦٠٠ | لحوم |
| جدة | ٢٢٥٣ | ٨٤٥٠ | ١ | ١٣٠ | كيك |
| | ٢٢٣٢ | ٨٣٧٠ | ٦ | ٤٢ | شاي |
| | ٤٧٣٦٠ | ١٧٧٦٠٠ | ٥٧ | | سكر |
| | ١٧٤٢٣٤ | ٦٥٣٣٧٩ | ٤٢ | | زيت |
| جدة | ٦٠٠ | ٢٢٥٠ | ١ | ٥٠ | عصيرات |
| | ١١٠٥٣٣٣١ | ٤١٢٤٩٩٩٣ | ١٥٩٧ | ١٠٣٤٣٧ | الإجمالي |

جمعية الهلال الأحمر السعودي – هيئة الإغاثة الاسلامية العالمية – الندوة العالمية للشباب الاسلامي

مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ١٢٤٥٨٨٨ –٨٠٠ – البريد الالكتروني redcresent@zajil.net

المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

CONFIDENTIAL

WAMYSA036742



**Saudi Joint Relief Committee For Kosova**

اللجنة السعودية المشتركة لإغاثة شعب كوسوفـا

الرقم : ..................................

التاريخ : ..................................

الموضوع : ..................................

## ثانياً: الرعاية الصحية:

| الملاحظات | التكلفة بالدولار | التكلفة بالريال | الوزن/طن | العدد | الصنف |
|---|---|---|---|---|---|
| الحبة ١٢٣٠ | ٣٢٨٠ | ١٢٣٠٠ | | ١٠ | فيديو |
| جدة | ٢٤٠ | ٩٠٠ | ١ | ٢ | استيكرات |
| جدة | ٨٠٠ | ٣٠٠٠ | ١ | ٣٠ | إعلام |
| الحبة ١٧٥٠ ريال | ٤٦٦٧ | ١٧٥٠٠ | ٠ | ١٠ | تلفزيون |
| | ١٢٤٨ | ٤٦٨٠ | ١ | ٣٦ | حقيبة طبية |
| | ١٠٦٦٦٧ | ٤٠٠٠٠٠ | ٢ | ٥٠ | أسرة مستشفيات |
| | ٥٤٤٠٠٠ | ٢٠٤٠٠٠٠ | ٩٣ | ١٧ | سيارة إسعاف |
| | ٢٥٨٧ | ٩٧٠٠ | ٢ | ١٣٩ | مواد نظافة |
| | ٧٣١ | ٢٧٤٠ | ٠ | ٤٠٠ | قطن |
| | ٩٥٣٣٣٣٣ | ٣٥٧٥٠٠٠٠ | ٣٥ | ١ | مستشفى |
| | ٢٤٠٠٠ | ٩٠٠٠٠ | ٧ | ١٩ | لوازم مكتبية |
| | ٣١٧٨٩٦٧ | ١١٩٢١١٢٦ | ١٢٧ | ١٢٠ | لوازم طبية وأدوية |
| | ١٣٤٠٠٠١٩ | ٥٠٣٠١٩٤٦ | ٣٦٩ | ٨٣٤ | الإجمالي |

جمعية الهلال الأحمر السعودي – هيئة الإغاثة الاسلامية العالمية – الندوة العالمية للشباب الاسلامي

مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ١٢٤٥٨٨٨–٨٠٠ – البريد الالكتروني redcresent@zajil.net

المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

CONFIDENTIAL

WAMYSA036743

**Saudi Joint Relief
Committee For Kosova**

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفــا

الرقم : .....................................

التاريخ : .....................................

الموضوع : .....................................

ثالثاً: فرش وملابس وخيم:

| الملاحظات | التكلفة بالدولار | التكلفة بالريال | الوزن/طن | العدد | الصنف |
|---|---|---|---|---|---|
|  | ١٦٤٩٦٠ | ٦١٨٦٠٠ | ٨٢ | ٢٠٦٢ | بساط |
| جدة | ٧٠٥٧٦٥ | ٢٦٤٣٦٢٠ | ١٧٧ | ٤٥٥٥٢ | بطانيات |
|  | ٣٤٢٨٢٧ | ١٢٨٥٦٠٠ | ١٤٢ | ١٦٠٧ | خيام |
|  | ٢٨٣٢٨٢ | ١٠٦٢٣٠٨ | ٧٣ | ١٠٦٤ | فرش نوم |
|  | ٢٥٠٨٣٣ | ٩٤٠٦٢٥ | ٦٥ |  | ملابس وأحذية |
|  | ١٤١٩٧٣ | ٥٣٢٤٠٠ | ٣٠ |  | مناديل وحفاظات |
|  | ١٨٨٩٦٤٠ | ٧٠٨٦١٥٣ | ٥٦٩ | ٥٠٣٨٥ | الإجمالي |

جمعية الهلال الأحمر السعودي – هيئة الإغاثة الاسلامية العالمية – الندوة العالمية للشباب الاسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ١٢٤٥٨٨٨ –٨٠٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

CONFIDENTIAL

WAMYSA036744

**Saudi Joint Relief
Committee For Kosova**

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

الرقم : .............................................

التاريخ : ..........................................

الموضوع : ...................................

........................................

رابعاً: مصاريف شحن:

| الملاحظات | التكلفة بالدولار | التكلفة بالريال | الوزن/طن | العدد | الصنف |
|---|---|---|---|---|---|
| شحن بري مع بحري | ١٢١٦٢٤٠٠ | ٤٥٦٠٩٠٠٠ | | | |
| | ١٢١٦٢٤٠٠ | ٤٥٦٠٩٠٠٠ | | | الإجمالي |

خامساً: مصاريف تشغيلية:

| الملاحظات | التكلفة بالدولار | التكلفة بالريال | الوزن/طن | العدد | الصنف |
|---|---|---|---|---|---|
| | ٢١٦٠٠٠٠ | ٨١٠٠٠٠٠ | | | |
| | ٢١٦٠٠٠٠ | ٨١٠٠٠٠٠ | | | الإجمالي |

جمعيـة الهـلال الأحمـر السـعودي – هيـئـة الإغـاثة الاسلامـيـة العـالمـيـة – الندرة العـالمـيـة للشبـاب الاسلامـي
مؤسـسـة الحرمين الخيرية – مؤسـسـة الوقف الإسلامي – الرقم المجاني ١٢٤٥٨٨٨هـ–٨٠٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

CONFIDENTIAL

WAMYSA036745



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036741 - WAMYSA036745**

Sworn to before me this

_26_ day of ___March___ of 2026

_____
Translation Manager

_____
Notary




American Translators Association

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling