*In the Name of God, the Compassionate, the Merciful*

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Office of the Presidency of<br>the Council of Ministers |  | No.: 12089/[ya]/7<br>Date: 1/8/1420 AH [9NOV1999 CE]<br>Attachments: |

**Cable**

His Royal Highness Minster of Interior, General Supervisor of the Saudi Joint Committee for Relief to the People of Kosovo
Copy to His Royal Highness Minister of Foreign Affairs
Copy to His Excellency Minister of Media
Copy to His Excellency Minister of Finance and National Economy


We have reviewed your written cable no. 733 of 22/7/1420 AH [31OCT1999 CE] pointing out the effects of the war in Chechnya on Muslims there that has left in its wake more than two hundred thousand refugees at the Chechen borders with Ingushetia and Dagestan.

As Your Royal Highness explained, many citizens and relief organizations have contacted the Saudi Joint Committee for Relief to the People of Kosovo to affirm their desire to extend assistance to their Muslim brothers and sisters there (as supported by both His Excellency the Minister of Islamic Affairs, Awqaf, Dawah, and Guidance and His Excellency the Secretary General of the Muslim World League). Also, His Excellency the President of the Saudi Red Crescent Association met with the Russian ambassador to the Kingdom, at his request, which Your Royal Highness approved. The Russian ambassador confirmed that the Russian government would accept Saudi assistance.  It would underscore the shining image of the Kingdom's generosity and contributions to humanitarian relief and dispel the image promoted by some media to tarnish the Kingdom's reputation and its relations with Russia. Furthermore, relief organizations have started to appear in the field to provide aid and assistance to displaced Chechens, and Your Royal Highness has proposed granting permission to provide assistance, and to entrust the Saudi Joint Committee with supervising these relief activities, highlighting in the media what the Kingdom has provided, and declaring this assistance internationally.

We hereby give our approval for this, so kindly act accordingly.
[signature]

Abdullah Bin Abdulaziz
Vice President of the Council of Ministers

[stamp: Office of the Presidency of the Council of Ministers, Cables]

CONFIDENTIAL

EXHIBIT
WAMY EX. 188

WAMYSA036716

بسم الله الرحمن الرحيم



المملكة العربية السعودية

ديوان رئاسة مجلس الوزراء

الرقم /٧ س /٨٩ ٢٠ ١٤

التاريخ ٢٠/١/١٤٢٠

المرفقات

# برقيه

صاحب السمو الملكي وزير الداخليــــــــة

المشرف العام على اللجنة السعودية المشتركة لاغاثة شعب كوسوفا

نسخة لصاحب السمو الملكي وزير الخارجية

نسخة لمعالي وزيــــــر الأعــــــلام

نسخة لمعالي وزير المالية والاقتصاد الوطني

اطلعنا على برقية سموكم الخطية رقم ٧٣٣/ر وتاريخ ١٤٢٠/٧/٢٢هـ المشار فيها إلى ماخلفته الحرب في الشيشان من آثار على المسلمين هناك إذ تركت وراءها أكثر من مائتي ألف لاجئ على الحدود الشيشانية مع انفوشيا وداغستان.

ومأوضحتموه ـ سموكم ـ من أنه قد اتصل باللجنة السعودية المشتركة لاغاثة شعب كوسوفا العديد من المواطنين والمؤسسات الاغاثية يؤكدون رغبتهم في تقديم المساعدات لإخوانهم المسلمين هناك ،(وقد أيد ذلك كل من معالي وزير الشؤون الاسلامية والاوقاف والدعوة والارشاد ومعالي الأمين العام لرابطة العالم الاسلامي). كما أن معالي رئيس جمعية الهلال الأحمر السعودي اجتمع مع سعادة السفير الروسي بالمملكة بناءً على طلبه وموافقة سموكم على ذلك ، وقد أكد السفير الروسي بأن الحكومة الروسية سوف ترحب بقبول المساعدات السعودية بل أنها ستؤكد على الصورة المشرقة لعطاء المملكة واسهاماتها الاغاثية الانسانية وتبدد الصورة التي تثيرها بعض وسائل الاعلام في تشويه سمعة المملكة وعلاقاتها مع روسيا، كما أن المؤسسات الاغاثية قد بدأت تتواجد في الساحة لتقديم المعونات والمساعدات للمشردين الشيشان..) واقتراح سموكم السماح بتقديم المساعدات وأن يناط باللجنة السعودية المشتركة الإشراف على أعمال الاغاثة هذه وابراز ماتقدمه المملكة اعلامياً وتوثيق هذه المساعدات دولياً...،)

ونخبركم بموافقتنا على ذلك.. فأكملوا مايلزم بموجبه..،،،،



عبدالله بن عبدالعزيز

نائب رئيس مجلس الوزراء

CONFIDENTIAL

WAMYSA036716



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036716**

Sworn to before me this

_26_ day of _MARCH_ _____ of 2026

_____
Translation Manager

_____
Notary



