## SJRC AD FOR KOSOVA AND CHECHNYA

FEATURING ACCOUNT NUMBER 48 FOR NCB

This ad appeared in the following issues of the MWL Journal:

January, March, June, August 2000

April, May, June, July, August 2001



21224

PEC-WAMY008109

# Chechnya's

## Orphans, widows and refugees are looking to you for help !

Heed their cries of distress

## The Saudi Joint Relief Committee for Kosova & Chechnya:

A joint committee come to provide assis

**Riyadh : 419 3590**
**Jeddah: 650 3698**

- Saudi Red Crescent Society
- Muslim World League
- International Islamic Relief Organisation
- World Assembly of Muslim Youth
- Makkah Charity Trust Est.
- Al-Haramain & Al-Masjid Al-Aqsa Charity
- Islamic Trust Foundation

8 (For Zakah Funds)
9 (For General Donations)



PEC-WAMY008110