

World Assembly of Muslim Youth

الندوة العالمية للشباب الإسلامي

مكتب الأمين العام

Office of the Secretary General

No: 3211

Date: 27/4/1420 AH

**His Excellency Dr. Abdulrahman Al-Suwailem**

**Chairman of the Saudi Joint Committee May God protect him**

Peace be upon you, God's mercy and blessings

I pray to God Almighty that you are all well and in good health... And then .

I am pleased to inform Your Excellency that we have deposited the sum of 110,000 (one hundred and ten thousand) riyals into the account of the Saudi Joint Committee, as detailed below:

- 50,000 riyals for the rent and furnishing of the Saudi Committee's headquarters in Riyadh (deposit form attached).
- 60,000 riyals for the business Assembly ( " " " " ).

I hope you will kindly review and take note of this.

May God Almighty protect you and take care of you

May God's peace, mercy and blessings be upon you,

Secretary-General
World Assembly of Muslim Youth
and a member of the Shura Council
Dr. Manaa bin Hammad al-Juhani
[signature]
[seal]

CONFIDENTIAL

EXHIBIT
WAMY EX. 190

WAMYSA036860

Date : التاريخ :

Cors. : المرافق :

**AL RAJHI BANKING & INVESTEMENT CORP.**
Saudi Joint Stock Corp. Paid up Capital : S.R. 1500,000,000
C.R. No. 96 · Head Office : P.O.Box 28 · Riyadh 11411

شركة الراجحي المصرفية للإستثمار
شركة مساهمة سعودية - رأس المال ١٥٠٠,٠٠٠,٠٠٠ ريال
س ت ٩٦ – المركز الرئيسي : ص ب ٢٨ الرياض ١١٤١١

Credit Account No.     قيد لحساب رقم

**388 | | | | | | 33/1**

نـــمــوذج إيـــداع
**DEPOSIT SLIP**

BRANCH : ............     279 : الفرع

Name : Joint Saudi Committee     الإسم :

T.Branch : ............ : بفرع

| المبلـغ (شيـك أو نقـداً)<br>Amount (Cheque/Cash) | رقم الشيـك<br>Cheque No. | الفرع المسحوب عليه<br>Drawee Branch | رقـم حسـاب الساحب<br>Drawer's A/C No. | إسـم المودع<br>Depositor's Name : |
|---|---|---|---|---|
| 50,000 | 11 | | | I.D. No. : رقم الهوية : |
| | | | | Date & Place of Issue : مكان وتاريخ الإصدار : |
| | | | | Nationality : الجنسية : |
| | | | | Sponsor's Address : عنوان الكفيل : |
| 50,000 | | | | Telephone No. : رقم الهاتف : |

Depositor's Sig. ............ : توقيع المودع

Amount ............     Fifty thousand Riyal     المبلغ بالحروف

Form 5 (New) Part 2     نموذج ٥ حديث الجزء الثاني

CONFIDENTIAL

WAMYSA036861

| | | Date : ............................ التاريخ : | | | |
|---|---|---|---|---|---|

**AL RAJHI BANKING & INVESTEMENT CORP.**
شركة الراجحي المصرفية للإستثمار
Saudi Joint Stock Corp. Paid up Capital : S.R. 1500,000,000
C.R. No. 96 - Head Office : P.O.Box 28 - Riyadh 11411

Cors. : ............................ المرافق :

BRANCH : ........................ 279 الفـرع :

Credit Account No.    قيدوا لحساب رقم

نـمــوذج إيـــداع
**DEPOSIT SLIP**

33/1

Muslim World League / Joint Saudi Committee الإسـم

T.Branch : ........................ 388 بفرع :

| Depositor's Name : ............ إسم المودع : | رقم حساب الصاحب<br>Drawer's A/C No. | الفرع المسحوب عليه<br>Drawee Branch | رقم الشيــك<br>Cheque No. | المبـلغ (شيـك أو نقـداً)<br>Amount (Cheque/Cash) |
|---|---|---|---|---|
| I.D. No. : ............ رقم الهوية : | 3015/5 | | 15 | 60,000 |
| Date & Place of Issue : ............ مكان وتاريخ الإصدار : | | | | |
| Nationality : ............ الجنسية : | | | | |
| Sponsor's Address : ............ عنوان الكفيل : | | | | |
| Telephone No. : ............ رقم الهاتف : | | | | |
| | | | | 60,000 |
| Depositor's Sig. ............ توقيع المودع : | Amount ............ | Sixty-thousand Riyal | المبلغ بالحروف | |

Form 5 (New) Part 2    نموذج ٥ جديد الجزء الثاني

CONFIDENTIAL

WAMYSA036862



World Assembly of Muslim Youth    الندوة العالمية للشباب الاسلامي

الرقم ............... ٣٦١١

التاريخ ............ ٤٧/٤/٢٦

مكتب الأمين العام

*Office of the Secretary General*

معالي الأخ الفاضل الدكتور / عبد الرحمن السويلم

رئيس اللجنة السعودية المشتركة                    حفظه الله

السلام عليكم ورحمة الله وبركاته..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد .

