**World Assembly of Muslim Youth**

**Head Quarters : Riyadh - Saudi Arabia**

**Kingdom of Saudi Arabia**





الندوة العالمية للشباب الإسلامي

الأمانة العامة – الرياض

المملكة العربية السعودية

Date January 28, 2001

/ / 200    Corresponding to:

Receipt / Sub-No. 08527

The amount is: 550,000 riyals

Received from: The Saudi Joint Committee (Lebanon Committee)—may God reward them

Just the amount: Five hundred and fifty thousand riyals, nothing more

Cash / Check / Deposit: Date: Jan 27, 2001 Al-Rajhi Bank Branch: King Fahd Institute

This is from: The second batch of Chechen displaced persons in Azerbaijan

P.O. Box Riyadh - Code: Phone Mobile: Email:

Recipient (Signature)

Treasurer

Account Manager

[seal]

Original for the donor - Red for Finance - Yellow for the relevant department - Blue in the ledger

(Any document not bearing the seal of the World Assembly of Muslim Youth is invalid.)

Saudi Arabia, Riyadh 10845 Riyadh 11443 - Phone: 4641669 - Fax: 4641710 - Toll-free number: 8001242299 -

Sulaymaniyah - Intersection of Tahlia Street and Al-Dhabab Street

General Donations Account No. 88 – Zakat Account No. 99 – Al-Rajhi Bank, Al-Mazra'a Branch (Account No. 446)

CONFIDENTIAL

EXHIBIT

WAMY EX. 191

WAMYSA184530



Headquarters
Number: 529. Dr.
Date: January 21, 2001

Dear Brother, Approved—to take the necessary action in accordance with the regulations—General Supervisor—Nasser Al-Wahibi—February 8, 2001

His Excellency Mr. Mohamed Ali Ajee may God protect him
General Supervisor of the Committees

Peace be upon you, and may God's mercy and blessings be upon you. I hope you are well and that God is pleased with you.

We kindly request that you instruct the appropriate authorities to disburse and transfer the sum of $30,000—and no more than thirty thousand dollars— for the delivery and implementation of cash aid in refugee camps at a rate of 1,000 refugees × $30, provided that the disbursement is made from the funds received from the Saudi Joint Committee to Support the Assembly's Programs in Azerbaijan for the relief of Chechen displaced persons in the Republic of Azerbaijan, noting that the Saudi Committee has provided an amount of (750,000) riyals only—seven hundred fifty thousand riyals—which has been deposited into the Assembly's accounts.

We kindly request your prompt instructions regarding the disbursement and transfer of the funds to oversee these programs during our trip this week, accompanied by His Excellency Dr. Abdulrahman bin Abdulaziz Al-Suwailem, President of the Saudi Red Crescent Society and Chairman of the Saudi Joint Committee for Relief in Kosovo and Chechnya. This matter will be included and approved in the committee's next meeting minutes.

May God's peace, mercy and blessings be upon you,

Your brother
Mohammed bin Salem Al-Hamoud, Chairman of the Committee
[signature]

Assistant Secretary-General for Executive Affairs
[signature]

For approval in accordance with authority
[signature]

P.O. Box : 99884 Riyadh : 11625 Prince Abdulaziz Bin Mosaid Bin Jalewi St.

Sulaimaniya - Saudi Arabia - Tel. : (01) 464 - 1108

Tlx. : 400413 / 405220 ISLAMI SJ, - FAX: 461 - 7447

Tel. : 800-124-4440 - Cable : ISLAMIYAH RIYADH

ص.ب : ٩٩٨٨٤ الرياض : ١١٦٢٥- شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية – المملكة العربية السعودية – هاتف : ١١٠٨-٤٦٤(٠١)
تلكس : ٤٠٥٢٢٠/٤٠٠٤١٣ إسلامي إس جي – فاكس : ٧٤٤٧-٤٦١   WAMYSA184537
هاتف مجاني : ٤٤٤-١٢٤-٨٠٠ – برقياً : إسلامية الرياض

CONFIDENTIAL                                                                  WAMYSA184537





**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

الرقـم ....... ٨٤٠٨
التاريخ ..... ٢١/١٠/٢٠٢١م

Number: 8408
Date: January 21, 2001

His Excellency Dr. Abdulrahman bin Abdulaziz Al-Suwailem
President of the Saudi Red Crescent Society and Chairman of the Saudi Joint Committee for Relief in Kosovo and Chechnya
Peace be upon you, God's mercy and blessings
I hope you are doing well, as our Lord likes and desires.
We begin our address by invoking the Lord, praying that He may guide us and Your Excellency in the service of Islam and Muslims throughout the world, and that He may grant Your Excellency a generous reward and a blessed outcome for your blessed efforts in Islamic da'wah and relief work.
Based on our monitoring and assessment of the number of Chechen patients and victims currently in the Republic of Azerbaijan, and given the urgent need for their medical care, we are submitting to Your Excellency the proposed cost for treating Chechen refugees in the Republic of Azerbaijan, estimated at $200,000, which includes the costs of treatment and surgical procedures, and large numbers of affected Chechens continue to arrive in the Republic of Azerbaijan to receive treatment.
God willing, we will provide you with a detailed report on the areas covered by the aforementioned amount, along with all relevant documentation.
We kindly request that Your Excellency issue instructions to secure the aforementioned amount, as we urgently need it given the critical circumstances facing our affected Chechen brothers and sisters.
May God protect Your Excellency and guide you with His guidance and wisdom.
May God's peace, mercy and blessings be upon you,
Your brother

Assistant Secretary General of the World Assembly of Muslim Youth
Dr. Saleh bin Sulaiman al-Wuhaibi
[signature]
[seal]

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx.: 400413 / 405220 ISLAMI SJ, Fax.: (01) 4641710

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤١٠٠٤٣١/ ٤٦٢٤٦١٥/ ٤٦٢٨٩٧٥
٤٦٤١٦٦٩/ ٤٦٤١٦٦٣ برقياً: إسلامية الرياض
تلكس: ٤٠٠٤١٣/ ٤٠٥٢٢٠ إسلامي اس جي، فاكس: ٤٦٤١٧١٠ (٠١)

CONFIDENTIAL

WAMYSA184538

# King<em>d</em>om of Ṣaudi Arabia
## Saudi Joint Relief
### Committee For Kosova & Chechnya

 المشفوعات :

ملكة العربية السعودية
اللجنة السعودية المشتركة
لإغاثة كوسوفا والشيشان

الرقم : ١/ر/١١٢٣

التاريخ : ٢٧/١٠/١٤٢١هـ

Number: 1/R/1123
Date: January 22, 2001

His Excellency Dr. Saleh bin Sulaiman Al-Wahibi – may God protect him
Assistant Secretary General of the World Assembly of Muslim Youth
Member of the Joint Committee
Peace be upon you, God's mercy and blessings
I ask God to grant you success and guidance,
I refer to your letter No. 8408 dated January 21, 2001 regarding support for the Assembly programs in Azerbaijan for Chechen refugees.
Please find enclosed Check No. (7) in the amount of (200,000) riyals—"two hundred thousand riyals only"—to be used for the Assembly programs dedicated to Chechen displaced persons in Azerbaijan. The first batch
I kindly request that the Finance Department of the Assembly provide us with a receipt for the attached check and the documents related to the disbursement of the funds so that the committee's accounts can be settled.
May God Almighty protect you and take care of you
May God's peace, mercy and blessings be upon you,
Dr. Abdulrahman bin Abdulaziz Al-Suwailem
President of the Saudi Red Crescent Society
Chairman of the Saudi Joint Committee for Relief to the People of Kosovo

E-Mail : sjr@kosova.cc البريد الإلكتروني – ٤١٩٣٥٤٢ فاكس – الهاتف ٤١٩٣٥٣٠ – الرياض ١١٣٧٢ ص.ب ٣٤٥

CONFIDENTIAL

WAMYSA184539

Against the check
Payable to the World Assembly of Muslim Youth
The amount of 200,000 S.R. — just 200,000 riyals as an initial payment for the Committee's programs in Chechnya and Azerbaijan

[signature]

CONFIDENTIAL

WAMYSA184540

**World Assembly of Muslim Youth**

Head Quarters : Riyadh - Saudi Arabia

Kingdom of Saudi Arabia



الندوة العالمية للشباب الإسلامي

الأمانة العامة – الرياض

المملكة العربية السعودية

Date: February 7, 2001, corresponding to / / 200 AD; Receipt No. / Sub-No. 08527

The amount is: 550,000 riyals received from: The Saudi Joint Committee (Lebanon Committee)—may God reward them—has allocated the following amount: Five hundred and fifty thousand riyals, payable in cash, by check, or by bank deposit:
Date: 2/11/1421 AH
Al-Rajhi Bank Branch
King Fahd District, regarding: The second batch of Chechen displaced persons in Azerbaijan
P.O. Box Riyadh – Code: Phone: Mobile: Email:
Recipient [signature]
Cashier Account Manager Assembly Seal

Original copy for the donor – Red for the finance department – Yellow for the relevant department – Blue for the ledger (i.e., any receipt not bearing the seal of the World Assembly of Muslim Youth is invalid)

Saudi Arabia, Riyadh 10845 Riyadh 11443 - Phone: 4641669 - Fax: 4641710 - Toll-free number: 8001242299 - Sulaymaniyah - Intersection of Al-Tahlia Street and Al-Dhabab Street General Donations Account No. 88 - Zakat 99 - Al-Rajhi Banking Company, Al-Mazra'a Branch (No. 446)

CONFIDENTIAL                                                                                    WAMYSA184541



بسم الله الرحمن الرحيم

الندوة العالمية للشباب الاسلامي
**WORLD ASSEMBLY OF MUSLIM YOUTH**

سند أستلام شيك نقداً

رقم 2025

Number: 2025

In the name of God, the Merciful, the Compassionate
Receipt (Cash / Check)
Check only
Riyal 750,000
Date: January 30, 2001
Corresponding to: /  / 2019
We received this from our brothers/sisters: Saudi Committee for Palestinian Relief
The amount is: Just 750,000 riyals
Check No.:
/ / 14 AH
Drawn on Al-Rajhi 29
This is regarding: 8526,8527
Accountant: [signature]
Financial Controller:

Headquarters: Riyadh 11443, P.O. Box 10845 - Tel. 4641663 / 4641669 (01) - Fax 4641710 (01)
Jeddah 21492, P.O. Box 8856 - Tel. 6672833 / 6601878 (02) - Fax 6602645 (02)
Medina, P.O. Box 5086 - Tel. 8381824 / 8381832 (04) - Fax 8381856 (04)
Dammam 31413, P.O. Box 9104 - Tel. 8425116 / (03) - Fax 8425159 (03)
Abha P.O. Box 2300 - Tel. 2293457 (07) - Fax 2260240 (07)

CONFIDENTIAL                                                                                          WAMYSA184542

**World Assembly of Muslim Youth**

**Head Quarters : Riyadh - Saudi Arabia**

**Kingdom of Saudi Arabia**

الندوة العالمية للشباب الإسلامي

الأمانة العامة – الرياض

المملكة العربية السعودية

التاريخ ٣/ ١١ / ١٤٢١هـ    الموافق   /   /  ٢٠٠م

سند قبض/فرعي

08527

مبلغ وقدره : | | ٥٥٠٠٠٠ / |

استلمنا من : اللجنة السعودية المشتركة (لجنة البريان)   جزاكم الله خيراً

فقط مبلغ : خمسمائة وخمسون ألف ريال فقط   ريال لاغير

نقداً / شيك / إيداع : رقم ٨   تاريخ ١٤٢١/١/١٧هـ   على بنك : الراجحي المصرفية فرع : حي السلام جدة

وذلك عن الدفعة الثانية الخاصة باللاجئين البوسنة ضمن لجنة البريان

ص.ب   الرياض – الرمز :   هاتف :   جوال :   بريد الكتروني :

ختم الندوة

مدير الحسابات   أمين الصندوق   المستلم

الأصل للمتبرع – الأحمر للمالية – الأصفر للقسم المختص – الأزرق في الدفتر   (أي سند غير مختوم بختم الندوة العالمية للشباب الإسلامي لايعتد به)

المملكة العربية السعودية – ص.ب : ١٠٨٤٥ الرياض ١١٤٤٣ – هاتف : ٤٦٤١٦٦٩ – فاكس : ٤٦٤١٧١٠ – الهاتف المجاني : ٨٠٠١٢٤٢٢٩٩ – السليمانية – تقاطع شارع التحلية مع شارع الضباب

رقم حساب التبرعات العامة ٨٨ – الزكاة ٩٩ – شركة الراجحي المصرفية فرع المزرعة (رقم ٤٤٦)

WAMYSA184530



بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**

YOUTH COMMITTEE OF ISLAMIC REPUBLICS

AND RUSSIAN FEDERATION

الندوة العالمية للشباب الإسلامي

لجنة شباب الجمهوريات الإسلامية

وروسيا الاتحادية

الرقــم : ٢/١٢/ص ٢٩

التاريخ : ٢١/١٢/١٤٢٢هـ

المكتب الرئيس

سعادة الأخ الفاضل   الأستاذ/محمد بن علي القعطبي      حفظه الله

المشرف   العام على اللجان

السلام عليكم ورحمة الله وبركاته؛

آمل أن تكونوا كما يحب ربنا ويرضى      وبعـد

نأمل التكرم  من سعادتكم التوجيه لمن يلزم بصرف وتحويل  مبلغ (٣٠٠٠٠)دولار  فقط ثلاثون ألـف  دولار لاغير ؛ لتسليم وتنفيذ إغاثة نقدية  في مخيمات اللاجئين بمعدل لعدد ١٠٠٠ لاجىء × ٣٠ دولار على أن يكون الصرف  من المبالغ الواردة من اللجنة السعودية المشتركة لدعم برامج الندوة في آذربيجـان لإغاثة النازحين الشيشان  في جمهــورية آذربيجان علما بأنه ورد من اللجنة السعودية  لدعم تلك  البـرامج مبلغا وقدره (٧٥٠٠٠٠ )فقط سبعمائة وخمسون ألف ريال لاغير تم توريدها للحسابات بالندوة .

آملين التكرم بالتوجيه بسرعة صرف وتحويل المبلغ للإشراف على تلك البرامج أثناء سفرنا هـذا الأسبوع برفقة معالي الدكتور / عبد الرحمن بن عبد العزيز السويلم  رئيس جمعية الهلال الأحمر السعودي –رئيـس اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان  ،وسوف يتم إدراج  واعتماد هذا الموضوع  في أقـرب محضر اجتماع للجنة .

والسلام عليكم ورحمة الله وبركاته ؛؛

أخوكم

محمد بن سالم الحمود

رئيـس اللجنـة

P.O. Box : 99884 Riyadh : 11625 Prince Abdulaziz Bin Mosaid Bin Jalewi St.

Sulaimaniya - Saudi Arabia - Tel. : (01) 464 - 1108

Tlx. : 400413 / 405220 ISLAMI SJ, - FAX : 461 - 7447

Tel. : 800-124-4440 - Cable : ISLAMIYAH RIYADH

ص.ب : ٩٩٨٨٤ الرياض : ١١٦٢٥– شارع الأمير عبد العزيز بن مساعد بن جلوي

السليمانية - المملكة العربية السعودية – هاتف : ١١٠٨-٤٦٤ (٠١)

تلكس : ٤٠٠٤١٣/ ٤٠٥٢٢٠ إسلامي إس جي – فاكس : ٧٤٤٧-٤٦١

هاتف مجاني : ٨٠٠-١٢٤-٤٤٤٠ – برقياً : إسلامية الرياض

WAMYSA184537



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

الرقم ......................... ٨٤٠٨

التاريخ ......................

حفظه الله          معالي الأخ الفاضل / د. عبد الرحمن بن عبد العزيز السويلم

رئيس الهلال الأحمر السعودي

ورئيس اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان

السلام عليكم ورحمة الله وبركاته

آمل أن تكونوا كما يحب ربنا ويرضى          وبعد :

نبتهل للمولى في مستهل خطابنا راجين أن يوفقنا ومعاليكم لما فيه خدمة الإسلام والمسلمين فـي أنحـاء العـالم وأن يكتب لمعاليكم حسن الجزاء والعاقبة إزاء جهودكم الإسلامية الدعوية والإغاثية المباركة .

نتيجة تتبعنا ووقوفنا على نسبة المرضى والمتضررين الشيشان المتواجدين في جمهوريـــة أذربيجــان ،ونظـرا للحاجة الماسة لتطبيبهم ، فإننا نرفع لمعاليكم التكلفة المقترحة لعلاج اللاجئين الشيشــان المتواجديــن فـي جمهوريـة أذربيجان والمقدرة بـ(٢٠٠,٠٠٠) دولار ، تشمل تكاليف العلاج والعمليات الجراحية ، ولا تــزال أعـداد كثـيرة مـن المتضررين الشيشان يتوافدون لجمهورية أذربيجان لتلقي العلاج .

وسوف نوافي معاليكم بمشيئة الله تعالى بتقرير مفصل حول المجالات التي تم تغطيتها بالمبلغ المذكور مع كافـة المستندات المتعلقة بذلك .

نأمل من معاليكم التكرم بالتوجيه بتأمين المبلغ المشار إليه آنفا لحاجتنا الماسة إليه ، نظرا للظروف الحرجة التي يمر بها إخواننا المتضررون الشيشان .

والله يحفظ معاليكم ويتولاكم بتوفيقه وسداده .

والسلام عليكم ورحمة الله وبركاته

أخوكم

الأمين العام المساعد

للندوة العالمية للشباب الإسلامي



د. صالح بن سليمان الوهيبي

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx.: 400413 / 405220 ISLAMI SJ. Fax.: (01) 4641710

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مسـاعـد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف : ٤٦٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥
٤٦٤١٦٦٩ / ٤٦٤١٦٦٣ : إسـلاميـة الـرياض
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي اس جي، فاكس : ٤٦٤١٧١٠ (٠١)

WAMYSA184533

King om of Saudi Arabia
Saudi Joint Relief
Committee For Kosova & Chechnya

المملكة العربية السعودية
اللجنة السعودية المشتركة
لإغاثة كوسوفا والشيشان

الـرقم : ١١ﻫ/٣/ل/١.
التاريخ : ٧٧/١٠/١٤٢ﻫ

المشفوعات : شيك

سعادة الدكتور/صالح بن سليمان الوهيبي           حفظه الله
الأمين العام المساعد للندوة العالمية للشباب الإسلامي
عضو اللجنة المشتركة

السلام عليكم ورحمة الله وبركاته :

فأسأل الله لكم العون والسداد ..

وأشير إلى خطابكم ذي الرقم ٨٤٠٨ وتاريخ ١٤٢١/١٠/٢٦ﻫ ، بشأن دعم برامج الندوة في أذربيجان والخاصة باللاجئين الشيشان .

نرفق لكم الشيك رقم (٧) بمبلغ (٢٠٠,٠٠٠) ريال " فقط مائتان ألف ريال " وذلك لصرفها على برامج الندوة المخصصة للنازحين الشيشان في أذربيجان . " دفعة أولى "

آمل من سعادتكم توجيه الشؤون المالية بالندوة ، بتزويدنا بسند قبض للشيك المرفق وتزويدنا بمستندات صرف المبلغ حتى يتم تسوية العهدة في الشؤون المالية للجنة .

والله يحفظكم ويرعاكم ،،،

والسلام عليكم ورحمة الله وبركاته ،،،

د. عبد الرحمن بن عبد العزيز السويلم

رئيس جمعية الهلال الأحمر السعودي
رئيس اللجنة السعودية المشتركة لإغاثة
كوسوفا والشيشان

WAMYSA184539

E-Mail : sjr@kosova.cc البريد الإلكتروني – ٤١٩٣٥٤٢ فاكس – ٤١٩٣٥٣٠ الهاتف – ١١٣٧٢ الرياض – ٣٤٥ ص.ب

& INVESTMENT CORP. ALRAJHI BANKING & INVESTMENT CORP. ALRAJHI BANKING & INVESTMENT CORP. ALRAJHI BANKING & INVESTMENT CORP. ALRAJHI BANKING & IN

**ALRAJHI BANKING & INVESTMENT CORP**

KING FAHAD QUARTERS/RIYADH

Against this Cheque
Pay to the Order of

The amount of

إدفعوا بموجب هذا الشيك لأمر الندوة العالمية للشباب الإسلامي

| ريال S.R | #C--,--- # |
|---|---|

مبلغ فقط مائتان ريال لاغير

دفعة أولى لصصم على بري

**Signature**

⑆00000 7⑈  1080⑈3491⑇ 000100 77766⑈

WAMYSA184540

**World Assembly of Muslim Youth**

**Head Quarters : Riyadh - Saudi Arabia**

**Kingdom of Saudi Arabia**



الندوة العالمية للشباب الإسلامي

الأمانة العامة – الرياض

المملكة العربية السعودية

التاريخ ٣/١١/ ١٤٢١هـ

**سند قبض / فرعي**    08527    الموافق / / ٢٠٠ م

مبلغ وقدره : | | ٠ ٠ ٠ ٠ ٥ ٥ | |

استلمنا من : اللجنة السعودية المشتركة (لجنة لبيشان)                جزاكم الله خيراً

فقط مبلغ : خمسمائة وخمسون ألف ريال فقط                ريال لاغير

نقداً / شيك / إيداع : رقم ٨    تاريخ : ١٤٢١/١١/٢هـ    على بنك : الراجحي المصرفية    فرع : حي الملك فهد

وذلك عن : الدفعة الثانية الخاصة بالنازحين البوسنة من ضحايا ريبجان

ص.ب          الرياض – الرمز :          هاتف :          جوال :          بريد الكتروني :

ختم الندوة          مدير الحسابات          أمين الصندوق          المستلم

الأصل للمتبرع – الأحمر للمالية – الأصفر للقسم المختص – الأزرق في الدفتر    (أي سند غير مختوم بختم الندوة العالمية للشباب الإسلامي لايعتد به)

المملكة العربية السعودية – ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ – هاتف : ٤٦٤١٦٦٩ – فاكس : ٤٦٤١٧١٠ – الهاتف المجاني : ٨٠٠١٢٤٢٢٩٩ – السليمانية – تقاطع شارع التحلية مع شارع الضباب

رقم حساب التبرعات العامة ٨٨ – الزكاة ٩٩ – شركة الراجحي المصرفية فرع المزرعة (رقم ٤٤٦)

WAMYSA184541



بسم الله الرحمن الرحيم

الندوة العالمية للشباب الاسلامي
**WORLD ASSEMBLY OF MUSLIM YOUTH**

سند أستلام    نقداً    شيك

رقم 2025

| | ريـــــــال | | | هـ |
|---|---|---|---|---|
| / | ٧ | ٥ | - / - / | |

التاريخ ٥ / ١١ / ١٤٨ هـ    الموافق / / ١٩ م

وصلنا من الاخوه / الاخ ........ اللجنة السعودية ........

مبلغاً وقدره ........

□ نقداً  ☑ شيك رقم لا ٨٧ ........ بتاريخ / / ١٤ هـ مسحوب على .........

وذلك عن ........ (٨٥٤٦ ــ ٨٥٤٧)

المحاسب    المراقب المالي

اسم الحساب الدائن ........    رقم الحساب ........

المقر الرئيسي الرياض ١١٤٤٣ ص.ب ١٠٨٤٥ ــ ت ٤٦٤١٦٦٣/٤٦٤١٦٦٩(١)ــ فاكس ٤٦٤١٧١٠(١)
جـدة ٢١٤٩٢ ص.ب ٨٨٥٦ ــ ت ٦٦٧٢٨٣٣/٦٦٠١٨٧٨(٢) ــ فاكس ٦٦٢٢٦٤٥(٢)
المدينة المنورة ص.ب ٥٠٨٦ ــ ت ٨٣٨١٨٢٤/٨٣٨١٨٣٢(٤) ــ فاكس ٨٣٨١٨٥٦(٤)
الدمـام ٣١٤١٣ ص.ب ٩١٠٤ ــ ت ٨٤٢٥١١٦(٣)/ ٨٤٢٥١٥٩(٣)
أبهـا ص.ب ٢٣٠٠ ــ ت ٢٢٩٣٤٥٧(٧)/ فاكس ٢٢٦٠٢٤٠(٧)

WAMYSA184542



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)`        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA184395-WAMYSA184611 (from 530-542)**

Sworn to before me this

_____ day of _____ of 2026

_____
Translation Manager

_____
Notary





Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling