*In the name of God, the Most Gracious, the Most Merciful*

**Saudi Red Crescent**
**General Center**
**Riyadh**
**Ref:**
**Date:**
**Attachments:**

### Brief Preliminary Report
### On
### the Volume of Aid Provided by the Kingdom to Kosovan Refugees
### in Albania and Macedonia thru May 31, 1999

### I. Food supplies

The total relief materials shipped to refugee locations in Albania and Macedonia thru June 10, 1999 reached 2,296 tons of various relief items. In addition, 500 tons of dates were sent, and 1,500 tons of dates valued at 6,700,000 SAR are currently being shipped by sea, in addition to more than 1,000 tons of long-life milk.

### II. Air bridge

Pursuant to the noble royal directive, the air bridge commenced on April 23, 1999 and has continued since then at an average rate of one aircraft per day. The number of aircraft dispatched to date has reached 42 aircraft, and the total cost of this air bridge so far is estimated at 40,000,000 SAR.

### III. Subsistence support

The program of the Saudi Joint Committee in the field of subsistence operates on three axes:

1. Sponsoring and supporting Kosovan refugees temporarily living with Albanian families. The number of individuals sponsored is 18,610 persons, with expected increases soon.
2. Providing full subsistence support to refugees in locations supervised by the Saudi Joint Committee across Albania and Macedonia. The number of refugees in these locations is 19,980.

-1-

Relief 15-2

CONFIDENTIAL



EXHIBIT
WAMY EX. 192

WAMYSA036754

*In the name of God, the Most Gracious, the Most Merciful*

**Saudi Red Crescent**
**General Center**
**Riyadh**
**Ref:**
**Date:**
**Attachments:**

3. Providing emergency food assistance to those who have been stranded and have no place or shelter to turn to, particularly at the beginning of the crisis and near border areas. The number of beneficiaries of these meals has reached approximately fifty-five thousand (55,000) people. These meals were distributed through Saudi relief organizations operating in the field there at the onset of the crisis. Accordingly, the total number of meals provided daily to refugees exceeds one hundred thousand (100,000) meals.

A modern bakery has also been established to meet part of the needs of shelters supervised by the Committee, with a daily production capacity of 1,200 kg, expandable to 1,800 kg in emergencies.

## IV. Donations

The total cash donations collected by the Saudi Joint Committee to date amount to approximately 40 million SAR.

## V. Healthcare

- A field hospital with a capacity of 50 beds was established in cooperation with the Armed Forces Medical Services and will soon be expanded to 100 beds.

- The committee is implementing 10 health centers in Albania, and two centers in Macedonia will soon be opened.

- The total cost of establishing the hospital, health centers, and operational expenses is approximately 45 million SAR.

-2-

Relief 15-2

CONFIDENTIAL

WAMYSA036755

*In the name of God, the Most Gracious, the Most Merciful*

**Saudi Red Crescent**
**General Center**
**Riyadh**
**Ref:**
**Date:**
**Attachments:**

**VI: Religious and Educational Efforts**

Distribution of 110,000 booklets on Islam in Albanian. Distribution of 300,000 pamphlets on Islam in Albanian. Printing cost estimated at 500,000 SAR.

- The Saudi Joint Committee supervises 23 shelters providing full services (food, healthcare, social and educational services). The number of refugees in the camps is 19,980.

- More than 42,000 blankets are being distributed, valued at 1,600,000 SAR.

- Two helicopters are being sent to transport patients and relief supplies. Their annual operating cost is estimated at 10,000,000 SAR.

- The total expenditures of the Committee's activities there, including hospital establishment, health centers, shipping costs, and aid sent to date, are estimated at approximately 130 million SAR.

-3-

Relief 15-2

CONFIDENTIAL

WAMYSA036756

**Assistance Provided by the Kingdom to Kosovan Refugees**
**Date: June 10, 1999**

**1. Food supplies:**

| Type | Quantity Sent | Notes | Cost |
|---|---|---|---|
| Dates | 500 tons | 1,500 tons ready for shipment | 7,600,00 |
| Milk | 100,00 | Another 1 million liters ready for shipment | 400,000 |
| | | | |
| | | | |

**B. Medical equipment:**

| Type | Quantity | Notes | Cost |
|---|---|---|---|
| Field hospital | 1 | 50-bed capacity | 45,000,000 including operations |
| Health centers | 10 | Two under construction in Macedonia | |
| Clinics | 5 | Emergency and primary care | |
| Transport aircraft | 2 | For transporting patients and aid, one the way to being shipped | Estimated annual cost: 37,500,000 USD |
| Ambulances | 15 | 150,000 per vehicle including shipping | 2,250,000 |

**C- Food supplies:**

| Type | Quantity Sent | Notes | Cost |
|---|---|---|---|
| Blankets | 42,000 | | 1,600,000 |
| Clothes | 162 cardboard box | Riyadh shipments only | |
| Bedding (Tents) | 200 | | 200,000 |

(2) Aid Provided by the Kingdom to

CONFIDENTIAL

WAMYSA036757

**Assistance Provided by the Kingdom to Kosovan Refugees
through the Joint Saudi Committee
Thru June 10, 1999**

### A. Food supplies:

| Type | Quantity Sent | Notes | Cost |
|---|---|---|---|
| Dates | 500 tons | 1,500 tons ready for shipment | 7,600,00 |
| Milk | 100.00 | Another 1 million liters ready for shipment | 400,000 |
| | | | |
| | | | |

### B. Medical equipment:

| Type | Quantity | Notes | Cost |
|---|---|---|---|
| Field hospital | 1 | 50-bed capacity | 45,000,000 including operations |
| Health centers | 10 | Two under construction in Macedonia | |
| Clinics | H | Emergency and primary care | |
| Transport aircraft | 2 | For transporting patients and aid, one the way to being shipped | Estimated annual cost: 37,500,000 USD |
| Ambulances | 15 | 150,000 per vehicle including shipping | 2,250,000 |

### C- Food supplies:

| Type | Quantity Sent | Notes | Cost |
|---|---|---|---|
| Blankets | 42,000 | | 1,600,000 |
| Clothes | 162 cardboard box | Riyadh shipments only | |
| Bedding (Tents) | 200 | | 200,000 |

(2) Aid Provided by the Kingdom to - items

CONFIDENTIAL                                                                                    WAMYSA036758

| Assistance Provided by the Kingdom to Kosovan Refugees through in tons<br>Through 25/2/1420 AH corresponding to June 10, 1999 | | | | |
|---|---|---|---|---|
| **Transport Method** | **Entity** | **Cargo (tons)** | **Notes** | **Estimated Cost** |
| Various | Relief organizations | 100 tons | Before air bridge | |
| 2 aircraft | Ministry of Finance | 120 tons | | |
| Chartered aircraft | Joint Committee (WAMY) | 260 tons | | |
| Ship | Ministry of Finance | 500 tons | Dates gift from the Custodian of the Two Holy Mosques (part of 2000 tons; 1500 in transit) | 7,600,000 |
| Food supplies and toys | Joint Committee | 50 tons | Local market | |
| 42 aircraft (air bridge) | Joint Committee | 546 tons | To ship relief materials and hospital | 40,340 million |
| Ship | Joint Committee | 248 tons | | |
| Ship | Joint Committee | 458 tons | | |
| Various | Joint Committee (Islamic Endowment) | 014 tons | | |
| Total | | 2296 tons | | |

**Refugees and Sponsored Families**

| Shelters | Refugees in Camps | Sponsored Families (Albania & Macedonia) |
|---|---|---|
| 23 | 19,980 | 18,610 |
| **Total refugees supported:** | **38,590** | |

CONFIDENTIAL

WAMYSA036759

بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

جمعية الهلال الأحمر السعودي

المركز العام
الرياض

الرقم : .................................
التاريخ : .................................
المشفوعات .................................

تقرير مبدئي موجز
عن
**حجم المساعدات التي قدمتها المملكة إلى اللاجئين الكوسوفيين**
**في كل من ألبانيا ومقدونيا وذلك حتى تاريخ ١٤٢٠/٢/١٥هـ**

## أولاً: المواد الإغاثية

بلغت جملة المواد الإغاثية التي تم شحنها إلى مواقع اللاجئين في كل من ألبانيا ومقدونيا حتى تاريخ ١٤٢٠/٢/٢٥هـ (٢٢٩٦) طنا من المواد الإغاثية المتنوعة كما إرسل (٥٠٠) طن من التمور ويجري حاليا إرسال (١٥٠٠) طن من التمور بقيمة (٧,٦٠٠,٠٠٠) سبعة ملايين وستمائة ألف ريال سعودي عن طريق الشحن البحري وذلك إلى جانب أكثر من (١٠٠٠) طن من الحليب طويل الأجل.

## ثانيا: الجسر الجوي

إنفاذا للتوجيه السامي الكريم فقد انطلق الجسر الجوي بتاريخ ١٤٢٠/٧/٧هـ ويواصل حاليا أعماله منذ ذلك الحين بمعدل طائرة يوميا، وقد بلغ عدد الطائرات التي تم شحنها وإرسالها إلى هناك حتى تاريخه (٤٢) طائرة وتقدر جملة التكاليف لهذا الجسر حتى تاريخه بـ (٤٠,٠٠٠,٠٠٠).

## ثالثا: الإعاشة

يسير برنامج اللجنة السعودية المشتركة في مجال الإعاشة على ثلاثة محاور هي:

١- القيام بكفالة وإعاشة اللاجئين الكوسوفيين الذين يسكنون مؤقتا مع العوائل الألبانية، وقد بلغ عدد الأفراد الذين تمت كفالتهم حتى تاريخه ثمانية عشر ألف وستمائة وعشرة أشخاص (١٨,٦١٠) قابلة للزيادة في القريب العاجل.

٢- تقديم الإعاشة الكاملة للاجئين في المواقع التي تشرف عليها اللجنة السعودية المشتركة والمنتشرة في أنحاء متفرقة من ألبانيا، وكذلك مقدونيا، وقد بلغ عدد اللاجئين في تلك المواقع حتى تاريخه تسعة عشر ألف وتسعمائة وثمانون لاجئا (١٩,٩٨٠).

-١-

إغاثة٢-١٥

CONFIDENTIAL                                                          WAMYSA036754

بِسْمِ اللَّهِ الرَّحْمَنِ الرَّحِيمِ

| | جمعية الهلال الأحمر السعودي |
|---|---|
| الرقـم . .............. | |
| التاريخ . ............. | المركز العـام |
| المشفوعات ............. | الرياض |

٣- تقديم الإعاشة الطارئة لمن تقطعت بهم السبل ولم يكن لهم أماكن أو مأوى يلجأون إليه وبخاصة عند بداية الأزمة وذلك بالقرب من المناطق الحدودية وقد بلغ عدد المستفيدين من هذه الوجبات ما يقرب من خمسة وخمسين ألف شخص وقد تم توزيع هذه الوجبات من خلال الهيئات الإغاثية السعودية العاملة في الساحة هناك عند بداية الأزمة، وبذلك يبلغ إجمالي الوجبات التي تقدم يوميا للاجئين ما يزيد عن ( ١٠٠,٠٠٠ ) وجبة.

وقد تم في ذات المجال إقامة مخبز حديث ليسهم في تغطية جزء من احتياجات الملاجئ التي تشرف عليها اللجنة، وتبلغ طاقة هذا المخبز اليومية ١٢٠٠ كيلو قابلة للزيادة عند الحاجة الطارئة إلى ١٨٠٠ كيلو.

## رابعا: التبرعات

بلغت جملة التبرعات النقدية التي تم جمعها من قبل اللجنة السعودية المشتركة حتى تاريخه ما يقرب من ٤٠ مليون ريال.

## خامسا: الرعاية الصحية

* أقامت اللجنة السعودية المشتركة بالتعاون مع الخدمات الطبية للقوات المسلحة مستشفى ميدانيا بسعة خمسين سريرا، سوف يزاد قريبا إن شاء الله إلى ١٠٠ سرير، ويشتمل هذا المستشفى على مختلف التخصصات الطبية.

* تنفذ اللجنة حاليا إقامة ١٠ مراكز صحية في مواقع مختلفة من ألبانيا، كما سوف يفتتح قريبا- بمشيئة الله- مركزان صحيان في مقدونيا لخدمة اللاجئين الكوسوفيين.

* وتصل القيمة الإجمالي لإقامة المستشفى الميداني والمراكز الصحية كذلك مصاريفها التشغيلية ما يقرب من خمسة وأربعين مليون ريال. ( ٤٥,٠٠٠,٠٠٠ ).

-٢-

إغاثة٢-١٥٥

CONFIDENTIAL

WAMYSA036755

بِسْمِ اللَّهِ الرَّحْمٰنِ الرَّحِيمِ

جمعية الهلال الأحمر السعودي

المركز العام

الرياض

الرقـم . . ............................
التاريخ . ..........................
المشفوعات ........................

## سـادسـاً: الجهود الدعوية والتعليمية

يجري حالياً توزيع ما يقرب من ١١٠,٠٠٠ كتيب عن الإسلام باللغة الألبانية، كمـا تم توزيع ٣٠٠,٠٠٠ نشرة عن الإسلام باللغة الألبانية أيضاً، تقدر تكاليف طباعتها (٥٠٠,٠٠٠) ريال.

* تشرف اللجنة السعودية المشتركة على ٢٣ ملجأً تقدم فيه الخدمـات كـاملـة مـن إعاشـة ورعايـة صحيـة واجتماعيـة وتعليميـة ونحـو ذلك، ويقـدر عدد اللاجئـين في المخيمات (١٩,٩٨٠).

* يبلغ عدد البطانيـات التي يجري توزيعـها على اللاجئـين حالياً أكثر مـن ٤٢ ألـف بطانية، تقدر قيمتها بـ (١,٦٠٠,٠٠٠) ريال.

* يجري إرسـال طـائرتي هيلوكبتر (مروحيتـين) لنقل المرضى ومـواد الإغـاثـة وتقـدر تكاليفها التشغيلية لمدة عام (١٠,٠٠٠,٠٠٠) ريال.

* هذا وتقدر قيمة المبالغ الإجمالية التي صرفت على أعمـال اللجنة هنـاك بمـا في ذلك إقامة المستشفى الميداني وتنفيذ المراكز الصحية وتكـاليف الشحن إلى جانب قيمة المساعدات المرسلة حتى تاريخه ما يقرب من ١٣٠ مليون ريال سعودي.

-٣-

إغاثة ١٥-٢

CONFIDENTIAL

WAMYSA036756

CONFIDENTIAL

# المساعدات التي قدمتها المملكة للاجئين الكوسوفيين من خلال اللجنة السعودية المشتركة

## حتى تاريخ ٢٥/٢/١٤٢٠هـ

### أ- المواد الغذائية :

| التكلفة | ملاحظات | الكمية المرسلة | النوع |
|---|---|---|---|
| ٧,٦٠٠,٠٠ | ١٥٠٠ طن جاهزة للإرسال | ٥٠٠طن | تمور |
| ٤٠٠,٠٠٠ | جاهز للإرسال مليون لتر حليب آخر | ١٠٠,٠٠ | حليب |
| | | | |
| | | | |

### ب- التجهيزات الطبية :

| التكلفة | ملاحظات | الكمية | النوع |
|---|---|---|---|
| ٤٥,٠٠٠,٠٠٠ بما فيها التشغيل | سعة ٥٠ سرير | ١ | مستشفى ميداني |
| | إثنان تحت الإنشاء في مقدونيا | ١٠ | مراكز صحية |
| | لاستقبال الحالات الإسعافية والأولية | ٥ | عيادات |
| وتقدر تكاليفها السنوية ٣٧٥٠٠٠٠ مليون دولار | لنقل المرضى والمواد الإغاثية في طريقها للإرسال | ٢ | طائرات نقل |
| ٢,٢٥٠,٠٠٠ | ١٥٠,٠٠٠ تكلفة السيارة مع الشحن | ١٥ | سيارات إسعاف |

### ج- مواد إغاثية :

| التكلفة | ملاحظات | الكمية المرسلة | النوع |
|---|---|---|---|
| ١,٦٠٠,٠٠٠ | | ٤٢ ألف | بطانيات |
| | شحنات الرياض فقط | ١٦٢ كرتون | ملابس |
| ٢٠٠,٠٠٠ | | ٢٠٠ | فرش (الخيام) |

p(2) / المساعدات التي قدمتها المملكة-مواضيع ء

WAMYSA036757

CONFIDENTIAL

## المساعدات التي قدمتها المملكة للاجئين الكوسوفيين من خلال اللجنة السعودية المشتركة

### حتى تاريخ ١٤٢٠/٢/٢٥هـ

**أ– المواد الغذائية :**

| التكلفة | ملاحظات | الكمية المرسلة | النوع |
|---|---|---|---|
| ٧,٦٠٠,٠٠ | ١٥٠٠ طن جاهزة للإرسال | ٥٠٠ طن | تمور |
| ٤٠٠,٠٠٠ | جاهز للإرسال مليون لتر حليب آخر | ١٠٠,٠٠ | حليب |
| | | | |
| | | | |

**ب– التجهيزات الطبية :**

| التكلفة | ملاحظات | الكمية | النوع |
|---|---|---|---|
| ٤٥,٠٠٠,٠٠٠ بما فيها التشغيل | سعة ٥٠ سرير | ١ | مستشفى ميداني |
| | إثنان تحت الإنشاء في مقدونيا | ١٠ | مراكز صحية |
| | لاستقبال الحالات الإسعافية والأولية | ٥ | عيادات |
| وتقدر تكاليفها السنوية ٣٧٥٠٠٠٠ مليون دولار | لنقل المرضى والمواد الإغاثية في طريقها للإرسال | ٢ | طائرات نقل |
| ٢,٢٥٠,٠٠٠ | ١٥٠,٠٠٠ تكلفة السيارة مع الشحن | ١٥ | سيارات إسعاف |

**ج– مواد إغاثية :**

| التكلفة | ملاحظات | الكمية المرسلة | النوع |
|---|---|---|---|
| ١,٦٠٠,٠٠٠ | | ٤٢ ألف | بطانيات |
| | شحنات الرياض فقط | ١٦٢ كرتون | ملابس |
| ٢٠٠,٠٠٠ | | ٢٠٠ | فرش (الخيام) |

p(2) / المساعدات التي قدمتها المملكة–مواضيع ء

WAMYSA036758

CONFIDENTIAL

## المساعدات التي قدمتها المملكة للاجئين الكوسوفيين بالأطنان

### حتى تاريخ ١٤٢٠/٢/٢٥هـ الموافق ١٠/يونيو/١٩٩٩م

| وسيلة النقل | الجهة | الحمولة بالأطنان | ملاحظات | التكلفة بالتقديرية |
|---|---|---|---|---|
| متنوعة | الهيئات الإغاثية | ١٠٠طن | قبل الجسر الجوي | |
| ٢طائرة | وزارة المالية | ١٢٠طن | | |
| طائرة مستأجرة | اللجنة المشتركة (الندوة) | ٢٦٠طن | | |
| باخرة | وزارة المالية | ٥٠٠طن | تمور هدية من خادم الحرمين الشريفين (جزء من ٢٠٠٠طن)-(١٥٠طن في الطريق ) | ٧,٦٠٠,٠٠٠ |
| مواد غذائية والعاب أطفال | اللجنة المشتركة | ٥٠طن | من السوق المحلي | |
| ٤٢ طائرة ( الجسر الجوي ) | اللجنة المشتركة | ٥٤٦طن | لشحن المواد الإغاثية والمستشفى | ٤٠,٣٤٠مليون |
| باخرة | اللجنة المشتركة | ٢٤٨طن | | |
| باخرة | اللجنة المشتركة | ٤٥٨طن | | |
| متنوعة | اللجنة المشتركة ( الوقف الإسلامي ) | ٠١٤طن | | |
| الإجمـــــــالي | | ٢٢٩٦طن | | |

## اللاجئون والأسر المكفولة

| الملاجئ | عدد اللاجئين بالمخيمات | رعاية الأسر (عدد الأفراد المكفولين في ألبانيا ومقدونيا ) |
|---|---|---|
| ٢٣ | ١٩,٩٨٠ | ١٨,٦١٠ |
| مجموع من يتم رعايتهم من اللاجئين | ٣٨,٥٩٠ | |

WAMYSA036759

p(1) / المساعدات التي قدمتها المملكة-مواضيع عاء



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036754 - WAMYSA036759**

Sworn to before me this

_26_ day of _MARCH_ of 2026



_____
Translation Manager

_____
Notary



American Translators Association



Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling