

Kingdom of Saudi Arabia
Saudi Joint Relief
Committee For Kosova
General Fidelity

الموضوع ..........

الرقم : ٢/١٨٨

التاريخ : ١/٦/١٤٢٠هـ

No: 2/188

Date: 1/6/1420 AH

A copy, with best regards, to His Excellency the Chairman of the Joint Committee, may God protect him

His Excellency Dr. Saleh bin Sulaiman Al-Wahibi, Member of the Saudi Joint Committee for Relief to the People of Kosovo, may God protect him

Peace be upon you, God's mercy and blessings

I refer to what was agreed upon at the coordination meeting held among the member institutions of the Saudi Joint Committee on Wednesday, 28/5/1420 AH, regarding the review of the Committee’s programs for the coming phase. Enclosed, therefore, are the social services programs, the Kosovo Reconstruction Plan, and the preliminary budget for reconstruction, rehabilitation, and social services programs. I hope you will review them and submit the Foundation’s programs in these areas to the General Secretariat by January 30, 1421 AH. Including the operating budget for your office in Kosovo. This is to be done before the committee's next meeting.

May God reward you for your efforts and grant you every success.

May God's peace, mercy and blessings be upon you,

Secretary-General of the Saudi Joint Committee for Relief to the People of Kosovo
Dr. Majid bin Abdulaziz Al-Turki



Komiteti i Bashkuar Saudit
në Ndihmë të Popullit të Kosovës
Saudi Joint Relief Committee
For Kosova

اللجنة السعودية المشتركة
لاغاثة شعب كوسوفا
تيرانا - البانيا

In the name of God, the Merciful, the Compassionate

**Meeting Minutes**

**Subject :** Meeting to Review and Approve the Budget for Social Services Programs in Kosovo on Saturday, 3/5/1420 AH, corresponding to August 14, 1999 .

**A meeting was held between :** His Excellency Dr. Abdulrahman bin Abdulaziz Al-Suwailem . President of the Saudi Red Crescent Society . and Chairman of the Saudi Joint Committee for Relief to the People of Kosovo

and

His Excellency Mr. Wael bin Hamza Jaleedan, Executive Director of the Saudi Joint Committee for Relief to the People of Kosovo

and

Mr. Faisal bin Muhammad al-Shami, Director of Social Services at the Saudi Joint Committee for Relief to the People of Kosovo

The work strategy in the social sector (relief, education, and rehabilitation) was discussed

طريق دورس (مقابل مدخل ثابراك) مجمع كرفان السكني مدخل رقم ٢ الطابق الأول مكتب رقم (٢) ص.ب ٨٢٧١ تيرانا البانيا. طفاكس ٢٣٩٩٢ ٥٧٤٤٧ بريد الكتروني sjrc@abissnet.com.al
Durresit Street Tower No.2, 1st Floor, Office No.2 Karavan Complex, P.O.Box 8271 Tirana ,Albania, Telfax 23992-57447, E-mail: sjrc@abissnet.com.al
Rr.e. Durrësit, Kompleksi Karavan, Pall2, Zura nr.2, P.O.Box 8271 Tiranë-ALBANIA, Tel&fax23992 - 57447 ,Adresa elektronike: sjrc@abissnet.com.al

Komiteti i Bashkuar Saudit
në Ndihmë të Popullit të Kosovës
Saudi Joint Relief Committee
For Kosova

Accordingly, the following amounts have been allocated to the projects:

(1) A sum of 1,100,000 riyals has been allocated for the distribution of food supplies ahead of winter.

(2) A sum of 550,000 riyals has been allocated for the distribution of blankets ahead of winter.

(3) An amount of 2,200,000 riyals has been allocated for family assistance.

(4) A total of 2,640,000 riyals has been allocated for orphan support grants for a period of two years.

(5) A sum of (187,400) riyals has been allocated to fund and operate a local radio station.

(6) An amount of (253,400) riyals has been allocated to fund the Islamic Tape Project.

(7) An amount of (2,200,000) riyals has been allocated to fund the printing of textbooks.

(8) An amount of (2,200,000) riyals has been allocated to fund the school bag project.

(9) An amount of (1,320,000) riyals has been allocated to fund the establishment and operation of a training and rehabilitation center.

(10) An amount of (387,200) riyals has been allocated to fund the establishment and operation of the Institute of Arabic Language for Education and Translation.

(11) An amount of (528,000) riyals has been allocated to fund the mosque imams' guarantee scheme.

(12) An amount of 200,000 riyals has been allocated to fund small-scale development projects (partnership).

The total amount allocated for social service projects is therefore thirteen million seven hundred sixty-six thousand Saudi riyals (13,766,000).

Mr. Faisal bin Mohammed Al-Shami, Director of Social Services

[signature]

Mr. Wael bin Hamza Jaleedan, Executive Director

depends on

Dr. Abdulrahman bin Abdulazeez Alswaylim
President of the Saudi Red Crescent Society
Chairman of the Saudi Joint Committee for Relief to the People of Kosovo
[signature]

Durresit Street Tower No.2, 1st Floor, Office No.2 Karavan Complex, P.O.Box 8271 Tirana, Albania, Telfax 23992-57447, E-mail: sjrc@abissnet.com.al
Rr.e. Durrësit, Kompleksi Karavan, Pall2, Zura nr.2, P.O.Box 8271 Tiranë-ALBANIA, Tel&fax23992 - 57447, Adresa elektronike: sjrc@abissnet.com.al



S J R
Saudi Joint Relief Committee For Kosova

# A Study on the Preliminary Budget for Kosovo Reconstruction Programs

CONFIDENTIAL WAMYSA036784

Here is the text extracted from the last image (the budget table) exactly as it appears:

**Summary of the items and their approved amounts :**

| Amount in Saudi riyals | Item |
|---|---|
| 20,000,000.00 | Endowments |
| 7,500,000.00 | Homes |
| 4,000,000.00 | Islamic schools |
| 10,000,000.00 | Public schools |
| 4,000,000.00 | Mosques |
| 4,500,000.00 | Carpets and loudspeakers for mosques |
| 7,500,000.00 | Supervision and Design + Project Management + Operating Budget 15% |
| 57,500,000.00 | Total |

Engineer Hussein bin Omar Al-Jafri

Director of Kosovo Reconstruction Programs

Wael bin Hamza Jaleedan

Chief Executive Officer

depends on

His Excellency Dr. Abdulrahman Al-Suwailem

President of the Saudi Red Crescent Society

Chairman of the Saudi Joint Committee for Relief to the People of Kosovo

We contacted the United Nations High Commissioner for Refugees (UNHCR) (Reconstruction Division) and obtained a copy of a statement listing the affected schools and the organizations sponsoring them. Ten schools will be selected, within the limits of the proposed budget, to begin their restoration—a budget that no one has yet committed to, God willing—and subsequently to furnish them. A copy of the statement is attached. Also attached are three forms illustrating different models for three affected schools.

Kingdom of Saudi Arabia
Saudi Joint Relief Committee For Kosova
General Fidelity

المملكة العربية السعودية
اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا
الأمانة العامة

الموضوع ..................

الرقم : ٢/ ١٨٨
التاريخ : ١/ ٦/ ١٤٢٠هـ

نسخة مع التحية لمعالي رئيس اللجنة المشتركة سلمه الله

سعادة الدكتور/ صالح بن سليمان الوهيبي

عضو اللجنة السعودية المشتركة لإغاثة شعب كوسوفا حفظه الله

السلام عليكم ورحمة الله وبركاته،،،

أشير إلى ما تم الاتفاق عليه في الاجتماع التنسيقي بين المؤسسات الأعضاء في اللجنة السعودية المشتركة يوم الأربعاء ١٤٢٠/٥/٢٨هـ بشأن دراسة برامج اللجنة للمرحلة القادمة. لذا تجدون برفقه برامج الخدمات الاجتماعية خطة إعادة تعمير كوسوفا والميزانية الابتدائية لبرامج الأعمار والتأهيل والخدمات الاجتماعية.

آمل دراستها وموافاة الأمانة العامة ببرامج المؤسسة في هذه المجالات حتى تاريخ ١٤٢١/١/٣٠هـ . بما في ذلك الميزانية التشغيلية لمكتبكم في كوسوفا. وذلك قبل الاجتماع القادم للجنة.

شكر الله سعيكم ووفقكم لكل خير.

والسلام عليكم ورحمة الله وبركاته،،،

الأمين العام
للجنة السعودية المشتركة لإغاثة
شعب كوسوفا

د/ ماجد بن عبدالعزيز التركي

ص.ب : ٣٤٥ – الرياض ١١٣٧٢ –الهاتف المجاني ٨٠٠/١٢٤٥٨٨٨ – البريد الإلكتروني E-Mail sjr@kosova.cc
P. O. Box 345 – Riyadh 11372 – Kingdom of Saudi Arabia – Call toll 800 – 1245888

Komiteti i Bashkuar Saudit
në Ndihmë të Popullit të Kosovës
Saudi Joint Relief Committee
For Kosova

اللجنة السعودية المشتركة
لاغاثة شعب كوسوفا
تيرانا - البانيا

بسم الله الرحمن الرحيم

## محضر اجتماع

**الموضوع** : اجتماع دراسة واعتماد ميزانية برامج الخدمات الاجتماعية في كوسوفا في يوم السبت ١٤٢٠/٥/٣هـ الموافق ١٩٩٩/٨/١٤م .

**تم اجتماع بين كل من :**

معالي د/عبد الرحمن بن عبد العزيز السويلم .

رئيس جمعية الهلال الأحمر السعودي .

ورئيس اللجنة السعودية المشتركة لإغاثة شعب كوسوفا

و

سعادة أ/ وائل بن حمزة جليدان

المدير التنفيذي للجنة السعودية المشتركة لإغاثة شعب كوسوفا

و

أ/ فيصل بن محمد الشامي

مدير الخدمات الاجتماعية

في اللجنة السعودية المشتركة لإغاثة شعب كوسوفا

وتمت مناقشة استراتيجية العمل في المجال الاجتماعي(الإغاثي-التعليمي-التأهيلي)

طريق دورس (مقابل مدخل كاراك) مجمع كرفان السكني مدخل رقم ٢ الطابق الاول مكتب رقم (٢) ص.ب ٨٢٧١ تيرانا البانيا ،تلفاكس ٢٣٩٩٢-٥٧٤٤٧ بريد الكتروني sjrc@abissnet.com.al
Durresit Street Tower No.2, 1st Floor, Office No.2 Karavan Complex, P.O.Box 8271 Tirana, Albania, Telfax 23992-57447, E-mail: sjrc@abissnet.com.al
Rr.e. Durrësit, Kompleksi Karavan, Pall2, Zura nr.2, P.O.Box 8271 Tiranë-ALBANIA, Tel&fax23992 - 57447, Adresa elektronike: sjrc@abissnet.com.al

Komiteti i Bashkuar Saudit
në Ndihmë të Popullit të Kosovës
Saudi Joint Relief Committee
For Kosova

اللجنة السعودية المشتركة
لاغاثة شعب كوسوفا
تيرانا - البانيا

وبناء على ذلك فقد تم رصد المبالغ التالية حسب المشاريع :

(١) تم تخصيص مبلغ (١,١٠٠,٠٠٠) ريال لتوزيع مواد غذائية قبل فصل الشتاء .
(٢) تم تخصيص مبلغ (٥٥٠,٠٠٠) ريال لتوزيع بطانيات قبل فصل الشتاء.
(٣) تم تخصيص مبلغ (٢,٢٠٠,٠٠٠) ريال لمساعد الأسر .
(٤) تم تخصيص مبلغ (٢,٦٤٠,٠٠٠) ريال لكفالات الأيتام لمدة عامين .
(٥) تم تخصيص مبلغ (١٨٧,٤٠٠) ريال لتمويل وتشغيل إذاعة محلية .
(٦) تم تخصيص مبلغ (٢٥٣,٤٠٠) ريال لتمويل مشروع الشريط الإسلامي.
(٧) تم تخصيص مبلغ (٢,٢٠٠,٠٠٠) ريال لتمويل طباعة كتب مدرسية .
(٨) تم تخصيص مبلغ (٢,٢٠٠,٠٠٠) ريال لتمويل مشروع الحقيبة المدرسية.
(٩) تم تخصيص مبلغ (١,٣٢٠,٠٠٠) ريال لتمويل تأسيس وتشغيل مركز تدريب وتأهيل.
(١٠) تم تخصيص مبلغ (٣٨٧,٢٠٠) ريال لتمويل تأسيس وتشغيل معهد اللغة العربية للتعليم والترجمة .
(١١) تم تخصيص مبلغ (٥٢٨,٠٠) ريال لتمويل مشروع كفالات أئمة المساجد.
(١٢) تم تخصيص مبلغ (٢٠٠,٠٠٠) ريال لتمويل مشاريع تنموية بسيطة (مشاركة) .

وبذلك يكون إجمالي ما رصد لمشاريع الخدمات الاجتماعية هو ثلاثة عشرة مليون وسبعمائة وستة وستون ألف ريال سعودي (١٣,٧٦٦,٠٠٠) .

أ . فيصل بن محمد الشامي
مدير الخدمات الاجتماعية

أ . وائل بن حمزة جليدان
المدير التنفيذي

يعتمد

معالي الدكتور عبد الرحمن بن عبد العزيز السويلي
رئيس جمعية الهلال الأحمر السعودي
رئيس اللجنة السعودية المشتركة لإغاثة شعب كوسوفا

طريق دورس (مقابل محطة تايرانك) مجمع كرفان السكني مدخل رقم ٢ الطابق الاول مكتب رقم (٢) ص.ب ٨٢٧١ تيرانا البانيا، تلفاكس ٢٣٩٩٢ ٥٧٤٤٧ بريد الكتروني sjrc@abissnet.com.al
Durresit Street Tower No.2, 1st Floor, Office No.2 Karavan Complex, P.O.Box 8271 Tirana ,Albania, Telfax 23992-57447, E-mail: sjrc@abissnet.com.al
Rr.e. Durrësit, Kompleksi Karavan, Pall2, Zura nr.2, P.O.Box 8271 Tiranë-ALBANIA, Tel&fax23992 - 57447 ,Adresa elektronike: sjrc@abissnet.com.al



S J R
اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا
Saudi Joint Relief Committee For Kosova
دراسة
عن الميزانية الإبتدائية
لبرامج إعادة اعمار كوسوفا

CONFIDENTIAL WAMYSA036784

ملخص البنود والمبالغ المعتمدة لها :

| البند | المبلغ بالريال السعودي |
|---|---|
| الأوقاف | 20,000,000.00 |
| المنازل | 7,500,000.00 |
| المدارس الإسلامية | 4,000,000.00 |
| المدارس الحكومية | 10,000,000.00 |
| المساجد | 4,000,000.00 |
| الفرش ومكبرات الصوت للمساجد | 4,500,000.00 |
| إشراف وتصميم +إدارة مشاريع + ميزانية تشغيلية 15% | 7,500,000.00 |
| الإجمالي العام | 57,500,000.00 |

المهندس / حسين بن عمر الجفري — وائل بن حمزة جليدان

مدير برامج إعادة إعمار كوسوفا — المدير التنفيذي

يعتمد

معالي الدكتور /عبد الرحمن السويلم

رئيس جمعية الهلال الأحمر السعودي
رئيس اللجنة السعودية المشتركة لإغاثة شعب كوسوفا

تم الإتصال بالمفوضية العليا للاجئين التابعة لهيئة الأمم المتحدة (قسم إعادة الإعمار) وتم أخذ نسخة بيان يوضح المدارس المتضررة والهيئات التي كفلتها وسوف يتم إختيار عشرة مدارس بحدود الميزانية المقترحة للبدء بترميمها، والتي لم يلتزم أحد بها ،إن شاء الله ومن ثم تأثيثها .ومرفق نسخة من البيان .

وكذالك مرفق ثلاث إستمارات توضح نماذج مختلفة لثلاث مدارس متضررة.



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York) §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036781 - WAMYSA036786**

Sworn to before me this

26 day of March of 2026

Translation Manager

Notary