List of schools being renovated by the UNHCR in Kosovo

** Prepared by the Kosovo Reconstruction Programs Department of the Saudi Joint Committee for Relief to the People of Kosovo – Executive Office – Pristina.

| m | School Name | Number of beneficiaries | The region |
|---|---|---|---|
| 1 | Lafidya Presnit Elementary School | 300 students | Jakova |
| 2 | Bayram Suri Elementary School | 1,160 students | Jakova |
| 3 | Botosun Erim Elementary School | | Jakova |
| 4 | Levits Olet Elementary School | 352 students | Jilan |
| 5 | Dusti Abradovich Elementary School | 220 students | Jilan |
| 6 | Martin Soumay Elementary School | 1,100 students | Bia |
| 7 | Bayram Suri Elementary School | 400 students | Bia |
| 8 | Martine Soumaye 1 Elementary School | 464 students | Bia |
| 9 | Bayram Suri Elementary School | 210 students | Bia |
| 10 | Preschool | 100 children | Bia |
| 11 | Martin Soumay Elementary School | 300 students | Bia |
| 12 | Haji Zika Elementary School | 340 students | Bia |
| 13 | Ali Kalmand Elementary School | 360 students | Bia |
| 14 | Ali Hadri Elementary School | 850 students | Bia |
| 15 | Rajab Gashi Elementary School | 350 students | Bia |
| 16 | Iskandar Boyu Elementary School | 670 students | Bia |
| 17 | Haji Zika Elementary School | 410 students | Bia |
| 18 | Megini Elementary School | 176 students | Bershtina |
| 19 | Lovi Gorakonti Elementary School | 550 students | Bershtina |
| 20 | Tahir Tahiri Elementary School | 440 students | Bershtina |
| 21 | Mito Bayrakteri Elementary School | 162 students | Bershtina |
| 22 | Shaaban Shala Elementary School | 278 students | Bershtina |
| 23 | Afrimi The Fahri Primary School | 780 students | Bershtina |
| 24 | Elina Jeka Elementary School | 298 students | Bershtina |
| 25 | Mirovisi Elementary School | 170 students | Bershtina |
| 26 | Mirovisi Elementary School | 234 students | Bershtina |
| 27 | Mito Bayraklı Elementary School | 67 students | Bershtina |
| 28 | Abdullah Shaabani Elementary School | 420 students | Brezerin |
| 29 | Chomori Tevart Elementary School | 600 students | Brezerin |
| 30 | Kong Gersi Matsirt Elementary School | | Brezerin |
| 31 | Rama Plazza Elementary School | 720 students | Brezerin |
| 32 | Youssef Gherfla Elementary School | 350 students | Orshats |
| 33 | Adris Safiri Elementary School | 160 students | Orshats |
| 34 | Adris Safiri Elementary School | 160 students | Orshats |
| 35 | Youssef Gherfla Elementary School | 80 students | Orshats |
| 36 | Zénil Haidini Art Institute | 1,200 students | Orshats |

** Prepared by the Kosovo Reconstruction Programs Department of the Saudi Joint Committee for Relief to the People of Kosovo – Executive Office – Pristina.

CONFIDENTIAL

EXHIBIT

**WAMY EX. 194**

WAMYSA036765

# قائمة بالمدارس التي يتم ترميمها من خلال المفوضية العليا UNHCR في كوسوفا

| م | اسم المدرسة | عدد المستفيدين | الاقليم | التكلفة بالدولار |
|---|---|---|---|---|
| 1 | مدرسة لنيديا بريزنيت الابتدائية | 300 طالب | جاكوفا | 14997,2 |
| 2 | مدرسة بايرام سوري الابتدائية | 1160 طالب | جاكوفا | 16757,3 |
| 3 | مدرسة بوتوسن ايبرم الابتدائية | | جاكوفا | |
| 4 | مدرسة ليفتس اوليت الابتدائية | 352 طالب | جيلان | |
| 5 | مدرسة دوستي ابرادوفيتش الابتدائية | 220 طالب | جيلان | |
| 6 | مدرسة مارتين سوماي الابتدائية | 1100 طالب | بيا | 10817,4 |
| 7 | مدرسة بايرام سوري الابتدائية | 400 طالب | بيا | 16816,1 |
| 8 | مدرسة مارتين سوماي1 الابتدائية | 464 طالب | بيا | 3777,8 |
| 9 | مدرسة بايرام سوري الابتدائية | 210 طالب | بيا | 12762,2 |
| 10 | روضة أطفال | 100 طفل | بيا | |
| 11 | مدرسة مارتين سوماي الابتدائية | 300 طالب | بيا | 10817,4 |
| 12 | مدرسة حجي زيكا الابتدائية | 340 طالب | بيا | 3891,1 |
| 13 | مدرسة علي كلمند الابتدائية | 360 طالب | بيا | 21475,2 |
| 14 | مدرسة على حضري الابتدائية | 850 طالب | بيا | 10042,8 |
| 15 | مدرسة رجب غاشي الابتدائية | 350 طالب | بيا | 19820,6 |
| 16 | مدرسة اسكندر بويو الابتدائية | 670 طالب | بيا | 32959,1 |
| 17 | مدرسة حجي زيكا الابتدائية | 410 طالب | بيا | 39576,4 |
| 18 | مدرسة ميجيني الابتدائية | 176 طالب | برشتينا | 21789 |
| 19 | مدرسة لوفي غوراكوتشي الابتدائية | 550 طالب | برشتينا | 50966 |
| 20 | مدرسة طاهر طاهيري الابتدائية | 440 طالب | برشتينا | 19466 |
| 21 | مدرسة ميتو بايراكتري الابتدائية | 162 طالب | برشتينا | 11563 |
| 22 | مدرسة شعبان شالا الابتدائية | 278 طالب | برشتينا | 1192 |
| 23 | مدرسة افريمي ذا فهريو الابتدائية | 780 طالب | برشتينا | 45948 |
| 24 | مدرسة الينا جيكا الابتدائية | 298 طالب | برشتينا | 18028 |
| 25 | مدرسة ميروفيسي الابتدائية | 170 طالب | برشتينا | 5233 |
| 26 | مدرسة ميروفسي الابتدائية | 234 طالب | برشتينا | 4137 |
| 27 | مدرسة ميتوبايراكتري الابتدائية | 67 طالب | برشتينا | 10466 |
| 28 | مدرسة عبدالله شعباني الابتدائية | 420 طالب | بريزرين | |
| 29 | مدرسة تشوموري تيفارت الابتدائية | 600 طالب | بريزرين | |
| 30 | مدرسة كونغ غيرسي ماتصتيرت الابتدائية | | بريزرين | |
| 31 | مدرسة راما بلاتسما الابتدائية | 720 طالب | بريزرين | |
| 32 | مدرسة يوسف غيرفلا الابتدائية | 350 طالب | اورشوفاتس | 18996 |
| 33 | مدرسة ادريس سفيري الابتدائية | 160 طالب | اورشوفاتس | 16219 |
| 34 | مدرسة ادريس سفيري الابتدائية | 160 طالب | اورشوفاتس | 25443 |
| 35 | مدرسة يوسق غيرفلا الابتدائية | 80 طالب | اورشوفاتس | 4998 |
| 36 | معهد زنيل هايديني الفني | 1200 طالب | اورشوفاتس | 46289 |

\*\* عداد ادارة براءج اعادة اعمار كوسوفا بالليئة السعودية المشتركة لاغاثة شعب كوسوفا.المكتب التنفيذي .برشتينا.

CONFIDENTIAL

WAMYSA036765



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036765**

Sworn to before me this
26 day of _____MARCH_____ of 2026

_____
Translation Manager

_____
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
☆
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY



**ata MEMBER**
American Translators Association



BBB ACCREDITED BUSINESS

Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling