**General Statement of Completed and Ongoing Projects under the Kosovo Reconstruction Programs of the Saudi Joint Committee for the Relief of the People of Kosovo — Executive Office, Pristina.**

**1. Mosques:**

| No. | Project Name | Region | Cost (Marks) | No. of Beneficiaries | Remarks |
|---|---|---|---|---|---|
| 1 | Restoration of Haji Wasil Mosque | Mitrovica | 210,000 | 20,000 | The mosque has been re-opened; Work is ongoing on the minaret only |
| 2 | Restoration of Isa Bey Mosque | Mitrovica | 140,000 | 15,000 | The mosque has been re-opened |
| 3 | Completion of Construction of Kuder Atrimfi Mosque | Pristina | 250,000 | 20,000 | Work is ongoing |
| 4 | Completion of Construction/Restoration of Baradi Amal 1 Mosque | Pristina | 120,000 | 3,000 | Work is ongoing |

**2. Schools:**

| No. | Project Name | Region | Cost (in Marks) | No. of Beneficiary Students | Remarks |
|---|---|---|---|---|---|
| 1 | Restoration of Lasmir Primary School | Pristina | 72,530 | 200 | Work is ongoing |
| 2 | Restoration of Salman Reda Primary School | Pristina | 175,000 | 560 | Work is ongoing |
| 3 | Restoration of Miradi Abrimfi Primary School | Pristina | 10,050 | 160 | Project completed |
| 4 | Restoration of Bamozatin Primary School | Pristina | 160,951.80 | 150 | Project completed |
| 5 | Restoration of Bardi Avuqal Primary School | Pristina | 42,594.60 | 95 | Work is ongoing |
| 6 | Restoration of Minaturi Secondary School | Pristina | 75,000 | 450 | Work is ongoing |
| 7 | Construction of Mali Alas (Libian) School | Pristina | 300,000 | 150 | Work is ongoing, in cooperation with the British NATO (KFOR) forces |
| 8 | Restoration of 37 schools (list of schools attached) | Various regions of Kosovo | 600,000 USD | 5,550 | Work is ongoing through the United Nations High Commissioner for Refugees (UNHCR) |

**3. Houses:**

| No. | Project Name | Region | Cost (in Marks) | No. of Beneficiaries | Remarks |
|---|---|---|---|---|---|
| 1 | Restoration and construction of 47 houses for the Yishari family | Mitrovica | 1,350,000 | 276 | Work is ongoing |
| 2 | Restoration of 8 houses for imams in Mitrovica | Mitrovica | 80,000 | 66 | Work is ongoing |
| 3 | Restoration of the house of the Head of the Islamic Endowment (Mitrovica) | Mitrovica | 25,000 | 6 | Work is ongoing |
| 4 | Restoration of 15 houses for imams in Peja | Peja | 150,000 | 123 | Work is ongoing |
| 5 | Restoration of the house of the Head of the Islamic Endowment (Peja) | Peja | 25,000 | 7 | Work is ongoing |
| 6 | Restoration of the house of the Head of the Islamic Endowment (Vushtri) | Mitrovica | 20,000 | 5 | Work is ongoing |
| 7 | Restoration of the house of Dr. Drita (Gjakova) | Gjakova | 33,000 | 12 | Work is ongoing |
| 8 | Restoration of the house of Dr. Sanduza (Peja) | Peja | 10,000 | 5 | Project completed |

CONFIDENTIAL

**EXHIBIT**

**WAMY EX. 195**

WAMYAS036766

بيان عام بالمشاريع المنجزة و التي تحت التنفيذ التابعة

لإدارة برامج إعادة اعمار كوسوفا باللجنة السعودية المشتركة

لإغاثة شعب كوسوفا المكتب التنفيذي - برشتينا.

## اولاً المساجد :

| م | اسم المشروع | الإقليم | التكلفة بالمارك | عدد المستفيدين | ملاحظات |
|---|---|---|---|---|---|
| 1 | ترميم جامع حجي واصل | ميتروفيتسا | 210000 | 20000 شخص | افتتح المسجد ولا زال العمل سارياً في المنارة فقط |
| 2 | ترميم جامع عيسى بيك | ميتروفيتسا | 140000 | 15000 شخص | افتتح المسجد |
| 3 | استكمال بناء جامع كودراتريمفي | برشتينا | 250000 | 20000 شخص | لا زال العمل سارياً |
| 4 | استكمال بناء ترميم جامع باراضي امال I | برشتينا | 120000 | 3000 شخص | لا زال العمل سارياً |

## ثانياً : المدارس

| م | اسم المشروع | الإقليم | التكلفة بالمارك | عدد المستفيدين | ملاحظات |
|---|---|---|---|---|---|
| 1 | ترميم مدرسة لسمير الابتدائية | برشتينا | 72530 | 200 طالب | لا زال العمل سارياً |
| 2 | ترميم مدرسة سلمان رضا الابتدائية | برشتينا | 175000 | 560 طالب | لا زال العمل سارياً |
| 3 | ترميم مدرسة ميرادي ابريمفي الابتدائية | برشتينا | 10050 | 160 طالب | تم الانتهاء من المشروع |
| 4 | ترميم مدرسة بموزاتين الابتدائية | برشتينا | 160951,80 | 150 طالب | تم الانتهاء من المشروع |
| 5 | ترميم مدرسة باردي افوقل الابتدائية | برشتينا | 42594,60 | 95 طالب | لا زال العمل سارياً |
| 6 | ترميم مدرسة ميناتوري الثانوية | برشتينا | 75000 | 450 طالب | لا زال العمل سارياً |
| 7 | بناء مدرسة صالحي الاس (لبيان) | برشتينا | 300000 | 150 طالب | لا زال العمل جـــــاري (بالتعاون مع قوات حلـــف النـــاتو البريطاني KFOR) |
| 8 | ترميم عدد 37 مدرسة (اسماء المدارس مرفقة) | باقاليم كوسوفا المختلفة | 600000 دولار امريكي | 5550 طالب | لا زال العمل جاري من خلال المفوضية العليا UNHCR |

## ثالثاً: المنازل

| م | اسم المشروع | الاقليم | التكلفة بالمارك | عدد المستفيدين | ملاحظات |
|---|---|---|---|---|---|
| 1 | ترميم وبناء عدد 47 منزل لعائلة يشاري | ميتروفيتسا | 1350000 | 276 شخص | لا زال العمل سارياً |
| 2 | ترميم عدد 8 منازل لائمة ميتروفيتسا | ميتروفيتسا | 80000 | 66 شخص | لا زال العمل سارياً |
| 3 | ترميم منزل رئيس الوقف الاسلامي (ميتروفيتسا) | ميتروفيتسا | 25000 | 6 اشخاص | لا زال العمل سارياً |
| 4 | ترميم عدد 15 منزل لائمة بيا | بيا | 150000 | 123 شخص | لا زال العمل سارياً |
| 5 | ترميم منزل رئيس الوقف الاسلامي (بيا) | بيا | 25000 | 7 اشخاص | لا زال العمل سارياً |
| 6 | ترميم منزل رئيس الوقف الاسلامي (فوشتري) | ميتروفيتسا | 20000 | 5 اشخاص | لا زال العمل سارياً |
| 7 | ترميم منزل الدكتورة دريتا (جاكوفا) | جاكوفا | 33000 | 12 شخص | لا زال العمل سارياً |
| 8 | ترميم منزل الدكتورة سندوزا (بيا) | بيا | 10000 | 5 أشخاص | تم الانتهاء من المشروع |

CONFIDENTIAL

WAMYSA036766



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English  language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036766**

Sworn to before me this

22 day of ___MARCH___ of 2026

_____
Translation Manager

_____
Notary



