

Saudi Joint Relief Committee For Kosova

# Saudi Joint Committee for Relief to the People of Kufu

Preparation
Media Center
On the occasion of the inauguration of His Excellency the President of the Republic of Albania
Saudi Field Hospital
Monday, 9 Safar 1430 AH
May 24, 1999

CONFIDENTIAL

EXHIBIT

WAMY EX. 196

WAMYSA036746

1- Introduction:

The first shipment of humanitarian aid for the Muslims of Kosovo arrived in October 1998, by order of the Custodian of the Two Holy Mosques, King Fahd bin Abdulaziz, King of the Kingdom of Saudi Arabia.

Four months later, official directives were issued to establish the Saudi Joint Committee for Aid to the People of Kosovo, with the aim of carrying out His Majesty's orders—may God preserve him—to provide all necessary shelter, food, medicine, medical care, and educational assistance to a people facing a severe ordeal, in order to support them until God decrees their return to their homeland.

2- The Committee's primary responsibilities:

Immediately after the Saudi Committee for the Relief of Kosovo Muslims was formed, it opened an executive office in Tirana, the capital of Albania, and assigned it the following tasks:

- Select the locations covered by Saudi relief efforts, specifying the scale and type of relief.
- Develop an action plan for relief activities and programs and submit it to the Joint Committee for approval.
- Establish an administrative and financial framework that ensures relief operations are managed with the highest level of efficiency and makes the best use of available resources.
- Monitor the implementation of Saudi relief activities in accordance with the approved plan.
- Continuing to coordinate and communicate with local authorities and agencies responsible for refugee affairs to ensure that Saudi relief efforts continue for as long as the refugees' needs require.
- Work to collaborate with humanitarian organizations, agencies, and associations dedicated to serving refugees in order to exchange expertise and gather information.
- Enter into agreements as necessary to launch Saudi relief activities and ensure their continuity, following consultation with the Saudi Joint Committee for Relief to the People of Kosovo.
- Prepare periodic and monthly reports on Saudi relief activities and submit them to the Saudi Joint Committee on the fifth day of each Hijri month.
- Work to create a suitable work environment for Saudi employees participating in Saudi relief activities.

CONFIDENTIAL

WAMYSA036747

- Work to establish a strategic stockpile of general relief supplies sufficient to cover operational needs for a period of at least 90 days.
- Maintain ongoing coordination with the Kingdom's Embassy in Albania and provide it with a copy of the monthly report.

3- Institutions and bodies affiliated with the Commission:

The committees oversee eight Saudi institutions and organizations that are primarily engaged in relief, awareness-raising, and advocacy work. These institutions are:

1. Saudi Red Crescent Society.
2. The Muslim World League.
3. International Islamic Relief Organization in Saudi Arabia.
4. Al-Haramain Foundation.
5. World Assembly of Muslim Youth
6. Islamic Endowment Foundation.
7. Al-Haramain and Al-Aqsa Charitable Foundation.
8. The Makkah Al-Mukarramah Charitable Foundation.

4- Organizational Structure of the Saudi Joint Committee:

The committee is chaired by His Excellency Dr. Abdulrahman bin Abdulaziz Al-Suwailem [illegible], President of the Saudi Red Crescent Society, who has issued instructions to establish an organizational structure for the committee's work, with the aim of facilitating the performance of its various departments in carrying out their diverse and multifaceted tasks.

The Committee's headquarters are located in Tirana, the capital of the Republic of Albania, It is managed by an executive office that oversees daily operations, starting with the reception of shipments arriving daily at Tirana Airport via a dedicated fleet of the Armed Forces, under the directives of the Custodian of the Two Holy Mosques, to deliver all supplies and private and official donations to those in need in the camps under its jurisdiction throughout the Republic and along its border with Yugoslavia.

The organizational structure shown below illustrates the scope of work carried out by the Saudi Joint Committee in the areas of health services, social services, and support services. It also highlights the large number of departments, each of which plays a specific role in serving refugees across all sectors, in coordination with one another.

CONFIDENTIAL

WAMYSA036748

Together with the other departments, and under the supervision of the executive administration, which operates in accordance with the plan established for it by the government of the Custodian of the Two Holy Mosques, may God protect him, grant him a long life, and reward him generously for his efforts in serving the Muslims of Kosovo.

5-    Refugees in the camps of the Saudi Joint Committee

The following table shows that, as of May 23, 1999, 17,813 Kosovar refugees had been sheltered in ICRC camps scattered across Albania; this figure is one of the highest compared to the number of displaced persons sheltered by international relief organizations operating in Albania.

But that's not all; officials from the International Red Crescent and Red Cross have praised the cleanliness and high quality of the services provided to these refugees in the camps.

| Number of refugees | Camp Name | Sequence |
|---|---|---|
| 750 refugees | Berat Camp (1) | 1 |
| 150 refugees | Berat Camp (2) | 2 |
| 66 refugees | Al-Basan Camp | 3 |
| 275 refugees | Kureik Camp | 4 |
| 400 refugees (work will begin next week) | Makilara Camp (1) | 5 |
| 150 refugees | Makilara Camp (2) | 6 |
| 120 refugees | Nar Camp (1) | 7 |
| 62 refugees | Nar Camp (2) | 8 |
| 600 refugees (the number will rise to 1,000 refugees) | Lushnya Camp (2) | 9 |
| 5,000 refugees living in camps and with host families | Debra Camp | 10 |
| 120 refugees | Konspol Camp | 11 |
| 300 refugees (work will begin in two weeks) | Fushi Kuroya Camp | 12 |
| 190 refugees | Al-Basan Camp (2) | 13 |
| 400 refugees (the number will increase to 500 refugees) | [illegible] Camp | 14 |
| 430 refugees | Kokova Camp | 15 |
| 200 refugees | Buk Camp | 16 |
| 2,000 refugees | Berat Camp (3) | 17 |

CONFIDENTIAL

WAMYSA036749

| 2,000 refugees | Kavaya Camp | 18 |
|---|---|---|
| 2,000 refugees | Kakrok Camp | 19 |
| 1,600 refugees (the number will increase to 500 refugees) | Bolshiza Camp | 20 |
| 1,000 refugees | Cox Camp (1) | 21 |
| 200 refugees | Cox Camp (2) | 22 |
| 200 refugees | Kroma Camp | 23 |
| 17,813 | Total | |

As for the families being hosted by the committee in a number of Albanian cities, their total number is 8,400 refugees, distributed as follows:

| Number of sponsored families | City Name | Sequence |
|---|---|---|
| 3,500 refugees | Tirana | 1 |
| 3,500 refugees | Berat | 2 |
| 1,400 refugees | Rufogina | 3 |
| 8,400 refugees | Total | |

This brings the total number of refugees who have been and are being housed in camps or hosted in Albanian families' homes to 26,213—a figure of which you should be extremely proud, given the difficult circumstances.

6-  Health Centers:

In an effort to provide refugees with the necessary medical services, the Committee has established a number of health centers in most refugee shelters, and work is underway to complete the establishment of similar health centers in the remaining camps.

The following are the locations of the health centers:

- Saudi Field Hospital: With the support of the Armed Forces: It has a capacity of 50 beds and offers outpatient services, emergency care, and advanced surgical procedures.
- Sports Stadium Clinic: With support from the Prince Sultan Charitable Foundation.

CONFIDENTIAL

WAMYSA036750

- Beirat Health Center
- Al-Basan Health Center
- Kavaya Health Center.
- Skarbara Health Center
- Bolshiza Health Center
- Cox Health Center
- Kroya Health Center
- Bashkobia Health Center.

There are a total of 10 health centers and 1 field hospital.


7- Educational Program:

The institutions and bodies affiliated with the Saudi Joint Committee for the Relief of the People of Kosovo have taken on the task of providing educational guidance to refugees, to the extent that they can learn the basics of education and strengthen their faith during their ordeal


The awareness programs include:

- Classes for adults and children, as well as for women.
- Educational booklets in Albanian.
- Educational songs for children.

8- Air Fleet:

Two relief flights from the Kingdom of Saudi Arabia arrive daily at Tirana Airport from Riyadh and Jeddah, carrying food, blankets, and medicine. The total number of arrivals in Tirana from March 1, 1999, through May 23, 1999 (corresponding to 7 Safar 1420 AH) was as follows:

36 tons of medicine

221 tons of food, blankets, and clothing.

257 tons of aid received in total

This will be done via 40 flights from both Riyadh and Jeddah.

Approval has been granted to add two helicopters to the air fleet to provide on-the-ground support for transporting medical supplies between distant shelter locations.

CONFIDENTIAL

WAMYSA036751

9- Workforce:

Operating under the Saudi Joint Committee for Relief to the People of Kosovo are a total of:

- 15 volunteers in administrative roles.
- 25 volunteers in the fields of medicine, pharmacy, laboratory work, and medical reporting.

Total: 40 volunteers

These individuals are distributed across the organizational chart mentioned earlier. Please note that the Armed Forces Air Fleet has not been included, as this unit operates on a flexible flight schedule.


10- Media and Public Relations:

Since its establishment, the Media Center has taken on numerous tasks, foremost among which is establishing a network of contacts with Albanian print, audio, and visual media, as well as another network of contacts with foreign agencies and Saudi media outlets, with the aim of informing the public everywhere of the remarkable efforts being made by the Saudi Joint Committee in serving Kosovar refugees.

The Media Center performs the following tasks:

- Broadcast a daily television report on the committee's activities on Saudi TV Channel 1.
- Send a daily press release to all Saudi and Albanian press centers and media outlets.
- Receiving Saudi media delegations and facilitating their work.
- Organizing opening ceremonies for health centers or major events, and inviting all media outlets to cover them.
- Drafting the Committee's bulletins and publications and facilitating their printing.
- Work with all departments and divisions under the committee to ensure their services are provided in the manner required for relief efforts.

CONFIDENTIAL

WAMYSA036752

11- Summary of aid sent to Kosovar refugees:

| Cost | Statement | Item |
|---|---|---|
| 364,732 riyals | Relief supplies sent by sea | a. |
| 1,982,200 riyals | Relief supplies were delivered by plane | a. |
| 7,600,000 riyals | 3,000 tons of dates | a. |
| 9,946,932 riyals | Total | |
| 2,546,000 riyals | Value of relief aid (medicines, medical supplies, and food) sent via Riyadh | B |
| 3,602,350 riyals | Value of relief aid (medicines, medical supplies, and food) sent via Jeddah | B |
| 35,000,000 riyals | Air freight costs for 40 C-130 flights | B |
| 41,148,350 riyals | Total | |
| 35,750,000 riyals | Cost of a 50-bed field hospital | C |
| 5,000,000 riyals | The cost of 10 health centers, including operating expenses | C |
| 4,000,000 riyals | Operating expenses | C |
| 44,750,000 riyals | Total | |
| 95,845,282 riyals | Total costs in riyals | |
| $25,558,742 | Total costs in U.S. dollars | |

These statistics are as of May 23, 1999, corresponding to 8 Safar 1420

CONFIDENTIAL

WAMYSA036753



Saudi Joint Relief Committee For Kosova

# اللجنة السعودية المشتركة

# لإغاثة شعب كسوفا

اعداد

المركز الاعلامي

بمناسبة افتتاح فخامة رئيس جمهورية ألبانيا

للمستشفى السعودي الميداني

الاثنين ٩ صفر ١٤٢٠هـ

٢٤ مايو ١٩٩٩م

CONFIDENTIAL

WAMYSA036746

## ١ – مقدمة:

وصلت أول شحنة اغاثية انسانية لمسلمي كوسوفا بأمر من خادم الحرمين الشريفين الملــــك فهد بن عبدالعزيز ، ملك المملكة العربية السعودية ، في شهر أكتوبر ١٩٩٨ م.

بعد ذلك بأربعة أشهر ، صدرت التوجيهات الرسمية بانشاء اللجنة السعودية المشـــــتركة لاغاثــة شعب كوسوفا ، وذلك بهدف تنفيذاً لأوامره ، حفظه الله ، لتقديم كافـــة المعونـــات الايوائيـــة والغذائية والدوائية والطبية والتعليمية ، لشعب يواجه محنة قاسية ، وذلك بهدف مساندته ، الى أن يكتب الله له العودة لارضه.

## ٢ – المهام الاساسية للجنة :

فور تشكيل اللجنة السعودية لاغاثة مسلمي كوسوفا ، افتتحت لها مكتباً تنفيذيا في تيرانـــا ، عاصمة ألبانيا، ووضعت له المهام التالية:

- اختيار المواقع التي تشملها الإغاثة السعودية مع تحديد حجم ونوع الإغاثة .

- وضع خطة عمل لأنشطة وبرامج الإغاثة وعرضها على اللجنة المشتركة لاعتمادها .

- وضع التنظيم الإداري والمالي الذي يكلف تسيير أعمال الإغاثة بالكفاءة العالية وتحقيق الاستفادة القصوى من المواد المتاحة .

- متابعة تنفيذ أنشطة الإغاثة السعودية وفق الخطة المعتمدة .

- استمرارية التنسيق والتواصل مع السلطات المحلية والهيئات المعنية بشئون اللاجئين مــــن أجل ضمان استمرار أنشطة الإغاثة السعودية طالما أن حاجة اللاجئين تتطلب ذلك .

- العمل على التعاون مع المنظمات والهيئات والجمعيات الانسانية القائمة على خدمـــــة اللاجئين ذلك من أجل تبادل الخبرات وجمع المعلومات .

- ابرام الاتفاقيات كلما كان ذلك مطلوبا لبدء أنشطة الإغاثـــــة الســـعودية وضمـــان استمراريتها بعد التشاور مع اللجنة السعودية المشتركة لإغاثة شعب كوسوفا .

- اعداد تقارير دورية وشهرية عن انشطة الإغاثة السعودية ورفعها الى اللجنة الســـرية المشتركة في اليوم الخامس من كل شهر هجري .

- العمل على تحقيق بيئة العمل المناسبة للعاملين السعوديين المشاركين في أنشطة الإغاثـــة السعودية .

CONFIDENTIAL

WAMYSA036747

- العمل على توفير مخزون استراتيجي لمواد الإغاثة الشاملة بما يغطي حاجة العمل لمــــدة لاتقل عن ( ٩٠) يوما .

- التنسيق المستمر مع سفارة المملكة في ألبانيا وتزويدها بنسخة من التقرير الشهري .

## ٣- المؤسسات والهيئات التابعة للجنة :

ينطوي تحت مظلة هذه اللجنة ثمان مؤسسات وهيئات سعودية ، تعمل أساساً في العمل الإغاثي والتوعوي والدعوي، هذه المؤسسات هي :

١ — جمعية الهلال الأحمر السعودي .

٢ — رابطة العالم الإسلامي .

٣ — هيئة الاغاثة الإسلامية العالمية بالمملكة العربية السعودية.

٤ — مؤسسة الحرمين .

٥ — الندوة العالمية للشباب الإسلامي .

٦ — مؤسسة الوقف الإسلامي .

٧ — مؤسسة الحرمين والمسجد الاقصى الخيرية .

٨ — مؤسسة مكة المكرمة الخيرية .

## ٤- الهيكل التنظيمي للجنة السعودية المشتركة:

يرأس اللجنة معالي الدكتور عبدالرحمن بن عبدالعزيز السويلم ، رئيس جمعية الهـلال الاحمـر السعودي ، الذي أصدر تعليماته بوضع هيكل تنظيمي لأعمال اللجنة ، بهـــدف تسـهيل آداء الاقسام التابعة لها لأعمالها المتشعبة والمتنوعة .

مقر المكتب الرئيسي للجنة هو تيرانا ،عاصمة جمهورية البانيا ، ويديرها مكتب تنفيذي يشـــرف على تسيير العمل اليومي منذ استقبال الشحنات التي تصل لمطار تيرانا يومياً بواسـطة اسـطول القوات المسلحة المخصص ، بتوجيهات خادم الحرمين الشريفين ، لايصال كافة المؤن والتبرعـات الأهلية والرسمية الى المحتاجين في المخيمات التابعة لها في كافة انحاء الجمهورية وعلـــى حدودهـا المتاخمة ليوغسلافيا.

الهيكل التنظيمي الموضح أدناه، يوضح حجم الأعمال التي تؤديها اللجنة السعودية المشـــتركة في مجالات الخدمات الصحية والخدمات الاجتماعية والخدمات المساندة ، كما يوضح الكم الكبــــير من الاقسام التي يؤدي كل واحد منها دوره المحدد في خدمة اللاجئين في كافة المجالات ، بالتنسيق

CONFIDENTIAL

WAMYSA036748

مـع الاقسام الاخرى ، وتحت اشراف الادارة التنفيذية ، والتي تعمل حسب الخطة الموضوعة لهـــا من قبل حكومة خادم الحرمين الشريفين ، حفظه الله ، وأمد في عمره ، وجزاه خير الجزاء علـــى مـايقوم به لخدمة مسلمي كوسوفا.

## ٥ – اللاجئون في مخيمات اللجنة السعودية المشتركة:

في الجدول التالي ، يتضح بأن ثمة ١٧,٨١٣ لاجيء كوسوفي تم ايوائهم في مخيمات اللجنــة المتناثرة على خارطة البانيا حتى تاريخ ٢٣ مايو ١٩٩٩م وهذا الرقم هو واحد من أعلى الارقـــام مقارنة بأرقام المهجرين الذين تم ايوائهم من قبل مؤسسات الاغاثة الدولية العاملة في البانيا. الامر لايتوقف عند هذا الحد ، بل أن المسؤولين في الهلال والصليب الاحمر الدوليـــين ، اشـــادوا بنظافة ورقي الخدمات المقدمة لهؤلاء اللاجئين في هذه المخيمات .

| عدد اللاجئين | اسم المخيم | تسلسل |
|---|---|---|
| ٧٥٠ لاجيء | مخيم بيرات (١) | ١ |
| ١٥٠ لاجيء | مخيم بيرات (٢) | ٢ |
| ٦٦ لاجيء | مخيم الباسان | ٣ |
| ٢٧٥ لاجيء | مخيم كوريك | ٤ |
| ٤٠٠ لاجيء (سوف يبدأ العمل الاسبوع القادم) | مخيم ماكيلارا (١) | ٥ |
| ١٥٠ لاجيء | مخيم ماكيلارا (٢) | ٦ |
| ١٢٠ لاجيء | مخيم فاير (١) | ٧ |
| ٦٢ لاجيء | مخيم فاير (٢) | ٨ |
| ٦٠٠ لاجيء (سيرتفع العدد الى ١٠٠٠ لاجيء) | مخيم لوشنيا (٢) | ٩ |
| ٥٠٠٠ لاجيء  مابين المخيمات والاسر المستضافة | مخيم ديبرا | ١٠ |
| ١٢٠ لاجيء | مخيم كونسبول | ١١ |
| ٣٠٠ لاجيء  (سيبدأ العمل بعد اسبوعين) | مخيم فوشي كرويا | ١٢ |
| ١٩٠ لاجيء | مخيم الباسان (٢) | ١٣ |
| ٤٠٠ لاجيء  (سيرتفع العدد الى ٥٠٠ لاجيء) | مخيم بيرميت | ١٤ |
| ٤٣٠ لاجيء | مخيم كوكوفا | ١٥ |
| ٢٠٠ لاجيء | مخيم بوك | ١٦ |
| ٢٠٠٠ لاجيء | مخيم بيرات (٣) | ١٧ |

CONFIDENTIAL

WAMYSA036749

| | | |
|---|---|---|
| ٢٠٠٠ لاجيء | مخيم كافايا | ١٨ |
| ٢٠٠٠ لاجيء | مخيم كاكروك | ١٩ |
| ١٦٠٠ لاجيء (سيرتفع العدد الى ٥٠٠ لاجيء) | مخيم بولشيزا | ٢٠ |
| ١٠٠٠ لاجيء | مخيم كوكس (١) | ٢١ |
| ٢٠٠ لاجيء | مخيم كوكس (٢) | ٢٢ |
| ٢٠٠ لاجيء | مخيم كروما | ٢٣ |
| ١٧,٨١٣ | المجموع | |

أما الأسر التي تستضيفها اللجنة في عدد من المدن الالبانية فبلغ مجموعهم ٨٤٠٠ لاجيء ، موزعين كالتالي:

| عدد الاسر المكفولة | اسم المدينة | تسلسل |
|---|---|---|
| ٣,٥٠٠ لاجيء | تيرانا | ١ |
| ٣,٥٠٠ لاجيء | بيرات | ٢ |
| ١,٤٠٠ لاجيء | روفوجينا | ٣ |
| ٨,٤٠٠ لاجيء | المجموع | |

وبهذا يكون المجموع العام للاجئين الذين تم ويتم ايوائهم في المخيمات أو تمت استضافتهم داخل منازل الاسر الالبانية عدد (٢٦,٢١٣) لاجيء ، وهو رقم ينبغي أن نفخر به فخراً شـــديداً ، في ظل الظروف الصعبة السائدة .

## ٦- المراكز الصحية :

حرصاً من اللجنة على توفير الخدمات الطبية اللازمة للاجئين ، فلقد تم انشاء عدد من المراكز الصحية في معظم مواقع ايواء اللاجئين ، ويجري العمل على استكمال انشاء مراكز صحية مشابهة في بقية المخيمات.
فيما يلي  مواقع المراكز الصحية :
- المستشفى السعودي الميداني: بدعم من القوات المسلحة : سعة ٥٠ سريراً ، وبخدمـات عيادات خارجية ، وطواريء وعمليات جراحية متقدمة .
- مستوصف الاستاد الرياضي: بدعم من مؤسسة الأمير سلطان الخيرية .

WAMYSA036750

- مركز صحي بيرات
- مركز صحي الباسان.
- مركز صحي كافايا .
- مركز صحي سكربارا.
- مركز صحي بولشيزا .
- مركز صحي كوكس.
- مركز صحي كرويا .
- مركز صحي بشكوبيا.

المجموع عدد ( ١٠ ) مراكز صحية ، وعدد (١) مستشفى ميداني.

## ٧ - البرنامج التربوي :

تضع المؤسسات والهيئات التابعة للجنة السعودية المشتركة لاغاثة شعب كوسوفا على عاتقها مهمة توعية اللاجئين تربوياً ، بالدرجة التي تسمح لها بمعرفة الاساسيات التربوية ، وترسيخ ايمانهم أثناء محنتهم

تشتمل برامج التوعية على :

- حلقات دروس للكبار والاطفال ، وكذلك للنساء .
- كتيبات تعليمية باللغة الالبانية .
- اناشيد تربوية للأطفال .

## ٨ - الاسطول الجوي :

يصل لمطار تيرانا يومياً من الرياض وجدة طائرتا اغاثة تابعة للمملكة العربية السعودية ،تحمل على متنها مواد غذائية وبطانيات وادوية . وقد بلغ المجموع الاجمالي لما وصل الى تيرانا منذ أول مارس ١٩٩٩م حتى ٢٣مايو ١٩٩٩م الموافق ٧ صفر ١٤٢٠هـ التالي:

٣٦ طن      من الأدوية

٢٢١ طن     من المواد الغذائية والبطانيات والألبسة .

٢٥٧ طن     مجموع ماوصل من سينتهبدات.

وذلك عبر عدد ٤٠ رحلة جوية من كل من الرياض وجدة .

هذا ولقد صدرت الموافقة على اضافة طائرتي هيلكوبتر للاسطول الجوي ، بغرض المساعدة الميدانية لنقل المؤن والفرق الطبية بين مواقع الملاجيء المتباعدة .

CONFIDENTIAL

WAMYSA036751

## ٩- القوى العاملة:

يعمل تحت اللجنة السعودية المشتركة لاغاثة شعب كوسوفا ، ما مجموعة:

— ١٥ متطوعاً في المجال الاداري .

— ٢٥ متطوعاً في المجال الطبي والصيدلاني والمختبرات والتقارير الطبية .

المجموع ( ٤٠ ) متطوعاً

وهؤلاء موزعون على خارطة الهيكل التنظيمي المشار اليه سابقاً . علماً بأن لم تتم اضافة فريـق الاسطول الجوي التابع للقوات المسلحة ، نظراً لأن هذا الفريق يخضع لجداول طيران متغيرة.

## ١٠- الاعلام والعلاقات العامة :

منذ انشاء المركز الاعلامي ، أخذ على عاتقه العديد من المهام ، وعلى رأسها تأسيس شـــبكة اتصالات مع وسائل الاعلام الالبانية المقروءة والمسموعة والمرئية ، وشبكة اتصالات أخرى مـع الوكالات الاجنبية ووسائل الاعلام السعودية ، بهدف اطلاع الجمهور اينما كان على الجــــهود الفذة التي تقوم بها اللجنة السعودية المشتركة في خدمة اللاجئين الكوسوفيين .

يقوم المركز الاعلامي بهذه المهام :

- ارسال تقرير تلفزيوني يومي عن نشاطات اللجنة يبث في القناة الاولى للتلفزيون السعودي.

- ارسال تقرير اعلامي صحفي يومي لكافة المراكز الصحفية السعودية والالبانية والاعلامية .

- استقبال الوفود الاعلامية السعودية وتسهيل مهامهم .

- تنظيم حفلات افتتاح المراكز الصحية أو الفعاليات الهامة ، ودعوة كافة وســـائل الاعــلام وتغطيتها.

- صياغة النشرات والمطبوعات الصادرة عن اللجنة وتسهيل طباعتها.

- المساهمة مع كافة الاقسام والقطاعات التابعة للجنة في اظهار خدماتهم بالشـــكل الاغـاثي المطلوب.

CONFIDENTIAL                                                              WAMYSA036752

## ١١ – خلاصة المساعدات المرسلة للاجيء كوسوفا :

| التكلفة | البيان | البند |
|---|---|---|
| ٣٦٤,٧٣٢ ريال | مواد اغاثية ارسلت عن طريق البحر | أ |
| ١,٩٨٢,٢٠٠ ريال | مواد اغاثية ارسلت بالطائرات | أ |
| ٧,٦٠٠,٠٠٠ ريال | قيمة ٢٠٠٠ طن تمور | أ |
| ٩,٩٤٦,٩٣٢ ريال | المجموع | |
| ٢,٥٤٦,٠٠٠ ريال | قيمة مساعدات اغاثية(أدوية ومواد وتجهيزات طبية وغذائية) أرسلت عن طريق الرياض | ب |
| ٣,٦٠٢,٣٥٠ ريال | قيمة مساعدات اغاثية(أدوية ومواد وتجهيزات طبية وغذائية) أرسلت عن طريق جدة | ب |
| ٣٥,٠٠٠,٠٠٠ ريال | تكاليف الشحن الجوي لطائرات C-130 لعدد ٤٠ رحلة | ب |
| ٤١,١٤٨,٣٥٠ ريال | المجموع | |
| ٣٥,٧٥٠,٠٠٠ ريال | قيمة المستشفى الميداني سعة ٥٠ سريراً | ج |
| ٥,٠٠٠,٠٠٠ ريال | تكلفة ١٠ مراكز صحية مع مصاريف التشغيل | ج |
| ٤,٠٠٠,٠٠٠ ريال | مصاريف تشغيلية | ج |
| ٤٤,٧٥٠,٠٠٠ ريال | المجموع | |
| ٩٥,٨٤٥,٢٨٢ ريال | اجمالي التكاليف بالريال | |
| ٢٥,٥٥٨,٧٤٢ دولار | اجمالي التكاليف بالدولار الامريكي | |

هذه الاحصائية حتى تاريخ ٢٣ مايو ١٩٩٩م الموافق ٨ صفر ١٤٢٠هـ

CONFIDENTIAL

WAMYSA036753



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036746 - WAMYSA036753**

Sworn to before me this

26 day of __MARCH__ of 2026



Translation Manager

Notary


American Translators Association


ACCREDITED BUSINESS

Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling