| Work Program of the Saudi Joint Committee and Its Upcoming Projects Thru April 25, 2000 Third:  Programs to Be Implemented by the World Assembly of Muslim Youth Region:  Farzai | | | |
|---|---|---|---|
| **Type of Project** | **Number of Projects** | **Total Cost (SAR)** | **Notes** |
| Mosques | 25 | 12,168,000 | Complete reconstruction |
| Education and Cultural Programs | 13 | 1,933,300 | Sponsorship of 90 imams; establishment of Qur'an memorization circles; printing 30,000 copies of the History Book; sponsorship of 20 preachers; scholarships for 95 students |
| Renovation and Reconstruction | 5 | 3,160,000 | Renovation of houses and construction of a building for the religious authority (Mashyakha) |
| Relief and Social Welfare | | 151,000 | 40,000 paid toward the cost of a bread factory; one-time assistance to needy families; purchase of 50 bread ovens |
| Administration and Operations | | 688,000 | |
| | | | |
| **Total** | | 18,100,200 | |
| | | | |

CONFIDENTIAL



EXHIBIT

WAMY EX. 197

WAMYSA036812

# برنامج عمل اللجنة السعودية المشتركة ومشاريعها القادمة حتى ١٤٢١/١/٣٠هـ

**ثالثاً :** البرامج التي سيتم تنفيذها من قبل الندوة العالمية للشباب الإسلامي

## اسم الإقليم: فرزاي

| ملاحظات | التكلفة الإجمالية بالريال | عدد المشاريع | تقييم البشرى |
|---|---|---|---|
| اعادة اعمار بالكامل | ١٢,١٦٨,٠٠٠ | ٢٥ | المساجد |
| كفالة ٩٠إماماً ، إقامة حلقات لتحفيظ القرآن، طباعة ٣٠ألف نسخة من كتاب التاريخ ، كفالة ٢٠داعية ، منح دراسية ل٩٥ طالباً | ١,٩٣٣,٢٠٠ | ١٣ | التعليم والبرامج الثقافية |
| ترميم منازل إقامة مبنى للمشيخة | ٣,١٦٠,٠٠٠ | ٥ | التأهيل والإعمار |
| تم دفع ٤٠ ألف من تكلفة مصنع الخبز، مساعدات مقطوعة للأسر المحتاجة ، شراء ٥٠فرناً للخبز | ١٥١,٠٠٠ | | الإغاثة والرعاية الاجتماعية |
| | ٦٨٨,٠٠٠ | | الإدارة والتشغيل |
| | | | |
| | ٢٠,٠٠٠ الف١٨ | | الإحمالـي |
| | | | |

CONFIDENTIAL



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036812**

Sworn to before me this

_____ day of _MARCH_____ of 2026

_____
Translation Manager

_____
Notary





Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling