

**Kingdom of Saudi Arabia**

**Saudi Joint Relief**

**Committee For Kosova & Chechnya**

Executive Office - Riyadh

المشفوعات: ١



المملكة العربية السعودية

اللجنة السعودية المشتركة

لإغاثة كوسوفا والشيشان

المكتب التنفيذي – الرياض

الرقم: ٢/ك/٢٣٨ ح

التاريخ ١١/٣/١٤٢٢هـ

No: 2/K/238

DateL 11/3/1422 AH

His Excellency Dr. Saleh bin Sulaiman Al-Wahibi – may God protect him
Assistant Secretary-General for Executive Affairs

Assalamu alaikum, God's mercy and blessings, and after:

I ask God to grant you success and guidance,

I refer to your letter No. 1875 dated 5/3/1422 AH, in which you informed us of the nomination of Dr. Atallah bin Daif Al-Hili, Chairman of the Islamic Medical Committee at the Assembly, to serve as the head of the training program, and requested information regarding the hospitals that will be responsible for training Kosovar doctors.

I am pleased to submit to you a list of the hospitals and specialties that have been approved.

May God help you and grant you every success,

May God's peace, mercy and blessings be upon you

Executive Director
Your brother, Muhammad bin Hamad Al-Huwidi
[signature]
[seal]

ص. ب ٣٤٥ الرياض ١١٣٧٢ الهاتف ٤١٩٣٥٣٠ فاكس ٤١٩٣٥٤٢
P.O.Box 345 Riyadh 11372 Tel. 4193530 Fax: 4193542 K. S. A.
البريد الألكتروني: E.Mail: ejrc@hrelief.org.sa

CONFIDENTIAL

WAMYSA036945

**EXHIBIT**

**WAMY EX. 198**



**Kingdom of Saudi Arabia**

**Saudi  Joint  Relief**

Committee For Kosova & Chechnya

Executive Office - Riyadh



| Issue | Major | Hospital Name | m |
|---|---|---|---|
| 2<br>(A doctor for every specialty) | Endocrinology – Anesthesia | Security Forces Hospital in Riyadh | 1 |
| 2<br>(A doctor for every specialty) | Anesthesia – Pediatrics | Social Security Hospital | 2 |
| 3<br>(A doctor for every specialty) | Surgery – Internal Medicine – Pediatrics | Ministry of Health | 3 |
| 1 | Anesthesia<br>Agreed to hire him | Dallah Hospital | 4 |

As for the Ministry of Health, it has not yet approved the training of doctors, and follow-up with them is ongoing.

ص. ب ٣٤٥ الرياض ١١٣٧٢ الهاتف ٤١٩٣٥٣٠ فاكس ٤١٩٣٥٤٢
P.O.Box 345 Riyadh 11372 Tel. 4193530 Fax: 4193542 K. S. A.

CONFIDENTIAL

WAMYSA036946

Kingdom of Saudi Arabia

Saudi Joint Relief

Committee For Kosova & Chechnya

Executive Office - Riyadh

المملكة العربية السعودية

اللجنة السعودية المشتركة

لإغاثة كوسوفا والشيشان

المكتب التنفيذي - الرياض

الرقم: ٢/ك/٨٣٨ج    التاريخ ١٤٢٢/٣/١١هـ    المشفوعات: ١

سعادة الدكتور /صالح بن سليمان الوهيبي        سلمه الله

الأمين العام المساعد للشؤون التنفيذية

السلام عليكم ورحمة الله وبركاته ، وبعد :

فاسأل الله لكم التوفيق والسداد ،،،،

وأشير إلى خطابكم رقم ١٨٦٥ وتاريخ ١٤٢٢/٣/٥هـ ، المتضمن إفادتكم بترشيح الدكتور/عطاالله بن ضيف الله الرحيلي رئيس اللجنة الطبية الإسلامية بالندوة ليكون مسؤولا عن برنامج التدريب ، وطلبكم الإفادة بالمستشفيات التي ستولى تدريب الأطباء الكوسوفيين .

فيطيب لي أن أرفع لسعادتكم بيان بأسماء المستشفيات والتخصصات التي تمت الموافقة عليها .

أعانكم الله ووفقكم لكل خير ،،،،

والسلام عليكم ورحمة الله وبركاته ،،،

مدير المكتب التنفيذي



محمد بن حمد الهويدي



ص . ب ٣٤٥ الرياض ١١٣٧٢ الهاتف ٤١٩٣٥٣٠ فاكس ٤١٩٣٥٤٢

P.O.Box 345 Riyadh 11372 Tel. 4193530 Fax: 4193542 K. S. A.

البريد الإلكتروني E-Mail : sjrc@relief.org.sa

CONFIDENTIAL                                    WAMYSA036945

**Kingdom of Saudi Arabia**

**Saudi Joint Relief**

**Committee For Kosova & Chechnya**

**Executive Office - Riyadh**



المملكة العربية السعودية

اللجنة السعودية المشتركة

لإغاثة كوسوفا والشيشان

المكتب التنفيذي - الرياض

| م | اسم المستشفى | التخصص | العدد |
|---|---|---|---|
| ١ | مستشفى قوى الأمن بالرياض | الغدد الصماء - التخدير | ٢<br>( طبيب لكل تخصص) |
| ٢ | مستشفى التأمينات الاجتماعية | التخدير - طب الأطفال | ٢<br>( طبيب لكل تخصص) |
| ٣ | وزارة الصحة    * | الجراحة - الباطنية - طب الأطفال | ٣<br>( طبيب لكل تخصص) |
| ٤ | مستشفى دله | التخدير<br>وافق على التعاقد معه | ١ |

\* بالنسبة لوزارة الصحة فلم ترد الموافقة علي تدريب الأطباء والمتابعة معهم مستمرة .

ص. ب ٣٤٥ الرياض ١١٣٧٢ الهاتف ٤١٩٣٥٣٠ فاكس ٤١٩٣٥٤٢
P.O.Box 345 Riyadh 11372 Tel. 4193530 Fax: 4193542 K. S. A.

CONFIDENTIAL

WAMYSA036946



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)       §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036945 - WAMYSA036946**

Sworn to before me this

26 day of _MARCH_ of 2026

_V. Vaile_
Translation Manager

_____
Notary



**MEMBER**
American Translators Association


ACCREDITED BUSINESS

Translation       Interpretation       Transcription       DTP       Voice-over       Subtitling