D

Saudi Joint Relief
Committee For Kosova & Chechnya
Chief Office

المشفوعات : ................................

<span dir="rtl">اللجنة السعودية المشتركة
لإغاثة كوسوفا والشيشان
مكتب الرئيس
الـرقم : .................
التاريخ : .................</span>

No: 1/A/1294/2

Date: 20/12/1420

Secretary General of the World Assembly of Muslim Youth

May God's peace, mercy and blessings be upon you,

The Saudi Joint Committee for Relief in Kosovo and Chechnya plans to hold a closing ceremony for its activities and programs in Kosovo at the end of next Safar—God willing — under the gracious patronage of His Royal Highness Prince Nayef bin Abdulaziz, Minister of the Interior and General Supervisor of the Committee. This event will serve to document the aid provided by the Government of the Kingdom of Saudi Arabia to Muslims in Kosovo before, during, and after the war, as well as to honor major donors who contributed financial and in-kind assistance to the success of the Committee's programs and activities in Kosovo, and to honor the government agencies , public institutions ,and individuals who have cooperated with the Committee in this regard .

Since the World Assembly of Muslim Youth is a member of the Saudi Joint Committee, we would like to ask you to contribute to the planning of this event so that it reflects the full range of activities and programs of the member organizations. Please designate a representative from your organization and coordinate with the Acting Secretary-General of the Committee .

Thank you for your cooperation .May God protect and watch over you . May God's peace, mercy and blessings be upon you,

President of the Saudi Red Crescent Society and Chairman of the Saudi Joint Committee for Relief in Kosovo and Chechnya

[signature]

E-Mail : sjr@kosova.cc البريد الإلكتروني – فاكس ٤١٩٣٥٤٢ – الهاتف ٤١٩٣٥٣٠ – الرياض ١١٣٧٢ – ص.ب ٣٤٥
P. O. Box 345 - Riyadh 11372 - Tel. 4193530 - Fax 4193542 - Kingdom of Saudi Arabia

CONFIDENTIAL

EXHIBIT
WAMY EX. 199

WAMYSA036717



Saudi Joint Relief
Committee For Kosova & Chechnya
Chief Office

المشفوعات : .................

اللجنة السعودية المشتركة
إغاثة كوسوفا والشيشان
مكتب الرئيس

الـرقم : ١١/٦/١٤٩/ج
التاريخ : ٢٠/١٤٢١/ ١٤٢٠

سعادة الأمين العام للندوة العالمية للشباب الإسلامي        حفظه الله

السلام عليكم ورحمة الله وبركاته ، وبعد :

فتعتزم اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان إقـامة حفل ختام لأنشطتها وبرامجها في كوسوفا نهاية شهر صفر القادم – بإذن الله – تحت رعاية كريمة من صاحب السمو الملكي الأمير نـايف بـن عبدالعزيز وزير الداخلية والمشرف العام علــى اللجنـة وذلـك توثيقاً للمساعدات التي قدمتها حكومة المملكة العربية السعودية للمسلمين فـي كوسوفا قبل وأثناء وبعد الحرب وكذلك تكريم كبـار المتبرعين الذيـن اسهموا بمعوناتهم النقدية والعينية في نجاح برامج ومناشط اللجنـة فـي كوسوفا وتكريم الجهات الحكومية والمؤسسات العامة والأفراد المتعاونين مع اللجنة في ذلك .

ولأن الندوة العالمية للشباب الإسلامي عضو في اللجنة السـعودية المشتركة فإننا نرغب منكم الإسهام في الإعداد لهذا الحفل حتـى يظـهر متكاملا وممثلاً لأنشطة وبرامج المؤسسات الأعضاء ، وتسمية ممثل عن مؤسستكم والتنسيق في ذلك مع الأمين العام للجنة بالنيابة .

شاكرين تعاونكم والله يحفظكم ويرعاكم .
والسلام عليكم ورحمة الله وبركاته ،،

رئيس جمعية الهلال الأحمر السعودي
رئيس اللجنة السعودية المشتركة لإغاثة
كوسوفا والشيشان

د.عبدالرحمن بن عبدالعزيز السويلم



ص.ب ٣٤٥ – الرياض ١١٣٧٢ – الهاتف ٤١٩٣٥٣٠ – فاكس ٤١٩٣٥٤٢ – البريد الإلكتروني E-Mail : sjr@kosova.cc
P. O. Box 345 - Riyadh 11372 - Tel. 4193530 - Fax 4193542 - Kingdom of Saudi Arabia

CONFIDENTIAL                                                    WAMYSA036717



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036717**

Sworn to before me this
26 day of _MARCH_ of 2026

_V. Vaile_
—————————————
Translation Manager

—————————————
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
☆
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY





Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling