Kingdom of Saudi Arabia
Saudi Joint Relief
Committee For Kosova & Chechnya
General Fidelity



المملكة العربية السعودية
اللجنة السعودية المشتركة
لإغاثة كوسوفا والشيشان
الأمانة العامة

Ref:                                                                    Attachments:
Date:

**Minutes of the Special Meeting**
**on Arrangements for the Committee's Work in Chechnya**
**(Time: 6:00 PM, Monday, 8/7/1425 AH Location)**
**Office of the Committee Chairman**

Due to the severe conditions suffered by Chechen refugees, and based on Royal Order No. 7/B/12089 dated 1/8/1420, regarding providing humanitarian assistance and aid to the homeless in Chechen, and based on the directions of His Excellency the general supervisor of the committee, the commitee held an urgent meeting to study the matter and determine actions, recommended the following:

1. Unifying the committee's efforts, particularly regarding donations and expenditure, by forming a working team of member organizations at the General Secretariat (two members from each institution).

2. Allocating 5 million SAR from the Kosovo reserve fund for Chechnya, to be reimbursed later from donations.

3. Providing urgent relief aid (food, blankets, medicines, clothing, tents) and implementing them quickly.

4. Assigning a three-member delegation to travel to Russia to coordinate aid with the Saudi Embassy in Moscow and the Russian Ministry of Emergencies, conduct an initial needs assessment, and prepare for opening a liaison office in Ingushetia to coordinate relief.

5. Activating the role of the Saudi Red Crescent to coordinate with its related parties in the region to provide medicines and medical equipment.

6. Arranging a television media campaign in coordination with the Ministry of Information.

**WAMY EX. 200**

CONFIDENTIAL                                                          WAMYSA036796

Kingdom of Saudi Arabia
Sáudi Joint Relief
Committee For Kosova & Chechnya
General Fidelity



المَّلكة العربية السعودية
اللجنة السعودية المشتركة
لإغـاثة كوسوفـا والشيشان
الأمانة العامة

Ref:                                                                          Attachments:
Date:

| Members | | | |
|---|---|---|---|
| SN | Name | Entity | Signature |
| 1 | H.E. Dr. Abdulrahman bin Abdulaziz Al-Suweilem | President, Saudi Red Crescent | [signature] |
| 2 | H.H. Prince Turki bin Fahd bin Jalawi Al Saud | Supervisor of Islamic Relief Offices in Eastern Province | [signature] |
| 3 | Maj. Gen. Faisal bin Jaafar Bali | Director of Religious Affairs, Armed Forces | [signature] |
| 4 | Dr. Saleh bin Hamad Al-Tuwaijri | Vice President, Saudi Red Crescent | [signature] |
| 5 | Dr. Saad Al-Arabi Al-Harithi | Advisor to the Minister of Interior | [signature] |
| 6 | Dr. Saleh bin Suleiman Al-Wohaibi | Assistant Secretary-General, WAMY | |
| 7 | Mohammed bin Ali Al-Khudair | Director General, Saudi Press Agency | (excused) |
| 8 | Dhaif Allah Salim Al-Balawi | Director General of Associations, Ministry of Labor | [signature] |
| 9 | Mohammed bin Omar Al-Suhaibani | General Intelligence Presidency | [signature] |
| 10 | Mohammed bin Abdulrahman Al-Muqaytib | Ministry of Finance Representative | [signature] |
| 11 | Eng. Abdulhamid bin Abdullah Al-Zamil | Director General, Islamic Endowment Foundation | [signature] |
| 12 | Faisal Abdulaziz Hashem | Director of Foreign Aid, Ministry of Foreign Affairs | [signature] |
| 13 | Sheikh Aqeel bin Abdulaziz Al-Aqeel (represented by Mansour bin Abdulrahman Al-Kafi) Director General, Al-Haramain Charity Foundation | Secretary-General of the Committee | [signature] 20/8/7 |
| 14 | Dr. Majed bin Abdulaziz Al-Turki | Secretary-General of the Committee | [signature] |

Absent:
1- Dr. Khalid bin Fahd Al-Baddah                    National Guard Representative
May Allah guide us to what is best

CONFIDENTIAL                                                                          WAMYSA036797

Kingdom of Saudi Arabia
Saudi Joint Relief
Committee For Kosova & Chechnya
General Fidelity



المملكة العربية السعودية
اللجنة السعودية المشتركة
لإغاثة كوسوفا والشيشان
الأمانة العامة

الرقم : ..............
التاريخ : ..............

المشفوعات : ..............

<div dir="rtl">

## محضر الاجتماع الخاص
## بدراسة الترتيبات اللازمة لعمل اللجنة في الشيشان
### ( الساعة السادسة من مساء يوم الاثنين ١٤٢٠/٨/٧هـ )
## بمكتب معالي رئيس اللجنة

نظراً لما يعانيه اللاجئون الشيشان من ظروف قاسية ، وبناء على الأمر السامي رقم ٧/ب/١٢٠٨٩ وتاريخ ١٤٢٠/٨/١هـ القاضي بتقديم المساعدات الإنسانية والإغاثية للمشردين في بلاد الشيشان ، وبناء على توجيهات سمو المشرف العام على اللجنة ، فقد عقدت اللجنة اجتماعاً عاجلاً لبحث الموضوع وما يتطلبه من خطوات فاعلة ، وأوصت بمايلي :

١- توحيد جهود اللجنة بصورة كاملة وخاصة في مجال جمع التبرعات وإنفاقها في وجوهها المختلفة وذلك بتشكيل فريق عمل من الهيئات الأعضاء للعمل في الأمانة العامة ، بمعدل عضوين عن كل مؤسسة .

٢- اقتطاع مبلغ خمسة ملايين ريال من الرصيد الاحتياطي لأعمال كوسوفا لصالح الشيشان على أن يسدد لاحقاً من التبرعات .

٣- تقديم مساعدات إغاثية طارئة (مواد غذائية – بطانيات – أدوية – ملابس – خيم)، وتنفيذها بصورة عاجلة .

٤- تكليف وفد من ثلاثة أفراد يختارهم معالي الرئيس للسفر إلى روسيا لترتيب المساعدات والتنسيق مع سفارتنا في موسكو ووزارة الطوارئ الروسية ، وتقديم مسح أولي عن المنطقة والاحتياجات ، والاعداد لفتح مكتب للمتابعة في أنقوشيا وترتيب التغطية الإعلامية .

٥- تفعيل دور جمعية الهلال الأحمر السعودي في علاقاتها بالمناطق في المملكة لتوفير الأدوية والمعدات الطبية .

٦- ترتيب عمل إعلامي ( تليفزيوني ) مميز بالتنسيق مع وزارة الإعلام .

</div>

<div dir="rtl">١١٣٧٢ – الهاتف ٤١٩٣٥٣٠ – فاكس ٤١٩٣٥٤٢ – البريد الالكتروني : kosova.cc</div>

CONFIDENTIAL                                                    WAMYSA036796

Kingdom of Saudi Arabia
Saudi Joint Relief
Committee For Kosova & Chechnya
General Fidelity



المملكة العربية السعودية
اللجنة السعودية المشتركة
لإغاثة كوسوفا والشيشان
الأمانة العامة

الرقم : ...........................
التاريخ : ...........................

المشفوعات : ...........................

الأعضاء

| التوقيع | الجهة | الاسم | م |
|---|---|---|---|
| | رئيس جمعية الهلال الأحمر السعودي | معالي الدكتور عبدالرحمن بن عبدالعزيز السويلم | ١ |
| | المشرف على مكاتب هيئة الإغاثة الإسلامية العالمية بالمنطقة الشرقية | سمو الأمير / تركي بن فهد بن جلوي آل سعود | ٢ |
| | مدير إدارة الشؤون الدينية بالقوات المسلحة | سعادة اللواء فيصل بن جعفر بالي | ٣ |
| | نائب رئيس جمعية الهلال الأحمر السعودي | سعادة الدكتور / صالح بن حمد التويجري | ٤ |
| | مستشار سمو وزير الداخلية | سعادة الدكتور / ساعد المرابي الحارثي | ٥ |
| | الأمين العام المساعد للندوة العالمية للشباب الإسلامي | سعادة الدكتور / صالح بن سليمان الرهيبي | ٦ |
| | مدير عام وكالة الأنباء السعودية | سعادة الأستاذ / محمد بن علي الخضير | ٧ |
| | مدير عام المؤسسات والجمعيات الأهلية بوزارة العمل | سعادة الأستاذ / ضيف الله سليم البلوي | ٨ |
| | رئاسة الاستخبارات العامة | سعادة الأستاذ / محمد بن عمر السحيباني | ٩ |
| | ممثل وزارة المالية والاقتصاد الوطني | سعادة الأستاذ / محمد بن عبدالرحمن المقيطيب | ١٠ |
| | مدير عام مؤسسة الوقف الإسلامي | سعادة المهندس /عبدالحميد بن عبدالله الزامل | ١١ |
| | مدير إدارة المساعدات الخارجية بوزارة الخارجية | سعادة الأستاذ / فيصل عبدالعزيز هاشم | ١٢ |
| ٥٠١٨/٧ هـ | مدير عام مؤسسة الحرمين الخيرية | الشيخ / عقيل بن عبدالعزيز العقيل -مندوب عنه ... | ١٣ |
| | أمين عام اللجنة | سعادة الدكتور / ماجد بن عبدالعزيز التركي | ١٤ |

المتغيبون

١ – الدكتور / خالد بن فهد البداح          ممثل رئاسة الحرس الوطني

والله الموفق

CONFIDENTIAL

E-Mail : ....@kosova.cc ... البريد الإلكتروني ... ٤١٩٣٥٤٧ – فاكس ... ٤١٩٣٥٣٠ – الهاتف ... ١١٤٧٢ ...

WAMYSA036797



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)     §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036796 - WAMYSA036797**

Sworn to before me this

26 day of MARCH        of 2026

_____
Translation Manager

_____
Notary





Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling