

**World Assembly of Muslim Youth**                                      الندوة العالمية للشباب الاسلامي

No. 107                                                          Office of the Secretary General

Date: July 8, 1992

**Circular**

**Assistant Secretary General, Jeddah Office**
**Chairman of the WAMY Committee on Bosnia and Herzegovina**
**Supervisor of the WAMY Office in Medina**
**Supervisor of the WAMY Office in the Eastern Region**
**Executive Director of the Islamic Benevolence Committee, Jeddah**

Peace, mercy, and the blessings of Allah be upon you.

I wish to express my sincere gratitude and appreciation for you distinguished efforts to assist our Muslim brethren in Bosnia and Herzegovina during the work of the committee WAMY established for this purpose under the guidance of His Royal Highness, Prince Salman bin Abdulaziz. We ask Allah to count this among your good deeds on the day you meet Him.

As you are aware, supreme directives have been issued to form a High Commission to collect donations for the Muslims of Bosnia and Herzegovina, under the chairmanship of His Royal Highness, Prince Salman bin Abdulaziz. Praise be to Allah, the Authority has performed tremendous work, which we anticipate Allah will render as great benefit for the Muslims there, as it is a combined governmental and popular effort.

Therefore, I request that you kindly notify the colleagues who cooperated with WAMY to not collect any donations using WAMY's vouchers and to limit themselves only to the vouchers distributed by the High Commission for Donations to Bosnia-Herzegovina. I am aware that large numbers of vouchers have been distributed previously and that it will require time to recover them, but the matter must be given attention and monitored so that there is no duplication and collections for Bosnia and Herzegovina are conducted only through the High Commission or its branches in the various regions, after coordinating with the officials in your region. I ask Allah to grant success to all in that which He loves and which pleases Him.

Peace, mercy, and the blessings of Allah be upon you.

Secretary General
World Assembly of Muslim Youth
[signature]                                               M/0152 [signature]
Dr. Mani Hammad Al-Johani

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقياً: اسلامية الرياض
تلكس ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس (٠١)٤٦٤١٧١٠/٤٦٤١٦٧٦

CONFIDENTIAL                                          **EXHIBIT** WAMYSA062007
                                                      **WAMY EX. 202**

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام

*Office of the Secretary General*

الرقـــم ........ ٧ . . . ٩ ..........
التاريخ ........ ٢٨ / ١ / ١٤١٣ (١ج)

تعميـم

| | |
|---|---|
| حفظه الله | سعادة الأخ الأمين العام المساعد/ مكتب جدة |
| حفظه الله | سعادة الأخ رئيس لجنة البوسنة والهرسك في الندوة |
| حفظه الله | سعادة الأخ المشرف على مكتب الندوة بالمدينة |
| حفظه الله | سعادة الأخ المشرف على مكتب الندوة بالمنطقة الشرقية |
| حفظه الله | سعادة الأخ المدير التنفيذي للجنة البر الاسلامية / جدة |

السلام عليكم ورحمة الله وبركاته

يسرني أن أعبر لكم عن جزيل شكري وتقديري للجهود المتميزة التي قمتم بها لمساعدة اخواننا المسلمين في البوسنة والهرسك وذلك خلال فترة عمل اللجنة التي كونتها الندوة لهذا الغرض تحت توجيهات صاحب السمو الملكي الأمير سلمان بن عبدالعزيز. نسأل الله أن يجعل ذلك في ميزان حسناتكم يوم تلقونه.

وكما تعلمون فقد صدرت التوجيهات السامية بتشكيل هيئة عليا لجمع التبرعات لمسلمي البوسنة والهرسك برئاسة صاحب السمو الملكي الأمير سلمان بن عبدالعزيز. وقد قامت الهيئة ولله الحمد بعمل جبار نتوقع أن يجعل الله فيه خيرا كثيرا للمسلمين هناك وذلك لأنه جهد حكومي وشعبي متضافر. لذا أرجو التكرم بالتنبيه على الأخوة الذين تعاونوا مع الندوة بعدم جمع أي تبرعات بقسائم الندوة والاكتفاء فقط بالقسائم التي توزعها الهيئة العليا لجمع التبرعات لمسلمي البوسنة والهرسك. وأنا أعلم أنه قد وزعت أعداد كبيرة من القسائم سابقا وسوف يحتاج الأمر الى وقت لاسترجاعها ولكن لابد من الاهتمام بالموضوع ومتابعته. حتى لا تكون هناك أي ازدواجية في الموضوع ولا يجمع للبوسنة والهرسك إلا من خلال الهيئة العليا أو فروعها في المناطق المتعددة بعد التنسيق مع المسئولين في منطقتكم. سائلا الله أن يوفق الجميع لما يحبه ويرضاه.

والسلام عليكم ورحمة الله وبركاته

أخوكم
الأمين العام
للندوة العالمية للشباب الاسلامي

د. مانع بن حماد الجهني

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str,
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx.  400413/405220  ISLAMI SJ, Fax.  (01)  4641710/4641676

ص.ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف: ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقيا: اسلامية الرياض
تلكس: ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس: ٤٦٤١٧١٠/٤٦٤١٦٧٦(٠١)

CONFIDENTIAL

WAMYSA062007



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English  language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA062007**

Sworn to before me this

____ day of _____ of 2026

_____
Translation Manager

_____
Notary





American Translators Association



Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling