

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام

*Office of the Secretary General*

الرقـم ....... ٦٨ ...........

التاريخ ........ ٦ / ٨ / ١٤١٣ هـ

No. 68

Date: July 6, 1992

Dear Sir, Director of Al-Rajhi Investment Bank, may God protect him

The 30th Branch in Al-Olia

Peace be upon you, God's mercy and blessings

Please transfer the balance in our current account No. 66643 (Victims in Yugoslavia) to your account for the High Commission for Fundraising for Muslims in Bosnia and Herzegovina.

We also hope that you will close this account at your branch and at all Al Rajhi Bank branches in the Kingdom. We ask that any future payments received through this account be transferred to the Supreme Commission's account.

Thank you for your cooperation.

May God's peace, mercy and blessings be upon you,

Secretary-General
World Assembly of Muslim Youth
Dr. Manaa bin Hammad al-Johani
[signature]
[seal]

م / ٠١٣٢

P.O.Box 10845 · Riyadh 11443 · Prince Sultan Bin Abdul Aziz Str. Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمير سلطان بن عبد العزيز ــ العليا المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقياً: اسلامية الرياض تلكس ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس ٤٦٤١٦٧٦/٤٦٤١٧١٠ (٠١)

CONFIDENTIAL

**EXHIBIT**
WAMY EX. 203

WAMYSA057615



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الإسلامي

مكتب الأمين العام

*Office of the Secretary General*

الرقم .......... ٦٨

التاريخ ......... ٦ / ١٨ / ١٤١٣ هـ

الأخ الفاضل مدير شركة الراجحي المصرفية للاستثمار        حفظه الله

فرع الثلاثين بالعليا

السلام عليكم ورحمة الله وبركاته

نرجو التكـرم بتحويـل الرصيـد الموجود في حسابنـا الجـاري لديكم رقم ٦٦٦٤٣ (المتضـررين فـي يوغسلافيـا) لحسـاب الهيئة العليا لجمـع التبرعات لمسلمي البوسنة والهرسك لديكم.

كمـا نأمـل اغلاق هـذا الحسـاب لـديكم ولـدى جميـع فروع شـركة الـراجحي المصرفية بالمملكـة. وأي مبالغ ترد إلينـا عن طريق هذا الحساب مستقبلا نرجو تحويلها لحساب الهيئة العليا.

نشكركم على تعاونكم.

والسلام عليكم ورحمة الله وبركاته.

الأمين العام
للندوة العالمية للشباب الاسلامي



د. مـانع بـن حمـاد الجهـني

م / ١٣٢

P.O.Box 10845 · Riyadh 11443 · Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقياً: اسلامية الرياض
تلكس ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس ٤٦٤١٦٧٦/٤٦٤١٧١٠ (٠١)

CONFIDENTIAL

WAMYSA057615


**NOVA**Languages

**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)       §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English  language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA057615**

Sworn to before me this

26 day of _____MARCH_____ of 2026



_____
Translation Manager

_____
Notary

**ROGER ANTHONY BROWN**
**STATE OF NEW YORK**
☆
**NOTARY PUBLIC**
01BR6253070
EXP. 12.19.2027
**KINGS COUNTY**



**ata MEMBER**
**American Translators Association**

**BBB® ACCREDITED BUSINESS**

Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling