Confidential: Attorney - Client Communications
[Duplicate Text]

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance



[**Logo**: *Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. 3/3/2746
Date: 10/30/1420 AH
(02/06/2000 AD)
Attachments: ----

**His Excellency the General Secretariat of the World Assembly of Muslim Youth, may Allah bless him**
**May the peace, mercy, and blessings be upon you.**
**I ask Allah the almighty that you are doing well.**

This is with reference to your letter No. 6334, dated 08/21/1420 AH (11/30/1999 AD) and the attached report on your visit to Bosnia and Herzegovina and Austria with the delegation of the Supreme Commission to help the Muslims of Bosnia and Herzegovina.

I was delighted to review the report's information and suggestions about the situation of the Muslims of Bosnia and Herzegovina and the Islamic community in Austria. I approve your suggestions regarding the stimulation of the World Assembly's role and activities in Bosnia and Herzegovina and Austria according to the World Assembly's abilities. Thus, there will be a major impression on the service of the Muslims there.

I ask Allah the almighty to lead all to the benefit of Islam and the Muslims.

May the peace, mercy, and blessings be upon you.

Minister of Islamic Affairs, Endowments, Da'wah, and Guidance
Saleh bin Abdelaziz bin Mohamed Al Sheikh
[*Signed*]

Dr. Al Sameh
10/22/1420 AH (01/29/2000 AD)

[*Illegible*]

No. 8643

Date: 11/02/1420 AH (02/07/2000 AD)

Confidential: Attorney - Client Communications
[Duplicate Text]

641

WAMYSA1249468





سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

الرقم: ٢/١/٦٤٧.٥
التاريخ: ٢٠/١٠/١٤٢٠
المشفوعات: .......

سعادة الأمين العام للندوة العالمية للشباب الإسلامي                وفقه الله

سلام عليكم ورحمة الله وبركاته...أمابعد:

فأسأل الله لكم العون والسداد .

وأشـيـر إلى كتـاب سـعـادتكم ذي الرقم ٦٣٣٤ المؤرخ في ٢١/٨/١٤٢٠هـ والتـقـريـر المرافـق عن زيـارتكم ضـمـن وفـد الهيئـة العليا لمسـاعدة مـسلمي البوسنة والهرسك لكلٍ من البوسنة والهرسك والنمسا .

وقد سـرنـي مـاتضـمـنـه التـقـريـر من معلومـات ومـقـتـرحـات حول وضـع المسلمين في البوسنة والهرسك وكذلك الجالية الإسلامية في النمسا ، وأؤيد ما طرحـتـمـوه من مـقـتـرحـات بخـصـوص تفعيل دور الندوة ونشـاطاتهـا في البوسنة والهرسك والنمسا حسب إمكانات الندوة مما سيكون لها أثر كبير في خدمة المسلمين هناك .

داعياً الله تعالى أن يـوفق الجميع إلى مـافيه خير للإسلام والمسلمين .
والسلام عليكم ورحمة الله وبركاته.

وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد

صالح بن عبدالعزيز بن محمد آل الشيخ

سري.. مراسلات بين المحامي والندوة
Confidential: Attorney-Client Communications

WAMYSA1249468



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language:** Arabic > English

**Document title:** WAMYSA 1249468

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:**  Farah Alshekhli

**Qualifications:**  BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed:** *Farah Alshekhli*                **Date:** July 1, 2019