

**World Assembly of Muslim Youth**

Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي

لجنة شباب مسلمي أوروبا الشرقية

Number:

Date:

Report on the Visit to Kosovo, Montenegro, Albania, and Poland

During the period from October 7 to July 31, 2001, corresponding to 4/19 to 10/5/1422 AH

First: Highlights of the work and activities carried out during the visit:

1- In Kosovo:

- A meeting was held with Brother Adnan Ismaili, Director of the Al-Marhama Charitable Society in Macedonia, where he represents the Assembly in Macedonia to provide aid to Albanian refugees. He was given the sum of $20,000, and I asked him to submit a detailed report on the disbursement of the funds, as was done previously.

- A meeting was held with Brother Babiker Mahjoub, Director of the Assembly's office in Kosovo, and the organization of the visit to Kosovo was discussed.

- We visited the Assembly's warehouse in Ferzaj and observed how aid boxes were being prepared for refugees in the region. By the end of my visit, 4,000 boxes had been distributed. Each box is worth approximately 15 marks and contains rice, pasta, sugar, cooking oil, laundry and hand soap, and diapers.

- I also reviewed the projects of the Al-Ibrahim Charitable Foundation, particularly the project to assist certain families in building their own homes. I instructed the project manager to expedite the project's completion and submit detailed reports.

- Meeting with office staff and discussing the committee's work starting in 1422 AH for the next five years.

- Follow-up on the committee's mosque projects and providing guidance regarding them, particularly the Hani Lizet City Mosque and the Al-Farooq Mosque in Firzai, where a meeting was held with the landowner who donated the land, and he was urged to complete the necessary procedures, noting that the project cost may reach (250,000) marks.

- A meeting of the Saudi Joint Committee was attended, chaired by Walid Al-Omran, representative of the Saudi Committee, and attended by the Director of the Assembly Office, the Director of the Relief Authority Office, and the Acting Director of the Waqf Office; the Director of the Two Holy Mosques Office did not attend.

Page 1 of 10

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669
Fax. (01) 4641710 - Tel. & Fax: (01) 4812005 - Direct
E-mail - yosu@wamy.org

CONFIDENTIAL

EXHIBIT

WAMY EX. 206

WAMYSA524798



World Assembly of Muslim Youth

Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي

لجنة شباب مسلمي أوروبا الشرقية

Number:

Date:

• A meeting was held with Mr. Husam al-Din Abbas, head of the Kosovo Wisdom Association, who expressed his gratitude to the Assembly for its contributions to the association, particularly the scholarship program (bachelor's, master's, and doctoral degrees) at the University of Pristina, which provided 13 scholarships to the association.

• A visit was made to the Assembly's cultural center in the city of Ferzay, where we observed an English language course for men, a computer course for women, a sewing course for women, and a Sharia course for youth. These courses last three months, with separate times for women and men at the center. Da'wah talks were delivered to them, and a lecture on good character was given to the 35 young men in the Islamic studies course.

• A total of 600 boxes of relief and food supplies were distributed to refugees in the city of Vezay before and after Friday prayers over a four-hour period, reaching more than 350 families. The distribution was featured on the Ilria TV station in the main news segment, featuring interviews with the Assembly's administration regarding the refugee aid project and an introduction to the Assembly.

• A meeting was held with members of the Islamic Council in Vezay, and discussions took place regarding some of their demands, the most important of which was the return of the Council building to the administration, the religious school, and the Assembly's office in Vezay.

• A meeting was held with the Assembly's preacher, Musa Wela, in the city of Hani Lest, who is also a teacher at the Islamic College in Pristina. The discussion centered on the mosque that will be built, God willing, in Hani Lest. His Excellency Dr. Abdulrahman Al-Suwailem donated the sum of (50,000) from the Saudi Joint Committee for this purpose, and discussed matters related to da'wah in the region and the situation of Macedonian refugees, as it is the main city on the border with Macedonia.

• A meeting was held with the Administrative Governor of the Verzaj region of the UNMIK government in Kosovo, Mr. Hafizullah from Pakistan, at the Assembly's headquarters. He expressed his gratitude to the Assembly for the assistance it has provided, noting that the Assembly is the first charitable organization in the region to have contributed significantly and continues to do so.

Page 2 of 10

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 484 1888    المملكة العربية السعودية — هاتف ٤٦٤١٨٨٨ (٠١)
Fax: (01) 4841713  -  Tel. & Fax: (01) 4812086 - Direct    هاتف و فاكس (مباشر) ٤٨١٢٠٨٦ (٠١) - ٤٦٤١٩٧١
E-mail - yceu@wamy.org    البريد الإلكتروني yceu@wamy.org

CONFIDENTIAL

WAMYSA524799



Number:

Date:

• The Governor of the Verzai region, Mr. Hafizullah, along with some officials from the UNMIK government in the region, was invited to one of the ancient caves in the area for lunch, and some officials from the Saudi Joint Committee were present.

• A meeting was held with the Director of Minorities Affairs at the local government (UNMEC) office at the Assembly's headquarters. He is a Canadian of Ugandan origin and came to thank the Assembly for the assistance it has provided to minorities in the region.

• Travel to the city of Hani Lyst, where a graduation ceremony was attended for thirty female students from a two-year Quran memorization program. The students' recitations were listened to, a sermon was delivered, and certificates and awards were distributed in the presence of some parents and local officials.

• Distribution of relief aid to Macedonian refugees in the city of Hani Lizet, amounting to 170 boxes and benefiting approximately 130 families.

• Attending the graduation ceremony for a class of 43 computer students at the Cultural Center in Ferzai. Advice was given to them, followed by remarks from some participating students thanking the Assembly, and then the distribution of certificates. Note that the course lasted three months.

• We also attended the graduation ceremony for a group of 46 female students who completed a three-month English language course at the Cultural Center in Firzai. Advice was given to them, and certificates were presented.

• A trip was made to the city of Barzan, located three hours from Farsay, to meet with representatives from the Taiba Foundation to discuss matters related to the Assembly activities organized by the Taiba Foundation with support from the Assembly Office in Jeddah.

• A visit was made to the office of the Saudi Joint Committee in Burj Al-Sharq, where a meeting was held with Brother Walid Al-Omran, Acting Executive Director. A visit was also made to the Relief Authority office in the same building with the office director.

• Visited the Islamic Council and met with some officials there. They submitted several requests regarding the Assembly, the most important of which was for a building and housing for female college students for a period of one year only, as they have demolished the old building and wish to renovate it with support from the Islamic Development Bank.

Page 3 of 10

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1889    (٠١) ٤٦٤١٩٦٩ هاتف – المملكة العربية السعودية – ١١٤٤٣ الرياض – ١٠٨٤٥ ب ص م
Fax: (01) 4641710 - Tel. & Fax: (01) 4612096 - Direct    (٠١) ٤٦١٢٠٩٦ (مباشر) فاكس و هاتف – (٠١) ٤٦٤١٧١٠ فاكس
E-mail - ycau@wamy.org    ycau@wamy.org الإلكتروني البريد

CONFIDENTIAL

WAMYSA524800

World Assembly of Muslim Youth
Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي
لجنة شباب مسلمي أوروبا الشرقية

Number:

Date:

• The Albanian Kosovar Minister of Labor paid a special visit to the Assembly's office in Ferizaj to thank the Assembly for its outstanding efforts at the Assembly's cultural center in training local government employees from various departments according to their job levels, with many receiving training in computer skills and English. A discussion was held with him regarding the importance of providing moral support to the Assembly in its work in the region.

• A visit to the Al-Bar Waqf Association, affiliated with Yusuf Islam in Britain, where we learned about their activities. They care for many orphans, have a cultural center dedicated to women, a da'wah center for female university students, and publish a specialized magazine for children. and there are other activities specifically aimed at women and orphans. We also visited another of their centers for orphans in the city of Bija, which is three hours away from our base.

2- In Montenegro:

• We traveled by land from Pristina to the city of Ulcinj on the Adriatic Sea, which is inhabited by a majority of Albanians. The route was mostly mountainous and took about 15 hours. In the city of Ulcinj, there is a cultural center affiliated with the Al-Nour Association. The Eastern Europe Assembly of the Forum supports the Al-Nour Association in running the cultural center, and we visited it to learn about the programs and activities it conducts.

• Meeting with the Board of Directors of the Al-Noor Charitable Association in Ulcinj. The board consists of six members, including a chairman and an executive director, Brother Hussein Taher (sponsored by the Assembly). We exchanged views on the region and the association's work.

• A visit to the capital (Podgorica) and a visit to the site of the Islamic school planned to be built, God willing, where the cornerstone has been laid and some foundations have been built. The Assembly and the Islamic Bank have promised their support until all the official paperwork and documentation are completed.

3. In Albania:

• We traveled from Albania to Montenegro by land; the journey from Ulcinj to Tirana took about nine hours, including border delays.

Page 4 of 10

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1660
Fax: (01) 4641710 - Tel. & Fax: (01) 4612098 - Direct
E-mail - yoau@wamy.org

CONFIDENTIAL

WAMYSA524801



Number:

Date:

• Visited the Saudi Embassy office in Tirana and met with Mr. Saad Al-Huraibi. Discussed the opening of the cultural center in Tirana and introduced the Assembly to him, as he is a new staff member. For your information, Saudi Arabia has elevated its diplomatic representation to the level of ambassador instead of chargé d'affaires with Albania.

• Followed up on preparations for the opening ceremony of the Al-Nadwa Cultural Center in Tirana, where the site of the former Arab School was selected; the ceremony will be held under the patronage of the Albanian Minister of Culture, as the Assembly's license is issued by them.

• On Saturday, July 21, 2001 (corresponding to April 30, 1422 AH), the Assembly Cultural Center was inaugurated. The Deputy Minister of Culture of Albania attended on behalf of the Minister, who was traveling. Also in attendance were Brother Saad Al-Huraibi from the Saudi Embassy, Brother Bahar Beko, Advisor to the Prime Minister's Office for Religious Affairs, officials from the Albanian Islamic Council, heads of Albanian youth associations, directors of some Arab Islamic associations, and many Albanians interested in Islamic work. The ceremony began with a welcoming speech by Hector Saleh, Director of the Assembly's office in Albania, followed by a speech from the Minister of Culture delivered on his behalf by the Deputy Minister. This was followed by a tour of the center to view its facilities, which include an office for the Assembly, another for the center, and a third for the secretariat, as well as classrooms—two of which are equipped with twenty computers for computer training—and other classrooms. The event was broadcast on five satellite TV channels, including state television, where it was featured in the main news, and the story was reported in some of Albania's major newspapers.

• A meeting with the brothers in charge of the Islamic Charitable Project Association, during which the importance of utilizing the cultural center affiliated with the Assembly was discussed.

• A meeting with the head of the Islamic Echo Association, which publishes a monthly magazine distributed throughout Albania and maintains good cooperation with the Assembly's administration.

• A meeting was held with the brothers in charge of the Horizons and Culture Association, and the discussion centered on the association's current activities, as they oversee fifty Quran memorization circles and organize seasonal activities during Ramadan and the summer. The conversation then turned to the importance of utilizing the cultural center affiliated with the Assembly.

Page 5 of 10

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669
Fax: (01) 4641710  -  Tel. & Fax.: (01) 4812096 - Direct
E-mail - youu@wamy.org

CONFIDENTIAL

World Assembly of Muslim Youth
Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي
لجنة شباب مسلمي أوروبا الشرقية

Number:

Date:

• A meeting was held with the Deputy Chairman of the Council, "Arir," and the Secretary-General of the Council, "Saleh Tifari." The discussion focused on the importance of supporting the Council, and it was explained to them that the Assembly is committed to supporting activities aimed at young people.

4. In Poland:

• A meeting was held with the brothers in charge of the Islamic Center in Białystok, where the Assembly has an office. They were thanked for their cooperation with the Assembly by allocating a room for the Assembly. A meeting was also held with the President of the Union of Muslims in Poland, Stefan Mustafa, who was recently nominated for the presidency of the Union, during the first gathering of Muslims under the new Union administration on Friday (July 27, 2001). There were no fewer than two hundred Muslims under the new Union's leadership, thanks to the Assembly's support for this gathering. Some government officials were present, and two speeches were delivered before the Friday sermon: the first on the history of Islam and Muslims in Poland, and the second on the area and the mosque where we prayed, which is considered a historic site. The Assembly delivered a speech on this occasion after Friday prayers, followed by a visit to the large Muslim cemetery near the mosque. The president of the Muslim Union then stepped forward and thanked the Assembly for its support of this gathering, noting that they are in greater need of moral and material support.

• We traveled to Warsaw, the capital, and visited the Islamic Center there, which is affiliated with the Muslim World League. We met with a delegation from the Tablighi Jamaat who had come from London to preach in Poland.

• We met with Brother Ali Abu Isa, the head of outreach and education at the Cultural Rehabilitation Association, and discussed a number of outreach activities they are undertaking, particularly the translation and printing of books.

Page 6 of 10

P.O. Box 10045 - Riyadh 11443 - Suleimaniya - Saudi Arabia - Tel. (01) 464 1958
Fax: (01) 4641710 - Tel. & Fax: (01) 4612098 - Direct
E-mail - yceu@wamy.org

WAMYSA524803

World Assembly of Muslim Youth
Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي
لجنة شباب مسلمي أوروبا الشرقية

Number:

Date:

Second: Key Observations:

• The Tayba Foundation in Kosovo continues to carry out all its activities under the name of Tayba and the Assembly from Jeddah, and all slogans read "The Assembly Jeddah Office." This creates confusion and a poor reputation for the Assembly in the region. Many books have been distributed in the name of the Assembly through the Tayba Foundation, of which the Assembly office in Kosovo knows nothing.

• The health situation in the region is dire, and they urgently need assistance in this area in any way possible.

• Da'wah programs and activities in Montenegro are very weak, and few Islamic institutions are interested in the region. Even the cultural center in Ulcinj, which is supported by the Assembly, needs to play a more active role both at the center and in the region.

• There are a number of Chechen refugees in Poland, scattered across several cities, and they have few needs.

Page 7 of 10

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 4641000
Fax: (01) 4641710 - Tel. & Fax.: (01) 4632066 - Direct
E-mail - ycau@wamy.org

CONFIDENTIAL

WAMYSA524804

World Assembly of Muslim Youth
Committee of Eastern Europe Muslim Youth

Number:

Date:

Third: Key Recommendations:

• It is important to resolve the issue regarding the Jeddah Office of the Assembly's activities in the Balkans under the name "Jeddah Office of the Assembly," ensuring this is done through the Eastern Europe Committee; otherwise, the Assembly's logo should not be used, as previously agreed upon with Dr. Abdulwahab Nour Wali, who did not adhere to this agreement.

• The situation of Macedonian refugees, whether in Kosovo or within Macedonia, requires greater action and more support, particularly regarding basic needs and medical treatment for patients.

• The importance of completing the construction of the Al-Farooq Mosque in Vezaj, which requires 150,000 German marks.

• The importance of holding outreach meetings with scholarship students at universities and involving them in the Assembly's activities; I suggest that meetings with them be arranged by visitors coming through the Assembly.

• Renting housing for female students from the College of Islamic Studies in Kosovo, along with renting a study space for them in Pristina, as requested by the Head of the Council, Dr. Rajab Boya, for a period of one year only, at a total cost of 30,000 German Marks.

• Completing the collection of necessary donations for the mosque in Hanni-Lies, amounting to approximately 100,000 German marks.

• Establish a medical camp to treat patients, train some local doctors, and coordinate this effort with the Islamic Medical Committee at the Assembly.

• Allocate funds to purchase a car for preacher Ahmed al-Bulandi after he obtains his driver's license, up to $7,000.

Prepared by

Chairman of the Commission

Abdullah bin Abdulrahman Al-Mahibad

[signature]

Page 8 of 10

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1683
Fax: (01) 4641710 -  Tel. & Fax: (01) 4532096 - Direct
E-mail - ycau@wamy.org

CONFIDENTIAL

WAMYSA524805



Number:

Date:


Fourth Illustrated Supplement

[photo]

Distribution of Relief Aid to Refugees

Arriving in Ferzaj, Kosovo


[photo]

Distribution of relief aid to refugees

in Ferzaj, Kosovo


[photo]

Governor of the Verzai Region – Kosovo – Mr.

Hafizullah from Pakistan visits the Assembly office


Page 9 of 10

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tal. (01) 464 1869

Fax.: (01) 4641710 -  Tel. & Fax.: (01) 4612096 - Direct

E-mail - yceu@wamy.org

CONFIDENTIAL                                                                 WAMYSA524806



Number:

Date:

[photo]

Opening ceremony of the Assembly Cultural Center in

Tirana – Albania


[photo]

Opening ceremony of the Assembly Cultural Center in

Tirana, Albania


[photo]

The Committee Chair and Director of the Assembly Office in Albania

with members of the Al-Nour Charitable Association in Montenegro


Page 10 of 10

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669
Fax.: ( 01 ) 4841710 - Tel. & Fax: ( 01 ) 4612006 - Direct
E-mail - yoau@wamy.org

CONFIDENTIAL            WAMYSA524807

CONFIDENTIAL                    WAMYSA524807



World Assembly of Muslim Youth
Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي
لجنة شباب مسلمي أوروبا الشرقية

الرقـم :                       التاريخ :           التـــاريخ :

## تقرير زيارة كوسوفا والجبل الأسود وألبانيا وبولندا

### خلال الفترة من ٧/١٠ إلى ٢٠٠١/٧/٣١ الموافق ٤/١٩ حتى ١٤٢٣/٥/١٠هـ

أولاً: أبرز الأعمال والنشاطات التي تمت خلال فترة الزيارة:

١- في كوسوفا:

- لقد تم الاجتماع بالأخ/ عدنان إسماعيلي مدير جمعة المرحمة الخيرية، في مقدونيا حيث أنه يمثل الندوة داخل مقدونيا لتقديم المساعدات للاجئين الألبان، وقدم له مبلغ ( ٢٠,٠٠٠ ) دولار وطلبت منه تقديم تقرير مفصل عن صرف المبلغ كما حصل في السابق.

- الاجتماع بالأخ مدير مكتب الندوة في كوسوفا الأخ/ بابكر محجوب، وتمت مناقشة تنظيم برنامج الزيارة لكوسوفا.

- تمت زيارة مستودع الندوة في فيرزاي وتم الإطلاع على كيفية إعداد كراتين المساعدات للاجئين المقدون في المنطقة، ولقد تم توزيع ( ٤٠٠٠ ) كرتون إلى حين نهاية زيارتي، وقيمة الكرتون الواحد ( ١٥ ) مارك تقريباً، وتتكون من الأرز والمكرونة والسكر وزيت الطعام، وصابون الملابس واليد ، وحفاظات الأطفال.

- والاطلاع على مشاريع مؤسسة البراهيم الخيرية وبخاصة مشروع المساهمة في دعم بعض الأسر لبناء بيوت خاصة بهم، وتم توجيه المسؤول عن متابعة المشروع بالإسراع لإنهاء المشروع وإرسال التقارير الخاصة بها مفصلة.

- الاجتماع بالعاملين بالمكتب ومناقشتهم حول عمل اللجنة القادم من عام ١٤٢٢هـ ولمدة خمسة أعوام قادمة.

- متابعة مشاريع المساجد الخاصة باللجنة والتوجيه حيالها ، وبخاصة جامع مدينة هاني ليزت، وجامع الفاروق بفريزاي، حيث تم الاجتماع بصاحب الأرض الذي تبرع بها وحثه لإنهاء الإجراءات اللازمة علماً بأن تكلفة المشروع قد تصل إلى ( ٢٥٠,٠٠٠ ) مارك.

- تم حضور اجتماع اللجنة السعودية المشتركة برئاسة وليد العمران ممثل اللجنة السعودية وعضوية مدير مكتب الندوة، ومدير مكتب هيئة الإغاثة، ومدير مكتب الوقف بالنيابة ولم يحضر مدير مكتب الحرمين.

صفحة ١ من ١٠

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1569
Fax.: (01) 4641710  -  Tel. & Fax.: (01) 4612096 - Direct
E-mail - yosu@wamy.org

ص.ب ١٠٨٤٥-الرياض ١١٤٤٣ – المملكة العربية السعودية – هاتف ٤٦٤١٥٦٩ (٠١)
فاكـــس : ٤٦٤١٧١٠ (٠١) – هاتف و فاكـسن (مباشر) ٤٦١٢٠٩٦ (٠١)
البريـد الإلكتــروني yosu@wamy.org

CONFIDENTIAL                    WAMYSA524798



World Assembly of Muslim Youth

Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي

لجنة شباب مسلمي أوروبا الشرقية

التاريخ :ـ ............                               الرقم : ............

- تم الاجتماع بالأخ حسام الدين عباس المسؤول عن جمعية الحكمة الكوسوفية حيث قدم الشكر للندوة على ما قدمته للجمعية وبخاصة مشروع المنح الدراسية ( البكالوريوس،والماجستير، والدكتوراه ) في جامعة برشتنا وعددها ( ١٣ ) منحة للجمعية.

- تمت زيارة المركز الثقافي للندوة في مدينة فيرزاي، وتم الاطلاع على دورة في اللغة الإنجليزية للرجال، ودورة في الكمبيوتر للنساء، ودورة في الخياطة للنساء، ودورة شرعية للشباب، وهذا الدورات مدتها ثلاثة أشهر، وأوقات النساء منفصلة عن الرجال في المركز، وتم إلقاء كلمات دعوية لهم، كما تم إلقاء محاضرة على الشباب في الدورة الشرعية عن حسن الخلق وكان عددهم ( ٣٥ ) شاباً.

- تم توزيع عدد ( ٦٠٠ ) كرتون مواد إغاثية وغذائية على اللاجئين المقدون في مدينة فيرزاي قبل صلاة الجمعة وبعدها لمدة استمرت أربع ساعات شملت أكثر من ( ٣٥٠ ) عائلة ، ولقد عرض التوزيع في محطة تلفاز ( ايلريا ) في الأخبار الرئيسة مع لقاءات مع إدارة الندوة حول مشروع المساعدات للاجئين والتعريف بالندوة.

- الاجتماع بأعضاء المشيخة الإسلامية في فيرزاي، وتم التحاور معهم حول بعض مطالبهم، ومن أهمها إعادة مبنى المشيخة للإدارة والمدرسة الدينية ومكتب الندوة في فيرزاي.

- الاجتماع بالأخ الداعية التابع للندوة موسى ويلا في مدينة هاني ليزت والمدرس بالكلية الإسلامية في برشتنا، وذلك حول المسجد الذي سيبنى إن شاء الله تعالى في هاني ليزت، وتبرع معالي الدكتور عبد الرحمن السويلم بمبلغ ( ٥٠،٠٠٠ ) مارك لذلك من اللجنة السعودية المشتركة، ومناقشته حول أمور الدعوة في المنطقة وأوضاع اللاجئين المقدون لأنها المدينة الرئيسة على الحدود مع مقدونيا.

- الاجتماع بالحاكم الإداري لإقليم فيرزاي من حكومة ( الأونمك ) في كوسوفا الأستاذ حفيظ الله من باكستان، وذلك في مقر الندوة حيث قدم الشكر للندوة على ما قدمته من مساعدات، وذكر بأن الندوة هي المؤسسة الخيرية الأولى في الإقليم التي قدمت الكثير ولا تزال.

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669
Fax: (01) 4641710  -  Tel. & Fax.: (01) 4612096 - Direct
E-mail - ycau@wamy.org

ص.ب ١٠٨٤٥ -الرياض ١١٤٤٣ - المملكة العربية السعودية – هاتف ٤٦٤١٦٦٩ (٠١)
فاكس ٤٦٤١٧١٠ (٠١) – هاتف وفاكسس ( مباشر ) ٤٦١٢٠٩٦ (٠١)
البريد الإلكتروني ycau@wamy.org

CONFIDENTIAL                                      WAMYSA524799

World Assembly of Muslim Youth
Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي
لجنة شباب مسلمي أوروبا الشرقية

الرقـــم :    التاريخ :

- تمـت دعــوة حــاكم إقليم فـيرزاي الأسـتاذ حفيـظ اللـه مـع بعـض المسـؤولين مـن حكومة ( الأونمك ) في الإقليم في أحد الكهوف الأثرية في المنطقة وتنـاول طعـام الغـداء هنـاك، ولقد حضر بعض المسؤولين من اللجنة السعودية المشتركة.

- الاجتماع مع مدير الأقليات في الحكومة المحلية ( الأونمك ) في مكتب الندوة وهو كندي مـن أصل أوغندي، حيث جاء يشكر الندوة لما قدمته من مساعدات للأقليات الموجودة في الإقليم.

- السفر إلى مدينة هاني ليزت، وتم حضور حفل لتخريج ثلاثين طالبة من حلقة تحفيظ القرآن الكريم، استمرت سنتين، وتم الاستماع لقـراءات الطالبـات وإلقـاء كلمـة وعظيـة، ثـم توزيـع الشهادات والجوائز بحضور بعض أولياء الأمور وبعض المسؤولين في المنطقة.

- توزيـع بعـض المسـاعدات الإغاثيـة علـى اللاجئـين المقـدون في مدينـة هـاني لـيزت وصلـت إلى ( ١٧٠ ) كرتون شملت ما يقرب من ( ١٣٠ ) عائلة.

- حضــور حفـل تخريـج دفعـة مـن طـلاب الكمبيوتـر في المركـز الثقـافي في فيرزاي وعددهم ( ٤٣ ) شخص، وتم إلقاء نصيحة لهم، ومن ثم الاستماع لبعض الكلمـات مـن بعـض الطـلاب المشاركين يشـكرون النـدوة،ومـن ثـم توزيـع الشهادات، علمـاً بـأن الـدورة استمرت ثلاثة أشهر.

- كما تم حضور حفل تخريـج دفعـة من الطالبـات حضـرن دورة لتعليـم اللغـة الإنجليزيـة لمدة ثلاثة اشهر في المركـز الثقـافي في فيرزاي، وعددهـن ( ٤٦ ) طالبـة، ولقـد تم إلقـاء نصيحـة لهـن وتقديم الشهادات.

- السفر إلى مدينة برزرن وهي تبعد ثلاث ساعات عن فيرزاي، وذلك للاجتماع بالإخوة من مؤسسة طيبة للتفاهم معهم حول بعض الأمور المتعلقة بنشاط الندوة التي تقوم بها مؤسسة طيبة بدعم مـن مكتب الندوة بجدة.

- زيـارة مكتب اللجنة السعودية المشتركة في برشتنا، وتم اللقـاء مـع الأخ وليـد العمـران المديـر التنفيذي بالنيابة، كما تمت زيارة مكتب هيئة الإغاثة في نفس المبنى مع مدير المكتب.

- زيارة المشيخة الإسلامية وتم اللقـاء ببعـض المسؤولين في المشيخة، وتقدموا ببعـض الطلبـات للندوة ومن أهمها مبنى وسكن لطالبات الكلية لمدة عام واحد فقط لأنهم هدموا المبنـى القديـم ويريدون تجديده بدعم البنك الإسلامي للتمية.

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 484 1869
Fax.: ( 01 ) 4841710   -   Tel. & Fax.: ( 01 ) 4612096 - Direct
E-mail - ycau@wamy.org

ص . ب ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية - هاتف ٤٦٤١٨٦٩ ( ٠١ )
فاكــس : ٤٦٤١٧١٠ ( ٠١ ) - هاتف وفاكــس ( مباشر ) ٤٦١٢٠٩٦ ( ٠١ )
البريد الإلكتروني ycau@wamy.org

CONFIDENTIAL                                                                    WAMYSA524800



World Assembly of Muslim Youth
Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي
لجنة شباب مسلمي أوروبا الشرقية

الرقـــــم : ....................    التاريخ : ....................

- قـام وزيـر العمـل الكوسـوﭪ الألبـاني بزيـارة خاصـة لمكتـب النـدوة ﭪـ فيرزاي، وذلـك لتقديـم الشـكر للنـدوة ﭪـ فيرزاي، على مـا قدمتـه مـن جهـود متميـزة ﭪـ المركز الثقاﭪـ التابع للنـدوة وذلك بتدريب موظفي الحكومة المحلية من جهات مختلفة حسب مستوياتهم الوظيفية، حيـث تـم تدريـب الكثير منهم على الكمبيوتـر واللغـة الإنجليزيـة، وتم الحوار معـه علـى أهميـة مسانـدة النـدوة معنوياً ﭪـ أعمالهـا ﭪـ المنطقة.

- زيـارة جمعيـة وقـف البـر والتي تتبـع ليوسـف إسـلام ﭪـ بريطانيـا، وتم الاطـلاع علـى مناشطهم حيـث يكفلـون الكثير مـن الأيتام، ولديهم مركـز ثقاﭪـ مخصـص للنسـاء، ومبنـى دعـوي لطالبـات الجامعـة، ويصـدرون مجلة متخصصـة للأطفـال، وهنـاك نشـاطات أخـرى موجهة للنسـاء والأيتـام بخاصة، وتم زيـارة مركـز آخر لهم للأيتام ﭪـ مدينة ( بيا. ) التي تبعد ثلاث ساعات عن برشتا.

### ٢- ﭪ الجبل الأسود:

- كـان السـفر بـراً مـن برشـتا إلى مدينـة أولسـن علـى البحـر الأدرياتيكـي ويسـكنها أغلبيـة مـن الألبان والطريـق أكثـره جبليـاً، واستغـرق حوالـي ( ١٥ ) سـاعة، ويوجـد ﭪ مدينـة أولسـن مركـز ثقاﭪ تابـع لجمعيـة النـور، وتقوم لجنة أوروبا الشرقية بالندوة بدعـم جمعيـة النـور لتسـيير عمـل المركـز الثقاﭪ، وقمنـا بزيـارته للإطلاع على البرامج والنشـاطات التي يقوم بها.

- الاجتماع مع مجلس إدارة جمعيـة النور الخيريـة ﭪ أولسـن حيـث يتكـون المجلس مـن سـتة أشخاص ولـه رئيس، ومدير تنفيـذي وهـو الأخ حسـين طاهـر ( مكفـول مـن قبـل النـدوة ) ولقـد تم تبـادل وجهات النظر حول المنطقة وعمل الجمعية.

- زيـارة العاصمة ( بودقريتسا ) وزيارة موقع المدرسة الإسلامية المزمع بناؤها بإذن الله تعالى، حيـث تم وضع حجر الأساس وبناء بعض الأساسات، ولقد وعدت الندوة والبنك الإسلامي بالدعم وذلك حتى تكتمل جميع الأوراق والثبوتيات الرسمية لها.

### ٤- ﭪ ألبانيا:

- تم السـفر مـن ألبانيا إلى الجبل الأسود بـراً واستغرق السـفر مـن أولسـن إلى تيرانا حـوالي تسـع ساعات مع تأخير الحدود.

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1869
Fax.: ( 01 ) 4641710  -  Tel. & Fax.: ( 01 ) 4612096 - Direct
E-mail - ycsu@wamy.org

ص. ب ١٠٨٤٥ -الرياض ١١٤٤٣ - المملكة العربية السعودية - هاتف ٤٦٤١٨٦٩ ( ٠١ )
فاكـــس : ٤٦٤١٧١٠ ( ٠١ ) - هاتف و فاكــس ( مباشر ) ٤٦١٢٠٩٦ ( ٠١ )
البريـد الإلكتـروني ycsu@wamy.org

CONFIDENTIAL                                   WAMYSA524801

World Assembly of Muslim Youth

Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي

لجنة شباب مسلمي أوروبا الشرقية

الرقم :                                    التاريخ :

- زيارة مكتب السفارة السعودية في تيرانا واللقاء بالأخ سعد الحربي، وتم مناقشته حول موضوع افتتاح المركز الثقافي في تيرانا والتعريف بالندوة لأنه من الموظفين الجدد، وللعلم فإن السعودية قد رفعت مستوى التمثيل الدبلوماسي إلى مستوى سفير بدل من قائم بأعمال مع ألبانيا.

- متابعة أعمال إعداد حفل المركز الثقافي في تيرانا التابع للندوة، حيث تم اختيار موقع المدرسة العربية سابقاً، وسيكون الحفل برعاية وزير الثقافة الألباني لأن ترخيص الندوة منهم.

- في يوم السبت ( ٢٠٠١/٧/٢١م ) الموافق ( ١٤٢٢/٤/٣٠هـ ) تم افتتاح مركز الندوة الثقافي، وحضر وكيل وزارة الثقافة الألبانية نيابة عن الوزير لسفره، وحضر الأخ سعد الحربي من السفارة السعودية، والأخ/ بهار بيكو مستشار رئاسة مجلس الوزراء لشؤون الأديان والمسؤولين في المشيخة الإسلامية الألبانية ورؤساء الجمعيات الشبابية الألبانية، ومدراء بعض الجمعيات الإسلامية العربية والعديد من المهتمين بالعمل الإسلامي من الألبان، ولقد بدأ الحفل بكلمة ترحيبية لمدير مكتب الندوة في ألبانيا هكتور صالح، ثم كلمة وزير الثقافة ألقاها نيابة عنه وكيل الوزارة، ثم جولة في المركز للاطلاع على محتوياته، حيث يحتوي على مكتب للندوة وآخر للمركز وثالث لسكرتارية، وفصول دراسية اثنان منها لتعليم الكمبيوتر فيها عشرون جهازاً، وفصول أخرى، ولقد تم عرض الحفل في خمس قنوات فضائية تلفازية منها التلفاز الحكومي حيث عرضت في الأخبار الرئيسة، وذكر الخبر في بعض الصحف الرئيسة في ألبانيا.

- الاجتماع بالأخوة المسؤولين عن جمعية المشروع الخيري الإسلامي، ودار الحديث حول أهمية الاستفادة من المركز الثقافي التابع للندوة.

- الاجتماع بالأخ رئيس جمعية الصدى الإسلامية، حيث يصدرون مجلة شهرية توزع في أنحاء ألبانيا، ولهم تعاون طيب مع إدارة الندوة.

- الاجتماع بالأخوة المسؤولين عن جمعية الآفاق والثقافة، ودار الحوار حول مناشط الجمعية الحالية، حيث يشرفون على خمسين حلقة لتحفيظ القرآن الكريم ولهم نشاطات موسمية في رمضان والصيف، ثم الحوار معهم حول أهمية الاستفادة من المركز الثقافي التابع للندوة.

صفحة ٥ من ١٠

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669
Fax.: (01) 4641710 - Tel. & Fax.: (01) 4612096 - Direct
E-mail - yceu@wamy.org

ص . ب ٨٤٥ ١٠ - الرياض ١١٤٤٣ - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١)
فاكس : ٤٦٤١٧١٠ (٠١) -- هاتف و فاكس (مباشر) ٤٦١٢٠٩٦ (٠١)
البريد الإلكتروني yceu@wamy.org

CONFIDENTIAL                    WAMYSA524802



World Assembly of Muslim Youth
Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي
لجنة شباب مسلمي أوروبا الشرقية

الرقسم :..............    التساريخ :..    ..............

- الاجتماع بنائب رئيس المشيخة "آرير" والأمين العام للمشيخة "صالح تيفاري" ودار الحديث حول أهميـــة دعــم المشـــيخة، وبـين لهــم بـأن النـدوة تحـــرص علــى دعــم المناشـــط الموجهـــة لفئة الشباب.

### ٤- في بولندا:

- الاجتماع مع الأخوة المسؤولين عن المركز الإسلامي في بياستوك حيث يوجد مكتب النـدوة لديهم، وتم شكرهم على هذا التعاون مع الندوة بتخصيص غرفة للندوة، وتم الاجتماع برئيس اتحاد المسلمين في بولندا ستيفان مصطفى الـذي رشـح قريبـاً لرئاسـة الاتحاد، وذلك أثـاء اللقاء الأول للمسلمين تحت إدارة الاتحاد الجديدة في يـوم الجمعـة ( ٢٠٠١/٧/٢٧م ) وكـان عـدد المسلمين لا يقل عن مائتين تحت إدارة الاتحاد الجديدة، وذلك بدعم الندوة لهذا اللقاء ولقد حضر بعض المسؤولين من الحكومة، وتم إلقاء كلمتين قبل خطبة الجمعة كانت الأولى عـن الإسلام والمسلمين في بولندا تاريخياً، والثانية عن المنطقة والمسجد الذي صلينا فيه حيـث يعتبر أحـد الأماكن التاريخية، ولقد ألقيت كلمة النـدوة بهذه المناسبة بعد صلاة الجمعة، ثم تمت زيـارة مقبرة المسلمين الكبيرة القريبة من المسجد، ثم تقدم رئيس اتحـاد المسلمين وشكر النـدوة لدعمها لهذا اللقاء، وذكر أنهم بحاجة أكبر للدعم المعنوي والمادي.

- السفر إلى وارسو العاصمة وزيارة المركز الإسلامي هنـاك التابع لرابطـة العالـم الإسـلامي، واجتمعنا بوفد من جماعة التبليغ جاءوا من لندن للدعوة في بولندا.

- الاجتماع بالأخ على أبو عيسى مسؤول الدعوة والتعليم في جمعية التأهيل الثقافة، وتم التشاور حــول عــدد مــن النشـــاطات الدعويـــة الــتي يقومـــون بـها وبخاصـــة ترجمـــة وطباعة الكتب.

صفحة ٦ من ١٠

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669
Fax.: (01) 4641710  -  Tel. & Fax.: (01) 4612096 - Direct
E-mail - yceu@wamy.org

ص . ب ٨٤٥ ١٠ -الرياض ١١٤٤٣ - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١)
فاكـــس : ٤٦٤١٧١٠ (٠١) - هاتف و فاكـــس (مباشر) ٤٦١٢٠٩٦ (٠١)
البـريـد الإلكتـــــروني yceu@wamy.org

CONFIDENTIAL                    WAMYSA524803



World Assembly of Muslim Youth

Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي

لجنة شباب مسلمي أوروبا الشرقية

الرقـم : ..............    التـاريخ : ..............

**ثانياً: أبرز الملحوظات:**

- لا تزال مؤسسة طيبة في كوسوفا تنفذ جميع أعمالها باسم طيبة والندوة من جدة، ويكتب على جميع الشعارات (الندوة مكتب جدة) وهذا يحدث ازدواجية وسمعة غير جيدة للندوة في المنطقة، ولقد وزعت كتب كثيرة باسم الندوة عن طريق مؤسسة طيبة لا يعرف مكتب الندوة في كوسوفا عنها شيء.

- الوضع الصحي في المنطقة متردي وهم بحاجة ماسة للمساهمة في هذا المجال بأي شيء ممكن.

- البرامج والنشاطات الدعوية في الجبل الأسود ضعيفة جداً، وقليل من المؤسسات الإسلامية المهتمة بالمنطقة، وحتى المركز الثقافي في أولسن الذي تدعمه الندوة بحاجة لتفعيل دوره بشكل أكبر سواءً في المركز أو المنطقة.

- وجود عدد من اللاجئين الشيشان في بولندا، موزعين على عدة مدن ولهم احتياجات قليلة.

صفحة ٧ من ١٠

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669
Fax.: (01) 4641710 -  Tel. & Fax.: (01) 4612096 - Direct
E-mail - ycsu@wamy.org

ص.ب ١٠٨٤٥-الرياض ١١٤٤٣ - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١)
فاكس : ٤٦٤١٧١٠ (٠١) - هاتف وفاكس (مباشر) ٤٦١٢٠٩٦ (٠١)
البريد الإلكتروني ycsu@wamy.org

CONFIDENTIAL                                    WAMYSA524804



World Assembly of Muslim Youth

Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي

لجنة شباب مسلمي أوروبا الشرقية

الرقم :                التاريخ :

**ثالثاً : أبرز التوصيات :**

- أهمية حل مشكلة مكتب الندوة بجدة حول مناشطهم في منطقة البلقان باسم الندوة مكتب جدة وأن يكون عن طريق لجنة أوروبا الشرقية ، أو لا يشار إلى شعار الندوة كما تم الاتفاق على ذلك سابقاً مع الدكتور عبد الوهاب نور ولي والذي لم يلتزم بهذا الاتفاق.

- أوضاع اللاجئين المقدون سواءً في كوسوفا أو داخل مقدونيا تحتاج إلى عمل أكبر ودعم أكثر، وبخاصة الاحتياجات الأساسية وعلاجات المرضى.

- أهمية استكمال مبلغ بناء جامع الفاروق بفيرزاي وقدره ( ١٥٠,٠٠٠ ) مارك ألماني.

- أهمية عمل لقاءات دعوية مع طلاب المنح الدراسية في الجامعات وإشراكهم في مناشط الندوة وأرى ترتيب لقاءات معهم من قبل الزائرين الذين يأتون عن طريق الندوة.

- تأجير سكن للطالبات من كلية الدراسات الإسلامية في كوسوفا مع تأجير مكان للدراسة لهن في برشتنا ، حسب طلب رئيس المشيخة د. رجب بويا ولمدة عام فقط، بتكلفة إجمالية قدرها ( ٣٠,٠٠٠ ) مارك ألماني.

- استكمال الحصول على التبرعات اللازمة للمسجد في هاني ليزت وقدرها تقريباً ( ١٠٠,٠٠٠ ) مارك ألماني.

- إقامة مخيم طبي لعلاج المرضى، وتدريب بعض الأطباء المحليين والتنسيق في ذلك مع اللجنة الطبية الإسلامية بالندوة.

- تخصيص مبلغ لشراء سيارة للداعية أحمد البولندي بعد أن يأخذ رخصة القيادة وذلك بحدود ( ٧٠٠٠ ) دولار.

معد التقرير

رئيس اللجنة



عبدالله بن عبدالرحمن المهيدب

صفحة ٨ من ١٠

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669
Fax.: (01) 4641710 - Tel. & Fax.: (01) 4612096 - Direct
E-mail - yceu@wamy.org

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١)
فاكس : ٤٩٤١٧١٠ (٠١) - هاتف و فاكس (مباشر) ٤٦١٢٠٩٦ (٠١)
البريد الإلكتروني yceu@wamy.org

CONFIDENTIAL                WAMYSA524805



World Assembly of Muslim Youth

Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي

لجنة شباب مسلمي أوروبا الشرقية

الرقـــم : ..........................     التاريخ : .......................

رابعاً: ملحق الصور:



توزيع المساعدات الإغاثية على اللاجئين المقدون في فيرزاي - بكوسوفا

توزيع المساعدات الإغاثية على اللاجئين المقدون في فيرزاي - بكوسوفا



حاكم إقليم فيرزاي - بكوسوفا - الأستاذ حفيظ الله من باكستان يزور مكتب الندوة

صفحة ٩ من ١٠

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669
Fax.: (01) 4641710 - Tel. & Fax.: (01) 4612096 - Direct
E-mail - yceu@wamy.org

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١)
فاكس : ٤٦٤١٧١٠ (٠١) - هاتف و فاكس (مباشر) ٤٦١٢٠٩٦ (٠١)
البريد الإلكتروني yceu@wamy.org

CONFIDENTIAL     WAMYSA524806

بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**

Committee of Eastern Europe Muslim Youth

الندوة العالمية للشباب الإسلامي

لجنة شباب مسلمي أوروبا الشرقية

الرقم : .......................    التاريخ : .......................





حفل افتتاح المركز الثقافي للندوة في

تيرانا - ألبانيا

حفل افتتاح المركز الثقافي للندوة في

تيرانا - ألبانيا

رئيس اللجنة ومدير مكتب الندوة في ألبانيا

مع أعضاء جمعية النور الخيرية بالجبل الأسود



صفحة ١٠ من ١٠

P.O. Box 10845 - Riyadh 11443 - Sulaimaniya - Saudi Arabia - Tel. (01) 464 1668
Fax.: ( 01 ) 4641710  -  Tel. & Fax.: ( 01 ) 4612096 - Direct
E-mail - yoau@wamy.org

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ – المملكة العربية السعودية – هاتف ٤٦٤١٦٦٨ (٠١)
فاكس : ٤٦٤١٧١٠ (٠١) – هاتف وفاكس (مباشر) ٤٦١٢٠٩٦ (٠١)
البريد الإلكتروني : yoau@wamy.org

CONFIDENTIAL                    WAMYSA524807



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)   §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA524700-WAMYSA524837 (from 798-807)**

Sworn to before me this

_6_ day of ___April___ of 2026

Translation Manager

Notary



