

**World Assembly of Muslim Youth**



الندوة العالمية للشباب الاسلامي

مكتب الأمين العام

*Office of the Secretary General*

No: 68
Date: 3/1/1420 AH

His Excellency Dr. Mana' bin Hammad al-Juhani, may God preserve him
Secretary-General of the World Assembly of Muslim Youth – Member of the Shura Council / Riyadh
Peace be upon you, God's mercy and blessings
I hope you are doing well, as our Lord likes and desires. And then,
In accordance with your request that we provide you with a report on the assistance provided so far by the Jeddah Office to Kosovar refugees in Macedonia and Albania... Please find attached the following report:

First: Aid Provided to Kosovar Refugees in Albania
1. Renting a bakery to produce bread at a cost of $400 per day, producing 1,100 kg of bread daily, which will be distributed to needy families in camps near Tirana.
2. Provision of emergency aid in the form of food supplies worth $100,000, including powdered milk, pasta, flour, oil, children's biscuits, and other essential items.
3. Establish a school for Kosovar children in Albania, where Kosovar educators will participate in teaching and educating the children.
4. Set up prayer areas using large tents within the refugee camps established by European humanitarian organizations and agencies, and equip them with loudspeakers and both indoor and outdoor speakers.
5. Printing 300,000 leaflets in Albanian, as well as 10,000 copies of booklets and commentaries, also in Albanian, for distribution to refugees.
6. A camp has been established in Belchiza, on the border with Macedonia, with a capacity of 2,000 refugees. It is equipped with all necessary health services, bathrooms, and other facilities, and the Assembly is responsible for providing meals, maintaining cleanliness, and ensuring continuous on-site supervision. The camp consists of prefabricated buildings leased by the Assembly, The shelter has been divided into a wing for children and another for men, with social services provided.

**WAMY EX. 207**

جدة ـ الشمال الغربي لتقاطع الستين مع شارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ (٠٢) ـ فاكس : ٦٦٠٢٦٤٥ (٠٢) ـ برقياً : وامي جدة ـ ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA524838



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الإسلامي

............................ الرقم

............................ التاريخ

مكتب الأمين العام المساعد ( جدة )

*Office of the Assistant Secretary General ( Jeddah )*

7. Providing health services to refugees in the border town of Belisha, in coordination with the main hospital there; the Assembly refers all emergency cases requiring surgical treatment, hospitalization, or childbirth to the main hospital.

8. Construct underground and surface water reservoirs and restrooms for the refugees residing at the sports stadium in Albania, where 3,000 refugees—mostly women, children, and the elderly—are currently living; in addition, establish a health center and restrooms, and ensure general sanitation for these refugees.

10. The Assembly is stepping up its outreach efforts; it currently supports a number of preachers and distributes books and commentaries to refugees in the camps.

11. Implementation of the sports program in the camps at a total cost of $32,550.

جدة ـ الشمال الغربي لتقاطع الستين مع شارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)ـ فاكس : ٦٦٠٢٦٤٥(٠٢)ـ برقياً : وامي جدة ـ ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA524839



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الإسلامي

مكتب الأمين العام المساعد ( جدة )

Office of the Assistant Secretary General (Jeddah)

الرقم ..........................

التاريخ ..........................

## II. Assistance Provided to Kosovar Refugees in Macedonia

### a. Relief aid

|  | Item Name | Quantity |
|---|---|---|
| 1 | Small Cerelac | 900 cartons |
| 2 | Large Cerelac | 1,000 cartons |
| 3 | Honey | 41 cartons |
| 4 | Shampoo | 425 cartons |
| 5 | Laundry soap | 253 cartons |
| 6 | Bath soap | 490 cartons |
| 7 | Toothpaste | 265 cartons |
| 8 | Toothbrush | 209 cartons |
| 9 | Tea | 17 cartons |
| 10 | Date cookies | 103 cartons |
| 11 | Jam | 17 cartons |
| 12 | Sweetness | 83 cartons |
| 13 | Cottage cheese | 303 cartons |
| 14 | Processed foods | 1,100 cartons |
| 15 | Canned meat | 245 cartons |
| 16 | blanket | 10 cartons |
| 17 | Bath sponge | 12 cartons |
| 18 | Various clothing items | 74 cartons |
| 19 | Cleaning Supplies and Emergency Relief | 20 tons |
| Total weight = 160 tons | | |
| Total cost of materials = $800,000 | | |
| Total shipping cost = 644,000 Saudi riyals | | |

### B. Dawah Support

|  | Statement | Amount Disbursed / German Mark |
|---|---|---|
| 1 | Sponsoring four advocates to raise awareness among refugees | 24,000 |

جدة ـ الشمال الغربي لتقاطع الستين مع شارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٥٠١٨٧٨(٠٢) ـ فاكس : ٦٦٠٢٦٤٥(٠٢) ـ برقياً : وامي جدة ـ ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6501878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA524840



| 2 | Printing of Islamic Books | 7000 |
|---|---|---|
| Total | | 31,000 |

c) Medical assistance

| | Statement | Amount Disbursed / German Mark |
|---|---|---|
| 1 | Purchasing Medicines for Refugees | 20,000 |
| 2 | Establishment and Operation of the Skopje Clinic | 25,000 |
| 3 | Comprehensive ENT Clinic Insurance | |
| 4 | Furnishing a clinic for refugees in the city of Lestruga | 2500 |
| 5 | Purchase of clothing and shoes for Teta Hospital | 6500 |
| 6 | Support the Red Crescent Society | 2500 |
| Total | | 56,500 |

d) Material assistance

| | Statement | Amount Disbursed / German Mark |
|---|---|---|
| 1 | Support from the Sanabel Association for refugees' living expenses | 15,000 |
| 2 | Purchase of ten computers for registering refugees at Al-Sanabel branches | 9,000 |
| 3 | Distribution of some financial aid to refugee families | 20,000 |
| Total | | 44,000 |

- The Macedonian regions where the grants provided by the Assembly were distributed:
Skopje (15 tons), Debra (10 tons), Struga (20 tons), Ohrid (10 tons), Resna (10 tons), Bitola (10 tons), Chaner Skopje (10 tons).

جدة ـ الشمال الغربي لتقاطع الستين مع شارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٧٨٧٨(٠٢)ـ فاكس : ٦٦٠٢٦٤٥(٠٢)ـ برقياً : وامي جدة ـ ص.ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah - North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                                 WAMYSA524841



**World Assembly of Muslim Youth**

الرقم

التاريخ

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام المساعد ( جدة )

*Office of the Assistant Secretary General ( Jeddah )*

- Items each family receives monthly:
  Flour, white beans, rice, sugar, milk, oil, tea, pasta, sardines, toothpaste, toothbrushes, dates, Lux soap, laundry detergent, shampoo, blankets, ready-to-wear clothing, Cerelac for children, halva, date maamoul, jam, cream cheese, honey, soup... The cost of these items for each household is estimated at approximately 500 riyals per month.

Total number of refugees who benefited from the Assembly's assistance:

It is estimated that there are approximately 30,000 refugees, or roughly 6,000 families.

We ask God to grant us and you success and guidance,

May God's peace, mercy and blessings be upon you,

Assistant Secretary-General
Dr. Abdulwahab bin Abdulrahman Nuruli
[signature]

Manee76

جدة۔ الشمال الغربي لتقاطع الستين مع شارع فلسطين۔ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)۔ فاكس : ٦٦٠٢٦٤٥(٠٢)۔ برقياً : وامي جدة۔ ص. ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA524842



**World Assembly of Muslim Youth**

تلكس عاجل

الندوة العالمية للشباب الاسلامي

| الرقم | ٤٦٣ |
|---|---|
| التاريخ | ١٩ صفر ١٤٢٠ |

مكتب الأمين العام المساعد (جـدة)

*Office of the Assistant Secretary General (Jeddah)*

سعادة الأخ الفاضل / د.مانع بن حماد الجهني        حفظه الله

الأمين العام للندوة العالمية للشباب الإسلامي – عضو مجلس الشورى / الرياض

السلام عليكم ورحمة الله وبركاته ،،

أرجو أن تكونوا على خير ما يحب ربنا ويرضى ..وبعد،،

بناءً على توجيهكم لنا بتزويدكم بتقرير عما قدمه مكتب الندوة بجدة – حتى الآن – من مساعدات للاجئي كوسوفا في مقدونيا وألبانيا...نرفق لسعادتكم التقرير التالي :

### أولاً : المساعدات المقدمة للاجئي كوسوفا في ألبانيا

١- استئجار مخبز لإنتاج الخبز بمبلغ (٤٠٠دولار أمريكي يومياً) ينتج (١١٠٠) كجم من الخبز يومياً، يتم توزيعه على الأسر المحتاجة في المخيمات القريبة من تيرانا .

٢- تقديم مساعدة عاجلة عبارة عن مواد غذائية بما يعادل (١٠٠,٠٠٠) دولار ، شملت الحليب المجفف والمكرونة والطحين والزيت وبسكويت الأطفال وغيرها من المواد الضرورية .

٣- إنشاء مدرسة للأطفال الكوسوفيين في ألبانيا يشارك في التدريس وتعليم الأطفال بها رجال التعليم الكوسوفيين.

٤- عمل مصليات من الخيام الكبيرة داخل مخيمات اللاجئين التي تنشأها المنظمات والهيئات الإنسانية الأوروبية وتزويدها بمكبرات الصوت والسماعات الخارجية والداخلية .

٥- طباعة (٣٠٠,٠٠٠) مطوية باللغة الألبانية بالإضافة إلى طباعة عشرة آلاف نسخة من الكتيبات والتفاسير باللغة الألبانية أيضاً ويتم توزيعها على اللاجئين .

٦- إقامة مخيم في بلشيزا الحدودية مع مقدونيا يسع ألفي لاجىء وهو مزود بكافة الخدمات الصحية والحمامات وغيرها وتتكفل الندوة بتقديم وجبات غذائية ونظافة وإشراف مباشر مستمر ، وهو عبارة

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)-فاكس : ٦٦٠٢٦٤٥(٠٢)-برقياً : وامي جدة--ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                              WAMYSA524838



World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

| مكتب الأمين العام المساعد ( جدة ) | الرقم ............ |
|---|---|
| Office of the Assistant Secretary General ( Jeddah ) | التاريخ ............ |

عن مبان جاهزة استأجرتها الندوة ، وتم تقسيم الملجأ إلى جناح خاص بالأطفال وآخر للرجال مع الرعاية الاجتماعية .

٧- توفير الخدمات الصحية للاجئين فى مدينة بلشيزا الحدودية بالتنسيق مع المستشفى الرئيس فيها تحيل الندوة بمقتضاه كل الحالات الطارئة والتى تحتاج إلى علاج جراحى أو تنويم أو ولادة إلى المستشفى الرئيس .

٨- إنشاء خزانات مياه أرضية وسطحية ودورات مياه للاجئين المتواجدين فى الملعب الرياضى فى ألبانيا،حيث يقطن فى ذلك الملعب (٣٠٠٠) لاجىء معظمهم من النساء والأطفال والشيوخ ، بالإضافة إلى إنشاء مركز صحى ودورات للمياه والتكفل بالنظافة العامة لهؤلاء اللاجئين .

١٠- تقوم الندوة بتكثيف الجهود الدعوية حيث تكفل حالياً عدداً من الدعاة ، وتقوم بتوزيع الكتب والتفاسير على اللاجئين فى المخيمات .

١١- تنفيذ البرنامج الرياضى فى المخيمات بتكلفة إجمالية قدرها (٣٢،٥٥٠) دولاراً أمريكياً .

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢)- برقياً : رامي جدة- ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                          WAMYSA524839



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام المساعد ( جدة )

*Office of the Assistant Secretary General (Jeddah )*

الرقم ..............................

التاريخ ..........................

ثانياً / المساعدات المقدمة للاجئي كوسوفا فى مقدونيا

أ.المساعدات الإغاثية

| الكمية | اسم الصنف | م |
|---|---|---|
| ٩٠٠ كرتون | سيريلاك صغير | ١ |
| ١٠٠٠ كرتون | سيريلاك كبير | ٢ |
| ٤١ كرتون | عسل | ٣ |
| ٤٢٥ كرتون | شامبو | ٤ |
| ٢٥٣ كرتون | صابون غسيل | ٥ |
| ٤٩٠ كرتون | صابون حمام | ٦ |
| ٢٦٥ كرتون | معجون أسنان | ٧ |
| ٢٠٩ كرتون | فرشاة أسنان | ٨ |
| ١٧ كرتون | شاى | ٩ |
| ١٠٣ كرتون | معمول بالتمر | ١٠ |
| ١٧ كرتون | مربى | ١١ |
| ٨٣ كرتون | حلاوة | ١٢ |
| ٣٠٣ كرتون | جبنة كاسات | ١٣ |
| ١١٠٠ كرتون | مواد غذائية مشكلة | ١٤ |
| ٢٤٥ كرتون | لحوم معلبة | ١٥ |
| ١٠ كرتون | لحف | ١٦ |
| ١٢ كرتون | اسفنج حمام | ١٧ |
| ٧٤ كرتون | ملابس متنوعة | ١٨ |
| ٢٠ طناً | مواد نظافة وإغاثة عاجلة | ١٩ |

الوزن الإجمالى = ١٦٠ طناً

تكلفة المواد الإجمالية = ٨٠٠,٠٠٠ دولاراً أمريكياً

تكلفة الشحن الإجمالية = ٦٤٤,٠٠٠ ريالاً سعودياً

ب) المساعدات الدعوية

| المبلغ المنصرف / مارك ألمانى | البيان | م |
|---|---|---|
| ٢٤,٠٠٠ | كفالة أربعة دعاة لتوعية اللاجئين | ١ |

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢)- برقياً : وامي جدة- ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL    WAMYSA524840



# World Assembly of Muslim Youth

الندوة العالمية للشباب الإسلامي

مكتب الأمين العام المساعد ( جدة )

*Office of the Assistant Secretary General (Jeddah )*

الرقم .......................

التاريخ .......................

| ٢ | طباعة كتب إسلامية | ٧٠٠٠ |
|---|---|---|
| الإجمــــــــالى | | ٣١,٠٠٠ |

### ج) المساعدات الطبية

| م | البيان | المبلغ المنصرف / مارك ألمانى |
|---|---|---|
| ١ | شراء أدوية للاجئين | ٢٠,٠٠٠ |
| ٢ | إنشاء مستوصف سكوبيا مع تشغيله | ٢٥,٠٠٠ |
| ٣ | تأمين عيادة أنف وأذن وحنجرة كاملة | |
| ٤ | تأثيث مستوصف للاجئين فى مدينة لستروقا | ٢٥٠٠ |
| ٥ | شراء ملابس وأحذية لمستشفى تتوا | ٦٥٠٠ |
| ٦ | دعم جمعية الهلال | ٢٥٠٠ |
| الإجمــــــــالى | | ٥٦,٥٠٠ |

### د) المساعدات المادية

| م | البيان | المبلغ المنصرف / مارك ألمانى |
|---|---|---|
| ١ | دعم جمعية السنابل لمصروفات عمل اللاجئين | ١٥,٠٠٠ |
| ٢ | شراء عشرة أجهزة للحاسب الآلى لتسجيل اللاجئين فى فروع السنابل | ٩,٠٠٠ |
| ٣ | صرف بعض المساعدات المالية لعائلات اللاجئين | ٢٠,٠٠٠ |
| الإجمــــــــالى | | ٤٤,٠٠٠ |

– المناطق المقدونية التى تم فيها توزيع الإعانات المقدمة من الندوة :

سكوبيا (١٥طن) ، ديرا (١٠ طن) ، استروجا (٢٠ طن) ، أوهرد (١٠ طن) ، رسنة (١٠طن) ، بيتولا (١٠ طن) ، تشائر سكوبيا (١٠ طن) .

جدة– الشمال الغربي لتقاطع الستين مع شارع فلسطين– هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)٦٦٠٢٦٤٥ –فاكس : ٦٦٠٢٦٤٥(٠٢)– برقياً – وامي جدة–– ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA524841



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام المساعد ( جدة )

*Office of the Assistant Secretary General ( Jeddah )*

الرقم ....................

التاريخ ....................

– المواد التى تستلمها كل عائلة شهرياً :

دقيق ، فاصوليا بيضاء ، أرز ، سكر ، حليب ، زيت ، شاى ، مكرونة ، سردين ، معجون أسنان، فرشاة أسنان تمر ، صابون لوكس ، مسحوق الغسيل ، شامبو ، بطانيات ، ملابس جاهزة ، سيريلاك للأطفال ، حلاوة طحينية ، معمول بالتمر ، مربى ، جبنة سائلة ، عسل ، شوربة..وتقدر تكلفة هذه المواد لكل أسرة بخمسمائة ريال شهرياً تقريباً .

العدد الإجمالي للاجئين الذين استفادوا من مساعدات الندوة :

يقدر بحوالى ( ٣٠٠٠٠ ) لاجىء أى ست آلاف عائلة تقريباً .

نسأل الله لنا ولكم التوفيق والسداد،

والسلام عليكم ورحمة الله وبركاته ،،،

الأمين العام المساعد

د. عبد الوهاب بن عبد الرحمن نورولى



Manee76

جدة ـ الشمال الغربي لتقاطع الستين مع شارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠٢٨٧٨(٠٢)ـ فاكس : ٦٦٠٢٦٤٥(٠٢)ـ برقياً : وامي جدة ـ ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                    WAMYSA524842



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA524838-WAMYSA524842**

Sworn to before me this

____ day of _____ of 2026



_____
Translation Manager

_____
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY


**ata MEMBER**
American Translators Association



Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling