

**World Assembly of Muslim Youth**

Member of the UN NGO'S



الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

Number: 1500 | Office of the Secretary
Date: June 12, 1999

**His Excellency Mr. Abdullah Al-Muheidib, Chairman of the Eastern Europe Committee – General Secretariat of the Assembly,**

may God protect him

Peace be upon you, God's mercy and blessings

As part of the summer activities for the year 1420 AH organized by the World Assembly of Muslim Youth for our Kosovar refugee brothers in Albania, Macedonia, and Bosnia, we propose that your office take charge of some of these activities, oversee and fund them, and coordinate with the field representative in these countries to make the necessary arrangements.

The proposed activities for your office are:

| | Activity | Duration | Beneficiaries | Budget | Location | Number of participants | Field Officer |
|---|---|---|---|---|---|---|---|
| 1 | Sharia Course | two weeks | 100 | $15,000 | Albania | 5 | The Outsider |
| 2 | Sharia Course | " | 100 | $15,000 | Macedonia | 5 | Mohammed Al-Ma'yuf |
| 3 | Intellectuals' Forum | Four days | 30 | $6,000 | Turkey | 3 | Mohammed Al-Azazi |
| 4 | Mobile Preacher (Supervisor) | month | Migrants | $6,000 $6,000 $6,000 | Albania Bosnia Macedonia | 3 1 1 | The Outsider Dr. Zahdi Mohammed Al-Ma'yuf |

We look forward to your response and thank you for your cooperation,

May God's peace, mercy and blessings be upon you,

Dr. [Name], Assistant Secretary-General for Executive Affairs of the World Assembly of Muslim Youth Saleh bin Sulaiman al-Wohaibi

[signature]

[seal]

Urgent: Brother Muhannad is writing a letter to Brothers Dakhil, Zahdi, and Muhammad al-Azazi regarding the matter [illegible]

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH  RIYADH
Tlx.: 400413 / 405220 ISLAMI SJ, Fax.: (01) 4641710

CONFIDENTIAL

WAMYSA488388

**EXHIBIT**

**WAMY EX. 208**



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقم ................ ١٥ه

التاريخ ................ ٨

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

سعادة الأخ الفاضل الأستاذ / عبد الله المهيدب

رئيس لجنة أوروبا الشرقية - الأمانة العامة للندوة

حفظه الله

السلام عليكم ورحمة الله وبركاته ،،،

ضمن المناشط الصيفية لعام ١٤٢٠هـ التي تقيمها الندوة العالمية للشباب الإسلامي لإخواننا اللاجئين الكوسوف في ألبانيا ومقدونيا والبوسنة ، فإننا نقترح أن يتولى مكتبكم بعض هذه المناشط والإشراف عليها وتمويلها والتنسيق في ذلك مع المسؤول الميداني في هذه الدول ، لإجراء الترتيبات اللازمة لذلك .

والمناشط المقترحة لمكتبكم هي :

| المسئول الميداني | عدد المشركين | مكان التنفيذ | الميزانية | المستفيدين | المدة | المنشط | م |
|---|---|---|---|---|---|---|---|
| دخيل الدخيل | ٥ | ألبانيا | $١٥٠٠٠ | ١٠٠ | اسبوعين | دورة شرعية | ١ |
| محمد المعيوف | ٥ | مقدونيا | $١٥٠٠٠ | ١٠٠ | ،، | دورة شرعية | ٢ |
| محمد العزازي | ٣ | تركيا | $٦٠٠٠ | ٣٠ | أربعة أيام | ملتقى لمثقفين | ٣ |
| دخيل الدخيل | ٣ | ألبانيا | $٦٠٠٠ | المهاجرين | شهر | الداعية الجوال (مشرف) | ٤ |
| د. زهدي | ١ | البوسنة | $٦٠٠٠ | | | | |
| محمد المعيوف | ١ | مقدونيا | $٦٠٠٠ | | | | |

وفي انتظار ردكم نشكر لكم تعاونكم ..

والسلام عليكم ورحمة الله وبركاته..

الأمين العام المساعد للشئون التنفيذية

للندوة العالمية للشباب الإسلامي

د. صالح بن سليمان الوهيبي

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx.: 400413 / 405220 ISLAMI SJ, Fax.: (01) 4641710

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف: ٤٦٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥
٤٦٤١٦٦٩ / ٤٦٤١٦٦٣ (٠١) - برقيا: إسلامية الرياض
تلكس: ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي اس جي، فاكس: ٤٦٤١٧١٠ (٠١)

CONFIDENTIAL                                    WAMYSA488388



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA488388**

Sworn to before me this

_26_ day of _MARCH_ of 2026

_____
Translation Manager

_____
Notary



## MEMBER
### American Translators Association



Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling