

الندوة العالمية للشباب الإسلامي

World Assembly of Muslim Youth

مكتب الأمين العام المساعد (منطقة مكة المكرمة)
Office of the Assistant Secretary General (Makkah Region)

التـاريخ : ..........................................

الـرقـــم : ..........................................

**An agreement was reached to implement relief projects for Chechen refugees in the Republic of Georgia**

On 14/9/1421 AH, corresponding to 10/12/2000 AD, an agreement was reached between: 1. The World Assembly of Muslim Youth, represented in the signing of this agreement by the Assistant Secretary-General: Prof. Abdulwahab bin Abdulrahman Noorwali, referred to in this contract as "**Party A.**" 2. The Turkey and Middle East Endowment for Development and Relief, represented in the signing of this contract by the Director of the Endowment: a. Ahmed Bayatli, referred to in this contract as "**Party B.**"

In the name of God, the parties have agreed as follows : **First:** The First Party shall pay to the Second Party the sum of twenty-six thousand two hundred (26,200) U.S. dollars, and no more, for the implementation of the project to sponsor mosque imams and preachers, in accordance with the following: a) Provide financial support to five mosque imams for a full year in the amount of exactly (12,000) twelve thousand U.S. dollars.  b) Sponsoring three itinerant preachers for a full year at a cost of exactly (7,200) seven thousand two hundred U.S. dollars.
c) Sponsoring courses for five individuals to memorize the Holy Quran during a single summer vacation, for a total amount of exactly $1,000. d) Distribution of Qur'ans and Islamic books for a total amount of (6,000) six thousand U.S. dollars, and no more. **Second:** The First Party shall pay the Second Party the sum of (17,430) seventeen thousand four hundred and thirty U.S. dollars ,and no more ,for the implementation of a drinking water supply project in a single village, including all necessary requirements. **Third:** The First Party shall pay to the Second Party the sum of (68,400) sixty-eight thousand four hundred U.S. dollars, exclusively to provide five hundred families with their firewood needs for heating for a period of three months; the aforementioned amount includes the fee for the administrator who will oversee the purchase and distribution, amounting to (900) nine hundred U.S. dollars, exclusively .

المملكة العربية السعودية – جدة – هاتف ٦٦٠٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
E-mail : wamy_jed@yahoo.com & wamyjed@ogertel.com

CONFIDENTIAL

WAMYSA044850

**EXHIBIT**

**WAMY EX. 209**

الـنـدوة العـالميـة للشبـاب الإسـلامي

World Assembly of Muslim Youth

مكتب الأمين العـام المسـاعـد (منطقة مكة المكرمة)
Office of the Assistant Secretary General (Makkah Region)

التـاريخ : ..........................

الـرقــم : ..........................

**Fourth:** The First Party shall pay to the Second Party the sum of (20,380) twenty thousand three hundred and eighty U.S. dollars, and no more, for the construction of one elementary school, including all necessary supplies; the aforementioned amount includes expenses related to the supervision of the school's construction, which is (1,500) one thousand five hundred US dollars only.

**Fifth:** The First Party shall provide the Second Party with the sum of (19,000) nineteen thousand U.S. dollars, and no more, for the implementation of the food basket project for (1,000) one thousand families; the aforementioned amount includes transportation and distribution expenses, which total (1,000) one thousand U.S. dollars, and no more.

**Sixth:** The First Party shall pay the Second Party a lump-sum amount of two thousand (2,000) U.S. dollars exclusively as transportation and project management expenses for the projects that the First Party will support.

**Seventh:** The second party must provide the first party with monthly progress reports on all projects supported by the first party.

**Eighth:** The First Party shall pay the Second Party half of the amounts it has undertaken to provide in support of the projects included in this contract upon the signing of this contract; the date and manner of payment of the remaining half of the amounts shall be agreed upon subsequently. This provision shall not apply to the amount specified in Clause (V) of this contract, which is exactly (19,000) nineteen thousand U.S. dollars, as this amount shall be delivered in full by the First Party to the Second Party upon the signing of this contract.

**Ninth:** The locations for projects not specified in this contract shall be determined within one month of the date of signing this contract.

**And may God grant us success**
**Party A - Prof. Abdulwahab bin Abdulrahman Noorwali - World Assembly of Muslim Youth**
[signature]

**The Second Party - A. Ahmed Bayatli - Turkey and the Middle East Foundation for Development and Relief**
[signature]

Georgia

CONFIDENTIAL                                                                WAMYSA044851

# النـدوة العـالميـة للشبـاب الإسـلامي
## World Assembly of Muslim Youth

مكتب الأمين العـام المسـاعد (منطقة مكة المكرمة)
Office of the Assistant Secretary General (Makkah Region)

التاريخ : ..............................

الرقـم : ..............................

عقد اتفاق

على تنفيذ مشروعات إغاثية للاجئين الشيشان

في جمهورية جورجيا

أنه في يوم ١٤٢١/٩/١٤هـــ الموافق ٢٠٠٠/١٢/١٠م تم الاتفاق بين كل من :

١ – الندوة العالمية للشباب الإسلامي ، ويمثلها في التوقيع على هذا العقد الأمين العام المسـاعد : أ.د.عبـد الوهاب بن عبد الرحمن نورولي ، ويسمى في هذا العقد "الطرف الأول" .

٢ – وقف تركيا والشرق الأوسط للتنمية والإغاثة ، ويمثلها في التوقيع على هذا العقد مدير الوقف : أ.احمـد بياتلي ، ويسمى في هذا العقد "الطرف الثاني" .

باسم الله التقت إرادة الطرفين على مايلي :

أولاً : يقدم الطرف الأول للطرف الثاني مبلغاً وقدره (٢٦,٢٠٠) ستة وعشرون ألفاً ومائتي دولار أمريكي فقط لاغيرلتنفيذ مشروع كفالة أئمة مساجد ودعاة وفقاً لما يلى :

أ) كفالة خمسة من أئمة المساجد لمدة عام كامل بمبلغ وقدره (١٢,٠٠٠) إثناعشر ألف دولار أمريكي فقط لاغير .

ب) كفالة ثلاثة من الدعاة المتجولين لمدة عام كامل بمبلغ وقدره (٧٢٠٠) سبعة آلاف ومائتا دولار أمريكي فقط لاغير .

ج) كفالة دورات لخمسة أفراد في تحفيظ القرآن الكريم خلال عطلة صيفية واحدة بمبلغ وقدره (١٠٠٠) ألف دولار أمريكي فقط لاغير .

د) توزيع مصاحف وكتب إسلامية بمبلغ وقدره (٦٠٠٠) ستة آلاف دولار أمريكي فقط لاغير.

ثانياً : يقدم الطرف الأول للطرف الثاني مبلغاً وقدره (١٧,٤٣٠) سبعة عشر ألفاً وأربعمائة وثلاثون دولاراً أمريكياً فقط لاغير لتنفيذ مشروع إسالة مياه الشرب في قرية واحدة بكافة مستلزماته .

ثالثاً : يقدم الطرف الأول للطرف الثاني مبلغاً وقدره (٦٨,٤٠٠) ثمانية وستون ألفاً وأربعمائة دولار أمريكـــي فقط لاغير لتزويد خمسمائة عائلة بحاجتها من الحطب للتدفئة لمدة ثلاثة أشهر ، ويتضمن المبلغ المذكـــور أجـر الإداري الذي سيتابع الشراء والتوزيع وقدره (٩٠٠) تسعمائة دولار أمريكي فقط لاغير .

المملكة العـربيـة السعـوديـة – جـدة – هـاتف ٦٦٠٣٣٠٠ / ١٦٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فـاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جـدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
E-mail : wamy_jed@yahoo.com & wamyjed@ogertel.com

CONFIDENTIAL

WAMYSA044850



# الـنـدوة العـالمـية للشـباب الإسـلامي
## World Assembly of Muslim Youth



مكتب الأمين العـام المساعـد (منطقة مكة المكرمة)
Office of the Assistant Secretary General (Makkah Region)

التاريخ : ................................

الـرقـــم : ................................

رابعاً : يقدم الطرف الأول للطرف الثاني مبلغاً وقدره (٢٠,٣٨٠)عشرون ألفاً وثلاثمائة وثمانون دولاراً أمريكيـــاً فقط لاغير لتنفيذ مشروع مدرسة ابتدائية واحدة بكافة مستلزماتها ، ويتضمن المبلغ المذكور مصروفات متابعـــة إنشاء المدرسة وهى (١٥٠٠) ألف وخمسمائة دولار أمريكى فقط لاغير .

خامساً : يقدم الطرف الأول للطرف الثاني مبلغاً وقدره (١٩٠٠٠) تسعة عشر ألـــف دولار أمريكـى فقـط لاغيرلتنفيذ مشروع السلة الغذائية لـ(١٠٠٠) ألف عائلة ، ويتضمن المبلغ المذكور مصروفات النقل والتوزيـــع وهى (١٠٠٠) ألف دولار أمريكى فقط لاغير .

سادساً : يقدم الطرف الأول للطرف الثاني مبلغاً وقدره (٢٠٠٠) ألفا دولار أمريكى فقط لاغير بشكل مقطـوع كمصروفات تنقل ومتابعة للمشروعات التى سيقوم الطرف الأول بدعمها .

سابعاً : يجب على الطرف الثاني تزويد الطرف الأول بتقارير شهرية عن سير العمل فى جميع المشروعات التى قـلم الطرف الأول بدعمها .

ثامناً : يقوم الطرف الأول بتسليم الطرف الثاني نصف المبالغ التى تعهد بتقديمها لدعم المشروعات المتضمنة فى هذا العقد بمجرد التوقيع على هذا العقد ويتم الاتفاق فيما بعد على موعد وكيفية تسليم النصف المتبقى من المبـالغ ، ولايسرى هذا البند على المبلغ المتضمن فى البند (خامساً) من هذا العقد وقدره (١٩٠٠٠) تسعة عشـر ألـف دولار أمريكى فقط لاغير حيث يقدم هذا المبلغ كاملاً من الطرف الأول إلى الطرف الثاني بمجرد التوقيع علـى العقد.

تاسعاً : تحدد مناطق تنفيذ المشروعات غير المحددة فى هذا العقد خلال شهر واحد من تاريخ التوقيع على هــــذا العقد.

والله الموفق ،،

| الطرف الثاني | الطرف الأول |
|---|---|
| أ.أحمد بياتلى | أ.د.عبد الوهاب بن عبد الرحمن نورولى |
| وقف تركيا والشرق الأوسط للتنمية والإغاثة | الندوة العالمية للشباب الإسلامى |
| | جورجيا |

المملكة العربية السعودية - جدة - هـاتف ٦٦٠٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) - فـاكس ٦٦٠٢٦٤٥ - ص . ب ٨٨٥٦ جـدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
E-mail : wamy_jed@yahoo.com & wamyjed@ogertel.com

CONFIDENTIAL                    WAMYSA044851



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA044850-851**

Sworn to before me this

26 day of _MARCH_____ of 2026

_____
Translation Manager

_____
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY





Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling