**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام
*Office of the Secretary General*

No. 6072

Date: September 16, 2000

To: Eng. Ibrahim Suleiman
Director, WAMY Office in the United States

Peace, mercy, and blessings of Allah be upon you.

I pray that you are in good health and well-being.

Further to your letter dated 20 August 2002, requesting the transfer of USD 5,000 (Five Thousand US Dollars only) to cover the expenses of the workshop titled:

"Psychosocial Rehabilitation for Girls Who Were Raped in Kosovo."

Please find attached a copy of the remittance dated 8 September 2002, issued through Al Rajhi Banking and Investment Corporation, in the amount of USD 5,000, payable in favor of the United Nations Conference.

Kindly confirm receipt of the cheque.

May Allah protect and preserve you.

Peace, mercy, and blessings of Allah be upon you.

Assistant Secretary-General for Offices and International Relations
Dr. Saleh bin Ibrahim Babair
[signature]

---

P.O.Box 10845 - Riyadh 11443 - Prince Sultan Bin Abdul Aziz Str.
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ, Fax. (01) 4641710/4641676

ص.ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقياً : اسلامية الرياض
تلكس ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس (٠١)٤٦٤١٦٧٦/٤٦٤١٧١٠

CONFIDENTIAL

WAMYSA061135

**EXHIBIT**
**WAMY EX. 210**



**إشعار العميل لعملية/عمليات مصرفية**
**CUSTOMER ADVISE FOR BANKING TRANSACTION(S)**

**شركة الراجحي المصرفية للاستثمار**
**AL RAJHI BANKING & INVESTMENT CORP.**

| Cash 5 | 08/09/02 | 59 |

## Electronic Transfer

**Remitter Data**

| | |
|---|---|
| Membership: | 2078442 |
| Short English: | AA |
| Short Arabic: | الندوةالعالميه للشباب الاسلامي مكتب    WAMY Office |
| Current Account: | 27900-001-0006080080905 |
| Phone: | 014641669 |

**Beneficiary Data**

| | |
|---|---|
| Benef. Sequence: | 6 |
| Short Name: | WAMY REGIONAL OFFICE U.S.A. |
| Current Account: | : 10123443 ROUTING 051400507 |
| Address1: | U.S.A. |
| Address2: | U.S.A. |
| City: | |
| Phone: | |
| Bank: | BANK AMERICA –8128AR LINGT NO BLVD |
| Branch: | FALLS CHURCH VA 22042 |
| Address/City: | U.S.A. |
| Bank Country: | United States of America |

**Order Data**

| | | |
|---|---|---|
| Amount: | | 5,000.00  USD – United States Dollar |
| Sarie Fee: | | |
| Transfer Fee: | | |
| Equivalent: | | 18,750.00  SAR – Saudi Riyal |
| Exchange rate: | 3.750000 | Value date:    09/09/02 |
| Remitter to Beneficiary: | | |

Your unique reference number for this payment is:  PON/12378205/279
Please quote this number for any Correspondence related to your Payment.
**SEQ:**    00000000019

We confirm the accuracy of the details quoted on this form. I/We exempt Al Rajhi Banking&Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by the third party. I approve deduction of any amounts from the transfer value (as commissions or charges or others) due to an party in relation to this transfer. The Corp. reserves the right to cancel the transfer if customer declines to respond to the corp. after ten days since the first inquiry. Further, customer shall incur all costs.

**Remitter Signature,**

.......................................................

TELLER'S SIGNITURE _____    توقيع الصراف

BRANCH STAMP _____    ختم الفرع

Form No. 5I/T    نموذج رقم ٥١/ت

CONFIDENTIAL                                    WAMYSA061136

19th August 2002

To: His Excellency Prof. Dr. Saleh Al-Wohaibi
Assistant Secretary-General
WAMY

Peace, mercy, and blessings of Allah be upon you.

As Your Excellency is aware, the date of the United Nations Conference of Non-Governmental Organizations in New York is approaching. WAMY will participate by organizing a workshop entitled:

"Psychosocial Rehabilitation for Girls Who Were Raped in Kosovo."

With only two weeks remaining before the event, we kindly request Your Excellency's approval to transfer USD 5,000 to cover the expenses of this activity. These expenses include: travel tickets for participants involved in the activity, hotel reservations, printing of academic and informational materials for distribution, purchase of an LCD projector and projection screen (as the United Nations will not provide them)

WAMY office will also benefit from this equipment afterward, as we have recently organized several Islam-presentation activities that have achieved considerable success in a number of U.S. states. Consequently, WAMY office has begun receiving numerous invitations to conduct similar presentations.

We are also preparing to release the program "Islam in Brief" on CDs, developed with the participation of Dr. Mamdouh Nour El-Din    (Open University) and Mr. Fadel Suleiman (WAMY Office).

Accordingly, we kindly request Your Excellency's prompt approval for the transfer of USD 5,000 to cover the expenses of this activity.

Peace, mercy, and blessings of Allah be upon you.

Eng. Ibrahim Suleiman
Office Supervisor

Copy for information:
Prof. Dr. Saleh Al-Wohaibi
Assistant Secretary-General, WAMY

(*Handwritten Administrative Note: To the Financial Director: Peace be upon you. Please approve the transfer of USD 5,000 to the WAMY office in Washington for the purposes mentioned above. Thank you. Al-Wohaibi*)

CONFIDENTIAL                                                                                    WAMYSA061137

Incoming (Top Urgent)

From: Ibrahim S. A. support@wamyusa.org
To: qatabi@gmail.com
Cc: WAMY Offices' Affairs Department office@wamy.org
Date: 16 Jumada al-Thani 1423 AH – 11:02 PM

Attached: The workshop at the United Nations, September 2002.doc - To Belbair regarding the budget of the workshop at the United Nations.doc

Subject: Important Letter

Peace, mercy, and blessings of Allah be upon you.

May Allah reward you.

Attached are two important letters that were discussed with Dr. Saleh Al-Wohaibi, who approved them and requested that they be presented to him urgently.

Kindly print the attached letter on official WAMY letterhead and submit it to him as soon as possible.

May Allah place this effort in the scale of your good deeds.

Ibrahim Suleiman Abdullah
Office Supervisor – United States
WAMY


[stamp: WAMY Administration

17 Jumada Al-Thani 1423 AH
Incoming Number: 7063

 Identification Number: 3365]

CONFIDENTIAL                                      WAMYSA061138

## طلب إصدار شيك مصرفي / حوالة
## MONEY TRANSFER/DRAFT REQUEST

شركة الراجحي المصرفية للاستثمار
**AL RAJHI BANKING & INVESTMENT CORP.**

يتم تعبئة كافة البيانات عند مراجعة العميل للمرة الأولى فقط
**COMPLETE ONLY THE SHADED AREAS IF YOU ARE REGISTERED AND THE TRANSACTION IS FOR AN EXISTING BENEFICIARY**

**REMITTER'S FILE NO.** رقم ملف العميل

BRANCH 279 الفــرع

DATE 08/09/02 التاريخ

CUSTOMER NAME WAMY اسم العميل

*ACCOUNT NO 8090/5 رقم الحساب*

ACCOUNT HOLDING BRANCH 29 الفرع المفتوح فيه الحساب

BANK DRAFT ⃝   إصدار شيك مصرفي    TELEX/SWIFT TRANSFER ☑ إصدار حوالة
TRANSFER TYPE نوع التحويل

FOREIGN ☑ تحويل خارجي   LOCAL ⃝ تحويل لبنك محلي   INTERNAL ⃝ داخلي
*DEBIT MY ACCOUNT ☑ خصماً من حسابي*   CASH ⃝ نقداً

### تكتب البيانات الشخصية للمحول
### COMPLETE REMITTER'S DATA

NAME الاسم

ADDRESS العنوان

P.O.BOX ص.ب

ZIP CODE الرمز البريدي

TELEPHONE NO رقم الهاتف

I.D. TYPE & NO. نوع ورقم الهوية

DATE & PLACE OF ISSUE مكان وتاريخ الإصدار

NATIONALITY الجنسية

SPONSOR'S NAME & ADDRESS اسم وعنوان الكفيل

| المبلغ بالحروف<br>Amount In Word | العملة<br>Currency | المبلغ<br>Amount |
|---|---|---|
| Only Five Thousand U.S Dollars | $ | 5000 |

*Please debit my account with the draft/transfer amount and any charges resulting from this request.
* نرجو خصم قيمة الشيك / الحوالة زائداً أي مصاريف أخرى تترتب على هذا الطلب من حسابي الموضح أعلاه.

### BENEFICIARY DATA  بيانات المستفيد

BENEFICIARY'S NAME WAMY REGIONAL OFFICE U.S.A الاسم

ADDRESS العنوان

CITY المدينة   COUNTRY U.S.A البلد

TELEPHONE NO. رقم الهاتف

NATIONALITY الجنسية

I.D. TYPE & NO. نوع ورقم الهوية

DATE & PLACE OF ISSUE مكان وتاريخ الإصدار

ACCOUNT NO. 1012341.3 Routing 051400507 رقم الحساب

BENEFICIARY BANK BANK AMERICA - 8128AR البنك

BRANCH NAME & ADDRESS FALLS Church VA 22042 اسم الفرع وعنوانه

رسالة للمستفيد لدى المراسل لا تزيد عن 70 حرفاً (خاص بالحوالات العاجلة فقط)
Message to beneficiary with the correspondent not exceeding 70 characters.
(for express transfer only)

أنا/نحن نصادق على صحة البيانات الموضحة في هذا النموذج وأنا/نحن نعفي شركة الراجحي المصرفية للاستثمار من أي خسارة ناتجة بسبب عطل في الأجهزة و/ أو خطوط الإرسال ومن أي خطأ/ أو أو سوء فهم من الطرف الثالث.

I/We confirm the accuracy of the details quoted on this form. I/We exempt Al Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by the third party.

أوافق على خصم أي استقطاعات من قيمة الحوالة من عمولة أو مصاريف اخرى تستحق لأية جهة بسبب هذه الحوالة.

I approve deduction of any amounts from the transfer value (as commissions or charges or others) due to any party in relation to this transfer.

يحق للشركة إلغاء الحوالة عند عدم جاوب العميل في الرد على استفسارات الشركة بعد عشرة أيام من تاريخ أول استفسار مع تحميله كافة المصاريف.

The Corp. reserves the right to cancel the transfer if customer declines to respond to the corp. inquiries after ten days since the first inquiry, further, customer shall all costs.

**FOR BANK'S USE ONLY**   لاستخدام البنك فقط

CORRESPONDENT BANK البنك المراسل

FOREIGN CURRENCY المبلغ بالعملة الأجنبية

RATE سعر التحويل

SAR AMOUNT المبلغ المعادل بالريال

COMMISSION الرسوم / العمولة

CHARGES مصاريف التلكس

SAR TOTAL الإجمالي بالريال

CUSTOMER'S SIGNATURE موقع العميل

نبيه إقرأ التعليمات على ظهر النموذج قبل التوقيع
**NOTICE**
Please read instructions over leaf before sign

**VALIDATION: - DEAR CUSTOMER,**
Please check receipt validation on this form

د. صالح سليمان الوهيبي
الأمين العام المساعد للشئون التنفيذية

**Dr. Saleh Sulaiman Al-Wohaibi, Assistant Secretary-General for Executive Affairs**

Form No. 21/T

CONFIDENTIAL

WAMYSA061139

**World Assembly of Muslim Youth**

Administration - Riyadh



الندوة العالمية للشباب الإسلامي

الأمانة العامة ـ الرياض

Daily Journal Voucher

| Total | | Partial | Description | Account No. |
|---|---|---|---|---|
| Credit (SAR) | Debit (SAR) | | | |
| 18,750 | | | From: Activity Banks Account – Administration Activities – USA – NGO Conference | |
| | | | | |
| | 18,750 | | | |
| | | | To: Al Rajhi Bank – Branch 30 – Account No. H/5/8090 Transaction description:Transfer of expenses for the workshop at the United Nations Conference of Non-Governmental Organizations in New York. | |
| 18,750 | 18,750 | | Eighteen thousand seven hundred and fifty Saudi riyals only. | |

To Mr. Babakr – to execute the transfer as authorized

Signed

20/6/1423

Accountant                    Reviewer              Accounts Manager

CONFIDENTIAL                                                WAMYSA061140



# World Assembly of Muslim Youth

## Member of the UN NGO'S



الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

الرقم : ٦٠ ٧٤

التاريخ : ٩/٧/١٤٢٢هـ

سعادة الأخ الفاضل/ م. إبراهيم سليمان
مدير مكتب الندوة في أمريكا

حفظه الله

السلام عليكم ورحمة اللّه وبركاته ..

أسأل اللّه تعالى أن تكونوا بخير حال وعافية .. وبعد

أشير إلى خطابكم الكريم المؤرخ ٢٠٠٢/٨/١٩م بشأن طلبكم تحويل مبلغ (٥٠٠٠) دولار (فقط خمسة آلاف دولار) لتغطية مصروفات نشاط ورشة عمل عن " إعادة التأهيل النفسي الاجتماعي للفتيات اللاتي اغتصبن في كوسوفا .

نرفق لكم نسخة الحوالة المؤرخ في ٢٠٠٢/٩/٨م من شركة الراجحي المصرفية للاستثمار بمبلغ (٥٠٠٠) دولار لصالح مؤتمر الأمم المتحدة .

آملين التكرم بإشعارنا باستلام الشيك .

واللّه تعالى يحفظكم ويرعاكم ..

والسلام عليكم ورحمة اللّه وبركاته ...،

الأمين العام المساعد للمكاتب
والعلاقات الدولية

د. صالح بن إبراهيم بابعير

م/الأسطل/حسابات/٤

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya   ·   Saudi Arabia   ·   Tel. (01) 464 1669 (10) Lines / 465 5431
Cable :   ISLAMIYAH RIYADH              -              Fax. : (01) 464 1710

ص.ب : ١٠٨٤٥ ـ الرياض : ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٥٤٣١ ٤٦٥
برقياً : إسلامية الرياض   ـ   فاكس : ١٧١٠ ٤٦٤ (٠١)

CONFIDENTIAL                                                    WAMYSA061135

| إشعار العميل لعملية/عمليات مصرفية | شركة الراجحي المصرفية للاستثمار |
|---|---|
| CUSTOMER ADVISE FOR BANKING TRANSACTION(S) | AL RAJHI BANKING & INVESTMENT CORP. |

| Cash 5 | 08/09/02 | 59 |

## Electronic Transfer

**Remitter Data**

| | |
|---|---|
| Membership: | 2078442 |
| Short English: | AA |
| Short Arabic: | الندوة العالميه للشباب الاسلامي مكتب |
| Current Account: | 27900-001-0006080080905 |
| Phone: | 014641669 |

**Beneficiary Data**

| | |
|---|---|
| Benef. Sequence: | 6 |
| Short Name: | WAMY REGIONAL OFFICE U.S.A. |
| Current Account: | 10123443 ROUTING 051400507 |
| Address1: | U.S.A. |
| Address2: | U.S.A. |
| City: | |
| Phone: | |
| Bank: | BANK AMERICA –8128AR LINGT NO BLVD |
| Branch: | FALLS CHURCH VA 22042 |
| Address/City: | U.S.A. |
| Bank Country: | United States of America |

**Order Data**

| | |
|---|---|
| Amount: | 5,000.00  USD – United States Dollar |
| Sarie Fee: | |
| Transfer Fee: | |
| Equivalent: | 18,750.00  SAR – Saudi Riyal |
| Exchange rate: | 3.750000 |
| Remitter to Beneficiary: | |

Value date: 09/09/02

Your unique reference number for this payment is: PON/12378205/279
Please quote this number for any Correspondence related to your Payment.
SEQ:    00000000019

We confirm the accuracy of the details quoted on this form. I/We exempt Al Rajhi Banking&Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by th third party. I approve deduction of any amounts from the transfer value (as commissions or charges or others) due to an party in relation to this transfer. The Corp. reserves the right to cancel the transfer if customer declines to respond to the corp. after ten days since the first inquiry. Further, customer shall incur all costs.

Remitter Signature,

...............................................

TELLER'S SIGNITURE _____    توقيع الصراف

BRANCH STAMP _____    ختم الفرع

Form No. 51/T    نموذج رقم ٥١/ت

CONFIDENTIAL    WAMYSA061136

١٩ أغسطس ٢٠٠٢ م

سعادة الأستاذ الدكتور صالح الوهيبي                    حفظه الله
الأمين العام المساعد للندوة العالمية للشباب الإسلامي

السلام عليكم و رحمة الله و بركاته

لا يخفى على سعادتكم إقتراب تاريخ مؤتمر الأمم المتحدة للمنظمات غير الحكومية بنيويورك و الذي تشارك فيه الندوة بإقامة ورشة عمل عن ''إعادة التأهيل النفسي الإجتماعي للفتيات اللاتي إغتصبن في كوسوفا'' بحيث لم يتبقى من الوقت غير أسبوعين ، لذلك نرجو من سعادتكم تعميد تحويل مبلغ ٥٠٠٠ دولار لتغطية مصروفات النشاط و تشمل تذاكر الطيران الداخلي للمشاركين بالنشاط و حجز الفنادق و طباعة المادة العلمية لتوزيعها على الحضور و شراء جهاز عرض ( LCD Projector ) و شاشة ، حيث أن الأمم المتحدة لن توفرهما، و سوف يستفيد المكتب من هذا الجهاز فيما بعد حيث أننا أصبحنا نقيم في الفترة الأخيرة أنشطة عديدة لعرض الإسلام و التي نجحت نجاح كبير في عدة ولايات و أصبح المكتب يتلقى العديد من الدعوات لعمل تلك العروض و نحن في طريقنا لإصدار البرنامج الخاص ( ISLAM in Brief )على أقراص CD و الذي شارك في عمله الدكتور ممدوح نور الدين (بالجامعة المفتوحة) و الأخ فاضل سليمان (بمكتب الندوة).
لذلك نرجو من سعادتكم التكرم بسرعة تعميد تحويل مبلغ ٥٠٠٠ دولار لتغطية مصروفات النشاط .

و السلام عليكم و رحمة الله و بركاته

م/ إبراهيم سليمان
المشرف على المكتب

صورة مع التحية للدكتور صالح الوهيبي
الأمين العام المساعد للندوة العالمية للشباب الإسلامي

المدير المالي ـ السلام عم
اعتمدوا تكون من تحويل خمسة آلاف دولار لمكتب الندوة واشنطن للأغراض المذكورة أعاه
وشكرا

CONFIDENTIAL
WAMYSA061137

| من: | Ibrahim S. A. <support@wamyusa.org> |
|---|---|
| إلى: | <qatabi@mail.com> |
| نسخة كربونية إلى: | Wamy Offices' Affairs Dept. <office@wamy.org> |
| تاريخ الإرسال: | جمادى الثانية/١٤٢٣ ١١:٠٢ م/16 |
| إرفاق: | doc.الى بابعير بخصوص ميزانية ورشة العمل في هيئة الامم ٢٠٠٢ ;doc.ورشة العمل في هيئة الامم سبتمبر ٢٠٠٢ |
| الموضوع: | خطاب مهم |

السلام عليكم ورحمة الله وبركاته
جزاكم الله خيرا
مرفق خطابان مهمان تم التفاهم عليه مع الدكتور صالح الوهيبي ووافق عليه وطلب عرضه عليه عاجلا
الرجاء طباعة الخطاب المرفق على ورق الندوة وعرضه عليه باسرع مايمكن جعل الله ذلك في ميزان حسناتكم ونفع بكم

ابراهيم سليمان عبدالله
المشرف على مكتب امريكا



WAMYSA061138

طلب إصدار شيك مصرفي/ حوالة
**MONEY TRANSFER/DRAFT REQUEST**

شركة الراجحي المصرفية للاستثمار
**AL RAJHI BANKING & INVESTMENT CORP.**

يتم تعبئة كافة البيانات عند مراجعة العميل للمرة الأولى فقط
**COMPLETE ONLY THE SHADED AREAS IF YOU ARE REGISTERED AND THE TRANSACTION IS FOR AN EXISTING BENEFICIARY**

| REMITTER'S FILE NO. | رقم ملف العميل |

BRANCH __279__ الفرع

DATE __08/09/02__ التاريخ

CUSTOMER NAME __WAMY__ اسم العميل

*ACCOUNT NO __8090/5__ *رقم الحساب

ACCOUNT HOLDING BRANCH __29__ الفرع المفتوح فيه الحساب

تكتب البيانات الشخصية للمحول
**COMPLETE REMITTER'S DATA**

NAME الاسم

ADDRESS العنوان

P.O.BOX ص.ب

ZIP CODE الرمز البريدي

TELEPHONE NO رقم الهاتف

I.D. TYPE & NO. نوع ورقم الهوية

DATE & PLACE OF ISSUE مكان وتاريخ الإصدار

NATIONALITY الجنسية

SPONSOR'S NAME & ADDRESS اسم وعنوان الكفيل

BANK DRAFT ○    إصدار شيك مصرفي    TELEX/SWIFT TRANSFER ✓    إصدار حوالة

TRANSFER TYPE    نوع التحويل

FOREIGN ✓ تحويل خارجي    LOCAL ○ تحويل لبنك محلي    INTERNAL ○ داخلي

*DEBIT MY ACCOUNT ✓ *خصماً من حسابي    CASH ○ نقداً

| المبلغ بالحروف Amount In Word | العملة Currency | المبلغ Amount |
|---|---|---|
| ONLY Five Thousand U.S DOLLARS | $ | 5000 |

*Please debit my account with the draft/transfer amount and any charges resulting from this request.
نرجو خصم قيمة الشيك/ الحوالة زائداً أي مصاريف أخرى تترتب على هذا الطلب من حسابي الموضح أعلاه.

BENEFICIARY DATA بيانات المستفيد

BENEFICIARY'S NAME __WAMY REGIONAL OFFICE 4 U.S.A__

ADDRESS العنوان

CITY المدينة    COUNTRY __U.S.A__ البلد

TELEPHONE NO. رقم الهاتف

NATIONALITY الجنسية

I.D. TYPE & NO. نوع ورقم الهوية

DATE & PLACE OF ISSUE مكان وتاريخ الإصدار

ACCOUNT NO. __10123443 Routing 054000507__ رقم

BENEFICIARY BANK __BANK AMERICA - 8128 AR__ Long Alo BL

BRANCH NAME & ADDRESS اسم الفرع وعنوانه

__FALLS Church VA 22042__

رسالة للمستفيد لدى المراسل لا تزيد عن ٧٠ حرفاً. (خاص بالحوالات العاجلة فقط)
Message to beneficiary with the correspondent not exceeding 70 characters. (for express transfer only)

أنا/نحن نصادق على صحة البيانات الموضحة في هذا النموذج وأنا/ نحن نعفي شركة الراجحي المصرفية للاستثمار من أي خسارة ناتجة بسبب عطل في الأجهزة و/ أو خطوط الإرسال ومن أي خطأ و/ أو سوء فهم من الطرف الثالث.

I/We confirm the accuracy of the details quoted on this form. I/We exempt Al Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by the third party.

أوافق على خصم أي استقطاعات من قيمة الحوالة من عمولة أو مصاريف اخرى تستحق لأية جهة بسبب هذه الحوالة.

I approve deduction of any amounts from the transfer value (as commissions or charges or others) due to any party in relation to this transfer.

بحق للشركة إلغاء الحوالة عند عدم جواب العميل في الرد على استفسارات الشركة بعد عشرة أيام من تاريخ أول استفسار مع تحمله كافة المصاريف.

The Corp. reserves the right to cancel the transfer if customer declines to respond to the corp. inquiries after ten days since the first inquiry, further, customer shall all costs

CUSTOMER'S SIGNATURE موقع العميل

تنبيه
اقرأ التعليمات على ظهر النموذج قبل التوقيع
**NOTICE**
Please read instructions over leaf before sign

FOR BANK'S USE ONLY لاستخدام البنك فقط

CORRESPONDENT BANK البنك المراسل

FOREIGN CURRENCY المبلغ بالعملة الأجنبية

RATE سعر التحويل

SAR AMOUNT المبلغ المعادل بالريال

COMMISSION الرسوم / العمولة

CHARGES مصاريف التلكس

SAR TOTAL الإجمالي بالريال

VALIDATION: - DEAR CUSTOMER, 
Please check receipt validation on this form

المصادقة الآلية: - العميل الكريم.
الرجاء التأكد من وجود المصادقة الآلية على النموذج.

Form No. 21/T

CONFIDENTIAL

WAMYSA06113923

الندوة العالمية للشباب الإسلامي

**Muslim Youth**

الأمانة العامة ـ الرياض

n - Riyadh

WAMY

سند قيد يومية

التاريخ : ١٩/ ٦ /١٤٢٣هـ

Date:      /      /

| رقم الحـ | البيـــان | جزئــي | كلــي | |
|---|---|---|---|---|
| | | | دائــن | مديـــن |
| | صرف/مصاريف نشاط الرسالة امريكا ـ مؤتمر المنظمات غير الحكومية | | | ١٨٬٧٥٠٬- |
| ٨٩/٠٥/ج | الى هـ البنك لبرامجى ـ خرج الشلاقحم | | ١٨٬٧٥٠٬- | |
| | تحويل مصاريف ويشتمل لمؤتمرالأمم المتحدة للمنظمات غير الحكومية بنيويورك | | | |
| | فقط ثمانية عشرالف سبعمائة وخمسون ريال لاغير | | ١٨٬٧٥٠٬- | ١٨٬٧٥٠٬- |

مديرالحسابات                المراجع                المحاسب      الأخ/ بابكر

                                                لاجراء التحويل حسب التقرير

                                                ١٤٢٣/٦

16/06/23

CONFIDENTIAL

WAMYSA061140



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA061135 - WAMYSA061140**

Sworn to before me this

___ 22 ___ day of ___ March ___ of 2026

Translation Manager

Notary

American Translators Association



Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling