Republic of Bosnia-Herzegovina
Ministry of Foreign Affairs
Office of the Foreign Minister

TO WHOM IT MAY CONCERN

This to certify that, the Third World Releif Agency with its director Dr. ELfatih Ali Hassanein is authorized to recieve donations to Refugees from Bosnia-Herzegovina (in Bosnia, Croatia, Slovinia or in any other places, and also he authorized to pay for demands of refugees or to delever money to our centers in Bosnia, Croatia, Slovinia or any other places with food stuff, clothes, plankts, tents, medicaments, medical equipments, and puckt money .

We thanks every body or organizations who is fasilitating the duty of this organization to worth our Refugees .

Silajdzic, Hari**S**

Minister of Foreign Affairs

of

Bosnia-Herzegovina

10.7.92

Permanent Mission of the Republic of Bosnia-Herzegovina to the United Nations
1345 Avenue of the Americas • 43rd Floor • New York, NY 10105 • 212/841-6119, 212/246-6933 (fax)



**EXHIBIT**

**WAMY EX. 211**

FED-PEC0289612