**WAMY**
Jeddah - Sitteen St. Crossing With Palestine St.
Tel. : 6672833 / 6601878 / 6613761
Fax : 6602645
P. O. Box 8856 - Jeddah 21492
Kingdom of Saudi Arabia



الندوة العالمية للشباب الإسلامي
جــدة – تقاطع شارع فلسطين مع الستين
ت : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١
فاكس : ٦٦٠٢٦٤٥
ص.ب ٨٨٥٦ – جــدة ٢١٤٩٢
المملكة العربية السعودية

Date: March 1, 1997
Equivalent to  / / 19

**Journal Entry Voucher**

Equivalent to  / / 19

| Debit | | Credit | | Description | Debit No. | Credit No. |
|---|---|---|---|---|---|---|
| **R** | **H** | **R** | **H** | | | |
| | | | | From Mathkourni | | |
| 6000 | | | | A/C Charitable Grants – Nigeria | 108 5301100 | |
| 7998 | *75* | | | A/C Training and Vocational Courses | 108 5203100 | |
| | | 13,998 | 75 | To / Al Ahli Bank – 140 | | 900 1203100 |
| | | | | Assistance to the Women's Vocational Center affiliated with the Third World Relief Agency – Nigeria. | | |
| | | | | Assistance to the Women's Vocational Center affiliated with the Third World Relief Agency – Nigeria. Assistance to the Okene Cultural Center in Yashir, and two training courses for cultural and da'wah qualification for displaced persons. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 13,998 | 75 | 13,998 | 75 | **Total /**  (Only thirteen thousand nine hundred ninety-eight Saudi riyals and seventy-five halalas) | | |

Accountant [signature]        Chief Accountant [signature]

10/29 [signature]

CONFIDENTIAL


EXHIBIT
WAMY EX. 213

WAMYSA042102

No. 549723

0000549723
55503100990409

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
Head Office Address: P.O.Box 3555, Jeddah 21481, Saudi Arabia

1-12
210

Date      01/03/1997
Branch 140  AL-KHANDARA#140

Pay to the
order of      ***THIRD WORLD RELIEF AGENCY -NIGERI OFFICE***

U.S. $ **************3,733.00

The sum of
US Dollars      U.S. DOLLARS THREE THOUSAND SEVEN HUNDRED THIRTY THREE ONLY.**

Payable at :

┌  **CHEMICAL BANK**  ┐

55 Water Street

└  New York. N.Y. 10041, U.S.A.  ┘

1/٢٢٨ مليين بن محمد بن سالم...
SALAH S. BIN YAMEAN ٢٢٥٠٠  ١/ ١٢٦١ سالم سعيد باخريصة
SALIM SAEED BA-KHRAISA 12697
For THE NATIONAL COMMERCIAL BANK

⑈549723⑈ ⑆021000128⑈ 400⑈0269531⑈

CONFIDENTIAL                                                      WAMYSA042103

 **THIRD WORLD RELIEF AGENCY**

**Nigeria Office**

 

مكتـــب نيجـــــريا

DATE:.............................................    Our Ref............................................

| |
|---|
| Programs / finance<br>We approve a lump sum aid amounting to 14,000 riyals distributed as follows:<br>1 Six thousand riyals for the women / visual programs<br>2 Eight thousand riyals for trainee courses<br>[signature] 14/10/17 AH |

**His Excellency Dr. Owaish bin Harbi Al-Mubarak Al-Ghamdi**
**Assistant Secretary-General - WAMY - Jeddah**
Peace, mercy, and blessings of God be upon you.

Hope you are in good health and well-being. Please accept our sincere congratulations on the advent of the blessed month of Ramadan, and we pray to Allah to grant us success in fasting and performing its acts of worship. Indeed, He is the best to whom supplications are directed.

Subject:  Support for the Operation of (3) Projects in Nigeria
At the outset, the Third World Relief Agency in Nigeria expresses its appreciation for your kind cooperation, continued support, and assistance to its programs through financial aid, advice, and guidance. We ask Allah to bless your efforts, benefit Islam and Muslims through them, and preserve you under His gracious protection.
We write to you today as our financial circumstances remain difficult, as you are aware, which threatens the continuation of the remaining activities that we believe play a positive role in supporting Islamic work amidst a vast number of opposing activities. Among these projects are the following:

(A)  Al-Israa Charitable Clinic – Kano: This clinic provides treatment and medical care services to thousands of poor and needy individuals.
(B)  Okene Cultural and Training Center  This center focuses on caring for new Muslims and training and preparing Muslims culturally and in da'wah work, thereby contributing to advancing Islamic outreach efforts in central Nigeria.
(C)  Women's Vocational Center  This is the only Islamic women's center in Kogi State, providing vocational training for women in sewing, typing, home economics, and hand weaving.

Dear Brother,
These projects require an operational and support budget estimated at approximately 46,750 Saudi Riyals, detailed as follows:

CONFIDENTIAL                                                                                    WAMYSA042104

### (A) Medical Clinic – Kano
1. Salary support: 20,000 × 12 months = 240,000 Naira
2. Equipment and supplies:     60,000 Naira
                    Total      300,000 Naira = 15,000 SAR

### (B) Okene Cultural center:
1. Salaries of teachers and preachers       = 150,000 Naira
2. Training courses for new Muslims = 100,000 Naira
3. Audio-visual equipment       = 75,000 Naira
                    Total      375,000 Naira = 18,750 SAR

### (C) Islamic Women's Center:
1. Salary support                             = 120,000 Naira
2. Completion of equipment and supplies     = 65,000 Naira
3. Islamic books to support the library       = 20,000 Naira
4. Rent                                       = 15,000 Naira
Da'wah and cultural activities               = 40,000 Naira
                    Total:      260,000 Naira = 13,000 SAR
        Total for the Three Projects  935,000 Naira = 46,750 Saudi Riyals

**(forty-six thousand seven hundred fifty Saudi riyals)**

We ask Allah to assist you in responding to this request
and to continue granting you success in serving the Muslim Ummah.
Peace, mercy, and blessings of Allah be upon you.
Your brother,


[signature] [stamp – Third World Relief Agency, Nigeria Office]
Ahmed Qasim
Director, Nigeria Office

WAMYSA042105



# WAMY

Jeddah - Sitteen St. Crossing With Palestine St.
Tel. : 6672833 / 6601878 / 6613761
Fax : 6602645
P. O. Box 8856 - Jeddah 21492
Kingdom of Saudi Arabia

النـدوة العالمية للشبـاب الإسـلامي

جـدة – تقاطع شارع فلسطين مع الستين
ت. : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١
فاكس : ٦٦٠٢٦٤٥
ص.ب ٨٨٥٦ – جـدة ٢١٤٩٢
المملكة العربية السعودية

**سنـد قيـد**

المـوافق  /  / ١٩ م

التاريخ ٢٢/ ١٠ /١٤١٧هـ
المـوافق  /  / ١٩ م

١٠٥٥٧

| رقم الـدائن | رقم المدين | البيـان | دائـن | | مديـن | |
|---|---|---|---|---|---|---|
| | | | ريـال | هـ | ريـال | هـ |
| | | سمعركوني | | | | |
| | | ١/١ اعانات لجمعيات نيجيريا | | | ٦٠٠٠ | |
| | | ٥/ دراسات شرعية ومعهد | | | ٧٩٩٨ | ٧٥ |
| ٩٠٠ | | ١٠٠ عمو/ كتب لأهل المد | ١٣٩٩٨ | ٧٥ | | |
| | | * مساعدة للمركز السنوي لجنة نتبع | | | | |
| | | لقائم للام لجنة للاغاثة - نيجيريا . | | | | |
| | | * مساعدة مركز أوكتس الثقافي نيجير | | | | |
| | | بدبلان تدريب وتأهيل تكامل ردبوى للمهنيين. | | | | |
| | | الإجمالي / فقط ثلاثة عشر ألفا وتسعمائة وثمانية وتسعون ريالا وخمسة وسبعون هللة | ١٣٩٩٨ | ٧٥ | ١٣٩٩٨ | ٧٥ |

رئيس الحسابات

المحاسب

**No.** 549723

0000549723
55503100990409



البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
Head Office Address: P.O.Box 3555, Jeddah 21481, Saudi Arabia

1-12
210

Date          01/03/1997
Branch 140 AL-KHANDARA#140

Pay to the order of          ***THIRD WORLD RELIEF AGENCY -NIGERI OFFICE***

U.S. $ **************3,733.00

The sum of US Dollars          U.S. DOLLARS THREE THOUSAND SEVEN HUNDRED THIRTY THREE ONLY.**

Payable at :

**CHEMICAL BANK**
55 Water Street
New York. N.Y. 10041, U.S.A.

صالح سالم محمد. بن يمين ١/٢٢٨
SALAH S. BIN YAMEAN 22848 ١/ ١٢٦١ سالم سعيد باخريصة ١٢٦٩/
SALIM SAEED BA-KHRAISA 1269/A
For THE NATIONAL COMMERCIAL BANK

⑈549723⑈ ⑆021000128⑆ 400⑈026953⑈

CONFIDENTIAL                                        WAMYSA042103

بسم الله الرحمن الرحيم



**THIRD WORLD RELIEF AGENCY**

**Nigeria Office**

DATE:......................

Our Ref......................

وكالة العالم الثالث للإغاثة

مكتب نيجيريا

سعادة الأخ الفاضل / د. عويش بن حربي آل مبارك الغامدي

الأمين العام المساعد للندوة العالمية للشباب الاسلامي – جده

السلام عليكم ورحمة الله وبركاته

أرجو أن تكونوا بخير وعافية ولكم التهنئة الخالصة بحلول شهر رمضان المُعَظَّم مع الدعاء لله

أن يوفقنا لصيامه وقيامه إنه نعم المسئول .    وبعد :

**الموضوع : دعم لتسيير (٣) مشروعات بنيجريا**

في البدء تشكر لكم وكالة العالم الثالث للاغاثة بنيجريا تعاونكم الطيب ودعمكم المتصل

ومساندتكم لبرامجها بالمال والرأي والنصيحة فالله نسأل أن يبارك في جهودكم وأن ينفع بها الاسلام

والمسلمين وأن يحفظنا وإياكم بحفظه الجميل .

نكتب اليكم اليوم ولاتزال ظروفنا المادية حرجة كما تعلمون ، مما يهدد بتوقف ماتبقي من

نشاطات نحسب أنها تؤدي دوراً طيباً في دعم مسيرة العمل الاسلامي وسط خضم هائل من

النشاطات المعادية , ونخصُّ من هذه المشاريع :

(أ) مستوصف اسراء الخيري بمدينة كانو :  وهو يقدم خدمات العلاج والرعاية الطبية للآف من

الفقراء والمحتاجين .

(ب) مركز أوكيني للثقافة والتدريب : وهو مركز يعني برعاية المهتدين وتدريب وتأهيل المسلمين

ثقافياً ودعوياً إسهاماً في دفع عجلة الدعوة بمنطقة وسط نيجيريا .

(ج)  المركز النسوي الحرفي : وهذا يعتبر المركز الاسلامي الوحيد للمرأة في ولاية كوقي ويقوم

بالتأهيل المهني للنساء في الخياطة , الآلة الكاتبة , الاقتصاد المنزلي , النسيج اليدوي , ........

أخي الكريم :

تحتاج هذه المشروعات لميزانية تسيير ودعم تبلغ حوالي ٤٦,٧٥٠ ريال سعودي تفاصيلها كالاتي :

ص.ب : ١٤٥٧٥ كانو - ت : ٦٦٤٧٥٧ (٠٦٤) - فاكس : ٦٦٦٣٢٤ (٠٦٤) - تلكس : ٧٧١١٣
3rd Link., New Court Road - P.O.Box: 14575 KANO - Tel.: (064) 664757 - Fax.: (064) 666324 - Telex.: 77113 NG.

CONFIDENTIAL                                    WAMYSA042104

(أ) المستوصف الطبي ( كانو ) :

١/ دعم المرتبات= ١٢×٢٠,٠٠٠شهر    = ٢٤٠,٠٠٠ نيره

٢/الأجهزة والمعدات    = ٦٠,٠٠٠ نيره

الجملة    = ٣٠٠,٠٠٠ نيره = ١٥,٠٠٠ ريال سعودي

(ب) مركز أوكيني للثقافة :

١/ دعم مرتبات المعلمين والدعاة    = ١٥٠,٠٠٠ نيره

٢/ دورات المهتدين    = ١٠٠,٠٠٠ نيره

٣/ أجهزة مرئية ومسموعه    = ٧٥,٠٠٠ نيره

الجملة    = ٣٧٥,٠٠٠ نيره =١٨,٧٥٠ ريال سعودي

(ج) المركز الاسلامي النسوي :

١/ دعم المرتبات    = ١٢٠,٠٠٠ نيره

٢/ اكمال المعدات والأجهزة    = ٦٥,٠٠٠ نيره

٣/ كتب اسلامية لدعم المكتبة    = ٢٠,٠٠٠ نيره

٤/ الايجار    = ١٥,٠٠٠ نيره

٥/ النشاط الدعوي والثقافي    = ٤٠,٠٠٠ نيره

الجملة    = ٢٦٠,٠٠٠ نيره = ١٣,٠٠٠ ريال سعودي

الجملة الكلية للمشاريع الثلاثة    = ٩٣٥,٠٠٠ نيره= ٤٦,٧٥٠ ريال سعود

( فقط ستة وأربعون الف وسبعمائة وخمسون ريال سعودي لاغير )

نسأل ا لله أن يعينكم في الاستجابة لهذا الطلب وأن يديمكم لخدمة الأمة الاسلامية .

والسلام عليكم ورحمة ا لله وبركاته

أخوكم

احمد قاسم

مدير مكتب نيجيريا



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)       §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English  language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA042102 - WAMYSA042105**

Sworn to before me this

_____ day of _____ of 2026

Translation Manager

Notary



American Translators Association



Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling