**WAMY**

Jeddah - Sitteen St. Crossing With Palestine St.
Tel. : 6672833 / 6601878 / 6613761
Fax : 6602645
P. O. Box 8856 - Jeddah 21492
Kingdom of Saudi Arabia



الندوة العالمية للشباب الإسلامي

جــدة – تقاطع شارع فلسطين مع الستين

ت. : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١

فاكس : ٦٦٠٢٦٤٥

ص.ب ٨٨٥٦ – جــدة ٢١٤٩٢

المملكة العربية السعودية

Date: 14/9/1420 AH
Corresponding to:     / /   19 min

Check Cashing Authorization No. 2255
20,000 riyals

Payable to Mr./Messrs./Organization/Bashir Youssef Al-Halis
The amount is exactly twenty thousand riyals and nothing more
Pursuant to Check No. 1499 drawn on Al-Ahli Bank, Account No. 140, in payment of the deposit for the Third World Relief Agency – Nigeria Office [illegible] Abdullah Hashim Company, as per the attached document
Accountant [signature]
Chief Accountant [signature]
Assistant Secretary-General [signature]
Treasurer [signature]
Recipient: Muhammad Rabab Al-Sa'a
Recipient's signature [signature]

| Debtor | | Creditor | | Statement | Debtor Number | Creditor Number |
|---|---|---|---|---|---|---|
| H | Riyal | H | Riyal | | | |
| - | 20000 | - | | From the Secretariats of Associations in Nigeria | 207-010-0000 | |
| | | - | 20000 | To: Al-Ahli Bank 140 | | 120-101-0100 |
| | | | | | | |
| | | | | Payment of the deposit for the Third World Relief Agency – Nigeria Office | | |
| | | | | | | |
| | | | | | | |
| | | | | -   No. 1499[illegible]: Bashir Youssef Al-Halis Foundation | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| - | 20000 | - | 20000 | Total / Only twenty thousand riyals [illegible] | | |

CONFIDENTIAL

**EXHIBIT**

**WAMY EX. 214**

WAMYSA586734

**THIRD WORLD RELIEF AGENCY**

Nigeria Office



وكالة العالم الثالث للإغاثة

مكتب نيجيريا

DATE: 15-12-99

Our Ref. TWRA/NG/82

His Excellency Mr. Dr. Abdulwahab bin Abdulrahman Nour, may God protect him

Assistant Secretary-General for WAMY - Jeddah

Peace be upon you, God's mercy and blessings

We pray that you are well and in good health, and we thank you for your continued cooperation and support of the Third World Relief Agency in Nigeria. Please be so kind as to credit Brother M. Bashir Youssef Al-Halis has been appointed as the agent responsible for receiving any funds allocated to the Agency's charitable projects in Nigeria.

May God reward you with good

May God's peace, mercy and blessings be upon you,

Your brother, the General Supervisor

Signature

Ahmed Qasim

ص.ب : كانو ١٤٥٧٥ ـ ت : ٦٦٤٧٥٧ (٠٦٤) ـ فاكس : ٦٦٦٣٢٤ (٠٦٤) ـ تلكس : ٧٧١١٣

3rd Link., New Court Road - P.O.Box: 14575 KANO - Tel.: (064) 664757 - Fax.: (064) 666324 - Telex.: 77113 NG.

CONFIDENTIAL                                                                WAMYSA586736

009430

التاريخ. Date 14/12/1999

البنك الأهلي التجاري
THE NATIONAL COMMERCIAL BANK

**JEDDAH MAIN BRANCH**

**P.O BOX 104 K.A.AZIZ ST.JEDDAH**

فرع جدة الرئيسي ص.ب ١٠٤
شارع الملك عبد العزيز جدة

Against this Cheque
Pay to the Order of    World Assembly of Muslim Youth    إدفعوا بموجب هذا الشيك لأمر

The amount of    Only twenty-thousand Saudi Riyal    المبلغ  ريال S.R.  20,000.00

Payment to the Third World Relief Agency – Nigeria Office – Educational Center Project – Abuja

Abdullah Hashim Co., Ltd.

لا تكتب تحت هذا الخط
DO NOT WRITE BELOW THIS LINE    Signature    التوقيع

⑈"009430"⑈ 2010⑈101: 33373040104⑈"

CONFIDENTIAL

WAMYSA586737



**WAMY**

Jeddah - Sitteen St. Crossing With Palestine St.

Tel. : 6672833 / 6601878 / 6613761

Fax : 6602645

P. O. Box 8856 - Jeddah 21492

Kingdom of Saudi Arabia

الندوة العالمية للشباب الإسلامي

جـدة – تقاطع شارع فلسطين مع الستين

ت. : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١

فاكس : ٦٦٠٢٦٤٥

ص.ب ٨٨٥٦ – جدة ٢١٤٩٢

المملكة العربية السعودية

التاريخ ١٤/ ٩ / ١٤٢٠هـ

الموافق / / ١٩ م

| ريـــال | هـ |
|---|---|
| ٢٠,٠٠٠/- | – |

**سنــد صرف شيكات**

2255

يصرف للسيد/ السادة/ مؤسسة/ بشير يوسف الرئيس

مبلغ وقدره/ عشرون ألف ريال لاغير ................ فقط لاغير

بموجب شيك رقم/ ١٢٩٩ مسحوب على بنك الراجحي حساب رقم ١٤٠

وذلك مقابل/ .......................................................................

محـاسب                رئيس الحسابات                الأمين العام المساعد

أمين الصندوق          المستلم                توقيع المستلم

| رقـم الـدائن | رقـم المدين | البيــــان | دائــن | | مديــن | |
|---|---|---|---|---|---|---|
| | | | ريـال | هـ | ريـال | هـ |
| | ٠.٧.١٠٠٠٠٠ | | | | ٢٠٠٠٠ | |
| ١٤.١.١.١٠ | | ١٢٠ | ٢٠٠٠٠ | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | الإجمالي / | ٢٠٠٠٠ | – | ٢٠٠٠٠ | – |



**THIRD WORLD RELIEF AGENCY**

Nigeria Office

وكالة العالم الثالث للإغاثة

مكتــب نيجـــيريا

DATE: 15 - 12 - 99

Our Ref. TWRA/NG/82

حفظه الله

سعادة الأخ الفاضل / أ.د. عبد الوهاب بن عبد الرحمن نور ولي

الأمين العام المساعد للندوة — جدة

السلام عليكم ورحمة الله وبركاته ..

**نسأل** الله أن تكونوا بخير وعافية ونشكر لكم تعاونكم ودعمكم المتصل لوكالة العــالم الثالث للإغاثة في نيجيريا الرجاء التكرم بإعتماد الأخ / م. بشير يوسف الهليس وكيـــلاً لاستلام أي دعم مخصص للمشاريع الخيرية للوكالة في نيجيريا.

وجزاكم الله خيرًا

والسلام عليكم ورحمة الله وبركاته

أخوكم المشرف العام

أحمد قاسم

ص.ب : كانو ١٤٥٧٥ ـ ت : ٦٦٤٧٥٧ (٠٦٤) ـ فاكس : ٦٦٦٣٢٤ (٠٦٤) ـ تلكس : ٧٧١١٣
3rd Link., New Court Road - P.O.Box: 14575 KANO - Tel.: (064) 664757 - Fax.: (064) 666324 - Telex.: 77113 NG.

CONFIDENTIAL                                                                    WAMYSA586736

٠٠٩٤٣٠

البنك الأهلي التجاري
THE NATIONAL COMMERCIAL BANK

التاريخ ١٤/١٢/١٩٩٩م Date

**JEDDAH MAIN BRANCH**

**P.O BOX 104 K.A.AZIZ ST.JEDDAH**

فرع جدة الرئيسي   ص.ب ١٠٤
شارع الملك عبد العزيز   جدة

Against this Cheque
Pay to the Order of

إدفعوا بموجب هذا الشيك لأمر الندوة العالمية للشباب الأسلامي

The amount of

المبلغ عشرون الف ريال سعودي لا غير

ريال
S.R. ٢٠٬٠٠٠

لصالح وكالة العالم الثالث للإغاثة ـ مكتب نيجيريا ـ مشروع المركز التعليمي ـ أبوجا .
شركة عبدالله هاشم المحدوده

لا تكتب تحت هذا الخط
DO NOT WRITE BELOW THIS LINE

Signature

التوقيع

⑈"009430"⑈ 2010⑈101⑊ 33373040104"⑈

CONFIDENTIAL

WAMYSA586737



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA586734,36-WAMYSA586737**

Sworn to before me this

_26_ day of _March_ _____ of 2026



Translation Manager

Notary



**MEMBER**
American Translators Association



Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling