**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

1- [illegible]

2- Austria

Number: 5746

Date: January 29, 1994

Office of the Secretary General

His Excellency Dr. Al-Fatih Ali Hassanein, may God protect him,

Representative of the Assembly in Austria

Peace be upon you, and may God's mercy and blessings be upon you.

I refer to the telephone conversation that took place between the Assembly and His Excellency the Secretary-General of the King Fahd Complex for the Printing of the Holy Quran regarding the agreement reached between the Complex, on the one hand, and you and the Muslim Students Union, on the other, concerning your commitment to prepare a number of translations of the meanings of the Quran into Eastern European languages.

I would like to take this opportunity to emphasize some important matters:

1. I hope you will provide the Academy with a detailed report on the latest developments in this important project, including a breakdown of the stages completed for each of the languages mentioned.

2. I also hope that you will provide us with a copy of that report at the Assembly as soon as possible.

In addressing you on this matter, I am adding the voice of the Assembly to that of the Academy, hoping that you will give this matter your full attention and bring the matter to a conclusion in accordance with the agreement.

I ask Allah, the Almighty, to grant you continued success and guidance, and I ask Him to crown all sincere efforts with success. Peace be upon you, and may Allah's mercy and blessings be upon you.

Your brother,

The Secretary-General of the World Islamic Youth Forum
Dr. Manaa bin Hammad Al-Juhani
[signtature]

CONFIDENTIAL

WAMYSA1235382

**EXHIBIT**

**WAMY EX. 215**





**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

مكتب الأمين العام

*Office of the Secretary General*

الرقم .......... ٥٧ ٤٦

التاريخ ........ ١٤١٤ / ٨ / ١٨

حفظه الله

سعادة الأخ الفاضل الدكتور/ الفاتح علي حسنين

ممثل الندوة في النمسا

السلام عليكم ورحمة الله وبركاته ..

أشير للاتصال الهاتفي الذي تم بين الندوة وسعادة أمين عام مجمع الملك فهد لطباعة المصحف الشريف بشأن الاتفاق الذي تم بين المجمع من جهة وبينكم واتحاد الطلاب المسلمين من جهة اخرى حول التزامكم باعداد عدد من ترجمات معاني القرآن بلغات اوربا الشرقية .

وأود بهذه المناسبة التأكيد على بعض الأمور الهامةِ :

١ – آمل تزويد المجمع بتقرير مفصل عن آخر ماتم في هذا المشروع الهام من انجاز مع ذكر تفصيل المراحل التي تمت بالنسبة لكل لغة من اللغات المشار إليها .

٢ – كما آمل تزويدنا في الندوة بصورة من ذلك التقرير في أسرع وقت ممكن .

وإنني إذ اخاطبكم في ذلك الأمر لأضم صوت الندوة لصوت المجمع آملاً اعطاء هذا الأمر الهام كامل عنايتكم وانهاء الموضوع حسب الاتفاق .

سائلاً الله تعالى لكم دوام التوفيق والسداد، كما أسأله أن يكلل كافة الجهود المخلصة بالنجاح ..        والسلام عليكم ورحمة الله وبركاته ..

أخوكم

الأمين العام

للندوة العالمية للشباب الإسلامي

د. مـانع بن حمـاد الجهـني

CONFIDENTIAL

م.ع/٨/٣

WAMYSA1235382



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1235382**

Sworn to before me this

26 day of _____March_____ of 2026

_____
Translation Manager

_____
Notary





Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling