THE ISLAMIC COUNCIL
FOR EAST EUROPE

المجلس الإسلامي
لشرق اوروبا

**The Second General Conference**

Istanbul, 28–30 October 1994
Corresponding to 23 Jumada al-Ula 1415 AH

**Theme:**
*"Indeed, this community of yours is one community, and I am your Lord, so worship Me."*
**The Holy Qur'an**

**To:** His Eminence **Sheikh Maneh bin Hamad Al-Johani**

Peace, mercy, and blessings of Allah be upon you.

We are pleased to invite Your Eminence to attend and participate in the Second Conference of the Islamic Council for Eastern Europe, which will be held under the patronage of Sheikh Hafiz Sabri Koçi, the Honorary President of the Council, at the time and place specified above.

Your presence will represent meaningful support for Islam and Muslims in the region, enrich the discussions, and contribute to the advancement of Muslim communities.

Kindly confirm your attendance or submit your apology no later than 1 October 1994, corresponding to 25 Rabiʿ al-Thani 1415 AH.

The conference agenda and program will be sent to you at a later date.

May Allah reward your efforts and grant you the best recompense.

Peace, mercy, and blessings of Allah be upon you.

Dr. Al-Fatih Ali Hassanein
Executive Director
Islamic Council for Eastern Europe

Issued on: ___ / ___ / 1994

Dr. ELFATIH ALI HASSANEIN
PRINZ-BUGEN-STR. 36/4/2
A-1040 WIEN AUSTRIA
TEL. 505 07 93

CONFIDENTIAL

WAMYSA1235383

EXHIBIT

WAMY EX. 216

FROM :                      TO :        966 1 4641710        1994.10-18    15:57    #216 P.01/01

| THE ISLAMIC COUNCIL FOR EAST EUROPE | المجلس الإسلامي لشرق أوروبا |
|---|---|

المؤتمر العام الثاني

اسطنبول

٢٨ - ٣٠ أكتوبر ١٩٩٤م

الموافق ٢٣ جمادي الأولى ١٤١٥ هـ.

تحت شعار

«إن هذه امتكم امة واحدة وأنا ربكم فاعبدون»

صدق الله العظيم

فضيلة الشيخ / ................ حامد الجهني

السلام عليكم ورحمة الله وبركاته        وبعد

يطيب لنا دعوة فضيلتكم للحضور والمشاركة في جلسات المؤتمر الثاني للمجلس الإسلامي لشرق أوروبا الذي ينعقد تحت رعاية الشيخ حافظ صبري كوجي الرئيس الفخري للمجلس والمزمع عقده في الزمان والمكان المحددين آنفاً.

حضوركم يمثل دعماً للإسلام والمسلمين في المنطقة ويثري النقاش ويسهم في نهضة المسلمين.

○ لإبداء الموافقة أو الإعتذار نرجو الرد قبل يوم ١/١٠/١٩٩٤م الموافق ٠ ربيع الآخر ١٤١٥ هـ..

○ أجندة المؤتمر وبرنامجه سوف ترسل لكم لاحقاً.

Dr. ELFATIH ALI HASSANEIN
PRINZ-EUGEN-STR. 36/4/2
A-1040 WIEN AUSTRIA
TEL. 505 07 93

وشكر الله مسعاكم وجزاكم خيراً.

والسلام عليكم ورحمة الله وبركاته.

د. الفاتح علي حسنين

المدير التنفيذي للمجلس

CONFIDENTIAL                                           WAMYSA1235383

تحريرا في    /    / ١٩٩٤م



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)       §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1235383**

Sworn to before me this

26 day of _MARCH_ of 2026

_____
Translation Manager

_____
Notary



