VEREIN ZUR UNTERSTÜTZUNG DER "DRITTEN WELT"

THIRD WORLD RELIEF AGENCY



**To the esteemed Dr. Maneh bin Hamad Al-Johani, may Allah grant him long life and preserve him.**

Peace, mercy, and blessings of Allah be upon you.

We have received your kind letter dated October 8, 1994, together with the materials enclosed. We will benefit from them, God willing, especially as there are some Muslim youths here and in Eastern Europe who are eager for Islamic knowledge and culture.

May Allah reward you abundantly and bless you.

Peace, mercy, and blessings of Allah be upon you.

Dated: November 13, 1994

Your brother in Islam,
Dr. Al-Fatih Ali Hassanein
[signature]


Note:
If possible, please send at the earliest opportunity copies of the Qur'an with translated meanings in the three languages English, French, and German, as there is considerable demand for these editions. We hope you can send whatever is available as soon as possible.

May you remain under Allah's protection and care.

CONFIDENTIAL

WAMYSA1235384

EXHIBIT

WAMY EX. 217

FROM :                          TO  :      966 1 4641710      1994,10-25   14:54   #292 P.01/0

## VEREIN ZUR UNTERSTÜTZUNG DER "DRITTEN WELT"
### THIRD WORLD RELIEF AGENCY



Date:
Ref.:

الأخ (الفاضل)

د . عادق الجبري

حفظه الله و رعاه .

السلام عليكم ورحمة الله وبركاته ،

وبعد ونأمل بأن تكونوا بأوفر صحة بتاريخ ٥/١٠/٧ م، ٠١٤١٥ هـ
وصول المواد والتي ستتسلمونها منها ما ذكر لكم
وفي نفس الوقت نرجو مراسلتكم في
أوضاع اللجنة العامة الخاصة بالمنطقة
السلام عليكم في أيها وبارك عليكم
والسلام عليكم ورحمة الله وبركاته .
أخيكم في الله نشكركم
حافظ على الفاضل

ملاحظة : بعد أن تم ما ذكر في ما يلي
أقرأ ~ مشورة المالية بشكل . أشكركم
نشكركم
اللجنة أيضا ذكر أن الأموال
و نأمل التوفيق بشكل
ودمتم في حفظ الله ورعايته .

CONFIDENTIAL                                                      WAMYSA1235384



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1235384**

Sworn to before me this

_26_ day of ___MARCH___ of 2026

_____
Translation Manager

_____
Notary


American Translators Association



Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling