[Handwriting: Western Europe office]

In the Name of God, the Compassionate, the Merciful

<u>Yearly Plan for WAMY Western Europe Office</u>

In these pages, we present a vision for the yearly plan that our Western Europe office will focus on implementing in year 2000. As you will notice, the office's activities are split into two divisions, one of which aspires to support and develop existing activities and to continue the work that we have begun, aiming to advance this work after the initial gains demonstrated its feasibility. The other division is concerned with projects that we intend to undertake in the future, in alignment with the office's desire to establish special work that it directly oversees. In doing this, we will reap the greatest benefit and expand oversight of all activities, thereby yielding the desired results, particularly in training young Muslim leaders in organization and taking initiative.

1. <u>Ongoing Projects</u>: As we have said, this refers to projects we have initiated or begun to prepare which we are attempting to advance and finish within the coming year. These are essentially:

   a. Printing of Publications:
      - Reprint WAMY promotional brochures in a beautiful and attractive presentation
      - Print a book of authentic supplications from the Qur'an and the Sunnah in Arabic and English
      - Publish an introductory book on Islam for non-Muslims in English: "Insight to Islam"
      - Publish introductory brochure on WAMY and its various activities
      - Publish a book in both English and Arabic on teaching prayer
      - Project to prepare a guidebook on mosques and associations in Europe

CONFIDENTIAL



WAMYSA036333

b.  Missionary work: Support rectification of the image of Islam in the West:

- Develop the project of the Qur'an in general and university libraries
- Distribute brochures and fliers on discovering Islam
- Develop a relationship with Islamic associations and provide them with promotional materials to hold exhibits on Islam
- Provide prayer room libraries in universities with promotional references
- Develop mobile promotional exhibits for use in different regions in Britain

c.  Camps:

- Winter camp for youth in Cardiff in coordination with the Islamic School of Medicine
- Second European youth camp in summer of 2000 (July) in coordination with European youth associations: this is a future activity, but the idea comes out of the success of the first experience in the summer of 99.
- Support camps held by various youth organizations

d.  Hajj pilgrimage in 1420 AH season: We have initiated communications with students at the European Islamic College and other locations in Europe to prepare for this blessed project. Our office made financial contributions to support this glorious work last year which had a good outcome, praise be to God, in making the trip a success. The organizers achieved the desired objectives, the most important ones being:

- Giving Muslim youth in Europe the opportunity to fulfill the Hajj duty at a price that suited their limited means
- Undertaking fulfillment of the Hajj duty with a group of young people, which played a huge role in motivating participants to cooperate, get to know one another, and exchange information and thus perform the Hajj in the best way.
- Encouraging youth living in Europe to perform this Islamic service at a young age, which plays an important role in connecting youth to their religion and civilization and refining their Muslim identity that is under threat by various means of Westernization in Europe and in the West as a whole.

CONFIDENTIAL

WAMYSA036334

It is worth noting that the different visits to holy sites left a good impression on those participants. It firmly ingrained in their minds an attachment to the Masjid al-Haram (Great Mosque of Mecca) and the Prophet's, prayers and peace be upon him, midnight journey and all the important sites they were exposed to through the study of Islamic history and civilization.

e. Support member organizations to achieve the highest levels of performance (through publications and training sessions)
- Attract new members to WAMY
- Support the establishment of national youth organizations
- Support the registration of FEMYSO as a member in European Youth Assembly
- Participate in youth programs in global organizations like: UN/EU/CoE

2. <u>New Projects</u>: As we mentioned previously, all of these projects align with WAMY's new approach which aims to establish and directly oversee future projects
- Project on the first cultural festival for children and youth in Britain (see annex)
- Sporting tournament for youth (see annex)
- Scouting activities: support existing European scouting organizations and strengthen ties with English Scouting and scouting institutions in other European countries to introduce the principles of Islam
- Project to translate "The Simplified Encyclopedia of Contemporary Religions and Sects" published by WAMY: we have started into it to some degree, but it is still in the beginning phase and requires more of our focus, given its great benefit and many people's interest in it.
- Project to purchase a building for the World Assembly of Muslim Youth Western Europe headquarters: this is to establish a youth center in WAMY's name in London. Some time ago, we started searching for a building that has the following specifications:

CONFIDENTIAL

WAMYSA036335

- Rooms that can be used as offices or rented to students
- Large hall for lectures and various activities
- Large hall to be used as a prayer room
- Kitchen

Given that we are hopeful that such a building will significantly advance the work of WAMY Western Europe office and expand the range of projects and services we can provide to Muslim youth in Europe, we hope that the coming year only ends with us obtaining this HQ.

- Searching for academic scholarships for outstanding Muslim students
- Granting excellence awards for performance in all fields
- Coordinating with Saudi Arabian organizations and diplomatic missions on the activities

[signature]

CONFIDENTIAL

WAMYSA036336

**Year 2000 budget**

## *EXPENDITURES:*

- *FEYMSO- WAMY: Conference for Europe 29/04- 01/05/2000:*  ... *18.000 S*
- *Office London:*  ... *15.000 S*
- *Office Brussels/ Cologne:*  ... *18.000 S*
- *Support of :*
  - *UK Book Distribution Project:*  ... *2.000 S*
  - *Europe Book Distribution Project:*  ... *5.000 S*
- *Support of the Annual Conference of Youth and Student Org:*  ... *1 5.000 S*
- *European Newsletter on the Net:*  ... *5.000 S*
- *Supporting the Establishment of New YO:*  ... *5.000 S*
- *IEZ personal Budget:*  ... *10.000 S*
- *Open (Training Courses/ Books, etc):*  ... *7.000 S*
- *Scholarships:*

CONFIDENTIAL

WAMYSA036337

بسم الله الرّحمن الرحيم

## البرنامج السنوي لمكتب الندوة بأوروبا الغربيّة

نعرض ضمن هذه الورقات تصوّرا للبرنامج السنوي الذي نرى أن يعكف مكتبنا بأوروبا الغربيّة على إنجازه خلال سنة 2000. وكما ستلاحظون فإنّ أنشطة المكتب منقسمة إلى قسمين أحدهما يتوخّى دعم وتطوير الأنشطة القائمة ومواصلة العمل فيما بدأناه، حرصا على الارتقاء به بعد أن أثبتت ثماره الأولى جدواه. أمّا القسم الثاني فمتعلّق بالمشاريع التي نزمع القيام عليها مستقبلا تماشيا مع رغبة المكتب في إنشاء أعمال خاصّة يشرف عليها مباشرة. وذلك لتحقيق أكبر قدر من الإفادة وبسط الرقابة على جميع الأنشطة، بحيث تؤتي الثمار المرجوّة ومنها خاصّة تدريب القيادات الشبابيّة الإسلاميّة على التنظيم والمبادرة.

1/- مشاريع بصدد الإنجاز: ونقصد بها كما قلنا مشاريع شرعنا في إنجازها أو بدأنا الإعداد لها ونحاول خلال السنة القادمة تطويرها والانتهاء منها وهي بالأساس:

أ) . طباعة المنشورات:

- إعادة طباعة مطويّات الندوة الدعويّة في إخراج جميل وجذّاب .

- طباعة كتاب للأدعية المأثورة من الكتاب والسنّة باللغة العربيّة والإنجليزيّة .

- إصدار كتاب تعريفي بدين الإسلام لغير المسلمين باللغة الإنجليزيّة "Insight into Islam" .

- إصدار مطويّة تعريفيّة بالندوة وأنشطتها المختلفة .

- إصدار كتاب تعليم الصّلاة باللغتين الإنجليزيّة والعربيّة .

- مشروع إعداد دليل للمساجد والجمعيّات بأوروبا .

1

CONFIDENTIAL

WAMYSA036333

ب) . الدعوة: دعم تصحيح صورة الإسلام في الغرب:

• تطوير مشروع الكتاب الإسلامي للمكتبات العموميّة ومكتبات الجامعات .

• توزيع مطويّات ولوحات اكتشف الإسلام .

• تطوير العلاقة مع الجمعيّات الإسلاميّة ومدّها بالمادّة الدعويّة للقيام بالمعارض حول الإسلام .

• توفير مراجع دعويّة لمكتبات المصلّيات بالجامعات .

• تطوير معارض دعويّة متنقّلة تستخدم في مناطق مختلفة من بريطانيا .

ج) . المخيّمات:

• المخيّم الشتّوي للشباب بمدينة كارديف بالتنسيق مع مدرسة طيبة الإسلاميّة .

• المخيّم الشبابي الأوروبي الثّاني في فصل الصيف (July 2000) بالتنسيق مع الجمعيّات الشبابيّة الأوروبيّة: وهو نشاط مستقبلي ولكنّ فكرته تأتي من نجاح التجربة الأولى خلال صائفة 99 .

• دعم المخيّمات التي تقيمها المنظّمات الشبابيّة المختلفة .

د) . رحلة الحجّ لموسم 1420 هـ: وقد بدأنا الاتصالات بالإخوة الطلبة بالكليّة الإسلاميّة الأوروبيّة وبأماكن أخرى من أوروبا للإعداد لهذا المشروع المبارك . وقد ساهم مكتبنا ماديا في دعم هذا العمل الجليل خلال السنة الماضية مما كان له الأثر الطيّب، والحمد لله، في إنجاح برنامج الرحلة، إذ لمس الإخوة المنظّمون تحقّق الأهداف المرسومة والتي كان من أهمّها:

- إتاحة الفرصة للشباب المسلم في أوروبا لأداء فريضة الحجّ بسعر يتناسب مع إمكانياتهم المحدودة .

- محاولة أداء فريضة الحجّ مع مجموعة من الشباب، وفي ذلك دور كبير في تحفيز المشاركين على التعاون والتعارف وتبادل المعلومات وبالتالي أداء فريضة الحجّ على أحسن الوجوه .

- تشجيع الشباب القاطن في أوروبا على أداء هذه الشعيرة الإسلاميّة في سنّ مبكّرة، لما في ذلك من دور هامّ في ربط الشباب بدينهم وحضارتهم وصقل شخصيّتهم الإسلاميّة التي تهدّدها شتّى وسائل التغرب في أوروبا والغرب عموما .

2

CONFIDENTIAL

WAMYSA036334

ومن الملاحظ أنّ الزيارات المختلفة إلى الأماكن المقدّسة تركت انطباعا طيّبا في نفوس المشاركين، إذ رسّخت في أذهانهم التعلّق ببيت الله الحرام ومسرى النبيّ صلّى الله عليه وسلّم وكلّ الأماكن الهامّة التي تعرّضوا لها من قبل ضمن دراسة التاريخ والحضارة الإسلاميّة.

هـ/- دعم المنظّمات الأعضاء لبلوغ أعلى درجات ومستويات الأداء (عن طريق المطبوعات والدورات التدريبيّة. . . ) .

- جذب أعضاء جدد إلى الندوة .

- دعم إنشاء منظّمات وطنيّة شبابيّة .

- دعم تسجيل الـ FEMYSO كعضو في تجمّع الشباب الأوروبي .

- المشاركة في برامج الشباب في المنظّمات العالميّة مثل: UN/EU/COE .

2/- مشاريع جديدة: وكلّها تتماشى كما قلنا سابقا مع النهج الجديد للندوة والذي يرمي إلى إنشاء مشاريع مستقلّة والإشراف عليها بشكل مباشر.

- مشروع المهرجان الثقافي الأوّل للطفولة والشباب ببريطانيا (أنظر الملحق) .

- دورة رياضيّة للشباب (أنظر الملحق) .

- النشاط الكشفي: دعم المنظّمات الكشفيّة الأوروبيّة الموجودة، وتوثيق الصلة مع الكشافة الإنجليزيّة ومؤسّسات الكشافة في الدول الأوروبيّة الأخرى للتعريف بمبادئ الإسلام.

- مشروع ترجمة "الموسوعة الميسّرة للأديان والمذاهب المعاصرة" الصادرة عن الندوة: وقد سرنا فيه إلى حدّ ما، إلّا أنّه مازال في بداياته ويحتاج منّا التركيز عليه نظرا لفائدته الكبرى واهتمام الكثير به .

- مشروع شراء مبنى كمقرّ لمكتب للندوة العالميّة للشباب الإسلامي بأوروبا الغربيّة: وهو يعني إنشاء مركز شبابي باسم الندوة في لندن، وقد شرعنا منذ فترة في البحث عن مبنى يحمل المواصفات التالية:

3

CONFIDENTIAL                                    WAMYSA036335

- أن يشتمل على غرف يمكن شغلها كمكاتب أو تأجير بعضها للطلاب.

- قاعة كبيرة للمحاضرات والأنشطة المختلفة.

- قاعة كبيرة تستعمل كمصلّى.

- مطبخ.

وحيث أنّنا نأمل أنّ مثل هذا المبنى سوف يطوّر عمل مكتب الندوة بأوروبا الغربيّة بشكل كبير ويوسّع من دائرة المشاريع والخدمات التي تقدّمها للشباب المسلم في أوروبا، فإنّنا نرجو أن لا ينتهي العام القادم إلّا وقد حصلنا على المقرّ المذكور.

• البحث عن منح دراسيّة للطلبة المسلمين المتفوّقين.

• تقديم جوائز للأداء المتميّز في كافّة المجالات.

• التنسيق مع المنظّمات السعوديّة والبعثات الدبلوماسيّة في ما يخصّ النشاط.

4

CONFIDENTIAL

WAMYSA036336

الميزانيّة لسنة 2000:

## EXPENDITURES:

| | |
|---|---|
| • FEYMSO- WAMY: Conference for Europe 29/04- 01/05/2000: | 18.000 S |
| • Office London: | 15.000 S |
| • Office Brussels/ Cologne: | 18.000 S |
| • Support of : | |
| - UK Book Distribution Project: | 2.000 S |
| - Europe Book Distribution Project: | 5.000 S |
| • Support of the Annual Conference of Youth and Student Org: | 1 5.000 S |
| • European Newsletter on the Net: | 5.000 S |
| • Supporting the Establishment of New YO: | 5.000 S |
| • IEZ personal Budget: | 10.000 S |
| • Open (Training Courses/ Books, etc): | 7.000 S |
| • Scholarships: | |

5

CONFIDENTIAL

WAMYSA036337



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036333 - WAMYSA036337**

Sworn to before me this

24 day of MARCH of 2026

_____
Translation Manager

_____
Notary





Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling