1. Education

42000

School [illegible]: Ibrahim Pasha Islamic Secondary School in the city of Travnik

42,300 Osman Afandi Regovic School in the city of Veliko Čajino  84,300

84300

DM

$$\frac{84300 \times 3{,}75}{1{,}72} = \quad 60 \; / \; 183{,}793$$
$$= \quad 183794$$

CONFIDENTIAL

EXHIBIT

WAMY EX. 219

WAMYSA1231298



ISLAMSKA ZAJEDNICA U REPUBLICI BOSNI I HERCEGOVINI

**ELČI IBRAHIM-PAŠINA MEDRESA**

TRAVNIK

Broj 3P4/97

Travnik 22.11.199_ god.

الجمعية الإسلامية في جمهورية البوسنه والهرسك
مدرسة ألجى إبراهيم باشا الإسلامية الثانوية
في ترافنيك

Telefoni: 072 818 015 direktor
818 448
818 449
Telefax: 072 818 015

Proof of receipt

I, Ahmed Adilovic, received from the World Assembly of Muslim Youth, through Taibah International Charity, 42,000 German Marks for the needs of our school.

We sincerely thank you for this amount and hope that our cooperation will continue in the future.

We ask Allah Almighty to reward you for the charitable works you have provided and will provide in service of Islam and Muslims.

May Allah reward you with goodness.
Peace, mercy, and blessings of Allah be upon you.

School Director
Ahmed Adilovic
[signature]

[stamp: Islamic Association of the Republic of Bosnia and Herzegovina]

CONFIDENTIAL                                                                                          WAMYSA1231299

① البطحي

٤٠٠٠٠    مدرسة ألحاج ابراهيم باشا الاسلامية الثانوية
مُ مدينة يرافينيك .

٤٠٢٠٠    مدرسة عثمان افندي يرجوفيسه
نو مدينة فليكو تشاينو

٨٤٢٠٠    DM

$$\frac{٤٧٥ \times ٨٤٢٠٠}{١٧٤} = ١٨٢،٧٩٢ / ٦٠ = ١٧،$$

$$= ١٨٢٧٩٤$$

CONFIDENTIAL
WAMYSA1231298



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1231298**

Sworn to before me this

_26_ day of _MARCH_ _____ of 2026

_____
Translation Manager

_____
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY





Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling