

**World Assembly of Muslim Youth**     الندوة العالمية للشباب الاسلامي

Ref:
Date:
**Dr. Owaish bin Harbi Al-Ghamdi, may Allah preserve him**
**Assistant Secretary-General**

Peace, mercy, and blessings of Allah be upon you.
I hope you are in the best conditions that are pleasing to Allah.
A check in the amount of 220,450 Saudi Riyals was previously
disbursed to Taibah Charity Association in Rabiʿ al-Awwal of the
current year, allocated as a first installment for relief for Muslims
in the Balkans.

Upon reviewing the supporting expenditure documents, the
following was found:
  The total expenditures amounted to 98,492.04 German Marks,
                   distributed as follows:
  1.  **Education:**  84,300 German Marks (attached detailed statement)
  2.  **Viko Camp**:  1,306.74 German Marks (attached detailed statement)
  3.  **Relief for a distressed individual**: 900 German Marks (with a receipt issued by
      Taibah International – Sarajevo Office, but without documentation confirming
      disbursement to beneficiaries)
  4.  **Miscellaneous expenses:** 11,985.30 German Marks (for various purposes)
      Total: 98,492.04 German Marks

> *Brother Sayed may Allah preserve him*
>
> *To meet with Dr. Saleh Badahdah to use what you used before the second payment is released (Signature) 25/8*
>
> I have received a copy of this letter to study the notes within.

Converting this amount to Saudi Riyals based on the following exchange basis:  1 U.S.
Dollar = 1.72 German Marks 1 U.S. Dollar = 3.75 Saudi Riyals - The conversion is as
follows:
98,492.04 × 3.75 ÷ 1.72 = 214,735 Saudi Riyals  After deducting this amount from the
original sum, there remains a shortfall of 5,714.45 Saudi Riyals.
We also draw attention to several general observations:
  1.  The total amount disbursed was not entirely spent for the designated purpose.

جدة ـ الشمال الغربي لتقاطع الستين مع شارع فلسطين ـ هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)_فاكس : ٦٦٠٢٦٤٥(٠٢)_برقياً : وامي جدة ـ ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL



EXHIBIT
WAMY EX. 220

WAMYSA1231313



**World Assembly of Muslim Youth**                                      الندوة العالمية للشباب الاسلامي

Ref:

Date:

2.  Regarding the third item above (Relief for a distressed individual), the receipt provided does not constitute valid proof of disbursement, and the amount (900 German Marks) is therefore considered still under the custody of Taibah Charity Association.

3.  Some invoices are copies rather than originals, although few in number.

4.  A payment of 140 German Marks was made as a salary to Mustafa Abdullah, without documentation confirming receipt by the individual.

5.  One invoice total includes a correction in favor of Taibah Charity Association.

6.  The supporting documents were scattered and poorly organized, making review difficult.

We ask Allah to grant success and guidance to both you and us.
Peace, mercy, and blessings of Allah be upon you.

Financial Auditor

December 15, 1997

[signature]

Mr. Abdul-Majid Fawj

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)-فاكس : ٦٦٠٢٦٤٥(٠٢)-برقياً : وامي جدة- ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                        WAMYSA1231314



| World Assembly of Muslim Youth | | الندوة العالمية للشباب الاسلامي |

---

الرقــم ................................

التاريخ ................................

سعادة الأخ الفاضل الدكتور/عويض بن حربى الغامدى          حفظه الله

الأمين العام المساعد

السلام عليكم ورحمة الله وبركاته ...

أرجو أن تكونوا على خير ما يحب ربنا ويرضى...وبعد،،،

سبق صرف شيك بمبلغ (٢٢٠,٤٥٠) ريالاً إلى جمعية طيبة الخيرية فى ربيع الأول من العام الجارى،

وكان مخصصاً لإغاثة المسلمين فى البلقان كدفعة أولى .

وبمراجعة بيانات الصرف المؤيدة تبين الآتى :

لقد بلغ إجمالى المصروفات( ٩٨٤٩٢/٠٤ )مارك ألمانى ، وذلك حسب التوزيع التالى :

١- **التعليم** :          ٨٤,٣٠٠          مارك ألمانى ، بطيه بيان تفصيلى .

٢-**مخيم فيكو** :          ١٣٠٦/٧٤          مارك ألمانى ، بطيه بيان تفصيلى .

٣- **إغاثة منكوب** :          ٩٠٠          مارك ألمانى ، بإيصال استلام لهذا المبلغ من طيبة العالمية – مكتب

سراييفو دون أى مؤيد لصرف هذا المبلغ من قبلها إلى مستحقين

٤ -**مصروفات متنوعة**: ١١٩٨٥/ ٣٠          مارك ألمانى أغراض مختلفة .

الإجمـــــــــــــالى:٠٤ / ٩٨٤٩٢          مارك ألمانى .

وبتحويل هذا المبلغ إلى الريال السعودى على أساس أن الدولار الأمريكى = ١,٧٢ مارك ألمانى ،

وأن الدولار الأمريكى = ٣,٧٥ ريال سعودى كأساس وسيط للتحويل ...فيكون التحويل كالتالى :

(٩٨٤٩٢/٠٤ X ٣,٧٥ ) ٪ ١,٧٢ = ٢١٤,٧٣٥/٥٥ ريالاً ، وبطرح هذا المبلغ من الأصل يكون

هناك نقص قدره (٥٧١٤/٤٥) ريالاً.

كما نوجه النظر إلى بعض الملاحظات العامة وهى :

١- المبلغ المنصرف ككل لم يصرف فى الغرض المخصص له .

جدة- الشمال الغربى لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)_فاكس : ٦٦٠٢٦٤٥(٠٢)_برقياً : وامى جدة_ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                                 WAMYSA1231313



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

................................ الـرقـم

................................ التاريخ

٢- بخصوص البند الثالث أعلاه (إغاثة منكوب) فإن الإيصال الوارد لايعتبر مؤيد للصرف ، ويعتبر هـذا المبلغ – ٩٠٠ مارك ألمانى – مايزال فى عهدة طيبة الخيرية .

٣- بعض الفواتير صور وإن كانت قليلة .

٤- مبلغ منصرف كراتب لـ(مصطفى عبد ا لله) مقداره (١٤٠) مارك ألمانى دون أى مؤيد يفيد اسـتلام المذكور لهذا المبلغ .

٥- يوجد تصحيح لإجمالى إحدى الفواتير لصالح طيبة الخيرية .

٦- المؤيدات كلها كانت مبعثرة وغير مرتبة مما أدى إلى صعوبة مراجعتها .

نسأل ا لله لنا ولكم التوفيق والسداد ،
والسلام عليكم ورحمة ا لله وبركاته ،،

المراجع المالى

١٤١٨

.السيد عبد المجيد فرج

جـدة- الشمال الغربي لتقاطع الستين مع شـارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢) -برقياً : وامي جدة-- ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Jeddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA1231314



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)       §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1231313**

Sworn to before me this

_26_ day of ___March___ of 2026

Translation Manager

Notary







Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling