

**TAIBAH INTERNATIONAL**

360 S. Washington St, Suite 104

Falls Church VA, 22046

Tel.: (703) 534-9779 - Fax : (703) 534-9778

طيبة الخيرية

مؤسسة طيبة الخيرية العالمية

راشنطن – الولايات المتحدة الأمريكية

تلفون : ٥٣٤-٩٧٧٩ (٧٠٣) فاكس : ٥٣٤-٩٧٧٨ (٧٠٣)

Reference No: 136 / Kh / 18

Date: December 4, 1997

In the Name of Allah, the Most Gracious, the Most Merciful

**To: His Excellency Dr. Uwaish bin Harbi Al-Ghamdi**

Assistant Secretary-General

WAMY – Jeddah

May Allah preserve him.

Peace, mercy, and blessings of Allah be upon you.

I hope that you are in the best of health and well-being.

We have received your letter No. 695, dated July 31, 1997, which enclosed a check in the amount of 220,450 Saudi riyals (two hundred twenty thousand four hundred fifty riyals) allocated for the relief of Muslims in the Balkans. The letter also indicated that the second installment would be disbursed in the month of Shaʿban.

As the time for this installment has now arrived, we kindly request that you proceed with the disbursement of the remaining amount. Since the month of Ramadan is approaching, we would appreciate it if this could be arranged as soon as possible.

Yours sincerely,

Sheikh Omar Ahmad Badhdah

[signature]

[handwritten: Urgent – a report is requested on how the first installment was spent.]

مكتب البوسنة والهرسك

TAIBAH INTERNATIONAL

Ramzije Omanovic No. 45

SARAJEVO, BOSNIA

TelFax 38771-653689

مكتب ألبانيا

Shoqata Boterore Bamirese "TAIBEH"

Rruga "Shyqri Ishmi" P. 30, SH. 2

TIRANA, ALBANIA

Tel. 355-42-42412    Fax 355-42-34261

المراسلات في المملكة العربية السعودية

ص ب ١.٣٦١ جده ٢١٤٣٣

مكتب روسيا الإتحادية

Karavinsko Shasse 11

Sector 1 - Flat 249

MOSCOW 127486

TelFax (095) 489-0225

CONFIDENTIAL

WAMYSA1231294

EXHIBIT

WAMY EX. 221

TAIBAH INTERNATIONAL

360 S. Washingtion St, Suite 104

Falls Church VA. 22046

Tel.: (703) 534-9779 - Fax : (703) 534-9778

طيبة الخيرية

مؤسسة طيبة الخيرية العالمية

راشنطن – الولايات المتحدة الأمريكية

تلفون : ٩٧٧٩-٥٣٤ (٧٠٣)   فاكس : ٧٧٨-٥٣٤ (٧٠٣)

الرقم ١٣٦/خ/١٨/

١٤١٨/٨/٤هـ

بسم الله الرحمن الرحيم

سعادة الأخ الكريم الدكتور / عويش بن حربي الغامدي  الأمين العام المساعد للندوة

العالمية للشباب الإسلامي بجدة           حفظه الله

السلام عليكم ورحمة الله وبركاته

آمل أن تكونوا على خير مايحب ربنا ويرضى وبعد ،

فقد تسلمنا خطابكم رقم ٦٩٥ وتاريخ ٢٧ ربيع الأول ١٤١٨هـ ويرفق شيك بمبلغ

٢٢٠٤٥٠ ريال مائتان وعشرون ألفاً وأربعمائة وخمسون ريالاً والمخصص لإغاثة المسلمين

في البلقان وأن صرف الدفعة الثانية سيتم صرفها في شعبان وحيث قد حان موعدكم نرجو

التكرم بصرف ماتبقى لهم وحيث أن رمضان على الأبواب نرجو أن يتم ذلك في أقرب وقت .

المخلص

الشيخ / عُمر أحمد بادحدح

---

مكتب البوسنة والهرسك

TAIBAH INTERNATIONAL

Ramzije Omanovic No. 45

SARAJEVO, BOSNIA

TelFax 38771-653689

مكتب ألبانيا

Shoqata Boterore Bajnirese "TAIBEH"

Rruga "Shyqri Ishmi" P. 30, SH. 2

TIRANA, ALBANIA

Tel. 355-42-42412   Fax 355-42-34261

المراسلات في المملكة العربية السعودية

ص ب ١٠٣٦١ جده ٢١٤٣٣

مكتب روسيا الإتحادية

Karavinsko Shasse 11

Sector 1 - Flat 249

MOSCOW 127486

TelFax (095) 489-0225

CONFIDENTIAL

WAMYSA1231294



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1231294**

Sworn to before me this

26 day of _March_ of 2026

_____
Translation Manager

_____
Notary





American Translators Association

Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling