

**WAMY**
Jeddah - Sitteen St. Crossing With Palestine St.
Tel. : 6672833 / 6601878 / 6613761
Fax : 6602645
P. O. Box 8856 - Jeddah 21492
Kingdom of Saudi Arabia

الندوة العالمية للشباب الإسلامي
جـــدة – تقاطع شارع فلسطين مع الستين
ت. : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١
فاكس : ٦٦٠٢٦٤٥
ص.ب ٨٨٥٦ – جـــدة ٢١٤٩٢
المملكة العربية السعودية

90826

Date: October 26, 2002

Registration Certificate

| Creditor Number | Debtor Number | Statement | Creditor | | Debtor | |
|---|---|---|---|---|---|---|
| | | | Riyal | H | Riyal | H |
| | | From the Omar Brizerni Institute – Kosovo | | | 135000 | |
| | | To: [illegible] | 135000 | | | |
| | | [illegible] the Institute from 9/1/2002 to 2/20/2002 | | | | |
| | | Transfer 14000261902 | | | | |
| | | | | | | |
| Total: Only one hundred thirty-five thousand riyals | | | 135000 | | 135000 | |

Accountant: [signature]

Head of accounting: [signature]

CONFIDENTIAL

EXHIBIT

WAMY EX. 222

WAMYSA1232834

 

Date: October 9, 2002
Branch: [illegible] - Jeddah
Ref. No. 14000261902

Please issue:
International transfer X
Draft
Transfer currency: Euro
Amount in figures: 36615.12
Amount in words: Only forty-five thousand U.S. dollars

BENEFICIARY DETAILS
Beneficiary's Name: TAIBAH INTERNATIONAL AID ASSOCIATION
Address &/ or Phone No. ALBANIA OFFICE
Beneficiary A/C No. 100113
Beneficiary Bank: ARAB ALBANIAN ISLAMIC BANK
Branch Name & Address: THROUGH DEUTSCHE BANK, GERMANY
Town - Country: SWIFT CODE: AAISALTR GERMANY
Against payment by: 14010850000105
Debit my/our A/C X
Check No.
Cash

REMITTER DETAILS
Remitter's Name: World Assembly of Muslim Youth
ID No. Type, Date, Place of Issue: -
Address: Jeddah
Phone No. 6601878

Other Details: [illegible] 2040276376 4/27/2022

PURPOSE OF REMITTANCE: Please see overleaf and write relevant code number in the box.
I/ We agree to the terms printed overleaf.
Remitter's signature: [signature]

FOR BANK USE ONLY: [illegible]
Correspondent Bank:
Value Date: 10/30/2020
Deal/Ref. No. 158631
Currency: EUR
FCY Amount: 45,000
Rate 3.6870
SAR equivalent
Commission/Fees: 00.02
Telex charges
SAR Total: 135000
Only one-hundred thirty-five thousand
Authorized signature: [signature]

Validation: With [illegible] 385
P 14011 00079 14000261902
14010850000105
To the World Assembly of Muslim Youth
EUR 36,615.13
Kindra Branch
BJRN 188979 on 10/28/2002 at 11:02 0011

BANCS-001A

CONFIDENTIAL

WAMYSA1232835



<div dir="rtl">مكتب منطقــة مكة المكرمـة</div>
Office of Makkah Region

Date:

No.

His Excellency Mr. Muhammad Abdul-Zahir, may God protect him

Director of the Taibah Foundation – Albania

Peace be upon you, and may God's mercy and blessings be upon you

I hope you are well and that Allah is pleased with you. Furthermore,

I am pleased to enclose with this letter a check/money order No. (2002/9/2 - 14000) dated October 28, 2002. in the amount of (135,000 SAR) exactly one hundred thirty-five thousand Saudi riyals, equivalent to (36,000 USD), drawn on Deutsche Bank 36,615.12 EUR

Allocated to the Omar Brizerni Cultural Institute in Kosovo, Albania, for the period from September 1, 2002, to February 30, 2003, for a duration of six months.

May God guide us all to all that is good,

and please accept my sincere regards,

Abdullah Sadaka Abu Zeid

Director of Educational Programs

[signature]


Copy to the Educational Programs Department.

Copy to the Educational Institutions Division.

<div dir="rtl">المملكة العــربية الســعـوديــة – جــدة – هـــاتف ٦٦٥٣٣.. / ٦٦.١٨٧٨ (٠٢) – فــاكس ٦٦.٢٦٤٥ – ص . ب ٨٨٥٦ جـــدة ٢١٤٩٢</div>
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
www.wamy.org. - E-Mail: jeddah@wamy.org

CONFIDENTIAL                                                                      WAMYSA1232836



الـنــدوة الـعـالـمـية للـشـبـاب الإسـلامـي

**World Assembly of Muslim Youth**

مكتب منطقة مكة المكرمة
Office of Makkah Region

عضو المنظمات غير الحكومية – هيئة الأمم المتحدة
Member of the UN NGO'S

التاريخ : ١٤٢٣/٨/١هـ

الرقم : ا ب ت / م ت / ٣٦

Date: October 7, 2002

No. A B T / M T / 36

Request for Payment

Dear Mr. Abdulmajeed, may God protect him...

Peace be upon you, and may Allah's mercy and blessings be upon you.

We kindly request that you instruct the appropriate parties to disburse the amount of (135,000) riyals.

Exactly: one hundred thirty-five thousand Saudi riyals, and no more.

In the name of: Mr. Muhammad Abdul-Zahir – Director of Taibah Foundation – Albania.

Address: Director of Taibah Foundation – Albania.

Taibah International Aid Association

Albania Office

100113

Tirana-Arab Albanian Islamic Bank

Through Deutsche Bank Germany

SWIFT Code: AAISALTR Germany

For the following items: Allocated to the Omar Prizreni Cultural Center in Kosovo, Albania, for the period from:

September 1, 2002 – February 30, 2003, for a period of six months.

With our deepest thanks and appreciation,

Abdullah Sadqa Abu Zeid, Director of Educational Programs

[signature]

Original to Financial Management

Copy to Educational Programs

Copy to Educational Institutions Department

المملكة العربية السعودية – جدة – هاتف ٦٦٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جدة ٢١٤٩٢

Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
CONFIDENTIAL    www.wamy.org - E-Mail: jeddah@wamy.org    WAMYSA1232837

CONFIDENTIAL                                                                WAMYSA1232837



Toward specialized education, purposeful upbringing, rigorous training, and comprehensive care for a better tomorrow

Proposed Budget for the Department of Educational Institutions for the year 2002-2003

| S/N | Educational Institutions | Country | Annual Support Amount (2001-2002) | Annual Support Amount (2002-2003) |
|---|---|---|---|---|
| 1 | Dhat al-Nitaqayn Private School ** | Saudi Arabia | 52500 | 52500 |
| 2 | Umm Hani School ** | Saudi Arabia | 26250 | 26250 |
| 3 | Umm Sulaym School ** | Saudi Arabia | . | 58000 |
| 4 | Omar bin Abdulaziz School ** | Saudi Arabia | . | 12000 |
| 5 | Burmese Schools (via Iqra) * | Saudi Arabia | 160000 | 160000 |
| 6 | Burmese Schools (15 schools) * | Saudi Arabia | 228000 | 228000 |
| 7 | Imam Nawawi Complex in Bossaso * | Somalia | 331425 | 302845 |
| 8 | Barakaat Rehabilitation Center | Sudan | 46000 | 46000 |
| 9 | Umm Salama Elementary School ** | Pakistan | 65899 | 65899 |
| 10 | Umm Salama Secondary School | Afghanistan | 60517 | 60517 |
| 11 | Abu Bakr Al-Siddiq School | Afghanistan | 25000 | 25000 |
| 12 | WAMY International School | Nigeria | 32126 | 32126 |
| 13 | Imam Abu Hanifa Institute * | Pakistan | 595515 | 617325 |
| 14 | Omar Prizreni Cultural Institute | Kosovo | . | 315000 |
| 15 | Bar Keffio Secondary School | Kenya | . | 452925 |
| 16 | Omar bin Al-Khattab Institute | Kyrgyzstan | . | 75000 |
| | **Total** | | **1623232** | **2579387** |

| S/N | Training Courses | Statement | Annual Support Amount (1422 AH) | Annual Support Amount (1423 AH) |
|---|---|---|---|---|
| 1 | Management Course — Sudan | 1 x 15000 | 15000 | 15000 |
| 2 | Management Course — Indonesia | 2 x 11250 | 22500 | 22500 |
| 3 | Management Course — Pakistan | 1 x 3750 | 3750 | 3750 |
| 4 | Management Course — Yemen | 5 x 15000 | 75000 | 75000 |
| 5 | Management Course — Kurdistan | 1 x 15000 | 15000 | 15000 |
| 6 | Management Course — Somalia | 1 x 16875 | 15000 | 16875 |
| 7 | Computer Course — Pakistan | 1 x 3750 | 3750 | 3750 |
| 8 | Arabic Language Course — Pakistan | 1 x 3750 | 3750 | 3750 |
| 9 | Computer Course — Kyrgyzstan | 1 x 30000 | 30000 | . |
| | **Total** | | **183750** | **155625** |
| | **Total budget** | | | 2735012 |

* Partially covered ** Covered

CONFIDENTIAL

WAMYSA1232838

In the Name of Allah, the Most Gracious, the Most Merciful

His Excellency Mr. Abdullah Abu Zeid

Director of Educational Programs at the World Forum for Muslim Youth, Jeddah Office

Peace be upon you, and may Allah's mercy and blessings be upon you

I ask Allah that you may be in the best of health, as our Lord loves and is pleased with

Subject: Student Housing Project and Cultural Center in Kosovo

With reference to the above subject, approximately one month ago I sent you via D.H.I. express mail a file containing a periodic report on the student housing project in Pristina and the cultural center project in Prizren for the period from March 1, 2002 to August 31, 2002.

Please note that each report includes a written report and a photo appendix. We look forward to any comments or suggestions you may have to help move the work forward. For your information, the last financial installment we received regarding these two projects was for the period from March 1 to August 31, 2002, and we are awaiting your generous support for the period from September 1, 2002, to February 28, 2003.

We would be most grateful if you could send the funds for these two projects to the following address in Kosovo:

Name of bank: Banka private e Biznesit (B-P-B)

Prishtina - Main Branch

Account Name: Taibah International

Account No. 27120000597

Country: Kosovo

May Allah reward you for your kind cooperation and generous contribution through your blessed support for these two projects

and I ask Allah to accept your deeds and reward you with the best reward

May Allah guide us all to what He loves and is pleased with

And praise be to Allah, Lord of the Worlds

Mohammed Abdul-Zahir

Taibah Charitable Foundation

Albania

October 3, 2002

CONFIDENTIAL

WAMYSA1232839



**WAMY**

Jeddah - Sitteen St. Crossing With Palestine St.
Tel. : 6672833 / 6601878 / 6613761
Fax : 6602645
P. O. Box 8856 - Jeddah 21492
Kingdom of Saudi Arabia

النـدوة العالمية للشباب الإسلامي

جــدة – تقاطع شارع فلسطين مع الستين
ت : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١
فاكس : ٦٦٠٢٦٤٥
ص.ب ٨٨٥٦ – جــدة ٢١٤٩٢
المملكة العربية السعودية

سنــد قيــد ٩٠.٨٩٦

التاريخ ٨ / ٧ / ١٤ هـ
الموافق / / ٢٠٠ م

الموافق / / ٢٠٠ م

| رقم الـدائن | رقم المدين | البيــــان | دائـــن | | مديـــن | |
|---|---|---|---|---|---|---|
| | | | ريــال | ه | ريـــال | ه |
| | | من يحمد عربي نزد نف - كوسوفا | | | ١٢٥٠٠٠ | |
| | | احسابلهم الهي ص ١٢ | ١٢٥٠٠٠ | | | |
| | | . صرف الجهد من ١/٩/ عين ٢١٢ سنة | | | | |
| | | . حوالة ٢/٩/٥٠٠٠٢١ | | | | |
| | | الإجمالي / | ١٢٥٠٠٠ | | ١٢٥٠٠٠ | |

المحاسب

رئيس الحسابات

CONFIDENTIAL

WAMYSA1232834

طلب حوالة خارجية/ شيك مصرفي
**TRANSFER/ DRAFT APPLICATION**

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي – جدة – سجل تجاري ١٥٨٨
رأس المال المصرح به والمدفوع (٦٠٠٠) مليون ريال

Date: ................    Ref. No. |١٥١.١١١.٦٧٨.١٨.١.R|    مرجع الحوالة    التاريخ: ٢٨/٨/١٤٢٢

Branch: ................    الفرع: الحمراء - ص

Please Issue:    International transfer حوالة دولية [✓]    Draft شيك مصرفي [ ]    الرجاء اصدار:

| المبلغ بالحروف<br>Amount in words | المبلغ بالأرقام<br>Amount in figures | عملة التحويل<br>Transfer Currency |
|---|---|---|
| ٢٦،٧١٥ يورو مع الرسوم | ٢٦,٧١٥ ١٧ | يورو |

**BENEFICIARY DETAILS**    بيانات المستفيد

| | | |
|---|---|---|
| Beneficiary's Name : | TAIBAH INTERNATIONAL AID ASSOCIATION | : اسم المستفيد |
| Address &/ or Phone No. : | ALBANIA OFFICE | : العنوان و/ أو رقم الهاتف |
| Beneficiary A/C No. : | 100113 | : رقم حساب المستفيد |
| Beneficiary Bank : | ARAB ALBANIAN ISLAMIC BANK | : بنك المستفيد |
| Branch Name & Address : | THROUGH: DEUTSCHE BANK, GERMANY | : اسم الفرع وعنوانه |
| Town - Country : | SWIFT CODE : AAISALTR (GERMANY) | : المدينة – البلد |

Against payment by:    وذلك مقابل:

|١٥١.١١١.٣٥١.١.١١١ ١٥|    القيد على حسابي/حسابنا رقم [L]    شيك رقم ............. [ ]    نقدا [ ]
DEBIT MY/ OUR A/C    CHEQUE NO.    CASH

**REMITTER DETAILS**    بيانات المحول

| | | |
|---|---|---|
| Remitter's Name : | WAMY | : اسم المحول |
| ID No., Type, Date, Place of Issue : | — | : رقم الهوية/ نوعها/ تاريخ ومكان الإصدار |
| Address : | JEDDAH | : العنوان |
| Phone No. : | 6601875 | : رقم الهاتف |

Other Details: ........ ٥٤/٤/٤٧    ٤.٢٠٦٧٦٧٦ ........ تفاصيل أخرى للحوالة:

**PURPOSE OF REMITTANCE:**    الغرض من التحويل:

Please see overleaf and write relevant code number in the box. [ ]    يرجى الإطلاع على المدون خلف النموذج ووضع الرمز في الحقل.

I/ We agree to the terms printed overleaf.    أوافق/ نوافق على الشروط والأحكام المبينة خلف الطلب.

Remitter's Signature: ..................    توقيع المحول:

**FOR BANK USE ONLY:**    لإستعمال البنك فقط:

| | | | |
|---|---|---|---|
| Currency | نوع العملة | EURO | Correspondent Bank .......... البنك المراسل |
| FCY Amount | مبلغ العملة الأجنبية | | Value date | تاريخ الاستحقاق ٢٠٢٤ / ٧ / ٢ |
| Rate | سعر العملة | ٢،٧٨٧٥ | Deal/ Ref. No. | رقم القطع/ المرجع ١٥٨٦٨٤١ |
| SAR Equivalent | المعادل بالريال | | Validation | المصادقة |
| Commission/ Fees | رسوم/ عمولة | — ١٥ | | |
| Telex Charges | مصاريف التلكس | — | | |
| SAR Total | المجموع بالريال | ٧٣٥٠٠٠ — | | |

Authorized Signature    توقيع المسئول:

CONFIDENTIAL    WAMYSA1232835

BANCS -001A1

CUSTOMER COPY    صورة العميل

مكتب منطقة مكة المكرمة
Office of Makkah Region

التـاريخ : ..........................

الـرقـم : ..........................

حفظه الله

**سعادة الأخ الفاضل/ محمد عبد الظاهر**

مدير مؤسسة طيبة – ألبانيا

السلام عليكم ورحمة الله وبركاته

آمل أن تكونوا على خير ما يحب ربنا ويرضى .. وبعد ،،

يسرني أن أرفق لكم بطي هذا الخطاب شيكاً / حوالة رقم ( ٢٠٩١٦٢ ١٤٠٠٠ )

وتاريخ :٢٠٠٢/١٠/٢٨م . بمبلغ وقدره (١٣٥٠٠٠ ر.س) " فقط مائة وخمسة وثلاثون ألف

ريال سعودي لاغير، "بما يعادل (٣٦٠٠٠ دولار أمريكي) ،

والمسحوب بواسطة دوتشي نسل .                ١٢،٢٦٦١٥ يورو

مخصص مخصص مركز عمر بريزرني الثقافي في كوسوفا بألبانيا، للفترة من:

٢٠٠٢/٩/١-٢٠٠٣/٢/٣٠م، ولستة أشهر.

وفقنا الله وإياكم لكل خير ،،
وتقبلوا خالص تحياتي ،،

عبد الله صدقة أبوزيد

أ /

مدير إدارة البرامج التعليمية

– ص لإدارة البرامج التعليمية.
– ص لقسم المؤسسات التعليمية.

المملكة العربية السعودية – جدة – هاتف ٦٦٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
www.wamy.org.  -  E-Mail: jeddah@wamy.org

CONFIDENTIAL                                                                                    WAMYSA1232836

الندوة العالمية للشباب الإسلامي
## World Assembly of Muslim Youth

مكتب منطقة مكة المكرمة
Office of Makkah Region

عضو المنظمات غير الحكومية – هيئة الأمم المتحدة
Member of the UN NGO'S

التاريخ : ١٤٢٣/٨/١هـ

الرقم : اب ت / م ت / ٣٦



سعادة الأخ الفاضل/السيد عبدالمجيد                    سلمه الله ..

السلام عليكم ورحمة الله وبركاته ،،

نرجوا الإيعاز لمن يلزم نحو صرف مبلغ وقدره (١٣٥٠٠٠) ريال.

**فقط** : مائة وخمسة وثلاثون ألف ريالٍ سعودي لاغير.
**بإسم** : أ/ محمد عبد الظاهر – مدير مؤسسة طيبة – ألبانيا.
**عنوانه** : مدير مؤسسة طيبة – ألبانيا.

Taibah International Aid Association
Albania Office
١٠٠١١٣

Tirana–Arab Albanian Islamic Bank
Through Doutch Bank Germany
Swiet Code: AAISALTR Germany

**للبنود التالية** : مخصص مركز عمر بريزرني الثقافي في كوسوفا بألبانيا، للفترة من:
١/٩/٢٠٠٢–٢٠٠٣/٢/٣٠م، ولستة أشهر.

ولكم جزيل الشكر والتقدير ،،

عبدالله صدقه أبوزيد

مدير إدارة البرامج التعليمية

\* الأصل للإدارة المالية \* صورة لإدارة البرامج التعليمية \* صورة لقسم المؤسسات التعليمية.

المملكة العربية السعودية – جدة – هاتف ٦٦٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
www.wamy.org - E-Mail: jeddah@wamy.org

CONFIDENTIAL                    WAMYSA1232837



## الميزانية المقترحة لقسم المؤسسات التعليمية لعام ١٤٢٣هـ

| مقدار الدعم السنوي | | الدولة | المؤسسات التعليمية | م |
|---|---|---|---|---|
| ١٤٢٣هـ | ١٤٢٢هـ | | | |
| ٥٢٥٠٠ | ٥٢٥٠٠ | السعودية | مدرسة ذات النطاقين الخيرية** | ١ |
| ٢٦٢٥٠ | ٢٦٢٥٠ | السعودية | مدرسة أم هانى ** | ٢ |
| ٥٨٠٠٠ | ٠ | السعودية | مدرسة أم سليم ** | ٣ |
| ١٢٠٠٠ | ٠ | السعودية | مدرسة عمر بن عبدالعزيز ** | ٤ |
| ١٦٠٠٠٠ | ١٦٠٠٠٠ | السعودية | مدارس البرماويين (عن طريق إقرأ) * | ٥ |
| ٢٢٨٠٠٠ | ٢٢٨٠٠٠ | السعودية | مدارس البرماويين (١٥مدرسة) * | ٦ |
| ٥٢٨٤٥ | ٣٣١٤٢٥ | الصومال | مجمع الإمام النووي ببوصاصو * | ٧ |
| ٤٦٠٠٠ | ٤٦٠٠٠ | السودان | المركز التأهيلى باركويت | ٨ |
| ٦٥٨٩٩ | ٦٥٨٩٩ | باكستان | مدرسة أم سلمه الابتدائية ** | ٩ |
| ٦٠٥١٧ | ٦٠٥١٧ | أفغانستان | مدرسة أم سلمه الثانوية | ١٠ |
| ٢٥٠٠٠ | ٢٥٠٠٠ | أفغانستان | مدرسة أبوبكر الصديق | ١١ |
| ٣٢١٢٦ | ٣٢١٢٦ | نيجيريا | مدرسة الندوة الدولية | ١٢ |
| ٦١٧٣٢٥ | ٥٩٥٥١٥ | باكستان | معهد الإمام أبو حنيفة * | ١٣ |
| ٣١٥٠٠٠ | ٠ | كوسوفا | معهد عمر بريزرنى الثقافى | ١٤ |
| ٤٥٢٩٢٥ | ٠ | كينيا | مدرسة باركفيو الثانوية | ١٥ |
| ٧٥٠٠٠ | ٠ | قيرغيزيا | معهد عمر بن الخطاب | ١٦ |
| ٢٥٧٩٣٨٧ | ١٦٢٣٢٣٢ | | الإجمــــالى | |

| مقدار الدعم السنوي | | البيان | الدورات التدريبية | م |
|---|---|---|---|---|
| ١٤٢٣هـ | ١٤٢٢هـ | | | |
| ١٥٠٠٠ | ١٥٠٠٠ | ١×١٥٠٠٠ | دورة إدارة ــ السودان | ١ |
| ٢٢٥٠٠ | ٢٢٥٠٠ | ٢×١١٢٥٠ | دورة إدارة ــ إندونيسيا | ٢ |
| ٣٧٥٠ | ٣٧٥٠ | ١×٣٧٥٠ | دورة إدارة ــ باكستان | ٣ |
| ٧٥٠٠٠ | ٧٥٠٠٠ | ٥×١٥٠٠٠ | دورة إدارة ــ اليمن | ٤ |
| ١٥٠٠٠ | ١٥٠٠٠ | ١×١٥٠٠٠ | دورة إدارة ــ كردستان | ٥ |
| ١٦٨٧٥ | ١٥٠٠٠ | ١×١٦٨٧٥ | دورة إدارة ــ الصومال | ٦ |
| ٣٧٥٠ | ٣٧٥٠ | ١×٣٧٥٠ | دورة حاسب آلى ــ باكستان | ٧ |
| ٣٧٥٠ | ٣٧٥٠ | ١×٣٧٥٠ | دورة لغة عربية ــ باكستان | ٨ |
| ٠ | ٣٠٠٠٠ | ١×٣٠٠٠٠ | دورة حاسب آلى ــ قيرغيزيا | ٩ |
| ١٥٥٦٢٥ | ١٨٣٧٥٠ | | الإجمــــالى | |

| ٢٧٣٥٠١٢ | ــ | | إجمــــالي الميزانية | |

* جزء من البند مكفول .    ** البند مكفول .

CONFIDENTIAL

WAMYSA1232838

بسم الله الرحمن الرحيم

سعادة الأستاذ / عبد اله أبو زيد

مدير البرامج التعليمية بالندوة العالمية للشباب الإسلامي

– مكتب جدة –

السلام عليكم و رحمة الله و بركاته

أسأل الله أن تكونوا في خير حال مما يحب ربنا ويرضى

الموضوع : مشروع سكن الطلاب  و المركز الثقافي في كوسوفا

إشارة إلي الموضوع أعلاه فقد أرسلت لكم منذ شهر تقريبا عن طريق البريد السريع D.H.I

ملفا يحتوي علي تقرير دوري لمشروع سكن الطلاب في بريشتينا و مشروع المركز الثقافي في

بريزرن للفترة من أول مارس ٢٠٠٢ م حتي أخر أغسطس ٢٠٠٢ م .

علما بأن كل تقرير  يحتوي علي تقرير أدبي و ملحق للصور الفوتوغرافية و في انتظار أي

ملاحظات أو مقترحات تروفا فموضا بالعمل إلي الأمام و للعلم فأخر دفعة مالية وصلت إلينا

بخصوص هذين المشروعين كانت للفترة من أول مارس حتي أخر أغسطس ٢٠٠٢ م و في انتظار

دعمكم المبارك للفترة من أول سبتمبر ٢٠٠٢ حتى أخر فبراير ٢٠٠٣ م .

و نكون لكم  من الشاكرين لو قمتم يإرسال مبالغ هذين المشروعين علي العنوان التالي في

كوسوفا :

**Name of bank : Banka private e Biznesit ( B-P-B )**
**Prishtina - Main Bronch**
**Name of Acc: Taibah International**
**Acc . No : 27120000597**
**Country : Kosova**

و جزاكم الله خيرا علي حسن تعاونكم و جميل مساهمتكم بدعمكم المبارك لهذين المشروعين

و أسأل الله أن يتقبل منكم و أن يجزيكم خير الجزاء

و الله يوفقنا جميعا لما يحب و يرضى

و الحمد لله رب العالمين

محمد عبد الظاهر

مؤسسة طيبة الخيرية

ألبانيا

٢٠٠٢ / ١٠ / ٣

CONFIDENTIAL          WAMYSA1232839



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1232834-WAMYSA1232839**

Sworn to before me this

13ᵗʰ day of _April_ of 2026

_____
Translation Manager

_____
Notary

MAMADOU DRAME
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DR6319138
Qualified in New York County
My Commission Expires 02-09-2027
04/13/2026



ata MEMBER
**American Translators Association**

ACCREDITED BUSINESS
BBB®

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling