
**WAMY**
Jeddah - Sitteen St. Crossing With Palestine St.
Tel. : 6672833 / 6601878 / 6613761
Fax : 6602645
P. O. Box 8856 - Jeddah 21492
Kingdom of Saudi Arabia



الندوة العالمية للشباب الإسلامي
جـــدة – تقاطع شارع فلسطين مع الستين
ت. : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١
فاكس : ٦٦٠٢٦٤٥
ص.ب ٨٨٥٦ – جـــدة ٢١٤٩٢
المملكة العربية السعودية

No. 90235
Date: May 20, 2002

| Creditor Number | Debtor Number | Statement | Creditor | | Debtor | |
|---|---|---|---|---|---|---|
| | | | Riyal | H | Riyal | H |
| | | From [strikethrough] Kosovo | | | 32500 | |
| | | To the [illegible] bank | 32500 | | | |
| | | Transfer 14000174602 | | | | |
| | | | | | | |
| Total: Only thirty-two thousand five-hundred riyal | | | 32500 | | 32500 | |

Accountant: [signature]
Director: [signature]

CONFIDENTIAL

**EXHIBIT**
**WAMY EX. 223**

WAMYSA1232830



Please issue:
International transfer X
Draft
Transfer currency: Euro
Amount in figures: 9172.88
Amount in words: Only nine-thousand one-hundred seventy-two euros and 88 cents

BENEFICIARY DETAILS
Beneficiary's Name: TAIBAH INTERNATIONAL AID ASSOCIATION
Address &/ or Phone No. ALBANIA OFFICE
Beneficiary A/C No. 100113
Beneficiary Bank: ARAB ALBANIAN ISLAMIC BANK-TIRANA
Branch Name & Address: THROUGH DEUTSCHE BANK, GERMANY
Town - Country : SWIFT CODE: AAISAL TR GERMANY
Against payment by:
Debit my/our A/C X
Check No.
Cash
14010850000105

REMITTER DETAILS
Remitter's Name: WAMY
ID No., Type, Date, Place of Issue: -
Address: JEDDAH
Phone No. : 6601878

Other Details:
PURPOSE OF REMITTANCE: Please see overleaf and write relevant code number in the box. 98
I/ We agree to the terms printed overleaf.
Remitter's Signature: [signature]

FOR BANK USE ONLY:
Correspondent Bank: [illegible] bank
Value Date
Deal/Ref. No.
Currency: Euro
FCY Amount: 9172.88
SAR equivalent
Commission/Fees
Telex charges
SAR Total: 32250
Only thirty-two thousand two-hundred fifty riyals
Authorized signature: [signature]

Validation: 126
P 00018 **EFT ISSUE 14000174602
14010850000105
To the World Assembly of Muslim Youth
EUR 9172.88
Kindra Branch #140
BJRN on 085469 05/22/2002 at 09:06 0010

CONFIDENTIAL                                                        WAMYSA1232831



### الـنـدوة الـعـالـمـيـة لـلـشـبـاب الإسـلامـي
## World Assembly of Muslim Youth

Office of Makkah Region
Member of the UN NGO's

Date:
No.

Dear Brother Muhammad Abdul-Zahir
May God protect him...

Director of the Taibah Foundation – Albania
Peace be upon you, and may God's mercy and blessings be upon you
We hope you are well and that you are pleasing to our Lord...

I am pleased to enclose with this letter a check/money order No. (14000174602) dated May 22, 2002, in the amount of (32,250) only "thirty-two thousand two hundred and fifty Saudi riyals," equivalent to (approximately 8,600 US dollars), drawn by Quires for 9,172.88 euros.

This amount represents allocations for the Kosovo missions from September 1, 2001, through December 30, 2001, after which the project was transferred to the Al-Nadwa Office in Yemen.

We hope to receive this payment and be notified accordingly, at which point the outstanding allocations will have been settled, leaving the following allocations for you:
1. The Cultural Center in Prizren for the period from February 1, 2002, to August 30, 2002 = $36,000.
2- Student housing in Pristina for the period from February 1, 2002, to August 30, 2002 = $42,000 USD.

These funds are on their way to you.

Thank you for your cooperation. Best regards,

Abdullah Sadqa Abu Zeid
Director of Educational Programs
[signature]

c.c. Educational Programs Department
c.c. Student Welfare Section

المملكة العربية السعودية – جدة – هاتف ٦٦٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
CONFIDENTIAL    www.wamy.org. - E-Mail: jeddah@wamy.org    WAMYSA1232832 صادر مدني

CONFIDENTIAL                                                                                    WAMYSA1232832

 

24

World Assembly for Muslim Youth
Educational Programs Department
Student Welfare Section

Date: April 23, 2002
No. 14

Request for Disbursement

Toward a comprehensive education, purposeful upbringing, serious training, and comprehensive care for a better tomorrow...
His Excellency, Mr. Abdulmajeed
Director of the Financial Department
May God protect him...

Peace be upon you, and may Allah's mercy and blessings be upon you...

We request the necessary authorization to disburse the amount of (32,250) riyals.
Exactly: thirty-two thousand two hundred and fifty Saudi riyals, nothing more.
On behalf of: Muhammad Abdul-Zahir – Director of Taibah Foundation – Albania
Account Number: None
Address:
Taibah International Aid Association
Albania Office
100113
Tirana—Arab Albanian Islamic Bank
Through Deutsche Bank Germany
SWIFT Code: AAISALTR Germany

For the following items: Allocations for Kosovo student missions from 1/9 to 12/30/2001:
Payment from item: Kosovo donations
Total: 32,250 Saudi riyals, equivalent to 8,600 US dollars.

With our deepest thanks and appreciation,

Abdullah Sadqa Abu Zeid
Director of Educational Programs
[signature]

Original to the Financial Department * Copy to the Educational Programs Department

CONFIDENTIAL                                                                                   WAMYSA1232833

**WAMY**

Jeddah - Sitteen St. Crossing With Palestine St.
Tel. : 6672833 / 6601878 / 6613761
Fax : 6602645
P. O. Box 8856 - Jeddah 21492
Kingdom of Saudi Arabia

الندوة العالمية للشباب الإسلامي

جــدة – تقاطع شارع فلسطين مع الستين
ت. : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١
فاكس : ٦٦٠٢٦٤٥
ص.ب ٨٨٥٦ – جــدة ٢١٤٩٢
المملكة العربية السعودية

التاريخ ٨/٣ / ١٤٢٣هـ
الموافق / / ٢٠٠ م

سنــد قيـد    ٥٠٢٣٨

الموافق / / ٢٠٠ م

| رقم الدائن | رقم المدين | البيـان | دائـن | | مديـن | |
|---|---|---|---|---|---|---|
| | | | ريـال | هـ | ريـال | هـ |
| | | شيك مصرفي كويزنا | ٥٠٢٣٦ | | ٥٠٢٣٦ | |
| | | الصادر البنك الأهلي رقم ١٤ | ٥٠٢٣٦ | | | |
| | | حوالة ٢٠٦٣٧ / ٠٠١٤ | | | | |
| | | | | | | |
| الإجمالي / ثلاثة وخمسمائة ريال وحقوقها | | | ٣٢٥٠ | | ٣٢٥٠ | |

المحاسب _____

رئيس الحسابات _____

CONFIDENTIAL

WAMYSA1232830

طلب حوالة خارجية/ شيك مصرفي
**TRANSFER/ DRAFT APPLICATION**

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
شركة مساهمة سعودية مركزها الرئيسي – جدة – سجل تجاري ١٥٨٨
رأس المال المصرح به والمدفوع (٦٠٠) مليون ريال

Date: ...................................   Ref. No.   التاريخ: ١٤٢٧/٢/١

Branch: ...................................   الفرع: الأضية نسبة...

مرجع الحوالة

Please Issue:   International transfer حوالة دولية [✓]   Draft شيك مصرفي [ ]   الرجاء اصدار:

| المبلغ بالحروف<br>Amount in words | المبلغ بالأرقـام<br>Amount in figures | عملة التحويل<br>Transfer Currency |
|---|---|---|
| ٨٨ ريال دالا درهم سعودي ... سقف شيلن اني دالار | ٨٨ ٢٧١٧٤ | يورو |

## BENEFICIARY DETAILS / بيانات المستفيد

| | | |
|---|---|---|
| Beneficiary's Name : | TAIBAH INTERNATIONAL AID ASSOCIATION | اسـم المستفيد |
| Address &/ or Phone No. : | ALBANIA OFFICE | العنوان و/ أو رقم الهاتف |
| Beneficiary A/C No. : | 100113 | رقم حساب المستفيد |
| Beneficiary Bank : | ARAB ALBANIAN ISLAMIC BANK - TIRANA | بنك المستفيد |
| Branch Name & Address : | THROUGH DEUTSCHE BANK, GERMANY | اسم الفرع وعنوانه |
| Town - Country : | SWIFT CODE : AAISALTR GERMANY | المدينة – البلد |

Against payment by:   وذلك مقابل:

DEBIT MY/ OUR A/C   القيد على حسابي/حسابنا رقم [✓]   نقدا [ ] CASH   شيك رقم ........ [ ] CHEQUE NO.

## REMITTER DETAILS / بيانات المحـول

| | | |
|---|---|---|
| Remitter's Name : | WAMY | اسـم المحول |
| ID No., Type, Date, Place of Issue : | — | رقم الهوية/ نوعها/ تاريخ ومكان الإصدار |
| Address : | JEDDAH | العنوان |
| Phone No. : | 6601878 | رقم الهاتف |

**Other Details:**   تفاصيل أخرى للحوالة:

**PURPOSE OF REMITTANCE:**   الغرض من التحويل:

Please see overleaf and write relevant code number in the box.   [9]   يرجى الإطلاع على المدون خلف النموذج ووضع الرمز في الحقل.

I/ We agree to the terms printed overleaf.   أوافق/ نوافق على الشروط والأحكام المبينة خلف الطلب.

Remitter's Signature: ...................................   توقيـع المحـول:

## FOR BANK USE ONLY: / لإستعمال البنك فقط:

| Currency نوع العملة | EURO | Correspondent Bank البنك المراسل ........ |
| --- | --- | --- |
| FCY Amount مبلغ العملة الأجنبية | ٢٧١٧٤ ٨٨ | Value date تاريخ الاستحقاق / / |
| Rate سعر العملة | ٣,٥١٥٨ | Deal/ Ref.No. رقم القطع/ المرجع |
| SAR Equivalent المعادل بالريال | | Validation المصادقة |
| Commission/ Fees رسوم /عمولة | | |
| Telex Charges مصاريف التلكس | | |
| SAR Total المجموع بالريال | = 32,250 — | |

P ۰۰۰۸ **EFT ISSUE ۱٤۰۰۰۱۷٤٦۰۲ ۲٥۰٣۷٤٦۰۲١
٥٥٥٥٥٥٥٨٥٥٥٥٥٥٠۰٤۳۱
لسيد/ الندوة العالمية للشباب الإسلامي
فرع التنفيذ ۸#٤۳۱
۰٥٥٥٥ في ٤٥۰٦ في ٤٩:٥٦ في ٢٢/٥/٥٥٢
EUR ٢٧١٧٤ AA
BJRN ۰۸٥۲۷٩ ٤۰۰٢/٥/٢٢ PT٢٥۸٠ NRLB

Authorized Signature   توقيع المسؤول:

BANCS -001A1

CONFIDENTIAL   WAMYSA1232831

الندوة العالمية للشباب الإسلامي

# World Assembly of Muslim Youth

مكتب منطقة مكة المكرمة
**Office of Makkah Region**

عضو المنظمات غير الحكومية – هيئة الأمم المتحدة
**Member of the UN NGO'S**

التاريخ : ..............................

الرقـــم : ..............................

سلمه اللّه ...

الأخ الفاضل/محمد عبد الظاهر

مدير مؤسسة طيبة – ألبانيــا

السلام عليكم ورحمة اللّه وبركاته

نأمل أن تكونوا على خير ما يحب ربنا ويرضى ،،،

يسرنـي أن أرفــق لكــم بطـــي هذا الخطــاب شيكــاً / حوالــة رقم ( ـــ ١٢٠٠٠١٧٤٢٦٠ع )

بتـاريخ ٩٩/٥/٢٠٠٢م بمبلغ (٣٢٢٥٠) فقط " اثنان وثلاثون ألف ومائتان وخمسون ريـــالاً سعوديـاً "

بمـا يعــــادل ( ٨٦٠٠ دولار أمريكي تقريباً ) والمسحوب بواسطة كوميرز بنك ٩١٧,٨٨٠ لبررر .

وهي عبارة عن مخصصات بعثات كوسوفا من ٢٠٠١/٩/١ وحتى ٢٠٠١/١٢/٣٠م حيث انتقل المشروع

لمكتب الندوة باليمن.

نأمل الاستلام وإشعارنا بذلك وبذلك تكون مخصصات المتأخرة قد تمّ تصفيتها وتبقى لكم مخصصات التالية :-

١ـ المركز الثقافي في بيرزين للفترة من ٢٠٠٢/٢/١م –٢٠٠٢/٨/٣٠م = ٣٦٠٠٠ دولار أمريكي.

٢ـ سكن الطلاب في بريشتينا للفترة من ٢٠٠٢/٢/١م ٢٠٠٢/٨/٣٠م = ٤٢٠٠٠ دولار أمريكي .

وهذه المخصصات في الطريق إليكم.

شاكراً لكم تعاونكم ، وتقبلوا أطيب تحياتي ،،،

عبد الله صدقة أبوزيد

مدير إدارة البرامج التعليمية

ص. لإدارة البرامج التعليمية
ص. لقسم رعاية الطلاب

المملكة العربية السعودية – جدة – هاتف ٦٦٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492

CONFIDENTIAL    www.wamy.org. - E-Mail: jeddah@wamy.org    WAMYSA1232832





الندوة العالمية للشباب الإسلامي
إدارة البرامج التعليمية
قسم رعاية الطلاب

التاريخ : ١٤٢٣/٠٢/٢٥هـ
الرقـم : ١٤

سعادة الأخ الفاضل / السيد عبد المجيد          سلمه الله ...
مدير الإدارة المالية

السلام عليكم ورحمة الله وبركاته ،،،

نرجو تعميد من يلزم لصرف مبلغ ( ٣٢,٢٥٠ ) ريال.

| | | |
|---|---|---|
| فقط | : | اثنان وثلاثون ألف ومائتان وخمسون     ريال سعودي لا غير. |
| باسم | : | محمد عبد الظاهر<br>مدير مؤسسة طيبة – ألبانيا     رقمه :     بدون |
| عنوانه | : | **Taibah International Aid Association**<br>**Albania Office**<br>١٠٠١١٣<br>**Tirana–Arab Albanian Islamic Bank**<br>**Through Doutch Bank Germany**<br>**Swiet Code: AAISALTR Germany** |
| للبنود التالية | : | مخصصات بعثات طلاب كوسوفا من ٩/١ –٢٠٠١/١٢/٣٠م :- |
| الدفعة من بنـد | : | تبرعات كوسوفا |
| المجموع | : | ٣٢,٢٥٠ ريال سعودي  بما يعادل ٨٦٠٠ دولار أمريكي. |

ولكم جزيل الشكر والتقدير ،،،

عبد الله صدقة أبو زيد
مدير إدارة البرامج التعليمية

الأصل للإدارة المالية * صورة لإدارة البرامج التعليمية

CONFIDENTIAL                                    WAMYSA1232833



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)     §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1232830-WAMYSA1232833**

Sworn to before me this

*13th* day of *April* of 2026

_____
Translation Manager

_____
Notary

MAMADOU DRAME
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DR6319138
Qualified in New York County
My Commission Expires 02-09-2027

04/13/2026





| Translation | Interpretation | Transcription | DTP | Voice-over | Subtitling |