To our dear brother [illegible]



In the Name of Allah, the Most Gracious, the Most Merciful

My dear brother Jamal

Peace be upon you, and may Allah's mercy and blessings be upon you

Wishing you a happy new year, and please excuse me for bothering you.

I just spoke with Dr. Saleh and arranged the matter of the funds with him. He is on his way now, so please contact him to finalize the details.

First: Please receive the amount of $55,000 (fifty-five thousand dollars or its equivalent from Dr. Saleh) to be transferred as follows:

1) Albania: $45,000 (forty-five thousand)

2) Yemen: $10,000 (ten thousand dollars)

Account details in Albania:

ARAB ALBANIAN ISLAMIC BANK - TIRANA

TAIBAH INTERNATIONAL AID ASSOCIATION - ALBANIA OFFICE

ACC. No. 100113

Intermediary bank:

American Express

As for the Yemen account: We will provide it to you later. Please kindly transfer the amount for Albania as soon as possible. Thank you very much

Peace be upon you, and may God's mercy and blessings be upon you

Your brother, Anas Ali

Get your FREE download of MSN Explorer at http://explorer.msn.com.

.../getmsg?curmbox=F000000001&a=32e07981affc51e78fbb8f3f3aa7Xea1&msg=MSG10 7/08/22

CONFIDENTIAL



EXHIBIT

WAMY EX. 224

WAMYSA1232840

Date:
Branch:
Ref. No. 14000286501

Please issue:
International transfer X
Draft
Transfer currency: U.S. Dollar
Amount in words: Only forty-five thousand U.S. dollars

Transferred on 11/14/2001
Returned on 12/1/2001
The amount was not mentioned, as per the statement of Jamal [illegible]

BENEFICIARY DETAILS
Beneficiary's Name: TAIBAH INTERNATIONAL AID
Address &/ or Phone No. ALBANIA OFFICE
Beneficiary A/C No.  100113
Beneficiary Bank : ARAB ALBANIAN ISLAMIC BANK
Branch Name & Address : THROUGH DEUTSCHE BANK, GERMANY
Town - Country: GERMANY
Against payment by: 14010850000105
Debit my/our A/C X
Check No.
Cash

REMITTER DETAILS
Remitter's Name: World Assembly of Muslim Youth
ID No., Type, Date, Place of Issue: -
Address: Jeddah
Phone No. : 6601878

Other Details:
PURPOSE OF REMITTANCE: Please see overleaf and write relevant code number in the box. 18
I/ We agree to the terms printed overleaf.
Remitter's Signature: [signature]

FOR BANK USE ONLY:
Correspondent Bank: [illegible] bank
Value Date
Deal/Ref. No.
Currency: USD
FCY Amount: 45,000
SAR equivalent
Commission/Fees
Telex charges
SAR Total: 165,750
Only one-hundred sixty-five thousand seven-hundred fifty riyals
Authorized signature:

Validation: 1872
P 00018 **EFT ISSUE 14000286501 00117 P
14010850000105
To the World Assembly of Muslim Youth
USD 45,000
Kindra Branch #140
BJRN 206410 on 11/14/2001 at 11:36 0010

BANCS-001A1

CONFIDENTIAL                                                                                      WAMYSA1232841

MSN Home | My MSN | Hotmail | Web Search | Shopping | Money | People & Chat    sign out

**msn**    How long does it take artists to get discovered?    msn Music

**Hotmail**    Home | Inbox | Compose | Address Book    Options    Help    Cale

alpendary@hotmail.com

[Save Address(es)] [Block]                                    Previous  Next | Close

From : "Ayman Aly" <aymanaly15@hotmail.com>
To : alpendary@hotmail.com
CC : aymanaly15@hotmail.com
Subject : تحويل
Date : Tue, 13 Nov 2001 11:08:24 +0000

[Reply] [Reply All] [Forward] [Delete] [Put in Folder... ▼]              Printer Friendly Version

بسم الله الرحمن الرحيم

أخي الكريم جمال

السلام عليكم و رحمة الله

و كل عام و أنتم بخير و معذرة لإنشغالكم

اتصلت قبل قليل بالكتور صالح و رتبت معه أمر تدبير المبالغ وفق المرسل لك الأب فالرجا مشكورا الإتصال به لترتيب الأمر

اولا : أرجو نسلم مبلغ 55000 $ ( خمسه و خمسين الف دولار او ما يعادلها من الكنور ) لنحويلها كالتالي :

ثانيا : 45000 $ ( خمسة و اربعون الف

الثمن : 10000 $ ( عشرة الاف دولار

بيانات الحساب في ألبانيا :

**ARAB ALBANIAN ISLAMIC BANK - TIRANA**

**TAIBAH INTERNATIONAL AID ASSOCIATION - ALBANIA OFFICE**

**ACC. No, 100113**

البنك الوسيط :

**american express**

اما حساب اليمن : فسأوافيكم به لاحقا فالرجا المكرم فالرجا مشكورا بسرعة تحويل مبلغ ألبانيا و لكم جزيل الشكر

و السلام عليكم و رحمة الله و بركاته

أخوك أيمن علي

Get your FREE download of MSN Explorer at http://explorer.msn.com.

.../getmsg?curmbox=F000000001&a=32e07981affc51e78fbb8f3f3aa78ea1&msg=MSG10 27/08/22

CONFIDENTIAL                                              WAMYSA1232840

التاريخ: ............... :Date
الفرع: البيركة - صح :Branch: ...............

**Please Issue:** International transfer حوالة دولية [✓]

الرجاء اصدار: ـــــ حوالة من ١٤/١١

عملة التحويل
ـtransfer Currency

أحضرت فى ١٤/١١
* لم يتم تزويد قسيمتها
مع إفادة جمال
السيارجي -
الك

دولار تركى

| BENEFICIARY DETAILS | | بيانات المستفيد |
|---|---|---|
| Beneficiary's Name | : TAIBAH INTERNATIONAL AID | اسـم المستـفيد |
| Address &/ or Phone No. | : ................... ALBANIA OFFICE | العنوان و/ أو رقم ال |
| Beneficiary A/C No. | : 100113 | رقم حساب المستفيد |
| Beneficiary Bank | : ARAB ALBANIAN ISLAMIC BA | بنك المستـفيد |
| Branch Name & Address | : THROUGH: DEUTSCHE BANK GERMANY | سم الفرع وعنوانه |
| Town - Country | : GERMANY | المدينـة – البلـد |

**المبلغ بالحروف**
**Amount in words**

..... خمسين و اربعة وتسعون الف دولار اتراكى لاغير )

Against payment by: وذلك مقابل:

[ ١٤٠ـ ١٧ـ ١٥٦ ١٠ـ ١٠ـ ١٠ـ ٢١٠ـ ] القيد على حسابى/حساباونا رقم [✓]    شيك رقم ................. [ ]    نقداً [ ]
DEBIT MY/ OUR A/C    CHEQUE NO.    CASH

| REMITTER DETAILS | | بيانات المحـول |
|---|---|---|
| Remitter's Name | : الندوة (لعانة الدنيا ب الاسلامى - فرع | اسـم المحول |
| ID No., Type, Date, Place of Issue | : | رقم الهويـة/ نوعـها/ تـاريخ ومكان الإصـدار |
| Address | : صح | العنـوان |
| Phone No. | : ٦٦٠ـ١٢٧٨ | رقم الهاتف |

**Other Details:** تفاصيل أخرى للحـوالة:

**PURPOSE OF REMITTANCE:** الغرض من التحويل:
Please see overleaf and write relevant code number in the box. [١٤] يرجى الإطلاع على المدون خلف النموذج ووضع الرمز فى الحقل.

I/ We agree to the terms printed overleaf. أوافق/ نوافق على الشروط والأحكام المبينة خلف الطلب.

Remitter's Signature: ................... توقيـع المحـول: ...................

| FOR BANK USE ONLY: | | | | | لإستعمال البنك فقـط: |
|---|---|---|---|---|---|
| Currency | نوع العملة | (USD) | Correspondent Bank | | البنك المراسل |
| FCY Amount | مبلغ العملة الأجنبية | = 45000 | Value date | تاريخ الاستحقاق | / / |
| Rate | سعر العملة | 3.75 | Deal Ref. No. | رقم القطع/ المرجع | |
| SAR Equivalent | المعادل بالريال | | Validation | | لمصادقـة |
| Commission/ Fees | رسوم/ عمولة | ___ | | | ١٨٨٧ |
| Telex Charges | مصاريف التلكس | ___ | | | |
| SAR Total | المجموع بالريال | = 165.350 | | | |

P 00117 **EFT ISSUE 12000A1001
14010A5000141
لسيد/ الندوة العالميه للشباب الاسلامى
USD 45,000.00
فرع التنـدوة ه#140
BJRN 2036410 2001/11/14 فى 11:43

Authorized Signature: توقيـع المسئـول:

BANCS -001A1

CONFIDENTIAL    WAMYSA1232841



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA1232840-WAMYSA1232841**

Sworn to before me this

13ᵗʰ day of _April_ of 2026

_V. Vaie_
Translation Manager

_Mamadou Drame_
Notary

MAMADOU DRAME
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DR6319138
Qualified in New York County
My Commission Expires 02-09-2027

04/13/2026
_Mamadou Dr_


**American Translators Association**



Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling