Form **990-EZ**

## Short Form
## Return of Organization Exempt From Income Tax
Under section 501(c) of the Internal Revenue Code (except black lung benefit trust or private foundation) or section 4947(a)(1) nonexempt charitable trust
▶ For organizations with gross receipts less than $100,000 and total assets less than $250,000 at the end of the year.

Department of the Treasury
Internal Revenue Service

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-1150

**1998**

This Form is
Open to Public
Inspection

**A** For the 1998 calendar year, OR tax year beginning _____ , 1998, and ending _____ , 19 _____

| **B** Check if: | | **C** Name of organization | **D** Employer identification number |
|---|---|---|---|
| ☐ Change of address | Please use IRS label or print or type. See Specific Instructions. | TAIBAH INTERNATIONAL AND AID ASSOCIATION | 54 : 1604672 |
| ☐ Initial return | | Number and street (or P.O. box, if mail is not delivered to street address) Room/suite | **E** Telephone number |
| ☐ Final return | | PO BOX 279 | 703-534-9779 |
| ☐ Amended return (required also for state reporting) | | City or town, state or country, and ZIP + 4  DUN LORING, VA 22027 | **F** Check ▶ ☐ if exemption application is pending |

**G** Accounting method: ☒ Cash  ☐ Accrual  ☐ Other (specify) ▶

**H** Enter four-digit group exemption number (GEN)

**I** Type of organization— ▶ ☐ Exempt under section 501(c)( 3 ) ◀ (insert number)  OR ▶ ☐ section 4947(a)(1) nonexempt charitable trust

**Note:** *Section 501(c)(3) organizations and section 4947(a)(1) nonexempt charitable trusts MUST attach a completed Schedule A (Form 990).*

**J** Check ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, the organization should file a return without financial data. Some states require a complete return.

**K** Enter the organization's 1998 gross receipts (add back lines 5b, 6b, and 7b, to line 9) . . . . . ▶ $ 61470
If $100,000 or more, the organization must file Form 990 instead of Form 990-EZ.

### Part I — Revenue, Expenses, and Changes in Net Assets or Fund Balances (See Specific Instructions on page 30.)

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received (attach schedule of contributors) | 1 | 61470 |
| 2 | Program service revenue including government fees and contracts | 2 | |
| 3 | Membership dues and assessments | 3 | |
| 4 | Investment income | 4 | |
| 5a | Gross amount from sale of assets other than inventory | 5a | |
| b | Less: cost or other basis and sales expenses | 5b | |
| c | Gain or (loss) from sale of assets other than inventory (line 5a less line 5b) (attach schedule) | 5c | 0 |
| 6 | Special events and activities (attach schedule): | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1) | 6a | |
| b | Less: direct expenses other than fundraising expenses | 6b | |
| c | Net income or (loss) from special events and activities (line 6a less line 6b) | 6c | 0 |
| 7a | Gross sales of inventory, less returns and allowances | 7a | |
| b | Less: cost of goods sold | 7b | |
| c | Gross profit or (loss) from sales of inventory (line 7a less line 7b) | 7c | 0 |
| 8 | Other revenue (describe ▶ _____ ) | 8 | |
| 9 | Total revenue (add lines 1, 2, 3, 4, 5c, 6c, 7c, and 8) | 9 | 61470 |
| 10 | Grants and similar amounts paid (attach schedule) | 10 | |
| 11 | Benefits paid to or for members | 11 | |
| 12 | Salaries, other compensation, and employee benefits | 12 | |
| 13 | Professional fees and other payments to independent contractors | 13 | 2400 |
| 14 | Occupancy, rent, utilities, and maintenance | 14 | |
| 15 | Printing, publications, postage, and shipping | 15 | 18975 |
| 16 | Other expenses (describe ▶ _____ ) | 16 | 31363 |
| 17 | Total expenses (add lines 10 through 16) | 17 | 52738 |
| 18 | Excess or (deficit) for the year (line 9 less line 17) | 18 | 8732 |
| 19 | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) | 19 | 3824 |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | |
| 21 | Net assets or fund balances at end of year (combine lines 18 through 20) | 21 | 12556 |

*RECEIVED APR 22 1999 OGDEN, UT*

### Part II — Balance Sheets—If Total assets on line 25, column (B) are $250,000 or more, file Form 990 instead of Form 990-EZ.
(See Specific Instructions on page 34.)

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| 22 | Cash, savings, and investments | 2112 | 22 | 13156 |
| 23 | Land and buildings | 1112 | 23 | 0 |
| 24 | Other assets (describe ▶ DEPOSIT ) | 600 | 24 | 600 |
| 25 | Total assets | 3824 | 25 | 13756 |
| 26 | Total liabilities (describe ▶ ACCOUNTS PAYABLE ) | 0 | 26 | 1200 |
| 27 | Net assets or fund balances (line 27 of column (B) must agree with line 21) | 3824 | 27 | 12556 |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.

Cat. No. 10642I

Form **990-EZ** (1998)

SCANNED MAY 03 1999

EXHIBIT
WAMY EX. 226

PEC-WAMY014834

Form 990-EZ (1998)

## Part III  Statement of Program Service Accomplishments (See Specific Instructions on page 34.)

| | Expenses |
|---|---|
| | (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts; optional for others.) |

What is the organization's primary exempt purpose? _____

Describe what was achieved in carrying out the organization's exempt purposes. In a clear and concise manner, describe the services provided, the number of persons benefited, or other relevant information for each program title.

28 TO SUPPORT AND FOSTER COOPERATION AND UNDERSTANDING ALL HUMANITARIAN AND ISLAMIC ENTITIES

(Grants $_____ )  **28a** | 48684

29 _____

(Grants $_____ )  **29a**

30 _____

(Grants $_____ )  **30a**

(Grants $_____ )  **31a**

31 Other program services (attach schedule) . . . . . . . . . . . . . . . . ▶ **32**

32 Total program service expenses (add lines 28a through 31a) . . . . . . . . . . . . . . . . ▶

## Part IV  List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated. See Specific Instructions on page 34.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| SALEH O BADAHDAH SAME AS TAX RETURN | PRESIDENT | -0- | | |
| SULAIMAN AL-ALSHEIKH SAME AS TAX RETURN | VICE PRESIDENT | -0- | | |
| | | | | |
| | | | | |

## Part V  Other Information (See Specific Instructions on page 35.)

| | | Yes | No |
|---|---|---|---|
| 33 | Did the organization engage in any activity not previously reported to the IRS? If "Yes," attach a detailed description of each activity . . | | x |
| 34 | Were any changes made to the organizing or governing documents but not reported to the IRS? If "Yes," attach a conformed copy of the changes. | | x |
| 35 | If the organization had income from business activities, such as those reported on lines 2, 6, and 7 (among others), but NOT reported on Form 990-T, attach a statement explaining your reason for not reporting the income on Form 990-T. | | |
| a | Did the organization have unrelated business gross income of $1,000 or more or 6033(e) notice, reporting, and proxy tax requirements? | | x |
| b | If "Yes," has it filed a tax return on Form 990-T for this year? . . . . . . . . . . . . . . . | | x |
| 36 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? (If "Yes," attach a statement.) | | x |
| 37a | Enter amount of political expenditures, direct or indirect, as described in the instructions. ▶ 37a | | |
| b | Did the organization file Form 1120-POL for this year? . . . . . . . . . . . . . . . | | x |
| 38a | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee OR were any such loans made in a prior year and still unpaid at the start of the period covered by this return? . . . . . . | | x |
| b | If "Yes," attach the schedule specified in the line 38 instructions and enter the amount involved. 38b | | |
| 39 | 501(c)(7) organizations.—Enter: a Initiation fees and capital contributions included on line 9  39a | | |
| b | Gross receipts, included on line 9, for public use of club facilities · · · · · · · · · 39b | | |
| 40a | 501(c)(3) organizations.—Enter: Amount of tax imposed on the organization during the year under: section 4911 ▶_____ ; section 4912 ▶_____ ; section 4955 ▶_____ | | |
| b | 501(c)(3) and (4) organizations.—Did the organization engage in any section 4958 excess benefit transaction during the year? If "Yes," attach an explanation. | | x |
| c | Enter: Amount of tax imposed on the organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 . . . . . . . . . . . . . . . . ▶_____ | | |
| d | Enter: Amount of tax on line 40c, above, reimbursed by the organization . . . . . . . . ▶_____ | | |

41 List the states with which a copy of this return is filed. ▶ _____  Telephone no. ▶ ( 703 ) 534-9779

42 The books are in care of ▶ CORPORATION _____  ZIP + 4 ▶ 22046

Located at ▶ 360 S. WASHINGTON ST. #104, FALLS CHURCH, VA

43 Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of Form 1041—Check here ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year . . . ▶ | 43 |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

2/5/99    VICE PRESIDENT

PEC-WAMY014835

Form **990**

Department of the Treasury
Internal Revenue Service

**Return of Organization Exempt From Income Tax**

Under section 501(c) of the Internal Revenue Code (except black lung benefit trust or private foundation) or section 4947(a)(1) nonexempt charitable trust

**Note:** *The organization may have to use a copy of this return to satisfy state reporting requirements.*

OMB No. 1545-0047

**1999**

This Form is
Open to Public
Inspection

**A** For the 1999 calendar year, OR tax year period beginning _____, 1999, and ending _____

| B Check if: | | C Name of organization | D Employer identification number |
|---|---|---|---|
| ☒ Change of address | Please use IRS label or print or type. See Specific Instructions. | TAIBAH INTERNATIONAL AID ASSOCIATION | 54 1604672 |
| ☐ Initial return | | Number and street (or P.O. box if mail is not delivered to street address) Room/suite | E Telephone number |
| ☐ Final return | | P. O. BOX 1181 | 202-7285280 |
| ☐ Amended return (required also for state reporting) | | City or town, state or country, and ZIP+4 | F Check ► ☐ if exemption application is pending |
| | | FALLS CHURCH, VA 22041 | |

**G** Type of organization—► ☐ Exempt under section 501(c)( 3 ) ◄ (insert number) OR ► ☐ section 4947(a)(1) nonexempt charitable trust

**Note:** *Section 501(c)(3) exempt organizations and 4947(a)(1) nonexempt charitable trusts MUST attach a completed Schedule A (Form 990).*

**H(a)** Is this a group return filed for affiliates? . . . . . . . . . . . ☐ Yes ☐ No

**(b)** If "Yes," enter the number of affiliates for which this return is filed: . . ► _____

**(c)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☐ No

**I** If either box in H is checked "Yes," enter four-digit group exemption number (GEN) ► ......................

**J** Accounting method: ☐ Cash ☐ Accrual ☐ Other (specify) ►

**K** Check here ► ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if it received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**Note:** *Form 990-EZ may be used by organizations with gross receipts less than $100,000 and total assets less than $250,000 at end of year.*

### Part I — Revenue, Expenses, and Changes in Net Assets or Fund Balances (See Specific Instructions on page 15.)

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | |
| a | Direct public support . . . . . . . . . | 1a | 118,415 |
| b | Indirect public support . . . . . . . . . | 1b | |
| c | Government contributions (grants) . . . . . . | 1c | |
| d | **Total** (add lines 1a through 1c) (attach schedule of contributors) (cash $ _____ noncash $ _____ ) . . . . . . | 1d | 118,415 |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | |
| 3 | Membership dues and assessments . . . . . . . . . | 3 | |
| 4 | Interest on savings and temporary cash investments . . . . . | 4 | |
| 5 | Dividends and interest from securities . . . . . . . . | 5 | |
| 6a | Gross rents . . . . . . . . . . . . | 6a | |
| b | Less: rental expenses . . . . . . . . | 6b | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) . . . . | 6c | |
| 7 | Other investment income (describe ► _____ ) | 7 | |
| 8a | Gross amount from sales of assets other than inventory . . . . . . | (A) Securities 8a | (B) Other |
| b | Less: cost or other basis and sales expenses. | 8b | |
| c | Gain or (loss) (attach schedule) . . . . | 8c | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) . . . . . | 8d | |
| 9 | Special events and activities (attach schedule) | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) . . . . . . | 9a | |
| b | Less: direct expenses other than fundraising expenses . | 9b | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) . . . . . | 9c | |
| 10a | Gross sales of inventory, less returns and allowances . . | 10a | |
| b | Less: cost of goods sold . . . . | 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) . | 10c | |
| 11 | Other revenue (from Part VII, line 103) . . . . . . . . . | 11 | 118,415. |
| 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) . . . . . . | 12 | |

| Expenses | | | |
|---|---|---|---|
| 13 | Program services (from line 44, column (B)) . . . . . . . | 13 | |
| 14 | Management and general (from line 44, column (C)) . . . . . . | 14 | |
| 15 | Fundraising (from line 44, column (D)) . . . . . . . . | 15 | |
| 16 | Payments to affiliates (attach schedule) . . . . . . . . | 16 | |
| 17 | **Total expenses** (add lines 16 and 44, column (A)) . . . . . . | 17 | |

| Net Assets | | | |
|---|---|---|---|
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) . . . . . . | 18 | |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) . . . | 19 | |
| 20 | Other changes in net assets or fund balances (attach explanation) . . . . . | 20 | |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) . . . . | 21 | |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.    Cat. No. 11282Y    Form **990** (1999)

*(left margin stamps)* SCANNED JUN 27 2000 — RECEIVED MAY 2 4 2000

PEC-WAMY014836

Form 990 (1999)                                                                                                  Page **2**

### Part II — Statement of Functional Expenses

All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. (See Specific Instructions on page 19.)

| | Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|---|
| 22 | Grants and allocations (attach schedule) (cash $_____ noncash $_____) | 22 | | | | |
| 23 | Specific assistance to individuals (attach schedule) | 23 | | | | |
| 24 | Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25 | Compensation of officers, directors, etc. | 25 | | | | |
| 26 | Other salaries and wages | 26 | | | | |
| 27 | Pension plan contributions | 27 | | | | |
| 28 | Other employee benefits | 28 | | | | |
| 29 | Payroll taxes | 29 | | | | |
| 30 | Professional fundraising fees | 30 | | | | |
| 31 | Accounting fees | 31 | | | | |
| 32 | Legal fees | 32 | | | | |
| 33 | Supplies | 33 | 3977. | | 3,977 | |
| 34 | Telephone | 34 | 101. | | 101. | |
| 35 | Postage and shipping | 35 | 68 | | 68. | |
| 36 | Occupancy | 36 | 2,500. | | 2,500. | |
| 37 | Equipment rental and maintenance | 37 | | | | |
| 38 | Printing and publications | 38 | 15,000. | 15,000. | | |
| 39 | Travel | 39 | 1,474. | 1,474. | | |
| 40 | Conferences, conventions, and meetings | 40 | | | | |
| 41 | Interest | 41 | | | | |
| 42 | Depreciation, depletion, etc. (attach schedule) | 42 | | | | |
| 43 | Other expenses (itemize): a _____ | 43a | | | | |
| b | Contributions | 43b | 58,000. | 58,000. | | |
| c | Bank Charges | 43c | 40. | | 40. | |
| d | State Fees | 43d | 64. | | 64. | |
| e | _____ | 43e | | | | |
| 44 | Total functional expenses (add lines 22 through 43). Organizations completing columns (B)-(D), carry these totals to lines 13—15 | 44 | 81,224. | 74,474. | 6,750. | |

**Reporting of Joint Costs.** Did you report in column (B) (Program services) any joint costs from a combined educational campaign and fundraising solicitation? . . . . . . . . . . . . . . . . . . . .▶ ☐ Yes ☒ No

If "Yes," enter (i) the aggregate amount of these joint costs $_____; (ii) the amount allocated to Program services $_____;
(iii) the amount allocated to Management and general $_____ ; and (iv) the amount allocated to Fundraising $_____

### Part III — Statement of Program Service Accomplishments (See Specific Instructions on page 22.)

| | | Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.) |
|---|---|---|
| | What is the organization's primary exempt purpose? ▶_____ All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.) | |
| a | (Grants and allocations $ ) | 74,474. |
| b | (Grants and allocations $ ) | |
| c | (Grants and allocations $ ) | |
| d | (Grants and allocations $ ) | |
| e | Other program services (attach schedule) (Grants and allocations $ ) | |
| f | **Total of Program Service Expenses** (should equal line 44, column (B), Program services) . . . . ▶ | 74,474. |

Form **990** (1999)

PEC-WAMY014837

Form 990 (1999)                                                                                                Page **3**

## Part IV   Balance Sheets (See Specific Instructions on page 22.)

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| | | Note: *Where required, attached schedules and amounts within the description column should be for end-of-year amounts only.* | | | |
| **Assets** | 45 | Cash—non-interest-bearing | 13,156. | 45 | 51,381. |
| | 46 | Savings and temporary cash investments | | 46 | |
| | 47a | Accounts receivable . . . . . . . . | 47a | | |
| | b | Less: allowance for doubtful accounts . . | 47b | 47c | |
| | 48a | Pledges receivable . . . . . . . . | 48a | | |
| | b | Less: allowance for doubtful accounts . . | 48b | 48c | |
| | 49 | Grants receivable . . . . . . . . . | | 49 | |
| | 50 | Receivables from officers, directors, trustees, and key employees (attach schedule) . . . . . . . . . . . | | 50 | |
| | 51a | Other notes and loans receivable (attach schedule). . . . . . . . . . . | 51a | | |
| | b | Less: allowance for doubtful accounts . . | 51b | 51c | |
| | 52 | Inventories for sale or use . . . . . . . | | 52 | |
| | 53 | Prepaid expenses and deferred charges . . . . . . . | | 53 | |
| | 54 | Investments—securities (attach schedule) . . . . . . . | | 54 | |
| | 55a | Investments—land, buildings, and equipment: basis . . . . . . . . | 55a | | |
| | b | Less: accumulated depreciation (attach schedule). . . . . . . . . . . | 55b | 55c | |
| | 56 | Investments—other (attach schedule) . . . . . . . . | | 56 | |
| | 57a | Land, buildings, and equipment: basis . . | 57a | | |
| | b | Less: accumulated depreciation (attach schedule). . . . . . . . . . . | 57b | 57c | |
| | 58 | Other assets (describe ▶ *Deposit* ) | 600. | 58 | –0– |
| | 59 | **Total assets** (add lines 45 through 58) (must equal line 74) . . . . | 13,756. | 59 | 51,381. |
| **Liabilities** | 60 | Accounts payable and accrued expenses . . . . . . . . . | 1,200. | 60 | 1,634. |
| | 61 | Grants payable . . . . . . . . . . . . . . . | | 61 | |
| | 62 | Deferred revenue . . . . . . . . . . . . | | 62 | |
| | 63 | Loans from officers, directors, trustees, and key employees (attach schedule). . . . . . . . . . . . . . . . . . . | | 63 | |
| | 64a | Tax-exempt bond liabilities (attach schedule) . . . . . . . | | 64a | |
| | b | Mortgages and other notes payable (attach schedule) . . . . . | | 64b | |
| | 65 | Other liabilities (describe ▶ ) | | 65 | |
| | 66 | **Total liabilities** (add lines 60 through 65) . . . . . . . . . | | 66 | |
| **Net Assets or Fund Balances** | | **Organizations that follow SFAS 117, check here ▶ ☐ and complete lines 67 through 69 and lines 73 and 74.** | | | |
| | 67 | Unrestricted . . . . . . . . . . . . . . . . . . | | 67 | |
| | 68 | Temporarily restricted . . . . . . . . . . . . . . | | 68 | |
| | 69 | Permanently restricted . . . . . . . . . . . . . . | | 69 | |
| | | **Organizations that do not follow SFAS 117, check here ▶ ☐ and complete lines 70 through 74.** | | | |
| | 70 | Capital stock, trust principal, or current funds . . . . . . . | | 70 | |
| | 71 | Paid-in or capital surplus, or land, building, and equipment fund . . | | 71 | |
| | 72 | Retained earnings, endowment, accumulated income, or other funds | 12,556. | 72 | 49,747. |
| | 73 | **Total net assets or fund balances** (add lines 67 through 69 OR lines 70 through 72; column (A) must equal line 19 and column (B) must equal line 21) . . . . . . . . . . . . . . . . | | 73 | |
| | 74 | **Total liabilities and net assets / fund balances** (add lines 66 and 73) | 13,756. | 74 | 51,381. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

PEC-WAMY014838

Form 990 (1999)    Page **4**

| **Part IV-A** Reconciliation of Revenue per Audited Financial Statements with Revenue per Return (See Specific Instructions, page 24.) | | **Part IV-B** Reconciliation of Expenses per Audited Financial Statements with Expenses per Return | |
|---|---|---|---|
| **a** Total revenue, gains, and other support per audited financial statements . . ▶ | **a** | **a** Total expenses and losses per audited financial statements . . ▶ | **a** |
| **b** Amounts included on line **a** but not on line 12, Form 990: | | **b** Amounts included on line **a** but not on line 17, Form 990: | |
| **(1)** Net unrealized gains on investments . . $ | | **(1)** Donated services and use of facilities $ | |
| **(2)** Donated services and use of facilities $ | | **(2)** Prior year adjustments reported on line 20, Form 990 . . . . $ | |
| **(3)** Recoveries of prior year grants . . . $ | | **(3)** Losses reported on line 20, Form 990 . $ | |
| **(4)** Other (specify): .................... ............... $ | | **(4)** Other (specify): .................... ...................... $ | |
| Add amounts on lines **(1)** through **(4)** ▶ | **b** 0 | Add amounts on lines **(1)** through **(4)** ◀ | **b** 0 |
| **c** Line **a** minus line **b**. . . . . . ▶ | **c** 0 | **c** Line **a** minus line **b** . . . . . ▶ | **c** 0 |
| **d** Amounts included on line 12, *Form 990 but not on line **a**:* | | **d** Amounts included on line 17, *Form 990 but not on line **a**:* | |
| **(1)** Investment expenses not included on line 6b, Form 990 . . . $ | | **(1)** Investment expenses not included on line 6b, Form 990 . . $ | |
| **(2)** Other (specify): .................... ............... $ | | **(2)** Other (specify): .................... ...................... $ | |
| Add amounts on lines **(1)** and **(2)** ▶ | **d** 0 | Add amounts on lines **(1)** and **(2)** ▶ | **d** 0 |
| **e** Total revenue per line 12, Form 990 (line **c** plus line **d**) . . . . . ▶ | **e** 0 | **e** Total expenses per line 17, Form 990 (line **c** plus line **d**) . . . . ▶ | **e** 0 |

**Part V**  List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated; see Specific Instructions on page 24.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| Dr. Anwar Hajjaj P.O. Box 1181, Falls Church, VA 22041 | President | | | |
| Dr. Abdelrahman Al-Amoudi Same | VP | | | |
| Samir Salah Same | Treasurer | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**75** Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations?  ▶  ☐ Yes  ☒ No
If "Yes," attach schedule—see Specific Instructions on page 25.

PEC-WAMY014839

Form 990 (1999)                                                                                                  Page **5**

## Part VI  Other Information (See Specific Instructions on page 25.)

|  |  | | Yes | No |
|---|---|---|---|---|
| 76 | Did the organization engage in any activity not previously reported to the IRS? If "Yes," attach a detailed description of each activity . | 76 | | ✓ |
| 77 | Were any changes made in the organizing or governing documents but not reported to the IRS?   . . . | 77 | | ✓ |
| | If "Yes," attach a conformed copy of the changes. | | | |
| 78a | Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return?. | 78a | | ✓ |
| b | If "Yes," has it filed a tax return on **Form 990-T** for this year?  . . . . . . . . . . . . . . . . . . | 78b | | |
| 79 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? If "Yes," attach a statement | 79 | | ✓ |
| 80a | Is the organization related (other than by association with a statewide or nationwide organization) through common membership, governing bodies, trustees, officers, etc., to any other exempt or nonexempt organization?. . . | 80a | | ✓ |
| b | If "Yes," enter the name of the organization ▶ ......................................................... | | | |
| | ........................................ and check whether it is ☐ exempt **OR** ☐ nonexempt. | | | |

81a Enter the amount of political expenditures, direct or indirect, as described in the
instructions for line 81. . . . . . . . . . . . . . . . . . . |81a| 0

| | | | Yes | No |
|---|---|---|---|---|
| b | Did the organization file **Form 1120-POL** for this year?. . . . . . . . . . . . . . . . | 81b | | ✓ |
| 82a | Did the organization receive donated services or the use of materials, equipment, or facilities at no charge or at substantially less than fair rental value? . . . . . . . . . . . . . . . . . | 82a | | ✓ |

b If "Yes," you may indicate the value of these items here. Do not include this amount
as revenue in Part I or as an expense in Part II. (See instructions for reporting in
Part III.). . . . . . . . . . . . . . . . . . |82b| 0

| | | | Yes | No |
|---|---|---|---|---|
| 83a | Did the organization comply with the public inspection requirements for returns and exemption applications? | 83a | ✓ | |
| b | Did the organization comply with the disclosure requirements relating to quid pro quo contributions? . . | 83b | ✓ | |
| 84a | Did the organization solicit any contributions or gifts that were not tax deductible? . . . . . . . . | 84a | | ✓ |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . . . . | 84b | | |
| 85 | *501(c)(4), (5), or (6) organizations.* a Were substantially all dues nondeductible by members? . . . . . . . . | 85a | | |
| b | Did the organization make only in-house lobbying expenditures of $2,000 or less? . . . . . . . . . | 85b | | |
| | If "Yes" was answered to either 85a or 85b, **do not** complete 85c through 85h below unless the organization received a waiver for proxy tax owed for the prior year. | | | |

c  Dues, assessments, and similar amounts from members . . . . . . . . |85c|
d  Section 162(e) lobbying and political expenditures  . . . . . . . . . . |85d|
e  Aggregate nondeductible amount of section 6033(e)(1)(A) dues notices . . . |85e|
f  Taxable amount of lobbying and political expenditures (line 85d less 85e)  . . |85f|

| | | | Yes | No |
|---|---|---|---|---|
| g | Does the organization elect to pay the section 6033(e) tax on the amount in 85f?. . . . . . . . . . . | 85g | | |
| h | If section 6033(e)(1)(A) dues notices were sent, does the organization agree to add the amount in 85f to its reasonable estimate of dues allocable to nondeductible lobbying and political expenditures for the following tax year?. . . | 85h | | |

86  *501(c)(7) orgs.* Enter: a Initiation fees and capital contributions included on line 12  . |86a|
b  Gross receipts, included on line 12, for public use of club facilities. . . . . |86b|
87  *501(c)(12) orgs.* Enter: a Gross income from members or shareholders. . . . |87a|
b  Gross income from other sources. (Do not net amounts due or paid to other
sources against amounts due or received from them.) . . . . . . . . . |87b|

| | | | Yes | No |
|---|---|---|---|---|
| 88 | At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership, or an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? If "Yes," complete Part IX . . . . . . . . . . . . . . . . | 88 | | ✓ |

89a  *501(c)(3) organizations.* Enter: Amount of tax imposed on the organization during the year under:
section 4911 ▶_____ ; section 4912 ▶_____ ; section 4955 ▶_____

| | | | Yes | No |
|---|---|---|---|---|
| b | *501(c)(3) and 501(c)(4) orgs.* Did the organization engage in any section 4958 excess benefit transaction during the year or did it become aware of an excess benefit transaction from a prior year? If "Yes," attach a statement explaining each transaction. . . . . . . . . . . . . . . . . . . . . . . . . . | 89b | | ✓ |

c  Enter: Amount of tax imposed on the organization managers or disqualified persons during the year under
sections 4912, 4955, and 4958. . . . . . . . . . . . . . . . . . . . . . . ▶ _____
d  Enter: Amount of tax on line 89c, above, reimbursed by the organization. . . . . . . . . . . ▶ _____
90a  List the states with which a copy of this return is filed ▶ .............................................................
b  Number of employees employed in the pay period that includes March 12, 1999 (See inst.) . |90b|_____
91  The books are in care of ▶ *CORPORATION*.............................. Telephone no. ▶ (.......)......................
Located at ▶ ....................................................... ZIP + 4 ▶ ...................................
92  Section 4947(a)(1) nonexempt charitable trusts filing Form 990 in lieu of **Form 1041**—Check here . . . . . . . ▶ ☐
and enter the amount of tax-exempt interest received or accrued during the tax year  . . ▶ | 92 | 0

Form **990** (1999)

PEC-WAMY014840

Form 990 (1999)

Page **6**

## Part VII  Analysis of Income-Producing Activities (See Specific Instructions on page 29.)

| Enter gross amounts unless otherwise indicated. | Unrelated business income | | Excluded by section 512, 513, or 514 | | (E) Related or exempt function income |
|---|---|---|---|---|---|
| | (A) Business code | (B) Amount | (C) Exclusion code | (D) Amount | |
| 93 Program service revenue: | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f Medicare/Medicaid payments | | | | | |
| g Fees and contracts from government agencies | | | | | |
| 94 Membership dues and assessments | | | | | |
| 95 Interest on savings and temporary cash investments | | | | | |
| 96 Dividends and interest from securities | | | | | |
| 97 Net rental income or (loss) from real estate: | | | | | |
| a debt-financed property | | | | | |
| b not debt-financed property | | | | | |
| 98 Net rental income or (loss) from personal property | | | | | |
| 99 Other investment income | | | | | |
| 100 Gain or (loss) from sales of assets other than inventory | | | | | |
| 101 Net income or (loss) from special events | | | | | |
| 102 Gross profit or (loss) from sales of inventory | | | | | |
| 103 Other revenue: a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 104 Subtotal (add columns (B), (D), and (E)) | | | | | |

**105 Total** (add line 104, columns (B), (D), and (E)) . . . . . . . . . . . . . . . . . . . . ▶

Note: *Line 105 plus line 1d, Part I, should equal the amount on line 12, Part I.*

## Part VIII  Relationship of Activities to the Accomplishment of Exempt Purposes (See Specific Instructions on page 30.)

| Line No. ▼ | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). |
|---|---|
| | |

## Part IX  Information Regarding Taxable Subsidiaries and Disregarded Entities (See Specific Instructions on page 30.)

| (A) Name, address, and EIN of corporation, partnership, or disregarded entity | (B) Percentage of ownership interest | (C) Nature of activities | (D) Total income | (E) End-of-year assets |
|---|---|---|---|---|
| | % | | | |
| | % | | | |
| | % | | | |
| | % | | | |

rn, including accompanying schedules and statements, and to the best of my knowledge
er (other than officer) is based on all information of which preparer has any knowledge.

5-18-00   Samir Salah Director