





The World Assembly of Muslim Youth

(Muslim Kashmiri Youth Committee)

in Riyadh

Zakat al-Fitr Project for the Year 1420 AH

Prepared by

Muslim Kashmiri Youth Committee

Implemented by

Free Kashmir Office

CONFIDENTIAL

EXHIBIT

WAMY EX. 227

WAMYSA040883

In the Name of Allah, the Most Gracious, the Most Merciful

Report on the Zakat al-Fitr Project for the Year 1420 AH

Praise be to Allah, Lord of the Worlds and Guide to the Straight Path. May peace and blessings be upon the best of His creation, Muhammad Peace Be Upon Him, and upon his family, companions, and those who follow him in righteousness until the Day of Judgment

We present the Zakat al-Fitr report for the year 1420 AH. It is well known to all that Zakat al-Fitr is a purification for the soul and a remedy for any shortcomings that may have occurred during fasting, such as idle talk and obscene speech.

Ibn Abbas, may Allah be pleased with him, said: "The Messenger of Allah Peace Be Upon Him made Zakat al-Fitr obligatory as a purification for the fasting person from idle talk and obscenity, and as food for the poor." Narrated by Abu Dawud

It also serves to meet the needs of the destitute and the needy, bringing joy to their hearts so they do not feel the bitterness of need and poverty at a time when Muslims are generous toward their families in providing food and clothing. Giving it is an act of drawing closer to Allah and purifying the fasting person from the sins they may have committed during their fast, for good deeds have a beneficial effect in erasing bad deeds. The Messenger of Allah Peace Be Upon Him said, "Follow a bad deed with a good one, and it will erase it." Narrated by Ahmad and al-Tirmidhi.

Therefore, it was incumbent upon the Kashmiri Muslim Committee to allocate a portion of these gifts from their charitable brothers in the Kingdom of Saudi Arabia—as a gesture of the many acts of kindness showered upon them—to their brothers in faith in Kashmir from the Zakat al-Fitr. For in this great initiative by our charitable brothers lies a magnificent embodiment of the noble values of our true religion. It is thus one of the time-honored Islamic traditions rooted in our authentic heritage, and the Kashmiri Muslim Youth Committee has been and remains the source.

CONFIDENTIAL

WAMYSA040884

The driving force behind these remarkable achievements to aid our brothers in faith in Kashmir—

and we ask Allah the Almighty to accept them all—

Table No. 1: Members of the Executive Committee for the Zakat al-Fitr Project 1420 AH

First: Muzaffarabad Region

1- Abu Ahmad Muhammad Ibrahim

2- Abdul Ghayath Alimullah

3- Wajid Ain Al-Yaqin

Second: Bagh Region

1. Hidayatullah Shah

2. Mufti Habibur Rahman

3. Mufti Abdushkur

Third: Kotli

1- Qari Hidayatullah

2- Mufti Habibur Rahman

3- Maulana Kabir Ahmad

Fourth: Miscellaneous

1. Professor Ikram Al-Rashid

2. Abdul Ghayath Alimullah

3. Abu Ahmad Muhammad Ibrahim

CONFIDENTIAL

WAMYSA040885

Table No. 2: Distribution of Food Items for the Zakat al-Fitr Project 1999-2000

| No. | Place/Camp Name | Region | Number of Families | Type of Distributed Material | Notes |
|---|---|---|---|---|---|
| 1 | Manak Bayan Camp 1 & 4 | Muzaffarabad | 120 | Flour (100 bags) | 1 bag = 20 kg |
| 2 | Kasar Camp B | Muzaffarabad | 150 | Flour (150 bags) | 1 bag = 20 kg |
| 3 | Kasar Camp D | Muzaffarabad | 150 | Flour (150 bags) | 1 bag = 20 kg |
| 4 | Ambore Camp | Muzaffarabad | 234 | Rice (130 bags) | 1 bag = 100 kg |
| 5 | Rara Damshi Camp | Muzaffarabad | 90 | Rice (50 bags) | 1 bag = 100 kg |
| 6 | Affected people | Neelum Valley | 95 | Flour (45 bags) | 1 bag = 20 kg |
| 7 | Affected people | Muzaffarabad | 47 | Rice (30 bags) | 1 bag = 100 kg |
| 8 | Dar Al-Falah for Widows | Muzaffarabad | 22 | Flour (25 bags) | Widows and orphans |
| 9 | Islamic Schools | Muzaffarabad (various) | 45 | Flour (45 bags) | 1 bag = 20 kg |
| 10 | Manak Bajri | Bagh | 300 | Flour and Rice | Various |
| 11 | Sultanpur Camp | Kotli | 400 | Flour and Rice | Various |

CONFIDENTIAL

WAMYSA040886

Table No. 3: Distribution of Food Items and Their Expenses

| No. | Item | Quantity | Weight | Unit Price | Total Value | Notes |
|---|---|---|---|---|---|---|
| 1 | Flour | 224 | 20 kg | 150 | 42560 | |
| 2 | Flour | 90 | 20 kg | 190 | 17100 | |
| 3 | Flour | 400 | 20 kg | 165 | 66000 | |
| 4 | Rice | 50 | 80 kg | 1000 | 50000 | |
| 5 | Rice | 14 | 100 kg | 1300 | 18200 | |
| 6 | Rice | 231 | 80 kg | 600 | 138600 | |
| 7 | Rice | 550 | 5 kg | 125 | 68750 | |
| | Total | | | | 401210 | |

Table No. 4: Zakat al-Fitr Expenses by Region for the Years 1999-2000

| No. | Region Name | Expenditure | Type of Items |
|---|---|---|---|
| 1 | Muzaffarabad Camps and others | 252260 | Rice + Flour |
| 2 | Bagh Camps | 66000 | Rice + Flour |
| 3 | Kotli Camps | 68750 | Rice + Flour |
| 4 | Schools and Associations | 18200 | Rice + Flour |
| | Total | 405210 | |

CONFIDENTIAL

WAMYSA040887

Table No. 5: Table of Incoming Amounts and Their Expenses for Zakat al-Fitr 1999-2000

| No. | Incoming Amount | Expenditure | Remaining Balance |
|---|---|---|---|
| 1 | 135000 | 135000 | --- |
| 2 | 270000 | 270210 | 210 |
| Total / | 405000 | 405210 | 210 |

Please accept our utmost respect and appreciation, and we ask God to accept the good deeds from everyone.

Hidayatullah Shah
[signature]

Abdul Ghiyath Alimullah
Representative of the Muslim Kashmir Youth Committee in Free Kashmir
[signature]

January 7, 2000

CONFIDENTIAL

WAMYSA040888



# الندوة العالميه للشباب الاسلامى

## (لجنة شباب كشمير المسلمة)

بالرياض

# مشروع زكاة الفطر لعام ١٤٢٠هـ

## اعداد

لجنة شباب كشمير المسلمة

## تنفيذ

مكتب كشمير الحرة

١

CONFIDENTIAL

WAMYSA040883

بسم اللّه الرحمن الرّحيم

## تقرير مشروع زكاة الفطر العام ١٤٢٠هـ

الحمد الله رب العالمين والهادي الى الصراط المستقيم و نصلى على خير خلقه محمد ﷺ وعلى آله و صحبه ومن تبعه باحسان الى يوم الدين

نقدم تقرير زكاة الفطر لعام ١٤٢٠هـ و مما لا يخفى على الجميع بان زكاة الفطر هى طهرة للنفوس و خير لما يكون قد حدث فى صيامه من خلل مثل لغو القول و فحشه

يقول ابن عباس رضى الله عنه (فرض رسول الله ﷺ زكاة الفطر طهرةً للصائم من اللغو والرفث و طعمة للمساكين) رواه ابوداود

وفى سدّحاجة المعدومين والبؤساء عليهم وادخال الفرحة فى قلوبهم حتى لا يشعروا بمرارة الحاجة والفقر فى وقت يوسع المسلمون على عيالهم فى المطعم والملبس وفى اخراجها تقربا الى الله وتطهيراً للصائم من السيئات التى قد ارتكبها اثناء صومه لان للحسنات آثارها الطيبة فى محوالسيئات، ويقول الرسول ﷺ (واتبع السيئة الحسنة تمنحها) رواه احمد والترمذى.

ولذاكان لزاماً من ان تخصّ لجنة كشمير المسلمة من هذه العطايا من اخوانهم اهل الخير و الاحسان فى المملكة العربية السعودية وبادرة من بوادر الخير التى تنهال عليهم بان يخصصوا لأخوانهم في الدين في كشمير من زكاة الفطر لهم ففي هذه المبادرة العظيمة لاخواننا من المحسنين انما ضرب عظيم من القيم النبيلة السامية لديننا الحنيف ومن ثم فهو من التقاليد الاسلامية العريقة الراسخة من نبع تراثنا الأصيل، وان لجنة شباب كشمير المسلمة كانت ولا تزال النبع

٢

CONFIDENTIAL

WAMYSA040884

الاصيل لمسيرة هذه الانجازات الرائعة من اجل اغاثة اخواننا في الله في كشمير ـ ونسـال الله تعالى القبول للجميع ـ

جدول رقم ١ اعضاء اللجنة التنفيذية لمشروع زكاة الفطر سنة ١٤٢٠هـ

| ثالثاً ـ كوتلى | | اولاً: منطقة مظفر آباد | |
|---|---|---|---|
| ١ـ قارى هدايت الله | | ١ـ أبو أحمد محمد إبراهيم | |
| ٢ـ مفتي حبيب الرحمن | | ٢ـ عبدالغياث عليم الله | |
| ٣ـ مولوى كبير أحمد | | ٣ـ واجد عين اليقين | |

| رابعاً متفرقات | | ثانياً: فى منطقة باغ | |
|---|---|---|---|
| ١ـ بروفيسور إكرام الرشيد | | ١ـ هدايت الله شاه | |
| ٢ـ عبدالغياث عليم الله | | ٢ـ مفتي حبيب الرحمن | |
| ٣ـ أبو أحمد محمد إبراهيم | | ٣ـ مفتى عبدالشكور | |

٣

CONFIDENTIAL

WAMYSA040885

جدول رقم ٢ توزيع المواد الغذائية لمشروع الزكاة الفطر سنة ١٤٢١ه

| الملاحظات | نوع المادة الموزعة | عدد العوائل | المنطقة | اسم المكان/المخيم | م |
|---|---|---|---|---|---|
| ١كيس ٢٠ كغم | الطحين ١٠٠ كيس | ١٢٠ | مظفر آباد | مخيم مانك بيان ١ و ٤ | ١ |
| ١كيس ٢٠ كغم | الطحين ١٥٠ كيس | ١٥٠ | مظفر آباد | مخيم كامسر B | ٢ |
| ١كيس ٢٠ كغم | الطحين ١٥٠ كيس | ١٥٠ | مظفر آباد | مخيم كامسر D | ٣ |
| ١كيس ١٠٠ كغم | الأرز ١٣٠ كيس | ٢٣٤ | مظفر آباد | مخيم اسبور | ٤ |
| ١كيس ١٠٠ كغم | الأرز ٥٠ كيس | ٩٠ | مظفر آباد | مخيم راره دشتى | ٥ |
| ١كيس ٢٠ كغم | طحين ٤٥ كيس | ٩٥ | وادي نيلم | متضررين | ٦ |
| ١كيس ١٠٠ كغم | الأرز ٣٠ كيس | ٤٧ | مظفر آباد | متضررين | ٧ |
| ارامل و أيتام | الطحين ٢٥ كيس | ٢٢ | مظفر آباد | دار الفلاح للأرامل | ٨ |
| ١كيس ٢٠ كغم | الطحين ٤٥ كيس مختلفة | محلفة | مظفر آباد | مدارس اسلامية | ٩ |
| مختلفة | الطحين والأرز | ٣٠٠ | باغ | مانك بجرى | ١٠ |
| مختلفة | الطحين والأرز | ٤٠٠ | كوتلى | مخيم سولناكلبور | ١١ |

٤

CONFIDENTIAL

WAMYSA040886

جدول رقم ٣ توزيع المواد الغذائية و مصاريفها

| الملاحظات | القيمة الاجمالية | قيمة المادة الواحدة | الوزن | العدد | الماده | م |
|---|---|---|---|---|---|---|
| | ٤٢٥٦٠ | ١٥٠ | ٢٠ كيلو | ٢٢٤ | الطحين | ١ |
| | ١٧١٠٠ | ١٩٠ | ٢٠ كيلو | ٩٠ | الطحين | ٢ |
| | ٦٦٠٠٠ | ١٦٥ | ٢٠ كيلو | ٤٠٠ | الطحين | ٣ |
| | ٥٠٠٠٠ | ١٠٠٠ | ٨٠ كيلو | ٥٠ | الأرز | ٤ |
| | ١٨٢٠٠ | ١٣٠٠ | ١٠٠ كيلو | ١٤ | الأرز | ٥ |
| | ١٣٨٦٠٠ | ٦٠٠ | ٨٠ كيلو | ٢٣١ | الأرز | ٦ |
| | ٦٨٧٥٠ | ١٢٥ | ٥ كيلو | ٥٥٠ | الأرز | ٧ |
| ٤٠١٢١٠ | | | | | الاجمالى | |

جدول رقم ٤ جدول مصاريف زكاة الفطر حسب المناطق لعام ١٤٢١هـ

| نوع المواد | المصروف | اسم المنطقة | م |
|---|---|---|---|
| الأرز + الطحين | ٢٥٢٢٦٠ | مخيمات مظفرآباد وغيرها | ١ |
| الأرز + الطحين | ٦٦٠٠٠ | مخيمات باغ | ٢ |
| الأرز + الطحين | ٦٨٧٥٠ | مخيمات كوتلى | ٣ |
| الأرز + الطحين | ١٨٢٠٠ | مدارس و جمعيات | ٤ |
| | ٤٠٥٢١٠ | الاجمالى | |

٥

CONFIDENTIAL

WAMYSA040887

جدول رقم ٥ جدول المبالغ الوارده و مصاريفها لزكاة الفطر سنة ١٤٢١ه

| الرصيد المتبقى | المصروف | المبلغ الوارد | م |
|---|---|---|---|
| --- | ١٣٥٠٠٠ | ١٣٥٠٠٠ | ١ |
| ٢١٠ | ٢٧٠٢١٠ | ٢٧٠٠٠٠ | ٢ |
| ٢١٠ | ٤٠٥٢١٠ | ٤٠٥٠٠٠ | الاجمالى / |

هذا وتقبلوا منا فائق احترامنا وتقديرنا و نسأل الله ان يتقبل من الجميع صالح الاعمال.

عبدالغياث عليم الله

مندوب لجنة شباب كشمير المسلمة

فى كشمير الحرة

هدايت الله شاه

٦

CONFIDENTIAL

WAMYSA040888



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA040883**

Sworn to before me this

___ day of _____ of 2026

_____
Translation Manager

_____
Notary




American Translators Association



Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling