In the Name of Allah, the Most Gracious, the Most Merciful

Mosque and School Construction Project (Aisha al-Siddiqa)

Location: Barikot / Muzaffarabad / Free Kashmir

Sequence: 1

Phase: Construction of a well for the Aisha project

Date: Mar 31, 2000

| No. | Description | Unit Price | Quantity | Total |
|---|---|---|---|---|
| 1 | Well drilling fees at a depth of 120 feet | 15 x 750 | 5 | 11250 |
| 2 | Construction and final horizontal transport fees for the well | 1250 | 1 | 2500 |
| 3 | Iron ladder work, purchase of iron, etc. | . | . | 5000 |
| 4 | Miscellaneous advances and transportation fees | . | . | 3455 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | **Total** |  |  | **22205** |

Apr 18, 2000

Recipient: Ma'ash Khan

Accountant [signature]

Office Supervisor: Abdul Ghayath Alim Allah

CONFIDENTIAL

EXHIBIT

WAMY EX. 228

WAMYSA040889

بسم الله الرحمن الرحيم

مشروع بناء مسجد، مدرسة ( عائشة ا أم المؤمنين )

① WAMY

| | الموقع | بر الكويت / مخيم ابا و / كشمير الحرة |
| | التسلسل | ١ |
| | المرحلة | عملي ، انشاء بيتم لمشروع سيانته |
| | التاريخ | ٢٥ / ١٢ / ١٤٢٧هـ |

| المجموع | العدد | سعرالوحدة | البيان | م |
|---|---|---|---|---|
| ١١٢٥٠٠ | ٥ | ١٥×٥٠٠ | اجور حفر البئر بعمق ١٢٠ قدم أعماق | ١- |
| ٢٥٠٠٠ | ١ | ١×٢٥٠٠ | اجور تعبئة واحد لعمل انهاء البئر | ٢- |
| ٥٠٠٠٠ | | | عملي سلم حديدي وشراء حديد وغيره | ٣- |
| ٢٥٥٠٠ ر | | | مشتريات واجور رحل مختلفة | ٤- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| ٢٢٥٠٠٥ | | | الاجمالى | |

مشرف المكتب

المحاسب

المستلم



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA040889**

Sworn to before me this

6 day of _____April_____ of 2026

_____
Translation Manager

_____
Notary



American Translators Association



Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling