

In the Name of Allah, the Most Gracious, the Most Merciful

World Assembly of Muslim Youth, Free Kashmir Office 1419 AH

Islamabad Office Administrative Report for the Months of Muharram and Safar 1998-99

Date: Jun 23, 1998

No. 25/Q/I

His Excellency the Chairman of the Kashmiri Muslim Youth Committee at the World Assembly of Muslim Youth in Riyadh, may Allah protect him

Peace be upon you and the mercy and blessings of Allah

Now then: We submit to Your Excellency an administrative report for the months of Muharram and Safar of the years 1998-99, which includes the following:

1. Previous balance remaining at the Free Kashmir Office for 1997-98: = 38,567
2. Amount received for the Teloker Quran School for 1997-98: = 58,540
3. Amount received for sacrificial animals in 1997-98 for Brother Muhammad Tariq Al-Amin: = 26,460
4. Amount received for teachers' salaries for the months of Dhu al-Hijjah 1997-98/ Muharram / Safar 1997-98: = 135,900
5. Amount returned to the Riyadh Administration, food expenses for the Saj and Bagh project: = 1,236
   Total of amounts received, plus previous balance and food expenses for the project: - 260,703
1. Expenses for sacrificial animals in 1997-98 for Brother Muhammad Tariq Al-Amin: = 26,000
2. Expenses for the Teloker Quran School: = 58,540
3. Teachers' salaries for the months of 12–1–2, including the dues of Hafiz Ishaq Teloker: = 136,900
4. Operating expenses for the month of Muharram 1998-99: = 5,412
5. Operating expenses for the month of Safar 1998-99: = 6,924
6. Expenses for purchasing stationery, religious books, and fans for the Committee's office: = 6,820
   Total expenses: = 230,596 =
7. Remaining balance at the Free Kashmir Office: 20,107

Only. Peace be upon you, and may Allah's mercy and blessings be upon you

Qari Hidayatullah Pasha, Supervisor [signature]

And Abdul Ghayath Ayimullah, Supervisor [signature]

June 23, 1998

CONFIDENTIAL

CONFIDENTIAL

WAMYSA059993

EXHIBIT
WAMY EX. 229

WAMYSA059993

In the Name of Allah, the Most Gracious, the Most Merciful

World Assembly of Muslim Youth

Kashmir Muslim Youth Committee

Receipt Acknowledgment

I, the undersigned, Obaid Al-Ghayath and Hidayatullah, in my capacity as Office Supervisor and Secretary,

have received the sum of one hundred thirty-five thousand nine hundred rupees from Mr. Baripura, the Committee's Office Manager

in cash 135,900 rupees by check No. 407378 dated: 2/20/2000

This amount represents the value of teachers' salaries and support for all [illegible] 1419 AH, as well as the cost of miscellaneous expenses

This is my acknowledgment thereof.

Name: Obaid Al-Ghayath

Signature: [signature]

Date: 2/20/1998

10/23/1419 AH

Hidayatullah

[signature]

M/A/105/6

CONFIDENTIAL

WAMYSA059994

Reason for writing:

Date 6/1/98

From the undersigned, Qari Muhammad Ishaq, slave of Mustafa, teacher of the Kashmir Committee, World Assembly of Muslim Youth, Azad Kashmir office.

I acknowledge that I have received my monthly salary from Ubaid al-Ghiyath Ali Allah, the administrator of the Kashmir Committee, for the months of Ramadan, Shawwal, and Dhul Qidah.for the month of Dhu al-Qa'dah, the amount of 9,000 (nine thousand) rupees at the rate of 3,000 per month. I have received the sum of 3,000 and have written a receipt. This may serve as proof, I hereby submit the receipt for the period from Ramadan 1418H to Dhu al-Qa'dah 1418H. As for the period from Dhu al-Hijjah 1418H to Muharram 1419H, it is the salary list along with the employees.

Signed,

The Receiver: Qari Muhammad Ishaq Ghulam Mustafa Ishaq

The Witness: Qari Ghulam Murtaza

GHULAM MURTAZA

(S.S.T.) Govt. High School

Rara, Muzaffarabad, A.K.

CONFIDENTIAL

WAMYSA059995





**World Assembly of Muslim Youth**
(Kashmir Muslim Youth Committee)
**Islamabad Office**

Page 2

The Muslim Kashmir Office

In the Name of Allah, the Most Gracious, the Most Merciful

List of Salaries and Wages

For the month of March 1998

Apr 28, 1998

May 28, 1998

Project / Department: Quran Memorization Circles at the Migrant Camp in Free Kashmir

| No. | Name | Job Title | Total Salary | Increases | Deductions | Net Salary | Signature | Remarks |
|---|---|---|---|---|---|---|---|---|
| 11 | Qari Abdul Ghafoor | Teacher / Preacher | 2500 | × | × | 7500 | [signature] | |
| 12 | Abdul Jaleel | Imam | 600 | × | × | 1800 | [signature] | |
| 13 | Molvi Barkatullah | Imam | 1000 | × | × | 3000 | [signature] | |
| 14 | Qari Ghulam Murtaza | Teacher | 1700 | × | × | 5100 | [signature] | |
| 15 | Syed Shah Darban | Teacher | 2000 | × | × | 6000 | [signature] | |
| 16 | Obaid-ul-Ghias Aleem-ullah | Supervisor | 7000 | × | × | 21000 | [signature] | |
| 17 | Qari Iqbal | Teacher | 2500 | × | × | 7500 | [signature] | |
| 18 | Hafiz Muhammad Ishaq | Teacher | 3000 | × | × | 15000 | [signature] | With previous entitlements from Ramadan 1418H to Muharram 1419H |
| | **Total Only = 126,900** | | | | | **66,900** | | |

Auditor: [signature]

Director: [signature]

CONFIDENTIAL

WAMYSA059996



Page 1

The Muslim Kashmir Office

In the Name of Allah, the Most Gracious, the Most Merciful

List of Salaries and Wages

For the month of March 1998

Apr 28, 1998

May 28, 1998

Project / Department: Quran Memorization Circles at the Migrant Camp in Free Kashmir

| No. | Name | Job Title | Total Salary | Increases | Deductions | Net Salary | Signature | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | Qari Hidatullah Shah | Assistant Supervisor | 1500 | | | 4500 | [signature] | |
| 2 | Molvi Abdul Raqeeb | Preacher | 2000 | | | 6000 | [signature] | |
| 3 | Qari Shabbir Ahmad | Teacher | 2000 | | | 6000 | [signature] | |
| 4 | Qari Abdul Quddus | Teacher | 2000 | | | 6000 | [signature] | |
| 5 | Qari Abdul Kareem | Teacher / Preacher | 2000 | | | 6000 | [signature] | |
| 6 | Qari Shabbir Hussain | Teacher | 2000 | | | 6000 | [signature] | |
| 7 | Qari Khursheed | Teacher | 2000 | | | 6000 | [signature] | |
| 8 | Qari Abdul Wahid | Teacher | 2000 | | | 6000 | [signature] | |
| 9 | Shahnaz Muti-ur-Rehman | Female Teacher | 1500 | | | 4500 | [signature] | |
| 10 | Qari Kabeer Ahmad | Teacher / Preacher | 3000 | | | 9000 | [signature] | |
| | **Total Only = 60,000** | | | | | **60,000** | | |

Auditor:

Director:

CONFIDENTIAL

WAMYSA059997

In the Name of God, the Most Gracious, the Most Merciful

The report details the salaries of teachers and tutors in the camps in Free Kashmir

| No. | Name of Teacher or Memorizer | Job Title | Total Salary | Due Months | Total |
|---|---|---|---|---|---|
| 1 | Qari Hidatullah Shah | Assistant Supervisor | 1500 | Dhu al-Hijjah 1418 to Safar 1419 | 4500 |
| 2 | Molvi Abdul Raqeeb | Preacher | 2000 | // | 6000 |
| 3 | Qari Shabbir Ahmad | Teacher | 2000 | // | 6000 |
| 4 | Qari Abdul Quddus | Teacher | 2000 | // | 6000 |
| 5 | Qari Abdul Kareem | Teacher / Preacher | 2000 | // | 6000 |
| 6 | Qari Shabbir Hussain | Teacher | 2000 | // | 6000 |
| 7 | Qari Khursheed | Teacher | 2000 | // | 6000 |
| 8 | Qari Abdul Wahid | Teacher | 2000 | // | 6000 |
| 9 | Shahnaz Muti-ur-Rehman | Female Teacher | 1500 | // | 4500 |
| 10 | Qari Kabeer Ahmad | Teacher / Preacher | 3000 | // | 9000 |
| 11 | Qari Abdul Ghafoor | Teacher / Preacher | 2500 | // | 7500 |
| 12 | Abdul Jaleel | Imam | 600 | // | 1800 |
| 13 | Molvi Barkatullah | Imam | 1000 | // | 3000 |
| 14 | Qari Ghulam Murtaza | Teacher | 1700 | // | 5100 |
| 15 | Syed Shah Darban | Teacher | 2000 | // | 6000 |
| 16 | Obaid-ul-Ghias Aleem-ullah | Supervisor | 7000 | // | 21000 |
| 17 | Qari Iqbal | Teacher | 2500 | // | 7500 |
| 18 | Hafiz Muhammad Ishaq | Teacher | 3000 | Ramadan 1418 to Muharram 1419 | 15000 |
|  | **Total** |  |  |  | **126,900** |

Explanatory Statement for Check No. 135,900 Rupees

M/A/6/262

Teachers' salaries (1–17) (Dhu al-Hijjah 1418 – Safar 1419) = 111,900 rupees

Salary of Hafiz Muhammad Ishaq and his previous entitlements = 15,000 rupees (Ramadan 1418 – Muharram 1419)

Miscellaneous expenses for the supervisor (Dhu al-Hijjah – Safar) = 31,000 rupees

CONFIDENTIAL

WAMYSA059998

In the Name of God, the Most Gracious, the Most Merciful

The report details the salaries of teachers and tutors in the camps in Free Kashmir

| No. | Name of Teacher or Memorizer | Job Title | Total Salary | Due Months | Total |
|---|---|---|---|---|---|
| 1 | Qari Hidatullah Shah | Assistant Supervisor | 1500 | Shawwal / Dhu al-Qi'dah 1418 | 3000 |
| 2 | Molvi Abdul Raqeeb | Preacher | 2000 | // | 4000 |
| 3 | Qari Shabbir Ahmad | Teacher | 2000 | // | 4000 |
| 4 | Qari Abdul Quddus | Teacher | 2000 | // | 4000 |
| 5 | Qari Abdul Kareem | Teacher / Preacher | 2000 | // | 4000 |
| 6 | Qari Shabbir Hussain | Teacher | 2000 | // | 4000 |
| 7 | Qari Khursheed | Teacher | 2000 | // | 4000 |
| 8 | Qari Abdul Wahid | Teacher | 2000 | // | 4000 |
| 9 | Shahnaz Muti-ur-Rehman | Female Teacher | 1500 | // | 3000 |
| 10 | Qari Kabeer Ahmad | Teacher / Preacher | 3000 | // | 6000 |
| 11 | Qari Abdul Ghafoor | Teacher / Preacher | 2500 | // | 5000 |
| 12 | Abdul Jaleel | Imam | 600 | // | 1200 |
| 13 | Molvi Barkatullah | Imam | 1000 | // | 2000 |
| 14 | Qari Ghulam Murtaza | Teacher | 1700 | // | 3400 |
| 15 | Syed Shah Darban Shah | Teacher | 2000 | Ramadan / Shawwal / Dhu al-Qi'dah 1418 | 6000 |
| 16 | Qari Iqbal | Teacher | 2500 | Shawwal / Dhu al-Qi'dah 1418 | 5000 |
| 17 | Obaid-ul-Ghias Aleem-ullah | Supervisor | 7000 | Shawwal / Dhu al-Qi'dah 1418 | 14000 |
| | **Total** | | | | **76,600** |

M/H/6/262

(1) The salary was increased effective December 30, 1997

(2) The salary was increased effective December 31, 1997

(3) His salary was increased effective December 30, 1997 by 2,000 rupees per month + 1,000 (allowances) effective December 30, 1997 pursuant to Committee Decision No. 46 dated Dec 15, 1997

Bank Check Description: 444,899 rupees

Teachers' salaries (Shawwal and Dhu al-Qi'dah) = 76,600 rupees

Brother Ra'bid al-Ghayath's dues for Ramadan = 2,000 rupees

Brother Ra'bid Al-Ghayath's miscellaneous expenses (Ramadan - Dhu al-Qi'dah) = 3,000 rupees

Operating expenses (Shawwal - Dhu al-Qi'dah) = 12,000 rupees

[illegible]

CONFIDENTIAL

WAMYSA059999

  



In the name of God, Most Gracious, Most Merciful

Date: December 15, 1997

No. 603/LL

Administrative Decision No. (46) dated December 15, 1997

The Chairman of the Committee for Muslim Kashmiri Youth at the World Assembly of Muslim Youth

Pursuant to the approval of His Excellency the Secretary-General of the World Assembly of Muslim Youth, No. × dated November 30, 1997, regarding our submission No. 596/ dated November 30, 1997, approving the renewal of Brother Abdul Ghayath Alimullah's contract as supervisor of the Holy Quran memorization circles in the refugee camps in Free Kashmir.

Resolves as follows

(1) To approve the renewal of the contract of Brother Abdul Ghayath Alimullah (a Pakistani national) as supervisor of the Holy Quran memorization circles in the refugee camps in Free Kashmir for a period of one year, effective from December 30, 1997 until December 19, 1998.

(2) To approve an increase of 2,000 (two thousand Pakistani rupees) to the salary allocated to the aforementioned brother, bringing the total to 7,000 (seven thousand Pakistani rupees) per month, effective from the aforementioned date.

(3) To approve the disbursement of an amount of 1,000 (one thousand Pakistani rupees) to the miscellaneous expenses account in the name of the aforementioned brother, subject to compliance with the preceding conditions.

(4) This decision shall be communicated to all concerned parties.

Chairman of the Committee, Dr. Ibrahim Al-Fayez [signature]

Copy to:
(1) The Committee's Office in Free Kashmir.
(2) The Decisions File.
(3) The Financial Controller at the Assembly, for information.
(4) Abdul Ghayath Alimullah, for information.
(5) The Committee Secretary, for follow-up.
(6) The file of Brother Abdul Ghayath Alimullah.

M/A/6/433

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St. Suiaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431 Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710 Cable : ISLAMIYAH RIYADH

CONFIDENTIAL

WAMYSA060000





بسم الله الرحمن الرحيم

**Assembly of Muslim Youth**
(Kashmir Youth Committee)
Islamabad Office

الندوة العالمية للشباب الإسلامي — مكتب كشمير الحرة
(لجنة شباب كشمير الإسلامية)
مكتب إسلام آباد — تقرير إداري لشهري/محرم/صفر ١٤١٩هـ

التاريخ ٢٨ /صفر/ ١٤١٩هـ      سعادة رئيس لجنة شباب كشمير المسلمة    الرقم ٢٥ /ق/ أ

بالندوة العالمية للشباب الإسلامي بالرياض سلمه الله    السلام عليكم ورحمة الله وبركاته،

وبعد : نقدم إلى سعادتكم تقرير إداري لشهري محرم ــ صفر ١٤١٩هـ المتضمن مايلي :-

١ـ الرصيد السابق المتبقي عند مكتب كشمير الحرة ١٤١٨هـ :           = ٢٨,٠٦٧ =

٢ـ المبلغ الوارد لمدرسة تعليم القرآن تلوكر ١٤١٨هـ :           = ٥٨,٠٤٠ =

٣ـ المبلغ الوارد للأضاحي للأخ محمد طارق الأمين ١٤١٨هـ :          = ٢٦,٤٦٠ =

٤ـ المبلغ الوارد لرواتب المدرسين لشهر ذي الحجة ١٤١٨ و محرم وصفر ١٤١٩هـ :      = ١,٣٥٩,٠٠ =

٥ـ إعادة المبلغ إلى إدارة الرياض، المصروف للطعام في مشروع سير فالج باغ :       = ١,٥٣٦ =

الإجمالي للمبالغ الواردة مع الرصيد السابق ومصروف الطعام في المشروع :       ٣,٥٩,٧٠٣

١ـ مصروف الأضاحي، للأخ محمد طارق الأمين ١٤١٨هـ            = ٢٦,٠٠٠ =

٢ـ المصروف لمدرسة تعليم القرآن تلوكر :             = ٥٨,٠٤٠ =

٣ـ مصروف رواتب المدرسين للشهور ١٢-١-٢ مج مستحقاها فظ اسحاق تلوكر :     = ١,٣٦,٩٠٠ =

٤ـ مصاريف التشغيلية لشهر محرم ١٤١٩هـ :             = ٥,٤١٢ =

٥ـ مصاريف تشغيلية لشهر صفر ١٤١٩هـ :             = ٦,٩٢٤ =

٦ـ مصروف شراء القرطاسية والكتب الدينية والمراجع للمكتبة :      = ٦,٨٢٠ =

الإجمالي للمصروف :             = ٢,٣٠,٥٩٦ =

٧ـ الرصيد المتبقي عند مكتب كشمير الحرة :             ٣٠,١٠٧

فقط والسلام عليكم ورحمة الله وبركاته

قادي لهدايت الله شاه مركز هاريته الله

CONFIDENTIAL                    WAMYSA059993

ن

بسم الله الرحمن الرحيم

الندوة العالمية للشباب الإسلامي

لجنة شباب كشمير المسلمة

إقرار استلام

استلمت أنا الموقع أدناه عبد العباس وصلاح إبراهيم بصفتي مشرف المكتب كريم الحج

مبلغا قدره عشره بحم ديم لودالم وبما بن السيد مكتب الجنه ام مالحا

نقدا ............ ١٣٥٩٠٠ روبيه شيكا ...................................

وذلك عبارة عن قيمة روا متب المدرسين كم لحنه ٨ م سبه صفر ١٩ع الم

وهذا إقرار مني بذلك .

الاسم : عبد العباس

التوقيع : ....................

تاريخ : ٥/٨/١٩٨٨م
          ١٤٠٩/١/٢٢هـ

CONFIDENTIAL
WAMYSA059994

م/ع/٦/١٠٥

تاریخ ۱-۶-۹۸

بسم اللہ الرحمن الرحیم

[Handwritten Urdu text]

GHULAM MURTAZA
(S.S.T.) Govt. High School
Raza Muzaffarabad AK

CONFIDENTIAL

WAMYSA059995

CONFIDENTIAL

WAMYSA059996

مكتب كشمير المسلمة

بسم الله الرحمن الرحيم

## قائمة الرواتب والأجور

لشهر ١. ذي الحجة / ١٤١٨هـ // ١٩٩٨م

١٩ ذي الحجه
٢ محرم
٣ صفر

**World Assembly of Muslim Youth**
(Kashmir Muslim Youth Committee)
**Islamabad Office**

الندوة العالمية للشباب الإسلامي

(لجنة شباب كشمير المسلمة)
مكتب إسلام آباد

مشروع / قسم : حلقات تحفظ القرآن بمخيم المهاجرين بكشمير الحرة

| م | الإسم | الوظيفة | الراتب الكلي | الزيادات | الاستقطاعات | صافي الراتب | التوقيع | الملاحظات |
|---|---|---|---|---|---|---|---|---|
| ١١ | قاري عبد الغفور | مدرس/خطيب | ٢٥٠٠ | + | × | ٧٥٠٠ | عبد الغفور | |
| ١٢ | عبد الجليل | إمام | ٦٠٠ | + | × | ١٨٠٠ | عبد الجليل | |
| ١٣ | مولوي محمد بركت الله | " | ١٠٠٠ | + | × | ٣٠٠٠ | بركت الله | |
| ١٤ | قاري غلام مرتضى | مدرس | ١٧٠٠ | + | × | ٥١٠٠ | غلام مرتضى | |
| ١٥ | سيد شاه هدربان | " | ٢٠٠٠ | + | × | ٦٠٠٠ | | |
| ١٦ | عبد الغياث عليم الله | المشرف | ٧٠٠٠ | + | × | ٢١٠٠٠ | | |
| ١٧ | قاري اقبال | مدرس | ٢٥٠٠ | + | × | ٧٥٠٠ | محمد اقبال | |
| ١٨ | حافظ محمد اسحاق | مدرس | ٣٠٠٠ | + | × | ١٥٠٠٠ | محمد اسحاق | مع استحقاقه السابق رمضان إلى محرم للخيمه |
| | | | | | | ٦٦٩٠٠ | ٦٠,٠٠٠ مفـ ١ ٦٦,٩٠٠ مفـ ٢ = ١,٢٦,٩٠٠ = | |

المجموع فقط = ١,٢٦,٩٠٠ =

المدقق

المدير

CONFIDENTIAL

WAMYSA059997

بسم الله الرحمن الرحيم

# قائمة الرواتب والأجور

لشهر (١) ذي الحجة / ١٤١٨ هـ // ١٩٩٨ م

(٢) محرم ١٤١٩هـ
(٣) صفر ١٤١٩هـ

الندوة العالمية للشباب الإسلامي
(لجنة شباب كشمير المسلمة)
مكتب إسلام آباد

World Assembly of Muslim Youth
(Kashmir Muslim Youth Committee)
Islamabad Office

مشروع / قسم : حلقات تحفيظ القرآن بمخيمات المهاجرين بكشمير الحرة



| م | الإسم | الوظيفة | الراتب الكلي | الزيادات | الاستقطاعات | صافي الراتب | التوقيع | الملاحظات |
|---|---|---|---|---|---|---|---|---|
| ١ | قارئ هاشم الدين شاه | مساعد المشرف | ١٥٠٠ | | | ٤٥٠٠ | | |
| ٢ | مولوي عبد الرقيب | داعية | ٢٠٠٠ | | | ٦٠٠٠ | | |
| ٣ | قارئ شبير أحمد | مدرس | ٢٠٠٠ | | | ٦٠٠٠ | | |
| ٤ | قارئ عبد القدوس | مدرس | ٢٠٠٠ | | | ٦٠٠٠ | | |
| ٥ | قارئ عبد الكريم | مدرس/خطيب | ٢٠٠٠ | | | ٦٠٠٠ | | |
| ٦ | قارئ شبير حسين | مدرس | ٢٠٠٠ | | | ٦٠٠٠ | | |
| ٧ | قارئ خورشيد | " | ٢٠٠٠ | | | ٦٠٠٠ | | |
| ٨ | قارئ عبد الواحد | " | ٢٠٠٠ | | | ٦٠٠٠ | | |
| ٩ | شهناز مطيع الرحمن | مدرسة | ١٥٠٠ | | | ٤٥٠٠ | | |
| ١٠ | قارئ كبير أحمد | مدرس/خطيب | ٣٠٠٠ | | | ٩٠٠٠ | | |
| | المجموع فقط | | | | | = ٦٠٠٠٠ = | | |

المدقق

المدير

بسم الله الرحمن الرحيم

# الكشف يوضح رواتب المدرسين والمحفظين بالمخيمات بكشمير الحرة

| الإجمالي | الشهور المستحقة | الراتب الكل | الوظيفة | اسم المدرس أو المحفظ | مسلسل |
|---|---|---|---|---|---|
| ٤٠٠٠ | زى الحج/١٤١٨ سنه صفر ١٤١٩ | ١٥٠٠ | المشرف مسابقة | قارى هدايت دلوشاه | ١ |
| ٦٠٠٠ | " | ٤٠٠٠ | داعية | مولوى محمد يرتيب | ٢ |
| ٦٠٠٠ | " | ٤٠٠٠ | مدرس | قارى شهيد أحمد | ٣ |
| ٦٠٠٠ | " | ٤٠٠٠ | " | قارى عبد القدوس | ٤ |
| ٦٠٠٠ | " | ٤٠٠٠ | مدرس/خطيب | قارى عبد الكريم | ٥ |
| ٦٠٠٠ | " | ٤٠٠٠ | مدرس | قارى شهيد حسن | ٦ |
| ٦٠٠٠ | " | ٤٠٠٠ | " | قارى خورشيد | ٧ |
| ٦٠٠٠ | " | ٤٠٠٠ | " | قارى محمد الواحد | ٨ |
| ٤٥٠٠ | " | ١٥٠٠ | مدرسة شركة | شهناز مطيع الرحمن | ٩ |
| ٩٠٠٠ | " | ٢٠٠٠ | مدرس/خطيب | قارى كبير احمد | ١٠ |
| ٧٥٠٠ | " | ٤٥٠٠ | " | قارى محمد الغفور | ١١ |
| ١٨٠٠ | " | ٦٠٠ | إمام | عبد الجليل | ١٢ |
| ٣٠٠٠ | " | ١٠٠٠ | " | مولوى بركت الله | ١٣ |
| ٥١٠٠ | " | ١٧٠٠ | " | قارى غلام مرتضى | ١٤ |
| ٦٠٠٠ | " | ٤٠٠٠ | مدرس | سيد شاهد نريان | ١٥ |
| ٦٠٠٤٢ | " | ٧٠٠٠ | المشرف | عبد الغياث علي الله | ١٦ |
| ٧٥٠٠ | " | ٤٥٠٠ | مدرس | قارى اقبال | ١٧ |
| ١٥٠٠٠ | رمضان/١٤١٨ سنه محرم ١٤١٩ | ٣٠٠٠ | مدرس | حافظ محمد اسحاق | ١٨ |
| | | | | | ١٩ |
| ١٤٦٩٠٠ | الإجمالي | | | | |

م/ع/٢٦٢/٦

البيان التوضيحى للمبلغ مشكل معرن = ١٣٥٠٩٠ روبيه

* راتب المدرسين (١ – ١٧) (زى الحج/١٤١٨ – صفر/١٤١٩) = ١١١٩٠٠ روبيه

* راتب حافظ محمد اسحاق ومستحقاته سالفة أ رمضان/١٤١٨ – محرم/١٤١٩ = ١٠٠٠٠ روبيه

* مشتريات للمشرف (زى الحج – صفر) = ٣٠٠٠ "

١٠٥٩٨-١,٠٥٩٨

CONFIDENTIAL                    WAMYSA059998

بسم الله الرحمن الرحيم

## الكشف يوضح رواتب المدرسين والمحفظين بالمخيمات بكشمير الحرة

| الإجمالي | الشهور المستحقة | الراتب الكل | الوظيفة | اسم المدرس أو المحفظ | مسلسل |
|---|---|---|---|---|---|
| ۳... | شوال ر زي القعده ۱٤۱۸ | روبية ۱٥.. | مساعد مشرف | قارى هدايت الله شاه | ۱ |
| ٤... | " " | ٤... | داعية | مولوى عبد لرتيب | ۲ |
| ٤... | " " | ٤... | مدرس | قارى شبير احمد | ۳ |
| ٤... | " " | ٤... | مدرس | قارى عبد القدوس | ٤ |
| ٤... | " " | ٤... | مدرس/خطيب | قارى عبد الكريم | ٥ |
| ٤... | " " | ٤... | مدرس | قارى شبير حسن | ٦ |
| ٤... | " " | ٤... | " | قارى نور شيد | ۷ |
| ٤... | " " | ٤... | " | قارى عبد الواحد | ۸ |
| ۳... | " " | ۱٥.. | مدرس | شهناز مطيع الرحمن | ۹ |
| ٦... | " " | ۳... | مدرس/خطيب | قارى كبير احمد | ۱۰ |
| ٥... | " " | ٤٥.. | " " | قارى عبد الغفور | ۱۱ |
| ...ك.. | " " | ٦... | إمام | عبد الجليل | ۱۲ |
| ۱... | " " | ۱... | " | مولوى بركت الله | ۱۳ |
| ٤٤.. | " " | ۱۷.. | " | قارى غلام مرتضى | ۱٤ |
| ۱... | رمضان و شوال ر زي القعده | ٤... | مدرس | سيد شاه هديد بان شاه | ۱٥ |
| ۲... | شوال ر زي القعده ۱٤۱۸ | ٤٥.. | " | قارى اقبال | ۱٦ |
| ٤... | شوال ر زي القعده | ۷... | المشرف | عبد الغياث عليم الله | ۱۷ |
| ۱٦... | الإجمالي | | | | |

(٣) تم زيارة رابنه المعتبارا من ۱/۳/۱۱۸ لوقت ... روبية
شهريا + ۱... (نثريات) من تاريخ ۱/۹/۱٤۱۸
يقرار اللجم رقم ٤٦ في ۵/۸/۱٤۱۸ و
م/ع/۲٦۲/٦/۱

البيان التفصيلى لشيل مصرن : ٤٤٤٨٩٩ روبية

* رالب المدرسية (شوال ر زي القعده) = ۷٦٦.. روبية
* مستحقات الخ ر عبد الغفات شور رمضان = ٥... روبية
* نثريات ملخ ر عبد الغيات رمضان مست تك (القعده) = ۳... روبية
* معارين تنميلة (شوال ... زي القعده) = ۱٥...

۳٥۱۳۹۹

CONFIDENTIAL

WAMYSA059999



**World Assembly of Muslim Youth**
(Kashmir Muslim Youth Committee)

الندوة العالمية للشباب الإسلامي
( لجنة شباب كشمير المسلمة )

الرقم ..... ٦٠٣/ل ك/ ل

التاريخ ..... ١٥/ ٨/ ١٤١٨هـ

## قرار إداري رقم ( ٤٩ ) بتاريخ ١٥/ ٨/ ١٤١٨هـ

إن رئيس لجنة شباب كشمير المسلمة بالندوة العالمية للشباب الإسلامي

وبناء على موافقة سعادة الأمين العام للندوة العالمية للشباب الإسلامي رقم × في ١٤١٨/٧/٣٠هـ على مرفوعنا

رقم ٥٩٦ / ل ك في ١٤١٨/ ٧/٣٠هـ بالموافقة على تجديد عمل الأخ /عبد الغياث عليم الله مشرفاً على حلقات

تحفيظ القرآن الكريم بمخيمات المهاجرين بكشمير الحرة .

## يقرر ما يلي

(١) الموافقة على تجديد عقد الأخ / عبد الغياث عليم الله (باكستاني الجنسية )مشرفاً على حلقات تحفيظ القرآن

الكريم بمخيمات المهاجرين بكشمير الحرة لمدة سنة اعتبارا من ١٤١٨/٩/١هـ حتى ١٤١٩/٩/١هـ .

(٢) الموافقة على زيادة ٢٠٠٠ ( ألفا روبية باكستانية ) على الراتب المخصص للأخ المذكور ليصير مبلغ ٧٠٠٠

(سبعة آلاف روبية باكستانية )شهريا إعتبارا من التاريخ المذكور .

(٣) الموافقة على صرف مبلغ قدره ١٠٠٠ (ألف روبية باكستانية) على حساب نثريات باسم الأخ المذكور مع

الالتزام والتقيد بالشروط السابقة .

(٤) يبلغ هذا القرار لكل من يلزم للعمل به .

رئيس اللجنة

د. إبراهيم الفايــز

صورة إلى :-

(١) مكتب اللجنة بكشمير الحرة .

(٢) ملف القرارات .

(٣) المراقب المالي بالندوة للإطلاع .

(٤) عبد الغياث عليم الله للإطلاع .

(٥)سكرتير اللجنة لإعتماد المتابعة .

(٦) ملف الأخ / عبد الغياث عليم الله .

م/ع/٤٣٣/٦

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Suiaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس : ٤٠٤٢٢٠ / ٤٠٥٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقيا : إسلامية الرياض

CONFIDENTIAL                                                                    WAMYSA060000



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA059993**

Sworn to before me this

6 day of April of 2026



_____
Translation Manager

_____
Notary

 **MEMBER**
**American Translators Association**

