

**WORLD ASSEMBLY OF MUSLIM YOUTH**
**(KASHMIR MUSLIM YOUTH COMMITTEE)**
**Azad Kashmir Office**

In the Name of Allah, the Most Gracious, the Most Merciful

Kirlan Accounts, Al-Awad Well

No. 248

Date: November 13, 2001

His Excellency the Chairman of the Muslim Kashmiri Youth Committee at the Assembly (Riyadh) May Allah protect you. Peace be upon you, and may Allah's mercy and blessings be upon you. We ask Allah the Almighty to protect you, watch over you, and sustain your virtues. We would like to inform you that the Al-Awad Well has been dug for the benefactor Muhammad Abdullah Muhammad Awad next to the Munira bint Abdulaziz Al-Ahmad Mosque in Jibyan, Wadi Jahlum, and the reservoir for the aforementioned well has been installed and constructed. We are now providing you with the current expenses related to it for your review. Here are the details: -

1. Amount received for the construction of Al-Awad Well and Reservoir: 41,670
2. Amount spent: 45,535
3. Deficit resulting from its construction: 3,865

The final photos are attached.

Brother Al-Basha, please process the remaining amount and disburse it from the remaining funds in the account for other projects. April 2, 2002

Zubair bin Ibrahim Al-Amiri, Committee Member and Supervisor of the Free Kashmir Office

**WAMY EX. 230**

H. No. D-34, Upper Chhattar, Muzaffarabad, Azad Kashmir. Ph & Fax: 92-58810-32789

رقم البيت دي-٣٤، أبر جهت، مظفر آباد، آذاد كشمير.
هاتف وفاكس: ٩٢-٥٨٨١٠-٣٢٧٨٩

CONFIDENTIAL

WAMYSA060026



The Kashmiri Muslim Youth Committee at the World Assembly of Muslim Youth (Riyadh)
Free Kashmir Office

Muzaffarabad Detailed Statement of Expenditures for the Item: Well Construction

for the Al-Aws Well Project for the month of January 2002

Accounts Department

Allocated amount for this item: 41,670 Pakistani Rupees Amount spent on the item: 45,535 Pakistani Rupees

Number of invoices for this item: 8 invoices Surplus amount: Rupees Deficit: 3,865 Rupees
Date of statement: October 25, 2001

| No. | Date | Invoice serial no. | Invoice details | Amount disbursed | Comments |
|---|---|---|---|---|---|
| 1 | 25/6/2001 | 1 | Marble panel installation | 650 | |
| 2 | " " | 2 | Purchase of rebar | 6469 | |
| 3 | 24/6/2001 | 3 | Electrical wire | 536 | |
| 4 | 5/6/2001 | 4 | Well drilling fee | 21909 | |
| 5 | 22/6/2001 | 5 | Installation of a sign for the Al-Hod Well | 2250 | |
| 6 | 11/7/2001 | 6 | Wire for tying rebar | 96 | |
| 7 | 10/7/2001 | 7 | 30 bags of cement | 7080 | |
| 8 | 11/7/2001 | 8 | Purchase of rebar (second phase) | 6545 | |
| Total amount disbursed, in figures and words: | | | | 45535 | |

Office Accountant or Deputy Supervisor Name: Muhammad Ibrahim Abu Ahmad Signature: [signature]

Official Office Seal

Office Supervisor Name: Abdul Ghayath Abdullah Signature: [signature]

CONFIDENTIAL

WAMYSA060027

Kashmir Mughal Marble

Domel Road, Gari Pan, Muzaffarabad, Azad Kashmir

Proprietor: Maqbool Khan

06-24-2014

Number

2 Pieces of stone, sizes:

   1 pc - 24 × 12

   1 pc - 18 × 12

Total Amount: 650

Received in full

Excellent marble designs for graves.

All types of work are done to your satisfaction.

12/11

Buyer's Name: Halawa Basant Al-Badri

| Item / Description | Quantity | Rate (Price per unit) | Total Amount (Rupees) |
|---|---|---|---|
| Item 1 (Kilograms) | 225 kg | 18.5 | 4,163 |
| Item 2 (Kilograms) | 115 kg | 19.5 | 2,243 |
| Lobia (Black-eyed peas) | - | 7.5 | 63 |
| Grand Total | | | 6,469 |

CONFIDENTIAL

WAMYSA060028

Kashmir Electric Store & Engineering Works

Government Contractor, Chathian

Proprietor: Mubashir Javed & Brothers

06-24-2014

67 Meters of 7/29 Wire

Amount: 536

Total: 536

Ittfaq Boring Company   Domel Road, Garhi Pan Chowk, Muzaffarabad    Phone: 43107

Date:   2001/6/5    Buyer Name: Bashir Ahmed

[illegible] Bir al-Awad Expenses

[illegible]

| Description | Amount |
| --- | --- |
| Piston Pin (45 Bore) | 2,925 |
| Side Pieces (16 units) | 500 |
| Piston Ring Set | 5,000 |
| Lower Bearing | 500 |
| Outer Gasket / Bushing | 100 |
| Polishing (43 ft) | 602 |
| Polishing (43 ft) | 516 |
| Valve Tuck / Valve Seats (units) | 80 |
| Valve Polishing (341 size) | 40 |
| Cleaning / Degreasing | 30 |
| Cleaning / Degreasing | 20 |
| Cleaning / Degreasing | 40 |
| Output / Labor charge | 10 |
| Sleeve Sheet / Liner Sheet | 1,000 |
| Fitting Charges | 150 |
| Miscellaneous | 120 |

Subtotal: 20,953

Grand Total: 21,909

Final Recorded Figure: 51,909

CONFIDENTIAL

WAMYSA060029



Ref:

Date: 06-22-2001

invoice in the name of

World Assembly of Muslim Youth

Free Kashmir Office

Marble board size Lego 15=5x3

For the Grand Mosque of the daughter of Abdul Aziz Al Ahmed] 150 [illegible]

The well and the reservoir = 2,250 per wave meter

[signature]

4-22-2001

CONFIDENTIAL                                                          WAMYSA060030

7-11-2001

Steel Binding Wire—— 3 kg  32 per kg —— 96

86

[signature]

[seal]

CONFIDENTIAL                                                      WAMYSA060031

Maqbool Cement Store

Khawaja Bazaar, Muzaffarabad

Proprietor: Khawaja Ghulam Mustafa Dhamman

7/10/2001

30 Bags of Askari Cement  236 per bag     7080

7080

[signature]

CONFIDENTIAL

WAMYSA060032



WORLD ASSEMBLY OF MUSLIM YOUTH
(KASHMIR MUSLIM YOUTH COMMITTEE)
Azad Kashmir Office

الندوة العالمية للشباب الإسلامي
(لجنة شباب كشمير المسلمة)
مكتب كشمير الحرة

الرقم ٨٦٤          التاريخ ٢٨/٧/١٤٤٢هـ

سعادة رئيس لجنة شباب كشمير المسلمة بالندوة (الرياض) حفظه الله

السلام عليكم ورحمة الله وبركاته

نسأل الله تعالى ان يحفظكم ويرعاكم وان يسدد خطاكم ، وبعد

نود اعلامكم بأنه تم حصر ليرا العوض لعامل الخير محمد عبيد الله محمد عوض ، يما من جامع منيرة بنت عبد العزيز الأحمدي في هيتيان بوادي جهلم ونصب وبناء الخزان للبئر المذكور ونوافيكم بالتقن بالمهنا زين الحاجية به

راجين الاطلاع عليه ، واليكم تفاصيل ذلك :

١. المبلغ الوارد لبناء بئر وخزان العوض  =  ٧٠٠٤١٦

ج. المبلغ المصروف  =  ٨٠٥٤٥

٢. العجز الحاصل لبنائه  =  ٢٨٦٥

ويرفقه الصور البيانية .

الأخ البا.....
تم الاهتم / ولاارسال
السلام من المبالغ المستحقة بصرفه
من المبالغ المستحقة من

رئيس بنا ابراهيم الحميري

عضو اللجنة و المشرف على مكتب كشمير الحرة

مستلم ...

H. No. D-34, Upper Chhattar, Muzaffarabad,
Azad Kashmir. Ph & Fax: 92-58810-32789

رقم البيت دي—٣٤، أبر جهتر، مظفر آباد، آذاد كشمير.
هاتف وفاكس: ٣٢٧٨٩-٥٨٨١٠-٩٢

CONFIDENTIAL

WAMYSA060026

الكشف التفصيلي لمصروف بند / مبرات

لمشروع نبر العروس لشهر / ـــ لعام ١٤٤ هـ

قسم الحسابات

لجنة شباب كشمير المسلمة
بالندوة العالمية للشباب الاسلامي
(الرياض)

مكتب كشمير الحرة
مظفر آباد

| | روبية | المبلغ الفائض |
|---|---|---|
| ٢٨٦٥ روبية | العجز الحاصل | |

| المبلغ المقرر لهذا البند | ٤٦٧٠ | روبية باكستانية |
| المبلغ المصروف على البند | ٤٥٥٢٥ | روبية باكستانية |
| عدد فواتير هذا البند | ٨ | فاتورة |

تأريخ إجراء الكشف: ٨ / ٨ / ١٤٤ هـ

| ملاحظات | المبلغ المصروف | تفاصيل الفاتورة | رقم الفاتورة التسلسلي | التاريخ | الرقم |
|---|---|---|---|---|---|
| | ٦٥٠ | على لوحة حرص | ١ | ٧٥/١ ٢٠٠ | ١ |
| | ٧٤٦٩ | بنرام حديم | ٢ | ٢ ٥ | ٢ |
| | ٥٣٦ | سلك كوربائي | ٢ | ٧٤٤/١ ع | ٢ |
| | ١٩٠٩ | اجرة جفرالبئر | ٤ | ٦/٥ ع | ٤ |
| | ٢٧٥٠ | عمل لوحة باسم نبرالعروس | ٥ | ٧٢٢/ ع | ٥ |
| | ٩٦ | سلك ارضا المدير | ٦ | ٧/١ زائ ع | ٦ |
| | ٧٠٨٠ | ٣٠ كيلو سمنت | ٧ | ٧/١١ ع | ٧ |
| | ٦٥٤٥ | بنرام جديم مرحلة ثالثة | ٨ | ٧/١١ ١٠ | ٨ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | ٤٥٥٢٥ | | | مجموع المبلغ المصروف رقماً وكتابةً: | |

| مشرف المكتب | ختم المكتب الرسمي | محاسب المكتب أو نائب المشرف |
|---|---|---|
| الاسم: عبدالعباش علي الري | | الاسم: محمد ابراهيم ابو محمد |
| التوقيع: | | التوقيع: |

CONFIDENTIAL

WAMYSA060027

CONFIDENTIAL

WAMYSA060028



| مقدار | تفصیل | نرخ پیے | روپے |
|---|---|---|---|
| ۱۱/۲۰ | | | |
| ۴ءء | ۲۲۵ کلوگرام = | ۱۸ ۵۰ | 4163 |
| ۳ءء | ۱۱۵ کلوگرام = | ۱۹/۵۸ | 2243 |
| | بونڈنگ | ۷/۲ | 63 |
| | | | 6469 |

نام خریدار: جلالِ خان مثالِث الدین

بھول چوک لین دین — میزان



کشمیر مغل ماربل

دومیل روڈ گھڑی پن مظفرآباد آزاد کشمیر،
پرودپرائٹر – مقبول خان!

نمبر........   تاریخ.........

۲ عدد پکڑ سائز   ۱ – ۱۲ + ۲۴
                 ۱ – ۱۲ + ۱۸

کل رقم   650

دھول سب

قبروں پر ماربل کا ٹھیکہ دار قبول

ہر قسم کا کام تسلی بخش کیا جاتا ہے!

CONFIDENTIAL





WAMYSA060029



**AL-RASHID ARTS**

Date: ‏22-6-2001‏    ‏بل سنام‏    Ref: ___

‏الهيئة العالمية للشباب الاسلامي‏
‏مكتب تنمية الحدة‏

‏زنگ میرڈ بورڈ سائز‏    $3 \times 5 = 15$

‏150 اسکوئر‏
‏فی اسکوئرفٹ‏

‏برائے جامع مسجد شرقت عبدالعزیز الاحمد‏

‏ویہر العوض وخزان العوض = کل مہران‏    ‏2250 روپے‏

‏22-6-2001‏

    WAMYSA060030

11- 7 -2001

96 ———

32٪  ٦٣    ١- باري~لب



96 ———

مقبول سیمنٹ سٹور

خواجہ بازار مظفرآباد

پروپرائٹر ۔ خواجہ غلام مصطفیٰ دھمن

تاریخ ........ 10/7/2001

نمبر ...................

سیمنٹ 30 بیگ عسکری 236

7080

7080

CONFIDENTIAL

WAMYSA060032



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA060026**

Sworn to before me this

_6_ day of _April_ _____ of 2026

_____
Translation Manager

_____
Notary





Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling