

**World Assembly of Muslim Youth**
Kashmir Muslim Youth Committee
Islamabad Office

الندوة العالمية للشباب الاسلامي
لجنة شباب كشمير المسلمة
مكتب إسلام أباد

[illegible]
Number:
Date:

His Excellency the Chairman of the Kashmiri Muslim Youth Committee, peace be upon you and may God's mercy and blessings be upon you: And then

We are pleased to submit to you the general financial report for the years 1416 AH, 1417 AH, and 1418 AH, as well as the first two months of 1419 AH, which includes the funds received by the Free Kashmir Office and the various expenses for public projects, as recorded in the relevant ledgers. It should be noted that the World Assembly of Muslim Youth, which is of great interest to His Excellency the Secretary-General, Dr. Mana Al-Juhani, may God protect him, is represented by the Muslim Kashmir Committee, which you oversee. The donations received by the Committee for Free Kashmir have reached[illegible] rupees, and here are the full details:

Teachers' salaries: 1,393,213 rupees
Administrative expenses: 117,838 rupees
Renovation of mosques and Islamic schools: 214,323 rupees
Outreach activities and educational camps: 423,834 rupees
Breakfast for the fasting person and Zakat al-Fitr: 1,799,107 rupees
Qurbani Project: 103,100.90 rupees
Expenses for Quran memorization classes: 28,786 rupees
Expenses for the Abdullah Al-Faleh Mosque [illegible]
Please review it and let us know what you think
M./ Supervisor
[signature]
Qari Hidayatullah Shah

Supervisor of the Holy Quran Study Circles at the Free Kashmir Office
Abdul Ghayath Alim Allah
[signature]
20/3/1419 AH 15/7/98 AD

Brother Abdul Rashid, please review and verify this, and let us know the result
[signature]
13/4/1419 AH

CONFIDENTIAL

**EXHIBIT**
**WAMY EX. 231**

WAMYSA523714



Table 3

Statement of Receipts and Disbursements for the Year 1416 AH (corresponding to 1995–1996 CE)

| Notes and remaining balance | Actual expenditure | Amount received | | Statement of Receipts | Date | |
|---|---|---|---|---|---|---|
| | | in Arabic | in riyals | | | |
| | 7950 | 91900 | | Teachers' salaries as of February 30, 2016 | 2-4-16 | 1 |
| | 3000 | 3000 | | Restoration of the Mosque in Karaka | 2-4-16 | 2 |
| | 5000 | 5000 | | Restoration of the Mosque in Kutli | 2-4-16 | 3 |
| | 1000 | 1000 | | Restoration of the Mosque in Bagh | 2-4-16 | 4 |
| | 10000 | - | | Making tables for Qur'ans in study circles | 2-4-16 | 5 |
| 2080 | | 11500 | 13792.76 | Office balance and total | 5-8-16 | 6 |
| | 48300 | 48300 | 5750.74 | Teachers' salaries for the month of Rabi' al-Thani 16 | 1-9-16 | 7 |
| | 74700 | 74700 | 7998 | Teachers' salaries for the months of Dhu al-Hijjah, Muharram, and Rajab were received and disbursed | 8-9-16 | 8 |
| | | 139000 | 5204.58 10000 | Teachers' Salaries for Sha'ban and Ramadan and Zakat al-Fitr 1416 AH | 8-9-16 | 9 |
| | 47600 | 47600 | | Payment of Teachers' Salaries for Sha'ban–Ramadan 1416 | 8-9-16 | 10 |
| | 455103 | 363703 | 40000 | Zakat al-Fitr for the year 1416 and breaking the fast for those who are fasting | 8-9-16 | 11 |
| - | 2080 | | | Operational Plan for Ramadan | 8-9-16 | 12 |
| - | 259563 | 259563 | 25000 | List of Sacrificial Animals and Their Distribution for the Year 1416 | 29-12 | 13 |
| | 63200 | 63200 | | Receipt and Disbursement of Salaries for Shawwal and Dhu al-Qi'dah of 1416 AH | 29-12 | 14 |
| | 2261 | 2261 | | Lineup for Dhu al-Qa'dah 1416 AH | 29-12 | 15 |
| | 5460 | 54600 | | The Lineup for Dhu al-Hijjah 1416 AH | 29-12 | 16 |
| | 11000 | 11000 | | Receipt and disbursement of salaries for teachers and supervisors | 29-12 | 17 |
| | 81921 | 82860 | 9000 | Total amounts received for the month of Dhu al-Hijjah | 29-12 | 18 |
| 938 | | | | Remaining balance for the year 1416 AH | 29-12 | 19 |
| | 14070 | 14070 | | Receipts and disbursements for Muhammad Othman [illegible] | 29-12 | 20 |

Accountant
Director

CONFIDENTIAL

WAMYSA523715



Table 3 (1)
Statement of Receipts and Disbursements for the Year 1417 AH (corresponding to 1996–1997 CE)

| Notes and remaining balance | Actual expenditure | Amount received | | Statement of Receipts | Date | |
|---|---|---|---|---|---|---|
| | | in Arabic | in riyals | | | |
| 938 | | | | Remaining balance for the month of Dhu al-Hijjah, 1516 AH | 1-1-17 | 1 |
| | 94800 | 94800 | | Teachers' salaries were received and disbursed on the 16th of Dhu al-Hijjah and the 14th of Muharram 1417 AH | 29-2 | 2 |
| | 6666 | | | Operating Expenses for Muharram 1417 | 29-2 | 3 |
| | 2276 | | | Zero operating expenses 1417 | 29-2 | 4 |
| 800400 | | - | | Remaining balance for the month of Safar at the Riyadh office | 29-2 | 5 |
| | 94800 | 120840 | | Teachers' salaries for the months of Rabi' al-Awwal and Rabi' al-Thani 1416 | 3-5-17 | 6 |
| | 4674 | | | Operating Expenses for Rabi' al-Awwal | 3-5-17 | 7 |
| | 2378 | | | Operating expenses for the second quarter | 3-5-17 | 8 |
| | 4726 | | | Expenses for the first month of Jumada al-Awwal | 3-5-17 | 9 |
| | | 43850 | | The value of furniture in Islamabad | 3-5-17 | 10 |
| 51072 | | | | Remaining balance for the month of Jumada al-Awwal | 3-5-17 | 11 |
| | 71101 | | | Expenses for outreach activities and film production | 29-7-17 | 12 |
| | 2441 | | | Operating Expenses for Jumada al-Akhira | 29-7-17 | 13 |
| | 3105 | | | Operating Expenses for Rajab 1417 | 29-7-17 | 14 |
| 25575 | | | | Balance at the Riyadh office | 29-7-17 | 15 |
| | 66200 | 66200 | | Teachers' salaries for the months of Jumada II and Rajab were received and disbursed | 29-9 | 16 |
| | 66600 | 66600 | | Teachers' salaries for the months of Sha'ban and Ramadan were received and disbursed | 29-9 | 17 |
| | | 12000 | | Operational Report for the Months of Sha'ban and Ramadan | 29-9 | 18 |
| 938 | 5486 | | | Operating expenses for the month of Sha'ban | 29-9 | 19 |
| | | 25575 | | The remaining balance [illegible] for Riyadh for the month of Rajab | 29-9 | 20 |

Accountant
Director

CONFIDENTIAL

WAMYSA523716



Table 3 (2)

Statement of Receipts and Disbursements for the Year 1417 AH (corresponding to 1996–1997 CE)

| Notes and remaining balance | Actual expenditure | Amount received | | Statement of Receipts | Date | |
|---|---|---|---|---|---|---|
| | | in Arabic | in riyals | | | |
| 938 | 424004 | 426620 | | The Iftar for Fasting People Project for the Year 1417 | 29-9-17 | 21 |
| | 213255 | 213305 | | The Zakat al-Fitr bill for the year 1417 has been submitted | 29-9-17 | 22 |
| | 59993 | 59993 | | Payable to [illegible] Abdulmajeed | 29-9-17 | 23 |
| 7690 | 1500 | 1500 | | Operating expenses for the month of Ramadan and the remaining balance | 29-9-17 | 24 |
| | 3987 | | | Operating expenses for the month of Shawwal and the balance | 29-10-17 | 25 |
| 759 | 3034 | | | Operating expenses for the month of Dhu al-Qi'dah and the remaining balance at the Kashmir Office | 29-11 | 26 |
| | 3556 | | | Operating Expenses for Dhu al-Hijjah 17 | 29-12 | 27 |
| | 66600 | 66600 | | Receipt and Disbursement of Teachers' Salaries: Shawwal–Dhu al-Qi'dah | 29-12 | 28 |
| 146692 | 376801 | 213309 | | Revenue and Expenditures for the 1417 Sacrifice Program | 29-12 | 29 |
| | | 166180 | | Revenue and the remaining deficit for the sacrificial animal project | 29-12 | 30 |
| 4959 | | | | Remaining balance for the year 1417 AH | 29-12 | 31 |

Accountant

Director

CONFIDENTIAL

WAMYSA523717



Table 3 (1)
Statement of Receipts and Disbursements for the Year 1418 AH (corresponding to 1996–1997 CE)

| Notes and remaining balance | Actual expenditure | Amount received | | Statement of Receipts | Date | |
|---|---|---|---|---|---|---|
| | | in Arabic | in riyals | | | |
| 4959 | | | | Remaining fishing quota for the year 1417 AH | 1-1-18 | 1 |
| | 69600 | 87600 | | Payment of teachers' salaries for the months of Dhu al-Hijjah 1417 and Muharram 1418 AH | 29-2 | 2 |
| 5398 | 9529 | | | Operating expenses for Muharram and Safar and the balance | 20-2 | 3 |
| | 66600 | 87600 | | Teachers' salaries for January and February, plus the balance | 29-4 | 4 |
| | 6775 | - | | Early Spring Collection | 29-4 | 5 |
| 1663 | 1500 | | | Second Spring Lineup | 29-4 | 6 |
| | | 157200 | | Receipt and payment of salaries for Rabi' al-Thani, Jumada al-Awwal, and Jumada al-Thani, plus Rajab | 29-6 | 7 |
| | 66600 | | | Payment of salaries for Jumada al-Awwal and Rabi' al-Thani | 29-6 | 8 |
| | 4521 | | | Operational Activities in Jumada al-Awwal | 29-6 | 9 |
| | 3725 | | | Operational in Jumada al-Akhira | 29-6 | 10 |
| | 66600 | | | Payment of salaries for Jumada al-Akhira and Rajab | 29-7 | 11 |
| | 4042 | | | Rajab's Operating Expenses | 29-7 | 12 |
| 7397 | 2651 | | | Sha'ban's Operating Expenses | 29-7 | 13 |
| | 325993 | 242700 | | Receipts and Disbursements for the Third Educational Camp | 1-4 | 14 |
| | | 546930 | | Iftar for the fasting, salaries for Sha'ban and Ramadan, and the work schedule | 22-8 | 15 |
| | 66600 | 66600 | | Payment of teachers' salaries for Sha'ban, Ramadan, and [illegible] | 22-8 | 16 |
| | 703498 | | | Expenses for the Fasting Person's Iftar and Zakat al-Fitr | 22-8 | 17 |
| | | | | | 22-8 | 18 |
| | 6120 | | | Ramadan Lineup | 22-8 | 19 |
| | | 117709 | | Included: Other expenses related to the educational camp | 22-8 | 20 |

Accountant

Director

CONFIDENTIAL

WAMYSA523718



Table 3 (2)
Statement of Receipts and Disbursements for the Year 1418 AH (corresponding to 1996–1997 CE)

| Notes and remaining balance | Actual expenditure | Amount received | | Statement of Receipts | Date | |
|---|---|---|---|---|---|---|
| | | in Arabic | in riyals | | | |
| 938 | | 234157 | | Zakat al-Fitr for the year 1418 | 29-9 | 21 |
| | | 12000 | | The lineup includes Shaaban Ramadan | 29-9 | 22 |
| | | 13786 | | Stationery and religious books for Teloke School | 29-9 | 23 |
| | | 3513 | | Stationery for rings | 29-9 | 24 |
| | 19904 | 19904 | | Admitted to Teloke School | 29-9 | 25 |
| 27497 | | | | Remaining balance for the month of Shawwal | 29-9 | 26 |
| | 80600 | 76600 | | Receipts and Disbursements for the Months of Shawwal and Dhu al-Qi'dah | 28-11 | 27 |
| | 2000 | 2000 | | Receipt and Disbursement of Abdul Ghayath's Entitlements | 28-11 | 28 |
| | 3000 | 3000 | | Receipts and disbursements for the month of Shawwal and Dhu al-Qi'dah + [illegible] | 28-11 | 29 |
| | 10720 | 14000 | | The lineup for Shawwal and Dhu al-Qi'dah | 28-11 | 30 |
| | 1010 | | | Remaining Iftar Meals for the Year 1416 | 28-11 | 31 |
| 28567 | | | | Remaining balance for the month of Dhu al-Hijjah | 1-12 | 32 |
| 29466 | 369765 | 351299 | | Receipt and Distribution of Sacrificial Animals for the Year 1416 | 1-4 | 33 |
| | 83538 | 83538 | | Revenue and Expenditures for Mosque Restoration | 1-4 | 34 |
| | 48341 | 48341 | | Revenue and Expenditures for Mosque Restoration | 1-4 | 35 |
| 309770 | 100000 | 117076 | 100000 | Faleh Mosque (Bag) [illegible] | 1-4 | 36 |
| 209770 | 100000 | 175608 | | Second payment [illegible] | 1-4 | 37 |

Accountant

Director

CONFIDENTIAL

WAMYSA523719



Table 3

Statement of Receipts and Disbursements for the Year 1419 AH (corresponding to 1998–1999 CE)

| Notes and remaining balance | Actual expenditure | Amount received | | Statement of Receipts | Date | |
|---|---|---|---|---|---|---|
| | | in Arabic | in riyals | | | |
| 28567 | | | | Previous balance | 1-1-19 | 1 |
| | 14337 | 117078 | | The third installment for the Abdullah Al-Faleh Mosque has been received | 1-1-19 | 2 |
| 127343 | 8061 | | | Expenses for the Fag Mosque | 1-1-19 | 3 |
| | 58540 | 58540 | | The amount received and disbursed by Teloke School | 1-1-19 | 4 |
| | 26000 | 26460 | | Receipt and Disbursement of Sacrificial Animals: Muhammad Tariq [illegible] | 1-1-19 | 5 |
| | | 135900 | | The amount received and teachers' salaries for Dhu al-Hijjah and Muharram | 1-1-19 | 6 |
| | 126900 | | | Payment of salaries for Dhu al-Hijjah 18 and Muharram 19 | 29-2 | 7 |
| | 5412 | | | Operating expenses for Muharram | 29-2 | 8 |
| | 6924 | | | Zero operating expenses | 29-2 | 9 |
| | 6820 | | | Buy stationery for the episodes | 29-2 | 10 |
| 20107 | | | | Remaining balance at the Kashmir Office | 29-2 | 11 |
| 7803 | | | | Remaining balance for mosque restoration from the Riyadh Office | 29-2 | 12 |

Accountant

Director

CONFIDENTIAL

WAMYSA523720



جدول رقم (٢) : إحصاريت التفصيلية لمكتب كشمير الحرة ـ مظفر اباد
لعام ١٤١٧هـ ـ الموافق لعام ١٩٩٦م ـ ١٩٩٧م

Table 2

Detailed Expenses of the Free Kashmir Office – Muzaffarabad for the Year 1417 AH (corresponding to 1996–1997 CE)

| Item | Actual monthly expenditure in rupees | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Muharram | Zero | Rabi' al-Awwal | Second Spring | First of Jumada | Last Jumada | Rajab | Sha'ban | Ramadan | Shawwal | Dhu al-Qa'dah | The Argument | |
| 1. Fixed assets | | | | | | | | | | | | | |
| 2. Salaries and Wages | | 94800 | | | 94800 | | 666200 | | 666200 | 59993 | 66600 | | 448993 |
| 3. Administrative banks | 6666 | 2276 | 3674 | 2378 | 4726 | 2441 | 3105 | 5486 | 1500 | 3987 | 3034 | 3556 | 42829 |
| 4. Restoration of mosques and schools | | | | | | | | | | | | | |
| 5. Outreach Activities and Educational Camps | | | | | | 71101 | | | | | | | 71101 |
| 6. Breakfast for the Fasting Person and Zakat al-Fitr | | | | | | | | | 639907 | | | | 639907 |
| 7. The Sacrifice Project | 376801 | | | | | | | | | | | 376801 | 376801 |
| 8. Fees for Quran Memorization Classes | | | | | | | | | | | | | |
| 9. Expenses for the Faleh Mosque (Bag) | | | | | | | | | | | | | |
| 10. Other | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Total | 66666 | 97076 | 3674 | 2378 | 99526 | 73542 | 69305 | 5486 | 708007 | 63980 | 69634 | 380357 | 1579631 |

WAMYSA523721



Table 2

Detailed Expenses of the Free Kashmir Office – Muzaffarabad for the Year 14167 AH – Corresponding to 1995–1996 CE

| Item | Actual monthly expenditure in rupees | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Muharram | Sifr | Rabi' al-Awwal | Rabi' al-Thani | Jumada al-Awwal | Jumada al-Thani | Rajab | Sha'ban | Ramadan | Shawwal | Dhu al-Qa'dah | Dhu al-Hujja | |
| 1. Fixed assets | | | | | | | | | | | | | |
| 2. Salaries and Wages | | | 79850 | 48300 | | 14070 | 74700 | | 47600 | | 63200 | 11000 | 338720 |
| 3. Administrative banks | | | | | | | | | 2080 | | 2261 | 5460 | 9801 |
| 4. Restoration of mosques and schools | | | | 4000 | | | | | | | | | 4000 |
| 5. Outreach Activities and Educational Camps | | | | | | | | | | | | | |
| 6. Breakfast for the Fasting Person and Zakat al-Fitr | | | | | | | | | 455703 | | | | 455703 |
| 7. The Sacrifice Project | | | | | | | | | | | | 259563 | 259563 |
| 8. Fees for Quran Memorization Classes | | | 10000 | 5000 | | | | | | | | | 15000 |
| 9. Expenses for the Faleh Mosque (Bag) | | | | | | | | | | | | | |
| 10. Other | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Total | | | 89850 | 57300 | | 14070 | 74700 | | 505383 | | 65461 | 276023 | 1082787 |

CONFIDENTIAL

WAMYSA523722



Table 2

Detailed Expenses of the Free Kashmir Office – Muzaffarabad for the Year 1418 AH (corresponding to 1997–1998 CE)

| Item | Actual monthly expenditure in rupees | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Muharram | Sifr | Rabi' al-Awwal | Rabi' al-Thani | Jumada al-Awwal | Jumada al-Thani | Rajab | Sha'ban | Ramadan | Shawwal | Dhu al-Qa'dah | Dhu al-Hujja | |
| 1. Fixed assets | | | | | | | | | | | | | |
| 2. Salaries and Wages | 69600 | | 66600 | | 66600 | | 66600 | | 66600 | | 82600 | | 418600 |
| 3. Administrative banks | | 9529 | 1500 | 6775 | 4521 | 3725 | 4042 | 220651 | 6120 | 3279 | 5638 | 5082 | 52862 |
| 4. Restoration of mosques and schools | | 83538 | | | | | | | 19904 | 48341 | | | 151783 |
| 5. Outreach Activities and Educational Camps | | | | | | | 345913 | | | | | | 345913 |
| 6. Breakfast for the Fasting Person and Zakat al-Fitr | | | | | | | | | 703498 | | | | 703498 |
| 7. The Sacrifice Project | | | | | | | | | | | | 369365 | 369365 |
| 8. Fees for Quran Memorization Classes | | | | | | | | | 13786 | | | | 13786 |
| 9. Expenses for the Faleh Mosque (Bag) | | | | | | | | | | | | | |
| 10. Other | | | | | | | | 200000 | | | | | 200000 |
| | | | | | | | | | | | | | |
| Total | 69600 | 93067 | 68100 | 6775 | 71121 | 3726 | 416555 | 420251 | 809908 | 51620 | 88238 | 374447 | 2255806 |

WAMYSA523723



Table 2

Detailed Expenses of the Free Kashmir Office – Muzaffarabad for the Year 1419 AH (corresponding to 1998–1999 CE)

| Item | Actual monthly expenditure in rupees | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Muharram | Sifr | Rabi' al-Awwal | Rabi' al-Thani | Jumada al-Awwal | Jumada al-Thani | Rajab | Sha'ban | Ramadan | Shawwal | Dhu al-Qa'dah | Dhu al-Hujja | |
| 1. Fixed assets | | | | | | | | | | | | | |
| 2. Salaries and Wages | | 126900 | | | | | | | | | | | |
| 3. Administrative banks | 5412 | 6924 | | | | | | | | | | | |
| 4. Restoration of mosques and schools | 58540 | | | | | | | | | | | | |
| 5. Outreach Activities and Educational Camps | | 6820 | | | | | | | | | | | |
| 6. Breakfast for the Fasting Person and Zakat al-Fitr | | | | | | | | | | | | | |
| 7. The Sacrifice Project | 26000 | | | | | | | | | | | | |
| 8. Fees for Quran Memorization Classes | | | | | | | | | | | | | |
| 9. Expenses for the Faleh Mosque (Bag) | 14337 | | | | | | | | | | | | |
| 10. Other | 8061 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Total | 112350 | 140644 | | | | | | | | | | | |

CONFIDENTIAL                                                                                    WAMYSA523724



Table 2

Statement of General Expenses for the Muzaffarabad Office

| Item | Actual annual expenditure in rupees | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First 1416 AH | Second 1417 AH | Third 1418 AH | Fourth 1418 AH | 5:00 p.m. 1419 AH | Six 1430 AH | 7 1431 AH | Eighth 1433 AH | Nine 1433 AH | 10 o'clock 1434 AH | | |
| 1. Fixed assets | | | | | | | | | | | | |
| 2. Salaries and Wages | 338720 | 448993 | 478600 | | | | | | | | | |
| 3. Administrative banks | 9801 | 42829 | 528620 | | | | | | | | | |
| 4. Restoration of mosques and schools | 4000 | | 151783 | | | | | | | | | |
| 5. Outreach Activities and Educational Camps | | 71101 | 345913 | | | | | | | | | |
| 6. Breakfast for the Fasting Person and Zakat al-Fitr | 455703 | 639907 | 703497 | | | | | | | | | |
| 7. The Sacrifice Project | 259563 | 376081 | 369365 | | | | | | | | | |
| 8. Fees for Quran Memorization Classes | 15000 | | 13786 | | | | | | | | | |
| 9. Expenses for the Faleh Mosque (Bag) | | | 200000 | | | | | | | | | |
| 10. Other | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Total | 1082787 | [illegible] | [illegible] | | | | | | | | | |

CONFIDENTIAL

WAMYSA523725





بسم الله الرحمن الرحيم

## World Assembly of Muslim Youth
(Kashmir Muslim Youth Committee)
Islamabad Office

الندوة العالمية للشباب الاسلامي
(لجنة شباب كشمير المسلمة)
مكتب إسلام اباد

التاريخ

الرقم

سعادة رئيس لجنة شباب كشمير المسلمة

السلام عليكم ورحمة الله وبركاته : وبعد

نرسل الى سعادتكم التقرير المالي العام للسنوات ١٤١٦هـ ــ ١٤١٧هـ ــ ١٤١٨هـ ــ وشهرين

من عام ١٤١٩هـ ــ والمتضمن المبالغ الواردة الى مكتب كشمير الحرة والمصاريف المختلفة

للمشاريع العامة والتي جرى تسجيلها في قوائم مختلفة ٠ هذا مع العلم بان الندوة

العالمية للشباب الاسلامي والتي تحظى باهتمام بالغ من سعادة الامين العام سعادة الدكتور

مانع الجهني حفظه الله وتجسد هذا الاهتمام لجنة كشمير المسلمة والتي تشرفون علي ادارتها

وقد بلغت هذه العطايا للجنة في كشمير الحرة (٥٢٧٩٣٧٩ روبية     ) ٠ واليكم مجمل

تفاصيلها :

| | | |
|---|---|---|
| الرواتب الخاصة للمدرسين | ١٣٩٣٢١٣ روبية | |
| المصاريف الادارية | ١٧٨٧٢٨ = | |
| ترميم المساجد والمدارس الاسلامية | ٢١٤٣٣٣ = | |
| نشاطات دعوية ومخيمات تربوية | ٤٣٣٨٣٤ = | |
| افطار الصائم وزكاة الفطر | ١٧٩٩١٠٧ = | |
| مشروع الاضاحي | ١٠٣١٠٠٩ = | |
| مصاريف حلقات تحفيظ القران | ٢٨٧٨٦ | |
| مصاريف مسجد جامع عبدالله الفالح | ٢٢٢٣٩٢ | |

راجين الاطلاع عليها وابداء رأيكم فيها

م/ المشرف

قارى هداية الله شاه

المشرف على حلقات القران الكريم
لمكتب كشمير الحرة

عبد الغياث عليم الله

CONFIDENTIAL                                                                                                        WAMYSA523714





بسم الله الرحمن الرحيم

**( جدول رقم ( ٣ )**

بيان المبالغ الواردة والمصروفة

الندوة العالمية للشباب الاسلامي لعام : ١٤١٦هـ

(لجنة شباب كشمير المسلمة)    الموافق لعام ١٩٩٥م ١٩٩٦م

World Assembly of Muslim Youth

| الملاحظات والرصيد المتبقي | المصروف الفعلي | مقدار المبلغ الوارد بالربية | بالريال | بيان المبالغ الواردة | ت |
|---|---|---|---|---|---|
| | ٧٩٨٥٠ | ٩١٩٠٠ | | واردوات المدرسين الى تاريخ ٢.٦.٩٢ | ١ |
| | ٢٠٠٠ | ٢٠٠٠ | | ترميم المسجد في كارناه | ٢ |
| | ٥٠٠٠ | ٥٠٠٠ | | ترميم المسجد في كوكلي | ٣ |
| | ١٠٠٠ | ١٠٠٠ | | ترميم المسجد في باغ | ٤ |
| ١٠٠٠٠ | | ـ | | اجل طاولات للمدارس في الحلقات | ٥ |
| < ٠٨ | ١١٥٠٠ | ٢٧٩٤٧٦ | | الرصيد المتبقي للمكتب والمجموع | ٦ |
| | ٤٨٢٠٠ | ٤٨٢٠٠ | ٥٧٥٠٦٤ | واردوات المدرسين شرع ١٢ | ٧ |
| | ٧٤٧٠٠ | ٧٤٧٠٠ | ٦٩٩٨ | وارد وصرف رواتب المدرسين للاشهر خلال كانون الاول والثاني ترجيع | ٨ |
| | | ١٥٩٠٠ | ٥٤٠٤٠٥٨ ١٠٠٠ | رواتب المدرسين شعبان ـ رمضان وزكاة العزلا ١٦٦١٤م | ٩ |
| | ٤٧٢٠٠ | ٤٧٢٠٠ | | صرف رواتب المدرسين شعبان رمضان ١٤١٦ | ١٠ |
| | ٢٠٠٥٠٣ | ٣٦٢٨٧٥ | ٤٠٠٠٠ | وكالات ربط لعام ١٤٢٦ ونظام الطلاب ونظام الصناعية | ١١ |
| ـ | ٨٠٨٠ | | | تغذية شهر رمضان | ١٢ |
| ـ | ٨٥٩٥٧٢ | ٨٥٩٥٧٢ | ٢٥٠٠٠٠ | وارد الاضاحي وصارفها لعام ١٤٢٦هـ | ١٣ |
| | ٧٢٨٠ | ٧٢٨٠ | ٣٠ | وارد وصرف رواتب شوال وذي القعدة لعام ١٤٢٦ه | ١٤ |
| | ٤٤٦١ | ٤٤٦١ | | تغذية ذي القعدة ١٤٢٦ | ١٥ |
| | ٥٤٢٠٠ | ٥٤٢٠٠ | | ذي الحجة ١٤٢٦ هـ | ١٦ |
| | ١١٠٠٠ | ١١٠٠٠ | | وارد وصرف رواتب مدرسين ومشرف | ١٧ |
| | ٨١٩٨١ | ٨٤٨٢٠ | ٩٠٠٠ | اجمالي المبالغ الواردة شهريا | ١٨ |
| ٩٣٨ | | | | الرصيد المتبقي لعام ١٤٢٦ه | ١٩ |
| | ١٤٠٧٠ | ١٤٠٧٠ | | وارد وصرف مكافآت محدثين ومؤذن | ٢٠ |

CONFIDENTIAL

المحاسب

WAMYSA523715



 

بسم الله الرحمن الرحيم

**( جدول رقم ( ٣ )**

بيـان المبالـغ الواردة والمصروفة

الندوة العالمية للشباب الاسلامي لعام : ١٤١٧هـ

(١) (لجنة شباب كشمير المسلمة)    الموافق لعام ١٩٩٦م – ١٩٩٧م

| الملاحظات | المصروف الفعلي | مقدار المبلغ الوارد بالربية | مقدار المبلغ الوارد بالريال | بيـان المبالـغ الواردة | التاريخ | ت |
|---|---|---|---|---|---|---|
| ٩٢٨ | | | | الرصيد المبقي الشهري لشهر ذي الحجة عام ١٤١٦ | | ١ |
| | ٩٢٨- | ٩٢٨-- | | وارد وصرف رواتب المدرسين ذي الحجة ١٤١٦ بشيك رقم ٥٢٥ | | ٢ |
| | ٦٦٦٢ | | | مصاريف تشغيلية محرم ١٤١٧ | | ٣ |
| | ٤٤٧٦ | | | ع    ع    صفر ١٤١٧ | | ٤ |
| ٨٠٠٤ - | | | | الرصيد المبقي لشهر صفر ومكتب الرياض | | ٥ |
| | ٩٤٨٠- | ١٤٠٨٤٠- | | وارد رواتب المدرسين لشهر ربيع الأول وحمل من ذي الحجة ١٤١٦ | | ٦ |
| | ٣٦٧٤ | | | مصاريف تشغيلية ربيع الأول | | ٧ |
| | ٤٧٨ | | | ع    ربيع الثاني | | ٨ |
| | ٤٧٥٦ | | | ع    ع    جمادى الأول | | ٩ |
| | | ٤٧٨٥٠- | | واردة قيمة الاثاث من سعد ابراهيم | | ١٠ |
| ٥١٠٧٦ | | | | الرصيد المبقي الشهري جمادى الأولى | | ١١ |
| | ٧١١٠١ | | | مصاريف النشاطات والدعوة وكل نعيم | | ١٢ |
| | ٤٤٤١ | | | مصاريف تشغيلية جمادى الآخر | | ١٣ |
| | ٢١٠٥ | | | ع    ع    رجب ١٤١٧ | | ١٤ |
| ٥٥٥٧٥ | | | | الرصيد المبقي عن مكتب الرياض | | ١٥ |
| | ٦٢٤٠٠ | ٦٢٤٠٠ | | وارد وصرف رواتب المدرسين للشهر جمادى الأول رجب | | ١٦ |
| | ٦٦٦٠٠ | ٦٦٦٠٠ | | وارد وصرف مكافآت المعلمين للشهر رجب وشعبان ورمضان | | ١٧ |
| | | ١٤٠٠٠٠ | | وارد تشغيلية لشهري شعبان ورمضان | | ١٨ |
| | ٥٤٨٦ | | | مصاريف تشغيلية لشهر شعبان | | ١٩ |
| | | ٤٥٥٧٥ | | وارد الرصيد الاساسي المبقي عن الرياض بشيك رقم | | ٢٠ |

المحاسب                    المدير

CONFIDENTIAL                                        WAMYSA523716





بسم الله الرحمن الرحيم

{ جدول رقم ( ٣ )

بيان المبالغ الواردة والمصروفة

الندوة العالمية للشباب الاسلامي ، لعام : ١٤١٧هـ

World Assembly of Muslim Youth

(لجنة شباب كشمير المسلمة)      الموافق لعام ١٩٩٦م - ١٩٩٧م

| الملاحظات | المصروف الفعلي | مقدار المبلغ الوارد بالروبية | بالريال | بيان المبالغ الواردة | | ت |
|---|---|---|---|---|---|---|
| | ٤٤٤٠٠٠٤ | ٤٤٢٢٤٠ | | وارد مشروع افطار الصائم لعام ١٤١٧ | | ٢١ |
| | ٥١٢٥٠٠ | ٥١٢٣٠٥ | | يمر زكاة الفطر لعام ١٤١٧ | | ٢٢ |
| | ٥٩٩٩٢ | ٥٩٩٩٢ | | يمر محعات كا فرعبد الحميد | | ٢٣ |
| ٧٦٩٢ | ١٥٠٠ | ١٥٠٠ | | مصاريف تكفلتي ثم رمضان والرصيد بقي له | | ٢٤ |
| | ٢٩٨٧ | ٢٩٨٨٠ | | مصارف تغذية كشر شوال والسنه | | ٢٥ |
| ٧٥٩ | ٢٠٣٤ | | | يمر كفاة السقف والمبنى المتقى مع مكتب كشمير | | ٢٦ |
| | ٢٥٥٦ | | | مصارف تغذية كى الحبة ٧ | | ٢٧ |
| | ٦٦٦٠ | ٦٦٦٠ | | صرف رواتب المدرسين شوال - ذي القعدة | | ٢٨ |
| ١٤٦٩٩٢ | ٣٧٦٨٠ | ٤١٢٣٠٩ | | وارد صرف مشروع الاضاحي لعام | | ٢٩ |
| | | ١٢٦١٨٠ | | وارد توزيعها في مشروع الاضاحي | | ٣٠ |
| ٤٩٥٩ | | ٨١٤١٧٥ | | الرصيد المتبقي لعام ١٤١٦ | | ٣١ |
| | | | | . | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

المحاسب                                                                      المدير

CONFIDENTIAL

WAMYSA523717



بسم الله الرحمن الرحيم

( جدول رقم ( ٣ )

بيان المبالغ الواردة والمصروفة

الندوة العالمية للشباب الاسلامي · لعام : ١٤١٨ه

WAMY

World Assembly of Muslim Youth

Kashmir Muslim Youth Committee

(١) (لجنة شباب كشمير المسلمة)    المرافق لعام ١٩٩٧م~١٩٩٨م

| الملاحظات | المصروف الفعلي | مقدار المبلغ الوارد | | بيان المبالغ الواردة | التاريخ | ت |
|---|---|---|---|---|---|---|
| | | بالربية | بالريال | | | |
| ٤٩٥٩ | . | | | الرصيد المتبقي لعام ١٤٧٣م١٨ | ١٢م | ١ |
| | ٦٩٢~ | ٧٨٦~~ | | وارد وصرف رواتب المدرسين الشرعي ذي العقدة ١٤٢٤ ومحرم ١٨ ١٤٢٥ | ٢م | ٢ |
| ٥٣٩٨ | ٩٥٤٩ | | | مصاريف تشغيلة محرم وصفر والربيع | ٣م | ٣ |
| | ٦٧٦~ | ٧٨٦~~ | | وارد وصرف رواتب المدرسين ضر+ربيع السنة ١٤٢٤ | ٤م | ٤ |
| | ٧٧٧٥ | | | تشغيلة ربع الثاني | ٤ | ٥ |
| ١٢٢٣ | ١٥٠٠ | | | ربيع ثاني ١٤٢٤ | ٥ | ٦ |
| | | ١٥٧٠٠٠ | | وارد وصرف رواتب ربيع ثاني ومجمدا الاولى ١٤٢٤ رجب | ٤م | ٧ |
| | ٦٦٢~~ | | | صرف ساعات جمادى الاول+ربيع | ٤ | ٨ |
| | ٤٥٤١ | | | تشغيلة جمادى الاول | ٤ | ٩ |
| | ٣٧٤٥ | | | = الاخر | ٤ | ١٠ |
| | ٦٦٦~ | | | مرتبات جمادى الاخر+رجب | ٤٥م | ١١ |
| | ٤٠٤٢ | | | مصاريف تشغيلة رجب | ٤ | ١٢ |
| ٧٣٩٧ | ٢٥٦٢ | | | شعبان | ٤ | ١٣ |
| . | ٢٥٥٩٩٢ | ٤٤٦٧~ | | وارد وصرف مبالغ الحجيم لترويح لثلاث | ٤م | ١٤ |
| | ٦٢٢~ | ٥٤٢٩٢٠ | | وقف وإفطار والصائمي رواتب شعبان رمضان والتشعيلة | ٤م | ١٥ |
| | ٦٦٦~ | ٦٦٦~~ | | صرف رواتب المدرسين شعبان ورمضا وغيرها | ٤ | ١٦ |
| | ٥٠٢٤٩٨ | | | مصاريف افطار الصائم وبناء البئر | ٥ | ١٧ |
| | ٣٥٥٩ | | | | ٤ | ١٨ |
| | ٦١٤٠ | | | تشغيلة شهر رمضان | ٤ | ١٩ |
| | | ١١٧٧٠٩ | | وارد بقية مصاريف الحمى الترويحي | ٤م | ٢٠ |

CONFIDENTIAL                                    WAMYSA523718

  

بسم الله الرحمن الرحيم

( جدول رقم ( ٣ )

بيان المبالغ الواردة والمصروفة

الندوة العالمية للشباب الإسلامي - لعام : ١٤١٨هـ

الموافق لعام ١٩٩م - ٢١٩٩

World Assembly of Muslim Youth
... Muslim Youth Committee

| الملاحظات | المصروف الفعلي | مقدار المبلغ الوارد | | بيان المبالغ الواردة | | ت |
|---|---|---|---|---|---|---|
| | | بالعربية | بالريال | | | |
| | | ٤٢٤١٥٧ | | وارد زكاة المال لعام ١٨٢م | ٥ | ٢١ |
| | | ١٢٠٠٠ | | وارد تشغيب شهان رمضان | ٥ | ٢٢ |
| | | ١٣٧٨٦ | | والد قرطاسية دفتر درسة مجموعته | ٥ | ٢٢ |
| | | ٢٠١٢ | | والد ورطا بية للحلى | ١ | ٢٤ |
| | ١٩٩٠٤ | ١٩٩٠٤ | | وارد المدركة تكركة | ٥ | ٢٥ |
| ٤٧٤٩٧ | | | | درصيد البنك شهر شوال | ٥ | ٢٦ |
| | ٨٠٦٠ | ٧٦٦٠ | | والد دعمك مبالغ شهر شوان زن البشة | ٣٥٣٧ | ٢٧ |
| | ٤٠٠٠ | ٤٠٠٠ | | وارد دهن محتات عبد العباس | ٥ | ٢٨ |
| | ٢٠٠٠ | ٢٠٠٠ | | وارد وهرف شراك شال دى الشدة + رمض | ٥ | ٢٩ |
| | ١٠٧٤٠ | ١٤٠٠٠ | | والد تشغيلة رحطال وزى العشرة | ٥ | ٣٠ |
| | ١٠١٠ | ٢٠٠٠ | | البغى لاغظا والهاتم ٦١٢ك | ٥ | ٣١ |
| ٨٥٦٧ | | | | الصيد المبى تشرى ٤ الجم | ٣ | ٣٢ |
| ٢٩٤٦٦ | ٢٦٩٧٦٥ | ٢٥١٤٩٩ | | والد وهرف الاهنا فى سلام | ٥اش | ٣٣ |
| | ٨٣٥٢٨ | ٨٣٥٢٨ | | والد وهرف ترمع المساجد | ٥ش | ٣٤ |
| | ٤٨٢٤٩ | ٤٨٢٤٩ | | ٥ ٥ ٥ ٥ | ٥ | ٣٥ |
| ٢٠٩٧٧٠ | ١٠٠٠٠٠ | ١١٧٠٧٦ | ٢٠٠٠٠ | والد دمحى فالح (ب.ع)النى | ٥ | ٣٦ |
| ٤٠٩٧٧٠ | ١٠٠٠٠ | ١٧٥٢٠٨ | | حتو الشه النانى | ٥ | ٣٧ |

المدير

المحاسب

CONFIDENTIAL

WAMYSA523719





بسم الله الرحمن الرحيم

( جدول رقم ( ٣ )

بيان المبالغ الواردة والمصروفة

الندوة العالمية للشباب الاسلامي - لعام: ١٤١٩هـ

لجنة نجدة تعمير السنة)    المرافق لعام ١٩٩٨م - ١٩٩٩م

... Muslim Youth
... Muslim Youth Committee

| الملاحظات | المصروف الفعلي | المبلغ الوارد بالربية | مقدما المبلغ الوارد بالريال | بيان المبالغ الواردة | ج | ت |
|---|---|---|---|---|---|---|
| ٤٨٥٢٧ | | | | المصروف في للادارة | ١أكتوبر | ١ |
| | ١٢٣٣٧ | ١١٧٠٧٨ | | واردد د شهد المالي المحيم ابراهيم الناظر | ٦ | ٢ |
| ١٤٧٢٤٦ | ٨٠٦٦ | | | مصاريف مسجم صالح | ٦ | ٣ |
| | ٥٨٥٤ | ٥٨٥٤٠ | | المبلغ الوارد وصرفها مكة تركة | ٥ | ٤ |
| | ٤٦٠٠٠ | ٤٢٤٢٠ | | والرد وصرف الاهنا في كراطارى لاين | ٥ | ٥ |
| | | ١٢٥٩ | | المبلغ الوارد رواتب المدرس الصحة تركية | ٦ | ٦ |
| | ١٦٩٩ | | | صرف رواتب دعاة الحربية ١٨ و ١٩ | ٨انى | ٧ |
| | ٥٤١٦ | | | مصاريف تشغيلة محرم | ٥ | ٨ |
| | ٧٩٤٦ | | | د صفر | م | ٩ |
| | ٧٨٤٥ | | | شراء خرطارية للاقلام | ٥ | ١٠ |
| ٤٠١٠٧ | | | | الصيد المشى من شبك كشه | ٦ | ١١ |
| ٧٨٠٢ | | | | دهيبرا الربعي لترس لماه ساكني الرياض | م | ١٢ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

المدير                                                   الحاد سمى

CONFIDENTIAL                                                   WAMYSA523720

CONFIDENTIAL

WAMYSA523721

جدول رقم ( ٢ ) المصاريف التفصيلية لمكتب كشمير الحرة ـ ظافو اباد

لعام ١٤١٧هـ ـ الموافق لعام ١٩٩٦م ـ ١٩٩٧م

المصاريف التفصيلي بالروبية تقريبا

| البند | محرم | صفر | ربيع الاول | ربيع الثاني | جمادى الاولى | جمادى الآخر | رجب | شعبان | رمضان | شوال | ذى القعدة | ذى الحجة | المجموع |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ـ اصول ثابتة |  |  | ٩٤٨٠٠ |  | ٩٤٨٠٠ |  | ٦٦٢٠ |  |  | ٥٦٩١٢ |  | ٦٢٦٠ | ٤٦٨٩٩٢ |
| ٢ـ مرواتب واجور | ٦٦٦٦ | ٤٤٧٧٦ | ٣٧٥٤٢ | ٤٢٧٨٦ | ٤٧٤٦٦ | ٤٤٦٦٤ | ٣٢١٠٥ | ٥٤٨٦ | ١٥٠٠ | ٢٩٨٧٢ | ٣٠٥٦٤ | ٢٥٥٦ | ٤٢٨٢٨٩ |
| ٣ـ مصاريف ادارية |  |  |  |  |  |  |  |  |  |  |  |  |  |
| ٤ـ ترميم المساجد ومدارس |  |  |  |  |  |  |  |  |  |  |  |  | ٧١١٠٢ |
| ٥ـ نشاطات دعوية ومخيمات تربوية |  |  |  |  | ٧١١٠١ |  |  |  |  |  |  |  |  |
| ٦ـ افطار الصائم وزكاة الفطر |  |  |  |  |  |  |  |  | ٦٢٩٩٠٥ |  |  |  | ٦٢٩٩٠٥ |
| ٧ـ مشروع الاضاحي |  |  |  |  |  |  |  |  |  |  |  |  | ٢٣٧٢٨١ |
| ٨ـ مصاريف حلقات تحفيظ القران |  |  |  |  |  |  |  |  |  |  |  |  |  |
| ٩ـ مصاريف سجن فالح (باغ) |  |  |  |  |  |  |  |  |  |  |  |  |  |
| ١٠ـ اخرى |  |  |  |  |  |  |  |  |  |  |  |  |  |
| الاجمالى | ٧٢٢٢ | ٩٧٠٧٦ | ٣٢٧٤٢ | ٤٢٧٨٦ | ٩٩٥٢٦ | ٤٥٥٤٤ | ٣٩٤٠٥ | ٥٤٨٦ | ٧٠٨٠١٤ | ٤٦٣٢٨٠ | ٣٩٦٢٤٢ | ٨٦٩٤٣٩ | ١٥٧٩٧٥٠ |

CONFIDENTIAL

WAMYSA523722

جدول رقم ( ٢ )   المصاريف التفصيلية لمكتب كشمير الحرة ـ مظفر اباد

لعام ١٤١٦هـ ـ الموافق لعام ١٩٩٥م ـ ١٩٩٦م

**المصروف الفعلي بالروبية تقريبا**

| البند | محرم | صفر | ربيع الاول | ربيع الثاني | جمادى الأولى | جمادى الآخر | رجب | شعبان | رمضان | شوال | ذى القعدة | ذى الحجة | المجموع |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| رواتب ثابتة | | | | | | | | | | | | | |
| رتب وأجور | | | ٤٩٨٥٠ | ٤٨٥٢٥ | | ١٤٠٧٠ | ٧٤٧٠ | | ٤٧٦٠ | | ٦٣٥٠٠ | ١١٠٠٠ | ٣٤٨٧٥٠ |
| مصاريف ادارية | | | | ٨٠ | | | | | ٤٠٨٠ | | ٤٦٢١ | ٥٤٢٠ | ٩٨٠١ |
| ترميم المساجد ومدارس | | | | ٤٠٠٠ | | | | | | | | | |
| نشاطات دعوية ومخيمات تربوية | | | | | | | | | | | | | |
| افطار الصائم وزكاة الفطر | | | | | | | | | ٤٥٥٧٠٢ | | | | ٤٥٥٧٠٢ |
| مشروع الاضاحي | | | | | | | | | | | ٤٥٩٥٣٣ | ٤٥٩٥٣٣ | |
| مصاريف حلقات تحفيظ القران | | | ١٠٠٠٠ | ٥٠٠٠ | | | | | | | | | ١٥٠٠٠ |
| مصاريف مسجد نالح (باغ) | | | | | | | | | | | | | |
| أخرى | | | | | | | | | | | | | |
| الاجمالي | | | ٥٩٨٥٠ | ٥٧٢٠٠ | | ١٤٠٧٠ | ٧٤٧٠ | | ٥٠٥٢٨ | | ٢٥٤٣١ | ٢٠٧٠٤٢ | ١٢٥٤٠٢ |

CONFIDENTIAL

بدول رقم ( ٢ ) المصاريف التشغيلية لمكتب كيبو الحرة ـ ظفر آباد

لعام ١٤١٨هـ ـ الموافق لعام ١٩٩٧م ـ ١٩٩٨م

المصرف الفستشامي بما صرف ليبيا تقريبا

| البند | محرم | صفر | ربيع الأول | ربيع الثاني | جمادى الأولى | جمادى الآخر | رجب | شعبان | رمضان | شوال | ذى القعدة | ذى الحجة | المجموع |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ـ أصول ثابتة | | | | | | | | | | | | ٨٦٢ | ٤٨٦٢٠٠ |
| ٢ـ رواتب وأجور | ٦٩٢٠٠ | | ٦٦٢٠٠ | | ٦٦٢٠٠ | | ٦٦٢٠٠ | | ٦٦٢٠٠ | | | | |
| ٣ـ مصاريف إدارية | | ٩٠٤٩ | ١٠٠٠ | ٢٧٧٥ | ٤٥٤١ | ٢٧٤٥ | ٤٤٤ | ٦٥٦١ | ٦١٤٢ | ٢٤٢٩ | ٥٦٣٨ | ٥٠٨٤ | ٥٤٨٦٤ |
| ٤ـ ترميم المساجد ومنارس | | | | | | | | | ٢٩٦٠٤ | ٤٨٤٤١ | | | ١٥٨٠٨٢ |
| ٥ـ نشاطات دعوية ومخيمات تربوية | | ٨٢٥٤٨ | | | | | ٣٤٥٩١٢ | | | | | | ٣٤٥٩١٢ |
| ٦ـ إفطار الصائم وزكاة الفطر | | | | | | | | | ٧٠٣٩٢ | | | | ٧٠٣٩٢ |
| ٧ـ مشروع الأضاحي | | | | | | | | | | | ٣٧٩٣٥ | | ٣٧٩٣٥ |
| ٨ـ مصاريف حلقات تحفيظ القرآن | | | | | | | | | ١٢٧٨٦ | | | | ١٢٧٨٦ |
| ٩ـ مصاريف مسجد فالح (باغ) | | | | | | | | | | | | | ٢٠٠٠٠٠ |
| ١٠ـ أخرى | | | | | | | ٢٠٠٠٠ | | | | | | |
| الإجمالي | ٦٩٢٠٠ | ٩٢٠٢٧ | ٦٨١٠٠ | ٢٧٧٥ | ٦١١٢١ | ٢٧٤٥ | ٨١٥٠٠ | ٦٥٦١ | ٨٩٥٨ | ٥١٧٢٠ | ٨٨٥٢٨ | ٧٤٤٢٧ | ٨٠٥٥٠٢ |

WAMYSA523723

CONFIDENTIAL

بدول رقم ( آ ) : المصاريف التفصيلية لمكتب كشمير الحرة .. ظفر اباد

لعام ١٤١٩هـ ـ الموافق لعام ١٩٩٨م ـ ١٩٩٩م

## المنصرف الفعلي بالسعودية تقريبا

| البند | محرم | صفر | ربيع الاول | ربيع الثاني | جمادى الأولى | جمادى الآخر | رجب | شعبان | رمضان | شوال | ذى القعدة | ذى الحجة | المجموع |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ـ رواتب ثابتة | | | | | | | | | | | | | |
| ٢ـ رواتب واجور | ١٤٦٩٠٠ | | | | | | | | | | | | |
| ٣ـ مصاريف ادارية | ٦٩٤٤ | ٥٤٨٨ | | | | | | | | | | | |
| عم ترميم المساجد ومدارس | ٥٨٠٤ | | | | | | | | | | | | |
| نشاطات دعوية ومخيمات تربوية | ٦٨٤٠ | | | | | | | | | | | | |
| افطار الصائم وزكاة الفطر | | | | | | | | | | | | | |
| ٩ـ مشروع الاضاحي | ٤٦٠٠٠ | | | | | | | | | | | | |
| مصاريف حلقات تحفيظ القران | | | | | | | | | | | | | |
| ١١ مصاريف مسجد فالح(باغ) | ١٤٣٣٧ | | | | | | | | | | | | |
| ١٢ـ أخرى | ٨٠٦١ | | | | | | | | | | | | |
| الاجمالي | ٢١٤٢٥٠ | ٤٦٢٤٤ | | | | | | | | | | | |

WAMYSA523724

World Assembly of Muslim Youth
(World Assembly of Muslim Youth (Committee))

جدول بيان المصاريف العامة لمكتب آباد

جدول رقم : ( ٤ )

| البيان | | الزارى | الثانية | الثالثة | الرابعة | الخامسة | السادسة | السابعة | الثامنة | التاسعة | العاشرة |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ | أصول ثابتة | ٦٢٣٧٨٩٤ | ٤٤٩٧٨٩ | ٤٨٨٧٢ | | | | | | | |
| ٢ | مواد وأجهزة | ٩٨٠١ | ٤٨٤٩ | ٦٥٨٨ | | | | | | | |
| ٣ | مصاريف إدارية | ٤ـــ | ٥١٧٨٢ | | | | | | | | |
| ٤ | ترميم المساجد ومخازن | ٦ـ١٠١ | ١١٠٧ | | | | | | | | |
| ٥ | نفقات تصويت ومطبوعات تربوية | ٥٠٠م ٧٣٩٠ | ٧٠٢٣٤٧ | | | | | | | | |
| ٦ | إفطار الصائم وزكاة الفطر | ٦٨٥٣ | ٢٣٢٥ | | | | | | | | |
| ٧ | مصروف الأضاحي | ١ـــ | ١٢٧٨١ | | | | | | | | |
| ٨ | مصاريف كفالات حفظ القرآن | | | | | | | | | | |
| ٩ | مصاريف مسجد الأربعاء (؟) | | | | | | | | | | |
| ١٠ | أخرى | | | | | | | | | | |
| = | الإجمالي | | | | | | | | | | |

CONFIDENTIAL

WAMYSA523725



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)     §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA523714**

Sworn to before me this

26 day of MARCH of 2026

V. Vai

Translation Manager

Notary



