

[Logo of WAMY – 25 years]

World Assembly of Muslim Youth

*Office of the Assistant Secretary General (Mecca Region)*

Date: 01/21/1421 AH (04/25/2000 AD)
No. 0172

**His Excellency Dr. Abdel Rahman bin Abdel Aziz Al Rabia, may Allah bless him**
**Assistant Secretary General – The Eastern Region**

May the peace, mercy, and blessings of Allah be upon you.
I ask Allah the almighty that you are doing well.

This is with reference to your letter, No. 5200, dated 01/12/1421 AH (04/16/2000 AD), regarding the news published in an Indian newspaper. The news mentioned the World Assembly and brother Nadhir Kuraishi in the lawsuit of amounts illegally transferred to India.

Please note that this news is completely groundless, and that the whole content of the news is fabricated lies that the Indian press has always published and repeated. Some time ago, a similar situation took place, where the World Assembly was accused of a similar charge. Gratefully, the Ambassador of the Custodian of the Two Holy Mosques to India replied to the newspaper that had published that fabricated news. We hope that you will review and be informed.

Kindest regards
May the peace, mercy, and blessings of Allah be upon you.

Assistant Secretary General
**Abdel Wahab bin Abdel Rahman Noorwali**
[*Signed*]

[**SEAL**: *World Assembly of Muslim Youth, Jeddah Office, Established in 1392 AH '1972 AD'*]

[Duplicate Text]
Kingdom of Saudi Arabia – Jeddah - Tel. (02) 6653300 / 6601878 Fax: 6602645 – P.O. Box 8856 Jeddah 21492 - Email: wamy_JED@yahoo.com & wamyjed@ogertel.com

WAMY SA 1488



EXHIBIT

WAMY EX. 232



EXHIBIT
NOORWALI
262
LVF  07-24-19



النـدوة العـالميـة للشـبـاب الإسـلامـي
World Assembly of Muslim Youth

مكتب الأمـين العـام المسـاعـد (منطقة مكة المكرمة)
Office of the Assistant Secretary General (Makkah Region)

التـاريخ : ١ . ٢ محرم ١٤٢١
الرقـم : ٠ ١٧٢

سعادة الأخ الفاضل / د.عبـد الرحمن بـن عبـد العزيز الربيعة      سلمه الله
الأمين العام المسا عد - المنطقة الشرقية

السلام عليكم ورحمة الله وبركاته ...

أرجو أن تكونوا على خير ما يحب ربنا ويرضى...وبعد،،،،

بالإشارة إلى خطابكم رقم (٥٢٠٠) المؤرخ فى ١٤٢١/١/١٢هـ فيما يتعلق بالخبـر المنشور فى إحدى الصحف الهندية ، والذى تم فيه الزج باسم الندوة والأخ / نذير قريشى فى قضية المبالغ المالية المحولة بطريقة غير قانونية إلى الهند ...

نفيدكم أن هذا الخبر عار تماماً من الصحة ، وكل ماورد فيه عبارة عن أكاذيب ملفقـة دأبت الصحافة الهندية منذ فترة على القيام بها وترديدها ، وقد حدث أمر مشابه منذ فتـرة أتهمت فيه الندوة العالمية للشباب الإسلامى بتهمة مشابهه وقام سـفير خـادم الحرمـين الشريفين بالهند مشكوراً بالرد على الصحيفة التى نشرت ذلك الخبر المكذوب ...لذا نأمل الاطلاع والإحاطة .

نسأل الله لنا ولكم التوفيق والسداد ،

والسلام عليكم ورحمة الله وبركاته ،،،

الأمين العام المسا عد



أ.د.عبـد الوهاب بـن عبـد الرحمن نوروولى

المملكة العربية السعودية - جدة - هـاتف ٦٦٥٢٢٠٠ / ٦٦٠١٨٧٨ (٠٢) فـاكس ٦٦٠١٦٤٥ - ص . ب ٨٨٥٦ جـدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel: (02  6653300 / 6601878 Fax 6602643 - P O Box 8856 Jeddah 21492
E mail  wamy_JED@yahoo.com & wamy_jed@ogeno com

**WAMY SA 1488**



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language:** Arabic > English

**Document title:** WAMYSA 1488

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

Farah Alshekhli
**Name of Certifying Translator:**

BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology
**Qualifications:**

**Signed:** *Farah Alshekhli*    **Date:** July 22, 2019