C05432020





## Intelligence Report

*Office of Transnational Issues*

# Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions

*A Research Paper*

**EXHIBIT**

WAMY EX. 233

C05432020



## Intelligence Report

*Office of Transnational Issues*

# Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions

*A Research Paper*

CIA_000721

C05432020

## Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions ▮▮▮

**Key Findings**

*Information available as of 20 November 1997 was used in this report.*

Several Islamic financial institutions—those that ascribe to the Koran's principles against the payment of interest—regularly serve as financial conduits and sources of financial support for a range of Islamic extremist groups, organizations, and political parties. Some of these extremists have been involved in terrorist activities. Our study of ▮▮▮ ▮▮▮ on some 130 Islamic financial entities has revealed that Bank Al Taqwa and Dubai Islamic Bank demonstrate especially close financial and personal ties to Algeria's Islamic Salvation Front (FIS), Egypt's Gama'at al Islamiyya (IG), the Palestinian Islamic Resistance Movement (HAMAS), Saudi exile Usama Bin Ladin's terrorist Islamic Army, and other Muslim Brotherhood–backed groups ▮▮▮ ▮▮▮ extremist ties to the Saudi-owned Dar Al Maal Al Islami and Dallah Al Baraka bank groups and Al Rajhi Banking & Investment Company, ▮▮▮ ▮▮▮ Specifically:

- Bank Al Taqwa, based in Nassau, is one of the most important financial conduits for the International Muslim Brotherhood (MB), ▮▮▮ ▮▮▮. Along with its affiliate in Geneva, the bank has been a source of financial support for the Afghan and Bosnian Mujahaddin, the IG, FIS, and Tunisia's banned An Nahda movement. The bank's president has been a top MB financial officer in Europe since at least the mid-1980s, ▮▮▮. Its board of directors also includes a notable financial supporter of the IG and a prominent radical cleric based in Qatar.

- Dubai Islamic Bank (DIB) is a key financial conduit for Usama Bin Ladin's Islamic Army, HAMAS, and Oman's Muslim Brotherhood, ▮▮▮. The bank's chairman, Saeed Ahmed Lootah, is a member of the MB and a close friend of Bin Ladin's, ▮▮▮ ▮▮▮ Bin Ladin and his Sudan-based companies maintain several accounts at DIB. The bank also is used by such nongovernment humanitarian organizations (NGOs) as Human Appeal International—an alleged financial conduit for HAMAS—and the Dar al-Birr Society, which has financed the Bosnian Mujahaddin.

- Dar Al Maal Al Islami Trust (DMI), a Nassau-based holding company for about a dozen Islamic banks founded by Saudi Prince Muhammad Al Faisal Al Saud, has strong links to the ruling Sudanese National Islamic

iii

C05432020



Front (NIF). Six NIF members have been identified as directors or share-holders of DMI's Khartoum subsidary, Faisal Islamic Bank of Sudan (FIBS); NIF leader Hasan al-Turabi is a past DMI board member, accord-ing to bank annual reports. In addition, █████████████████████ Istanbul-based Faisal Finance Institution and Faisal Islamic Bank of Egypt in Cairo—both DMI subsidiaries—are key conduits for funding Turkey's recently ousted Refah Party and Egypt's Muslim Brotherhood, both of which are relatively moderate Islamic political parties.

- The Dallah Al Baraka Group owns several banking subsidiaries used extensively by extremists. Albaraka Bank (Sudan) is a financial conduit for the NIF and is used by the Islamic Army, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

- The religiously ultraconservative Al Rajhi family—owners of the Al Rajhi Banking & Investment Company, with $8.6 billion of total assets—appears to be a key financial backer of the Afghan Mujahaddin, ████████ ████████████████████████ The family and the bank purportedly also support NGOs who help finance the Bosnian Mujahad-din, HAMAS, and other extremists.

████████████████████████████████████████ Arab Albanian Islamic Bank, Bahrain Islamic Bank, the Islamic Bank of Yemen for Finance & Investment, and Qatar International Islamic Bank maintain financial ties to radical extremist groups and suspect Islamic NGOs, ██████████████████████████████

In addition to providing the ability to bank in accordance with their reli-gious beliefs, Islamic activists—and militants—are attracted to Islamic banks for two other reasons:

- Top management affiliations with the MB, HAMAS, and the NIF make Islamic banks a safehaven for extremist funds. ████████████████ ████████████████████████████████████████████████████

In addition, low-level bank employees at Islamic institutions—who are

CIA_000723

C05432020



often hired on the basis of commitment to Islam—may turn a blind eye to money movements by extremist groups. Finally, a general lack of local regulatory scrutiny—as compared with regulation at conventional institutions—may offer additional confidence to extremists that their financial activities will not be closely examined.

- Islamic banks share profits with Islamic political groups and sometimes benefit Islamic sectors of the economy—through loans and employment—at the expense of non-Islamic communities. Islamic financial institutions in Sudan have been key financial supporters of the NIF, and those in Egypt generate income for the MB, ███████████ ███████ Istanbul-based subsidiaries of Dallah Al Baraka, DMI, and the Kuwait Finance House have financially supported Islamic movements in Turkey. ███████

Because of a significant amount of cross-ownership among Islamic financial institutions, Islamic bank boards of directors and management teams share common personnel that may result in influence over bank policy with regard to dealings with extremists. Approximately 60 of the Islamic financial institutions examined were capitalized by Sheikh Kamel's Dallah Al Baraka Group and Prince Muhammad's Dar Al Maal Al Islami Trust, according to the financial press and bank annual reports, which affords them representation on numerous Islamic bank boards. In addition, MB member and DIB Chairman Lootah is a director of four Islamic banks in Bahrain and Bangladesh, and Bank Al Taqwa adviser Sheikh Youssef Al Qaradawi is director or religious supervisor of Islamic financial institutions in Egypt, Kuwait, Malaysia, and Qatar. ██████



CIA_000724

C05432020

CIA_000725

C05432020



# Contents

|  | *Page* |
|---|---|
| Key Findings | iii |
| Scope Note | ix |
| Islamic Financial Institutions: Ties to Extremist Groups | 1 |
| Bank Al Taqwa | 1 |
| Dubai Islamic Bank | 7 |
| Dar Al Maal Al Islami Group | 11 |
| Dallah Al Baraka Group | 14 |
| Al Rajhi Banking & Investment Company | 16 |
| Suspect Financial Activities at Other Islamic Banks | 18 |
| Motivations for Using Islamic Banks (U) | 19 |
| Financial Safehaven | 19 |
| Ability To Bank in Accordance With Religious Beliefs | 21 |
| Profit Sharing and Financing | 21 |
| Common Ownership and Management of Islamic Financial Institutions (U) | 22 |
|  | 23 |
|  | 23 |
|  | 27 |

## Appendix

| Islamic Financial Institutions Worldwide (U) | 29 |
|---|---|

*Reverse Blank*

CIA_000726

C05432020

**Scope Note**

This paper analyzes the financial and personal ties of Islamic radical movements to Islamic financial institutions ███████████████ ███████████████. It is not intended to suggest that most Islamic finance houses knowingly conduct dealings with terrorists or that Islamic militants use Islamic banks exclusively to conduct financial dealings. Indeed, Islamic banks engage in a myriad of legitimate development projects, trade finance arrangements, and commercial partnerships. Moreover, Islamic extremist groups have been observed using conventional banks, couriers, business fronts, and other entities worldwide to move funds. A handful of Islamic banks, however, appear to be actively engaged in financing militant groups, and some bank executives have personal ties to Islamic extremists and activists. The purpose of this paper is to document reporting on this particular avenue for the financing of radical Islam and Islamic extremists and to assess its vulnerabilities. ███

*Reverse Blank*

CIA_000727

C05432020

## Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions

### Islamic Financial Institutions: Ties to Extremist Groups

Our review ████████ ██████ suggests that Islamic extremist groups—some of which have undertaken extensive terrorist operations—make regular use of Islamic banks to maintain accounts and transfer funds (see insets on Islamic banking and terrorist groups).[1] ████████████████ Islamic nongovernment humanitarian organizations (NGOs) that are suspected of serving as fronts for Islamic radicals make extensive use of Islamic banks to channel financial support. Of the roughly 130 Islamic financial entities examined, ████████████████████ Bank Al Taqwa and Dubai Islamic Bank stand out from other Islamic financial institutions because of their management's apparently witting involvement in the financial activities of Egypt's Gama'at al Islamiyya (IG), the Palestinian Islamic Resistance Movement (HAMAS), Usama Bin Ladin's Islamic Army, as well as numerous Muslim Brotherhood factions that are bent on establishing Islamic states.[2] █

radical Islamic financial links of the Saudi-owned Dar Al Maal Al Islami and Dallah Al Baraka banking groups, and the Al Rajhi Banking & Investment Company; ████████████████████

████████ For a detailed list of Islamic financial institutions, their key officers, ownership, holdings, and links to Islamic political entities, see the appendix. ████

### Bank Al Taqwa

Established in Nassau in 1988, Bank Al Taqwa (Piety Bank) has been described as the single-most-important financial conduit for the International Muslim Brotherhood (MB)[3]



---

[1] Islamic groups also use conventional banks as needed. Cells of Islamic organizations operating in Europe and the Americas, for example, use Western banks because of the lack of Islamic financial institutions in these continents. Islamic groups also may find it necessary to spread their holdings among a variety of conventional and Islamic banks to deter security forces watching for terrorist-related transactions. It is interesting to note that Middle Eastern terrorist groups whose primary goal is the destruction of Israel rather than the establishment of Islamic states—the Abu Nidal organization, the Popular Front for the Liberation of Palestine–General Command (PFLP-GC), the PFLP, and the like—overwhelmingly use conventional financial institutions and make use of Islamic banks on an infrequent basis. ████

[2] According to the International Association of Islamic Banks (IAIB), approximately 180 Islamic financial institutions operate worldwide. The number of Islamic financial institutions in this paper differs from the number reported by the IAIB because our analysis focused on those establishments that are, in large part, privately owned and that specifically were established with Islamic charters. In this regard, we have excluded the 10 government-owned banks operating under Iran's Islamic regime; some 40 banks in Pakistan and 20 in Sudan that adopted Islamic banking principles under government law; and another 20 entities in Malaysia that are IAIB members but do not appear to be deposit-taking and lending institutions. Included here are an additional 40 Islamic financial institutions and investment companies ████████ that apparently are not IAIB members.

[3] The term "International Muslim Brotherhood" is generally used to refer to a political movement that promotes the use of Islamic law within the existing political systems of Muslim states. It does not exist as a formal or recognized organization; indeed the Muslim Brotherhood, as a formal political organization, is outlawed in every Middle Eastern country except Kuwait. Nevertheless, illegal or unrecognized factions operate in almost every Muslim country. In addition, significant qualitative differences exist among these movements. The Egyptian Muslim Brotherhood, for example, operates largely as a peaceful, political force under a government that significantly represses its activities. Extremist Muslim Brotherhood factions—such as Algeria's Armed Islamic Group and Egypt's Al Gama'at al Islamiyya—seek to overthrow their secular governments and impose Islamic law. ████

C05432020

*A Profile of Islamic Banking* (U)

O ye who believe! Fear God and give up what remains of your demand for usury if ye are indeed believers. If ye do it not, take notice of war from God and his Apostle. But if ye turn back, ye shall have your capital sums. Deal not unjustly, and ye shall not be dealt with unjustly.

Sura II - Al-Baqarah
Verses 278-279, The Koran (U)

*Islamic banking is a financial system that conforms to the principles of Islamic law (shari'a), which forbids the payment of interest and other guaranteed returns on loans and investments.[a] It began to flourish during the latter 1970s when prominent Muslim scholars from oil-rich states began to actively promote a conservative interpretation of the shari'a in relation to politics, economics, and finance. Although some teach that the prohibition of interest affects only exploitative or exorbitant charges, most scholars in the Arabian Peninsula and Sudan believe in eliminating interest in all dealings on the basis that lenders, like borrowers, must share in the risk of an enterprise. In lieu of interest, Islamic banks earn income by sharing in the profits on loaned capital provided to business—viewing themselves as business partners that share in the returns of a project. On the other hand, the lending institution also shares in the risk of losses and may not be able to recover the principal from a failed project. During the*

*past two decades, the number of Islamic banks has increased markedly.[b] This growth coincided with—and probably was favorably affected by—the adoption of Islamic banking systems in Iran, Pakistan, and Sudan, and the general rise of Islamic fundamentalism throughout the Middle East.* (U)

*Several basic lending structures are used in Islamic financing, each of which describes particular partnerships between the bank and the customer:*

- **Murabaha**—*the most widely used Islamic financial product—is often used in international trade in place of letters of credit. In this arrangement, the bank purchases goods and resells them to the borrower at a higher price. The borrower might pay for the goods in a lump sum or installments.*

- **Mudaraba**, *or "speculation in partnership," involves bank financing of an entire investment project in return for a share of the profits. The client contributes management, labor, and technical skill. Such financing resembles the raising of venture capital in the West, although the borrower usually is well known to the Islamic bank, which may help lower the credit risk.*

[a] *The overriding principles of Islamic economics are justice and equity and the prohibition of anything exploitative or burdensome. In Islamic banking, interest is a guaranteed (riskless) return that is to be paid regardless of whether the borrower's venture is successful. Islamic law contends that interest payments should not be borne by unfortunate borrowers whose projects fail. A corollary offered by conventional bankers, on the other hand, is that highly successful borrowers face the prospect of paying Islamic banks far more in shared profits than they would to a conventional bank, which demands the payment of a usually lower, fixed return.* (U)

[b] *Despite the increase in the number of Islamic financial institutions operating worldwide, the Islamic banking sector represents a tiny slice of the international financial system. According to the financial press, the industry controls about $100 billion of assets—which is equivalent to roughly half of the total assets of Citibank NA in New York.* (U)

CIA_000729

C05432020

### A Profile of Islamic Banking (U) (continued)

- **Al-Qard Al-Hasan** is a no-interest loan primarily for use in the initial phases of one of the above arrangements to help the borrower establish his operation. (U)

Depositors can earn returns from Islamic bank–financed projects by placing funds in participatory profit and loss accounts (PPLA). PPLAs are similar to Western mutual funds because returns may be positive or negative—depending on the profitability of the underlying investment projects. Other deposit accounts yield no return under Islamic law. Small savers who desired to adhere to Islamic principals initially were the major source of Islamic deposits, although wealthy individuals increasingly are using Islamic banks to manage their portfolios



Islamic banks have religious supervisory boards composed of clerics that oversee borrowing and lending activities. The board ensures that financial activities are in line with the shari'a by making certain that bank funds are not used to promote businesses such as those dealing in alcoholic beverages, gambling, pork production, and pornography. In addition, religious boards enforce prohibitions governing Islamic investment in businesses that earn income from interest-based debt instruments. Religious boards further ensure that the bank's balance sheet is liquid out of concern that depositors may demand their funds; Islamic banks cannot cover a run on deposits, as conventional banks can, by readily borrowing from other banks.[d] Finally, the boards ensure that banks pay zakat, a tax usually amounting to 2.5 percent of profits that is distributed to charities. (U)

[d] Islamic banks are cut off from conventional capital markets because of restrictions on interest, which has limited their investment opportunities. The problem has resulted in surplus liquidity in the industry because Islamic banks are unable to structure their investment portfolios over longer terms. (U)

CIA_000730

C05432020

---

*Profiles of Some Key Islamic Extremist Groups (U)*

**Al Gama'at al Islamiyya (IG)**
*An indigenous Egyptian Islamic extremist group active since the late 1970s, the IG seeks to overthrow the government of President Hosni Mubarak and replace it with an Islamic state. The IG has led armed attacks against Egyptian security and other government officials, Christians, and Egyptian opponents of Islamic extremism. Apparently, the IG has lost some of its leadership during the past several years. IG leader Tallat Fuad Kassem purportedly has not been seen since his arrest and extradition to Egypt in 1995. IG spiritual leader Sheikh Umar Abd Al-Rahman, also known as the Blind Sheikh, is in US prison for his role in conspiring to bomb the World Trade Center in New York.* ████

**Armed Islamic Group (GIA)**
*GIA began its violent activities nine months after Algiers voided the victory of the Islamic Salvation Front (FIS) in the December 1991 legislative elections. GIA members, who number several hundred to several thousand, seek to overthrow the secular Algerian regime and replace it with an Islamic state. GIA's terrorist campaign against foreigners living in Algeria began in September 1993 and has resulted in the killing of about 100 expatriates to date through assassinations, bombings, and slitting the throats of kidnap victims. (U)*

**Islamic Resistance Movement (HAMAS)**
*Formed in late 1987, HAMAS is an outgrowth of the Palestinian branch of the Muslim Brotherhood concentrated in the Gaza Strip and a few areas of the West Bank. Various elements of HAMAS have used both political and violent means—including terrorism—to pursue the goal of establishing an Islamic Palestinian state in place of Israel. HAMAS is loosely structured, with some elements working openly through mosques and social service institutions to recruit members, raise money, organize activities, and distribute propaganda.* ████ *HAMAS maintains maximum secrecy and discretion in moving funds to and from the occupied territory, using a diverse network of charities, educational organizations, money couriers, and Islamic and conventional financial institutions.* ████

**Islamic Salvation Front (FIS)**
*This Algerian Islamic fundamentalist movement was banned in March 1992 after winning the December 1991 elections. The official FIS leadership was imprisoned in Algeria, and many other officials went into exile throughout the Middle East and Europe following the regime crackdown on the movement. Since 1992, Algerian Government forces have made substantial progress against the military wing of the FIS, although some militant offshoots of the group continue to operate in Algeria and abroad. (U)*

**Jihad Group**
*Also known as Al-Jihad, Islamic Jihad, and Vanguards of Conquest, the Egyptian Islamic extremist group has been active since the 1970s. The various Jihad factions regard "Blind Sheikh" Umar Abd Al-Rahman as their spiritual leader. The goal of Al-Jihad is to replace the secular Egyptian Government with an Islamic state. It specializes in armed attacks against Egyptian Government officials, unlike the IG, which targets low-level security personnel, tourists, and Coptic Christians. (U)*

CIA_000731

C05432020



- The French press raised allegations in 1995 that ATMO finances Algeria's Islamic Salvation Front (FIS) and the Armed Islamic Group (AIG). ██████████████████████████████ .[5] In addition, the article identified Khaldoun Dia-Eddine as an ATMO employee who also represents the Swiss office of the Irish charity, Mercy International—an NGO that has supported the Bosnian Mujahaddin and Somalia's Al Ittihad Al Islamiyya, ██████████████[6]

- ██████████████████████
leaders of the outlawed Hisb al Tahrir al Islami (Islamic Liberation Party), an anti-Jordanian-Government group, are funded by donations from

[6] Khaldoun Dia-Eddine is secretary of the Islamic Community Center in the canton of Ticino in Switzerland, according to a Swiss business database. Ahmed Idriss Nasreddin and Ali Ghaleb Himmat are president and vice president, respectively, of the center. Dia-Eddine also operates Dia-Eddine & Company in Zug, Switzerland, according to Dunn & Bradstreet. ██████

ATMO and the Governments of Iran and Kuwait.



***Key Bank Officials.*** Bank President Youssef Nada is an Egyptian-born, naturalized Italian citizen who is an engineer by profession. Nada has a long history as a financial officer for the MB. ██████████████████████████████████ Nada was the top MB officer in Europe and was entrusted to invest MB funds under the cover of personal and business-related investments.

██████ Al Taqwa's president also heads Nada International Anstalt, in Vaduz, Liechtenstein, and Youssef M. Nada & Company GmbH, in Vienna. ██████████████████; these are apparently

CIA_000732

C05432020



affiliates in the Al Taqwa group.[8]

Ali Ghaleb Himmat—the senior officer of the bank—is a Tunisian national and long-time MB member, ████████████████████████ Like Nada, Himmat is also a naturalized Italian citizen and a director of Nada International Anstalt, in Vaduz. (S NF OC)

Wealthy international businessman Ahmed Idriss Nasreddin plays a key, though unspecified, role in the Al Taqwa Group. He is a prominent IG financial supporter ████████████████████████
████████████████████████

[9] ████████

[8] Corporate records of Nada International indicate that until 1983 Jamal Al Barzinji, Hisham Altalib, and Muhammad Shamma were directors of the Liechtenstein firm. Barzinji and Altalib currently are directors of a US affiliate of a Saudi charitable foundation. This US affiliate, based in Virginia, is headed by Saudi national Ahmed Totonji, who is a major financier of Islamic extremist organizations throughout Europe, ████████████████████
████████████████. Muhammad Shamma probably is identical to the senior HAMAS political leader████

[9] The Nasreddin family has extensive corporate and financial interests emanating from The Bahamas. Ahmed Idriss Nasreddin and his family control a worldwide network of companies engaged in commodities trading and real estate through The Bahama's-registered holding company, Nasreddin Group International. In addition, he probably established the Al Akida Islamic Bank, also registered in Nassau, ███████ ██

████████████████████████ advisers to the bank include Sheikh Youssef Al Qaradawi, a radical Islamic cleric based in Qatar, and Syrian MB member Abdul Fattah Abou Ghodda. Qaradawi is an exiled Egyptian national who purportedly supports closer ties to Egypt's IG. He has called publicly for the overthrow of the Mubarak government, ████████████████. He has had past contact with Gama'at spiritual leader Sheikh Umar Abd Al-Rahman—the "Blind Sheikh"—who was convicted of conspiracy in the World Trade Center bombing.[10] ████████████████████████ Qaradawi helped form the Omani Muslim Brotherhood (OMB) during the early 1980s, ████████████████████████
████████████████████████

Professor Khurshid Ahmad, a senator in the Pakistani legislature representing the Jamaat-i-Islami (Pakistan's MB), also may be affiliated with the bank. An expert in Islamic economics, Ahmad has personal and financial ties to Nasreddin. ████████████████

*Operations.* Bank Al Taqwa was incorporated in The Bahamas ████████████████████████
████████████████. The bank and its affiliates apparently operate on a secretive level, making little known about their specific financial dealings, ████████████
████████████████████████
████████████████████████
████████████████████████

[10] ████████████████ Qaradawi has gained increasing stature as an MB cleric and scholar throughout the Gulf region. ████████████████ in 1994, Saudi Arabia awarded Qaradawi the King Faisal International Prize for his research and writings on Islamic law, and, ████████████ Qaradawi has been a paid religious affairs adviser to Qatari Emir Khalifa bin Hamad al-Thani for several years.

6

CIA_000733

C05432020

Although Bank Al Taqwa's capital clearly was provided from MB coffers, ██████████ ██████████████████████. The French press reported in 1995, for example, that the Saudi-owned Dallah Al Baraka Islamic banking group was a part owner of the bank.

██████████ US press reports cite the existence of a branch of the bank in Algeria; ████████

██████████ Finally, the Turkish press reported in 1990 that Turkish Refah Party hardliners Oguhzan Asilturk and Recai Kutan were among seven founders of the bank.[11]

### Dubai Islamic Bank

Dubai Islamic Bank (DIB) is a financial conduit for Usama Bin Ladin's Islamic Army and HAMAS, ██████████ ties of the bank and its directors to several NGOs that

[11] Asilturk is a key adviser to recently ousted Turkish Prime Minister Necmettin Erbakan, and Kutan was his Minister of Energy and Natural Resources. The allegations of Turkish Refah Party capitalization of Bank Al Taqwa may have some merit, given longstanding ties of Refah's leadership to the MB.

*Figure 1. Dubai Islamic Bank Chairman Saeed Ahmed Lootah, friend and banker to terrorist financier Usama Bin Ladin, also has ties to several charities that support HAMAS, the Bosnian Mujahaddin, and Muslim Brotherhood causes worldwide. The photograph is taken from the 1994 Albaraka Islamic Investment Bank B.S.C. Annual Report.*

allegedly remit funds to HAMAS and militant Afghani and Bosnian extremist groups. Saeed Ahmed Lootah, DIB's chairman (see figure 1), is anti-Western—ascribing to various conspiracy theories regarding the intentions of the United States and other Western countries to control the Islamic world ████ ██████████ He also is known for deep religious conservatism and strong support—financial and otherwise—for Islamic political causes. ████████

██████████ Lootah (see figure 2) also has ties to Bank Al Taqwa adviser Sheikh Youssef Al Qaradawi, Usama Bin Ladin, and NIF leader Turabi. His religious conservatism apparently extends to DIB's personnel policy; bank employees are forbidden to be involved in outside business activities, nor are they to associate with non-Muslims, ██████████ ██████████. The Lootah family lives in the isolated community of Medinat Al Lootah, located outside Dubai and the "corrupting influences of the city," ████████

7

CIA_000734

C05432020



*Figure 2. Chairman Lootah (center) hosts Bank Al Taqwa adviser and radical Qatar-based Muslim Brotherhood member Sheikh Youssef Al Qaradawi (right) and Egyptian journalist Fahmi Howaidy at Dubai Islamic Bank headquarters sometime in 1995. Qaradawi also is a significant backer of Oman's Muslim Brotherhood. Howaidy is a well-respected columnist for several Egyptian and Gulf newspapers.*

████ *The photograph is taken from the 1995 Dubai Islamic Bank Annual Report.* ████



**Financial Links to Usama Bin Ladin and the Islamic Army.** ████████████████ Lootah is a close friend and business associate of Usama Bin Ladin's, head of the Islamic Army—a pan-Islamic militant group established during the Afghan war (see inset). Its goal is to bring about the return of the Caliphate—the office held by a successor to the prophet Muhammad who serves as the spiritual leader of Islam. ████████████ that Bin Ladin's Sudan-based companies are customers of DIB.[12]

Lootah and DIB have alleged ties to other Dubai-based individuals and firms that maintain financial links to Bin Ladin:

- Hisham Ihsan Koprulu, the General Manager of Koprulu Trading Company in Dubai, is a DIB customer who has had regular business and financial dealings with Bin Ladin, his Al-Hijra company, and Islamic Army members. ████████



[12] Until around 1996, Bin Ladin controlled some 20 companies in Sudan that are registered in the names of trusted Islamic Army members ████████████ He was to have sold the firms in 1996 when he departed Sudan, ultimately for Afghanistan. Although some have been liquidated or are winding down operations, Bin Ladin purportedly retains control of others. ████

CIA_000735

C05432020

### Terrorist Financier Usama Bin Ladin: Background and Islamic Financial Ties (U)

Saudi exile Usama bin Muhammad bin Awad Bin Ladin is arguably one of the most significant financial sponsors of Islamic extremists in the world today. One of 24 sons of Saudi construction magnate Muhammad Bin Ladin—founder of the Kingdom's Bin Ladin Group business empire—Usama joined the Afghan resistance movement almost immediately after the December 1979 Soviet invasion of Afghanistan. He gained prominence during the Afghan war for his role in financing the recruitment, transportation, and training of Arab nationals who volunteered to fight alongside the Afghan Mujahaddin. By 1985, Bin Ladin had drawn on his family's wealth and donations from sympathetic Gulf merchants to organize the Islamic Army, or al-Qaida, to fight in Afghanistan. His experiences there cemented his dedication to militant Islamic causes. Bin Ladin relocated to Sudan in 1991, where he was welcomed by ruling National Islamic Front (NIF) leader Hasan al-Turabi. During his five-year stay in Sudan, Bin Ladin had a close association with Sudan's Islamic banks:



Usama Bin Ladin (U)

- Bin Ladin provided $50 million toward the capital of Al Shamal Islamic Bank, according to press reports.

- Bin Ladin possibly owned a third each of the Animal Resources Bank (ARB) and the Farmers Bank for Investment & Rural Development, ███████ ARB helps facilitate the flow of funds to various Islamic groups in Sudan from abroad.

- Bin Ladin's companies and the Islamic Army conducted substantial business through Albaraka Bank (Sudan), Al Shamal Islamic Bank, Faisal Islamic Bank of Sudan (FIBS), and Tadamon Islamic Bank.

The late Salim Bin Ladin, Usama's half-brother, was among the original investors in FIBS ███████, and half-brother Haydar

Mohamed Bin Ladin is a director of the Dar Al Maal Al Islami Group (DMI).

Bin Ladin's choice of financial institutions in Sudan and abroad probably is based on personal contacts at the banks and security concerns. NIF cadre dominate bank boards and the top management positions at the Islamic banks in Sudan and probably are business associates or sympathizers to Bin Ladin's cause.

His use of Dubai Islamic Bank probably stems from his purported friendship with DIB Chairman Lootah:

- Because Islamic institutions are limited in number and have little or no presence in many developed countries, Bin Ladin purportedly is forced to maintain accounts at conventional banks throughout the world. ███████ to adhere to Islamic principals, a fatwa (religious opinion) was issued to allow Bin Ladin to keep funds in non-Islamic banks. ███████ Bin Ladin donates any interest he earns on these accounts to charitable causes. ███

CIA_000736

C05432020

*Financial Links to Oman's Muslim Brotherhood.* Lootah was one of the principal financial supporters of the Omani Muslim Brotherhood (OMB) as of late 1994, [REDACTED]. He purportedly aided Hamid Al Ghazali—a leader of a group of Islamic extremists in Oman—who controlled and directed the OMB's sizable portfolio of investments at that time. In addition to DIB, an important repository for OMB investments was Abrar Investments in the United States. [REDACTED]

[REDACTED] Muscat arrested hundreds of OMB members in 1994 for plotting to overthrow the government. [REDACTED]

*Ties to Radical NGOs.* DIB and Lootah have connections to several Islamic NGOs that purportedly fund militant causes. A principal connection probably is through DIB board member Sheikh Yousif Jassim Al Haji—an important leader in Kuwait's extensive network of private charities. Al Haji is chairman of the Kuwait-based International Islamic Charities Organization (IICO), an NGO that oversees 150 member organizations worldwide. [REDACTED], the IICO was established in 1986 as a cover entity for the safe and efficient management of

MB finances [REDACTED] [15] [REDACTED] the IICO sends funds [REDACTED] to the Peshawar, Pakistan-based Maktab-ul Khedamat, an NGO that coordinates activities of militant Afghanis and supports the Bosnian Mujahaddin.[16] In addition, Al Haji is an executive board member of the Khartoum-based Islamic Dawa Organization (IDO)—which is, [REDACTED] an NGO controlled by the NIF. Al Haji's position as DIB director suggests that some of the Kuwati ownership in DIB is held by IICO and that some of DIB's annual *zakat* payments (charitable donations) are channeled to the IICO and IDO. In addition:

---

[13] Abrar was established in the United States in 1990 by Malaysian national Wan Muhamad Hasni Wan Sulaiman and has grown into one of the largest Islamic investment vehicles in the world, [REDACTED]. Its holding company, Abrar Group International, was subsequently established in Kuala Lampur in 1992. (U)

[15] In April 1995, according to Kuwaiti press reports, Egyptian terrorist Ashraf Abdul-Halim Abdul Gaffar attended three days of meetings held by the IICO General Assembly. Gaffar reportedly kept a low profile; it is not clear how he entered Kuwait or why he attended the meetings. [REDACTED]

[16] Maktab-ul Khedamat (MK) was established in 1985 in Pakistan by a member of the Jordanian MB. It serves as a coordinating organization for the Mujahaddin in Afghanistan and Pakistan and, despite its involvement in legitimate charitable activities, its primary aim is the prosecution of *jihad* (holy war) against those who oppress Muslims. Employees of MK have been implicated in several terrorist incidents, including the World Trade Center bombing.

CIA_000737

C05432020



*Figure 3. The banks owned by Dar Al Maal Al Islami Chairman Prince Muhammad Al Faisal Al Saud provide significant financial support for the Egyptian Muslim Brotherhood, Sudan's National Islamic Front, and Turkey's Refah Party. The photograph is taken from the 1994 Faysal Islamic Bank of Bahrain Annual Report. (S NF)*

• ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Lootah actively participates in the UAE-based Jama'iyah Al-Islah Ad-Diny (Association for Religious Reform), which collects donations throughout the UAE to support MB causes worldwide. ▮▮▮▮▮▮▮▮▮▮▮

### Dar Al Maal Al Islami Group

Registered in Nassau in 1981 and administered from Geneva, Dar Al Maal Al Islami (DMI)—the House of Islamic Funds—is the holding company for roughly a dozen Islamic bank subsidiaries. ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ DMI acts as a financial conduit for various Islamic extremist groups, MB factions, and Islamic political parties ▮ DMI has strong financial links to Sudan's NIF, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. NIF leader Hasan al-Turabi, a onetime member of DMI's board of directors, is a personal friend of DMI Chairman and founder Prince Muhammad Al Faisal Al Saud—a Saudi royal family member (see figure 3) who has provided the NIF significant funding, ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Turabi has attended DMI shareholder meetings with Prince Muhammad in Geneva. According to bank directories and annual reports, other members of DMI's board of directors include:

• Radical Qatar-based cleric and Bank Al Taqwa adviser Sheikh Youssef Al Qaradawi, who is on DMI's religious supervisory board.

• Saudi businessman Abdullah Othman Abdurrahman Al-Hussaini, President of the Saudi-based Al-Waqf Al-Islami Foundation. ▮▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮▮▮▮ Al-Waqf Al-Islami is a charity that supports Egypt's IG. Through its Dutch office, the NGO is affiliated with Rachid Nafih, an IG-linked religious leader in the Netherlands. ▮▮▮▮▮▮▮

CIA_000738

C05432020

board of directors, according to bank directories.

in the DMI network promote fundamentalist movements by financing Islamic businesses and charities through the various Faisal Islamic Banks. the DMI network is a financial conduit for the Afghan Mujahaddin, Algeria's FIS, Tunisia's banned An Nahda movement, and extremists operating in Egypt, Morocco, and the United States.

*Faisal Islamic Bank of Sudan (FIBS).* This DMI subsidiary stands out as a financial and logistic hub for the NIF and apparently is under its virtual control. At least six FIBS directors and shareholders are top-level NIF members or financial backers of the government:

- London-based FIBS director and shareholder El Nur Zarroug has been described as one of the top financial supporters of the NIF in Europe,

El Tayeb Mohamed El Nous, and Hashim Hago—all FIBS shareholders—are among key NIF financial supporters.

- Religious Supervisor Ahmed Mahjoub Haj Nour is among the most radical members of the NIF,

FIBS branches are used regularly to channel financial support, obtained largely from the Gulf states, to the NIF.

- FIBS is closely affiliated with several NIF-controlled charities, such as the Sudanese chapter of the IDO, which provides financial and political support for subversive Islamic causes. key individual contributors to the IDO have included Prince Muhammad and Dallah Al Baraka Chairman Sheikh Saleh Kamel, both of whom supported the NIF in taking control of the organization.[19] The IDO generates revenue from

[19] the IDO's 60-member executive board is a virtual who's who of Islamic bank and NGO directors. Sudanese nationals—composing the bulk of the IDO board—are NIF cadre; foreign members have strong ties to the NIF or have been otherwise described as among the most militant members of the MB. Top Islamic bank managers on the IDO executive committee include IDO National Committee President Eissa Mohamed al Khalifa, chairman of Bahrain Islamic Investment Company; Sheikh Abdul Rahman bin Abdulla al Mahmoud, chairman of Qatar Islamic Bank; Dr. Othman Abdul Wahab, chairman of Sudan's Al Shamal Islamic Bank and manager of the Islamic Insurance Company—an FIBS subsidiary firm; Sheikh Ahmed Sa'ad al Jaser, chairman of the International Investment Group in Kuwait; Ibrahim Khalifa Ali al Khalifa, a director of DMI and Faisal Islamic Bank of Bahrain (FIBB); Ahmed Salah Jamjoom, a director of FIBB and FIBS; Sheikh Yousif Jassim Al Haji, head of Kuwait's IICO and a director of DIB; Sheikh Youssef Al Qaradawi, an adviser to Al Taqwa Bank and religious supervisor of DMI, Faisal Islamic Bank of Egypt, Qatar International Islamic Bank, Kuwait's Majestic Global Investments, and Commerce MGI in Kuala Lampur; Dr. Salah Abu al Naja, general manager of Sudan's Tadamon Islamic Bank; Sheikh Abdul Basit Ali, a shareholder in Tadamon Islamic Bank; Mohamed Abduh Yamani, a director of the Dallah Al Baraka Group and various Al Baraka subsidiaries; Sheikh Mohamed Othman Khalifa, a manager of the Sudanese Islamic Bank; Dr. Abdulla Omer Nasif, secretary general of the Muslim World League (MWL) and an FIBS director; Amin Aqil Attas, MWL assistant general secretary and an FIBS director; Sheikh Muhamad Abdallah Al Dabbagh, head of the Qatar Charitable Society, a director of Qatar Islamic Bank, and the Qatar Islamic Insurance Company; and Saudi "businessman" Ahmed Totonji, a director of a US affiliate of a Saudi foundation and alleged financier of extremist organizations. In addition to accounts at five Islamic banks in Sudan, the IDO maintains one or more accounts at Bahrain Islamic Bank, Dubai Islamic Bank, the Islamic Investment Company of the Gulf in Manama, Kuwait Finance House, and Qatar Islamic Bank.

12

CIA_000739

C05432020

its commercial arm—the Danfodio Charitable Trust—a shareholder in FIBS and Sudan's Al Shamal Islamic Bank.

***Faisal Finance Institution (FFI).*** A DMI subsidiary based in Istanbul, FFI

Turkish national who is a close friend of DMI Chairman Prince Muhammad's, was on FFI's Executive Committee as of 1993, according to the 1993 Telerate Bank Directory and, is a founder of the Saudi-based Muslim World League (MWL).

***Faisal Islamic Bank of Egypt (FIBE).*** This DMI subsidiary has been affiliated with Egypt's MB since the mid-1980s,

FIBE general manager was senior MB member Ahmad Ali Kamal, who was a close friend of DMI and FIBE Chairman Prince Muhammad's and who was second-in-command of the MB's secret military wing during the 1950s. The chairman also was a close friend and business partner of senior

Egyptian MB member Tawfiq al Shawi—who became an adviser to DMI. Although the Egyptian MB operates as a political group and publicly opposes violence, Cairo has sought to deny it direct political power out of concern that it poses a threat to civil unrest. In May 1993, President Mubarak informed Saudi Arabia's King Fahd that violent Islamic groups in Egypt are financed through FIBE branches, according to press reports, although some of his concern probably stems from the secular government's anxiety over even Islamic groups that seek to advance through mainstream political and legal channels. Nevertheless,

FIBE may serve as a source of financial support for some of Egypt's less moderate Islamists. FIBE is one of the few entities still supporting radical Egyptian exile Salem Azzem—a onetime supporter of Egypt's Islamic Jihad and the Blind Sheikh. In addition:



- FIBE probably maintains accounts for the Ansar Al Sunna, a strict Islamic fundamentalist sect that, until recently, maintained close ties to Sudan's NIF.

- In 1991, the IG hung posters in Cairo and Alexandria calling for Egyptians to finance the Palestinian uprising in the occupied territory by depositing funds into specific FIBE accounts. In addition, Faten Mohamed Shoaeb, the wife of the "Blind Sheikh" Umar Abd Al-Rahman, maintained US dollar and sterling accounts at FIBE purportedly to support the Jihad Organization.

13

CIA_000740

C05432020



*Faysal Islamic Bank of Bahrain (FIBB).* This DMI subsidiary maintains a branch in Lahore, Pakistan,



*Figure 4. Subsidiaries under the control of Dallah Al Baraka Chairman Sheikh Saleh Abdullah Kamel profit and serve as financial conduits for the Jordanian Muslim Brotherhood, Sudan's National Islamic Front, and Turkey's Refah Party.*

*The photograph is taken from the 1994 Al Baraka Bank Bangladesh LTD Annual Report.*

## Dallah Al Baraka Group

A few banking subsidiaries of Sheikh Saleh Abdullah Kamel's $4.5 billion Al Baraka Investment & Development Company in Jeddah—generally known as the Dallah Al Baraka Group—have links to Islamic extremists (see figure 4).             , Albaraka Bank (Sudan) is another NIF-controlled financial institution whose board of directors once included NIF leader Hasan al-Turabi and currently includes several high-ranking NIF members; Dallah Al Baraka Chairman Kamel has been a key financier of the NIF. In addition,
branches of Albaraka Bank (Sudan)—especially the Al-Burg branch—have been used by firms owned by Usama Bin Ladin and members of his Islamic Army             Bin Ladin maintained an account at Albaraka Bank (Sudan) in his own name
the Al-Burg branch is a base of operation for the Al Ikhlas International Company—a firm that operates as a front for Bin Ladin's money:

- the NIF finances Islamic groups in Djibouti through accounts with Banque Albaraka

Djibouti, as well as through three other banks operating locally. The NIF uses Djibouti as a base to recruit students for military training in Sudan and to support security forces in Ethiopia and Somalia; NIF cadre work with hardline Islamic fundamentalists employed by the Saudi International Islamic Relief Organization.              Islamic deposits are tightly controlled at Banque Albaraka Djibouti, and the bank will accept deposits only if a name is accompanying the money; otherwise, the deposit will be returned to the remitter.              Albaraka would prefer not to handle individual Islamic deposits because of the money's potential links to terrorists.              Banque Albaraka Djibouti purposely created administrative problems for the Sudanese Embassy in March 1994 that forced the NIF to use another bank.

Al Baraka director Mohammad Abduh Yamani (see figure 5)—a former Saudi Minister of Information and Kamel's brother-in-law—apparently has close ties to the NIF as evidenced by his membership on the executive board of Sudan's IDO,

CIA_000741

C05432020



*Figure 5. Mohamed Abduh Yamani, former Saudi Minister of Information and Sheikh Kamel's brother-in-law, is a director of several Dallah Al Baraka subsidiaries. Yamani is on the executive board of the NIF-controlled Islamic Dawa Organization* ████

████ *The photograph is taken from the 1994 Albaraka Islamic Investment Bank B.S.C. Annual Report* ██▬██



**Beit Al Mal Al Philistini.** Sheikh Kamel is a founder and financial backer of Beit Al Mal Al Philistini (Palestinian Treasury) in Ramallah on the West Bank ████



Several financial organizations named "beit al mal" (treasury) operate worldwide. ████

████ In addition, Bait Al-Mal Al-Islam is registered in London as a religious trust. ████ ████ Bait Al-Mal Al-Islam is a repository for funds for the London-based Muslim Institute, an anti-West, pan-Islamic political movement established by the late Kalim Siddiqui. Virulently pro-Iranian, Siddiqui fully supported Tehran's *fatwa* against Salman Rushdie and traveled extensively to Iran, according to press reports. A 1996 report from the US Embassy in Pretoria alleges that Siddiqui's institute was used to channel Iranian funds for extremist purposes.

---

[20] Al Baraka and Yamani have a potential commercial tie to the MB through ownership in a Malaysian firm. ████ Dallah Al Baraka owns roughly a third of the Joint Arab Malaysian Investment (JAMI) Company, an investment, holding, and trading company based in Kuala Lampur. Kamel controls another 4 percent of JAMI through the Jeddah-based Iqra Charitable Foundation, which he and Yamani established. Corporate records indicate that other JAMI investors include Fahad Suleiman al Rajhi (33 percent), a director of Al Rajhi Banking & Investment Company; the Virginia affiliate of a radical Saudi charitable foundation (14 percent); Saudi businessman Ibrahim al Afandi, who has been invited to the NIF-dominated Popular Arab and Islamic Conference in Khartoum; and Sheikhs Abdul Rahman bin Aqeel and Fouad al Khateeb, Saudi nationals who have been described as militant MB members ████

CIA_000742

C05432020

the Al Rajhi family and ARBIC documents their financial support for the Afghan Mujahaddin in Pakistan via humanitarian organizations. █████████ █████████████████ Suleiman Al Rajhi is the Kingdom's largest payer of *zakat* (charitable donations); he reportedly maintains a staff of 20 to manage his unpublicized charitable endeavors:

- ██████ 1997, ███████████████████ a "Sheikh Rajhi" deposited ████████ into ████████ bank accounts held by the director of Maktab-ul Khedamat (MK)[24] and another NGO

   ██████████████████████████████████ In addition, an unspecified member of the Al Rajhi family is charged with overseeing financial support to the Afghan Mujahaddin along with the IIRO Director in Kabul, ████████████████ ██████████

- In 1995, Islamic activist Sulayman Agbariyah admitted ████████████████ that he held shares in Beit Al Mal. Agbariyah is deputy mayor of Umm al Fahm, an Arab city in Israel bordering the West Bank, and involved in disbursing aid to Palestinians.

- ARBIC apparently has been a conduit for funding the Mujahaddin since the early 1990s. ████████

**Al Rajhi Banking & Investment Company**
Riyadh-based ARBIC, with some $8.6 billion in assets—is 80-percent owned by the secretive and religiously ultraconservative Al Rajhi family, ████████ ██████████████████████ The most compelling information on Islamic extremist links to

Al Rajhi financial support for several other Saudi NGOs that purportedly divert funds to Islamic extremists:

[24] See footnote 16. (U)

16

CIA_000743

C05432020



...the Al Rajhis were routinely contacted by officials of the World Assembly of Muslim Youth (WAMY)—a Saudi NGO whose personnel often pursue an extremist agenda, ███████████████████ WAMY officials have couriered private Saudi donations to Islamic groups in Afghanistan and Bosnia. In some cases, WAMY puts foreigners requesting aid in direct contact with Saudi donors who are looking for worthwhile Islamic causes; WAMY sometimes will broker requests with potential donors if the NGO has an ideological interest.

███████████████ Al Rajhi financial ties to Islamists is inconclusive.



• The use of ARBIC by extremists in some of these cases probably denotes convenience rather than Al Rajhi family involvement in financing radical groups. The bank's dominance of the foreign remittance business, coupled with strong financial links to Africa and the Asian subcontinent, probably make ARBIC the only choice for transferring funds to some regions. ████████████████ for example, that ARBIC was the only bank in the Kingdom authorized to remit funds to banks in Jordan and the West Bank and, therefore, was a primary conduit for funds transfers by Palestinians.

The Saudi Government undoubtedly is aware of Al Rajhi's role in providing support to Muslim groups and probably even sanctions some of the support.[25]

[25] Saudi Arabia, as well as other Gulf states, has long been a source of financial support for Islamic causes; at least some of these funds are diverted to militants and terrorists. Riyadh provides official funding to various groups to promote Sunni Islam and to counter regional Iranian influence; other funding emanates from semiofficial charities, such as the Muslim World League and IIRO, and from private donations that are often difficult to track. Funds collected from individuals are often made in cash and disguised as religious offerings; NGO funds, on the other hand, are usually diverted by unregulated offices located abroad. The difficulty of supervising overseas operations offers Riyadh a plausible defense when NGO links to radical groups are brought to light.

17

CIA_000744

C05432020

- Riyadh, on the other hand, apparently has attempted to stifle some funding of militant groups.

**Suspect Financial Activities at Other Islamic Banks**

A few other Islamic banks ⬛⬛⬛⬛⬛ as conduits for suspect Islamic NGOs and Islamic extremist groups, for example:

- *Arab Albanian Islamic Bank (AAIB),* established in 1994, is used by several humanitarian organizations that probably finance radical groups, including Sudan's Islamic African Relief Agency and Third-World Relief Agency; the Qatar Charitable Society; and the Saudi-based World Assembly of Muslim Youth, ⬛⬛⬛⬛⬛ the Saudi-based IIRO owns a stake in the bank.

⬛⬛⬛⬛⬛, AAIB has been financing the military and terrorist training of an Islamic group under the direction of the Bosnian Mujahaddin. The group plans to attack institutions in Kosovar if Serbian President Milosevic's reneges on promises of greater independence for the region.

- *Bahrain Islamic Bank (BIB)* is a key correspondent of Dubai Islamic Bank and Faisal Islamic Bank of Sudan; ⬛⬛⬛⬛⬛ As of early 1992, ⬛⬛⬛⬛⬛ BIB employed funda-mentalist members of the Islamic Association of Bahrain and used the bank for its financial dealings. The Islamic Association has no history of violence; however, its members tend to be affiliated with the MB and are anti-Western. ⬛⬛⬛⬛⬛ public addresses by senior Islamic Association members have adhered to the principle that any form of government that is not theocratic and Islamic must be impious and corrupt.

- *Qatar International Islamic Bank (QIIB)*  QIIB is one of the five Islamic financial institutions that radical Sheikh Youssef Al Qaradawi serves as religious supervisor.

- The *Islamic Bank of Yemen for Finance & Investment,* in Sanaa, established in June 1996, finances Yemen's radical Islamic Reform (Islah) Party; ⬛⬛⬛⬛⬛ Islah Party leader Abdul Majid al Zindani owns 1 percent of the bank and is a member of its board of directors. Despite the nominal

18

C05432020

shareholding, Zindani's place on the board raises concern over the integrity of the bank. Zindani has close ties to Iran, Sudan, and Usama Bin Ladin and has been involved in the training of Arab extremists, ███████ █████████████████ ██████████████ the bank helps provide Zindani an independent base of financial support and is critical to his success and influence. █ ██████████ 1996, Zindani hosted an international conference on Islamic banking in Sanaa that was attended in large part by MB members, ████████ ██████ █████ The most important recommendation made by the conference was that Islamic bank capital be directed to Sudan to help overcome the effects of economic sanctions. ███████ ██████████████████████████████ ██████████████████ The 20-percent foreign ownership in the Islamic Bank of Yemen is split among Dallah Al Baraka, the Islamic Development Bank, Jordan Islamic Bank for Finance & Investment, and Qatar Islamic Bank. ████████████

## Motivations for Using Islamic Banks  (U)

Drug traffickers and other criminals seek out financial institutions that they believe will turn a blind eye to their financial activities or become discreet partners in their dealings. Such banks often are located in offshore centers known for bank secrecy or in countries with weak regulation of the financial sector. ██████ ████████████████████████ Islamic militants similarly bank with financial institutions that provide assurance that their deposits and financial activities will not be scrutinized by government or enforcement authorities. Islamic banks in many countries apparently provide such confidence. In addition, these banks offer financial services that are in line with religious beliefs and, sometimes, significant financial support for local Islamic movements. ████████

### Financial Safehaven
Top management affiliations with the MB, HAMAS, and the NIF almost certainly help attract customers with similar backgrounds to Bank Al Taqwa, Dubai Islamic Bank, Beit Al Mal Al Philistini in the West Bank, and Islamic banks operating in Sudan. The overwhelming Islamic management and personnel in

### The Islamic Development Bank  (U)

*The Jeddah-based Islamic Development Bank (IDB) is an international financial institution whose purpose is to "foster the economic development and social progress of member countries and Muslim communities . . . in accordance with the principles of Islamic law," according to the 1995 IDB Annual Report. In its capacity as a development institution, the IDB functions much like the World Bank or International Monetary Fund. Its capital is provided by 48 member countries, all of whom must be members of the Organization of Islamic Conference. According to the annual report, Iran, Kuwait, Libya, Saudi Arabia, Turkey, and the UAE provided some 75 percent of the capital.* ████

*The IDB cooperates closely with privately owned Islamic banks, according to the annual report. For example, the Islamic Banks' Portfolio for Investment and Development is an independent fund set up by the IDB and 21 Islamic banks to channel excess liquidity of the Islamic financial sector into productive trade and investment opportunities. During 1995, the fund financed $300 million worth of projects throughout the Muslim world. In addition, the IDB has minority ownership stakes in nine Islamic banks,* ███████ ██████████████████ *(U)*

████████ *a few countries have leveled charges that the IDB has funded extremist organizations,* ████████ ████ *The Bank finances development projects in many regions engaged in conflict, such as Bosnia, Kashmir, and Lebanon, and some financial aid might be siphoned off by radicals, unwitting to the bank.* ███████ ████████, *IDB President Ahmed Mohammad Ali is a capable and principled administrator. Except for a two-year stint with the Muslim World League (MWL), Dr. Ali has been at the helm of the bank since it was established in 1975.* ███████████████████████████ *he had an unhappy tenure at MWL because he found it difficult to deal with fundamentalist clerics who dominated the high council.* ████

CIA_000746

C05432020

the banks probably helps assure Islamic activists and extremists that their financial affairs will not be scrutinized or their assets seized. Indeed, some of these banks may seek out questionable Islamic clientele *who wish to avoid scrutiny of their financial affairs.*

- DIB Chairman Lootah personally authorized, stamped, and signed some letters of credit opened by Bin Ladin's companies in Khartoum through DIB, It may be the case that Lootah routinely authorizes all letters of credit beyond a particular monetary value that require confirmation by DIB; however, Lootah's purported friendship with Bin Ladin suggests greater personal service for this customer.

- In early 1994, senior bank management at Al Shamal Islamic Bank in Khartoum implemented security procedures related to the accounts of Usama Bin Ladin in reaction to US press reports documenting Bin Ladin's role in terrorist activities. Al Shamal's management feared the bank's assets would be frozen if word leaked that it was an accessory in Bin Ladin's financial dealings. The new procedures required that Bin Ladin's banking with Al Shamal be handled only by top staff. By 1994, Al Shamal General Manager Hassan Satti had taken a personal interest in Bin Ladin's accounts and restricted access of Al Shamal's computer system to NIF members.

Islamic banks serve as a safehaven for the assets of Turkey's Islamic Refah Party.

low-level bank personnel may tend to "look the other way" when dealing with Islamic extremists groups and NGOs. a prospective employee's dedication to Islam often is essential to gaining employment at an Islamic financial institution. Indeed, Islamic banks prohibit the hiring of non-Muslims except for executive positions requiring specialized banking experience; such positions probably require minimal direct dealings with customers or individual accounts.

- According to Middle East press reports from early 1995, the Saudi Government arrested some 250 Sudanese in an effort to ferret out individuals linked to extremist networks. The article noted that most were employed by relief agencies and Islamic financial institutions specializing in insurance and banking.

A general lack of regulatory control over Islamic banks may lend additional confidence to Islamic extremists that their financial dealings will not be scrutinized by government authorities. Although bank oversight of financial institutions in many Muslim states is often lacking compared to those in the West, Islamic banks historically have fallen under even less local regulatory control than their conventional counterparts because of the types of financial products they market. Islamic bank deposits are similar to mutual funds, where depositors knowingly face the risk of losses; thus, central banks do not have to guarantee their safety and, in turn, make more cursory

20

CIA_000747

C05432020

inspections.[27] In addition, bank regulators have been better grounded in ascertaining the creditworthiness of borrowers and interest-rate risk at conventional banks rather than the soundness of various Islamic bank partnerships covering numerous types of goods or businesses. As a result, central banks in most countries have not yet compiled a uniform set of standards for Islamic institutions. A banker in Turkey once complained ▮▮▮▮▮▮▮▮ that he might have the Ministry of Finance, Central Bank, or Treasury arrive at his bank at any time but that Islamic banks are not subject to these intrusions and controls.[28] ▮▮▮

## Ability To Bank in Accordance With Religious Beliefs

Islamic extremist groups are certainly attracted to Islamic banks because the institutions offer the ability to bank in accordance with religious beliefs. ▮▮▮▮▮▮▮▮▮▮▮▮, since the mid-1980s, Muslim clerics and MB officials throughout the Middle East increasingly have called on Muslims to use Islamic banks at the expense of interest-based financial institutions. Several years before his imprisonment in late 1994, for example, radical Saudi cleric Salman al Awdah preached that the Al Rajhi Banking & Investment Company was the only financial institution in Saudi Arabia that followed Islamic guidelines and, therefore, the only bank worthy of Muslim deposits. ▮▮▮▮▮▮▮▮ the sermon was distributed throughout the country on tape, and the Al Rajhi family subsequently became a major financial supporter of

Awdah. In early 1997, Russia's press reported that Islamic political candidates in Chechnya advocated the transformation of the republic into a state whose laws were in accordance with Islamic tenets. In this vein, former Information Minister Movladi Udugov called for the creation of an Islamic bank and the prohibition of interest payments. ▮▮▮▮

## Profit Sharing and Financing

▮▮▮▮▮▮▮▮▮▮▮▮ Islamic institutions in some countries have turned over bank profits to Islamic political parties and benefited the Islamic political and economic sectors with loans and employment, sometimes at the expense of non-Islamic groups:

- Islamic banks in Sudan have been among the most important businesses financially supporting the NIF, its charities, and businesses. ▮▮▮▮▮ ▮▮▮▮ Faisal Islamic Bank of Sudan (FIBS), Albaraka Bank (Sudan), Tadamon Islamic Bank, the Islamic Bank of Western Sudan, Al Shamal Islamic Bank, and the Sudanese Islamic Bank routinely remit a portion of their profits to the ruling party. The banks also bring hard currency into the country because bank capital provided by foreign shareholders has usually been paid in US dollars, although Sudanese nationals purchase shares in local currency. In forging a symbiotic relationship with the NIF, FIBS and Albaraka were used to help influence the election outcome in favor of the NIF by suspending loans to local businesses until after the election, ▮▮▮▮▮▮▮▮▮▮ The suspension served to maintain reserves at the banks for the NIF's use in buying votes as well as signaling to local businesses that they should support the party if they expect to receive loans from the banks in the future. In return, the NIF manipulated Islamic banking laws to enable Islamic banks to acquire sizable cash reserves and gain advantages over non-Islamic competitors.

- The subsidiaries of Dallah Al Baraka, Dar Al Maal Al Islami, and the Kuwait Finance House have been sources of financial support and employment opportunities for the Refah Party and rival Islamic political parties in Turkey, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮

[27] Nevertheless, the degree of oversight varies across countries. Bank regulators in Egypt, for example, pay close attention to the financial dealings of Islamic banks. In addition to believing that they serve as financial havens for terrorist groups, Cairo saw its financial system jolted by the failure of several large Islamic investment companies in the late 1980s. The firms operated essentially as pyramid schemes—luring deposits with the promise of high returns and paying existing depositors with new funds. Egyptian press reports from that time indicate that customers were doubly appalled when the companies failed because they not only lost their savings but also were exploited by con men willing to sink low enough to use Islam as part of their fraud. Although deposits in Islamic banks potentially face the risk of loss, regulators generally contend that they would not let Islamic institutions in their countries fail, according to the financial press. ▮▮▮
[28] The lack of regulation may have its drawbacks. Press reports from 1996 indicate that Moody's assigned the balance sheet of Kuwait Finance House a low rating on the basis that it operates as an investment company under the more lenient auspices of the Commerce and Industry Ministry, rather than under the rigid regulations imposed by Kuwait's Central Bank. (U)

CIA_000748

C05432020

- Faisal Islamic Bank of Egypt and the Islamic International Bank for Investment & Development are run by and profit the Egyptian MB



## Common Ownership and Management of Islamic Financial Institutions (U)

Ownership and top management of Islamic banks are close-knit, with capital essentially provided from a relatively small population of wealthy, religious individuals in Gulf countries. About 60 of the 130 financial institutions examined are subsidiaries of the Dallah Al Baraka and Dar Al Maal Al Islami (DMI) banking groups, and some 25 others are joint ventures between two or more Islamic banks.[29] Cross ownership, in turn, has created interlocking executive boards and managerial teams that share personnel from other banks. While some interbank ownership is common among Western banks, shareholdings in the Islamic financial sector appear to be more concentrated, relative to its size, probably for a couple of reasons:

- Islamic finance remains in its infancy compared to the centuries-old interest-based banking system and, despite growing numbers of Islamic financial institutions, only a small core of wealthy individuals, Islamic holding companies, or conventional banks are willing to risk capital in the Islamic financial arena.

- The *shari'a* (Islamic law) prohibits many financial arrangements that can be undertaken with conventional banks; therefore, Islamic banks usually look to each other when seeking investors for new ventures.

[29] This figure is probably higher because many of these banks provide little detail on minority shareholders. The lack of detailed reporting on ownership is common among Islamic and conventional banks in the Middle East. (U)

Cross ownership and management of Islamic financial institutions possibly results in some degree of influence over bank policy with regard to dealings with extremist groups. ████████ several Islamic bank directors identifiable with the Muslim Brotherhood raise concern over their influence in more benign institutions:

- Dubai Islamic Bank (DIB) Chairman Saeed Ahmed Lootah is a Director of Albaraka Islamic Investment Bank in Bahrain, Bahrain Islamic Bank, Bahrain Islamic Investment Company, and Islami Bank Bangladesh, according to various annual reports. Lootah also may wield influence through DIB's shareholding in Al Baraka Turkish Finance House and Tadamon Islamic Bank.

- Bank Al Taqwa adviser Sheikh Youssef Al Qaradawi is a director of Faisal Islamic Bank of Egypt and serves as religious supervisor of Dar Al Maal Al Islami. Qaradawi also is chairman of the religious supervisory boards of Commerce MGI in Kuala Lampur, Majestic Global Investments in Kuwait, and Qatar International Islamic Bank.

- DMI shareholder and director Ahmed Salah Jamjoom is on the boards of three DMI subsidiaries, including the chairmanship at Faisal Bank Limited, in Lahore, Pakistan. Jamjoom also is a director of Islami Bank Bangladesh, although he does not represent DMI in this position. The Jamjoom family is a financial supporter of the NIF, ████████ ████████, and Ahmed Salah Jamjoom is on the executive board of Sudan's Islamic Dawa Organization (IDO), ████████. ████████ extensive commercial ties between Jamjoom's Jeddah-based firms and the Danfodio Charitable Trust—the commercial arm of the IDO and a shareholder in Faisal Islamic Bank of Sudan. Jamjoom's vehicle company has even established a joint venture with Danfodio.

CIA_000749

C05432020



23

CIA_000750

C05432020

## Islamic Financial Systems Worldwide: No Interest? (U)

Since the mid-1980s, Iran, Malaysia, Pakistan, and Sudan have implemented Islamic financial systems in which interest generally has been abolished in favor of profit-sharing financial arrangements between banks and customers. Each country has had different experiences in establishing its own system, and, of particular interest, none of the countries have completely abandoned "usury."

At the direction of the late Ayatollah Ruhollah Khomeini, Iran's parliament passed Islamic banking laws in 1983, and the country's banks fully converted to an Islamic financial system in March 1984. Domestically, Iranian banks engage only in interest-free financial arrangements. The Iranian Government also finances its public debt on an interest-free basis through borrowings from commercial banks. Foreign branches of Iranian banks, however, have remained on an interest-based system. Iranian religious leaders who helped transform Iran into an Islamic economy also held pragmatic views on the country's need to conduct dealings with Western banks. The transition to Islamic banking in Iran met stiff resistance, even though all 10 of Iran's commercial banks had been nationalized since the 1979 revolution.

Pakistan converted to an Islamic financial system in mid-1985 after completing a detailed study initiated in 1979 by the Council of Islamic Ideology (CII). According to the Encyclopedia of Islamic Banking & Insurance, the study "suggested an alternative mechanism for domestic commercial banking transactions with the realization that a complete elimination of interest from international trade transactions cannot be achieved by the lone efforts of a single country." Pakistani banks and branches of foreign banks operating in Pakistan are required to apply profit- and loss-sharing arrangements to domestic deposit-taking and lending. As with Iran, however, Islamisation does not apply to foreign branches of Pakistani banks. In addition, the CII did not tackle the problem of public debt; Islamabad still pays interest on public borrowings. In recent years, an important issue emerged with the Federal Islamic (Shari'at) Court's 1994 ruling that payments of interest on foreign debt could be deemed un-Islamic and, therefore, unlawful. The judgment has yet to be seriously challenged, however, and probably will be swept under the rug for a considerable period of time. The financial sector's transformation to Islamic banking did not cause the upheaval that some exp          ough there were       e    mps d.          the   overnment had to protect the banks from de ault on existing loans from borrowers who claimed the interest-based loans were un-Islamic under the new system.

C05432020

*Islamic Financial Systems Worldwide: No Interest?* (U) (continued)

In mid-1990, **Sudan's** National Islamic Front (NIF) revised the country's banking act to eliminate all articles related to interest, appoint a religious board to supervise the central bank, and instruct each financial institution to appoint its own religious board to ensure compliance with the shari'a (Islamic law). At that time, five Islamic banks—most of which were established with Gulf capital—already were in operation, along with approximately 15 conventional banks that had the shari'a imposed upon them. ███████ ███████████████████████████early on in Sudan's conversion to Islamic banking, conventional banks merely replaced the term "interest" with "profit" to placate the NIF. ███████████████████████ all banks in Sudan must follow the precepts of the shari'a when conducting financial transactions; ████ █████████████ the Encyclopedia of Islamic Banking & Insurance, indicate that the country still operates a dual system with Islamic banks operating alongside conventional banks. Those banks in Sudan truly operating with Islamic charters are among the country's most important financial institutions, ████████████████████████████ and are looked upon most favorably by the NIF. ████ the mismanagement of the banks at the hands of the NIF, however, raises questions over whether good favor under NIF control translates into good financial performance. ████

Since 1983, **Malaysia** has fostered the development of an Islamic banking system to serve its 8 million Muslims. Until the early 1990s, however, the industry remained a relatively small part of the financial system and was dominated by Bank Islam Malaysia Bhd, which remains the country's only true Islamic bank. At the direction of Prime Minister Mahathir bin Mohamad and Deputy Prime Minister Anwar

Ibrahim, the government has become determined to make Malaysia the center of Islamic finance in Asia. Beginning in March 1993 other financial institutions were permitted—and encouraged—to offer Islamic banking services through their existing branches. At present, 23 trading banks and 19 other financial institutions offer 25 types of products in compliance with the shari'a, along with conventional, interest-based banking services, according to Malaysian press reports. ████████████████████ ████ Malaysia was first to establish an Islamic interbank money market and check-clearing system. In 1996 it launched an Islamic index comprising the shares of 180 Malaysian companies whose core businesses are acceptable to Islamic principles. Malaysia ultimately hopes to develop a thriving Islamic capital market that all financial experts agree is necessary for the industry to expand and invest its excess liquidity. ████████████████████████████ Islamic banking is a serious effort but, at the same time, is a tool being used to strengthen Mahathir's Islamic credentials. In addition, Mahathir and Ibrahim are pragmatic leaders who would not allow these institutions to usurp Western-oriented business practices or threaten Malaysia's attractive international investment climate. Because Malaysia's banks are allowed to offer both Islamic and conventional financial services, its version of an Islamic financial system clearly is the most liberal. According to the financial press, some Islamic economists based in Pakistan, India, and the Middle East have stated that Malaysia has not implemented a true Islamic financial system and claim that its parallel, interest-based system is heretical. ████████

25

CIA_000752

C05432020



*Although Gulf states acknowledge the problem of financial support to extremist groups via Islamic banks, they probably will do little to tackle the problem in the near term:*

• Gulf states are not likely to scrutinize the financial activities of powerful and wealthy merchants and royal family members owning shares in Islamic banks and holding director positions on their boards.

*The proliferation of nonbank Islamic financial institutions creates additional regulatory problems:*

• Islamic trusts—which might be established as religious foundations, cultural endowments, or charitable organizations—operate in Europe and North America, where regulatory authorities largely prohibit Islamic bank operations.

*The expanding network of Islamic banks into new regions of the world creates additional avenues for channeling funds to foreign extremist groups.*

26

CIA_000753

C05432020



*Reverse Blank*

27

CIA_000754

C05432020

### Appendix

### Islamic Financial Institutions
### Worldwide (U)

29

*Reverse Blank*

CIA_000755

C05432020

## Appendix

### Islamic Financial Institutions Worldwide (U)

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Albania | Arab Albanian Islamic Bank, Tirana, 1994; Domestic Branches: 1; Paid-in Capital: $20 million (12/31/94) | | National Commercial Bank of Albania (40), Arab Islamic Bank, Manama (20), Islamic Development Bank, Jeddah (15), Dallah Al Baraka Group (10); The remaining 15 percent is owned by Saudi shareholders, probably to include Dar Al Maal Al Islami, the International Islamic Relief Organization, Al Madina Al Munawwara Company for Commercial Investment & Development, Sayyid Hisham Ali Hafiz, Hamed H. Mutahbagani, Sulaiman Al Khutaigi, Adnan H. Bughary | Directors: Sulaiman Abdullah Al-Kherciji (C), Suzana Panariti, Osama Bin Haraib Management: Dr. El Gharib Nasser (GM), Ekrem Kastrati (VP) | [redacted] a [redacted] account at the bank under the cover [redacted] main, an NGO banned in Saudi Arabia. Other IG-linked businesses also use the bank. Suspect NGOs--the Islamic African Relief Agency, Third World Relief Agency, Qatar Charitable Society, and the World Assembly of Muslim Youth--maintain accounts with AAIB. GM Nasser may now head the Yemen Islamic Bank for Finance and Development, a conduit for Yemen's radical Al Islah party. [redacted] the bank finances the t[redacted] s of an anti-Serbian Islamic group under the direction of the Bosnian Mujahiddin. | Shareholder Mutahbagani is a director of Arab Islamic Bank and Riyadh-based Al Bank Al Saudi Al Fransi. Director Panariti and VP Kastrati are Albania's Minister and Deputy Minister of Industry, Transportation, and Trade, respectively. Opposition Albanian media claim the two are illegally involved in the bank. |
| Algeria | Banque Albaraka D'Algerie, Hydra: Total Assets: $87.1 million Paid-in Capital: $9.4 million (12/31/94) | | Al Baraka Investment & Development Company, Jeddah (100). | Mohd. Siddiq Abdul Hafeez (GM) | | |
| The Bahamas | Al Akida ("Ideology") Islamic Bank International, Nassau; Foreign Branch: Tangiers Free Zone, Morocco | Probably affiliated with Akida Management & Trust in Switzerland. | Probably Ahmed Idriss Nasreddin. | | Akida Management & Trust--liquidated in 1994 --was controlled by Ahmed Idriss Nasreddin, an international businessman who finances Egypt's Gama'at al Islamiya. Nasreddin is a close business associate of Muslim Brotherhood member Youssef Mustapha Nada, who | Akida Islamic Bank, Bank al Taqwa Ltd, and Massraf Faisal al Islami (Bank & Trust) [redacted] |

CIA_000756

Appendix,
Continued



| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| The Bahamas (Continued) | Al Akida Islamic Bank International (Continued) | | | | operates Bank al Taqwa. ▇▇▇ | Nasreddin holds a Kuwaiti diplomatic passport because of his one-time role as "Honorary Consul." His family operate real estate and trading companies worldwide, as well as Gulf Office Associazione per lo Sviluppo in Lugano, an alleged front for the Muslim Brotherhood. Al Akida and Bank al Taqwa operate adjoining branches in the Tangiers Free Zone. Information suggests that the branches are poorly patronized because Islamic law prohibits payment of interest on deposits. |
| | Bank Al Taqwa Ltd ("Piety Bank"), Nassau, 1988; Foreign Branch: Tangiers Free Zone, Morocco Total Assets: $202 million; Paid-in Capital: $50 million (12/31/95) | Al-Taqwa Management Organization, Lugano; BA Taqwa for Commerce and Real Estate Company, Liechtenstein; Al-Taqwa for Trade, Property, and Industry Company Ltd, Liechtenstein (all probably wholly owned); Nada International Anstalt in Liechtenstein and Youssef M. Nada & Company G.m.b.H. in Vienna are affiliates. | ▇▇▇▇▇ the bank is Muslim Brotherhood and the bank's capital was provided by prominent MB members, possibly to include Saleh Abdullah Kamel (Dallah Al Baraka Group), Saeed Ahmed Lootah (Dubai Islamic Bank), and Oguzan Asilturk, Secretary General of Turkey's Refah Party. | Youssef Mustapha Nada (P); Ghaleh Himmat (Senior Officer); Yousef al Qaradawi and Abdul Fattah Abou Ghodda serve as advisors. Wealthy businessman, Ahmed Idriss Nasreddin is purportedly a key member of the Al Taqwa group. Pakistani legislator and Muslim Brotherhood member, Khurshid Ahmed, may also be affiliated with the bank. | Together with Al Taqwa Management Organization, is the most important financial conduit for the MB's covert financing of Islamic extremist organizations worldwide. ▇▇▇ ▇▇▇▇▇ Nahda Group, Algeria's FIS & AIG, HAMAS, and Yemen's Al Istah Party have been past clients. Nada is a close business associate of Gama'at financier Ahmed Idriss Nasreddin, who operates the Nassau-based Al Akida Bank International. Advisor Ghodda is a top official of the Syrian Muslim Brotherhood; Qaradawi is a radical Islamic cleric based in Qatar. | Nada is an Egyptian-born naturalized Italian citizen who also controls Nada International Anstalt in Liechtenstein and Al Taqwa Management Organization in Lugano, Switzerland. Qaradawi is director or religious supervisor of several Islamic financial institutions, ▇▇▇ ▇▇▇▇ Ban▇▇▇ t a severe financial crisis in 1994 after media broadcasts of its financial ties to Islamic extremists. |

2

C05432020

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| The Bahamas (Continued) | Dar Al-Maal Al-Islami Trust (DMI), Nassau | Dar Al-Maal Al-Islami (DMI) SA, Geneva (100), Faisal Investment Bank of Bahrain EC (60) | Over 14,000 shareholders, however, Prince Mohammad al-Faisal al-Saud and other wealthy Gulf individuals probably own the majority of the shares. | Omar Abdi Ali (CEO; See DMI in Geneva, below, for complete information on Executive Board members | | DMI is the parent holding company for Dar Al Maal Al Islami SA in Geneva, which controls the Faisal Islamic Banks operating worldwide. Non-Muslims may purchase only non-voting shares in DMI. |
| | International Islamic Trading (IIT) Limited, Nassau | | | Directors: Prince Mohammad Al Faisal Al Saud (C), Omar Abdi Ali, Moustafa Sakhaf | | |
| | Islamic Investment Company of the Gulf (Bahamas) EC | Dar Al Maal Al Islami SA, Geneva (100) | | | | |
| | Islamic Takafol & Retakafol (Bahamas) Company Limited, Nassau | | | | | |
| | Massraf Faisal Al Islami (Bank & Trust) Bahamas Ltd, Nassau, 1984. Funds Under Management: $616 million (12/31/89) | Dar Al Maal Al Islami SA, Geneva (100) | | Directors: Prince Mohammed Al Faisal Al Saud (P), Abdullah Ahmed Zamal Alreza, Omar Abdi Ali, Zafar Ahmad Khan, Moustafa Hosny, Ahmed Suleiman (GM), Mrs. Beryl Hanna (Assistant Secretary) | | The bank manages a major portion of DMI Group funds, according to open sources. Ahmed Suleiman may be Osman Ahmed Suleiman--onetime Director of the Dallah Al Baraka Group and former GM of El Nielen Bank in Sudan. |
| Bahrain | Al Ameen Securities Company, Manama Foreign Branch: Karachi Total Assets: $311 million Paid-in Capital: $60 million (12/31/95) | Al Baraka Investment & Development Company, Jeddah (95), Sheikh Saleh Abdullah Kamel (5) | | Directors: Sheikh Saleh Abdullah Kamel (C), Hassan A. Kamel (VC), Mohammed Abdu Yamani, Mohamed M. Tawfiek  Religious Supervisor: Sheikh Abdul Latif Al Saud | The African Muslim Agency (AMA)--a Kuwait-based NGO which employed a suspect in the attempted assassination of President Mubarak--maintains an account at the Karachi branch. The AMA has ties to Usama Bin Ladin, according to an Algerian service. | The firm is co-located with Al Tawfeek Company for Investment. |

3

CIA 000758

# Appendix,
## Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bahrain (Continued) | Al Ameen Securities Company (Continued) | | | | and [redacted] links to Alg | |
| | Al Baraka Islamic Investment Bank (ISC) (B), Manama, 1984; Foreign Branches: Karachi, Lahore Representative Office: Jeddah; Total Assets: $157 million; Paid-in Capital: $50 million; Funds Under Management: $84 million (12/31/95) | Domestic: Islamic Insurance & Reinsurance Company (5), Arab Agricultural Investment Company (5), Al Tawfeek Company for Investment Funds Foreign: B.E.S.T. Reinsurance, Tunis (3.33) | Albaraka Investment & Development Company, Jeddah (51); Sheikh Saleh Abdullah Kamel (16); Sh. Husein M. Al-Harthy, (10); Sh. Muhiddin Saleh Kamel (5); Bahrain Islamic Bank (2), Bahrian Islamic Investment Company (2), Dubai Islamic Bank (1), Jordan Islamic Bank for Finance & Investment (.5); Others: Dr. Nasser Ibrahim Al-Rasheed, Mohamed Abdah Yamani, Saeed Ahmed Lootah, Abdul Latif Abdul Rahim Janahi, Mahmoud Jameel Hassoubah, and Sheikh Salih Al-Rajhi (7.5) | Directors: Sh. Saleh Abdullah Kamel (EC), Mahmoud Jameel Hassoubah (C), Abdullatif Abdulrahim Al-Janahi (MD), Dr. Saleh Jameel Al-Malaka, Sheikh Saeed Ahmed Lootah, A. Hameed Mohidden Nadher, Sh. Hamad bin Mohammed bin Salman Al-Khalifa; Dr. Abdul Sattar Abu Ghuddah, Sh. Abdullah Solayman al Menai, Sh. Mohd. Abdul Latif al Sa'ad, Abdullah Abul Fathi Ali Management: Abdullah Abul Fatih Ali (GM), Mohammed Abdul Rahim Mohammad, Abdul Rahman Abdul Malik (AGMs), Essa Gharib Religious Supervisory Board: Abdul Sattar Abu Ghuddah, Sh. Abdolla Bin Solayman Al Menai, Sh. Mohd. Abdul Latif Al-Sa'ad | President Mubarak alleged in early 1993, that Sheikh Kamel and shareholder Mohamad Abdul Yamani were financing unspecified radical Islamic groups in Egypt. [redacted] | Yamani is former Saudi Minister of Information and press reports note he is President of the Iqra Foundation, founded by Kamel, which finances Islamic educational activities. He is sometimes described as a religious ultraconservative. One Abdul Fatah Abu Ghudda, a member of the Syrian MB and board member of Bank Al Taqwa in Nassau may be related to Religious Supervisor, Abdul Sattar Abu Ghudda. |
| | Al Tawfeek Company for Investment Fund, Manama, 1987; Total Assets: $392 million Paid-in Capital: $300 million (2/95) | | Al Baraka Islamic Investment Bank (99.5), Al Baraka Investment & Development Company (.5) | Al Baraka Investment & Development Company (Partner) Directors: Saleh Abdullah Kamel (C), Mohammed Abda Yamani, Omar Abdullah Kamel, Omar Khalifaly, Mohammed Ismail Habis Management: Saleh Mabika (GM) | | The firm is co-located with Al Ameen Securities Company. |

CIA_000759

C05432020

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bahrain (Continued) | Arab Islamic Bank, Manama; Domestic Branches: 1 Total Assets: $191 million. Paid In Capital: $50 million (12/31/95) | Arab Albanian Islamic Bank (20) | Dar Al Maal Al Islami Trust, Al Baraka Investment & Development Company, Bahrain Islamic Bank, Al Madina Al Monawwara Company for Commercial Investment & Development, Al Sawani, and Arab Transport Company (41.6); Individuals (58.4) | Directors: Sayyid Hisham Ali Hafiz (C), Hamed H. Mutabagani (VC), Haydar Bin Ladin (MD), Osama bin Harald (DMD), Dr. Hassan A. Kamel, Tareq Bin Ladin, Yousif Al-Aqeel, Abdul Elah Sabahi, Abdulatif Abdulrahim Janahi, Mohammed. A. Al Khereiji, Khudar M. Al-Ibrahim, Dr. Talal A. Baker Management: Dr Omar Zuhair Hafez (GM), Isa Mohammed Habib, Abdul Wahed M. Al Balooshi, Adel M. Noor, Aziz Hanafy, Mohamed Juma Al-Nashwan, Sayed Fowzi | Religious Director Mohamed Juma al Nashwan was a member of the Al-Islah (Reform) Society as of 1992. Although nonviolent, Al-Islah expresses strictly fundamentalist views; has supported the Afghan mujahedden and HAMAS; and has ties to the Muslim Brotherhood, ▮▮▮ It has ▮▮tional Islamic Relief Organization to ▮▮▮ | Director Mutabagani is a shareholder of Arab Albanian Islamic Bank; Janahi is MD of Bahrain Islamic Bank and a Director of Dubai Islamic Bank. Haydar Mohamed Bin Ladin and Tareq Bin Ladin are half-brothers of terrorist financier Usama Bin Ladin. |
| | Bahrain Islamic Bank, Manama, 1979; Domestic Branches: 4 Total Assets: $377 million; Paid-In Capital: $31 million (5/31/95) | Bahrain Islamic Investment Company (23.5), Bahrain Islamic Insurance Company (48.2), The Islamic Insurance & Reinsurance Company (.5), Arabian Agri-Business Consultants International (.23), Arab Islamic Bank (3), Alboraka Islamic Investment Bank (2), Islamic Trading Company (2) Foreign: Tadamon Islamic Bank (.26), Islamic Bank of Western Sudan (.25), Khartoum; Al Baraka Turkish Finance House, Istanbul (2); Islami Bank Bangladesh, Dhaka (.625); Islamic International Paints & Chemical Industry Co., Cairo (10), Al Baraka Islamic | Islamic Development Bank, Jeddah (13), Bahrain: Merchants (8.7), General Corporation for Social Insurance (8.7), Ministry of Justice & Islamic Affairs (1.74) Kuwait: Kuwait Finance House (8.7), Ministry of Waqfs and Islamic Affairs (4.35), Ministry of Finance (8.7), Ministry of Justice (4.35); UAE: Dubai Islamic Bank (4.35) | Directors: Sh. Abdul Rahman Bin Mohamed Bin Rashid Al Khalifa (C), Khalid Rashid Al Zayani, Mohamed Yousef Al Roumi (DC), Abdullatif Abdulrahim Janahi (MD), Ibrahim Mohamed Zamal, Mahamed Abdulla Al Hamed Al Zamil, Mubarak Jassim Kanoo, Ahmed Mansour Al Aly, Mohamed Badran Mohamed, Yousuf Mohamed Saleh Al Awadi, Yousif Hussain Mado. Saeed Ahmed Lootah, Mohamed Jawad Bin Hasan Management: Abdullatif Abdulrahim Janahi (GM), Mohamed Salman Al Zayani (DGM), Mohamed Saleh Ali, Abdel Monem Ahmed Al Mahmood, Abdul Rahman A. Fallah, Abdul Razak A. Khalik Abdulla, Abdulhakim Mohammed Ibrahim, Hisham Mohamed Hamdi, Abdullah Ismail Mohamed, Salim Yusuf Al Boainiain, Jamal Hassan Naqi Religious Supervisory Board: | Close correspondent relationship with Dubai Islamic Bank and Faisal Islamic Bank of Sudan. ▮▮▮ r of the Islamic Association of Bahrain; while non violent, the Association is fundamentalist. The bank also maintains account of Sudanese Islamic Dawa Organization as of 1993. | Religious Board member Mohamed Mansour al-Setri is a leading shia mullah in Bahrain. |

CIA_000760

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bahrian (Continued) | Bahrain Islamic Bank (Continued) | Investment Company | | Sh. Yousuf Ahmed Al Siddiqi, Sh. Mohamed Abdul Latif Al Sa'ad, Sh. Abdul Hussain Khalaf Al-Usfoor, Sh. Ebrahim Mohamed Al-Mahmood, Sh. Mohamed Mansour Al Setri, Sh. Dr. Abdul Latif Mahmood Al Mahmoud | | |
| | Bahrain Islamic Investment Company BSC (Closed), Manama, 1981; Total Assets: $36 million; Paid-in Capital: $13 million (12/31/94) | Affiliates-Bahrain: AlBaraka Islamic Investment Bank, Arabian Agri-Business Consultants International, Islamic Company for Insurance and Re-insurance, United Oil Services Company, Bahrain Islamic Insurance Company; Foreign: Albaraka Turkish Finance House | Bahrain: Bahrain Islamic Bank (23.5), General Organization for Social Insurance (20), Institutions and Individuals (7.5), Kuwait: Kuwait Finance House (20), Ministry of Justice (7), Ministry of Waqf & Islamic Affairs (7), UAE: Dubai Islamic Bank (15) | Essa Bin Mohamed Abdulla Al Khalifa (C), Abdul Latif Abdulrahim Janahi (DC), Ibrahim Mohamed Ali Zainal (MD), Hassan Ibrahim Kamal (DMD), Mohd Yousuf Al Roumi (MD/Kuwait), Saeed Ahmed Lootah (MD), Khalid Rashid Al Zayani, Mohammad Ali Al Khudairi, Khaled Abdullah Al Zeer, Ahmed Al Mulla Hamas; Management: Abdullah Al Abdulrahim (GM), Religious Supervisor: Sheikh Ebrahim Mohamed Al Mahmood | Chairman al-Khalifa was among a dozen militant Muslim Brotherhood members who were forced to flee Egypt during the Nasser regime. [blacked out] He was a board [blacked out] slamic Charities Organization, a charity that served as a cover for Muslim Brotherhood finances and for remitting funding to the Afghan mujhahddin. | Chairman Essa Bin Mohammed al-Khalifa is former Minister of Labor and on board of Khartoum-based IDO. [blacked out] |
| | Citi Islamic Investment Bank EC, Manama, 1996 | | Citicorp, New York (100) | Directors: Mohammed Al Shrogi (C) Management: Shafqat Ali Memon (GM), Youssef Shahed | | |
| | Faysal Investment Bank of Bahrain EC, Manama, 1994, Total Assets: $40 million, Paid-in Capital: $38 million (12/31/94) | | Faysal Islamic Bank of Bahrain (40) | | | Formerly the Islamic Leasing Company |
| | Faysal Islamic Bank of Bahrain EC (a.k.a Masrraf Faysal al-Islami of Bahrain EC), Manama, 1982, Domestic Offices: One commercial branch and one | Domestic: Faysal Investment Bank of Bahrain EC (40), Advanced Technology Services (99); Faysal Securities & Financial Services WLL (80), Islamic Trading Company (24), Al Faysal | Dar al-Maal al-Islami Trust (53), Saudi Investors (47) | Directors: Prince Muhamed Al-Faisal Al-Saud (C), Abdullah Ahmed Zainal Alireza, Ahmed Salah Jamjoom (D/ s), Nabil Nassief (P & CEO) Abdulrahman Al Jerasy, Ann Mohammed Al Faisal Al Saud, Ibrahim Khalifa Al Khalifa, Haydar Mohammed Bin Ladin, [blacked out] Director Abdullah Othman Al-Hussaini probably is identical to the head of the Netherlands-based Waqf | Holds offshore and onshore commercial licenses issued by the Bahrain Monetary Agency. The bank was planning to raise capital to $100 million in 1996. Religious Supervisor Mohammad Khater |

CIA_000761

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bahrain (Continued) | offshore banking unit; Representative Offices: Saudi Arabia (5), Total Assets: $1.96 billion; Funds Under Management $1.125 billion. Paid-in Capital: $70 million (12/3) 94) | Investment Finance Company Ltd Foreign: Faisal Bank Ltd., Pakistan (60), Faisal Finance Institution Incorporated AS, Istanbul (5), Faisal Islamic Bank of Egypt, Cairo, (1.3); Al Faisal Investment Bank Ltd., Pakistan | | Mohammed Abdullah Al Anqan, Mohamed Abdullah El Khereiji, Omar Abdu Ali, Zamil Abdullah Al Zamil, Abdullah Othman Al Hussaini, Ilaif Bin Aboud Al Qahtani, Imtiaz Ahmad Pervez Management Mohammad Y Koroma (EVP), Anwar Lutfullah, Salim Abdul Sattar, Abdulrahman Shehab, Mohamed Tariq, Juma II, Aball, Ghulam Jeelani Wani, Mohammed Buchecrer, Abdul Aziz Al Mutlaq, IJ Rashid Abdul Wahab EJ Bashir, Mohamad Najeeb, Rasheedudin Ahmed, Rizwan Said Religious Supervisory Board: Sh, Mohammad Khater Mohamed al Sheikh (C), Abdullah Bin Mani'a, Abdulrahim Al Mahmoud, Sh, Khalil Gonenc, Justice Mohammad Taqi Usmani, Moustafa Hosny | al-Islami, an NGO that has funded Gama'at and Nafih's mosque. Hussaini owns the Saudi-based Halal Food Company, which has funded the Egyptian Muslim Brotherhood in the past. Directors Ahmed Salah Jamjoom and Ibrahim Khalifa al-Khalifa are on the board of the Khartoum-based IDO. | Mohamed al Sheikh may be identical to Mohamed Khater, Grand Mufti of Egypt during the 1970s and ████ a close friend of President Mubarak. |
| | First Islamic Investment Bank, Manama, 1997; Paid-in Capital: $100 million (6/30/97) | Majestic Global Investments, Kuwait (100), probably via Majestic Global Investments, Cayman Islands; Commerce MGI, Kuala Lampur (39) | Al Jumaih Group (20), Saudi financial institutions (10), Majestic Global Investments & other Kuwaiti financial entities (21), Allied Bank (Malaysia) Bhd (5), Other Malaysian Investors (14), UAE Investors (14), Investors from Bahrain, Oman, & Qatar. | Mohammad Abdulaziz Al Jumaih (C), Majid al Refai (CEO), Atif Abdel Malik | ████████████ he Al Jumaih ████ the outlawed An Nahda Movement. Sheikh Youssef Al Qaradawi is a director of Majestic Global Investments, a minority owner of this bank. | Established to target Islamic investments in Europe, the Gulf, the United States and, especially, Southeast Asia. ████████ ajestic Global Investments ████ ) in Kuwait has been subsumed into the new bank. CEO Refai heads MGI. Abdulaziz and Mohammad al Jumaih & Company is a Riyadh-based conglomerate involved in an array businesses, including ownership of GM, Pepsi, and lubricants distributorships. |

CIA_000762

C05432020

**Appendix,
Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bahrain (Continued) | Investors Bank, Manama, 1997; Paid-in Capital: $15 million (10/10/97) | | International Investment Group, Kuwait (see below); Ministry of Awqaf & Islamic Affairs, Kuwait; Pearl of Kuwait Real Estate Company; Fahd Al Sultan & Sons | | | The bank's founders expect the bank to begin operations by yearend 1997. |
| | | Islamic Insurance & Reinsurance Company | Dallah Albaraka Group | | | |
| | Islamic Investment Company of the Gulf (Bahrain) E.C. 1983. Representative Office: Cairo  Funds Under Management: $ 794 million (includes $515 million invested with other DMI companies);  Paid-in Capital: $30 million (12/31/94) | | Dar Al Maal Al Islami S.A. Geneva | Directors.  Prince Mohammad Al Faisal Al Saud (C ), Dr. Abdel Aziz Abdallah al Fadda, Sh. Haydar Mohamed Bin Ladin, Omar Abdi Ali, Dr. Mahmoud El Helw  Management:  Iqbal Ahmad Khan (GM & CEO), Mohammed Gamal Al-Aidy, S. Iftikhar Ali, Razi S. Fakih, Haji Javed Ahmed, M. Waqas Moshin  Religious Supervisory Board:  Sheikh Mohamed Khater Mohamed El Sheikh (C), Sheikh Abdallah Ben Man'a, Samahet Halil Gonene, Dr. Moustafa Husny | | |
| | Bahrain Islamic Insurance Company, Manama, 1989; Total Assets: $4.6 million, Paid in Capital: $2.5 million (6/30/91) | | Bahrain Islamic Bank (48), Bahrain Islamic Investment Company | Directors:  Abdul Latif Janahi (C), Ahmed Mansoor al A'ali (VC), Fuad Kanoo, Hassan Ibrahim Kamal, Sh. Othman Ibrahim al Mahmood, Sh. Ali Ahmed al Awadhi, Sh. Abdul Rahim al Mahmood  Management:  Rashid al Jomairy (GM) Taif Khalifa Mohd Noor, Mohammed Abdulla Hamid Al Khashaab | | Janahi is a Director of Dubai Islamic Bank, Islami Bank Bangladesh, and several other Islamic banks in Bahrain. |
| Bangladesh | Al Arafah Islami Bank Ltd. Dhaka, 1995 | | | Nurul Haque (MD), A. Ahad, A. Khair, A. Q. Chowdhury | | Haque is a Director of Islami Bank Bangladesh |

CIA_000763

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bangladesh (Continued) | Albaraka Bank Bangladesh Ltd, Dhaka, 1987; Domestic Branches: 28, Foreign Office: United States; Total Assets: S222.7 million; Paid-in Capital: 56.4 million (12/94) | | Al Baraka Investment & Development Company, Jeddah: Unspecified local investors | Directors: Sheikh Saleh Abdullah Kamel, Mahmood Jamed Hassoubabh (C), K M Ehsanul Haq (VC), Osman Ahmed Suleiman, Dr. El Sayed Ali Ahmed Zaki, Mohamed Abdu Yamani, Aminul Islam Khan, S. S. Nasim Afaz Chy, Amanullah Miah, Mohammed Abdul Khaleque  Selina Begum, A.H.M. Kamaluddin, F.M.Rafiqul Islam, Md. Ashraf Ali, Humayun Kabir, Barrister M. Moniruzzaman Khan  Management: Dr. S.A. Shakoor, Muhammad Rezaul Karim (EP), Nasiruddin Ahmed, A.H. Giazuddin, Mohammed Monowar, Mohammed Solaiman, F.M. Jamir-ul-Islam, Anwaruddin Khon, Nasiruddin Ahmed  Religious Supervisory Board: Aminul Islam (C), Sharif Mohamed Abdul Quadir, Mohamed Salahuddin | | Osman Ahmed Suleiman is a member of Sudan's National Islamic Front and former GM of El Nielen Bank in Sudan. He may be identical to Ahmed Suleiman, the GM of Massraf al Faysal al Islami (Bank & Trust) in Nassau. |
| | Islami Bank Bangladesh, Dhaka, 1983; Domestic Branches: 94; Total Assets: $570 million; Paid-in Capital: $4 million (12/95) | Al-Rajhi Banking & Investment Corporation; Bahrain Islamic Bank; Dubai Isalmic Bank; Islamic Development Bank; Islamic Investment & Exchange Corporation, Doha; Jordan Islamic Bank for Finance & Investment; Kuwait Finance House; Government & | Private Financial Institutions (64); Local Sponsors (21); Public (10); Government of Bangladesh (5) | Directors: M.A. Rahman (C), Fahad Abdullah Al Rajhi (VC), Lutfor Rahman Sarker (EP), M. Azizul Huq (DEP), M. Kamaluddin Chowdhury, Sayedur Rahman Chowdhury (EVPs), Moulana Mohammad Abdul Jabbar, Mir Quasem Ali, Mohammad Mosharraf Hossain, A.B.M Mahbubul Amin Khan, Moulana Mohammad Shamsuddin, Mohammad Malek Minar, Mohammad Abdullah, Mohammad Younus, Mohammad Shafiuddin Dewan, Mohammad Sharif Hussain, Mohammad Ataur Rahman Khan, A.N.M.A. Zaher, M. M. Nural Haque, Professor Korkut Ozal, Jassar-Al-Jassar, Abdullatif Abdulrahim Janahi, Ahmed Salah Jamjoom, Fouad Abdul Hameed Al-Khateeb, Saeed Ahmed Lootah, Hamad Al-Hageri, Abdul Wahhab A. Al-Houti | The bank is closely linked with the non-militant Jamaat-E-Islami, the largest Muslim fundamentalist political party in Bangladesh, which desires to establish a "humanitarian Islamic state". ▮▮▮▮▮▮ Direct  Al Abdul Hameed Al Khateeb, a Saudi National, was described as a militant member of the Muslim Brotherhood ▮▮▮▮  Director of the JAMI Company in Kuala Lampur--a joint venture with Suleiman Al Rajhi, Dallah Al Baraka, and a US Foundation that possibly finances extremist groups. Dubai Islamic Bank Chairman Saeed Ahmed Lootah is a longtime Muslim Brotherhood member. Ahmed Salah Jamjoom--Director | Korkut Ozal, brother of the late Turkish President, Turgut Ozal was a major force behind the establishment of the Al Baraka Turish Finance House. Together with Dallah Al Baraka, Korkut Ozal formed the Bereket (Abundance) Foundation, a charitable institution in Turkey. |

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalism, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bangladesh (Continued) | Islami Bank Bangladesh (Continued) | | | Management: Golam Nabi, Abdul Ahad, Syed Abu Nasr, A.K.M. Habibur Rahman (Senior VPs), Sh. Md. Abdul Latif, Khondoker Mahbubul Arefin, Muhd. Mubarak Hussain, Md. Abdul Hye, A.K.M. Faknul Alam Bhuiyan, M.A. Awwal, Md. Rezaul Hossain Chowdhury.<br><br>Mohd Jama, Md. Amirul Islam, Mohd Nurul Amin, A.T.M. Harun-ur-Rashid Chowdhury, M. Fariduddin Ahmad, Tajul Islam, Md. Sirajul Islam Bhuiyan, Md. Abdul Kader, Md. Abdul Majid Khondoker, Muhammad Abdul Hannan, Amjad Hossain, Md. Abdul Kalam Azad.<br><br>Sh. Mohd. Nazrul Islam, Golam Moula Chowdhury, Abdul Matin Bhuiya, Mohd Shahjahan Chowdhury, Syed Emdadul Hoque, Mohd Zilur Rahman, Mohd. Liaqat Ali Khan, Md. Moiior Rahman | of three Dar Al Maal Al Islami subsidiaries—is on the Executive Board of Sudan's Islamic Dawa Organization. | |
| Bosnia and Herzegovina | Seh-In Islamic Bank (officially, The Bank of Bosnia and Herzegovina and Saudi Arabia/Seh-In Islamic); the bank probably became operational in March 1997. Authorized Capital: $252 million | Seh-In Bin Baz Kompanija | Investors probably include Semir Sukalo, Edhem Pasic, Hasan Muratovic, Alija Izetbegovic, and the Commercial Investment Bank of Zenica; Saudi cleric Abdul Rahman A. Bin Baz may own as much as 90 percent of the shares. The International Islamic Relief Organization also may have purchased shares, based on its presence at a late 1996 meeting that resulted in an agreement to establish the bank. | | Bin Baz, who presides over Saudi Arabia's Ulema Council and is close to King Fahd, funds Maktab ul-Khedamat (MK), an NGO based in Peshawar, Pakistan closely linked with the Afghan mujahaddin and purportedly funded by Usama Bin Ladin, ████████ It finances a range of radical ██ nd sends trained militants to Bosnia, Chechnya, Palestine, and elsewhere. | Sukalo had been working with the Families of Martyrs and Fallen Soldiers Organization and the Association of War Invalids on this project. |

10

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bosnia and Herzegovina (Continued) | An Islamic bank was established in early 1997 in downtown Sarajevo near a main market, according to clandestine sources. The name of the bank was not specified. | | El Fathi Hassanein of the NIF-controlled Third World Relief Agency and Turkey's Refah Party provided the share capital. | | The bank was established to finance the Bosnian Mujaheddin. A Sudanese diplomat close to NIF leader Hasan al Turabi, Hassanein allegedly financed arms shipments to Bosnian Muslims through the TWRA office in Vienna. | |
| Brunei | (The) Islamic Bank of Brunei Bhd, Bandar S. Begawan; Domestic Branches: 5; Total Assets: $276 million Paid-In Capital: $7.3 million (12/31/92) | | | Directors: Haji Abdul Rahman bin Haji Abd Karim (C), Haji Abas bin Haji Serudin, Awang Aziz bin Abdul Rahman (MD) Management: Dayangku Hajjah Urai bindi Pen Ali, Haji Awang bin Kassim, Awang Haji Abdul Humid bin Haj Janudin | | Was known as the International Bank of Brunei until 13 January 1993. |
| | Perbadanan Tabung Amanah Islam Brunei, Bandar S. Begawan. Total Assets: $138 million (12/31/94) | | | | | |
| | Takaful (IBB) Sdn Bhd, Bandar S. Begawan; Total Assets: $8.3 million Paid-in Capital: $6.8 million (12/31/94) | | | | | An Islamic insurance company. |
| | Takaful (TAIB) Sdn Bhd, Bandar S. Begawan; Total Assets: $3.3 million Paid-in Capital: 3.4 million | | | | | An Islamic insurance company. |
| Cayman Islands | Al-Tawfeek Company for Investment Funds Ltd. | Probably Al Tawfeek Investment Company, Manama (100) | | | | |



CIA_000766

**Appendix,
Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Cayman Islands (Continued) | Majestic Global Investments | Probably Majestic Global Investments, Kuwait | Probably First Islamic Investment Bank, Manama (100) | | | The firm probably serves only as a shell company for registering Majestic Global Investments in Kuwait. |
| China | Albaraka Nengxia Nationalities International Trust and Investment Company, Nengxia; Capital: $80 million | Islamic International Investment Company, Yinchuan Province, PRC | Saudi Entities and Individuals (60) | Ma Shengzong (C) | | Formerly the Islamic International Trust & Investment Company, according to press reports. Chinese authorities requested the name be changed to avoid connections with the rise of Islamic fundamentalism. The Islamic International Investment Company was a joint venture with Faisal Islamic Bank of Egypt. |
| Cyprus | Faisal Islamic Bank of Cyprus t.a.k.a. Kibris Faisal Islam Bankasi Ltd., Larnaca, 1983. Total Assets: $18.7 million. Paid In Capital: $1.1 million (12.31.94) | | Faisal Islamic Bank of Egypt has an unspecified stake. | Director: Dr. Ahmad Abdelaziz El Naggar (C). Mohammad Al Faisal Al Saud, Osman Sikhar, Abdulhamid Mahmoud Al Boat, Nageen Isbak El Khuaiji, Abdul Aziz A Al Fahd | El Naggar was Secretary General of the International Association of Islamic Banks (IAIB) and Dean of the Institute for Islamic Banks in Cyprus as of early mid-1980. the IAIB o____ in Turkey may have financed the training of extremist Sudanese Brotherhood members at Shiite camps in Lebanon | By late August 1997, negotiations were in their final stages to sell the bank to Turkey's Kombassan Company—which a clandestine source and press reports allege is a key conduit for financing the Refah Party. Egypt's defunct Al-Rayan Islamic Investment Company owned 17 percent of the bank as of 1989. Al-Rayan—a pyramid scheme—collapsed and was shut down by Egyptian authorities in mid-1989. |
| Denmark | Faisal Finance (Denmark) A S (formerly Faisal International Bank of Denmark A S), Copenhagen, 1985; Total | | Dar Al-Maal Al-Islami owns 100 percent through Faisal Holding in Luxembourg. | Directors: Raidar Due (C), Mahmoud El Helw (VC), Paul Iben Hansen (MD), Ahmed Alabed, Peter Jerichow, Moustapha Sakkaf, Gunnar Thorlund-Jepsen, Ole Tim Management: Henning Nielsen, John Joergensen, Henrik | In 1994, _____ receiving _____ transfer into an account held by Al Aqsa, Germany—a possible reference to Al Aksa E.V. which was cited in German press reports as an organization that | Established as Islamic Bank International of Denmark. The ownership and name changed in February 1994. ___ ___ he bank |

12

Case 1:03-md-01570-GBD-SN   Document 12001-53   Filed 04/16/26   Page 49 of 85

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Denmark (Continued) | Assets: $76 million  Paid-in Capital: $9.5 million (12/31/94) | | | Weiss Jensen, Soeren Adelvard, Flemming Petersen, Hassan Abouelela | finances HAMAS  The transfer originated from Qatar Islamic Bank. | faced significant losses from unpaid loans to three Iranian banks. |
| Djibouti | Banque Albaraka Djibouti, 1991; Domestic Branches: 1; Total Assets: $26.5 million  Paid-in Capital: $3.4 million (12/31/91) | | Albaraka Investment and Development Company (60); Dallah Albaraka Holding Company, Bahrain (10); Islamic Development Bank, Jeddah (10); Qatar Islamic Bank (5); Djibouti nationals (15) | Directors: Sh. Salih Abdullah Kamel (P); Osman Ahmed Suleiman (C), Johnny Al Haj, Osman Abdallah, Ali Nassar, Fredj Zaag, Abdel Rahman Mostafa, Saad Warsama (represents Djiboutian nationals); Ahmed Ould Salen (GM); Mohamed Afifi, Said Ahmed Said | Maintains account for Islamic African Relief Agency (IARA), an NGO controlled by Sudan's National Islamic Front. | Fredj Zaag is Chairman of BEST Bank in Tunis, an Albaraka subsidiary; Abdel Rahman Mostafa is on the board of Qatar Islamic Bank. |
| Egypt | Bank Al Istihmar Al Arabi Al Muamalat Al-Islamiya (The Bank of Arab, Islamic, and Business Finance) | | | | | No additional information was found on this bank. |
| | Egyptian Saudi Finance Bank, Cairo, 1980; Domestic Branches: 5; Total Assets: $122 million; Paid-in Capital: $17.8million (12/93) | | Al Baraka Investment & Development Company (40); Other Saudi Nationals (3.5); National Bank of Egypt (8.6); Banque du Caire (8.5); Bank of Alexandria (8.4), Banque Misr & Misr Insurance Company (12.7), Individuals and Others (18.3) | Directors: Saleh Abdullah Kamel (C); Abdul Latif Youssef Abdul Latif (GM & MD), Ibrahim Fouad Mohamed Nassar, Sobhy Badawy Yehia, Mohamed Mohamed Tawfick El Maghraby, Kamal El Din Abdullah Sayed, Taher Amin Hassan, Aly Aly Farag, Gaafar Abdel Salam, Ali Esmail Tamoum, Shawky Al Housany Mohamed Farag, Sh. Abdullah Saleh Abdullah, Hosny Moursy El Gelbaly  Management: Hazem El Bahnasy Mansour (MD) | | Formerly Pyramids Bank until 1988 when the Al Baraka Group purchased the shares and converted it to an Islamic bank. |
| | Faisal Islamic Bank of Egypt, Cairo, 1977, Domestic Branches: 14; Representative Office: Jeddah. Total Assets: $1.8 | Domestic: Islamic Company for Animal Wealth, Islamic Company for Electric Refrigerators, Islamic Foreign Trade Company, International Company for Import | Egyptian nationals (51), Saudi and other Muslims (49) | Directors: Prince Muhammed al-Faisal Al Saud (C), El Sayed Ahmed Zandou, Ahmed Thabet Ewaida, Ibrahim Gamil Badran, Ahmed Helmy Abdel-Maggid, Mohamed Gamal Al Shenawy, Ahmed Abdelaziz El-Naggar, Hasan | Key source of financial support for Egypt's Muslim Brotherhood  Director Qaradowi is a Director of Dar Al Maal Al Islami, FIBE's parent, and has been described as a militant MB member. | Qatar-based Qaradawi is a director or religious supervisor of several Islamic financial institutions. |

13

CIA_000768

**Appendix,
Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Egypt (Continued) | billion (12.31.95). Paid-In Capital: $100 B122million (6.30.94) | & Export, Islamic Company for Acrylic Products, Islamic Company for Pharmaceuticals, Electronic Industries Company, Cairo Medical Centre, Misr International Hospital, Islamic Company for Investment & Development Al-Salam Investment Company, Ismailia National Company for Food Stuff Industries, Islamic Company for Industrial Detergents, Islamic Company for P.V.C. Floor Tiles, Sporting Shoes Company, Arab Company for Purification Works, Pan Islamic Consulting Group, Islamic Company for Education Engineering Industries, Chemicals, & Medical Requisites. Foreign: Damazeen Company for Agricultural and Live Stock Production, Khartoum, Islamic Development Company, Khartoum, Faisal Islamic Bank of Sudan, Dar al-Maal al-Islami, Sudanese Islamic Bank, Islamic Bank of Western Sudan, Faisal Finance Institution, Istanbul, Faisal Islamic Bank of Cyprus | | Abdelwahab, Hayder Bin Ladin, Sultan Abou Ali, Abdel Aziz Abd Allah Al Fadda, Ali Ahmed Hamdi, Omar Abdel Rahman Azam, Omar Abdi Ali, Mohamed Kamal Abdel Aziz Hashem, Dr. Yousef Abdullah Al Qaradawi. Management: El Sayed Ahmod Zandou (Governor), Ahmed Amin Hassan, Abdel Hamid Abou Moussa, Dr. Ismail El Malawoni, Dr. Shawky Ismail Shehata (Supervisor of Zakat fund) Religious Supervisory Board: Sh. Mohammed Khater Mohamed El-Sheikh (C.), Dr. Mohamed Mustafa Shalaby, Dr. Mohamed El-Tayeb El-Naggar, Dr. Ali Hasan Youness, Mohamed Hamed Abdel Aal | | |

14

CIA_000769

C05432020

**Appendix,
Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Egypt (Continued) | Islamic International Bank for Investment and Development, Cairo, 1981; Domestic Branches: 7; Total Assets: $341 million; Paid-in Capital: $40 million (12/31/93) | Domestic subsidiaries in real estate, publishing, technology, and pharmaceuticals. Foreign: Islamic Bank for Western Sudan | National Bank of Egypt (20), Banque du Caire (20), Bank of Alexandria (20), Misr Banque (20), Individuals (20) | Directors: Mohamed Abdel Wakil Gaber (P & C), Mohamed Sabri Abdel-Gayed, Ahmed Moustafa Al-Bilbsi, Mohamed Abdul Razik Anwar, Fahmy Mohamed Abdul Ati, Mahmoud Sayed Hassan, Yousef Hassan Ibrahim, Shafik Ahmed Khalil, Hamdi Assayed Mukbil, Mohamed Helmi  Zaghoul Management: Ibrahim Saba (GM), Ahmed Ezz el Din Al-Tajouri, Abdul Nonem Habib, Hohamed D Khashaba, Ali Abdel-Sadek, Samir Al-Sheikh, Ali Nashanti, Abdul Hakim Abou Alam, Ali Abdel Gawad, Aisha Gobran, Fathi Habib, Al Gharib Nasser, Mohamed  Matareed Abdel Azim Selim, Ahmed Al-Bashary, Shaker Hemdan, Ahmed Al-Anrabi, Mahmoud Al-Ghanimez, Ahmed Al-Gindi | ████████████████ in the mid-1980s that the bank was run by the Egyptian Muslim Brotherhood. | |
| | Islamic Investment and Development Company, Cairo, 1983 | | | Directors: Omar Abdel Rahman Azzam (C), Omar Abdu Ali, Osama El Hiny, Mohammed Abdullah Abdelkarim El Khereqi, Ahmed Zanuku, Hamed Habib, Ahmed Helmi Abdul Majeed, Mahfouz Azzám, Mahmoud Zaki, Shawki Farag, Sheikh El Khalifa, Fouad El Essawy (GM) | | |
| | Nasser Social Bank, 1971; Domestic Branches: 21; Total Assets: $289 million; Paid-in Capital: $44 million | One of 25 shareholders in the National Bank for Development, Cairo | Government of Egypt (100), although not under the control of the Central Bank | Management: Ahmed Mohammed Al Minchawi | | By a special law, it operates as a social welfare fund—making donations for social purposes while receiving 2 percent of the profits of some public sector companies. |

CIA_000770

**Appendix,
Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Guinea | Banque Islamique de Guinée, Conakry, 1983. Total Assets: $15 million. Paid-in Capital: $2 million (12/31/94) | | | Directors: Dr. Mahmoud El Helw (C & P), Mohamed Yaya Kourouma (DG) Management: Abdelaziz Hani (Acting GM) | | ...financial straits. Efforts are being made to save the institution by arresting borrowers with outstanding non-performing loans. |
| India | Albaraka Finance House Ltd. Bombay; Total Assets: $2.6 million; Paid-in Capital: $1.2 million | Equity participation in more than 20 domestic companies. Foreign: Al Baraka Investment and Development Company Ltd. Jeddah | | Directors: Sh. Saleh A. Kamel (Chairman Emeritus), Mahmoud J. Hassoubahh (C), A. Hasib, Osman A. Suleiman, T.T. P. Abdullah, Ghulam Ghouse, Habil F. Khorakiwala, R. S. Oomer (MD) Management: Salim J. Abdulla (GM), Ashfaq Hussain, V. Ravi, Shabbir Ali, Ms. Shagufta Khan | | |
| Indonesia | PT Bank Mayapada International, Jakarta, 1989; Domestic Branches: 4; Total Assets: $156 million, Capital: $21 million (12/31/95) | | PT Mayapada Kasih Corporation (50); PT Mayapada Karunia Corporation (50) | Directors: Jeffrey Koes Wonsono (C); Haryono Tjahjarijadi (P) Management: Eriko Rianti, Titiek Isdayati, Idaly Mukri | | |
| | PT Bank Muamalat Indonesia, Jakarta, 1991; Total Assets: $77 million, Paid-in Capital: $43.4 million (12/31/93) | | Shareholders include President Soeharto, Vice President Sudharmono, Bob Hasan, Bimantara Citra, Various Indonesian Cabinet Ministers, and Muslim Employees of Leading Chinese-Indonesian Conglomerates. | Directors: Rachmat Saleh, Omar Abdalla, Sukamdani Sahid Gitosardjono, Amir Rajab Batubara, Muhamad Amin Aziz, Zainulbahar Noor, Maman Wirasa Natapermadi, Atang M. Saptari, Ismail A. Said Religious Supervisory Board: Kyai Haji Hasan Basri (C), Haji Muhamad Quraish Shihab, Kyai Haji Ibrahim Hosen, Kyai Haji Yafic, Kyai Haji Achmad Azhar Basyir | | Fifth Islamic bank to be established in Indonesia this century (three others failed). A scandal ensued shortly after Bank Muamalat was capitalized, when it was discovered that the foundation that administers the national lottery purchased shares; Islam forbids gambling. |
| Iran | Tehran established an Islamic financial system in 1984. Because they are wholly government-owned and do not universally conduct business according to Islamic banking practices, Iran's 10 commercial banks are not discussed here. | | | | | |

CIA_000771

**Appendix,
Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Iraq | Iraqi Islamic Bank for Development & Investment, Baghdad, 1992; Capital: 1D equivalent of $54 million at black market rates (12/31/92) | | | Dr. Abd-al-Latif Humaym Muhammad (C) | | The bank was founded by the Al-Dulaym clan. Humaym is a leading Iraqi capitalist. |
| Jordan | Arab Islamic International Bank, Amman, 1997 | | Arab Bank PLC, Amman (100) | | | At the request of Jordan's Central Bank, Arab Bank PLC—one of the Middle East's largest conventional banks—purchased the license of the near-bankrupt Amman Bank for Investments and converted it into an Islamic bank. |
| | Jordan Islamic Bank for Finance and Investment, Amman, 1978; Domestic Branches: 26; Total Assets: $877 million (12/31/95); Paid-in Capital: $31 million (05/31/96) | Beit al Mal al Philistini, Ramallah, the West Bank (14), Al Aqsa Bank, West Bank | Private Sector (98), Government of Jordan (2) | Directors: Sheikh Saleh A. Kamel (C), Bader Mohamed Sa'eed Hirsh (VC), Hamdi Al Tabbana, Al Baraka Investment and Development Company, Kamal Sami Asfour, Salem Hussein Abu Assaf  Management: Musa A. Shihada (GM), Faisol M. Rasheed, Saleh El Shanteer, Salah Eddin Diab (AGMs)  Religious Supervisory Board: Sh. Abdul Hamid Essayeb | | Bank management advised MB members to boycott other banks because they practice usury. Religious Supervisor Essayeh was a member of the Palestine Liberation Organization as of 1987. ███ headed the Council at that time. ███ |

17

CIA_000772

C05432020

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Kazakstan | Zhuman Bank (formerly Albaraka Kazakstan Bank), Alma Ata, 1991 | | Government of Kazakstan (50), Al Baraka Investment & Development Company, Jeddah (25), AO LUKOil Kazakstan (25) | Vladimir Nikitenko (C) | | Until April 1996, the bank was 50-percent owned by Dallah al Baraka. Financial problems forced the Group to sell half its shares to the Russian oil firm, LUKOil, and the bank's name subsequently was changed to Zhuman Bank. |
| Kuwait | International Investment Group K.S.C., Kuwait, 1993; Representative Office: Manama; Paid-in Capital & Reserves $38 million | Investors Bank, Manama (to be operational by yearend 1997) | Al Baraka Investment & Development Company (30), Ministry of Awqaf & Islamic Affairs (30); Private Sector Shareholders, Kuwait (25), Public Institution for Social Security (10), Industrial Bank of Kuwait (5) | Directors: Ahmed Saad al-Jaser (C), Dr. Khalid Rashed al-Hajri (VC), Sami al-bader al-Jenai (MD), Mohammed Abdu Yamani, Yacub Youssef al-Muzaini, Abdul Mohsen Mohammed al-Othman, Saleh Jomeel Mala'ka, Sheikh Mohammed Abdulla Al Mubarak, Salih Al Yousuf  Management: Ahmed Al Janahi (EVP), Suliman A. Rafai, Abdulrahman Al Kooheji, Mukhtar Ali, Kalyan Sunderam (VPs) | Chairman Jaser and Director Yamani are on board of Khartoum-based Islamic Dawa Organization. | |
| | (The) International Investor, Kuwait, 1992; Representative Office; UK Total Assets: $68 million, Paid-in Capital: $57 million (31 Dec 94) | Wholly-Owned: Bahrain: SAALT 1EC, SAALT 2 EC, SAALT 3 EC, SAALT 4 EC, SAALT 5 EC; British Virgin Islands: TII USD 1 Fund Limited, TII KD Fund I Ltd, TII Short Term. Sterling Fund Ltd, TII USD II Fund Limited, TII UK Property Fund Limited, TII Property Management Limited. The International Investor Real Estate Fund Limited (50) | Major Shareholders: The Public Institution for Social Security (Kuwait), The Ministry of Awqaf and Islamic Affairs of Kuwait, The Public Authority for Minors Affairs of the Ministry of Justice of Kuwait, Al-Rajhi Banking & Investment Company (12) | Directors: Adnan Al Bahar (C & MD), Najeeb Abdulla Al Mulla (VC), Fahad Mazyad al Rajaan, Sayar Badar Al Sayar, Salah Al Wazzan, Bader M. Al-Homaizi, Abdullah Sulaiman Al Rajhi  Management: Basil Ghalayini (GM-London office) | | TII is an Islamic financial services company, which provides international private banking services and global investment banking to exclusive clients. Chairman Adnan Al Bahar is considered a black sheep by his family because of his adherence to strict Islamic principals; his merchant family purportedly feels shunned by Al Bahar because they prospered in traditional areas of commerce and finance. |

18

CIA_000773

C05432020

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Kuwait (Continued) | Kuwait Finance House, 1977; Domestic Branches: 17; Total Assets: $4.7 billion  Paid-in Capital: $150 million (12/31/95) | Domestic:  International Turnkey System (100); Al-Enma'a Real Estate Services Company (99.6); Al-Bashri (Human Resource) Investment Company (50), Kuwait Privatization Enterprises Company (30)  Foreign:  KFH Ijara House (Malaysia), Kuala Lampur (70); Kuwait Turkish Evkaf Finance House, Istanbul (50) | Individuals (51), Ministry of Finance (20), Ministry of Awkaf and ▓istry of Justice (9); ▓▓▓ only Kuwaitis may ▓▓▓  Dubai | Directors:  Bader Abdul Muhsin Al Mukhaizeem (C & MD), Mohammad Yousuf Al-Rounu (VC), Jamal Jaber Mahullah, Khaled Abdallah Al-Zeer, Sameer Ya'qoob Al-Nafeesi, Abdullah Kakhil Al-Jassar, Abdul Moshen Abdulla Mijhin, Adnan Abdul Muhsin al Marzouk, Mohammad Ali Al-Khudairi, Fouad Abdallah Al Omar, Ibrahim Abdullah Al-Khamees  Management: Waleed A. Al Rowaih (DGM), Ahmad A. Al-Dohsary, Barrak F. Al Sabeeh, Sulaiman A. Al Braikan, Hamid A. Al Bader, Nabil Ahmed Amin, Abdullah Y. al-Saif, Faisal Abdullah al Zamil (AGMs); Ahmad M. Amoen, Abdul Rahman A Boodai, Ibrahim Abdullah Al Khamees, Talal Abdulla Al Hooti, Essa M. Al-Asfour, Fahad M. Al-Othman, Yousif A. Al-Mailan  Religious Supervisory Board: Ahmad Razle al Yaseen (C), Sh. Bader al Mutawally A. Al Basit, Sh. Khaled al-Mazkour, Sh. Ajeel J. al Nashmi, Sh. Mohammad Fawzi Faidullah | Religious Supervisor Ahmed Bazie Al Yaseen and Director Fouad al Omar were among a group of militant Muslim Brotherhood exiles from Egypt in the mid-1980s.  ▓▓▓ Both were identified as Directors of the International Islamic Charities Organization, established to manage Muslim Brotherhood finances.  Arab press reports from Paris noted in 1994 that HAMAS used KFH as a conduit for funding without the bank's knowledge. | KFH is considered by some in the banking community to be one of the most well-run Islamic financial institutions.  It plans to establish an Islamic bank in Indonesia, according to 1994 annual report.  Director Fouad al Omar is a Director of the Islamic Development Bank in Jeddah; Religious Supervisor Yaseen is Chairman of Kuwait Turkish Evkaf Finance House in Istanbul and a shareholder in Faisal Islamic Bank of Sudan as of 1984. |
|  | Majestic Global Investments, Kuwait | First Islamic Investment Bank, Manama (100) probably via Majestic Global Investments, Cayman Islands |  | Director:  Majid Bader Al-Refai (C)  Religious Supervisory Board:  Youssef al Qaradawi (C) | Bank Al Taqwa Advisor Qaradawi is a militant member of the Muslim Brotherhood, executive board member of Sudan's IDO, and Director of several other Islamic financial institutions. |  |
| Lebanon | Al Baraka Bank Lebanon SAL, Beirut: Foreign Branch: Amman; Total Assets: $13 million  Paid-in Capital: $7 million (12/94) |  |  | Khedir Temsah (GM) |  | been involved in establishing the First Russian Islamic Bank (a.k.a. Badr Bank) in Moscow. |

19

CIA_000774

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Lebanon (Continued) | Beit al-Mal al Muslmi, Beirut, 1989 | | A Hizballah-controlled bank capitalized with [redacted] funds [redacted] | Muhammad Ahmad Burjawi helped found the bank. Hizballah member Ali Zurayq is involved in its operations. | Hizballah financial officer, 'Ali Zurayq was a member of the Islamic Jihad Organization—involved in the kidnapping of Western hostages—and affiliated with Iran's Martyr's Foundation, an organization that finances Hizballah. | Burjawi currently represents Hizballah in Lebanon's parliament. |
| Liechtenstein | Nada International Anstalt, Vaduz, 1976. Foreign Branch: Tehran; Share Capital: The Swiss Franc equivalent of roughly $12,000 as of yearend 1976 | The firm is owned by or affiliated with Bank Al Taqwa in Nassau, Al Taqwa Management Organization in Geneva, and Youssef M. Nada & Co. Gm bH., a trading firm in Vienna. | | Youssef Mustapha Nada, Ali Ghaleb Himmat, Erwin Wachter. | Nada and Himmat are longtime members of the Muslim Brotherhood with extensive ties to Gama'at [redacted] groups, [redacted]. Although a holding company, Nada International has conducted some business with the Iranian Government, [redacted]. Former directors in... Hisham Altalih and Jamal M. Al Barzinji-Directors of a US affiliate of a Saudi-based foundation with links to extremists—and Mohamed Shamma, a senior HAMAS political officer. | Registration documents indicate the firm conducts commercial trade of all kinds; trustee work; participation in other businesses; representation of other companies; purchase, administration, and use of patents, licenses, and real estate. The company is co-located with roughly a dozen Liechtenstein-registered firms, including Nada Youssef M. Establishment—which may refer to the Austrian trading company. Wachter is MD of Asat Trust Reg. in Vaduz, a corporate registration firm. He probably serves only in a legal or advisory capacity. |
| Luxembourg | Faisal Holding (Luxembourg) SA, Paid-in Capital: $10 million (6.30.91) | Faisal International Company (formerly Faisal International Bank of Denmark), Copenhagen (100) | Bar al-Maal al-Islami Trust (100) | | | |
| Malaysia | Malaysia has a dual banking system, in which financial institutions offer both conventional and Islamic products. Only those banks that were specifically established with Islamic charters and that universally operate preceding to Islamic law are discussed here. | | | | | |

CIA_000775

C05432020

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Malaysia (Continued) | Abrar Group International, Kuala Lampur, 1992; Paid-in Capital: $30 million | Wholly owns Abrar Investments in the United States and has shareholdings in numerous businesses in Malaysia | The bulk of the shares probably are owned by Malaysian nationals Dr. Wan Muhamad Hosni Wan Sulaiman and Dr. Abdul Rahim Ghouse, who established Abrar Investments in 1989. | Directors: Kamaruddin Taha (C), Wan Muhammad Hasni Wan Sulaiman, Abdul Rahim Mahmoud Ghouse, Nor Mohamed Yakcop, Tawfiq Mohammad Saleh, Sheikh Yassin Al Qadi | Al Qadi is affiliated with the Saudi-based Muwafaq Foundation, which has provided arms to the Bosnian Mujahaddin and supported the Gama'at Al Islamiyya in Milan, Italy ▆▆▆▆ Muwafaq is a shareholder in the Animal Resources Bank in Sudan and linked to the NIF-controlled Islamic Dawa Organization. Abrar Group is a holding company for Abrar Investments in the US--a key investment vehicle for the Omani Muslim Brotherhood, ▆▆▆▆ | ▆▆▆▆ Qadi was among a group of Muwafaq officials who sued a prominent magazine for alleging a Muwafaq role in the 1995 attempted assassination of President Mubarak in Ethopia and other terrorist activities. The magazine held information that Al Qadi was actively engaged in terrorism in Afghenistan and Sudan. |
| | Bank Islam Labuan, 1997 | | Bank Islam Malaysia Bhd (100) | Ahmad Tajudin Abdul Rahman (MD) | | Labuan is Malaysia's offshore financial center. |
| | Bank Islam Malaysia Berhad, Kuala Lampur, 1983; Domestic Branches & Offices: 73; Total Assets: $739 million, Paid-in Capital: $52 million (12/31/95) | Wholly-Owned: Bank Islam Labuan, Syarikat Al-Ijarah Sdn Bhd (Leasing), Al-Wakala Nominees (Tempatan) Sdn Bhd, BIMB Securities (Holding) Sdn Bhd, BIMB Unit Trust Management Berhad: Syarikat Takaful Malaysia Sch Bhd (87.15) | Lembaga Tabung Haji (28), Al Baraka Investment & Development Company, Jeddah (10), Majlis Ugama Islam Sabah (6) Lembaga Tabung Angkatan Tentera (5), JAMI Company, Kuala Lampur (5), Malaysian Government & nationals (47) | Directors: Shamsuddin Abdul Kadir (C), Ahmad Tajudin Abdul Rahman (MD), Hamzah Ismail, Tuan H W M Ismail Wan Hussain, Dr. Jamal Mudammad Barzinji, Ibrahim Mahaludin Puteh, Mahmood Jamil Hassouballh, Dr. Ismail al-Saad, Tan Sri D A Mohamed Ibrahim, Dr. Abdullah Haji Ibrahim, Dr. Ahmad Shahbari, Hashim Haji Yahaya, Haji M. Khudzairi Haji Daiouri Management: Ahmad T A Rahman, Ismail Mahayudin, Naslan Ozizi Ibrahim, Mustapha Hamat, Hamdan Mohd Bintang, Fadzil Yusoff, Thalip Md. Yasin (GMs) Religious Supervisory Board: Dr. Abdullah Haji Ibrahim (C) | ▆▆▆▆ Barzinji also heads the Islamic Institute for International Thought in Malaysia; is a board member of the JAMI Company in Kuala Lampur ▆▆▆▆ and is former board member of Liechtenstein-based Nada International Anstalt--an affiliate of Bank Al Taqwa in Nassau. | BIMB Unit Trust Mgt manages Amanah Saham Bank Islam (ASBI)-Tabung Pertama--a unit trust fund established by the bank. Barzinji personally held 10,000 shares in the bank as of mid-1995. |

CIA_000776

C05432020

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Malaysia (Continued) | Commerce MGI (formerly Majestic Global Investment Ltd), Kuala Lampur, 1994 | | First Islamic Bank of Bahrain (39); Remaining shares probably are owned by Majestic Global Investments in Kuwait or the Cayman Islands. | Hasnita Hashim (C & CEO), Asim Zafar (DCEO), Ivan Frois  Religious Supervisory Board:  Yusuf Abdullah Al-Qaradawi (C) | Qaradawi is an Egyptian exile and longtime member of the Muslim Brotherhood. He purportedly serves as an advisor to Bank Al Taqwa in Nassau and on the boards of several other Islamic financial institutions. | Dr. Hasnita Hashim is the only female director of an Islamic financial institution. Majestic Global Investments is formerly Premier Excellent Sdn Bhd. |
| | Dallah Albaraka (Malaysia) Holding, Kuala Lampur: Total Assets: $58.3 million; Paid-in Capital: $7.8 million | | | Vaseehar Hassan Abdul Razak (CEO) | | Vaseehar Hassan Abdul Razack is Chairman of the JAMI Company in Kuala Lampur. |
| | Joint Arab-Malaysian Investment (JAMI) Company Sdn Bhd, Kuala Lampur, 1988 | Jami-Swilynn Sdn Bhd, Kuala Lampur | Al Baraka Investment & Development Company (34), Sh. Suleiman al Rajhi (34), A Saudi-based foundation in Virginia (14), Kamaruddin Mohammed Nor (9.4); Iqra Charitable Foundation (3.8), Sh. Ibrahim al Affandi (2.7), Sh. Abdul Rahman Faqih, Sh. Fouad al Khateeb, Sh. Abdulelah al Moyyad, Said Saad bin Said, Sh Abdul Rahman bin Aqeel, Sh. Sulciman al Yahya, Muhammad Bassam el Estwani, Shaukat Ali Mahmoud, Kinana Company for Trading & Contracting, Jeddah (2.1) | Directors:  Vaseehar Hassan bin Abdul Razack (CEO), Mahmoud Jamil Hassoubahh, Dr. Jamal Muhammad Barzlaj, Fahad Suleiman al Rajhi, Muhamed Mohamed Tawfick el Meghrabi, Abdulelah al Moyyad, Kamaruddin Mohammed Nor | [redacted] national Anstalt in Liechtenstein. an affiliate of the MB-controlled Bank Al Taqwa in Nassau. Fouad al Khateeb and Abdul Rahman bin Aqeel are militant MB members and Directors of the International Islamic Charities Organization in Kuwait—a financial conduit for the Muslim Brotherhood. Muhamad el Estwani operates a mosque in Virginia and is former Director of a US office of Mercy International (MI). The uncle of World Trade Center bomber Ramzi Yusef is a Director of MI's office in Peshawar, Pakistan. | Sheikh Salih Kamel and Mohammed Abduh Yamani founded the Saudi-based Iqra Charitable Foundation and have been accused by Egypt's President Mubarak of financing Egyptian extremists. Yamani and Barzinji were on the board of JAMI-Swilynn. [redacted] nd the Iqra Charitable Agency funded Somalia's Al Ittihad Al Islamiya, Mogadishu's leading extremist group. |

22

CIA_000777

**Appendix,**
**Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Malaysia (Continued) | Lembaga Tabung Haji, Kuala Lumpur, 1969; Total Assets: RM 2.7 billion, Paid-in Capital: RM 79 million (12/31/94) | Wholly owns eight companies in Malaysia primarily involved in property management and real estate. It has at least a 20-percent stake in 20 other Malaysian firms. | | | | Lembaga Tabung Haji is one of the largest property owners in Malaysia. The firm was established to financially assist pilgrims in making the Haj. It probably is identical to Pilgrims Management & Fund Board. |
| | Syarikat Takaful Malaysia Sendirina Berhad; Domestic Branches and Offices: 5ii; Total Assets: $39.4 million Paid-in Capital: $4 million (12/31/94) | | Bank Islam Malaysia Berhad (87.15), Islamic Religious Councils and Malaysian States (12.85) | Directors: Ahmad Tajudin b. Abdul Rahman (C), Haji Abdul Muttalib B. Haji Mohd. Ali Al Fakwie, Haji Khalid b. Mat Zin, Mohamed Arif b. Abdul Rashid, Mustapha b. Hamat, Haji Mohamed b. Husein, Ismail b. Mohayudin, Mohd. Fadzil b. Yusof  Management:Mohd. Fadzil b. Yusof (GM), Zolkiffly b. Aziz, Mohamed Arif b. Abdul Rashid, Hardinur b. Haji Mohd. Noor  Religious Supervisory Board: Madya Mohammed Hasim b. Yahya (C) | | |
| | Zakat Collection Center, Kuala Lumpur | | | | | |
| Mauritania | Banque Al-Baraka Mauritanienne Islamique, Nouakchott, 1986; Total Assets: $46.3 mn.; Paid-in Capital: $13.5 mn. (12/31/90) | Foreign: Al-Baraka Islamic Investment Bank, Bahrain, Al-Baraka International Ltd., London | Albaraka Investment & Development Company (46), Central Bank of Mauritania (10), Al-Baraka Islamic Investment Bank, Manama (3.64), Mauritania's Private Sector (49), Dubai Islamic Bank (.36) | Directors: Hassan A. Kamel (C), Ahmed Ould Sidi Baba (P & VC), Musa Sheikh Sidya (GM), Osan A. Suleiman, Nagi Nazer, Musa A. Shihada, Mohammed El Iraki, Abdou Maham, A. Salek M. Lemine, Mohammed O Marcou, Sidi M. Elemine, Taleb Khayar Ibn Cheikh Mamine. Religious Supervisor:  Sheikh Hamden O. Tah | | Baba is a prominent Mauritanian businessman, a former professor at the Sorbonne in France, and key figure in one of Mauritania's opposition parties. |
| Netherlands | Faisal Finance (Netherlands) BV, 1982 | | Dar al Maal al Islami Trust (100) | | | |

23

C05432020

**Appendix,
Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Netherlands (Continued) | Islamic Development Company BV, Rotterdam | | | | | Possibly an affiliate of the NIF-controlled Islamic Development Company in Khartoum, which is partly owned by Faisal Islamic Banks in Egypt and Sudan. |
| | Islamic Takaful Company SA, 'S-Gravenhage | | | | | |
| Netherlands Antilles | Al Rajhi Banking & Investment Corporation Holland | | | | | |
| Niger | Banque Islamique du Niger, Niamey, 1983 | | | Directors: Mahmoud Mohamed El Helw (C), Abderraouf Bennessiah | | |
| Oman | Al Baraka Financial Services (stock and bond brokers) | | | | | Oman prohibits the establishment of Islamic banks, ▮▮▮▮ possibly because of its wariness of the Muslim Brotherhood. |
| Pakistan | Only those banks that were specifically established with Islamic charters and operate according to Islamic law domestically and internationally are discussed here. | | | | | |
| | Al Baraka Investment Bank (a.k.a. Al Tawfeek Investment Bank Limited), Lahore, 1990; Domestic Branches: 3; Total Assets: $91 million; Paid-in Capital: $13 million (31 Dec 94) | Equity participation in 65 Pakistani firms, including 22 banks and financial institutions. | Sponsored by Dallah Albaraka Group, Jeddah; Banking/Investment Companies (63), 5 Individuals (21), Other individuals (11), Other entities (5) | Directors: Mahmoud J. Hassoubah (C), Osman A. Suleiman, Iftikhar Soomro, Omer Abdullah Sejieny, Abdul Waheed Alavi, Adeel Yousef Siddiqi, S. M. Siddiqui   Management: Abdul Waheed Alavi (CEO), Wasim Ali, Faisal A. Jamal, Khalid Majid, G. Mustafa Butt, Arif Ali Hashmi, M. Azfar Thair, Ahsan Rafiq Nagra, Omer Iftikhar Butt | The African Muslim Agency--an NGO based in Kuwait which employed a suspect in the attempted assassination of President Mubarak--maintains an account at the Karachi branch. | Adeel Y. Siddiqui is on board of numerous Al Baraka subsidiaries and affiliates in London. |

CIA_000779

**Appendix,
Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Pakistan (Continued) | Al Faysal Investment Bank Ltd, Islamabad, 1991; Domestic Branches: 3; Paid-in Capital: $6.2 million (12/31/92) | | Dar Al Maal Al Islami Trust, Nassau (66) | Directors: Prince Mohammed Al Faisal Al Saud (C), Mueizzam Ali (VC), Zafar Iqbal (P & CEO), Abdullah Ahmed Zamal Alireza, Prince Amr Mohamed Al Faisal Al Saud, Omar Abdi Ali, Mahmoud El Helw, Zafar Ahmad Khan, Nabil Nassief, Imtiaz Ahmad Pervez | | |
| | Faisal Bank Limited (Pakistan), Lahore, 1994; Domestic Branches: 9, Total Assets: $525 million, Paid-in Capital & Reserves: $61 million (12/31/95) | | Faisal Islamic Bank of Bahrain (60); Pakistani Interests (40) | Directors: Ahmed Salah Jamjoom (C), Nabil Nassief (VC), Prince Amr Mohammed al Faisal al Saud, Imtiaz Pervez, Omar Abdi Ali, Mohamed H Khereiji, M. Faruqui, A. Ali. Management: Imfaz Alam Hanif (P & CEO), Muneer Kamal (Chief Operating Officer), Shamsul Hasan, Akbar Chughtai, Ashraf M. Wathra, Saleem ullah Chauhry, Sarfraz Sheikh, Raheel Ijaz, Mohammed Iqbal | Chairman Jamjoom has close commercial ties to Sudan's NIF and is on Executive Board member of the NIF-controlled Islamic Dawa Organization. | Faysal Bank Ltd is a holding company created to manage the operations of Faysal Islamic Bank of Bahrain in Pakistan. |
| Philippines | Al-Amanah Islamic Investment Bank of the Philippines, Manila: Total Assets: $8.6 million, Paid-in Capital: $1.5 million (12/31/92) | | into the bank in 1993. | Asgari A. Aradji (EVP), Amado S. Balauitan (Senior VP), Ernesto T. Duran, Farouk A. Carpizo | | As of late 1996, the bank was in very poor financial condition. |
| Qatar | Al Jazeera Investment Company, Doha: Total Assets: $63 million; Paid-in Capital: $5.5 million | | Qatar Islamic Bank (80) | | | |
| | Islamic Investment Company of the Gulf (Sharjah), Doha | | Wholly owned by Islamic Investment Company of the Gulf (Bahrain) and Dar Al Maal Al Islami Group | Alauddin Yousuf Bader (Manager) | | |

CIA 000780

C05432020

**Appendix,**
**Continued**



| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Qatar (Continued) | Qatar International Islamic Bank, Doha, 1991; Domestic Branches: 2; Total Assets: $236 million, of which $201 million is Islamic lendings; Paid-in Capital & Reserves: $21 million (12/31/95) | | ███████ as of 1994, the bank had some 6,000 shareholders, with no foreign or government participation. | Directors: Sh. Ali Bin Abdullah Al Thani (C), Dr. Hussain Al Abdullah (VC), Sh. Khalid Bin Thani Al-Thani (MD); Sh. Thani Bin Khalifa Al-Thani, Abdulrahman Muftah Al Muftah, Nasser Abdulghani, Yusof Al Nema. Management: Qasim M. Qasim (GM), Ismail I. Khafagi, Abdu Mahmood Khalil, Abdulbasit Al Sheibei, Riad Ahmad Rizeq, Zakaria Al Qasem, Mohsen Jamal Eddin Khalaf, S. Asim Mahmood, Yousef Cafi, Jamai A. Asmar. Religious Supervisory Board: Yousef Al Qaradawi (C), Sh. Abdul Qadir Al Ammari, Sh Ali Al Koundagi | Accounts at the bank are used by a top financial officer of Usama Bin Ladin's Islamic Army to transfer funds. Religious board member Qaradawi is an Egyptian Muslim Brotherhood living in exile in Qatar since the 1960s; ████████ ████████ ████ Qaradawi is on the Executive Board of the Sudanese Islamic Dawa Organization. ████████ | Qaradawi is a paid religious advisor to Qatari ruler Amir Khalifa Bin Hamad Al-Thani. He is a senior member of the Egyptian Muslim Brotherhood. Both Qaradawi and Sheikh Abdul Qader al Ammari--a judge on Qatar's Sharia court--are on the board of the Khartoum-based IDO. |
| | Qatar Islamic Bank, Doha, 1983; Domestic Branches: 5; Total Assets: $879 million; Paid-in Capital: $41 million (12/31/94) | Domestic: Al Jazeera Investment Company (80); International Beverages Company (80); Probably some ownership in the Qatar Islamic Insurance Company | Qatari Nationals (100) | Directors: Abdul Rahman Bin Abdullah al Mahmoud (C), Abdul Rahman Essa Al Mannai (DC), Khalid Bin Ahmad Al-Sowaidi (MD), Nasser Mohammad Al-Hajisi, Saad Bin Fawed al Mubarak Al Sabah, Abdul Rahman Bin Ginoir Al Naeemi, Abdul Hadi Al-Shahwani, Sh. Hamad Bin Nasser Bin Jassim Al Thani, Khalifa Bin Jassem Bin Mohamad Al Kuwari, Abdulla Mohamad Abdul Rahim Al Emadi, Abdulla Bin Fahid Bin Gurab Al Mirre; Muhammad Abdullah Al Dabbagh may be a director. Management: Syed Maqbul Qader (GM), Maher M. Duweik, Fathi El-Rahman A E) Sheikh, Mohammad Bin Hamad Al Mannai, Abdul Hadi Trahib Bin Nayfa Al Shahrani, Nasser Bin Mohammad Al Fehaid Al Hajiri. Religious Supervisory Board: Taees Abdullah Muhammad Al-Jumaily | Chairman Abdul Rahman bin Abdulla al Mahmoud and Muhammad Abdullah Al Dabbagh are on the board of Khartoum-based IDO. Al Dabbagh heads the Qatar Charitable ████████ ████████ ████████ ████████ ████████ ████████ ████████ | Director of Qatar Islamic Bank as of 1990; however, the 1996/97 Polk Bank Directory is the only source that still notes his position on the board. Al Dabbagh is a director of the Qatar Islamic Insurance Company. ████ ████ Shati'a advisor Al-Jumaily is an Iraqi national who was provided a Qatari passport in 1996; he also holds a Kuwaiti ID card issued in 1995. Hamad Bin Nasser al Thani is a police officer in the immigration department of Qatar's Interior Ministry. |

26

CIA_000781

C05432020

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Qatar (Continued) | Qatar Islamic Insurance Company, Doha. 1995; Paid in Capital: $20 million | | Qatar International Islamic Bank and Qatar Islamic Bank are among 200 shareholders, each holding 1,000 shares | Directors: Nasser Bin Mohammed Al-Fuhaid Al-Hajiri (C), Faisal Mohamed Al-Sulaiti (VC), Abdullah Mohammed al Dabbagh, Sh. Mohamed Bin Eid Al Thani, Sh. Hamad Bin Nasser Bin Jassim Al Thani, Faisal Bin Mohamed Al-Sowaidi | Abdullah Mohammed Al Dabbagh heads the Qatar Charitable Society and is an Executive Board member of the Khartoum-based Islamic Dawa Organization. ████ | Chairman Al Hajiri is a Director of Qatar Islamic Bank. |
| Russia | First Russian Islamic Bank (Badr-Bank), Moscow, 1997; Paid-in Capital: $10 million; will open in early 1998. | | Russian Nationals (51), Islamic Shareholders from Iran and Gulf Countries (49) | Adalat Dzhabiyev (C) | | |
| Saudi Arabia | Al Baraka Investment and Development Company Ltd (a.k.a. Dallah al-Baraka Group), Jeddah. 1982; Representative Office: Jakarta, Shanghai | Banking Subsidiaries: Albaraka Investment Company, London; Albaraka International Ltd. London; Al Baraka Islamic Bank, Manama; BEST Bank, Tunis; Albaraka Bank Sudan; Albaraka Turkish Finance House; Banque Albaraka Mauritanienne Islamique, Al Baraka Bank Bangladesh, Dacca; Al Tawfeek Investment Bank, Lahore; Banque Albaraka D'Algerie, Algeria; Albaraka Finance House Ltd., Bombay; Other Holdings: Jordan Islamic Bank for Finance & Investment, Amman; Arab Albanian Islamic | Sheikh Salih Abdullah Kamel (50), Dallah Al Baraka Holding Company, Jeddah (25), Mrs. Maeda M. Nazer (5), Mr. Abdullah S. Kamel (5), Miss Ghadeer S. A. Kamel (5), Mr. Mehie El Din S. A. Kamel, Miss Haneen S. A. Kamel | Directors: Sheikh Salih Abdullah Kamel (C), Hassan Abdullah Kamel, Omar Abdullah Kamel, Mohammed Abduh Yamani, Mahmoud Jamil Hassoubah, Mufeed al-Mullah Management: Mohamad Al Maghrabi | | |

27

CIA_000782

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Saudi Arabia (Continued) | Al Baraka Investment & Development Company (Continued) | Bank (10), Egyptian Saudi Finance Bank, Cairo; Beit al Mal, Ramallah; Al Aqsa Bank, The West Bank; and unspecified shareholdings in FIBS and Al-Shamal Islamic Bank in Sudan. Sheikh Kamel holds 2.8 percent of Tadamon Islamic Bank. | | | | |
| | Al Rajhi Banking & Investment Corporation, Riyadh, 1988; Domestic Branches: 350 Representative Offices: Cairo, London; Total Assets: $8.6 billion; Paid-in Capital: $400million (12/31/95) | Foreign : Al Rajhi Aviation Ltd., AR Aviation 1 Limited, AR Aviation 2 Limited, AR Aviation 4 Limited, AR Aviation 5 Limited, AR Aviation 6 Limited, Perfectus Limited, Arpent Investments Limited, Jersey; Arpent VAT Services Limited, UK; AR Company for Islamic Investments Limited, London; ARABIC NV, Netherlands Antilles; Al Rajhi Investment Corporation, Amsterdam; Norswin Limited Hong Kong; Crichfield Limited, Hong Kong; Pixie Corporation Limited, Curacao; AR Lease Management, Jersey; SPC Limited, British Virgin Islands. Other Holdings: Environmental Allies NV, Curacao | Sheikh Salih Abd Al Aziz Al Rajhi and Sheikh Sulaiman Al Rajhi (52); New founders of the Bank (5); Employees Fund (2), General Public (41), [redacted] kh Salih Al Rajhi, Abdallah Al Rajhi, and Muhammad Al Rajhi (40); Others (20) | Directors: Sh. Salih Bin Abdul Aziz al Rajhi (C), Sh. Sulaiman Bin Abdul Aziz al Rajhi (MD & GM), Sh Abdollah Bin Abdul Aziz al Rajhi, Sh Abdul Rahman Bin Abdullah Bin Ogail, Mohamed Bin Abdullah Bin Abdul Aziz al Rajhi, Saleh Bin Sulaiman Bin Abdul Aziz Al Rajhi, Sh. Omar Ghasim Alisa'y, Sh. Mohamed Ibrahim Alissa, Sh. Abdullah Saeed Abu Mitha, Salah Ali Abdullah Aba Al Khail, Sulaiman Bin Saleh Bin Abdul Aziz Al Rajhi, Mohamed Bin Abdul Aziz al Rajhi, Mohamed Bin Osman Bin Ahmed Al Bishr, Ali Bin Mohamed Bin Abdullah Al Rajhi, Naser Bin Mohamed Al-Suhai'y, Ali Ahmed Al Shuly | Used by some members of Usama Bin Ladin's Islamic Army to maintain accounts and transfer funds. [redacted] the Islamic movements, including Tunisia's outlawed An Nahda movement and the Egyptian Government has accused the bank of financing Egyptian extremists. The bank is a primary donor to Al-Nadwa al-'Alamiyya Lil Shabab al Islami, a Saudi NGO that is suspected of financing HAMAS; [redacted] the al Rajhis have financed radical Afghani and Kasmiri organizations in Pakistan and elsewhere. Some of the aid was provided under the guise of orphan relief and diverted to radical causes--possibly unwitting to the al Rajhis. | The bank is the successor to Al Rajhi Company for Currency Exchange and Commerce. The Sudanese African Company for Development & Investment probably is the NIF-controlled Sudanese Development Company for Investment, possibly headquartered in Bahrain, and a front company and profit center for the NIF and shareholder in Faisal Islamic Bank of Sudan. [redacted] AR Aviation companies related to ship ownership or leasing Airbuses by the UAE Government. |

CIA_000783

C05432020

CIA_000784

**Appendix, Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Saudi Arabia (Continued) | Al Rajhi Banking & Investment Company (Continued) | (100); Scientific Lease Investment Corporation NV, Curacao (83); Sudanese African Company for Development & Investment, Khartoum (33), Islamic Trading Company, Manama (15), The International Investor, Kuwait (12) | | | | |
| | Alrajhi Commercial Foreign Exchange. Jeddah, 1978; Domestic Branches: 23 Foreign: Bangkok, Cairo, Geneva, Karachi | | | Directors: Sh. Abdulrahman A. Al Rajhi (C), Dr. Ibrahin A. Al Khudhuri (VC) Management: Dr. Samir Abdul Fattah, Aref A. Koubeji (DGMs) | | Established as a sole proprietorship. |
| | International Association of Islamic Banks, Jeddah, 1977; Foreign Branches: Dubai; Heliopolis, Egypt; and Karachi | | | Dr. Fuad Al Habees (Secretary General). Dr. Mahmoud El Ansari (Assistant Secretary General) Management: Saïd Mahmoud El Menshawy (DGM), Wafai Youssef Ismail, Hisham Mousta, Mahmoud El Ghamaz | | |
| | Islamic Development Bank, Jeddah, 1975; Total Assets: $4.8 billion Paid-in Capital: $2.5 billion (KD903) | Arab Albanian Islamic Bank (15). Bahrain Islamic Bank (13), Bank Alfuruka Djibouti (10), Albaraka Turk Ozel Finans Kurumu A/S (13), Kuwait Turkish Evkaf Finance House (9), Islamic Bank of Yemen for Finance & Investment (10). Islami Bank Bangladesh | Capital is provided by 48 Islamic countries. Major shareholders are Saudi Arabia (25), Libya (15.5), Kuwait (12.4), Iran(8.7), Turkey (7.9), and UAE (7.1) | Executive Directors: Dr. Ahmed Mohamed Ali (P), Rafiq Ahmed Akhund (Pakistan); Yousif Abdul Latif Alsirkal (UAE); Baeireddine Nonlona (Algeria); Lamine Diouf (Senegal); Junaidi bin Haji Hashim (Brunei); Mohamed Jawad bin Hassan (Oman) Abuojileh Ali Rashid (Libya); Omar Abdullah Sejéini (Saudi Arabia); Faisal Abdul Aziz Al-Zamil (Kuwait), Djama Mahmoud Haid (Djibouti), Dato Ahmad Hassan Osman (Malaysia), Abdellif Loualyi (Morocco), Ahmad Henad Al Nisami (Qatar), Buchria Ouedraogo | VP Fund Abdullah al Omar was described as a militant Egyptian MB exile by . Omar is a D pti Finance House and on the Executive Board of Khartoum-based Islamic Dawa Organization. | IDB finances development in member countries and non-member Muslim communities in accordance with the principals of the Shari'a. In recent years it has supported the establishment of Islamic banks. IDB President Ali is former head of the Saudi-based Muslim World League. He purportedly left that post over continuous disagreements with Islamic fundamentalist clerics. |

29

C05432020

## Appendix,
## Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Saudi Arabia (Continued) | Islamic Development Bank (Continued) | | | (Burkina Faso), Korkut Ozal (Turkey), Ali Nassar (Comoros) Management: Ousmane Seck, Fouad Abdullah Al Omar, Enam Ahmed Chaudhury, (Vice Presidents); Abdurrahman Nur Rersi (Advisor) | | |
| | Islamic Insurance and Reinsurance Company, Jeddah, 1985 | | Sh. Saleh Abdullah Kamel, Al Baraka Investment and Development Company, Kuwait Finance House | Sheikh Saleh Abdullah Kamel (C), Sheikh Abdul Latif Ghurab (MD) | | |
| | Offices of HRH Prince Mohamed Al Faisal Al Saud and the Islamic Investment Company of the Gulf (Sharjah); Total Assets: $22 million; Paid-In Capital: $10 million (12.31.95) | | | | | |
| Senegal | Banque Islamique du Senegal, Dakar | | Directors: Mahmoud Mohammed El Helw (C), Abderraouf Benessaiah  Management: Assane Diop (GM) | | | |
| Somalia | Al Barakat Bank of Somalia, Mogadishu, 1996; Paid-in Capital: $2 million | The bank's owners also own Al Barakat Telecommunications Services in Mogadishu. | Ahmed Nour Ali Jumale heads a group of rich Somali investors. | Ahmed Nour Ali Jumale (C & MD), Abbas Abdi Ali (DC) | Principal bank and fundraiser for Al Ittihad Al Islamiya, the leading Islamic group in Somalia allegedly financed by Usama Bin Ladin.  Al Ittihad seeks to establish an Islamic regime in Somalia and regain control over the Ogaden territory from Ethiopia. | Specializes in small loans to Somali traders and domestic and international currency transactions. Abbes Abdi Ali may be related to Somali national and Dor Al Maal Al Islami CFO, Omar Abdi Ali. |



CIA_000785

C05432020

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Somalia (Continued) | In May or June 1997, an Islamic bank (name not specified) opened in Mogadishu. The bank's capital purportedly is $5 million, paid in Somali shillings. | | Unidentified Malaysian nationals provided the capital for the bank, ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ The part of the UN contingent in Somalia. | Ali Nur Mohammed (P); Ahmed Dasale is a principal bank officer who serves as a liaison between the Malaysians and the bank. | | The bank has been termed the "central bank" for the unrecognized government of Hussein Mohammed Farah Aideed. To date, the Aideed government is the only significant customer of the bank. |
| South Africa | Albaraka Bank Limited, Durban, 1989; Domestic Branches: 3; Total Assets: $44.4 million; Paid-in Capital: $4.9 million (12/94) | Albaraka Properties (Pty) Limited (100) | Al Baraka Investment & Development Company (50), Local Muslim Investors (50) | Directors: T. O. Al Kasabi, (C); Dr. A. Buyukdeniz, M. Youssef, Y M Paruk, A B Mahomed, E E Vawda, Y D Asmatt, I A Kalla, O F Kharva, A H Moosa, N Osman, I Y Paruk, E Y Varachia (South African), Management: Ibrahim Vawda (CEO) | | |
| | Islamic Bank Ltd, Johannesburg | | Wholly South African owned | E.E. Kharsany (CEO) | | |
| Sri Lanka | Serendib Bank Limited, Colombo; Authorized Capital: $25 million | | Local Investors (51); Al Baraka Investment & Development Company, Dar Al Maal Al Islami SA, Kuwait Finance House, Islamic Development Bank are shareholders. | | | |
| Sudan | Only those banks that were specifically established with Islamic charters and operate according to Islamic law domestically and internationally are discussed here. | | | | | |
| | Albaraka Bank (Sudan), 1984; Domestic Branches: 33 Saudi Arabia (2); Total Assets: $42 million; Paid-in Capital: $4.2 million (12/31/93) | Foreign: Al-Baraka Islamic Investment Bank, Bahrain; Al-Baraka International Ltd, London; Arabian Thai Investment Company, Bangkok; BEST Bank, Tunis | Al Baraka Investment & Development Company (60.8); Sh. Saleh Abdalla Kamel family (21); Sudanese nationals (18.2) | Directors: Sh. Salih Abdallah Kamel (P); Sh. Mohamad Jameel Hassouhoh (C); Fathi El Rabman Al Bashir (VC), Ibrahim Mohammed, El Mahi, Abdallah Khairy, Abdel Rahman Ahmed, Ibn El Hag Mohd. Salih, Michael Girgis Abdel Salam Elamin, Ibrahim Fadul Nasir, Soud Momoun Al Birair, Hashim Hago, Bahgat Saad Khalil, Ibrahim Md. Ali Mntar, Saieb Shafeeg, Osman Ahmed Suliman, Ziada Abdalla Ziada Management: Ibrahim Mohd El Mahi (GM), | Has maintained accounts for extremist financier Usama Bin Ladin, his firms, and his Islamic Army associates; the branch in the Al-Burg district in Khartoum houses an office Bin Ladin's Al Ikhlas International Company, ▮▮▮▮▮▮▮▮▮ which allegedly is a front for Bin Ladin's money. The bank and its profits have been used to support the NIF. The NIF-controlled Islamic African Relief Agency (IARA) also maintains | Vice Chairman El Bashir was suggested as a potential director of a new hotel construction firm in Sudan established by El Nur Zarroug--Director of FIDS and the NIF's chief financial officer in Europe. In mid-1993, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ed Albaraka Chairman Saleh and |

CIA_000786

C05432020

**Appendix,
Continued**



| Country | Bank, Home Office; Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | Al Baraka Bank (Sudan) (Continued) | | | Michel Girgis Mansi, Ibn El Haj Mohamed Saleh, Ahmed Mohamed El Fadul, Abdel Salam Elamin, Ibrahim Fadul Nasir. Religious Supervisory Board: Al Siddig M. Elamin Eldafir, Ahmed Ali Elaziaq, Abdel Moneim Elgusi | on account at the bank. | Director Hago with corruption in attempting to monopolize Sudanese industries. Hago is a Sudanese businessman and prominent NIF financier, according to DOD reporting, the bank is located in the Hashim Haga Building. Osman Ahmed Suleiman previously was GM of El Nielen Bank in Sudan and may be identical to the GM of Massraf Faysal Al Islami (Bank & Trust) in Nassau. |
| | Al Baraka Insurance Company, Khartoum. 1985 | | Al Baraka Bank Sudan (75), Al Baraka Investment & Development Company (25) | Fathi Elrahman Elbushir (C); Ahmed Mohamed Elamin (GM) | | Chairman El Bashir is VC of Albaraka Bank (Sudan). |
| | Al-Shamal Islamic Bank (Northern Islamic Bank), Khartoum 1990; Domestic Branches: 15. Paid in Capital: LS 238 million (12/31/93) | Domestic: Modern International Company for Investment Ltd (MICI), Gondaila Company for Agricultural Services & Investment Ltd; Capital investment in: Sudanese Animal Development Company (ANAAM), National Petroleum Company (Sudan), Development Pioneers For Investment Darfur, Sudanese Telecommunications | Faithful al-Baraka Group, Faisal Islamic Bank of Sudan, Tadamon Islamic Bank ___ ___ Usama Bin Ladin put up $ ___ millio ___ d the bank's initial capital. | Directors: Dr. Abdelwahab Osman (C), Izzedeen Elsayed, Gafar Osman Fakir, Northern State Government-Sudan, Tadamon Islamic Bank, Hassan Sabry, Saleem Ali Ahmed, Karma General Trading Company-Sudan, Mohamed Tahir, Faisal Islamic Bank of Sudan, Dr. Adil Abdelaziz Mohamed, National Social Insurance Fund-Sudan, Danfodio Charitable Corporation-Sudan, Sheikh Saleh Abdullah Kamel, Albaraka Investment & Development Company, Jeddah. Management: Hassan Mohamed Satti (GM), | NIF-controlled bank and key financial conduit for Usama Bin Ladin, his businesses, and Islamic Army members. ___ ___ber indicate that NIF Executive Commi ___ and Al Shamal GM Satti took a personal interest in Bin Ladin's accounts and enjoyed tight security. Chairman Abdelwahab Osman is a board member of Khartoum-based Islamic Dawa Organization and the Danfodio Charitable Trust is the commercial arm of the IDO. Osman headed Danfodio Charitable | During 1993, the bank increased its interest in the Animal Resources Bank, Dongola Company for Development & Investment, and Eastern Jabale Amila Development Company. The Modern International Company for Investment & the Gondaila Company are identified as subsidiaries in the bank's annual report. Chairman |

32

CIA_000787

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | Al-Shamal Islamic Bank (Continued) | Company, Animal Resources Bank: a probable shareholding in the Islamic Bank of Western Sudan | | Mohamed Shaikh Mohamed (DGM), Ismail Mohamed Osman (AGM)  Religious Supervisory Board: Dr. Ahmed Ali Abdalla (C), Dr. Ahmed Ali Al Imam, Abdulrahman Sharrfi | Trust as of 1993.  The NIF-controlled Islamic Relief Agency (IARA), Saudi-based IIRO, and a senior HAMAS official in Sudan also maintain accounts at the bank. | Osman was Minister of Finance as of mid-1996.  Religious Supervisor Ahmed Ali al Imam headed Sudan's Ulama Establishment as of the late 1980s, according to the US Embassy.  Dr. Adil Abdelaziz Mohamed is a Director of the Islamic Bank for Western Sudan. |
| | Animal Resources Bank (a.k.a. Animal Wealth Bank), Khartoum, 1993; Domestic Branches: 20; Paid-in Capital: 521 million (at the 1993 official rate of the Sudanese pound) | Livestock Agricultural Company, Muwashina (My Animals) Company, Animal Resources Service Company, all are presumably wholly owned. | The Al Shaheed (Martyrs) Organization, Shobab An Watan, Muwafaq Foundation, and Al Rawasi Company—all of which are linked to the NIF-dominated IDO—own most of the shares [redacted] Al Shaheed is identifi[redacted]  Islamic Bank of Sudan [redacted] FIBS provided capital to this bank. [redacted] Usama Bin Ladin owns as much as a third of the shares with the rest being controlled by the NIF through Al Shaheed.  Al Shamal Islamic Bank also has an unspecified--though probably small--stake, according to its annual report. | Director: Dr. Bashir Adam Rahamat al-Dur  Management: Dr. Salim Al Safiq (GM) | ARB helps facilitate the flow of funds from Lebanon, Saudi Arabia, Syria, Iran, Iraq, and Afghanistan for the support of various Islamic groups in Sudan.  Branches in southern Sudan are used to channel funding to Abu Nidal, Hamas, Islamic Jihad, and Jihad Islami in Lebanon--a combat designation of the Hizballah--that maintain training camps in the area.  The bank is under total control of the NIF, [redacted] and its activities are closely monitored by and routinely interfered with by Sudanese security services.  Director Rahmat is a member of the NIF's Internal Security Organization. [redacted] military advisor to President | A Dr. Hashim, an NIF member who owns Al-Rawasi--a food company--is a shareholder in ARB.  The Muwashina Company is an investment and trading firm as well as an affiliate of unspecified companies owned by Usama Bin Ladin.  Muwafaq probably is identical to the Muwafaq Al-Khayriya Benevolent Foundation--a Saudi-based NGO with an office in Sudan.  Muwafaq allegedly provided arms to Bosnian Muslims and supported the Al Gama'at Al Islamiyya in Milan, [redacted] |

33

## Appendix, Continued



| Country, | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | Animal Resources Bank (Continued) | | | | Bashir, has his security office in the bank's building. The Martyrs Organization has been used as a cover for training government militias and is an affiliate of the NIF-controlled Islamic Dawa Organization (IDO). | ████████ both Muwafaq linked with the NIF-controlled IDO. When the Animal Resources Bank was established, the US Embassy commented that it probably would provide short-term loans for NIF-connected businessmen. |
| | Farmers' Bank for Investment & Rural Development, Khartoum, 1992; Domestic Branches: 10 | | ████████ Usama Bin ██ ne-third of the shares in the bank; the Al Shaheed Organization owns the remaining shares ████████ ████████ cooperative Association and was largely controlled by the Sudanese Government. | | The Munazamat al Shaheed (Martyrs) Organization has been used as a cover for training government militias and is an affiliate of the NIF-controlled Islamic Dawa Organization, ██ | |
| | Faisal Islamic Bank (Sudan), Khartoum, 1979; Domestic Branches: 19 Saudi Arabia: 5. Authorized Capital:- $952,000 (6-30-95) | The Islamic Trading & Services Company (100). The Real Estate & Development Company (100): The Islamic Insurance Company (100) | Sudanese Investors (40), including El Nur Zarroug, Bank of Khartoum, National Insurance Fund, National Retirement Fund, Islamic Insurance Company, SDC, White Nile, Shikan Insurance, Danfodio Commercial Contracting & Charitable Foundation, Omdurman National Bank, Dr. S. Kambal, Hashim Hago, Ibrahim M. Khair. El Tayeb El Nous, Dr. Abu El Gashim Foreign Shareholders (60), including Mohammed Al-Faisal Al-Saud, Amr Al Faisal Al Saud. DMI, International Islamic Insurance Company, | Directors: Prince Mohammed Al Faisal Al Saud (C), El Nur Zarroug, Ahmed Salah Jamjoom, Abdalla Omer Nasif (MWL), Sheikh Mohamed Salih Bohanih, Abdel Aziz Abdalla al Fadla, Amin Aqeel Attas (MWL), Omer Abdel Rahman Azaam, Ahmed Abdelaziz El Naggar, Abdel Hameed Obeid, Mohamed Yousif Mohamed, Musa Hussein Dirar, Yaseen Omer Al Imam, Bashir Hassan Bashir Osman, Yousif Abdel Rahman Mohamed, Al Bagkir Yousif Mudawi Management: El Sheikh Said Ahmed (GM), Salah Abul Naga, Alhag Abdallah | Chairman Faisal al-Saud and Directors and shareholders El Nur Zarroug, Ibrahim Muhammad El Khair, El Tayeb Mohamed El Nous, Hashim Hago, and Bashir Hassan Bashir are key financiers of the NIF; Bashir and Nous also are members of the Sudanese wing of Gama'at al-Islamiya; ████████ ████████ League (MWL), and Ahmed Salah Jamjoom | Sheikhs Saleh Kamel, Saeed Ahmed Lootah, and Ahmad Bazie Al Yaseen were founders and shareholders in FIBS as of 1984, while NIF leader Hassan al Turabi was a director of FIBS and parent, Geneva-based Dar al Maal al Islami, as of the late 1980s. MWL Secretary General, Dr. Abdallah Nasif also was a founder of the bank. Sudanese Minister of Trade, Yassin Omar al |

34

C05432020

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | Faisal Islamic Bank of Sudan (Continued) | | Sheikh Ahmed Salah Jamjoom, Sheikh Fahad El Owaida, Dr. M. F. El Sarraf, Usuz Muhammad Salah El Din, Salha Mohyeldin, Abdulla Ali Hassan, Faisal Islamic Bank of Egypt | Khalid (DGMs); Dr. Abdin A. Salama, Ahmed Ibrahim El Turabi, Rabie Hassan Ahmed (AGMs) **Religious Supervisory Board:** Al Siddiq Mohammed al Amin al Darrir (C), Sh. Siddiq Ahmed Abdel Hai, Dr. Youssef Khalifa Abu Bakr, Sheikh Ahmed Mahfoub Haj Nour, Dr. Ahmed Ali al Imam | serve on the board of Islamic Dawa Organization (IDO); the Danfodio Charitable Foundation is the commercial arm of the IDO. The bank is has been used by some members of ████████████████████████ rms. | Imam, is considered to be near the top of the NIF heirarchy. Religious Supervisor, Haj Nour is among the most extremist of NIF members. Shareholder SDC almost certainly is the Sudanese Development Company for Investment--possibly the same firm owned 33 percent by Al Rajhi Banking & Investment Company. |
| | Islamic Bank of Western Sudan (El Gharb Islamic Bank), Khartoum, 1984; Domestic Branches: 28; Total Assets: SP 5.9 billion; Paid-in Capital: SP 290 billion (12/31/94) | | Sudanese businessmen and individuals own at ████████ s of 1988. ████████████ foreign Islamic banks--Faisal Islamic Bank of Egypt and the Cairo-based International Islamic Bank for Investment & Development-- have unspecified shareholdings. Tadamon Islamic Bank in Sudan also owns an unspecified stake, according to its annual report, and Al Shamal Islamic Bank probably has a stake. | **Directors:** Ibrahim Moniem Mansour (C), Adam Mahmoud Madibou (DC), Adam Yagoub Haroun, Adil Abdelaziz Mohamed, Abdul Rahman Abu Soat, Taha El Sayed El Rubi, El sayed Ali Ahmed Zaki, Mohamed Abdula Gar El Nabi, Yahya Mohamed Mahmoud, Khojeli Abdul Raheem Abu Bakr, Omer Muhajer Mohamadain, El Tigani Mohamed El Haj, Musa Karama (Rep-National Fund for Social Security), Salih Abd Ulla (Rep-El Bugaa Company), Faisal Islamic Bank of Egypt, Islamic International Bank for Investment & Development (Cairo) **Management:** Khojeli Abdul Raheem Abu Bakr (MD), Ibrahim Ahmed el Tahir (DGM) **Religious Supervisory Board:** Sheikhs, El Sidig Ahmed Abdul Hai (C), Abdullatif Mohd Sayed, Abdul Rahman Sharfi | Usama Bin Ladin and an Islamic Army member maintained several company accounts in the bank. | Dr. Adil Abdelaziz Mohamed and Abdul Rahman Sharfi are director and religious supervisor, respectively, of Al Shamal Islamic Bank--probably indicating that Al Shamal has an ownership stake. Religious supervisor Hai serves the same function with Faisal Islamic Bank of Sudan. |
| | Islamic Co-Operative Development Bank, Khartoum, 1983; Total Assets: $24 million Paid-in Capital: $1.7 million (12/31/87) | | Government of Sudan (29), Local governments (12), Sudanese co-operative societies (51), Individuals (8) | **Directors:** Ahmed Suliman M. Ahmed (C & GM), Hussein M. O. Elmufti (DC), Ibrahim Hassan Idris, El Dirdiri O. El Mansour, Nasser El Haj Tendel, El Amin A. Elshaigi, Mohomed N. Hamid, Ibrahim Ali Ibrahim, Kolfathi H. Mustafa, Abdelbagi Ahmed Ali Gaber, | The bank has a close relationship with the NIF-controlled Islamic Dawa Organization. | |

35



CIA_000790

C05432020

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | Islamic Co-Operative Development Bank (Continued) | | | Abd Alla Abdelbaset, Mohamed H. Ahmed, Idris A. Abdelrahman. Management: Ibrahim Hassan Idris (DGM), Mohamoud A. Omrani, Alyass A. Abd Alla, Bakri H. Fadul, Mrs. Balgees A. Hamour, Adil S. Abdelmasaih, Mohamed I. Idris, Mohamed Y. Salih, Mohamed A. Elnour | | |
| | Islamic Investment Company (Sudan) Limited, Khartoum | Dar Al-Maal Al-Islami, Geneva | | Abdullah Hassan Ahmed (GM as of 1988) | | Abdalla Hassan Ahmed is a former Chairman of Faisal Islamic Bank of Sudan and, as of mid-1996, Governor of Sudan's Central Bank. He probably no longer holds this position. |
| | Sudanese Islamic Bank, Khartoum, 1983; Domestic Branches: 15; Total Assets: $44 million  Paid-in Capital: $5 million (12/87) | | Sudanese Nationals (76), Gulf and other investors (24), original investors included Dubai Islamic Bank and Ruler of Sharjah, El Sheikh Sultan El Qasimi. | Director: Muhammad 'Uthman al-Khalifa Religious Supervisory Board: Sayed Mohammed Osman El Mirghani | Muhammad Othman al-Khalifa is on the board of the Khartoum-based Islamic Dawa Organization. | Exiled oppositionist. Al-Mirghani, is spiritual leader of the Islamic Khatmiyya Sect and heads the political wing of the Democratic Unionist Party in Sudan.  His brother, Ahmed al-Mirghani, was Chairman of the bank as of early 1988.  Although a member of the Khatmiyya Sect, Al-Khalifa is close to NIF leader Turabiand was chosen as Minister of Social Planning in February 1995. |
| | Tadamon ("solidarity" or "joint liability") Islamic Bank, Khartoum, 1981; Domestic Branches: 28; Total Assets: $576 | Domestic, Wholly Owned: Tadamon Islamic Company for Trade & Investment Ltd, Tadamon Islamic Company for Agricultural Development Ltd. El | Sudanese (51), non-Sudanese (49): Faisal Islamic Bank, Sudan (15.5); Abdulrahim Mohamed Makawi (6.05); Kuwait Finance House (5.5); Ministry of Religious Affairs & Endowment, Sudan (5); Sh. Saleh Abdallah | Directors:  Sayed Altigani Hassan Hilal (C), Mohamed Khair Abdulgadir (DC), Abd Alla Ibrahim Al Subaie, Abdul Gadir Hussein Jaffar, Abdul Rahim Mohamed Makkawi, Ali Khidir Hassan Kambal, Dr. Ahmed Khalid Badikir, | Used by several of Usama Bin Ladin's companies and Islamic Army member to transfer funds.  Sudanese office of UAE-based Human Appeal International, which allegedly moves funds for HAMAS. | Tadamon is the largest bank in Sudan in terms of total assets. |

CIA_000791

C05432020

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | million; Paid-in Capital: $20 million (8/31/93) | Tadamon Real Estate Company Ltd; Tadamon Exchange & Financial Services Company; Partially Owned: Islamic Bank of Western Sudan, Al Shamal Islamic Bank, Al Sanlam Hospital Company; Sudanese Animal Development Company (ANAAM), Sudanese Bricks Company, Modern Medical Services Company, Wafera for Modern Storage Company, Islamic Investment Company, Sudanese Company for Petrol, Sudan Telecommunication Company, Development of Eastern Qahal Awliya company (SUNDUS), Islamic Investment Company | Kamel (2.R); Mohhamed and Abdalla Ibrahim El Subaie Exchange Dealers & Merchants, Saudi Arabia (3.3); El Sheikh Abdulbasit Ali (2.3); Mohmammed & Abdullah Ibrahim Elsobai (2.2); Dubai Islamic Bank (1); Bahrain Islamic Bank (.25) | Aljafasi Trading & Contracting Establishment, El Sheikh Abdul Basit Ali, Fadul Okasha Fadul, Hashim Elias Bashir, Ibrahim Hamid Abdu Salam, Dr. Ibrahim Obeid Alla, Munier Yousif Al Hakeem, Osman Abdulgalil Abu Zaid Management: Salah Ali Abul Al Naja (GM), Mohamed Sheikh Mohamed, Ahmed Mohamed El Mostafa, Ali Omer Ibrahim, Suliman Hashim Mohamed, (AGMs); Mukhawi Mudawi Mokhawi, Sh. El dien Abdul rahman Abdelgadir, Abd Albogi Dafa'la Alamin, Mohamed Sukaini Ahmed, Abdel Gafour Zied Amin, Ahmed Al Badawi Abd Alazeem, Musad Mohamed Ahmed, Al-Mudethir Ali Alrasheed | maintains account at Tadamon. Board membership suggests some NIF-control: El Sheikh Abdul Basit Ali is a member of the Sudanese wing of the Gama'at al-Isalmiya, while Basit Ali and Salah Ali Abul Al Naja are Executive Board members of the NIF-controlled Islamic Dawa Organization. | |
| Switzerland | Al Taqwa Management Organization SA (ATMO), Lugano, 1988; Paid-in Capital: The Swiss Franc equivalent of roughly $87,000 divided into 1,000 bearer shares (12/31/95) | Nada International Anstalt, Liechtienstien | Bank Al Taqwa, Nassau (100) | Mohamed Mansour (C), Zeinab Mansour Fattouh, Albert Friedrich Armand Huber, Youxsef Mustapha Nada, Ali Ghaleb Himmat | [redacted] ther clients have Isla's An Nahda Group, Algeria's FIS & AIG, HAMAS, and Yemen's Al Islah Party. Directors Nada and Himmat are longtime MB financial officers. | he firm engages in administration, bookkeeping, mancial and commercial services, ublishing, and fiduciary services. It runs industrial firms and engages in asset management transport, trade in raw materials, securities, and foreign exchange. It promotes business contacts between Islamic and Western financial institutions. Corporate records identify its banker Banca del Gottardo in Lugano. Although corporate |

CIA_000792

C05432020

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Switzerland (Continued) | Al Taqwa Management Organization (Continued) | | | | | records identify Mohamed Mansour as Chairman, Youssef Nada is actually in charge. Mansour may be identical to Said Mansour, a senior Gama'at official in Zurich. |
| | Dar Al-Maal Al-Islami (DMI) S.A. Geneva, 1981; Representative Offices: Istanbul, Jakarta. Total Assets: $614 (yearend 1991). Funds Under Management: $2.6 billion, Paid-in Capital: $294.5 million (12.31.91) | Bahamas: Dar-Al-Maal Al-Islam Dar Al-Maal Al-Islami Trust, Massraf Faysal Alislamn (Bank & Trust), Istishara Consulting Trust, International Islamic Trading, Islamic Investment Company of the Gulf (Bahamas) Bahrain: Islamic Investment Company of the Gulf (Bahrain) I.C. Faysal Islamic Bank of Bahrain, Islamic Leasing Company; Egypt: Islamic Investment & Development Company, Faisal Islamic Bank of Egypt; Jersey: The Islamic Investment Company, Ltd. Massraf Faysal Al Islami (Jersey) Ltd. DMI Administrative Services Ltd. Luxembourg: Faisal Holding Company; Netherlands: Faisal Finance (Netherlands); Pakistan: Faisal Islamic Bank of Bahrain EC, Al | Dar-Al-Maal Al-Islami Trust, Nassau ($100) | Directors: Mohamed Al-Faisal Al-Saud (C), Muazzam Ali, Ahmed Dantata (VC), Abdelaziz Abdallah al Fadda, Mebullah Othman Al-Hussaini, Abdullah Ahmed Zainal Alireza, Ibrahim Khalifa Al-Khalifa, Mohamed Abdullah Abdulkarim El Khereiji, Fahd Al-Abdallah Al-Owaidah, Mohamed Abdulaziz Al-Wazzan, Omar Abdul Rahman Azzam, Haydar Mohamed Bin Laden, Abdulkadir Hamzah Koshak, Ibrahim El-Fayeb El-Rayah, Ahmed Zandea (Faisal Islamic Bank of Egypt), Al Baqir Youssef Mudawi (Faisal Islamic Bank of Sudan) Management: Omar Abih Ali (CEO), Mahmoud El Hela, Osama El-Hiny, Moustafa Hosny, Mohamed Fouad El Sarraf, Zafar Ahmed Khan (EVPs) Religious Supervisory Board: Mohamed Khater, Mohamed al Sheikh (C), Al Siddiq Mohamed al Anna al Darir, Hadi Gouere, Youssef al Qaradawi, Abdullah Bin Manea, Mohamed Karam Shah, Malck Abdul Aziz Sy, Youssef Mohamed Mahmoud Kassem | movements by financing Islamic businesses and charities through its Faisal Islamic Banks. DMI and its have particularly close ties to Sudan's NIF; indeed, NIF leader Hasan Al Turabi was a DMI board member during the late 1980s. Reh Brotherhood member Qaradawi also is affiliated with Bahamas-based Bank Al Taqwa, Commerce MGI in Kuala Lampur, Faisal Islamic Bank of Egypt, and Qatar International Islamic Bank. Director Abdullah Othman Al-Hussaini heads Netherlands-based Waqf al-Islami, an NGO that has funded Egypt's Gama'at al-Islamiya, and is an associate of Rachid Kafih, an Imam at a mosque in the Netherlands that supports the IG | Pakistani national Muazzam Ali is Director of Pakistan Press International and director of Pan-Islamic Steamship Company, both based in Karachi. He also heads the International Center for Islamic Studies, based in London, which houses the Institute of Islamic Banking & Insurance. |

38

CIA_000793

**Appendix,**
**Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other information and Analytical Comments |
|---|---|---|---|---|---|---|
| Switzerland (Continued) | Dar Al Maal Al Islami (Continued) | Faysal Investment Bank; Islamic Investment Company of the Gulf (Sharjah; Turkey; Faisal Finance Institution, Faisal Foreign Trade & Marketing Company, Faisal Real Estate & Construction Company, Tadba Group of Companies; UK: Massraf Faysal Al Islami of the United Kingdom Limited; Elsewhere: Arab Albanian Islamic Bank, Tirana, Faisal Finance Company, Denmark, Banque Islamique de Guinee, Banque Islamique du Niger, Islamic Investment Company of the Gulf (Sharjah), Banque Islamique du Senegal, Faisal Finance (Switzerland) SA; Islamic Takaful (Insurance) Companies in the Bahamas, Bahrain, Germany, and Luxembourg. | | | | |
| | Faisal Finance (Switzerland) SA, Geneva, 1990 (formerly Sharia Investment Services); Total Assets: $21 million; Paid-in Capital: $18 | Al Faisal Investment Bank Ltd, Pakistan (5) | Dar al Maal al Islami Trust (100) | Directors: HRH Prince Mohamed Al Faisal Al Saud (C), Omar Abdi Ali (VC), Pierre Besuchet, Lucien Rouiller, Moustafa Hosny Management: Mahmoud El Helw (P & CEO), Rachid Teymour, Frank Perlwitz, Stephen O'Mahony, Sabri Hassanein, Jamal Heiniger. | | FFS's specialty is private banking; it invests funds for high-net-worth clients—including several US firms—on a fiduciary basis. Most business is off-balance sheet. Portfolio values of its 1,100 |

CIA_000794

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Switzerland (Continued) | million. Funds Under Management: $666 million (12 31 94) | | | Behrouz Bayat, Suleiman Dualeh, Sayed Hassan, Mohamed Ali Eid  Religious Supervisory Board: Mohamed Khater Mohamed Al-Sheikh (C), Halil Gonenc, Abdallah Ben Al Maneea, Moustafa Hosny | | clients range between $200,000 and $30 million. FFI's annual report highlights that Swiss bank secrecy is assured in all transactions.  Manager Sabri Hassanein possibly is related to Sudanese TWRA Director El Fathi Hassanein. |
| | International Islamic Trading BT Ltd, Coinsin, 1996 | | | Mohamed Al Faisal Al Saud (C), Mostafa Abdelrahman, Frank A. Davis | | An import-export company that probably is owned by the International Islamic Trading Company in Nassau, a DMI subsidiary.  In 1984, Frank Davis was hired to head DMI's Massraf Faysal al-Islami (Bank and Trust) in Nassau immediately after he was fired from his job as a Bahamian bank regulator.  Davis allegedly accepted a bribe from DMI to bypass its Massraf's application for a license. |
| Thailand | Arabian Thai Investment Company Ltd | | Dallah Albaraka Group | Suwat Seniwong Na Ayughya (MD), Pairoj Piempongsant, Sheikh Saleh Abdullah Kamel, Mahmoud Jamil Hassaudabbh, Pairoj Pipempongsant, Mohamed Abdu Yamani, Hassan Abdullah Kamel, Anek Srisanit, Ahmed Salem, Chuli Silopec | | |
| Tunisia | Beit El Tamwil Saudi Tounsi (BEST Bank), Tunis, 1983; Domestic Branches: 4  Representative Office: Paris; Total Assets: $205 | BEST Re-Insurance, Tunis (100) | Al Baraka Investment Company and other Saudi investors (80), Central Bank of Tunisia (20) | Directors:  Sh. Saleh Abdullah Kamel (Honorary Chairman), Moncef Cheikhrouhou (VC & GM), Ali Rekik, Farid Ben Bouzid, Abderrazak Kamel, Mohamed Saad Yamani  Management: S. Al Molahi (GM), Mafoudh Barouni, Fredj Zaag, Abdelmonem Meddeb, | | BEST Bank engages in offshore and onshore investment and commercial banking. Cheikh-Rouhou is a Tunisia Central Banker; Mohamed Saad Yamani is a Saudi billionaire involved in real |

40

CIA_000795

Case 1:03-md-01570-GBD-SN   Document 12001-53   Filed 04/16/26   Page 77 of 85

# Appendix,
# Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Tunisia (Continued) | million; Paid-in Capital: $50 million (12/31/91) | | | Habib Laatar, Slah Mamlouk, A. Khouildi, Rachida Toumi, Bachir M'Hadhbi Religious Supervisory Board: Mohamed Mokhtar Sellami, Mufti of the Republic of Tunisia | | estate development. |
| Turkey | Al Baraka Turk Ozel Finans Kurumu AS (Al Baraka Turkish Finance House), Istanbul, 1985; Domestic Branches: 3; Total Assets: $434 million; Paid-In Capital: $4 million (12/31/94) | Al Baraka Investment and Development Company (58), Islamic Development Bank (13), Dubai Islamic Bank (2), Qatar Islamic Bank (1), Bahrain Islamic Bank (1), Bahrain Islamic Investment Company(.5), Jordan Islamic Bank for Finance & Investment (.5); Turkish nationals--the largest of which is Bahariye Textiles (20); Other Foreign Nationals (12) | | Directors: Hassan A Kamel (C), Mustafa Toobas (VC), Abdul Latif Omer Ghurab, Youssif Abdullatif Al Sirkal, Abdul Razzak Kamel, Kemal Unakitan, I. Halit Cizmeci, Yalcin Oner Management: Yalcin Oner (GM), Osman Akyuz, Nazif Gurdogan, Salim Alkan, Saadettin Caldag, Adnan Buyukdeniz (Albaraka Bank, South Africa) | Key financial supporter to recently ousted Turkish Refah Party and Islamic-owned businesses. Top NIF member, El Fatih Hassanein--who heads the Third World Relief Agency (TWRA)--maintains an account at the bank. The TWRA has facilitated the transport of weapons to Bosnia. ▮ | Eymen Topbas is owner of Bahariye Textiles and former Istanbul Provincial leader of the Motherland Party. He and Al Baraka founded the Bereket (Abundance) Foundation in Turkey--which offers scholarships in religious studies, organizes conferences, and provides funding to religious publications. |
| | Faisal Finans Kurumu AS (a.k.a Faisal Finance Institution), Istanbul; Representative Office: Frankfurt, Jeddah, Total Assets: $390 million, Paid-In Capital: $3.4 million | Domestic Subsidiaries: Taiba Group of Companies (100) Faisal Foreign Trade and Marketing Company 199), Faisal Real Estate and Construction Company | Muhammad al Faisal al-Saud (1), Dar al-Maal al-Islami Trust (51), Faisal Islamic Bank of Egypt (25), Faisal Islamic Bank of Sudan (8), Faisal Islamic Bank of Bahrain (5), Turkish Nationals--Borusan Group and Ulker Company (10) | Directors: Mohamed al-Faisal al-Saud (C & P), Salih Ozcan (DC), Dr. Fouad el Sarraf, Omar Abdi Ali, Mahmoud el Helw, Abdulhamed Abou Mousa, Yassin Omer al Imam Management: Hicmet Guler (GM) | Used as a conduit to provide significant financial support to the Refah Party in an effort to counter Iranian influence in the country. Refah funding is passed through accounts held by Saudi-based International Islamic Relief Organization (IIRO). Subsidiary companies employ Refah Party members. | the Ulker Company, a large conglomerate, directly supports the Refah Party and Islamic politics. Yassin Omer Al Imam is Sudanese Minister of Trade and on the board of Faisal Islamic Bank of Sudan Founders of the bank include Salih Ozcan and Ahmed Tevfik Paksu, both of which were members of the secret leadership of the Turkish Islamic Council as of 1990. ▮ |
| | Islamic Development Bank (a.k.a. Islam Kalkinma Bankasi), Istanbul | | | | | Possibly an office of the Jeddah-based Islamic Development Bank. |

41

CIA_000796

# Appendix,
## Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Turkey (Continued) | Kuwait Turkish Evkaf of International Finance House, Istanbul 1989. Total Assets: $354 million. Paid in Capital: $15 million (4/93) | | Kuwait Finance House (15); Public Institution for Social Security, Kuwait (9); International Invest. Systems Kuwait (4), Adnan Abdullah Ahmed Al-Babar (4); Islamic Development Bank (9); Pension Fund of Vakifbank Employees, Turkey (29); Foundation of Turkish Religious Affairs (1); Social Foundation of Turkish Vakifbank Employees (1); Turkish Individuals | Directors: Ahmad Bazie Al-Yaseen (C); Sener Macun (VC); Adnan A. Al-Babar; Abdullah K. Tivrikli; Huseyin Ozer Merzeci, Faisal A. Al Zamel, Rashid Al Farhan Management: Fehmi Akin (GM) | Provides financial support to recently ousted Refah Party. ███████ Ahmed Bazie ██████████ of the Muslim Brotherhood and board member of the Kuwait-based Islamic Charities Organization—a financial conduit for the Muslim Brotherhood. | Ahmed Bazie al-Yaseen is on the board of Kuwait Finance House. Adnan Bahar, former General Manager of Kuwait Finance House, may have resigned this position when he established the International Investor in Kuwait. |
| United Arab Emirates | Abu Dhabi Islamic Bank, Abu Dhabi, 1997; Authorized Capital: $272 million | | Government of Abu Dhabi (10), President of Abu Dhabi (5) | | | |
| | Dubai Islamic Bank (DIB), Dubai, 1975; Domestic Branches: 8 Foreign Branches: Faisalbad, Pakistan; Turkmenistan; Total Assets: $2.2 billion; Paid-in Capital: $91 million (12/31/95) | Domestic: DIB - Printing Press (80), Al Ahli Aluminium Company (75), Gulf Tankers LLC (50), Al Bustan Center LLC (50), General Gypsum Company (28), Textiles Insustries Company— under formation (98); Foreign: United Mineral Water Company, Egypt (74), Bahrain Islamic Bank (4.35), Al Baraka Turkish Finance House (2), Tadamon Islamic Bank, Sudan | Dubai Government (20), Government of Kuwait (10), DIB Board of Directors (10), Kuwait Finance House | Directors: Saeed Ahmed Lootah (C & MD), Sultan Ahmed Lootah (DC), Yousif Jassim al Hajj, Nasser Ahmed Lootah, Abdullatif Janahi, Salim Rashid Al-Mohandy, Hussain Mirza al Sayegh, Saleh Saeed Lootah, Tariq Hilal Lootah Management: Mohammed Ayub Mohammed, Ahmed Mohammed Al Shamsi, Hussain Mohammed Salim Al-Meeza, Obaid Nasser Lootah (EM) Religious Supervisory Board: Mohammed Abdulkakim Zoair | Lootah is a close friend and business associate of extremist financier Usama Bin Ladin, whose companies are active customers of DIB. The bank maintains accounts for several NGOs which are suspected of financing radical Islamic groups; it appears, for example, to be one of the principal banks for Human Appeal International, an NGO that funds HAMAS. Former Kuwaiti Minister of Awaqf, Yousif Jassim al Hajj, an Egyptian, heads the Kuwait Joint Relief Committees, Kuwait's International International Islamic Charities Organization (IICO), and is a board member of Sudan's Islamic Dawa Organization. ████████████ | Saeed and Sultan Ahmed Lootah also operate Saeed and Sultan Lootah Contracting Company and Saeed and Sultan Ahmed Lootah Partners. Sultan Ahmed Lootah is Chief Executive of Emirates Packaging Company. Hussain Mirza al Sayegh represents the Government of Dubai on the board of directors. Youssif Jassim Al Hajj's position as a DIB Director suggests the IICO owns a stake in the bank. Lootah was one of the original founders of Faisal Islamic Bank of Sudan. Director Janahi is a director or GM of several Islamic banks in Bahrain and Islami Bank Bangladesh. |

42

C05432020

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| United Arab Emirates (Continued) | Islamic Arab Insurance Company, Abu Dhabi: Domestic Branches: 1 | | Dallah Albaraka Group | | | |
| | Islamic Investment Company of the Gulf, Sharjah, 1977, Domestic Branches: 5 Foreign Branches: Cairo, Doha, Saudi Arabia (20) | | | Abdullah Al Turafi (Manager) | | |
| United Kingdom | Al Baraka Investment Company, London, 1983; Total Assets: $522 million, Capital & Reserves: $85 million (12/31/89) | Al-Baraka International Bank Ltd, London; Albaraka Islamic Investment Bank, Bahrain; Al Baraka Bank Sudan, Al Baraka Turkish Finance House; Al Baraka Bank of Mauritania, Arabian Thai International Co. Ltd, Jordan Islamic Bank for Finance & Investment; Egyptian Saudi finance Bank, Cairo; Al Baraka Group Representative, Amsterdam; Saudi Tunisian Finance House, Tunis United States: Dallah Al Baraka Bankcorp Inc, Chicago, Texas, and California | Al Baraka Investment & Development Company, Jeddah (99): Sheikh Saleh Abdullah Kamel (1) | Directors: Dr. Hassan A. Kamel (C), Musa A. Shihata (VC), Dr. Musa A. Al-Awadi (MD), Osman Ahmed Suleiman, Mohamed Tawfick, Naji M. El Nazir, Abdullah S. Kamel Management: Dr. Yousef A. Al-Awadi, Derek A. W. Newman (GM), Bruce W. Robinson, Christopher R. Jenkins, Robert Mansur, David Hiditch, Keith M. Smith, Bilal K. Al-Hasan, David Gosling | Naji M. El Nazir is a director of the Iqra Trust in London, a charitable foundation founded by Sheikh Saleh Kamel and Al Baraka Director Mohamed Abduh Yamani (President). It may be identical to the "Iqra Charitable Agency", which purportedly finances Al Ittihad Al Islamiyya--Somalia's leading extremist group, ███████ ████ | Nagi Nazir probably is identical to Nazih Nasir, EVP of Albaraka Bancorp (Texas) in Houston. Musa Shihata is GM of of the Jordan Islamic Bank for Finance & Investment, purportedly a financial conduit for HAMAS (see above). |
| | Bait Al-Mal Al-Islam (a.k.a. Islamic Treasury), London, 1993; Gross Income: $310,000 (1993) | Halal Food Authorities, Human Rights Committee, Muslim Women's Institute | The Muslim Parliament, London | Dr. Mohammad G. Siddique, Secretary and Trustee | ████████████ Bait Al-ds for the ████ London-based Muslim Institute--an anti-Western, pan-Islamic political movement established by the late Kalim Siddiqui. Virulently pro Iranian,  | ███████████ the entity is classified as a religious trust and its aims are to contribute to and advance Muslim relief efforts worldwide. ████████ |

43

CIA_000798

# Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| United Kingdom (Continued) | Bait Al-Mal Al-Islam (Continued) | | | | Siddiqui fully supported the fatwa against Salman Rushdie and travelled frequently to Tehran. ▓▓▓▓ he Institute was used to channel Iranian funds to advance Tehran's extremist agenda. | ▓▓▓▓ The Muslim Parliament and all subsidiaries are co-located at the London address with Bait al Mal al Islam. |
| | Dallah Albaraka (UK) Limited, London, 1993; Total Assets: $268 million; Paid-In Capital: $166 million | Subsidiaries incorporated in England and Wales. Wholly Owned: Al Baraka Investment Company Limited, Dallah Albaraka Investment Company Limited, Albaraka International Limited, Cavendish Traders Limited, William James Estate Agents Limited, RIMCO Limited Kensington Gardens Estates Limited, Abiesun Limited, Juneferry limited, Minutecircuit Limited, Albar Trade Services Limited, Barad Limited, Albaraka Nominees Limited, Albaraka Management Limited, St. Giles Construction plc (89) United States: Zephyr Smoky Hill L.P. in Colorado--a Real Estate Development firm--is listed as a subsidiary. | | Dr. Hassem A. Kamel (C), Abdullah S. Kamel, Mohamed Tawfick El Maghrabi, Khalid M. Bhaimia (MD), Adeel Yusef Siddiqi (Secretary) | | Created by the consolidation of Albaraka International Bank Limited, Albaraka Investment Company, and Dallah Albaraka Investment Company Limited; formerly Hallstrata Limited. Its principal activity is Islamic trade finance and investment. Chairman Hassan Kamel heads Al Baraka Turkish Finance House in Istanbul and Al Baraka's offices in the United States. |
| | First Islamic Investment Trust Limited, London, 1988 H.K. Islamic Investment & Finance (UK) Limited, Woking | | | Paul J. Loach (CEO), Gary C. Fitzgerald, Michel Haski, Celia L. Whitten | | Paul Loach was MD of Framlington PLC as of 1992. ▓▓▓▓ |

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| United Kingdom (Continued) | Islamic House of Finance, London, 1996 | | | Adeel Y. Siddiqi (CEO); Prince F. Khan, HJH; Dr. Ann Y. Coxon | | Adeel Y. Siddiqui is a director of several London-based Dallah al Baraka affiliates and the Al Baraka Investment Bank in Pakistan. |
| | Islamic Investment and Finance Consortium Limited, Ilford | | | | | No additional information. |
| | (The) Islamic Investment Company, Ltd, London, 1982 | | | Mohamed Al Faisal Al Saud, Muazzam Ali, Omar Abdel Azzam, Ibrahim Tayeb Elrayah, Osama El Hiny | | |
| United States | Abrar Investments, Stamford, Connecticut, 1989 | Abrar Group International Sdn Bhd, Kuala Lampur (100) | | Directors: Wan Muhamad Hasni Wan Sulaiman (P & CEO), Kamaruddin Taha (SVP), Abdul Rahim Mohd. Ghouse (VP) | Abrar is a key investment vehicle for the Omani Muslim Brotherhood (OMB). ▮▮▮▮ ▮▮▮▮ Dubai Islamic Bank Chairman Saeed Ahmed Lootah personally transferred OMB funds to Abrar for investment purposes. | Abrar currently is involved in money market operations, investment banking, finance, offshore trusts, futures trading, and stock brokering for high net worth clients; press reports indicate that it is eyeing an ownership stake in a commercial bank. |
| | Albaraka Bancorp (California) Inc, Pasadena, 1987 | Abicus Incorporated, Delaware USA (100) | | Directors: Hassan A. Kamel (C), Omar Omar (VP) | | Hassan A. Kamel is a director of numerous Al Baraka financial subsidiaries. |
| | Albaraka Bancorp (Chicago) Inc, 1989; Total Assets: $21.6 million; Paid in Capital: $46.7 million (12/94) | Abicus Incorporated, Delaware USA (100) | | Directors: Hassan A. Kamel (C), Khaled Shair (CEO) Management: Chari Aweidah, Manager | | |

45

C05432020

## Appendix,
## Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| United States (Continued) | Albaraka Bancorp (Texas) Inc., Houston, 1987; Total Assets: S4 million, Paid-in Capital: S230,000 (12/31/89) | | Abicus Incorporated, Delaware USA (100) | Directors: Hassan A. Kamel (C), Nazih Nasir (EVP), Hazem Elkalza (AVP) | Nazih Nasir probably is identical to Nagi M. El Nazir, Director of Al Baraka Investment Company in London and director of the Iqra Trust in London—a charitable foundation founded by Sheikh Saleh Kamel and Al Baraka Director Mohmmed Abduh Yamani (Trust President). The charity may be identical to the "Iqra Charitable Agency", which purportedly helps to finance Somalia's leading extremist group, Al Ittihad Al Islamiyya. ███████ | |
| | Albaraka Bank Bangladesh Limited, Pasadena | | | | | |
| West Bank and Gaza Strip | Al Aqsa Bank, 1997; Paid-in Capital: S20 million | | The Jordan Islamic Bank for Finance & Investment, Jeddah-based Al Baraka Investment & Development Company, and Beit al Mal al Philistini in Ramallah were to provide 75 percent of the capital. Remaining shares were to be sold to the public. | | HAMAS supporter Walid al Khit had applied to the Palestinian Authority to establish the bank in early 1996. ████ Khit ran an office of Ramallah-based Beit al Mal. | |
| | Arab Islamic Bank, 1995; Paid-in Capital: S15 million | | ██████ the bank is a subsidiary of the Bank of Jordan and is 15-percent owned by Al-Iqbal for Development & Investment. Jordanian Michel Sayigh was responsible for establishing the bank and is part owner. | Yahaya Kadamani (VC) | | Sayigh is Jordanian and General Director of the Jordanian Sayigh Brothers Industrial Group, which is involved in paints and industrial goods. |
| | Beit al Mal al Philistini (Palestinian Treasury), Ramallah, 1994; Domestic Branches: Possibly in Gaza and Nablus; Foreign Office: Amman | Al Aqsa Bank, West Bank | ██████ foreign capital provided by ████ (26) and Jordan Islamic Bank for Finance and Investment (14). Israeli intelligence identifies Sheikhi Fuad Shibada as founders. █████ Mazen Sinokrot | Dr. Muhammad Sarsur, a US citizen resident in Ramallah, is Director General: Mazen Sinokrot (P), Yusif Shanti; Nasir-al-Din al-Mazini, and Salah 'Atallah are board members. ███████ | | ██████ the bank was to have been shut down by the Palestinian Authority in March 1996, but is still operating as of late 1997. ███████ the bank |

CIA_000801

C05432020

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| West Bank and Gaza Strip (Continued) | Beit al Mal al Philistini (Continued) | | as the largest local shareholder. Other local owners include Asad Hasuno, Hana Abu Azala, Adiv Abdatla, Ahman Amin, Jamal Tarifi, Sulayman Agbariyah. | | ████ Sulayman Agbariya heads the Nazereth-based Islamic Salvation Committee--a HAMAS front. Palestinian security elements raided its office and confiscated its records in March 1996. | unreliable in terms of business management and financial statements. Fuad Shihada may be related to Musa Shihada, Director of Jordan Islamic Bank for Finance & Investment and Altaraka Investment Company in London. |
| | Palestinian Islamic Bank. 1995 Domestic Branches: 2; Capital: $10 million | | Investors from the Palestinian Authority, Jordan, and the Gulf States—including Faisal Islamic Bank of Bahrain and Qatar International Islamic Bank--directly provided 75-percent of the capital; remaining shares were to be sold to the public. | | Founders of the bank are identified with "moderate Muslim Brotherhood circles", according to press reports. One founder is Ahmad 'Abidin, former head of the Bethlehem Islamic Association. | |
| Yemen | Islamic Bank of Yemen for Finance & Investment. Sanaa, 1996; Paid-in Capital: $7 million | Domestic: Abd Al Karim Al Aswadi (20); Al Sa'ad Al Aswadi (10); M.S. Thabet Group (10); Red Sea Flour Mill (10); Salah Al Din Factory (6); Al Aqil Group (2); Social Insurance Company (2); Ministry of Religious Affairs (2); Al Sowari Company (1); Sheikh Abd Al Majid Al Zindani (1); Jami'at Al Iman (1); Yusuf Abdul-Wadood & others (15) Foreign: Islamic Development Bank (10); Dallah Al Baraka Group (5); Bahrain Islamic Bank (2); Qatar Islamic Bank (2); Jordan Islamic Bank (1) | | Religious Supervisory Board: Sheikh Nasr Al-Sheibani, Sheikh Omar Ahmed Saif, Qadi Muhammed Al Shami | Abdul Majid al-Zindani is Chairman of the Advisory Council of the Islamic Reform Party in Yemen. He has close ties to Iran, the NIF and, Usama Bin Ladin and has been involved in training and housing Arab extremists. ████ Zindani is a founder of the bank and noted its importance to financing his activities. Tehran funds Zindani through the sale of Iranian oil products through an intermediary in Qatar. | ████ The ████ Gharib Nasser, the GM of Arab Albanian Islamic Bank. The bank is registered as an Islamic investment company until Yemen's President Salih signs Islamic banking law. Yemeni law limits foreign ownership in the bank to 20 percent. Zindani is President of Iman University ████ |

47

CIA_000802

C05432020

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Yemen (Continued) | Islamic Solidarity Bank, 1996: Paid-in Capital: $15 million | | Hayel Saeed Anam Group and Qatar Islamic Bank | Tawfiq Dabaseh (DG) | | Dabaseh is a Jordanian who claimed in mid-1996 that there is the Yemeni riyal equivalent of $750 million of Yemeni funds waiting to be invested by people reluctant to deposit funds in Western-oriented institutions. |
| | Saboa Islamic Bank (Not Yet Opened) | | Al Ahmar Group and Foreign Partners | | The Al Ahmar Group is controlled by the family of Al Islah parliamentarian Sheikh Abdullah Hussein al Ahmar. | |
| | Yemen-Kuwaiti Real Estate Company, Sanaa, 1977 | | Yemeni interests (41.6); Kuwaiti interests (41.6); Sh. Saleh Kamel and Sh. Hussein Al Harithi (16.8) | | | |

This appendix is Top Secret *UMBRA* Noforn Orcon *GAMMA* .

48

CIA_000803

# Key

Institutions in **bold** represent parent entities; individuals in **bold** either are prominent Islamic bank owners or referred to again in subsequent columns.

**Ownership:**

Al Rajhi Group

Bank Al Taqwa Ltd

Dallah Al Baraka Group

Dar Al Maal Al Islami Group

Dubai Islamic Bank

Islamic Development Bank

Kuwait Finance House

Other

**Position:**

C—Chairman
DC—Deputy Chairman
EC—Executive Chairman
VC—Vice Chairman
GM—General Manager
AGM—Assistant General Manager
DGM—Deputy General Manager
MD—Managing Director
CEO—Chief Executive Officer
P—President
SVP—Senior Vice President
VP—Vice President

49

*Reverse Blank*

CIA_000804