

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

FAC No. SDGT-206726

MEMORANDUM FOR R. RICHARD NEWCOMB
                     DIRECTOR
                     OFFICE OF FOREIGN ASSETS CONTROL

THROUGH:      █████████████████████████

               Chief, Foreign Terrorist Division

FROM:          █████████████████████████

               Foreign Terrorist Analyst

SUBJECT:      Additional Designation Pursuant to E.O. 13224

### Evidentiary Memorandum

INDIVIDUAL:

**Wa'el Hamza JULAIDAN a.k.a. Wa'il Hamza JULAIDAN a.k.a.
Wa'el Hamza JULAYDAN a.k.a. Wa'il Hamza JULAYDAN a.k.a.
Wa'el Hamza JALAIDAN a.k.a. Wa'il Hamza JALAIDAN a.k.a.
Wa'el Hamza JALADIN a.k.a. Wa'il Hamza JALADIN a.k.a. Abu
Al-Hasan al Madani**
DOB: January 22, 1958
POB: Al-Madinah, Saudi Arabia
Saudi Passport #: A-992535

Attached hereto is a summary of the evidence in the files of the
Office of Foreign Assets Control which supports a determination
that the above-named individual is subject to Executive Order
13224, "Blocking Property and Prohibiting Transactions with
Persons Who Commit, Threaten to Commit, or Support Terrorism."

INTRODUCTION:

President Bush issued Executive Order 13224 (September 23, 2001)
declaring a national emergency to address grave acts of
terrorism and threats of terrorism committed by foreign
terrorists, including the September 11, 2001, terrorist attacks
in New York, Pennsylvania, and at the Pentagon. The E.O.
authorizes the Secretary of the Treasury, in consultation with
the Secretary of State and the Attorney General, to designate
those persons determined to be:

**EXHIBIT**

**WAMY EX. 234**

TREASURY00001

1) owned or controlled by, or to act for or on behalf of those persons listed in the Annex to the E.O., or those determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of the E.O.;

2) assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or

3) associated with those persons listed in the Annex, or those persons determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of the E.O.

Usama bin Laden and the Al Qaida organization are listed in the Annex to E.O. 13224. Al Qaida is also designated by the Secretary of State as a Foreign Terrorist Organization ("FTO") pursuant to the Antiterrorism and Effective Death Penalty Act of 1996.

Attached to this memorandum, and incorporated by reference, is a case summary of the administrative record on Wa'el Hamza Julaidan. Based on the administrative record, there is reason to believe Wa'el Hamza Julaidan is:

1) acting for or on behalf of Al Qaida, an entity listed in the Annex to E.O. 13224;

2) assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, Al Qaida, an entity listed in the Annex to E.O. 13224; and

3) associated with Usama bin Laden, an individual listed in the Annex to E.O. 13224, an individual designated as subject to E.O. 13224.

Attachment

2

TREASURY00002



TOP SECRET

(U) Case Summary for
**(U) Wa'el Hamza JULAIDAN**

(U) Identifier Information

(U) Wa'el Hamza JULAIDAN a.k.a. Wa'il Hamza JULAIDAN a.k.a.
Wa'el Hamza JULAYDAN a.k.a. Wa'il Hamza JULAYDAN a.k.a.
Wa'el Hamza JALAIDAN a.k.a. Wa'il Hamza JALAIDAN a.k.a Abu
Al-Hasan al Madani



(U) Background Information



(U) Terrorism-Related Activity



Classified by:
Derived from:

Declassify on:

TOP SECRET

TREASURY00003

TOP SECRET



[Sources: Exhibit A

                                                        Exhibit I;

(U) Links to SDGTs

(U) Usama bin Laden acknowledged his close ties to **JULAIDAN** during a 1999 interview with al-Jazira TV. When referring to the assassination of al-Qa'ida co-founder Abdullah Azzam, Usama bin Ladin stated that "We were all in one boat, as is known to you, including our brother, **Wa'il JALADIN** (sic). A plot was concocted to assassinate all. We were careful not to be together all the time." According to press reports, JULAIDAN is identified as one of the original founders of the al-Qa'ida organization and as bin Ladin's logistics chief. JULAIDAN, along with fellow Saudis Usama bin Laden and Abdullah Azzam, head of the Pakistan Muslim Brotherhood, established the basis of the organization in the 1980s, as they helped to recruit volunteers to fight in the Afghan resistance. [Source: Exhibit P; Exhibit Q]



TOP SECRET

TREASURY00004

TOP SECRET

in 1995, **JULAIDAN** served as part of the "Arab and Islamic Shura Council" (nfi) which included many Egyptian and Saudi members who also belonged to the al-Gam'a al-Islamiya (GAI), and al-Jihad--most likely a reference to the Egyptian Islamic Jihad (EIJ)--organizations.  GAI and EIJ have been named pursuant to E.O. 13224.  [Source: Exhibit A]

(U) Specific Terrorism-Related Activities and Associations



In February 2000, **JULAIDAN** again was appointed to the Board of Trustees of the Rabita Trust for the Rehabilitation of Stranded Pakistanis as director general, ▓▓▓▓▓.  The Rabita Trust has been named pursuant to E.O. 13224 for providing financial and material support to the al-Qaida network.  Press reports from October 2001 also identify **JULAIDAN** as the Executive Director of Rabita Trust.  [Source: Exhibit I; Exhibit Q]



TOP SECRET



Exhibit R        Exhibit S]

(U) Other Suspect Terrorism-Related Activities and Associations

(U) Basis for Designation

~~TOP SECRET~~ ████████████████████

(█████████) We propose designating **Wa'el Hamza JULAIDAN**, [**JULAIDAN**] under Executive Order 13224 for the following reasons:

- As Executive Director of the Rabita Trust, **JULAIDAN** is acting for or on behalf of Specially Designated Global Terrorist. [Source: Exhibit I]



- **JULAIDAN's** contact with Ayman al Zawahri during the early 1990s in Pakistan establishes **JULAIDAN** as an associate of a Specially Designated Global Terrorist. [Source: Exhibit F, para. 1 and 2]

- **JULAIDAN's** participation on the Shura Council and his contact with representatives of extremist groups particularly al-Gam'a al-Islamiya establishes that **JULAIDAN** provided services to, or in support of, an entity named pursuant to E.O. 13224 and also declared a Foreign Terrorist Organization. [Source: Exhibit A]

~~TOP SECRET~~ ████████████████

TREASURY00007

~~TOP SECRET~~ <span style="background:black">       </span>

## (U) Exhibit List



Exhibit A -

Exhibit B -

Exhibit C -

Exhibit D -

Exhibit E -

Exhibit F -

Exhibit G -

Exhibit H -

Exhibit I -

Exhibit J -

Exhibit K -

Exhibit L -

Exhibit M -

Exhibit N -

Exhibit O -

Exhibit P - Al-Jazira TV Interview, Doha in Arabic, June 10, 1999 (U)

Exhibit Q - Associated Press Online, "Government Widens Financial Dragnet", October 12, 2001 (U)

Exhibit R -

Exhibit S -

~~TOP SECRET~~ <span style="background:black">       </span>

TREASURY00008

~~TOP  SECRET~~ ███████████████████████

(S███  **AL-HARAMAYN ISLAMIC FOUNDATION – BOSNIA-HERZEGOVINA**

DATE:

(U) *Statement of the Case:*

(S███  Based upon information available to the United States government, there is a reasonable basis to believe that the Al-Haramayn Islamic Foundation in Bosnia-Herzegovina (HIF) receives financial support from, and is acting for or on behalf of, is providing financial and material support for, or financial or other services to or in support of, or is otherwise associated with, terrorists and terrorist-related organizations listed in the Annex to Executive Order 13224. While much of the information concerning HIF comes from sensitive sources that cannot be disclosed, the following unclassified information clearly establishes HIF's links to terrorist activity. We believe that this information is generally reliable and, taken as a whole, supports the decision to block the assets of the Al-Haramayn Islamic Foundation in Bosnia-Herzegovina (and its directors).████████████████████████

(S███  The Saudi Arabia-based Al-Haramayn Islamic Foundation non-governmental organization (NGO) is a private, charitable, and educational organization tasked with conveying the true Islamic teachings throughout the world. It derives its name from the Arabic word Al-Haramayn that means the Two Holy Mosques in Makkah and Madinah. ████████████

(S███  The NGO is accredited by the UN High Commission for Refugees. ████████

(S███  The Al-Haramayn Islamic Foundation's total expenditures for 2000 exceeded USD 56 million. The Government of Saudi Arabia provided more than one-half of this money via direct contributions and grants through various religious foundations. A growing amount of money now, however, comes from grants from other countries, individual Muslim benefactors, and special campaigns which target entities around the world. ████████████

(S███  The Al-Haramayn Islamic Foundation in Sarajevo, Bosnia-Herzegovina, also directs the so-called "Medina Center" which provides religious education and computer courses. The NGO also rents Dom Na Ilidzi (the Home in Ilidja) where approximately 20 students of the Madrasa in Sarajevo live and prepare themselves for study in one of the Arab countries. In addition to learning Arabic, the preparations for study include a more thorough religious education. ████████████

(U) Identifying Information:

(U) A.K.A.:

(TS███ ████████████████████████████████████████

Derived by: ████████████

Derived from ████████████

~~TOP  SECRET~~ ████████████████

TREASURY00009



TOP SECRET

(TS)

(U) Office Locations:

(S) Vrtlarska 2
Zenica (as of October 1998)
Bosnia-Herzegovina
Telephone no.: 172218, 171454
Telephone no.: 032414760, 032404948, 032420748, 032417152, 032419130,
032401937 (as of September 2001)
(operating under the name Centar Za Socijalni Rad or Centar Za Socijaini Rad)

(S)

(U)     Lukovo Polje 32
72000 Zenica
Telephone no.: 072\416 652
Fax no.: 072\418 933
(U)     [Source: www.bbs.bund.de\zenica\kontact.htm]
(S) 14 Bihacka
Sarajevo (as of November 2001)
Bosnia-Herzegovina
Telephone no.: 33.640.578

(S)

(S) Semira Fraste BB
Sarajevo (as of mid-October 2001)
Bosnia-Herzegovina
Telephone no.:387-33-235-593
Number 32 Kasindolska Street
Ilidza (as of mid-October 2001)
Bosnia-Herzegovina
Telephone no.: 387-33-406-680

(S)

(TS)

(TS)

(U) Directors:
(S) Mohamed ABDULRASHID, a.k.a. ABU DALHA
Director – Sarajevo office (as of September 2001)
(S)
(S) Citizenship: Dual Saudi/Bosnian
Cell Phone no.: 00-387-66-248-157 (as of September 2001)
(S)

TOP SECRET

OFAC-11471

TREASURY00010

TOP SECRET ████████████████

████████████████████████

(S███ Mohamed SHURAKA, a.k.a. SURAKA
In Charge of DAWA
(SHURAKA was the unofficial director of the Al-Haramayn office in Sarajevo
because the law forbade foreigners to head an office, ████████████████

(S ████████████████████████

(U) *Al-Haramayn Islamic Foundation's Ties to Terrorists:*

(TS ████████████████████████████████████████

████████████████████████████████████████ Additionally, HIF offices in Bosnia-Herzegovina have employed personnel with affiliations to or membership in an SDGT (Gama'at Al Islamiyya), indicating that the offices of HIF are widely infiltrated by terrorist elements. [(S ████████████████
████████████████

(S███ Given our understanding of the relationship between the Al-Haramayn Islamic Foundation and Specially Designated Global Terrorists (SDGT) and its potential for exploitation by employees with affiliations to or membership in SDGTs, it is reasonable to believe the Al-Haramayn Islamic Foundation is acting for or on behalf of, and providing financial and material support for, or financial or other services to or in support of terrorist activities and terrorist-related organizations, and doing so with the consent, if not active support, of the NGO's leadership. Accordingly, the Secretary of the Treasury has the authority to designate the Al-Haramayn Islamic Foundation as subject to Executive Order 13224 pursuant to paragraphs (d)(i) and (d)(ii) based on a determination that it acts for or on behalf of, and provides financial and material support for, or financial or other services to or in support of terrorist activities and terrorist-related organizations, or is otherwise associated with, those persons listed in the Annex to EO 13224. ████████████████████████

TOP SECRET ████████████████████████    OFAC-11472

~~TOP SECRET~~ ██████████

(U) FAC No.: SDG-220889

(U) MEMORANDUM FOR: R. RICHARD NEWCOMB
DIRECTOR
OFFICE OF FOREIGN ASSETS CONTROL

(U) THROUGH: ████████████████████
Chief, Foreign Terrorist Asset Tracking Division

(U) FROM: Foreign Terrorist Division Officer

(U) SUBJECT: Designation of AL-HARAMAIN FOUNDATION-PAKISTAN

(U) ENTITIES:

## (U) AL-HARAMAIN FOUNDATION (PAKISTAN OFFICE)

(TS) ████████ Address: Nazimuddin Road in F-10/1, Islamabad, Pakistan [Source: Exhibit A]

(U) INTRODUCTION:

(U) President Bush issued Executive Order 13224 (September 23, 2001) declaring a national emergency to address grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the September 11, 2001 terrorist attacks in New York, Pennsylvania, and the Pentagon. The E.O. authorizes the Secretary of the Treasury, in consultation with the Secretaries of State and Homeland Security,[1] and the Attorney General, to designate those persons determined to be:

1) (U) owned or controlled by, or to act for or on behalf of those persons listed in the Annex to the E.O., or those determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of the E.O.;
2) (U) assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or
3) (U) associated with those persons listed in the Annex, or those persons determined to be subject to subsection 1(b),1(c), or 1(d)(i) of the E.O.

(S) ████ Al-Haramayn Foundation represents itself as an international humanitarian organization involved in fundraising, construction, relief, and educational projects. It orients its relief efforts exclusively towards Muslim populations in order to spread its

Derived by ████████████
Derived from: ████████████
Declassify on: ████████████

---

[1] (U) E.O. 13224 was amended by E.O. 13284 (January 23, 2003) by adding the Secretary of Homeland Security to the consultative process.

~~TOP SECRET~~ ██████████

conservative brand of Salafist ideology. The entire Al-Haramayn organization has long been suspected of providing various types of support to terrorist groups including Al-Qaeda, and its offices in Bosnia and Somalia were designated on March 11, 2002, pursuant to E.O. 13224, for providing support to Al-Qaeda. Al-Haramayn's offices in Kenya and Tanzania are similarly being recommended for designation for providing financial and material support to Al-Qaeda and Al-Itihaad Al-Islamiya, both of which were designated on September 23, 2001 as part of the Annex to E.O. 13224.

(U) The following is a summary of the evidence in the files of the Office of Foreign Assets Control which provides reason to believe that the above-named entity satisfies the criteria for designation pursuant to Executive Order 13224, "Blocking Property and Prohibiting Transactions With Persons Who Commit, Threaten to Commit, or Support Terrorism."

## (U) BACKGROUND ON AL-HARAMAYN'S INTERNATIONAL ACTIVITIES AND BRANCH OFFICES

The Al-Haramayn Foundation (AHF) is one of the principal Islamic NGOs active throughout the world. AHF has been infiltrated by Al-Qaeda and has been used by al Qaeda for cover and concealment of assets and material, according to military reporting. ██████████████████ Exhibit W; ████████████████ AHF "belongs to" the Usamah Bin Ladin-established "World Front of the Jihad Against Jews and Christians," which includes the Egyptian Gama Al-Islamiya. the Egyptian Islamic Jihad (EIJ), the Abu Sayyaff Group (ASG) and the Harakat Ul Ansar of Pakistan, according to military reporting ████████████████ Exhibit Y; ████████████ Exhibit Z] All these organizations are Specially Designated Global Terrorists pursuant to E.O. 13224.

Prior to the removal of the Taliban from power in Afghanistan, AHF had links to the UBL-financed Makhtab al-Khidemat (MK), ████████████████████ ████████████ MK is a Specially Designated Global Terrorist pursuant to E.O. 13224. ████████ Exhibit AA]

As of January 2003, it appears that numerous AHF field offices and representatives operating throughout Africa, Asia, Europe, and North America appeared to be providing financial and logistical support to Al-Qaeda. Terrorist organizations including Al-Itihaad Al-Islamiya, Egyptian Islamic Jihad, Hamas, Lashkar I-Tayyiba were receiving funding from AHF and using AHF as a front for fundraising and operational activities. ████████ Exhibit CC]

TREASURY00013

~~TOP SECRET~~

(TS███████ In one instance later in 2003, a journalist suspected of meeting with Al-Qaeda and Taliban members in Afghanistan was also suspected of transferring funds on behalf of the Al-Qaeda-affiliated AHF, and forwarding videotapes from Al-Qaeda leaders to al-Jazeera TV for broadcast, ████████████████████ Exhibit DD]

██████████ Exhibit EE]

## (U) AL-HARAMAIN FOUNDATION (PAKISTAN OFFICE)

(TS████████████████████████████

UBL is a Specially Designated Global Terrorist pursuant to the authorities of E.O. 13224. ████████████████

Exhibit A]

(TS████████████████████████████

Exhibit C]

(TS████ At least two former AHF employees that worked in Pakistan are suspected of Al-Qaeda ties. One AHF employee in Pakistan is detained at Gauntanamo Bay on "suspicion of financing Al-Qaeda operations."████████

Exhibit I]

(C████ Prior to the removal of the Taliban from power in Afghanistan, AHF supported the cause of Jihad and was linked to the UBL-financed Makhtab al-Khidemat (MK),█████████████████████████ MK is a Specially Designated Global Terrorist pursuant to the authorities of E.O. 13224. ████ Exhibit N]

(C█████ Exhibit H]

~~TOP SECRET~~

3

TREASURY00014

TOP SECRET ███████

███████████████████████ Exhibit O]

███████████████████████████

(U) █████ AHF in Pakistan also supports Jamiat ul Dawa (JUD) and Lashkar E-Taibah (LET), both Specially Designated Global Terrorist organizations pursuant to the authorities of E.O. 13224. After LET was officially banned in Pakistan on January 12, 2002, LET began using the name JUD to continue operating in Pakistan, ████████

████████████████████████████

(U) ████ A detained political official and admitted member of JUD, identifying AHF as one of three Non Governmental Organizations (NGO) financially supporting JUD, provided details about how JUD receives financial support, according to Department of Defense reporting. When JUD requires financial assistance, an estimate is sent to one of the three NGO's, among them AHF. Funds are then provided to JUD either in personal meetings, in which representatives from the NGO and JUD discuss the proposed estimate and reach an agreement; or by wire transfers, to a bank account in the name of the Sheikh in charge of JUD, according to Department of Defense reporting. During 1998-2001, the JUD detainee conducted four or five meetings with representatives from AHF. ██████ Exhibit L] ████████████ Exhibit M]

(U) █████████████████████████████

(U) ████████████ The AHF Pakistan offices should be determined to be subject to Executive Order 13224 for the following reasons:

TOP SECRET ████████████████ 4

TREASURY00015

TOP SECRET

- Directed by an individual that is an Al-Qaeda facilitator, AHF in Pakistan is controlled by Al-Qaeda
- By employing Al-Qaeda members suspected of supporting Al-Qaeda operations, AHF in Pakistan is controlled by or acting on behalf of, or is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of Al-Qaeda.
- By financially supporting LET in Pakistan, AHF is assisting, sponsoring or providing financial, material, or technological support for, or financial or other services to or in support of LET.
- 
- By maintaining bank accounts controlled by the MK Director, AHF in Pakistan is controlled by or acting on behalf of, or is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of MK.

TOP SECRET

5

TREASURY00016

~~TOP SECRET~~



# DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220

(U) FAC No. SDG-223397

(U) **MEMORANDUM FOR R. RICHARD NEWCOMB**
       **DIRECTOR**
       **OFFICE OF FOREIGN ASSETS CONTROL**

(U) **THROUGH:**
       Chief, Foreign Terrorist Programs Division

(U) **FROM:**    Foreign Terrorist Programs Division Officer

(U) **SUBJECT:**  Designation of AL-HARAMAIN FOUNDATION (AHF)
       branches in Afghanistan, Albania, Bangladesh, Ethiopia, and The
       Netherlands, and AHF's leader AL-AQIL  pursuant to the
       authorities of E.O. 13224

(U) ENTITIES:

(U) AL-HARAMAIN FOUNATION Afghanistan Branch:
Afghanistan [Source: www.arriyadh.com,  accessed on 12/23/2003, Exhibit 52]

AL-HARAMAIN FOUNDATION Albania branch:
Irfan Tomini Street, #58, Tirana, Albania       , Exhibit 89] (declassified)

AL-HARAMAIN FOUNDATION Bangladesh branch:
House 1, Road 1, S-6, Uttara, Dhaka, Bangladesh    Exhibit 107]
(declassified)

AL-HARAMAIN FOUDATION Ethiopia branch:
Woreda District 24, Kebele Section 13, Addis Ababa, Ethiopia
Exhibit 90] (declassified)

Derived from:
Declassify on:

~~TOP SECRET~~

1

TREASURY00017

TOP SECRET

█ AL-HARAMAIN FOUNDATION The Netherlands branch
(a.k.a. STICHTING AL HARAMAIN HUMANITARIAN AID):
Jan Hanzenstraat 114, 1053SV, Amsterdam, The Netherlands [█
█, Exhibit 108][1] (declassified)

(U) INDIVIDUAL:

(U)       Aqeel Abdelaziz AL-AQIL
█        DOB: 4/29/1949
          █ Exhibit 33] (declassified)

(U) INTRODUCTION:

(U) President Bush issued Executive Order 13224 (E.O.) on September 23, 2001 declaring a
national emergency to address grave acts of terrorism and threats of terrorism committed by
foreign terrorists, including the September 11, 2001 terrorist attacks in New York, Pennsylvania,

---

[1] (U) The above entities are proposed for designation. Additional AHF entities, including its Headquarters, are
identified below. (As discussed in the evidentiary below, some AHF entities have already been designated, or in the
case of the U.S. AHF entities, blocked pending investigation. These entities are in bold and italics respectively.)

█ Headquarters: West Al-M'ather St.
    Riyadh, Saudi Arabia
    █ Exhibit 10]

    (U) P.O. Box 69606
    Riyadh, Saudi Arabia 11557
    [Source: www.arriyadh.com, accessed on 12/23/2003, Exhibit 52]

█ Additional AHF branch offices in Saudi Arabia are located in Mekkah, Jeddah, Taif, Yanbu, Quway'iyah,
Khamees Mushait, Dammam, Al-Ahsa, Al-Khobar, Abqaiq, Al-Khafji, Industrial Jubail, Jubail City, Tabuk and
possibly elsewhere. █ Exhibit 10]

(U) In the United States, AHF is located or maintains a mailing address at the following locations:

(U) *1257 Siskiyou Blvd.*
*Ashland, OR 97520*

(U) *3800 Highway 99 S, Ashland, OR 97520-8718*
[Source: Exhibit 88]

(U) *2151 E Division St.,*
*Springfield, MO 65803*
[Source: Exhibit 87; United States District Court, District of Oregon, Affidavit in Support of an Application for
search Warrant, Exhibit 95]

(U) AHF also is located, or maintains or maintained activities in **Pakistan, Kenya, Tanzania, Indonesia,** the
Philippines, Kashmir, Iran, Iraq, Burma, Kazakhstan, Tajikistan, Russia, Nepal, Lebanon, Sierra Leone, China,
Yemen, India, Jordan, Azerbaijan, Chechnya, Palestine, Syria, Sri Lanka, Cambodia, Thailand, Vietnam, Nigeria,
Djibouti, Mauritania, Ghana, Guinea, Comoros, Benin, Uganda, Sudan, Burkina Faso, Macedonia, Eritrea, Chad,
Cameron, Gambia, Mali, Niger, Senegal, Croatia, Macedonia, Kosovo, Belgium, Holland, France, Sweden,
Australia and possibly elsewhere. [Source: AHF 2000 Annual Report in Arabic, Translation of pertinent parts,
Exhibit 50; www.arriyadh.com, accessed on 12/23/2003, Exhibit 52; █ Exhibit 10]

TOP SECRET

2

TREASURY00018

TOP SECRET

and the Pentagon. The E.O. authorizes the Secretary of the Treasury, in consultation with the Secretaries of State and Homeland Security,[2] and the Attorney General, to designate those persons determined to be:

1) (U) owned or controlled by, or to act for or on behalf of those persons listed in the Annex to the E.O., or those determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of the E.O.;

2) (U) assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or

3) (U) associated with those persons listed in the Annex, or those persons determined to be subject to subsection 1(b),1(c), or 1(d)(i) of the E.O.

(U) The following evidence in the files of the Office of Foreign Assets Control provides reason to believe that the above-named entities and individual satisfy the criteria for designation pursuant to Executive Order 13224, "Blocking Property and Prohibiting Transactions With Persons Who Commit, Threaten to Commit, or Support Terrorism."

(U) OVERVIEW

(U) AL-HARAMAIN FOUNDATION (AHF)[3]

(S) The Al Qaida-affiliated AHF offices in Bosnia and Somalia were designated on March 11, 2002 pursuant to the authorities of E.O. 13224. [Source: U.S. Department of Treasury, Press Room, March 11, 2002, Exhibit 24][4] At the time, the Saudi Arabia-based headquarters of the organization and other branch offices were not identified publicly as supporting terrorist activity; primarily, to allow time for the U.S. to work with Saudi authorities.

on January 22, 2004, Saudi Arabia joined with the United States and designated additional AHF offices in Indonesia, Kenya, Tanzania and Pakistan pursuant to the authorities of E.O. 13224. This action was based on evidence that these branches provided support to Specially Designated Global Terrorist organizations including Al Qaida, Jemaah Islamiyah, Al-Ittihad al-Islaymiya and others. [Source: U.S. Department of Treasury, Press Room, January 22, 2004, Exhibit 99] The administrative records supporting these designations are incorporated into this document by this reference.

(S) As of March 2004, information set forth below provides reason to believe that AHF, including its headquarters and all its branch offices, is one of the principal Islamic NGO's active throughout the world providing support for the Al Qaida network and promoting militant Islamic doctrine worldwide. AHF has been infiltrated by Al Qaida and has been used by al Qaida for cover and concealment of assets and material, according to military reporting.

---

[2] (U) E.O. 13224 was amended by E.O. 13284 (January 23, 2003) by adding the Secretary of Homeland Security to the consultative process.

[3] (U) AHF is headquartered in Saudi Arabia and has maintained over fifty other offices throughout the world. The legal basis for OFAC to designate and block the assets of AHF in Afhganistan, Albania, Bangladesh, Ethiopia, and The Netherlands, rests on evidence providing reason to believe that the entire AHF organization, including the activities of AHF in the locations above, meet criteria for designation pursuant to the authorities of E.O. 13224.

[4] (U) Subsequent to the designation, AHF in Bosnia reopened under the name Vazir. On December 22, 2003, Vazir was designated pursuant to the authorities of E.O. 13224. Saudi Arabia joined the U.S. to request that the UN 1267 Sanctions Committee also list Vazir. [Source: U.S. Department of Treasury, Press Room, December 22, 2003, Exhibit 98]

TOP SECRET

3

TOP SECRET

Exhibit 1; See also ██████████ Exhibit 2; See also ██████████, Exhibit 22] AHF "belongs to" the Usama Bin Ladin-established "World Front of the Jihad Against Jews and Christians," which includes the Egyptian Gama Al-Islamiya, the Egyptian Islamic Jihad (EIJ), the Abu Sayyaff Group (ASG) and the Harakat Ul Ansar of Pakistan, according to military reporting. ██████████ Exhibit 4; See ██████████ Exhibit 7] All these organizations are Specially Designated Global Terrorists pursuant to the authorities of E.O. 13224.

██ Prior to the removal of the Taliban from power in Afghanistan, AHF was linked to Makhtab al-Khidemat (MK), ██████████ Exhibit 5] MK, co-founded and financed by Usama bin Ladin (UBL), is an SDGT pursuant to the authorities of E.O. 13224 and the pre-cursor organization of Al Qaida. [Source: United States of America -against- Mohammed Ali Hasan Al-Moayad, Affidavit in Support of Arrest Warrant, Exhibit 70] ██████████

Exhibit 6]

As of January 2003, numerous AHF field offices and representatives operating throughout Africa, Asia, Europe, and North America appeared to be providing financial and logistical support to Al Qaida. Terrorist organizations including Al-Ittihad Al-Islamiya, Egyptian Islamic Jihad, Hamas and Lashkar I-Taibah are receiving funding from AHF and using AHF as a front for fundraising and operational activities. ██████████ Exhibit 8]

██████████ In mid-April 2002, AHF was "involved with" a group of sixty Afghan persons "trained to attack Westerners, ██████████ Exhibit 9] Reportedly, one AHF employee believed to belong to Al Qaida is currently detained in Guauntanamo, Cuba, ██████████

██████████) In late 2003, a journalist suspected of meeting with Al Qaida and Taliban members in Afghanistan also was suspected of transferring funds on behalf of the Al Qaida-affiliated AHF, and forwarding videotapes from Al Qaida leaders to al-Jazeera TV for broadcast. ██████████

(U) AHF HEADQUARTERS CONTROL OF ORGANIZATION

██ According to the homepage for AHF in September 2002, AHF is headquartered in Riyadh, Saudi Arabia and maintains 14 offices in Saudi Arabia and is active in over 50 countries. At the time, the "superintendent of all [AHF] activities" was identified as the Honorable Shaykh Saleh Ibn Abdul-Azeez Ali Shaykh, Minister of Islamic Affairs, Endowments, and Call and Guidance. This Shaykh was also the Chairman of AHF's Administrative Board which "follows the activities of [AHF]." AHF's Director, at least until late 2003 or early 2004, was Aqeel Abdul-Azeel [AL-AQIL]. ██████████ Exhibit 10]

TOP SECRET ██████████ 4

TOP SECRET

(S) As of January 2003, the U.S. judged that AHF's Director AL-AQIL[5], who at the time managed AHF's business on a day-to-day basis, was providing funds to offices with terrorist ties in ways that avoided foreign government scrutiny, such as using personal bank accounts to transfer official AHF funds, according to diplomatic reporting. Exhibit 8]

(TS          By early 2004, AL-AQIL reportedly had been removed from his position as head of AHF, according to a variety of reporting. Yet according to a Saudi news report, AL-AQIL reportedly stated, "I resigned willingly. I wanted to give new blood a chance to assume the responsibilities, since I have personal business that I need to attend to. I have not left the organization, I have just resigned as General Manager, I will stay on as an active member and as an advisor,"                          AL-AQIL had reportedly been the head of AHF for over twenty years,                                   Exhibit 71;                Exhibit 72;                Exhibit 97; See also                Al-Hayah in Arabic, January 8, 2004, Exhibit 104]

(U) Among the reasons for AL-AQIL's removal was his "absolute centralization" of AHF, according to a Saudi news report. [Source:              Al-Hayah in Arabic, January 8, 2004, Exhibit 104] Mansour Al-Kadi, AL-AQIL's deputy and one of AHF's main leaders,[6] cited AL-AQIL's "autocratic and centralist governance" of AHF as the main reason for his resignation, according to an Arabic language posting on an Internet forum. Though Al-Kadi is reportedly implicated in working with AL-AQIL to support Al Qaida terrorist activity,[7] Al-Kadi's purported posting on the Internet identifies AL-AQIL as the "only individual with final decision making on spending...and the one with the authority to hire employees, even if it is just a janitor..." [Source: http://alsaha.fares.net/, Exhibit 106] As set forth below, the AHF headquarters, under Al-Aqil's leadership, provided funding and instructions that governed the activities of AHF throughout the world including in Bosnia, Albania, Iraq, the United States, and elsewhere.

(S      AHF implements its tasks through its offices and representatives spread through more than 50 countries around the world. AHF maintains nine general committees and several other "active committees" that include the "Continuous Charity Committee, African Committee, Asian Committee, Da'wah and Sponsorship Committee, Masjid Committee, Seasonal Projects Committee, [AHF] Doctor's Committee, European Committee, Internet and the American Committee, the Domestic Committee, Zakaat Committee, and the Worldwide Revenue Promotion Committee," according to the AHF homepage in September 2002.                   Exhibit 10]

(S        AHF's Hisham Al-Mashari is a known operative in UBL's terrorist support network, according to the FBI.                                        Exhibit 21]

---

[5] (TS        The following additional examples identify AL-AQIL as the head of AHF.                Exhibit 42]

[6]                Exhibit 45;           Exhibit 42;           Exhibit 46; 001094, Exhibit 47; AHF Tax Form 990, 2001, Exhibit 39;

[7]                Exhibit 45;           Exhibit 68           Exhibit 69]

TOP SECRET

5

~~TOP SECRET~~ ████████

██████████████████████████████████████████

Exhibit 12]

(TS ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

(TS ████████ In December 2003, an Albania-based AHF official ████████
expected to receive U.S. $17,813 ██████████████████████████████
████████████████████████████████████████
████████████████████ and to transfer this amount to Al-Mashari, ████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
Exhibit 55]

(S █████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

Exhibit 116]  As of March 2004, AL-AQIL, and his deputy Mansour Al-Kadi, were identified as board members of AHF in The Netherlands, according to diplomatic reporting. ████████
████████████ Exhibit 108]

(U) IRAQ and SOMALIA

(TS ████ As early as November 2002, AHF senior official Al-Mashari had begun preparing for a post-war Iraq relief effort ████████████████████████████████████████
████████████████████████ Exhibit 16] As of May 2003, AHF, identified as a Saudi-based NGO with ties to Al Qaida, was reportedly pushing hard to field a platform in Iraq, which extremists could use to support anti-U.S. activities, ████████████
████████████████████████████████████████████
████████████████████████████████████████████

---

[8] (U) AHF's Bosnia office was designated on March 11, 2002 pursuant to the authorities of E.O. 13224. [Source: U.S. Department of Treasury, Press Room, March 11, 2002, Exhibit 24]

[9] (U) Subsequent to the designation of AHF in Bosnia, it reopened under the name Vazir. On December 22, 2003, Vazir was designated pursuant to the authorities of E.O. 13224. Saudi Arabia joined the U.S. to request that the UN 1267 Sanctions Committee also list Vazir. [Source: U.S. Department of Treasury, Press Room, December 22, 2003, Exhibit 98]

TREASURY00022

TOP SECRET ███████

information, to be provided to AHF's Riyadh office, on the Islamic organization being set up by the Iraq-based "Abu Saleh group," ████████████████████████████████
████████

(TS ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████ Abu Musa'ab AL-Zarqawi and the Ansar al Islam (AI) organization are Specially Designated Global Terrorists pursuant to the authorities of E.O. 13224. [Source: U.S. Department of Treasury, Press Room, September 24, 2003, Exhibit 25] ████████████████████████████████████████████████
████████████████████████████████████████ Exhibit 30; See ████████████████ Exhibit 31; ████████████████ Exhibit 32] The Asbat al-Ansar and Hamas organizations are Specially Designated Global Terrorists pursuant to the authorities of E.O. 13224.

(TS ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████ AHF in Somalia is a Specially Designated Global Terrorist pursuant to the authorities of E.O. 13224. See also evidentiary supporting the designation of Zam Zam.

(C ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████ Exhibit 35]
████████████████████████████

(TS ████ In early August 2003, AHF confirmed arrangements to fund travel to Iraq for an Iraqi in Mogadishu, Somalia who was a former employee of AHF in Somalia. ████████████████████████████████
████████████████████████████████

(C ████ Some information suggests AHF took steps to shut down some of its activities. In Somalia, as of late August 2003, ████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

TOP SECRET ████████████████████

TREASURY00023

TOP SECRET ███████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

Exhibit 11]

(U) IRAN

███ An AHF official that reportedly coordinated arms deals with the Al Qaida-affiliated Al-Zarqawi, was instrumental in establishing a branch of AHF in Iran. ████████ The AHF branch in Iran was linked to efforts by "WAFA" to move weapons related items through Pakistan into Afghanistan during the conflict in Afghanistan in late 2001. ███████████████████ WAFA Humanitarian Organization is a Specially Designated Global Terrorist pursuant to the authorities of E.O. 13224. [Source: Department of State, Public Notice 3852, Exhibit 26]

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

(U) UNITED STATES

(U) In late 2001, the senior AHF official in the U.S., Perouz [Seda] Ghaty, sought a license from OFAC to purportedly assist Afghan refugees in border camps in Iran on the Iranian/Afghanistan border. [Source: Correspondence from Perouz Seda Ghaty to the OFAC Licensing Division, November 1, 2001, Exhibit 37] Following the dual-U.S. Embassy bombing attacks in East Africa in August 1998, Seda reportedly confided to an FBI source that he was "in trouble." When asked by the FBI source to elaborate, Seda said that he received $500,000 from UBL--"through Bosnia." Seda was described as a "fundamentalist" who has sought to convert prison inmates to the Islamic faith. [Source: File# 265A-NY-280350-302, Exhibit 38]

(U) As part of Seda's request to OFAC in November 2001,[10] he reported that Shaykh AL-AQIL, identified as the President of AHF, agreed to Seda's proposal to fund $500,000 for assistance to Afghan refugees in border camps in Iran. On the U.S. AFH's tax form 990 for 2001 filed with the IRS, AL-AQIL is identified as the President, Al-Kadi as the Vice President, Al-Buthe as the Treasurer, and Seda as the Secretary. [Source: AHF Tax Form 990, 2001, Exhibit 39] The U.S. AHF branch's Articles of Incorporation and application to the IRS for tax-exempt status also list AL-AQIL and Al-Kadi as members of the board of directors. [United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95]

███ As of March 2003, due to pressure from the U.S. on Saudi authorities to close AHF, AL-AQIL and Al-Kadi reportedly resigned from the U.S. AHF office, ██████████ ███████████████████████ On February 18, 2004, Federal law enforcement authorities executed a search warrant against property purchased on behalf of AHF in Ashland, Oregon. The search was conducted pursuant to a criminal investigation into possible

---

[10](U) [Source: Correspondence from Perouz Seda Ghaty to the OFAC Licensing Division, November 1, 2001, Exhibit 37]

[11] (U) This is corroborated by a May 26, 2003 interview Seda gave to the St. Louis Post-Dispatch.

TOP SECRET ███████

8

TOP SECRET

violations of the Internal Revenue Code, the Money Laundering Control Act and the Bank Secrecy Act. In a separate administrative action, OFAC blocked pending investigation AHF accounts and real property in the U.S. to ensure the preservation of AHF assets pending further investigation. [Source: U.S. Department of Treasury, Press Room, February 19, 2004, Exhibit 94; United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95]

## (U) ALBANIA AND KOSOVO

(S)      UBL reportedly financed the establishment of AHF in Albania, which has been used as cover for terrorist activity in Albania and in Europe, ███████ Exhibit 77] ████████████

████████ Exhibit 75] In 1998, the head of Egyptian Islamic Jihad (EIJ) in Albania was reportedly also the "accountant" for AHF in Albania, according to a French news report. ███████ Paris Le Figaro in French, September 30, 1998, Exhibit 91] This individual, Ahmed Ibrahim al-Nagar, was reportedly extradited from Albania to Egypt in 1998. At his trial in Egypt, al-Nager reportedly voiced his support for UBL and Al Qaida's terrorist attacks against the U.S. Embassies in Tanzania and Kenya, according to Agence France Presse. [Source: Agence France Presse, February 1, 1999, Exhibit 93]

(S)      In January 2002, Salih Tivari, a senior official of the moderate Albanian Muslim community, was murdered. ███████████████

████████ Exhibit 101]

(TS)      As of early September 2002, AHF was reportedly withdrawing virtually all funding to the Albanian Islamic community ████████████

████████ Exhibit 78]

(TS ████████████████

---

[12] (U) The National Liberation Army is designated pursuant to the authorities of E.O. 13304.

TOP SECRET

TREASURY00025

TOP SECRET

Exhibit 82]

## (U) OTHER PARTS OF THE WORLD

(S     As of early June 2000, AHF in Ethiopia reportedly was providing support to AIAI, which in Ethiopia, has engaged in attacks against Ethiopian defense forces, [redacted] Exhibit 85]

(S [redacted] Exhibit 100]

(S) In [redacted] Sayid Nasir, an admitted terrorist planner in Indian custody since December 16, 1998, reported that he first learned of plans to attack the U.S. consulates in Chennai and Calcutta, India during a September 17, 1998 meeting at AHF in Bangladesh, according to diplomatic reporting. [redacted] Exhibit 62] [14]

(TS [redacted] AHF should be determined to be subject to Executive Order 13224 for the following reasons:

- AHF is owned or controlled by, or acts for or on behalf of, or is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, or is associated with Al Qaida.
- By providing instructions and support to AHF in Bosnia, AHF is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of AHF in Bosnia.
- By providing instructions to AHF in Somalia, AHF is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of AHF in Somalia.

## (U) Aqeel Abdelaziz AL-AQIL

(TS [redacted] AHF's founder and Director, at least until late 2003, was Aqeel Abdelaziz [AL-AQIL]. [redacted] Exhibit 10; The New York Times,

[13] [redacted]

[14] [redacted] Exhibit 109; [redacted], Exhibit 110; [redacted] Exhibit 112 [redacted], Exhibit 113; [redacted] Exhibit 114; [redacted] Exhibit 115]

TOP SECRET

10

TREASURY00026

TOP SECRET

September 26, 2003, Exhibit 102] As of January 2003, the U.S. judged that AHF Director AL-AQIL[15], who managed AHF's business on a day-to-day basis, was providing funds to offices with terrorist ties in ways that avoided foreign government scrutiny, such as using personal bank accounts to transfer official AHF funds, according to diplomatic reporting. [Source: ██████ Exhibit 8]

████████████████████████████████████████████████████████ Exhibit 40; ██████████████████; ███████ Exhibit 45; ██████████ Exhibit 42] AL-AQIL also is identified as AHF's President and Chairman. [Source: AHF Tax Form 990, 2001, Exhibit 39; The Sunday Oregonian, November 9, 2003, Exhibit 103; ██████████ Al-Hayah in Arabic, March 1, 2004, Exhibit 105]

(TS ████████ By early 2004, AL-AQIL reportedly had been removed from his position as head of AHF, according to a variety of reporting. Yet according to a Saudi news report, AL-AQIL reportedly stated, "I resigned willingly. I wanted to give new blood a chance to assume the responsibilities, since I have personal business that I need to attend to. I have not left the organization, I have just resigned as General Manager, I will stay on as an active member and as an advisor," according to diplomatic reporting. AL-AQIL had reportedly been the head of AHF for over twenty years. ██████████████ ██████████ Exhibit 72; ██████████, Exhibit 97; See also ████████ Al-Hayah in Arabic, January 8, 2004, Exhibit 104]

(U) Among the reasons for AL-AQIL's removal was his "absolute centralization" of AHF, according to a Saudi news report. [Source: ██████████ Al-Hayah in Arabic, January 8, 2004, Exhibit 104] Mansour Al-Kadi, AL-AQIL's deputy and one of AHF's main leaders,[16] cited AL-AQIL's "autocratic and centralist governance" of AHF as the main reason for his resignation, according to an Arabic language posting on an Internet forum. Though Al-Kadi is reportedly implicated in working with AL-AQIL to support Al Qaida terrorist activity,[17] Al-Kadi's purported posting on the Internet identifies AL-AQIL as the "only individual with final decision making on spending...and the one with the authority to hire employees, even if it is just a janitor..." [Source: http://alsaha.fares.net/, Exhibit 106] As set forth below, the AHF headquarters, under Al-Aqil's leadership, provided funding and instructions that governed the activities of AHF throughout the world including in Bosnia, Albania, Iraq, the United States, and elsewhere.

(TS ████████████████████████████████████████ AL-AQIL had been arrested by Saudi authorities. ████████████████████████████ Also in early 2004, ████████████████ identified AL-AQIL as a suspected Al Qaida supporter that handled the collection of funds for "freedom fighters" in areas including Afghanistan, Bosnia, Chechnya, Kosovo, and Somalia, ██████████████████████ ██████████████████████

---

[15] (TS ████████ The following additional examples identify AL-AQIL as the head of AHF. [Source: Exhibit 40; ████████████████████ Exhibit 42]

[16] ██████████ Exhibit 45; ████████ Exhibit 42; ██████████ Exhibit 46; ████ Exhibit 47; AHF Tax Form 990, 2001, Exhibit 39;

[17] ██████████ Exhibit 45; ██████████ ██████ MAR 02, Exhibit 68; ██████████, Exhibit 69]

TOP SECRET

11

TREASURY00027

TOP SECRET

(U) AL-AQIL should be determined to be subject to Executive Order 13224 for the following reasons:

- By serving as AHF's leader, AL-AQIL controls, or acts for or on behalf of, or is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, or is associated with AHF.

(U) Mansour bin Abdul Rahman Al-Kadi

(S ██████ Al-Kadi is identified as one of AHF's main leaders and as AL-AQIL's deputy, ██████ ████████ Al-Kadi also is identified as AHF's Deputy Director and Vice President, █████████████

Exhibit 45; ████████ Exhibit 42; ██████, Exhibit 46; ████████
Exhibit 47; AHF Tax Form 990, 2001, Exhibit 39; █████████



Exhibit 45]

Exhibit 69]

(S ████████ Hisham Al-Mashari

(S ████████ AHF's Hisham Al-Mashari is a known operative in UBL's terrorist support network, according to the FBI. ████████████████ Exhibit 21]

████████████████ Exhibit 12]

(TS

---

[18] (U) AHF's Bosnia office was designated on March 11, 2002 pursuant to the authorities of E.O. 13224. [Source: U.S. Department of Treasury, Press Room, March 11, 2002, Exhibit 24]

TOP SECRET

12

TREASURY00028

TOP SECRET

See also evidentiary supporting the designation of the a/k/a for AHF in Bosnia, "Vazir."

(TS  In December 2003, an Albania-based AHF official expected to receive $17,813 and to transfer this amount to Al-Mashari,

Exhibit 55]

(TS/  In 2000, an individual in Turkey "charg[ed]" by the United Nations as a terrorist, and who reportedly admitted engaging in militant preaching, received Al-Mashari's agreement to assist him relocate from Turkey,

(S  Abd-al-Rahman [M.K. Al-Aqil]

(S

Exhibit 58] From mid-December 2001 through mid-March 2002, M.K. Al-Aqil reportedly transferred, over $7,600 from Saudi Arabia to a Budapest, Hungary recipient of other AHF funds transfers, according to sensitive financial data

Exhibit 59][20]

---

[19] (U) Subsequent to the designation of AHF in Bosnia, it reopened under the name Vazir. On December 22, 2003, Vazir was designated pursuant to the authorities of E.O. 13224. Saudi Arabia joined the U.S. to request that the UN 1267 Sanctions Committee also list Vazir. [Source: U.S. Department of Treasury, Press Room, December 22, 2003, Exhibit 98]
[20]

TOP SECRET

13

TREASURY00029

SECRET █████████████

## (U) AL-HARAMAIN ISLAMIC FOUNDATION, SOMALIA

DATE:  2/11/02

*(U)  Statement of the Case:*

██ Based upon information available to the United States Government, there is a reasonable basis to believe that Al-Haramain Islamic Foundation, Somalia is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, or is otherwise associated with, terrorists and terrorist-related organizations listed in the Annex to Executive Order 13224.

██ ████████████████████████████████████████

the following unclassified information clearly establishes Al-Haramain Somalia's links to terrorist activity. We believe that this information is generally reliable and, taken as a whole, supports the decision to block the assets of Al-Haramain Somalia (and its directors).

██ The Saudi Arabia-based Al-Haramayn Islamic Foundation is a private, charitable, and educational organization tasked with conveying the true Islamic teachings throughout the world. It derives its name from the Arabic word Al-Haramain that means the Two Holy Mosques in Makkah and Madinah. The Al-Haramain Islamic Foundation's total expenditures for 2000 exceeded USD 56 million. The Government of Saudi Arabia provided more than one-half of this money via direct contributions and grants through various religious foundations. A growing amount of money now, however, comes from grants from other countries, individual Muslim benefactors, and special campaigns, which target entities around the world. [Source: [i]]

██ *Al-Haramain Somalia's Ties to Terrorists:*

██ The U.S. has assembled evidence that shows a history of ties between Al-Haramain Somalia and Usama bin Laden's al-Qaida network, Al-Itihaad al-Islamiya (AIAI), and other associated entities and individuals. For example, over the past few years, Al-Haramain Somalia has provided a means of funneling money to AIAI by disguising funds as intended to be used for orphanage projects or the construction of Islamic schools and mosques [Source: [ii]].

Derived By: ████████████

Derived From ████████████

SECRET ██████████████        OFAC −11563

~~SECRET~~ ████████████

Declassify on: ████

(S███ The organization has also employed and provided salaries to AIAI members [ Source: iii,iv], ████████████████████
████████████████████
████████████████ [ Sources: v,vi].

(S███ The evidence indicates that even after AIAI was named in the Annex to E.O. 13224 and subsequently designated by the United Nations under UNSCR 1333, Al-Haramain Somalia has continued to provide financial support [ Source: vii] and cover for AIAI operatives, and conceal their activities [ Source: viii].

████████████████████
████████████████████
████████████████████
████████████████████ [ Source: ix].

(S███ Accordingly, the Secretary of the Treasury has the authority to designate Al-Haramain Somalia as subject to Executive Order 13224 pursuant to paragraphs (d)(i) and (d)(ii) based on a determination that it assists in, sponsors, or provides financial, material, or technological support for, or financial or other services to or in support of, or is otherwise associated with, those persons listed on the Annex to EO 13224.

## AL-HARAMAIN, SOMALIA
### CASE SUMMARY

### (U) Identifying Information

(U) Al-Haramain (variants Al-Haramayn, Al-Haramein) Islamic Foundation, Somalia

(U) AKA - Al-Haramain (variants Al-Haramayn, Al-Haramein), Somalia

(U) AKA - Alharamain (variants Alharamain, Alharamein) Foundation, Somalia

### (U) Background

(S███ Al-Haramain is a Saudi Arabia-based, nonprofit, private organization accredited by the United Nations High Commission for Refugees and financed by individual Saudi Salafi

~~SECRET~~ ████████████                              OFAC -11564

TREASURY00031

~~SECRET~~ ████████████

shaykhs. The NGO is headed by Saudi national and Salafi leader 'Abd Al-Rahman Bin 'Aqil and by the Saudi Higher Commission for Charities. Saudi Arabia's Secretary of State for Islamic Affairs, Shaykh Salah Bin 'Abd-Al-'Aziz, is entrusted with supervising Al-Haramain, however, its charitable activities are supervised by the International Islamic Relief Organization (IIRO). Al-Haramain's branches worldwide officially provide aid to refugees including; apartments, houses and other lodging, refugee camps, medical assistance, food and clothing,████████ [ Source: ˣ]

(S████ As of early 2000, Al-Haramain's most extensive national network in Africa was in Somalia. Prior to the August 1998 bombing of the U.S. embassy in Nairobi, Al-Haramai's largest presence had been in Kenya, where they had a half dozen branch offices. Following the bombing and closing of Al-Haramain offices in Kenya, resources were shifted to Somalia. ██████

[ Source: ˣⁱ]

Derived By: ████

Derived From: ████

## (U) Suspect Activities

(S██████████ shows a history of ties between Al-Haramain Somalia and Al-Itihaad al-Islamiya (AIAI), Al-Barakat, and Usama bin Laden, persons designated in the Annex or pursuant to E.O. 13224 (September 23, 2001). For example:



~~SECRET~~ ████████████    OFAC – 11565

TREASURY00032

SECRET ███████████████



- As of late September 2000, Al Haramain was one of the four most active NGO's in Somalia, and its activities included sending relief food to members of AIAI in AIAI military training camps and offices in Al Waq and Qoryoly, Somalia, ██████████████████████ [ Source: [xix] ;

SECRET ████████████

OFAC - 11566

TREASURY00033

SECRET

█████ that Al-Haramain Somalia continues to maintain close ties with Al-Itihaad al-Islamiya (AIAI), an entity named in the Annex to EO 13224 on September 24, 2001. For example:



- In January 2002, Al-Haramain Somalia provided AIAI foreign trainers with food and medicine prior to the commencement of the re-location in Somalia, ██████████████ [ Source: [xxiii] ];

- Al-Haramain Somalia continues to maintain a working relationship with AIAI, ██████████████ [ Source: [xxiv] ];

- ██████████████████

 

SECRET ██████████

- Al-Haramain provides cover for AIAI operatives and conceals their activities, ████████████████████ [Source: [xxvi]];



- Additionally, Al Haramain in Mogadishu is connected to Al-Qaida (NFI), ████████████████ [Source: 18].

## (U) Strength of Information

(U) The information available to us provides reasonable cause to believe that the subject organization is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of Al-Itihaad al-Islamiya (AIAI), an entity named in the Annex to Executive Order 13224 (September 23, 2001).



SECRET ██████████                    OFAC -11568

TREASURY00035

SECRET



SECRET

OFAC -11569

TOP SECRET ███████████████████

(U) FAC No. SDG-232587
(U) SDG/I/04: 202-205

(U) **MEMORANDUM FOR R. RICHARD NEWCOMB**
                     **DIRECTOR**
                     **OFFICE OF FOREIGN ASSETS CONTROL**

(U) **THROUGH:**            █████████████████
                               Chief, Foreign Terrorist Programs Division

(U) **FROM:**                  Foreign Terrorist Programs Division Officer

(U) **SUBJECT:**            Designation of AL-HARAMAIN FOUNDATION (AHF) locations in the United States, the Comoros Islands, and AHF official Soliman AL-BUTHE pursuant to the authorities of E.O. 13224

(U) ENTITIES:

(U) AL-HARAMAIN FOUNATION United States locations:

(U) 1257 Siskiyou Blvd.
Ashland, OR 97520

(U) 3800 Highway 99 S, Ashland, OR 97520-8718
[Source: Exhibit 88]

(U) 2151 E Division St.,
Springfield, MO 65803
[Source: Exhibit 87; United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95]

Derived from: ████████████
Declassify on: ████████████

TOP SECRET ████████████████████    1

TREASURY00037

~~TOP SECRET~~ ████████████

(U) AL-HARAMAIN FOUNDATION Comoros Islands location:

~~(S)~~ B/P: 1652 Moroni, Comoros (declassified)
████████████████████ Exhibit 146][1]

(U) INDIVIDUAL:

(U) Soliman AL-BUTHE
~~(S~~ ████ a.k.a. Soliman Al-Batahai a.k.a. Soliman Al-Bathi [Source: ███████████
████████ (declassified)
(U) DOB: 12/8/1961
(U) POB: Egypt
(U) Nationality: Saudi Arabia
(U) Saudi Arabia Passport #: B049614
[Source: State Department, Bureau of Consular Affairs, Exhibit 76]
(U) Saudi Arabia Passport #: C536660
[Source: Exhibit 139]

(U) INTRODUCTION:

(U) President Bush issued Executive Order 13224 (E.O.) on September 23, 2001 declaring a national emergency to address grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the September 11, 2001 terrorist attacks in New York, Pennsylvania, and the Pentagon. The E.O. authorizes the Secretary of the Treasury, in consultation with the

---

[1] ~~(S~~ ████ The above entities are proposed for designation. Some AHF entities, identified in bold, were already designated. Additional AHF entities, including its Headquarters, are identified below.
~~(S~~ ████ Headquarters: West Al-M'ather St.
Riyadh, Saudi Arabia
████████████████████ Exhibit 10]

(U) P.O. Box 69606
Riyadh, Saudi Arabia 11557
[Source: www.arriyadh.com, accessed on 12/23/2003, Exhibit 52]

~~(S~~ ████ Additional AHF branch offices in Saudi Arabia are located in Mekkah, Jeddah, Taif, Yanbu, Quway'iyah, Khamees Mushait, Dammam, Al-Ahsa, Al-Khobar, Abqaiq, Al-Khafji, Industrial Jubail, Jubail City, Tabuk and possibly elsewhere. ████████████████ Exhibit 10]

~~(S~~ ████ AHF also is located, or maintains or maintained activities in **Bosnia, Somalia, Pakistan, Kenya, Tanzania, Indonesia, Afghanistan, Albania, Bangladesh, Ethiopia, The Netherlands,** the Philippines, Kashmir, Iran, Iraq, Burma, Kazakhstan, Tajikistan, Russia, Nepal, Lebanon, Sierra Leone, China, Yemen, India, Jordan, Azerbaijan, Chechnya, Palestine, Syria, Sri Lanka, Cambodia, Thailand, Vietnam, Nigeria, Djibouti, Mauritania, Ghana, Guinea, Benin, Uganda, Sudan, Burkina Faso, Eritrea, Chad, Cameroon, Gambia, Mali, Niger, Senegal, Croatia, Macedonia, Kosovo, Belgium, France, Sweden, Australia, Kurdistan, Coroshai, Canada, Georgia and possibly elsewhere. [Source: AHF 2000 Annual Report in Arabic, Translation of pertinent parts, Exhibit 50; ████████ Exhibit 10; www.arriyadh.com, accessed on 12/23/2003, Exhibit 52; ████████ Exhibit 89; ████████ Exhibit 107; ████████████ Exhibit 90]

TREASURY00038

~~TOP SECRET~~ ███████

Secretaries of State and Homeland Security,[2] and the Attorney General, to designate those persons determined to be:

(1) (U) owned or controlled by, or to act for or on behalf of those persons listed in the Annex to the E.O., or those determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of the E.O.;

(2) (U) assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or

(3) (U) associated with those persons listed in the Annex, or those persons determined to be subject to subsection 1(b),1(c), or 1(d)(i) of the E.O.

(U) The following evidence in the files of the Office of Foreign Assets Control provides reason to believe that the above-named entities and individual satisfy the criteria for designation pursuant to Executive Order 13224, "Blocking Property and Prohibiting Transactions With Persons Who Commit, Threaten to Commit, or Support Terrorism."

(U) AL-HARAMAIN FOUNDATION (AHF)

(U) OVERVIEW

(S) ███ The Al Qaida-affiliated AHF offices in Bosnia and Somalia were designated on March 11, 2002 pursuant to the authorities of E.O. 13224. [Source: U.S. Department of Treasury, Press Room, March 11, 2002, Exhibit 24][3] At the time, the Saudi Arabia-based headquarters of the organization and other branch offices were not identified publicly as supporting terrorist activity; primarily, to allow time for the U.S. to work with Saudi authorities. [Source: ███████ Exhibit 8] ███████████
on January 22, 2004, Saudi Arabia joined with the United States and designated additional AHF offices in Indonesia, Kenya, Tanzania, and Pakistan pursuant to the authorities of E.O. 13224. These actions were based on evidence that these entities provided support to Specially Designated Global Terrorist organizations including Al Qaida, Jemaah Islamiyah, Al-Ittihad al-Islamiyya and others. [Source: U.S. Department of Treasury, Press Room, January 22, 2004, Exhibit 99][4]

(S) ███████████████████████████████
████████████████████████████████
████████████████████████ Exhibit 138]

(S) ███ Continuing coordinated efforts, on June 2, 2004, the United States and Saudi Arabia designated additional AHF offices in Afghanistan, Albania, Bangladesh, Ethiopia, and The

---

[2] (U) E.O. 13224 was amended by E.O. 13284 (January 23, 2003) by adding the Secretary of Homeland Security to the consultative process.

[3] (U) Subsequent to the designation, AHF in Bosnia reopened under the name Vazir. On December 22, 2003, Vazir was designated pursuant to the authorities of E.O. 13224. Saudi Arabia joined the U.S. to request that the UN 1267 Sanctions Committee also list Vazir. [Source: U.S. Department of Treasury, Press Room, December 22, 2003, Exhibit 98]

[4] (U) The administrative records supporting these designations are incorporated into this document by this reference.

[5] ███████████████

~~TOP SECRET~~ ███████

3

TREASURY00039

TOP SECRET ████████████████

Netherlands. The U.S. also designated AHF's founder and long-time leader, Aqeel Abdulaziz Al-Aqil. These actions were based on evidence that these entities provided support to Specially Designated Global Terrorist organizations including Al Qaida, Al-Ittihad al-Islamiyya and others. [Source: U.S. Department of Treasury, Press Room, June 2, 2004, Exhibit 137][6] By mid-August 2004, AHF reportedly intended to discontinue its overseas operations and close all of its overseas branches, ████████████████████████

(S)████ Information set forth below provides reason to believe that AHF, including its headquarters and all its branch offices, is one of the principal Islamic NGO's active throughout the world providing support for the Al Qaida network and promoting militant Islamic doctrine worldwide. AHF has been infiltrated by Al Qaida and has been used by Al Qaida for cover and concealment of assets and material, ████████████████ Source: ████████ Exhibit 2; see also ████████
Exhibit 15; ████████████ AHF "belongs to" the Usama Bin Ladin-established "World Front of the Jihad Against Jews and Christians," which includes the Egyptian Gama Al-Islamiya, the Egyptian Islamic Jihad (EIJ), the Abu Sayyaff Group (ASG) and the Harakat Ul Ansar of Pakistan, ████████████████ . [Source: ████████████ Exhibit 4; ████████████ Exhibit 7] All these organizations are Specially Designated Global Terrorists pursuant to the authorities of E.O. 13224.

(S)████ Prior to the removal of the Taliban from power in Afghanistan, AHF was linked to Makhtab al-Khidemat (MK) ████████████████ Exhibit 5] MK, co-founded and financed by Usama bin Ladin (UBL), is an SDGT pursuant to the authorities of E.O. 13224 and the pre-cursor organization of Al Qaida. [Source: United States of America -against- Mohammed Ali Hasan Al-Moayad, Affidavit in Support of Arrest Warrant, Exhibit 70] ████████████████████████████████████████████████████ Exhibit 6]

(S) As of January 2003, numerous AHF field offices and representatives operating throughout Africa, Asia, Europe, and North America appeared to be providing financial and logistical support to Al Qaida. Terrorist organizations including Al-Ittihad Al-Islamiya, Egyptian Islamic Jihad, Hamas and Lashkar I-Taibah are receiving funding from AHF and using AHF as a front for fundraising and operational activities. [Source: ████████ Exhibit 8]

(TS)████ In mid-April 2002, AHF was "involved with" a group of sixty Afghan persons "trained to attack Westerners," ████████████████ Exhibit 9] Reportedly, one AHF employee believed to belong to Al Qaida is currently detained in Guantanamo, Cuba, ████████████████

---

[6] (U) The administrative records supporting these designations are incorporated into this document by this reference.
[7] (U) These reported actions appear to comport with official Saudi policy regarding Non-Governmental Organizations (NGOs). On June 2, 2004, the Adviser to Saudi Crown Prince Abdullah stated that existing entities, including AHF, will be dissolved or have their assets folded into the Saudi National Entity for Charitable Work Abroad. The Adviser explained that the Saudi National Entity for Charitable Work Abroad will be the sole vehicle through which all private Saudi donations will go to help those in need. According to the Saudi advisor, the purpose of this effort is to put in place new regulations and financial control mechanisms to ensure that people "don't take advantage of our financial system or of our charities." [Source: Federal News Service, June 2, 2004, Exhibit 135]

TOP SECRET ████████████████

4

(TS) ▮▮▮ In late 2003, a journalist suspected of meeting with Al Qaida and Taliban members in Afghanistan also was suspected of transferring funds on behalf of the Al Qaida-affiliated AHF, and forwarding videotapes from Al Qaida leaders to al-Jazeera TV for broadcast,

## (U) AHF HEADQUARTERS CONTROL OF ORGANIZATION

(S) ▮▮ According to the homepage for AHF in September 2002, AHF is headquartered in Riyadh, Saudi Arabia and maintains 14 offices in Saudi Arabia and is active in over 50 countries. At the time, the "superintendent of all [AHF] activities" was identified as the Honorable Shaykh Saleh Ibn Abdul-Azeez Ali Shaykh, Minister of Islamic Affairs, Endowments, and Call and Guidance. This Shaykh was also the Chairman of AHF's Administrative Board which "follows the activities of [AHF]." AHF's Director, at least until late 2003 or early 2004, was Aqeel Abdul-Azeel [Al-Aqil]. [Source: ▮▮▮ Exhibit 10]

(S) As of January 2003, the U.S. judged that AHF's Director Al-Aqil[8], who at the time managed AHF's business on a day-to-day basis, was providing funds to offices with terrorist ties in ways that avoided foreign government scrutiny, such as using personal bank accounts to transfer official AHF funds, ▮▮▮

(TS) ▮▮▮ By early 2004, Al-Aqil reportedly had been removed from his position as head of AHF, according to a variety of reporting. Yet according to a Saudi news report, Al-Aqil reportedly stated, "I resigned willingly. I wanted to give new blood a chance to assume the responsibilities, since I have personal business that I need to attend to. I have not left the organization, I have just resigned as General Manager, I will stay on as an active member and as an advisor," according to diplomatic reporting. Al-Aqil had reportedly been the head of AHF for over twenty years and was one of AHF's founders, ▮▮▮ Exhibit 72; Exhibit 97; See also ▮▮▮ Al-Hayah in Arabic, January 8, 2004, Exhibit 104]

(U) Among the reasons for Al-Aqil's removal was his "absolute centralization" of AHF, according to a Saudi news report. [Source: ▮▮▮ Al-Hayah in Arabic, January 8, 2004, Exhibit 104] Mansour Al-Kadi, Al-Aqil's deputy and one of AHF's main leaders,[9] cited Al-Aqil's "autocratic and centralist governance" of AHF as the main reason for his resignation, according to an Arabic language posting on an Internet forum. Though Al-Kadi is reportedly implicated in working with Al-Aqil to support Al Qaida terrorist activity,[10] Al-Kadi's purported posting on the Internet identifies Al-Aqil as the "only individual with final decision making on spending…and the one with the authority to hire employees, even if it is just a janitor." [Source: http://alsaha.fares.net/, Exhibit 106] As set forth below, the AHF headquarters, under Al-Aqil's leadership, provided funding and instructions that governed the activities of AHF throughout the world including in Bosnia, Albania, Iraq, the United States, and elsewhere.

---

[8] (TS) ▮▮▮ The following additional examples identify Al-Aqil as the head of AHF. [Source: ▮▮ Exhibit 40; ▮▮▮ Exhibit 42]
[9] [Source: ▮▮▮ Exhibit 42; ▮▮▮ Exhibit 46; ▮▮▮ Exhibit 47; AHF Tax Form 990, 2001, Exhibit 39;
[10] [Source: ▮▮▮, Exhibit 45; ▮▮▮ 1 MAR 02, Exhibit 68; ▮▮▮, Exhibit 69]

TREASURY00041

TOP SECRET

AHF implements its tasks through its offices and representatives spread through more than 50 countries around the world. AHF maintains nine general committees and several other "active committees" that include the "Continuous Charity Committee, African Committee, Asian Committee, Da'wah and Sponsorship Committee, Masjid Committee, Seasonal Projects Committee, [AHF] Doctor's Committee, European Committee, Internet and the American Committee, the Domestic Committee, Zakaat Committee, and the Worldwide Revenue Promotion Committee," according to the AHF homepage in September 2002. [Source: Exhibit 10]

AHF's Hisham Al-Mashari is a known operative in UBL's terrorist support network, according to the FBI. Exhibit 21]

Exhibit 12]

In December 2003, an Albania-based AHF official expected to receive U.S. $17,813 and to transfer this amount to Al-Mashari

Exhibit 55]

Exhibit 81; see also

---

[11] (U) AHF's Bosnia office was designated on March 11, 2002 pursuant to the authorities of E.O. 13224. [Source: U.S. Department of Treasury, Press Room, March 11, 2002, Exhibit 24]

[12] (U) Subsequent to the designation of AHF in Bosnia, it reopened under the name Vazir. On December 22, 2003, Vazir was designated pursuant to the authorities of E.O. 13224. Saudi Arabia joined the U.S. to request that the UN 1267 Sanctions Committee also list Vazir. [Source: U.S. Department of Treasury, Press Room, December 22, 2003, Exhibit 98] The administrative records supporting the designation of Vazir are incorporated into this document by this reference.

TOP SECRET

6

TREASURY00042

TOP SECRET/███████████████

Exhibit 116] As of March 2004, Al-Aqil, and his deputy Mansour Al-Kadi, were identified as board members of AHF in The Netherlands, ████████████████████ [Source: ███ ███████████ Exhibit 108]

(U) UNITED STATES

(U) In late 2001, the senior AHF official in the U.S., Perouz Seda Ghaty, sought a license from OFAC to purportedly assist Afghan refugees in border camps in Iran on the Iranian/Afghanistan border. [Source: Correspondence from Perouz Seda Ghaty to the OFAC Licensing Division, November 1, 2001, Exhibit 37] Following the dual-U.S. Embassy bombing attacks in East Africa in August 1998, Seda reportedly confided to an FBI source that he was "in trouble." When asked by the FBI source to elaborate, Seda said that he received $500,000 from UBL-- "through Bosnia." Seda was described as a "fundamentalist" who has sought to convert prison inmates to the Islamic faith. [Source: File# 265A-NY-280350-302, Exhibit 38]

(U) As part of Seda's request to OFAC in November 2001,[13] he reported that Shaykh Al-Aqil, identified as the President of AHF, agreed to Seda's proposal to fund $500,000 for assistance to Afghan refugees in border camps in Iran. On the U.S. AFH's tax form 990 for 2001 filed with the IRS, Al-Aqil is identified as the President, Al-Kadi as the Vice President, AL-BUTHE as the Treasurer, and Seda as the Secretary. [Source: AHF Tax Form 990, 2001, Exhibit 39] The U.S. AHF branch's Articles of Incorporation and application to the IRS for tax-exempt status also list Al-Aqil, Al-Kadi, Seda, and AL-BUTHE as members of the board of directors. [United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95]

(TS ████████) As of March 2003, due to pressure from the U.S. on Saudi authorities to close AHF, Al-Aqil and Al-Kadi reportedly resigned from the U.S. AHF office, according to ███████ ███████ and information submitted to OFAC by AHF's Counsel. ████████████████ ███████████ Correspondence from Bernabei & Katz, PLLC to OFAC, August 4, 2004, (AHF Counsel Exhibits 1 and 2), Exhibit 151] On February 18, 2004, Federal law enforcement authorities executed a search warrant against property purchased on behalf of AHF in Ashland, Oregon. The search was conducted pursuant to a criminal investigation into possible violations of the Internal Revenue Code, the Money Laundering Control Act and the Bank Secrecy Act. In a separate administrative action, OFAC blocked pending investigation AHF accounts and real property in the U.S. to ensure the preservation of AHF assets pending further investigation. [Source: U.S. Department of Treasury, Press Room, February 19, 2004, Exhibit 94; United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95]

(U) OTHER PARTS OF THE WORLD

(U) IRAN

(TS ████) An AHF official that reportedly coordinated arms deals with the Al Qaida-affiliated Abu Musa'ab Al-Zarqawi, an SDGT, was instrumental in establishing a branch of AHF in Iran, ████████████████████████████ The AHF branch in Iran was linked to efforts by "WAFA" to move weapons related items through Pakistan into Afghanistan during the conflict in

---

[13](U) [Source: Correspondence from Perouz Seda Ghaty to the OFAC Licensing Division, November 1, 2001, Exhibit 37]

TREASURY00043

TOP SECRET ▓▓▓▓

Afghanistan in late 2001. ▓▓▓▓▓▓▓▓▓ WAFA Humanitarian Organization is a Specially Designated Global Terrorist pursuant to the authorities of E.O. 13224. [Source: Department of State, Public Notice 3852, Exhibit 26]

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## (U) COMOROS ISLANDS, ETHIOPIA, and BANGLADESH

(S▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Exhibit 100] In 1998, the U.S. received a list of seven suspected Al Qaida members in the Comoros, two of which were associated with AHF, ▓▓▓▓▓▓▓▓▓▓▓ [Source: ▓▓▓▓▓▓ Exhibit 152] [15]

(S ▓▓▓▓ On June 22, 2004, the AHF Africa ▓▓▓▓▓ instructed the AHF Comoros branch to take a series of actions to comply with AHF intentions to cease its operations outside of Saudi Arabia and close all of its overseas branches ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ As of mid-July 2004, neither AHF in the Comoros, nor the government of the Comoros, took any discernible action to suspend operations, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Exhibit 145] ▓▓▓▓▓▓▓▓ as of the summer of 2004, the U.S. was engaged in efforts to share information with the Comoros government on AHF. [Source: ▓▓▓▓▓▓▓ Exhibit 146; ▓▓▓▓▓▓, Exhibit 147]

(S ▓▓▓ As of early June 2000, AHF in Ethiopia reportedly was providing support to AIAI, which in Ethiopia, has engaged in attacks against Ethiopian defense forces, ▓▓▓▓▓▓▓▓ Exhibit 85]

(S) In Bangladesh, Sayid Nasir, an admitted terrorist planner in Indian custody since December 16, 1998, reported that he first learned of plans to attack the U.S. consulates in Chennai and Calcutta, India, during a September 17, 1998 meeting at AHF in Bangladesh. ▓▓▓▓▓▓▓▓▓ Exhibit 62] [16]

---

[14] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

[15] (S) The following sources include additional information on Al Qaida and other activities of concern in the Comoros. ▓▓▓▓▓▓▓▓, Exhibit 143; United States of America v. Usama Bin Laden, et al., trial transcript, May 2, 2001, Exhibit 140; United States of America v. Usama Bin Laden, et al., trial transcript, May 7, 2001, Exhibit 141; United States of America v. Usama Bin Laden, et al., trial transcript, May 8, 2001, Exhibit 142]

[16] [Source: ▓▓▓▓▓▓ Exhibit 110] ▓▓▓▓, Exhibit 112; ▓▓▓▓, Exhibit 113; ▓▓▓▓, Exhibit 114; Exhibit 115]

TREASURY00044

TOP SECRET ███████

(U) IRAQ and SOMALIA

███ As early as November 2002, AHF senior official Al-Mashari had begun preparing for a post-war Iraq relief effort ████████████ As of May 2003, AHF, identified as a Saudi-based NGO with ties to Al Qaida, was reportedly pushing hard to field a platform in Iraq, which extremists could use to support anti-U.S. activities, ████████

████████ Exhibit 15; ████ In mid-August 2003, a Saudi AHF official, ████████ requested detailed information, to be provided to AHF's Riyadh office, on the Islamic organization being set up by the Iraq-based "Abu Saleh group," ████████

███ ████████ Abu Musa'ab Al-Zarqawi and the Ansar al Islam (AI) organization are Specially Designated Global Terrorists pursuant to the authorities of E.O. 13224. [Source: U.S. Department of Treasury, Press Room, September 24, 2003, Exhibit 25] ████████ Exhibit 29; ████ Exhibit 30; See also ████ Exhibit 32] The Asbat al-Ansar and Hamas organizations are Specially Designated Global Terrorists pursuant to the authorities of E.O. 13224.

███ ████████ AHF in Somalia is a Specially Designated Global Terrorist pursuant to the authorities of E.O. 13224. See also evidentiary supporting the designation of Zam Zam.

███ ████████ Exhibit 35] ████████

TOP SECRET ███████

9

TREASURY00045

TOP SECRET ████



(S) ████ Some information suggests AHF took steps to shut down some of its activities.

Exhibit 11] By mid-August 2004, AHF reportedly intended to discontinue its overseas operations and close all of its overseas branches, ████

## (U) ALBANIA AND KOSOVO

(S) ████ UBL reportedly financed the establishment of AHF in Albania, which has been used as cover for terrorist activity in Albania and in Europe, ████ Source: ████

Exhibit 75] In 1998, the head of Egyptian Islamic Jihad (EIJ) in Albania was reportedly also the "accountant" for AHF in Albania, according to a French news report. [Source: FBIS, Paris Le Figaro in French, September 30, 1998, Exhibit 91] This individual, Ahmed Ibrahim al-Nagar, was reportedly extradited from Albania to Egypt in 1998. At his trial in Egypt, al-Nager reportedly voiced his support for UBL and Al Qaida's terrorist attacks against the U.S. Embassies in Tanzania and Kenya, according to Agence France Presse. [Source: Agence France Presse, February 1, 1999, Exhibit 93]

(S) ████ In January 2002, Salih Tivari, a senior official of the moderate Albanian Muslim community, was murdered.



Exhibit 101]

(TS) ████ As of early September 2002, AHF was reportedly withdrawing virtually all funding to the Albanian Islamic community ████

TREASURY00046

TOP SECRET

Exhibit 78]

(TS

Exhibit 82]

(TS ████████████ AHF should be determined to be subject to Executive Order 13224 for the following reasons:

- AHF is owned or controlled by, or acts for or on behalf of, or is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, or is associated with Al Qaida.
- By providing instructions and support to AHF in Bosnia, AHF is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of AHF in Bosnia.
- By providing instructions to AHF in Somalia, AHF is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of AHF in Somalia.

(U) Soliman AL-BUTHE

(U) AL-BUTHE is identified as the Treasurer of the Oregon branch of AHF, according to the U.S. AFH tax form 990 for 2001 filed with the IRS. [Source: AHF Tax Form 990, 2001, Exhibit 39] Resident in Riyadh, Saudi Arabia, AL-BUTHE also is identified as assisting in the establishment of the Oregon branch of AHF, and as the chairman of AHF's U.S. Committee, according to an Affidavit in Support of an Application for Search Warrant and local news reports. [Source: United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95; The Oregonian, January 10, 2004, Exhibit 121; The Sunday Oregonian, November 9, 2003, Exhibit 103] In a document signed by AHF's leader Al-Aqil, AHF in Saudi Arabia appointed AL-BUTHE "true and lawful attorney in [AHF's] name, place and stead," apparently giving AL-BUTHE broad legal authority to act on AHF's behalf in the U.S. [United States District Court, District of Oregon, Affidavit in Support of an Application for Search Warrant, Exhibit 95]

(S ██████ Though AL-BUTHE, according to one report, is not a member of AHF's board in Riyadh, Saudi Arabia, he is identified as a senior AHF official ████████████████████

---

[17] (U) The National Liberation Army is designated pursuant to the authorities of E.O. 13304.

TOP SECRET

11

██Exhibit 126] AL-BUTHE's role as a senior AHF official is corroborated in part by information obtained by the FBI and entered into evidence in federal court in Idaho.[18] One U.S. government exhibit, a letter drafted on AHF "head office-Riyadh" stationary, identifies AL-BUTHE as the President of AHF's Internet Committee. [Source: Copy of Government Exhibit F139a, Exhibit 127]

(U) Other government exhibits show that AL-BUTHE had signature authority to sign contracts on behalf of AHF's head office in Riyadh, Saudi Arabia. On or about February 15, 2002, a "Memorandum of Agreement," drafted on AHF "head office-Riyadh" stationary, showed that AL-BUTHE represented AHF in an agreement that was signed with a U.S. party for the development and distribution of religious materials. [Source: Government Exhibit F67A, Exhibit 128] In two other related contracts, AL-BUTHE also represented AHF in signing agreements. [Source: Copy of Government Exhibit F61A, Exhibit 129; E010(4B36-31-098 to 100), Exhibit 130]

(TS██████████ As of mid-March 2004, AL-BUTHE was working hard to prevent the "total dissolution" of AHF, ██████████████████████ ██████████ AHF was still raising money and ██████ it was "still very easy to get money out of the Kingdom by just making a telephone call," ██████████ ██████████████

(TS██████████ As of April 2004, AL-BUTHE appeared to be functioning as a clearinghouse for moving AHF funds from Saudi Arabia to the U.S. ████████████████████ AL-BUTHE has been acting as the conduit for sending funds on behalf of AHF to the U.S. to pay at least $515,316 in legal fees between June 2003 and April 2004. These funds reportedly were to assist in the legal defense of himself, AHF, AHF leader Aqeel Al-Aqil[21] and others, including

---

[18] (U) This evidence was entered into evidence in Federal court in Idaho as part of the prosecution of alleged terrorist supporter Sami Omar Al-Hussayen. After seven days of deliberations, on June 11, 2004, jurors in Idaho found Al-Hussayen not guilty of three terrorism-related charges. [Source: The Idaho Statesman, June 11, 2004, Exhibit 122; Correspondence from Bernabei & Katz, PLLC to OFAC, August 4, 2004, (AHF Counsel Exhibits 7 and 8), Exhibit 151] According to the Superseding Indictment, the Federal government sought to prove that Al-Hussayen provided Internet and computer expertise to support and recruit for violent Jihad. This support was allegedly provided to AHF, Hamas, and a list of extremist websites, one or more of which contained explicit calls for violence against non-Muslims and urged visitors to participate in, or make financial contributions to support violent Jihad. [Source: United States District Court for the District of Idaho, United States of America vs. Sami Omar Al-Hussayen, Second Superseding Indictment, Exhibit 120] Despite the jury's finding, information available to OFAC shows that some of this evidence may be reasonably relied upon in the present administrative action. That this evidence did not contribute to a jury finding of proof beyond a reasonable doubt in a criminal proceeding does not negate the merits and integrity of the evidence, nor does it preclude OFAC from reviewing and evaluating some or all of this evidence for use in this or other separate administrative actions.

[19] (U) These actions are in contradiction to the stated policy of the government of Saudi Arabia. On June 2, 2004, the Adviser to Saudi Crown Prince Abdullah stated that existing entities, including AHF, will be dissolved or have their assets folded into the Saudi National Entity for Charitable Work Abroad. [Source: Federal News Service, June 2, 2004, Exhibit 135]

[20] (U) These actions also run counter to Saudi government policy as stated on June 2, 2004. The Adviser to Saudi Arabia Crown Prince Abdullah explained that the Saudi National Entity for Charitable Work Abroad will be the sole vehicle through which all private Saudi donations will go to help those in need. According to the Saudi advisor, the purpose of this effort is to put in place new regulations and financial control mechanisms to ensure that people "don't take advantage of our financial system or of our charities." [Source: Federal News Service, June 2, 2004, Exhibit 135]

[21] (U) Al-Aqil, on June 2, 2004, was named as a Specially Designated Global Terrorist pursuant to the authorities of E.O. 13224.

TOP SECRET

Muhammad Jamal Khalifa.[22] ██████████████████ AL-BUTHE also was reportedly arranging fundraisers on behalf of a U.S. person that is on the board of directors of a U.S. organization.

████████████████████████████

(U//FOUO) FBI investigation revealed that AL-BUTHE, on behalf of AHF, entered into agreements to work closely with alleged terrorist supporter Sami Omar Al-Hussayen, who was charged by Federal prosecutors in Idaho with material support for terrorism. [Source: Government Exhibit F67A, Exhibit 128; Copy of Government Exhibit F61A, Exhibit 129; E010(4B36-31-098 to 100), Exhibit 130] According to the Superseding Indictment, Al-Hussayen allegedly provided Internet and computer expertise to support and recruit for violent Jihad. This support was allegedly provided to AHF, Hamas, and a list of extremist websites, one or more of which contained explicit calls for violence against non-Muslims and urged visitors to participate in, or make financial contributions to support violent Jihad. [Source: United States District Court for the District of Idaho, United States of America vs. Sami Omar Al-Hussayen, Second Superseding Indictment, Exhibit 120] On June 11, 2004, after seven days of deliberation, jurors in Idaho found Al-Hussayen not guilty of the three terrorism-related charges. [Source: The Idaho Statesman, June 11, 2004, Exhibit 122]

(U//FOUO) FBI investigation of one of the extremist websites revealed that AL-BUTHE provided support to the radical Saudi Shaykh Salman Al-Awdah.[24] A government exhibit entered into evidence in the Idaho trial identifies AL-BUTHE as the owner, Chairman/Managing Director, administrator, and billing contact for islamtoday.net. [Source: Copy of Government Exhibit D15, Exhibit 131] This website is identified as "owned" and "under the supervision of" Al-Awdah, according to public Internet sources.[25] Additional information obtained by the FBI indicates that AL-BUTHE, with Al-Awdah's approval, stopped working for islamtoday.net in August 2002. [Source: Government Exhibit F770a, Exhibit 134]



(U) On February 18, 2004, Federal law enforcement authorities executed a search warrant against property purchased on behalf of AHF in Ashland, Oregon. The search was conducted pursuant to a criminal investigation into possible violations by AL-BUTHE (and Seda) of the Internal Revenue Code, the Money Laundering Control Act and the Bank Secrecy Act. In a

---

[22] (U) These persons are named as defendants in a law suit filed by victims of the 9-11 attacks. [Source: Burnett v. al Baraka Investment and Dev. Corp., Third Amended Complaint, In the United States District Court for the District of Columbia, Exhibit 140]

████████████████████████████

[24] (S) ████ Al-Awdah is a senior Saudi Shaykh providing support to the Al Qaida network. Evidence of this support was shared with the government of Saudi Arabia in or about late May or early June 2004. The administrative records supporting the proposed designation of Al-Awdah are incorporated into this document by this reference.

[25] (U) [Source: http://www.networksolutions.com/en_US/whois/results.jhtml;jsessionid=BWLC5HMK50B... , accessed on 6/7/2004, Exhibit 132; http://anon.user.anonymizer.com/http://www.islamtoday.net/english/default.cfm, accessed on 6/7/2004, Exhibit 133]

TOP SECRET

13

~~TOP SECRET~~ ███████

separate administrative action, OFAC blocked pending investigation AHF accounts and real property in the U.S. to ensure the preservation of AHF assets pending further investigation. [Source: U.S. Department of Treasury, Press Room, February 19, 2004, Exhibit 94; United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95]

(S) ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████ Exhibit 125]

(TS ██████████ AL-BUTHE should be determined to be subject to Executive Order 13224 for the following reasons:

- A senior AHF official, AL-BUTHE controls, or acts for or on behalf of, or is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, or is associated with AHF.
- By serving as a senior AHF official, AL-BUTHE acts for or on behalf of, or is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, or is associated with Al Qaida.

(S ████ Information on additional senior AHF officials is included below. Al-Aqil was designated pursuant to the authorities of E.O. 13224 on June 2, 2004; Seda, Al-Kadi, Al-Mashari, and M.K. Al-Akil were not.

(U) Pete Seda Ghatty

(U) On the U.S. AFH's tax form 990 for 2001 filed with the IRS, Seda is identified as AHF's Secretary. [Source: AHF Tax Form 990, 2001, Exhibit 39] Seda also is identified as the registered agent for AHF in the U.S. and as a member of the board of directors of AHF in the U.S., according to an Affidavit filed in federal court in the U.S. [United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95] AHF in the U.S. allegedly appeared to first establish its presence in the U.S. when Seda and AL-BUTHE registered AHF with the Oregon Secretary of State as an assumed business name in October 1997. [United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95]

(U) Following the dual-U.S. Embassy bombing attacks in East Africa in August 1998, Seda reportedly confided to an FBI source that he was "in trouble." When asked by the FBI source to elaborate, Seda said that he received $500,000 from UBL--"through Bosnia." Seda was described as a "fundamentalist" who has sought to convert prison inmates to the Islamic faith. [Source: File# 265A-NY-280350-302, Exhibit 38]

(U) In late 2001, Seda sought a license from OFAC to purportedly assist Afghan refugees in border camps in Iran on the Iranian/Afghanistan border. [Source: Correspondence from Perouz Seda Ghaty to the OFAC Licensing Division, November 1, 2001, Exhibit 37] As part of Seda's request, he reported that Shaykh Al-Aqil, identified as the President of AHF, agreed to Seda's proposal to fund $500,000 for assistance to Afghan refugees in border camps in Iran. On the U.S. AFH's tax form 990 for 2001 filed with the IRS, Al-Aqil is identified as the President, Al-

TREASURY00050

TOP SECRET ▓▓▓▓▓▓▓▓▓

Kadi as the Vice President, Al-Buthe as the Treasurer, and Seda as the Secretary. [Source: AHF Tax Form 990, 2001, Exhibit 39] The U.S. AHF branch's Articles of Incorporation and application to the IRS for tax-exempt status also list Al-Aqil and Al-Kadi as members of the board of directors. [United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95]

(TS ▓▓▓▓▓▓) As of March 2003, due to pressure from the U.S. on Saudi authorities to close AHF, Al-Aqil and Al-Kadi reportedly resigned from the U.S. AHF office, ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ and information submitted to OFAC by AHF's Counsel, ▓▓▓▓▓▓▓▓▓ ▓▓▓▓ Correspondence from Bernabei & Katz, PLLC to OFAC, August 4, 2004, (AHF Counsel Exhibits 1 and 2), Exhibit 151] On February 18, 2004, Federal law enforcement authorities executed a search warrant against property purchased on behalf of AHF in Ashland, Oregon. The search was conducted pursuant to a criminal investigation into possible violations by Seda and (AL-BUTHE) of the Internal Revenue Code, the Money Laundering Control Act and the Bank Secrecy Act. In a separate administrative action, OFAC blocked pending investigation AHF accounts and real property in the U.S. to ensure the preservation of AHF assets pending further investigation. [Source: U.S. Department of Treasury, Press Room, February 19, 2004, Exhibit 94; United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95]

(U) Aqeel Abdelaziz Al-Aqil

(TS ▓▓▓▓▓▓▓▓) AHF's founder and Director, at least until late 2003, was Aqeel Abdelaziz Al-Aqil. [Source: ▓▓▓▓▓▓▓▓ Exhibit 10; The New York Times, September 26, 2003, Exhibit 102] As of January 2003, the U.S. judged that AHF Director Al-Aqil[26], who managed AHF's business on a day-to-day basis, was providing funds to offices with terrorist ties in ways that avoided foreign government scrutiny, such as using personal bank accounts to transfer official AHF funds, ▓▓▓▓▓▓▓▓▓▓ [Source: ▓▓▓▓▓▓▓▓▓ Exhibit 8]

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Exhibit 42] Al-Aqil also is identified as AHF's President and Chairman. [Source: AHF Tax Form 990, 2001, Exhibit 39; The Sunday Oregonian, November 9, 2003, Exhibit 103; ▓▓▓▓▓▓▓ Al-Hayah in Arabic, March 1, 2004, Exhibit 105]

(TS ▓▓▓▓▓) By early 2004, Al-Aqil reportedly had been removed from his position as head of AHF, according to a variety of reporting. Yet according to a Saudi news report, Al-Aqil reportedly stated, "I resigned willingly. I wanted to give new blood a chance to assume the responsibilities, since I have personal business that I need to attend to. I have not left the organization, I have just resigned as General Manager, I will stay on as an active member and as an advisor," according to diplomatic reporting. Al-Aqil had reportedly been the head of AHF for over twenty years, ▓▓▓▓▓▓▓▓▓▓▓▓ Exhibit 71; ▓▓▓▓▓▓▓ Exhibit 72; ▓▓▓▓▓▓ Exhibit 97; See also ▓▓▓▓▓▓ Al-Hayah in Arabic, January 8, 2004, Exhibit 104]

(U) Among the reasons for Al-Aqil's removal was his "absolute centralization" of AHF, according to a Saudi news report. [Source: ▓▓▓▓▓▓ Al-Hayah in Arabic, January 8, 2004,

---

[26] (TS) The following additional examples identify Al-Aqil as the head of AHF. [Source: ▓▓▓▓ Exhibit 42]

TOP SECRET ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15

TREASURY00051

TOP SECRET ████████

Exhibit 104] Mansour Al-Kadi, Al-Aqil's deputy and one of AHF's main leaders,[27] cited Al-Aqil's "autocratic and centralist governance" of AHF as the main reason for his resignation, according to an Arabic language posting on an Internet forum. Though Al-Kadi is reportedly implicated in working with Al-Aqil to support Al Qaida terrorist activity,[28] Al-Kadi's purported posting on the Internet identifies Al-Aqil as the "only individual with final decision making on spending...and the one with the authority to hire employees, even if it is just a janitor." [Source: http://alsaha.fares.net/, Exhibit 106] As set forth herein, the AHF headquarters, under Al-Aqil's leadership, provided funding and instructions that governed the activities of AHF throughout the world including in Bosnia, Albania, Iraq, the United States, and elsewhere.

(TS ████████████████████████████ Al-Aqil had been arrested by Saudi authorities, ███████████████████████████ Also in early 2004, ███████████████ identified Al-Aqil as a suspected Al Qaida supporter that handled the collection of funds for "freedom fighters" in areas including Afghanistan, Bosnia, Chechnya, Kosovo, and Somalia, ████████████████████████
████████████

(U) Mansour bin Abdul Rahman Al-Kadi

(S ███ Al-Kadi is ████████ as one of AHF's main leaders and as Al-Aqil's deputy, ███████████ AHF's Deputy Director and Vice President, ████████████████████
Exhibit 45; ███████ Exhibit 42; ████████ , Exhibit 46; ████
Exhibit 47; AHF Tax Form 990, 2001, Exhibit 39; ████ Exhibit 48; ███ Exhibit 51]

(S ████████████████████████████████████
████████████████████████████
████████ Exhibit 45] ████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

For additional information on Chechnya, please reference Exhibits 1A through 44A.

(S ██████ Hisham Al-Mashari

(S ████████ AHF's Hisham Al-Mashari is a known operative in UBL's terrorist support network, according to the FBI. ████████████████████ Exhibit 21]
████████████████████████████

---

[27] [Source: ████████ Exhibit 45; ████████
001094, Exhibit 47; AHF Tax Form 990, 2001, Exhibit 39; ████
[28] [Source: ████████ , Exhibit 45; ████████ Exhibit 67;
████████ Exhibit 68 ████████ , Exhibit 69]

TREASURY00052

Exhibit 12]

(TS███████ Following the designation of the Al Qaida-affiliated AHF Bosnia office,[29] and the subsequent raid of the Bosnia AHF office by Bosnian authorities on June 3, 2002, Al-Mashari ordered all AHF employees to say little and answer only specific questions in their area of expertise. Al-Mashari reportedly offered to risk imprisonment and come to Bosnia "to assist,"

See also evidentiary supporting the designation of the a/k/a for AHF in Bosnia, "Vazir."

(TS███████ In December 2003, an Albania-based AHF official expected to receive $17,813

to transfer this amount to Al-Mashari.

Exhibit 55]

(TS███████ In 2000, an individual in Turkey "charg[ed]" by the United Nations as a terrorist, and who reportedly admitted engaging in militant preaching, received Al-Mashari's agreement to assist him relocate from Turkey,

(S███████ Abd-al-Rahman [M.K. Al-Aqil]

(S███████

Exhibit 58] From mid-December 2001 through mid-March 2002, M.K. Al-Aqil reportedly transferred, over $7,600 from Saudi Arabia to a Budapest, Hungary recipient of other AHF funds transfers.

---

[29] (U) AHF's Bosnia office was designated on March 11, 2002 pursuant to the authorities of E.O. 13224. [Source: U.S. Department of Treasury, Press Room, March 11, 2002, Exhibit 24]

[30] (U) Subsequent to the designation of AHF in Bosnia, it reopened under the name Vazir. On December 22, 2003, Vazir was designated pursuant to the authorities of E.O. 13224. Saudi Arabia joined the U.S. to request that the UN 1267 Sanctions Committee also list Vazir. [Source: U.S. Department of Treasury, Press Room, December 22, 2003, Exhibit 98]

TREASURY00053

TOP SECRET

Exhibit 59][31]

[31]

TOP SECRET                                                        18

TREASURY00054

TOP SECRET ███████████

(U) FAC No. SDG-196357

(U) MEMORANDUM FOR R. RICHARD NEWCOMB
DIRECTOR
OFFICE OF FOREIGN ASSETS CONTROL

(U) THROUGH: ████████████

Chief, Foreign Terrorist Programs Division

(U) FROM: Foreign Terrorist Officer

(U) SUBJECT: Designation Pursuant to E.O. 13224

(U) Yasin AL-QADI
(U) a.k.a. Yasin Kadi
(U) a.k.a. Yasin Kahdi
(U) a.k.a. Shaykh Yassin Abdullah Kadi
(S██ a.k.a. Yasim Al-Kadi [Exhibit O, at para. 3]
(S██ a.k.a. Yassin 'Abd Al-Hadi [Exhibit O, at para. 3]
(S██ a.k.a. Abu Ma'ath [Exhibit DD, at para. A]

(U)    POB: Cairo, Egypt
(U)    DOB: February 23, 1955
(U) Saudi Passport #: A-848526 (issued in Jeddah)
[Exhibit A]

(U) Current Address: Jeddah, Saudi Arabia

(U) **INTRODUCTION**:

(U) President Bush issued Executive Order 13224 (September 23, 2001) ("E.O. 13224" or "the E.O."), declaring a national emergency to address grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the September 11, 2001, terrorist attacks in New York, Pennsylvania, and at the Pentagon. E.O. 13224 authorizes the Secretary of the Treasury, in consultation with the Secretaries of State and Homeland Security and the Attorney General, to designate those persons determined to be:

TOP SECRET ███████████



Derived by: ████████
Derived from: ███████████

Declassify On: █████████

TREASURY00055

TOP SECRET █████████

- owned or controlled by, or to be acting for or on behalf of those persons listed in the Annex to the E.O., or those determined to be subject to subsection 1(b), 1(c) or 1(d)(i) of the E.O.;

- assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or

- associated with those persons listed in the Annex, or those persons determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of the E.O.

(U) The following is a summary of the evidence in the files of the Office of Foreign Assets Control which supports a determination that **Yassin AL-QADI [AL-QADI]** satisfies the standards for designation under Executive Order 13224 "Blocking Property and Prohibiting Transactions with Persons Who Commit, Threaten to Commit, or Support Terrorism," and is subject to its provisions and prohibitions.

(U) OFAC has reviewed evidence from many sources involving numerous activities taking place over a significant length of time. OFAC finds that this evidence is credible, particularly when taken as a whole. The evidence includes both publicly available material and classified evidence that is not appropriately releasable to the public for several reasons, including preventing harm to the national security of the United States. The evidence clearly supports the determination that **AL-QADI** is subject to Executive Order 13224.

(U) Summary

(S█████ **AL-QADI**, a Saudi businessman whose companies span the Middle East, Europe, North America and South Asia, has been consistently identified as a financial supporter of Usama bin Laden and other known Islamic extremists for nearly a decade. This identification has been made by multiple independent foreign government services, as well as by open source press reports, spanning **AL-QADI's** associations with businesses, charities and direct relations with individuals aligned with terrorism. It is also supported by federal money-laundering investigations.

(U) **AL-QADI** was initially designated as subject to E.O. 13224 on October 12, 2001. He is also on the United Nations' Consolidated List of All Entities/Individuals Whose Accounts Should be Frozen in Accordance with the United Nations Security Council Resolutions Relating to Afghanistan (Taliban & Usama Bin Laden) or Terrorism, pursuant to paragraph 8(C) of Resolution 1333. The European Union has also frozen his assets, pursuant to Council Regulation (EC) No. 467/2001 "imposing certain specific restrictive measures directed against certain persons and entities associated with Usama bin Laden, the Al-Qaida network and the Taliban." He now seeks reconsideration of his designation under E.O. 13224.

2

TOP SECRET █████████

TREASURY00056

TOP SECRET

(S) AL-QADI established the Muwafaq Foundation ("Muwafaq" or "the Foundation") in 1992. Though established as a charitable organization, Muwafaq, according to information available to the U.S. government, also acted as a conduit for transferring money to known terrorists and extremist groups. According to information available to the U.S. government, Muwafaq has been affiliated with Makhtab al-Khidamat and al Qaida, both designated as Specially Designated Global Terrorists (SDGTs) on September 23, 2001, pursuant to Executive Order 13224.

(S) AL-QADI repeatedly used Muwafaq, as well as his own corporations and employees, to divert funds to Islamic extremists, supporting their terrorist and extremist activities.

(S) Chafiq Ayadi and Wa'el Hamza A. Julaidan, both designated SDGTs, by AL-QADI's own admissions worked closely with him, and received direct and indirect funding from him. Other individuals known to be supporters of terrorism and organizers of terrorists also held key financial positions with branch offices of Muwafaq. Other entities controlled by AL-QADI have received funding from AL-QADI either directly or through Muwafaq or AL-QADI's companies, in a pattern that suggests money laundering.

(S) Through Muwafaq, AL-QADI provided funds or otherwise assisted the Egyptian Islamic Jihad, HAMAS, the Abu Sayyaf Group, the Revival of Islamic Heritage Society, and Al-Haramayn (Bosnia), each of which has been designated an SDGT pursuant to E.O. 13224. Further, he has admitted to directly providing funds in 1992 and 1993 to Muhammad Salah, a high-level HAMAS operative and a Specially Designated Terrorist ("SDT") under Executive Order 12947, "Prohibiting Transactions with Terrorists Who Threaten To Disrupt the Middle East Peace Process," signed in 1995.

(U) Though Muwafaq was a charitable foundation, and AL-QADI in his submissions to OFAC has provided evidence that it was involved in substantial charitable activities, this by no means undermines the determination that the charity was, in addition, used to fund terrorism. The use of an ostensible charitable foundation is a frequently used mechanism for covertly supporting terrorism. [See e.g. Exhibit YYY, at p. 6.]

## (U) PREVIOUS DESIGNATION BASIS

(TS) Yasin AL-QADI was designated under E.O. 13224 on October 12, 2001. The text of the evidentiary concerning AL-QADI reads, "Yasin AL-QADI has been identified in classified reports as being a probable financial supporter of Usama bin Ladin. As part of this effort, AL-QADI established Muwafaq in 1992, which has been identified as being affiliated with both Makhtab al-Khidamat and al-Qaida and worked as a conduit for transferring money on behalf of Usama bin Laden. Makhtab al-Khidamat, al-Qaida and Usama bin Laden have all been named in the Annex to Executive Order 13224." [Exhibit I. See also the exhibits to Exhibit I, attached hereto as Exhibit F at paras. 1 and 3, Exhibit G, at para. 1, Exhibit H, at para. 1]

TOP SECRET

TOP SECRET

(U) Following the designation of **AL-QADI**, on or about October 11, 2001, the Department of Treasury, in response to a request by the United Kingdom for additional information on **AL-QADI**, faxed a two-page document to governmental officials in the United Kingdom. [Exhibit AAA.] The two-page fax included reference only to certain unclassified material. While many of the submissions of **AL-QADI** in support of his petition to de-list make reference to the two-page fax as containing the sole or primary basis for the support of the designation under E.O. 13224, this interpretation of the fax is incorrect. The original designation and maintenance of **AL-QADI** was based upon both classified and unclassified material. Further, **AL-QADI** asserts in his submissions that some of the information in the two-page fax is incorrect, such as the fact that he does not have a brother. We accept that **AL-QADI** does not have a brother. As noted, however, **AL-QADI's** designation is based on both classified and unclassified information beyond the information contained in the two-page fax.

## (U) PROCEDURAL HISTORY

(U) **AL-QADI** has requested reconsideration of the October 12, 2001 designation of him under E.O. 13224. In support of his petition to be delisted, he has presented the following material: Witness Statement of Yassin Abdullah Kadi, dated 17 December 2001 ("12-17-2001 WS"); Supplemental Witness Statement of Yasin Abdullah Kadi, dated 23 July 2002 ("7-23-2002 WS"); Yassin Abdullah Kadi Summary Presentation for OFAC, August 1, 2002 ("8-1-2002 Meeting"); Statement of Yassin Abdullah Kadi, dated December 19, 2002 ("12-19-2002 WS"); Presentation for February 28th Meeting with OFAC, dated February 28, 2003 ("2-28-2003 Meeting"); Answers to Questions Concerning the Petition to Delist Yassin Abdullah Kadi, dated July 11, 2003 ("7-11-2003 Answers"); and the Submission of Yassin Abdullah Kadi to the Deputy Attorney General of Switzerland, Mr. Claude Nicati, Further to the Meeting at the Swiss Embassy in Riyadh on 1 July 2003, dated August 22, 2003 ("8-22-2003 WS").

(U) OFAC has now reviewed **AL-QADI's** submissions including the documents and exhibits submitted in support of the witness statements and other submissions. Based on the evidence set forth below, including the admissions and explanations and defenses of **AL-QADI** as well as the classified evidence, there continues to be a reasonable basis to maintain the designation based upon the full record contained in OFAC's files.

## (U) AL-QADI'S LINKS TO TERRORISTS, EXTREMISTS, AND TERRORISM-RELATED ACTIVITIES

(U) **AL-QADI** declares in multiple places in his submissions to OFAC, that he and his legal team have examined many documents and have interviewed a number of witnesses including former employees of Muwafaq and "have found no evidence whatsoever that any transaction benefited Osama bin Laden, Al Qaeda, or any other terrorist activity or group." **AL-QADI** claims throughout his submissions that "to the best of [his] knowledge the Foundation never provided money to any terrorist individuals or organizations, whether or not designated under E.O. 13224." **AL-QADI** asserts, "I have

4

TOP SECRET

TOP SECRET ████████████

never provided support for terrorism, financial or otherwise, and I am personally strongly opposed to terrorist activity in all forms."[1]

(S████ However, there is substantial evidence before OFAC that Muwafaq, an entity founded, supervised and ultimately controlled by **AL-QADI**, was engaged in a long-running pattern and practice of employing individuals with known terrorist and extremist backgrounds as the heads of its regional offices. These offices were understood by multiple foreign government intelligence services around the globe to be involved in distributing funds to, providing logistical support and employment for, and otherwise aiding terrorists and extremists. Additionally, SDGTs, including Ayadi and Julaidan, had ties to businesses owned by **AL-QADI**.

(U) **AL-QADI** has, however, admitted that he provided money directly to Muhammad Salah, a Specially Designated Terrorist ("SDT") under E.O. 12947, and Specially Designated Global Terrorist ("SDGT") under E.O. 13224, who has admitted his ties to SDGT HAMAS as an operative and recruiter specifically for the military wing of HAMAS. **AL-QADI** also admits that he gave shares in KA Stan to SDGT Wa'el Julaidan as a "reward" for his charitable work. Moreover, as outlined below, the totality of the evidence demonstrates **AL-QADI's** links to terrorists, extremists, and terrorism-related activities.

(U) **AL-QADI** and the Muwafaq Foundation

(U) Muwafaq was founded as a charitable trust in Jersey, Channel Islands on May 31, 1992.[2] According to the submissions of **AL-QADI**, the Board of Trustees, consisted of six individuals: **AL-QADI**, Abdul Rahman bin Mahfouz, Rais bin Mahfouz, Talal Badkook, Dr. Mohamed Ali El-Gari Bin Eid, Abdul Gani Al-Khariji.[3] "Legally, of course, the board of trustees was responsible for the supervision of the Foundation. The trustees were all busy businessmen and they delegated to Mr. Kadi the running and operation of the Foundation. *In practice, therefore, Mr. Kadi was the driving force behind the administration of the Foundation.* (Emphasis added.)"[4] **AL-QADI** states that he selected the managers responsible for the various countries, and that he then delegated his authority to the various country managers, who in turn took day-to-day responsibility for running Muwafaq.[5]

(U) Regarding the provision of funds which were used to establish and maintain operations of the local offices, **AL-QADI** states that he would help raise money for the activities of the local offices, and that he would visit each active project country about three to four times a year.[6] "I was involved in strategic decisions concerning the

---

[1] 12-19-2002 WS, p.35; 7-11-2003 Answers, p. 12; 12-17-2001 WS, p. 2; 2-28-2003 Meeting , p. 5.

[2] 7-11-2003 Answers, p.1.

[3] 12-19-2002 WS, p.12.

[4] 7-11-2003 Answers, p.1-2.

[5] 7-11-2003 Answers, p.2.

[6] 7-11-2003 Answers, p.2.

5

TOP SECRET ████████████

TOP SECRET

Foundation -- decisions on how best to apply the Foundation's funds consistent with its charitable objects and purposes." [7]

(U) Regarding the maintenance of records and audits for the units, **AL-QADI** states that there was little auditing actually performed, and that in several of the countries in which Muwafaq operated, there are "no meaningful financial records available."[8] Even in countries where there was a requirement that audits be filed, e.g. Pakistan, **AL-QADI** can not confirm that the results of the audits were filed as required.[9]

(U) On the whole, **AL-QADI** states that "as a general rule the activities engaged in by the Foundation were the support of local humanitarian activities, including providing housing, food, medicine, and shelter to persons in need."[10]  Furthermore he maintains that it is "totally untrue that 'Muwafaq is an al-Qaeda front that receives funding from wealthy Saudi businessmen.' Muwafaq has never had any connection to Al-Qaeda or to any other terrorist individual, group or organization whatsoever."[11] Regarding its legitimacy, **AL-QADI** asserts that Muwafaq was accepted and recognized by both local regulatory bodies and international funding bodies.[12]

(U) Explaining **AL-QADI**'s simultaneous involvement in both business and charitable activities in the same countries, **AL-QADI** writes that, "It will be seen that in some cases I have conducted in parallel both charitable and commercial activities in those countries. The reason for this is that war-torn countries are often emerging markets that can offer good investment returns for outside foreign investors albeit at relatively high risk."[13]

(U) According to **AL-QADI**'s submissions, Sudan was the first country in which Muwafaq was active. Muwafaq subsequently operated in Pakistan, Afghanistan, Ethiopia, Somalia, Bosnia/Herzegovina, Albania, Austria, and Germany.[14]

(S      Of these seven offices/operations:

1) Sudan: Closed by Kadi following publication of *Africa Confidential* article linking Muwafaq to 1995 attempt on President Mubarak, and ceased operations in 1996 at about the same time that Bin Ladin left Sudan. Additionally AL-QADI is quoted as saying the office provided assistance to "jihad activities."
2) Pakistan: Headed by Amir Mehdi, who was reportedly a member of Al Qaida. The Pakistan government on March 21, 1995 raided the office and Mehdi was arrested on May 29, 1995. The office shut shortly thereafter.
3) Ethiopia: Closed in 1995 by the Ethiopian government subsequent to the *Africa Confidential* report.

---

[7] 12-19-2002 WS, p. 14.
[8] 7-11-2003 Answers, p. 3.
[9] 7-11-2003 Answers, p. 7.
[10] 7-11-2003 Answers, p. 13.
[11] 12-17-2001 WS, p. 4-5.
[12] 2-28-2003 Meeting, p.3.
[13] 12-19-2002 WS, p. 9.
[14] 12-19-2002 WS, p. 14.

TOP SECRET

TREASURY00060

TOP SECRET

4) Europe: Headed by Chafiq Ayadi, who is designated as an SDGT, and was a leader of the radical Tunisian Islamic Front.
5) Albania: Office was headed by Dr. Abdul Latif Saleh who founded the Albanian Islamic Jihad, and who was deported from Albania in 1999 for his links to terrorism.

(S    Thus, there were at least three different individuals heading Muwafaq offices intimately linked to terrorists and terrorist financing, and an additional office was closed by a foreign government following reported links of that office to terrorist acts.

(U) The Findings Based Upon Information Available to the U.S. Government

(S    According to the information available to the U.S. Government, and contrary to accounts provided by AL-QADI, his most extensive, though not sole, ties to terrorism occurred through Muwafaq. AL-QADI admits that he provided a grant of 12,000 British pounds sterling to create the al-Muwafaq al-Khayriyya ("Muwafaq") or Blessed Relief Foundation.[15]

(U) Muwafaq's European Offices

(U) AL-QADI hired Chafiq Ayadi, an SDGT designated at the same time as AL-QADI on October 12, 2001, to head Muwafaq's European operations upon the recommendation of Wa'el Julaidan in late 1992.[16]

---

[15] (U) 12-19-2002 WS, "Muwafaq, an Arabic word which means, in essence, 'Blessed Success' or 'Holy Success'....The Foundation was founded as a charitable trust in Jersey by means of a Constitution and Declaration of Trust dated May 31, 1992." Paras. 24, 25. This statement further notes that the six trustees of the Foundation Abdul Rahman bin Mahfouz, the son of Khalid Bin Mahfouz, and Rais bin Mahfouz were appointed and nominated by Bin Mahfouz. Talal Badkook, Dr. Mohamed Ali El-Gari Bin Eid, and Abdul Gani Al-Khariji, were nominated by AL-QADI. AL-QADI also was a trustee.
[16] 12-19-2002 WS, p. 35.

7

TOP SECRET ███████████████

(U) Wa'el Hamza Julaidan, a Saudi citizen, is an associate of Usama bin Ladin. Julaidan fought with bin Ladin in Afghanistan in the 1980s. Julaidan is also associated with several individuals and entities linked to al Qaida, including bin Ladin lieutenants Ayman al-Zawahiri, Abu Zubaida, and Mohammed Atef. Al-Zawahiri, Zubaida and Atef were all designated SDGTs on September 23, 2001. Additionally, he is associated with the SDGT organizations Makhtab al Khidamat, the Rabita Trust, and al-Gam'a al-Islamiya. [Exhibit ZZZ, Exhibit XXX]

(U) Bin Ladin himself acknowledged his close ties to Julaidan during a 1999 interview with Al-Jazeera TV. When referring to the assassination of al Qaida co-founder Abdullah Azzam, bin Ladin stated that "We were all in one boat, as is known to you, including our brother, Wa'el Julaidan." Julaidan has established contacts with several known Arab Islamic extremists, including bin Ladin's principal lieutenant, SDGT Ayman al-Zawahiri. Another bin Ladin lieutenant, SDGT Abu Zubaida, claimed that he accompanied Julaidan from Pakistan to Kandahar, Afghanistan, during the summer of 2000. Zubaida said that Julaidan met with bin Ladin and senior bin Ladin lieutenant SDGT Mohammed Atef soon after arriving in Kandahar. Julaidan was jointly designated on September 6, by the United States and Saudi Arabia for his terrorist ties. [Exhibit ZZZ; Exhibit AAAA.]

(TS ███████████████████████ Julaidan is a longtime Bin Ladin and al Qaida associate and a senior official of the Jeddah-based Innocent for Trading Services Company. He has directed or otherwise been associated with Saudi NGOs and their offices in Pakistan as a veteran of the Islamic charity circuit. Julaidan has held high-level positions at the International Islamic Relief Organization (IIRO), Muslim World League (MWL), SJRC, the Saudi Red Crescent Society (SRCS), and more recently at two Bin Ladin-affiliated charities, al-Waqf al-Islami, and as secretary general of SDGT Rabita Trust coordinating financial activities and overseeing the budget. ███████████████████████████████████████ Julaidan has provided support since the 1990s to Muslims in Bosnia and Chechnya – hotbeds of mujahidin activity – and may have used his position and influence at these organizations to divert funds and resources to al Qaida. █████████████

(U) AL-QADI had known Julaidan as a family friend since the 1980s, and states in his submissions to OFAC, "[Julaidan] is well known for his humanitarian relief work for the Afghan refugees during the Soviet occupation of Afghanistan in the 1980s. In 1992 Waa'el Julaidan helped Mr. Kadi to establish an advanced teachers' college in Zagreb to educate women refugees to become teachers. He recommended Chafiq Ayadi to Mr. Kadi as a suitable person to manage this college. The recommendation was on the basis of Chafi Ayadi's integrity and experience in the humanitarian field. It had nothing whatever to do with, and there was absolutely no discussion concerning or any involvement with any terrorist purpose."[17] AL-QADI states elsewhere that, "at that time, in 1992, AL-

---

[17] 2-28-2003 Meeting, p. 7; 12-19-2002 WS, p.54.

8

TREASURY00062

~TOP SECRET~

QADI had no reason or indication to suspect either Waa'el Juldaidan or Chafiq Ayadi of supporting any terrorist or extremist causes."[18]

(U) However, AL-QADI's submissions regarding Julaidan raise significant questions. Despite the above information regarding Julaidan, AL-QADI says that it is his firm belief that Julaidan maintained no continuing association with Usama bin Laden after 1994,[19] and that he asked Julaidan on "several occasions" about any ongoing relationship with Usama Bin Laden.

(U) Ayadi was employed as director in charge of Muwafaq's European activities from 1992 to 1995 or 1996, and during that time AL-QADI transferred substantial sums to Ayadi's personal account. AL-QADI states that these transfers were for the sole purpose of the charitable objectives of Muwafaq. He further states that the standing instructions to all of Muwafaq's employees were that they were strictly to adhere to the laws and regulations of all countries where Muwafaq worked and not to engage Muwafaq in any activities outside the strict charitable purposes laid down in Muwafaq's Constitution and Declaration of Trust.[20]



---

[18] 7-11-2003 Answers, p. 18 –19; 12-19-2002 WS, p.34.
[19] 7-11-2003 Answers, p. 23.
[20] 12-17-2001 WS, p.6-7; 7-11-2003 Answers, p. 20.
[21]

~TOP SECRET~

TREASURY00063



~~TOP SECRET~~

(U) According to his submissions, **AL-QADI** claims that he has never heard of the Tunisian Islamic Front.[22]

(U) **AL-QADI** claims that none of his transactions with Ayadi were directly or indirectly for the purpose of aiding terrorism.[23] **AL-QADI** asserts that he was not aware of any allegations linking Chafiq Ayadi to terrorism or support for terrorism until Mr. Ayadi was designated by OFAC in October 2001. "Indeed, until Chafiq Ayadi's designation by OFAC nothing in Mr. **AL-QADI**'s relationship with Chafiq Ayadi indicated that Chafiq Ayadi was in any way involved with terrorist or extremist causes. **AL-QADI** says that he is not aware of any allegation of Ayadi's involvement with, support for, or association with any terrorist or extremist entities or operations.[24]

(U) **AL-QADI** declares he never transferred any funds to Chafiq Ayadi or anybody else for the purpose of supporting Osama Bin Laden, Al-Qaeda or any other terrorist group or activity. "Nor have we seen any evidence that any funds he did transfer to Chafiq Ayadi have actually been used for any such purposes."[25]

(U) **AL-QADI** asserts that he had no knowledge whatever that Muwafaq or any of its employees or personnel or any of its funds were ever used to provide financial support for any people or entity involved directly or indirectly with combat of any kind or at any location. **AL-QADI** also asserts that "had the Foundation been involved in providing financial support for combatants it would not have been allowed to work with [the WHO, UN, etc.]"[26] He further asserts that to the best of his knowledge, Muwafaq was never involved in the transportation of any members of any political party that was involved in advocating or pursuing the violent overthrow of any governments.[27]

---

[22] 7-11-2003 Answers, p. 27.
[23] 7-11-2003 Answers, p. 12-13.
[24] 7-11-2003 Answers, p. 23; OFAC Meeting Doc. p. 6.
[25] 2-28-2003 Meeting, p. 15.
[26] 7-11-2003 Answers, p. 9.
[27] 7-11-2003 Answers, p. 9-10.

~~TOP SECRET~~

TREASURY00064



TOP SECRET

TOP SECRET

TREASURY00065



TOP SECRET

(U) **AL-QADI** has asserted that "I have never had any connection whatsoever with Al Haramain, the charity listed by the US Government."[28]

(S____) According to diplomatic reporting, "the flow of money among [**AL-QADI** investment] Depozitna Banka, [**AL-QADI** owned] Euro-Invest and the NGO Muwafaq defies logic for a normal business and strongly suggest money laundering. Ayadi loaned large amounts to Muwafaq and Euro-invest through Depozitna Banka. In a 1996 letter, Sead Sahovic, general manager of Depozitna Banka, wrote to Yassin Al Qadi claiming that Ayadi was abusing his position with the bank by making favorable loans to Muwafaq and Euro-Invest." In addition, Ayadi and **AL-QADI** were transferring large amounts of cash from Euro-Invest to the Muwafaq account. For instance, a September 1996 bank statement shows approximately 23 million DM transferred. [Exhibit LLL, at para. 7; see also Exhibit NNN, at 26-27; Exhibit OOO, at 10-11]

(U) <u>Muwafaq's Albania Office, and Other AL-QADI Ties to Terrorism in Albania</u>

(U) According to **AL-QADI**'s submissions, he met Dr. Abdul Latif Saleh in 1992 at a medical conference. In 1993, **AL-QADI** and Saleh entered into a sugar importing business relationship establishing a company called Loks Holl Sh.P.K. registered in Albania. **AL-QADI** and Saleh established other business partnerships including a joint enterprise named Medicare Sh.P.K, and a construction business called Karavan, which later entered into a joint venture with Alinted.[29]

(S____) In these holdings **AL-QADI** held 90% of the interest in the companies, and Dr. Saleh held 10%. [Exhibit U, para.2.]

(U) In 1994 **AL-QADI** and Saleh set up the Muwafaq office in Albania with Saleh as the head of the operations there.[30]

(S____) Muwafaq activities in Albania were supported and financed by **AL-QADI**. Muwafaq operated an Islamic school in Kukes until 1997,

---

[28] 12-19-2002 WS, p. 42.
[29] 12-19-2002 WS, p. 46, 73-4.
[30] 12-19-2002 WS, p. 48.
[31]

12

TOP SECRET

TREASURY00066



TOP SECRET

(U) Muwafaq ceased operations in Albania in 1997, according to AL-QADI'S submissions. [32]

(U) According to his submissions, **AL-QADI** claimed to be surprised when he learned in November 1999 that Saleh had been deported from Albania. [33] After Saleh was deported, **AL-QADI** allegedly questioned Saleh about any terrorist activities in which Saleh could have been involved, but **AL-QADI** declares that at no time was he aware until October 23, 2001 of any allegations that Abdul Latif Saleh was involved in terrorist activities. [34] By **AL-QADI's** account, he was apparently convinced that Saleh's deportation was a case of mistaken identity. **AL-QADI** declares that there is "clear evidence of a case of mistaken identity regarding a certain Dr. Abdul Latif Saleh. ... We believe that Dr. Saleh has been confused with an Egyptian citizen of the same name who was extradited by Albanian authorities for allegedly being a member of the Jihad Group." [35]

The identifiers regarding the Dr. Abdul Latif Saleh who was a founder of the Albanian Islamic Jihad and ultimately deported by Albania match those provided by **AL-QADI's** submissions of the Dr. Abdel Latif Saleh that he knew. [See e.g. Exhibit DDD, and 12-19-02 Submission at 44-46.] Contrary to **AL-QADI's** claims, there does not appear to be any mistaken identity involving Saleh's removal from Albania. For example, the Dr. Salah identified as a supporter of terrorism in the classified report is listed as having a ten percent share of the firm Locks-hall. Also, contrary to **AL-QADI's** assertions of a Dr. Saleh who is an Egyptian citizen being the deported terrorist, the Dr. Saleh noted in the reports as being deported is a Palestinian national with dual Jordanian/Albanian citizenship.

(TS            After Saleh was expelled from Albania in 1999 for terrorist activities, **AL-QADI** continued to be business partners with Saleh, and would send a business partner to Jordan to get Saleh's signatures on documents in 2000. [Exhibit WW at para. 2.]

(TS            According to information available to the U.S. Government, Saleh's phone number had been found in the phone books of individuals associated with Bin Laden who had targeted the U.S. Embassy in Tirana in 1998. [Exhibit BB]

---

[32] 12-19-2002 WS, p.50.
[33] 7-11-2003 Answers, p. 26.
[34] 7-11-2003 Answers, p. 26.
[35] 2-28-2003 Meeting, p. 9.

TOP SECRET

TREASURY00067

TOP SECRET



(U) **AL-QADI** and Julaidan were "involved with a small-scale travel company named Abrar of Saudi Arabia. The focus of this business was to provide services to Muslim pilgrims especially during the pilgrimage season (Hajj) and throughout the year, for minor pilgrimages (Omrah)."[36]

(U) Additionally, **AL-QADI** gave shares of a business he owned, KA Stan, to Julaidan as a "reward for the assistance he provided to [**AL-QADI's**] charitable activities in Bosnia."[37]

[36] 2-28-2003 Meeting , p.7.
[37] 12-19-2002 WS, p. 79
[38] 12-19-2002 WS, p. 76.

TOP SECRET

TREASURY00068

-TOP SECRET

(U) SDGT Chafiq Ayadi held **AL-QADI's** shares in Depositna Banka as the nominee for **AL-QADI** from 1996 to 1998, and had a position with the bank until the end of 1998.[39]



(LES) OFAC conducted interviews with ▮▮▮▮▮▮▮▮▮▮▮▮▮ regarding Kadi's request for reconsideration. The following information is based on a survey of **AL-QADI's** Albanian corporate documents by OFAC officers and through interviews conducted with **AL-QADI** employees in Albania during the May, 2002 review. [Exhibit R]

(LES) During an interview with OFAC officers, ▮▮▮▮▮▮▮▮▮ said that Muwafaq was provided money directly from Karavan when it had expenses to be met. Karavan was then reimbursed by **AL-QADI**. [Exhibit R, at p.9.]

(LES) In an interview with OFAC officers, ▮▮▮▮▮▮▮▮▮ said that money would

---

[39] 7-11-2003 Answers, p. 21.

TOP SECRET

TREASURY00069



TOP SECRET

be drawn from Karavan on occasion for contributions to non-governmental organizations. ▉▉▉▉ cited an example that when the company was ready to send a large sum of money back to Saudi Arabia as profits, the "main office" in Saudi Arabia instructed Karavan in Albania, instead, to give the funds to a charitable cause. Karavan did this by transferring the money to a local account controlled by **AL-QADI,** who would then distribute the profits. Muwafaq, when it was operational, also received funds in this manner. [Exhibit R, at p.21.]

(LES) In this same interview, ▉▉▉▉▉▉ noted another instance of Karavan providing aid to NGOs, when it was approached by the Saudi NGO - Saudi Joint Relief Committee for Kosovo (SJRC). The SJRC's chief was Wa'el Julaidan. ▉▉▉▉ said that Karavan had to give (assistance) "as if they were our guests." Julaidan was provided an office in the Karavan corporate building, close to that of ▉▉▉▉ [Exhibit R at page 9, paragraph h; pages 21-22, paragraph j and k]

(LES) OFAC found numerous documents and correspondence between **AL-QADI** and Dr. Abdul Latif Saleh, indicating close working ties between the two men. Saleh was named as an official signer for Karavan and its bank accounts. Saleh was the general manager of all of **AL-QADI's** businesses in Albania. Saleh was the only person who had authorization to withdraw money directly form **AL-QADI's** bank account and transfer the funds whenever the situation required it. [Exhibit R, at p. 8]

(LES) Large wire transfers were seen through these documents coming into and out of **AL-QADI's** personal accounts in Albania. As well, large cash withdrawals were made from Karavan accounts. On a certain occasions, large cash withdrawals were paid to Dr. Abdul Latef Saleh. [Exhibit R]

(LES) In an interview with OFAC officers, ▉▉▉▉▉▉▉▉▉▉▉ noted that Wa'el Jelaidan, as well as Saleh, had been senior supervisors of the **AL-QADI** companies. ▉▉▉▉ ▉▉▉▉ that Dr. Latif Saleh treated Julaidan as his boss when Julaidan came to visit **AL-QADI's** Albanian operations. [Exhibit R – pp. 4, 16, 23 and throughout document index]

(U) Muwafaq's Pakistan Office

(U) According to **AL-QADI,** he established the regional office of Muwafaq in Islamabad, Pakistan in 1992. The local director of the Foundation in Pakistan was Amir Mehdi. After an interview, Mehdi was hired because **AL-QADI** received "a good reference" for him. Later, Muwafaq was also registered in the City of Peshawar on August 13, 1995.[40]

(U) **AL-QADI** describes what his alleged first indication he received that his chosen head of the Islamabad office was an alleged terrorist. After more than two years of Mehdi's handling and distributing Muwafaq funds, "On March 21, 1995 the Pakistan Government raided the local offices of the Foundation in Islamabad. Subsequently, the officials of the

---

[40] 12-19-2002 WS, p.27.

TOP SECRET

TREASURY00070

TOP SECRET

FIA (the Pakistan security services) arrested Amir Mehdi on March 29, 1995. It should be noted that around this time the FIA also conducted raids and targeted other Muslim charities working in Pakistan with refugees."[41]

(U) According to open source reporting, it was the arrest of Ramzi Yousef for the first World Trade Center bombing in New York which triggered the raid on the Muwafaq office in Pakistan, as well as the offices of Mercy International. [Exhibit EEE.]



(TS▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Amir Mehdi may also have been associated with individuals involved in a 1994 plot to strike Israeli embassies, and U.S. airlines. [Exhibit KK, at p.3; Exhibit C at 2-3.]

(U) According to AL-QADI's submissions, Amir Mehdi was arrested without any information from the FIA as to the grounds of his arrest. Subsequently, Mehdi was informed that telephone numbers including a telephone number installed at his residence had allegedly been used for contact by associates of terrorists operating in Pakistan and abroad. Mehdi was eventually released. AL-QADI claims that, "At no time have I ever been aware of any link or connection between Amir Mehdi and any terrorist activity." However, Mehdi's employment was terminated following his release in 1995 and the charity was closed permanently in 1997.[42]

(S▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Muwafaq's Peshawar office was receiving funds by courier from Saudi Arabia which were then being passed on to SDGT Makhtab al-Khidamat ("MK"). MK is considered the precursor to al Qaida, having been established in the early 1980s by Usama bin Laden and Abdullah Azzam. MK developed an independent global reach through several mosques and charities throughout the world. [Exhibit EE, at para. P; Exhibit CCCC.]

(U) AL-QADI provides evidence that Muwafaq was closed in Pakistan in April 1997. So far as Mr. AL-QADI knows, the assets of Muwafaq in Pakistan were disposed of upon its closure in Pakistan in 1997.[43]

---

[41] 12-19-2002 WS, p.31.
[42] 12-19-2002 WS , p.31-32.
[43] 7-11-2003 Answers, p. 7-8.

17

TOP SECRET



TOP SECRET



(U) <u>Muwafaq's Sudan Office</u>

(U) In the 1991-93 time frame, Sudan became the first country in which Muwafaq was active.[45] At the time that Muwafaq opened its Sudanese office, Usama Bin Ladin was based in Sudan. In May 1996, Bin Ladin left Sudan for Afghanistan. [Exhibit SSS]

(U) According to **AL-QADI**'s submissions, in 1996, he made the decision to close the Muwafaq office in Sudan. He and Muwafaq's other trustees were fighting a libel action regarding the allegations published in *Africa Confidential,* which implicated Muwafaq in terrorism. **AL-QADI** instructed Muwafaq's Sudanese director, Siraj el Din Bari, to close down the activities of Muwafaq in Sudan, and Muwafaq eventually ceased its activities completely in Sudan at the end of 1996.[46]

(U) **AL-QADI** has submitted documentation supporting his claim that he was successful in a libel action in the United Kingdom against the publication, and that *Africa Confidential* agreed to a Statement in Open Court which stated that no person named Siraj Mohammed Hussein had ever worked for Muwafaq or was in any way associated with Muwafaq.[47]

(U) The outcome of that case does not establish that Muwafaq was not involved with terrorists.



[45] 12-19-2002 WS, p. 21.
[46] 12-19-2002 WS, p. 24-25.
[47] 12-17-2001 WS, at 11. YAK2, p. 54-56.

TOP SECRET

TREASURY00072

TOP SECRET ▮▮▮▮▮▮▮▮▮▮▮▮▮

(U) <u>Muwafaq Support for SDGT Makhtab al-Khidamat</u>

(U) **AL-QADI** asserts that to the best of his knowledge, neither Muwafaq nor any of its employees or personnel has ever supported MK, that he personally has never had anything to do with this organization, and that the organization ceased to exist in 1989.[48]

(S ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in the mid-1990's, Muwafaq partially financed MK, an NGO funded and controlled by Usama Bin Ladin. [Exhibit E, at para 14C; Exhibit N, at paras. 4, 6; Exhibit X, at para. 3.] MK was included in the Annex to E.O. 13224 as an SDGT on September 23, 2001.

(S ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Muwafaq continued to operate under the MK umbrella until July 2001, when the latter dissolved and was "absorbed into Usama bin Ladin's organization. All MK personnel both inside and outside of Afghanistan were considered to be affiliated with al Qaida. Subsequently, a number of Arab non-governmental organizations (NGO) and organizations formerly affiliated with MK had joined al Qaida. These include... Muwafaq [.]" [Exhibit G, at para. 1]



(U) <u>Muwafaq Support for SDGT Abu Sayyaf Group and HAMAS</u>

(U) **AL-QADI** asserts that to the best of his knowledge neither Muwafaq nor any of its employees or personnel has ever supported the Abu Sayyaf organization or had any form of transactions or connections with it.[49]

(S



Khalifah is the brother-in-law of Usama bin Ladin. The Abu Sayyaf Group was designated as an SDGT on September 23, 2001. HAMAS was designated an SDGT on October 31, 2001; it was originally designated an SDT under E.O. 12947 in 1995, and a Foreign Terrorist Organization in 1997 pursuant to the Antiterrorism and Effective Death Penalty Act of 1996 . [Exhibit N, at para. 6-7.]

---

[48] 7-11-2003 Answers, p.9.
[49] 7-11-2003 Answers, p. 9.

TOP SECRET ▮▮▮▮▮▮▮▮▮▮

TREASURY00073

TOP SECRET

### (U) Current Status of Muwafaq

(U) According to press reports **AL-QADI** asserted at the time of his designation that Muwafaq had terminated operations in 1996 or 1997. However, according to one of **AL-QADI's** submissions, as of late 2002, Muwafaq continued to be registered in Holland and Belgium.[50]

### (U) Other AL-QADI Ties Directly to SDGT Usama Bin Ladin

(U) **AL-QADI** states that his meetings with Usama bin Laden are restricted to individual occasions in 1980, 1988 and maybe in 1992, during a time when Muwafaq was being initially created and funded.[51] Regarding his relationship with Usama bin Ladin, **AL-QADI** asserts, "At no time have either I or Muwafaq ever contributed any funds or otherwise supported bin Laden or al Qaida. At no time have either I or Muwafaq ever acted as a conduit or channel for funds being passed to bin Laden or al-Qaida."[52] Further, **AL-QADI** states that he has never managed money or any business enterprises for Usama bin Laden, or for the benefit of Usama bin Laden.[53]

(U) Nor was he aware of any allegation that any company that he was associated with was funded by, controlled by, or sponsored by Usama bin Laden.[54]



---

[50] 12-19-2002 WS, p. 15.
[51] 7-11-2003 Answers, p. 17 – 18.
[52] 12-17-2001 WS, p. 11.
[53] 7-11-2003 Answers, p.16.
[54] 7-11-2003 Answers, p. 16.

20

TOP SECRET

TREASURY00074



## (U) AL-QADI Support for SDGT Aṣbat al-Ansar

(U) In his submissions to OFAC, AL-QADI claims that he did not provide any support, nor did he have any knowledge of SDGT Asbat al-Ansar.[55]

Asbat al-Ansar was designated as an SDGT on September 23, 2001. [Exhibit Q, paras 1, 3.]

## (U) Other Business Ties with Associates of Terrorists

(TS[redacted]) AL-QADI's partner in Birlesik Magazalar (BIM) in Turkey and Albanian Snacks Foodstuffs Company is Mustasafa Latif Topbas, who is the founder of the Bereket Wealth Foundation, which is part of the Rabita Trust Organization, an SDGT run by Julaidan. This organization probably is associated with Pakistan-based Rabita Trust, which facilitated fund transfers to al Qaida –[redacted] [Exhibit C at 5; Exhibit TTT.]

## (U) AL-QADI and the Bin Mahfouz Family

(U) Kadi states in his submissions that during the 1990 to 1991 time period he was working with Khalid Bin Mahfouz for National Commercial Bank, and that they developed a relationship of mutual trust and respect.[56] During this time period Bin Mahfouz told AL-QADI that he wanted to start a charity in memory of his parents.

(S[redacted]) AL-QADI has business dealings with members of the Bin Mahfouz family, who have been linked to al Qaida and Bin Ladin,[redacted] [Exhibit C, at 5; Exhibit RR]

(U) According to press accounts, in 1998, the Saudi government audited the Jeddah-based National Commercial Bank and found that $3 million in bank funds was funneled improperly to Muwafaq (a.k.a. Blessed Relief), which allegedly transferred the money to bin Laden. [Exhibit UUU, at p. 4.]

---

[55] 7-11-2003 Answers, p. 25.
[56] 7-11-2003 Answers, p.1.

TOP SECRET ███████████████████████

(U) Press accounts also report that the National Commercial Bank denies the existence of any government audit showing that money had been diverted to Blessed Relief and transferred to Bin Ladin. **AL-QADI** also disputes that any such audit was ever performed, asserting further that Muwafaq has never had any account with the National Commercial Bank.[57] [Exhibit UUU, at p. 4.]

(U) **AL-QADI Funds Provided Directly to SDGT Wa'el Julaidan for Use at Al-Iman University**

(U) By his account, **AL-QADI** helped fund housing units for the Al-Iman University (a.k.a. Al-Eman University) in Sanaa, Yemen, transferring $1.25 million between February 24, 1998, and August 3, 1998. He accomplished this transfer by sending money from the account of his company Karavan Development Group directly to SDGT Wa'el Julaidan.[58]

(U) According to his submissions, Julaidan was entrusted with the implementation of "the University Housing Project" and executed the project through Julaidan's company, Maram. Maram was responsible for executing a contract with another company, Vefa, which constructed the housing.[59]

(S █████████ Shaykh 'Abd Al-Majid Al-Zindani was a founder of Al-Eman University. According to sensitive information, Al-Zindani is considered to be one of the main ideologists of modern radical Islam. Al-Zindani supports or maintains ties with Usama bin Ladin, al Qaida and HAMAS. Al-Zindani is the director of the political wing of the Islah party (Yemeni Grouping for Reform) and leader of the Shura Council of the Islah Party. [Exhibit SS, at p. 2.]

(U) According to **AL-QADI's** submissions, Zindani had a long-standing association and friendship with **AL-QADI's** uncle, Dr. Mohammed Omar Zubayr. In 1997 when the University appealed for urgent donations, Zindani asked for the help of **AL-QADI's** uncle. "It was against this background that in late 1997 Mr. Kadi was approached by his uncle, Dr. Zubayr, who explained the University Housing Project to him and suggested it was worthy of Mr. Kadin's support. ...Based on this appeal, Mr. Kadi agreed to help by providing funds."[60]

(U) **AL-QADI** states that the $1.25 million was not given to "bin Laden's organization," but rather to the housing project.[61]

(S ████ In late-September 2001, the Yemeni Government closed the Al-Eman University. The closure was temporary, pending the Ministry of Education's review of the school's

---

[57] 12-17-2001 WS, p. 10.
[58] 8-22-2003 WS, p. 1.
[59] 8-22-2003 WS, WS p. 6-9.
[60] 8-22-2003 WS, p. 5-6.
[61] 8-22-2003 WS, p. 21.

22

TREASURY00076

-TOP SECRET███████████████

curriculum and elimination of any course or program promoting extremism, according to a sensitive contact. [Exhibit VVV, at para. 8.]

(S███████) Diplomatic reporting informs that, as of September 2001, much of the senior Yemeni government leadership feared the long-term consequences for Yemen of the continued existence of the Al-Eman University. While Yemeni President Saleh could not shut down the University outright for domestic political reasons, the Yemeni government took steps to diminish its influence by expelling some 350 foreign students. The government also feared that the university might have al Qaida connections. [Exhibit BBBB, para. 2.]

### (U) **AL-QADI** Provision of Funds to Admitted HAMAS Operative

(U) In July 1991, **AL-QADI**, through his company Qadi International and at the request of Dr. Ahmad Zaki Hammad (Dr. Zaki), wired $820,000 from the Swiss branch of Faysal Finance to the Quranic Literacy Institute (QLI), a group outside of Chicago that distributes Muslim texts. The money was used to purchase and develop land located in Woodridge, Illinois.[62] [Exhibit HHH, paras. 26-27]

(U) **AL-QADI** states that the $820,000 was intended as an interest-free loan for a charitable cause.[63]

(U) Muhammad Salah, an admitted high-level HAMAS operative and an SDT (Specially Designated Terrorist) under E.O. 12947, was involved with QLI. At certain times, Salah held himself out as an employee of QLI. For example, in support of a mortgage loan, Salah presented a letter to the bank printed on QLI letterhead, signed by a QLI Trustee, that stated that Salah began working for QLI as a computer analyst on January 1, 1991, at a salary of $36,000. Other information shows that Salah was considered a volunteer with QLI. [Exhibit HHH, paras. 6-10; Exhibit WWW (United States v. One 1997 *E35* Ford Van, et al., 50 F.Supp2d. 789, *794-95* (N.D. Ill 1999)).]

(U) Through his involvement with QLI, **AL-QADI** admits that in less than a one year period, he transferred $167,000 directly to Salah's personal bank account. From March 1992, through October 1992, he authorized a total of $107,000 to be transferred to Salah's personal account, and sometime around February 1993, he caused an additional $60,000 to be transferred to Salah's personal account. The specific money transfers sent directly to Salah bank account are as follows:[64]

> $27,000; transfer requested on March 3, 1992; transfer made on March 16, 1992 [Exhibit FFF, p. 4.]
> $30,000; transfer requested on June 1, 1992; transfer made on July 3, 1992
> $50,000; transfer requested on September 14, 1992; transfer made on October 7, 1992

---

[62] 7-23-2002 WS, p. 11-12.

[63] 12-17-2001 WS, p. 13-14.

[64] 12-172001 WS, p. 15; 7-23-2002 WS, p. 18.

23

-TOP SECRET███████████████

TREASURY00077

TOP SECRET

$60,000; transfer made around February 1993

(U) **AL-QADI** also states that he met Salah on two or three occasions.[65]

(U) **AL-QADI** states that "he agreed to the request of [QLI Director] Dr. Zaki and his fellow board members of QLI to transfer some sums of money to the account of an individual named Mohamed Salah (a.k.a. Abu Ahmed) who was involved with QLI."[66] **AL-QADI** claims that the purpose of these funds were to pay editors, computer operators or other employees to work on the Quranic Project and to purchase equipment for this project.[67] He claims that his understanding was that he was providing approximately $36,000 to support three individuals who were volunteering their time and services for the charitable purposes of QLI.[68]

(U) Other than stating that he was asked by Dr. Zaki to do so, **AL-QADI** has not provided an adequate explanation as to why he did not send this money directly to QLI, or directly to the three "volunteers," rather than to Salah's personal bank account.

(U) During the time period that **AL-QADI** was providing money directly to Salah, Salah also received a substantial amount of money, through transparent bank transfers, from admitted HAMAS leader (and designated SDT and SDGT) Mousa Mohamed Abu Marzook and other HAMAS operatives. Bank records show more than $752,800 flowing from Marzook (or accounts controlled by Marzook) to Salah between 1989 and January 1993. Bank records also show that in December 1992 and January 1993, other HAMAS operatives initiated a series of wire transfers into Salah's La Salle bank account in Chicago, totaling almost one million dollars. [Exhibit HHH, paras. 38, 45-54; Exhibit WWW United States v. One 1997 E35 Ford Van. et al., 50 F.Supp2d. 789, 794 (N.D. Ill 1999); Exhibit AAAA (In the Matter of the Extradition of Mousa Mohammed Abu Marzook, 924 F. Supp. 565, 592 (S.D. N.Y. 1996))];

(U) Salah was arrested by the Israeli government on January 25, 1993, while he was engaged in a mission in Israel in support of the HAMAS terrorist organization. In January of 1995, Salah pled guilty in an Israeli military court to, among other things, illegally channeling funds to HAMAS. On July 27, 1995, the United States designated Salah as a SDT. [Exhibit HHH, paras. 4-5]

(U) During the time period that **AL-QADI** was providing money directly to Salah, Salah admitted to Israeli officials that he engaged in activities domestically and abroad for HAMAS. For example, in August and September of 1992, Salah flew to the Middle East on a sixteen day trip to Israel and the Occupied Territories. During this trip, Salah funneled approximately $100,000 in funds to HAMAS leader Marzook. According to Salah, these funds were intended for and used to purchase weapons to carry out specified

---

[65] 12-17-2001 WS, p. 14.
[66] 12-17-2001 WS, p. 14.
[67] 12-17-2001 WS, p. 14.
[68] 7-11-2003 Answers, p. 31.

TOP SECRET

TOP SECRET

terrorist actions against Israel. [Exhibit HHH, paras. 12-13, 15-19; Exhibit AAAA (In the Matter of the Extradition of Mousa Mohammed Abu Marzook, 924 F. Supp. 565, 587-89 (S.D. N.Y. 1996))][69]

(U) Salah also traveled to Israel and the Occupied Territories on an extended trip for HAMAS in January 1993, which was cut short by his arrest by Israeli authorities. Salah took this trip at the direction of admitted HAMAS leader (and designated SDT) Marzook. [Exhibit HHH, paras. 38-43; Exhibit AAAA (In the Matter of the Extradition of Mousa Mohammed Abu Marzook, 924 F.Supp. 565, 587-89 (S.D. N.Y. 1996))]

(U) On February 25, 1993, upon learning of Salah's arrest, AL-QADI instructed his bank to stop the wire transfer of $60,000 to Salah's First Chicago account.[70] Despite his efforts, the $60,000 was deposited in Salah's account.[71]

(U) AL-QADI states that he "accepts that in 1992 he transferred funds to Mahammed Salah," but he claims that he "had no idea at that time that Salah was involved with HAMAS."[72]

(U) QLI sold the Woodridge property in 1994, for more than the initial purchase price but did not repay Al-Qadi's $820,000 loan. AL-QADI claims that "Dr. Zaki asked me to turn my loan... into what is known in Arabic as a 'Waqf which is another Islamic concept, the closest analogy to which in Western culture is a religious trust. This 'Waqf was to be used for the purchase of premises for QLI. I verbally agreed to this."[73]

(U) In June 1998, the United States brought suit against QLI and Salah under antiterrorism and money-laundering statutes to seize the assets of QLI and Salah. [Exhibit WWW (United States v. One 1997 E35 Ford Van, et al., 50 F.Supp2d. 789 (N.D. Ill 1999))] The government's allegations included, inter alia, that QLI and Salah falsely represented the true nature of their relationship to provide a cover for Salah; that QLI and individuals and entities related to QLI likely financed Salah's HAMAS-related expenditures since 1991 through structured transactions designed to conceal QLI as the source; that the $820,000 funds transferred by AL-QADI went through a complex land transaction designed to produce money for HAMAS; and, that the land purchase was designed to conceal connections to QLI or AL-QADI. [Exhibit HHH; Exhibit WWW (United States v. One 1997 E35 Ford Van, et al., 50 F.Supp2d. 789, 795 (N.D. Ill 1999))]

(U) In response to motions to dismiss filed by QLI and Salah in this forfeiture case, the

---

[69] The Salah admissions come from certified, translated and transcribed interviews between Salah and Israeli officials conducted during the approximate six months following his arrest in Israel on January 25, 1993. The interview transcripts are part of the public court record in United States v. Mousa Abu Marzook, No. 95 C 9799 (S.D.N.Y.) (the proceedings and findings of which are detailed at 924 F. Supp. 565, 587-89 (S.D.N.Y. 1996)).

[70] 12-17-2001 WS, at p. 15.

[71] 7-23-2002 WS, at p. 17, 21.

[72] 2-28-2003 Meeting, p. 12.

[73] 12-17-2001 WS, p. 18.

25

TOP SECRET

TOP SECRET

United States District Court held:

> These facts, taken as whole, raise the inference that the funds used to finance the Woodridge land deal were transferred from outside the United States with the intent that they be used to promote HAMAS' alleged campaign of violence against Israel and its citizens. The circumstances surrounding the Woodridge land deal, the relationship between QLI and Salah, and the efforts of QLI to provide financial support to Salah all raise the inference that QLI ordered Kadi to transmit the money used to purchase the Woodridge land with the intent that it would be used to support Salah in his activities on behalf of HAMAS.
>
> In conclusion, we find that the government has alleged a reasonable basis for its belief that QLI arranged for Kadi to transfer the funds to purchase the Woodridge land from abroad with the intent that they would be used to promote carrying on of specified unlawful activity.

[Exhibit WWW (United States v. One 1997 E35 Ford Van, et al., 50 F.Supp2d. 789, 805-06 (N.D. Ill 1999))]. This forfeiture case is presently stayed.

(U) Although he did not intervene in the forfeiture case, **AL-QADI** denies the allegations asserted by the government in that case. He claims, "All of these transfers and the $820,000 transfer in July 1991 were made with the utmost transparency to US bank accounts from my account(s) at Faisal Finance in Geneva, Switzerland. It is highly unlikely that anybody who intended to make payments supporting HAMAS or any other terrorist group would have transferred them to a person in the USA via the US banking system with such openness and transparency. It would appear to me that if I had wanted to support HAMAS or other terrorist group (which I repeat I never have) there are numerous other ways that goal could have been achieved more effectively and secretly."[74]

(U) However, as explained above, HAMAS leader Marzook and other HAMAS operatives also transferred a substantial amount of funds to Salah through the transparency of U.S. bank accounts.

(U) Despite **AL-QADI**'s knowledge of Saleh's involvement with HAMAS and the ultimate forfeiture case brought by the United States against QLI and Salah, **AL-QADI** never attempted to reclaim the $820,000 provided to QLI for the land deal. Nor did **AL-QADI** stop further payments to QLI. Indeed, he states that "[f]ollowing Mohamed Salah's arrest I had agreed with Dr. Zaki to provide additional support directly to QLI."[75] **AL-QADI** further admits that "at the express request of Dr. Zaki, I transferred between 1991 and 1997, sums totaling $210,000 to Dr. Zaki for charitable purposes of QLI and for

---

[74] 12-17-2001 WS, p. 16.
[75] 7-23-2002 WS, p. 21.

26

TOP SECRET

TREASURY00080



~~TOP SECRET~~

his own personal account."[76] Moreover, **AL-QADI** states that he has been listed as one of the directors of QLI in QLI's Annual Report for the years 1994 to 1998.[77] **AL-QADI**'s involvement with QLI continued through at least 2002.[78]

(U) Investment in BMI

(U) According to AL-QADI's submissions, through a company called Kadi International, Inc., he invested in a company named BMI, Inc. based in Seacaucus, New Jersey. "The company interested me as an investment opportunity as it adhered to Islamic principles of investment."[88]

(U) **AL-QADI** asserts that "my investments with BMI, Inc. in the company's real-estate and leasing investment funds, were passive and were entirely innocent. At the time of my investment in BMI I was totally unaware of the identity, nature or activities of any other investors in BMI. I am not aware that BMI, Inc. has ever had any connection with Osama bin Laden, Al Qaeda, Mousa Abu Marzouk , International Relief Organisation or Sulaiman Al-Ali or Mercy International as alleged in the Article."[89] This claim of having no idea or interest in who the other investors were, and of being a totally passive investor in the enterprise, is made despite **AL-QADI's** experience and sophistication as an international businessman.

(U) According to a March 2000 affidavit sworn out by FBI Agent Robert Wright, one of **AL-QADI's** co-investors in BMI was SDT Mousa Abu Marzook, the HAMAS leader who was also associated with Mohammed Salah.

(U) In August 1998, the al Qaeda network simultaneously bombed two U.S. embassies in East Africa.

(U) According to Robert Wright's affidavit in 2000, a BMI accountant contacted the FBI by telephone, saying he believed his employer was supporting terrorism. The accountant reported that money he "was transferring overseas on behalf of the company may have

---

[75] 7-23-2002 WS, p. 22. (U) **AL-QADI** also states that "in 1992, at the express request of Dr. Zaki, I transferred sums totaling in the region of $250,000 – $300,000 to Dr. Zaki for the charitable purposes of QLI and for his own personal account." 12-17-2001, at p. 16.
[77] 7-11-2003 Answers, p. 28.
[78] 7-11-2003 Answers, p. 29.
[79] 12-17-2001 WS, p. 15.
[80] 12-17-2001 WS, p. 15.
[81] 12-17-2001 WS, p. 14.
[82] 12-17-2001 WS, p. 16.
[83] 7-11-2003 Answers, p. 29.
[84] 2-28-2003 Meeting, p. 12.
[85] 12-17-2001 WS, p. 18.
[86] 12-17-2001 WS, p. 18.
[87] 12-17-2001 WS, p. 19.
[88] 12-19-2002 WS, at p. 90.
[89] 12-19-2002 WS, at p. 91.

27

~~TOP SECRET~~

TOP SECRET

been used to finance the embassy bombings in Africa," according to the affidavit. [Exhibit JJJ.]

## (U) CONCLUSION

(U) Yassin AL-QADI is an experienced and sophisticated businessman and financier. He has operated companies, including investment vehicles and banks, in many corners of the world. He is presumed to be capable of understanding his investments, his companies, and his charities, and of being responsible for the actions of those entities which he founds, funds and/or controls.

(U) AL-QADI's defense, however, to all the charges that he has supported terrorists through his provision of funds to Muwafaq and to other entities he controls and to persons with ties to terrorists is that either there is no evidence that these entities and individuals have been involved in terrorism, or that to the extent that they were, this involvement was beyond his knowledge.

(S████ There is, however, substantial and credible evidence that both Muwafaq as an entity, and many of the individuals charged with operating it and distributing its funds, were engaged in a longstanding pattern of supporting terrorist and extremist causes. This evidence comes from both classified and unclassified sources.

(U) The use of a charitable organization to provide cover to funding terrorist operations is by no means unique in this instance. On February 12, 2002, Deputy Assistant Secretary for Terrorism and Violent Crime Juan Zarate testified before the House Financial Subcommittee, Oversight and Investigations, "Investigation and analysis by enforcement agencies have yielded information indicating that terrorist organizations sometimes utilize charities to facilitate funding and to funnel money. Charitable donations to non-governmental organizations (NGOs) are commingled and then often diverted or siphoned to groups or organizations that support terrorism.... Though these charities may be offering humanitarian services here or abroad, funds raised by these various charities are sometimes diverted to terrorist causes. This scheme is particularly troubling because of the perverse use of funds donated in good will to fuel terrorist acts."

(U) There is additional information from U.S. court cases and from his own admissions showing that AL-QADI directly provided money to an upper-level HAMAS operative.

(U) AL-QADI admits his longstanding and intimate association with SDGT Julaidan, SDGT Chafiq Ayadi, Dr. Abdul Latif Saleh, and Amir Mehdi. The latter three individuals have been, according to the information available to OFAC, arrested and/or deported from their countries of operation because of associations with terrorists, and Julaidan is a known close associate of Usama bin Ladin. Each one of these individuals handled significant sums of money provided to him by AL-QADI.

28

TOP SECRET

TOP SECRET ████████████

(S███) Furthermore, there are dozens of reports generated by numerous countries that have concluded that Muwafaq was engaged in funding terrorists and extremists, and that this funding came from not one, but multiple offices of Muwafaq.

(U) It strains credulity that **AL-QADI** could have unintentionally found himself in a repeating cycle of hiring individuals based on his assessment of their character, and that these individuals kept deceiving him about their intents on providing his funds to terrorists and extremists. These are individuals who **AL-QADI** had opportunity to personally observe over a period of years, and he gave them significant sums of money to handle on his behalf. Indeed, **AL-QADI** continues to refer to Julaidan and others as trustworthy and does not question their motives.

(S███) In making this determination, no one element, no one contact, no one accusation of funding is taken as being determinative of the assessment that **AL-QADI** has been providing support to terrorists through his actions. There are far too many reports, originating from too many sources, pointing at too many different entities (SDGTs al Qa'ida, HAMAS, the Egyptian Islamic Jihad, Makhtab al-Khidamat, Al Haramayn (Bosnia), and the Abu Sayyaf Group) and individuals (SDGTs Usama bin Ladin, Wa'el Julaidan, and Chafiq Ayadi) associated with **AL-QADI** that have connections with terrorism, and dating over too long a time period, to give credence to a defense that *all* of the reports are in error.   OFAC concludes that when considering the number of sources, the numbers of activities and length of time, the totality of the evidence, both classified and unclassified, provides a reason to believe **Yassin AL-QADI** has funded terrorist and extremist individuals and operations.

(S███) Based on the foregoing information, there is reason to believe **Yassin AL-QADI** is:

- acting for or on behalf of al Qaida, Usama bin Ladin, and Makhtab al-Khidamat, persons listed in the Annex to E.O. 13224;

- assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, among others, al Qaida, Usama bin Ladin, the Egyptian Islamic Jihad, Makhtab al-Khidamat, HAMAS, the Abu Sayyaf Group, the Revival of Islamic Heritage, Al-Haramayn (Bosnia), Chafiq Ayadi, and Wa'el Julaidan, persons subject to E.O. 13224; and

- associated with, among others, al Qaida, Usama bin Ladin, the Egyptian Islamic Jihad, Makhtab al-Khidamat, HAMAS, the Abu Sayyaf Group, the Revival of Islamic Heritage, Al-Haramayn (Bosnia), Chafiq Ayadi, and Wa'el Julaidan, persons subject to E.O. 13224.

29

TOP SECRET ████████████

TREASURY00083

~~TOP SECRET~~ <span style="background:black">█████████████</span>

**EXHIBIT LIST:**



30

~~TOP SECRET~~ <span style="background:black">█████████</span>

TREASURY00084



TOP SECRET

(U)                    Exhibit AAA – 2-page fax

(U)                    Exhibit EEE – "Raising Money: Muslim relief groups caught in crossfire"
                       9/26/2001, *The Guardian*

(U)                    Exhibit HHH -- Affidavit of Robert Wright, June 9, 1998

(U)                    Exhibit JJJ – "Terror Investigators Followed Funds to a Saudi Businessman,"
                       November 26, 2002, The Wall Street Journal

(U)                    Exhibit SSS – Frontline Article

(U)                    Exhibit UUU – "Saudi's Cash Funds Terrorism, U.S. Says," Chicago Tribune,
                       October 28, 2001

(U)                    Exhibit WWW – 50 F.Supp. 2d 789; 1999 U.S. Dist. LEXIS 9901
(U)                    Exhibit XXX – Saudi Arabia 9/10/2002 Press Release

(U)                    Exhibit ZZZ – Treasury Department Press Release, September 7, 2002

31

TOP SECRET

TREASURY00085

TOP SECRET █████████████████████████

(U)                    Exhibit AAAA – 924 F.Supp. 565; 1996 U.S. Dist. LEXIS 6182
████████████████████████████████████████████

(U)                    Exhibit CCCC – Jane's Intelligence Review, August 1, 2001, "Blowback"

32

TREASURY00086

TOP SECRET ███████████

FAC No.: SDG-220840

MEMORANDUM FOR R. RICHARD NEWCOMB
                    DIRECTOR
                    OFFICE OF FOREIGN ASSETS CONTROL

THROUGH:            ███████████████
                    Chief, Foreign Terrorist Division

FROM:               Foreign Terrorist Officer

SUBJECT:            Additional Designations Pursuant to E.O. 13224: Al-Haramain, Indonesia

## (U) INTRODUCTION

(U) On September 23, 2001, President Bush declared a national emergency pursuant to the International Emergency Economic Powers Act ("IEEPA"), and issued Executive Order 13224 ("E.O. 13224" or "the E.O.") to address grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the September 11, 2001, terrorist attacks in New York, Pennsylvania, and at the Pentagon. The E.O. imposes economic sanctions on persons who commit, threaten to commit, or support terrorism.[1]

(U) President Bush identified, in the Annex to E.O. 13224, 13 individuals and 16 entities as subject to the economic sanctions.[2] As amended, the E.O. authorizes the Secretary of the Treasury, in consultation with the Secretary of State, the Secretary of Homeland Security, and the Attorney General, to designate persons determined:

1) to be owned or controlled by, or to act for or on behalf of, those persons listed in the Annex to the E.O., or those persons determined to be subject to subsections 1(b), 1(c), or 1(d)(i) of the E.O.;



Derived by:
Derived from:
Date:
Declassify on:

---

[1] The E.O. blocks all property and interests in property in the United States or within the possession or control of a U.S. person of any persons designated under its authority. In addition, it prohibits transactions or dealings by U.S. persons or within the United States in blocked property, including but not limited to the making or receiving of any contribution of funds, goods, or services to or for the benefit of designated persons.
[2] Twelve individuals and thirteen entities were originally named in the Annex on September 23, 2001. Executive Order 13268 of July 2, 2002 amended the Annex by adding one individual and one entity.

TOP SECRET ███████████

TREASURY00087

TOP SECRET



2) to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or

3) to be otherwise associated with those persons listed in the Annex, or those persons determined to be subject to subsections 1(b), 1(c), or 1(d)(i) of the E.O.

(S/█████ Al-Haramayn[3] Foundation represents itself as an international humanitarian organization involved in fundraising, construction, relief, and educational projects. It orients its relief efforts exclusively towards Muslim populations in order to spread its conservative brand of Salafist ideology. The entire Al-Haramayn organization has long been suspected of providing various types of support to terrorist groups including al-Qa'ida, and its offices in Bosnia and Somalia were designated on March 11, 2002, pursuant to E.O. 13224, for providing support to al-Qa'ida. Al-Haramayn's office in Indonesia is similarly being recommended for designation for providing financial and material support to al-Qa'ida and its affiliate, Jemaah Islamiyah, both of which were designated pursuant to E.O. 13224.

(U) Evidence presented in this memorandum and related exhibits provides reason to believe that the below-listed entity meets the criteria for designation as set forth in E.O. 13224, since it provides financial and material support to a leader of al-Qa'ida (SDGT) and it provides financial and material support to an entity controlled by two leaders of Jemaah Islamiyah (SDGT), Aris Munandar (SDGT) and Agus Dwikarna (SDGT).

(U) IDENTIFIER INFORMATION

(U) **AL-HARAMAIN, INDONESIA** [Exhibit A, p. 147]

(S)█████ AKA:   Al-Haramayn [Exhibit B, p. 7]
(S)█████ AKA:   Al Haramayn [Exhibit B, p. 7]
(U) AKA:   Al Haramain [Exhibit C]
(U) AKA:   Al-Haramain Foundation [Exhibit A, p. 147]
(U) AKA:   Yayasan Al Haramaini [Exhibit D]
(S) AKA:   Al-Haramain Islamic Foundation [Exhibit E, p. 6]
(U) AKA:   Yayasan Al Haramain [Exhibit C]
(S)█████AKA:   Yayasan al-Manahil-Indonesia [Exhibit F, p. 2; Exhibit G, para. 1]
(U) Locations:
(S)█████Jalan Laut Sulawesi Blok DII/4
         Kavling Angkatan Laut Duren Sawit
         Jakarta Timur (East Jakarta) 13440 Indonesia
         Tel. 021-86611265 and 021-86611266
         Fax 021-8620174 [Exhibit G, para. 1]
(U) Lembaga Pelayanan Pesantren & Studi Islam
-   Jl. Jati Padang II, No. 18-A

---

[3] The Indonesian office of Al-Haramayn uses an alternate spelling, Al-Haramain, on its website and for its email address.

TOP SECRET



TOP SECRET ████████████

Jakarta Selatan (South Jakarta) 12540 Indonesia
Tel. 021-789-2870. Fax 021-780-0188. [Exhibit C; Exhibit D]
(TS
(U) Website: www.alharamain.or.id [Exhibit D]

## BASES FOR DESIGNATION

(U) **AL-HARAMAIN, INDONESIA**

(U) <u>Background on Al-Haramayn's International Activities and Branch Offices</u>

(S//NF) The Al-Haramayn Foundation (AHF) is one of the principal Islamic NGOs active throughout the world. AHF has been infiltrated by Al-Qaeda and has been used by al Qaeda for cover and concealment of assets and material, according to military reporting. AHF "belongs to" the Usamah Bin Ladin-established "World Front of the Jihad Against Jews and Christians," which includes the Egyptian Gama Al-Islamiya, the Egyptian Islamic Jihad (EIJ), the Abu Sayyaf Group (ASG) and the Harakat Ul Ansar of Pakistan, according to military reporting. All these organizations are Specially Designated Global Terrorists pursuant to E.O. 13224. [Exhibit I; ████████ Exhibit K]

(S ████ Prior to the removal of the Taliban from power in Afghanistan, AHF had links to the UBL-financed Makhtab al-Khidemat (MK), ████████ MK is a Specially Designated Global Terrorist pursuant to E.O. 13224.

████████████████████████████████

(S) ████████████████████████████

(TS ████ In one instance later in 2003, a journalist suspected of meeting with Al-Qaeda and Taliban members in Afghanistan was also suspected of transferring funds on behalf of the Al-Qaeda-affiliated AHF, and forwarding videotapes from Al-Qaeda leaders to al-Jazeera TV for broadcast, ████████████. In mid-April 2002, AHF was "involved with" a group of sixty Afghan persons "trained to attack Westerners," ████████ [Exhibit Q; Exhibit R]

<u>Background on Al-Haramain, Indonesia</u>

(S ████ Al-Haramain, Indonesia has offices in Jakarta and Makassar (Ujung Padang). [Exhibit B, p. 7; Exhibit H, para. 9]

TOP SECRET ████████████

TREASURY00089

TOP SECRET ▓▓▓▓▓▓▓▓▓▓▓▓▓

(S▓▓▓) As of October 2003, the director of al-Haramain, Indonesia became the director of a new foundation called Yayasan al-Manahil-Indonesia, ▓▓▓▓▓▓▓▓▓▓▓▓▓ The foundation was located at the same address as al-Haramain's latest office and used the same staff members as al-Haramain. [Exhibit G, para. 1]









---

[4] Abu Zubaydah was designated pursuant to E.O. 13224 on September 23, 2001.

TOP SECRET ▓▓▓▓▓▓▓▓▓▓▓▓

TREASURY00090



TOP SECRET

### 2. Links between Al-Haramain, Indonesia and KOMPAK

(S) According to multiple sources, Al-Haramain, Indonesia provides financial support to the Indonesian NGO KOMPAK[5] which, as described below, has multiple links to Jemaah Islamiyah (SDGT).



[Exhibit S, para. 2 and 3; Exhibit Z, para. 2; Exhibit AA, para. 3]

### a. Links between KOMPAK and Jemaah Islamiyah (SDGT)

(S) KOMPAK was founded by senior Jemaah Islamiyah (JI) leader Agus Dwikarna (SDGT)



### Links between Al-Haramain Saudi Arabia and Al-Haramain Indonesia



### Links between Al-Haramain, Saudi Arabia and Jemaah Islamiyah (SDGT) ·

[5] KOMPAK is an acronym for the Komite Penanggulangan Krisis, otherwise known as the Committee to Overcome Crisis or the Crisis Relief Committee.

TOP SECRET

TREASURY00091



## CONCLUSION

(U) Based on the foregoing information, there is reason to believe that Al-Haramain, Indonesia is:

* assisting in, sponsoring, or providing financial, material or technological support for, or financial or other services to or in support of, al-Qa'ida (SDGT);
* assisting in, sponsoring, or providing financial, material or technological support for, or financial or other services to or in support of, Jemaah Islamiyah (SDGT);
* otherwise associated with al-Qa'ida (SDGT)
* otherwise associated with Jemaah Islamiyah (SDGT).



TOP SECRET

TREASURY00092



TOP SECRET

EXHIBIT LIST

A. Militant Islam in Southeast Asia: Crucible of Terror, Dr. Zachary Abuza, Lynne Rienner Publishers, 2003, p. 147, U
B. ████████████████████████
C. www.yellowpages.co.id (internet) , U
D. www.alharamain.or.id/hubungi-kami/ (internet), U



E.
F.

G.
H.
I.
J.
K.
L.
M.
N.
O.
P.
Q.
R.
S.
T.
U.
V.
W.
X.
Y.
Z.
AA.
BB.
CC.
DD.
EE.
FF.
GG.
HH.





TOP SECRET

TREASURY00093

~~TOP SECRET~~ ██████████████████████

(U) FAC No.: SDG-219773

(U) MEMORANDUM FOR R. RICHARD NEWCOMB
                        DIRECTOR
                        OFFICE OF FOREIGN ASSETS CONTROL

(U) THROUGH: ███████████████████████
                        Chief, Foreign Terrorist Division

(U) FROM: ████████████████
                      International Programs Division/OFAC

(S██) SUBJECT:           Additional Designations Pursuant to E.O. 13224
                            Al-Haramayn Kenya and Tanzania

(U) INTRODUCTION

(U) On September 23, 2001, President Bush declared a national emergency pursuant to the International Emergency Economic Powers Act ("IEEPA"), and issued Executive Order 13224 ("E.O. 13224" or "the E.O.") to address grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the September 11, 2001, terrorist attacks in New York, Pennsylvania, and at the Pentagon. The E.O. imposes economic sanctions on persons who commit, threaten to commit, or support terrorism.[A]

(U) President Bush identified, in the Annex to E.O. 13224, certain individuals and entities as subject to the economic sanctions.[B] As amended, the E.O. authorizes the Secretary of the Treasury, in consultation with the Secretary of State, the Secretary of Homeland Security, and the Attorney General, to designate persons determined:

---

[A] The E.O. blocks all property and interests in property in the United States or within the possession or control of a U.S. person of any persons designated under its authority. In addition, it prohibits transactions or dealings by U.S. persons or within the United States in blocked property, including but not limited to the making or receiving of any contribution of funds, goods, or services to or for the benefit of designated persons.

[B] Twelve individuals and fifteen entities were originally named in the Annex on September 23, 2001. Executive Order 13268 of July 2, 2002 amended the Annex by adding one individual and one entity.

Derived by: ████████████████

Derived from ████████████████
Decl. on:

~~TOP SECRET~~ ████████████████████

TREASURY00094

~~TOP SECRET~~ ████████████████████

1) to be owned or controlled by, or to act for or on behalf of, those persons listed in the Annex to the E.O., or those persons determined to be subject to subsections 1(b), 1(c), or 1(d)(i) of the E.O.;

2) to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or

3) to be otherwise associated with those persons listed in the Annex, or those persons determined to be subject to subsections 1(b), 1(c), or 1(d)(i) of the E.O.

███████ Al-Haramayn Foundation represents itself as an international humanitarian organization involved in fundraising, construction, relief, and educational projects. It orients its relief efforts exclusively towards Muslim populations in order to spread its conservative brand of Salafist ideology. The entire Al-Haramayn organization has long been suspected of providing various types of support to terrorist groups including Al-Qaeda, and its offices in Bosnia and Somalia were designated on March 11, 2002, pursuant to E.O. 13224, for providing support to Al-Qaeda. Al-Haramayn's offices in Kenya and Tanzania are similarly being recommended for designation for providing financial and material support to Al-Qaeda and Al-Itihaad Al-Islamiya, both of which were designated on September 23, 2001 as part of the Annex to E.O. 13224.

(U) Evidence presented in this memorandum and related exhibits provides reason to believe that the below listed entities meet the criteria for designation as set forth in E.O. 13224, based on their ties to Al-Qaeda and Al-Itihaad Al-Islamiya.

(U) <u>IDENTIFIER INFORMATION</u>

(U) **Entities**

(U) **AL HARAMAYN ISLAMIC FOUNDATION (KENYA) aka Islamic Services Center**

(U) <u>AKAs</u>
Al Haramain
al Harameen
el Haramein
Mu'assasat al Haramain al Khayriyya
HIF
HIFA

(U) <u>Location(s)</u>
Nairobi, Kenya
Garissa, Kenya
Daddab, Kenya

(U) **AL-HARAMAYN ISLAMIC FOUNDATION (TANZANIA)**

~~TOP SECRET~~ ████████████████████

TREASURY00095

~~TOP SECRET~~ █████████████████████

(U) AKAs
Al-Haramain
al Harameen
el Haramein
Mu'assasat al Haramain al Khayriyya
HIF
HIFA

(U) Location(s)
· P. O. Box 3616, Dar es Salaam, Tanzania
P. O. Box 80, Iringa, Tanzania
Morogoro, Tanzania
Moshi, Tanzania
Majani Maoana St.
P.O. Box 803, Tanga, Tanzania
Singida, Tanzania
P. O. Box 307, Tanga, Tanzania

(U) BACKGROUND ON AL-HARAMAYN'S INTERNATIONAL ACTIVITIES AND
    BRANCH OFFICES

███ he Al-Haramayn Foundation (AHF) is one of the principal Islamic NGOs active
throughout the world. AHF has been infiltrated by Al-Qaeda and has been used by al Qaeda for
cover and concealment of assets and material, according to military reporting.[1] [Exhibit B,
Exhibit C] AHF "belongs to" the Usamah Bin Ladin-established "World Front of the Jihad
Against Jews and Christians," which includes the Egyptian Gama Al-Islamiya, the Egyptian
Islamic Jihad (EIJ), the Abu Sayyaff Group (ASG) and the Harakat Ul Ansar of Pakistan,
according to military reporting.[2] ████████ All these organizations are Specially Designated
Global Terrorists pursuant to E.O. 13224.

███ Prior to the removal of the Taliban from power in Afghanistan, AHF had links to the
UBL-financed Makhtab al-Khidemat (MK), ████████████████████ MK is a
Specially Designated Global Terrorist pursuant to E.O. 13224.[3] [Exhibit E]

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

████ In one instance later in 2003, a journalist suspected of meeting with Al-Qaeda and
Taliban members in Afghanistan was also suspected of transferring funds on behalf of the Al-

~~TOP SECRET~~ ███████████████████

~~TOP SECRET~~ █████████████████████

Qaeda-affiliated AHF, and forwarding videotapes from Al-Qaeda leaders to al-Jazeera TV for broadcast. ████████████████████ In mid-April 2002, AHF was "involved with" a group of sixty Afghan persons "trained to attack Westerners," ████████████████
█████████

(U) BASES FOR DESIGNATION



(U) Support for Acts of Terrorism



AHF officials in Kenya and Tanzania have been actively involved in supporting the planning and carrying out of terrorist attacks against US and Western targets, as well as other acts of violence. AHF's role appears to be to provide financial and logistical assistance to those who intend to conduct the attacks. Examples include:

~~TOP SECRET~~ ███████████

TOP SECRET



(U) Support for Specially Designated Global Terrorist Organizations

(S) ncluded below are examples of AHF Kenya and Tanzania providing support to Al-Itihaad Al-Islamiya and to Al-Qaeda.

TOP SECRET

TREASURY00098



TOP SECRET

- In late November 1997, based on information that Islamic activists associated with AHF were planning to an attack on the U.S. Embassy in Nairobi, Kenyan authorities arrested ten AHF staff members and deported them. The ten, including Abu Abdul Malik, an Algerian serving as an AHF project manager, were reportedly suspected of aiding the Al Itihaad Al Islamiya (AIAI) an organization designated as a Specially Designated Global Terrorist pursuant to E.O. 13224. According to Embassy contacts, AHF's numerous charitable activities in northeast Kenya provide a useful cover for sending funds and supplies to AIAI. These activities included the use of mosques in Garissa and Mandera where the imam or other officials allegedly have ties to AIAI. One Embassy contact was told by ███████ ████████████████████████ AHF sent weapons and ammunition to AIAI during the August 1996 fighting near the town of Luuq in Somalia. AHF allegedly transported the material on board relief flights that took off from Nairobi's Wilson Airport.[22]

- ████████████████████ [Exhibit CC] As of late January 2003, the AHF office in Nairobi, Kenya had changed its name to the Islamic Services Center. ██████████████████████ [Exhibit FF] As of early February 2003, ████████████████████████████████ the AHF offices removed all visible markings of their association with AHF, according to sensitive reporting.[25] █████████

(U) CONCLUSION

██████ Based on the foregoing information, there is reason to believe that:

- The AHF offices in Kenya and Tanzania act for or on behalf of, and/or assist, sponsor or provide financial, material or technological support for, or financial or other services to, and/or are otherwise associated with entities subject to E.O. 13224, including Al-Qaeda and AIAI.



TOP SECRET

TREASURY00099



~~TOP SECRET~~

(U) EXHIBIT LIST



Exhibit EE: United States of America vs. Wadih El-Hage, US Second Circuit Court of Appeals, Docket No. 00-1025



~~TOP SECRET~~



TOP SECRET

---

[10] Exhibit A: Voice of America News, Correspondent Report 2-297104, December 4, 2002; Associated Press, "Al Qaeda behind Kenya Attacks", December 3, 2002.



[16] Exhibit EE: United States of America vs. Wadih El-Hage, US Second Circuit Court of Appeals, Docket No. 00-1025.



TOP SECRET

<del>TOPSECRET</del>





**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

(U) FAC No.: **SDG-280412**
(U) Key No.: **SDG/I/06:17**
**SDG/I/06:18**
**SDG/I/06:19**

(U) **MEMORANDUM FOR BARBARA HAMMERLE**
**ACTING DIRECTOR**
**OFFICE OF FOREIGN ASSETS CONTROL**

(U) **FROM:**        **MATTHEW A. LEVITT, Ph.D.**
**DEPUTY ASSISTANT SECRETARY**
**OFFICE OF INTELLIGENCE & ANALYSIS**

(U) **SUBJECT:**    Additional Designations Pursuant to E.O. 13224: **Dr. Abd Al**
**Hamid Sulaiman AL-MUJIL** and **International Islamic Relief**
**Organization Philippines and Indonesia Branches**



(U) **INTRODUCTION**

(U) On September 23, 2001, President Bush declared a national emergency pursuant to the International Emergency Economic Powers Act ("IEEPA"), and issued Executive Order 13224 ("E.O. 13224" or "the E.O.") to address grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the September 11, 2001, terrorist attacks in New York, Pennsylvania, and at the Pentagon. The E.O. imposes economic sanctions on, among others, persons who have committed, pose a significant risk of committing, or support terrorism.[A]

---

[A] (U) The E.O. blocks all property and interests in property in the United States or within the possession or control of a U.S. person or any persons designated under its authority. In addition, it prohibits transactions or dealings by U.S.

Derived by:
Derived from:
Declassify on:
Date of Sources:

<del>TOPSECRET</del>

TOP SECRET

(U) President Bush identified, in the Annex to E.O. 13224, as amended by Executive Order 13268 of July 2, 2002, 13 individuals and 16 entities as subject to the economic sanctions. As amended, the E.O. authorizes the Secretary of the Treasury, in consultation with the Secretary of State, the Secretary of Homeland Security, and the Attorney General, to designate persons determined:

(1) to be owned or controlled by, or to act for or on behalf of, those persons listed in the Annex to the E.O., or those persons determined to be subject to subsections 1(b), 1(c), or 1(d)(i) of the E.O.;

(2) to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or

(3) to be otherwise associated with those persons listed in the Annex, or those persons determined to be subject to subsections 1(b), 1(c), or 1(d)(i) of the E.O.

(U) **IDENTIFIER INFORMATION**

(U) **INDIVIDUAL**

| (U) | | **Abd Al Hamid Sulaiman AL-MUJIL** [Exhibit 1, page 1][1] [Declassified – See Exhibit 57] |
|---|---|---|
| (U) | AKA: | Dr. Abd al-Hamid AL-MUJAL [Exhibit 4, para. 3][2] [Declassified – See Exhibit 57] |
| (U) | AKA: | Dr. Abd Abdul-Hamid bin Sulaiman AL-MU'JIL [Exhibit 2][3] [Declassified – See Exhibit 57] |
| (U) | AKA: | Dr. 'Abd Al-Hamid AL-MU'AJJAL [Exhibit 3, para. 4][4] [Declassified – See Exhibit 57] |
| (U) | AKA: | Abd al-Hamid MU'JIL [Exhibit 5, para. 2][5] [Declassified – See Exhibit 57] |
| (U) | AKA: | A. S. MUJEL [Exhibit 2, page 5][6] [Declassified – See Exhibit 57] |
| (U) | AKA: | Abu Abdallah [Exhibit 7, para. 1][7] [Declassified – See Exhibit 57] |
| (U) | DOB: | 28 April 1949 [Exhibit 1][8] [Declassified – See Exhibit 57] |
| (U) | Nationality: | Saudi Arabia [Exhibit 1][9] [Declassified – See Exhibit 57] |
| (U) | Bank Account Information: | Al-Rajhi Banking and Investment Corporation Account No. 30100-001-0006080024608 [Exhibit 2][10] [Declassified – See Exhibit 57] |

---

persons or within the United States in blocked property, including but not limited to the making or receiving of any contribution of funds, goods, or services to or for the benefit of designated persons.

2

TOP SECRET

TOPSECRET



Basilan, Philippines
Cotabato City, Philippines [Exibit 10, para. 4][31]

3

TOPSECRET

TREASURY00104

TOPSECRET



(U)                    AKA              Igasa [Exhibit 55] [49] [Declassified – See Exhibit 57]

TOPSECRET

4



TOPSECRET

—(S Bank Account
Information:    Bank IFI Sudirman Branch
Indonesian Rupiah Account No. 0601001403 [Exhibit 13, para. 1][53]
U.S. Dollar Account No. 0601001411 [Exhibit 13, para. 1][54]

—(S) **BASES FOR DESIGNATION OF INDIVIDUAL AND TWO ENTITIES (organized as follows):**

A. Background Information on IIRO
B. Bases for Designation of **Dr. 'Abd Al-Hamid Al Mujil;**
C. Bases for Designation of the **IIRO Philippine Branch [IIRO-PHL]; and**
D. Bases for Designation of the **IIRO Indonesia Branch [IIRO-IDN]**

(U) A. **Background Information**

—(S___ The International Islamic Relief Organization [IIRO], which is headquartered in Jeddah, Saudi Arabia and maintains numerous branch offices, is one of the primary non-governmental organizations [NGOs] active worldwide associated with and providing financial, material and logistical support to designated terrorist organizations, including **al Qaida** and **UBL**, [Exhibit 14, para 2; Exhibit 15, para. 1; Exhibit 17, para. 5; Exhibit 18, para. 1; Exhibit 19, para. 3][55] the **Taliban**, [Exhibit 20][56] and **Hamas**, [Exhibit 21, para. 4A; Exhibit 23, para. 1][57] as well as **al Qaida** affiliates, *inter alia*, the **Abu Sayyaf Group (ASG)**, [Exhibit 59, para. 6; Exhibit 10, para. 8; Exhibit 17, paras. 2, 3; Exhibit 28, para.2D][58] **Jemaah Islamiyah (JI)**, [Exhibit 29; Exhibit 31, para. 1, 3, 4][59] and **Al Ittihad Al Islamiya (AIAI)** [Exhibit 33, para. 2,3; Exhibit 34, para. 1E]. [60] The IIRO's parent organization is the Muslim World League [MWL], also headquartered in Saudi Arabia. [Exhibit 35][61]

—(S___ According to the IIRO web site, the IIRO was established in 1978 as a humanitarian NGO. As of April/May 2006, IIRO had more than 100 offices in Saudi Arabia and at least twenty-four countries.[B][C] According to its web site, the IIRO seeks to serve the victims of natural disasters and wars, and its programs include the provision of medical, educational and social support to those in need.[Exhibit 36][62] _____ _____ with its official activities to support Muslims in need, the IIRO provides assistance to radical Islamic movements. [Exhibit 16, para. 5A, 6B][63] Indeed, IIRO's support for terrorist organizations began in the early 1990s and continues through to at least the first half of 2006, as discussed below.

—(S___ Evidence presented in this memorandum and related exhibits provides reason to believe that IIRO official Dr. **'Abd Al-Hamid AL-MUJIL**, the **IIRO-Philippines** branch [**IIRO-PHL**],

---

[B] (S___ The IIRO had 18 offices throughout Saudi Arabia as of May 2005. [Exhibit 24, para. 3B]
[C] (U) As of June 2006, the IIRO web site listed international IIRO branch offices in the following countries: Jordan, Indonesia, Pakistan, Bangladesh, Thailand, Azerbaijan, Sri Lanka, Philippines, "Kurdistan," Yemen, Ethiopia, Uganda, Chad, Tanzania, Djibouti, Somalia, Senegal, Sudan, Kenya, Mali, Egypt, Nigeria, Albania, Kosovo, and Bosnia-Herzegovina. [Exhibit 39]

5

TOPSECRET

TREASURY00106

~~TOP SECRET~~

and the **IIRO-Indonesia** branch [**IIRO-IND**] meet the criteria for designation as set forth in E.O. 13224, based on their support for **al Qaida**, **JI**, and/or the **ASG**.

(U) **Jemaah Islamiyah [JI]**[D] is an **al Qaida**-linked[E] terrorist group with cells operating in several countries in Southeast Asia. It was founded in 1993 with the ultimate goal of establishing, through violent jihad, a pan-Islamic caliphate in Southeast Asia. **JI** was designated as a Specially Designated Global Terrorist (SDGT) pursuant to E.O. 13224 on October 23, 2002.

(U) The **Abu Sayyaf Group [ASG]** is the most violent of the separatist groups operating in the Southern Philippines and was designated as an SDGT pursuant to E.O. 13224 on September 24, 2001. It was formed in the early 1990s and received support and seed money from **al Qaida**.

(S     **B. Bases for Designation of Dr. 'Abd Al-Hamid AL-MUJIL**

(U) **1. Introduction**

(TS     Dr. 'Abd Al-Hamid AL-MUJIL [AL-MUJIL] has served as director of the IIRO          ince Branch [IIRO-EP] since at least April 2004, Exhibit 2, page 2][64] F

as of June 2006, he was listed as IIRO-EP's Executive Director on the IIRO web site. [Exhibit 39][66] According to diplomatic reporting in May 2006, **AL-MUJIL** was identified as employed by IIRO-EP. [Exhibit 69, para. 3][67] As discussed below, **AL-MUJIL** has provided support to terrorist organizations including **ASG** and **JI**.

(S     In January 2006, Saudi Brigadier General Khalid Al-Humeidan conveyed that **AL-MUJIL** might be a good U.N. 1267 joint terrorist designation target, as the Saudi Ministry of Interior [MOI] was actively pursuing a fraud and terrorist finance investigation of **AL-MUJIL**. [Exhibit 68, para. 5][68] On April 28, 2006, the Saudi MOI reported that **AL-MUJIL** was in custody as of the night before, and that he would be under interrogation for the next 48 hours. [Exhibit 69, paras. 2, 3][69]

(S     **2. AL-MUJIL Provides Financial Support to al Qaida, JI, and the ASG**

(S     **AL-MUJIL** has a long history of providing support to terrorist groups. **AL-MUJIL** provided donor funds directly to **al Qaida**, particularly for Islamic fighters, according to a report

[D] (U) Names appearing in bold in this document are either Specially Designated Global Terrorists (SDGTs) pursuant to E.O. 13224 or, in the case of the **IIRO-Philippines** and **IIRO-Indonesia** branches and **AL-MUJIL**, proposed for designation.
[E] (U) **Al Qaida** was designated as an SDGT pursuant to E.O. 13224 on September 24, 2001.
[F]

6

~~TOP SECRET~~

TREASURY00107

TOPSECRET



(S████) In the late 1990s, **AL-MUJIL** provided direct financial assistance to **ASG** leaders Abdurajak Janjalani and Ustadz Ibrahim Ali [Ali] via **ASG** supporter, Mahmoud Abd Al-Jalil Afif. [Exhibit 56][761]

(S███) **3. AL-MUJIL is Associated with** a

TOPSECRET

7



TOP SECRET

(TS        4.  **Al-MUJIL Asserts Control Over IIRO Southeast Asia Branches**

(TS        IIRO-EP's **AL-MUJIL** reportedly has exercised decision-making authority over a number of IIRO offices, including **IIRO-PHL, IIRO-IND,** proposed for designation herein, and IIRO's Thailand branch [IIRO-THA]. [Exhibit 2, page 2][83] These offices supported by **AL-MUJIL** are implicated in supporting the **ASG** and/or **JI.** [Exhibit 31, paras. 1, 3, 4; Exhibit 29; Exhibit 58, paras. 2, 3; Exhibit 59, para. 6; Exhibit 10, para. 9][84] In line with **AL-MUJIL**'s decision-making responsibilities, in February 2006, IIRO-EP's **AL-MUJIL** planned to visit Thailand in order to inspect IIRO-THA,                    Exhibit 45][85] In addition, **AL-MUJIL** often "adjudicated" (possibly meaning authorized) payment transfers, mosque and well construction, school curricula and orphan care programs for these branches,             in January 2006. [Exhibit 2][86]

(TS        5.    **Other Information: AL-MUJIL's Continued Support for IIRO-PHL and IIRO-IND Activities**

(TS

in February 2006 AL-MUJIL appeared set to                    and to courier funds to cover IIRO-THA's expenses

an individual based in Thailand received in the amount of 5,837,518 Thai Baht (USD 147,600) for the Yala Islamic College. [Exhibit 54][90 K] An IIRO Thailand branch office is located on the campus of the Yala Islamic College. [Exhibit 25, para. 1][91]

(U) **CONCLUSION**

(S        Based on the foregoing information, there is reason to believe **DR. 'Abd Al-Hamid AL-MUJIL [AL-MUJIL]** meets the criteria for designation under Executive Order 13224 for the following reasons:

- By providing donor funds to **al Qaida**, **AL-MUJIL** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **al Qaida**, an entity listed on the Annex to E.O. 13224.

K

TOP SECRET

8

~~TOP SECRET~~ █████████████████

- By providing financial support to the **ASG** and its leaders, **AL-MUJIL** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of the **ASG**, an entity listed on the Annex to E.O. 13224.



- By maintaining relations with **UBL**, **AL-MUJIL** is otherwise associated with **UBL**, a person listed in the Annex to E.O. 13224.

- By maintaining relations with **KSM**, **AL-MUJIL** is otherwise associated with **KSM**, a person listed in the Annex to E.O. 13224.

~~(S~~ ████ **C. Bases for Designation of the IIRO Philippines Branch [IIRO-PHL]**

**(U) 1.  Background on Al Qaida control of IIRO-PHL**

~~(TS~~ ███████████ The Philippine branch of the **IIRO** [**IIRO-PHL**] was founded some time in th███████████ly 1990s by **UBL**'s brother-in-law and senior **al Qaida** member Muhammad Jamal Khalifah [Khalifah],[L] █████████████████████[Exhibit 71, para. 2; Exhibit 72, para. 1; Exhibit 73; Exhibit 74, paras. 1, 2, 3; Exhibit 28, para. 2D; Exhibit 10, para. 4][92] While working as the director of **IIRO-PHL**, Khalifah maintained close relations with **UBL** and **al Qaida** and has maintained close ties to senior **al Qaida** figures Abdullah Azzam and Abdulhassan al-Midani a.k.a. **Wa'el Hamza Julaidan**,[M] a long-time senior official of the IIRO (and the Muslim World League). [Exhibit 60, para. 1B; Exhibit 75; Exhibit 76, page 3][93] ██████████████████████████ Khalifah came to the Philippines from Afghanistan to establish the IIRO office there at the suggestion and facilitation of **Julaidan**. [Exhibit 60, para. 1B][94]

~~(S~~ ████ Khalifah also maintained ties to **ASG** officials while in the Philippines ████████████

███████████████████████████

---

[L] ~~(S~~ ████████████████████████████████████████ was associated with various Islamic organizations, charitable organizations and business institutions in the Philippines funded by **UBL**. [Exhibit 74, paras. 6, 8] ████████████

████████████████████████ [Exhibit 74, paras. 3, 4; Exhibit 111, para. 6]

(U) Wa'el Hamza Juladain was designated as an SDGT pursuant to E.O. 13224 on September 6, 2002.

9

~~TOP SECRET~~ █████████████████

TREASURY00110

TOPSECRET



As of 2003, and reportedly was in charge of real estate and building affairs for another Saudi-based NGO affiliated with Khalifah and the **ASG**. [Exhibit 98, para. 4; Exhibit 46, paras. 1, 3, Exhibit 47][99]

s of 2005, the **IIRO-PHL** maintained offices in Manila and in various cities in the Mindanao region of the Philippines. [Exhibit 8, para. 2; Exhibit 58, para. 2; Exhibit 61, para. 9][100]

**2. IIRO-PHL Senior Official Provided Support for Recent ASG Terrorist Attack**

This bombing killed three people and wounded 41. [Exhibit 85]

**3. IIRO-PHL Provides Financial and Material Support to ASG**

Mheng had

---

[N] (U) **Raddulan Sahiron** was designated as an SDGT pursuant to E.O. 13224 on November 30, 2005.

10

TOPSECRET

TREASURY00111



According to July 2004 Department of Defense reporting, IIRO was believed to have built safe ho████ in the Southern Philippines for extremists transiting to and from Indonesia. The IIRO also provided documentation and other aid to assist these extremists. [Exhibit 93, para. C][115]

(possibly meaning authorized) payment transfers, mosque and well construction, school curricula an████ an care programs for these branches, ████████████ in January

TREASURY00112

TOP SECRET ██████████████████████████████████████

According to the Umog interrogation report, **IIRO-PHL**, under the direction of Khalifah, also sent **ASG** and MILF members to Afghanistan to train with the "mujahidin." Khalifah stated that he wanted the **ASG** and the MILF to train together to establish alliances among the groups. [Exhibit 10, paras. 9, 10; Exhibit 92][118]

## (U) CONCLUSION

—(S██████Based on the foregoing information, there is reason to believe that **IIRO-PHL** meets the criteria for designation under Executive Order 13224 for the following reasons:

- By providing financing and training to **ASG**, **IIRO-PHL** assists in, sponsors, or provides financial, material, or technological support for, or financial or other services to or in support of **ASG**, an entity listed on the Annex to E.O. 13224.

- By serving as a conduit for funds from **UBL** to the **ASG** in the Philippines, **IIRO-PHL** acts for or on behalf of, or assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **UBL**, an individual listed on the Annex to E.O. 13224.

- As an entity over which **AL-MUJIL** exercises decision-making authority, **IIRO-PHL** acts for or on behalf of **AL-MUJIL**, an individual proposed for designation herein under E.O. 13224.

—(S██████**D. Bases for Designation of the IIRO Indonesia Branch [IIRO-IND]**

—(S██████**1. IIRO-IND Support for JI**



---

Q Jamal was the director of the **IIRO-IND** from 2001 until mid-to-late 2004. [Exhibit 103, para. 4; Exhibit 12, para.1; Exhibit 66, para. 2]██████████████████████████████
████████████According to the IIRO website, as of May 2006, Fahd Muhammad Al-Harbi was listed as the director of **IIRO-IND**. [Exhibit 104]

12

TOP SECRET ████████████████████████████

~~TOP SECRET~~

—(S█████ **2. IIRO-IND Support for al Qaida**

—(TS███ **3. IIRO-IND Acts for or on Behalf of AL-MUJIL**

—(TS███ IIRO-EP's **AL-MUJIL** reportedly has decision-making authority over a number of offi███ n Southeast Asia, including **IIRO-IND. AL-MUJIL** often "adjudicates" (possibly meaning authorizes) payment transfers, mosque and well construction, school curricula and orphan care programs for these branches,████████████████ in January 2006. [Exhibit 2]^125

## (U) CONCLUSION

—(S███ Based on the foregoing information, there is reason to believe that **IIRO-IND** meets the cri███ for designation under Executive Order 13224 for the following reasons:

- By financing **JI** and organizations associated with **JI, IIRO-IND** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **JI**, an entity listed on the Annex to E.O. 13224.

- As an entity over which **AL-MUJIL** maintains decision-making authority, **IIRO-IND** acts for or on behalf of **AL-MUJIL**, an individual proposed for designation herein under E.O. 13224.

- By financing the creation of training facilities to be used by **al Qaida** associates in Indonesia, **IIRO-IND** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **al Qaida**, an entity listed on the Annex to E.O. 13224.

---

^R (U) **Abu Bakar Ba'asyir** was designated as an SDGT pursuant to E.O. 13224 on April 13, 2006.
^S

13

~~TOP SECRET~~

TOPSECRET

(U) EXHIBIT LIST



Exhibit 20    "Two Muslim Charities Under Scrutiny; Saudi-Funded Groups
Deny Ties to Terrorist Networks but Cite Vulnerability," WASH.
POST, Sept. 30, 2001, para.10                                        (U)



Exhibit 35    FINANCIAL TIMES INFORMATION, GLOBAL NEWS WIRE, "Saudi Arabia:
MWL Chief Meets with Senior Jordanian Official", May 25, 2003         (U)

Exhibit 36    http://web.archive.org/web/20011214224506/www.arab.net/iiro.

14

TOPSECRET

TOP SECRET



Exhibit 67    Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002,

Exhibit 76    David Kaplan, *The Saudi Connection, How Billions in Saudi Oil Money Spawned a Global Terrorist Movement,* U.S. NEWS & WORLD REPORT (Dec. 15, 2003) at 3, (U).

15

TOP SECRET

TREASURY00116

TOPSECRET



http://www.mosa.org/web/offices.php.

part of exhibit).

TOPSECRET

~~TOP SECRET~~

## (U) **ENDNOTES**

[13] Exhibit 67     Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)

[14] Exhibit 67     Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)

[20] Exhibit 26     Mark P. Denbeaux & Joshua Denbeaux, Second Report on the Guantanamo Detainees, Seton Hall University School of Law, at 11.

[25] Exhibit 106    *Government's Evidentiary Proffer*, U.S. v. Arnaout, No. 02 CR 892, (U.S. N.D. Il).

[35] Exhibit 67     Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)

[36] Exhibit 67     Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)

17

~~TOP SECRET~~

TREASURY00118



TOPSECRET

http://web.archive.org/web/20011214224506/www.arab.net/info.

TOPSECRET

TREASURY00119



TOPSECRET

TOPSECRET

TREASURY00120

TOPSECRET



TOPSECRET

TREASURY00121