An official website of the United States Government Here's how you know

🇺🇸

**Home** > ... > Executive Order 13224

# Executive Order 13224

**BUREAU OF COUNTERTERRORISM**

### LEARN MORE

**Designation Criteria**

**Designation Process**

**Effects of Designation**

**Current List of Terrorists and Groups Identified Under E.O. 13224**

**Individuals and Entities Designated by the State Department Under E.O. 13224**

*For a current list, updated regularly, of terrorists and groups identified under E.O. 13224, see the U.S. Department of the Treasury Specially Designated Nationals List (SDN)»*

Then-President Bush signed Executive Order 13224 on September 23, 2001. Executive Order 13224 gives the U.S. Government a powerful tool to impede terrorist funding and is part of our national commitment to lead the international effort to bring a halt to the evil of terrorist activity. Then-President Bush issued Executive Order 13224 pursuant to the authorities of the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (IEEPA), the National Emergencies Act (50 U.S.C. 1601 et seq.), section 5 of the United Nations Participation Act of 1945, as amended (22 U.S.C. 287c)(UNPA), and section 301 of title 3, United States Code. In issuing Executive Order 13224, Then-Pres

Help us improve

Cookie Settings


EXHIBIT

WAMY EX. 235

declared a national emergency to deal with the unusual and extraordinary threat to the national security, foreign policy, and economy of the United States posed by grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the terrorist attacks in New York and Pennsylvania, and on the Pentagon committed on September 11, 2001, and the continuing and immediate threat of further attacks on U.S. nationals or the United States.

In general terms, the Order provides a means by which to disrupt the financial support network for terrorists and terrorist organizations by authorizing the U.S. government to designate and block the assets of foreign individuals and entities that commit, or pose a significant risk of committing, acts of terrorism. In addition, because of the pervasiveness and expansiveness of the financial foundations of foreign terrorists, the Order authorizes the U.S. government to block the assets of individuals and entities that provide support, services, or assistance to, or otherwise associate with, terrorists and terrorist organizations designated under the Order, as well as their subsidiaries, front organizations, agents, and associates.

## Designation Criteria

In addition to the 29 individuals and entities designated by the President and listed in the Annex to the Executive Order, as amended by Executive Order 13268 of July 2, 2002, the Order provides authority for the designation (and blocking of assets) of additional individuals or entities (defined to mean partnerships, associations, corporations, or other organizations, groups, or subgroups):

The Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General, may designate foreign individuals or entities that he determines have committed, or pose a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or economy of the U.S.;

The Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, may designate individuals or entities that are determined:

To be owned or controlled by, or act for or on behalf of an individual or entity listed in the Annex to the Order or by or for persons determined to be subject to subsection

1(b), 1(c), or 1(d)(i) of this Order;

To assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, acts of terrorism or individuals or entities designated in or under the Order; or

To be otherwise associated with certain individuals or entities designated in or under the Order.

For the purpose of the Order, "terrorism" is defined to be an activity that (1) involves a violent act or an act dangerous to human life, property, or infrastructure; and (2) appears to be intended to intimidate or coerce a civilian population; to influence the policy of a government by intimidation or coercion; or to affect the conduct of a government by mass destruction, assassination, kidnapping, or hostage-taking.

# Designation Process

The Executive Order authorizes both the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General, or the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, to designate individuals and entities pursuant to the specified criteria described above.

Once the Secretary of State or the Secretary of the Treasury designates an individual or entity, the Office of Foreign Assets Control (OFAC) of the Department of the Treasury takes appropriate action to block the assets of the individual or entity in the United States or in the possession or control of U.S. persons, including notification of the blocking order to U.S. financial institutions, directing them to block the assets of the designated individual or entity. Notice of the designation is also published in the *Federal Register*. OFAC also adds the individual or entity to its list of Specially Designated Nationals, by identifying such individuals or entities as Specially Designated Global Terrorists (SDGTs), and posts a notice of this addition on the OFAC website. Designations remain in effect until the designation is revoked or the Executive Order lapses or is terminated in accordance with U.S. law.

# Effects of Designation

# Legal Consequences

1. With limited exceptions set forth in the Order, or as authorized by OFAC, all property and interests in property of designated individuals or entities that are in the United States or that come within the United States, or that come within the possession or control of U.S. persons are blocked.

2. With limited exceptions set forth in the Order, or as authorized by OFAC, any transaction or dealing by U.S. persons or within the United States in property or interests in property blocked pursuant to the Order is prohibited, including but not limited to the making or receiving of any contribution of funds, goods, or services to or for the benefit of individuals or entities designated under the Order.

3. Any transaction by any U.S. person or within the United States that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions in the Order is prohibited. Any conspiracy formed to violate any of the prohibitions is also prohibited.

4. Civil and criminal penalties may be assessed for violations.

# Other Effects

1. Deters donations or contributions to designated individuals or entities.

2. Heightens public awareness and knowledge of individuals or entities linked to terrorism.

3. Alerts other governments to U.S. concerns about individuals or entities aiding terrorism, and promotes due diligence by such governments and private sector entities operating within their territories to avoid associations with terrorists.

4. Disrupts terrorist networks, thereby cutting off access to financial and other resources from sympathizers.

5. Encourages designated entities to get out of the terrorism business.

# Current List of Terrorists and Groups Identified Under E.O. 13224

*For a current list, updated regularly, of terrorists and groups identified under E.O. 13224, see the* [*U.S. Department of the Treasury Specially Designated Nationals List (SDN)»*](#)

**Executive Order 13224:** By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.)(IEEPA), the National Emergencies Act (50 U.S.C. 1601 et seq.), section 5 of the United Nations Participation Act of 1945, as amended (22 U.S.C. 287c) (UNPA), and section 301 of title 3, United States Code, and in view of United Nations Security Council Resolution (UNSCR) 1214 of December 8, 1998, UNSCR 1267 of October 15, 1999, UNSCR 1333 of December 19, 2000, and the multilateral sanctions contained therein, and UNSCR 1363 of July 30, 2001, establishing a mechanism to monitor the implementation of UNSCR 1333,

I, GEORGE W. BUSH, Then-President of the United States of America, find that grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the terrorist attacks in New York, Pennsylvania, and the Pentagon committed on September 11, 2001, acts recognized and condemned in UNSCR 1368 of September 12, 2001, and UNSCR 1269 of October 19, 1999, and the continuing and immediate threat of further attacks on United States nationals or the United States constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and in furtherance of my proclamation of September 14, 2001, Declaration of National Emergency by Reason of Certain Terrorist Attacks, hereby declare a national emergency to deal with that threat. I also find that because of the pervasiveness and expansiveness of the financial foundation of foreign terrorists, financial sanctions may be appropriate for those foreign persons that support or otherwise associate with these foreign terrorists. I also find that a need exists for further consultation and cooperation with, and sharing of information by, United States and foreign financial institutions as an additional tool to enable the United States to combat the financing of terrorism.

I hereby order:

Section 1. Except to the extent required by section 203(b) of IEEPA (50 U.S.C. 1702(b)), or provided in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted prior to the effective date of this order, all property and interests in property of the following persons that are in the United States or that hereafter come within the United States, or that hereafter come within the possession or control of United States persons are blocked:

(a) foreign persons listed in the Annex to this order;

(b) foreign persons determined by the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General, to have committed, or to pose a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or economy of the United States;

(c) persons determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, to be owned or controlled by, or to act for or on behalf of those persons listed in the Annex to this order or those persons determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of this order;

(d) except as provided in section 5 of this order and after such consultation, if any, with foreign authorities as the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General, deems appropriate in the exercise of his discretion, persons determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General;

(i) to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to this order or determined to be subject to this order; or

(ii) to be otherwise associated with those persons listed in the Annex to this order or those persons determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of this order.

Sec. 2. Except to the extent required by section 203(b) of IEEPA (50 U.S.C. 1702(b)), or provided in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted prior to the effective date:

(a) any transaction or dealing by United States persons or within the United States in property or interests in property blocked pursuant to this order is prohibited, including but not limited to the making or receiving of any contribution of funds, goods, or services to or for the benefit of those persons listed in the Annex to this order or determined to be subject to this order;

(b) any transaction by any United States person or within the United States that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions set forth in this order is prohibited; and

(c) any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

Sec. 3. For purposes of this order:

(a) the term "person" means an individual or entity;

(b) the term "entity" means a partnership, association, corporation, or other organization, group, or subgroup;

(c) the term "United States person" means any United States citizen, permanent resident alien, entity organized under the laws of the United States (including foreign branches), or any person in the United States; and

(d) the term "terrorism" means an activity that —

(i) involves a violent act or an act dangerous to human life, property, or infrastructure; and

(ii) appears to be intended —

(A) to intimidate or coerce a civilian population;

(B) to influence the policy of a government by intimidation or coercion; or

(C) to affect the conduct of a government by mass destruction, assassination, kidnapping, or hostage-taking.

Sec. 4. I hereby determine that the making of donations of the type specified in section 203(b)(2) of IEEPA (50 U.S.C. 1702(b)(2)) by United States persons to persons determined to be subject to this order would seriously impair my ability to deal with the national emergency declared in this order, and would endanger Armed Forces of the United States that are in a situation where imminent involvement in hostilities is clearly indicated by the circumstances, and hereby prohibit such donations as provided by section 1 of this order. Furthermore, I hereby determine that the Trade Sanctions Reform and Export Enhancement Act of 2000 (title IX, Public Law 106-387) shall not affect the imposition or the continuation of the imposition of any unilateral agricultural sanction or unilateral medical sanction on any person determined to be subject to this order because imminent involvement of the Armed Forces of the United States in hostilities is clearly indicated by the circumstances.

Sec. 5. With respect to those persons designated pursuant to subsection 1(d) of this order, the Secretary of the Treasury, in the exercise of his discretion and in consultation with the Secretary of State and the Attorney General, may take such other actions than the complete blocking of property or interests in property as the President is authorized to take under IEEPA and UNPA if the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, deems such other actions to be consistent with the national interests of the United States, considering such factors as he deems appropriate.

Sec. 6. The Secretary of State, the Secretary of the Treasury, and other appropriate agencies shall make all relevant efforts to cooperate and coordinate with other countries, including through technical assistance, as well as bilateral and multilateral agreements and arrangements, to achieve the objectives of this order, including the prevention and suppression of acts of terrorism, the denial of financing and financial services to terrorists and terrorist organizations, and the sharing of intelligence about funding activities in support of terrorism.

Sec. 7. The Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, is hereby authorized to take such actions, including the promulgation of rules and regulations, and to employ all powers granted to the President by IEEPA and UNPA as may be necessary to carry out the purposes of this order. The Secretary of the Treasury may redelegate any of these functions to other officers and agencies of the

United States Government. All agencies of the United States Government are hereby directed to take all appropriate measures within their authority to carry out the provisions of this order.

Sec. 8. Nothing in this order is intended to affect the continued effectiveness of any rules, regulations, orders, licenses, or other forms of administrative action issued, taken, or continued in effect heretofore or hereafter under 31 C.F.R. chapter V, except as expressly terminated, modified, or suspended by or pursuant to this order.

Sec. 9. Nothing contained in this order is intended to create, nor does it create, any right, benefit, or privilege, substantive or procedural, enforceable at law by a party against the United States, its agencies, officers, employees or any other person.

Sec. 10. For those persons listed in the Annex to this order or determined to be subject to this order who might have a constitutional presence in the United States, I find that because of the ability to transfer funds or assets instantaneously, prior notice to such persons of measures to be taken pursuant to this order would render these measures ineffectual. I therefore determine that for these measures to be effective in addressing the national emergency declared in this order, there need be no prior notice of a listing or determination made pursuant to this order.

Sec. 11. (a) This order is effective at 12:01 a.m. eastern daylight time on September 24, 2001.

(b) This order shall be transmitted to the Congress and published in the Federal Register.

GEORGE W. BUSH
THE WHITE HOUSE,
September 23, 2001.

ANNEX

Al Qaida/Islamic Army
Abou Iyadh
Abu Sayyaf Group
Armed Islamic Group (GIA)
Harakat ul-Mujahidin (HUM)

Al-Jihad (Egyptian Islamic Jihad)

Islamic Movement of Uzbekistan (IMU)

Asbat al-Ansar

Salafist Group for Call and Combat (GSPC)

Libyan Islamic Fighting Group

Al-Itihaad al-Islamiya (AIAI)

Islamic Army of Aden

Usama bin Laden|

Muhammad Atif (aka, Subhi Abu Sitta, Abu Hafs Al Masri)

Sayf al-Adl

Shaykh Sai'id (aka, Mustafa Muhammad Ahmad)

Abu Hafs the Mauritanian (aka, Mahfouz Ould al-Walid, Khalid Al-Shanqiti)

Ibn Al-Shaykh al-Libi

Abu Zubaydah (aka, Zayn al-Abidin Muhammad Husayn, Tariq)

Abd al-Hadi al-Iraqi (aka, Abu Abdallah)

Ayman al-Zawahiri

Thirwat Salah Shihata

Tariq Anwar al-Sayyid Ahmad (aka, Fathi, Amr al-Fatih)

Muhammad Salah (aka, Nasr Fahmi Nasr Hasanayn)

Makhtab Al-Khidamat/Al Kifah

Wafa Humanitarian Organization

Al Rashid Trust

Mamoun Darkazanli Import-Export Company

---

# Individuals and Entities Designated by the State Department Under E.O. 13224

Like the Department of the Treasury, the Department of State has authority to designate individuals and entities under Executive Order (E.O.) 13224. Below are all E.O. 13224 listings designated by the Department of State, as well as those designated under the Annex of the executive order and marked with an asterisk (*). For a full list of all E.O. 13224 designations, including those listed by the Department of the Treasury, please visit the **Office of Foreign Assets Control's website**  .

# Designated Individuals and Entities

| Date Designated | Name |
| --- | --- |
| March 9, 2026 | Sudanese Muslim Brotherhood |
| January 13, 2026 | Muhammad Fawzi Taqqosh (Lebanese Muslim Brotherhood) |
| January 13, 2026 | Lebanese Muslim Brotherhood |
| December 16, 2025 | Clan del Golfo |
| November 13, 2025 | Antifa Ost, aka Hammerbande |
| November 13, 2025 | Informal Anarchist Federation/International Revolutionary Front (FAI/FRI) |
| November 13, 2025 | Armed Proletarian Justice |
| November 13, 2025 | Revolutionary Class Self-Defense |
| September 23, 2025 | Barrio 18 |
| September 4, 2025 | Los Choneros |
| September 4, 2025 | Los Lobos |
| June 12, 2025 | Kata'ib al-Imam Ali (KIA) |
| June 12, 2025 | Nasr Mohsen Ali Huthele, aka Nasr al-Shammari (HAN) |
| May 2, 2025 | Viv Ansanm |
| May 2, 2025 | Gran Grif |
| February 20, 2025 | Cartel de Sinaloa |
| February 20, 2025 | Cartel de Jalisco Nueva Generacion (CJNG) |

| Date Designated | Name |
|---|---|
| February 20, 2025 | Cartel del Noreste |
| February 20, 2025 | La Nueva Familia Michoacana |
| February 20, 2025 | Cartel del Golfo (Gulf Cartel) |
| February 20, 2025 | Carteles Unidos |
| February 20, 2025 | Tren de Aragua |
| February 20, 2025 | Mara Salvatrucha (MS-13) |
| January 13, 2025 | Hendrik-Wahl Muller (Terrorgram) |
| January 13, 2025 | Noah Licul (Terrorgram) |
| January 13, 2025 | Ciro Daniel Amorim Ferreira (Terrorgram) |
| January 13, 2025 | The Terrorgram Collective (Terrorgram) |
| June 17, 2024 | Harakat Ansar Allah al-Awfiya (HAAA) |
| June 17, 2024 | Haydar Muzhir Ma'lak al-Sa'idi, AKA Haydar al-Gharawi (HAAA) |
| June 14, 2024 | Leif Robert Eklund (NRM) |
| June 14, 2024 | Pär Öberg (NRM) |
| June 14, 2024 | Tor Fredrik Vejdeland (NRM) |
| June 14, 2024 | Nordic Resistance Movement (NRM) |
| June 14, 2024 | Adam Khamirzaev (ISIS) |
| April 23, 2024 | Hussein Ould Hammada (al-Murabitoun) |
| April 23, 2024 | Hamama Ould Khouier (al-Murabitoun) |
| April 23, 2024 | Talha al-Libi (JNIM) |
| April 23, 2024 | Messaoud Belhireche (JNIM) |
| February 16, 2024 | Ansarallah |

| Date Designated | Name |
| --- | --- |
| December 8, 2023 | Mohamed Ali Nkalubo (ISIS-DRC) |
| December 8, 2023 | Ahmed Mahamud Hassan Aliyani (ISIS-DRC) |
| November 17, 2023 | Kata'ib Sayyid al-Shuhada (KSS) |
| November 17, 2023 | Hashim Finyan Rahim al-Saraji (KSS) |
| November 14, 2023 | Akram al-Ajouri (PIJ) |
| June 20, 2023 | Arkan Ahmad 'Abbas al-Matuti (ISIS) |
| June 20, 2023 | Nawaf Ahmad Alwan al-Rashidi (ISIS) |
| June 8, 2023 | Abdallah Makki Muslih al-Rufay'i (ISIS) |
| June 8, 2023 | Abu Bakr ibn Muhammad ibn 'Ali al-Mainuki (ISIS) |
| May 24, 2023 | Maxamed Siidow (al-Shabaab) |
| May 24, 2023 | Cali Yare (al-Shabaab) |
| May 24, 2023 | Maxamed Dauud Gabaane (al-Shabaab) |
| May 24, 2023 | Suleiman Cabdi Daoud (al-Shabaab) |
| May 24, 2023 | Mohamed Omar Mohamed (al-Shabaab) |
| April 11, 2023 | Sami Mahmud Mohammed al-Uraydi (Hurras al-Din) |
| November 30, 2022 | Osama Mehmood (AQIS) |
| November 30, 2022 | Atif Yahya Ghouri (AQIS) |
| November 30, 2022 | Muhammad Maruf (AQIS) |
| November 30, 2022 | Mufti Hazrat Deroji, aka Qari Amjad (TTP) |
| October 17, 2022 | Mohamed Mire (al-Shabaab) |
| October 17, 2022 | Yasir Jiis (al-Shabaab) |

| Date Designated | Name |
|---|---|
| October 17, 2022 | Yusuf Ahmed Hajji Nurow (al-Shabaab) |
| October 17, 2022 | Mustaf 'Ato (al-Shabaab) |
| October 17, 2022 | Mohamoud Abdi Aden (al-Shabaab) |
| June 15, 2022 | Anton Thulin |
| March 7, 2022 | Katibat al Tawhid wal Jihad (KTJ) |
| December 1, 2021 | Segunda Marquetalia |
| December 1, 2021 | Luciano Marin Arango (Segunda Marquetalia) |
| December 1, 2021 | Hernan Dario Velasquez Saldarriaga (Segunda Marquetalia) |
| December 1, 2021 | Henry Castellanos Garzon (Segunda Marquetalia) |
| December 1, 2021 | Revolutionary Armed Forces of Colombia – People's Army (FARC-EP) |
| December 1, 2021 | Nestor Gregorio Vera Fernandez (FARC-EP) |
| December 1, 2021 | Miguel Santanilla Botache (FARC-EP) |
| December 1, 2021 | Euclides Espana Caicedo (FARC-EP) |
| November 22, 2021 | Sanaullah Ghafari, aka Shahab al-Muhajir (ISIS-K) |
| November 22, 2021 | Sultan Aziz Azam (ISIS-K) |
| November 22, 2021 | Maulawi Rajab, aka Maulawi Rajab Salahudin  (ISIS-K) |
| August 6, 2021 | Bonomade Machude Omar, aka Ibn Omar (ISIS-Mozambique) |
| August 6, 2021 | Sidan Ag Hitta (JNIM) |
| August 6, 2021 | Salem ould Breihmatt, aka Abu Hamza al-Shanqiti (JNIM) |
| August 6, 2021 | Ali Mohamed Rage (al-Shabaab) |

| Date Designated | Name |
|---|---|
| August 6, 2021 | Abdikadir Mohamed Abdikadir (al-Shabaab) |
| June 28, 2021 | Ousmane Illiassou Djibo (ISIS-GS) |
| May 20, 2021 | Yusuf al-Madani (Houthi) |
| March 10, 2021 | ISIS-DRC |
| March 10, 2021 | ISIS-Mozambique |
| March 10, 2021 | Seka Musa Baluku (ISIS-DRC) |
| March 10, 2021 | Abu Yasir Hassan (ISIS-Mozambique) |
| January 14, 2021 | Alaa Ali Ali Mohammed al-Samahi (HASM) |
| January 14, 2021 | Yahya al-Sayyid Ibrahim Musa (HASM) |
| January 13, 2021 | Abd al-Aziz Malluh Mirjirash al-Muhammadawi, aka Abu Fadak |
| January 12, 2021 | Muhammad Abbatay (AQ) |
| January 12, 2021 | Sultan Yusuf Hasan al-'Arif (AQ) |
| January 12, 2021 | Fuad Ahmad Nuri Ali al-Shakhan (AQKB) |
| January 12, 2021 | Isma'il Fu'ad Rasul Ahmed (AQKB) |
| January 12, 2021 | Niamat Hama Rahim Hama Sharif (AQKB) |
| December 15, 2020 | Saraya al-Mukhtar (SaM) |
| December 11, 2020 | Ashraf al-Qizani (JAK-T) |
| November 17, 2020 | Abdullahi Osman Mohamed (al-Shabaab) |
| November 17, 2020 | Maalim Ayman (al-Shabaab) |
| April 6, 2020 | Russian Imperial Movement (RIM) |
| April 6, 2020 | Stanislav Anatolyevich Vorobyev (RIM) |

| Date Designated | Name |
| --- | --- |
| April 6, 2020 | Denis Valiullovich Gariyev (RIM) |
| April 6, 2020 | Nikolay Nikolayevich Trushchalov (RIM) |
| March 18, 2020 | Amir Muhammad Sa'id Abdal-Rahman al-Mawla, aka Hajji Abdallah (ISIS) |
| February 26, 2020 | Ahmad al-Hamidawi (KH) |
| January 3, 2020 | Asa'ib Ahl al-Haq (AAH) |
| January 3, 2020 | Laith al-Khazali (AAH) |
| January 3, 2020 | Qays al-Khazali (AAH) |
| November 7, 2019 | Amadou Kouffa (JNIM) |
| September 10, 2019 | Noor Wali (TTP) |
| September 10, 2019 | Marwan Issa (HAMAS) |
| September 10, 2019 | Muhammad al-Hindi (PIJ) |
| September 10, 2019 | Baha' Abu al-'Ata (PIJ) |
| September 10, 2019 | Ali Karaki (Hizballah) |
| September 10, 2019 | Muhammad Haydar (Hizballah) |
| September 10, 2019 | Fu'ad Shukr (Hizballah) |
| September 10, 2019 | Ibrahim 'Aqil (Hizballah) |
| September 10, 2019 | Hajji Taysir (ISIS) |
| September 10, 2019 | Abu Abdullah ibn Umar al-Barnawi (ISIS-WA) |
| September 10, 2019 | Hatib Hajan Sawadjaan (ISIS-P) |

| Date Designated | Name |
| --- | --- |
| September 10, 2019 | Hurras al-Din |
| September 10, 2019 | Faruq al-Suri (Hurras al-Din) |
| July 16, 2019 | Ali Maychou (JNIM) |
| July 2, 2019 | Husain Ali Hazzima (Hizballah) |
| July 2, 2019 | Balochistan Liberation Army (BLA) |
| March 5, 2019 | Harakat al-Nujaba (HAN) |
| March 5, 2019 | Akram 'Abbas al-Kabi (HAN) |
| November 20, 2018 | Hajji 'Abd al-Nasir (ISIS) |
| November 13, 2018 | al-Mujahidin Brigades |
| November 13, 2018 | Jawad Nasrallah (Hizballah) |
| September 5, 2018 | Jama'at Nusrat al-Islam wal-Muslimin (JNIM) |
| August 13, 2018 | Qassim Abdullah Ali Ahmed, aka Qassim al-Muamen (al-Ashtar Brigades) |
| July 31, 2018 | Abdul Rehman al-Dakhil (LeT) |
| July 10, 2018 | al-Ashtar Brigades |
| May 16, 2018 | ISIS in the Greater Sahara (ISIS-GS) |
| May 16, 2018 | Adnan Abu Walid al-Sahrawi (ISIS-GS) |
| March 22, 2018 | Joe Asperman (ISIS) |
| March 22, 2018 | Katibat al-Imam al-Bukhari |
| March 8, 2018 | Ahmad Iman Ali (al-Shabaab) |
| March 8, 2018 | Abdifatah Abubakar Abdi (al-Shabaab) |
| February 27, 2018 | The Maute Group |
| February 27, 2018 | ISIS-Bangladesh |

| Date Designated | Name |
|---|---|
| February 27, 2018 | ISIS-Philippines |
| February 27, 2018 | ISIS-West Africa |
| February 27, 2018 | ISIS-Somalia |
| February 27, 2018 | Jund al-Khilafah-Tunisia (JAK-T) |
| February 27, 2018 | ISIS-Egypt |
| February 27, 2018 | Abu Musab al-Barnawi (ISIS-West Africa) |
| February 20, 2018 | Ansarul Islam |
| January 31, 2018 | Ismail Haniyeh (HAMAS) |
| January 31, 2018 | Harakat al-Sabireen |
| January 31, 2018 | Liwa al-Thawra |
| January 31, 2018 | Harakat Sawa'd Misr (HASM) |
| January 23, 2018 | Siddhartha Dhar (ISIS) |
| January 23, 2018 | Abdelatif Gaini (ISIS) |
| January 23, 2018 | Khalid Batarfi (AQAP) |
| January 4, 2018 | Muhammad al-Ghazali (AQAP) |
| January 4, 2018 | Abukar Ali Adan (al-Shabaab) |
| January 4, 2018 | Wanas al-Faqih (AQIM) |
| September 19, 2017 | Brandon-Lee Thulsie (ISIS) |
| September 19, 2017 | Tony-Lee Thulsie (ISIS) |

| Date Designated | Name |
| --- | --- |
| August 17, 2017 | Ahmad Alkhald (ISIS) |
| August 17, 2017 | Abu Yahya al-Iraqi (ISIS) |
| August 16, 2017 | Hizbul Mujahideen (HM) |
| June 26, 2017 | Mohammad Yusuf Shah, aka Syed Salahuddin (HM) |
| June 15, 2017 | Mohammad Shafi Armar (ISIS) |
| June 15, 2017 | Oussama Ahmad Atar (ISIS) |
| June 15, 2017 | Mohammed Isa Yousif Saqar Al Binali (ISIS) |
| June 12, 2017 | Marwan Ibrahim Hussayn Tah al-Azawi (ISIS) |
| June 12, 2017 | Majelis Mujahidin Indonesia (MMI) |
| May 19, 2017 | Hashem Safieddine (Hizballah) |
| May 19, 2017 | Muhammad al-Isawi (ISIS) |
| April 27, 2017 | Mubarak Mohammed A Alotaibi (ISIL-Saudi Arabia) |
| April 13, 2017 | Tarek Sakr (ANF/HTS) |
| April 6, 2017 | Abu Anas al-Ghandour (HAMAS) |
| March 30, 2017 | Anjem Choudary (ISIS) |
| March 30, 2017 | El Shafee Elsheikh (ISIS) |
| March 30, 2017 | Mark John Taylor (ISIS) |
| March 30, 2017 | Sami Bouras (AQ) |
| March 30, 2017 | Shane Dominic Crawford (ISIS) |
| March 17, 2017 | Ahmad Hasan Yusuf (al-Ashtar Brigades) |
| March 17, 2017 | Alsayed Murtadha Majeed Ramadhan Alawi (al-Ashtar Brigades) |
| January 10, 2017 | Alexanda Amon Kotey (ISIS) |
| January 10, 2017 | Jammaah Anshorut Daulah (JAD) |
| January 9, 2017 | Ali Damush (Hizballah) |
| January 9, 2017 | Mustafa Mughniyeh (Hizballah) |
| January 5, 2017 | Hamza bin Laden (AQ) |
| January 5, 2017 | Ibrahim al-Banna (AQAP) |

| Date Designated | Name |
|---|---|
| December 21, 2016 | Saleck Ould Cheikh Mohamedou (AQIM) |
| November 22, 2016 | Tarcela Loya Vilchez (Shining Path) |
| November 22, 2016 | Jorge Quispe Palomino (Shining Path) |
| November 22, 2016 | Victor Quispe Palomino (Shining Path) |
| November 22, 2016 | Abdelilah Himich (ISIS) |
| November 22, 2016 | Basil Hassan (ISIS) |
| November 22, 2016 | Abdullah Ahmed al-Meshedani (ISIS) |
| October 20, 2016 | Haytham 'Ali Tabataba'i (Hizballah) |
| September 28, 2016 | Anas El Abboubi (ISIL) |
| September 20, 2016 | Jund al-Aqsa (JAA) |
| September 16, 2016 | Fathi Hammad (HAMAS) |
| September 16, 2016 | Omar Diaby (ANF/HTS) |
| August 31, 2016 | Abdiqadir Mumin (ISIS) |
| August 3, 2016 | Mohamed Abrini (ISIS) |
| August 3, 2016 | Jamaat-ul-Ahrar (JuA) |
| July 13, 2016 | Ayrat Nasimovich Vakhitov (JAMWA) |
| July 13, 2016 | Aslan Avgazarovich Byutukaev (ISIL-CP) |
| June 30, 2016 | Asim Umar (AQIS) |
| June 30, 2016 | al-Qa'ida in the Indian Subcontinent (AQIS) |
| June 9, 2016 | Khalid bin Al-Walid Army (formerly Yarmouk Martyrs Brigade) — Khalid bin Al-Walid Army Amendment (July 21, 2017) |

| Date Designated | Name |
|---|---|
| May 25, 2016 | Jama'at ul Dawa al-Qu'ran (JDQ) |
| May 25, 2016 | Tariq Gidar Group (TGG) |
| May 19, 2016 | ISIL-Saudia Arabia |
| May 19, 2016 | ISIL-Yemen |
| May 19, 2016 | ISIS-Libya |
| April 5, 2016 | Salah Abdeslam (ISIS) |
| March 10, 2016 | Abdul Saboor (Hezb-e-Islami Gulbuddin) |
| March 10, 2016 | Abdullah Nowbahar (Hezb-e-Islami Gulbuddin) |
| December 9, 2015 | Emrah Erdogan (AQ and al-Shabaab) |
| November 13, 2015 | Maghomed Maghomedzakirovich Abdurakhmanov (ISIS) |
| September 29, 2015 | Islamic State of Iraq and the Levant – Caucasus Province (ISIL-CP) |
| September 29, 2015 | Islamic State's Khorasan Province (ISIS-K) |
| September 29, 2015 | Jund al-Khilafah in Algeria (JAK-A) |
| September 29, 2015 | Mujahidin Indonesian Timur (MIT) |
| September 29, 2015 | Jaysh Rijal al-Tariq al Naqshabandi (JRTN) |
| September 29, 2015 | Rustam Aselderov (ISIL-CP) |
| September 29, 2015 | Emilie Konig (ISIS) |
| September 29, 2015 | Peter Cherif (AQAP) |
| September 29, 2015 | Boubaker Hakim (ISIS) |
| September 29, 2015 | Maxime Hauchard (ISIS) |

| Date Designated | Name |
| --- | --- |
| September 29, 2015 | Tarkhan Ismailovich Gaziyev (ISIS) |
| September 29, 2015 | Shamil Izmaylov (ISIS) |
| September 29, 2015 | Nasser Muthana (ISIS) |
| September 29, 2015 | Sally Jones (ISIS) |
| September 29, 2015 | Gulmurod Khalimov (ISIS) |
| September 9, 2015 | Abu Ubaydah Yusuf al-Anabi (AQIM) |
| September 8, 2015 | Muhammed Deif (HAMAS) |
| September 8, 2015 | Rawhi Mushtaha (HAMAS) |
| September 8, 2015 | Yahya Sinwar (HAMAS) |
| August 25, 2015 | Abdul Aziz Haqqani (HQN) |
| April 28, 2015 | Hussein Atris (Hizballah) |
| April 28, 2015 | Hassan el-Hajj Hassan (Hizballah) |
| April 28, 2015 | Meliad Farah (Hizballah) |
| April 21, 2015 | Nikolaos Maziotis (RS) |
| April 21, 2015 | Christodoulous Xiros (Conspiracy of Fire Nuclei) |
| April 21, 2015 | Mahad Karate (al-Shabaab) |
| April 21, 2015 | Ahmed Diriye (al-Shabaab) |
| April 14, 2015 | Ali Ouni Harzi (Ansar al Shari'a in Tunisia) |
| January 27, 2015 | Denis Cuspert (ISIS) |
| January 14, 2015 | Abdallah al-Ashqar (MSC) |
| January 13, 2015 | Maulana Fazlullah, aka Mullah Fazlullah (TTP) |

| Date Designated | Name |
|---|---|
| December 18, 2014 | Ajnad Misr |
| October 21, 2014 | Ramzi Mawafi (AQ) |
| October 21, 2014 | Khan Said (TTP) |
| September 24, 2014 | Jaish al-Muhajireen wal-Ansar (JAMWA) |
| September 24, 2014 | Harakat Sham al-Islam (HSI) |
| September 24, 2014 | Amru al-Absi (ISIS) |
| September 24, 2014 | Salim Benghalem (ISIS) |
| September 24, 2014 | Mohammed Abdel-Halim Hemaida Saleh (AQ) |
| September 24, 2014 | Lavdrim Muhaxheri (ISIS) |
| September 24, 2014 | Murad Margoshvili |
| September 24, 2014 | Nusret Imamovic (ANF/HTS) |
| September 24, 2014 | Muhannad al-Najdi (AQ) |
| September 24, 2014 | Abdessamad Fateh (AQ) |
| September 24, 2014 | Abd al-Baset Azzouz (AQ) |
| September 24, 2014 | Maalim Salman (al-Shabaab) |
| August 19, 2014 | Mujahidin Shura Council in the Environs of Jerusalem (MSC) |
| August 18, 2014 | Said Arif (ANF/HTS) |
| August 18, 2014 | Abu Mohammed al-Adnani (ISIS) |
| July 15, 2014 | Anders Cameroon Ostensvig Dale (AQAP) |

| Date Designated | Name |
|---|---|
| June 17, 2014 | Shawki Ali Ahmed al-Badani (AQAP) |
| May 14, 2014 | al-Nusrah Front aka Hay'at Tahrir al-Sham (ANF/HTS)<br>— Jabhat Fath al-Sham Amendment (November 10, 2016)<br>— Hay'at Tahrir al-Sham Amendment (May 31, 2018) |
| April 9, 2014 | ISIS-Sinai Province (formerly Ansar Bayt al-Maqdis)<br>— ISIL Sinai Province Amendment (September 29, 2015) |
| February 6, 2014 | Malik Ishaq (LJ) |
| January 23, 2014 | Ziyad al-Nakhalah (PIJ) |
| January 10, 2014 | Ansar al-Shari'a in Benghazi |
| January 10, 2014 | Ansar al-Shari'a in Darnah |
| January 10, 2014 | Ansar al-Shari'a in Tunisia |
| January 10, 2014 | Abu Khattalah (Ansar al-Shari'a in Benghazi) |
| January 10, 2014 | Sufian bin Qumu (Ansar al-Shari'a in Darnah) |
| January 10, 2014 | Seifallah Ben Hassine, aka Abou Iyadh (Ansar al-Shari'a in Tunisia) |
| January 7, 2014 | Qari Saifullah (Taliban) |
| December 18, 2013 | al-Mulathamun Battalion, aka al-Murabitoun |
| December 18, 2013 | Usamah Amin al-Shihabi (ANF/HTS and Fatah al Islam) |
| November 13, 2013 | Ansaru |
| November 13, 2013 | Boko Haram |
| October 7, 2013 | Muhammad Jamal Network (MJN) |
| October 7, 2013 | Muhammad Jamal (MJN) |
| August 21, 2013 | Mohamed Lahbous (MUJWA) |

| Date Designated | Name |
|---|---|
| August 6, 2013 | Bahawal Khan (CNG) |
| July 24, 2013 | Bulut Yayla (DHKP/C) |
| July 3, 2013 | Abd Al-Ra'Ouf Abu Zaid Mohamed Hamza |
| March 21, 2013 | Ansar al-Dine (AAD) |
| February 26, 2013 | Iyad ag Ghali (AAD) |
| February 26, 2013 | Malang Wazir (CNG) |
| February 26, 2013 | Commander Nazir Group (CNG) |
| January 24, 2013 | Ahmed Abdullah Saleh al-Khazmari al-Zahrani (AQ) |
| January 8, 2013 | Mohamed Makawi Ibrahim Mohamed (AQ) |
| January 8, 2013 | Abdelbasit Alhaj Alhassan Haj Hamad (AQ) |
| December 17, 2012 | Michel Samaha (Hizballah) |
| December 7, 2012 | Movement for Unity and Jihad in West Africa (MUJWA, aka MUJAO) |
| December 7, 2012 | Hamad el Khairy (MUJWA) |
| December 7, 2012 | Ahmed el Tilemsi (MUJWA) |
| November 5, 2012 | Qari Zakir (HQN) |
| September 7, 2012 | Haqqani Network (HQN) |
| August 7, 2012 | Mansur al-Harbi (AQ) |
| July 17, 2012 | Abdulrahman al-Sharqi (AQ) |
| June 21, 2012 | Abubakar Shekau (Boko Haram) |
| June 21, 2012 | Khalid al-Barnawi (Boko Haram) |
| June 21, 2012 | Abubakar Adam Kambar (Boko Haram) |
| June 21, 2012 | Aitzol Iriondo Yarza (ETA) |

| Date Designated | Name |
|---|---|
| May 24, 2012 | Abdallah Azzam Brigades<br>— Marwan Hadid Brigades Amendment (November 1, 2017) |
| February 23, 2012 | Jemmah Anshorut Tauhid (JAT) |
| January 26, 2012 | Yassin Chouka (IMU) |
| January 26, 2012 | Monir Chouka (IMU) |
| January 26, 2012 | Mevlut Kar (IJU) |
| January 5, 2012 | al-Qaida Kurdish Battalions (AQKB) |
| December 15, 2011 | Saleh al-Qarawi (Abdallah Azzam Brigades) |
| December 15, 2011 | Jose Antonio Urruticoechea Bengoechea, aka Ternera (ETA) |
| November 22, 2011 | Ibrahim Suleiman Hamad al-Hablain, aka Abu Jabal (Abdallah Azzam Brigades) |
| November 1, 2011 | Mali Khan (HQN) |
| October 13, 2011 | Conspiracy of Fire Nuclei (SPF) |
| October 4, 2011 | Ibrahim 'Awwad Ibrahim 'Ali al-Badri, aka Abu Du'a (ISIS) |
| September 22, 2011 | Jurdan Martitegui Lizaso (ETA) |
| September 22, 2011 | Muhammad Hisham Muhammad Isma'il Abu Ghazala (HAMAS) |
| September 15, 2011 | Indian Mujahideen (IM) |
| August 16, 2011 | Mumtaz Dughmush (ISIS) |
| June 16, 2011 | Othman Al-Ghamdi (AQAP) |
| May 26, 2011 | Caucasus Emirate, aka Imarat Kavkaz (IK) |
| May 19, 2011 | Army of Islam (AOI) |
| March 24, 2011 | Ibrahim Hassan Tali Al-Asiri (AQAP) |

| Date Designated | Name |
| --- | --- |
| March 22, 2011 | Jose Ignacio Reta de Frutos (ETA) |
| March 22, 2011 | Miguel de Garikoitz Aspiazu Rubina (ETA) |
| February 24, 2011 | Sect of Revolutionaries (SE) |
| November 24, 2010 | Falah-i-Insaniat Foundation (FIF) |
| November 3, 2010 | Jaysh al-Adl (formerly Jundallah)<br>— Jaysh al-Adl Amendment (July 2, 2019) |
| September 1, 2010 | Tehrik-e Taliban Pakistan (TTP) |
| August 6, 2010 | Harakat-Ul Jihad Islami (HUJI) |
| June 23, 2010 | Doku Umarov (IK) |
| May 26, 2010 | Mohamed Belkalem (AQIM) |
| May 26, 2010 | Taleb Nail (AQIM) |
| May 11, 2010 | Qasim al-Rimi (AQAP) |
| January 19, 2010 | al-Qa'ida in the Arabian Peninsula (AQAP)<br>— Ansar al-Shari'a Amendment (October 4, 2012) |
| September 17, 2009 | Revolutionary Struggle (RS) |
| July 2, 2009 | Kata'ib Hizballah (KH) |
| August 28, 2008 | Joseph Kony (LRA) |
| June 16, 2008 | Hilarion del Rosario Santos III (ASG/RSM) |
| June 16, 2008 | Rajah Solaiman Movement (RSM) |
| March 19, 2008 | al-Shabaab<br>— al-Hijra Amendment (July 19, 2018) |
| March 5, 2008 | Harakat ul-Jihad-i-Islami/Bangladesh (HUJI-B) |
| March 11, 2008 | Sirajuddin Haqqani Jalaluddin Khwasa (HQN) |
| January 10, 2008 | Teyrebazen Azadiya Kurdistan (TAK) |
| August 13, 2007 | Fatah al-Islam |
| July 20, 2006 | Abu Sufian al-Salamabi Muhammed Ahmed 'Abd al-Razziq (AQ) |
| May 25, 2005 | Islamic Jihad Group (IJG) |

| Date Designated | Name |
|---|---|
| October 15, 2004 | ISIS (formerly al-Qa'ida in Iraq)<br>— Islamic State of Iraq Amendment (January 26, 2012)<br>— al-Hayat Media Center and Amaq News Agency Amendments (March 21, 2019) |
| June 3, 2004 | Hassan Abdullah Hersi al-Turki (AQ) |
| October 24, 2003 | Dhamat Houmet Daawa Salafia |
| February 28, 2003 | The Islamic International Brigade |
| February 28, 2003 | The Riyadus-Salikhun Reconnaissance and Sabotage Battalion of Chechen Martyers |
| February 28, 2003 | The Special Purpose Islamic Regiment |
| January 20, 2003 | Lashkar I Jhangvi (LJ) |
| October 23, 2002 | Jemaah Islamiyah (JI) |
| October 10, 2002 | Tunisian Combat Group |
| September 3, 2002 | Eastern Turkistan Islamic Movement (ETIM) |
| August 12, 2002 | Jose Maria Sison (CPP/NPA) |
| August 12, 2002 | Communist Party of the Philippines/New People's Army (CPP/NPA) |
| July 2, 2002 | The Taliban* |
| July 2, 2002 | Mohammad Omar (Taliban)* |
| June 27, 2002 | Babbar Khalsa International |
| June 27, 2002 | International Sikh Youth Foundation (ISYF) |
| May 3, 2002 | Askatasuna |
| March 27, 2002 | Al-Aqsa Martyrs Brigade (AAMB) |
| December 31, 2001 | Continuity IRA (CIRA) |
| December 31, 2001 | First October Antifascist Resistance Group (GRAPO) |

| Date Designated | Name |
| --- | --- |
| December 31, 2001 | Loyalist Volunteer Force (LVF) |
| December 31, 2001 | Orange Volunteers |
| December 31, 2001 | Red Hand Defenders (RHD) |
| December 31, 2001 | Ulster Defense Association |
| December 20, 2001 | Lashkar-e-Tayyiba (LeT)<br>— Tehrik-e-Tahafuz Qibla Awwal, Tehrik-e-Hurmat-e-Rasool, and Al-Anfal Trust Amendments (June 25, 2014)<br>— Al Muhammadia Students Amendment (December 28, 2016)<br>— Tehreek-e- Azadi-e Kashmir and Milli Muslim League Amendments (April 2, 2018)<br>–The Resistance Front Amendment (July 17, 2025) |
| October 31, 2001 | Aum Shinrikyo (AUM) |
| October 31, 2001 | Basque Fatherland and Liberty (ETA) |
| October 31, 2001 | Gama'at al-Islamiyya (Islamic Group, IG) |
| October 31, 2001 | HAMAS |
| October 31, 2001 | Hizballah |
| October 31, 2001 | Kahane Chai (KACH) |
| October 31, 2001 | Kurdistan Workers' Party (PKK) |
| October 31, 2001 | Liberation Tigers of Tamil Eelam (LTTE) |
| October 31, 2001 | National Liberation Army (ELN) |
| October 31, 2001 | Palestine Liberation Front (PLF) |

| Date Designated | Name |
|---|---|
| October 31, 2001 | **Palestinian Islamic Jihad (PIJ)** |
| October 31, 2001 | **Popular Front for the Liberation of Palestine (PFLP)** |
| October 31, 2001 | **Popular Front for the Liberation of Palestine–General Command (PFLP-GC)** |
| October 31, 2001 | **New Irish Republican Army (formerly Real IRA)**<br>**— New IRA Amendment (June 29, 2023)** |
| October 31, 2001 | **Revolutionary Nuclei** |
| October 31, 2001 | **Revolutionary People's Liberation Army/Front (DHKP/C)** |
| October 31, 2001 | **Shining Path (Sendero Luminoso, SL)** |
| October 31, 2001 | **United Self-Defense Forces of Colombia (AUC)** |
| October 12, 2001 | **Abdelkarim Hussein Mohamed al-Nasser (Saudi Hizballah)** |
| October 12, 2001 | **Ahmad Ibrahim al-Mughassil (Saudi Hizballah)** |
| October 12, 2001 | **Ali Atwa (Hizballah)** |
| October 12, 2001 | **Ali Saed Bin Ali el-Hoorie (Saudi Hizballah)** |
| October 12, 2001 | **Hasan Izz-al-Din (Hizballah)** |
| October 12, 2001 | **Ibrahim Salih Mohammed al-Yacoub (Saudi Hizballah)** |
| October 12, 2001 | **Khalid Shaikh Mohammed (AQ)** |
| September 23, 2001 | **al-Qa'ida/Islamic Army (AQ)***<br>**— aka al-Jihad (Egyptian Islamic Jihad)*** |
| September 23, 2001 | **Abou Iyadh (Ansar al Shari'a in Tunisia)*** |

| Date Designated | Name |
|---|---|
| September 23, 2001 | **Abu Sayyaf Group (ASG)*** |
| September 23, 2001 | **Armed Islamic Group (GIA)*** |
| September 23, 2001 | **Harakat ul-Mujahidin (HUM)***<br>**— Ansar ul-Ummah Amendment (August 7, 2014)** |
| September 23, 2001 | **Islamic Movement of Uzbekistan (IMU)*** |
| September 23, 2001 | **Asbat al-Ansar*** |
| September 23, 2001 | **al-Qa'ida in the Islamic Maghreb (AQIM)**<br>**— formerly Salafist Group for Call and Combat***<br>**— AQIM Amendment (February 20, 2008)** |
| September 23, 2001 | **Libyan Islamic Fighting Group*** |
| September 23, 2001 | **al-Itihaad al-Islamiya (AIAI)*** |
| September 23, 2001 | **Islamic Army of Aden*** |
| September 23, 2001 | **Usama bin Laden (AQ)*** |
| September 23, 2001 | **Muhammad Atif, aka Subhi Abu Sitta and Abu Hafs Al Masri (AQ)*** |
| September 23, 2001 | **Sayf al-Adl (AQ)*** |
| September 23, 2001 | **Abu Hafs the Mauritanian, aka Mahfouz Ould al-Walid and Khalid Al-Shanqiti*** |
| September 23, 2001 | **Abu Zubaydah, aka Zayn al-Abidin Muhammad Husayn and Tariq (AQ)*** |
| September 23, 2001 | **Abd al-Hadi al-Iraqi, aka Abu Abdallah (AQ)*** |
| September 23, 2001 | **Ayman al-Zawahiri (AQ)*** |
| September 23, 2001 | **Thirwat Salah Shihata (AQ)*** |

| Date Designated | Name |
|---|---|
| September 23, 2001 | Tariq Anwar al-Sayyid Ahmad, aka Fathi and Amr al-Fatih (AQ)* |
| September 23, 2001 | Makhtab Al-Khidamat/Al Kifah* |
| September 23, 2001 | Wafa Humanitarian Organization* |
| September 23, 2001 | al Rashid Trust* |
| September 23, 2001 | Mamoun Darkazanli Import-Export Company* |

# Individuals Delisted by the Department of State

| Date Delisted | Name | Date Originally Listed |
|---|---|---|
| November 7, 2025 | Muhammad al-Jawlani (al-Nusrah Front) | May 16, 2013 |
| May 20, 2022 | Ibrahim al-Rubaysh (AQAP) | December 18, 2014 |
| May 20, 2022 | Aliaskhab Kebekov (IK) | March 25, 2015 |
| May 20, 2022 | Santoso (MIT) | March 22, 2016 |
| May 20, 2022 | Musa Abu Dawud (AQIM) | May 5, 2016 |
| May 20, 2022 | Farah Mohamed Shirdon (ISIS) | April 13, 2017 |
| May 20, 2022 | Mahad Moalim (ISIS-Somalia) | February 27, 2018 |
| December 1, 2021 | Revolutionary Armed Forces of Colombia (FARC) | October 31, 2001 |
| February 16, 2021 | Ansarallah | January 19, 2021 |
| February 16, 2021 | Abdul Malik al-Houthi (Ansarallah) | January 19, 2021 |

| Date Delisted | Name | Date Originally Listed |
|---|---|---|
| February 16, 2021 | Abd al-Khaliq Badr al-Din al-Houthi (Ansarallah) | January 19, 2021 |
| February 16, 2021 | Abdullah Yahya al Hakim (Ansarallah) | January 19, 2021 |
| June 1, 2017 | Abu Nidal Organization (ANO) | October 31, 2001 |
| May 19, 2016 | Samir Kuntar (Hizballah) | September 8, 2015 |
| November 17, 2015 | Nasir al-Wahishi (AQAP) | January 19, 2010 |
| September 3, 2015 | Revolutionary Organization 17 November (17N) | October 31, 2001 |
| August 25, 2015 | Sajid Mohammed Badat (AQ) | December 19, 2005 |
| November 26, 2014 | Said Ali al-Shihri (AQAP) | January 19, 2010 |
| October 21, 2014 | Sangeen Zadran (HQN) | August 16, 2011 |
| October 21, 2014 | Qari Hussain (TTP) | January 20, 2011 |
| October 21, 2014 | Hakimullah Mehsud (TTP) | September 1, 2010 |
| April 2, 2014 | Wali Ur Rehman (TTP) | September 1, 2010 |
| September 26, 2013 | Badruddin Haqqani (HQN) | May 11, 2011 |
| September 26, 2013 | Fahd Mohammed Ahmed Al-Quso (AQAP) | December 7, 2010 |
| June 27, 2013 | Eric Breininger (IJU) | May 11, 2010 |
| June 27, 2013 | Nayif Bin-Muhammad al-Qahtani (AQAP) | May 11, 2010 |
| September 28, 2012 | Mujahedin-e Khalq Organization (MEK) | October 1, 2001 |
| September 6, 2012 | Communist Party of Nepal (Maoist) | October 31, 2003 |

| Date Delisted | Name | Date Originally Listed |
|---|---|---|
| November 22, 2011 | Imad Fa'iz Mughniyah (Hizballah) | October 12, 2001 |
| November 1, 2011 | Shamil Salmanovich Basayev (Riyadus-Salikhun Reconnaissance and Sabotage Battalion of Chechen Martyrs) | February 28, 2003 |

TAGS

Bureau of Counterterrorism    Combating Violent Extremism    Counterterrorism

Sanctions and Designations    Terrorism and Terrorist Organizations

White House

USA.gov

Office of the Inspector General

Archives

Contact Us

Freedom 250

Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act