EXHIBIT H

Case 1:03-md-01570-GBD-SN Document 10044-56 Filed 07/15/24 Page 1 of 7



EXHIBIT

WAMY EX. 236

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 03-MDL-1570 (GBD) (SN)

-------------------------------------x.

IN RE: TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

-------------------------------------x

July 7, 2021

9:06 a.m.

Videotaped Deposition via Zoom of JIMMY GURULE, pursuant to Notice, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

Case 1:03-md-01570-GBD-SN Document 10444-6 Filed 11/15/26 Page 3 of 7

GURULE

did not consider any underlying evidence pertaining to any specific SDGT designation made pursuant to Executive Order 13224, is that correct?

A. Yes.

Q. In forming your opinions that are offered in your expert opinion dated February 1st, 2021, and marked as Exhibit 2032, you did not consider any underlying evidence pertaining to any specific designation made pursuant to U.N. Resolution 1267, is that correct?

A. Yes.

Q. You have your report in front of you.

MS. BEMBRY: We can take down Exhibit 2033.

Q. You note on page 6 of your report that designation as an SDGT is an administrative rather than a criminal action, is that right?

A. Yes.

Q. And that means that it's not an adjudication process of the guilt or

GURULE

innocence of any individual or entity, is that right?

A.    Yes.

Q.    It's not a criminal or a civil action?

A.    That's correct.

Q.    There is no requirement that the government establish the existence of evidence that an actual act of terrorism was committed by any individual or entity that is being considered for designation pursuant to Executive Order 13224?

A.    Yes.

Q.    And there is no requirement that the government have to demonstrate that an individual that's being considered for designation under Executive Order 13224 actually intended to support terrorism in any way, is that correct?

A.    That's correct.

          I mean, the designation again falls within the scope of Executive Order 13224.

Q.    And that's a fairly broad

GURULE

order, is that right?

        A.      That's right, yes.

        Q.      And the idea of it, the ultimate goal, is one that is preventative, that is, to prevent the use of funds to fuel or further terrorist attacks, is that right?

        A.      Yes.

        Q.      And it is to save lives?

        A.      Yes.

        Q.      And an individual can be designated if there is reason to believe that that entity poses a significant risk for committing acts of terrorism, is that right?

        A.      That's one basis for designation.

        Q.      And there is no requirement of evidence that the individual actually committed an act of terrorism, right, it's the posing a significant risk, do I have that correct?

        A.      Well, you can be designated if you actually, if the individual has

GURULE

actually committed an act of terrorism, but the individual could also be designated if he or she poses a threat of committing acts of terrorism that threaten national security.

Q.     You note in your report, and I refer you to page 4 if you want to look at it, at page 4 you note that, second full paragraph, towards the end of that second full paragraph, "Publicly designating individuals and organizations for asset freeze 'notifies the U.S. public and the world that these parties are either actively engaged in or supporting terrorism or that they are being used by terrorists and their organizations'."

Did I read that correctly?

A.     Yes.

Q.     What did you mean by being used by terrorists and their organizations, what did you mean by that?

MR. EUBANKS:  Objection to form, mischaracterization.

A.     First of all, it is a quote, it

Page 195

C E R T I F I C A T I O N

I, Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and a Notary Public, do hereby certify that the foregoing witness, JIMMY GURULE, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

*Jineen Pavesi, RPR, RMR.*

JINEEN PAVESI, RPR, RMR, CRR