**WAMY EX. 237**

Testimony of OFAC Director R. Richard Newcomb,

Senate Governmental Affairs Committee hearing on Terrorism Financing,

July 31, 2003,

at User Clip: Terrorism Financing Hearing 2003

C-SPAN.org

https://www.c-span.org/video/?c4938961/user-clip-terrorism-financing-hearing-2003

Last viewed April 15, 2026



EXHIBIT

WAMY EX. 237