# U.S. CUSTOMS SERVICE

NO. 2394257

## CUSTODY RECEIPT
### FOR
## SEIZED PROPERTY
### AND
## EVIDENCE

Handbook 5200-09

1. FPF No.

☐☐☐☐☐☐☐☐☐☐☐☐☐-☐☐

2. Incident No.

☐☐☐☐☐☐☐☐☐☐☐☐☐

3. Investigative Case No.

DC62PR04DC0053

| 4. Prior Detention? Yes ☐ No ☐ If yes, CF 6051D No. _____ | 5. Date Seized (mm/dd/yyyy) 05/28/2004 | 6. Time Seized (Use 24 Hrs) 1600 | 7. FDIN/Misc. |
|---|---|---|---|

8. Seized From:
Name: _____

Address: 534 Leesburg Pike
Alexandria, VA 22302

Telephone No. (   )          Ext:

9. Entry No.

10. Seal or Other ID Nos.

11. Remarks:

12. Send Correspondence to:

### 13. PROPERTY ( By Line Item) Attach CF 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| C02 | Various Media | 1 | BX | 40 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

14. Seizing Officer
S/A McClenel          [signature]          05/28/2004

Print Name          Signature          Date

### 15. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CF 6051A Continuation Sheet Attached? Yes ☐ No ☐          Customs Form 6051S (11/01)

Customs Retains Original

EXHIBIT

WAMY EX. 238

AO 93 (Rev. 5/85) Search Warrant *

# United States District Court

_____EASTERN_____ DISTRICT OF ____VIRGINIA_____

In the Matter of the Search of

· (Name, address or brief description of person or property to be searched)

The Office of the World Assembly of Muslim Youth
5134 Leesburg Pike
Alexandria, VA 22302

## SEARCH WARRANT

CASE NUMBER: $04-190-MG$

## Under Seal

TO: ___The Bureau of Immigration & Customs Enforcement_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Thomas C. Campbell_____ who has reason to

Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

The office of the World Assembly of Muslim Youth
5134 Leesburg Pike, Alexandria, VA 22302

(SEE ATTACHMENT A)

in the_____Eastern_____ District of _____Virginia_____ there is now
· concealed a certain person or property, namely (describe the person or property)

**Immigration and Financial Records**

(SEE ATTACHMENT B)

(which are fruits, evidence, instrumentalities of crimes against the United States).
I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____May 28, 2004_____

Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant
and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to
seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written
inventory of the person or property seized and promptly return this warrant to ___The Honorable Theresa C. Buchanan

as required by law.

U.S. Judge or Magistrate

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____

___May 28, 2004___ 3:10 pm____ at ___Alexandria, VA_____    DEPUTY CLERK_____
Date and Time Issued                      City and State

___The Honorable Theresa C. Buchanan_____    at_____
Name and Title of Judicial Officer                          Signature of Judicial Officer
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA

# U.S. CUSTOMS SERVICE

NO. 2394258

## CUSTODY RECEIPT
### FOR
### SEIZED PROPERTY
### AND
### EVIDENCE

Handbook 5200-09

| | |
|---|---|
| 1. FPF No. | |
| 2. Incident No. | |
| 3. Investigative Case No. | D C 0 2 P R 0 4 D C 0 0 5 3 |

| 4. Prior Detention? Yes ☐ No ☐ If yes, CF 6051D No. _____ | 5. Date Seized (mm/dd/yyyy) 05/26/2004 | 6. Time Seized (Use 24 Hrs) 1600 | 7. FDIN/Misc. |
|---|---|---|---|

| 8. Seized From: Name: _____ Address: 5134 Leesburg Pike Alexandria, VA 22302 Telephone No. ( ) Ext: | 9. Entry No. | 10. Seal or Other ID Nos. 534861 + 073447r 539765 |
|---|---|---|
| | 11. Remarks: Contained in 2 bags | |

12. Send Correspondence to:

### 13. PROPERTY ( By Line Item) Attach CF 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 006 | Attorney/Client Doc's | 3 | BG | 3 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 14. Seizing Officer | | |
|---|---|---|
| S/A And Wofford | [signature] | 05/28/2004 |
| Print Name | Signature | Date |

### 15. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CF 6051A Continuation Sheet Attached? Yes ☐ No ☐

Customs Form 6051S (11/01)

Customs Retains Original

RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/28/04 | 5/28/04  4:00 | ON DESK |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE COPIES of CF 6051S
Attached

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____     5/28/04
U.S. Judge or Magistrate                        Date

# CUSTODY RECEIPT
## FOR
# DETAINED OR SEIZED
## PROPERTY
Handbook 5200-09

**Continuation Sheet**

1. Page _____ 2 __ of __ 2

2. CF 6051S or D No. _2397426D_

| 3. FPF No. | 4. Investigative Case No. or IA File No. |
|---|---|
| | DCOZAROWIC.COS3 |

## 5. PROPERTY (By Line Item) Attach CF 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value | FOR DETENTIONS ONLY f. Samples sent to the Customs Lab Yes or No | Date |
|---|---|---|---|---|---|---|---|---|
| 001 A | Room B S/N Harddrive # WMA8E84114505 | 1 | | | EA | $ | Yes☐ No☐ | / / |
| 001 B | Room B s/N Harddrive # WMA6K4116976 | 1 | | | EA | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| 001 C | Room A Desktop S/N Harddrive # 64DR M8WC | | | 1 | EA | $ | Yes☐ No☐ | / / |
| 001 D | Room A Desktop Harddrive # EIS17RSE | | | 1 | EA | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |

## 6. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Customs Retains Original

Customs Form 6051A (11/01)

**U.S. CUSTOMS SERVICE**

NO. 2394255

**CUSTODY RECEIPT**

**FOR**

**SEIZED PROPERTY**

**AND**

**EVIDENCE**

Handbook 5200-09

1. FPF No.

2. Incident No.

3. Investigative Case No.

| 4. Prior Detention? Yes ☐ No ☐ If yes, CF 6051D No._____ | 5. Date Seized (mm/dd/yyyy) | 6. Time Seized (Use 24 Hrs) | 7. FDIN/Misc. |
|---|---|---|---|

| 8. Seized From: Name:_____ Address: 5134 Leesburg Pike Alexandria VA 22302 Telephone No. ( ) Ext: | 9. Entry No. | 10. Seal or Other ID Nos. |
|---|---|---|
| | 11. Remarks: L004 - 534855 L005 - 534854 | |

12. Send Correspondence to:

### 13. PROPERTY ( By Line Item) Attach CF 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 004 | Passport #133585861 | 1 | BG | 1 | EA | $ |
| 005 | Passport #015429034 | 1 | BG | 1 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

14. Seizing Officer

S/A Andy Mefford

Print Name | Signature | Date
05/28/2004

### 15. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CF 6051A Continuation Sheet Attached? Yes ☐ No ☐

Customs Retains Original

Customs Form 6051S (11/01)

# U.S. CUSTOMS SERVICE

NO. 2394260

**1. FPF No.**

☐☐☐☐☐☐☐☐☐☐☐☐☐-☐☐

**2. Incident No.**

☐☐☐☐☐☐☐☐☐☐☐☐☐

**3. Investigative Case No.**

D C 0 2 P R 0 4 D C 0 0 5 3

## CUSTODY RECEIPT
## FOR
## SEIZED PROPERTY
## AND
## EVIDENCE

Handbook 5200-09

| 4. Prior Detention? Yes ☐ No ☐ If yes, CF 6051D No._____ | 5. Date Seized (mm/dd/yyyy) 05/28/2004 | 6. Time Seized (Use 24 Hrs) 1600 | 7. FDIN/Misc. |
|---|---|---|---|

**8. Seized From:**
Name: _____
Address: 5134 Leesburg Pike
Alexandria, VA 22302

Telephone No. (   )          Ext:

**9. Entry No.**

**10. Seal or Other ID Nos.**

**11. Remarks:**

**12. Send Correspondence to:**

### 13. PROPERTY ( By Line Item) Attach CF 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Computer equipment | 1 | BX | 4 | EA | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |

**14. Seizing Officer**

| Print Name | Signature | Date |
|---|---|---|
| Michael McCleod | [signature] | 05/28/2004 |

### 15. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

CF 6051A Continuation Sheet Attached? Yes ☐ No ☐                    Customs Form 6051S (11/01)

Customs Retains Original

# CUSTODY RECEIPT
## FOR
## DETAINED OR SEIZED
## PROPERTY
Handbook 5200-09

Continuation Sheet

1. Page _2_ of _2_
2. CF 6051S or D No. _2564257_

| 3. FPF No. | 4. Investigative Case No. or IA File No. |
|---|---|
| | DC02PR09AC0053 |

## 5. PROPERTY (By Line Item) Attach CF 58 if conveyance — FOR DETENTIONS ONLY

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Qty. | d. UM | e. Est. Dom. Value | f. Samples sent to Customs Lab Yes or No | Date |
|---|---|---|---|---|---|---|---|---|
| 002 A | CD's | | | 22 | EA | $ | Yes☐ No☐ | / / |
| 002 B | VHS | | | 5 | EA | $ | Yes☐ No☐ | / / |
| 002 C | Cassette | | | 6 | EA | $ | Yes☐ No☐ | / / |
| 002 D | Floppy Disk | | | 7 | EA | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |
| | | | | | | $ | Yes☐ No☐ | / / |

## 6. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Customs Retains Original

Customs Form 6051A (11/01)