Approved for Release: 2018/11/19 C05417733

TOP SECRET

CENTRAL INTELLIGENCE AGENCY    DIRECTORATE OF INTELLIGENCE

27 February 2002

# Identifying Al-Qa'ida's Donors and Fundraisers: A Status Report

CTC 2002-40029CH

TOP SECRET

1100146

EXHIBIT
WAMY EX. 239

CIA00370

C05417733

Approved for Release: 2018/11/19 C05417733

**TOP SECRET**

### Identifying Al-Qa'ida's Donors and Fundraisers:  A Status Report

**Key Findings (U)**

wealthy individuals in the Arabian Peninsula and grassroots supporters from around the world are critical funding sources for al-Qa'ida.

**TOP SECRET**

Approved for Release: 2018/11/19 C05417733

CIA00371

C05417733
Approved for Release: 2018/11/19 C05417733

~~TOP SECRET~~

### Identifying Al-Qa'ida's Donors and Fundraisers: A Status Report

### Donors Use of Fundraisers and Facilitators

Donors generally channel money intended for terrorist-related activities through middlemen—including nongovernmental organizations (NGOs), mosques, fundraisers, and businessmen—rather than giving the funds directly to Bin Ladin or other senior al-Qa'ida members. This practice hides the donors' role and allows them to deny knowing funds went to terrorists.

This assessment was prepared by the DCI Counterterrorist Center's Office of Terrorism Analysis. Comments and queries are welcome

1

~~TOP SECRET~~

Approved for Release: 2018/11/19 C05417733

CIA00372

TOP SECRET

**Mosques.**

terrorist groups receive funding and logistical support from Islamic clergy (imams) and other personnel at mosques.

mosques and Islamic cultural centers with radical members sent donations to extremist groups

collecting money from a mix of small and large personal and corporate donations and giving the money to couriers for delivery.

**Charity:  The Third Pillar of Islam  (U)**

Charity is one of the principal duties of all Muslims as stated in the Quran.  Alms-giving is divided into the obligatory (zakat) and the voluntary (sadaqa), but the distinction is not always maintained.  Zakat is a religiously mandated charitable obligation on all Muslims.  There are two types, Zakat al-Mal and Zakat al-Fitr.

- Zakat al-Mal comprises 2.5 percent of one's surplus wealth—funds not used to support one's family— and are paid annually to one or more of several enumerated categories of recipients.

- Zakat al-Fitr is an annual obligation of approximately $8 per head paid to charitable causes by fasting Muslims before the end of the month of Ramadan.

- Sadaqa, unlike Zakat, is a voluntary donation made to anyone at any time of the year in any amount.  In Arabic, Sadaqa means "charity."

Devout Muslims give their contributions directly to Islamic organizations and needy individuals or, in some countries, to a government-run fund, which organizes the collection and distribution of charitable donations.

2

TOP SECRET/

CIA00373

Approved for Release: 2018/11/19 C05417733

TOP SECRET

**Other Facilitators.** Donors also use fundraisers and facilitators—merchants and businessmen—to route money to terrorist groups.

TOP SECRET

3

CIA00374

C05417733

Approved for Release: 2018/11/19 C05417733

TOP SECRET

TOP SECRET

4

CIA00375

C05417733

Approved for Release: 2018/11/19 C05417733

TOP SECRET

TOP SECRET

Approved for Release: 2018/11/19 C05417733

CIA00376