C01179013

Top Secret



# Intelligence Report

*DCI Counterterrorist Center*

*27 January 1999*

### How Bin Ladin Commands a Global Terrorist Network

*Usama Bin Ladin is the ultimate decisionmaker in the organization he calls al-Qa'ida or the "Base." He is directly involved in the planning of terrorist operations and oversees those in his group responsible for terrorism even when he is one step removed from the details.*

- *Bin Ladin is the commander or "amir" of al-Qa'ida—members pledge loyalty to him personally—and chairs a leadership council that makes policy decisions. His deputy Muhammad 'Atif appears responsible for managing day-to-day activities, including terrorist operations.*

- *Al-Qa'ida on paper is structured like a global criminal syndicate or mini-state, with political, financial, administrative, legal, military, security, and intelligence components.*

- *From all-source information we have identified several senior leaders of al-Qa'ida, other key personnel, and several operational hubs. Bin Ladin's lieutenants in Afghanistan pull the strings that move terrorist, military, and political operatives worldwide—both those who have sworn personal loyalty to Bin Ladin and members of closely allied groups.*

*Al-Qa'ida's wide network in some 60 countries, as well as its ties to like-minded groups, enables it to conduct more than one major terrorist operation simultaneously and adapt readily to change.*

- *Al-Qa'ida develops relationships with sympathetic groups and individuals through its own religious, military, and terrorist training programs in Afghanistan, assistance to Islamic insurgent movements in various countries, and exploitation of contacts in certain Islamic relief organizations.*

CTC# 99-40003
TN# 99-00324

359-
#39

Top Secret

EXHIBIT

WAMY EX. 240

CIA00182

C01179013

Approved for Release: 2018/11/19 C01179013

Top Secret

Top Secret

Approved for Release: 2018/11/19 C01179013

CIA00183

Top Secret

### Bin Ladin at the Helm   (U)

Bin Ladin is al-Qa'ida's *amir*, an Arabic Islamic term for "commander," and he founded the organization to bring together non-Afghan veterans of the Afghan war against the Soviets to promote worldwide Islamic jihad activity, including terrorism. Reporting suggests he involves himself directly in overall planning for terrorist operations and makes the final decisions. He appears to leave many day-to-day operational details to his deputy Muhammad 'Atif—also known as Abu Hafs the Egyptian

- 'Atif plays a central role in coordinating the activities of Bin Ladin operatives abroad

### The Bureaucracy for Terrorism   (U)

Al-Qa'ida has a complex organizational structure.

Bin Ladin or his deputy preside over the deliberations of a shura (advisory) council called the **Leadership Council**, which makes major operational and budgetary decisions with the *amir* having the deciding vote.

This memorandum was prepared by analysts of the DCI Counterterrorist Center. Comments and queries are welcome and may be directed to

3

Top Secret

CIA00184

C01179013

Approved for Release: 2018/11/19 C01179013

Top Secret

The Executive Council manages several committees, notably including a Military Committee that handles training of "jihad youth" and combat operations.

4

Top Secret

CIA00185

C01179013

Top Secret

- Khalid Fawwaz, Bin Ladin's senior representative in London until his arrest last September, maintained contact [ ] and handled media placements, including Western journalists' interviews [ ]

Bin Ladin's statement, or "*fatwa*" (Muslim legal opinion), last February that announced the formation of the "World Islamic Front for Jihad Against the Jews and Crusaders" reflects his long-term effort to unite Islamic extremist groups under his banner. Only a few groups signed the statement, but he has built informal alliances with a variety of Islamic militant organizations and *mujahidin* worldwide, with al-Qa'ida as a nexus for varied forms of cooperation.[1]

- *Cooperative arrangements.* Allied groups share some members with al-Qa'ida, receive funding from it, and allow al-Qa'ida members to use their facilities and contacts. Bin Ladin can call upon these groups for logistical support and, in some cases, assistance with terrorist operations. These groups include *mujahidin* organizations and Islamic extremist groups—such as the Somali al-Ittihad al-Islami, Chechen insurgents, and the Yemeni Islamic Jihad—in the Middle East, Africa, and Asia.

5

Top Secret

CIA00186

Approved for Release: 2018/11/19 C01179013

Top Secret

al-Qa'ida provides members of its network training, safehaven, moneymaking opportunities, access to arms and illicit material, publishing and media facilities, communications, transportation, documentation, technical support, intelligence, counterintelligence, and liaison with other groups.

In addition to support from other groups, Bin Ladin taps into the resources of some international Islamic nongovernmental organizations (NGOs) for financial and logistical support. Employees—ranging from accountants to directors—of a few NGO branch offices have diverted resources to benefit Bin Ladin and his associates Bin Ladin exploits these NGO ties to channel funds and obtain cover employment and travel assistance for his associates.

Approved for Release: 2018/11/19 C01179013

Top Secret

CIA00187

C01179013

Approved for Release 2018/11/19 C01179013

Top Secret

the group last month released several press statements threatening to attack US interests that echoed Bin Ladin's pronouncements.

## An Organization Designed for Flexibility (U)

Al-Qa'ida's command structure, combined with its web of international alliances, serves Bin Ladin well in conducting terrorist operations abroad.

sufficient for the organization to undertake more than one terrorist operation simultaneously. The posting of key Bin Ladin personnel, like Fawwaz in dispersed locations with good communications with elements in several countries also enhances the network's ability to regroup quickly if Bin Ladin is again compelled to move his headquarters.

7

Top Secret

CIA00188

C01179013



CIA00189

C01179013

Approved for Release: 2018/11/19 C01179013

Top Secret

Subject: How Bin Ladin Commands a Global Terrorist Network

Top Secret

Approved for Release: 2018/11/19 C01179013

CIA00190

C01179013

Approved for Release: 2018/11/19 C01179013

Top Secret

9

Top Secret

CIA00191

C01179013

Top Secret

Subject: How Bin Ladin Commands a Global Terrorist Network

Distribution:
**External**
*Department of State*
  1 - Edward G. Abington Jr., Principal Deputy Assistant Secretary, INR

  1 - David Carpenter, Assistant Secretary of State, Diplomatic Security
  1 - Ambassador Johnnie Carson, Deputy Assistant Secretary of State for Africa

  1 - Robert J. Einhorn, Principal Deputy Assistant Secretary, Political-Military Affairs Bureau

  1 - Marc Grossman, Assistant Secretary of State for European and Canadian Affairs

  1 - Karl Inderfurth, Assistant Secretary for South Asian Affairs
  1 - Amb. Martin Indyk, Assistant Secretary for Near Eastern Affairs

  1 - Amb. E. Gibson Lanpher, Principal Deputy Assistant Secretary for South Asian Affairs
  1 - Phyllis Oakley, Assistant Secretary of State for Intelligence and Research
  1 - Amb. Thomas Pickering, Under Secretary for Political Affairs
  1 - Susan Rice, Assistant Secretary for African Affairs
  1 - Alan Romberg, Acting Director, Policy Planning Staff
  1 - Dennis B. Ross, Special Middle East Coordinator

10

Top Secret

Approved for Release: 2018/11/19 C01179013

CIA00192

C01179013

1 - Ambassador Michael Sheehan, Coordinator for Counterterrorism

1 - Strobe Talbott, Deputy Secretary of State

*National Security Council*
1 - Donald Bandler, Special Assistant to the President and Senior Director for European Affairs
1 - Daniel Benjamin, Director of Counterterrorism
1 - The Honorable Samuel R. Berger, Assistant to the President for National Security Affairs
1 - Richard A. Clarke, Special Assistant to the President and National Coordinator for Security, Infrastructure Protection, and Counterterrorism

1 - Major General Donald Kerrick, Deputy Assistant to the President for National Security Affairs
1 - John Prendergast, Director, Horn of Africa
1 - Bruce Riedel, Special Assistant to the President and Senior Director for Near East and South Asian Affairs
1 - Steven A. Simon, Director of Counterterrorism
1 - Gayle Smith, Senior Director for African Affairs
1 - James Steinberg, Deputy Assistant to the President for National Security Affairs

*Office of the Vice President*

1 - Leon Fuerth, Assistant to the Vice President for National Security Affairs

*Department of Defense*
1 - LTG Edward G. Anderson, III, Director J5, Strategic Plans & Policy

1 - MajGen John P. Casciano, Assistant Chief of Staff, Air Force Intelligence
1 - VADM Vern E. Clark, Director, J-3 Operations
1 - BGen. Richard Comer, Deputy Assistant Secretary Missions & Policy, SOLIC

1 - Keith Hall, Director, National Reconnaissance Office

II

Approved for Release: 2018/11/19 C01179013

CIA00193

C01179013
Approved for Release: 2018/11/19 C01179013

Top Secret

1 - H. Allen Holmes, Assistant Secretary, Special Operations and Low Intensity
    Conflict
1 - LTG Patrick M. Hughes, Director, Defense Intelligence Agency
1 - RADM Lowell E. Jacoby, Director, Naval Intelligence

1 - Franklin D. Kramer, Assistant Secretary of Defense for International Security
    Affairs
1 - Gen. Charles C. Krulak, Commandant of the Marine Corps

1 - Gen. Joseph Ralston, Vice Chairman, JCS
1 - Alina Romanowski, Deputy Assistant Secretary for Near Eastern and South
    Asian Affairs

1 - Walter Slocombe, Under Secretary of Defense for Policy
1 - Frederick Smith, Principal Deputy Assistant Secretary of Defense for ISA

1 - RAdm Thomas Wilson, Director of Intelligence, Joint Staff (J2)

*Federal Bureau of Investigation*

1 - Dale Watson, Deputy Assistant Director for Terrorism

12

Top Secret

CIA00194

C01179013

Top Secret

*National Security Agency*

1.- LTG Kenneth Minihan, Director

*Secret Service*

1 - Director, USSS

*Department of Justice*

1 - Mark M. Richard, Deputy Assistant Attorney General, Criminal Division

13

Top Secret

Approved for Release: 2018/11/19 C01179013

CIA00195

C01179013

Approved for Release: 2018/11/19 C01179013

Top Secret

14

Top Secret

CIA00196