UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970
*Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-1923
*Federal Insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978

## FOREIGN DECLARATION OF MOHAMMAD AL-JUHANI

I, Mohammad Al-Juhani, being duly sworn, hereby declare under penalty of perjury that the following is true and correct:

1. I am not a party in the above captioned matter.

2. I am a Saudi Arabian citizen.

3. I have a bachelor's degree from University of Higher Institute of Cooperative and Management in Egypt and my Master's Degree in Business Administration of Arts in Dec. 1980 from Norte Dame University, USA. I have undertaken post-graduate work in the United States at Harvard University, where I obtained a bachelor's degree.

4. I have attended seminars around the world, and published articles about money laundering and terrorism.

EXHIBIT

WAMY EX. 246

5. I worked for the Saudi Arabian Monetary Agency (SAMA), known now as Saudi Central Bank, for over thirty seven years, five months, and three days. I retired in 2013.

6. SAMA is the Central Bank of the Kingdom of Saudi Arabia. The functions of the SAMA include issuing the national currency, the Saudi Riyal, supervising commercial banks, managing foreign exchange reserves, promoting price and exchange rate stability, and ensuring the growth and soundness of the financial system.

7. I worked in a variety of managerial capacities at SAMA. I started my career as an accountant in SAMA's investment department. I then became Head of the Investment Department section in 1975. In 1976, I became the Head of the accounting section at SAMA.

8. In 1978, I was invited by the Pakistani government to train Pakistan on financial system and Pakistan's Central Bank.

9. While in the U.S., I also studied at Control Data Institute, San Francisco, CA. Upon completion of my studies, I returned to Saudi Arabia and became the head of the Computer Section for SAMA in 1980. I worked in that section for approximately four year, becoming the Assistant Director for section, and ultimately the Director. I also served as the SAMA Representative at the Federal Reserve Bank, New York in 1981.

10. While at SAMA, I was personally involved in policies pertaining to computer systems. For example, I implemented SWIFT, the method used by banks to communicate with each other and know where money is coming from.

11. Saudi society was a cash-based society for years. Individuals had personal relationships with their bankers, and banks knew their customers.

12. SAMA is based on the United States banking model, as the first governor of SAMA was a United States citizen, George Blowers. He said that the Saudi banking sector is not that different from the U.S. Mr. Blowers was followed by Ralph Standish. The United States essentially established the Saudi banking and financial system. There is a very close relationship between the Saudi and U.S. banking systems, in terms of financial matters.

13. SAMA has an official website with a great deal of information about financial and banking reports and regulations.

14. SAMA's regulations are similar to U.S. Federal Reserve regulations. Interest rates for SAMA are tied to U.S. interest rates, because the Saudi currency is tied to U.S. currency. In addition, SAMA also has close ties to the World Bank and International Monetary Fund. SAMA coordinates with the world and the U.S. in particular on banking regulations and issues.

15. High-level decisions at SAMA must be approved by the Saudi government.

16. SAMA has instituted various regulations controlling the transfer of funds into Saudi Arabia and abroad. All money transfers in Saudi Arabia have to go through SAMA. SAMA knows what banks are doing. Banking in Saudi Arabia is well controlled.

17. SAMA has a policy disallowing charitable organizations from transferring money abroad freely. SAMA would only allow for money transfers if it knew the intended purpose of the funds sent.

18. To transfer funds abroad, the customer must communicate to SAMA: where the money came from and why the customer wants to transfer the money abroad. Customers must also obtain permission from SAMA to transfer above a certain amount.

19. These regulations were in place prior to September 11, 2001, but they were not as strictly enforced as they are now.

20. After September 11, 2001, the Saudi government, as matter of a general policy as all governments did, prohibited transfer of funds from Saudi charitable organizations. Such regulations were applied to all not-for-profit charitable organizations. The prohibitions were political decisions. The pressure from the United States impacted the Saudi banking policies because of the political cooperation between two friendly countries. If a Saudi Arabian charitable organization was prohibited from transferring money to appease the United States, the money would be sent through other organizations, such as the United Nations.

21. Since September 11, 2001, SAMA requires mandatory reporting of suspicious transactions. I can remember no similar requirement prior to September 11, 2001.

22. Prior to September 11, 2001, there were also restrictions in place (i.e. in the 1990s) about transferring money to countries with whom the Kingdom of Saudi Arabia has no relationship. For example, transfers to the Soviet Union were now allowed.

23. SAMA also instituted regulations on cash donations, requiring that all donations be accompanied with a check showing where the money came from and for what purpose it was being sent.

24. SAMA policy requires monthly statements and annual statements. There are no regulations prohibiting banks from producing old bank account records, however, it is a matter of logistics and feasibility. Customers may obtain bank records from the bank directly. SAMA cannot authorize to release records without authorization from the Saudi government. Also,

most banks face difficulties when it comes to storing and retrieving old bank records because different banks have different document retention policies.

25. I personally have knowledge of the World Assembly of Muslim Youth (WAMY) from my years living in Saudi Arabia. WAMY is well known in Saudi Arabia with good track record. I have attended several WAMY conferences. WAMY is a reputable charitable organization that does not support terrorism. Its reputation as a credible charity and its operations in the Kingdom of Saudi Arabia and abroad are well documented.

26. I trust WAMY because I know the work of WAMY and personally know the people who work for WAMY and their families. The people who lead WAMY are good people from good and important families in Saudi society.

27. I have heard about certain organizations involved in improper financial transactions, such as money laundering for the support of terrorists. However, while at SAMA, and after leaving SAMA, I did not hear that WAMY was the subject of any money laundering investigation or even suspected of being involved in any improper transfer of funds. I am confident, due to my position at SAMA, that I would have heard about such conduct if it had it happened or was even suspected of happening.

28. I personally believe that WAMY has never been involved in sending money to terrorists.

29. From my personal knowledge, WAMY is a reputable organization that concentrates in assisting the needy and educating the youth. It is not an extremist organization. WAMY's policies and purpose are nowhere near those of terrorist organizations. WAMY's mission serves to save lives from famine, wars, and poverty. Its operations serve to offer education,

healthcare, build infrastructure, and support Islamic religious institutions all around the world and particularly in the areas of the world that are impoverished and have the greatest need. In Saudi Arabia, WAMY is thought of as an organization that is necessary to carry out these charitable and humanitarian goals; people respect WAMY and its good works. WAMY is concerned with presenting Islam in the proper way as a religion of peace, rather than the extreme way in which radicals portray Islam.

30. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on date: 11/17/2022

Mohammad Al-Juhani