UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 03-MDL-1570 (GBD) (SN)

---------------------------------------x.

IN RE: TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

---------------------------------------x

                    April 8, 2021

                     9:10 a.m.


            Continued Videotaped Deposition

via Zoom of MATTHEW A. LEVITT, pursuant to

Adjournment, before Jineen Pavesi, a

Registered Professional Reporter,

Registered Merit Reporter, Certified

Realtime Reporter and Notary Public of the

State of New York.

**EXHIBIT**

**WAMY EX. 251**

Page 436

LEVITT

Q.    If we could turn to page 5 of that report, please.

A.    Background and Findings, is that right?

Q.    Yes.

In the second paragraph, if we could just blow that up, this is discussing Osama bin Ladin, it reads, "Unlike other terrorist leaders, he was not a military hero, nor a religious authority, nor an obvious representative of the downtrodden and disillusioned.  He was a rich financier, both a scion of one of Saudi Arabia's most influential families and a challenger to Saudi Arabia's existing system of governance, distinguished by his ability to organize an effective network."

Did I read that correctly?

A.    Yes.

Q.    Do you agree with that portion of the report?

MR. HAEFELE:  Objection to form.

Page 437

LEVITT

A.    I would put this under the category of things that with time have become a little clearer.

I would describe it a little bit differently.

We now know, for example, that whereas, you know, actual military officers might not consider him a military hero, by virtue of fighting the frontlines in the bells of Jalabad, for example, some people did think of him as having military credentials.

He was not a religious authority in the sense that he had no formal religious training, but I think it is quite clear that some people certainly looked to him as a religious authority.

And I do think that for some he was the representative of downtrodden and disillusioned.

Furthermore, as we discussed earlier, it is true he was a rich financier, but in time we realized not as rich as had been originally thought,

Page 438

LEVITT

making, as we discussed earlier, the financing through businesses and through abuse of charity even more important for the group, not him personally.

He was a challenger to Saudi Arabia's existing form of governance.

For some within the Saudi system, that made him a pure enemy; for some within the Saudi system, that made them feel they had to become a little harder line.

So I wouldn't say that I disagree at large with this, but I think this description is a little bit dated.

Q.    So parts of the Council on Foreign Relations Task Force Report on Terrorist Financing, in your view, are dated, and --

A.    Well, you've highlighted to me a paragraph, so we're talking about this paragraph.

Q.    Okay.

A.    If you would like to talk about something else, we can do that too.

Page 439

LEVITT

I do think that this paragraph, which I'm not reading here in context, does have content that I think, if it were written today, the authors maybe would write it a little differently.

Q.    Do you believe that Osama bin Ladin was a religious leader?

A.    So I think that, as I said, Osama bin Ladin had no actual religious credentials, but he framed himself, he draped himself in kind of religious credentials, he referred to himself as the sheikh, S-H-E-I-K-H, Al Qaeda framed its activities in religious terminology, terminology that most, to be clear, reject, but still for some I do believe, I don't think of him as a religious authority, but I do think it is important to recognize that some people did and that was part of the draw.

Q.    Let's turn to page 8 of Exhibit 2021, please, the second paragraph beginning with "however."

A.    Sorry, before we enlarge that,

64 (Pages 436 - 439)