# The American Presidency Project (https://www.presidency.ucsb.edu/)



### WILLIAM J. CLINTON (/PEOPLE/PRESIDENT/WILLIAM-J-CLINTON)

### Executive Order 13099— Prohibiting Transactions With Terrorists Who Threaten To Disrupt the Middle East Peace Process

August 20, 1998

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.), the National Emergencies Act (50 U.S.C. 1601 et seq.), and section 301 of title 3, United States Code,

I, William J. Clinton, President of the United States of America, in order to take additional steps with respect to grave acts of violence committed by foreign terrorists that disrupt the Middle East peace process and the national emergency described and declared in Executive Order 12947 of January 23, 1995, hereby order:

Section 1. The title of the Annex to Executive Order 12947 of January 23, 1995, is revised to read "Terrorists Who Threaten To Disrupt the Middle East Peace Process."

Sec. 2. The Annex to Executive Order 12947 of January 23, 1995, is amended by adding thereto the following persons in appropriate alphabetical order:



EXHIBIT

WAMY EX. 252

Case 1:03-md-01570-GBD-SN   Document 12001-72   Filed 04/16/26   Page 2 of 3

Usama bin Muhammad bin Awad bin Ladin (a.k.a. Usama bin Ladin)

Islamic Army (a.k.a. Al-Qaida, Islamic Salvation Foundation, The Islamic Army for the Liberation of the Holy Places, The World Islamic Front for Jihad Against Jews and Crusaders, and The Group for the Preservation of the Holy Sites)

Abu Hafs al-Masri

Rifa'i Ahmad Taha Musa

Sec. 3. Nothing contained in this order shall create any right or benefit, substantive or procedural, enforceable by any party against the United States, its agencies or instrumentalities, its officers or employees, or any other person.

Sec. 4. (a) This order is effective at 12:01 a.m., eastern daylight time on August 21, 1998.

(b) This order shall be transmitted to the Congress and published in the Federal Register.

William J. Clinton

The White House,

August 20, 1998.

[Filed with the Office of the Federal Register, 8:45 a.m., August 24, 1998]

---

William J. Clinton, Executive Order 13099—Prohibiting Transactions With Terrorists Who Threaten To Disrupt the Middle East Peace Process Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/224623

Case 1:03-md-01570-GBD-SN   Document 2001-72   Filed 04/16/26   Page 3 of 3