C05373274

Top Secret ▮

**Operational Doctrine Rooted in Interpretation of Islamic Law** ▮

Bin Ladin's terrorist operations are grounded in his extreme interpretation of Islamic law, which sanctions attacks against a wide variety of targets worldwide. ▮▮▮▮, Islamic scholars in al-Qa`ida's leadership must issue a doctrinal justification in a *fatwa*, or formal religious ruling, as a prerequisite for all attacks. In practice, this requirement places few constraints on the group's terrorist planning. Al-Qa`ida's most recent *fatwa*—issued in February 1998 by Bin Ladin and leaders of other extremist groups under the banner of his "World Islamic Front for Jihad Against Jews and Crusaders"—is broadly worded, stating that all Muslims have a religious duty "to kill Americans and their allies, both civilian and military" worldwide.[1] During an interview in December 1998 Bin Ladin explained that all US citizens are legitimate targets because they pay taxes to the US Government.

- This interpretation broadened and superseded Bin Ladin's previous *fatwa*, which only authorized attacks against Western military targets on the Arabian Peninsula. Bin Ladin publicized this decree as a "Declaration of Jihad" in August 1996, ▮▮▮▮ the organization had secretly operated under its terms since 1992. Because the statement authorized operations in a limited area, al-Qa`ida attacks in other regions of the world initially required separate *fatwas*. ▮

US interests are Bin Ladin's primary—but not sole—target. The United States figures most prominently in Bin Ladin's public threats, and ▮▮▮▮, Bin Ladin has characterized the United States as "the head of the snake." Bin Ladin's *fatwa* authorizes attacks against Americans "and their allies," suggesting that he sees the countries of the "Jewish-Crusader alliance" (see box) as a single enemy. In particular, Bin Ladin appears to see Israel, France, and the United Kingdom as additional priorities for attack.

---

This Intelligence Report was prepared by an analyst in the DCI Counterterrorist Center. It has been coordinated within CIA. Queries and comments are welcome and may be directed to the ▮▮▮▮

---

[1] Bin Ladin's fatwas carry no formal authority outside of his own organization, and many Islamic religious scholars view his justifications for terrorism as simplistic and flawed, failing to address the numerous Islamic injunctions prohibiting violence against innocents—including Christians and Jews, who are traditionally tolerated as "Peoples of the Book." Instead, Bin Ladin attempts to appeal to Muslims who are not familiar with the finer points of Islamic jurisprudence but are convinced that their civilization must fend off an assault of Western military power and cultural values. (U)

Top Secret

EXHIBIT

WAMY EX. 258

CIA_000021