This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST ATTACKS    : 03-MDL-1570

ON SEPTEMBER 11, 2001       : (GBD)(SN)

- - -

JUNE 2, 2021

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Remote Videotaped Deposition, taken via Zoom, of SHERMAN JACKSON, Ph.D., commencing at 9:02 a.m. Pacific Time, on the above date, before Amanda Maslynsky-Miller, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

- - -

GOLKOW LITIGATION SERVICES

877.370.3377 ph| 917.591.5672 fax

deps@golkow.com

EXHIBIT

WAMY EX. 259

This Transcript contains confidential Material

and publications of the Muslim World League?

A.     The ones from Kohlmann's report?

Q.     Correct.

A.     Yes.

Q.     And do they indicate, as your report states, that any Muslim individual or institution that supports legitimate jihad is an institution that thereby supports wanton unrestrained violence?

A.     Okay.  Now, I think that what we have to do with the report of Kohlmann, as well as that of Levitt, is that we have to take these reports in their entirety.

What I'm referring to is the fact that cumulatively -- and I have a number of references, cumulatively, jihad is equated with terrorism and wanton violence.

And there are paragraphs in which it is very difficult to distinguish

This Transcript contains confidential Material

between jihad on the one hand and terrorism and, quote/unquote, extremist violence on the other.

And in point of fact, these concepts are all conflated with each other, whereby we end up connoting terrorism through the use of the word "jihad."

And that's what I'm talking about, in terms of the conflation of these concepts such that anyone who ends up having any kind of commitment to jihad, no matter how justified it might be as a defensive mechanism even, ends up associated with wanton violence and terrorism.

That's my point about this report. And those paragraphs were simply the paragraphs that focused more on jihad. But, again, if we look at the report overall, the conflation between jihad and terrorism has an -- has an illocutionary force whereby the two are associated in the mind one with the