UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS BURNETT, SR.,
in his own right As the father of
THOMAS E. BURNETT, JR.,
Deceased, et al.

            Plaintiffs,

v.

WORLD ASSEMBLY OF MUSLIM
YOUTH
a/k/a/ WAMY INTERNATIONAL. INC,
a/k/a/ WORLD ASSOCIATION FOR
MUSLIM YOUTH
            Defendants.

) Civil Action No: 1:02 CV 01616 (JR)

## DECLARATION OF MAHER H. HANANIA

I Maher H. Hanania hereby state and declare that:

1. I am an attorney with the Law Firm of HANANIA & KHEDER with offices located in the Commonwealth of Virginia.

2. I was retained by the WAMY to represent them in the above referenced matter.

3. On April 22, 2003, Defendants' counsel filed a Consent Motion for an Extension of Time to Respond to Plaintiff second Amended Complaint.

4. On April 25, 2003 the court granted the said Motion.

5. Thereafter, counsel for Plaintiff contacted Counsel to find out when an answer on behalf of WAMY will be filed.

- 1 -

EXHIBIT

WAMY EX. 260

6. Counsel for Defendant informed Plaintiff counsel that he did not serve WAMY and that they have not served the Third Amended Complaint.

7. Counsel for Plaintiff informed Counsel for Defendant that the Third Amended Complaint will be served.

8. Counsel for Defendant informed Counsel for Plaintiff that an answer will be filed on time once the Complaint is served.

9. Upon information and belief Counsel for Plaintiff never served defendants.

10. Upon information and belief service of original complaint was not perfected on Defendants.

11. Pursuant to 28 U.S.C. § 1746, I declared under penalty of perjury that the foregoing is true and correct.

Executed this 2th, day of November, 2004.

Maher H. Hanania