LAW FIRM OF
## OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

OF COUNSEL:
TARIK DAVIS
MARC RUBIN
DEVEREAUX CARNICK

WEBSITE: OTMLAW.COM
E-MAIL: OMOHAMMEDI@OTMLAW.COM

April 8, 2004
Harry Huge, Esq.
Executive Committee for Plaintiffs
*RE: Burnett vs. Al Baraka*
401 9th Street NW, Suite 450
Washington, D.C.
20004

VIA FAX (843)720-8794

Dear Mr. Huge

Our firm has been retained to represent the World Assembly of Muslim Youth (hereinafter WAMY) in the Southern District of New York's consolidated matter of *Kathleen Ashton et. al. vs. Egyptian Islamic Jihad et. al.* before the Hon. Judge Casey. Previous counsel has sent a letter to the court requesting permission to withdraw and allow for substitution.

As per our phone conversation this morning we contend WAMY was not properly served in this matter. WAMY is a registered Virginia non-profit corporation and maintains an office in that state. For some reason no Plaintiff in this matter has sought to properly serve WAMY either locally or overseas. WAMY will consent to a thirty day extension of time for the purposes of proper service. You may properly effectuate service at the following address:

**World Assembly of Muslim Youth,**
**P.O. Box 8096**
**Falls Church, VA**
**22041,**
**USA**

If for some reason you contest that WAMY was not properly served please contact me immediately to discuss the issue.

Sincerely,

Khurrum Wahid, Esq.
Counsel for
World Assembly of Muslim Youth
Cell phone (917) 940-5997
Email khurrum.wahid@verizon.net

**EXHIBIT**

**WAMY EX. 261**