LAW FIRM OF
## OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

OF COUNSEL:
TARIK DAVIS
MARC RUDIN
DEVEREAUX CANNICK

WEBSITE: OTMLAW.COM
E-MAIL: OMOHAMMEDI@OTMLAW.COM

June 29, 2004

**VIA AIRBORNE EXPRESS**
Harry Huge, Esq.
Harry Huge Law Firm, LLP
401 Ninth Street, N.W., Suite 450
Market Square North
Washington, D.C. 20004
Phone: (843) 722-1628
Facsimile: (202) 318-1261

**Re: Burnett v. Al Baraka Investment and Development Corp., et al. (1:03-CV-09849(RCC)**
**Master Docket: 03 MDL 1570 (RCC)**

Dear Mr. Huge:

As retained counsel for the World Assembly of Muslim Youth ("WAMY"), my Co-Counsel Khurrum Wahid sent you a letter on April 8, 2004, offering a one month extension to serve our client in Virginia. This was following a telephone conversation he had with you. Mr. Wahid provided the address to serve. (Attached is the letter offered). To date WAMY has not been served.

In addition, on June, 4, 2004, Kreindler & Kreindler filed a motion to voluntarily dismiss WAMY among other defendants in Kathleen Ashton, et al., v. Al Qaeda Islamic Army, et al., 02-CV-6977 (RCC), consolidated under 03 MDL 1570. Attached please find a copy of the Motion for Voluntary Dismissal. As you may know, the Ashton and Burnett cases were consolidated. The factual allegations, causations and remedies are identical in the two cases. We are requesting a voluntary dismissal of WAMY and

EXHIBIT
WAMY EX. 262

WAMY International in the Burnett v. Al Baraka Investment and Development Corp., 1:03-CV-09849, consolidated under 03 MDL 1570.

We look forward to hearing from you to discuss this matter further.

Sincerely,

Omar Mohammedi

Enclosures:
- Letter offering extension to serve (April 8th)
- Motion for Voluntary Dismissal (June 4th)

Cc: Ronald Motley, Esquire

WAMY/BRN