# MOTLEY | ATTORNEYS AT LAW
# RICE | LLC

Ronald L. Motley (SC)
Joseph F. Rice (SC)
Anne K. Ritter (SC, TN)
John J. McConnell, Jr. (RI, MA, SC, DC)
William H. Narwold (CT)
Allard A. Allston III (SC)
John E. Herrick (SC, MD)
Edward B. Cottingham Jr. (SC)
Robert J. McConnell (RI, MA)
Frederick C. Baker (SC, NY)
Fred Thompson III (SC)
Jodi Westbrook Flowers (SC)
Paul J. Doolittle (SC)
Donald A. Migliori (RI, MA, MN)
Anne McGinness Kearse (SC)
Jeffrey S. Thompson (TX)
Mary F. Schiavo (MO, DC, MD)
Samuel B. Cothran Jr. (SC, NC) (General Counsel)
Miles Loadholt (SC)
J. Terry Poole (SC)
M. Eric Bolter (SC)
Laurie J. Loveland (1958-2000)
J.B. Harris (FL, DC)
Donni E. Young (LA)
Robert T. Haefele (NJ, PA)
Sheryl A. Moore (SC, VA)
V. Brian Bevon (SC)
James M. Hughes (SC)
Rhett D. Klok (SC, DC, LA, TX, NM)
Frederick J. Jekel (SC)
Theodore H. Huge (SC, VA, DC)
John E. Guerry III (SC)
Philelma L. Fitzpatrick (RI, MA, NY, DC)
Christy M. DeLuca (SC, IL, CO)
Suzanne LaFleur Klok (SC, DC, LA, TX, NM)
Cindi Anne Solomon (SC)
Wm. Michael Gruendch (SC)
David P. Bevon (SC)
Walter F. Harris III (SC)
Laura N. Khare (SC)
Michael E. Elsner (SC, VA, NY)
Vincent L. Greene IV (RI)
Marlon E. Kimpson (SC)
Stacie P. Taylor (AL, MS)
Ingrid L. Moll (CT)
Caroline A. Bernard (SC, LA)
Elizabeth C. Ward (SC, NC)
Scott M. Galante (LA)
Kimberly D. Barnard (SC, CA)
Elizabeth Smith (SC)
James W. Ledlie (SC)
Michael C. Rousseau (RI, CA, MA)
Lynn Seithel Jekel (SC)
Badge Humphries (SC, TX)
Aileen L. Sprague (RI)
John A. Baden IV (SC)
B. Claire Xidis (SC, NY, DC)
William E. Applegate IV (SC)
Justin B. Kaplan (TN)
Abigail B. Walsh (SC)

September 7, 2004

VIA FACSIMILE
212-725-9160

Mr. Omar T. Mohammedi
Law Firm of Omar T. Mohammedi
200 Madison Avenue
Suite 1901
New York, NY 10016-3903

Re:    Service of Process on WAMY in the *Burnett* Litigation.

Dear Mr. Mohammedi:

Attached to this letter please find copies of a Certificate of Service along with the Affidavit of our process server. We believe your client World Assembly of Muslim Youth was properly served personally on December 23, 2002, and then again via mail on December 24, 2002. Accordingly, we view your client as in default. If you have another view, we would appreciate hearing the reasons for same.

Very Truly Yours,

Justin B. Kaplan

JBK/sl

Enclosures

www.motleyrice.com

Mt. Pleasant
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216-9450 FAX

Barnwell
1750 Jackson St
P.O. Box 365
Barnwell, SC 29812
803-224-8500
803-259-7048 FAX

Providence
321 South Main St.
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 FAX

New Orleans
9701 Lake Forest Blvd.
New Orleans, LA 70127
504-243-1672
504-243-1316 FAX

Hartford
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 FAX

EXHIBIT
WAMY EX. 263