

**MotleyRice** LLC
ATTORNEYS AT LAW

Robert T. Haefele
*Licensed in NJ, PA, SC*

South Carolina Office
Direct Dial 843.216.9184
Direct Fax 843.216.9450
rhaefele@motleyrice.com

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000
**f.** 843.216.9450

321 South Main St.
Providence, RI 02903
**o.** 401.457.7700
**f.** 401.457.7708

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
**o.** 860.882.1681
**f.** 860.882.1682

275 Seventh Ave., 2nd Floor
New York, NY 10001
**o.** 212.577.0040
**f.** 212.577.0054

320 Chestnut St.
Morgantown, WV 26505
**o.** 304.413.0456
**f.** 304.413.0458

www.motleyrice.com

June 30, 2011

By Electronic Mail

Omar T. Mohammedi, Esq.
Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 801
Woolworth Building
New York, NY 10279

Re:     In re Terrorist Attacks on Sept. 11, 2001, 03-MDL-1570 (GBD) (S.D.N.Y.)
This document relates to:
BURNETT, et al. v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., et al.,
Case No. 03-CV-09849-GBD

Dear Mr. Mohammedi:

As you will recall, during the April 12, 2011 conference, Magistrate Judge Maas indicated that, although he was unsure which side was correct in the dispute regarding the production of documents demonstrating the *Burnett* plaintiffs' service on WAMY, because the documents were not voluminous he directed the plaintiffs to produce them. Accordingly, as a supplemental response to plaintiffs' production of documents (particularly in response to Requests 84 and 85 of WAMY's First Set of Document Requests Served on Plaintiffs on December 10, 2010), we are producing herewith documents evidencing the referenced service.

Naturally, plaintiffs will continue to maintain that service was effective and that the issue of service was disposed of as a result of the Court's denial of the motions to dismiss. But notwithstanding that, we are hoping to get beyond the rhetoric that has developed surrounding this issue of long term dispute between WAMY and the *Burnett* plaintiffs.

Inasmuch as you have reached an amicable agreement to acknowledge service in each of the other cases, we would hope that you would, from your end, not single out the *Burnett* plaintiffs by making them the sole plaintiffs for which you refuse to acknowledge service, but would instead place them on equal footing with the remaining cases.

Sincerely,

Robert T. Haefele

RTH/mn

Enclosure


**EXHIBIT**
**WAMY EX. 264**

# MOTLEY RICE

**ATTORNEYS AT LAW LLC**

Ronald L. Motley (SC)
Joseph F. Rice (SC)
Ann K. Ritter (SC, TN)
John J. McConnell, Jr.
(RI, MA, SC, DC)
William H. Narwold (CT)
Allard A. Allston III (SC)
John E. Herrick (SC, MD)
Edward B. Cottingham Jr. (SC)
Robert J. McConnell (RI, MA)
Frederick C. Baker (SC, NY)
Fred Thompson III (SC)
Jodi Westbrook Flowers (SC)
Paul J. Doolittle (SC)
Donald A. Migliori (RI, MA, MN)
Anne McGinness Kearse (SC)
Jeffrey S. Thompson (TX)
Mary F. Schiavo (MO, DC, MD)
Samuel B. Cothran Jr. (SC, NC)
(General Counsel)
Miles Loadholt (SC)
J. Terry Poole (SC)
M. Eric Bolter (SC)
Laurie J. Loveland (1958-2000)
J.B. Harris (FL, DC)
Donni E. Young (LA)
Robert T. Haefele (NJ, PA)
Sharyl A. Moore (SC, VA)
V. Brian Bevon (SC)
James M. Hughes (SC)
Rhett D. Klok
(SC, DC, LA, TX, NM)
Frederick J. Jekel (SC)
Theodore H. Huge (SC, VA, DC)
John E. Guerry III (SC)
Fidelma L. Fitzpatrick
(RI, MA, NY, DC)
Christy M. DeLuca (SC, IL, CO)
Suzanne LaFleur Klok
(SC, DC, LA, TX, NM)
Cindi Anne Solomon (SC)
Wm. Michael Gruenloh (SC)
David P. Bevon (SC)
Walter F. Harris III (SC)
Laura N. Khare (SC)
Michael E. Elsner (SC, VA, NY)
Vincent L. Greene IV (RI)
Marlon E. Kimpson (SC)
Stacie F. Taylor (AL, MS)
Ingrid L. Moll (CT)
Caroline A. Bernard (SC, LA)
Elizabeth C. Ward (SC, NC)
Scott M. Galante (LA)
Kimberly D. Barone (SC, CA)
Elizabeth Smith (SC)
James W. Ledlie (SC)
Michael G. Rousseau (RI, CA, MA)
Lynn Seithel Jekel (SC)
Badge Humphries (SC, TX)
Aileen L. Sprague (RI)
John A. Baden IV (SC)
E. Claire Xidis (SC, NY, DC)
William E. Applegate IV (SC)
Justin B. Kaplan (TN)
Abigail B. Walsh (SC)

September 7, 2004

**VIA FACSIMILE**
212-725-9160

Mr. Omar T. Mohammedi
Law Firm of Omar T. Mohammedi
200 Madison Avenue
Suite 1901
New York, NY 10016-3903

Re:    Service of Process on WAMY in the *Burnett* Litigation.

Dear Mr. Mohammedi:

Attached to this letter please find copies of a Certificate of Service along with the Affidavit of our process server. We believe your client World Assembly of Muslim Youth was properly served personally on December 23, 2002, and then again via mail on December 24, 2002. Accordingly, we view your client as in default. If you have another view, we would appreciate hearing the reasons for same.

Very Truly Yours,

Justin B. Kaplan

JBK/sl

Enclosures

www.motleyrice.com

**Mt. Pleasant**
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216-9450 FAX

**Barnwell**
1750 Jackson St.
P.O. Box 365
Barnwell, SC 29812
803-224-8800
803-259-7048 FAX

**Providence**
321 South Main St.
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 FAX

**New Orleans**
9701 Lake Forest Blvd.
New Orleans, LA 70127
504-245-1612
504-245-1816 FAX

**Hartford**
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 FAX

PEC-WAMY001073

982(a)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Young, Riley Dudley & Debrota<br>3815 River Crossing Parkway #340<br>Indianapolis, Indiana 46240 | (317) 848-7939<br><br>Ref. No. or File No. | |

ATTORNEY FOR (Name):

Insert name of court and name of judicial district and branch court, if any:
United States District Court of Columbia

SHORT TITLE OF CASE:
Burnett vs. Al Baraka

| PROOF OF SERVICE<br>(Summons) | DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>1-02-01616-JR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the *(specify documents)*:
Summons & Amended Complaint

2. a. Party served *(specify name of party as shown on the documents served)*:
World Assembly of Muslim Youth a/k/a a Wamy International, Inc., a/k/a
World Association for Muslim Youth

  b. Person served: ☐ party in item 2a ☒ other *(specify name and title or relationship to the party named in item 2a)*:
Caroline Sodder (Person in Charge Authorized to Accept Service)

  c. Address: 5134 Leesburg
Alexandria, VA 22302

3. I served the party named in item 2
  a. ☐ by personally delivering the copies (1) on *(date)*:      (2) at *(time)*:
  b. ☒ by leaving the copies with or in the presence of *(name and title or relationship to person indicated in item 2b)*:
Caroline Sodder (Person In Charge Authorized to Accept Service) .
      (1) ☒ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
      (3) on *(date)*: 12/23/02     (4) at *(time)*: 4:10 pm
      (5) ☐ A declaration of diligence is attached. *(Substituted service on natural person, minor, conservatee, or candidate.)*
  c. ☒ by mailing the copies to the person served, addressed as shown in item 2c, by first-class mail, postage prepaid,
      (1) on *(date)*: 12/23/02     (2) from *(city)*: Los Angeles, CA.
      (3) ☐ with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me.
      (4) ☐ to an address outside California with return receipt requested.    ☒ *(Attach completed form.)*
  d. ☐ by causing copies to be mailed. A declaration of mailing is attached.
  e. ☐ other *(specify other manner of service and authorizing code section)*:
. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☒ on behalf of *(specify)*: World Assembly of Muslim Youth a/k/a a Wamy International, Inc., a/k/a World Association for muslim youth

| under: | ☒ CCP 416.10 (corporation) | ☐ CCP 416.60 (minor) | ☐ other: |
|---|---|---|---|
| | ☐ CCP 416.20 (defunct corporation) | ☐ CCP 416.70 (conservatee) | |
| | ☐ CCP 416.40 (association or partnership) | ☐ CCP 416.90 (individual) | |

. Person serving *(name, address, and telephone No.)*:
Process Service Network
20010 Canoga Avenue #B-6
Chatsworth, CA 91311-3043
(818)772-4795 Fax: (818)772-4798
Member CAPPS and NAPPS

  a. Fee for service: $    89.00
      CCP1033.5 (a) 4B
  b. ☐ Not a registered California process server.
  c. ☐ Exempt from registration under B&P § 22350(b).
  d. ☐ Registered California process server.
      (1) ☐ Employee or independent contractor.
      (2) Registration No.:
      (3) County:

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

ate: 12-23-02

(SIGNATURE)

Form Adopted by Rule 982
dicial Council of California
2(e)(23) [New July 1, 1987]
Mandatory Form

**PROOF OF SERVICE**
**(Summons)**

Code Civ. Proc., § 417.10(f)

407Blank

PEC-WAMY001074

6-02-2003  12:36PM     FROM TRDD 317 846 7651                                    P. 2

# Process Service Network.

An international legal resources company
10010 Canoga Avenue #B6
Chatsworth, CA 91311-0959
(800)417-7623   Fax: (818)772-4798

e-mail: processnet@sbcglobal.net
website: www.processnet1.com

Date:   May 27, 2003

To:     Amy DeBrota

Re:     Burnet
        Wamy International

Dear Amy:

Please find enclosed the Affidavit of Robert Reynolds and my declaration of mailing. I noticed that the "Proof of Service" was one that we normally provide to out-of-area process servers rather than the one used on this case. While the information is accurate, it is a California form, rather than a U.S. District Court form. Let me know if you need an amended return of service.

Yours truly,

Nelson Tucker
President

NT:pc

encl:

- Legal Services Throughout the World -
Los Angeles · London · Taipei · Sydney · Sao Paulo

06/02/2003 MON 13:47  [JOB NO. 6926]  ☑002

PEC-WAMY001075

## Affidavit of Robert Reynolds

I, Robert Reynolds, declare under penalty of perjury, that the following is true and correct, that I have personal knowledge as to the facts stated, and that I could competently testify, if called, that:

I am a professional process server, am over the age of 18 years, and not a party to the within-named action. I have been a process server since 1981. I regularly serve, or cause to be served, legal documents in the Northern Virginia/Washington, D.C. area.

I received a request from Process Servers Network to serve documents in Alexandria, Virginia of documents related to the matter Burnett v. Al Baraka, case number 1-02-01616-JR. I was instructed to serve World Assembly of Muslim Youth a/k/a WAMY International, Inc. a/k/a World Association for Muslim Youth at their business address of 5134 Leesburg, Alexandria, Virginia 22302.

On December 23, 2002, I arrived at the above-mentioned address and attempted to enter the premises. I could not open the front door to the unit since it was locked. I knocked on the door once and a female employee came to the door. I advised her that I had legal papers for the above-named defendant and she advised me that she would not accept them and that the documents had to be delivered to their attorney. Upon inquiry, she identified herself as Caroline Sodder and advised me that she was normally authorized to accept legal documents but not on this case. She attempted to close the door and I threw the papers inside. She picked them up and threw them back outside.

I immediately called Nelson at Process Service Network in California and advised him as to what had happened. He requested that I also mail a copy to the same defendant but I could not since I did not have an extra copy of the documents. He advised me that he would mail a copy to the defendant.

I declare and can competently testify, under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct. Executed on May 23, 2003, at Falls Church, Virginia.

Robert Reynolds

PEC-WAMY001076

U 82 2003 12:37PM    FROM TRDD 317 645 7851    P.4

### Declaration of Nelson Tucker

I, Nelson Tucker, declare under penalty of perjury of the laws of the United States of America, that the following is true and correct, that I have personal knowledge as to the facts stated, and that I could competently testify, if called, that:

1. I am the President of *Process Service Network*, an international service of process firm, am over the age of 18 years, and not a party to the within-named action. I have been a Registered Process Server and owner of an attorney service since 1978. I have authored two (2) books on service of process, investigations and court filing procedures and have conducted training seminars for the past 18 years. I regularly serve, or cause to be served, legal documents domestically and worldwide and supervise all international service assignments. I currently teach Service of Process and Court Filing Procedures at *Los Angeles Valley College* and Service of Process at *Legal Services Institute*. I have conducted MCLE courses for attorneys, as qualified by the State Bar of California, on service of process. I am a Life Member of the *National Association of Investigative Specialists* and the *International Process Servers Association*. I am qualified as an expert witness on the following subjects: service of process, international service of process, and court filing procedures.

2. This Declaration is made related to international service of process upon World Assembly of Muslim Youth a.k.a. Wamy International, Inc. a.k.a. World Association for Muslim Youth, related to the matter of *Burnett, et al. v. Al Baraka Investment, et al.,* case No. 1-02-01616-JR, filed in the United States District Court, District of Columbia.

3. On or about November 4, 2002, I forwarded an assignment from the law firm of Young Riley Dudley & DeBrota, to a private process server in Washington, D.C. with instructions to serve World Assembly of Muslim Youth at 5134 Leesburg, Alexandria, VA.

4. On or about December 23, 2002, I received a phone call from the process server who advised me that service had been completed by substituted service. However, it was my understanding that the service was actually personal service since it was served on a person who identified herself as being authorized to accept service.

1

06/02/2003 MON 13:47    [JOB NO. 6926]    ☒004

PEC-WAMY001077

6-02-2003 12:56PM    FROM TRDD 317 846 7831    P.5

5. Since there was a question as to the method of service, I also mailed a copy of the documents on December 24, 2002, from Los Angeles, CA by first-class mail, postage fully pre-paid to the defendant at the same address where documents were served (see attached U.S. Postal Service Delivery Confirmation Receipt).

I declare and can competently testify, under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct. Executed on March 14, 2003, at Los Angeles, CA.

Nelson Tucker

2

06/02/2003 MON 13:47    [JOB NO. 6926]    ☑005

PEC-WAMY001078

6-02-2003 12:38PM    FROM YRDD 317 848 7831                                                P.5



## U.S. Postal Service Delivery Confirmation Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

World Assembly of Muslim Youth
5734 Leesburg
Alexandria, VA 22302

DELIVERY CONFIRMATION NUMBER:
0302 0740 0002 5924 2482

POSTAL CUSTOMER:
(Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail®
☐ Package Services
(See Reverse)

PS Form 152, January 2001

06/02/2003 MON 13:47    [JOB NO. 6926]    ☑006

PEC-WAMY001079