## HANLY CONROY BIERSTEIN & SHERIDAN LLP
415 MADISON AVENUE
NEW YORK, NEW YORK 10017-1111
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
(212) 401-7556
JAYNE CONROY (NY, DC & MA)
(212) 401-7555
CLINTON B. FISHER (NY & DC)
(212) 401-7557
PAUL J. HANLY, JR. (NY & TX)
(212) 401-7550
THOMAS I. SHERIDAN, III (NY)
(212) 401-7602

TELEPHONE (MAIN)
(212) 401-7600

TELECOPIER
(212) 401-7635

EMAIL
abierstein@hanlyconroy.com

VIA EMAIL & MAIL

December 1, 2004

Omar T. Mohammedi, Esq.
Law Firm of Omar T. Mohammedi
200 Madison Avenue, Suite 1901
New York, New York 10016-3903

> Re:   MDL 1570 (*Burnett v. Al Baraka Inv. & Devel. Co.*, 03 Civ-9849 (RCC))

Dear Mr. Mohammedi:

I write in response to your letter of November 29, 2004, concerning service of process on the World Assembly of Muslim Youth ("WAMY") in the *Burnett* case. You contend that you will not accept service of process in *Burnett* because you believe that our earlier efforts to serve your client were invalid and you further assert that we have ignored your efforts to resolve the issue between us. Neither of these positions is correct.

On September 7, 2004, in response to your earlier inquiries, Justin Kaplan of Motley Rice LLC faxed to you copies of the Certificate of Service and the affidavit from our process server confirming service on WAMY in December, 2002. In his cover letter, Mr. Kaplan invited you to provide us with any reason you might have why we should not view your client as being in default. (I enclose another copy of Mr. Kaplan's letter for your reference.) I understand from Mr. Kaplan that he never received a response from you. Thus, it is you, and not we, that have refused to address the question of service on WAMY. Moreover, the documents that Mr. Kaplan sent show that WAMY was properly served and is currently in default. Accordingly, it is our intention to seek a default judgment against your client. If you wish to discuss this further, please contact Mr. Kaplan at 843-216-9109.

Sincerely,

Andrea Bierstein

Enc.
cc:   Justin Kaplan, Esq.

EXHIBIT

WAMY EX. 266