LAW FIRM OF
# OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

OF COUNSEL:

MARC RUBIN
DEVEREAUX CANNICK
KHURRUM WAHID
SETH MARCUS

WEBSITE: WWW.OTMLAW.COM

OMAR T. MOHAMMEDI
DIRECT LINE: EXT. 18
OMOHAMMEDI@OTMLAW.COM

December 6, 2004

**VIA AIRBORNE EXPRESS & FACSIMILE**
Andrea Bierstein, Esq.
Hanly Conroy Bierstein & Sherridan LLP
100 Park Avenue
New York, New York 10017-5590
Facsimile: (212) 401-7635

Re: MDL-1570:
**Burnett, et al. v. Al Baraka Investment &
Development Corp., et al., 03-CV-9849 (RCC)**

Dear Ms. Bierstein:

We write in response to your December 1, 2004 letter. In that letter you contend that on September 7, 2004, Mr. Justin Kaplan faxed us copies of the Certificate of Service, as well as the affidavit from your process server which purported to confirm service on WAMY in December 2002. You further had the audacity to state that Mr. Kaplan's cover letter invited us to provide any reason our clients should not be viewed as being in default, and that we failed to respond to this invitation.

Our attempts to contact you regarding service issues have been well documented in our previous letters and communications. If we were not prepared to respond, as you alleged, we would not have initiated contact with you, nor would we have repeatedly attempted to follow up on that contact to urge you to serve our clients.

As for the September 7, 2004 letter, we never responded to it simply because we never received it. Please provide us with proof of the fax transmission.

EXHIBIT

WAMY EX. 267

It is our intention to seek a court order to dismiss the <u>Burnett</u> action based on the above stated facts.  Please feel free to contact the undersigned.

Sincerely,

Omar T. Mohammedi

Cc:
Justin B. Kaplan
Motley Rice, LLC
9701 Lake Forest Boulevard
New Orleans, LA 70127
Facsimile: (504) 245-1816

WAMY/Service