LAW FIRM OF
# OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

ASSOCIATE
ALLY HACK, ESQ.

OF COUNSEL:
MARC RUBIN
DEVERAUX CANNICK
ARMANI SCOTT
SETH MARCUS

OMAR T. MOHAMMEDI
DIRECT LINE: EXT. 18

WEBSITE:WWW.OTMLAW.COM
OMOHAMMEDI@OTMLAW.COM

June 26, 2005

**VIA REGULAR MAIL & FACSIMILE**
Andrea Bierstein, Esq.
Hanly Conroy Bierstein & Sherridan LLP
112 Madison Avenue
New York, New York 10016-7416
Facsimile: (212) 784-6420

**Re: MDL-1570: Burnett, et al. v. Al Baraka Investment & Development
Corp., et al., 03-CV-9849 (RCC)**

Dear Ms. Bierstein:

As per the Judge's Order and our agreement, we anticipate filing our motion to dismiss for defective service and/or no service in the above-referenced matter on August 31st. We would like to draft a briefing schedule stipulation and file it in Court.

Thank you for your attention to this matter. Please feel free to contact us with any questions.

Sincerely,

Ally Hack, Esq.



LAW FIRM OF
# OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

**OF COUNSEL:**

MARC RUBIN
DEVEREAUX CANNICK
KHURRUM WAHID
SETH MARCUS

WEBSITE: WWW.OTMLAW.COM

OMAR T. MOHAMMEDI
DIRECT LINE: EXT. 18
OMOHAMMEDI@OTMLAW.COM

## FACSIMLE TRANSMISSION

DATE: JUNE 28, 2005

TO: ANDREA BIERSTEIN, ESQ.

FROM: OMAR T. MOHAMMEDI

FIRM: HCB&S

FIRM: LAW FIRM OF OMAR T. MOHAMMEDI

FACSIMILE: (212) 784-6420

TELEPHONE:

### RE: BURNETT V. AL BARAKA

NUMBER OF PAGE INCLUDING COVER: 2

==============================================================================

**NOTES AND COMMENT:**

The pages comprising this facsimile transmission may contain CONFIDENTIAL INFORMATION from the Firm of Omar T. Mohammedi. This information is intended solely for the use by the individual or entity named as the recipient of this facsimile. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission.

SENDING REPORT

Jun. 28 2005 01:55PM

YOUR LOGO    : LAW FIRM OF OMAR MOHAMMEDI
YOUR FAX NO. : 12127259160

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|-----|-----------------|------------|------------|------|-------|--------|
| 01  | 12127846420     | Jun.28 01:53PM | 01'34 | SND | 02 | OK |

**TO TURN OFF REPORT, PRESS 'MENU' #04 SET.**
**THEN SELECT OFF BY USING 'JOG-DIAL'.**


**FOR FAX ADVANTAGE ASSISTANCE, PLEASE CALL 1-800-HELP-FAX (435-7329).**

LAW FIRM OF
# OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

ASSOCIATE
ALLY HACK, ESQ.

OF COUNSEL:
MARC RUBIN
DEVERAUX CANNICK
ARMANI SCOTT
SETH MARCUS

OMAR T. MOHAMMEDI
DIRECT LINE: EXT. 18

WEBSITE: WWW.OTMLAW.COM
OMOHAMMEDI@OTMLAW.COM

July 15, 2005

**<u>VIA REGULAR MAIL & FACSIMILE</u>**
Andrea Bierstein, Esq.
Hanly Conroy Bierstein & Sherridan LLP
112 Madison Avenue
New York, New York 10016-7416
Facsimile: (212) 784-6420

> ### Re: MDL-1570: <u>Burnett, et al. v. Al Baraka Investment & Development Corp., et al., 03-CV-9849 (RCC)</u>

Dear Ms. Bierstein:

We represent the Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth International in the above referenced action. It has been approximately two weeks since we sent you our proposed Stipulation and Briefing Schedule, and we have not heard from you. In order to facilitate its filing, please contact us immediately with any suggestions that you might have.

Thank you for your attention to this matter. Please feel free to contact us with any questions.

Sincerely,

Ally Hack

LAW FIRM OF

# OMAR T. MOHAMMEDI

200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

**OF COUNSEL:**

MARC RUBIN
DEVEREAUX CANNICK
KHURRUM WAHID
SETH MARCUS

WEBSITE: WWW.OTMLAW.COM

OMAR T. MOHAMMEDI
DIRECT LINE: EXT. 18
OMOHAMMEDI@OTMLAW.COM

## FACSIMLE TRANSMISSION

DATE: JULY 15, 2005

TO: ANDREA BIERSTEIN, ESQ.                    FROM: OMAR T. MOHAMMEDI

FIRM: EASTERN DISTRICT OF NEW YORK            FIRM: LAW FIRM OF OMAR T. MOHAMMEDI

FACSIMILE: (212) 784-6420

TELEPHONE:

RE: BURNETT V. AL BARAKA

NUMBER OF PAGE INCLUDING COVER: 2

===========================================================================

**NOTES AND COMMENT:**

The pages comprising this facsimile transmission may contain CONFIDENTIAL INFORMATION from the Firm of Omar T. Mohammedi. This information is intended solely for the use by the individual or entity named as the recipient of this facsimile. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission.

1

**SENDING REPORT**

Jul. 15 2005 04:58PM

YOUR LOGO    : LAW FIRM OF OMAR MOHAMMEDI
YOUR FAX NO. : 12127259160

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|-----|-----------------|------------|------------|------|-------|--------|
| 01 | 12127846420 | Jul.15 04:57PM | 01'27 | SND | 02 | OK |

**TO TURN OFF REPORT, PRESS 'MENU' #04 SET.**
**THEN SELECT OFF BY USING 'JOG-DIAL'.**


**FOR FAX ADVANTAGE ASSISTANCE, PLEASE CALL 1-800-HELP-FAX (435-7329).**