LAW FIRM OF
**OMAR T. MOHAMMEDI**
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

ASSOCIATE
ALLY HACK, ESQ.

OF COUNSEL:
MARC RUBIN
DEVERAUX CANNICK
ARMANI SCOTT
SETH MARCUS

OMAR T. MOHAMMEDI
DIRECT LINE: EXT. 18

WEBSITE:WWW.OTMLAW.COM
OMOHAMMEDI@OTMLAW.COM

July 28, 2005

**VIA REGULAR MAIL & FACSIMILE**
Andrea Bierstein, Esq.
Hanly Conroy Bierstein & Sherridan LLP
112 Madison Avenue
New York, New York 10016-7416
Facsimile: (212) 784-6420

Re: MDL-1570: **Burnett, et al. v. Al Baraka Investment & Development Corp., et al., 03-CV-9849 (RCC)**

Dear Ms. Bierstein:

On July 15, 2005 we wrote asking for your feedback regarding the Stipulation and Briefing schedule, which we sent you on or about July 1, 2005. You have yet to respond. If we do not hear from you by August 8, 2005, we will take your silence as a tacit approval. We will then file the Stipulation and Briefing Schedule with the court, along with a letter explaining why you have not signed it.

Thank you for your attention to this matter. Please feel free to contact us with any questions or concerns.

Sincerely,

Ally Hack

EXHIBIT

WAMY EX. 270