LAW FIRM OF
## OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

ASSOCIATE
ALLY HACK, ESQ.

OF COUNSEL:
MARC RUBIN
DEVERAUX CANNICK
ARMANI SCOTT
SETH MARCUS

OMAR T. MOHAMMEDI
DIRECT LINE: EXT. 18

WEBSITE:WWW.OTMLAW.COM
OMOHAMMEDI@OTMLAW.COM

September 1, 2005

**VIA DHL EXPRESS**

The Honorable Richard Conway Casey
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

**_RE: MDL 1570_**
**_Burnett, et al., v. Al Baraka Investment & Development Corp., et al., 03-CV-9849 (RCC)_**

Dear Judge Casey:

Regrettably, we write seeking your approval to forego the briefing schedule requirement, and file our motion to dismiss in the above captioned matter. As demonstrated below, we made all reasonable efforts to enter into a briefing schedule with *Burnett* Plaintiffs. Our efforts however have resulted in a stalemate.

As this Court is aware, we filed a letter on December 23, 2004 wherein we requested that Your Honor dismiss the World Assembly of Muslim Youth ("WAMY") for lack service or improper service. We withdrew this letter and approached *Burnett* Plaintiffs about entering into a briefing schedule. *See* Letter erroneously dated December 5, 2004, attached hereto as exhibit A. Burnett accepted the principle of a briefing schedule. Attached hereto please find a coy of the email communication between Plaintiffs and Defendants hereto as Exhibit B.



EXHIBIT

WAMY EX. 271

At the same time we were also negotiating a briefing schedule with all other Plaintiffs, which this Court has since approved. *See* Briefing Schedule, attached hereto as exhibit C. In good faith, we approached the attorneys for *Burnett* Plaintiffs and attempted to enter into a briefing schedule. *See* letters dated June 26, 2005, July 15, 2005, July 28, 2005, all attached hereto as exhibit D. Our efforts were pursuant to this Court's December 30, 2005 order. *See* exhibit E.

It was after our third letter that Defense counsel for *Burnett* agreed to enter into the briefing schedule. *See* exhibit B. They then sent us a response via e-mail stating that they would not concede the time of filing. *See* e-mail dated August 9, 2005, attached hereto as exhibit F. By refusing to concede that our filing is timely, Plaintiffs claim that Defendants might be in default, despite that fact that Defense counsel repeatedly requested proper service on WAMY from the Plaintiffs.

Although Defendants are not required to answer an unserved or improperly served complaint, we in good faith would like to file a Motion to Dismiss against *Burnett* Plaintiffs asserting all available defenses, including but not limited to service of process. For the foregoing reasons we respectfully request that this Court approve our application to file this Motion, along with our other Motions to Dismiss, by November 1, 2005.

Respectfully Submitted,

Omar T. Mohammedi

CC: All Counsel via email

WAMY/LT RCC

2