Virginia State Corporation Commission



Commonwealth
of Virginia

State
Corporation
Commission

Enter

Signoff

Help

Print

```
WEB#052                                    CIS                           09/22/03
TCP00004   CISM3050            REGISTERED AGENT INQUIRY                    16:15:47

     CORP ID:   0388361 - 8        CORP STATUS:  00  ACTIVE
   CORP NAME:   WAMY INTERNATIONAL, INC.



CURRENT REGISTERED AGENT:
  NAME:   FADEL SOLIMAN
  STREET:  5134 LEESBURG PIKE

   CITY:  ALEXANDRIA            STATE:  VA  ZIP:  22302-0000
   STATUS:  D  DIRECTOR     EFF DATE: 12/31/02    LOC:  129 FAIRFAX COUNTY
--------------------------------------------------------------------------------
OLD REGISTERED AGENT:
  NAME:   IBRAHIM S ABDULLAH
  STREET:  5134 LEESBURG PIKE 2ND FLOOR

   CITY:  FALLS CHURCH                 STATE:  VA  ZIP:  22302-0000
   STATUS:  P  PRESIDENT     EFF DATE: 01/23/02    LOC:  129 FAIRFAX COUNTY
COMMAND:  ...................................................................
```

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

http://ditmvs3.state.va.us:8080/servlet/resqportal/resqportal

**EXHIBIT**
**WAMY EX. 272**

9/22/2003

**FED-PEC0217659**