0301 1 0731



## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

**SCC635/834 (09/02)**

## STATEMENT OF CHANGE OF REGISTERED OFFICE/REGISTERED AGENT

1. Corporation's Name:         Corporation's SCC ID#: **0388361 - 8**
   **WAMY International, Inc.**

2. Current registered agent's name and registered office address on record:

   **IBRAHIM S ABDULLAH**

   **5134 LEESBURG PIKE 2ND FLOOR**

   **FALLS CHURCH, VA 22302-0000**

3. New registered agent's name and registered office address. (Fill in **completely** even if some information remains the same.)

   _Fadel Soliman_
   _5134 Leesburg Pike_
   _Alexandria, VA 22302_

4. New registered agent is **(mark appropriate box):**
   (A) an individual who is a resident of Virginia **and**
   (X) an officer of the corporation: _Director_ (title)
   (✓) a director of the corporation
   ( ) a member of the Virginia State Bar
   **OR**
   (B)( ) a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

5. Locality of registered office:

   (A) Current registered office locality: **FAIRFAX COUNTY**

   (B) New registered office locality:  ( ) city or ( ) county of _____.

6. After the change(s) is(are) made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

7. Complete "(A)" if a new registered agent is being appointed:

   (A) The undersigned chairman or vice-chairman of the board of directors or corporate officer executes this statement on behalf of the corporation as of:

   _12/23/02_,    _(signature)_    Ibrahim S. Abdullah, President
   (Date)    (Signature)    (Printed Name & Corporate Title)

Complete "(B)" if the registered agent is remaining the same but is changing his/her/its business address:

(B) The undersigned agent declares that a copy of this statement has been mailed to the corporation named above.

_____, ____    _____
(Date)    (Signature of registered agent)

## SEE INSTRUCTIONS

## RETURN THIS FORM FOR FILING



**EXHIBIT**

**WAMY EX. 274**