

JUN 20 '99  08:25PM AL-NADWA SOUTH.REG.072262342 WAMY                                    P.2

## World Assembly of Muslim Youth
الندوة العالمية للشباب الإسلامي

*In the Name of Allah, the Beneficent, the Merciful*

No. 1753

Date: June 20, 1999

**Dr. Saleh [Baabair]**

**WAMY Assistant Secretary General for External and Internal Office Affairs**

Peace, mercy, and the blessings of Allah be upon you

I hope that you are well and in good health.

Please be informed that USD 133,300, equivalent to SAR 500,068, has been transferred to the WAMY office in Albania. May Allah guide your steps and grant you success in all good endeavors.

Peace, mercy, and the blessings of Allah be upon you.

[signature]

Assistant Secretary General of WAMY
in the Southern Region
[signature]
Dr. Saad Saeed al-Hamidi                                                                1753 MF

Southern Region Office [illegible] – Makkah Al Mukarramah Street – P.O. Box 2300 – Tel: 07-229-3457
Fax: 07-226-0240 – [illegible] – Tel: 02/221/1983
Head Office [illegible]    [illegible]
Tel.: 01-464-1669 (10 [illegible]) – [Fax:] 01-464-1710

**EXHIBIT**

**WAMY EX. 275**

CONFIDENTIAL                                                                WAMYSA027610

JUN 20 '99  08:25PM ALNADWA SOUTH.REG.072260248 WAMI                     P.3

AL RAJHI BANKING & INVESTMENT CORP.
Saudi-Joint Stock Corp. Capital S.R. 1.500.000.000
C.R. Of Head Office : P.O. Box 28 Riyadh 11411

| | |
|---|---|
| 02/03/1420H | ٢/٣ |
| 16/06/1999G | ٦/١٦ |

## دائن حسابات الحوالات الصادرة
## CREDIT OUTWARD PAYMENT ORDERS

**Notice**
Please Read Instructions on Form Reverse Prior to Completion of Details

| | | |
|---|---|---|
| Foreign Currency Amount | $ 1333,300 | |
| Rate | 3,7510 | |
| S.R. Amount | 500008 | |
| Tlx./Tel. Charges | 60 | |
| SR. TOTAL | 500068 | |

(F)

(L)

**For Bank's Use Only**

| | |
|---|---|
| I.D. Rate | |
| S.R. Amount | |
| Tlx/Tel. Charges | |
| S.R. Total | |

**Correspondent**

Dutsch Bank Frank Fort

| Code | Location | Curr. Code |
|---|---|---|
| | | |

**PAYMENT INSTRUCTIONS**

Debit my Account Number

209[4][illegible]13663/7

Agains Cash

I/We confirm the accuracy of the details quoted on this form.
I/We exempt Al-Rajhi Banking & Investment Corp. from any losses incurred as a result of carrying and / or transmitting this failure and from any errors and / or misunderstanding by a third party.

Customer's Signature

A message to beneficiary not exceeding 70 Characters

---

**BENEFICIARY DATA**

| | |
|---|---|
| First Name | Wamy |
| Middle Name | Tikanha |
| Family Name | Elbania |
| Address | Shoqata wamy Tirana cre-vitate selites |
| Tel. No. | 00355 4235553 |
| Acct. No. | 5 100479 |
| Acct. Type | |
| Beneficiary Bank | Arab Albanian Islamic Bank |
| Branch Name & Address | |

**REMITTER DATA :**

| | |
|---|---|
| First Name | World Assembly of Muslim Youth |
| Middle N. | |
| Family | |
| Acct. No. | |

Tel. No. [7]/22934007[0]
Address: [illegible]
I.D. No. 2300[illegible]

| | |
|---|---|
| Guarantor Name & Address | |
| | |
| Manager | |
| Accountant | |

                    WAMYSA027611

JUN 20 '99   08:25PM AL-MADINA SOUTH.REG.072262242 JEMY                                    P.2



النـدوة العالمية للشبـاب الإسلامي
## World Assembly of Muslim Youth

رقم ١٧٥٣

تاريخ ٥١٤٦٩/٢/٦هـ

بسم الله الرحمن الرحيم

سعادة الأخ الكريم الدكتور / صالح بابقي

الأمين العام المساعد لشؤون المكاتب الخارجية والداخلية بالندوة

حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد

فآمل أن تكونوا في صحة جيدة وأحسن حال ..

نفيد سعادتكم أنه تم تحويل المبلغ (١٣٣٣٠٠) $ أي ما يعادل (٥٠٠٠٦٨) ريـال

لصالح مكتب الندوة في البانيا ، هذا والله أسأل أن يسدد خطاكم ويوفقكم لكل خير .

والسلام عليكم ورحمة الله وبركاته .

الأمين العام المساعد للندوة

بالمنطقة الجنوبية

د. سعد يعيد الحميدي

1753 – MF

مكتب منطقة جنوبية ......... جيزان - حي نهار - شارع مكة لكرمة - ص . ب .... 2300 - هاتف .. 3457 - 229 - 07
... ص . ب ... 07 - 226 - 0240 .... - 0 - رض جميع سنبص .. هاتف .. 1983 - 221 - 07
مركز ... ريجر ........ جيزان ....... ريص ...... امير عبد العزيز بن سعد بن جدي
... هاتف ... 1669 - 464 - 01 ..... ( 10 ) خصصصصصص ) ...... تكس ... 1710 - 464 - 01

CONFIDENTIAL

WAMYSA027610

JUN 20 '99  08:25PM ALNADWA SOUTH.REG.072260240 WAMI                     P.3

- AL RAJHI BANKING & INVESTMENT CORP.
  Saudi Joint Stock Corp. Capital S R. 1,500,000,000
  C.R. 66 Head Office : P.O. Box 28 Riyadh 11411

شركة الراجحي المصرفية للاستثمار

DATE : ١٤٢٠/٣/٨هـ
CORR : ١٩٩٩/٦/٢١

| | Number | | Branch |

## دائن حساب الحوالات الصادرة
## CREDIT OUTWARD PAYMENT ORDERS

**Notice**
Please Read Instructions on Form Reverse Prior to Completion of Details.

| | |
|---|---|
| Foreign Currency Amount | $ 1333,300 |
| Rate | 2,7510 |
| S.R. Amount | 500008 |
| Tlx./Tel. Charges | 60 |
| SR. TOTAL | 500068 |

(F)
(L)

**For Bank's Use Only**

| | |
|---|---|
| I.D. Rate | |
| S.R. Amount | |
| Tlx./Tel. Charges | |
| S.R. Total | |

**Correspondent**

Dutsch Bank Frank Fort

| Code | Location | Curr. Code |
|---|---|---|

**PAYMENT INSTRUCTIONS**

Debit my Account Number

٧/٢٦٢١١٤٨٩٤٩

Against Cash

I/We confirm the accuracy of the details quoted on this form. I/We exempt Al-Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and / or transmission line failure and from any errors and / or misunderstanding by a third party.

Customer's Signature

A message to beneficiary not exceeding 70 Characters

**BENEFICIARY DATA**

| | |
|---|---|
| First Name : | Wamy |
| Middle Name : | Tiranna |
| Family Name : | Elbania |
| Address : | Shoaata wamy Tirana cc-vilate selites |
| Tel. No. : | 00355 4235553 |
| Acct. No. : | 8 100479 |
| Acct. Type : | |
| Beneficiary Bank : | Arab Albanian Islamic Bank |
| Branch Name & Address : | |

**REMITTER DATA :**

| | |
|---|---|
| First Name : | الندوة العالمية |
| Middle Name : | للشباب |
| Family Name : | الإسلامي (س.ق.) |
| Card No. : | |
| Tel. No. : | ٤٦٥٩ ٢٤٠٧/ |
| Address : | |
| I.D. No. : | |
| Sponsor's Name & Address : | |
| Manager : | |
| Accountant : | |

CONFIDENTIAL                     WAMYSA027611



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)       §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA184610-WAMYSA184611**

Sworn to before me this

_____ day of _____ of 2026

_____
Translation Manager

_____
Notary





Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling