

[illegible]

No. 273
Date: Nov 24, 2001

In response, the matter was discussed in Zayd's office, and the account was settled.

His Excellency the Chairman of the Kashmiri Muslim Youth Committee – Riyadh – May Allah protect him

Peace be upon you, and may Allah's mercy and blessings be upon you; and now:

We ask Allah, the Almighty, to protect you, watch over you, and guide your steps; and now:

We would like to inform you of the expenses for the fourth, fifth, and sixth educational camps, as well as the amounts received and the remaining balances listed below. Please review them:

First, the fourth educational camp:

1. Amount received for the fourth educational camp: 388,024

2. Amount spent on the fourth educational camp: 423,991

3. Deficit recorded at the Riyadh office: 35,967

This remaining balance was settled in a timely manner with the acknowledgment of receipt by the supervisor and his deputy, No. 20, on September 18, 1998, and this was reported in letter No. 54 on October 19, 1998, a copy of which is attached.

Second: The Fifth Educational Camp:

Amounts Received for the Fifth Educational Camp

1. First installment on July 22, 2000: 263,191

2. Second installment on August 13, 2000: 84,767

3. Total amounts received for the two installments: 347,958

4. Amount spent on the Fifth Educational Camp: 329,699

5. Remaining balance for the fifth educational camp: 18,259

Brother / Sayyid Al-Rashid

To reconcile the accounts

and provide the surplus or disburse it

On the date of the committee

[signature]
Feb 21, 2001

EXHIBIT

WAMY EX. 276

CONFIDENTIAL

WAMYSA037743





Third: The Sixth Educational Camp: —

Amount received for the Sixth Educational Camp for the years 2001-02: 517,956

Amount spent on the Sixth Educational Camp: 489,825

Remaining balance for the Sixth Educational Camp: 281,31

Attached is a copy of the letter regarding the expenses for the fourth, fifth, and sixth camps, submitted via our letter No. 263 on November 20, 2001

Peace be upon you, and may Allah's mercy and blessings be upon you.

Committee Member and Representative for the Kashmir Office

Zayd bin Ibrahim Al-Humaidi

[signature]

9/9

CONFIDENTIAL

WAMYSA037744



WORLD ASSEMBLY OF MUSLIM YOUTH
(KASHMIR MUSLIM YOUTH COMMITTEE)
Azad Kashmir Office

الندوة العالمية للشباب الإسلامي
(لجنة شباب كشمير المسلمة)
مكتب كشمير الحرة

الرقم/٢٧٣

التاريخ: ١٤٢٢/٩/٩هـ

سعادة رئيس لجنة شباب كشمير المسلمة ـ الرياض ـ سلمه الله تعالى

السلام عليكم ورحمة الله وبركاته! وبعد :

نسأل الله تعالى أن يحفظكم ويرعاكم وأن يسدد خطاكم وبعد:

نود إعلامكم بأن مصاريف المخيمات التربوية الرابع والخامس والسادس والمبالغ الواردة والأرصدة المتبقية والمدرجة أدناه فالرجاء الإطلاع عليها : ـ

أولاً المخيم التربوي الرابع :

| | | |
|---|---|---|
| ١. | المبلغ الوارد للمخيم التربوي الرابع | ٣٨٨٠٢٤ |
| ٢. | المبلغ المصروف للمخيم التربوي الرابع | ٤٢٣٩٩١ |
| ٣. | العجز الحاصل على مكتب الرياض | ٣٥٩٦٧ |

وقد تم تسديد هذا الرصيد المتبقي في حينه بإقرار إستلام المشرف ونائبه رقم ٢٠ في ١٤١٩/٥/٢٨هـ وتمت الإفادة عن ذلك بخطاب رقم ٥٤ في ١٤١٩/٦/٢٩هـ مرفق صوره .

ثانياً المخيم التربوي الخامس : ـ

المبلغ الوارد للمخيم التربؤي الخامس

| | | |
|---|---|---|
| ١. | القسط الأول في تاريخ ١٤٢١/٤/٢١هـ | ٢٦٣١٩١ |
| ٢. | القسط الثاني في تاريخ ١٤٢١/٥/١٣هـ | ٨٤٧٦٧ |
| ٣. | إجمالي المبالغ الواردة للقسطين | ٣٤٧٩٥٨ |
| ٤. | المبلغ المصروف للمخيم التربوي الخامس | ٣٢٩٦٩٩ |
| ٥. | الرصيد المتبقي للمخيم التربوي الخامس | ١٨٢٥٩ |

H. No. D-34, Upper Chhattar, Muzaffarabad,
Azad Kashmir. Ph & Fax: 92-58810-32789

رقم البيت دي-٣٤، أبر جهت، مظفر آباد، آذاد كشمير.
هاتف وفاكس: ٣٢٧٨٩-٥٨٨١٠-٩٢

CONFIDENTIAL

WAMYSA037743




# WORLD ASSEMBLY OF MUSLIM YOUTH
## (KASHMIR MUSLIM YOUTH COMMITTEE)
### Azad Kashmir Office

ثالثاً المخيم التربوي السادس : ‒

| | |
|---|---|
| المبلغ الوارد للمخيم التربوي السادس لعام ١٤٢٢هـ | ٥١٧٩٥٦ |
| المبلغ المصروف للمخيم التربوي السادس | ٤٨٩٨٢٥ |
| الرصيد المتبقي للمخيم التربوي السادس | ٢٨١٣١ |

وبرفقه صورة خطاب مصاريف المخيم الرابع والخامس والسادس رفع بخطابنا رقم ٢٦٣ في ١٤٢٢/٩/٥هـ‒

والسلام عليكم ورحمة الله وبركاته .

عضو اللجنة والمنتدب للعمل في مكتب كشمير

زيد بن إبراهيم الحميدي

CONFIDENTIAL

WAMYSA037744



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)     §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA037743**

Sworn to before me this

_6_ day of ___April___ of 2026



Translation Manager

Notary



**MEMBER**
**American Translators Association**



Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling