Statement of Funds Sent to Kashmir Since the Committee's Inception Until Oct 10, 1995

| No. | Amount | Item | Date | Via | Note |
|---|---|---|---|---|---|
| 1 | 6861 | Committee Expenses | 1413/7/17H | Abdul Rashid | |
| 2 | 57000 | Relief | 1413/2/14H | Nazir Ahmed Abdul Kabir | Occupied Kashmir |
| 3 | 200000 | = | 1413/11/17H | = | Occupied Kashmir |
| 4 | 146534 | Iftar for Fasting 1413 | 1413/11/17H | = | Occupied Kashmir 116534 - Azad Kashmir 30000 |
| 5 | 438650 | Sacrificial Meat (Adahi) 1413 | 1414/2/15H | = | Occupied Kashmir |
| 6 | 15160 | Trip Expenses and Others | 1414/10/29H | Abdul Rashid | |
| 7 | 3725 | Committee Expenses | 1414/5/2H | = | |
| 8 | 10850 | Computer and Printing for Committee | 1414/6/24H | Via Accounting | |
| 9 | 3500 | Kashmiri Student Assistance | 1414/1/29H | = | |
| 10 | 2250 | File Printing / 1 | 1414/8/27H | = | |
| 11 | 227638 | Iftar for Fasting 1414 | 1414/7/10H | Mohammed Abdullah | Occupied Kashmir |
| 12 | 50000 | Iftar for Fasting 1414 | 1414/9/12H | Dr. Ibrahim Al-Fayez | Azad Kashmir |
| 13 | 6000 | File Printing / 2 | 1414/9H | Via Accounting | |
| 14 | 200000 | Azad Kashmir Donation | 1414/10/10H | Dr. Ibrahim Al-Fayez | |
| 15 | 200 | Noor Alam | 1414/11/21H | Via Accounting | |
| 16 | 2472 | Ticket Dr. Al-Fayez Pakistan | 1414/11/18H | = | |
| 17 | 300000 | Sacrificial Meat (Adahi) 1414 | 1414/1/23H | Mohammed Abdullah | Occupied and Azad Kashmir (200000 + 100000) |
| 18 | 43350 | Orphan Sponsorship | 1415/1/17H | = | |
| 19 | 30000 | Mosque Construction | 1415/1/20H | = | |
| 20 | 30000 | Camp in Azad Kashmir | 1415/2/29H | Via Dammam Office | |
| 21 | 10000 | "Muslim Kashmir" Subscription | 1415/3/22H | Mohammed Abdullah | |
| 22 | 7058 | Distribution in Camps | 1415/4/12H | Dr. Ibrahim Al-Fayez | |
| 23 | 1521 | Committee Expenses | 1415/4/30H | Mohammed Abdullah | |
| 24 | 30000 | Occupied Kashmir Relief | 1415/8H | = | Transferred in a previous paper |
| 25 | 7666 | Warehouse Rent | 1415/4/1H | Via Accounting | |
| 26 | 4397 | Warehouse Repair | 1415/7/23H | Through Wael Al-Zaharna | |
| 27 | 2991 | Committee Expenses | 1415/8/15H | Mohammed Abdullah | |
| 28 | 1300 | Fatwa Printing | None | Accounting Department | |
| 29 | 11099 | File Printing / 3 | 1995/1/22M | = | |

CONFIDENTIAL

EXHIBIT
WAMY EX. 277

WAMYSA059929

Statement of Funds Sent to Kashmir Since the Committee's Inception

| No. | Amount | Item | Date | Via | Note |
|---|---|---|---|---|---|
| 30 | 6527 | Committee Expenses | 1415/9/13H | Mohammed Abdullah | |
| 31 | 200000 | Iftar for Fasting 1415 | 1415/9/19H | = | Occupied and Azad Kashmir (182000 + 18000) |
| 32 | 212733 | Various Projects | 1415/9/22H | Abdullah and Committee Chairman | |
| 33 | 12882 | Zakat Al-Fitr | 1415/9/28H | WAMY Accounting Dept | Occupied and Azad Kashmir |
| 34 | 8137 | Committee Expenses | 1415/11/18H | Mohammed Abdullah | (41690 + 78500) |
| 35 | 120190 | Sacrificial Meat (Adahi) Relief | 1415/12/25H | Mohammed Abdullah | Occupied and Azad Kashmir |
| 36 | 86050 | Committee Car | 1415/12/26H | Accounting Dept | 25000 Riyals returned |
| 37 | 100000 | Occupied Kashmir Relief | 1416/1/6H | = | |
| 38 | 5000 | Chairman's Office Custody | Unclear | Mohammed Abdullah | |
| 39 | 100000 | Occupied Kashmir Relief | 1416/1/21H | Accounting Dept | |
| 40 | 32550 | Details Required | Details Required | Details Required | Paid in full via installments |
| 41 | 2750 | Value of "Kashmir Cries for Help" | 1416/1/24H | Accounting Dept | |
| 42 | 100000 | Occupied Kashmir Relief | 1416/2/4H | = | |
| 43 | 100000 | Occupied Kashmir Relief | 1416/2/14H | Mohammed Abdullah | |
| 45 | 100000 | School Construction | 1995/1/15M | = | 1415/10/8H |
| 46 | 5028 | Committee Expenses | 1416/2/18H | Accounting Dept | |
| 47 | 5000 | Abha Office Custody | 1416/1/20H | = | |
| 48 | 5000 | Medina Office Custody | 1416/1/20H | = | |
| 49 | 100000 | Occupied Kashmir Relief | 1416/2/21H | = | |
| 50 | 12464 | Old Committee Expenses | 1416/3/11H | Abdullah Abdul Rashid | Details with Abdul Rashid |
| 51 | 7666 | Warehouse Rent | 1416/3/20H | Accounting Dept | |
| 52 | 100025 | Occupied Kashmir Relief | 1995/9/23M | = | 16/4/28H |
| 53 | 100025 | Occupied Kashmir Relief | 1416/5/16H | = | 25/7/10H |
| 54 | 348000 | Orphan Sponsorship | 1995/10/12M | Mohammed Abdullah | 1416/5/18H |
| 55 | 10000 | School Construction (Dar Al-Quran - Brarkot) | 1416/5/19H | = | |
| 56 | 1500 | Teacher Sponsorship | 1416/5/21H | = | |
| 57 | 5129 | Committee Expenses | 1416/5/10H | = | |
| | Total = | 4,886,388 Riyals | | | |

CONFIDENTIAL

WAMYSA059930

# بيان مبالغ المرسلة إلى كشمير منذ تأسيس اللجنة حتّ ١٤١٦/٥/١٦هـ

| م | مبلغ | بند | تاريخ | عن طريق | ملاحظه |
|---|------|-----|-------|---------|--------|
| ١ | ٦٨٦١ | مصاريف اللجنة | ١٤١٣/٧/١٧هـ | عبد الرشيد | |
| ٢ | ٥٧٠٠٠٠ | إغاثة | ١٤١٣/٢/١٤هـ | نذير أحمدعبد الكبير | كشمير المحتله |
| ٣ | ٢٠٠٠٠٠ | = | ١٤١٣/١١/١٧هـ | = = = | كشمير المحتله |
| ٤ | ١٤٦٥٣٤ | تفطير صائم ١٤١٣ | ١٤١٣/١١/١٧هـ | = = = | ١١٦،٥٣٤ كشمير المحتله ٣٠٠٠٠ كشمير الحرة |
| ٥ | ٤٣٨٦٥٠ | أضاحي ١٤١٤ | ١٤١٤/٢/١٥هـ | = = = | كشمير المحتله |
| ٦ | ١٥١٦٠ | مصاريف رحلة وغيرها | ١٤١٤/١٠/٢٩هـ | عبد الرشيد | |
| ٧ | ٣٧٢٥ | مصاريف اللجنة | ١٤١٤/٥/٢هـ | = = = | |
| ٨ | ١٠٨٥٠ | كمبيوتر وطابعة للجنة | ١٤١٤/٦/٢٤هـ | عن طريق المحاسبة | |
| ٩ | ٣٥٠٠ | مساعدة طالب كشميري | ١٤١٤/١/٢٩هـ | = = = | |
| ١٠ | ٢٢٥٠ | طباعة الملف/١ | ١٤١٤/٨/٢٧هـ | = = = | |
| ١١ | ٢٢٧٦٣٨ | تفطير صائم ١٤١٤ | ١٤١٤/٧/١٠هـ | محمد عبدالله | كشمير المحتلة |
| ١٢ | ٥٠٠٠٠ | تفطير صائم ١٤١٤ | ٢٣\١٤١٤/٩/١٢هـ | د/ابراهيم الفايز | كشمير الحرة |
| ١٣ | ٦٠٠٠ | طباعة الملف/٢ | ١٤١٤/٩/هـ | عن طريق المحاسبة | |
| ١٤ | ٢٠٠٠٠٠٠ | تبرع كشمير الحرة | ١٤١٤/١٠/١٠هـ | د ـ ابراهيم الفايز | |
| ١٥ | ٢٠٠ | نورعالم | ١٤١٤/١١/٢١هـ | عن طريق المحاسبة | |
| ١٦ | ٢٤٧٢ | تذكرة د.ـ الفايز باكستان | ١٤١٤/١١/١٨هـ | = = = | |
| ١٧ | ٣٠٠٠٠٠ | أضاحي ١٤١٤ | ١٤١٤/١١/٢٨هـ | محمد عبد الله | كشمير المحتلة والحرة |
| ١٨ | ٤٣٣٥٠ | كفالة الأيتام | ١٤١٥/١/١٧هـ | = = = | |
| ١٩ | ٣٠٠٠٠ | بناء المسجد | ١٤١٥/١/٢٠هـ | = = = | |
| ٢٠ | ٣٠٠٠٠ | المخيم في كشمير الحرة | ١٤١٥/٢/٢٩هـ | عن طريق مكتب الدمام | |
| ٢١ | ١٠٠٠٠٠ | إشتراك "كشميرالمسلمة" | ١٤١٥/٣/٢٢هـ | محمد عبد الله | |
| ٢٢ | ٧٠٥٨ | توزيع في المخيمات | ١٤١٥/٤/١٢هـ | د ـ إبراهيم الفايز | |
| ٢٣ | ١٥٢١ | مصاريف اللجنة | ١٤١٥/٤/٣٠هـ | محمد عبد الله | |
| ٢٤ | ٣٠٠٠٠ | إغاثة كشمير المحتلة | ١٤١٥/٤/هـ | = = = | مسجل في ورقة بالغ |
| ٢٥ | ٧٦٦٦ | إيجار مستودع | ١٤١٥/٤/١هـ | عن طريق المحاسبة | |
| ٢٦ | ٤٣٩٧ | تصليح المستودع | ١٤١٥/٧/٢٣هـ | بواسطة وائل الزهارنة | |
| ٢٧ | ٢٩٩١ | مصاريف اللجنة | ١٤١٥/٨/١٥هـ | محمد عبد الله | |
| ٢٨ | ١٣٠٠ | طباعة فتاوى | بدون | قسم المحاسبة | |
| ٢٩ | ١١٠٩٩ | طباعة الملف/٣ | ٩٥/١/٢٢م | = = = | |

CONFIDENTIAL

WAMYSA059929

# بيان مبالغ المرسلة إلى كشمير منذ تأسيس اللجنة

| ملاحظه | عن طريق | تاريخ | بند | مبلغ | م |
|---|---|---|---|---|---|
|  | محمد عبد الله | ١٤١٥/٩/١٣هـ | مصاريف اللجنة | ٦٥٢٧ | ٣٠ |
| كشمير المحتلة والحرة (١٥٠٠٠+٥٠٠٠) | = = = | ١٤١٥/٩/١٩هـ | تفطير صائم ١٤١٥ | ٢٠٠٠٠ | ٣١ |
|  | عبدالله ورئيس اللجنة | ١٤١٥/٩/٢٢هـ | مشاريع متنوعة | ٢١٢٧٣٣ | ٣٢ |
| كشمير والحرة | قسم المحاسبة النذرة | ١٤١٥/١١/٢٨هـ | زكاة الفطر | ٩٣٨٦ | ٣٣ |
|  | محمد عبد الله | ١٤١٥/١١/١٨هـ | مصاريف اللجنة | ٨١٣٧ | ٣٤ |
| كشمير المحتلة والحرة (٤١٦٩٠+٧٨٥٠٠) | محمد عبد الله | ١٤١٥/١٢/٢٥هـ | أضاحي اغاثة | ١٢٠١٩٠ | ٣٥ |
| رُجع منه ٢٥٠٠٠ ريال | قسم المحاسبة | ١٤١٥/١٢/٢٦هـ | سيارة للجنة | ٨٦٠٥٠ | ٣٦ |
|  | = = = | ١٤١٦/١/٦هـ | إغاثة كشمير المحتلة | ١٠٠٠٠٠ | ٣٧ |
|  | محمدعبد الله | غير واضح | عهدة مكتب الرئيس | ٥٠٠٠ |  |
|  | قسم المحاسبة | ١٤١٦/١/٢١هـ | إغاثة كشمير المحتلة | ١٠٠٠٠٠ | ٣٩ |
| صرف كامل بالورط | يحتاج التفاصيل | يحتاج التفاصيل | يحتاج التفاصيل | ٣٢٥٥٠ | ٤٠ |
|  | قسم المحاسبة | ١٤١٦/١/٢٤هـ | قيمة "كشمير تستغيث" | ٢٧٥٠ | ٤١ |
|  | = = = | ١٤١٦/٢/٤هـ | إغاثة كشمير المحتلة | ١٠٠٠٠ | ٤٢ |
|  | محمد عبد الله | ١٤١٦/٢/١٤هـ | إغاثة كشمير المحتلة | ١٠٠٠٠٠ | ٤٣ |
| ١٤١٥/٥/٨ | = = = | ٩٥/١/١٥م | بناء المدرسة | ١٠٠٠٠ | ٤٥ |
|  | قسم المحاسبة | ١٤١٦/٢/١٨هـ | مصاريف اللجنة | ٥٠٢٨ | ٤٦ |
|  | = = = | ١٤١٦/١/٢٠هـ | عهدة مكتب أبها | ٥٠٠٠ | ٤٧ |
|  | = = = | ١٤١٦/١/٢٠هـ | عهدة مكتب المدينة | ٥٠٠٠ | ٤٨ |
|  | = = = | ١٤١٦/٤/٤هـ | إغاثة كشمير المحتلة | ١٠٠٠٠٠ | ٤٠ |
| تفاصيل عندعبد الرشيد | عبد الله عبد الرشيد | ١٤١٦/٣/١١هـ | مصاريف قديمة للجنة | ١٢٤٦٤ | ٥٠ |
|  | قسم المحاسبة | ١٤١٦/٣/٢٠هـ | إيجار مستودع | ٧٦٦٦ | ٥١ |
| ٨/٤/١٦ | = = = | ٩٥/٩/٢٣م | إغاثة كشمير المحتلة | ١٠٠٠٢٥ | ٥٢ |
| ١٠/٢/٤٥ | = = = | ١٤١٦/٥/١٦هـ | إغاثة كشمير المحتلة | ١٠٠٠٢٥ | ٥٣ |
| ١٤١٦/٥/١٨هـ | محمد عبد الله | ٩٥/١٠/١٢م | كفالة الأيتام | ٣٤٨٠٠ | ٥٤ |
|  | = = = | ١٤١٦/٥/١٨هـ | بناء مدرسة | ١٠٠٠٠ | ٥٥ |
|  | = = = | ١٤١٦/٥/٦هـ | كفالة المدرس | ١٥٠٠ | ٥٦ |
|  | = = = | ١٤١٦/٥/١٠هـ | مصاريف اللجنة | ٥١٢٩ | ٥٧ |

إجمالي = ٤٨٨٦٣٨٨ ريال

CONFIDENTIAL

WAMYSA059930



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA059929**

Sworn to before me this

_6_ day of ___April___ of 2026

_____
Translation Manager

_____
Notary





Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling