**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, No. 1:04-cv-01923 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)

### NOTICE OF MOTION FOR LEAVE TO AMEND TO CORRECT ERRORS

PLEASE TAKE NOTICE that Plaintiffs in the above-referenced matters, by undersigned counsel and in accordance with Fed. R. Civ. P. 15, respectfully request that this Court grant Plaintiffs' Motion for Leave to Amend to Correct Errors. Iran has not appeared in this proceeding, and the Clerk issued a Certificate of Default as to Iran on July 18, 2024. Certain defendants appeared in *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, No. 1:04-cv-01923 (GBD)(SN), and that action is currently partially on appeal at the U.S. Court of Appeals at the Second Circuit as to defendant Dubai Islamic Bank only. *In Re: Terrorist Attack on September 11, 2001*, Case No. 25-108.

In support of this motion, Plaintiffs submit the following memorandum of law and a proposed order.

DOCS-100903082.1

2

Dated:  April 16, 2026

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
7 Times Square, 15th Floor
New York, NY 10036
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
      bstrong@andersonkill.com
      agreene@andersonkill.com
*Attorneys for Plaintiffs*

2