# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

April 16, 2026                                                              **Via ECF**

Honorable Sarah Netburn, U.S. District Court Magistrate Judge

> Re:    *In re Terrorist Attacks on September 11, 2001,*
>           MDL No. 03-MDL-1570 (GBD) (SN)
>                    *Ashton v. al Qaeda Islamic Army*, No. 02-cv-06977
>                            *Schneider v. al Qaeda Islamic Army*, No. 02-cv-07209
>                            *Burlingame v. Bin Laden*, No. 02-cv-07230
>                    *O'Neill v. Republic of Iraq*, No. 04-cv-01076
>                    *Burnett v. Islamic Republic of Iran*, No. 15-cv-09903
>                    *Bodner v. Islamic Republic of Iran*, No. 19-cv-11776
>                    <u>Request for Reconsideration of April 15 Order—MDL ECF#11982</u>

Your Honor:

I write in response to an Order issued by Your Honor yesterday (MDL ECF# 11982) and request reconsideration.

Your Honor correctly summarized certain motions filed by my clients: "plaintiffs in the above cases moved for the entry of final judgments against the Islamic Republic of Iran ("Iran"). *See* ECF Nos. 11487 (Burlingame-Schneider), 11713 (Burnett-Munhall-Nilsen), 11717 (O'Neill-Bodner) (collectively, the "Plaintiffs"). The Plaintiffs conditionally agreed to waive their remaining claims against Iran (for punitive damages) if the Court certified their default judgments as "final" pursuant to Rule 54(b). *See* ECF Nos. 3226, 5061, 5138, 5376, 5449, 5975, 7188, 7287, 7522, 7527, 8232, 10391, 11745; Schneider, ECF No. 54. The Burlingame-Schneider Plaintiffs alternatively requested confirmation that their prior punitive damages award is valid. *See* ECF No. 11487 at 2–3." April 15 Order at 1.

While it is true that the Burlingame-Schneider Plaintiffs now have chosen to withdraw their proposed waiver of punitive damage claims (and request for Final Judgments against Iran) to obtain immediate Rule 54(b) certifications of their compensatory damage awards, the Burnett-Munhall-Nilsen and O'Neill-Bodner Plaintiffs have *not* requested Rule 54(b) certifications of their compensatory damage awards; instead the latter two subsets of Plaintiffs seek Final Judgments against Iran *with an award of prejudgment interest based on their waiver of punitive damage claims against Iran*. These latter two subsets of clients seek a Final Judgment with prejudgment interest (promised by the Court) so that a complete Judgment with interest may be served upon Iran.

Letter to the Honorable Sarah Netburn
April 16, 2026, Page 2

Where the April 15 Order is in error is here: "This group of now-final Iran Judgments included the judgments awarded to the . . . Burnett-Munhall-Nilsen, and O'Neill-Bodner Plaintiffs. *See* ECF No. 11878 at 1–3, 6, 26." April 15 Order at 2. This is *not* true.

*In fact, the Burnett-Munhall-Nilsen and O'Neill-Bodner Plaintiffs were not part of ECF No. 11878. See ECF No. 11878, p. 26.* This was a conscious choice on their part as these Plaintiffs wanted an immediate award of prejudgment interest that was not granted with the Rule 54(b) certifications.

Accordingly, I respectfully ask that Your Honor reconsider and grant the motions at *Burnett*, No. 15-cv-09903, ECF No. 1130; *O'Neill*, No. 04-cv-01076, ECF No. 916; and *Bodner*, No. 19-cv-11776, ECF No. 253.

Sincerely yours,

*John F. Schutty*