**M**

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROA...
WOOLWO...
NEW YO...
PHONE (...
FACSIMI...
www.o...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:___4/16/2026___

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTE...
SECOND ...
US COURT ON INTERNATIONAL TRADE

April 16, 2026

**VIA ECF**

The Honorable Sarah Netburn
Magistrate Judge, United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 219
New York, NY 10007

Re:        *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 GBD-SN

Dear Judge Netburn:

On behalf of Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth-International (USA) collectively known as ("WAMY"), we write to respectfully advise the Court of a technical issue encountered during the filing of our summary judgment motion.

While uploading the supporting exhibits and my declaration, the volume of the attachments required several hours to complete. Upon completion of the upload and at the final step of filing, the ECF system appears to have crashed, requiring us to restart the process. We subsequently attempted to file the declaration and exhibits the second time. However, we encountered the same technical issue, which prevented the successful filing of the exhibits.

As a result of this technical difficulty, the declaration and the exhibits were not successfully filed. We respectfully request the Court's permission to file my declaration and the complete set of exhibits on April 16, 2026.

We sincerely apologize for any inconvenience to the Court and appreciate the Court's consideration of this request.

This extension is GRANTED. The Court accepts WAMY's three batches of submissions filed today. See ECF Nos. 11997, 11999, 12001.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: April 16, 2026
New York, New York