# ANDERSON KILL P.C.

**7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212-278-1000 / www.andersonkill.com**

Jerry Goldman
jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                                                    April 20, 2026

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
U.S. District Court for the Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

> Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)
> (SN) - U.S. Victims of State Sponsored Terrorism Round 7 Deadline

Dear Judge Netburn:

   Undersigned counsel write to inform the Court that the U.S. Victims of State Sponsored Terrorism ("VSST") Fund recently set a June 1, 2026 application deadline for new claimants to participate in the seventh round distribution should the Special Master determine that sufficient funds are available to authorize a distribution by January 1, 2027.[1] New claimants must have an eligible terrorism judgment against a designated state sponsor of terrorism prior to that deadline to be eligible to participate in the VSST Fund's next distribution. To facilitate review of the remaining undecided motions filed by our law firms, which, collectively, represent about 95% of the families of those killed in the September 11, 2001 terrorist attacks, we are providing the ECF numbers for the pending motions, their filing dates and the nature of the claims against the Islamic Republic of Iran ("Iran"), and to advise the court of any additional judgment motions we intend to file in the near future.[2] Exhibit A annexed to this letter provides a table of these pending motions.

---

[1] *See* https://usvsst.com/Home/Announcements?id=20260220.

[2] We understand that the *Bauer* plaintiffs do not have any outstanding Iran judgment motions and do not anticipate filing an Iran judgment motion prior to June 1, 2026.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

**Anderson Kill P.C.**

The Honorable Sarah Netburn
April 20, 2026
Page 2


Currently, the *O'Neill* Plaintiffs have one (1) Iran judgment motion pending at ECF No. 12007 (motion submitted on behalf of U.S. national solatium and estate plaintiffs on April 16, 2026). The *O'Neill* Plaintiffs may file an additional Iran judgment motion in the near future for a small number of claims.

Currently, the *Burnett* Plaintiffs have seven (7) Iran judgment motions pending at ECF Nos. 11410 (motion submitted on behalf of U.S. national estate plaintiffs for supplemental economic loss on December 2, 2025), 11415 (motion submitted on behalf of U.S. national solatium and estate plaintiffs on December 2, 2025), 11825 (motion submitted on behalf of U.S. national solatium and estate plaintiffs on March 3, 2026), 11833 (motion submitted on behalf of U.S. national estate plaintiffs for supplemental economic loss on March 4, 2026), 11837 (motion submitted on behalf of a U.S. national who is the functional equivalent of a child/solatium plaintiff on March 4, 2026), 11846 (motion submitted on behalf of a U.S. national personal injury plaintiff on March 5, 2026), and 11952 (motion submitted on behalf of U.S. national estate plaintiffs for supplemental economic loss on April 8, 2026). The *Burnett* Plaintiffs may file an additional Iran judgment motion in the near future for a small number of claims.

Currently, the *Ashton* Plaintiffs have one (1) Iran judgment motion pending at ECF No. 11883 (motion submitted on behalf of U.S. national solatium and estate plaintiffs for supplemental economic loss on March 19, 2026  The *Ashton* Plaintiffs intend to file one additional Iran judgment motion in the near future for a small number of claims, broken out between claims for solatium damages for immediate family members and one or two functional equivalent of immediate family members.

Currently, the *Burlingame* Plaintiffs have no pending Iran judgment motions. The *Burlingame* Plaintiffs may file an additional Iran judgment motion for a small number of claims.

Understanding that the Court's docket is heavy, both concerning matters in this MDL as well as other cases, we respectfully request that to the extent the Court is able to review and decide the motions that are currently pending and the ones that are not yet filed but will be filed prior to the VSST Fund's June 1, 2026 deadline, our clients, whose applications to the VSST Fund for participation in the next round of payments depend on a judgment issued by that deadline (all of which must also be sent for service), would be most grateful.

Respectfully submitted,

*/s/* Jerry S. Goldman
Jerry S. Goldman, Esq.

*Attorney for the O'Neill Plaintiffs*

DOCS-100903344.2

**Anderson Kill P.C.**

The Honorable Sarah Netburn
April 20, 2026
Page 3

Respectfully submitted,

*/s/* John C. Duane

John C. Duane, Esq.

*Attorney for the Burnett Plaintiffs*

Respectfully submitted,

*/s/* Megan W. Benett

Megan W. Benett, Esq.

*Attorney for the Ashton Plaintiffs*

Respectfully submitted,

*/s/* Jeanne M. O'Grady

Jeanne M. O'Grady, Esq.

*Attorney for the Burlingame Plaintiffs*

Cc (via ECF): All MDL Counsel of Record

Enclosure

DOCS-100903344.2