**EXHIBIT A**

| # | Plaintiff Group | ECF No. of Pending Motion | Motion Filing Date | Claims Subject to Pending Motion |
|---|---|---|---|---|
| 1. | *O'Neill* Plaintiffs | ECF No. 12007 | April 16, 2026 | U.S. national estate and solatium plaintiffs |
| 2. | *Burnett* Plaintiffs | ECF No. 11410 | December 2, 2025 | U.S. national estate plaintiffs for supplemental economic loss |
| 3. | *Burnett* Plaintiffs | ECF No. 11415 | December 2, 2025 | U.S. national estate and solatium plaintiffs |
| 4. | *Burnett* Plaintiffs | ECF No. 11825 | March 3, 2026 | U.S. national estate and solatium plaintiffs |
| 5. | *Burnett* Plaintiffs | ECF No. 11833 | March 4, 2026 | U.S. national estate plaintiffs for supplemental economic loss |
| 6. | *Burnett* Plaintiffs | ECF No. 11837 | March 4, 2026 | U.S. national solatium (functional equivalent) plaintiff |
| 7. | *Burnett* Plaintiffs | ECF No. 11846 | March 5, 2026 | U.S. national personal injury plaintiff |
| 8. | *Burnett* Plaintiffs | ECF No. 11952 | April 8, 2026 | U.S. national estate plaintiffs for supplemental economic loss |
| 9. | *Ashton Plaintiffs* | ECF No. 11883 | March 19, 2026 | U.S. national solatium and estate plaintiffs for supplemental economic loss |

DOCS-100779936.2