**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                     Civil Action No.
SEPTEMBER 11, 2001                                   03 MDL 1570

------------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12016 in 03-MDL-1570 (GBD)(SN) and ECF No. 1180 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

April ___, 2026                            _____
New York, New York                         SARAH NETBURN
                                           United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Kathryn Lee Barrere as Co-Administrator of the Estate of C. Lee Hanson, Deceased Parent of Peter Burton Hanson, Deceased | Eunice Katherine Hanson, as Personal Representative of the Estate of C. Lee Hanson, Deceased Parent of Peter Burton Hanson, Deceased | 1:15-cv-09903, 53, at 2770, 10252, at 169, at 10256 | Peter B. Hanson |
| 2 | Halima Tiffany as Co-Administrator of the Estate of C. Lee Hanson, Deceased Parent of Peter Burton Hanson, Deceased | Eunice Katherine Hanson, as Personal Representative of the Estate of C. Lee Hanson, Deceased Parent of Peter Burton Hanson, Deceased | 1:15-cv-09903, 53, at 2770, 10252, at 169, at 10256 | Peter B. Hanson |
| 3 | Gerald Sullivan as Personal Representative of the Estate of Patrick Sullivan, Deceased | Patrick Sullivan, as Personal Representative of the Estate of Patrick Sullivan, Deceased and on behalf of all beneficiaries of Patrick Sullivan | 1:15-cv-09903, 53, at 1215 | Patrick Sullivan |
| 4 | Michael Jay Fox as Personal Representative of the Estate of Eleanor Fox, Deceased Parent of Jeffrey L. Fox, Deceased | Eleanor Fox | 1:15-cv-09903, 140, at 5 | Jeffrey L. Fox |
| 5 | Julia DiLullo as Co-Administrator of the Estate of Kristine Camille DiLullo | Kristine Camille DiLullo, individually as Sibling of John Anthony Sherry, Deceased | 1:15-cv-09903, 53, at 1260, 10207, at 93, 10219 | John Anthony Sherry |
| 6 | Michael DiLullo as Co-Administrator of the Estate of Kristine Camille DiLullo | Kristine Camille DiLullo, individually as Sibling of John Anthony Sherry, Deceased | 1:15-cv-09903, 53, at 1260, 10207, at 93, 10219 | John Anthony Sherry |
| 7 | Kathryn Taylor Teare as Personal Representative of the Estate of Clara Shute Taylor, Deceased Parent of Michael M. Taylor, Deceased | Clara S. Taylor in their own right as the Parent of Michael M. Taylor, Deceased | 1:15-cv-09903, 53, at 2972 | Michael M. Taylor |