**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean P. Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA Federal Express (w/ Exhs), VIA ECF (w/o Exhs)**

April 20, 2026

Hon. Sarah Netburn, U.S.M.J.
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

> Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)
> Courtesy Copies of Plaintiffs' & Sudan's Motions to Compel CIA

Dear Judge Netburn:

Pursuant to the Court's Individual Rules and Practices, § III.B., enclosed please find courtesy copies of the fully completed briefing relating to Plaintiffs' Motion to Compel the Central Intelligence Agency, ECF No. 11796. Because the CIA's response also addresses Sudan's March 6, letter Motion moving to compel the CIA to respond to Sudan's separate subpoena, we are also including Sudan's filings as to its letter motion. Accordingly, accompanying this letter are the following:

**Plaintiffs' Motion to Compel the CIA & Plaintiffs' Reply**

- **ECF No. 11796 –** Plaintiffs' Motion to Compel the CIA to Comply with Rule 45 Subpoena (filed Feb. 20, 2026)

- **ECF No. 11797 –** Plaintiffs' Brief in Support of Motion to Compel Central Intelligence Agency to Produce Documents in Response to Plaintiffs' Rule 45 Subpoena (filed Feb. 20, 2026)

- **ECF No. 11798 –** Declaration of Robert T. Haefele in Support of Plaintiffs' Motion to Compel Compliance With Rule 45 Subpoena Directed to the Central Intelligence Agency in March 2025 (filed Feb. 20, 2026), with the following attached exhibits A through L:

    - **ECF No. 11798-1 – Exhibit A** - March 18, 2025 Rule 45 Subpoena Addressed to the Central Intelligence Agency, in In re Terrorist Attacks on September 11, 2001, 1:03-cv-1520-GBD-SN (S.D.N.Y.) ("MDL 1570")

    - **ECF No. 11798-2 – Exhibit B** - Excerpts of the Hearing in In re Terrorist Attacks on September 11, 2001, before Magistrate Judge Sarah Netburn (Feb. 4, 2025)

Hon. Sarah Netburn, U.S.M.J.
April 20, 2026
Page 2

_____

- o **ECF No. 11798-3 – Exhibit C -** Excerpts of the Hearing in In re Terrorist Attacks on September 11, 2001, before Magistrate Judge Sarah Netburn (May 30, 2025)

- o **ECF No. 11798-4 – Exhibit D -** April 10, 2025 Letter from S. Normand of the Department of Justice, for the CIA and other United States Agencies to Plaintiffs' Counsel

- o **ECF No. 11798-5 – Exhibit E -** May 1, 2025 Letter from Plaintiffs' Counsel to S. Normand of the Department of Justice, for the CIA and other United States Agencies

- o **ECF No. 11798-6 – Exhibit F -** May 27, 2025 Letter from Plaintiffs' Counsel to S. Normand of the Department of Justice, for the CIA and other United States Agencies

- o **ECF No. 11798-7 – Exhibit G -** July 23, 2025 Letter from Plaintiffs' Counsel to J.D. Barnea of the Department of Justice, for the CIA and other United States Agencies

- o **ECF No. 11798-8 – Exhibit H -** August 22, 2025 Email from Plaintiffs' Counsel to J.D. Barnea of the Department of Justice, for the CIA and other United States Agencies

- o **ECF No. 11798-9 – Exhibit I -** November 24, 2025 Email from J.D. Barnea of the Department of Justice, for the CIA and other United States Agencies to Plaintiffs' Counsel

- o **ECF No. 11798-10 – Exhibit J -** December 11, 2025 Email from Plaintiffs' Counsel to J.D. Barnea of the Department of Justice, for the CIA and other United States Agencies

- o **ECF No. 11798-11 – Exhibit K -** January 22, 2026 Email from Plaintiffs' Counsel to J.D. Barnea of the Department of Justice, for the CIA and other United States Agencies

- o **ECF No. 11798-12 – Exhibit L -** August 5, 2025 Email from Plaintiffs' Counsel to J.D. Barnea of the Department of Justice, for the CIA and other United States Agencies (with attached string of emails from May 23, 2022, June 7, 2022, June 8, 2022, June 22, 2022 and June 24, 2022)

- **ECF No. 11799** – [Proposed] Order regarding Plaintiffs' Motion to Compel the CIA (filed Feb. 20, 2026)

Hon. Sarah Netburn, U.S.M.J.
April 20, 2026
Page 3

---

- **ECF No. 11983** – Plaintiffs' Reply Memorandum of Law in Support of Motion to Compel [ECF No. 11796] the Central Intelligence Agency to Produce Documents in Response to Plaintiffs' Rule 45 Subpoena (filed Apr. 15, 2026)

**Sudan's Letter Motion to Compel the CIA & Sudan's Reply**

- **ECF No. 11854** – Sudan's Letter Brief in Support of Sudan's Motion to Compel the CIA to Comply with Rule 45 Subpoena (and to join in part Plaintiff' motion) (filed Mar. 6, 2026)

- **ECF No. 11855** – Declaration of Nicole Erb in Support of Sudan's Motion to Compel the CIA to Comply with Rule 45 Subpoena that Sudan served on the Central Intelligence Agency in April 2025 (filed Mar. 6, 2026), with the following attached exhibits A through K:

  o **ECF No. 11855-1 – Exhibit A** - Sudan's April 25, 2025 Rule 45 Subpoena Addressed to the Central Intelligence Agency

  o **ECF No. 11855-2 – Exhibit B** - Sudan's April 25, 2025 Accompanying Letter Addressed to the Central Intelligence Agency

  o **ECF No. 11855-3 – Exhibit C** - U.S. Attorney's Office for the Southern District of New York's May 9, 2025 Response Letter to Sudan

  o **ECF No. 11855-4 – Exhibit D** - Sudan's May 29, 2025 Letter Addressed to the U.S. Attorney's Office for the Southern District of New York

  o **ECF No. 11855-5 – Exhibit E** - Sudan's July 9, 2025 Letter Addressed to the U.S. Attorney's Office for the Southern District of New York

  o **ECF No. 11855-6 – Exhibit F** - November 24, 2025 E-mail from the U.S. Attorney's Office for the Southern District of New York to Sudan

  o **ECF No. 11855-7 – Exhibit G** - Sudan's December 12, 2025 E-mail to the U.S. Attorney's Office for the Southern District of New York

  o **ECF No. 11855-8 – Exhibit H** - Sudan's Second December 12, 2025 E-mail to the U.S. Attorney's Office for the Southern District of New York

  o **ECF No. 11855-9 – Exhibit I** - A true and correct copy of the Washington Post article, authored by Timothy Carney, the former U.S. Ambassador to Sudan, and Mansoor Ijaz, entitled "Intelligence Failure?"

  o **ECF No. 11855-10 – Exhibit J** - A true and correct copy of excerpts of the transcript from the August 5, 2020 Hearing before this Court

Hon. Sarah Netburn, U.S.M.J.
April 20, 2026
Page 4

---

- o **ECF No. 11855-11 – Exhibit K** – A true and correct copy of excerpts of the transcript from the May 30, 2025 Hearing before this Court

- **ECF No. 11983** – Sudan's Reply Letter Brief in Support of Motion to Compel the Central Intelligence Agency to Produce Documents in Response to Plaintiffs' Rule 45 Subpoena (filed Apr. 15, 2026)

## CIA's Opposition

- **ECF No. 11899** – Memorandum of Law in Opposition to the Parties' Motions to Compel the Central Intelligence Agency to Respond to Subpoenas (filed Mar. 23, 2026)

- **ECF No. 11900** – Declaration of Mary C. Williams, Litigation & Investigations Information Review Officer for the Information Review and Release Division, Central Intelligence Agency (filed Mar. 23, 2026)

These courtesy copies are submitted following the completion of briefing on both motions.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ *Robert T. Haefele*
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*For the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs*

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
SEAN P. CARTER
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com

*For the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs*

cc:    The Honorable George B. Daniels, via ECF
       All Counsel of Record via ECF