UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

This document relates to:

*Burnett, et al. v. Islamic Republic of Iran, et al., 1:15-cv-09903 (GBD)(SN)*

### ·ORDER FOR ENTRY OF FINAL JUDGMENTS AGAINST IRAN ON BEHALF OF CERTAIN *BURNETT* PLAINTIFFS BASED ON WAIVERS OF PUNITIVE DAMAGES

Upon consideration of the evidence and arguments submitted against the Islamic Republic of Iran ("Iran") by *Burnett* Plaintiffs (fully described in footnote 1 below[1] and in Ex. B-1 – B-3 hereto) in the above-captioned litigation, together with the entire record in this case, and in addition to the prior partial default judgment awards for compensatory damages issued to these Plaintiffs by this Court, it is hereby:

**ORDERED** that the prior, partial default judgments entered on behalf of the Plaintiffs herein are hereby acknowledged:

- In the first action (*Havlish*) within this MDL litigation to establish liability against Iran under § 1605A (in 2011), Magistrate Judge Maas determined that Iran could be held liable to 9/11 plaintiffs. MDL ECF #2515 at 47, para. 11.

- On February 18, 2020, Judge George B. Daniels issued an order awarding conscious pain and suffering and economic loss damages

---

[1]    Claims brought on behalf of the Plaintiffs described herein were part of the original *Burnett* Complaint, styled *Burnett, et al. v. Islamic Republic of Iran, et al.*, filed on December 18, 2015, bearing civil action no. 1:15-cv-09903 (GBD)(SN). Since these Plaintiffs remain segregated in the consolidated *Burnett* filings under their original civil action number and thus can easily be identified, the within Plaintiffs appearing under the *Burnett* civil action will be referred to hereinafter as the "*Burnett-Munhall-Nilsen* Plaintiffs" (or all collectively as "Plaintiffs herein"). The following *Burnett* Plaintiffs have agreed to waive their punitive damage claims conditionally against Iran in exchange for this Court's immediate grant of Final Judgments (and prejudgment interest) against Iran; the following Plaintiffs are represented on this motion: Susan Munhall, Lauren Munhall, Jennifer Nilsen, Scott Nilsen and Ryan Nilsen.

against Iran for the Estates of James Munhall and Troy Nilsen. *See* ECF MDL #5975: "Ordered that . . . compensatory damages for decedents' pain and suffering [are awarded] in the amount of $2,000,000 per estate... Ordered that...are awarded economic damages..."

- On September 3, 2019 and October 5, 2021, Judge George B. Daniels issued orders awarding damages for solatium (individually: spouse and children) against Iran for the *Burnett-Munhall* plaintiffs. *See* MDL ECF ##5061 and 7188.

- On September 10, 2019 and October 25, 2021, Judge George B. Daniels issued orders awarding damages for solatium (individually: spouse and children) against Iran for the *Burnett- Nilsen* plaintiffs. *See* MDL ECF ## 5138 and 7287.

And it is further:

**ORDERED** that punitive damages are hereby waived by the *Burnett-Munhall-Nilsen* Plaintiffs, as identified in the attached Exhibit B-1 to B-3, against Iran, in exchange for this Court's direction to the Clerk of the Court to enter Final Judgments in favor of these Plaintiffs on their compensatory damage awards as identified on Exhibit B-1 to B-3; and it is further

**ORDERED** that prejudgment interest on the compensatory damage awards is to be calculated at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment; and it is further

**ORDERED** that the *Burnett* Plaintiffs not appearing in the attached Exhibit B-1 to B-3, who were not previously awarded compensatory damages or punitive damages, may submit applications in later stages, and they will be approved on the same basis as currently approved for those plaintiffs; and it is further

**ORDERED** that the Clerk of this Court is to enter a Final Judgment against the Defendant, Islamic Republic of Iran, certified as Final Judgment pursuant to Fed. R. Civ. P. 54(b), to the *Burnett-Munhall-Nilsen* Plaintiffs identified in the attached Exhibit B-1 to B-3.

Dated: New York, New York

APR 2 0 2026

SO ORDERED:

GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| Burnett, et al. v. Islamic Republic of Iran, 15cv9903 ECF 1 | N/A | N/A | 15cv9903 ECF 64 | 15cv9903 ECF 67 | 15cv9903 ECF 68 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Exhibit B-1

### Estates - Pain & Suffering

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Bars | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| Jennifer | | Nilsen | | Troy | | Nilsen | | USA | 9/11/01 | NY | | 15cv9903 | 1 | 53 | 5975 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| Susan | | Munhall | | James | | Munhall | | USA | 9/11/01 | NY | | 15cv9903 | 1 | 53 | 5975 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |

Exhibit B-2

## Estates – Economic

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| Susan | | Marshall | | James | | Marshall | | USA | 9/11/01 | NY | 15cv9503 | 1 | 53 | 03md1570 #5668-2 | 3/20/20 | $975 | $ 12,249,622.00 | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |

Exhibit B-3

## Solatium

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Mid dl | Last | Suf | First | Mid dle | Last | Suff ix | Nationality on 9/11 | First | Mid dle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Penalt al | Start Date | End Date |
| Jennifer | | Nelson | | Jennifer | | Nelson | | USA | Troy | | Nelson | | USA | 9/11/01 | | 15-cv-9226 | | 53 | Spouse | 03MD1570, ECF 3434 | 8/16/19 | $ 12,500,000.00 | | | | 9/11/01 | |
| | | | | Scot | | Nelson | | USA | Troy | | Nelson | | USA | 9/11/01 | | 15-cv-9226 | | 53 | Child | 03MD1570, ECF 7263 | 10/25/21 | $ 8,500,000.00 | | | | 9/11/01 | |
| | | | | Ryan | | Nelson | | USA | Troy | | Nelson | | USA | 9/11/01 | | 15-cv-9226 | | 53 | Child | 03MD1570, ECF 7263 | 10/25/21 | $ 8,500,000.00 | | | | 9/11/01 | |
| Kevin | | Marshall | | Kevin | | Marshall | | USA | James | | Marshall | | USA | 9/11/01 | | 15-cv-9226 | | 53 | Spouse | 03MD1570, ECF 3434 | 8/16/19 | $ 12,500,000.00 | | | | 9/11/01 | |
| | | | | Karen | | Marshall | | USA | James | | Marshall | | USA | 9/11/01 | | 15-cv-9226 | | 53 | Child | 03MD1570, ECF 7263 | 10/25/21 | $ 8,500,000.00 | | | | 9/11/01 | |
| | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |