**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____4/21/2026___

-------------------------------------------------------X

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570

-------------------------------------------------------X

This document relates to:
*Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   April 20, 2026

Respectfully submitted,

MOTLEY RICE LLC

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 21, 2026
New York, New York

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Kathryn Lee Barrere as Co-Administrator of the Estate of C. Lee Hanson, Deceased Parent of Peter Burton Hanson, Deceased | Eunice Katherine Hanson, as Personal Representative of the Estate of C. Lee Hanson, Deceased Parent of Peter Burton Hanson, Deceased | 1:15-cv-09903, 53, at 2770, 10252, at 169, at 10256 | Peter B. Hanson |
| 2 | Halima Tiffany as Co-Administrator of the Estate of C. Lee Hanson, Deceased Parent of Peter Burton Hanson, Deceased | Eunice Katherine Hanson, as Personal Representative of the Estate of C. Lee Hanson, Deceased Parent of Peter Burton Hanson, Deceased | 1:15-cv-09903, 53, at 2770, 10252, at 169, at 10256 | Peter B. Hanson |
| 3 | Gerald Sullivan as Personal Representative of the Estate of Patrick Sullivan, Deceased | Patrick Sullivan, as Personal Representative of the Estate of Patrick Sullivan, Deceased and on behalf of all beneficiaries of Patrick Sullivan | 1:15-cv-09903, 53, at 1215 | Patrick Sullivan |
| 4 | Michael Jay Fox as Personal Representative of the Estate of Eleanor Fox, Deceased Parent of Jeffrey L. Fox, Deceased | Eleanor Fox | 1:15-cv-09903, 140, at 5 | Jeffrey L. Fox |
| 5 | Julia DiLullo as Co-Administrator of the Estate of Kristine Camille DiLullo | Kristine Camille DiLullo, individually as Sibling of John Anthony Sherry, Deceased | 1:15-cv-09903, 53, at 1260, 10207, at 93, 10219 | John Anthony Sherry |
| 6 | Michael DiLullo as Co-Administrator of the Estate of Kristine Camille DiLullo | Kristine Camille DiLullo, individually as Sibling of John Anthony Sherry, Deceased | 1:15-cv-09903, 53, at 1260, 10207, at 93, 10219 | John Anthony Sherry |
| 7 | Kathryn Taylor Teare as Personal Representative of the Estate of Clara Shute Taylor, Deceased Parent of Michael M. Taylor, Deceased | Clara S. Taylor in their own right as the Parent of Michael M. Taylor, Deceased | 1:15-cv-09903, 53, at 2972 | Michael M. Taylor |