**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair*<br>Sean P. Carter, *Co-Chair*<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

April 21, 2026

**VIA ECF**

Hon. Sarah Netburn, U.S.M.J.
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)
Plaintiffs' Request for Oral Argument on Motion to Compel CIA

Dear Judge Netburn:

Pursuant to the Court's Individual Rules and Practices, § III.C., Plaintiffs respectfully request in-person oral argument on their Motion to Compel the Central Intelligence Agency, filed at ECF No. 11796. Briefing on the motion was completed on April 15, 2026, with the filing of Plaintiffs' Reply Memorandum, ECF No. 11983. Plaintiffs have submitted courtesy copies to Chambers per the Court's Individual Rules & Practices, §§ III.B and C. *See* ECF No. 12018.

Plaintiffs have advised counsel for the CIA and Sudan of this request. Counsel for the CIA has advised that the CIA does not oppose Plaintiffs' request. Counsel for Sudan advised as follows: "Sudan does not oppose Plaintiffs' request for oral argument. If the Court grants Plaintiffs' request, then Sudan asks to participate and argue in support of its letter-motion to compel the CIA (ECF No. 11854)."

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ *Robert T. Haefele*
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*For the Plaintiffs' Exec. Committee for Personal Injury and Death Claims on behalf of Plaintiffs*

COZEN O'CONNOR

By: /s/ *Sean P. Carter*
SEAN P. CARTER
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com

*For the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs*

cc:   The Honorable George B. Daniels, via ECF
All Counsel of Record via ECF