# FLEISCHMAN BONNER & ROCCO LLP

### ATTORNEYS AT LAW

445 HAMILTON AVENUE • SUITE 402 • WHITE PLAINS • NEW YORK • 10601
TEL: 917-583-8966 • FAX: 917.591.5245 • WEB: WWW.FBRLLP.COM                    EMAIL: sdavies@fbrllp.com

April 21, 2026

Via ECF

The Honorable Sarah Netburn
U.S. District Court Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430500 Pearl Street
New York,  NY  10007

**Re:**    *In re Terrorist Attacks on September 11, 2001*, 1:03-md-1570 (GBD/SN)
       *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD/SN)

Dear Judge Netburn:

My firm represents the Plaintiffs in the above-captioned *Chairnoff* member case of the 9/11 MDL.  I write in connection with your Order issued this afternoon in the 9/11 MDL as ECF 12023 concerning resolution of pending motions for default judgment in advance of the June 1, 2026 deadline established by the United States Victims of State Sponsored Terrorism Fund for submission of new applications.

I respectfully request that the Court includes among the motions to be determined in advance of June 1, 2026, the pending motion for solatium damages filed on March 25, 2026 by our client Plaintiff Michele Nimbley, a U.S. citizen and the daughter of the late Paul Richard Nimbley who was killed in the terrorist attacks on September 11, 2001.  *See Chairnoff* ECF 181-184, MDL ECF 11906-909.

Respectfully submitted,

/s/ Susan M. Davies

CC:  The Honorable George B. Daniels, United States District Judge