**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEE
FOR COMMERCIAL CLAIMS**
In Re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA ECF**

April 24, 2026

The Honorable George B. Daniels
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

We write on behalf of the Plaintiffs in *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-cv-06978, and *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, Case No. 04-cv-5970, to respectfully request the Court's assistance in addressing two housekeeping matters relating to those Plaintiffs' judgments against Iran.

By way of background, the Court previously conducted full damages assessments and entered judgments against Iran and in favor of Plaintiffs in the *Federal Insurance* and *Continental Casualty* cases. *See Federal Insurance* Amended Judgment (ECF No. 3890), attached hereto as Exhibit A; *Continental Casualty* Judgment (ECF No. 4062), attached hereto as Exhibit B. The *Federal Insurance* and *Continental Casualty* Plaintiffs write to request two revisions to the form of those judgments.

First, the *Federal Insurance* Plaintiffs recently identified a clerical error in the Amended Judgment issued by the Clerk of Court at ECF No. 3890. Specifically, on the final page of the Amended Judgment, it awards "prejudgment interest at the statutory simple interest rate of nine percent per annum from September 11, 2001, *through the date of the Amended Order of Judgment, ECF No. 3226 (March 8, 2016).*" (Emphasis added). The citation to the Amended Order of Judgment at ECF No. 3226 is incorrect because that Order solely concerns the wrongful death plaintiffs in *Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977. Instead, Plaintiffs respectfully submit that their Rule 54(b) final judgment should correctly cite to the August 31, 2015 Order of Judgment issued by Your Honor in favor of the *Federal Insurance* Plaintiffs at ECF No. 3020. The proposed *Federal Insurance* Rule 54(b) Judgment at Exhibit C captures this correction.

Second, no certification under Rule 54(b) appeared on the faces of the judgments themselves. The *Federal Insurance* and *Continental Casualty* Plaintiffs are of the view that the Rule 54(b) certification should appear in the bodies of the judgments themselves. To that end, we are enclosing amended judgments including the relevant Rule 54(b) certification language, attached hereto as Exhibits C and D.

The Honorable George B. Daniels
April 24, 2026
Page 2

_____

       The Court recently issued Rule 54(b) certifications as to the wrongful death and personal injury plaintiffs' Iran judgments, and the relief requested in this letter is consistent with those recent certifications.

       The amended judgments attached hereto are identical to the judgments previously issued by the Court, save for the two corrections identified above.

       The *Federal Insurance* and *Continental Casualty* Plaintiffs thank the Court for its attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

By:   */s/ Sean P. Carter*
Sean P. Carter
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel: (215) 665-2105
Email: scarter1@cozen.com

*On behalf of the MDL 1570 Plaintiffs' Exec.*
*Committee for Commercial Claims*

cc:    All MDL Counsel of Record (via ECF)

LEGAL\114946838\1