**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)  ECF Case |

This document relates to:    *Federal Insurance Co., et al. v. al Qaida, et al.*
                            03 CV 06978 (GBD) (SN)

**[Proposed] RULE 54(b) FINAL JUDGMENT**

Whereas, this matter having come before the Honorable George B. Daniels, United States District Judge, on the motion of certain Plaintiffs for entry of a monetary judgment against defendant Iran; and the Court, on March 9, 2016, having adopted the December 28, 2015 Report and Recommendation made by Magistrate Judge Frank Maas concerning that motion in its entirety, and directing the Clerk of Court to enter judgments against Iran and in favor of the moving Plaintiffs in accordance with the Report and Recommendation and the March 9, 2016 Order adopting same; and the Clerk of Court having issued judgment against Iran and in favor of the moving Plaintiffs at ECF Nos. 3233 and 3890; and the Court having carefully considered Plaintiffs' request to have their judgment certified as final pursuant to Fed. R. Civ. P. 54(b), it is:

**ORDERED, ADJUDGED and DECREED:**   That for the reasons stated in the Court's Order dated March 9, 2016, final judgment is hereby entered against defendant Iran and in favor of the moving Plaintiffs on their claims arising under 28 U.S.C. §1605A(d) as follows:

| Plaintiff | Judgment |
|---|---|
| Vigilant Insurance Company | $42,305,933.24 |
| Chubb Custom Insurance Company | $612,585.00 |

| | |
|---|---|
| Chubb Indemnity Insurance Company | $4,083,878.20 |
| Federal Insurance Company | $1,513,667,597.39 |
| Chubb Insurance Company of New Jersey | $412,681.71 |
| Chubb Insurance Company of Canada | $50,452,395.71 |
| Pacific Indemnity Company | $9,936,536.66 |
| Great Northern Insurance Company | $595,997,113.79 |
| AXA Art Insurance Corp. | $14,287,543.00 |
| AXA Global Risks (UK) Ltd. | $10,986,623.57 |
| AXA CSA UK Branch | $64,779,883.00 |
| AXA Insurance Company | $131,696,044.96 |
| AXA Reinsurance Company | $82,714,778.00 |
| AXA RE | $105,790,023.00 |
| AXA RE Canadian Branch | $26,138,407.11 |
| AXA RE UK Plc | $18,162,701.70 |
| AXA Versicherung | $923,053.00 |
| SPS RE | $84,305,160.00 |
| American Alternative Insurance Company | $3,922,782.07 |
| Princeton Excess and Surplus Lines Insurance Company | $3,796,292.50 |

| Great Lakes UK Reinsurance Company | $99,511,427.02 |
|---|---|
| OneBeacon Insurance Company | $176,514,985.40 |
| Total | $3,040,998,426.03 |

**IT IS FURTHER ORDERED, ADJUDGED and DECREED:** That to the extent that the Plaintiffs' claims under 28 U.S.C. § 1605A(d) arise out of injuries in New York State, they are awarded prejudgment interest at the statutory simple interest rate of nine percent per annum from September 11, 2001, through the date of the Order of Judgment, ECF No. 3020 (August 31, 2015); and to the extent that the claims arise out of injuries occurring elsewhere, they are awarded interest for the same period at the rate of 4.96 percent per annum, compounding annually.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED:** That, the Court having found that it may take years before all remaining claims against other defendants in this litigation are resolved and concluded; that the claims against Iran are severable from the other remaining claims in this litigation; and that further delay in the entry of final judgment will prejudice the Plaintiffs, including by impairing their ability to pursue efforts to enforce and collect on their judgment against Iran; and for other good cause shown; the judgment against Iran is certified as final pursuant to Fed. R. Civ. P. 54(b).

Dated: April ___, 2026
      New York, New York

RUBY J. KRAJICK

_____
Clerk of Court

3