**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD) (SN)<br><br>ECF Case |
| This document relates to:<br>*Accardi et al v. Islamic Republic of Iran* | Case No. 21-cv-06247 (GBD) (SN)<br><br>ECF Case |

**MOTION TO SUBSTITUTE PARTIES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)**

Pursuant to Federal Rule of Civil Procedure 25(a), the undersigned as counsel for plaintiffs in the above-referenced action ("*Accardi* Plaintiffs"), move this Court to allow substitution of the party as identified in Exhibit A hereto. The individual being substituted into the case, Thomas Borello, is the duly appointed Successor Personal Representative of the Estate of Gaetano Borello, an individual who developed chronic and ultimately fatal medical conditions after his 9/11-related environmental exposure ("Latent Injury Decedent"). Thomas Borello was duly appointed Successor Personal Representative following the death of the prior Personal Representative of the said estate, Ann Borello.

Exhibit A identifies the said Latent Injury Decedent, the existing Personal Representative of the aforesaid estate, the duly appointed Successor Personal Representative to be substituted in the pleading, including the capacity in which he seeks to be substituted and his state of residency, and the Complaint that refers to the said Latent Injury Decedent.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted party will be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

1

Dated: April 28, 2026

Respectfully submitted,

Nicholas Papain, Esq.
Sullivan Papain Block McManus
Coffinas & Cannavo P.C.
120 Broadway, 27th Floor
New York, NY 10271
Phone: (212) 732-9000
COUNSEL FOR *ACCARDI* PLAINTIFFS