**EXHIBIT A**

| Name of 9/11 Latent Injury Decedent<br><br>(Last Name, First Name) | Name of Existing Personal Representative<br><br>(Last Name, First Name) | Name of Substitute Party<br><br>(Last Name, First Name) | Capacity of Substitute Party | State of Residency of Substitute Party at Time of Filing | Complaint ECF Filing |
|---|---|---|---|---|---|
| Borello, Gaetano | Borello, Ann | Borello, Thomas | Successor Personal Representative | New Jersey | 21-cv-06247, ECF 1<br><br>(*Accardi et al v. Islamic Republic of Iran*) |

3