**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD) (SN)<br><br>ECF Case |
| This document relates to:<br>*Accardi et al v. Islamic Republic of Iran* | Case No. 21-cv-06247 (GBD) (SN)<br><br>ECF Case |

**[Proposed] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of the Successor Personal Representative of the Estate of Latent Injury Decedent, Gaetano Borello, for the previous Personal Representative of the Estate of Gaetano Borello who has passed away; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individual included in the attached Exhibit A is to be substituted as plaintiff in the above-captioned case.

The Clerk of the Court is hereby directed to terminate the motion docketed at MDL ECF No. 12035, also docketed in the related case 21-cv-06247, at ECF No. 117.

Dated: _____, 2026
    New York, New York                  **SO ORDERED:**

                                       _____
                                       GEORGE B. DANIELS
                                       United States Magistrate Judge

**EXHIBIT A**

| Name of 9/11 Latent Injury Decedent (Last Name, First Name) | Name of Existing Personal Representative (Last Name, First Name) | Name of Substitute Party (Last Name, First Name) | Capacity of Substitute Party | State of Residency of Substitute Party at Time of Filing | Complaint ECF Filing |
|---|---|---|---|---|---|
| Borello, Gaetano | Borello, Ann | Borello, Thomas | Successor Personal Representative | New Jersey | 21-cv-06247, ECF 1 (*Accardi et al v. Islamic Republic of Iran*) |