**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE:                                                                    **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                                  **RULE 54(b) JUDGMENT**
SEPTEMBER 11, 2001

-------------------------------------------------------------X

This document relates to:

    *Burnett, et al v. Islamic Republic of Iran, No. 15-cv-9903 (GBD) (SN)*

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 20, 2026, punitive damages are hereby waived by the Burnett-Munhall-Nilsen Plaintiffs, as identified in the attached Exhibit B-1 to B-3, against Iran, in exchange for this Court's direction to the Clerk of the Court to enter Final Judgments in favor of these Plaintiffs on their compensatory damage awards as identified on Exhibit B-1 to B-3; and it is further ORDERED that prejudgment interest on the compensatory damage awards is to be calculated at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment; and it is further ORDERED that the Burnett Plaintiffs not appearing in the attached Exhibit B-1 to B-3, who were not previously awarded compensatory damages or punitive damages, may submit applications in later stages, and they will be approved on the same basis as currently approved for those plaintiffs. Accordingly, Final Judgment is entered against the Defendant, Islamic Republic of Iran, certified as Final Judgment pursuant to Fed. R. Civ. P. 54(b), to the Burnett-Munhall-Nilsen Plaintiffs identified in the attached Exhibit B-1 to B-3.

**Dated:** New York, New York

     April 28, 2026

                                     **TAMMI M. HELLWIG**
                                     _____
                                      **Clerk of Court**

                     **BY:** _____
                                **Deputy Clerk**

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| Burnett, et al. v. Islamic Republic of Iran, 15cv9903 ECF 1 | N/A | N/A | 15cv9903 ECF 64 | 15cv9903 ECF 67 | 15cv9903 ECF 68 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Exhibit B-1**

## Estates - Pain & Suffering

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | | Pain & Suffering Damages | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Num | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| Jennifer | | Nilsen | | Troy | | Nilsen | | USA | 9/11/01 | NY | | 15cv9903 | 1 | 53 | 5975 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| Susan | | Munhall | | James | | Munhall | | USA | 9/11/01 | NY | | 15cv9903 | 1 | 53 | 5975 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |

**Exhibit B-2**

**Estates - Economic**

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | Susan | | Munhall | | James | | Munhall | | USA | 9/11/01 | NY | 15cv9903 | | 1 | 53 | 03md1570 #5668-2 | 1/20/20 | 5975 | $ 12,249,622.00 | | | | |
| 2 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 3 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 4 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 5 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 6 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 7 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 8 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 9 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |

**Exhibit B-3**

**Solatium**

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suf | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | Jennifer | | Nilsen | | Jennifer | | Nilsen | | USA | Troy | | Nilsen | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Spouse | 03MD1570, ECF 5138 | 9/10/19 | $ 12,500,000.00 | | | 9/11/01 | |
| 2 | | | | | Scott | | Nilsen | | USA | Troy | | Nilsen | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Child | 03MD1570, ECF 7287 | 10/25/21 | $ 8,500,000.00 | | | 9/11/01 | |
| 3 | | | | | Ryan | | Nilsen | | USA | Troy | | Nilsen | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Child | 03MD1570, ECF 7287 | 10/25/21 | $ 8,500,000.00 | | | 9/11/01 | |
| 4 | Susan | | Munhall | | Susan | | Munhall | | USA | James | | Munhall | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Spouse | 03MD1570, ECF 5061 | 9/3/19 | $ 12,500,000.00 | | | 9/11/01 | |
| 5 | | | | | Lauren | | Munhall | | USA | James | | Munhall | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Child | 03MD1570, ECF 7188 | 10/5/21 | $ 8,500,000.00 | | | 9/11/01 | |
| 6 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| 7 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| 8 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |