**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                    03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                          **RULE 54(b) JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

*Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al., 1:04-cv-01076 (GBD)(SN)*

*Deborah Bodner, et al. v. Islamic Republic of Iran, 1:19-cv-11776(GBD)(SN)*

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Order dated April 20, 2026, punitive damages are hereby waived by the O'Neill-Bodner

Plaintiffs, as identified in the attached Exhibit B-1 to B-3, against Iran, in exchange for this Court's

direction to the Clerk of the Court to enter Final Judgments in favor of these Plaintiffs on their

compensatory damage awards as identified on Exhibit B-1 to B-3; and it is further ORDERED that

prejudgment interest on the compensatory damage awards is to be calculated by the Clerk of the

Court at the rate of 4.96 percent per annum, compounded annually, for the period from September

11, 2001, until the date of the Final Judgment; and it is further ORDERED that the O'Neill-Bodner

Plaintiffs not appearing in the attached Exhibit B-1 to B-3, who were not previously awarded

compensatory damages or punitive damages, may submit applications in later stages, and they will

be approved on the same basis as currently approved for those plaintiffs. Accordingly, Final

Judgment is entered against the Defendant, Islamic Republic of Iran, certified as Final Judgment

pursuant to Fed. R. Civ. P. 54(b), to the O'Neill-Bodner Plaintiffs identified in the attached Exhibit

B-1 to B-3.

Dated: New York, New York
     April 28, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Exhibit B-1**
**Estates - Pain & Suffering**

| Personal Representative | | | | 9/11 Decedent | | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Num | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| Lisa | | Jordan | | Andrew | | Jordan | | USA | 9/11/01 | NY | | 19cv11776 | | 5 | 7527 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| Deborah | | Temple | | Vincent | | Morello | | USA | 9/11/01 | NY | | 19cv11776 | | 5 | 7527 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| Catherine | | McShane | | Terence | | McShane | | USA | 9/11/01 | NY | | 19cv11776 | | 5 | 7527 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |

**Exhibit B-2**
**Estates - Economic**

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| Lisa | | Jordan | | Andrew | | Jordan | | USA | 9/11/01 | NY | 19cv11776 | | 5 | 03md1570 #11435-1 | 12/22/23 | 11475 | $ 2,607,424.00 | | | | |
| Catherine | | McShane | | Terence | | McShane | | USA | 9/11/01 | NY | 19cv11776 | | 5 | 03md1570 #8117-1 | 6/16/22 | 8232 | $ 5,794,384.00 | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |

**Exhibit B-3**
**Solatium**

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | Date of Death | 9/11 Site | Claim Information | | | Solatium Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suf | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | | | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | Lisa | | Jordan | | Lisa | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 19cv11776 | | | Spouse | 03MD1570, ECF 7522 | 1/4/22 | $ 12,500,000.00 | | | 9/11/01 | |
| 2 | | | | | Kelsey | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 3 | | | | | Sean | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 4 | | | | | Matthew | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 5 | Deborah | | Temple | | Deborah | | Temple | | USA | Vincent | | Morello | | USA | 9/11/01 | | 19cv11776 | | | Spouse | 03MD1570, ECF 7522 | 1/4/22 | $ 12,500,000.00 | | | 9/11/01 | |
| 6 | | | | | Justin | | Morello | | USA | Vincent | | Morello | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 7 | | | | | Paige | | Morello | | USA | Vincent | | Morello | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 8 | Catherine | | McShane | | Catherine | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 19cv11776 | | | Spouse | 03MD1570, ECF 7522 | 1/4/22 | $ 12,500,000.00 | | | 9/11/01 | |
| 9 | | | | | Colin | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 10 | | | | | Sean | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 11 | | | | | Aidan | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 12 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| 13 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| 14 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| 15 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| 16 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |