USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/30/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD) (SN) <br> ECF Case |
| This document relates to: <br> *Accardi et al v. Islamic Republic of Iran* | Case No. 21-cv-06247 (GBD) (SN) <br> ECF Case |

**MOTION TO SUBSTITUTE PARTIES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)**

Pursuant to Federal Rule of Civil Procedure 25(a), the undersigned as counsel for plaintiffs in the above-referenced action ("*Accardi* Plaintiffs"), move this Court to allow substitution of the party as identified in Exhibit A hereto. The individual being substituted into the case, Thomas Borello, is the duly appointed Successor Personal Representative of the Estate of Gaetano Borello, an individual who developed chronic and ultimately fatal medical conditions after his 9/11-related environmental exposure ("Latent Injury Decedent"). Thomas Borello was duly appointed Successor Personal Representative following the death of the prior Personal Representative of the said estate, Ann Borello.

Exhibit A identifies the said Latent Injury Decedent, the existing Personal Representative of the aforesaid estate, the duly appointed Successor Personal Representative to be substituted in the pleading, including the capacity in which he seeks to be substituted and his state of residency, and the Complaint that refers to the said Latent Injury Decedent.

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 30, 2026
New York, New York

Dated: April 28, 2026

Respectfully submitted,

Nicholas Papain, Esq.
Sullivan Papain Block McManus
Coffinas & Cannavo P.C.
120 Broadway, 27th Floor
New York, NY 10271
Phone: (212) 732-9000
COUNSEL FOR *ACCARDI* PLAINTIFFS

2

**EXHIBIT A**

| Name of 9/11 Latent Injury Decedent (Last Name, First Name) | Name of Existing Personal Representative (Last Name, First Name) | Name of Substitute Party (Last Name, First Name) | Capacity of Substitute Party | State of Residency of Substitute Party at Time of Filing | Complaint ECF Filing |
|---|---|---|---|---|---|
| Borello, Gaetano | Borello, Ann | Borello, Thomas | Successor Personal Representative | New Jersey | 21-cv-06247, ECF 1 (*Accardi et al v. Islamic Republic of Iran*) |