**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD) (SN) <br><br> ECF Case |
| This document relates to: <br> *Accardi et al v. Islamic Republic of Iran* | Case No. 21-cv-06247 (GBD) (SN) <br><br> ECF Case |

**[PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENT FOR**
**THE ESTATE OF GAETANO BORELLO (THE "BORELLO ESTATE") IDENTIFIED**
**AT EXHIBIT B**

Upon consideration of the evidence and arguments submitted by the Plaintiff, Thomas Borello, identified in **Exhibit** ("**Ex.**") **B** to this Order, who is the Successor Personal Representative of the Estate of Gaetano Borello, deceased, an individual who developed a chronic and ultimately fatal medical condition after his 9/11-related exposure ("Latent Injury Decedent") (as identified in **Ex. B**), in his Motion for Entry of Partial Final Judgment by Default ("Motion"), the Declaration of Nicholas Papain, Esq. and the Memorandum of Law in support thereof, together with the entire record in this multidistrict litigation, it is hereby:

**ORDERED** that the Motion is granted; and it is

**ORDERED** that judgment by default as to liability is entered in favor of the Estate of Latent Injury Decedent Gaetano Borello ("Borello Estate") and against the Islamic Republic of Iran ("Iran") under 28 U.S.C. § 1605A; and it is

**ORDERED** that partial final judgment is entered against Iran and in favor of the Borello Estate as identified in **Ex. B**; and it is

**ORDERED** that the Borello Estate identified in **Ex. B** is awarded compensatory damages for the said Latent Injury Decedent's pain and suffering in the amount of $7,000,000 as set forth in **Ex. B**; and it is

1

2

**ORDERED** that the Borello Estate identified in **Ex. B** is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Borello Estate identified in **Ex. B** may submit an application for punitive damages, economic damages, or other damages at a later date, consistent with any future rulings made by this Court on this issue.

Dated: New York, New York

                    , 2026\_\_\_

GEORGE B. DANIELS
United States District Judge

**SO ORDERED:**

_____