**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (GBD)(SN)**<br>**ECF Case** |

This document relates to member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* **1:18-cv-12341 (GBD) (SN)**

**AMENDED**
**NOTICE OF MOTION FOR PARTIAL FINAL**
**DEFAULT JUDGMENT FOR ESTATE OF WESLEY ROBERT KING**

**PLEASE TAKE NOTICE** that, by and through her undersigned counsel and upon the accompanying Memorandum of Law, the Declaration of Joseph Peter Drennan executed on May 4, 2026, the Iran Notice of Amendment filed on May 4, 2026 in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN) (the "*Anaya* Action") as ECF No. 246, the October 28, 2019 Amended Order Approving Notices to Conform, Short Form Complaints & Notices of Amendment entered in the above-captioned MDL as ECF No. 5234, the January 10, 2022 judgment on default as to liability against the Islamic Republic of Iran entered in the above-captioned *Anaya* Action as ECF No. 97 and in the above-captioned MDL as ECF No. 7580, and all prior pleadings and proceedings had herein, Carlyle S. King as Personal Representative of the Estate of Wesley Robert King, who was the surviving father of the late Andrew Marshall King who was killed in the terrorist attacks on September 11, 2001, respectfully moves this Court pursuant to 18 U.S.C. Section 2333 and 28 U.S.C. Sections 1605A, 1605B and 1608(e), and Rules 54(b), 55 and 60(b) of the Federal Rules of Civil Procedure for a partial final order of default judgment (1) awarding to Carlyle S. King as Personal Representative of the Estate of Wesley

Robert King against the Islamic Republic of Iran (a) compensatory damages for solatium in the amount of $8,500,000, which is the same amount previously awarded to surviving parents of decedents killed in the September 11 attacks, and (b) prejudgment interest thereon at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and (2) granting such other and further relief as the Court deems just and proper.

The undersigned counsel respectfully notify the Court that the U.S. Victims of States Sponsored Terrorism Fund (the "Fund") has set June 1, 2026 as the application deadline for new claimants to be considered for the next round of payments by the Fund.

Dated:    May 4, 2026
          White Plains, New York              **FLEISCHMAN BONNER & ROCCO LLP**

                                              By:    /s/ Susan M. Davies
                                              James P. Bonner (jbonner@fbrllp.com)
                                              Patrick L. Rocco (procco@fbrllp.com)
                                              Susan M. Davies (sdavies@fbrllp.com)
                                              445 Hamilton Avenue, Suite 402
                                              White Plains, New York  10601
                                              Telephone:  646-415-1399

                                              Joseph Peter Drennan (admitted *pro hac vice*)
                                              218 North Lee Street, Third Floor
                                              Alexandria, Virginia 22314-2631
                                              Telephone:  703-519-3773
                                              joseph@josephpeterdrennan.com

                                              Patrick M. Donahue (admitted *pro hac vice*)
                                              P. Joseph Donahue (admitted *pro hac vice*)
                                              THE DONAHUE LAW FIRM, LLC
                                              18 West Street
                                              Annapolis, MD 21401
                                              Telephone:  410-280-2023
                                              pmd@thedonahuelawfirm.com
                                              pjd@thedonahuelawfirm.com

P. York McLane (admitted *pro hac vice*)
LAW OFFICE OF P. YORK MCLANE
14015 Park Dr., Ste. 111
Tomball, Texas 77377
yorkmclane@yahoo.com

**Counsel for Plaintiff Carlyle S. King
as Personal Representative
of the Estate of Wesley Robert King**