**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (GBD)(SN)**<br>**ECF Case** |

**This document relates to member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD) (SN)**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL**
**FINAL DEFAULT JUDGMENT FOR ESTATE OF WESLEY ROBERT KING**
**AGAINST THE ISLAMIC REPUBLIC OF IRAN**

FLEISCHMAN BONNER & ROCCO LLP
James P. Bonner (jbonner@fbrllp.com)
Patrick L. Rocco (procco@fbrllp.com)
Susan M. Davies (sdavies@fbrllp.com)
445 Hamilton Avenue, Suite 402
White Plains, New York 10601
Telephone:  646-415-1399

Patrick M. Donahue (admitted *pro hac vice*)
P. Joseph Donahue (admitted *pro hac vice*)
THE DONAHUE LAW FIRM, LLC
18 West Street
Annapolis, MD 21401
Telephone: (410) 280-2023
pmd@thedonahuelawfirm.com
pjd@thedonahuelawfirm.com

Joseph Peter Drennan (admitted *pro hac vice*)
218 North Lee Street, Third Floor
Alexandria, Virginia 22314-2631
Telephone: (703) 519-3773
joseph@josephpeterdrennan.com

P. York McLane (admitted *pro hac vice*)
LAW OFFICE OF P. YORK MCLANE
14015 Park Dr., Ste. 111
Tomball, Texas 77377
yorkmclane@yahoo.com

Plaintiff Carlyle S. King as Personal Representative of the Estate of Wesley Robert King, by and through her undersigned counsel, respectfully submits this Memorandum of Law in support of her motion for an award of compensatory damages for solatium, and prejudgment interest thereon, against the Islamic Republic of Iran.  The late Wesley Robert King was a United States citizen on September 11, 2001, and was the surviving father of the late Andrew Marshall King who was killed in the September 11, 2001 terrorist attack on the World Trade Center.  *See* Declaration of Joseph Peter Drennan executed on May 4, 2026 ("Drennan Decl.") at ¶ 5.

## PROCEDURAL HISTORY

Carlyle S. King, as Personal Representative of the Estate of Wesley Robert King, is a plaintiff in MDL member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN) (the "*Anaya* Action") in which victims of the September 11th terrorist attacks assert claims against the Islamic Republic of Iran pursuant to 18 U.S.C. § 2333 and 28 U.S.C. § 1605A based on Iran's direct sponsorship of al Qaeda for nearly a decade leading up to September 11, 2001, which included support that directly assisted and enabled al Qaeda to carry out the September 11th terrorist attacks.  Service of process in the *Anaya* Action was effectuated upon the Islamic Republic of Iran pursuant to 28 U.S.C. § 1608(a)(4) on June 29, 2020 through diplomatic channels.  *See* Drennan Decl. at ¶ 9.

On January 10, 2022, this Court entered an order granting default judgment as to liability against the Islamic Republic of Iran in favor of the plaintiffs in the *Anaya* Action (the "January 10, 2022 Order").  Drennan Decl. at ¶ 10 (citing MDL ECF No. 7580 and 18-cv-12341 ECF No. 97).  The plaintiffs in the *Anaya* Action include Judith King, as Personal Representative of the Estate of Andrew Marshall King who was killed in the September 11th terrorist attacks. *See* 18-cv-12341 ECF No. 29-1 at line 58.  On May 4, 2026, Carly King as Personal

Representative of the Estate of Wesley Robert King was added as a plaintiff in the *Anaya* Action by the filing of an Iran Notice of Amendment (as ECF No. 246 in 18-cv-12341) in the form permitted and approved by the Court's Order of October 28, 2019.  *See* MDL ECF No. 5234 (the "Order 5234") at 5 and Exhibit E; Drennan Decl. at ¶ 8.  Pursuant to the 2019 Order, the Iran Notice of Amendment was not required to be served on the Islamic Republic of Iran.  *See* Order 5234 at 5.  Pursuant to the 2019 Order, the finding of liability against the Islamic Republic of Iran in the January 10, 2022 Order applies in the same manner and with equal force with regard to the claim of Carlyle S. King as Personal Representative of the Estate of Wesley Robert King. *See id*.; Drennan Decl. at ¶¶ 10-11.

The late Wesley Robert King was the father of the late Andrew Marshall King who was killed in the September 11th attacks on the World Trade Center in New York City.  *See* Drennan Decl. at ¶ 5.  The late Wesley Robert King was at all relevant times a citizen of the United States, and died on June 21, 2014.  *See id*.  The Estate of Wesley Robert King has not previously applied for, or been awarded, damages against Iran.  *Id.* at ¶ 12.

<u>ARGUMENT</u>

**THE ESTATE OF WESLEY ROBERT KING IS ENTITLED TO AN AWARD
OF DAMAGES AND PREJUDGMENT INTEREST AGAINST IRAN**

**A.    Solatium Damages**

Section 1605A(c) specifically provides for the award of solatium damages.  *See* 28 U.S.C. § 1605A(c)(4).  "'A claim for solatium refers to the mental anguish, bereavement, and grief that those with a close relationship to the decedent experience as a result of the decedent's death, as well as the harm caused by the loss of decedent's society and comfort.'"  *Havlish v. Laden*, 2012 U.S. Dist. LEXIS 143525, *80-81 n.1 (S.D.N.Y. Oct. 3, 2012) ("*Havlish II*") (internal quotation omitted); *In re Terrorist Attacks on September 11, 2001*, 2016 U.S. Dist.

2

LEXIS 142865, at *278 (S.D.N.Y. Oct. 12, 2016) (same).

In *Havlish II*, this Court approved the following solatium awards as appropriate for immediate family members of persons killed in the September 11th terrorist attacks:

| | |
|---|---|
| Spouse | $12,500,000 |
| Parent | $8,500,000 |
| Child | $8,500,000 |
| Sibling | $4,250,000 |

*Havlish II*, 2012 U.S. Dist. LEXIS 143525, at *81 and Table 1.  These amounts represent an upward departure from the benchmarks established in *Estate of Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229 (D.D.C. 2006), which this Court found warranted "[c]onsidering the extraordinarily tragic circumstances surrounding the September 11th attacks, the indelible impact on the lives of the victims' families, and the frequent reminders that each of the individual Plaintiffs face daily . . . ."  *Havlish II*, 2012 U.S. Dist. LEXIS 143525, at *81.  This Court has consistently awarded these same amounts to other Plaintiffs in this MDL.

The solatium loss suffered the late Wesley Robert King is legally and factually comparable to the losses suffered by the plaintiffs in *Havlish* and other 9/11-related cases. Accordingly, Carlyle S. King, as Personal Representative of the Estate of Wesley Robert King respectfully requests the Court to grant to the Estate an award of solatium in the amount of $8,500,000, consistent with the amounts established and applied in *Havlish* and other 9/11-related cases.

### B.     Prejudgment Interest

An award of prejudgment interest is within the sound discretion of a trial court and is warranted when plaintiffs are delayed in recovering compensation for non-economic injuries caused by acts of terrorism.  *See Baker v. Socialist People's Libyan Arab Jamahirya*, 775 F. Supp. 2d 48, 86 (D.D.C. 2011).  This Court awarded the *Havlish* plaintiffs prejudgment interest

at a rate of 4.96 per cent per annum, compounded annually on their solatium and pain and suffering damages awards, to be calculated from September 11, 2001 until the date of judgment. *Havlish II*, 2012 U.S. Dist. LEXIS 143525, at *83.  This Court has subsequently affirmed that the 4.96% interest rate should be applied to all damages awarded in 9/11-related cases, regardless of whether the injuries arose in New York (where the statutory rate for prejudgment interest is 9%).  *See In re Terrorist Attacks on September 11, 2001*, 2016 U.S. Dist. LEXIS 144325, at *316-17 (S.D.N.Y. Oct. 14, 2016), *adopted by* 2016 U.S. Dist. LEXIS 151675, at *275 (S.D.N.Y. Oct. 24, 2016).

Carlyle S. King respectfully requests that the Clerk be directed to award prejudgment interest on the solatium damages awarded to the Estate of Wesley Robert King at the rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of the judgment.

## CONCLUSION

For the foregoing reasons, Carlyle S. King as Personal Representative of the Estate of Wesley Robert King respectfully requests the Court to enter a partial final order of judgment against the Islamic Republic of Iran awarding the Estate of Wesley Robert King compensatory damages in the amount of $8,500,000 for loss of solatium, and prejudgment interest thereon at the rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of the judgment.

Dated:    May 4, 2026                        Respectfully submitted,
          White Plains, New York

                                             **FLEISCHMAN BONNER & ROCCO LLP**

                                             By: /s/ Susan M. Davies
                                             James P. Bonner (jbonner@fbrllp.com)
                                             Patrick L. Rocco (procco@fbrllp.com)
                                             Susan M. Davies (sdavies@fbrllp.com)
                                             445 Hamilton Avenue, Suite 402
                                             White Plains, New York 10601
                                             Telephone:  646-337-1426

                                             Joseph Peter Drennan (admitted *pro hac vice*)
                                             218 North Lee Street, Third Floor
                                             Alexandria, Virginia 22314-2631
                                             Telephone: (703) 519-3773
                                             joseph@josephpeterdrennan.com

                                             Patrick M. Donahue (admitted *pro hac vice*)
                                             P. Joseph Donahue (admitted *pro hac vice*)
                                             THE DONAHUE LAW FIRM, LLC
                                             18 West Street
                                             Annapolis, MD 21401
                                             Telephone: (410) 280-2023
                                             pmd@thedonahuelawfirm.com
                                             pjd@thedonahuelawfirm.com

P. York McLane (admitted *pro hac vice*)
LAW OFFICE OF P. YORK MCLANE
14015 Park Dr., Ste. 111
Tomball, Texas 77377
yorkmclane@yahoo.com

***Counsel for Plaintiff Carlyle S. King
as Personal Representative
of the Estate of Wesley Robert King***

6