**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (GBD)(SN)** **ECF Case** |

**This document relates to member case *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD) (SN)**

### [PROPOSED] PARTIAL FINAL DEFAULT JUDGMENT FOR CARLYLE S. KING AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WESLEY ROBERT KING

Upon consideration of the evidence and arguments submitted by Carlyle S. King as Personal Representative of the Estate of Wesley Robert King, who is a plaintiff in the above-captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran,* 1:18-cv-12341 (GBD) (SN) (the "*Anaya* Action"), the Iran Notice of Amendment filed in the *Anaya* Action on May 4, 2026 as ECF No. 246, pursuant to the October 28, 2019 Amended Order Approving Notices to Conform, Short Form Complaints & Notices of Amendment entered in the above-captioned MDL as ECF No. 5234, and the judgment on default as to liability entered against the Islamic Republic of Iran on October 5, 2021 in the *Anaya* Action as ECF No. 97 and in the above-captioned MDL as ECF No. 7580 (the "Liability Judgment"), together with the entire record in this case, it is hereby:

**ORDERED** that service of process in the *Anaya* Action was effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a); and it is

**ORDERED** that, the claim of Carlyle S. King as Personal Representative of the Estate of Wesley Robert King against the Islamic Republic of Iran being separate, distinct, and separable from those of all other plaintiffs in the *Anaya* Action there is no just reason for delay in entering

final judgment in her favor, and therefore partial final default judgment is hereby entered pursuant to 18 U.S.C. Section 2333 and 28 U.S.C. Sections 1605A, 1605B and 1608(e) and Rules 54(b) and 55 of the Federal Rules of Civil Procedure against the Islamic Republic of Iran and in favor of Carlyle S. King as Personal Representative of the Estate of Wesley Robert King; and it is

**ORDERED** that Carlyle S. King as Personal Representative of the Estate of Wesley Robert King is awarded compensatory damages for solatium in the amount of $8,500,000; and it is

**ORDERED** that Carlyle S. King as Personal Representative of the Estate of Wesley Robert King is awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of this judgment, in the amount of $_____.

Furthermore, the Court respectfully directs the Clerk of Court to terminate the motion at ECF 12054-12050 in 03-MDL-1570 (GBD)(SN) and ECF No. 247-250 in 1:18-cv-12341 (GBD) (SN).

Dated: New York, New York
          _____, 2026

                                    SO ORDERED:

                                    _____
                                    GEORGE B. DANIELS
                                    United States District Judge