# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

445 HAMILTON AVENUE • SUITE 402 • WHITE PLAINS • NEW YORK • 10601
TEL: 917-583-8966 • FAX: 917.591.5245 • WEB: WWW.FBRLLP.COM

EMAIL: sdavies@fbrllp.com

May 4, 2026

<u>Via ECF</u>

The Honorable Sarah Netburn
U.S. District Court Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York  10007

**Re:**    ***In re Terrorist Attacks on September 11, 2001*, 1:03-md-1570 (GBD/SN)**
***Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341(GBD/SN)**

Dear Judge Netburn:

My firm represents Carlye S. King, Personal Representative of the Estate of Wesley Robert King, as a plaintiff in the above-captioned *Anaya* case.  I write to request expedited resolution of the motion for default judgment against Iran that Ms. King filed today as ECF 247-251 in the *Anaya* case and ECF 12054-12058 in the MDL.

As the Court is aware, the U.S. Victims of State Sponsored Terrorism Fund (the "Fund") has set June 1, 2026 as the application deadline for new claimants to be considered for payments by the Fund.  On April 21, 2026, Your Honor ordered that "motions for default judgment against Iran filed by April 30, 2026, will be considered but may not be resolved by June 1, 2026."  MDL ECF No. 12023 (endorsed order).  My co-counsel and I have made every effort to comply with that April 30, 2026 deadline.  However, the Superior Court of Arizona, Pima County only issued the order appointing Ms. King as Special Administrator for the Estate of Wesley Robert King on April 30, 2026.  Ms. King's motion for default judgment for the Estate was filed as soon as practicable thereafter.

Wherefore, we respectfully request expedited treatment of Ms. King's motion and, if possible, its resolution prior to June 1, 2026.

Respectfully submitted,

/s/ Susan M. Davies