**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)

**[PROPOSED] ORDER OF PARTIAL FINAL JUDGMENT FOR DAMAGES ON**
**BEHALF OF THE PLAINTIFF IDENTIFIED IN EXHIBIT B**

Upon consideration of the default judgment motion cover sheet attached as Exhibit A as required by the Court's September 22, 2023 Order at ECF No. 9355 and the other evidence and arguments submitted by the Plaintiff identified in Exhibit B to this Order through their Motion for Partial Final Judgment against the Defendant Islamic Republic of Iran ("Iran"), as to damages for the Plaintiff in the above-captioned matter who is the sibling of a victim killed in the terrorist attacks on September 11, 2001, as specifically identified in the attached Exhibit B; together with the entire record in this case, it is hereby:

**ORDERED** that a partial final damages judgment is entered against Iran on behalf of the Plaintiff in the above-captioned matter who is identified in the attached Exhibit B, who is the sibling of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit B; and it is further

**ORDERED** that the Plaintiff identified in Exhibit B is awarded solatium damages of $4,250,000, as set forth in Exhibit B; and it is further

**ORDERED** that the Plaintiffs identified in Exhibit B and Exhibit C are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment, in the amount of $_____; and it is further

1

DOCS-100906476.1

**ORDERED** that the Plaintiff identified in Exhibit B is denied without prejudice additional damages, such as punitive damages, additional economic damages, or other appropriate damages, and that the deadline for filing any Fed. R. Civ. P. 60(b) motion to reconsider such dismissal is stayed; and it is further

**ORDERED** that the remaining Plaintiffs in the above-captioned matter not appearing in Exhibit B may submit in later stages applications for damages awards (to the extent such awards have not previously been ordered), and to the extent such plaintiffs are similarly situated to the Plaintiff appearing in Exhibit B, the applications will be approved consistent with those approved herein for the Plaintiff appearing in Exhibit B; and it is further

**ORDERED** that partial final judgment is entered under Fed. R. Civ. P. 54(b) with respect to the moving Plaintiffs' 1605A claims against Iran and the conditions for entry of judgment under Fed. R. Civ. P. 54(b) are met, in that (1) multiple parties are present; (2) the rights and liabilities of at least one party have been finally decided within the meaning of 28 U.S.C. § 1291; and (3) no just reason for delay exists.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12061.

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

Dated:   New York, New York
             _____, 2026

2

DOCS-100906476.1