UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Terrorist Attacks on
September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

1:03-md-01570-GBD-SN

Friedman, et al. v Islamic Republic of Iran

1:26-cv-02925-GBD

I hereby certify under the penalties of perjury that on the 6th day of May, 2026, I served defendant:

Islamic Republic of Iran
Abbas Araghchi
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Iman Khomeini Avenue
Iman Khomeini Square
Tehran, Iran

by dispatching via Federal Express, Tracking No. **8714 2422 6752**, to The Secretary of State,

CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular

Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4),

two (2) copies of:

a. Notice of Suit prepared in accordance with 22 CPR § 93.2 and attached copy of 28
U.S.C. 1330, 1391(f), 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891), and the
Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi)
b. Civil Cover Sheet (in English and Farsi)
c. Summons issued by this Court on April 10, 2026 (in English and Farsi)
d. Iran Short Form Complaint and attached Appendix I (in English and Farsi)
e. Related Case Statement (in English and Farsi); and
f. Translators' Affidavits (in English only).

Dated:  May 6, 2026
New York, New York

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk