UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Terrorist Attacks on September 11, 2001 | **CLERK'S CERTIFICATE OF MAILING**<br><br>1:03-md-01570-GBD-SN |
| Abertnethy, et al. v. Islamic Republic of Iran | 1:26-cv-02923-GBD |

I hereby certify under the penalties of perjury that on the 6th day of May, 2026, I served defendant:

> Islamic Republic of Iran
> Abbas Araghchi
> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Iman Khomeini Avenue
> Iman Khomeini Square
> Tehran, Iran

by dispatching via Federal Express, Tracking No. **8714 2330 9620**, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of:

> a. Notice of Suit prepared in accordance with 22 CPR § 93.2 and attached copy of 28 U.S.C. 1330, 1391(f), 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891), and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi)
> b. Civil Cover Sheet (in English and Farsi)
> c. Summons issued by this Court on April 10, 2026 (in English and Farsi)
> d. Iran Short Form Complaint and attached Appendix I (in English and Farsi)
> e. Related Case Statement (in English and Farsi); and
> f. Translators' Affidavits (in English only).

Dated:  May 6, 2026
New York, New York

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk