**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Burnett, et al. v. Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN)
*Arias, et al. v. Islamic Republic of Iran*, No. 19-cv-41 (GBD)(SN)
*Ortiz v. Islamic Republic of Iran*, No. 22-cv-3100 (GBD)(SN)

## PLAINTIFFS' NOTICE OF MOTION SEEKING ENTRY OF JUDGMENTS PURSUANT TO RULE 58(d)

Plaintiffs, through counsel, hereby move pursuant to Fed. R. Civ. P. 58(d) for entry of judgments for six documents issued by the Court as Memoranda Decisions and Orders without an accompanying Clerk's Judgment. *See* ECF Nos. 7494, 8283, 8293, 9400, 10756, and 10780. Plaintiffs seek the issuance of such judgments to permit the Clerk of the Court to issue a Clerk's Certification of Judgment to be Registered in Another District for these decisions. Plaintiffs seek to obtain these certified judgments to permit them to pursue execution and attachment efforts on assets allegedly owned or controlled by the Islamic Republic of Iran or its agencies or instrumentalities in the Eastern District of New York.

Dated:  May 8, 2026

Respectfully submitted,

MOTLEY RICE LLC


/S/ John M. Eubanks_____
John M. Eubanks, Esq.
Robert T. Haefele, Esq.
John C. Duane, Esq.
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

jeubanks@motleyrice.com
rhaefele@motleyrice.com
jduance@motleyrice.com

*Attorneys for the Burnett/Arias/Ortiz Plaintiffs*

2