**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Burnett, et al. v. Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN)
*Arias, et al. v. Islamic Republic of Iran*, No. 19-cv-41 (GBD)(SN)
*Ortiz v. Islamic Republic of Iran*, No. 22-cv-3100 (GBD)(SN)

### PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION SEEKING ENTRY OF JUDGMENTS PURSUANT TO RULE 58(d)

Pursuant to Fed. R. Civ. P. 58(d), Plaintiffs in the above-captioned cases, through counsel, hereby submit this memorandum of law in support of their motion for entry of judgments against Defendant Islamic Republic of Iran ("Iran") for six documents issued by the Court as Memoranda Decisions and Orders without an accompanying Clerk's Judgment. *See* ECF Nos. 7494, 8283, 8293, 9400, 10756, and 10780. As the Court is aware, Plaintiffs within this MDL have sought certification of judgments against Iran to permit them to pursue execution and attachment efforts against assets in the Eastern District of New York that are allegedly owned or controlled by the Islamic Republic of Iran or its agencies or instrumentalities. On March 18, 2026, the Court entered a Memorandum Decision and Order that held *inter alia*:

> Pursuant to Rule 54(b), the Court expressly determines there is no just reason for delay and certifies each of the underlying Iran Judgments listed in the attached Appendix (Column F) as a final judgment on all of the Plaintiffs' claims against Iran. Given the unique and exceptional circumstances, this certification under Rule 54(b) applies *nunc pro tunc* to the filing date of each underlying Iran Judgment, as listed in the attached Appendix (Column E).
>
> …
>
> The Court respectfully directs the Clerk of Court to process the Plaintiffs' requests to certify their Iran Judgments for registration in another judicial district, in the

order such requests were filed through the ECF system, as listed in the attached Appendix (Columns A and B).

ECF No. 11878 at 12-13.

On April 9, 2026, the Clerk of the Court issued deficiencies for 16 of undersigned counsel's requests for certified orders because "the document that is attached is an Order, not a judgment. Re-file the document using the event type Proposed Clerk's Certification of a Judgment to be Registered in Another District found under the even list Proposed Orders – select the correct filer/filers – attach the correct PDF that lists the correct entry date of the judgment." *See, e.g.,* Docket Entry filed April 9, 2026 related to ECF No. 11494 seeking certification of the Memorandum Decision and Order at ECF No. 4175. For 10 of the 16 deficiencies, undersigned counsel has located the Clerk's Judgment and will re-file those documents with the Court; however, for 6 of the 16 deficiencies, no Clerk's Judgment was issued related to the Memorandum Decision and Order. *See* ECF Nos. 7494, 8283, 8293, 9400, 10756, and 10780.

Plaintiffs respectfully request that the Court enter the judgments to permit the Clerk of Court to issue these certified judgments pursuant to ECF No. 11878.

1.    **ECF No. 7494.**    On December 22, 2021, the Court entered a Memorandum Decision and Order that awarded pain-and-suffering damages for 50 out of 51 Plaintiffs in the *Burnett* case who asserted personal-injury claims against Iran for injuries sustained on September 11, 2001. *See* ECF No. 7494. The Memorandum Decision and Order awarded *judgments* for these 50 individuals for "pain and suffering damages", prejudgment interest, and reserved judgment on potential future claims for punitive, economic, or other damages. *Id.* at 5. This Order appeared at line 90 of the Appendix to the Court's March 18, 2026 Order. ECF No. 11878, App'x at 6 of 26. Plaintiffs respectfully submit that given the explicit language in the Court's Order, the Clerk of Court should enter a judgment related to ECF No. 7494.

2.      **ECF No. 8283.**      On July 28, 2022, the Court entered a Memorandum Decision and Order that awarded pain-and-suffering damages for 16 Plaintiffs in the *Burnett* case who asserted personal-injury claims against Iran for injuries sustained on September 11, 2001.  *See* ECF No. 8283. The Memorandum Decision and Order awarded *judgments* for these 16 individuals for "pain and suffering damages", prejudgment interest, and reserved judgment on potential future claims for punitive, economic, or other damages.  *Id.* at 4.  This Order appeared at line 94 of the Appendix to the Court's March 18, 2026 Order.  ECF No. 11878, App'x at 6 of 26. Plaintiffs respectfully submit that given the explicit language in the Court's Order, the Clerk of Court should enter a judgment related to ECF No. 8283.

3.      **ECF No. 8293.**      On July 29, 2022, the Court entered a Memorandum Decision and Order that awarded solatium damages for 14 out of 15 Plaintiffs in the *Burnett* and *Arias* cases who asserted claims as the functional equivalents of immediate family members of individuals killed in the terrorist attacks on September 11, 2001.  *See* ECF No. 8293.  The Memorandum Decision and Order awarded *judgments* for these 14 individuals in the amounts set forth in Exhibit A.  *Id.* at 4, 6. This Order appeared at line 95 of the Appendix to the Court's March 18, 2026 Order.  ECF No. 11878, App'x at 6 of 26. Plaintiffs respectfully submit that given the explicit language in the Court's Order, the Clerk of Court should enter a judgment related to ECF No. 8293.

4.      **ECF No. 9400.**      On November 1, 2023, the Court entered a Memorandum Decision and Order that awarded pain-and-suffering damages for three Plaintiffs in the *Burnett* case who asserted personal-injury claims against Iran for injuries sustained on September 11, 2001. *See* ECF No. 9400. The Memorandum Decision and Order awarded *judgments* for these three individuals for "pain and suffering damages", prejudgment interest, and reserved judgment on

potential future claims for punitive, economic, or other damages. *Id.* at 4. This Order appeared at line 100 of the Appendix to the Court's March 18, 2026 Order. ECF No. 11878, App'x at 6 of 26. Plaintiffs respectfully submit that given the explicit language in the Court's Order, the Clerk of Court should enter a judgment related to ECF No. 9400.

5.    **ECF No. 10756.**    On March 3, 2025, the Court entered a Memorandum Decision and Order that awarded solatium damages to non-national immediate family members and non-national functional equivalents of immediate family members of individuals who were killed in the terrorist attacks on September 11, 2001. *See* ECF No. 10756. The Memorandum Decision and Order awarded *judgments* for solatium damages, prejudgment interest, and reserved judgment on potential future claims for punitive damages. *Id.* at 8-9. This Order appeared at line 111 of the Appendix to the Court's March 18, 2026 Order. ECF No. 11878, App'x at 7 of 26. Plaintiffs respectfully submit that given the explicit language in the Court's Order, the Clerk of Court should enter a judgment related to ECF No. 10756.

6.    **ECF No. 10780.**    On March 12, 2025, the Court entered a Memorandum Decision and Order that awarded pain-and-suffering damages for 24 non-national Plaintiffs in the *Burnett* and *Ortiz* cases who asserted personal-injury claims against Iran for injuries sustained on September 11, 2001. *See* ECF No. 10780. The Memorandum Decision and Order awarded *judgments* for these 24 individuals for "pain and suffering damages", prejudgment interest, and reserved judgment on potential future claims for punitive, economic, or other damages. *Id.* at 7-8. This Order appeared at line 112 of the Appendix to the Court's March 18, 2026 Order. ECF No. 11878, App'x at 7 of 26. Plaintiffs respectfully submit that given the explicit language in the Court's Order, the Clerk of Court should enter a judgment related to ECF No. 10780.

7.      **Request for Waiver of Service pursuant to 28 U.S.C. § 1608(a).**      When

the Court issued the six Memoranda Decisions and Orders above, undersigned counsel submitted

those decisions to the Clerk of the Court for Foreign Mailing pursuant to 28 U.S.C. § 1608(a).  The

December 22, 2021, Memorandum Decision and Order (ECF No. 7494) was served on Iran via

diplomatic channels on June 27, 2022, under cover of diplomatic note 1061-IE.  The July 28, 2022,

Memorandum Decision and Order (ECF No. 8283) and the July 29, 2022, Memorandum Decision

and Order (ECF No. 8293) were served on Iran via diplomatic channels on January 9, 2023, under

cover of diplomatic note 1145-IE.  The November 1, 2023, Memorandum Decision and Order

(ECF No. 9400) was served on Iran via diplomatic channels on June 11, 2024, under cover of

diplomatic note 1049-IE.  The March 12, 2025, Memorandum Decision and Order (ECF No.

10780) was served on Iran via diplomatic channels on November 9, 2025, under cover of

diplomatic note 1088-IE. The Clerk of Court docketed its Certificate of Mailing to the U.S.

Department of State on May 5, 2025, for service via diplomatic channels of the March 3, 2025,

Memorandum Decision and Order (ECF No. 10756). *See* ECF No. 10933.  On November 18, 2025,

the U.S. Department of State's Office of the Legal Adviser informed undersigned counsel that the

Cashier's Check applicable for service of ECF No. 10756 had been misplaced and requesting a

new cashier's check.  A replacement was provided on February 9, 2026, but to date, service has

not yet been completed (though it is potentially in process notwithstanding ongoing hostilities in

Iran).

Plaintiffs respectfully submit that—with the exception of ECF No. 10756 which is with the

U.S. Department of State for service via diplomatic channels—Iran has been apprised of the

judgments at issue here via the service provisions found at 28 U.S.C. § 1608(a).  Service of any

subsequently issued Clerk's Judgment would appear to be unnecessary in light of this prior service

of the underlying memoranda opinions and orders.  Therefore, Plaintiffs respectfully request that the Court waive the requirement of service of the Clerk's Judgments pursuant to 28 U.S.C. § 1608(a) should the Court grant Plaintiffs' request for the Clerk of Court to issue separate judgments related to ECF Nos. 7494, 8283, 8293, 10756, and 10780.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court enter judgments for each Memorandum Decision and Order set forth above (ECF Nos. 7494, 8283, 8293, 9400, 10756, and 10780) pursuant to Fed. R. Civ. P. 59(d) to permit the Clerk of Court to issue certified judgments to be registered in the Eastern District of New York. Plaintiffs further request that the requirement for these Clerk's Judgments to be served pursuant to 28 U.S.C. § 1608(a) be waived.

Dated:  May 8, 2026

Respectfully submitted,

MOTLEY RICE LLC

/S/ John M. Eubanks_____
John M. Eubanks, Esq.
Robert T. Haefele, Esq.
John C. Duane, Esq.
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
jeubanks@motleyrice.com
rhaefele@motleyrice.com
jduance@motleyrice.com

*Attorneys for the Burnett/Arias/Ortiz Plaintiffs*