**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Burnett, et al. v. Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN)
*Arias, et al. v. Islamic Republic of Iran*, No. 19-cv-41 (GBD)(SN)
*Ortiz v. Islamic Republic of Iran*, No. 22-cv-3100 (GBD)(SN)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for entry of judgment pursuant to Fed. R. Civ. P.

58(d) for ECF Nos. 7494, 8283, 8293, 9400, 10756, and 10780; it is hereby

**ORDERED** that Plaintiffs' motion is granted, and the Clerk of the Court is directed to

enter Clerk's Judgments for each Memorandum Decision and Order listed above; and it is

**ORDERED** that, with the exception of ECF No. 10756, service of process was previously

effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants

and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants, and thus, re-

service of the above judgments is not required.

The Court respectfully directs the Clerk of the Court to terminate the motion at ECF No.

12071 in 03-MDL-1570 (GBD)(SN); ECF No. 1191 in 15-cv-9903 (GBD)(SN); and ECF No. 243

in 19-cv-41 (GBD)(SN).

Dated:  New York, New York
_____, 202__

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE