# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

May 15, 2026                                            **Via ECF**

Honorable George B. Daniels, U.S. District Court Judge

> Re:   *In re Terrorist Attacks on September 11, 2001,*
> MDL No. 03-MDL-1570 (GBD) (SN)
> > *O'Neill v. Republic of Iraq*, No. 04-cv-01076
> > *Burnett v. Islamic Republic of Iran*, No. 15-cv-09903
> > *Bodner v. Islamic Republic of Iran*, No. 19-cv-11776
> > <u>Request for Instruction to Court Clerk to Add Prejudgment Interest</u>

Your Honor:

I write in response to two final Orders issued by Your Honor (MDL ECF## 12020 and 12021), and two Final Judgments (MDL ECF## 12037 and 12038) subsequently issued by the SDNY Clerk's Office in response. For your convenience, copies of the four documents are attached.

Your Honor will note the Final Judgments issued by the Clerk's Office failed to calculate the prejudgment interest promised in your two final Orders – "*at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment.*

I contacted the Clerk's Office yesterday via email and I was advised via reply email that the prejudgment interest cannot now be calculated and awarded without your instruction, despite your prior Orders.

On behalf of the plaintiffs involved, I respectfully ask Your Honor to instruct the Clerk's Office to amend the Final Judgments previously issued to add the promised prejudgment interest to each of the awards.

Sincerely yours,

*John F. Schutty*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
| | ECF Case |

This document relates to:

*Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.,* 1:04-cv-01076 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran,* 1:19-cv-11776(GBD)(SN)

## ORDER FOR ENTRY OF FINAL JUDGMENTS
## AGAINST IRAN ON BEHALF OF CERTAIN
## *BODNER* PLAINTIFFS BASED ON WAIVERS OF PUNITIVE DAMAGES

Upon consideration of the evidence and arguments submitted against the Islamic Republic

of Iran ("Iran") by the *O'Neill-Bodner* Plaintiffs (fully described in footnote 1 below[1] and in Ex. B-

1 – B-3 hereto) in the above-captioned litigation, together with the entire record in this case, and in

addition to the prior partial default judgment awards for compensatory damages issued to these

Plaintiffs by this Court, it is hereby:

**ORDERED** that the prior, partial default judgments entered on behalf of the Plaintiffs

herein are hereby acknowledged:

- In the first action (*Havlish*) within this MDL litigation to establish liability against Iran under § 1605A (in 2011), Magistrate Judge Maas determined that Iran could be held liable to 9/11 plaintiffs. MDL ECF #2515 at 47, para. 11.

---

[1] Claims brought on behalf of the Plaintiffs described herein were part of the original *Bodner* Complaint, styled *Bodner, et al. v. Islamic Republic of Iraq,* filed on December 27, 2019, bearing civil action no. 1:19-cv-11776 (GBD)(SN). Since these Plaintiffs remain segregated in the consolidated *O'Neill* filings under their original civil action number and thus can easily be identified, the within Plaintiffs appearing under the *Bodner* civil action will be referred to hereinafter as the "*O'Neill-Bodner* Plaintiffs" (or all collectively as "Plaintiffs herein"). The following *O'Neill-Bodner* Plaintiffs have agreed to waive their punitive damage claims conditionally against Iran in exchange for this Court's immediate grant of Final Judgments (and prejudgment interest) against Iran; the following Plaintiffs are represented on this motion: Lisa Jordan, Kelsey Jordan, Sean Jordan, Matthew Jordan, Catherine McShane, Colin McShane, Sean McShane, Aidan McShane, Deborah Temple, Justin Morello and Paige Morello.

- On January 4, 2022, Judge George B. Daniels issued an order awarding conscious pain and suffering against Iran for the Estates of Andrew Jordan, Vincent Morello and Terence McShane. *See* ECF MDL #7527: "Ordered that . . . compensatory damages for conscious pain and suffering [are awarded] in the amount of $2,000,000..."

- On January 4, 2022, Judge George B. Daniels issued orders awarding damages for solatium (individually: spouse and children) against Iran for the *O'Neill-Bodner* plaintiffs. *See* MDL ECF #7522.

- On July 19, 2022, and January 22, 2026, Judge George B. Daniels issued orders awarding economic loss damages against Iran for certain *O'Neill-Bodner* plaintiffs (the Estates of Terence McShane and Andrew Jordan). *See* ECF MDL ##8232 (McShane Estate) and 11475 (Jordan Estate).

And it is further:

**ORDERED** that punitive damages are hereby waived by the *O'Neill-Bodner* Plaintiffs, as identified in the attached Exhibit B-1 to B-3, against Iran, in exchange for this Court's direction to the Clerk of the Court to enter Final Judgments in favor of these Plaintiffs on their compensatory damage awards as identified on Exhibit B-1 to B-3; and it is further

**ORDERED** that prejudgment interest on the compensatory damage awards is to be calculated by the Clerk of the Court at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment; and it is further

**ORDERED** that the *O'Neill-Bodner* Plaintiffs not appearing in the attached Exhibit B-1 to B-3, who were not previously awarded compensatory damages or punitive damages, may submit applications in later stages, and they will be approved on the same basis as currently approved for those plaintiffs; and it is further

**ORDERED** that the Clerk of this Court is to enter a Final Judgment against the Defendant, Islamic Republic of Iran, certified as Final Judgment pursuant to Fed. R. Civ. P. 54(b), to the *O'Neill-Bodner* Plaintiffs identified in the attached Exhibit B-1 to B-3.

Dated: New York. New York

APR 2 0 2026

SO ORDERED:

_George B. Daniels_

GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

-3-

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| Bodner, et al. v. Islamic Republic of Iran, 19cv11776 ECF 5 | O'Neill Sr., et al. v. The Republic of Iraq, 04-cv-1076 ECF 624 | N/A | 04-cv-1076 ECF 106 | 04-cv-1076 ECF 543 | 03md1570 ECF 2515 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Exhibit B-1

Estates - Pain & Suffering

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Subs | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | Lisa | | Jordan | | Andrew | | Jordan | | USA | 9/11/01 | NY | | 19cv11776 | 5 | | 7527 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| 2 | Deborah | | Temple | | Vincent | | Morello | | USA | 9/11/01 | NY | | 19cv11776 | 5 | | 7527 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| 3 | Catherine | | McShane | | Terence | | McShane | | USA | 9/11/01 | NY | | 19cv11776 | 5 | | 7527 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | |

Exhibit B-2
Estates - Economic

| Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| Lisa | | Jordan | | Andrew | | Jordan | | USA | 9/11-01 | NY | 19cv11276 | | 5 | 03md1570 #11435-1 | 12/22/23 | 3540 | $ 2,607,424.00 | | | | |
| Catherine | | McShane | | Terence | | McShane | | USA | 9/11-01 | NY | 19cv11276 | | 5 | 03md1570 #8117-1 | 6/16/22 | 8232 | $ 5,734,394.00 | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |

Case 1:03-md-01570-GBD-SN   Document 11720/26   Filed 05/125/26   Page 8 of 25

Exhibit B-3

Solatium

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | MI | Last | | First | MI | Last | Suff | Nationality on 9/11 | First | Mid dle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| | Lisa | | Jordan | | Paul | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 15cv11776 | | 5 | Spouse | 03MD1570, ECF 7522 | 1/4/23 | $ 12,500,000.00 | | | 9/11/01 | |
| | | | | Peter | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 15cv11776 | | 5 | Child | 03MD1570, ECF 7522 | 1/4/23 | $ 8,500,000.00 | | | 9/11/01 | |
| | | | | Sean | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 15cv11776 | | 5 | Child | 03MD1570, ECF 7522 | 1/4/23 | $ 8,500,000.00 | | | 9/11/01 | |
| | | | | Matthew | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 15cv11776 | | 5 | Child | 03MD1570, ECF 7522 | 1/4/23 | $ 8,500,000.00 | | | 9/11/01 | |
| | Deborah | | Temple | | Paula | | Temple | | USA | Vincent | | Morello | | USA | 9/11/01 | | 15cv11776 | | 5 | Spouse | 03MD1570, ECF 7522 | 1/4/23 | $ 12,500,000.00 | | | 9/11/01 | |
| | | | | Paula | | Morello | | USA | Vincent | | Morello | | USA | 9/11/01 | | 15cv11776 | | 5 | Child | 03MD1570, ECF 7522 | 1/4/23 | $ 8,500,000.00 | | | 9/11/01 | |
| | | | | Peter | | Morello | | USA | Vincent | | Morello | | USA | 9/11/01 | | 15cv11776 | | 5 | Spouse | 03MD1570, ECF 7522 | 1/4/23 | $ 12,500,000.00 | | | 9/11/01 | |
| | Catherine | | McShane | | Catherine | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 15cv11776 | | 5 | Child | 03MD1570, ECF 7522 | 1/4/23 | $ 8,500,000.00 | | | 9/11/01 | |
| | | | | Colin | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 15cv11776 | | 2 | Child | 03MD1570, ECF 7522 | 1/4/23 | $ 8,500,000.00 | | | 9/11/01 | |
| | | | | Sean | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 15cv11776 | | 5 | Child | 03MD1570, ECF 7522 | 1/4/23 | $ 8,500,000.00 | | | 9/11/01 | |
| | | | | Aidan | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| | | | | | | | | USA | | | | | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| | | | | | | | | USA | | | | | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| | | | | | | | | USA | | | | | 9/11/01 | | | | | | | | | | | 9/11/01 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)  <br><br>ECF Case |

This document relates to:

*Burnett, et al. v. Islamic Republic of Iran, et al., 1:15-cv-09903 (GBD)(SN)*

**ORDER FOR ENTRY OF FINAL JUDGMENTS
AGAINST IRAN ON BEHALF OF CERTAIN
*BURNETT* PLAINTIFFS BASED ON WAIVERS OF PUNITIVE DAMAGES**

Upon consideration of the evidence and arguments submitted against the Islamic Republic of Iran ("Iran") by *Burnett* Plaintiffs (fully described in footnote 1 below[1] and in Ex. B-1 – B-3 hereto) in the above-captioned litigation, together with the entire record in this case, and in addition to the prior partial default judgment awards for compensatory damages issued to these Plaintiffs by this Court, it is hereby:

**ORDERED** that the prior, partial default judgments entered on behalf of the Plaintiffs herein are hereby acknowledged:

- In the first action (*Havlish*) within this MDL litigation to establish liability against Iran under § 1605A (in 2011), Magistrate Judge Maas determined that Iran could be held liable to 9/11 plaintiffs. MDL ECF #2515 at 47, para. 11.

- On February 18, 2020, Judge George B. Daniels issued an order awarding conscious pain and suffering and economic loss damages

---

[1]     Claims brought on behalf of the Plaintiffs described herein were part of the original *Burnett* Complaint, styled *Burnett, et al. v. Islamic Republic of Iran, et al.*, filed on December 18, 2015, bearing civil action no. 1:15-cv-09903 (GBD)(SN).  Since these Plaintiffs remain segregated in the consolidated *Burnett* filings under their original civil action number and thus can easily be identified, the within Plaintiffs appearing under the *Burnett* civil action will be referred to hereinafter as the "*Burnett-Munhall-Nilsen* Plaintiffs" (or all collectively as "Plaintiffs herein").  The following *Burnett* Plaintiffs have agreed to waive their punitive damage claims conditionally against Iran in exchange for this Court's immediate grant of Final Judgments (and prejudgment interest) against Iran; the following Plaintiffs are represented on this motion: Susan Munhall, Lauren Munhall, Jennifer Nilsen, Scott Nilsen and Ryan Nilsen.

against Iran for the Estates of James Munhall and Troy Nilsen. *See* ECF MDL #5975: "Ordered that . . . compensatory damages for decedents' pain and suffering [are awarded] in the amount of $2,000,000 per estate… Ordered that…are awarded economic damages…"

- On September 3, 2019 and October 5, 2021, Judge George B. Daniels issued orders awarding damages for solatium (individually: spouse and children) against Iran for the *Burnett-Munhall* plaintiffs. *See* MDL ECF ##5061 and 7188.

- On September 10, 2019 and October 25, 2021, Judge George B. Daniels issued orders awarding damages for solatium (individually: spouse and children) against Iran for the *Burnett- Nilsen* plaintiffs. *See* MDL ECF ## 5138 and 7287.

And it is further:

**ORDERED** that punitive damages are hereby waived by the *Burnett-Munhall-Nilsen* Plaintiffs, as identified in the attached Exhibit B-1 to B-3, against Iran, in exchange for this Court's direction to the Clerk of the Court to enter Final Judgments in favor of these Plaintiffs on their compensatory damage awards as identified on Exhibit B-1 to B-3; and it is further

**ORDERED** that prejudgment interest on the compensatory damage awards is to be calculated at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment; and it is further

**ORDERED** that the *Burnett* Plaintiffs not appearing in the attached Exhibit B-1 to B-3, who were not previously awarded compensatory damages or punitive damages, may submit applications in later stages, and they will be approved on the same basis as currently approved for those plaintiffs; and it is further

**ORDERED** that the Clerk of this Court is to enter a Final Judgment against the Defendant, Islamic Republic of Iran, certified as Final Judgment pursuant to Fed. R. Civ. P. 54(b), to the *Burnett-Munhall-Nilsen* Plaintiffs identified in the attached Exhibit B-1 to B-3.

Dated: New York, New York

APR 2 0 2026

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| Burnett, et al. v. Islamic Republic of Iran, 15cv9903 ECF 1 | N/A | N/A | 15cv9903 ECF 64 | 15cv9903 ECF 67 | 15cv9903 ECF 68 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Exhibit B-1

## Estates – Pain & Suffering

| Personal Representative | | | | 9/11 Decedent | | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Bars | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 Jennifer | | Nilsen | | Troy | | Nilsen | | USA | 9/11/01 | NY | | 15cv9903 | 1 | 53 | 5975 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| 2 Susan | | Munhall | | James | | Munhall | | USA | 9/11/01 | NY | | 15cv9903 | 1 | 53 | 5975 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | |

Exhibit B-2

### Estates – Economic

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| Susan | | Menhalt | | James | | Menhalt | | USA | 9/11-01 | NY | 15cv9503 | 1 | 53 | 03md1570 #5668-2 | 1/20/20 | 5975 | $ 12,249,622.00 | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |
| | | | | | | | | USA | 9/11-01 | NY | | | | | | | | | | | |

Exhibit B-3

**Solatium**

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Mdl | Last | Suf | First | Mdl | Last | Suf | Nationality on 9/11 | First | Mdl | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Penalty at | Start Date | End Date |
| Jennifer | | Nelson | | Jennifer | | Nelson | | USA | Tara | | Nelson | | USA | 9/11/01 | | 15-cv-9244 | | SJ | Spouse | 03MDL1570-ECF 3139 | 9/16/19 | $ 17,500,000.00 | | | 9/11/01 | |
| | | | | Stacy | | Nelson | | USA | Tara | | Nelson | | USA | 9/11/01 | | 15-cv-9244 | | SJ | Child | 03MDL1570-ECF 7263 | 10/25/21 | $ 8,500,000.00 | | | 9/11/01 | |
| | | | | Stacy | | Nelson | | USA | Tara | | Nelson | | USA | 9/11/01 | | 15-cv-9244 | | SJ | Child | 03MDL1570-ECF 7267 | 10/25/21 | $ 8,500,000.00 | | | 9/11/01 | |
| Karen | | Marshall | | Karen | | Marshall | | USA | James | | Marshall | | USA | 9/11/01 | | 15-cv-0466 | | SJ | Spouse | 03MDL1570-ECF 3061 | 6/9/16 | $ 12,500,000.00 | | | 9/11/01 | |
| | | | | Lauren | | Marshall | | USA | James | | Marshall | | USA | 9/11/01 | | 15-cv-9244 | | SJ | Child | 03MDL1570-ECF 7165 | 10/5/21 | $ 8,500,000.00 | | | 9/11/01 | |
| | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE:                                                   **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                          **RULE 54(b) JUDGMENT**
SEPTEMBER 11, 2001


-------------------------------------------------------------X

This document relates to:

    *Burnett, et al v. Islamic Republic of Iran, No. 15-cv-9903 (GBD) (SN)*

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Order dated April 20, 2026, punitive damages are hereby waived by the Burnett-Munhall-

Nilsen Plaintiffs, as identified in the attached Exhibit B-1 to B-3, against Iran, in exchange for this

Court's direction to the Clerk of the Court to enter Final Judgments in favor of these Plaintiffs on

their compensatory damage awards as identified on Exhibit B-1 to B-3; and it is further ORDERED

that prejudgment interest on the compensatory damage awards is to be calculated at the rate of

4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the

date of the Final Judgment; and it is further ORDERED that the Burnett Plaintiffs not appearing

in the attached Exhibit B-1 to B-3, who were not previously awarded compensatory damages or

punitive damages, may submit applications in later stages, and they will be approved on the same

basis as currently approved for those plaintiffs. Accordingly, Final Judgment is entered against the

Defendant, Islamic Republic of Iran, certified as Final Judgment pursuant to Fed. R. Civ. P. 54(b),

to the Burnett-Munhall-Nilsen Plaintiffs identified in the attached Exhibit B-1 to B-3.

**Dated:**  New York, New York

      April 28, 2026

 

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| Burnett, et al. v. Islamic Republic of Iran, 15cv9903 ECF 1 | N/A | N/A | 15cv9903 ECF 64 | 15cv9903 ECF 67 | 15cv9903 ECF 68 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case 1:03-md-01570-GBD-SN    Document 11715-1    Filed 02/10/26    Page 2 of 2

**Exhibit B-1**

**Estates - Pain & Suffering**

| | Personal Representative | | | | 9/11 Decedent | | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Num | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | Jennifer | | Nilsen | | Troy | | Nilsen | | USA | 9/11/01 | NY | | 15cv9903 | 1 | 53 | 5975 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| 2 | Susan | | Munhall | | James | | Munhall | | USA | 9/11/01 | NY | | 15cv9903 | 1 | 53 | 5975 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | |

**Exhibit B-2**

## Estates - Economic

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | Susan | | Munhall | | James | | Munhall | | USA | 9/11/01 | NY | 15cv9903 | | 1 | 53 | 03md1570 #5668-2 | 1/20/20 | 5975 | $ 12,249,622.00 | | | | |
| 2 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 3 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 4 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 5 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 6 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 7 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 8 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |
| 9 | | | | | | | | | USA | 9/11/01 | NY | | | | | | | | | | | |

**Exhibit B-3**

**Solatium**

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suf | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | Jennifer | | Nilsen | | Jennifer | | Nilsen | | USA | Troy | | Nilsen | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Spouse | 03MD1570, ECF 5138 | 9/10/19 | $12,500,000.00 | | | 9/11/01 | |
| 2 | | | | | Scott | | Nilsen | | USA | Troy | | Nilsen | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Child | 03MD1570, ECF 7287 | 10/25/21 | $8,500,000.00 | | | 9/11/01 | |
| 3 | | | | | Ryan | | Nilsen | | USA | Troy | | Nilsen | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Child | 03MD1570, ECF 7287 | 10/25/21 | $8,500,000.00 | | | 9/11/01 | |
| 4 | Susan | | Munhall | | Susan | | Munhall | | USA | James | | Munhall | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Spouse | 03MD1570, ECF 5061 | 9/3/19 | $12,500,000.00 | | | 9/11/01 | |
| 5 | | | | | Lauren | | Munhall | | USA | James | | Munhall | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Child | 03MD1570, ECF 7188 | 10/5/21 | $8,500,000.00 | | | 9/11/01 | |
| 6 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| 7 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| 8 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                          **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                            **RULE 54(b) JUDGMENT**
SEPTEMBER 11, 2001


------------------------------------------------------------X

This document relates to:

 *Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al., 1:04-cv-01076 (GBD)(SN)*

*Deborah Bodner, et al. v. Islamic Republic of Iran, 1:19-cv-11776(GBD)(SN)*

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 20, 2026, punitive damages are hereby waived by the O'Neill-Bodner Plaintiffs, as identified in the attached Exhibit B-1 to B-3, against Iran, in exchange for this Court's direction to the Clerk of the Court to enter Final Judgments in favor of these Plaintiffs on their compensatory damage awards as identified on Exhibit B-1 to B-3; and it is further ORDERED that prejudgment interest on the compensatory damage awards is to be calculated by the Clerk of the Court at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment; and it is further ORDERED that the O'Neill-Bodner Plaintiffs not appearing in the attached Exhibit B-1 to B-3, who were not previously awarded compensatory damages or punitive damages, may submit applications in later stages, and they will be approved on the same basis as currently approved for those plaintiffs. Accordingly, Final Judgment is entered against the Defendant, Islamic Republic of Iran, certified as Final Judgment pursuant to Fed. R. Civ. P. 54(b), to the O'Neill-Bodner Plaintiffs identified in the attached Exhibit B-1 to B-3.

Dated: New York, New York
       April 28, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Exhibit B-1**
**Estates - Pain & Suffering**

| | Personal Representative | | | | 9/11 Decedent | | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Num | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | Lisa | | Jordan | | Andrew | | Jordan | | USA | 9/11/01 | NY | | 19cv11776 | | 5 | 7527 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| 2 | Deborah | | Temple | | Vincent | | Morello | | USA | 9/11/01 | NY | | 19cv11776 | | 5 | 7527 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| 3 | Catherine | | McShane | | Terence | | McShane | | USA | 9/11/01 | NY | | 19cv11776 | | 5 | 7527 | $ 2,000,000.00 | $ 6,000,000.00 | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | |

**Exhibit B-2**
**Estates - Economic**

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | Lisa | | Jordan | | Andrew | | Jordan | | USA | | 9/11/01 NY | 19cv11776 | | 5 | 03md1570 #11435-1 | 12/22/23 | 11475 | $ 2,607,424.00 | | | | |
| 2 | Catherine | | McShane | | Terence | | McShane | | USA | | 9/11/01 NY | 19cv11776 | | 5 | 03md1570 #8117-1 | 6/16/22 | 8232 | $ 5,794,384.00 | | | | |
| 3 | | | | | | | | | USA | | 9/11/01 NY | | | | | | | | | | | |
| 4 | | | | | | | | | USA | | 9/11/01 NY | | | | | | | | | | | |
| 5 | | | | | | | | | USA | | 9/11/01 NY | | | | | | | | | | | |
| 6 | | | | | | | | | USA | | 9/11/01 NY | | | | | | | | | | | |
| 7 | | | | | | | | | USA | | 9/11/01 NY | | | | | | | | | | | |
| 8 | | | | | | | | | USA | | 9/11/01 NY | | | | | | | | | | | |

**Exhibit B-3**
**Solatium**

| # | Personal Representative First | Middle | Last | Suffix | Claimant First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Decedent First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Claim Information Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Lisa | | Jordan | | Lisa | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 19cv11776 | | | Spouse | 03MD1570, ECF 7522 | 1/4/22 | $ 12,500,000.00 | | | 9/11/01 | |
| 2 | | | | | Kelsey | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 3 | | | | | Sean | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 4 | | | | | Matthew | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 5 | Deborah | | Temple | | Deborah | | Temple | | USA | Vincent | | Morello | | USA | 9/11/01 | | 19cv11776 | | | Spouse | 03MD1570, ECF 7522 | 1/4/22 | $ 12,500,000.00 | | | 9/11/01 | |
| 6 | | | | | Justin | | Morello | | USA | Vincent | | Morello | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 7 | | | | | Paige | | Morello | | USA | Vincent | | Morello | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 8 | Catherine | | McShane | | Catherine | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 19cv11776 | | | Spouse | 03MD1570, ECF 7522 | 1/4/22 | $ 12,500,000.00 | | | 9/11/01 | |
| 9 | | | | | Colin | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 10 | | | | | Sean | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 11 | | | | | Aidan | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 19cv11776 | | | Child | 03MD1570, ECF 7522 | 1/4/22 | $ 8,500,000.00 | | | 9/11/01 | |
| 12 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| 13 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| 14 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| 15 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |
| 16 | | | | | | | | | USA | | | | | USA | 9/11/01 | | | | | | | | | | | 9/11/01 | |