# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1911 / www.andersonkill.com

Jerry S. Goldman, Esq.
9-11victims@andersonkill.com
212-278-1911

*Via ECF*                                                                          May 19, 2026

The Honorable George B. Daniels, U.S.D.J.      The Honorable Sarah Netburn, U.S.M.J.
United States District Court for the S.D.N.Y.   United States District Court for the S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse              Thurgood Marshall U.S. Courthouse
500 Pearl Street                                40 Foley Square, Room 430
New York, NY 10007                              New York, NY 10007

> Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570
> (GBD)(SN); *Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No.
> 1:18-cv-11878 (GBD)(SN); *Matthew Rowenhorst, et al. v. Islamic
> Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN) – Intentional
> Infliction of Emotional Distress Damages for the Estates of Michael
> Theodoridis and Rahma Salie

Dear Judge Daniels and Judge Netburn:

Undersigned counsel writes to supplement its May 14, 2026 letter regarding the calculation of damages against the Islamic Republic of Iran ("Iran") for the Estates of Michael Theodoridis and Rahma Salie. ECF No. 12075.

As we previously stated, on April 23, 2026, the U.S. Court of Appeals for the Second Circuit issued a Summary Order that reversed in part the August 4, 2025 Memorandum Decision and Order (ECF No. 11118) that denied the Estates of Michael Theodoridis and Rahma Salie judgments against Iran for intentional infliction of emotional distress under New York law. ECF No. 12032.

On May 18, 2026, the U.S. Court of Appeals for the Second Circuit issued its Mandate. ECF No. 12079.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
*Attorney for Plaintiffs*

Enclosures
cc:    All Counsel of Record (via ECF)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA