**WHITE & CASE**

May 19, 2026

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

**whitecase.com**

Via E-mail: BrochesES@state.gov

Ms. Emma Broches
Attorney Adviser
Office of the Legal Adviser
U.S. Department of State
2201 C Street, NW
Washington, D.C. 20037

**Re:    Notice of Affiliation of Former Government Employee Pursuant to
Rule 1.11 of the District of Columbia Rules of Professional Conduct**

Dear Ms. Broches,

White & Case LLP ("White & Case" or the "Firm") hereby provides notice of the affiliation with this Firm of Ms. Ella Nudell, a former legal extern in the Office of Political-Military Affairs, and Office of African and Near Eastern Affairs, in the Office of the Legal Adviser, U.S. Department of State ("the Department").

White & Case represents the Republic of Sudan in several litigations (the "Sudan Matters").

It is our understanding that Ms. Nudell assisted with reviewing documents in response to a subpoena in a matter related to the Sudan Matters, in *In Re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-1570-GBD-SN (S.D.N.Y.) as a legal extern of the Department. In light of Ms. Nudell's prior work, the Firm has taken the precautions noted below with respect to the foregoing matters.

White & Case hereby makes the following representations:

1.    Ms. Nudell has been screened from all participation in the Sudan Matters;

2.    Ms. Nudell has been instructed not to discuss any aspect of the Sudan Matters with anyone in this Firm;

3.    All lawyers providing services to clients of the Firm in relation to the Sudan Matters will be made aware of the requirement that Ms. Nudell be screened from participating in or discussing such matters;

4.    Ms. Nudell will not be permitted to access electronic or hard copies of the records pertaining to the Sudan Matters or share secretarial services or office space with lawyers assigned to such matters;

Ms. Emma Broches
May 19, 2026

**WHITE & CASE**

5.      Ms. Nudell will not be apportioned any part of the fees attributable to services rendered in connection with the Sudan Matters;

6.      Ms. Nudell's attestation, pursuant to Rule 1.11(d)(1), District of Columbia Rules of Professional Conduct, is attached hereto as Exhibit "A"; and

7.      Ms. Nudell will comply with all relevant provisions of 18 U.S.C. §207.

White & Case is not aware of any other matters in which this Firm is representing any party and upon which Ms. Nudell has worked while at the Department. However, if the Department is aware of any additional matters of concern, please advise the Firm as soon as possible. We trust that this written notice removes any concerns regarding the propriety of Ms. Nudell's affiliation with White & Case and the Firm's and its lawyers' compliance with the provisions of the applicable rules of professional conduct.

Sincerely,

Debra Kobrin Levy
Associate General Counsel

**T** +212-819-8757
**E** debra.levy@whitecase.com

cc:      Ella Nudell

2

**ATTESTATION OF ELLA NUDELL SUBJECT TO RULE 1.11(d)(1), DISTRICT OF COLUMBIA RULES OF PROFESSIONAL CONDUCT**

This Attestation is intended to document the compliance by White & Case, LLP (the "Firm") and Ella Nudell with the requirements set forth in Rule 1.11(d)(1), District of Columbia Rules of Professional Conduct.

1. I, Ella Nudell, was previously employed by the U.S. Department of State ("the Department") where I worked as a Legal Extern in the Office of Political-Military Affairs, and Office of African and Near Eastern Affairs.

2. The Firm represents the Republic of Sudan in several litigations (the "Sudan Matters").

3. As a legal extern of the Department, I participated in the case styled *In Re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-1570-GBD-SN (S.D.N.Y.), which is related to the Sudan Matters.

4. I confirm that during the period of disqualification, I will not participate in any manner in the Sudan Matters.

5. I will not discuss the Sudan Matters with any partner, associate, or of counsel lawyer involved in the Sudan Matters.

6. I will not share in any fees for the Sudan Matters.

7. I am aware of and will abide by the lateral screen established by the Firm which will prohibit my participation in the Sudan Matters and access to files related to those matters.

8. I will comply with all relevant provision of 18 U.S.C. §207.

**IN WITNESS WHEREOF**, the undersigned has executed this Attestation as of the date of signature set forth below.

**Signature**: *Ella Nudell*

**Name**: Ella Nudell

**Date of Signature**: May 14, 2026