

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 20, 2026

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MD 1570 (GBD)(SN)

Dear Judge Netburn:

    This Office represents the U.S. government agencies (the "agencies" or the "Government") that received *Touhy* requests and third-party subpoenas from the Plaintiffs' Executive Committees ("Plaintiffs") and the Government of Sudan ("Sudan," and together with Plaintiffs, the "parties") in the above-referenced case in March 2025. I write respectfully to provide this month's status report regarding the agencies' searches for documents responsive to these subpoenas as directed by the Court's January 21, 2026, Order. ECF No. 11474 (memo endorsement).

    **Federal Bureau of Investigation:** The FBI has completed its searches for records responsive to those portions of the parties' requests that it indicated to the parties it would search for,[1] and made productions on November 25, 2025; February 27, 2026; March 30, 2026; and April 30, 2026. The FBI still anticipates completing its productions by the end of June.

    **U.S. Department of State:** State has completed its searches for records responsive to those portions of the parties' requests that it indicated to the parties it would search for, and has been reviewing its search results for responsiveness. State has made productions on February 2 and March 24, 2026, and its next production is forthcoming. State anticipates completing its productions by August.

    **Central Intelligence Agency:** The CIA has now completed its responses to the portions of the parties' requests to which it has agreed to respond—those seeking the reprocessing of specifically identified and acknowledged CIA records.[2] The agency made a production of 42 documents on March 20, 2026, and produced the remaining documents on May 19, 2026. The

---

[1] As previously indicated, the FBI will include within its productions any records responsive to the parties' requests to the U.S. Marshals Service that the Government has agreed to process.

[2] Whether and to what extent the CIA must respond to the remainder of the parties' subpoenas is the subject of a motion to compel on which the briefing is complete. ECF Nos. 11797, 11854, 11899, 11983, 11995.

latter production includes several documents that were reprocessed from the CIA's earlier production in this case, in response to a comment in Sudan's reply brief in support of Plaintiffs' motion to compel further searched by the CIA. *See* ECF No. 11995 at 3 ("The CIA recently produced to Sudan reports that are now *more* heavily redacted than the previously disclosed versions. The CIA offers no explanation for its withholding of previously disclosed information." (emphasis in original; citation omitted)). As the CIA noted to the parties in the cover letter accompanying the latest production, its earlier processing of the documents in question inadvertently began with the versions that had been released years ago in response to Freedom of Information Act requests rather than the versions that were released more recently in light of Executive Order 14040. This has now been corrected.

\* \* \*

Pursuant to the Court's direction that the Government submit monthly status reports, the Government intends to provide its next status report on June 22, 2026.

We thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ Jean-David Barnea
       JEAN-DAVID BARNEA
       JENNIFER A. JUDE
       Assistant United States Attorneys
       Telephone: (212) 637-2679/2663
       Email: Jean-David.Barnea@usdoj.gov
              Jennifer.Jude@usdoj.gov

cc:    Counsel for all parties (by ECF)