# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

445 HAMILTON AVENUE • SUITE 402 • WHITE PLAINS • NEW YORK • 10601
TEL: 917.583.8966 • FAX: 917.591.5245 • WEB: WWW.FBRLLP.COM                    EMAIL: sdavies@fbrllp.com

May 22, 2026

Via ECF

Hon. George B. Daniels
U.S. District Court Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York,  NY  10007

**Re:**      *In re Terrorist Attacks on September 11, 2001*, **1:03-md-1570 (GBD/SN)**
              *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, **1:18-cv-12370(GBD/SN)**

Dear Judge Daniels:

My firm represents Michele M. Nimbley, a Plaintiff in the above-captioned *Chairnoff* member case of the 9/11 MDL.  I write to advise the Court that Ms. Nimbley does not intend to file any objection to Magistrate Netburn's May 22, 2026 Report & Recommendation [MDL ECF 12084, *Chairnoff* ECF 190] which recommends that the Court should:  (1) grant Ms. Nimbley's motion for partial default judgment against the Islamic Republic of Iran [MDL ECF 11906, *Chairnoff* ECF 181]; (2) award Ms. Nimbley $8.5 million in solatium damages, plus prejudgment interest thereon at the rate of 4.96 percent per annum from September 11, 2001 to the date of judgment; (3) deny without prejudice Ms. Nimbley's requests for additional damages; (4) determine that there is no just reason for delay, and enter partial final judgment for Ms. Nimbley pursuant to Federal Rule of Civil Procedure 54(b); (5) stay until further order of the Court the deadline by which Ms. Nimbley must move for relief from that final judgment; and (6) find that there is good cause for immediate registration of a certified copy of that final judgment in the U.S. District Court for the Eastern District of New York pursuant to 28 U.S.C. 1963.

For the Court's convenience, I submit herewith a proposed form of judgment and respectfully request the Court to enter same by no later than May 29, 2026, so that Ms. Nimbley can submit an application for compensation to the United States Victims of State Sponsored Terrorism Fund before the June 1, 2026 deadline for new claims.

Respectfully submitted,

/s/ Susan M. Davies

Attachment – Proposed form of judgment