# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1911 / www.andersonkill.com

Jerry S. Goldman, Esq.
9-11victims@andersonkill.com
212-278-1911

_Via ECF_                                                                                      May 26, 2026

The Honorable George B. Daniels, U.S.D.J.          The Honorable Sarah Netburn, U.S.M.J.
United States District Court for the S.D.N.Y.       United States District Court for the S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse                 Thurgood Marshall U.S. Courthouse
500 Pearl Street                                    40 Foley Square, Room 430
New York, NY 10007                                  New York, NY 10007

Re:    _In re Terrorist Attacks on September 11, 2001_, No. 03-MDL-1570; _Chang Don Kim, et al. v. Islamic Republic of Iran_, No. 1:18-cv-11870 (GBD)(SN); _Cheryl Rivelli, et al. v. Islamic Republic of Iran_, No. 1:18-cv-11878 (GBD)(SN); _Deborah Bodner, et al. v. Islamic Republic of Iran_, No. 1:19-cv-11776 (GBD)(SN); _Susan M. King, et al. v. Islamic Republic of Iran_, No. 1:22-cv-05193 (GBD)(SN); _Celestine Kone, et al. v. Islamic Republic of Iran_, No. 1:23-cv-05790 (GBD)(SN); _Danielle Kelly, et al. v. Islamic Republic of Iran_, No. 1:23-cv-07283 (GBD)(SN); _Mary Jelnek, et al. v. Islamic Republic of Iran_, No. 1:24-cv-05520 (GBD)(SN); _Kenneth Lum, et al. v. Islamic Republic of Iran_, No. 1:24-cv-07824 (GBD)(SN) - No Objections to Report & Recommendation at ECF No. 12084

Dear Judge Daniels and Judge Netburn:

I write today on behalf of plaintiffs in the above-captioned cases regarding the Court's May 22, 2025 Report & Recommendation ("Report & Recommendation"). ECF No. 12084. In accordance with the Report & Recommendation, Plaintiffs write to inform the Court that they do not intend to file any objections to the Report & Recommendation and respectfully request that the Court enter final judgments against the Islamic Republic of Iran ("Iran") in favor of the plaintiffs in accordance with the Report & Recommendation.

I thank the Court for promptly acting on the pending motions for judgments against Iran in advance of the U.S. Victims of State Sponsored Terrorism ("VSST") Fund's June 1, 2026 application deadline for seventh-round consideration for new claimants.

Respectfully submitted,

_/s/ Jerry S. Goldman_
Jerry S. Goldman, Esq.
_Attorney for Plaintiffs_

cc:    All Counsel of Record (via ECF)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

DOCS-100909513.1