## SULLIVAN PAPAIN

—— SULLIVAN PAPAIN BLOCK ——
MCMANUS COFFINAS & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
TrialLaw1.com

PLEASE REPLY TO:

New York City Office

Robert G. Sullivan
Nicholas Papain
Vito A. Cannavo
John F. Nash
Frank V. Floriani
Eleni Coffinas
Albert B. Aquila
Brian J. Shoot

Eric K. Schwarz
Elizabeth Montesano
Deanne M. Caputo
Liza A. Milgrim
Thomas J. McManus
Glenn W. Nick
Mark A. Apostolos
Craig M. Silverman

Jessica P. Denninger
Christopher J. DelliCarpini
Ana-Marija Turkovic
Jacqueline P. Lasker
Joseph I. Rozovsky
Danielle Goldfinger
Amber Volz
Laura Raphael

Nicole M. LaGrega
Samantha Menicucci
Evgenia Mallas
Marvin Ponce
Eleni Papastefanou
Abigail Rafael
David Leigh

Hon. Joseph N. Giamboi (*1925-2018*)
Michael N. Block (*1943-2024*)
Stephen C. Glasser
Paul F. Oliveri
Hugh M. Turk
*Of Counsel*

John M. Tomsky
Ina Pecani
*Counsel to the Firm*

Author's E-Mail Address:
npapain@TrialLaw1.com
Direct Telephone Line:
(212) 266-4101
Private Fax Line:
(212) 266-41

May 26, 2026

**Via ECF**

Hon. George B. Daniels
United States District Court, SDNY
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *In re Terrorist Attacks on September 11, 2001*, **Case No. 03 MDL 1570 (GBD)(SN)**
*Accardi et al v. Islamic Republic of Iran*, **Case No. 21-cv-06247**

Dear Judge Daniels:

My law firm represents Thomas Borello, as the Personal Representative of the Estate of Gaetano Borello, a plaintiff in the above-referenced action.

I am writing to advise the Court that the Estate of Gaetano Borello will <u>not</u> be filing any objections to Magistrate Judge Netburn's May 22, 2026 Report & Recommendation (MDL ECF No. 12084, *Accardi* ECF No. 126), which recommends that the Court make the following rulings on Plaintiff's motion:

(i)   Finding that service of process was affected on Defendant Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a);

(ii)  Granting Plaintiff Thomas Borello's motion for partial default judgment against the Islamic Republic of Iran and in favor of the Estate of Gaetano Borello;

(iii) Awarding $5 million in damages to the Estate Gaetano Borello for Decedent's latent condition and resulting pain and suffering, plus prejudgment interest thereon at the rate of 4.96 percent per annum from September 11, 2001 to the date of judgment; and

(iv)  Permitting Plaintiff Thomas Borello to submit additional applications for damages, including punitive damages, consistent with any future rulings made by this Court.

SUFFOLK OFFICE
33105 Main Road, Cutchogue, New York 11935
TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502
SPBMC-LI@TrialLaw1.com

NASSAU OFFICE
1140 Franklin Avenue, Garden City, New York 11530
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
25 Main Street, Suite 602, Hackensack, New Jersey 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

SULLIVAN PAPAIN BLOCK McMANUS COFFINAS & CANNAVO P.C.

*Page 2 of 2*
*May 26, 2026*
*Accardi et al v. Islamic Republic of Iran,* Case No. 21-cv-06247

      For the Court's convenience, I submit herewith the Proposed Partial Final Default Judgment and respectfully request that the Court enter the same by no later than May 29, 2026, so that Thomas Borello can submit an application, on behalf of the Estate Gaetano Borello, to the U.S. Victims of State Sponsored Terrorism Fund, for compensation on or before the June 1, 2026 deadline for submitting new claims.

Respectfully submitted,

By: _____
    Nicholas Papain, Esq.
    Sullivan Papain Block McManus
    Coffinas & Cannavo P.C.
    120 Broadway, 27th Floor
    New York, NY 10271
    Phone: (212) 732-9000
    COUNSEL FOR *ACCARDI* PLAINTIFFS