

## The Miller Firm LLC
### TRIAL LAWYERS

**Michael J. Miller – (1952 – 2021)**
**Nancy Guy Miller – MS, VA**
**Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS**
**David J. Dickens – VA, DC**
**Jeffrey Travers – VA**
**Tayjes Shah – PA, NJ**
**Curtis G. Hoke – CA**
**Jeff T. Seldomridge – VA, WV**
**Shayne K. Hodge – NJ, VA**
**Brian K. Brake – VA**
**R. Keith Morgan – MS, WV, DC**

**The Sherman Building**
**108 Railroad Avenue**
**Orange, VA 22960**

**Elisa A Dickson, RN, BSN, MS**
**Nancy Leftwich, RN**
**Jeanie Oelrich, RN, BSN**
**Website: Millerfirmllc.com**
**Telephone: (540) 672-4224**
**(866) 529-3323**
**Facsimile: (540) 672-3055**

May 26, 2026

*Via ECF*

The Honorable George B. Daniels, United States District Court Judge
United States District Court for the Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse, Room 430
40 Foley Square
New York, NY  10007

     Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD)(SN)

This document relates to:

    *Johnson v. Islamic Republic of Iran*, No. 18-cv-12344 (GBD)(SN)
    No objection to Report & Recommendation of May 22, 2026  at ECF No. 12084

Dear Judge Daniels and Judge Netburn:

    We represent the *Johnson* Plaintiffs in the member case referenced above. This letter is to inform the Court that we do not intend to file any objection to Judge Netburn's Report & Recommendation (ECF No. 12084), dated May 22, 2026, and respectfully request that the Court enter final judgment against the Islamic Republic of Iran and in favor of the *Johnson* plaintiff in accordance with the Report & Recommendation.  We appreciate the Court's prompt action on the pending motion in view of the June 1, 2026 application deadline for the U.S. Victims of State Sponsored Terrorism Fund.

                    Respectfully submitted,

                    */s/ Robert K. Morgan*
                    Robert K. Morgan
                    *Attorney for the plaintiff*

    All Counsel of Record (via ECF)