# KREINDLER LLP

**KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629**

**office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com**

May 26, 2026

Via ECF
Hon. George B. Daniels
U.S. District Court Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:  *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
> *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

Dear Judge Daniels,

On behalf of the *Ashton* Plaintiffs who recently filed motions for damages judgments (*Ashton* 36 at ECF 11883 and *Ashton* 37 at ECF 12029), I write to advise the Court that we will not be filing any objections to Magistrate Judge Netburn's Report & Recommendation at ECF 12084 and therefore respectfully request that this Court enter final judgments against the Islamic Republic of Iran in favor of the plaintiffs in accordance with the Report & Recommendation.

Respectfully,

Kreindler & Kreindler LLP

/s/ Megan W. Benett
Megan W. Benett

**New York**          **Boston**          **Los Angeles**