

MotleyRice®
LLC
ATTORNEYS AT LAW
www.motleyrice.com
"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000  **f.** 843.216.9450

**John C. Duane**
*Licensed in SC*
direct:  843.216.9237
jduane@motleyrice.com

*Via ECF*                                                              May 26, 2026

The Honorable George B. Daniels
U.S. District Judge
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
U.S. Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570
   *Burnett, et al. v. Islamic Republic of Iran, et al.,* No. 15-cv-09903(GBD)(SN)
   No Objections to Report & Recommendation at ECF No. 12084

Dear Judge Daniels and Magistrate Judge Netburn:

I write today on behalf of plaintiffs in the above-captioned case regarding the Court's Report & Recommendation, dated May 22, 2026. ECF No. 12084. Plaintiffs write to inform the Court that they do not intend to file any objections to the Report & Recommendation and respectfully request that the Court enter final judgments in favor of these plaintiffs in accordance with the Report & Recommendation.

Further, given the upcoming June 1, 2026 application deadline to submit new judgments to the United States Victims of State Sponsored Terrorism Fund ("VSST"), the *Burnett* Plaintiffs also note that the following six (6) Iran judgment motions remain pending: ECF Nos. 11410 (motion submitted on behalf of U.S. national estate plaintiffs for supplemental economic loss on December 2, 2025), 11415 (motion submitted on behalf of U.S. national solatium and estate plaintiffs on December 2, 2025), 11825 (motion submitted on behalf of U.S. national solatium and estate plaintiffs on March 3, 2026), 11833 (motion submitted on behalf of U.S. national estate plaintiffs for supplemental economic loss on March 4, 2026), 11952 (motion submitted on behalf of U.S. national estate plaintiffs for supplemental economic loss on April 8, 2026), and 12050 (motion submitted on behalf of U.S. national solatium plaintiffs on May 1, 2026).

I thank the Court for promptly acting on the pending motions for judgments against Iran in advance of the VSST Fund's June 1, 2026 application deadline for seventh-round consideration for new claimants.

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | WASHINGTON, DC | NEW YORK, NY
MORGANTOWN, WV | CHARLESTON, WV | PHILADELPHIA, PA | CHERRY HILL, NJ

**MotleyRice®** LLC
ATTORNEYS AT LAW

May 26, 2026
Page 2

Respectfully submitted,

*/s/ John C. Duane*
John C. Duane, Esq.

*Attorney for the Burnett Plaintiffs*

cc:      All MDL Counsel of Record (via ECF)