UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
IN RE:                              :        ORDER GRANTING PARTIAL
                                    :
                                    :         DEFAULT JUDGMENT
TERRORIST ATTACKS ON                :
SEPTEMBER 11, 2001                  :        03 MDL 1570 (GBD) (SN)
                                    :
                                    :
------------------------------------x

This document relates to:

*Marie Laure Anaya, et al. v. Islamic Republic of Iran, 1:18-cv-12341 (GBD) (SN)*

**GEORGE B. DANIELS, United States District Judge:**

Upon consideration of the evidence and arguments submitted by Carlyle S. King as Personal Representative of the Estate of Wesley Robert King, who is a plaintiff in the above captioned *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD) (SN) (the "*Anaya* Action," ECF Nos. 12056, 12057, 12058, 12059, 12067, 12091, 12092), the Iran Notice of Amendment filed in the *Anaya* Action on May 4, 2026 as ECF 253, pursuant to the October 28, 2019 Amended Order Approving Notices to Conform, Short Form Complaints & Notices of Amendment entered in the above-captioned MDL as ECF 5234, and the judgment on default as to liability entered against the Islamic Republic of Iran on October 5, 2021 in the *Anaya* Action as ECF 97 and in the above-captioned MDL as ECF 7580, together with the entire record in this case, it is hereby:

**ORDERED** that service of process in the *Anaya* Action was effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a); and it is further

**ORDERED** that, the motion of Carlyle S. King as Personal Representative of the Estate of Wesley Robert King for partial final default judgment as to solatium damages against the Islamic Republic of Iran is **GRANTED**; and it is further

**ORDERED** that Carlyle S. King as Personal Representative of the Estate of Wesley Robert King is awarded compensatory damages for solatium in the amount of $8,500,000 as listed in Exhibit A; and it is further

**ORDERED** that Carlyle S. King as Personal Representative of the Estate of Wesley Robert King is awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of this judgment; and it is further

**ORDERED** that the outstanding request by Carlyle S. King as Personal Representative of the Estate of Wesley Robert King for additional damages against the Islamic Republic of Iran (ECF No. 12091 at 7-8), is denied without prejudice; and it is further

**ORDERED** that, for the reasons stated in the Court's prior orders (*see, e.g.,* ECF No. 11878), and the declaration supporting this motion, (*see* ECF No. 12091 at 4), and the claim of Carlyle S. King as Personal Representative of the Estate of Wesley Robert King being separate, distinct, and separable from those of all other plaintiffs in the above-captioned *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD) (SN), the Court expressly determines that there is no just reason for delay in entering final judgment in favor of Carlyle S. King as Personal Representative of the Estate of Wesley Robert King, and certifies this as a final judgment entered pursuant to 28 U.S.C. Sections 1605A and 1608(e) and Rules 54(b) and 55 of the Federal Rules of Civil Procedure against the Islamic Republic of Iran and in favor of Carlyle S. King as Personal Representative of the Estate of Wesley Robert King; and it is further

**ORDERED** that the deadlines for Carlyle S. King as Personal Representative of the Estate of Wesley Robert King to move for relief from this final judgment pursuant to Federal Rule of Civil Procedure 60(b) is stayed until further order of this Court; and it is further

**ORDERED** that there is good cause for immediate registration of a certified copy of this final judgment in the U.S. District Court for the Eastern District of New York, the district holding approximately $11 billion of allegedly Iranian Bitcoin in a civil forfeiture action, (ECF No. 11878), pursuant to 28 U.S.C. § 1963.

The Clerk of Court is further directed to close the motions at ECF 12056 and 12059 in 03-MDL-1570 and ECF 249 and 252 in 1:18-cv-12341.

Dated: May 28, 2026.
New York, New York

**SO ORDERED.**

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge

# Exhibit A

Solatium - (description)

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| Carlyle | S. | King | | Wesley | Robert | King | | U.S. | Andrew | Marshall | King | | U.S. | 9/11/01 | | 18-cv-12341 | 18-cv-12341 ECF 29-1 at Line 58 | 18-cv-12341, ECF 246 | Parent | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | | |