**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                              **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                              **AMENDED JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

 *Federal Insurance Co., et al. v. al Qaida, et al., Case No. 03-cv-06978*

*Continental Casualty Co. et al. v. Al Qaeda Islamic Army, Case No. 04-cv-5970*

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated May 28, 2026, The Court accepts the Plaintiffs' proposed correction to the clerical error in the Clerk's judgment issued to the Federal Insurance Plaintiffs, (ECF No. 3890). The Court (1) expressly determines that there is no just reason for delay, and (2) certifies the Amended Judgment to be issued to the Plaintiffs as final judgments on the Plaintiffs' property damage and economic loss claims against Iran.

**Dated:**  New York, New York

        June 1, 2026

                                                        **TAMMI M. HELLWIG**
                                                        _____
                                                                **Clerk of Court**

                        **BY:**                *K. mango*
                                                        _____
                                                                **Deputy Clerk**