UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03-md-1570 (GBD/SN)

Re:    Marie Laure Anaya, et al. v. Islamic Republic of Iran, 1:18-cv-12341 (GBD/SN)

I hereby certify under the penalties of perjury that on the 1st day of June 2026, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. **8714 7397 2760**, to The Secretary of State, CA/OSC/PRI SA-17, 10th Floor, Washington, DC, 20522, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two copies of the Order Granting Partial Default Judgment to Carlyle S. King as Personal Representative of the Estate of Wesley Robert King which was entered in the MLD on May 28, 2026 as ECF 12095, in English with certified Farsi translation ("King Default Judgment") and Notice of Default Judgment concerning the King Default Judgment prepared pursuant to 22 CFR § 93.2 and a copy of the Foreign Sovereign Immunities Act (28 U.S.C. § 1602, et. seq.), in English with certified Farsi translation ("King Notice of Default").

Dated: June 1, 2026
        New York, New York

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk