MotleyRice®
LLC
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000   **f.** 843.216.9450

**John M. Eubanks**
*Licensed in Maryland and South Carolina*
direct:  843.216.9218
JEubanks@motleyrice.com

June 1, 2026

**VIA CM/ECF**

The Honorable George B. Daniels, U.S. District Judge
United States District Court for the S.D.N.Y.
Daniel Patrick Moynihah U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

> **Re:**    *In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MDL 1570 (GBD)(SN)
> **This document relates to:**
>          *Arias, et al. v. Islamic Republic of Iran*, No. 19-cv-41 (GBD)(SN)
> <u>**Error in Court's May 28, 2026 Order (ECF No. 12093)**</u>

Dear Judge Daniels:

Pursuant to the Court's Individual Rules, Plaintiffs submit this letter addressing an error in the Court's May 28, 2026 Order (ECF No. 12093) that appears in footnote 2 regarding Row #15 of Exhibit B.  The footnote states, "Row #15, edits Claimant name 'Charles Augustus Laurencin' to 'Charles Joseph Margiotta,' the name in the operative complaint in 19-cv-00041, ECF No. 5, at 16."  However, ECF No. 5, at 16 in the *Arias* case includes "Laurencin, Barbara A., individually, and as Personal Representative of the Estate of Charles Augustus Laurencin, Deceased." Further, Exhibit B to Plaintiffs' motion addressing this claim includes the Expert Report of Dr. Stan V. Smith pertaining to "Summary of Losses for Charles Laurencin" as the first document within the Exhibit. *See* ECF No. 11952 at Exhibit B (filed under seal). Further, as the Court will note, the claim for Norma Margiotta, as the Personal Representative of the Estate of Charles Joseph Margiotta, is included in Exhibit B to the Court's Order in Row #5.  The erroneous edit made by the Court in footnote 2, places two separate judgments for the Estate of Charles Joseph Margiotta on the same exhibit while eliminating the valid judgment for the Estate of Charles Augustus Laurencin for economic-loss damages.

Assuming this was not the Court's intent, and given that the deadline for the submission of new claims to the U.S. Victims of State Sponsored Terrorism Fund is today, June 1, 2026, undersigned counsel reached out to the Court's chambers this afternoon and spoke with the Court's law clerk.  Should the Court wish for us to file a motion to amend or correct the judgment, we are



The Honorable George B. Daniels
June 1, 2026
Page 2


happy to do so; however, we are seeking to avoid prejudicing this family's claims with the Fund given the pressing deadline.

Should the Court have additional questions or concerns regarding this issue, the *Arias* Plaintiffs will of course respond to those questions or concerns.

Respectfully submitted,


_/S/ John M. Eubanks_____
John M. Eubanks
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
E-mail: jeubanks@motleyrice.com
Tel: (843) 216-9000
Fax: (843) 216-9450

*Attorneys for* Arias *Plaintiffs*