**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                   :

IN RE:                      :          AMENDED ORDER
                   :
TERRORIST ATTACKS ON      :       03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001        :
                   :

------------------------------------x

This document relates to:

> *Burnett, et al. v. Islamic Republic of Iran, et al.*, 15-cv-9903 (GBD) (SN)
> *Arias, et al. v The Islamic Republic of Iran*, 19-cv-00041 (GBD) (SN)
> *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 18-cv-12341 (GBD) (SN)

## ORDER GRANTING PARTIAL DEFAULT JUDGMENTS

GEORGE B. DANIELS, United States District Judge:

Various *Burnett* and *Arias* Plaintiffs move for entry of partial default judgment against

Defendants the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central

Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants"). (ECF Nos. 11410,

11415, 11825, 11833, 11952, 12050.)[1] The attached Exhibits consolidate the information from

the Plaintiffs' exhibits attached to their proposed orders. (*See attached* Exhibits A, B, C, and D.)[2]

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

[2] (*See also* Plaintiffs' Proposed Orders, ECF Nos. 11414, 11418, 11828, 11836, 11955, 12053.) These Exhibits include the final damages amounts that this Court recommends awards to each Plaintiff. These Exhibits also include the following corrections based on the Court's review of the Plaintiffs' filings:

**Exhibit B:** (1) Row #6 edits the economic damages amount from $16,363,316.00 to $13,363,316.00, the amount recommended in the "Summary of Losses" in the corresponding Expert Report, ECF No. 11413-2 at 149. (2) Rows #7-9 include the "Date of Report" that were each not stated in the corresponding expert report. (See ECF No. 11413-3 at Pg. 77-78 (Michele Heidenberger), ECF No. 11417-4 at Pg. 1-2 ( Patrick Byrne), ECF No. 11827-4 at Pg. 2-3 (Christine Olender). Because counsel's provided dates are consistent with the dates of evaluation provided in the expert reports (Jan. 1, 2020), this Court accepts them. (3) Row #13 edits Personal Representative name "Juana M. Bacchus-Kearney" to "Juana Bacchus," the name in the operative complaint in 15-cv-9903, ECF No. 53, at 2051.

Upon consideration of the evidence and arguments set forth in the Declarations of John C. Duane and Joseph P. Drennan; and the exhibits thereto (*See* ECF Nos. 11413, 11417, 11827, 11835, 11954, 12052); and in light of the default judgments as to liability against the three Iran Defendants entered on January 31, 2017 (Case No. 15-cv-9903, ECF No. 85); and the default judgments as to liability against the Islamic Republic of Iran entered on September 9, 2019 (Case No. 03-md-1570, ECF No. 5104); together with the entire record in this case, it is hereby

**ORDERED** that service of process was executed upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial default judgments are entered against the Iran Defendants on behalf of the Plaintiffs in the above-captioned matters who are identified in the attached Exhibit A and Exhibit B, who are each the estate of a victim of the terrorist attacks on September 11, 2001;

**ORDERED** that the Plaintiffs identified in the attached Exhibit A are each awarded compensatory damages for decedents' pain and suffering in the amount of $2,000,000, as set forth in Exhibit A;

**ORDERED** that the Plaintiffs identified in the attached Exhibit B are awarded economic damages as set forth in Exhibit B and as supported by the expert reports and analyses filed in conjunction with the Declarations of John C. Duane and Joseph P. Drennan; and it is further

---

**Exhibit C:** (1) Row #8, edits the page number in 1:15-cv-09903, "10207 at 187, 10219" to "10207 at 186, 10219" to reflect Ryan Duffy as the intended Claimant; (2) Row #18, edits Claimant name "Erin Gale Martucci" to "Erin G. Bratton," the name in the operative complaint in 15-cv-9903, ECF No. 53, at 2715; (3) Row #21, edits Claimant name "Diane Hague Kulp" to "Diane Elizabeth Kulp," the name in the amended filing in 15-cv-9903, ECF No. 1186, at 2; (4) Row #22, edits Claimant name "John Joseph Mahoney" to "Joseph John Mahoney," the name in the amended filing in 15-cv-9903, ECF No. 1186, at 4.

**ORDERED** that partial default judgments are entered against the Iran Defendants on behalf of those Plaintiffs in the above-captioned matters who are identified in the attached Exhibit C, who are each a spouse, child, parent, or sibling of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit C;

**ORDERED** that the Plaintiffs in the attached Exhibit C are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per child, $8,500,000 per parent, and $4,250,000 per sibling, as set forth in Exhibit C;

**ORDERED** that the Plaintiffs identified in the attached Exhibits A and C are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment;

**ORDERED** that the Plaintiffs identified in the attached Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit B until the date of judgment;

**ORDERED** that the Plaintiffs identified in Exhibit A, Exhibit B, and Exhibit C may present applications for punitive damages, economic damages, or other damages (to the extent such damages have not been awarded previously or in this Order) at a later date consistent with any future rulings of the Court;

**ORDERED** that the remaining Plaintiffs in the above-captioned matters not appearing in Exhibit A, Exhibit B, and Exhibit C may submit at later stages applications for damages awards to the extent such awards have not previously been ordered.

The Clerk of Court is further directed to close the motions at:

- In 03-md-1570, ECF Nos. 11410, 11415, 11825, 11833, 11952, 10250, 12056, and 12059;

3

- In 15-cv-9903, ECF Nos. 1051, 1055, 1139, 1144, 1163, and 1187; and

- In 19-cv-41, ECF Nos. 217, 239

Dated: JUN 0 1 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge

4

# Exhibit A

A. Estates - Pain & Suffering - (description)

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date | |
| 1 | Thomas | Michael | Byrne | | Patrick | D. | Byrne | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1838 | 11390-1, at 15,11399 | | $  2,000,000.00 | N/A | $  2,000,000.00 | 9/11/2001 | | |
| 2 | Alexandra | | Brzezinski | | Christine | Anne | Olender | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 418 | 11812-1 at 5, 11814 | | $  2,000,000.00 | N/A | $  2,000,000.00 | 9/11/2001 | | |
| 3 | Ashley | Nicole | Lynch | | Terence | M. | Lynch | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2583 | 10457-1, at 48, 10462 | | $  2,000,000.00 | N/A | $  2,000,000.00 | 9/11/2001 | | |
| 4 | James | | Kuvelkis | | Thomas | J. | Kuvelkis | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1924 | | | $  2,000,000.00 | N/A | $  2,000,000.00 | 9/11/2001 | | |

# Exhibit B

B. Estates - Economic - (description)

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | Jaymel | Elizabeth | Connor | | James | L. | Connor | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1420 | | | 5/5/25 | | $ 73,194,034.00 | N/A | $ 73,194,034.00 | 5/5/2025 | | |
| 2 | Ethel | M. | Henry | | William | Leon | Henry | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1817 | | | 10/29/25 | | $ 6,855,840.00 | N/A | 6,855,840.00 | 10/29/2025 | | |
| 3 | Dolores | M. | Libretti | | Daniel | | Libretti | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1954 | | | 11/12/25 | | $ 10,583,051.00 | N/A | 10,583,051.00 | 11/12/2025 | | |
| 4 | Donna | C. | Mahoney | | William | James | Mahoney | Jr. | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1860 | | | 7/1/25 | | $ 12,765,301.00 | N/A | 12,765,301.00 | 7/1/2025 | | |
| 5 | Norma | I. | Margiotta | | Charles | Joseph | Margiotta | | U.S. | 9/11/01 | NY | 9903 | 1:19-cv-00041, 1 | | | 7/30/25 | | $ 11,837,398.00 | N/A | 11,837,398.00 | 7/30/2025 | | |
| 6 | Rhonda | Lee | O'Callaghan | | Daniel | | O'Callaghan | | U.S. | 9/11/01 | NY | 9908 | 1:15-cv-09903, 53, at 2008 | | | 8/19/25 | | $ 13,363,316.00 | N/A | 13,363,316.00 | 8/19/2025 | | |
| 7 | Thomas | P. | Heidenberger | Sr. | Michele | | Heidenberger | | U.S. | 9/11/01 | VA | 9903 | 1:15-cv-09903, 53, at 1890 | | | 1/13/20 | | $ 5,604,039.00 | N/A | 5,604,039.00 | 1/13/2020 | | |
| 8 | Thomas | Michael | Byrne | | Patrick | D. | Byrne | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1838 | 11390-1, at 15, 11399 | | 1/7/20 | | $ 7,459,335.00 | N/A | 7,459,335.00 | 1/7/2020 | | |
| 9 | Alexandra | | Brzezinski | | Christine | Anne | Olender | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 418 | 11812-1 at 5, 11814 | | 1/13/20 | | $ 7,504,672.00 | N/A | 7,504,672.00 | 1/13/2020 | | |
| 10 | Ashley | Nicole | Lynch | | Terence | M. | Lynch | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2683 | 10457-1, at 48, 10462 | | 9/25/24 | | $ 8,236,728.00 | N/A | 8,236,728.00 | 9/25/2024 | | |
| 11 | James | | Kuveikis | | Thomas | J. | Kuveikis | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1924 | | | 11/5/25 | | $ 7,289,155.00 | N/A | 7,289,155.00 | 11/5/2025 | | |
| 12 | Jennifer | J. | Jacobs-Deutsch | | Jason | Kyle | Jacobs | | U.S. | 9/11/01 | NY | | 1:15-cv-09903, 53, at 826 | 10207, at 59, 10219 | | 12/23/25 | | $ 14,287,063.00 | N/A | 14,287,063.00 | 12/23/2025 | | |
| 13 | Juana | | Bacchus | | Eustace | P. | Bacchus | | U.S. | 9/11/01 | NY | | 1:15-cv-09903, 53, at 2051 | | | 1/27/26 | | $ 11,883,727.00 | N/A | 11,883,727.00 | 1/27/2026 | | |
| 14 | Carole | L. | Ricci | | Robert | John | Fangman | | U.S. | 9/11/01 | NY | | 1:15-cv-09903, 53, at 3270 | 10457-1, at 26,10462 | | 2/16/26 | | $ 9,037,380.00 | N/A | 9,037,380.00 | 2/16/2026 | | |
| 15 | Barbara | Ann | Laurencin | | Charles | Augustus | Laurencin | | U.S. | 9/11/01 | NY | 41 | 1:19-cv-00041, 5, Appx. Pg. 16 | | | 3/4/26 | | $ 3,364,260.00 | N/A | 3,364,260.00 | 3/4/2026 | | |
| 16 | Jennifer | D. | Licciardi | | Ralph | M. | Licciardi | | U.S. | 9/11/01 | NY | 41 | 1:19-cv-00041, 5, Appx. Pg. 16 | | | 3/18/26 | | $ 18,385,992.00 | N/A | 18,385,992.00 | 3/18/2026 | | |
| 17 | Seelochini | | Liriano | | Francisco | Alberto | Liriano | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3403 | | | 3/20/26 | | $ 17,756,294.00 | N/A | 17,756,294.00 | 3/20/2026 | | |
| 18 | Mitoko | | Miller | | Robert | Cromwell | Miller | Jr. | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1747 | | | 3/4/26 | | $ 5,307,770.00 | N/A | 5,307,770.00 | 3/4/2026 | | |
| 19 | David | R. | Salvo | | Samuel | R. | Salvo | Jr. | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3473 | 10457-1, at 63; 10462 | | 3/19/26 | | $ 5,599,744.00 | N/A | 5,599,744.00 | 3/19/2026 | | |

# Exhibit C

C. Solatium - (description)

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | Date of Death | 9/11 Site | Claim Information | | | Solatium Damages | | | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | | | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Sworn | Amount | Treble | Principal | Start Date | End Date | Footn. |
| | | | | Kenneth | Thomas | Roberts | | U.S. | Michael | E. | Roberts | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1032, at 2 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | | |
| | | | | Barbara | Elena | DaMota | | U.S. | Manuel | John | DaMota | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 24728 | | Spouse | | | $ 12,500,000.00 | N/A | $ 12,500,000.00 | 9/11/2001 | | |
| | | | | Manuel | Joao | DaMota | III | U.S. | Manuel | John | DaMota | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1032, at 1 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | | |
| Alexandra | | Brzezinski | | Therese | M. | Winters | | U.S. | Christine | | Olender | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 421 | 11027-1, at 11, 11031 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | | |
| Alexandra | | Brzezinski | | Conrad | S. | Olender | | U.S. | Christine | | Olender | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 419 | 11027-1, at 12, 11031 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | | |
| | | | | Christopher | Manuel | DaMota | | U.S. | Manuel | John | DaMota | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 148, at 9 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | | |
| | | | | Bryan | Michael | Rosen | | U.S. | Mark | H. | Rosen | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1050, at 1 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | | |
| | | | | Ryan | William | Duffy | | U.S. | Thomas | W. | Duffy | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3483 | | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | | |
| | | | | Matthew | Edward | Rosen | | U.S. | Mark | H. | Rosen | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1050, at 2 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | | |
| | | | | Patricia | Cahill | Hoban | | U.S. | John | B. | Cahill | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1138, at 2 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | | |
| | | | | James | Christopher | Lynch | | U.S. | James | Francis | Lynch | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1138, at 4 | Child | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | | |
| | | | | Erica | Lea | Boltz | | U.S. | Christopher | Todd | Pitman | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1138, at 7 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | | |
| | | | | Nisha | | Dutta | | U.S. | Bella | J. | Bhukhan | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1138, at 1 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | | |
| | | | | Gregory | Francis | Murphy | | U.S. | James | Thomas | Murphy | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1138, at 6 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | | |
| | | | | Karen | | Carroll | | U.S. | Thomas | J. | Kuveikis | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1138, at 3 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | | |
| | | | | John | Edward | Manley | Sr. | U.S. | Sara | Elizabeth | Manley | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1138, at 5 | Parent | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | | |
| | | | | Amanda | Hope | Chan | | U.S. | Mark | H. | Rosen | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1138, at 8 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | | |
| | | | | Erin | G. | Bratton | | U.S. | Michelle | Renee | Bratton | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2715 | | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | | |
| | | | | Denise | Mandy | McAuliffe | | U.S. | William | James | Mahoney | Jr. | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1186, at 5 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | | |
| | | | | Cynthia | duFresne | Bullock | | U.S. | Mary | Lou | Hague | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1186, at 1 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | | |
| | | | | Diane | Elizabeth | Kulp | | U.S. | Mary | Lou | Hague | | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1186, at 2 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | | |
| | | | | Joseph | John | Mahoney | | U.S. | William | James | Mahoney | Jr. | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1186, at 4 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | | |
| | | | | William | James | Mahoney | III | U.S. | William | James | Mahoney | Jr. | U.S. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 1186, at 3 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | | |