UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03-md-1570 (GBD/SN)

Re:     Accardi et al v. Islamic Republic of Iran, 21-cv-06247-GBD-SN

I hereby certify under the penalties of perjury that on the 1st day of June 2026, I served defendant:

> Abbas Araghchi
> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue
> Imam Khomeini Square
> Tehran, Iran

by dispatching via Federal Express, Tracking No. **8724 7547 7767**, to The Secretary of State, CA/OSC/PRI SA-17, 10th Floor, Washington, DC, 20522, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two copies of the Notice of Default Judgment prepared in accordance with 28 U.S.C § 1608 and C.F.R § 93.2 (in English and Farsi) addressing the judgment entered on behalf of the Estate of Gaetano Borello, an Accardi Plaintiff; May 22, 2026 Report and Recommendation (in English and Farsi) recommending granting the Estate of Gaetano Borello, an Accardi Plaintiff, a Partial Final Default Judgment against Iran; May 28, 2026 Order (in English and Farsi) adopting the May 22, 2026 Report and Recommendation in full and granting the Estate of Gaetano Borello, an Accardi Plaintiff, a Partial Final Default Judgment against Iran; A copy of 28 U.S.C. 1330, 139l(f), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translators' Affidavits (in English only).

Dated: June 1, 2026
        New York, New York

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk