UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03-md-1570 (GBD/SN)

Re:    Chairnoff et al v. Islamic Republic of Iran, 18-cv-12370-GBD-SN

I hereby certify under the penalties of perjury that on the 8th day of June 2026, I served defendant:

    Islamic Republic of Iran
    H.E Dr. Mohammad Javad Zarif
    Foreign Minister of the Ministry of Foreign Affairs
    Iman Khomeini Street, Imam Khomeini Square
    Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No.: 8714 7417 3900, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/ORI), U.S. Department of State, SA-17, 10th Floor, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi): Clerk's Partial Default Judgment granting default judgment to Michele M. Nimbley (see Exhibit D at Line 7) which was entered in the Chairnoff action as ECF 193, in English with certified Farsi translation ("Nimbley Judgment") and Notice of Default Judgment concerning the Nimbley Default Judgment prepared pursuant to 22 CFR § 93.2 and a copy of the Foreign Sovereign Immunities Act (28 U.S.C. § 1602, et. Seq.), in English with certified Farsi translation ("Nimbley Notice of Default").

Dated:  New York, New York
       June 8, 2026

                TAMMI M. HELLWIG
                CLERK OF COURT

                /s/ Rachel Slusher
                Deputy Clerk