**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001  :      MOTION TO PERMIT
                                                                              ATTACHMENT AND
                                               :      EXECUTION PURSUANT
                                                                              TO 28 U.S.C. § 1610(c)
                                               :

                                               :      03 MDL 1570 (GBD) (SN)


                                               :
------------------------------------------------x
This Document Relates to:

*Havlish v. bin Laden*, No. 03-cv-09848
*Hoglan v. Islamic Republic of Iran*, No. 11-cv-07550
*Ray v. Islamic Republic of Iran*, No. 19-cv-00012
*Maher v. Islamic Republic of Iran*, No. 22-cv-00266
*Bauer v. Islamic Republic of Iran*, No. 02-cv-07236
*Parker v. Islamic Republic of Iran*, No. 18-cv-11416

The *Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer* and *Parker* Judgment Creditors (collectively,

"*Havlish* Judgment Creditors"), through counsel, hereby respectfully submit this Motion to

Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c) on approximately $344

million of Tether cryptocurrency on the Tron blockchain in wallets frozen and sanctioned by the

U.S. Department of Treasury, Office of Foreign Assets Control, because the wallets holding the

cryptocurrency are assets of Iran, a Judgment Debtor in all the above-stated cases, and the

Central Bank of Iran, a *Havlish* and *Hoglan* Judgment Debtor. The specific wallets are identified

herein and in the accompanying Memorandum of Law, and they were added to the U.S. sanctions

list as wallets associated with the Central Bank of Iran on April 24, 2026.[1]

---

[1] See U.S. Department of the Treasury, Office of Foreign Assets Control, *Iran-related Designations; Counter Terrorism and Iran-related Designation Update; Issuance of Iran-related General License* on Apr. 24, 2026, at https://ofac.treasury.gov/recent-actions/20260424

The *Havlish* Judgment Creditors, in support of this Motion aver the following:

1.     The *Havlish* Judgment Creditors hold valid, unsatisfied judgments against the Islamic Republic of Iran pursuant to 28 U.S.C. §1605A of the Foreign Sovereign Immunities Act ("FSIA") for providing direct material aid and support to al-Qaeda in carrying out the terrorist attacks on September 11, 2001. These judgments, collectively, total approximately $7 billion in compensatory damages and interest continues to accrue.

2.     On April 24, 2026, the U.S. Department of the Treasury, Office of Foreign Assets Control, announced an Iran-related sanctions designation update. The announcement involved two digital cryptocurrency wallets that were added to the sanctions designation of the Central Bank of Iran:

> BANK MARKAZI JOMHOURI ISLAMI IRAN (a.k.a. BANK MARKAZI IRAN; a.k.a. CENTRAL BANK OF IRAN; a.k.a. CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN *** Digital Currency Address - TRX TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81; alt. Digital Currency Address - TRX TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9 [IRAN] [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH). [2]

3.     These frozen, sanctioned wallets hold approximately $344 million in Tether cryptocurrency tokens ("USDT") on the Tron blockchain and the contents of the wallets are publicly available via Tron. [3] Tether is the company that issues the USDT token, which has a net circulation of $189,769,026,016 as of May 22, 2026.[4] Tron is one of 13 discreet blockchains, as approved by Tether, where USDT is available.[5]

---

[2] See footnote 1.

[3] https://tronscan.org/#/address/TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81
   https://tronscan.org/#/address/TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9

[4] https://tether.to/ru/transparency/?tab=reports

[5] Tether, Assurance Report, Financial Figures & Reserves Report, at ¶ 2.3, p. 6 at https://assets.ctfassets.net/vyse88cgwfbl/6crn1tXbl6AtWZBWucZnfg/c4ff472d70c1b48c2f689f27b54c84f5/ISAE_3000R_-_Opinion_Tether_International_Financial_Figure_31-03-2026.pdf

4.      Tether's USDT is a "stablecoin," which means it is "a cryptocurrency whose value is designed to be stable, typically by being pegged to a fiat currency like the U.S. dollar. On paper, they aim to offer the benefits of cryptocurrency — high-speed, low-cost and decentralized transactions — with the stability of traditional assets." [6]

5.      As a stablecoin, USDT must be backed by U.S. dollar reserves to maintain its stated value as each token being equivalent to $1. Tether's stated Reserves include U.S. Treasury Bills in the amount of approximately $117 billion as of March 31, 2026, and most of that amount is held by a custodian in this District, Cantor Fitzgerald LP.[7]

6.      The *Havlish* Judgment Creditors satisfy the requirements of 28 U.S.C. §1610(c). They have provided adequate notice of their final, enforceable judgments to Iran and a reasonable period of time has elapsed following proper service of those judgments, during which Iran has not responded and made no offer of compromise.

**WHEREFORE,** the *Havlish* Judgment Creditors respectfully request that this Honorable Court enter the attached Proposed Order GRANTING the *Havlish* Judgment Creditors' Motion to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c) on the $344 million in Tether USDT currently frozen in wallets sanctioned by the U.S. Government, and all proceeds traceable thereto, or their cash equivalent.

---

[6] Manley, Jack, J.P.Morgan Asset Management, *What is a stablecoin?* Jul. 9. 2025, at https://am.jpmorgan.com/us/en/asset-management/institutional/insights/market-insights/market-updates/on-the-minds-of-investors/what-is-a-stablecoin/

[7]   Faux, Zeke and Gillespie, Todd, Bloomberg, *Commerce Nominee Lutnick Is Backer of Outlaws' Favorite Cryptocurrency* on Jan. 18 2025, at https://www.bloomberg.com/news/features/2025-01-18/trump-commerce-nominee-lutnick-is-backer-of-outlaws-favorite-cryptocurrency

Dated: May XX, 2026

/s/ *Douglass A. Mitchell*

Douglass A. Mitchell (NV Bar No. 3775)
MITCHELL ALLYN, LTD.
1000 N. Green Valley Pkwy, Suite 440-575
Henderson, NV 89074
Tel: (702) 350-1208
dmitchell@mitchellallyn.com

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, LLC  (*Lead Counsel*)
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, PLLC
2202 18th Street, NW, #110
Washington, DC 20009-1813
(202) 467-4489

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
951 N. Delaware St.
Indianapolis, IN 46202
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
Craig S. Meilke (IL Bar No. 03127485)
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
(630) 232-7450

*Attorneys for the* Havlish *Judgment Creditors*

4

Andrew C. Levitt (New York Bar No. 2734465)
O'HARE PARNAGIAN LLP
20 Vesey Street, Suite 300
New York, NY  10007
(212) 425-1401

*Co-Counsel for* Ray *Judgment Creditors Harley DiNardo; Harley DiNardo as Personal Representative of the Estate of Esterina DiNardo a/k/a Ester DiNardo; Pio DiNardo; Andrew Economos; Andrew Economos and Olga Valinotti as Co-Personal Representatives of the Estate of Leon Economos; Olga Valinotti; Constance Finnicum; George Gabrielle a/k/a Gabe Gabrielle; Mary Ellen Murach; Mary Ellen Murach, as Personal Representative of the Estate of Edward John Murach; Richard J. Murach; and Katharine Tynion*

5