# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.,* 02-CV-6977 (GBD)(FM)

### <u>AMENDED ORDER OF JUDGMENT</u>

Upon consideration of the evidence and arguments submitted by wrongful death

Plaintiffs in the *Ashton* cases referenced above and the Judgment by Default Against the Islamic

Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that judgment is entered on behalf of all *Ashton* wrongful death Plaintiffs in

*Ashton et al.* v. *Al Qaeda Islamic Army et al.*, 02-CV-6977 (GBD) (FM) for the estates of the

decedents identified in the attached Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the 844 *Ashton* wrongful death estates of the decedents identified in the

attached Exhibit A are awarded: (1) compensatory damages for conscious pain and suffering in the

amount of $2,000,000 each for a total of $1,688,000,000; (2) punitive damages for conscious pain

and suffering in the amount of $6,880,000 each for a total of $5,806,720,000; and (3) prejudgment

interest on the compensatory damages awards for conscious pain and suffering of each decedent to

be calculated at the rate of 9% per annum from September 11, 2001 until today.

Dated: New York, New York
_____, 2016

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# Exhibit A – Decedents in *Ashton et al.*

| # | Decedent | | # | Decedent |
|---|---|---|---|---|
| 001 | Estate of Thomas Ashton | | 044 | Estate of Peter J. Carroll |
| 002 | Estate of David Alger | | 045 | Estate of Thomas Casoria |
| 003 | Estate of Eric Allen | | 046 | Estate of Harry Taback |
| 004 | Estate of Jean Andrucki | | 047 | Estate of Richard G. Catarelli |
| 005 | Estate of Patrick Aranyos | | 048 | Estate of Jason 'Jake' Cayne |
| 006 | Estate of David Arce | | 049 | Estate of Robert Chin |
| 007 | Estate of Barbara Argestgui | | 050 | Estate of Christopher Ciafardini |
| 008 | Estate of Adam P. Arias | | 051 | Estate of Thomas Clark |
| 009 | Estate of Jack C. Aron | | 052 | Estate of Gregory A. Clark |
| 010 | Estate of John Badagliacca | | 053 | Estate of Robert D. Colin |
| 011 | Estate of Michael Baksh | | 054 | Estate of Thomas J. Collins |
| 012 | Estate of Gerald Barbara | | 055 | Estate of Joseph J. Jr. Coppo |
| 013 | Estate of Colleen Barkow | | 056 | Estate of John Coughlin |
| 014 | Estate of Durrell Pearsall | | 057 | Estate of Angela Rosario |
| 015 | Estate of Evan Baron | | 058 | Estate of Grace Cua |
| 016 | Estate of Carlton Bartels | | 059 | Estate of Laurence 'Larry' Curia |
| 017 | Estate of Alan Beaven | | 060 | Estate of Patricia Cushing |
| 018 | Estate of Carl Bedigian | | 061 | Estate of David Defeo |
| 019 | Estate of Steven Berger | | 062 | Estate of Andrea 'Ann' Della Bella |
| 020 | Estate of John Bergin | | 063 | Estate of Colleen Ann Deloughery |
| 021 | Estate of Shimmy D. Biegeleisen | | 064 | Estate of Jerry Devito |
| 022 | Estate of Carl Bini | | 065 | Estate of Lourdes Janet Galletti |
| 023 | Estate of Craig Blass | | 066 | Estate of Rena Dinnoo |
| 024 | Estate of Richard M. Blood | | 067 | Estate of Joseph Dipilato |
| 025 | Estate of Nicholas Bogdan | | 068 | Estate of Brendan Dolan |
| 026 | Estate of Larry Boisseau | | 069 | Estate of Raymond M. Downey |
| 027 | Estate of Richard Edward Bosco | | 070 | Estate of Christopher J. Dunne |
| 028 | Estate of Gary Box | | 071 | Estate of Paul Eckna |
| 029 | Estate of Michael Boyle | | 072 | Estate of Michael Esposito |
| 030 | Estate of Sandra J. Conaty-Brace | | 073 | Estate of Michelle Eulau |
| 031 | Estate of David B. Brady | | 074 | Estate of Robert Evans |
| 032 | Estate of Carol K. Demitz | | 075 | Estate of Douglas Farnum |
| 033 | Estate of Jonathan E. Briley | | 076 | Estate of John Farrell |
| 034 | Estate of Herman C. Broghammer | | 077 | Estate of Syed Abdul Fatha |
| 035 | Estate of Richard Bruehert | | 078 | Estate of Peter Feidelberg |
| 036 | Estate of Rachel Tamares | | 079 | Estate of Alan Feinberg |
| 037 | Estate of Patrick Buhse | | 080 | Estate of Michael Fiore |
| 038 | Estate of Donald Burns | | 081 | Estate of Christina Flannery |
| 039 | Estate of Scott W. Cahill | | 082 | Estate of Andre Fletcher |
| 040 | Estate of Thomas J. Cahill | | 083 | Estate of CAROL FLYZIK |
| 041 | Estate of Edward Calderon | | 084 | Estate of Jane Folger |
| 042 | Estate of Dominick Calia | | 085 | Estate of Claudia Foster |
| 043 | Estate of Brian Cannizzaro | | 086 | Estate of Arthur Jones |
| | | | 087 | Estate of Alan W. Friedlander |

Case 1:03-md-01570-GBD-SN Document 3208-1 Filed 02/05/16 Page 3 of 12

| | | | | |
|---|---|---|---|---|
| 088 | Estate of Andrew Friedman | | 135 | Estate of Jonathan Ielpi |
| 089 | Estate of Richard Gabriel | | 136 | Estate of Stephanie Irby |
| 090 | Estate of Richard Gabrielle | | 137 | Estate of John Iskyan |
| 091 | Estate of Michael Stewart | | 138 | Estate of Ariel Jacobs |
| 092 | Estate of Peter J. Ganci | | 139 | Estate of Maria Jakubiak |
| 093 | Estate of Andrew Garcia | | 140 | Estate of Karl H. Joseph |
| 094 | Estate of Marlyn C. Garcia | | 141 | Estate of Scott Mcgovern |
| 095 | Estate of Thomas Gardner | | 142 | Estate of Chandler Keller |
| 096 | Estate of Gary Geidel | | 143 | Estate of Peter R. Kellerman |
| 097 | Estate of Peter V. Jr. Genco | | 144 | Estate of Joseph P. Kellett |
| 098 | Estate of Dennis Germain | | 145 | Estate of Thomas R. Kelly |
| 099 | Estate of Ronnie E. Gies | | 146 | Estate of Rosemary A. Smith |
| 100 | Estate of Paul J. Gill | | 147 | Estate of Yvonne Kennedy |
| 101 | Estate of Rodney Gillis | | 148 | Estate of Robert King |
| 102 | Estate of Steven A. Giorgetti | | 149 | Estate of Richard J. Klares |
| 103 | Estate of Salvatore Gitto | | 150 | Estate of Julie Lynn Zipper |
| 104 | Estate of Thomas Glasser | | 151 | Estate of Michael P. Laforte |
| 105 | Estate of Harry Glenn | | 152 | Estate of Alan Lafrance |
| 106 | Estate of John T. Gnazzo | | 153 | Estate of Juan Lafuente |
| 107 | Estate of Brian Goldberg | | 154 | Estate of Amy Lamonsoff |
| 108 | Estate of Lydia E. Bravo | | 155 | Estate of Carlos Cortes |
| 110 | Estate of Donald Greene | | 156 | Estate of Robert Leblanc |
| 111 | Estate of James Greenleaf | | 157 | Estate of David R. Leistman |
| 112 | Estate of Peter Vega | | 158 | Estate of Joseph A. Lenihan |
| 113 | Estate of Thomas Foley | | 159 | Estate of Paul Battaglia |
| 114 | Estate of Gary Haag | | 160 | Estate of Robert M. Levine |
| 115 | Estate of Andrea L. Haberman | | 161 | Estate of Sherry Ann Bordeaux |
| 116 | Estate of Frederick K. Han | | 162 | Estate of Jacqueline Norton |
| 117 | Estate of Thomas Hannafin | | 163 | Estate of Robert G. Norton |
| 118 | Estate of Harvey Harrell | | 164 | Estate of Gary W. Lozier |
| 119 | Estate of John C. Hartz | | 165 | Estate of Marianne Macfarlane |
| 120 | Estate of Emeric J. Harvey | | 166 | Estate of James P. O'Brien |
| 121 | Estate of Scott O'Brien | | 167 | Estate of Jennieanne Maffeo |
| 122 | Estate of Phillip T. Hayes | | 168 | Estate of Joseph Maggitti |
| 123 | Estate of William Haynes | | 169 | Estate of Jason M. Sekzer |
| 124 | Estate of Michael Healey | | 170 | Estate of Alfred Marchand |
| 125 | Estate of Ronnie Lee Henderson | | 171 | Estate of Brian E. Martineau |
| 126 | Estate of Neil Hinds | | 172 | Estate of Joseph Mascali |
| 127 | Estate of Tara Hobbs | | 173 | Estate of Charles A. Mauro |
| 128 | Estate of Thomas W. Jr. Hohlweck | | 174 | Estate of Robert Mayo |
| 129 | Estate of Joseph Holland | | 175 | Estate of Daniel Mcginley |
| 130 | Estate of Darryl L. Mckinney | | 176 | Estate of Thomas Mcginnis |
| 131 | Estate of Thomas P. Holohan | | 177 | Estate of Michael Mcginty |
| 132 | Estate of Joseph L. Howard | | 178 | Estate of Barry McKeon |
| 133 | Estate of Joseph G. Hunter | | 179 | Estate of John F. Jr. Mcdowell |
| 134 | Estate of Robert R. Hussa | | 180 | Estate of Ann Mcgovern |

| 181 | Estate of Damien Meehan |
|---|---|
| 182 | Estate of George L. Merino |
| 183 | Estate of Lukasz Milewski |
| 184 | Estate of Karen Juday |
| 185 | Estate of Henry Miller |
| 186 | Estate of Robert Alan Miller |
| 187 | Estate of Louis J. Minervino |
| 188 | Estate of Louis Modafferi |
| 189 | Estate of Manuel Mojica |
| 190 | Estate of Krishna Moorthy |
| 191 | Estate of Linda Oliva |
| 192 | Estate of Marco Motroni |
| 193 | Estate of Matthew T. O'Mahony |
| 194 | Estate of Patrick Murphy |
| 195 | Estate of Mildred R. Naiman |
| 196 | Estate of Karen S. Navarro |
| 197 | Estate of Theresa Nelson-Risco |
| 198 | Estate of Michael Noeth |
| 199 | Estate of Robert W. Noonan |
| 200 | Estate of Brian C. Novotny |
| 201 | Estate of Diana O'Connor |
| 202 | Estate of James A. O'Grady |
| 203 | Estate of Edward 'Eddie' Oliver |
| 204 | Estate of Betty Ann Ong |
| 205 | Estate of Jeffery Palazzo |
| 206 | Estate of John Paolillo |
| 207 | Estate of Suzanne H. Passaro |
| 208 | Estate of Anthony Perez |
| 209 | Estate of Christopher Pickford |
| 210 | Estate of Arturo Sereno |
| 211 | Estate of Shawn Powell |
| 212 | Estate of Vincent Princiotta |
| 213 | Estate of John F. Puckett |
| 214 | Estate of Sonia M. Puopolo |
| 215 | Estate of Patrick Quigley |
| 216 | Estate of Eugene J. Raggio |
| 217 | Estate of Alfred Todd Rancke |
| 218 | Estate of Adam D. Rand |
| 219 | Estate of Amenia Rasool |
| 220 | Estate of Roger Rasweiler |
| 221 | Estate of Christopher Regenhard |
| 222 | Estate of Leah Oliver |
| 223 | Estate of Clarin S. Schwartz |
| 224 | Estate of Anthony Rodriguez |
| 225 | Estate of Brooke D. Rosenbaum |
| 226 | Estate of Lloyd Rosenberg |

| 227 | Estate of Andrew Rosenblum |
|---|---|
| 228 | Estate of Richard Ross |
| 229 | Estate of Bart Ruggiere |
| 230 | Estate of Gilbert Ruiz |
| 231 | Estate of Steven Russin |
| 232 | Estate of Edward Ryan |
| 233 | Estate of Matthew Ryan |
| 234 | Estate of Thierry Saada |
| 235 | Estate of Carmen Rodriguez |
| 236 | Estate of Nicholas Rossomando |
| 237 | Estate of Dennis Scauso |
| 238 | Estate of Jeffery Schreier |
| 239 | Estate of Joseph P. Shea |
| 240 | Estate of John A. Sherry |
| 241 | Estate of Mark Shulman |
| 242 | Estate of David Silver |
| 243 | Estate of Michael J. Simon |
| 244 | Estate of Khamladai Singh |
| 245 | Estate of Muriel F. Siskopoulos |
| 246 | Estate of James G. Smith |
| 247 | Estate of Astrid Sohan |
| 248 | Estate of Mary Trentini |
| 249 | Estate of James A. Trentini |
| 250 | Estate of Donald F. Jr. Spampinato |
| 251 | Estate of Laurence T. Stack |
| 252 | Estate of Lisa Terry |
| 253 | Estate of Brian Sweeney |
| 254 | Estate of Sean Patrick Tallon |
| 255 | Estate of Alan Tarasiewicz |
| 256 | Estate of Jody Tepedino Nicholo |
| 257 | Estate of Goumatie Thackurdeen |
| 258 | Estate of Thomas F. Jr. Theurkauf |
| 259 | Estate of Nigel Thompson |
| 260 | Estate of Mary E. Tiesi |
| 261 | Estate of Terrance Aiken |
| 262 | Estate of Robert T. Twomey |
| 263 | Estate of Tyler Ugolyn |
| 264 | Estate of Elsy C. Osorio |
| 265 | Estate of Carlton F. II Valvo |
| 266 | Estate of Celeste Torres Victoria |
| 267 | Estate of Sharon Christina Milan |
| 268 | Estate of Chantal Vincelli |
| 269 | Estate of Lawrence J. Virgilio |
| 270 | Estate of Honor Elizabeth Waino |
| 271 | Estate of Glen Wall |
| 272 | Estate of Christine Barbuto |

| | | | | |
|---|---|---|---|---|
| 273 | Estate of Todd C. Weaver | | 319 | Estate of Gregory Reda |
| 274 | Estate of Timothy Welty | | 320 | Estate of Isaias Rivera |
| 275 | Estate of Karen E. Hagerty | | 321 | Estate of David E. Rivers |
| 276 | Estate of David Wiswall | | 322 | Estate of Earl Shanahan |
| 277 | Estate of Christopher Wodenshek | | 323 | Estate of Sandra Taylor |
| 278 | Estate of Elkin Yuen | | 324 | Estate of David Tirado |
| 279 | Estate of Michael H. Waye | | 325 | Estate of Jon Vandevander |
| 280 | Estate of Joseph J. Zuccala | | 326 | Estate of Simon V. Weiser |
| 281 | Estate of Andrew Zucker | | 327 | Estate of Louis C. III Williams |
| 282 | Estate of Alan J. Lederman | | 328 | Estate of Pauline Tull-Franies |
| 283 | Estate of Angelo Amaranto | | 329 | Estate of Edelmiro Abad |
| 284 | Estate of Michael Arczynski | | 330 | Estate of Terence Jr. Adderley |
| 285 | Estate of Brian P. Dale | | 331 | Estate of David Agnes |
| 286 | Estate of James W. Barbella | | 332 | Estate of Joanne Ahladiotis |
| 287 | Estate of Joshua Birnbaum | | 333 | Estate of Jon L. Albert |
| 288 | Estate of Sean Booker | | 334 | Estate of Dominick J. Berardi |
| 289 | Estate of Kimberly S. Bowers | | 335 | Estate of William R. Bethke |
| 290 | Estate of Alfred Braca | | 336 | Estate of Harry A. Jr. Blanding |
| 291 | Estate of Michelle L. Robatham | | 337 | Estate of Edward Brennan |
| 292 | Estate of Michael T. Carroll | | 338 | Estate of Mark Bruce |
| 293 | Estate of Ruth Lapin | | 339 | Estate of Thomas Daniel Burke |
| 294 | Estate of Robert Cruikshank | | 340 | Estate of Thomas M. Butler |
| 295 | Estate of Mannie L. Clark | | 341 | Estate of John Cahill |
| 296 | Estate of Christopher Dincuff | | 342 | Estate of Philip Calcagno |
| 297 | Estate of Irina Buslo | | 343 | Estate of Vincent A. Cangelosi |
| 298 | Estate of Valerie S. Ellis | | 344 | Estate of Louis Caporicci |
| 299 | Estate of William Erwin | | 345 | Estate of Dennis Carey |
| 300 | Estate of George J. Ferguson | | 346 | Estate of Thomas E. III Sinton |
| 301 | Estate of Kevin Frawley | | 347 | Estate of Jeremy Carrington |
| 302 | Estate of Cynthia Giugliano | | 348 | Estate of Leonard M., Jr. Castrianno |
| 303 | Estate of Joseph Grillo | | 349 | Estate of Jason Cefalu |
| 304 | Estate of Raul Hernandez | | 350 | Estate of Delrose Cheatham |
| 305 | Estate of Bradely Hoorn | | 351 | Estate of Michael Clarke |
| 306 | Estate of Milagros Hromada | | 352 | Estate of Eugene Clark |
| 307 | Estate of Thomas Hughes | | 353 | Estate of Susan M. Clyne |
| 308 | Estate of Daniel Ilkanayev | | 354 | Estate of Steven Coakley |
| 309 | Estate of Harold Lizcano | | 355 | Estate of Joseph Corbett |
| 310 | Estate of James Mealary | | 356 | Estate of Conrod Cottoy |
| 311 | Estate of Robert McCarthy | | 357 | Estate of Andrew Gilbert |
| 312 | Estate of Timothy Mesweeney | | 358 | Estate of Denise Crant |
| 313 | Estate of Linda C. Mair Grayling | | 359 | Estate of James L. Crawford |
| 314 | Estate of Gerald Thomas O'Leary | | 360 | Estate of Lucy Crifasi |
| 315 | Estate of Michael Opperman | | 361 | Estate of Dennis A. Cross |
| 316 | Estate of David Angell | | 362 | Estate of Eduvigis Jr. Reyes |
| 317 | Estate of Lynn Angell | | 363 | Estate of Beverly Curry |
| 318 | Estate of Manish Patel | | 364 | Estate of Thomas P. Deangelis |

| | |
|---|---|
| 365 | Estate of James V. Deblase |
| 366 | Estate of Anthony Demas |
| 367 | Estate of Francis Deming |
| 368 | Estate of Christain Desimone |
| 369 | Estate of Robert Jr. Devitt |
| 370 | Estate of Michael Diagostino |
| 371 | Estate of Douglas Distefano |
| 372 | Estate of Lisa Egan |
| 373 | Estate of Samantha Egan |
| 374 | Estate of John B. Eagleson |
| 375 | Estate of Fanny Espinoza |
| 376 | Estate of William Fallon |
| 377 | Estate of Anthony Fallone |
| 378 | Estate of John Fanning |
| 379 | Estate of Clyde Jr. Frazier |
| 380 | Estate of Peter L. Freund |
| 381 | Estate of Arlene Fried |
| 382 | Estate of Peter Fry |
| 383 | Estate of John Gallagher |
| 384 | Estate of Edmund Glazer |
| 385 | Estate of Rocco N. Gargano |
| 386 | Estate of James Gartenberg |
| 387 | Estate of Peter Gelinas |
| 388 | Estate of Steven Geller |
| 389 | Estate of Joseph Giaccone |
| 390 | Estate of Calvin Gooding |
| 391 | Estate of Wade Brian Green |
| 392 | Estate of Douglas B. Gurian |
| 393 | Estate of Dana K. Hannon |
| 394 | Estate of James Haran |
| 395 | Estate of Stewart D. Harris |
| 396 | Estate of Monica E. Dejesus |
| 397 | Estate of Thomas Hobbs |
| 398 | Estate of Marcia Hoffman |
| 399 | Estate of Johnathan Hohmann |
| 400 | Estate of George Howard |
| 401 | Estate of Virginia Jablonski |
| 402 | Estate of Brook A. Jackman |
| 404 | Estate of Shari Kandell |
| 405 | Estate of John Katsimatides |
| 406 | Estate of Richard Keane |
| 407 | Estate of Timothy C. Kelly |
| 408 | Estate of Joseph A. Kelly |
| 409 | Estate of Brian Warner |
| 410 | Estate of Karen Klitzman |
| 411 | Estate of Hamiduo S. Larry |

| | |
|---|---|
| 412 | Estate of Neil Leavy |
| 413 | Estate of Richard Lee |
| 414 | Estate of Anthony Hawkins |
| 415 | Estate of Adrianna Legro |
| 416 | Estate of Jeffery E. Leveen |
| 417 | Estate of Marie Lukas |
| 418 | Estate of Michael Lunden |
| 419 | Estate of Laura A. Giglio |
| 420 | Estate of Keithroy Maynard |
| 421 | Estate of Justin McCarthy |
| 422 | Estate of Michael McCarthy |
| 423 | Estate of Matthew Mcdermott |
| 424 | Estate of John T. Mcerlean |
| 425 | Estate of William J. Mcgovern |
| 426 | Estate of George III Mclaughlin |
| 427 | Estate of Martin Michelstein |
| 428 | Estate of George Merkouris |
| 429 | Estate of John Monahan |
| 430 | Estate of George Morell |
| 431 | Estate of Dennis Moroney |
| 432 | Estate of William Moskal |
| 433 | Estate of Charles A. Murphy |
| 434 | Estate of Brian Murphy |
| 435 | Estate of Richard Myhre |
| 436 | Estate of Kerene Gordon |
| 437 | Estate of Cano Gallo |
| 438 | Estate of Jeffery Nussbaum |
| 439 | Estate of Dennis Jr. O'Connor |
| 440 | Estate of Richard O'Connor |
| 441 | Estate of Lesley Thomas |
| 442 | Estate of Sean O'Neill |
| 443 | Estate of Ruben Ornedo |
| 444 | Estate of Alexander Steinman |
| 445 | Estate of James Ostrowski |
| 446 | Estate of Jason Oswald |
| 447 | Estate of Michael C. Ou |
| 448 | Estate of Peter Owens |
| 449 | Estate of Angel Pabon |
| 450 | Estate of Victor Hugo Gutierrez Paz |
| 451 | Estate of Stacey Peak |
| 452 | Estate of Mike Pelletier |
| 453 | Estate of Michael Berkeley |
| 454 | Estate of Joseph Perroncino |
| 455 | Estate of Edward Perrotta |
| 456 | Estate of Joanne Cregan |
| 457 | Estate of Gregory Richards |

| | | | | |
|---|---|---|---|---|
| 458 | Estate of Richard Prunty | | 504 | Estate of Robert W. Jr. Spear |
| 459 | Estate of Joseph R. Riverso | | 505 | Estate of Anthony Starita |
| 460 | Estate of Paul Rizza | | 506 | Estate of Keiichiro Takahashi |
| 461 | Estate of Donald Robson | | 507 | Estate of Japhet Aryee |
| 462 | Estate of Peter Biefield | | 508 | Estate of Gregg A. Atlas |
| 463 | Estate of Scott W. Rohner | | 509 | Estate of Inna Basin |
| 464 | Estate of Luis E. Torres | | 510 | Estate of Graham Berkeley |
| 465 | Estate of Eric Sand | | 511 | Estate of David S. Berry |
| 466 | Estate of Susan Santo | | 512 | Estate of Gennady Boyarsky |
| 467 | Estate of Robert Scandole | | 513 | Estate of Sandra W. Bradshaw |
| 468 | Estate of Sean Schielke | | 514 | Estate of Kevin Colbert |
| 469 | Estate of Marisa Dinardo | | 515 | Estate of William Dean |
| 470 | Estate of Mark Schwartz | | 516 | Estate of Neil Wright |
| 471 | Estate of Adrianne Scibetta | | 517 | Estate of Eugene Kniazev |
| 472 | Estate of Arthur Scullin | | 518 | Estate of Arkady Zaltsman |
| 473 | Estate of Khalid Shahid | | 519 | Estate of David Brandhorst |
| 474 | Estate of Jayesh Shah | | 520 | Estate of Peter Goodrich |
| 475 | Estate of Gary Shamay | | 521 | Estate of Tawanna Griffin |
| 476 | Estate of Leonard Snyder | | 522 | Estate of Shannon L. Adams |
| 477 | Estate of Saranya Srinuan | | 523 | Estate of Abraham Ilowitz |
| 478 | Estate of Alexandru Stan | | 524 | Estate of Boris Khalif |
| 479 | Estate of James J. Straine | | 525 | Estate of Hyun Joon Lee |
| 480 | Estate of John F. Swaine | | 526 | Estate of Andrew Kim |
| 481 | Estate of Keiji Takahashi | | 527 | Estate of Irina Kolpakov |
| 482 | Estate of Andrew Kates | | 528 | Estate of Pendyala Vamsikrishna |
| 483 | Estate of Diane T. Lipari | | 529 | Estate of Prasanna Kalahasthi |
| 484 | Estate of Daniel Trant | | 530 | Estate of Alexey Razuvaev |
| 485 | Estate of William P. Tselepis | | 531 | Estate of Joseph Maio |
| 486 | Estate of Jonathan Uman | | 532 | Estate of Bernard Mascarenhas |
| 487 | Estate of Joseph Vilardo | | 533 | Estate of Joel Miller |
| 488 | Estate of Lisa Karen Orfi-Ehrlich | | 534 | Estate of Nancy Morgenstern |
| 489 | Estate of Frank Wisniewski | | 535 | Estate of Marc A. Murolo |
| 490 | Estate of William J. Wik | | 536 | Estate of Kathleen Shearer |
| 491 | Estate of Katherine Wolf | | 537 | Estate of Kathleen A. Nicosia |
| 492 | Estate of Martin Wortley | | 538 | Estate of Kaleen Pezzuti |
| 493 | Estate of Michael Zinzi | | 539 | Estate of Todd Reuben |
| 494 | Estate of Charles A. Zion | | 540 | Estate of Tatiana Ryjova |
| 495 | Estate of James M. Amato | | 541 | Estate of Carlos Lillo |
| 496 | Estate of John P. Burnside | | 542 | Estate of Phillip Rosenzweig |
| 497 | Estate of Patricia Colodner | | 543 | Estate of Jonathan S. Ryan |
| 498 | Estate of John Fischer | | 544 | Estate of David J. Statkevicus |
| 499 | Estate of Thomas PALAZZO | | 545 | Estate of Michael Tarrou |
| 500 | Estate of William G. Minardi | | 546 | Estate of Lorisa Taylor |
| 501 | Estate of James B. Reilly | | 547 | Estate of Frederick III Rimmelle |
| 502 | Estate of Paul F. Sarle | | 548 | Estate of Anna Debarrera |
| 503 | Estate of Daniel J. Shea | | 549 | Estate of Michele Reed |

| | |
|---|---|
| 550 | Estate of Soledi Colon |
| 551 | Estate of Robert Higley |
| 552 | Estate of Mark Ludvigsen |
| 553 | Estate of Andrew Knox |
| 554 | Estate of Nicholas Lassman |
| 555 | Estate of Yang Der Lee |
| 556 | Estate of Karen A. Martin |
| 557 | Estate of Steve Mercado |
| 558 | Estate of Michael J. Pascuma |
| 559 | Estate of Horan Passananti |
| 560 | Estate of Kevin Pfeifer |
| 561 | Estate of Laurence Polatsch |
| 562 | Estate of Donald Regan |
| 563 | Estate of John A. Reo |
| 564 | Estate of Christopher Santoro |
| 565 | Estate of Deepika Sattaluri |
| 566 | Estate of Lance Tumulty |
| 567 | Estate of Kui Fai Kwok |
| 568 | Estate of Ivelin Ziminski |
| 569 | Estate of Joseph J. Angelini |
| 570 | Estate of Faustino Apostol |
| 571 | Estate of Nina P. Bell |
| 572 | Estate of Larry Bowman |
| 573 | Estate of Mark Carney |
| 576 | Estate of Vincent Danz |
| 577 | Estate of Amy O'Doherty |
| 578 | Estate of Joseph Della Pietra |
| 579 | Estate of David T. Fontana |
| 580 | Estate of William Gardner |
| 581 | Estate of John Giordano |
| 582 | Estate of Florence M. Gregory |
| 583 | Estate of Leonard Hatton |
| 584 | Estate of Andrew LaCorte |
| 585 | Estate of Charles Jones |
| 586 | Estate of Robert Kennedy |
| 587 | Estate of James P. Ladley |
| 588 | Estate of Stephen Lamantia |
| 589 | Estate of Gary E. Lasko |
| 590 | Estate of Margaret Lewis |
| 591 | Estate of Michael Lynch |
| 592 | Estate of Thomas J. Mecann |
| 593 | Estate of Charles A. Mecrann |
| 594 | Estate of Mirna A. Daurte |
| 595 | Estate of Lorraine Lisi |
| 596 | Estate of Robert Shearer |
| 597 | Estate of Thomas G. O'Hagan |

| | |
|---|---|
| 598 | Estate of Maureen Olson |
| 599 | Estate of Alexander Ortiz |
| 600 | Estate of Deepa Pakkala |
| 601 | Estate of Bettina Browne-Radburn |
| 602 | Estate of Angel Perez |
| 603 | Estate of Benito Valentin |
| 604 | Estate of Norman Rossinow |
| 605 | Estate of Christina S. Ryook |
| 606 | Estate of Joseph Sacerdote |
| 607 | Estate of Eric Eisenberg |
| 608 | Estate of Kevin Smith |
| 609 | Estate of Norma Taddei |
| 610 | Estate of Jorge Velazquez |
| 611 | Estate of Joanne F. Weil |
| 612 | Estate of Debbie Williams |
| 613 | Estate of Brian P. Williams |
| 614 | Estate of Joseph Zaccoli |
| 615 | Estate of Mark Zangrilli |
| 616 | Estate of Prokopias Zois |
| 617 | Estate of Neil Levin |
| 618 | Estate of Carmen Fernandez |
| 619 | Estate of Vincent Laieta |
| 620 | Estate of Waleska Martinez |
| 621 | Estate of Luke Rambousek |
| 622 | Estate of Steven Weinberg |
| 623 | Estate of Martin Wohlforth |
| 624 | Estate of Paul Beyer |
| 625 | Estate of Ruben Correa |
| 626 | Estate of Suzanne Geraty |
| 627 | Estate of Brian Hickey |
| 628 | Estate of Thomas Mingione |
| 629 | Estate of Michael Mullan |
| 630 | Estate of Kevin Reilly |
| 631 | Estate of Frederick Ill |
| 632 | Estate of James Leahy |
| 633 | Estate of William Johnson |
| 634 | Estate of Gregory Saucedo |
| 635 | Estate of Stanley Smagala |
| 636 | Estate of Ramon Suarez |
| 637 | Estate of Michael Roberts |
| 638 | Estate of Gerald Atwood |
| 639 | Estate of Richard Aronow |
| 640 | Estate of Charles Burlingame |
| 641 | Estate of Maria Abad |
| 642 | Estate of David Barkway |
| 643 | Estate of Kenneth Basnicki |

| | | | | |
|---|---|---|---|---|
| 644 | Estate of Kris Bishundat | | 690 | Estate of Brian Magee |
| 645 | Estate of Michael Bocchino | | 691 | Estate of Edward Maloney |
| 646 | Estate of Bruce Boehm | | 692 | Estate of Terence Manning |
| 647 | Estate of Francisco Bourdier | | 693 | Estate of Francis Mcguinn |
| 648 | Estate of Ronald Breitweiser | | 694 | Estate of Thomas Mchale |
| 649 | Estate of Peter Brennan | | 695 | Estate of Robert Mclaughlin |
| 650 | Estate of Vincent Brunton | | 696 | Estate of Laura Morabito |
| 651 | Estate of Anthony Coladonato | | 697 | Estate of Kathleen Moran |
| 652 | Estate of James Cove | | 698 | Estate of Christopher M. Morrison |
| 653 | Estate of Neil Cudmore | | 699 | Estate of Michael Mullan |
| 654 | Estate of Scott Davidson | | 701 | Estate of Christopher Newton |
| 655 | Estate of Donald Delapenha | | 702 | Estate of Christopher Newton-Carter |
| 656 | Estate of Joseph Dickey | | 703 | Estate of Timothy O'Brien |
| 657 | Estate of Eddie Dillard | | 705 | Estate of Jane Orth |
| 658 | Estate of William Dimmling | | 706 | Estate of Emilio Ortiz |
| 659 | Estate of James Domanico | | 707 | Estate of Christopher Panatier |
| 660 | Estate of Mary Dowling | | 708 | Estate of Bernard Patterson |
| 661 | Estate of Charles Droz | | 709 | Estate of James Quinn |
| 662 | Estate of Robert Eaton | | 710 | Estate of Howard Reich |
| 663 | Estate of Christopher Faughnan | | 711 | Estate of James Riches |
| 664 | Estate of Henry Fernandez | | 712 | Estate of Marjorie Salamone |
| 665 | Estate of Bradley Fetchet | | 713 | Estate of John Salerno |
| 666 | Estate of Michael Finnegan | | 714 | Estate of Frank Salvaterra |
| 667 | Estate of Giann Gamboa | | 715 | Estate of Michael San Phillip |
| 668 | Estate of James Geyer | | 716 | Estate of Michael Seaman |
| 669 | Estate of Andrew Golkin | | 717 | Estate of Craig Silverstein |
| 670 | Estate of Ian Gray | | 718 | Estate of Barry Simowitz |
| 671 | Estate of Barbara Habib | | 719 | Estate of Christopher Slattery |
| 672 | Estate of Michele Heidenberger | | 720 | Estate of Robert Sliwak |
| 673 | Estate of Kristin Ryan | | 721 | Estate of Heather Smith |
| 674 | Estate of Aram Iskenderian | | 722 | Estate of Robert Spencer |
| 675 | Estate of Mark Jardim | | 723 | Estate of William Steckman |
| 676 | Estate of Robert Jordan | | 724 | Estate of Kevin Szocik |
| 677 | Estate of Ann Judge | | 725 | Estate of Nichola Thorpe |
| 678 | Estate of Frederick Kelley | | 726 | Estate of Richard Todisco |
| 679 | Estate of James Kelly | | 727 | Estate of Vladimir Tomasevic |
| 680 | Estate of Vanessa Kolpak | | 728 | Estate of Stephen Tompsett |
| 681 | Estate of David Kovalcin | | 729 | Estate of Michael Tucker |
| 682 | Estate of Brendan Lang | | 730 | Estate of Ronald Vauk |
| 683 | Estate of Roseann Lang | | 731 | Estate of Garo Voskerijian |
| 684 | Estate of Scott Larsen | | 732 | Estate of John Wallice |
| 685 | Estate of Joseph Leavey | | 733 | Estate of Dinah Webster |
| 686 | Estate of Robert Lenoir | | 734 | Estate of David Weiss |
| 687 | Estate of Vincent Litto | | 735 | Estate of Deborah Welsh |
| 688 | Estate of Daniel Lopez | | 736 | Estate of Jennifer Wong |
| 689 | Estate of Farrell Lynch | | 737 | Estate of John Works |

| | | | | |
|---|---|---|---|---|
| 738 | Estate of Swede Chevalier | | 784 | Estate of Mathew Gianna |
| 739 | Estate of Carlos Dominguez | | 785 | Estate of Gerard Rauzi |
| 740 | Estate of Laura Gilly | | 786 | Estate of William Wilson |
| 741 | Estate of Won-Hyeong Song | | 787 | Estate of William Wren |
| 742 | Estate of Michael Taddonio | | 788 | Estate of Charles Mathers |
| 743 | Estate of Gregory Buck | | 789 | Estate of Francois Jean-Pierre |
| 744 | Estate of Pamela Chu | | 790 | Estate of Rodney Wotton |
| 745 | Estate of Mary D'Antonio | | 791 | Estate of W. David Bauer |
| 746 | Estate of Thomas Dennis | | 792 | Estate of Colin Bonnett |
| 747 | Estate of Enrique Gomez | | 793 | Estate of Thomas Bowden |
| 748 | Estate of Jose Gomez | | 794 | Estate of Shawn Bowman |
| 749 | Estate of Elvira Granitto | | 795 | Estate of John Candela |
| 750 | Estate of H. Joseph Heller | | 796 | Estate of Steven Schlag |
| 751 | Estate of Joseph Henry | | 797 | Estate of Kevin Murphy |
| 752 | Estate of Joon Kang | | 798 | Estate of Salvatore Zisa |
| 753 | Estate of Brian Kinney | | 799 | Estate of Donald Jones |
| 754 | Estate of John Kren | | 800 | Estate of Scott Vasel |
| 755 | Estate of John Levi | | 801 | Estate of David Meyer |
| 756 | Estate of Richard Lynch | | 802 | Estate of Vincenzo Gallucci |
| 757 | Estate of James Maounis | | 803 | Estate of Ronald Orsini |
| 758 | Estate of James Martello | | 804 | Estate of Kevin Hannaford |
| 759 | Estate of Teddington Moy | | 805 | Estate of Steven Goldstein |
| 760 | Estate of Frank Naples | | 806 | Estate of Ronald Magnuson |
| 761 | Estate of Peter Ortale | | 807 | Estate of Jack D'Ambrosi |
| 762 | Estate of Sonia Ortiz | | 808 | Estate of Jay Magazine |
| 763 | Estate of Todd Pelino | | 809 | Estate of Daniel Maher |
| 764 | Estate of Steven Pollicino | | 810 | Estate of Kristen Montanaro |
| 765 | Estate of Eric Ropiteau | | 811 | Estate of Michael Tanner |
| 766 | Estate of Carlos Samaniego | | 812 | Estate of Edward Carlino |
| 767 | Estate of Selina Sutter | | 813 | Estate of Anil Bharvaney |
| 768 | Estate of Brian Terrenzi | | 815 | Estate of Milton Bustillo |
| 769 | Estate of Kenneth Waldie | | 816 | Estate of Carl Difranco |
| 770 | Estate of Richard Fitzsimons | | 817 | Estate of Catherine Macrae |
| 771 | Estate of Dennis O'Berg | | 818 | Estate of Nancy Mauro |
| 772 | Estate of Frank Palombo | | 819 | Estate of Stacey Sanders |
| 773 | Estate of Eric Evans | | 820 | Estate of Jean Peterson |
| 774 | Estate of Mary Booth | | 821 | Estate of Edward Felt |
| 775 | Estate of Mari-Rae Sopper | | 822 | Estate of Joseph Keller |
| 776 | Estate of Sean Lynch | | 823 | Estate of Jeremy Glick |
| 777 | Estate of Edmund Mcnally | | 824 | Estate of Linda Gronlund |
| 778 | Estate of Patricia Mickley | | 825 | Estate of David Dimeglio |
| 779 | Estate of Daphne Pouletsos | | 826 | Estate of Bryan Jack |
| 780 | Estate of Rajesh Mirpuri | | 827 | Estate of Donna Giordano |
| 781 | Estate of Jeffrey Mladenik | | 828 | Estate of David Vargas |
| 782 | Estate of Jack Punches | | 829 | Estate of Thomas Swift |
| 783 | Estate of Janice Scott | | 830 | Estate of Todd Beamer |

| 831 | Estate of Thomas Brennan |
| 832 | Estate of Paul Beatini |
| 833 | Estate of Patrick Danahy |
| 834 | Estate of Alan Wisniewski |
| 835 | Estate of Michael Cunningham |
| 836 | Estate of Sean Rooney |
| 837 | Estate of John Ryan |
| 838 | Estate of Howard Kane |
| 839 | Estate of Joseph Sisolak |
| 840 | Estate of Scott Johnson |
| 841 | Estate of Adam Lewis |
| 842 | Estate of Noel Foster |
| 843 | Estate of Kevin York |
| 844 | Estate of Kenneth Tarantino |
| 845 | Estate of Daniel Smith |
| 846 | Estate of Ian Schneider |
| 847 | Estate of Stephen Dimino |
| 848 | Estate of Esmerlin Salcedo |
| 849 | Estate of Jonathan Connors |
| 850 | Estate of Gerard Baptiste |
| 851 | Estate of Daniel Crisman |

[1] Decedent's 109, 403, 574, 574, 700, 704, 814 have been omitted due to the circumstances outlined in our cover letter.