# EXHIBIT D



**U.S. Embassy**
**BERN, SWITZERLAND**

Customer: ASHTON V ISLAMIC REP
OF IRAN
Date: 10/29/2018 2 29:41 PM
Register: ACS Cash
Transaction: 150
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | Fr. 2'275.00 |
| ROGATORY/FSIA FEE | | | | |

Balance                          $2,275.00
Amount Paid                      $2,275.00
Change                           $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS

Sensitive But Unclassified (SBU)

38538





**United States Department of State**

*Washington, D.C.   20520*

January 7, 2019

Ruby J. Krajick
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

        **Re: In re Terrorist Attacks on September 11, 2001, 03-MD-1570 (GBD)(SN):
        Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member
        case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD)(SN)**

Dear Ms. Krajick:

        I am writing regarding the Court's request for transmittal of an Order of Judgment
(August 31, 2015), Amended Order of Judgment (March 8, 2016), Final Order of Summary
Judgment (May 29, 2018), moving papers for Plaintiff's Motion, and Notice of Default Judgment
to the Islamic Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant
in the above referenced lawsuit.

        Because the United States does not maintain diplomatic relations with the Government of
Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of
Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs.
The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of
diplomatic note No. 1112-IE, dated December 5, 2018 and delivered on December 6, 2018. A
certified copy of the diplomatic note is enclosed.

                       Sincerely,

                       Jared Hess
                      Attorney Adviser
               Overseas Citizens Services
                 Office of Legal Affairs

Cc:    Jeanne O'Grady
        Speiser Krause
        800 Westchester Ave., Suite South 608
        Rye Brook, NY 10573

SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland    )
ern, Canton of Bern      ) SS:
mbassy of the United States of America )

, Brianna E Powers, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 26715 dated October 26, 2018 which was transmitted to the Swiss Ministry of Foreign Affairs on October 31, 2018 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)


Jeremias N. DIRK
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


December 20, 2018
(Date)



*Embassy of the United States of America*

October 26, 2018

CONS NO. 26715

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities
Act (FSIA) – In re Terrorist Attacks on September 11, 2001, 03-MD-1570 (GBD) (SN): Ashton,
et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD) (SN) and member case Burlingame,
et al. v. Bin Laden, et al., 02-CV-7230 (GBD) (SN)

REF:    ----

The Department of State has requested the delivery of the enclosed Order of Judgment (August
31, 2015), Amended Order of Judgment (March 8, 2016), Final Order of Summary Judgment
(May 29, 2018), moving papers for Plaintiff's Motion, and Notice of Default Judgment to the
Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign
Immunities Act in the matter In re Terrorist Attacks on September 11, 2001, 03-MD-1570
(GBD) (SN): Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD) (SN) and
member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD) (SN).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the
documents to the American Interests Section of the Swiss Embassy in Tehran. There is one
defendant to be served in this case: the Islamic Republic of Iran. The American Interests Section
should transmit Order of Judgment (August 31, 2015), Amended Order of Judgment (March 8,
2016), Final Order of Summary Judgment (May 29, 2018), moving papers for Plaintiff's Motion,
and Notice of Default Judgment to the Iranian Ministry of Foreign Affairs under cover of one
diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The
American Interests Section should execute certifications of the diplomatic notes, which will be
forwarded by the Department of State to the requesting court in the United States.

1 of 2

...osed is one appropriate part of a message the Embassy received from the Department of State as well two sets of documents for the Islamic Republic of Iran.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

2 of 2

BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN:

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit In re Terrorist Attacks on September 11, 2001, 03-MD-1570 (GBD)(SN): Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD)(SN), in the U.S. District Court for the Southern District of New York.  The Islamic Republic of Iran is a defendant in this case.  The Foreign Interests Section transmits an Order of Judgment (August 31, 2015), Amended Order of Judgment (March 8, 2016), Final Order of Summary Judgment (May 29, 2018) with moving papers for Plaintiff's Motion herewith, and Notice of Default Judgment.  The U.S. District Court for the Southern District of New York has requested service of these documents.  This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order of Judgment (August 31, 2015), Amended Order of Judgment (March 8, 2016), Final Order of Summary Judgment (May 29, 2018), and moving papers for Plaintiff's Motion, the Foreign Interests Section is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States.  It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel.  The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Order of Judgment (August 31, 2015), Amended Order of Judgment (March 8, 2016), Final Order of Summary Judgment (May 29, 2018) with moving papers for Plaintiff's Motion, and Notice of Default Judgment
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN**

The Foreign Interests Section of the Swiss Embassy in Tehran is further requested to return a copy of the diplomatic note used to transmit the documents to the Iranian

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_(Signature of Consular Officer)_

Jeremias N. DIRK
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

December 20, 2018
(Date)

_erische Eidgenossenschaft
_dération suisse
nfederazione Svizzera
Confederaziun svizra

27640

**Federal Department of Foreign Affairs FDFA**

K.252.22-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 26715 dated October 26, 2018 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: In re Terrorist Attacks on September 11, 2001, 03-MD-1570 (GBD) (SN) : Ashton, et al. V. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD) (SN) and member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD) (SN)

- Note No. 1112-IE addressed to The Islamic Republic of Iran

dated December 5, 2018 and proof of service, dated December 6, 2018, as well as the certification by the Swiss Federal Chancellery dated December 19, 2018.

The section has received the above mentioned documents on November 6, 2018. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on December 5, 2018. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, December 19, 2018

_Enclosure(s) mentioned_

To the
Embassy of the
United States of America

Berne

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Alessandra Manoiero
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

Jeremias N. DIRK
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

December 20, 2018
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No.1112-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit In re Terrorist Attacks on September 11, 2001, 03-MD-1570 (GBD)(SN): Ashton, et al. v. al Qaeda Islamic Army, et al., (02-CV-6977) (GBD)(SN) and member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD)(SN), in the U.S. District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits an Order of Judgment (August 31, 2015), Amended Order of Judgement (March 08, 2016), Final Order of Summary Judgement (May 29, 2018) with moving papers for Plaintiff's Motion herewith, and Notice of Default Judgement. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order of Judgment (August 31, 2015), Amended Order of Judgement (March 8, 2016), Final Order of Summary Judgement (May 29, 2018) with moving papers for Plaintiff's Motion, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, 5 December, 2018

Attachments:
1. Order of Judgment (August 31, 2015), Amended Order of Judgement (March 8, 2016), Final Order of Summary Judgement (May 29, 2018) with moving papers for Plaintiff's Motion, and Notice of Default Judgement
2. Translations

Ministry of Foreign Affairs
Islamic Republic of Iran
Tehran

I, Patricia Weber Singh, Head of the Foreign Interests Section of the Embassy of Switzerland in , certify herewith that this is a true copy of the Diplomatic Note No. 1112-IE, dated December 05, 20 ; The delivery of this note and its enclosures was attempted on December 05, 2018, but the Iranian Ministry of Foreign Affairs refused its acceptance.

*P. Weber Singh*

Patricia Weber Singh
Head of the Foreign Interests Section

Tehran, December 06, 2018



**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1.  Country: SWISS CONFEDERATION

    This public document

2.  has been signed by          Patricia Weber Singh

3.  acting in the capacity of Head of the Foreign Interests Section

4.  bears the seal/stamp of

    EMBASSY OF SWIZTERLAND U.S. INTERESTS SECTION

    TEHRAN

    **Certified**

5.  at Berne                    6.    the  19 December 2018

7.  by  Alessandra Manoiero
    functionary of the Swiss federal Chancellery

8.  No.  028940

9.  Seal/stamp:                  10. Signature:

    Swiss federal Chancellery





ترجمه غیر رسمی

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE- 1112

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارتخانه محترم را به دعوی حقوقی تحت عنوان اشتون و سایرین علیه ارتش اسلامی القاعده و سایرین، تحت پرونده شماره (SN)(GBD) 02-CV-6977 مربوط به حملات تروریستی یازدهم سپتامبر سال دوهزار و یک، تحت پرونده شماره 03-MD- (SN)(GBD) 1570 که در دادگاه منطقه ای ایالات متحده ، ناحیه جنوبی ایالت نیویورک مفتوح میباشد جلب می نماید. دولت جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده، ناحیه جنوبی ایالت نیویورک، یک فقره دستور دادرسی (بتاریخ 31 اوت 2015)، اصلاحیه دستور دادرسی (8 مارچ 2016)، دستور نهایی صدور حکم بدون دادرسی (29 می 2018) همراه با مدارکی در حمایت از درخواست شاکیان و اطلاعیه حکم غیابی را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (الف)(4) و (e) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

سفارت علاوه بر دستور دادرسی (بتاریخ 31 اوت 2015)، اصلاحیه دستور دادرسی (8 مارچ 2016)، دستور نهایی صدور حکم بدون دادرسی (29 می 2018) همراه با مدارکی در حمایت از درخواست شاکیان، اطلاعیه حکم غیابی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را به پیوست ایفاد می دارد. لطفا" توجه داشته باشید که متعاقب مقررات فصل 28 بخش 1610 مجموعه قوانین ایالات متحده آمریکا، اقدامات اجرائی و حکم می توانند بعد از مدت زمان معقول از دادن اطلاع از حکم غیابی، آغاز گردد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری از جمله عنوان نمودن مصونیت، مصونیت دولت ها مبنی بر مصونیت باید در مقابل دادگاهی صورت گیرد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.



تهران، بتاریخ چهاردهم آذر ماه 1397 (5 دسامبر 2018)

پیوست: 1- دستور دادرسی (بتاریخ 31 اوت 2015)، اصلاحیه دستور دادرسی (8 مارچ 2016)، دستور نهایی صدور حکم بدون دادرسی (29 می 2018) همراه با مدارکی در حمایت از درخواست شاکیان و اطلاعیه حکم غیابی
2- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران