# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:  TERRORIST ATTACKS ON        :
SEPTEMBER 11, 2001                   :        03-MDL-1570 (GBD)(SN)

_____

**This Document Relates To:**
*Ryan, et al. v. Islamic Republic of Iran, et al.,* 1:20-cv-00266 (GBD)(SN)

## ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS

Upon consideration of the evidence and arguments submitted by Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, in the action styled *Ryan, et al. v. The Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN), who are each the estate of a victim of the terrorist attacks on September 11, 2001 who was killed either on September 11, 2001 or in the immediate aftermath of September 11, 2001, and the Judgment by Default for liability entered against the Islamic Republic of Iran on August 31, 2015, *sub. nom. Ashton, et al v. al Qaeda Islamic Army, et al.*, 02-cv-6987 (GBD)(FM)(1:03-md-01570, Doc. No. 3014), together with the entire record in this case, it is hereby:

**ORDERED** that service of process was effected upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial final judgment is entered against the Islamic Republic of Iran and on behalf of Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, in the action styled *Ryan, et al. v. The Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN), who are each the estate of a victim of the terrorist attacks on September 11, 200; and it is

**ORDERED** that Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, were granted a Default Judgment against the Islamic Republic of Iran (1:03-md-01570, Doc. No. 3014), and were awarded compensatory damages of $2,000,000.00 for conscious pain and suffering (1:03-md-01570, Docs. No. 3226, dated March 8, 2016; 1:03-md-01570, Doc. No. 3229, dated March 9, 2016); and it is

**ORDERED** that Plaintiff, the Estate of John J. Ryan, is awarded economic damages in the amount of $21,160,744.00 to be added to the existing judgment for $2,000.000.00 for pain and suffering as supported by the expert reports and analyses submitted by Dr. Stan V. Smith as Exhibit A to the Pantazis Declaration; and it is

**ORDERED** that the Estate of Daniel L. Maher is awarded economic damages in the amount of $7,662,835.00 to be added to the existing judgment for $2,000.000.00 for pain and suffering, as supported by the expert reports and analyses submitted by Dr. Stan V. Smith as Exhibit A to the Pantazis Declaration; and it is

**ORDERED** that Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, may submit an application for punitive damages or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York

FEB 2 1 2020 , 2020

SO ORDERED:

_George B. Daniel_
GEORGE B. DANIELS
United States District Judge

2