# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN, *et al.*,

                Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, *et al.,*

                Defendants.

**CLERK'S CERTIFICATE OF MAILING**

Case No.:  20-cv-266 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 2nd day of July, 2020, I served defendant:

The Islamic Republic of Iran
c/o H.E Mohammad Javid Zarif , Foreign Minister of Islamic Republic of Iran
Ministry of Foreign Affairs of the Islamic Republic of Iran
Iman Khomeini Avenue
Tehran, Iran

By dispatching via Federal Express, Tracking No. 7706 9268 0544, to the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

(1)     Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2)     Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(3)     Final Order and judgment on Compensatory Damages entered by Judge George B. Daniels on February 21, 2020 (MDL Docket No. 5999);

(4)     Foreign Sovereign Immunities Act, 28 U.S.C. § 1602, *et seq.*;

(5)     Right to Appeal Notice; and

(6)     Right to Appeal Form.

Dated: New York, New York
       July 2, 2020

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              /s/Gordana Peter
                              Deputy Clerk