AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: Terrorist Attacks on September 11, 2001 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    03-md-1570-GBD-SN |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Benson Parties                                                                              .

Date:      06/10/2026

/s/ Aaron E. Nathan
*Attorney's signature*

Aaron E. Nathan - 5478227
*Printed name and bar number*

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

*Address*

anathan@willkie.com
*E-mail address*

(212) 728-8000
*Telephone number*

(212) 728-8111
*FAX number*