UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03-md-1570 (GBD) (SN) **NOTICE OF WRIT OF ATTACHMENT** |

This document relates to:

*Havlish v. bin Laden*, No. 03-cv-09848
*Hoglan v. Islamic Republic of Iran*, No. 11-cv-07550
*Ray v. Islamic Republic of Iran*, No. 19-cv-00012
*Maher v. Islamic Republic of Iran*, No. 22-cv-266
*Bauer v. Islamic Republic of Iran*, No. 02-cv-7236
*Parker v. Islamic Republic of Iran*, No. 18-cv-11416
*Ashton v. Al Qaeda*, No. 02-cv-6977
*Burlingame v. Bin Laden*, No. 02-cv-7230
*Ashton v. Kingdom of Saudi Arabia*, No. 17-cv-2003
*Ryan v. Islamic Republic of Iran*, No. 20-cv-266

Through their undersigned counsel, the Benson Parties respectfully submit this notice regarding the Havlish Judgment Creditors' Motion to Enforce Judgment Pursuant to 28 U.S.C. § 1610(c) (ECF No. 12105), the Breitweiser Judgment Creditors' Motion to Enforce Judgment Pursuant to 28 U.S.C. § 1610(c) (ECF No. 12108), and the Ryan Judgment Creditors' Motion to Enforce Judgment Pursuant to 28 U.S.C. § 1610(c) (ECF No. 12111).

The Benson Parties are judgment creditors of Iran and plaintiffs in *Benson v. Islamic Republic of Iran*, No. 26-cv-2327 (MMG) (S.D.N.Y) (filed March 20, 2026). In *Benson*, the Benson Parties have sought and obtained a writ of attachment applicable to the same crypto assets (the "Assets") that are the subject of the Havlish Judgment Creditors' and Breitweiser Judgment Creditors' Motions. *See* ECF No. 35 in No. 26-cv-2327. The writ, which secures approximately $10.5 billion in value (exceeding the value of the Assets), was delivered to the Marshal on March 23 (and in its amended form, on April 29), and levied on the garnishee on April 29. *See* ECF Nos.

36 & 52 in No. 26-cv-2327. It therefore has priority over any claim that may ultimately be made by the movants in these proceedings.

The Benson Parties submit this notice principally to ensure that the Court is aware of the proceedings in *Benson*. At this time, the Benson Parties take no position on the Havlish, Breitweiser, or Ryan Judgment Creditors' pending motions on the understandings that the motions ask only for permission that the movants believe they require in order to *seek* attachment or execution, and that the motions do not themselves constitute a request for writs of attachment or execution to issue in this proceeding.  The Benson Parties reserve all rights, including without limitation as to priority and procedural issues related to the Havlish, Breitweiser or Ryan Judgment Creditors pending or future motions or other submissions regarding the Assets.

Respectfully submitted,

Dated: June 10, 2026

/s/ Aaron E. Nathan

Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 Seventh Ave
New York, NY 10019
(212) 728-8000
anathan@willkie.com

*Counsel for Plaintiffs in 26-cv-2327*

2