# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEE
# FOR COMMERCIAL CLAIMS

In Re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA ECF**

June 15, 2026

The Honorable George B. Daniels
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

We write on behalf of the Plaintiffs in *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-cv-06978, and *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, Case No. 04-cv-5970, and at the recommendation of the Orders and Judgments Clerk, to respectfully request Your Honor's assistance in correcting an error relating to the Amended Judgment entered by the Clerk of Court against defendant Iran at ECF No. 12098.

Your Honor will recall that the *Federal Insurance* and *Continental Casualty* Plaintiffs recently asked the Court to issue separate amended judgments certifying the Plaintiffs' default judgments against Iran as final pursuant to Fed. R. Civ. P. 54(b). *See* ECF No. 12034 at 1 ("The *Federal Insurance* and *Continental Casualty* Plaintiffs are of the view that the Rule 54(b) certification should appear in the bodies of the judgments themselves. To that end, we are enclosing amended judgments including the relevant Rule 54(b) certification language, attached hereto as Exhibits C and D.").

In the May 28, 2026 Memorandum Decision and Order, Your Honor found "certification under Rule 54(b) appropriate" and "respectfully direct[ed] the Clerk of Court to enter Amended Judgments for the Plaintiffs *in the form provided by the proposed judgments attached to the Plaintiffs' motion*," citing "ECF Nos. 12034-3 (*Federal Insurance*), 12034-4 (*Continental Casualty*)." *See* ECF No. 12096 at 3-4 (emphasis supplied). The proposed Rule 54(b) Final Judgments at ECF Nos. 12034-3 and 12034-4 are attached hereto as Exhibits 1 and 2.

Although Your Honor's Order directed entry of Final Judgments in the form submitted at ECF Nos. 12034-3 and 12034-4, the Clerk instead issued a single, one-page Amended Judgment applicable to both the *Federal Insurance* and *Continental Casualty* Plaintiffs. *See* ECF No. 12098. That document does not include the monetary awards issued by the Court in favor of the judgment holders or other details essential to a proper judgment.

We raised this error with the Orders and Judgments Clerk and they explained that to correct this oversight, they require an additional order from Your Honor specifically approving the two

The Honorable George B. Daniels
June 15, 2026
Page 2

_____

Rule 54(b) Final Judgments at ECF Nos. 12034-3 and 12034-4, and directing the Clerk to issue those separate Rule 54(b) Final Judgments in lieu of the Amended Judgment at ECF No. 12098.

The *Federal Insurance* and *Continental Casualty* Plaintiffs respectfully request that Your Honor issue such an order, and apologize for any inconvenience this has caused the Court. In the event we can be of further assistance regarding this matter, please let us know.

 Respectfully submitted,

 COZEN O'CONNOR

 By: _ /s/ Sean P. Carter_____
 Sean P. Carter
 Cozen O'Connor
 One Liberty Place
 1650 Market Street, Suite 2800
 Philadelphia, Pennsylvania 19103
 Tel: (215) 665-2105
 Email: scarter1@cozen.com

 *On behalf of the MDL 1570 Plaintiffs' Exec.*
 *Committee for Commercial Claims*

cc:     All MDL Counsel of Record (via ECF)

LEGAL\115834473\1