# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | : | 03 MDL 1570 (GBD) (SN) |
|---|---|---|
|  | : | ECF Case |
| In re Terrorist Attacks on September 11, 2001 | : |  |
|  | : |  |

This document relates to: *Continental Casualty Co., et al.*
*v. Al Qaeda Islamic Army*, 04-cv-5970

### [Proposed] RULE 54(b) FINAL JUDGMENT

**WHEREAS** on January 6, 2017, United States District Court Judge George B. Daniels and the Court entered a default in favor of plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford and American Casualty Company of Reading, Pennsylvania (collectively, "the Continental Plaintiffs") against defendant the Islamic Republic of lran ("Iran") on claims arising under 28 U.S.C. §1605(a) and referred the calculation of damages to United States Magistrate Judge Sarah Netburn; and

**WHEREAS** the Continental Plaintiffs moved for an award of damages on June 19, 2017 and Magistrate Judge Netburn issued a report and recommendation dated November 27, 2017 (the "Report") which recommended that the Continental Plaintiffs be awarded a default judgment against Iran in the amount of $221,861,243.69 in addition to prejudgment interest as follows: to the extent that the Continental Plaintiffs' damages are based upon claims arising from injuries in New York State, interest at the statutory simple interest rate of nine percent per annum from the date of payment of that underlying claim through the date of the judgment, and, to the extent that the Continental Plaintiffs' damages are based upon claims arising from injuries outside New York State an underlying claim arose out of injuries occurring elsewhere, interest at the rate of 4.96

percent per annum from the date of payment of that underlying claim through the date of the judgment; and

**WHEREAS** the Continental Plaintiffs filed timely objections to the Report; and

**WHEREAS** the matter having come before District Judge Daniels and the Court, on June 25, 2018, having rendered its Memorandum Opinion and Order which modified the findings and recommendations in the Report and awarded the Continental Plaintiffs a default judgment against Iran in the amount of $527,598,884.69, in addition to prejudgment interest as follows: to the extent that the Continental Plaintiffs' damages are based upon claims arising from injuries in New York State, interest at the statutory simple interest rate of nine percent per annum from September 11, 2001, through the date of the judgment; and to the extent that the Continental Plaintiffs' damages are based upon claims arising from injuries outside New York State, interest at the rate of 4.96 percent per annum from September 11, 2001, through the date of the judgment, compounded annually; and

**WHEREAS** the Court having issued judgment against Iran and in favor of the Continental Plaintiffs at ECF No. 4062; and

**WHEREAS** the Court having carefully considered the Continental Plaintiffs' request to have their judgment certified as final pursuant to Fed. R. Civ. P. 54(b); it is

**ORDERED, ADJUDGED AND DECREED,** that for the reasons stated in the Court's Memorandum Opinion and Order dated June 25, 2018, final judgment is hereby entered in favor of the Continental Plaintiffs and against Iran in the amount of $527,598,884.69, as set forth in the accompanying Exhibit A, together with prejudgment interest as follows: to the extent that the Continental Plaintiffs' damages are based upon claims arising from injuries in New York State, interest at the statutory simple interest rate of nine percent per annum from September 11, 2001,

2

through the date of the judgment; and to the extent that the Continental Plaintiffs' damages are based upon claims arising from injuries outside New York State, interest at the rate of 4.96 percent per annum from September 11, 2001, through the date of the judgment, compounded annually.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED:** That, the Court having found that it may take years before all remaining claims against other defendants in this litigation are resolved and concluded; that the claims against Iran are severable from the other remaining claims in this litigation; and that further delay in the entry of final judgment will prejudice the Continental Plaintiffs, including by impairing their ability to pursue efforts to enforce and collect on their judgment against Iran; and for other good cause shown; the judgment against Iran is certified as final pursuant to Fed. R. Civ. P. 54(b).

Dated: April ___, 2026                                    RUBY J. KRAJICK
       New York, New York

                                                       _____
                                                       Clerk of Court

3

**Exhibit A**

| CARRIER | JUDGMENT |
|---|---|
| Continental Casualty Ins. Co. | $498,038,882.57 |
| Transcontinental Ins. Co. | $8,115,114.37 |
| Transportation Ins. Co. | $13,060,028.15 |
| Valley Forge Ins. Co. | $6,690,447.18 |
| National Fire Ins. Co. of Hartford | $1,274,708.33 |
| American Ins. Co. of Reading, PA | $419,704.09 |
| Total | $527,598,884.69 |