**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                                        **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                                    **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

 *Burnett v. Islamic Republic of Iran, No. 15-cv-09903 (GBD)(SN)*

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated July 28, 2022, Plaintiffs' Motion for Final Judgments, (ECF No. 7987), is GRANTED. It is ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgments for pain and suffering damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards that may be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

**Dated:**  New York, New York

June 15, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

BY: _____
**Deputy Clerk**

# EXHIBIT A

| Number | Plaintiff | Pain and Suffering Damages |
|--------|-----------|----------------------------|
| 1 | Douglas W. Anderson | $5 million |
| 2 | Desiret Carvache | $5 million |
| 3 | Jose M. Contes | $7 million |
| 4 | Enrique Cruz | $5 million |
| 5 | Juan Alberto Cruz-Santiago | $15 million |
| 6 | Cynthia A. Delancey | $5 million |
| 7 | Patricia A. Farrar | $5 million |
| 8 | Charles M. Freeman | $5 million |
| 9 | Raquel K. Kelley | $5 million |
| 10 | Emanuel A. Lipscomb | $5 million |
| 11 | David M. Moriarty | $5 million |
| 12 | Victor D. Panzella | $5 million |
| 13 | Wilston L. Parris | $5 million |
| 14 | Filomena Roman | $5 million |
| 15 | Robert Senn | $7 million |
| 16 | Christopher L. Young | $5 million |