**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                          **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                                **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

*Burnett v. Islamic Republic of Iran, No. 15-cv-09903 (GBD)(SN)*

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated December 22, 2021, Plaintiffs' Motion for Final Judgments, (ECF No. 7005), is GRANTED. It is ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgments for pain and suffering damages as set forth in Exhibit A; and it is **ORDERED** that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards that may be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

**Dated:**  New York, New York

June 15, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY:  _____
**Deputy Clerk**

# EXHIBIT A

| Number | Plaintiff | Pain and Suffering Damages |
|---|---|---|
| 1 | Jocelyne Ambroise | $5 million |
| 2 | Benjamin Arroyo | $5 million |
| 3 | Prakash Bhatt | $5 million |
| 4 | Quinceyann Booker-Jackson | $5 million |
| 5 | Carmen Bridgeforth | $7 million |
| 6 | Pasquale Buzzelli | $7 million |
| 7 | Richard Martin Bylicki | $7 million |
| 8 | Luis Carbonell | $5 million |
| 9 | Frank Castrogiovanni | $7 million |
| 10 | Carmen Colon | $5 million |
| 11 | Joel Council | $5 million |
| 12 | Fernando Cuba | $5 million |
| 13 | Andres De La Rosa | $5 million |
| 14 | Elaine Duch | $15 million |
| 15 | Timothy Duffy | $7 million |
| 16 | Gabriel Esposito | $5 million |
| 17 | Edgar Felix | $5 million |
| 18 | Erasmo Fernandez | $5 million |
| 19 | Genoveva "Jenny" Fernandez | $5 million |
| 20 | Roger Fernandez | $5 million |
| 21 | Vincent Ferranti | $5 million |
| 22 | Thomas Joseph Forbes | $5 million |
| 23 | Leileth Foster | $7 million |
| 24 | Henry Fuerte | $5 million |
| 25 | Carmela M. Harrison | $5 million |
| 26 | Elaine Helms | $7 million |
| 27 | Patrick Imperato | $5 million |
| 28 | Rafaela Martinez | $5 million |
| 29 | Nexhat Mela | $7 million |
| 30 | Roberto Mesa | $7 million |
| 31 | Ram Anthony Mohabir | $7 million |
| 32 | Omar Mota | $5 million |
| 33 | Daniel Arthur Narlock | $5 million |
| 34 | Eugene F. O'Reilly | $7 million |
| 35 | Angel R. Ortiz | Denied |
| 36 | Pedro Pichardo | $7 million |
| 37 | Edward Joseph Prince | $5 million |
| 38 | Godwin Quinones | $5 million |
| 39 | Nelson Rocha | $5 million |
| 40 | Arnold John Roma | $5 million |

| 41 | Jose Sanchez | $5 million |
|----|--------------|------------|
| 42 | Brandon Smith | $10 million |
| 43 | Kathleen Stanton | $7 million |
| 44 | Geraldine Texeria | $7 million |
| 45 | Johnny Torres | $5 million |
| 46 | Hilda Valentine | $7 million |
| 47 | Emmanuel Vega | $5 million |
| 48 | Cecil Ward | $7 million |
| 49 | Christian Waugh | $7 million |
| 50 | John David Yates | $10 million |
| 51 | Richard Zletz | $5 million |
| 34 | Eugene F. O'Reilly | $7 million |
| 35 | Angel R. Ortiz | Denied |
| 36 | Pedro Pichardo | $7 million |
| 37 | Edward Joseph Prince | $5 million |
| 38 | Godwin Quinones | $5 million |
| 39 | Nelson Rocha | $5 million |
| 40 | Arnold John Roma | $5 million |
| 41 | Jose Sanchez | $5 million |
| 42 | Brandon Smith | $10 million |
| 43 | Kathleen Stanton | $7 million |
| 44 | Geraldine Texeria | $7 million |
| 45 | Johnny Torres | $5 million |
| 46 | Hilda Valentine | $7 million |
| 47 | Emmanuel Vega | $5 million |
| 48 | Cecil Ward | $7 million |
| 49 | Christian Waugh | $7 million |
| 50 | John David Yates | $10 million |
| 51 | Richard Zletz | $5 million |