**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                                    **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                                    **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

*Burnett v. Islamic Republic of Iran, No. 15-cv-09903 (GBD)(SN)*

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated November 1, 2023, Plaintiffs' Motion for Partial Final Default Judgments (ECF No. 8917) is GRANTED. It is: ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgments for pain and suffering damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is ORDERED that to the extent they have not done so already, the Plaintiffs identified in Exhibit A may submit in later stages applications for punitive, economic, and/or other damages awards. It is further ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards.

**Dated:**  New York, New York

June 15, 2026                                              **TAMMI M. HELLWIG**
                                                         _____
                                                              **Clerk of Court**

                                        BY: _____
                                                              **Deputy Clerk**

# Exhibit A

| Plaintiff | Pain and Suffering Damages |
|---|---|
| Anex Joseph Desinor | $5,000,000.00 |
| Kevin M. Shea | $7,000,000.00 |
| Raymond E. Streker | $5,000,000.00 |
| **TOTAL PAIN AND SUFFERING DAMAGES** | **$17,000,000.00** |