**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-7236 (GBD)(SN)

### *BAUER III* PLAINTIFFS' MOTION FOR PARTIAL FINAL JUDGMENTS AGAINST THE TALIBAN FOR NON-U.S. NATIONALS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the

Declaration of Dorothea M. Capone, Esq. with the Exhibits appended (the "Capone

Declaration"), and all prior proceedings in the MDL, the eight (8) Non-U.S. National Plaintiffs

identified in Exhibit A[1], ("*Bauer III* Plaintiffs"),  by and through undersigned counsel,

respectfully move this Court for an ORDER:

(1)     confirming that this Court has subject matter jurisdiction and personal jurisdiction

over the Taliban for the claims made by the *Bauer III* Plaintiffs, finding the Taliban jointly and

severally liable with the Islamic Republic of Iran ("Iran") and awarding damages judgments

against the Taliban under New York law to *Bauer III* Plaintiffs identified in Exhibit A in the

same amounts previously awarded by this Court to them against the Islamic Republic of Iran, and to

various similarly situated plaintiffs in this MDL proceeding; AND,

(2)     awarding intentional infliction of emotional distress damages to the *Bauer III*

Plaintiffs identified in Exhibit A in the amounts as set forth in Exhibit A together with

---

[1] Exhibit A includes immediate family members of 9/11 decedents, where the immediate family member was not a U.S. National <u>but</u> the 9/11 decedent was a U.S. National on September 11, 2001.

1

prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the damages judgment, AND,

(3)    granting *Bauer III* Plaintiffs permission to seek punitive damages and other appropriate damages, at a later date; AND,

(4)    granting *Bauer III* Plaintiffs such other and further relief as this honorable court deems just and proper.

Dated:  June 15, 2026
       New York, NY

       BAUMEISTER & SAMUELS, P.C.

       BY: */s/ Dorothea M. Capone*
           Dorothea M. Capone, Esq.

       200 Vesey Street, 24th Floor
       New York, New York 10281
       Tel: (212) 363-1200
       Email: tcapone@baumeisterlaw.com
       **Attorneys for *Bauer III* Plaintiffs**

2