**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-7236 (GBD)(SN)

**[PROPOSED] ORDER FOR PARTIAL FINAL DAMAGES JUDGMENTS**
**AGAINST THE TALIBAN FOR BAUER III NON-U.S. NATIONALS PLAINTIFFS**

Upon consideration of the default judgment motion cover sheet attached as Exhibit A as required by the Court's September 22, 2023 Order (ECF No. 9355) the other evidence and arguments submitted by other Non-U.S. National Plaintiffs in the above-captioned matter, and the Court's Memorandum and Decision dated March 27, 2026 (ECF No. 11927), together with the entire record in the case, for the *Bauer III* Plaintiffs listed in Exhibit B attached to this Order, IT IS HEREBY:

**ORDERED** that service of process of the *Bauer III* Plaintiffs' claims was properly made upon the Taliban (*see* ECF Nos. 445, 709 and 735); and it is further

**ORDERED** that this Court has subject matter and personal jurisdiction over the Taliban for the claims raised by the *Bauer III* Plaintiffs under New York law; and it is further

**ORDERED** that partial final judgment is entered on behalf of the *Bauer III* Plaintiffs identified in Exhibit B attached to this Order against the Taliban; and it is further

**ORDERED** that intentional infliction of emotional distress damages under New York law are awarded to the *Bauer III* Plaintiffs identified in Exhibit B attached to this Order in the amount of $8,500,000.00 for each parent and $4,250,000.00 for each sibling; and it is further

**ORDERED** that the *Bauer III* Plaintiffs identified in Exhibit B attached to this Order are awarded prejudgment interest of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that *Bauer III* Plaintiffs may submit future applications for punitive damages and other appropriate damages at a later date consistent with any future rulings of this Court; and it is further

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12128 in 03-md-1570, ECF No.2528 in 02-cv-6977, and ECF No. 378 in 02-cv-7236.

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

Dated: New York, New York
_____, 2026