**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-1076 (GBD)(SN)
*Thomas Burnett, Sr., et al. v. Islamic Republic of Iran*, No. 1:15-cv-09903 (GBD)(SN)
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD)(SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD)(SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD)(SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN)
*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD)(SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, 1:18-cv-11870 (GBD)(SN)
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, 1:18-cv-11878 (GBD)(SN)
*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN)
*Michael Bianco, et al. v. Islamic Republic of Iran*, 1:20-cv-10902 (GBD)(SN)
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)

**PLAINTIFFS' NOTICE OF MOTION SEEKING ENTRY OF JUDGMENTS**
**PURSUANT TO RULE 58(d) AND TO EXTEND *NUNC PRO TUNC* 54(b) ORDER**

In this motion, Plaintiffs, through undersigned counsel, seek (1) entry of judgments under

Fed. R. Civ. P. 58(d) for seven documents issued by the Court as a Memorandum Decision and

Order or an Order, and (2) entry of final judgments under Fed. R. Civ. P. 54(b) for ten documents

(including the seven referenced directly above) issued by the Court as a Memorandum Decision and Order, an Order, or a Partial Final Judgment.

PLEASE TAKE NOTICE that Plaintiffs, hereby move pursuant to Fed. R. Civ. P. 58(d) for entry of judgments for seven documents issued by the Court as a Memorandum Decision and Order or an Order without an accompanying Clerk's Judgment. *See* ECF Nos. 5153, 5927, 8286, 8288, 9213, 9468, and 9931.

PLEASE TAKE FURTHER NOTICE that Plaintiffs respectfully move the Court for an order extending the Court's Memorandum Decision and Order at ECF No. 11878 for the resulting entered judgments for ECF Nos. 5153, 5927, 8286, 8288, 9213, 9468, and 9931, and for the Partial Judgments at ECF Nos. 9730, 11125, 11138, which would include:

(a) Denying without prejudice outstanding requests for additional damages related to the judgments; AND,

(b) Staying the deadlines for Plaintiffs to move for relief from final judgment until further order of the Court. *See* Fed. R. Civ. P. 60(b); AND,

(c) Determining that there is no just reason for delay and certifying the judgments as final judgments Plaintiffs' claims against Iran under Rule 54(b). And given the unique and exceptional circumstances, certifying under Rule 54(b) *nunc pro tunc* to the original filing date; AND,

(d) Pursuant to 28 U.S.C. § 1963, finding good cause for the immediate registration in the U.S. District Court for the Eastern District of New York of a certified copy of the Iran judgments; AND,

(e) Directing the Clerk of Court to process the Plaintiffs' forthcoming requests to certify the judgments for registration in the U.S. District Court for the Eastern District of New York.

Plaintiffs seek the relief requested herein to permit the Clerk of the Court to issue a Clerk's Certification of Judgment to be Registered in Another District. Plaintiffs seek to obtain these certified judgments to permit them to pursue execution and attachment efforts on assets allegedly owned or controlled by the Islamic Republic of Iran or its agencies or instrumentalities in the U.S. District Court for the Eastern District of New York, and any other assets that may be subject to execution and attachment in the future.

PLEASE TAKE FURTHER NOTICE that Plaintiffs respectfully request such other and further relief as this Honorable Court deems just and proper.

Dated:  June 17, 2026

Respectfully submitted,
**ANDERSON KILL P.C.**
 */s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
Bruce Strong, Esq.
Ethan Greenberg, Esq.
Alexander Greene, Esq.
Amy Weiss, Esq.
7 Times Square, 15th Floor
New York, New York 10036
jgoldman@andersonkill.com
Tel:  (212) 278-1000
Fax:  (212) 278-1733

*Attorneys for the O'Neill Plaintiffs*

3