**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |

**This Document relates to:**

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-1076 (GBD)(SN)
*Thomas Burnett, Sr., et al. v. Islamic Republic of Iran*, No. 1:15-cv-09903 (GBD)(SN)
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD)(SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD)(SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD)(SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN)
*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD)(SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, 1:18-cv-11870 (GBD)(SN)
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, 1:18-cv-11878 (GBD)(SN)
*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN)
*Michael Bianco et al. v. Islamic Republic of Iran*, 1:20-cv-10902 (GBD)(SN)
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)

**DECLARATION OF JERRY S. GOLDMAN IN SUPPORT OF**
**9/11 PLAINTIFFS' MOTION FOR ORDER TO PERMIT**
**ATTACHMENT AND EXECUTION PURSUANT TO 28 U.S.C. § 1610(c)**

JERRY S. GOLDMAN, Esq., hereby states under penalty of perjury that:

1.       I am an attorney and shareholder with Anderson Kill P.C., attorneys representing the Plaintiffs in the above-captioned actions who are specifically listed in *United States v.*

*Approximately 127,271 Bitcoin*, No. 1:25-cv-05745-RPK-CHK (E.D.N.Y.), ECF Nos. 70-1, 160-3, 260-1, 271.

2.      I submit this Declaration on behalf of the Plaintiffs' Motion Seeking Entry of Judgments Pursuant to Rule 58(d) and to Extend Nunc Pro Tunc 54(b) Order.

1.      The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the Plaintiffs in connection with litigation arising out of the terrorist attacks on September 11, 2001, other court records relating to the *In re Terrorist Attacks on Sept. 11, 2001* Multi-District Litigation, and my interactions with individuals within the United States Department of State.

2.      Attached hereto as Exhibit 1 is true and correct copy of the Court's September 13, 2019 Memorandum Decision and Order at ECF No. 5153.

3.      Attached hereto as Exhibit 2 is true and correct copy of the Court's February 12, 2020 Order at ECF No. 5927.

4.      Attached hereto as Exhibit 3 is true and correct copy of the Court's July 28, 2022 Memorandum Decision and Order at ECF No. ECF No. 8286.

5.      Attached hereto as Exhibit 4 is true and correct copy of the Court's July 28, 2022 Memorandum Decision and Order at ECF No. ECF No. 8288.

6.      Attached hereto as Exhibit 5 is true and correct copy of the Court's July 17, 2023 Memorandum Decision and Order at ECF No. 9213.

7.      Attached hereto as Exhibit 6 is true and correct copy of the Court's December 14, 2023 Memorandum Decision and Order at ECF No. 9468.

8.      Attached hereto as Exhibit 7 is true and correct copy of the Court's June 17, 2024 Memorandum Decision and Order at ECF No. 9931.

9.      Attached hereto as Exhibit 8 is true and correct copy of the Court's April 26, 2024 Partial Judgment at ECF No. 9730.

10.     Attached hereto as Exhibit 9 is true and correct copy of the Court's August 5, 2025 Partial Judgment at ECF No. 11125.

11.     Attached hereto as Exhibit 10 is true and correct copy of the Court's August 6, 2025 Partial Judgment at ECF No. 11138.

Dated: New York, New York
       June 17, 2026

/s/ *Jerry S. Goldman*
Jerry S. Goldman, Esq.