**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 1:02-cv-06977 (GBD)(SN)
*Burlingame, et al. v. Bin Laden, et al.*, No. 1:02-cv-07230 (GBD)(SN)
*O'Neill, et al.* v. *The Republic of Iraq*, No. 1:04-cv-01076 (GBD)(SN)
*Thomas Burnett, Sr., et al. v. Islamic Republic of Iran*, No. 1:15-cv-09903 (GBD)(SN)
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD)(SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD)(SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD)(SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN)
*Sirak Betru, et al. v. Islamic Republic of Iran*, 1:18-cv-08297 (GBD)(SN)
*Susan Nolan, et al. v. Islamic Republic of Iran*, 1:18-cv-11340 (GBD)(SN)
*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD)(SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, 1:18-cv-11870 (GBD)(SN)
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN)
*Maureen Moody-Theinert, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11876 (GBD)(SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, 1:18-cv-11878 (GBD)(SN)
*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)
*Marie Laure Anaya, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12341 (GBD)(SN)
*Thomas Arias, et al. v. Islamic Republic of Iran*, No. 1:19-cv-00041 (GBD)(SN)
*Gerard John Prior, et al. v. Islamic Republic of Iran*, No. 1:19-cv-00044 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN)
*Michael Bianco, et al. v. Islamic Republic of Iran*, 1:20-cv-10902 (GBD)(SN)
*Lisa Ortiz v. Islamic Republic of Iran*, No. 1:22-cv-03100 (GBD)(SN)
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)
*Justin Strauss, et al. v. Islamic Republic of Iran*, No. 1:22-cv-10823 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)

*Danielle Kelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-07283 (GBD)(SN)
*Gladys Lopez, et al. v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)
*Patricia Fennelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-10824 (GBD)(SN)
*Mary Jelnek, et al. v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)

## 9/11 PLAINTIFFS' MOTION FOR ORDER TO PERMIT ATTACHMENT AND EXECUTION PURSUANT TO 28 U.S.C. § 1610(c)

Pursuant to 28 U.S.C. § 1610(c), the *O'Neill*, *Burnett*, *Ashton*, *and Ashton-Burlingame* Plaintiffs (together, the "9/11 Plaintiffs"),[1] through the undersigned counsel, hereby respectfully move this Honorable Court for an Order finding that they have met the requirements to permit attachment and execution on their underlying judgments against the Islamic Republic of Iran ("Iran"), to wit: (1) notice required under 28 U.S.C. § 1608(e) has been given to Iran; (2) a reasonable period of time has elapsed since entry of the judgments and the giving of notice to Iran; and (3) the 9/11 Plaintiffs are authorized to enforce their judgment against property belonging to Iran, including its agencies and instrumentalities, by attachment, execution, or any other lawful means.

The 9/11 Plaintiffs, who are representatives of the estates of victims of the terrorist attacks on September 11, 2001, family members, or estates of family members, of such victims, and individuals who sustained personal injury on September 11, 2001, filed actions to hold accountable those who planned, executed, and/or provided material support and assistance in carrying out the most deadly and outrageous act of terror to occur on American soil. As relevant to this motion, beginning on August 19, 2019 through and including June 9, 2025, this Court entered partial final judgments awarding damages to the 9/11 Plaintiffs against Iran.

---

[1] The terms "*O'Neill* Plaintiffs," "*Burnett* Plaintiffs," "*Ashton* Plaintiffs," and "*Ashton-Burlingame* Plaintiffs," are defined, respectively, in the Declaration of Jerry S. Goldman, Declaration of John M. Eubanks, Declaration of Andrew J. Maloney, III, and Declaration of Jeanne M. O'Grady, all filed contemporaneously herewith.

2

The 9/11 Plaintiffs' partial final judgments were entered by default pursuant to 28 U.S.C. § 1608(e), and the 9/11 Plaintiffs have served each of the partial final judgments on Iran in conformity with 28 U.S.C. §§ 1608(e) and 1608(a)(4). Iran has been served through diplomatic channels with each underlying partial final judgment in accordance with 28 U.S.C. § 1608(a)(4). Pursuant to 28 U.S.C. § 1610(c), "a reasonable amount of time has elapsed following the entry of judgment and the giving of any notice required under" Section 1608(e) to permit attachment and execution on the 9/11 Plaintiffs' judgments.[2]

The 9/11 Plaintiffs seek authorization to pursue enforcement proceedings of the following property purportedly belonging to Iran: (1) 127,271 Bitcoin (the "Bitcoin"), currently worth approximately $8.5 billion, that is subject to a pending civil forfeiture proceeding that was commenced by the United States government in the EDNY (the "Forfeiture Proceeding"), *see United States v. Approximately 127,271 Bitcoin*, No. 1:25-cv-05745-RPK-CHK (E.D.N.Y), in which over ten thousand (10,000) 9/11-related Iranian judgment holders have asserted a claim; and (2) approximately $344 million of Tether cryptocurrency (the "Tether Assets") (added to the U.S. sanctions list as wallets associated with the Central Bank of Iran on April 24, 2026)[3] that is backed by U.S. Dollar reserves held by Cantor Fitzgerald LP, as custodian, in New York , and all proceeds traceable thereto, that are on the Tron blockchain in wallets frozen and sanctioned by the U.S. Department of Treasury, Office of Foreign Assets Control; and (3) any other property of Iran later discovered.

---

[2] On March 18, 2026, the Court entered an Order certifying the 9/11 Plaintiffs' previously entered partial final judgments against Iran as final under Fed. R. Civ. P. 54(b), *nunc pro tunc*, as of the date those partial final judgments were entered. *See* ECF Nos. 11878 & 11879.  Undersigned counsel would attempt to serve a 28 U.S.C. § 1610(c) Order on Iran pursuant to 28 U.S.C. § 1608(a); however, service is not presently possible as a result of ongoing hostilities with Iran.

[3] *See* U.S. Department of the Treasury, Office of Foreign Assets Control, *Iran-related Designations; Counter Terrorism and Iran-related Designation Update; Issuance of Iran-related General License* on Apr. 24, 2026, at https://ofac.treasury.gov/recent-actions/20260424.

Given these facts, the 9/11 Plaintiffs are entitled to an order authorizing them to enforce their partial final judgments against the above-referenced property—and any property later discovered—belonging to Iran, or its agencies and instrumentalities, by attachment, execution, or any other lawful means.

**WHEREFORE,** for the reasons stated above and in the accompanying Memorandum of Law in support thereof and the Declarations of Jerry S. Goldman, John M. Eubanks, Andrew J. Maloney, III, and Jeanne M. O'Grady, with exhibits attached thereto, the 9/11 Plaintiffs respectfully request that this Honorable Court enter an Order **GRANTING** this Motion to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c).

Dated: June 18, 2026

**ANDERSON KILL P.C.**

By: */s/ Jerry S. Goldman*
    Jerry S. Goldman, Esq.
    Bruce Strong, Esq.
    Ethan Greenberg, Esq.
    Alexander Greene, Esq.
    Amy Weiss, Esq.
    7 Times Square, 15th Floor
    New York, NY 10036
    jgoldman@andersonkill.com
    bstrong@andersonkill.com
    egreenberg@andersonkill.com
    agreene@andersonkill.com
    aweiss@andersonkill.com
    Tel.: (212) 278-1000
    Fax: (212) 278-1733

    *Attorneys for the O'Neill Plaintiffs*

**MOTLEY RICE LLC**

By: /s/ *John M. Eubanks*
    John M. Eubanks, Esq.
    John C. Duane, Esq.
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29465
    jeubanks@motleyrice.com
    jduane@motleyrice.com
    Tel.: (843) 216-9184
    Fax: (843) 216-9450

    *Attorneys for the Burnett Plaintiffs*

**KREINDLER & KREINDLER LLP**

By: */s/ Megan Wolfe Benett*
    Megan Wolfe Benett, Esq.
    485 Lexington Ave
    New York, NY 10017
    mbenett@kreindler.com
    Tel.: (212) 973-3438
    Fax: (212) 972-9432

    *Attorneys for the Ashton Plaintiffs*

**SPEISER KRAUSE, P.C.**

By: */s/ Jeanne M. O'Grady*
    Jeanne M. O'Grady, Esq.
    800 Westchester Avenue, Suite S-608
    Rye Brook, NY 10573
    jog@speiserkrause.com
    Tel.: (914) 220-5333
    Fax: (914) 220-5334

    *Attorneys for the Ashton-Burlingame Plaintiffs*