**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN)
*Arias, et al. v. Islamic Republic of Iran*, No. 19-cv-41 (GBD)(SN)
*Prior, et al. v. Islamic Republic of Iran*, No. 19-cv-44 (GBD)(SN)
*Ortiz  v. Islamic Republic of Iran*, No. 22-cv-03100 (GBD)(SN)

**DECLARATION OF JOHN M. EUBANKS IN SUPPORT OF 9/11 PLAINTIFFS'**
**MOTION FOR ORDER TO PERMIT ATTACHMENT AND EXECUTION PURSUANT**
**TO 28 U.S.C. § 1610(c)**

JOHN M. EUBANKS, Esquire, hereby states under penalty of perjury that:

1.      I am a member of the law firm of Motley Rice LLC, attorneys to the Plaintiffs in the above-captioned actions.  I submit this Declaration in support of the *Burnett* Plaintiffs' Motion for Order to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c).

2.      The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the *Burnett* Plaintiffs in connection with litigation arising out of the terrorist attacks on September 11, 2001, other court records relating to the *In re Terrorist Attacks on Sept. 11, 2001* Multi-District Litigation, and my interactions with individuals within the United States Department of State.  Any matters about which I lack personal knowledge are asserted herein upon information and belief.

3.      Attached hereto as Exhibit 1 is a chart containing the date and ECF numbers of the judgments as to liability the *Burnett* Plaintiffs obtained against the Islamic Republic of Iran ("Iran").

4.      For the purposes of the relief sought in this motion, the Court issued various partial final judgments and orders on behalf of the *Burnett* Plaintiffs assessing compensatory damages for their claims beginning on June 16, 2016 through January 29, 2025.

5.      Section 1608(e) of Title 28 requires that "a copy of any … default judgment [against a foreign state] shall be sent to the foreign state or political subdivision in the manner prescribed for service in this section."

6.      For each of the default judgments entered by the Court on behalf of the *Burnett* Plaintiffs against Defendant Iran, the *Burnett* Plaintiffs have sent the default judgment to Iran via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4).

7.      Attached as Exhibit 2 is a chart of the partial final judgments entered in this case for which the *Burnett* Plaintiffs hereby seek an Order under 28 U.S.C. § 1610(c) including the dates on which the U.S. Department of State verified delivery to the Iranian Ministry of Foreign Affairs, the number of the diplomatic note assigned to this service via diplomatic channels, and the Exhibit number containing the correspondence sent to the Clerk of the Court from the U.S. Department of State pertaining to the specific judgment.

8.      Attached as Exhibits 3-50 are true and correct copies of the letters sent by the Department of State to the Clerk of the Court confirming diplomatic service for each of the judgments, as indicated in the chart in Exhibit 2.

9.      Included with this motion is a Proposed Order Permitting the 9/11 Plaintiffs (including the *Burnett* Plaintiffs) to Seek Attachment and Execution of their judgments pursuant to 28 U.S.C. § 1610(c).

Dated: June 3, 2026                                     /s/ *John M. Eubanks*_____
      Mount Pleasant, South Carolina          John M. Eubanks, Esq.
                                        MOTLEY RICE LLC
                                        28 Bridgeside Blvd.

Mount Pleasant, SC 29464
Tel.: (843) 216-9000
Fax: (843) 216-9450
jeubanks@motleyrice.com