# EXHIBIT 48



**United States Department of State**

*Washington, D.C.    20520*

August 23, 2022

Ruby J. Krajick
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Arias, et al. v. The Islamic Republic of Iran,* **1:19-CV-00041 (GBD)(SN)**

Dear Ms. Krajick:

I am writing regarding the Court's request for transmittal of an Order of Partial Final Default Judgments on Behalf of Arias Plaintiffs Identified at Exhibit A (Arias V, October 5, 2021) and Notice of Default to the Government of the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1066-IE, dated July 7, 2022, and delivered on July 11, 2022. A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

Cc:    John Eubanks
       Motley Rice, LLC
       28 Bridgeside Boulevard
       Mt. Pleasant, SC 29464



U.S. Embassy
BERN, SWITZERLAND
https://ch.usembassy.gov
Customer: ARIAS V ISLAMIC REP OF
IRAN
Date: 6/21/2022 3:17:11 PM
Register: ACS Cash
Transaction: 15045841
Tender: U.S. Dollars
Exchange Rate: 1.00USD = 1.000LC

| Qty | Svc | Ctry Visa | Price |
|-----|-----|-----------|-------|
| 1 | 51 | | $2,275.00 |
| LETTERS | | | CHF 2'275.00 |
| ROGATORY/ISIA FEE | | | |

| | |
|---|---|
| Balance | $2,275.00 |
| Amount Paid | $2,275.00 |
| Change | $0.00 |

CUSTOMER COPY
**ALL TRANSACTIONS ARE
FINAL - NO REFUNDS**

Sensitive But Unclassified (SBU)

56258

