**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 1:02-cv-06977 (GBD)(SN); and member cases

*Burlingame, et al. v. Bin Laden, et al.*, No. 1:02-cv-07230 (GBD)(SN)
*Betru, et al, v. Islamic Republic of Iran,* 18-cv-08297 (GBD)(SN)
*Nolan, et al. v. Islamic Republic of Iran,* 18-cv-11340 (GBD)(SN)

**DECLARATION OF JEANNE M. O'GRADY IN SUPPORT OF 9/11 PLAINTIFFS' MOTION FOR ORDER TO PERMIT ATTACHMENT AND EXECUTION PURSUANT TO 28 U.S.C. § 1610(c)**

JEANNE M. O'GRADY, hereby states under penalty of perjury that:

1.    I am a member of the law firm of Speiser Krause, PC, attorneys to the Plaintiffs in the above-captioned actions.  I submit this Declaration in support of the *Ashton* Plaintiffs' Motion for Order to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c).

2.    The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the *Burlingame* subset of *Ashton* Plaintiffs[1] in connection with litigation arising out of the terrorist

---

[1] For ease of reference, the *Burlingame, Betru* and *Nolan* Plaintiffs represented by Speiser Krause are collectively referred to herein as the *Burlingame* subset of *Ashton* Plaintiffs. The *Burlingame* (02-cv-7230) and *Ashton* (02-cv-6977) matters were Ordered consolidated for liability purposes and mandated to proceed under the *Ashton, et al. v. al Qaeda Islamic Army, et al.* master docket number 02-cv-6977, with the filing of a consolidated master complaint. See 02-cv-6977, Doc. No. 15, Entered 11/19/2002. The *Burlingame* plaintiffs remain segregated within all consolidated *Ashton* filings and are identified therein according to their separate docket number and counsel. See, e.g., 02-cv-6977, Doc. No. 465, filed 03/30/2005. Pursuant to the Court's July 10, 2018 Order (ECF No. 4045), counsel for the *Burlingame* subset of *Ashton* Plaintiffs filed Short Form Complaints for the *Betru* and *Nolan* plaintiffs,

attacks on September 11, 2001, other court records relating to the *In re Terrorist Attacks on Sept. 11, 2001* Multi-District Litigation, and my interactions with individuals within the United States Department of State.  Any matters about which I lack personal knowledge are asserted herein upon information and belief.

3.      Attached hereto as Exhibit 1 is a chart containing the date and ECF numbers of the judgments as to liability the *Burlingame* subset of *Ashton* Plaintiffs obtained against the Islamic Republic of Iran ("Iran").

4.      For the purposes of the relief sought in this motion, the Court issued various partial final judgments and orders on behalf of the *Burlingame* subset of *Ashton* Plaintiffs assessing compensatory damages for their claims beginning on July 31, 2017 through January 21, 2026.

5.      Section 1608(e) of Title 28 requires that "a copy of any … default judgment [against a foreign state] shall be sent to the foreign state or political subdivision in the manner prescribed for service in this section."

6.      For each of the default judgments entered by the Court on behalf of the *Burlingame* subset of *Ashton* Plaintiffs against Defendant Iran, the *Burlingame* subset of *Ashton* Plaintiffs have sent the default judgment to Iran via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4).

7.      Attached as Exhibit 2 is a chart of the partial final judgments entered in this case for which the *Burlingame* subset of *Ashton* Plaintiffs hereby seek an Order under 28 U.S.C. § 1610(c) including the dates on which the U.S. Department of State verified delivery to the Iranian Ministry of Foreign Affairs, the number of the diplomatic note assigned to this service via

---

adopting all of the factual and jurisdictional allegations in the *Ashton* Amended Consolidated Complaint against the Islamic Republic of Iran and joining in all prior pleadings in *Ashton*. As provided for in the Court's July 10, 2018 Order, by filing the Short Form Complaint, the *Betru* and *Nolan* plaintiffs have joined and are bound by all decisions in *Ashton* and in this MDL that relate to all actions.

diplomatic channels, and the Exhibit number containing the correspondence sent to the Clerk of the Court from the U.S. Department of State pertaining to the specific judgment.

8.    Attached as Exhibits 3-22 are true and correct copies of the letters sent by the Department of State to the Clerk of the Court confirming diplomatic service for each of the judgments, as indicated in the chart in Exhibit 2.

9.    Included with this motion is a Proposed Order Permitting the 9/11 Plaintiffs (including the *Burlingame* subset of *Ashton* Plaintiffs) to Seek Attachment and Execution of their judgments pursuant to 28 U.S.C. § 1610(c).

Dated:  June 1, 2026
        Rye Brook, New York

/s/ *Jeanne M. O'Grady*_____ __
Jeanne M. O'Grady, Esq.
SPEISER KRAUSE, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel.: (914) 220-5333
Fax: (914) 220-5334
jog@speiserkrause.com

3