**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 1:02-cv-06977 (GBD)(SN)
*Burlingame, et al. v. Bin Laden, et al.*, No. 1:02-cv-07230 (GBD)(SN)
*O'Neill et al.* v. *The Republic of Iraq*, No. 1:04-cv-01076 (GBD)(SN)
*Thomas Burnett, Sr., et al. v. Islamic Republic of Iran*, No. 1:15-cv-09903 (GBD)(SN)
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD)(SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD)(SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD)(SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN)
*Sirak Betru, et al. v. Islamic Republic of Iran*, 1:18-cv-08297 (GBD)(SN)
*Susan Nolan, et al. v. Islamic Republic of Iran*, 1:18-cv-11340 (GBD)(SN)
*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD)(SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, 1:18-cv-11870 (GBD)(SN)
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN)
*Maureen Moody-Theinert, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11876 (GBD)(SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, 1:18-cv-11878 (GBD)(SN)
*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)
*Marie Laure Anaya, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12341 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN)
*Michael Bianco et al. v. Islamic Republic of Iran*, 1:20-cv-10902 (GBD)(SN)
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)
*Justin Strauss, et al. v. Islamic Republic of Iran*, No. 1:22-cv-10823 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)
*Danielle Kelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-07283 (GBD)(SN)
*Gladys Lopez, et al. v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)
*Patricia Fennelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-10824 (GBD)(SN)

*Mary Jelnek, et al. v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)

## DECLARATION OF JERRY S. GOLDMAN IN SUPPORT OF 9/11 PLAINTIFFS' MOTION FOR ORDER TO PERMIT ATTACHMENT AND EXECUTION PURSUANT TO 28 U.S.C. § 1610(c)

JERRY S. GOLDMAN, Esq., hereby states under penalty of perjury that:

1.      I am an attorney and shareholder with Anderson Kill P.C., attorneys representing the Plaintiffs in the above-captioned actions who are specifically listed in *United States v. Approximately 127,271 Bitcoin*, 1:25-cv-05745-RPK-CHK, ECF Nos. 70-1, 160-3, 260-1, 271 (collectively referred to herein for purposes of this affidavit as the "*O'Neill* Plaintiffs").

2.      I submit this Declaration on behalf of the *O'Neill* Plaintiffs in support of the 9/11 Plaintiffs' Motion for Order to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c).

3.      The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the *O'Neill* Plaintiffs in connection with litigation arising out of the terrorist attacks on September 11, 2001, other court records relating to the *In re Terrorist Attacks on Sept. 11, 2001* Multi-District Litigation, and my interactions with individuals within the United States Department of State.

4.      Attached hereto as Exhibit 1 is a chart containing the dates and ECF numbers of the judgments as to liability the *O'Neill* Plaintiffs obtained against the Islamic Republic of Iran ("Iran").

5.      For the purposes of the relief sought in this motion, the Court issued various partial final judgments and orders on behalf of the *O'Neill* Plaintiffs assessing compensatory damages for their claims beginning on August 19, 2019 through June 9, 2025.

6.      Section 1608(e) of Title 28 requires that "[a] copy of any … default judgment [against a foreign state] shall be sent to the foreign state or political subdivision in the manner prescribed for service in this section."

7.      The *O'Neill* Plaintiffs have served each default judgment they have been awarded by the Court on Iran via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4).

8.      Attached as Exhibit 2 is a chart of the partial final judgments entered in this case for which the *O'Neill* Plaintiffs hereby seek an Order under 28 U.S.C. § 1610(c), including the dates on which the U.S. Department of State verified delivery to the Iranian Ministry of Foreign Affairs, the number of the diplomatic note assigned to this service via diplomatic channels, and the exhibit number containing the correspondence sent to the Clerk of the Court from the U.S. Department of State pertaining to the specific judgment.

9.      Attached as Exhibits 3-62 are true and correct copies of the letters sent by the U.S. Department of State to the Clerk of the Court, with diplomatic notes attached thereto, confirming diplomatic service for each of the judgments, as indicated in the chart in Exhibit 2.

10.     Included with this motion is a Proposed Order Permitting the 9/11 Plaintiffs (including the *O'Neill* Plaintiffs) to Seek Attachment and Execution of their judgments pursuant to 28 U.S.C. § 1610(c).

Dated: New York, New York
       June 18, 2026

                                        /s/ Jerry S. Goldman
                                        Jerry S. Goldman, Esq.

3