**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 1:02-cv-06977 (GBD)(SN)
*Betru, et al. v. Islamic Republic of Iran*, 18-cv-08297 (GBD)(SN)

### DECLARATION OF ANDREW J. MALONEY, III IN SUPPORT OF 9/11 PLAINTIFFS' MOTION FOR ORDER TO PERMIT ATTACHMENT AND EXECUTION PURSUANT TO 28 U.S.C. § 1610(c)

ANDREW J. MALONEY, III, Esq., hereby states under penalty of perjury that:

1. I am an attorney and partner at Kreindler & Kreindler LLP, counsel representing the plaintiffs in the above-captioned actions who are the estates of individuals killed in the September 11, 2001 terrorist attacks, their families and people grievously injured in the attacks that day (the "*Ashton* Plaintiffs") who are specifically listed in *United States v. Approximately 127,271 Bitcoin*, 1:25-cv-05745-RPK, ECF Nos. 70, 161, 260, 271 along with other plaintiffs killed and injured in the September 11, 2001 terrorist attacks (collectively, the "9/11 Plaintiffs").

2. I submit this Declaration in support of the 9/11 Plaintiffs' Motion for Order to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c).

3. The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the *Ashton* Plaintiffs in connection with litigation arising out of the terrorist attacks on September 11, 2001, other court records relating to the *In re Terrorist Attacks on Sept. 11, 2001* Multi-District Litigation, and interactions between individuals within the United States Department of State and

myself and others in my office.  Any matters about which I lack personal knowledge are asserted herein upon information and belief.

4.      Attached hereto as Exhibit 1 is a true and accurate chart containing the date and ECF numbers of the judgments as to liability the *Ashton* Plaintiffs obtained against the Islamic Republic of Iran ("Iran") pursuant to, among other things, the Federal Sovereign Immunities Act (28 U.S.C. § 1605 *et seq*) ("FSIA").

5.      For purposes of the relief sought in this motion, the Court issued various final judgments and orders on behalf of the *Ashton* Plaintiffs assessing compensatory damages for their claims as set forth on the attached Exhibit 2, which is a true and accurate chart containing the date and ECF numbers of the damages judgments for the *Ashton* Plaintiffs.

6.      The FSIA states that "a copy of any … default judgment [against a foreign state] shall be sent to the foreign state or political subdivision in the manner prescribed for service in this section." 28 U.S.C. § 1608(e).

7.      The *Ashton* Plaintiffs have sent all default judgments this Court entered on behalf of the *Ashton* Plaintiffs against Iran to Iran via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4).

8.      Exhibit 2 shows the damages judgments entered in this case for which the *Ashton* Plaintiffs hereby seek an Order under 28 U.S.C. § 1610(c), including the dates on which the service package was sent, and, where available, the date on which the U.S. Department of State verified delivery to the Iranian Ministry of Foreign Affairs, the number of the diplomatic note assigned to this service via diplomatic channels, and the Exhibit number containing the correspondence sent to the Clerk of the Court from the U.S. Department of State pertaining to the specific judgment.

9.      Attached as Exhibits 3-29 are true and correct copies of the letters sent by the Department of State to the Clerk of the Court confirming diplomatic service for each of the judgments, as indicated in the chart in Exhibit 2.

10.      For those judgments where the U.S. Department of State has not yet provided a verification, my office is in communications with legal counsel there to obtain copies of the diplomatic notes or other verifications.  I can attest, however, that in all of the matters set forth on Exhibit 2, my office complied with the FSIA service requirements and sent the judgments pursuant to the procedure set forth in 28 U.S.C. § 1608(a)(4).

11.      Included with this motion is a Proposed Order Permitting the 9/11 Plaintiffs (including the *Ashton* Plaintiffs) to Seek Attachment and Execution of their judgments pursuant to 28 U.S.C. § 1610(c).

Dated: New York, New York
           June 3, 2026

                                        */s/ Andrew J. Maloney, III*
                                        Andrew J. Maloney, Esq.

3