**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 1:02-cv-06977 (GBD)(SN)
*Burlingame, et al. v. Bin Laden, et al.*, No. 1:02-cv-07230 (GBD)(SN)
*O'Neill et al.* v. *The Republic of Iraq*, No. 1:04-cv-01076 (GBD)(SN)
*Thomas Burnett, Sr., et al. v. Islamic Republic of Iran*, No. 1:15-cv-09903 (GBD)(SN)
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD)(SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD)(SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD)(SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN)
*Sirak Betru, et al. v. Islamic Republic of Iran*, 1:18-cv-08297 (GBD)(SN)
*Susan Nolan, et al. v. Islamic Republic of Iran*, 1:18-cv-11340 (GBD)(SN)
*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD)(SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, 1:18-cv-11870 (GBD)(SN)
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN)
*Maureen Moody-Theinert, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11876 (GBD)(SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, 1:18-cv-11878 (GBD)(SN)
*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)
*Marie Laure Anaya, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12341 (GBD)(SN)
*Thomas Arias, et al. v. Islamic Republic of Iran*, No. 1:19-cv-00041 (GBD)(SN)
*Gerard John Prior, et al. v. Islamic Republic of Iran*, No. 1:19-cv-00044 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN)
*Michael Bianco et al. v. Islamic Republic of Iran*, 1:20-cv-10902 (GBD)(SN)
*Lisa Ortiz v. Islamic Republic of Iran*, No. 1:22-cv-03100 (GBD)(SN)
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)
*Justin Strauss, et al. v. Islamic Republic of Iran*, No. 1:22-cv-10823 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)
*Danielle Kelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-07283 (GBD)(SN)
*Gladys Lopez, et al. v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)
*Patricia Fennelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-10824 (GBD)(SN)

*Mary Jelnek, et al. v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)

**[PROPOSED] ORDER PERMITTING ATTACHMENT AND EXECUTION OF THE 9/11 PLAINTIFFS' JUDGMENTS PURSUANT TO 28 U.S.C. § 1610(c)**

Upon consideration of the evidence and arguments submitted by the 9/11 Plaintiffs, including Plaintiffs' Motion for an Order to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c), the Memorandum of Law in Support thereof, the Declaration of Jerry S. Goldman ("Goldman Dec."), Declaration of John M. Eubanks ("Eubanks Dec."), Declaration of Andrew J. Maloney, III ("Maloney Dec."), and Declaration of Jeanne O'Grady ("O'Grady Dec."), and the exhibits appended thereto, it is hereby:

**ORDERED** that the Islamic Republic of Iran ("Iran") was served with each partial final judgment (including any underlying liability judgment), which are final Rule 54(b) judgments as detailed at ECF Nos. 11878 & 11879, together with related papers, through diplomatic channels in accordance with 28 U.S.C. § 1608(a)(4) on the dates listed in Goldman Dec., Ex. 2; Eubanks Dec., Ex. 2; Maloney Dec., Ex. 2; O'Grady Dec., Ex. 2, as set forth in the table directly below:

| Judgment Order Date | Judgment ECF No(s).[1] | Date(s) Delivered to Iranian Ministry of Foreign Affairs[2] |
|---|---|---|
| 3/8/2016 | 3226 | 10/4/2017 |
| 6/16/2016 | 3300 | 10/4/2017 |
| 10/21/2016 | 3387 | 9/19/2017 |
| 10/31/2016 | 3386 | 10/4/2017 |
| 11/16/2016 | 3394 | 10/4/2017 |
| 7/31/2017 | 3666/6042 | 12/10/2017 |
| 8/17/2017 | 3706 | 12/14/2017 |
| 4/25/2018 | 3979 | 8/12/2018 |
| 4/30/2018 | 3987 | 8/5/2018 |

---

[1] ECF No. references are to the docket in the multidistrict litigation, *In re Terrorist Attacks on September 11, 2001*, 03-mdl-1570 (GBD)(SN), unless otherwise indicated.

[2] Where more than one service date appears, in that case the damages judgment was awarded by the Court to 9/11 Plaintiffs represented by more than one law firm and was served on Iran on different dates.

| Judgment Order Date | Judgment ECF No(s).[1] | Date(s) Delivered to Iranian Ministry of Foreign Affairs[2] |
|---|---|---|
| 6/8/2018 | 4023 | 9/4/2018 |
| 7/16/2018 | 4052 | 12/5/2018 |
| 8/7/2018 | 4087 | 10/24/2018 |
| 8/16/2018 | 4106 | 12/5/2018 |
| 8/28/2018 | 4126 | 12/6/2018 |
| 8/28/2018 | 4127 | 12/5/2018 |
| 9/4/2018 | 4146 | 12/6/2018 |
| 9/7/2018 | 4152 | 11/27/2019 |
| 9/12/2018 | 4156 | 12/5/2018 |
| 9/13/2018 | 4171 | 12/19/2018 |
| 9/13/2018 | 4175/4182 | 12/19/2018 |
| 9/13/2018 | 4175 | 12/5/2018 |
| 9/13/2018 | 4170 | 1/28/2019; 12/29/2019 |
| 9/17/2018 | 4186 | 12/29/2019 |
| 5/2/2019 | 4503 | 7/24/2019 |
| 7/29/2019 | 4707 | 11/3/2019 |
| 8/15/2019 | 4880 | 11/5/2019 |
| 8/19/2019 | 4884 | 1/22/2020 |
| 8/19/2019 | 4885 | 11/20/2019 |
| 8/20/2019 | 4897 | 1/22/2020 |
| 8/20/2019 | 4898 | 11/17/2019 |
| 8/26/2019 | 4996 | 11/20/2019 |
| 8/26/2019 | 4997 | 11/20/2019 |
| 9/3/2019 | 5062 | 11/27/2019 |
| 9/3/2019 | 5061/6202 | 11/27/2019 |
| 9/3/2019 | 5047 | 1/22/2020 |
| 9/3/2019 | 5048 | 11/20/2019 |
| 9/3/2019 | 5049 | 11/27/2019 |
| 9/3/2019 | 5050 | 11/20/2019 |
| 9/3/2019 | 5051 | 11/20/2019 |
| 9/3/2019 | 5053 | 11/27/2019 |
| 9/3/2019 | 5054 | 11/20/2019 |
| 9/3/2019 | 5055 | 1/22/2020 |
| 9/3/2019 | 5056 | 11/20/2019 |
| 9/3/2019 | 5061 | 11/27/2019 |
| 9/3/2019 | 5063 | 11/20/2019 |
| 9/3/2019 | 5064 | 1/22/2020 |
| 9/3/2019 | 5058 | 11/18/2019 |

3

| Judgment Order Date | Judgment ECF No(s).[1] | Date(s) Delivered to Iranian Ministry of Foreign Affairs[2] |
|---|---|---|
| 9/4/2019 | 5067 | 11/20/2019 |
| 9/4/2019 | 5068 | 11/20/2019 |
| 9/4/2019 | 5069 | 1/22/2020 |
| 9/4/2019 | 5070 | 1/22/2020 |
| 9/4/2019 | 5071 | 11/20/2019 |
| 9/4/2019 | 5072 | 1/22/2020 |
| 9/6/2019 | 5092/6042 | 11/27/2019 |
| 9/6/2019 | 5087/6203/6205/7288 | 11/27/2019 |
| 9/6/2019 | 5088 | 11/20/2019 |
| 9/6/2019 | 5087 | 11/27/2019 |
| 9/6/2019 | 5093 | 11/20/2019 |
| 9/9/2019 | 5104 | 11/1/2019 |
| 9/9/2019 | 5102 | 1/13/2020 |
| 9/9/2019 | 5101 | 12/10/2019 |
| 9/10/2019 | 5138 | 11/27/2019 |
| 9/10/2019 | 5136 | 11/1/2019 |
| 9/11/2019 | 5126 | 11/20/2019 |
| 9/11/2019 | 5129 | 11/27/2019 |
| 9/11/2019 | 5132 | 11/20/2019 |
| 9/11/2019 | 5133 | 11/20/2019 |
| 9/12/2019 | 5145 | 11/27/2019 |
| 9/13/2019 | 5151 | 11/27/2019 |
| 9/13/2019 | 5155 | 11/27/2019 |
| 12/13/2019 | 5356 | 10/20/2020 |
| 1/7/2020 | 5453 | 4/9/2020 |
| 1/8/2020 | 5467 | 8/2/2020 |
| 1/8/2020 | 5466 | 8/2/2020 |
| 1/15/2020 | 5976 | 7/14/2020 |
| 1/30/2020 | 5784 | 10/5/2020 |
| 1/30/2020 | 5774 | 7/14/2020 |
| 2/5/2020 | 5848 | 10/5/2020 |
| 2/5/2020 | 5851 | 10/5/2020 |
| 2/5/2020 | 5843 | 7/8/2020 |
| 2/5/2020 | 5845 | 7/1/2020 |
| 2/5/2020 | 5847 | 7/8/2020 |
| 2/5/2020 | 5849 | 7/1/2020 |
| 2/5/2020 | 5850 | 7/6/2020 |
| 2/5/2020 | 5852 | 7/6/2020 |

4

| Judgment Order Date | Judgment ECF No(s).[1] | Date(s) Delivered to Iranian Ministry of Foreign Affairs[2] |
|---|---|---|
| 2/5/2020 | 5853 | 7/1/2020 |
| 2/5/2020 | 5865 | 7/14/2020 |
| 2/5/2020 | 5846 | 7/14/2020 |
| 2/7/2020 | 5876 | 7/1/2020 |
| 2/12/2020 | 5918/6043 | 10/5/2020 |
| 2/12/2020 | 5917 | 7/8/2020 |
| 2/12/2020 | 5919 | 7/8/2020 |
| 2/12/2020 | 5928 | 7/6/2020 |
| 2/12/2020 | 5929 | 7/14/2020 |
| 2/12/2020 | 5933 | 7/6/2020 |
| 2/12/2020 | 5926 | 6/29/2020 |
| 2/12/2020 | 5920 | 7/14/2020 |
| 2/14/2020 | 5951/5968 | 11/4/2020 |
| 2/14/2020 | 5949/5960 | 10/5/2020 |
| 2/14/2020 | 5946/5963 | 10/5/2020 |
| 2/14/2020 | 5948/5962 | 10/5/2020 |
| 2/14/2020 | 5955/5970 | 10/5/2020 |
| 2/14/2020 | 5965 | 6/29/2020 |
| 2/18/2020 | 5975/6042/6044 | 10/20/2020 |
| 2/18/2020 | 5979 | 10/20/2020 |
| 2/18/2020 | 5969 | 10/5/2020 |
| 2/18/2020 | 5957/5980 | 10/10/2020 |
| 2/18/2020 | 5974 | 6/29/2020; 7/8/2020 |
| 2/18/2020 | 5975 | 10/20/2020 |
| 2/18/2020 | 5977 | 7/1/2020 |
| 2/18/2020 | 5971 | 6/29/2020 |
| 2/18/2020 | 5976 | 7/14/2020 |
| 3/6/2020 | 6035 | 7/24/2022 |
| 3/6/2020 | 6034 | 7/24/2022 |
| 3/6/2020 | 6038 | 7/24/2022 |
| 3/6/2020 | 6037 | 7/24/2022 |
| 3/6/2020 | 6040 | 7/24/2022 |
| 5/11/2020 | 6202 | 11/27/2019 |
| 10/5/2021 | 7188 | 7/24/2022 |
| 10/5/2021 | 7180 | 7/11/2022 |
| 10/5/2021 | 7182 | 11/13/2022 |
| 10/5/2021 | 7190 | 6/29/2022 |
| 10/5/2021 | 7170 | 6/29/2022 |

5

| Judgment Order Date | Judgment ECF No(s).[1] | Date(s) Delivered to Iranian Ministry of Foreign Affairs[2] |
|---|---|---|
| 10/5/2021 | 7172 | 6/29/2022 |
| 10/5/2021 | 7188 | 7/24/2022 |
| 10/25/2021 | 1:15-cv-9903, 515 | 10/24/2022 |
| 1/4/2022 | 7521 | 12/13/2022 |
| 1/4/2022 | 7522 | 12/13/2022 |
| 1/4/2022 | 7523 | 12/13/2022 |
| 1/4/2022 | 7527 | 12/13/2022 |
| 1/10/2022 | 7580 | 6/15/2022 |
| 7/19/2022 | 8238 | 7/24/2022 |
| 7/19/2022 | 8233 | 12/11/2022 |
| 7/19/2022 | 8235 | 1/9/2023 |
| 7/19/2022 | 8232 | 1/9/2023 |
| 7/19/2022 | 8239 | 1/9/2023 |
| 7/19/2022 | 8231 | 12/11/2022 |
| 7/21/2022 | 8245 | 4/3/2024 |
| 8/2/2022 | 8310 | 12/11/2022 |
| 8/2/2022 | 8311 | 11/21/2022 |
| 4/3/2023 | 8978 | 4/3/2024 |
| 6/26/2023 | 9159 | 1/29/2024 |
| 11/7/2023 | 9416 | 5/7/2024 |
| 3/26/2024 | 9668 | 7/2/2024 |
| 6/17/2024 | 9932 | 11/5/2024 |
| 6/17/2024 | 9927 | 11/5/2024 |
| 6/17/2024 | 9933 | 12/2/2024 |
| 6/17/2024 | 9935 | 12/2/2024 |
| 6/17/2024 | 9928 | 10/6/2024 |
| 6/17/2024 | 9934 | 10/22/2024 |
| 6/17/2024 | 9925 | 11/5/2024 |
| 8/28/2024 | 10266 | 12/22/2024; 1/13/2025; 2/11/2025 |
| 8/29/2024 | 10276 | 2/11/2025 |
| 8/29/2024 | 10277 | 1/13/2025 |
| 9/3/2024 | 10292 | 1/13/2025; 2/11/2025 |
| 9/5/2024 | 10306 | 1/13/2025 |
| 9/17/2024 | 10373 | 2/19/2025 |
| 9/20/2024 | 10388 | 2/19/2025 |
| 9/20/2024 | 10389 | 2/11/2025 |
| 9/20/2024 | 10390 | 1/13/2025 |

DOCS-100886832.4

| Judgment Order Date | Judgment ECF No(s).[1] | Date(s) Delivered to Iranian Ministry of Foreign Affairs[2] |
|---|---|---|
| 1/29/2025 | 10681/11138 | 11/9/2025 |
| 5/29/2025 | 10984 | 11/9/2025 |
| 5/29/2025 | 10997 | 12/8/2025 |
| 5/29/2025 | 10987 | 11/20/2025; 12/8/2025 |
| 6/2/2025 | 11000 | 12/8/2025 |
| 6/9/2025 | 11011 | 12/8/2025 |

; and it is further

**ORDERED** that a reasonable period of time has elapsed following (a) the entry of each partial final judgment and (b) the giving of notice of each partial final judgment to Iran through diplomatic channels under 28 U.S.C. § 1608(a)(4); and it is further

**ORDERED** that the requirements of 28 U.S.C. §§ 1608(e) and 1610(c) have been fully satisfied; and it is further

**ORDERED** that the 9/11 Plaintiffs, as holders of valid judgments against Iran, a foreign state, are authorized to pursue attachment of the (1) 127,271 Bitcoin (the "Bitcoin"), currently worth approximately $8.5 billion, that is subject to a pending civil forfeiture proceeding that was commenced by the United States government in the EDNY (the "Forfeiture Proceeding"), *see United States v. Approximately 127,271 Bitcoin*, No. 1:25-cv-05745-RPK-CHK (E.D.N.Y), in which over ten thousand (10,000) 9/11-related Iranian judgment holders have asserted a claim; and (2) approximately $344 million of Tether cryptocurrency (the "Tether Assets") (added to the U.S. sanctions list as wallets associated with the Central Bank of Iran on April 24, 2026)[3] that is

---

[3] *See* U.S. Department of the Treasury, Office of Foreign Assets Control, *Iran-related Designations; Counter Terrorism and Iran-related Designation Update; Issuance of Iran-related General License* on Apr. 24, 2026, at https://ofac.treasury.gov/recent-actions/20260424.

DOCS-100886832.4

8

backed by U.S. Dollar reserves held by Cantor Fitzgerald LP, as custodian, in New York , and all proceeds traceable thereto, that are on the Tron blockchain in wallets frozen and sanctioned by the U.S. Department of Treasury, Office of Foreign Assets Control; and (3) any other property of Iran later discovered, in aid of execution of the partial final judgments listed above against Iran, including its agencies and instrumentalities, using any lawful means.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12138.

**SO ORDERED:**

Date: _____      _____
New York, New York          GEORGE B. DANIELS
                            UNITED STATES DISTRICT JUDGE

DOCS-100886832.4