

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 22, 2026

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MD 1570 (GBD)(SN)

Dear Judge Netburn:

      This Office represents the U.S. government agencies (the "agencies" or the "Government") that received *Touhy* requests and third-party subpoenas from the Plaintiffs' Executive Committees ("Plaintiffs") and the Government of Sudan ("Sudan," and together with Plaintiffs, the "parties") in the above-referenced case in March 2025. I write respectfully to provide this month's status report regarding the agencies' searches for documents responsive to these subpoenas as directed by the Court's January 21, 2026, Order. ECF No. 11474 (memo endorsement).

      **Federal Bureau of Investigation:** The FBI has completed its searches for records responsive to those portions of the parties' requests that it indicated to the parties it would search for,[1] and made productions on November 25, 2025; February 27, 2026; and April 30, 2026. The FBI still anticipates completing its productions from these searches by the end of June. On May 27, 2026, the FBI received a letter from Plaintiffs identifying categories of what Plaintiffs consider to be missing records and other omissions from the FBI's productions to date, and asking the FBI to confirm that it is searching for and collecting those documents. The FBI is currently reviewing Plaintiffs' letter and will be conducting additional searches as a result. The timing for the FBI to conduct these searches and produce any additional responsive documents has not yet been determined. Sudan has informed the Government that it is continuing its review the FBI's productions and reserves all rights with regard to any issues, objections, or disputes that may arise from those productions.

      **U.S. Department of State:** State has completed its searches for records responsive to those portions of the parties' requests that it indicated to the parties it would search for, and has been reviewing its search results for responsiveness. State has made productions on February 2 and March 24, 2026, and its next production remains forthcoming. State still anticipates completing its productions by the end of August.

---

[1] As previously indicated, the FBI will include within its productions any records responsive to the parties' requests to the U.S. Marshals Service that the Government has agreed to process.

**Central Intelligence Agency:**  The CIA has completed its responses to the portions of the parties' requests to which it has agreed to respond—those seeking the reprocessing of specifically identified and acknowledged CIA records.  The agency made a production of 42 documents on March 20, 2026, and produced the remaining documents on May 19, 2026. Whether and to what extent the CIA must respond to the remainder of the parties' subpoenas is the subject of a motion to compel on which the briefing is complete.  *See* ECF Nos. 11796-11799, 11854-11855, 11899-11900, 11983, 11995.

\* \* \*

Pursuant to the Court's direction that the Government submit monthly status reports, the Government intends to provide its next status report on July 22, 2026.

We thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ Jean-David Barnea
JEAN-DAVID BARNEA
JENNIFER A. JUDE
Assistant United States Attorneys
Telephone: (212) 637-2679/2663
Email: Jean-David.Barnea@usdoj.gov
            Jennifer.Jude@usdoj.gov

cc:    Counsel for all parties (by ECF)

LEGAL\116258725\1