**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                          Civil Action No.
SEPTEMBER 11, 2001                                   03 MDL 1570


--------------------------------------------------------------x

This document relates to:

   *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12158 in 03-MDL-1570 (GBD)(SN) and ECF No. 1223 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**


June ___, 2026                              _____
New York, New York                          SARAH NETBURN
                                            United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Agnes Esposito as Administrator of the Estate of Simone Esposito, Deceased Sibling of Michael Esposito, Deceased | Simone Esposito in their own right as the Sibling of Michael Esposito, Deceased | 1:15-cv-09903, 53, at 614 | Michael Esposito |
| 2 | Robert Edward Wildman as Administrator of the Estate of Alison M. Wildman, Deceased | Arthur S. Wildman, Jr., as Personal Representative of the Estate of Alison M. Wildman, Deceased and on behalf of all beneficiaries of Alison M. Wildman | 1:15-cv-09903, 53, at 2306 | Alison M. Wildman |
| 3 | Patricia Mary Deechan as Administrator of the Estate of Hannah E. O'Rourke, Deceased Parent of Kevin M. O'Rourke, Deceased | Hannah O'Rourke in their own right as the Parent of Kevin M. O'Rourke, Deceased | 1:15-cv-09903, 53, at 1834 | Kevin M. O'Rourke |
| 4 | Christian John Horrocks as Representative of the Estate of William Lawrence Horrocks, Sr., Deceased Parent of Michael Robert Horrocks, Deceased | William Lawrence Horrocks, Sr. | 1:15-cv-09903, 468, at 15 | Michael Robert Horrocks |
| 5 | Debra Ann Jensen as Personal Representative of the Estate of Suzanne M. Calley, Deceased | Frank Jensen, as Personal Representative of the Estate of Suzanne M. Calley, Deceased and on behalf of all beneficiaries of Suzanne M. Calley | 1:15-cv-09903, 53, at 2995 | Suzanne M. Calley |
| 6 | Denise M. Tracey as Personal Representative of the Estate of Alfonse Niedermeyer, Deceased Parent of Alfonse J. Niedermeyer, Deceased | Carol Ann Niedermeyer, as Personal Representative of the Estate of Alfonse Niedermeyer, Deceased Parent of Alfonse J. Niedermeyer, Deceased | 1:15-cv-09903, 53, at 2211, 10252, at 280, 10256 | Alfonse J. Niedermeyer |
| 7 | Cheryl Scott-Mouzon as Personal Representative of the Estate of Brandice Renee Williams, Deceased Child of Manette M. Beckles, Deceased | Edward C. Williams as Representative of the Estate of Brandice Renee Williams, Deceased Child of Manette M. Beckles, Deceased | 1:15-cv-09903, 237, at 7; 11812, at 31, 11814 | Manette M. Beckles |
| 8 | Denise M. Tracey as Personal Representative of the Estate of Carol Niedermeyer, Deceased Parent of Alfonse J. Niedermeyer, Deceased | Carol Niedermeyer in their own right as the Parent of Alfonse J. Niedermeyer, Deceased | 1:15-cv-09903, 53, at 2212 | Alfonse J. Niedermeyer |
| 9 | Kathleen M. Grinley as Personal Representative of the Estate of Claire Angell Miller, Deceased Sibling of David Lawrence Angell, Deceased | Claire Angell Miller in their own right as the Sibling of David Lawrence Angell, Deceased | 1:15-cv-09903, 53, at 3117 | David Lawrence Angell |
| 10 | George Michael Bergin as Personal Representative of the Estate of George R. Bergin, Deceased Parent of John P. Bergin, Deceased | Agnes Theresa Bergin, as Personal Representative of the Estate of George R. Bergin, Deceased Parent of John P. Bergin, Deceased | 1:15-cv-09903, 53, at 600, 10252, at 23, 10256 | John P. Bergin |