**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN)
*Arias, et al. v. Islamic Republic of Iran*, No. 19-cv-00041 (GBD)(SN)

### PLAINTIFFS' NOTICE OF MOTION SEEKING ENTRY OF PARTIAL FINAL JUDGMENTS PURSUANT TO RULE 54(b)

Upon the supporting Memorandum of Law and the Declaration of John C. Duane, Esq. ("Duane Declaration) and Exhibits A, B, C, and D attached thereto, Plaintiffs in the above-captioned matters (the "Moving Plaintiffs") who previously received partial default judgments against the Islamic Republic of Iran ("Defendant Iran"), the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran in two recent Orders issued by the Court on May 28, 2026 (ECF No. 12094 – Memorandum Opinion and Order) and June 1, 2026 (ECF No. 12101 – Amended Order), by and through counsel, respectfully move this Court for an ORDER:

(1)     denying without prejudice additional damages these Moving Plaintiffs could seek, such as punitive damages, additional economic damages, or other appropriate damages, and staying the deadline for filing any Fed. R. Civ. P. 60(b) motion to reconsider such dismissal; AND

(2)     entering  partial final judgments under Fed. R. Civ. P. 54(b) with respect to the Moving Plaintiffs' 1605A claims against Defendant Iran, as well as finding that the conditions for entry of partial final judgments under Fed. R. Civ. P. 54(b) are met, in that (1) multiple parties are present; (2) the rights and liabilities of at least one party have been finally decided within the meaning of 28 U.S.C. § 1291; and (3) no just reason for delay exists; AND

(3)     granting the Moving Plaintiffs such other and further relief as this Honorable Court deems just and proper.

As discussed in the supporting Memorandum of Law, the Moving Plaintiffs seek to obtain these partial final judgments under Fed. R. Civ. P. 54(b) to permit them to pursue execution and attachment efforts on assets allegedly owned or controlled by Defendant Iran or its agencies or instrumentalities in the Eastern District of New York and elsewhere as additional Iranian assets are identified and located.

Dated:  June 26, 2026

Respectfully submitted,

MOTLEY RICE LLC

/s/  *John C. Duane*
John C. Duane, Esq.
John M. Eubanks, Esq.
Robert T. Haefele, Esq.
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Tel: 843-216-9000
Fax: 843-216-9450
jduane@motleyrice.com
jeubanks@motleyrice.com
rhaefele@motleyrice.com

Attorneys for the *Burnett* and *Arias*
Plaintiffs