**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN)
*Arias, et al. v. Islamic Republic of Iran*, No. 19-cv-00041 (GBD)(SN)

## DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION SEEKING ENTRY OF PARTIAL FINAL JUDGMENTS PURSUANT TO RULE 54(b)

JOHN C. DUANE, Esquire, hereby states under penalty of perjury that:

1.      I am an attorney with the law firm of Motley Rice LLC, attorneys for the Plaintiffs in the above-captioned matters. I submit this Declaration in support of this Rule 54(b) Motion on behalf of the Plaintiffs identified in the attached Exhibits A, B, C, and D (the "Moving Plaintiffs"), who previously received partial default judgments against the Islamic Republic of Iran ("Defendant Iran"), the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran in two recent Orders issued by the Court on May 28, 2026 (ECF No. 12094 – Memorandum Opinion and Order) and June 1, 2026 (ECF No. 12101 – Amended Order). The Moving Plaintiffs, by and through their counsel, Motley Rice LLC, respectfully move the Court for an Order:

(1)      denying without prejudice additional damages these Moving Plaintiffs could seek, such as punitive damages, additional economic damages, or other appropriate damages, and staying the deadline for filing any Fed. R. Civ. P. 60(b) motion to reconsider such dismissal; AND

(2)      entering partial final judgments under Fed. R. Civ. P. 54(b) with respect to the Moving Plaintiffs' 1605A claims against Defendant Iran, as well as finding that the

conditions for entry of partial final judgments under Fed. R. Civ. P. 54(b) are met, in that (1) multiple parties are present; (2) the rights and liabilities of at least one party have been finally decided within the meaning of 28 U.S.C. § 1291; and (3) no just reason for delay exists; AND

(3)     granting the Moving Plaintiffs such other and further relief as this Honorable Court deems just and proper.

2.      The form of this motion and the relief requested herein are intended to comply with the following orders of this Court:

a.      The Court's Order dated March 18, 2026 (ECF No. 11878) finding no just reason for delay and certifying under Rule 54(b) the underlying Iran Judgments as final judgments against Defendant Iran.

b.      The Court's Order dated April 30, 2026 (ECF No. 12041) regarding Rule 54(b) certification for default judgment motions.

3.      As noted above, the Moving Plaintiffs whose claims are submitted with this motion under Rule 54(b) previously received partial default judgments against Defendant Iran in the MDL pursuant to two recent Orders issued by the Court on May 28, 2026 (ECF No. 12094 – Memorandum Opinion and Order) and June 1, 2026 (ECF No. 12101 – Amended Order).

4.      The form of this motion and the relief requested herein are also consistent with the form and relief requested and granted as to other plaintiffs in the *Burnett* action.

5.      The Court's standardized exhibits are attached hereto as Exhibits A, B, C, and D, and include the same award amounts as those partial default judgments issued by the Court to the Moving Plaintiffs on May 28, 2026 (ECF No. 12094 – Memorandum Opinion and Order) and June 1, 2026 (ECF No. 12101 – Amended Order).

6.      The form of this motion and the relief requested herein are also consistent with the form and relief requested and granted as to other plaintiffs in the *Burnett/Iran* case. *See* ECF No.

11878 at 9, 12-13 (in which this Court award thousands of other 9/11 plaintiffs Rule 54(b) final judgments in its March 18, 2026 Memorandum Decision and Order).

7.      Service of process on The Islamic Republic of Iran and the Islamic Revolutionary Guard Corps was executed pursuant to 28 U.S.C. § 1608(a) on September 14, 2016 by service through diplomatic channels. Service on the Central Bank of the Islamic Republic of Iran was executed pursuant to 28 U.S.C. § 1608(b) on March 18, 2016 through direct mailing via the U.S. Postal Service.

8.      In *Arias*, service of process on Defendant Iran was executed pursuant to 28 U.S.C. § 1608(a)(4) on July 3, 2019 by service through diplomatic channels.

9.      The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the Moving Plaintiffs in connection with the September 11th terror attacks, other court records relating to the *In re Terrorist Attack on September 11, 2001* multidistrict litigation, my communications with other counsel for other plaintiffs in the *In re Terrorist Attack on September 11, 2001* multidistrict litigation, and conversations with these plaintiffs and other family members of these plaintiffs. Any matters about which I lack personal knowledge are asserted herein upon information and belief.

10.     The Moving Plaintiffs identified in the attached Exhibit A are each decedents from the terrorist attacks on September 11, 2001, as indicated for each person on Exhibit A. The pain and suffering amounts for the estates set forth in Exhibit A are the partial default judgment amounts this Court established for each of these Plaintiffs in the Amended Order issued on June 1, 2026 (ECF No. 12101, at Exhibit A).

11.     The Moving Plaintiffs identified in the attached Exhibit B are each decedents from the terrorist attacks on September 11, 2001, as indicated for each person on Exhibit B. The economic loss amounts for the estates set forth in Exhibit B are the partial default judgment amounts this Court established for each of these Plaintiffs in the Amended Order issued on June 1, 2026 (ECF No. 12101, at Exhibit B).

12.     The Moving Plaintiffs identified in the attached Exhibit C are each family members of decedents from the terrorist attacks on September 11, 2001, as indicated for each person on Exhibit C. The solatium amounts for the family members set forth in Exhibit C are the partial default judgment amounts this Court established for each of these Moving Plaintiffs in either the Memorandum Opinion and Order issued by the Court on May 28, 2026 (ECF No. 12094, at Exhibit D for Plaintiff Francesca Jerez-DeVito) or the Amended Order issued on June 1, 2026 (ECF No. 12101, at Exhibit C).

13.     The Moving Plaintiffs identified in the attached Exhibit D sustained physical injuries on September 11, 2001 as a proximate result of the terrorist attacks on September 11, 2001, as indicated for each person on Exhibit D. The pain and suffering amount for Plaintiff Alfred W. Retundie, Jr., as set forth in Exhibit D, is the partial default judgment amount this Court established for this Plaintiff in the Memorandum Opinion and Order issued by the Court on May 28, 2026 (ECF No. 12094, at Exhibit C).

14.     After reviewing the records available to me regarding other partial final judgments entered by this Court against the Iranian defendants under Rule 54(b), I have not identified any final relief that has previously been awarded to any Moving Plaintiff identified in the attached Exhibits A, B, C, and D other than the partial default judgment damages previously awarded by

4

this Court for these Moving Plaintiffs on May 28, 2026 (ECF No. 12094 – Memorandum Opinion and Order) and June 1, 2026 (ECF No. 12101 – Amended Order).

15.    Before filing this motion, I have (1) complied with the due diligence safeguards referenced in Section II.D. of the January 23, 2017 letter from the Plaintiffs' Executive Committees (ECF No. 3433) and (2) personally verified that, based upon my review of the records available to me regarding other judgments entered by this Court against the Iranian defendants, no final relief pursuant to Rule 54(b) has previously been awarded to any Moving Plaintiff included herein.

16.    Accordingly, a Proposed Order of Partial Final Judgments, conforming to the Court's previous orders, has been provided with the Moving Plaintiffs' instant motion.

Dated:  June 26, 2026                                     Respectfully submitted,

                                                          MOTLEY RICE LLC

                                                          **/s/**  *John C. Duane*
                                                          John C. Duane, Esq.
                                                          28 Bridgeside Blvd.
                                                          Mount Pleasant, South Carolina 29464
                                                          Tel: 843-216-9000
                                                          Fax: 843-216-9450
                                                          jduane@motleyrice.com

                                                          Attorney for the *Burnett* and *Arias* Plaintiffs

5