**Addendum:** Identified Instances of Simultaneous Death Among Family Members

| Family Member (A) | Related Family Member (B) | Relation of A to B | Case | Dkt No. | Representing Firm |
|---|---|---|---|---|---|
| Andrew A. Abate | Vincent Abate | Sibling | Burnett | 15-cv-9903 | Motley Rice |
| Vincent Abate | Andrew A. Abate | Sibling | Burnett | 15-cv-9903 | Motley Rice |
| Joseph Angelini, Jr | Joseph J. Angelini, Sr. | Child | Burnett | 03-cv-9849 | Motley Rice |
| Joseph J. Angelini, Sr. | Joseph Angelini, Jr | Parent | Ashton | 02-cv-6977 | Kreindler |
| David Angell | Lynn Angell | Spouse | Ashton | 02-cv-6977 | Kreindler |
| Lynn Angell | David Angell | Spouse | Ashton | 02-cv-6977 | Kreindler |
| Lisa Cannava | John DiFato | Sibling | Burnett | 15-cv-9903 | Motley Rice |
| Daniel M. Coffey | Jason M. Coffey | Parent | Burnett | 15-cv-9903 | Motley Rice |
| Jason M. Coffey | Daniel M. Coffey | Child | Burnett | 15-cv-9903 | Motley Rice |
| Mark J. Colaio | Stephen J. Colaio | Sibling | Burnett | 15-cv-9903 | Motley Rice |
| Stephen J. Colaio | Mark J. Colaio | Sibling | Burnett | 15-cv-9903 | Motley Rice |
| Keith E. Coleman | Scott T. Coleman | Sibling | Burnett | 15-cv-9903 | Motley Rice |
| Scott T. Coleman | Keith E. Coleman | Sibling | Burnett | 15-cv-9903 | Motley Rice |
| Neil Cudmore | Dinah Webster | Fiancé (FE Spouse) | Burlingame | 02-cv-7230 | Speiser Krause |
| John DiFato | Lisa Cannava | Sibling | Burnett | 15-cv-9903 | Motley Rice |
| Lisa Egan | Samantha Egan | Sibling | Ashton | 02-cv-6977 | Kreindler |
| Samantha Egan | Lisa Egan | Sibling | Ashton | 02-cv-6977 | Kreindler |
| Darlene E. Flagg | Wilson F. Flagg | Spouse | Burnett | 15-cv-9903 | Motley Rice |
| Wilson F. Flagg | Darlene E. Flagg | Spouse | Arias | 19-cv-41 | Motley Rice |
| Frederick J. Hoffman | Michele L. Hoffman | Parent | Burnett | 15-cv-9903 | Motley Rice |
| Michele L. Hoffman | Frederick J. Hoffman | Child | Burnett | 15-cv-9903 | Motley Rice |
| Farrell Lynch | Sean Lynch | Sibling | Burlingame | 02-cv-7230 | John Schutty |
| Sean Lynch | Farrell Lynch | Sibling | Burlingame | 02-cv-7230 | Speiser Krause |
| Blanca Morocho | Leonel Morocho | Sibling | Burnett | 15-cv-9903 | Motley Rice |
| Leonel Morocho | Blanca Morocho | Sibling | Burnett | 15-cv-9903 | Motley Rice |
| Jacqueline Norton | Robert G. Norton | Spouse | Ashton | 02-cv-6977 | Kreindler |
| Robert G. Norton | Jacqueline Norton | Spouse | Ashton | 02-cv-6977 | Kreindler |
| Mary Kathleen Shearer | Robert Michael Shearer | Spouse | Ashton | 02-cv-6977 | Kreindler |
| Robert Michael Shearer | Mary Kathleen Shearer | Spouse | Ashton | 02-cv-6977 | Kreindler |
| James A. Trentini | Mary Trentini | Spouse | Ashton | 02-cv-6977 | Kreindler |
| Mary Trentini | James A. Trentini | Spouse | Ashton | 02-cv-6977 | Kreindler |
| Felix A. Vale | Ivan Vale | Sibling | Burnett | 15-cv-9903 | Motley Rice |
| Ivan Vale | Felix A. Vale | Sibling | Burnett | 15-cv-9903 | Motley Rice |
| Dinah Webster | Neil Cudmore | Fiancée (FE Spouse) | Burlingame | 02-cv-7230 | Speiser Krause |
| Shuyin Yang | Yuguang Zheng | Spouse | Burnett | 15-cv-9903 | Motley Rice |
| Yuguang Zheng | Shuyin Yang | Spouse | Burnett | 15-cv-9903 | Motley Rice |