**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
**T** +1 202 626 3600

**whitecase.com**

June 30, 2026

VIA ECF

The Honorable Sarah J. Netburn
United States Magistrate Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:      *In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570-GBD-SN
(S.D.N.Y.): Response to Plaintiffs' Request for an Extension of Discovery Deadlines**

Dear Judge Netburn:

Sudan acknowledges the Court's endorsement of Plaintiffs' unopposed request for an extension
(at ECF No. 12168), but Sudan is regrettably compelled to submit this short response to Plaintiffs'
needlessly inflammatory letter.  ECF No. 12163.  As Plaintiffs' letter indicated, Plaintiffs (not
Sudan) were seeking the extension due to the document production timeline of the U.S.
government agencies; yet Plaintiffs used their letter to make gratuitous and unfounded attacks
against Sudan.  Sudan informed Plaintiffs that Sudan did not oppose Plaintiffs' request for an
extension.  *Id.* at 2–3.  Sudan conditioned its non-opposition on Plaintiffs' agreement not to serve
any further discovery requests upon Sudan and not to conduct depositions of Sudanese witnesses
until after any new deadline for document discovery, barring exceptional circumstances, and on
the understanding that "the parties' obligations to supplement prior discovery responses will apply
during the extended period and thereafter."  *See* Exhibit A.  Despite the parties' understanding,
Plaintiffs exploited the opportunity to repeat in their letter (at 1–2) their baseless assertions of
"spoliation" and criticisms of Sudan's document productions.

Contrary to Plaintiffs' suggestions (at 1–2), Sudan has dutifully produced responsive documents
as they were kept in Sudan's files, in accordance with its discovery obligations, and continues to
comply with those obligations.  Notwithstanding the violent internal armed conflict that resulted
in the near total ruin of Sudan's capital city of Khartoum, and the dangerous conditions on the
ground, Sudan sent representatives of its litigation committee to Khartoum to assess whether any
potentially relevant information could be recovered.  *See* ECF No. 10968 at 3–5; ECF No. 11854
at 5; *see also In re Grace Lines, Inc.*, 397 F. Supp. 1258, 1268–69 (S.D.N.Y. 1973) (declining to

The Honorable Sarah J. Netburn
June 30, 2026

issue an adverse inference where the sinking of a ship resulted in missing evidence).  Those efforts continue, particularly as conditions in Khartoum gradually improve and Sudanese government ministries start to return to Khartoum.

Respectfully submitted,

/s/  *Nicole Erb*

Christopher M. Curran
Nicole Erb
Nicolle Kownacki
Celia A. McLaughlin

*Counsel for the Republic of the Sudan*

cc:    All Counsel (via ECF)