# EXHIBIT A

## McLaughlin, Celia

| | |
|---|---|
| **From:** | McLaughlin, Celia |
| **Sent:** | Monday, June 29, 2026 2:50 PM |
| **To:** | 'Tarbutton, J. Scott'; Mahaffey, Michael; Erb, Nicole |
| **Cc:** | Carter, Sean; 'Haefele, Robert' (rhaefele@motleyrice.com); Steven R. Pounian; WTC[amaloney@kreindler.com]; Gavin Simpson; WTC[jgoldman@andersonkill.com]; Bruce Strong; Curran, Christopher |
| **Subject:** | RE: In Re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN) - Sudan |

Scott,

That is consistent with our understanding.  Based on our agreement, Plaintiffs may inform the Court that "Sudan does not oppose Plaintiffs' request for an extension."

Best regards,
Celia

**Celia McLaughlin**  |  Counsel
**T**  +1 202 637 6167    **M**  +1 732 948 9733    **E**  cmclaughlin@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW | Washington, DC 20005-3807

**From:** Tarbutton, J. Scott <STarbutton@cozen.com>
**Sent:** Monday, June 29, 2026 2:09 PM
**To:** McLaughlin, Celia <cmclaughlin@whitecase.com>; Mahaffey, Michael <michael.mahaffey@whitecase.com>; Erb, Nicole <nerb@whitecase.com>
**Cc:** Carter, Sean <SCarter@cozen.com>; 'Haefele, Robert' (rhaefele@motleyrice.com) <rhaefele@motleyrice.com>; Steven R. Pounian <spounian@kreindler.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Gavin Simpson <gsimpson@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Bruce Strong <bstrong@andersonkill.com>; Curran, Christopher <ccurran@whitecase.com>
**Subject:** [EXT] RE: In Re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN) - Sudan

Celia – Plaintiffs can agree to that condition, with the understanding that Sudan's continuing obligation to supplement its responses to Plaintiffs' prior discovery requests remains unaffected.  We will inform that Court that "Sudan does not oppose Plaintiffs' request for an extension" if there is no objection.



**J. Scott Tarbutton**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-7255 F: 215-701-2467
Email | Bio | LinkedIn | Map | cozen.com

**From:** McLaughlin, Celia <cmclaughlin@whitecase.com>
**Sent:** Monday, June 29, 2026 12:00 PM
**To:** Tarbutton, J. Scott <STarbutton@cozen.com>; Mahaffey, Michael <michael.mahaffey@whitecase.com>; WTC[nerb@whitecase.com] <nerb@whitecase.com>
**Cc:** Carter, Sean <SCarter@cozen.com>; 'Haefele, Robert' (rhaefele@motleyrice.com) <rhaefele@motleyrice.com>; Steven R. Pounian <spounian@kreindler.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Gavin Simpson <gsimpson@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Bruce Strong <bstrong@andersonkill.com>; Curran, Christopher <ccurran@whitecase.com>
**Subject:** RE: In Re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN) - Sudan

**EXTERNAL SENDER**

Counsel,

Sudan will not oppose Plaintiffs' request for an extension, on the condition that Plaintiffs may not serve any further discovery requests upon Sudan and depositions of Sudanese witnesses cannot begin until after the new deadline for document discovery, barring exceptional circumstances.  As the stated justification for the requested extension is to allow more time for the U.S. agencies to complete their document productions, the additional time should not be used for further discovery requests upon Sudan.  Of course, the parties' obligations to supplement prior discovery responses will apply during the extended period and thereafter.

Best regards,
Celia

**Celia McLaughlin**  |  Counsel
**T**  +1 202 637 6167    **M**  +1 732 948 9733    **E**  cmclaughlin@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW | Washington, DC 20005-3807

---

**From:** Tarbutton, J. Scott <STarbutton@cozen.com>
**Sent:** Monday, June 29, 2026 11:59 AM
**To:** McLaughlin, Celia <cmclaughlin@whitecase.com>; Mahaffey, Michael <michael.mahaffey@whitecase.com>; Erb, Nicole <nerb@whitecase.com>
**Cc:** Carter, Sean <SCarter@cozen.com>; 'Haefele, Robert' (rhaefele@motleyrice.com) <rhaefele@motleyrice.com>; Steven R. Pounian <spounian@kreindler.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Gavin Simpson <gsimpson@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Bruce Strong <bstrong@andersonkill.com>
**Subject:** [EXT] RE: In Re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN) - Sudan

Celia – Following up on Sudan's position regarding the proposed discovery deadlines.  Thanks.



**J. Scott Tarbutton**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 **|** Philadelphia, PA 19103
P: 215-665-7255 F: 215-701-2467
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** McLaughlin, Celia <cmclaughlin@whitecase.com>
**Sent:** Friday, June 26, 2026 9:50 PM
**To:** Tarbutton, J. Scott <STarbutton@cozen.com>; Mahaffey, Michael <michael.mahaffey@whitecase.com>; WTC[nerb@whitecase.com] <nerb@whitecase.com>
**Cc:** Carter, Sean <SCarter@cozen.com>; 'Haefele, Robert' (rhaefele@motleyrice.com) <rhaefele@motleyrice.com>; Steven R. Pounian <spounian@kreindler.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Gavin Simpson <gsimpson@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Bruce Strong <bstrong@andersonkill.com>
**Subject:** Re: In Re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN) - Sudan

**EXTERNAL SENDER**

Scott,

We will confer with our client and revert on Monday.

Best regards,

Celia

---

**From:** Tarbutton, J. Scott <STarbutton@cozen.com>
**Sent:** Friday, June 26, 2026 4:45 PM
**To:** McLaughlin, Celia <cmclaughlin@whitecase.com>; WTC[nerb@whitecase.com] <nerb@whitecase.com>; Mahaffey, Michael <michael.mahaffey@whitecase.com>
**Cc:** Carter, Sean <SCarter@cozen.com>; 'Haefele, Robert' (rhaefele@motleyrice.com) <rhaefele@motleyrice.com>; Steven R. Pounian <spounian@kreindler.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Gavin Simpson <gsimpson@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Bruce Strong <bstrong@andersonkill.com>
**Subject:** [EXT] In Re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN) - Sudan

Celia – Plaintiffs intend to file a letter with the Court on Monday requesting a four-month extension of the document discovery deadline in the Sudan proceedings to allow more time for the Agencies to substantially complete their document productions, and further provide the parties with time to review the Agencies' documents before proceeding with depositions. We believe the modifications to the discovery schedule are necessary and appropriate in light of our recent discussions with the DOJ.  We are proposing the following new deadlines:

• Document Discovery Deadline – Extending the current June 30, 2026 deadline to October 30, 2026 (Agencies must substantially complete their productions by September 30, 2026, with an additional thirty days for Plaintiffs to review the documents and serve follow-up discovery and/or motion practice.).

• Fact Deposition Deadline – Extending the current October 15, 2026 deadline to February 15, 2027.

Please let us know Sudan's position.

Regards,

Scott



**J. Scott Tarbutton**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 **|** Philadelphia, PA 19103
P: 215-665-7255 F: 215-701-2467
Email | Bio | LinkedIn | Map | cozen.com

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

3

================================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================


*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

================================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================


*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*