# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

July 1, 2026                                                        **Via ECF**

Honorable George B. Daniels, U.S. District Court Magistrate Judge

      Re:    *In re Terrorist Attacks on September 11, 2001,*
            MDL No. 03-MDL-1570 (GBD) (SN)
                *O'Neill v. Republic of Iraq*, No. 04-cv-01076
                *Burnett v. Islamic Republic of Iran*, No. 15-cv-09903
                *Bodner v. Islamic Republic of Iran*, No. 19-cv-11776
                <u>Request for Instruction to Court Clerk to Add Prejudgment Interest</u>

Your Honor:

I write in response to two final Orders issued by Your Honor (MDL ECF## 12020 and 12021), and two Final Judgments (MDL ECF## 12037 and 12038) subsequently issued by the SDNY Clerk's Office in response. For your convenience, copies of the four documents are attached. The Court has not yet responded to my previous request for this relief dated May 15, 2026 (MDL ECF #12076).

Your Honor will note the Final Judgments issued by the Clerk's Office failed to calculate the prejudgment interest promised in your two final Orders – "*at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment.*"

I contacted the Clerk's Office May 14, 2026 via email and I was advised via reply email that the prejudgment interest cannot now be calculated and awarded without your instruction, despite your prior Orders.

On behalf of the plaintiffs involved, I respectfully ask Your Honor to instruct the Clerk's Office to amend the Final Judgments previously issued to add the promised prejudgment interest to each of the awards.

Sincerely yours,

*John F. Schutty*