**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

In re:                                                                          03-MD-01570 (GBD)(SN)

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**                                        **ORDER**


------------------------------------------------------------------X
------------------------------------------------------------------X

**DEIDHRA ABDUR-RAHMAN, et al.,**

          **Plaintiffs,**                              **26-CV-05288**

    **-against-**

**ISLAMIC REPUBLIC OF IRAN,**

          **Defendant.**
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On June 23, 2026, the plaintiffs filed a Short Form Complaint in the Abdur-Rahman matter pursuant to the Court's Amended Order on October 28, 2019. See ECF No. 5234.[1] This Short Form Complaint list 254 new plaintiffs raising personal injury claims against the Islamic Republic of Iran. See No. 26-cv-05288, ECF No. 1 at 31 (Appendix). In the Amended Order adopting revised procedures for Iran Short Form Complaints, however, the Court stated that "[n]o more than 100 plaintiffs, including estate plaintiffs, may be included in a single Iran Short Form Complaint." ECF No. 5234 at 4. Despite any burden on the plaintiffs, this rule is necessary to manage the Court's docket in this complex litigation. See ECF Nos. 4092, 4302. The Abdur-Rahman plaintiffs thus included too many plaintiffs in their Short Form Complaint.

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

By July 20, 2026, the <u>Abdur-Rahman</u> plaintiffs must terminate 154 plaintiffs from this action and file an Amended Short Form Complaint substantially in the form attached as Exhibit C to the Court's Amended Order on October 28, 2019. This Amended Short Form Complaint may not include more than 100 plaintiffs. The <u>Abdur-Rahman</u> plaintiffs are free to file claims on behalf of the terminated parties in separate actions, pursuant to the Court's procedures for Iran Short Form Complaints. If they do so, the <u>Abdur-Rahman</u> plaintiffs must also file letters to the Honorable George B. Daniels and the Honorable Sarah Netburn, docketed in the MDL, requesting that the new actions be made part of the MDL.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      July 6, 2026
            New York, New York