# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |

This document relates to:

*Johnson, et al. v. The Islamic Republic of Iran, No. 18-cv-12344*

## MOTION TO SUBSTITUTE PARTY PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Fed. R. Civ. P. 15(d) Plaintiff moves the Court to allow substitution of the following party in the above referenced action. The individual being substituted into the case is personal injury plaintiff Cassandra Alston Townsley, originally filed as Cassandra Townsley. The substitution is requested to correct plaintiff's last name from Townsley to Alston Townsley.

The following chart demonstrates the how the party was previously named in the Complaint and how she wishes to proceed going forward:

| Identification of Party To be Substituted | Previous Reference to Plaintiff in ECF (18-cv-12344) | State of Residence at Filing | Paragraph of Complaint Discussing Plaintiff |
|---|---|---|---|
| Cassandra Alston Townsley | Cassandra Townsley | New York | ECF No. 1-1 (18-cv-12344) at Allegation 86 of Appendix 1 |

Plaintiff proposes that, upon endorsement of the Plaintiff's Proposed Order, the substituted party would be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of Court's Office and based on the size of this MDL.

Dated: July 9, 2026

Respectfully submitted,

_/s/  Robert Keith Morgan_____
Robert Keith Morgan (*pro hac vice*)
David J. Dickens (*pro hac vice*)
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540-672-4224
Fax: 540-672-3055
kmorgan@millerfirmllc.com
ddickens@millerfirmllc.com

Attorneys for Plaintiffs