UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:                                                          :          ORDER

TERRORIST ATTACKS ON                                            :          03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**This document relates to:**

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-1076 (GBD) (SN)
*Thomas Burnett, Sr., et al. v. Islamic Republic of Iran*, No. 1:15-cv-09903 (GBD) (SN)
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD) (SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD) (SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD) (SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD) (SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD) (SN)
*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD) (SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, 1:18-cv-11870 (GBD) (SN)
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD) (SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, 1:18-cv-11878 (GBD) (SN)
*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD) (SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD) (SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD) (SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD) (SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD) (SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD) (SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD) (SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD) (SN)
*Michael Bianco et al. v. Islamic Republic of Iran*, 1:20-cv-10902 (GBD) (SN)
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD) (SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD) (SN)

**GEORGE B. DANIELS, United States District Judge:**

Upon consideration of Plaintiffs' Motion, Memorandum of Law, Declaration of Jerry S.

Goldman, and the entire record in this case, it is hereby:

**ORDERED** that Plaintiffs' motion pursuant to Fed. R. Civ. P. 58(d) is granted, and the Clerk of the Court is directed to enter a Clerk's Judgment for each Memorandum Decision and Order or Order at ECF Nos. 5153, 5927, 8286, 8288, 9213, 9468, and 9931; and it is further

**ORDERED** that the Court's Memorandum Decision and Order at ECF No. 11878 is extended to apply to the resulting Clerk's Judgments for each Memorandum Decision and Order or Order at ECF Nos. 5153, 5927, 8286, 8288, 9213, 9468, and 9931, and it is further

**ORDERED** that the reasoning in the Court's Memorandum Decision and Order at ECF No. 11878 is extended to apply to each Partial Judgment at ECF Nos. 9730, 11125, and 11138, as explained below; and it is further

**ORDERED** that the outstanding requests of the Plaintiffs identified in each Memorandum Decision and Order or Order at ECF Nos. 5153, 5927, 8286, 8288, 9213, 9468, and 9931, and in each Partial Judgment at ECF Nos. 9730, 11125, and 11138, for additional damages, such as punitive damages, additional economic damages, or other appropriate damages, are denied without prejudice, and that the deadline for filing any Fed. R. Civ. P. 60(b) motion to reconsider such dismissal is stayed; and it is further

**ORDERED** that final judgment is entered under Fed. R. Civ. P. 54(b) as to these Plaintiffs' 1605A claims against Iran and the conditions for entry of judgment under Fed. R. Civ. P. 54(b) are met, in that (1) multiple parties or claims are present; (2) the rights and liabilities of at least one party have been finally decided within the meaning of 28 U.S.C. § 1291; and (3) no just reason for delay exists; and it is further

**ORDERED** that certification under Fed. R. Civ. P. Rule 54(b) is made *nunc pro tunc* to the filing date of each Memorandum Decision and Order or Order at ECF Nos. 5153, 5927, 8286,

8288, 9213, 9468, and 9931 for the resulting Clerk's Judgments directed above, and to the filing date of each Partial Judgment at ECF Nos. 9730, 11125, and 11138; and it is further

**ORDERED** that pursuant to 28 U.S.C. § 1963, and upon entry of final judgments for the Plaintiffs, the Court finds good cause for the immediate registration in the U.S. District Court for the Eastern District of New York of certified copies of the judgments; and it is further

**ORDERED** that the Plaintiffs are directed to file Proposed Clerk's Certifications (*see, e.g.*, ECF No. 11784) corresponding to their final judgments at the following times: (1) for the Partial Judgments at ECF Nos. 9730, 11125, and 11138, after this Order issues; and (2) for the Clerk's Judgments to be entered for each Memorandum Decision and Order at ECF Nos. 5153, 5927, 8286, 8288, 9213, 9468, and 9931, after judgment is entered.

The Court respectfully directs the Clerk of the Court to process the Plaintiffs' certification requests as they are filed per the above instructions.

The Court also directs the Clerk of the Court to terminate the following motions:

- 03-md-1570, ECF No. 12134
- 04-cv-01076, ECF No. 937
- 15-cv-09903, ECF No. 1208
- 18-cv-05306, ECF No. 376
- 18-cv-05320, ECF No. 313
- 18-cv-05321, ECF No. 379
- 18-cv-05331, ECF No. 290
- 18-cv-05339, ECF No. 299
- 18-cv-07306, ECF No. 297
- 18-cv-11837, ECF No. 281
- 18-cv-11870, ECF No. 301
- 18-cv-11875, ECF No. 310
- 18-cv-11878, ECF No. 324
- 18-cv-12276, ECF No. 321
- 18-cv-12277, ECF No. 399
- 18-cv-12387, ECF No. 342
- 19-cv-11767, ECF No. 271
- 19-cv-11776, ECF No. 281

3

- 19-cv-11865, ECF No. 318
- 20-cv-09376, ECF No. 249
- 20-cv-09387, ECF No. 242
- 20-cv-10460, ECF No. 249
- 20-cv-10902, ECF No. 247
- 21-cv-10239, ECF No. 180
- 22-cv-05193, ECF No. 280

Dated:  July 9, 2026.
        New York, New York

**SO ORDERED.**

_____
GEORGE B. DANIELS
United States District Judge

4