# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1911 / www.andersonkill.com

Jerry S. Goldman, Esq.
9-11victims@andersonkill.com
212-278-1911

*Via ECF*                                                                                          July 10, 2026

The Honorable George B. Daniels, U.S.D.J.      The Honorable Sarah Netburn, U.S.M.J.
United States District Court for the S.D.N.Y.     United States District Court for the S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse              Thurgood Marshall U.S. Courthouse
500 Pearl Street                                          40 Foley Square, Room 430
New York, NY 10007                                   New York, NY 10007

> Re:    *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570
> (GBD)(SN); *Estate of John P. O'Neill, Sr., et al. v. The Republic of
> Iraq, et al.*, No. 04-cv-1076 (GBD)(SN) – Pending Taliban Judgment
> Motions and Fed. R. Civ. P. 54(b) Certifications

Dear Judges Daniels and Netburn:

Undersigned counsel writes to inquire about the Court's preferred procedure for extending the March 18, 2026 Memorandum Decision and Order certifying damages judgments against the Islamic Republic of Iran as final pursuant to Fed. R. Civ. P. 54(b), ECF No. 11878 (the "Rule 54(b) Order"), to plaintiffs with pending judgment motions against the Taliban.

By way of background, undersigned counsel has ten (10) pending judgment motions against the Taliban at ECF Nos. 8455, 8459, 8528, 8568, 8577, 8595, 8745, 9130, 11211, and 11235. While these motions were pending, the Court entered the Rule 54(b) Order applicable to judgments against Iran. That Rule 54(b) Order and the Court's rationale for entering it appear to also implicate the procedures for seeking Taliban judgments.

Accordingly, undersigned counsel seeks the Court's guidance regarding whether and how to update the ten (10) pending judgment motions to account for the Court's Rule 54(b) Order. Undersigned counsel can (1) submit updated proposed orders for each pending judgment motion against the Taliban with the relevant Rule 54(b) language included as well as a supplemental letter explaining why 54(b) certification is appropriate, *see* ECF No. 12041; (2) submit one consolidated proposed order for all plaintiffs on those pending motions; await the Court's ruling on the pending motions and then, if the Court grants partial final judgments, seek Rule 54(b) certifications thereafter; or any other procedure the Court prefers.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
*Attorney for Plaintiffs*

cc:      All Counsel of Record (via ECF)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA