**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |

**This Document relates to:**
*Burnett, et al. v. Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN)
*Arias, et al. v. The Islamic Republic of Iran*, 19-cv-00041 (GBD)(SN)

## ORDER GRANTING PARTIAL FINAL JUDGMENTS UNDER RULE 54(b) FOR COMPENSATORY DAMAGES ON BEHALF OF THE PLAINTIFFS IDENTIFIED IN EXHIBITS A, B, C, AND D

WHEREAS, this Court entered partial default judgments for the Plaintiffs identified in the attached Exhibits A, B, C, and D in the above-referenced actions (the "Moving Plaintiffs") on May 28, 2026 (ECF No. 12094) and June 1, 2026 (ECF No. 12101) against the Islamic Republic of Iran ("Defendant Iran"), the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran;

WHEREAS, the Moving Plaintiffs now seek certification of their partial default judgments as final judgments under Fed. R. Civ. P. 54(b) against Defendant Iran so that they can immediately pursue recovery of their monetary awards against Defendant Iran, including but not limited to ongoing efforts to attach the bitcoin assets at issue in certain forfeiture proceedings currently pending in the Eastern District of New York, and elsewhere as additional Iranian assets are identified and located;

WHEREAS, the Court is cognizant that the Moving Plaintiffs may be able to obtain additional compensatory damages in the future against Defendant Iran; however, to provide them with the ability to enforce any judgments entered to date, the Court finds that there is no just reason for delay in allowing them to seek enforcement of their previously entered judgments against

Defendant Iran where there is good cause to believe that monies available to pay on these judgments from Defendant Iran may be limited in nature going forward, it is hereby:

**ORDERED** that the Court denies without prejudice additional damages that the Moving Plaintiffs identified in Exhibits A, B, C, and D could seek against Defendant Iran, including punitive damages, additional economic damages, or other appropriate damages; and it is

**ORDERED** that the Court hereby stays the deadlines for the Moving Plaintiffs to move for relief from these final judgments until further order of the Court, *see* Fed. R. Civ. P. 60(b); and it is

**ORDERED** that partial final judgments are entered under Fed. R. Civ. P. 54(b) with respect to the Moving Plaintiffs' 1605A claims against Defendant Iran as outlined in Exhibits A, B, C, and D, and the Court expressly finds that the conditions for entry of final judgments under Fed. R. Civ. P. 54(b) are met, in that (1) multiple parties are present; (2) the rights and liabilities of at least one party have been finally decided within the meaning of 28 U.S.C. § 1291; and (3) no just reason for delay exists.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12160 in 03-MDL-1570 (GBD)(SN); ECF No. 1225 in 15-cv-9903 (GBD)(SN); and ECF No. 258 in 19-cv-41 (GBD)(SN).

**SO ORDERED.**

DATE: __JUL 0 9 2026__
New York, New York

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 Thomas | Michael | Byrne | | Patrick | D. | Byrne | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1838 | 11390-1, at 15,11399 | | $ 2,000,000.00 | N/A | $ 2,000,000.00 | 9/11/2001 | |
| 2 Alexandra | | Brzezinski | | Christine | Anne | Olender | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 418 | 11812-1 at 5, 11814 | | $ 2,000,000.00 | N/A | $ 2,000,000.00 | 9/11/2001 | |
| 3 Ashley | Nicole | Lynch | | Terence | M. | Lynch | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 2683 | 10457-1, at 48,10462 | | $ 2,000,000.00 | N/A | $ 2,000,000.00 | 9/11/2001 | |
| 4 James | | Kuveikis | | Thomas | J. | Kuveikis | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1924 | | | $ 2,000,000.00 | N/A | $ 2,000,000.00 | 9/11/2001 | |

Exhibit B - Estates - Economic Loss Damages

| | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | Jaymel | Elizabeth | Connor | | James | L. | Connor | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1420 | | | 5/5/25 | | $ 73,194,034.00 | N/A | $ 73,194,034.00 | 5/5/2025 | |
| 2 | Ethel | M. | Henry | | William | Leon | Henry | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1817 | | | 10/29/25 | | $ 6,855,840.00 | N/A | $ 6,855,840.00 | 10/29/2025 | |
| 3 | Dolores | M. | Libretti | | Daniel | | Libretti | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1954 | | | 11/12/25 | | $ 10,583,051.00 | N/A | $ 10,583,051.00 | 11/12/2025 | |
| 4 | Donna | C. | Mahoney | | William | James | Mahoney | Jr. | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1860 | | | 7/1/25 | | $ 12,765,301.00 | N/A | $ 12,765,301.00 | 7/1/2025 | |
| 5 | Norma | I. | Margiotta | | Charles | Joseph | Margiotta | | U.S. | 9/11/01 | NY | 19-cv-41 | 1:19-cv-00041, 1 | | | 7/30/25 | | $ 11,837,398.00 | N/A | $ 11,837,398.00 | 7/30/2025 | |
| 6 | Rhonda | Lee | O'Callaghan | | Daniel | | O'Callaghan | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 2008 | | | 8/19/25 | | $ 13,363,316.00 | N/A | $ 13,363,316.00 | 8/19/2025 | |
| 7 | Thomas | P. | Heidenberger | Sr. | Michele | | Heidenberger | | U.S. | 9/11/01 | VA | 15-cv-9903 | 1:15-cv-09903, 53, at 1890 | | | 1/13/20 | | $ 5,604,039.00 | N/A | $ 5,604,039.00 | 1/13/2020 | |
| 8 | Thomas | Michael | Byrne | | Patrick | D. | Byrne | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1838 | 11390-1, at 15,11399 | | 1/7/20 | | $ 7,459,335.00 | N/A | $ 7,459,335.00 | 1/7/2020 | |
| 9 | Alexandra | | Brzezinski | | Christine | Anne | Olender | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 418 | 11812-1 at 5, 11814 | | 1/13/20 | | $ 7,504,672.00 | N/A | $ 7,504,672.00 | 1/13/2020 | |
| 10 | Ashley | Nicole | Lynch | | Terence | M. | Lynch | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 2683 | 10457-1, at 48,10462 | | 9/25/24 | | $ 8,236,728.00 | N/A | $ 8,236,728.00 | 9/25/2024 | |
| 11 | James | | Kuveikis | | Thomas | J. | Kuveikis | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1924 | | | 11/5/25 | | $ 7,289,155.00 | N/A | $ 7,289,155.00 | 11/5/2025 | |
| 12 | Jennifer | J. | Jacobs-Deutsch | | Jason | Kyle | Jacobs | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 826 | 10207, at 59, 10219 | | 12/23/25 | | $ 14,287,063.00 | N/A | $ 14,287,063.00 | 12/23/2025 | |
| 13 | Juana | | Bacchus | | Eustace | P. | Bacchus | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 2051 | | | 1/27/26 | | $ 11,883,727.00 | N/A | $ 11,883,727.00 | 1/27/2026 | |
| 14 | Carole | L. | Ricci | | Robert | John | Fangman | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 3270 | 10457-1, at 26,10462 | | 2/16/26 | | $ 9,037,380.00 | N/A | $ 9,037,380.00 | 2/16/2026 | |
| 15 | Barbara | Ann | Laurencin | | Charles | Augustus | Laurencin | | U.S. | 9/11/01 | NY | 19-cv-41 | 1:19-cv-00041, 1, Appx. Pg. 16 | | | 3/4/26 | | $ 3,364,260.00 | N/A | $ 3,364,260.00 | 3/4/2026 | |
| 16 | Jennifer | D. | Licciardi | | Ralph | M. | Licciardi | | U.S. | 9/11/01 | NY | 19-cv-41 | 1:19-cv-00041, 1, Appx. Pg. 16 | | | 3/18/26 | | $ 18,385,992.00 | N/A | $ 18,385,992.00 | 3/18/2026 | |
| 17 | Seelochini | | Liriano | | Francisco | Alberto | Liriano | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 3403 | | | 3/20/26 | | $ 17,756,294.00 | N/A | $ 17,756,294.00 | 3/20/2026 | |
| 18 | Mitoko | | Miller | | Robert | Cromwell | Miller | Jr. | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1747 | | | 3/4/26 | | $ 5,307,770.00 | N/A | $ 5,307,770.00 | 3/4/2026 | |
| 19 | David | R. | Salvo | | Samuel | R. | Salvo | Jr. | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 3473 | 10457-1, at 63; 10462 | | 3/19/26 | | $ 5,599,744.00 | N/A | $ 5,599,744.00 | 3/19/2026 | |

Exhibit C - Solatium

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| | | | | Kenneth | Thomas | Roberts | | U.S. | Michael | E. | Roberts | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1032, at 2 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Barbara | Elena | DaMota | | U.S. | Manuel | John | DaMota | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 2472 | | Spouse | | | $ 12,500,000.00 | N/A | $ 12,500,000.00 | 9/11/2001 | |
| | | | | Manuel | Joao | DaMota | III | U.S. | Manuel | John | DaMota | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1032, at 1 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| Alexandra | | Brzezinski | | Therese | M. | Winters | | U.S. | Christine | | Olender | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 421 | 11027-1, at 11, 11031 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| Alexandra | | Brzezinski | | Conrad | S. | Olender | | U.S. | Christine | | Olender | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 419 | 11027-1, at 12, 11031 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Christopher | Manuel | DaMota | | U.S. | Manuel | John | DaMota | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 148, at 9 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Bryan | Michael | Rosen | | U.S. | Mark | H. | Rosen | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1050, at 1 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Ryan | William | Duffy | | U.S. | Thomas | W. | Duffy | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 3482 | 10207, at 186, 10219 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Matthew | Edward | Rosen | | U.S. | Mark | H. | Rosen | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1050, at 2 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Patricia | Cahill | Hoban | | U.S. | John | B. | Cahill | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 2 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | James | Christopher | Lynch | | U.S. | James | Francis | Lynch | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 4 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Erica | Lea | Boltz | | U.S. | Christopher | Todd | Pitman | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 7 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Nisha | | Dutta | | U.S. | Bella | J. | Bhukhan | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 1 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Gregory | Francis | Murphy | | U.S. | James | Thomas | Murphy | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 6 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Karen | | Carroll | | U.S. | Thomas | J. | Kuvelkis | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 3 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | John | Edward | Manley | Sr. | U.S. | Sara | Elizabeth | Manley | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 5 | Parent | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Amanda | Hope | Chan | | U.S. | Mark | H. | Rosen | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 8 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Erin | Gale | Bratton | | U.S. | Michelle | Renee | Bratton | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 2715 | | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Denise | Mindy | McAuliffe | | U.S. | William | James | Mahoney | Jr. | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1186, at 5 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Cynthia | duFresne | Bullock | | U.S. | Mary | Lou | Hague | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1186, at 1 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Diane | Elizabeth | Kulp | | U.S. | Mary | Lou | Hague | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1186, at 2 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Joseph | John | Mahoney | | U.S. | William | James | Mahoney | Jr. | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1186, at 4 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | William | James | Mahoney | III | U.S. | William | James | Mahoney | Jr. | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1186, at 3 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Francesca | Marie | Jerez-DeVito | | U.S. | Robert | D. | Cirri | Sr. | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1143, at 1 | Child (functional equivalent) | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |

| Personal Representative | | | | Claimant | | | | | | Claim Information | | | Pain & Suffering Damages | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | | | | Alfred | William | Retundie | Jr. | U.S. | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 4639 | | | | $ 5,000,000.00 | N/A | $ 5,000,000.00 | 9/11/2001 | |