# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.191

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:_____7/13/2026_____

Jerry S. Goldman, Esq.
9-11victims@andersonkill.com
212-278-1911

*Via ECF*                                                                July 10, 2026

The Honorable George B. Daniels, U.S.D.J.     The Honorable Sarah Netburn, U.S.M.J.
United States District Court for the S.D.N.Y.     United States District Court for the S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse     Thurgood Marshall U.S. Courthouse
500 Pearl Street     40 Foley Square, Room 430
New York, NY 10007     New York, NY 10007

Re:     *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570
(GBD)(SN); *Estate of John P. O'Neill, Sr., et al. v. The Republic of
Iraq, et al.*, No. 04-cv-1076 (GBD)(SN) – Pending Taliban Judgment
Motions and Fed. R. Civ. P. 54(b) Certifications

Dear Judges Daniels and Netburn:

Undersigned counsel writes to inquire about the Court's preferred procedure for extending
the March 18, 2026 Memorandum Decision and Order certifying damages judgments against the
Islamic Republic of Iran as final pursuant to Fed. R. Civ. P. 54(b), ECF No. 11878 (the "Rule 54(b)
Order"), to plaintiffs with pending judgment motions against the Taliban.

By way of background, undersigned counsel has ten (10) pending judgment motions
against the Taliban at ECF Nos. 8455, 8459, 8528, 8568, 8577, 8595, 8745, 9130, 11211, and
11235. While these motions were pending, the Court entered the Rule 54(b) Order applicable to
judgments against Iran. That Rule 54(b) Order and the Court's rationale for entering it appear to
also implicate the procedures for seeking Taliban judgments.

Accordingly, undersigned counsel seeks the Court's guidance regarding whether and how
to update the ten (10) pending judgment motions to account for the Court's Rule 54(b) Order.
Undersigned counsel can (1) submit updated proposed orders for each pending judgment motion
against the Taliban with the relevant Rule 54(b) language included as well as a supplemental letter
explaining why 54(b) certification is appropriate, *see* ECF No. 12041; (2) submit one consolidated
proposed order for all plaintiffs on those pending motions; await the Court's ruling on the pending
motions and then, if the Court grants partial final judgments, seek Rule 54(b) certifications

> The plaintiffs should (1) for each pending default judgment motion against the Taliban,
> submit an updated proposed order that includes the relevant Rule 54(b) language; and (2) file
> a supplemental letter explaining why Rule 54(b) certifications would be appropriate,
> consistent with the Court's guidance in ECF No. 12041. The Court will address the plaintiffs'
> Rule 54(b) requests as part of deciding the ten pending default judgment motions.
>
> **SO ORDERED.**
>
> SARAH NETBURN
> United States Magistrate Judge
>
> Dated: July 13, 2026
>          New York, New York

New York, NY    Los Angeles, CA    Stamford, CT    Washington, DC    Newark, NJ    Philadelphia, PA