UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:    Ashton, et al. v. al Qaeda, et al., 02-cv-6977 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 10th day of July 2026, I served defendant:

Islamic Republic of Iran
Abbas Araghchi
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. **8741 6393 3214**, to The Secretary of State,

CA/OSC/PRI SA-17, 10th Floor, Washington, DC, 20520-1710, Attn: Director of Special

Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28

U.S.C. § 1608(a)(4), two (2) copies of a true and certified Notice of Default Judgment and its

certified Farsi translation, which conforms to the requirements of 22 C.F.R § 93.2 ("Notice");

a true and certified copy of the Ashton August 31, 2015 Default Judgment on Liability and its

certified Farsi translation, see Attachment A to the Notice; a true and certified copy of the May

28, 2026 Memorandum Decision and Order Grand Partial Final Default Judgment for the

Plaintiffs listed in the attached Exhibits (as to Ashton 36 and Ashton 37 plaintiffs) and its

certified Farsi translation, see Attachment B to the Notice; a true and certified copy of the June

1, 2026 Judgment (as to Ashton 36 and Ashton 37 plaintiffs), see Attachment B to the Notice;

the moving papers and certified Farsi translations for the following motions for default

judgment: Ashton 36 Motion for Final Damages for Estate Plaintiffs Without Prior Economic

Loss Judgments and Solatium Plaintiffs Without Prior Judgments Filed on March 19, 2026

Ashton 37 Motion for Final Damages for Solatium Plaintiffs and Functional Equivalents of

Solatium Plaintiffs Without Prior Judgments filed on April 23, 2026, See Attachment B to the

Notice; and a copy of the Foreign Sovereign Immunities Act and the certified Farsi translation,

see Attachment C to the Notice (in English and Farsi); and Translator's Affidavit (in English

only).


Dated: July 10, 2026
       New York, New York

                                        TAMMI M. HELLWIG
                                        CLERK OF COURT

                                        /s/Rachel Slusher
                                        Deputy Clerk