**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, No. 1:04-cv-01923 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiff's motion to permit the substitution of the Personal Representative of an immediate family member of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the Plaintiff's motion is granted, and the individual included in Exhibit A is to be substituted into the above-referenced cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12184.

Dated: New York, New York
_____, 202_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

DOCS-100917972.1

2

**EXHIBIT A to Motion to Substitute Parties**

|  | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 144, as Personal Representative of the Estate of Joya Grant, deceased, the late child of Winston Grant | No. 1:04-cv-01923 GBD)(SN); No. 1:23-cv-05790 (GBD)(SN) | Winston Grant II, as Personal Representative of the Estate of Joya Grant, deceased, the late child of Winston Grant | NY | Winston Grant |

2