USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/14/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, No. 1:04-cv-01923 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)

**MOTION TO SUBSTITUTE PARTIES PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiff herein moves the Court to allow substitution of the party as identified in Exhibit A in the above referenced actions. The individual being substituted into the case is the Personal Representative of an immediate family member of an individual killed as a result of the terrorist attacks on September 11, 2001.

Exhibit A identifies the individual to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time this motion is being filed, the existing pleading that refers to the plaintiff, and the decedent of which the plaintiff is the Personal Representative.

Plaintiff proposes that, upon endorsement of Plaintiff's Proposed Order, the substituted party be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: July 14, 2026
       New York, New York

2

Dated: July 13, 2026

/s/ *Jerry S. Goldman*

Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
7 Times Square, 15th Floor
New York, NY 10036
Tel: (212) 278-1000
Fax: (212) 278-1733
Email:  jgoldman@andersonkill.com
         bstrong@andersonkill.com
         agreene@andersonkill.com

*Attorneys for Plaintiffs*

**EXHIBIT A to Motion to Substitute Parties**

| | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 144, as Personal Representative of the Estate of Joya Grant, deceased, the late child of Winston Grant | No. 1:04-cv-01923 GBD)(SN); No. 1:23-cv-05790 (GBD)(SN) | Winston Grant II, as Personal Representative of the Estate of Joya Grant, deceased, the late child of Winston Grant | NY | Winston Grant |