UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:    *Burnett, et al. v. Islamic Republic of Iran, et al., No. 1: 15-cv-9903 (GBD)(SN);*
       *Arias, et al. v. The Islamic Republic of Iran, 19-cv-00041 (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 15th day of July 2026, I served defendant:

  Islamic Revolutionary Guard Corps
  Abbas Araghchi
  Minister of Foreign Affairs
  Ministry of Foreign Affairs of the Islamic Republic of Iran
  Imam Khomeini Avenue
  Imam Khomeini Square
  Tehran, Iran

by dispatching via Federal Express, Tracking No. **8743 2725 0914**, to The Secretary of State,

CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special

Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28

U.S.C. § 1608(a)(4), two (2) copies of:

   a. Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22
   C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 12101 and
   12094 in the *Burnett and Arias* cases;
   b. Order Granting Partial Final Default Judgment, dated June 1, 2026, Document 12101
   and Report and Recommendation dated May 22, 2026, Document 12084 (in English and
   Farsi) entered in the *Burnett* case;
   c. Memorandum Decision and Order, dated May 28, 2026, Document 12094 (in English
   and Farsi) entered in the *Burnett* case;
   d. Clerk's Partial Default Judgment, Document 12097;
   e. A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583;
   90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in
   English and Farsi); and

f. Translator's Affidavit (in English only).


Dated: July 10, 2026
        New York, New York

                                        TAMMI M. HELLWIG
                                        CLERK OF COURT

                                        /s/Rachel Slusher
                                        Deputy Clerk