**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                      **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                          **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    *Alexander Jimenez, et. al.  v. Islamic Republic of Iran, No. 18-cv-11875 (GBD) (SN)*

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated September 13, 2019, and Order dated July 9, 2026,  Plaintiffs' motion for partial final judgment is GRANTED in part and DENIED in part; and it is ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or estate of a spouse, parent, child or sibling), or a functional equivalent thereof, of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, except that Plaintiffs Jem A. Howard and Jody C. Howard, who are each functionally equivalent to a child of a 9/11 decedent, are awarded $4,250,000, as they did not have a relationship with the decedent during their early childhoods (roughly birth through age eight), as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages

applications for solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

Under Fed. R. Civ. P. 54(b) as to these Plaintiffs' 1605A claims against Iran and the conditions for entry of judgment under Fed. R. Civ. P. 54(b) are met, in that (1) multiple parties or claims are present; (2) the rights and liabilities of at least one party have been finally decided within the meaning of 28 U.S.C. § 1291; and (3) no just reason for delay exists judgment is hereby entered.

**Dated:**  New York, New York
July 22, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**  _____
**Deputy Clerk**

# EXHIBIT A

EX. A to *Jimenez* Motion for Judgment on Damages (II)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Maurice Corbett Kearney | Lisa Kearney-Griffin | Sibling | $4,250,000 |
| 2 | Cornelius J. Keating as Personal Representative of the Estate of Muriel Keating | Paul Hanlon Keating | Parent (Deceased) | $8,500,000 |
| 3 | Thomas Kuras as Personal Representative of the Estate of Frances Kuras | Patricia A. Kuras | Parent (Deceased) | $8,500,000 |
| 4 | Jem A. Howard | Alan LaFrance | Child | $4,250,000 |
| 5 | Jody C. Howard | Alan LaFrance | Child | $4,250,000 |
| 6 | Joann Johnson as Personal Representative of the Estate of Searetha E. Wilson | Ada L. Mason | Parent (Deceased) | $8,500,000 |
| 7 | Dale Mattson as Personal Representative of the Estate of Bernice Mattson | Dean E. Mattson | Parent (Deceased) | $8,500,000 |
| 8 | Elizabeth ("Beth") McCarthy (nee McHale) as Personal Representative of the Estate of John F. McHale | Thomas McHale | Parent (Deceased) | $8,500,000 |
| 9 | Anthony B. McMahon | Robert Dismas McMahon | Sibling | $4,250,000 |
| 10 | Irene McMahon | Robert Dismas McMahon | Sibling | $4,250,000 |

|   | Total |   |   | $63,750,000.00 |
|---|---|---|---|---|