**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                          **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                              **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

>    *Hemenway, et al., v. Islamic Republic of Iran, No. 18-cv-12277*
>
>    *BNY Mellon, et al., v. Islamic Republic of Iran, No. 19-cv-11767*
>
>    *Bodner, et al., v. Islamic Republic of Iran, No. 19-cv-11776*
>
>    *Bernaerts, et al., v. Islamic Republic of Iran, No. 19-cv-11865*
>
>    *Aron, et al., v. Islamic Republic of Iran, No. 20-cv-09376*
>
>    *Hargrave, et al., v. Islamic Republic of Iran. No. 20-cv-09387*
>
>    *Bianco, et al., v. Islamic Republic of Iran, No. 20-cv- l 0902*

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 28, 2022, and Order dated July 9, 2026, Plaintiffs' Motion for Final Judgments is GRANTED. It is ORDERED that the Plaintiffs identified in the attached Exhibit A are awarded judgments for solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards that may be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings.

Under Fed. R. Civ. P. 54(b) as to these Plaintiffs' 1605A claims against Iran and the conditions for entry of judgment under Fed. R. Civ. P. 54(b) are met, in that (1) multiple parties or claims are present; (2) the rights and liabilities of at least one party have been finally decided within the meaning of 28 U.S.C. § 1291; and (3) no just reason for delay exists judgment is hereby entered.

**Dated:**  New York, New York

July 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**

# EXHIBIT A

| Table 2: Solatium Awards | | | | |
|---|---|---|---|---|
| **Plaintiff** | **Decedent** | **Relationship** | **Functional Equivalent** | **Solatium Damages** |
| Joan Ruth Puwalski | Steven J. Bates | Life Partner | Spouse | $12,500,000 |
| Laura Nogaj | Stephen Philip Morris | Fiancé | Spouse | $12,500,000 |
| Jude Monteserrato | John Michael Sbarbaro | Life Partner | Spouse | $12,500,000 |
| Janice Dukes | Donnie Taylor | Fiancé | Spouse | $12,500,000 |
| Jesse Kemp | Timothy Haviland | Stepchild | Parent | $8,500,000 |
| Nicholas Kemp | Timothy Haviland | Stepchild | Parent | $4,250,000 |
| Maureen Sullivan | Derek O. Sword | Fiancé | Spouse | $12,500,000 |
| Karen Carlucci | Peter Frank | Fiancé | Spouse | $12,500,000 |
| Lucy Aita | Paul Innella | Fiancé | Spouse | $12,500,000 |
| Cristal Barragan | Moises Rivas | Stepchild | Parent | $8,500,000 |
| Katherin Pleitez | Moises Rivas | Stepchild | Parent | $4,250,000 |
| Denyse Betcher | Paul Ruback | Stepchild | Parent | $4,250,000 |
| Danny Marino | Paul Ruback | Stepchild | Parent | $4,250,000 |
| Natalie Pollack | Louis F. Aversano, Jr. | Stepchild | Child | $8,500,000 |
| Jamielah Persol | DaJuan Hodges | Fiancé | Spouse | $12,500,000 |