**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                    **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                          **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    *Hemenway, et al., v. Islamic Republic of Iran, No. 18-cv-12277*

    *BNY Mellon, et al., v. Islamic Republic of Iran, No. 19-cv-11767*

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 28, 2022, and Order dated July 9, 2026, Plaintiffs' Motion for Final Judgments, is GRANTED. It is ORDERED that the Plaintiffs Joseph Dixon, Eric Johnson, and Brian Wilkes Joseph Dixon be awarded $8,500,000, $12,500,000, and $12,500,000, respectively, for solatium damages; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing on this motion and who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards that may be approved on the same basis as currently approved for these Plaintiffs or in prior filings.

Under Fed. R. Civ. P. 54(b) as to these Plaintiffs' 1605A claims against Iran and the conditions for entry of judgment under Fed. R. Civ. P. 54(b) are met, in that (1) multiple parties or claims are present; (2) the rights and liabilities of at least one party have been finally decided within the meaning of 28 U.S.C. § 1291; and (3) no just reason for delay exists judgment is hereby entered.

**Dated:**  New York, New York

July 22, 2026


**TAMMI M. HELLWIG**

_____

**Clerk of Court**


**BY:**

_____

**Deputy Clerk**