**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                          **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                              **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    *Burnett, el al. v. Islamic Republic of Iran, et al., No. l 5-cv-9903 (GBD)(SN)*

    *Arias, et al v. The Islamic Republic of Iran, 19-cv-00041 (GBD)(SN)*

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 9, 2026, the Court denies without prejudice additional damages that the Moving Plaintiffs identified in Exhibits A, B, C, and D could seek against Defendant Iran, including punitive damages, additional economic damages, or other appropriate damages.

      Under Fed. R. Civ. P. 54(b) as to these Plaintiffs' 1605A claims against Iran and the conditions for entry of judgment under Fed. R. Civ. P. 54(b) are met, in that (1) multiple parties or claims are present; (2) the rights and liabilities of at least one party have been finally decided within the meaning of 28 U.S.C. § 1291; and (3) no just reason for delay exists judgment is hereby entered.

**Dated:** New York, New York

    July 22, 2026

                                   **TAMMI M. HELLWIG**
                                   _____
                                   **Clerk of Court**

                  **BY:**

                                   **Deputy Clerk**

Exhibit A - Estates - Pain and Suffering Damages

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | Thomas | Michael | Byrne | | Patrick | D. | Byrne | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1838 | 11390-1, at 15,11399 | | $ 2,000,000.00 | N/A | $ 2,000,000.00 | 9/11/2001 | |
| 2 | Alexandra | | Brzezinski | | Christine | Anne | Olender | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 418 | 11812-1 at 5, 11814 | | $ 2,000,000.00 | N/A | $ 2,000,000.00 | 9/11/2001 | |
| 3 | Ashley | Nicole | Lynch | | Terence | M. | Lynch | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 2683 | 10457-1, at 48,10462 | | $ 2,000,000.00 | N/A | $ 2,000,000.00 | 9/11/2001 | |
| 4 | James | | Kuveikis | | Thomas | J. | Kuveikis | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1924 | | | $ 2,000,000.00 | N/A | $ 2,000,000.00 | 9/11/2001 | |

Case 1:03-md-01570-GBD-SN    Document 12202    Filed 07/22/26    Page 3 of 5
Case 1:03-md-01570-GBD-SN    Document 12165-2    Filed 06/30/26    Page 1 of 1
Exhibit B - Estates - Economic Loss Damages

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| Jaymel | Elizabeth | Connor | | James | L. | Connor | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1420 | | | 5/5/25 | | $ 73,194,034.00 | N/A | $ 73,194,034.00 | 5/5/2025 | |
| Ethel | M. | Henry | | William | Leon | Henry | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1817 | | | 10/29/25 | | $ 6,855,840.00 | N/A | $ 6,855,840.00 | 10/29/2025 | |
| Dolores | M. | Libretti | | Daniel | | Libretti | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1954 | | | 11/12/25 | | $ 10,583,051.00 | N/A | $ 10,583,051.00 | 11/12/2025 | |
| Donna | C. | Mahoney | | William | James | Mahoney | Jr. | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1860 | | | 7/1/25 | | $ 12,765,301.00 | N/A | $ 12,765,301.00 | 7/1/2025 | |
| Norma | I. | Margiotta | | Charles | Joseph | Margiotta | | U.S. | 9/11/01 | NY | 19-cv-41 | 1:19-cv-00041, 1 | | | 7/30/25 | | $ 11,837,398.00 | N/A | $ 11,837,398.00 | 7/30/2025 | |
| Rhonda | Lee | O'Callaghan | | Daniel | | O'Callaghan | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 2008 | | | 8/19/25 | | $ 13,363,316.00 | N/A | $ 13,363,316.00 | 8/19/2025 | |
| Thomas | P. | Heidenberger | Sr. | Michele | | Heidenberger | | U.S. | 9/11/01 | VA | 15-cv-9903 | 1:15-cv-09903, 53, at 1890 | | | 1/13/20 | | $ 5,604,039.00 | N/A | $ 5,604,039.00 | 1/13/2020 | |
| Thomas | Michael | Byrne | | Patrick | D. | Byrne | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1838 | 11390-1, at 15, 11399 | | 1/7/20 | | $ 7,459,335.00 | N/A | $ 7,459,335.00 | 1/7/2020 | |
| Alexandra | | Brzezinski | | Christine | Anne | Olender | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 418 | 11812-1 at 5, 11814 | | 1/13/20 | | $ 7,504,672.00 | N/A | $ 7,504,672.00 | 1/13/2020 | |
| Ashley | Nicole | Lynch | | Terence | M. | Lynch | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 2683 | 10457-1, at 48, 10462 | | 9/25/24 | | $ 8,236,728.00 | N/A | $ 8,236,728.00 | 9/25/2024 | |
| James | | Kuveikis | | Thomas | J. | Kuveikis | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1924 | | | 11/5/25 | | $ 7,289,155.00 | N/A | $ 7,289,155.00 | 11/5/2025 | |
| Jennifer | J. | Jacobs-Deutsch | | Jason | Kyle | Jacobs | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 826 | 10207, at 59, 10219 | | 12/23/25 | | $ 14,287,063.00 | N/A | $ 14,287,063.00 | 12/23/2025 | |
| Juana | | Bacchus | | Eustace | P. | Bacchus | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 2051 | | | 1/27/26 | | $ 11,883,727.00 | N/A | $ 11,883,727.00 | 1/27/2026 | |
| Carole | L. | Ricci | | Robert | John | Fangman | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 3270 | 10457-1, at 26, 10462 | | 2/16/26 | | $ 9,037,380.00 | N/A | $ 9,037,380.00 | 2/16/2026 | |
| Barbara | Ann | Laurencin | | Charles | Augustus | Laurencin | | U.S. | 9/11/01 | NY | 19-cv-41 | 1:19-cv-00041, 1, Appx. Pg. 16 | | | 3/4/26 | | $ 3,364,260.00 | N/A | $ 3,364,260.00 | 3/4/2026 | |
| Jennifer | D. | Licciardi | | Ralph | M. | Licciardi | | U.S. | 9/11/01 | NY | 19-cv-41 | 1:19-cv-00041, 1, Appx. Pg. 16 | | | 3/18/26 | | $ 18,385,992.00 | N/A | $ 18,385,992.00 | 3/18/2026 | |
| Seelochini | | Liriano | | Francisco | Alberto | Liriano | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 3403 | | | 3/20/26 | | $ 17,756,294.00 | N/A | $ 17,756,294.00 | 3/20/2026 | |
| Mitoko | | Miller | | Robert | Cromwell | Miller | Jr. | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 1747 | | | 3/4/26 | | $ 5,307,770.00 | N/A | $ 5,307,770.00 | 3/4/2026 | |
| David | R. | Salvo | | Samuel | R. | Salvo | Jr. | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 3473 | 10457-1, at 63; 10462 | | 3/19/26 | | $ 5,599,744.00 | N/A | $ 5,599,744.00 | 3/19/2026 | |

Case 1:03-md-01570-GBD-SN    Document 12202    Filed 07/22/26    Page 4 of 5
Case 1:03-md-01570-GBD-SN    Document 12165-3    Filed 06/30/26    Page 1 of 1
Exhibit C - Solatium

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| | | | | Kenneth | Thomas | Roberts | | U.S. | Michael | E. | Roberts | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1032, at 2 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Barbara | Elena | DaMota | | U.S. | Manuel | John | DaMota | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 2472 | | Spouse | | | $ 12,500,000.00 | N/A | $ 12,500,000.00 | 9/11/2001 | |
| | | | | Manuel | Joao | DaMota | III | U.S. | Manuel | John | DaMota | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1032, at 1 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| Alexandra | | Brzezinski | | Therese | M. | Winters | | U.S. | Christine | | Olender | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 421 | 11027-1, at 11, 11031 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| Alexandra | | Brzezinski | | Conrad | S. | Olender | | U.S. | Christine | | Olender | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 419 | 11027-1, at 12, 11031 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Christopher | Manuel | DaMota | | U.S. | Manuel | John | DaMota | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 148, at 9 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Bryan | Michael | Rosen | | U.S. | Mark | H. | Rosen | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1050, at 1 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Ryan | William | Duffy | | U.S. | Thomas | W. | Duffy | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 3482 | 10207, at 186, 10219 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Matthew | Edward | Rosen | | U.S. | Mark | H. | Rosen | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1050, at 2 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Patricia | Cahill | Hoban | | U.S. | John | B. | Cahill | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 2 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | James | Christopher | Lynch | | U.S. | James | Francis | Lynch | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 4 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Erica | Lea | Boltz | | U.S. | Christopher | Todd | Pitman | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 7 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Nisha | | Dutta | | U.S. | Bella | J. | Bhukhan | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 1 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Gregory | Francis | Murphy | | U.S. | James | Thomas | Murphy | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 6 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Karen | | Carroll | | U.S. | Thomas | J. | Kuvelkis | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 3 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | John | Edward | Manley | Sr. | U.S. | Sara | Elizabeth | Manley | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 5 | Parent | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Amanda | Hope | Chan | | U.S. | Mark | H. | Rosen | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1138, at 8 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Erin | Gale | Bratton | | U.S. | Michelle | Renee | Bratton | | U.S. | 9/11/01 | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 2715 | | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Denise | Mindy | McAuliffe | | U.S. | William | James | Mahoney | Jr. | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1186, at 5 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Cynthia | duFresne | Bullock | | U.S. | Mary | Lou | Hague | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1186, at 1 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Diane | Elizabeth | Kulp | | U.S. | Mary | Lou | Hague | | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1186, at 2 | Sibling | | | $ 4,250,000.00 | N/A | $ 4,250,000.00 | 9/11/2001 | |
| | | | | Joseph | John | Mahoney | | U.S. | William | James | Mahoney | Jr. | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1186, at 4 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | William | James | Mahoney | III | U.S. | William | James | Mahoney | Jr. | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1186, at 3 | Child | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |
| | | | | Francesca | Marie | Jerez-DeVito | | U.S. | Robert | D. | Cirri | Sr. | U.S. | 9/11/01 | NY | 15-cv-9903 | | 1:15-cv-09903, 1143, at 1 | Child (functional equivalent) | | | $ 8,500,000.00 | N/A | $ 8,500,000.00 | 9/11/2001 | |

Exhibit D - Personal Injury

| Personal Representative | | | | Claimant | | | | | | Claim Information | | | Pain & Suffering Damages | | | | Judgment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date |
| 1 | | | | Alfred | William | Retundie | Jr. | U.S. | NY | 15-cv-9903 | 1:15-cv-09903, 53, at 4639 | | | | $ 5,000,000.00 | N/A | $ 5,000,000.00 | 9/11/2001 | |