**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF Case |
| This document relates to:<br><br>*Johnson, et al. v. The Islamic Republic of Iran* | 18-cv-12344 (GBD)(SN)<br><br>ECF Case |

## MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN ON BEHALF OF *JOHNSON* PLAINTIFFS

PLEASE TAKE NOTICE that upon the accompanying declaration of Robert Keith Morgan, with exhibits, and the accompanying memorandum of law, and in accordance with this Court's November 14, 2023 Order setting forth such information as is required by the Court to adjudicate this motion (*See* ECF No. 9425), the Plaintiffs identified in Exhibit A (*Johnson* Plaintiffs) to the declaration of Robert Keith Morgan, respectfully move this Court for an Order of judgment by default against the Defendant, Islamic Republic of Iran ("Iran"), under 28 U.S.C. § 1605A(c).[1]  *Johnson* Plaintiffs herein are seeking pain and suffering damages in accordance with this Court's established framework, prior orders, and based on those awarded in prior judgments entered by this Court in this litigation to those who sustained injuries on September 11, 2001 and those who developed fatal medical conditions from environmental exposure on September 11, 2001 ( *See, e.g.,* March 17, 2026 Mem. Decision and Order (ECF No. 11877), *adopting,* Jan. 20, 2026 R. & R. (ECF No. 11464).

The *Johnson* Plaintiffs herein, Candiace Baker, Kevin Bartholomew, Dennis Digins, Daniel Graziano, Grace Heyaime, Raul Martinez. Lisa McDonald, Michael Robles, Peter Schojan, and Cassandra Alston Townsley each suffered injuries in the terrorist attacks on the World Trade Center on September 11, 2001 and its immediate aftermath, and move for entry of a judgment for pain and suffering damages.

---

[1] All ECF Nos. refer to the main MDL docket, 03-md-01570, unless otherwise indicated.

1

Further, *Johnson* Plaintiffs move that any pain and suffering damages awarded herein include pre-judgment interest at rate of 4.96 percent per annum, compounded annually from the period from September 11, 2001, until the date of the judgment. *Johnson* Plaintiffs also move for permission to seek punitive damages, economic damages, or other damages in the future and for all other *Johnson* Plaintiffs not appearing on Exhibit A, to submit applications for damages awards in later stages of this litigation, to the extent such awards have not been previously addressed by the Court.

Dated:  July 27, 2026

Respectfully submitted,

*/s/  Robert Keith Morgan*
Robert Keith Morgan
David J. Dickens
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960
Tel: 540-672-4224
Fax: 540-672-3055
Email: kmorgan@millerfirmllc.com
        ddickens@millerfirmllc.com
*Counsel for Plaintiffs*