# ANDERSON KILL P.C.

**7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212-278-1000 / www.andersonkill.com**

Jerry Goldman
jgoldman@andersonkill.com
212-278-1569

_Via ECF_                                                                                                July 29, 2026

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    _In re Terrorist Attacks on September 11, 2001_, No. 03-MDL-1570 (GBD)(SN);
             _Stuart M. Beale, et al. v. Islamic Republic of Iran_, No. 1:26-cv-06424

Dear Judge Netburn:

      Pursuant to Your Honor's Order dated October 28, 2019, docketed under the MDL as Docket Number 5234 ("October 28, 2019 Order"), we respectfully request that the above-referenced case filed July 28, 2026 be made part of the MDL.

      Per Your Honor's individual rules and practices in this MDL, available at https://www.nysd.uscourts.gov/hon-sarah-netburn, we are _not_ providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement.  Similarly, under Judge Daniels' individual rules and practices, available at https://www.nysd.uscourts.gov/hon-george-b-daniels, we are _not_ providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement.

      We thank the Court for its attention to this matter.

Respectfully submitted,

_/s/ Jerry Goldman_
Jerry S. Goldman, Esq.

_Attorney for the Plaintiffs_

Cc (via ECF): The Honorable George B. Daniels
                All MDL Counsel of Record

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

DOCS-101078549.1