

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: ___7/29/2026___ |

July 28, 2026

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MD 1570 (GBD)(SN)

Dear Judge Netburn:

This Office represents the U.S. government agencies (the "agencies" or the "Government") that received *Touhy* requests and third-party subpoenas from the Plaintiffs' Executive Committees ("Plaintiffs") and the Government of Sudan ("Sudan," and together with Plaintiffs, the "parties") in the above-referenced case in March 2025. With apologies for the delay, I write respectfully to provide this month's status report regarding the agencies' searches for documents responsive to these subpoenas as directed by the Court's January 21, 2026, Order. ECF No. 11474 (memo endorsement).

**Federal Bureau of Investigation:** The FBI has completed its searches and productions of records responsive to those portions of the parties' requests that it indicated to the parties it would search for.[1] The FBI made productions on November 25, 2025; and February 27, April 30, and June 30, 2026. On May 27, 2026, the FBI received a letter from Plaintiffs identifying categories of what they consider to be missing records and other omissions from the FBI's productions to date, and asking the FBI to confirm that it is searching for and collecting those documents. In response to this letter, the FBI agreed to conduct some additional searches. These searches are underway. The FBI anticipates making its first production of these materials in late August. The parties have informed the Government that they are continuing their review of the FBI's productions and reserve all rights with regard to any issues, objections, or disputes that may arise from those productions.

**U.S. Department of State:** State has completed its searches for records responsive to those portions of the parties' requests that the agency indicated to the parties it would search for, and has been processing the search results. State made productions on February 2, March 24, and July 8, 2026. State still anticipates completing its productions by the end of August.

**Central Intelligence Agency:** The CIA has completed its responses to the portions of the parties' requests to which it has agreed to respond—those seeking the reprocessing of

---

[1] As previously indicated, the FBI included within its productions those records responsive to the parties' requests to the U.S. Marshals Service that the Government agreed to process.

specifically identified and acknowledged CIA records. The CIA made productions on March 20 and May 19, 2026. Whether and to what extent the CIA must respond to the remainder of the parties' subpoenas is the subject of a motion to compel on which the briefing is complete. *See* ECF Nos. 11796-11799, 11854-11855, 11899-11900, 11983, 11995.

* * *

The Government apologizes to the Court for submitting this status update more than one month later than its last report. The Government respectfully proposes that it provide its next status report in six weeks, on September 15, 2026, in light of an anticipated end-of-summer vacation for the undersigned, and the agencies' expected schedules for their next productions.

We thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ Jean-David Barnea
JEAN-DAVID BARNEA
JENNIFER A. JUDE
Assistant United States Attorneys
Telephone: (212) 637-2679/2663
Email: Jean-David.Barnea@usdoj.gov
       Jennifer.Jude@usdoj.gov

cc:   Counsel for all parties (by ECF)

---

The Government must submit its next status report by September 15, 2026.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: July 29, 2026
      New York, New York