**ANDERSON KILL P.C.**

7 TIMES SQUARE, 15TH FLOOR / EW YO K, NY 10036 / 212-27

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7_____

Jerry Goldman
jgoldman@andersonkill.com
212-278 156

*Via CF*                                                                uly 29, 2026

The H norab e Sarah Netburn
 hurgood  arshal Unite  States Cour house
 0 Foley Squa e, Roo  430
N w  ork, NY 10 07

     e:    *In re T rrorist At acks on S pte ber 11,  001*, No. 03-  DL-1570 (G D)(SN)
          *S uart M B ale e al. v. Islamic  ep blic f I an*, No. 1:26- v-06 24

De r Judge  etburn:

    ur uant to Your Honor s Ord r dated Oct ber 2 , 2019,  ocket d u der th  MDL a Docke  Num er 5234 ( Oct ber  8, 2019  rd r"), we resp ctfully requ st hat the above-re eren ed ca e fi ed  uly  8, 2026 be m de par of  e M L.

    er Your Honor's in ividu l r les and p ac ices in t is MDL, a ai able at https://www.nysd.uscourts.gov/hon-sarah- et urn we are *not* p o iding a  ourt sy  opy for  ha  bers of Pla ntiff ' Civ l Cove  Sheet, Req est for  ummons, Co  pla nt, and Rela ed Case St ement. Si ilarl , und r Judge  aniels' in ividu l r les and pr ctices, a ai able at https://www.nysd.uscourts.gov/hon-george-b- an els we are *not* p o iding a  ourt sy  opy for  ha  bers of Pla ntiff ' Civ l Cove  Sheet, Req est for  ummons, Co  pla nt, and Rela ed Case St te ent.

    e t ank t e C urt for its a te tion to this matter.

               Resp ctfully su mit ed,

               */ / Jerry Goldm n*
               erry S.  oldm

ur uan to the Court s  rde  at ECF N . 5 34, the above-re eren ed ca e  hall be m de par of th  MDL.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dat d:  uly  9, 2026
     N w Y rk, New Yo k

DOCS-101078549.1