**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN) (and member cases *Burlingame, et al. v. Bin Laden, et al.,* 02-cv-7230 and *Betru, et al. v. Islamic Republic of Iran,* 18-cv-8297)

### PLAINTIFFS' NOTICE OF MOTION SEEKING ENTRY OF JUDGMENTS PURSUANT TO RULE 58(d) AND TO EXTEND *NUNC PRO TUNC* 54(b) ORDER

In this motion, Plaintiffs, through undersigned counsel, seek (1) entry of judgments under Fed. R. Civ. P. 58(d) for two documents issued by the Court as a Memorandum Decision and Order or an Order, and (2) entry of final judgments under Fed. R. Civ. P. 54(b) for the two documents issued by the Court as a Memorandum Decision and Order, an Order, or a Partial Final Judgment.

PLEASE TAKE NOTICE that Plaintiffs, hereby move pursuant to Fed. R. Civ. P. 58(d) for entry of judgments for two documents issued by the Court as a Memorandum Decision and Order or an Order without an accompanying Clerk's Judgment. *See* ECF Nos. 5154 and 5857.

PLEASE TAKE FURTHER NOTICE that Plaintiffs respectfully move the Court for an order extending the Court's Memorandum Decision and Order at ECF No. 11878 for the resulting entered judgments for ECF Nos. 5154 and 5857, which would include:

(a) Denying without prejudice outstanding requests for additional damages related to the judgments; AND,

(b) Staying the deadlines for Plaintiffs to move for relief from final judgment until further order of the Court. *See* Fed. R. Civ. P. 60(b); AND,

1

(c) Determining that there is no just reason for delay and certifying the judgments as final judgments Plaintiffs' claims against Iran under Rule 54(b). And given the unique and exceptional circumstances, certifying under Rule 54(b) *nunc pro tunc* to the original filing date; AND,

(d) Pursuant to 28 U.S.C. § 1963, finding good cause for the immediate registration in the U.S. District Court for the Eastern District of New York of a certified copy of the Iran judgments; AND,

(e) Directing the Clerk of Court to process the Plaintiffs' forthcoming requests to certify the judgments for registration in the U.S. District Court for the Eastern District of New York.

Plaintiffs seek the relief requested herein to permit the Clerk of the Court to issue a Clerk's Certification of Judgment to be Registered in Another District. Plaintiffs seek to obtain these certified judgments to permit them to pursue execution and attachment efforts on assets allegedly owned or controlled by the Islamic Republic of Iran or its agencies or instrumentalities in the U.S. District Courts for the Eastern District of New York, and any other assets that may be subject to execution and attachment in the future.

PLEASE TAKE FURTHER NOTICE that Plaintiffs respectfully request such other and further relief as this Honorable Court deems just and proper.

Dated:  July 31, 2026

Respectfully submitted,

**SPEISER KRAUSE, PC**

/s/ Frank H. Granito
Frank H. Granito, III, Esq. (FG9760)
Speiser Krause, PC
800 Westchester Avenue, Suite S-608

Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334
f3g@speiserkrause.com

*Attorneys for the Ashton-Burlingame and Ashton-Betru Plaintiffs*