**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN) (and member cases *Burlingame, et al. v. Bin Laden, et al.,* 02-cv-7230 and *Betru, et al. v. Islamic Republic of Iran,* 18-cv-8297)

### DECLARATION OF FRANK H. GRANITO, III IN SUPPORT OF 9/11 PLAINTIFFS' MOTION FOR ORDER TO PERMIT ATTACHMENT AND EXECUTION PURSUANT TO 28 U.S.C. § 1610(c)

FRANK H. GRANITO, III, Esq., hereby states under penalty of perjury that:

1.      I am an attorney and shareholder with Anderson Kill P.C., attorneys representing the Plaintiffs in the above-captioned actions who are specifically listed in *United States v. Approximately 127,271 Bitcoin*, No. 1:25-cv-05745-RPK-CHK (E.D.N.Y.), ECF Nos. 70-1, 160-3, 260-1, 271.

2.      I submit this Declaration on behalf of the Plaintiffs' Motion Seeking Entry of Judgments Pursuant to Rule 58(d) and to Extend Nunc Pro Tunc 54(b) Order.

1.      The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the Plaintiffs in connection with litigation arising out of the terrorist attacks on September 11, 2001, other court records relating to the *In re Terrorist Attacks on Sept. 11, 2001* Multi-District Litigation, and my interactions with individuals within the United States Department of State.

2.      Attached hereto as Exhibit 1 is true and correct copy of the Court's September 13, 2019 Memorandum Decision and Order at ECF No. 5154.

3.      Attached hereto as Exhibit 2 is true and correct copy of the Court's February 5, 2020 Order at ECF No. 5857.

Dated: Rye Brook, New York
            July 31, 2026

                                                                /s/ Frank H. Granito, III
                                                                Frank H. Granito, III, Esq.