**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN) (and member cases *Burlingame, et al. v. Bin Laden, et al.,* 02-cv-7230 and *Betru, et al. v. Islamic Republic of Iran,* 18-cv-8297)

**[PROPOSED] ORDER EXTENDING *NUNC PRO TUNC* 54(B) ORDER AT ECF NO. 11878 TO ORDER GRANTING PARTIAL FINAL JUDGMENT AT ECF NO.**

Upon consideration of the Plaintiffs' Notice of Motion Seeking Entry of Judgments Pursuant to Rule 58(d) and to Extend Nunc Pro Tunc 54(b) Order, the accompanying Memorandum of Law, the Declaration of Frank H. Granito, III, Esq. and the entire record in this case, it is hereby:

**ORDERED** that, pursuant to Fed. R. Civ. P. 58(d), the Clerk of Court shall enter judgments for the Court's September 13, 2019 Memorandum Decision and Order at ECF No. 5154 and the Court's February 5, 2020 Order at ECF No. 5857, each of which was issued without an accompanying Clerk's Judgment (together, the "Underlying Iran Judgments"); and it is further

**ORDERED** that the Court's Memorandum Decision and Order at ECF No. 11878 is extended to apply to the two Underlying Iran Judgments entered for ECF Nos. 5154 and 5857 against the Islamic Republic of Iran ("Iran"); and it is further

**ORDERED** that the Plaintiffs' outstanding requests for additional damages related to the Underlying Iran Judgments are denied without prejudice; and it is further

**ORDERED** that the deadlines for the Plaintiffs to move for relief from final judgment

are stayed until further order of the Court. See Fed. R. Civ. P. 60(b); and it is further

**ORDERED** that there is no just reason for delay and, as such, the Underlying Iran Judgments are certified as final judgments as to the Plaintiffs' claims against Iran under Rule 54(b). And that, given the unique and exceptional circumstances, certification under Rule 54(b) is made nunc pro tunc to the original filing dates of the Underlying Iran Judgments (September 13, 2019 as to ECF No. 5154 and February 5, 2020 as to ECF No. 5857); and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1963, good cause is found for the immediate registration in the Eastern District of New York of certified copies of the Underlying Iran Judgments; and it is further

**ORDERED** that the Clerk of Court is directed to process the Plaintiffs' forthcoming requests to certify the Underlying Iran Judgments for registration in another judicial district.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12223

Dated:  July 30, 2026

Respectfully submitted,

**SPEISER KRAUSE, PC**

/s/ Frank H. Granito
Frank H. Granito, III, Esq. (FG9760)
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334
f3g@speiserkrause.com

*Attorneys for the Ashton-Burlingame and Ashton-Betru Plaintiffs*