**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
IN RE:                                      :            ORDER
                                            :
TERRORIST ATTACKS ON                        :    03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                          :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**This document relates to:**

> *Ashton et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN) (and member cases *Burlingame, et al. v. Bin Laden, et al.,* 02-cv-7230, and *Betru, et al. v. Islamic Republic of Iran,* 18-cv-8297)

**GEORGE B. DANIELS, United States District Judge:**

Upon consideration of the Plaintiffs' Notice of Motion Seeking Entry of Judgments Pursuant to Rule 58(d) and to Extend Nunc Pro Tunc 54(b) Order, the accompanying Memorandum of Law, the Declaration of Frank H. Granito, III, Esq. and the entire record in this case, it is hereby:

**ORDERED** that, pursuant to Fed. R. Civ. P. 58(d), the Clerk of Court shall enter judgments for the Court's September 13, 2019 Memorandum Decision and Order at ECF No. 5154 and the Court's February 5, 2020 Order at ECF No. 5857, each of which was issued without an accompanying Clerk's Judgment (together, the "Underlying Iran Judgments"); and it is further

**ORDERED** that the reasoning in the Court's Memorandum Decision and Order at ECF No. 11878 is extended to apply to the two Underlying Iran Judgments entered for ECF Nos. 5154 and 5857 against the Islamic Republic of Iran ("Iran"), as explained below; and it is further

**ORDERED** that the Plaintiffs' outstanding requests for additional damages (such as punitive damages, additional economic damages, or other appropriate damages) related to the Underlying Iran Judgments are denied without prejudice; and it is further

**ORDERED** that the deadlines for the Plaintiffs to move for relief from final judgment are stayed until further order of the Court, *see* Fed. R. Civ. P. 60(b), and it is further

**ORDERED** that there is no just reason for delay and, as such, the Underlying Iran Judgments are certified as final judgments as to the Plaintiffs' claims against Iran under Rule 54(b). And that, given the unique and exceptional circumstances, certification under Rule 54(b) is made *nunc pro tunc* to the original filing dates of the Underlying Iran Judgments (September 13, 2019 as to ECF No. 5154 and February 5, 2020 as to ECF No. 5857); and it is further

**ORDERED** that pursuant to 28 U.S.C. § 1963, and upon entry of final judgments for the Plaintiffs, the Court finds good cause for the immediate registration in the U.S. District Court for the Eastern District of New York of certified copies of the final judgments; and it is further

**ORDERED** that the Clerk of Court is directed to process the Plaintiffs' forthcoming requests to certify the Underlying Iran Judgments for registration in another judicial district.

The Court respectfully directs the Clerk of the Court to terminate the following motions:

- 03-md-1570, ECF No. 12223

- 02-cv-06977, ECF No. 2543

- 02-cv-07230, ECF No. 478

- 18-cv-08297, ECF No. 178

Dated:  August 4 , 2026.
New York, New York

**SO ORDERED.**

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge

2