**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                        **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                           **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

Ashton et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD)(SN) (and member cases

Burlingame, et al. v. Bin Laden, et al., 02-cv-7230, and Betru, et al. v. Islamic Republic of

Iran, l 8-cv-8297)

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated

in the Court's Order dated August 4, 2026, the Court's Order dated February 5, 2020, and the

Court's Memorandum Decision and Order dated September 13, 2019, that final judgment is

entered on behalf of Harold Lilie (the "Betru Plaintiff'), identified in Exhibit A against the Islamic

Republic of Iran, who has sufficiently demonstrated that he is the functional equivalent of an

immediate family member of 9/11 decedent Steven Furman under this Court's prior framework;

and it is ORDERED that the Betru Plaintiff identified in the attached Exhibit A is awarded solatium

damages as set forth in Exhibit A with prejudgment interest on that award to be calculated at a rate

of 4.96 percent per annum, compounded annually, over the same period;  that partial final judgment

is entered against the Iran Defendants and on behalf of the *Burlingame X* Plaintiffs, as identified

in the attached Exhibit A, who are the estates of victims of the terrorist attacks on September 11,

2001, as indicated in Exhibit A; and it is **ORDERED** that the Plaintiffs identified in Exhibit A are

awarded: compensatory damages for decedent's pain and suffering in an amount of $2,000,000 per

estate, as previously awarded, as set forth in Exhibit A; and it is; the Plaintiffs identified in the expert reports furnished as Exhibit B to the Declaration of Frank H. Granito, III dated January 10, 2020 (and identified in Exhibit A), are awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted as Exhibit B of the Granito Declaration; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is; ORDERED that the Plaintiffs' outstanding requests for additional damages (such as punitive damages, additional economic damages, or other appropriate damages) related to the Underlying Iran Judgments are denied without prejudice; and it is further ORDERED that there is no just reason for delay and, as such, the Underlying Iran Judgments are certified as final judgments as to the Plaintiffs' claims against Iran under Rule 54(b). And that, given the unique and exceptional circumstances, certification under Rule 54(b) is made nunc pro tune to the original filing dates of the Underlying Iran Judgments (September 13, 2019 as to ECF No. 5154 and February 5, 2020 as to ECF No. 5857); and it is further ORDERED that pursuant to 28 U.S.C. § 1963, and upon entry of final judgments for the Plaintiffs, the Court finds good cause for the immediate registration in the U.S. District Court for the Eastern District of New York of certified copies of the final judgments.

**Dated:**  New York, New York

August 11, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**          K. mango

_____

**Deputy Clerk**

# EXHIBIT A

| | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|---|
| 1 | Furman, Steven | Lilie, Harold | Parent | $4,250,000.00 |

# EXHIBIT A

Case 1:03-md-01570-GBD-SN   Document 12233   Filed 08/11/26   Page 6 of 8

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|
| B1 | David | Michael | Barkway | | | $ 2,000,000.00 | $ 29,935,158.00 | $ 31,935,158.00 |
| B2 | Michael | | Bocchino | | | $ 2,000,000.00 | $ 6,104,931.00 | $ 8,104,931.00 |
| B3 | Bruce | | Boehm | | | $ 2,000,000.00 | $ 5,396,052.00 | $ 7,396,052.00 |
| B4 | Mary | Jane | Booth | | | $ 2,000,000.00 | $ 440,374.00 | $ 2,440,374.00 |
| B5 | Peter | | Brennan | | | $ 2,000,000.00 | $ 6,156,343.00 | $ 8,156,343.00 |
| B6 | Vincent | | Brunton | | | $ 2,000,000.00 | $ 5,081,702.00 | $ 7,081,702.00 |
| B7 | Charles | | Burlingame | | | $ 2,000,000.00 | $ 6,813,981.00 | $ 8,813,981.00 |
| B8 | Swede | | Chevalier | | | $ 2,000,000.00 | $ 15,309,878.00 | $ 17,309,878.00 |
| B9 | Pamela | | Chu | | | $ 2,000,000.00 | $ 10,057,292.00 | $ 12,057,292.00 |
| B10 | Anthony | | Coladonato | | | $ 2,000,000.00 | $ 6,962,368.00 | $ 8,962,368.00 |
| B11 | James | E. | Cove | | | $ 2,000,000.00 | $ 4,767,767.00 | $ 6,767,767.00 |
| B12 | Neil | | Cudmore | | | $ 2,000,000.00 | $ 7,323,794.00 | $ 9,323,794.00 |
| B13 | Scott | | Davidson | | | $ 2,000,000.00 | $ 7,883,927.00 | $ 9,883,927.00 |
| B14 | Thomas | | Dennis | | | $ 2,000,000.00 | $ 6,242,888.00 | $ 8,242,888.00 |
| B15 | Eddie | | Dillard | | | $ 2,000,000.00 | $ 1,511,098.00 | $ 3,511,098.00 |
| B16 | William | | Dimmling | | | $ 2,000,000.00 | $ 9,597,527.00 | $ 11,597,527.00 |
| B17 | James | | Domanico | | | $ 2,000,000.00 | $ 1,655,064.00 | $ 3,655,064.00 |
| B18 | Mary | Yolanda | Dowling | | | $ 2,000,000.00 | $ 2,140,926.00 | $ 4,140,926.00 |
| B19 | Charles | | Droz | | | $ 2,000,000.00 | $ 4,711,795.00 | $ 6,711,795.00 |
| B20 | Bradley | | Fetchet | | | $ 2,000,000.00 | $ 11,847,690.00 | $ 13,847,690.00 |
| B21 | Richard | | Fitzsimons | | | $ 2,000,000.00 | $ 962,670.00 | $ 2,962,670.00 |
| B22 | Laura | | Gilly | | | $ 2,000,000.00 | $ 2,653,217.00 | $ 4,653,217.00 |
| B23 | Andrew | | Golkin | | | $ 2,000,000.00 | $ 21,499,779.00 | $ 23,499,779.00 |
| B24 | Elvira | | Granitto | | | $ 2,000,000.00 | $ 2,538,026.00 | $ 4,538,026.00 |
| B25 | Barbara | | Habib | | | $ 2,000,000.00 | $ 4,227,257.00 | $ 6,227,257.00 |
| B26 | Aram | | Iskenderian | | | $ 2,000,000.00 | $ 8,436,129.00 | $ 10,436,129.00 |
| B27 | Mark | | Jardim | | | $ 2,000,000.00 | $ 12,815,956.00 | $ 14,815,956.00 |

| B28 | Francois | | Jean-Pierre | | | $ | 2,000,000.00 | $ | 559,485.00 | $ | 2,559,485.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B29 | Robert | | Jordan | | | $ | 2,000,000.00 | $ | 30,616,985.00 | $ | 32,616,985.00 |
| B30 | Ann | | Judge | | | $ | 2,000,000.00 | $ | 2,353,703.00 | $ | 4,353,703.00 |
| B31 | Vanessa | | Kolpak | | | $ | 2,000,000.00 | $ | 7,402,325.00 | $ | 9,402,325.00 |
| B32 | David | | Kovalcin | | | $ | 2,000,000.00 | $ | 3,436,600.00 | $ | 5,436,600.00 |
| B33 | John | | Kren | | | $ | 2,000,000.00 | $ | 3,538,709.00 | $ | 5,538,709.00 |
| B34 | Rosanne | | Lang | | | $ | 2,000,000.00 | $ | 70,993,695.00 | $ | 72,993,695.00 |
| B35 | Richard | | Lynch | | | $ | 2,000,000.00 | $ | 15,680,422.00 | $ | 17,680,422.00 |
| B36 | Brian | | Magee | | | $ | 2,000,000.00 | $ | 4,224,580.00 | $ | 6,224,580.00 |
| B37 | Edward | | Maloney | III | | $ | 2,000,000.00 | $ | 9,310,925.00 | $ | 11,310,925.00 |
| B38 | Terence | John | Manning | | | $ | 2,000,000.00 | $ | 18,309,952.00 | $ | 20,309,952.00 |
| B39 | James | | Maounis | | | $ | 2,000,000.00 | $ | 3,006,409.00 | $ | 5,006,409.00 |
| B40 | James | | Martello | | | $ | 2,000,000.00 | $ | 152,298,496.00 | $ | 154,298,496.00 |
| B41 | Thomas | | McHale | | | $ | 2,000,000.00 | $ | 12,478,974.00 | $ | 14,478,974.00 |
| B42 | Robert | | McLaughlin | | | $ | 2,000,000.00 | $ | 26,463,046.00 | $ | 28,463,046.00 |
| B43 | Patricia | | Mickley | | | $ | 2,000,000.00 | $ | 4,206,596.00 | $ | 6,206,596.00 |
| B44 | Rajesh | | Mirpuri | | | $ | 2,000,000.00 | $ | 22,294,852.00 | $ | 24,294,852.00 |
| B45 | Laura | | Morabito | | | $ | 2,000,000.00 | $ | 4,869,712.00 | $ | 6,869,712.00 |
| B46 | Kathleen | | Moran | | | $ | 2,000,000.00 | $ | 6,164,964.00 | $ | 8,164,964.00 |
| B47 | Christopher | | Morrison | | | $ | 2,000,000.00 | $ | 13,296,182.00 | $ | 15,296,182.00 |
| B48 | Michael | | Mullan | | | $ | 2,000,000.00 | $ | 7,544,828.00 | $ | 9,544,828.00 |
| B49 | Frank | | Naples | | | $ | 2,000,000.00 | $ | 5,792,950.00 | $ | 7,792,950.00 |
| B50 | Christopher | | Newton | | | $ | 2,000,000.00 | $ | 19,247,810.00 | $ | 21,247,810.00 |
| B51 | Christopher | | Newton-Carter | | | $ | 2,000,000.00 | $ | 4,352,629.00 | $ | 6,352,629.00 |
| B52 | Peter | | Ortale | | | $ | 2,000,000.00 | $ | 54,282,160.00 | $ | 56,282,160.00 |
| B53 | Jane | Marie | Orth | | | $ | 2,000,000.00 | $ | 1,769,761.00 | $ | 3,769,761.00 |
| B54 | Sonia | | Ortiz | | | $ | 2,000,000.00 | $ | 935,795.00 | $ | 2,935,795.00 |
| B55 | Christopher | | Panatier | | | $ | 2,000,000.00 | $ | 8,992,815.00 | $ | 10,992,815.00 |
| B56 | Todd | Douglas | Pelino | | | $ | 2,000,000.00 | $ | 6,785,207.00 | $ | 8,785,207.00 |
| B57 | Steven | | Pollicino | | | $ | 2,000,000.00 | $ | 11,249,169.00 | $ | 13,249,169.00 |
| B58 | Daphne | | Pouletsos | | | $ | 2,000,000.00 | $ | 3,156,974.00 | $ | 5,156,974.00 |
| B59 | Jack | | Punches | | | $ | 2,000,000.00 | $ | 4,031,580.00 | $ | 6,031,580.00 |
| B60 | James | | Quinn | | | $ | 2,000,000.00 | $ | 3,009,609.00 | $ | 5,009,609.00 |
| B61 | Gerard | | Rauzi | | | $ | 2,000,000.00 | $ | 2,335,847.00 | $ | 4,335,847.00 |
| B62 | Howard | | Reich | | | $ | 2,000,000.00 | $ | 775,061.00 | $ | 2,775,061.00 |
| B63 | James | | Riches | | | $ | 2,000,000.00 | $ | 6,764,076.00 | $ | 8,764,076.00 |
| B64 | Eric | Thomas | Ropiteau | | | $ | 2,000,000.00 | $ | 2,842,245.00 | $ | 4,842,245.00 |
| B65 | Kristin | Irvine | Ryan | | | $ | 2,000,000.00 | $ | 7,118,683.00 | $ | 9,118,683.00 |
| B66 | Marjorie | | Salamone | | | $ | 2,000,000.00 | $ | 2,315,369.00 | $ | 4,315,369.00 |
| B67 | John | | Salerno | | | $ | 2,000,000.00 | $ | 13,810,885.00 | $ | 15,810,885.00 |
| B68 | Michael | | San Phillip | | | $ | 2,000,000.00 | $ | 3,250,271.00 | $ | 5,250,271.00 |

| B69 | Barry | | Simowitz | | | $ | 2,000,000.00 | $ | 544,602.00 | $ | 2,544,602.00 |
|-----|-------|---|----------|---|---|---|---|---|---|---|---|
| B70 | Christopher | Paul | Slattery | | | $ | 2,000,000.00 | $ | 30,393,551.00 | $ | 32,393,551.00 |
| B71 | Heather | | Smith | | | $ | 2,000,000.00 | $ | 5,305,170.00 | $ | 7,305,170.00 |
| B72 | Won-Hyeong/ Daniel | | Song | | | $ | 2,000,000.00 | $ | 21,858,091.00 | $ | 23,858,091.00 |
| B73 | Seline | | Sutter | | | $ | 2,000,000.00 | $ | 530,812.00 | $ | 2,530,812.00 |
| B74 | Kevin | | Szocik | | | $ | 2,000,000.00 | $ | 29,758,307.00 | $ | 31,758,307.00 |
| B75 | Michael | | Taddonio | | | $ | 2,000,000.00 | $ | 9,574,166.00 | $ | 11,574,166.00 |
| B76 | Brian | | Terrenzi | | | $ | 2,000,000.00 | $ | 7,176,032.00 | $ | 9,176,032.00 |
| B77 | Nichola | | Thorpe | | | $ | 2,000,000.00 | $ | 3,960,718.00 | $ | 5,960,718.00 |
| B78 | Richard | | Todisco | | | $ | 2,000,000.00 | $ | 4,064,549.00 | $ | 6,064,549.00 |
| B79 | Vladimir | | Tomasevic | | | $ | 2,000,000.00 | $ | 5,923,434.00 | $ | 7,923,434.00 |
| B80 | Stephen | | Tompsett | | | $ | 2,000,000.00 | $ | 84,461,599.00 | $ | 86,461,599.00 |
| B81 | Ronald | | Vauk | | | $ | 2,000,000.00 | $ | 4,846,789.00 | $ | 6,846,789.00 |
| B82 | Matthew | | Vianna | | | $ | 2,000,000.00 | $ | 4,075,604.00 | $ | 6,075,604.00 |
| B83 | Dinah | | Webster | | | $ | 2,000,000.00 | $ | 3,391,565.00 | $ | 5,391,565.00 |
| B84 | David | T. | Weiss | | | $ | 2,000,000.00 | $ | 20,922,829.00 | $ | 22,922,829.00 |
| B85 | Deborah | Ann | Welsh | | | $ | 2,000,000.00 | $ | 2,936,350.00 | $ | 4,936,350.00 |
| B86 | John | | Works | | | $ | 2,000,000.00 | $ | 42,839,353.00 | $ | 44,839,353.00 |
| B87 | William | | Wren | | | $ | 2,000,000.00 | $ | 1,711,982.00 | $ | 3,711,982.00 |