UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CLERK'S CERTIFICATE OF MAILING**

In re Terrorist Attacks on September 11, 2001

Case No.: 03 MDL 1570 (GBD)(SN)

Re:    *Burnett, et al. v. Islamic Republic of Iran, et al., No. 1:15-cv-9903 (GBD)(SN);*
       *Arias, et al. v. The Islamic Republic of Iran, 1:19-cv-00041 (GBD)(SN);*
       *Ortiz v. The Islamic Republic of Iran, 1:22-cv-03100 (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 11th day of August 2026, I served defendants:

> Islamic Republic of Iran ("Iran") and Islamic Revolutionary Guard Corps ("IRGC")
> Abbas Araghchi
> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue
> Imam Khomeini Square
> Tehran, Iran

by dispatching via Federal Express, Tracking No. **8754 8241 9560**, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the Notice of Clerk's Partial Final Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the clerk's judgments at Documents 12121, 12122, 12123, 12124, 12125 and 12126 in the Burnett, Arias and Ortiz cases; Clerk's Partial Judgment, dated June 15, 2026, Document 12121 (in English and Farsi) entered in the Burnett and Arias cases and the underlying the Memorandum Decision and Order, Document 8293 (in English and Farsi); Clerk's Partial Judgment, dated June 15, 2026, Document 12122 (in English and Farsi) entered in the Burnett case and the underlying the Memorandum Decision and Order, Document 8283 (in English and Farsi); Clerk's Partial Judgment, dated June 15, 2026, Document 12123 (in English and Farsi) entered in the Burnett case and the underlying the Memorandum Decision and Order, Document 7494 (in English and Farsi); Clerk's Partial Judgment, dated June 15, 2026, Document 12124 (in English and Farsi) entered in the Burnett case and the underlying the Memorandum Decision and Order, Document 9400 (in English and Farsi); Clerk's Partial Judgment, dated June 15, 2026, Document 12125 (in English and Farsi) entered in the Burnett and Ortiz cases and the underlying

the Memorandum Decision and Order, Document 10780 (in English and Farsi); Clerk's Partial Judgment, dated June 15, 2026, Document 12126 (in English and Farsi) entered in the Burnett case and the underlying the Memorandum Decision and Order, Document 10756 (in English and Farsi); a copy of 28 U.S.C. 1330, 1391(f), 144l(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavits (in English only).

Dated:  August 11, 2026
        New York, New York

                                        TAMMI M. HELLWIG
                                        CLERK OF COURT

                                        /s/Rachel Slusher
                                        Deputy Clerk