**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                              **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                          **AMENDED**
SEPTEMBER 11, 2001

                                                    **PARTIAL JUDGMENT**
------------------------------------------------------------X

This document relates to:

    *Estate of John P. 0 'Neill, Sr. et al. v. The Republic of Iraq et al., 04 Civ. 1076 (GBD) (SN)*

    It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated February 12, 2020, and Order dated July 9, 2026,  partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in O'Neill II, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling ( or the estate of a spouse, parent, child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; it is ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; it is ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in O'Neill II, as identified in the attached Exhibit B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit B; and it is ORDERED that Plaintiffs identified in Exhibit B are awarded: compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit B; and it is ORDERED that Plaintiffs identified in the expert report attached as Exhibit B-1 to the Declaration of Jerry S. Goldman, Esquire ("Goldman Declaration") (and identified in Exhibit B) and annexed hereto, are awarded economic damages as set forth in Exhibit B and as supported by the expert report and analyses as Exhibit B-1 to the Goldman Declaration; and it is ORDERED that Plaintiffs identified in Exhibits A and B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11,

2001 until the date of judgment; it is ORDERED that Plaintiffs identified in Exhibits A and B may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is further ORDERED that the remaining O'Neill Plaintiffs not appearing on Exhibits A or B, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages or for decedents' pain and suffering from the September 11th attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibits A and B.

Under Fed. R. Civ. P. 54(b) as to these Plaintiffs' 1605A claims against Iran and the conditions for entry of judgment under Fed. R. Civ. P. 54(b) are met, in that (1) multiple parties or claims are present; (2) the rights and liabilities of at least one party have been finally decided within the meaning of 28 U.S.C. § 1291; and (3) no just reason for delay exists judgment is hereby entered.

Dated: August 12, 2026
      New York, New York

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

BY: _____
**Deputy Clerk**

# EXHIBIT A

Ex. A to *O'Neill*

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | None | | | | | | | | |

**TOTAL**

# Exhibit B

EX. B to *O'Neill*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | John | P. | O'Neill | Sr. | $3,831,235 | $2,000,000 | $5,831,235 |
| | **TOTALS** | | | | $3,831,235 | $2,000,000 | **$5,831,235** |