**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

IN RE:                                                                    **03 MDL 1570 (GBD) (SN)**
                                                                                **AMENDED**
TERRORIST ATTACKS ON                                      **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

----------------------------------------------------------X

This document relates to:

   *Amato, et al., v. Islamic Republic of Iran, No. 21-cv-10239 (GBD) (SN)*

   It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 17, 2023, and Order dated July 9, 2026, Plaintiff's motion for partial final default judgment, is GRANTED. It is ORDERED that Plaintiff Kathleen Shagi, personal representative of the Estate of Michael Shagi is awarded judgment for pain and suffering damages of $7,000,000.00; and it is further ORDERED that prejudgment interest is awarded for these pain and suffering damages at a rate of 4.96 percent per annum, compounded annually, from September 11, 2001, to the date of judgment; and it is further ORDERED that Plaintiff is awarded judgment for economic damages of $309,790.00; and it is further ORDERED that prejudgment interest is awarded for these economic damages at a rate of 4.96 percent per annum, compounded annually, from July 1, 2022, to the date of judgment; and it is further ORDERED that Plaintiff may, at a later date, submit applications for punitive damages, or other damages (to the extent such awards have not previously been ordered) consistent with any future rulings made by this Court on this issue. Under Fed. R. Civ. P. 54(b) as to these Plaintiffs' Plaintiffs' 1605A claims against Iran and the conditions for entry of judgment under Fed. R. Civ. P. 54(b) are met, in that (1) multiple parties or claims are present; (2) the rights and

liabilities of at least one party have been finally decided  within the meaning of 28 U.S.C. § 1291;

and (3) no just reason for delay exists judgment is hereby entered.

**Dated:**  New York, New York

August 12, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**