**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF Case |
| This document relates to:<br>*Bartoli et al,*<br>*vs.*<br>*The Islamic Republic of Iran* | 24-cv-04715 (GBD)(SN)<br><br>ECF Case |

## PLAINTIFF'S NOTICE OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN AS TO LIABILITY AND DAMAGES

PLEASE TAKE NOTICE that upon the accompanying Declaration of Raymond C. Silverman ("Silverman Declaration"), with exhibits, and the accompanying memorandum of law, the Plaintiffs identified in Exhibit A to the Silverman Declaration, respectfully moves this Court for an Order of judgment by default as to liability against the Islamic Republic of Iran ("Iran") as to Plaintiffs' claims under 28 U.S.C. § 1605A(c).

Furthermore, the Plaintiffs identified in Exhibit A to the Silverman Declaration respectfully moves this Court for an Order awarding (1) compensatory damages for pain and suffering in an amount commensurate with the injuries that Plaintiffs sustained during the Terrorist Attacks on September 11, 2001 and in accordance with prior precedent in the U.S. District Court for the District of Columbia in similar cases factoring in an upward departure on damages values based on the indelible impact of the Terrorist Attacks of September 11, 2001; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and (3) leave for the Plaintiffs identified in Exhibit A to seek punitive damages, economic damages, or other damages at a later date.

Dated: August 12, 2026

/s/  Raymond C. Silverman
Raymond C. Silverman, Esq.
Melanie H. Muhlstock
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: 516-466-6500
Fax: 516-466-6665
Email: rsilverman@yourlawyer.com
Email: mmuhlstock@yourlawyer.com