## Omar Mohammedi, Esq.

| | |
|---|---|
| **From:** | Frederick Goetz <FGoetz@goetzeckland.com> |
| **Sent:** | Thursday, July 23, 2026 11:29 AM |
| **To:** | Tarbutton, J. Scott; Aisha Bembry; Omar Mohammedi, Esq.; jon.gryskiewicz@lbkmlaw.com |
| **Cc:** | Carter, Sean; Sher, Abby; 'Haefele, Robert' (rhaefele@motleyrice.com); WTC[jflowers@motleyrice.com]; zDonald A. Migliori; Eubanks, John M.; Michael J. Quirk; Steven R. Pounian; WTC[amaloney@kreindler.com]; Gavin Simpson; Megan Benett; WTC[jgoldman@andersonkill.com]; Strong, Bruce; Greenberg, Ethan; Greene, Alexander |
| **Subject:** | Re: [External Email] In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.) |

Good Morning Scott,

We have the letter. We are reviewing and will follow up soon, later today. Thank you.

Frederick J. Goetz
Goetz & Eckland P.A.
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN  55413
612-874-1552
612-709-1460 (mobile)
612-331-2473 (fax)
vCard
www.goetzeckland.com

GOETZ & ECKLAND
CIVIL LITIGATION AND CRIMINAL DEFENSE

**Please consider the environment before printing this email.**

This message may contain confidential and/or privileged communications and is intended only for the addressee. Unauthorized persons are strictly prohibited from reading or disseminating this email. If you have received this email by mistake, please immediately delete it from your system and notify the sender

**From:** Tarbutton, J. Scott <STarbutton@cozen.com>
**Date:** Thursday, July 23, 2026 at 8:47 AM
**To:** Aisha Bembry <Aisha.Bembry@LBKMLAW.com>; WTC[omohammedi@otmlaw.com] <omohammedi@otmlaw.com>; jon.gryskiewicz@lbkmlaw.com <jon.gryskiewicz@lbkmlaw.com>; Frederick Goetz <FGoetz@goetzeckland.com>
**Cc:** Carter, Sean <SCarter@cozen.com>; Sher, Abby <ASher@cozen.com>; 'Haefele, Robert' (rhaefele@motleyrice.com) <rhaefele@motleyrice.com>; WTC[jflowers@motleyrice.com] <jflowers@motleyrice.com>; zDonald A. Migliori <dmigliori@motleyrice.com>; Eubanks, John M. <jeubanks@motleyrice.com>; Michael J. Quirk <mquirk@motleyrice.com>; Steven R. Pounian <spounian@kreindler.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Gavin Simpson <gsimpson@kreindler.com>; Megan Benett <mbenett@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Strong, Bruce <bstrong@andersonkill.com>; Greenberg, Ethan <egreenberg@andersonkill.com>; Greene, Alexander <agreene@andersonkill.com>
**Subject:** RE: [External Email] In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.)

1

Aisha and Omar – Good morning.  Attached is the proposed letter to the Court requesting an extension of the briefing deadlines. Please confirm that we have stated your position accurately (p. 3), and we will get this on file today.

Thanks.



**J. Scott Tarbutton**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-7255 F: 215-701-2467
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Carter, Sean <SCarter@cozen.com>
**Sent:** Monday, July 20, 2026 3:32 PM
**To:** Aisha Bembry <Aisha.Bembry@LBKMLAW.com>; Tarbutton, J. Scott <STarbutton@cozen.com>; Frederick Goetz <fgoetz@goetzeckland.com>; Jon Gryskiewicz <jon.gryskiewicz@lbkmlaw.com>; WTC[omohammedi@otmlaw.com] <omohammedi@otmlaw.com>
**Cc:** Sher, Abby <ASher@cozen.com>; 'Haefele, Robert' (rhaefele@motleyrice.com) <rhaefele@motleyrice.com>; WTC[jflowers@motleyrice.com] <jflowers@motleyrice.com>; zDonald A. Migliori <dmigliori@motleyrice.com>; Eubanks, John M. <jeubanks@motleyrice.com>; Quirk, Michael J. <mquirk@motleyrice.com>; Steven R. Pounian <spounian@kreindler.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Gavin Simpson <gsimpson@kreindler.com>; Megan Benett <mbenett@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Strong, Bruce <Bstrong@andersonkill.com>; 'Ethan Greenberg' <egreenberg@andersonkill.com>; Greene, Alexander <agreene@andersonkill.com>
**Subject:** Re: [External Email] In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.)

Thanks, Omar (and Aisha).  We'll discuss on our end and get back to you promptly.

Best, Sean

---

**From:** Omar Mohammedi, Esq. <OMohammedi@otmlaw.com>
**Sent:** Monday, July 20, 2026 3:13 PM
**To:** Aisha Bembry <Aisha.Bembry@LBKMLAW.com>; Tarbutton, J. Scott <STarbutton@cozen.com>; Frederick Goetz <fgoetz@goetzeckland.com>; Jon Gryskiewicz <jon.gryskiewicz@lbkmlaw.com>; Carter, Sean <SCarter@cozen.com>
**Cc:** Sher, Abby <ASher@cozen.com>; 'Haefele, Robert' (rhaefele@motleyrice.com) <rhaefele@motleyrice.com>; WTC[jflowers@motleyrice.com] <jflowers@motleyrice.com>; zDonald A. Migliori <dmigliori@motleyrice.com>; Eubanks, John M. <jeubanks@motleyrice.com>; Quirk, Michael J. <mquirk@motleyrice.com>; Steven R. Pounian <spounian@kreindler.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Gavin Simpson <gsimpson@kreindler.com>; Megan Benett <mbenett@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Strong, Bruce <Bstrong@andersonkill.com>; 'Ethan Greenberg' <egreenberg@andersonkill.com>; Greene, Alexander <agreene@andersonkill.com>
**Subject:** RE: [External Email] In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.)

**\*\*EXTERNAL SENDER\*\***

Dear Sean and Scott,

After careful consideration, Defendants (Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, World Assembly of Muslim Youth International) can agree to Plaintiffs' request for an extension of time under certain conditions.

While Defendants appreciate Plaintiffs' reasons for requesting a two-month extension, adjusting the long-established, court-ordered briefing schedule at this late stage presents challenges for Defendants. Like plaintiffs' counsel, defense counsel have numerous personal and professional commitments and they have gone to great lengths to ensure that the period allocated by the Court for the preparation of reply briefs (between August 17 and October 16) is free from conflicts. Most notably, to preserve the Court-allocated period for preparation of Defendants' replies to Plaintiffs' oppositions, counsel coordinated scheduling of important deadlines in other matters so that other significant commitments would begin in mid-October, immediately after the current reply-brief deadline. Accordingly, agreeing to the requested extension would significantly disrupt those pre-negotiated arrangements and require counsel to rearrange other litigation commitments and professional obligations. The requested extension would also push Defendants' reply submissions into the holiday season.

For these reasons, your proposed 60-day extension of the deadline for filing oppositions is simply not workable without a commensurate extension of the reply filing deadline that accounts for and accommodates the outsized disruption to pre-established scheduling arrangements and holiday plans. To accommodate Plaintiffs' request, Defendants would also need a 60-day extension. This would extend the filing deadline for reply briefs to Monday, February 15 (the next business day after a 60-day extension).

To be clear, a February 15, 2027 deadline for Defendants' reply briefs is the only way for Defendants to make your requested extension feasible. Accordingly, Defendants' agreement to consent to a 60-day extension of the opposition deadline would be conditioned on the Court also approving an extension for Defendants to file their reply briefs by or on February 15, 2027. Defendants would insist that the Court be advised of the same. If the Court is inclined to grant Plaintiffs' 60-day extension in whole or in part but disinclined to grant Defendants' request to file their reply briefs on February 15, 2027, then Defendants would oppose Plaintiffs' requested extension and instead urge the Court to maintain the current briefing schedule. Defendants would also explicitly preserve the right to seek any additional relief, not limited to additional time, should the substance of Plaintiffs' opposition papers present issues requiring such relief.  *See, e.g.*, ECF No. 9562 (2024 WL 6877113).

If Plaintiffs have any questions about the foregoing, we can be available for a call to discuss. Thank you.


Best Regards,



Omar T. Mohammedi, Esq.

---

**From:** Omar Mohammedi, Esq.
**Sent:** Tuesday, July 14, 2026 10:28 AM
**To:** 'Aisha Bembry' <Aisha.Bembry@LBKMLAW.com>; 'Tarbutton, J. Scott' <STarbutton@cozen.com>
**Cc:** Carter, Sean <SCarter@cozen.com>; Sher, Abby <ASher@cozen.com>; 'Haefele, Robert' (rhaefele@motleyrice.com) <rhaefele@motleyrice.com>; WTC[jflowers@motleyrice.com] <jflowers@motleyrice.com>; zDonald A. Migliori <dmigliori@motleyrice.com>; Eubanks, John M. <jeubanks@motleyrice.com>; Quirk, Michael J. <mquirk@motleyrice.com>; Steven R. Pounian <spounian@kreindler.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Gavin Simpson <gsimpson@kreindler.com>; Megan Benett <mbenett@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Strong, Bruce <Bstrong@andersonkill.com>; 'Ethan

Greenberg' <egreenberg@andersonkill.com>; Greene, Alexander <agreene@andersonkill.com>
**Subject:** RE: [External Email] In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.)


Sean and Scott,

We trust this email finds you well. Co-Defendants had their initial meeting to discuss your request. As you know, your request came approximately one month before your response to the summary judgment motion is due. That schedule was established some time ago through the litigation process and ordered by the Court.

Nevertheless, we are working to find a reasonable way to address your request. Doing so requires coordinating a number of moving parts, including our existing briefing schedule, other litigation commitments, consultations with our clients and related professional obligations. We are making every effort to evaluate whether, and to what extent, we can accommodate your request in a fair and practical manner.

We expect to provide you with our response next week. Thank you for your patience and understanding.

Best Regards,

Omar T. Mohammedi, Esq.

---

**From:** Aisha Bembry <Aisha.Bembry@LBKMLAW.com>
**Sent:** Monday, July 13, 2026 4:55 PM
**To:** 'Tarbutton, J. Scott' <STarbutton@cozen.com>; Omar Mohammedi, Esq. <OMohammedi@otmlaw.com>
**Cc:** Carter, Sean <SCarter@cozen.com>; Sher, Abby <ASher@cozen.com>; 'Haefele, Robert' (rhaefele@motleyrice.com) <rhaefele@motleyrice.com>; WTC[jflowers@motleyrice.com] <jflowers@motleyrice.com>; zDonald A. Migliori <dmigliori@motleyrice.com>; Eubanks, John M. <jeubanks@motleyrice.com>; Quirk, Michael J. <mquirk@motleyrice.com>; Steven R. Pounian <spounian@kreindler.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Gavin Simpson <gsimpson@kreindler.com>; Megan Benett <mbenett@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Strong, Bruce <Bstrong@andersonkill.com>; 'Ethan Greenberg' <egreenberg@andersonkill.com>; Greene, Alexander <agreene@andersonkill.com>
**Subject:** RE: [External Email] In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.)

Scott and Sean,

We received your request and will get back to you as soon as possible.

Regards,
Aisha

---

**From:** Tarbutton, J. Scott <STarbutton@cozen.com>
**Sent:** Monday, July 13, 2026 12:28 PM
**To:** Aisha Bembry <Aisha.Bembry@LBKMLAW.com>; WTC[omohammedi@otmlaw.com] <omohammedi@otmlaw.com>
**Cc:** Carter, Sean <SCarter@cozen.com>; Tarbutton, J. Scott <STarbutton@cozen.com>; Sher, Abby <ASher@cozen.com>; 'Haefele, Robert' (rhaefele@motleyrice.com) <rhaefele@motleyrice.com>; WTC[jflowers@motleyrice.com] <jflowers@motleyrice.com>; zDonald A. Migliori <dmigliori@motleyrice.com>; Eubanks, John M. <jeubanks@motleyrice.com>; Quirk, Michael J. <mquirk@motleyrice.com>; Steven R. Pounian <spounian@kreindler.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Gavin Simpson <gsimpson@kreindler.com>; Megan Benett <mbenett@kreindler.com>; WTC[jgoldman@andersonkill.com]

<jgoldman@andersonkill.com>; Strong, Bruce <Bstrong@andersonkill.com>; 'Ethan Greenberg' <egreenberg@andersonkill.com>; Greene, Alexander <agreene@andersonkill.com>
**Subject:** [External Email] In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.)

Aisha and Omar – I hope this finds you both well and enjoying the summer.

I'm reaching out to let you know that Plaintiffs intend to request that the Court extend the deadline for their oppositions to the summary judgment motions of the MWL, IIRO, and WAMY defendants by 60 days, to October 16, 2026.  If the defendants are willing to consent to that request, Plaintiffs would be flexible with regard to the deadline for the defendants' reply briefs.

The extension is needed for a few reasons.  First, counsel for Plaintiffs have various family vacation, college drop-off, and other commitments during the weeks leading up to and through the current August 17 deadline.  These commitments make coordination among the many counsel whose input and approvals are necessary for these responses infeasible over the next several weeks.  Second, appellate work in the litigation has been more extensive than anticipated and the schedule for key aspects of that work shifted unexpectedly.

Please let us know your position on the extension request.  If it would be helpful, we would be happy to speak by phone.

Best,

Sean



**J. Scott Tarbutton**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-7255 F: 215-701-2467
Email | Bio | LinkedIn | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*


**Law Firm of Omar T. Mohammedi, LLC**
233 Broadway, Suite 820
New York, NY 10279
Phone: 212.725.3846 Ext. 101
Facsimile: 212.202.7621
www.otmlaw.com



**PLEASE NOTE:** The information contained in this message is privileged and confidential and is intended only for the use of the individual named above and who has been specifically authorized to receive it. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, or if any problem occur with transmission please contact sender or call 212.725.3846.

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*