USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**--------------------------------------------------------------X**

**In re:**

**TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**--------------------------------------------------------------X**

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Plaintiffs request leave to serve a single deposition subpoena on non-party Steven Goldberg. See ECF Nos. 12231, 12232, 12246.[1] The World Assembly of Muslim Youth and the World Assembly of Muslim Youth-International (USA) (together, "WAMY") oppose this motion. See ECF No. 12245. The Court has carefully considered the parties' filings.

The Plaintiffs' request to serve a deposition subpoena on Goldberg is GRANTED. Goldberg's deposition must take place within 30 days, by September 21, 2026, and may last only one day. The Plaintiffs and WAMY must receive equal time to question Goldberg. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 12231.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 20, 2026
New York, New York

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.