UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.*, 1:04-cv-01076 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran,* 1:19-cv-11776(GBD)(SN)

**AMENDED* ORDER FOR ENTRY OF FINAL JUDGMENTS OF ECF NO. 12020 AGAINST IRAN ON BEHALF OF CERTAIN *BODNER* PLAINTIFFS BASED ON WAIVERS OF PUNITIVE DAMAGES**

Upon consideration of the evidence and arguments submitted against the Islamic Republic of Iran ("Iran") by the *O'Neill-Bodner* Plaintiffs (fully described in footnote 1 below [1] and in Ex. B-1 – B-3 hereto) in the above-captioned litigation, together with the entire record in this case, and in addition to the prior partial default judgment awards for compensatory damages issued to these Plaintiffs by this Court, it is hereby:

**ORDERED** that the prior, partial default judgments entered on behalf of the Plaintiffs herein are hereby acknowledged:

- In the first action (*Havlish*) within this MDL litigation to establish liability against Iran under § 1605A (in 2011), Magistrate Judge Maas determined that Iran could be held liable to 9/11 plaintiffs. MDL ECF #2515 at 47, para. 11.

[1] Claims brought on behalf of the Plaintiffs described herein were part of the original *Bodner* Complaint, styled *Bodner, et al. v. Islamic Republic of Iraq*, filed on December 27, 2019, bearing civil action no. 1:19-cv-11776 (GBD)(SN). Since these Plaintiffs remain segregated in the consolidated *O'Neill* filings under their original civil action number and thus can easily be identified, the within Plaintiffs appearing under the *Bodner* civil action will be referred to hereinafter as the "*O'Neill-Bodner* Plaintiffs" (or all collectively as "Plaintiffs herein"). The following *O'Neill-Bodner* Plaintiffs have agreed to waive their punitive damage claims conditionally against Iran in exchange for this Court's immediate grant of Final Judgments (and prejudgment interest) against Iran; the following Plaintiffs are represented on this motion: Lisa Jordan, Kelsey Jordan, Sean Jordan, Matthew Jordan, Catherine McShane, Colin McShane, Sean McShane, Aidan McShane, Deborah Temple, Justin Morello and Paige Morello.

***Based on the Court's review, and to conform the Final Judgment awarded to the Plaintiffs with other judgments issued by the Court, ECF No. 12020 is amended as follows: (1) Exhibit B1: pain and suffering damages are not trebled under the FSIA; (2) Exhibit B2: Andrew Jordan's estate expert report is located at ECF No.11435-2 and dated 12/11/2003, Terence McShane's estate expert report is located at ECF No. 8118-11 and dated 6/1/2022, and prejudgment interest on the compensatory damages awards are to run from the "Date of Report" on the Exhibit until the date of final judgment; (3) Exhibit B3: Claimants Lisa Jordan, Deborah Temple, and Catherine McShane were improperly listed as personal representatives of their own solatium claims, so their names have been deleted from the "Personal Representative" columns; and (4) the "relevant filings" page mistakenly attached as Exhibit A is removed.**

- On January 4, 2022, Judge George B. Daniels issued an order awarding conscious pain and suffering against Iran for the Estates of Andrew Jordan, Vincent Morello and Terence McShane. *See* ECF MDL #7527: "Ordered that . . . compensatory damages for conscious pain and suffering [are awarded] in the amount of $2,000,000…"

- On January 4, 2022, Judge George B. Daniels issued orders awarding damages for solatium (individually: spouse and children) against Iran for the *O'Neill-Bodner* plaintiffs. *See* MDL ECF #7522.

- On July 19, 2022, and January 22, 2026, Judge George B. Daniels issued orders awarding economic loss damages against Iran for certain *O'Neill-Bodner* plaintiffs (the Estates of Terence McShane and Andrew Jordan). *See* ECF MDL ##8232 (McShane Estate) and 11475 (Jordan Estate).

And it is further:

**ORDERED** that punitive damages are hereby waived by the *O'Neill-Bodner* Plaintiffs, as identified in the attached Exhibit B-1 to B-3, against Iran, in exchange for this Court's direction to the Clerk of the Court to enter Final Judgments in favor of these Plaintiffs on their compensatory damage awards as identified on Exhibit B-1 to B-3; and it is further

**ORDERED** that prejudgment interest on the compensatory damage awards is to be calculated by the Clerk of the Court at the rate of 4.96 percent per annum, compounded annually, for the following periods: (1) for Exhibits B1 and B3, from September 11, 2001, until the date of the Final Judgment; and (2) for Exhibit B2, from the "Date of Report" listed in exhibit until the date of the Final Judgment;

and it is further

**ORDERED** that the *O'Neill-Bodner* Plaintiffs not appearing in the attached Exhibit B-1 to B-3, who were not previously awarded compensatory damages or punitive damages, may submit applications in later stages, and they will be approved on the same basis as currently approved for those plaintiffs; and it is further

**ORDERED** that the Clerk of this Court is to enter a Final Judgment against the Defendant, Islamic Republic of Iran, certified as Final Judgment pursuant to Fed. R. Civ. P. 54(b), to the *O'Neill-Bodner* Plaintiffs identified in the attached Exhibit B-1 to B-3.

SO ORDERED:

Dated: AUG 2 0 2026
New York, New York

George B. Daniels

GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

| | Personal Representative | | | | 9/11 Decedent | | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | lun | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | Lisa | | Jordan | | Andrew | | Jordan | | USA | 9/11/01 | NY | | 19cv11776 | 5 | | 7527 | $ 2,000,000.00 | | $ 2,000,000.00 | 9/11/2001 | | |
| 2 | Deborah | | Temple | | Vincent | | Morello | | USA | 9/11/01 | NY | | 19cv11776 | 5 | | 7527 | $ 2,000,000.00 | | $ 2,000,000.00 | 9/11/2001 | | |
| 3 | Catherine | | McShane | | Terence | | McShane | | USA | 9/11/01 | NY | | 19cv11776 | 5 | | 7527 | $ 2,000,000.00 | | $ 2,000,000.00 | 9/11/2001 | | |

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | Lisa | | Jordan | | Andrew | | Jordan | | USA | 9/11/01 | NY | 19cv11776 | 5 | | 03md1570 #11435-2 | 12/11/03 | 11475 | $ 2,607,424.00 | | $ 2,607,424.00 | 12/11/2003 | | |
| 2 | Catherine | | McShane | | Terence | | McShane | | USA | 9/11/01 | NY | 19cv11776 | 5 | | 03md1570 #8118-11 | 6/1/22 | 8232 | $ 5,794,384.00 | | $ 5,794,384.00 | 6/1/2022 | | |

Solatium - Exhibit B-3

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middl | Last | Su | First | Middl | Last | Suffix | Nationality on 9/11 | First | Middl | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date | |
| 1 | | | | | Lisa | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 19cv11776 | 5 | | Spouse | 03MD1570, ECF 7522 | 1/4/2022 | $ 12,500,000.00 | | $ 12,500,000.00 | 9/11/2001 | | |
| 2 | | | | | Kelsey | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 19cv11776 | 5 | | Child | 03MD1570, ECF 7522 | 1/4/2022 | $ 8,500,000.00 | | $ 8,500,000.00 | 9/11/2001 | | |
| 3 | | | | | Sean | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 19cv11776 | 5 | | Child | 03MD1570, ECF 7522 | 1/4/2022 | $ 8,500,000.00 | | $ 8,500,000.00 | 9/11/2001 | | |
| 4 | | | | | Matthew | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | | 19cv11776 | 5 | | Child | 7522 | 1/4/2022 | $ 8,500,000.00 | | $ 8,500,000.00 | 9/11/2001 | | |
| 5 | | | | | Deborah | | Temple | | USA | Vincent | | Morello | | USA | 9/11/01 | | 19cv11776 | 5 | | Spouse | 03MD1570, ECF 7522 | 1/4/2022 | $ 12,500,000.00 | | $ 12,500,000.00 | 9/11/2001 | | |
| 6 | | | | | Justin | | Morello | | USA | Vincent | | Morello | | USA | 9/11/01 | | 19cv11776 | 5 | | Child | 03MD1570, ECF 7522 | 1/4/2022 | $ 8,500,000.00 | | $ 8,500,000.00 | 9/11/2001 | | |
| 7 | | | | | Paige | | Morello | | USA | Vincent | | Morello | | USA | 9/11/01 | | 19cv11776 | 5 | | Child | 03MD1570, ECF 7522 | 1/4/2022 | $ 8,500,000.00 | | $ 8,500,000.00 | 9/11/2001 | | |
| 8 | | | | | Catherine | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 19cv11776 | 5 | | Spouse | 03MD1570, ECF 7522 | 1/4/2022 | $ 12,500,000.00 | | $ 12,500,000.00 | 9/11/2001 | | |
| 9 | | | | | Colin | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 19cv11776 | 5 | | Child | 03MD1570, ECF 7522 | 1/4/2022 | $ 8,500,000.00 | | $ 8,500,000.00 | 9/11/2001 | | |
| 10 | | | | | Sean | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 19cv11776 | 5 | | Child | 03MD1570, ECF 7522 | 1/4/2022 | $ 8,500,000.00 | | $ 8,500,000.00 | 9/11/2001 | | |
| 11 | | | | | Aidan | | McShane | | USA | Terence | | McShane | | USA | 9/11/01 | | 19cv11776 | 5 | | Child | 03MD1570, ECF 7522 | 1/4/2022 | $ 8,500,000.00 | | $ 8,500,000.00 | 9/11/2001 | | |