**UNITED STATES DISTRICT COURT -- SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v. Islamic Republic of Iran, 1:15-cv-09903 (GBD)(SN)*

**NOTICE OF MOTION TO CORRECT THE RULE 54(b)**
**FINAL JUDGMENT TO INCLUDE PREJUDGMENT INTEREST**

For the reasons set forth below, the statements contained in the Declaration of John F. Schutty, Esq. ("Schutty Declaration"), those *Burnett* Plaintiffs[1] set forth in a Proposed Order submitted herewith, by and through their counsel, the Law Office of John F. Schutty, P.C., respectfully move this Court pursuant to Federal Rule of Civil Procedure 60(a) to correct the Rule 54(b) Final Judgment against the Defendant-in-Default, the Islamic Republic of Iran ("Iran"), entered at ECF No. 12037, to include prejudgment interest expressly contemplated and ordered by the Court. Apparently due to a clerical error, the Clerk of the Court failed to follow this Court's instruction in MDL ECF #12021 when the clerk failed to calculate and award prejudgment interest in MDL ECF #12037.

Plaintiffs herein are entitled to a new Order directing the Court of the Clerk to award the prejudgment interest at 4.96% from September 11, 2001 up to the date the Final Judgment was

[1] Claims brought on behalf of the Plaintiffs described herein were part of the original *Burnett* Complaint, styled *Burnett, et al. v. Islamic Republic of Iran, et al.*, filed on December 18, 2015, bearing civil action no. 1:15-cv-09903 (GBD)(SN). Since these Plaintiffs remain segregated in the consolidated *Burnett* filings under their original civil action number and thus can easily be identified, the within Plaintiffs appearing under the *Burnett* civil action will be referred to hereinafter as the "*Burnett-Munhall-Nilsen* Plaintiffs" (or all collectively as "Plaintiffs herein"). The following *Burnett* Plaintiffs are represented on this motion: Susan Munhall, Lauren Munhall, Jennifer Nilsen, Scott Nilsen and Ryan Nilsen.

entered (April 28, 2026). The Order now requested should require the Clerk of the Court to issue a new and correct Final Judgment with prejudgment interest.

This motion to correct the Final Judgment issued by the Clerk of the Court is made on behalf of the *Burnett-Munhall-Nilsen* Plaintiffs listed within Exhibit A-1 to A-3 attached to the Proposed Order submitted simultaneously herewith.

Dated: August 21, 2026
New York, New York

LAW OFFICE OF JOHN F. SCHUTTY, P.C.

By: /s/ John F. Schutty

John F. Schutty (JS2173)
445 Park Avenue, 9th Floor
New York, New York 10022
Tel: (646) 345-1441