يسرني أن أفيد معاليكم بأننا قمنا بإيداع مبلغ وقدره (١١٠٠٠٠) مائة وعشرة آلاف ريال في حساب اللجنة السعودية المشتركة تفصيلها كالتالي :

ـ ٥٠٠٠٠ ريال    خاصة بإيجار وتأثيث مقر اللجنة السعودية بالرياض (نموذج الإيداع مرفق).

ـ ٦٠٠٠٠ ،،    خاصة بندوة رجال الأعمال    ( ،،    ،،    ،، ).

آمل من معاليكم التكرم بالإطلاع والاحاطة .

والله تعالى يحفظكم ويرعاكم ..

والسلام عليكم ورحمة الله وبركاتـه ،،،

الأمين العام
بالندوة العالمية للشباب الإسلامي
وعضو مجلس الشورى



د. مانع بن حماد الجهني

س/م - ١١٨٤

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شسارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١ (٠١)
تاكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس: ٤٦٤١٧١٠ (٠١)
برقيا : إسلامية الرياض

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ. - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH

CONFIDENTIAL                                        WAMYSA036860

Case 1:03-md-01570-GBD-SN    Document 12001-10    Filed 04/16/26    Page 5 of 7

WAMYSA036861



شركة الراجحي المصرفية للإستثمار

**AL RAJHI BANKING & INVESTEMENT CORP.**

شركة مساهمة سعودية – رأس المال ١٥٠٠٠٠٠٠٠٠ ريال
Saudi Joint Stock Corp. Paid up Capital : S.R. 1500,000,000

س ت : ٩٦ – المركز الرئيسي : ص ب ٢٨ الرياض ١١٤١١
C.R. No. 96 - Head Office : P.O.Box 28 - Riyadh 11411

Date : التاريخ :
Cors. : الموافق :

نموذج إيداع
**DEPOSIT SLIP**

Credit Account No. قيدرا لحساب رقم
Name : الإسم :

BRANCH : الفرع :

T.Branch : بفرع :

| المبلـغ (شيــك أو نقـداً)<br>Amount (Cheque/Cash) | رقم الشيــك<br>Cheque No. | الفرع المسحوب عليه<br>Drawee Branch | رقم حساب الساحب<br>Drawer's A/C No. | |
|---|---|---|---|---|
| | | | | Depositor's Name : إسـم المودع : |
| | ١١ | | و / ١٥١ | I.D. No. : رقم الهوية : |
| | | | | Date & Place of Issue : مكان وتاريخ الإصدار : |
| | | | | Nationality : الجنسيــة : |
| | | | | Sponsor's Address : عنوان الكفيل : |
| | | | | Telephone No. : رقم الهاتف : |

Depositor's Sig. توقيع المودع :

Amount المبلغ بالحروف

Form 5 (New) Part 2    نمـوذج ٥ جديـد الجـزء الثاني

CONFIDENTIAL

WAMYSA036862

Date : ......................................... : التاريخ

**AL RAJHI BANKING & INVESTEMENT CORP.**
Saudi Joint Stock Corp. Paid up Capital : S.R. 1500,000,000
C.R. No. 96 - Head Office : P.O.Box 28 - Riyadh 11411

شركة الراجحي المصرفية للإستثمار
شركة مساهمة سعودية – رأس المال ١٥٠٠,٠٠٠,٠٠٠ ريال
س ت : ٩٦ – المركز الرئيسي : ص ب ٢٨ الرياض ١١٤١١

Cors. : ......................................... : المرافق

**نموذج إيداع**
**DEPOSIT SLIP**

BRANCH : ................ الفرع : .................

Credit Account No.     قيدوا لحساب رقم

Name : ....................................... : الإسم

T.Branch : ..................... بفرع : ...............

| | المبلغ (شيك أو نقداً)<br>Amount (Cheque/Cash) | رقم الشيك<br>Cheque No. | الفرع المسحوب عليه<br>Drawee Branch | رقم حساب الساحب<br>Drawer's A/C No. | |
|---|---|---|---|---|---|
| Depositor's Name : ........................ : إسم المودع | | | | | |
| I.D. No. : ......................... : رقم الهوية | | ١٥ | | | |
| Date & Place of Issue : ............... : مكان وتاريخ الإصدار | | | | | |
| Nationality : ................... : الجنسية | | | | | |
| Sponsor's Address : ............ : عنوان الكفيل | | | | | |
| Telephone No. : ............... : رقم الهاتف | | | | | |
| Depositor's Sig. ............ : توقيع المودع | | | | | |

Amount .............................................. المبلغ بالحروف

Form 5 (New) Part 2     نموذج ٥ جديد الجزء الثاني

CONFIDENTIAL



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036860 - WAMYSA036862**

Sworn to before me this

26 day of MARCH of 2026

_____
Translation Manager

_____
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY



MEMBER
American Translators Association



ACCREDITED BUSINESS
BBB

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling