**UNITED STATES DISTRICT COURT -- SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v. Islamic Republic of Iran, 1:15-cv-09903 (GBD)(SN)*

**[PROPOSED] ORDER FOR MOTION TO CORRECT THE**
**RULE 54(b) FINAL JUDGMENT TO INCLUDE PREJUDGMENT INTEREST**

Upon consideration of the evidence and arguments submitted against the Islamic Republic of Iran ("Iran") by the *Burnett-Munhall-Nilsen* Plaintiffs (fully described in footnote 1 below[1] and in Ex. A-1 to A-3 hereto) in the above captioned litigation, together with the entire record in this case, to correct a prior Final Judgment issued by the Clerk of the Court (MDL ECF # 12037) that failed to add prejudgment interest to the awards, it is hereby:

ORDERED that the prior, partial default judgments entered on behalf of the Plaintiffs herein are hereby acknowledged:

- On April 20, 2026, this Court (Judge George B. Daniels) ordered that punitive damages were waived in exchange for the Court's direction to the Clerk to enter a Final Judgment on the within Plaintiffs' compensatory damage awards identified in that Order's Exhibits B-1 through B-3, and this Court separately ordered that "prejudgment interest on the compensatory damage awards is to be calculated by the Clerk of the Court at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment." *See* MDL ECF #12021.

---

1 Claims brought on behalf of the Plaintiffs described herein were part of the original *Burnett* Complaint, styled *Burnett, et al. v. Islamic Republic of Iran, et al.*, filed on December 18, 2015, bearing civil action no. 1:15-cv-09903 (GBD)(SN). Since these Plaintiffs remain segregated in the consolidated *Burnett* filings under their original civil action number and thus can easily be identified, the within Plaintiffs appearing under the *Burnett* civil action will be referred to hereinafter as the "*Burnett-Munhall-Nilsen* Plaintiffs" (or all collectively as "Plaintiffs herein"). The following *Burnett* Plaintiffs are represented on this motion: Susan Munhall, Lauren Munhall, Jennifer Nilsen, Scott Nilsen and Ryan Nilsen.

- On April 28, 2026, the Clerk of the Court entered a Rule 54(b) Final Judgment in favor of the Plaintiffs herein, *see* MDL ECF No. 12037, which expressly acknowledged that, for the reasons stated in the Court's April 20, 2026 Order, the Clerk was obliged to enter Final Judgments on the compensatory damage awards to the Plaintiffs herein with prejudgment interest that "is to be calculated by the Clerk of the Court at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment."

- The Clerk of the Court committed a ministerial error in entering a Final Judgment for the within Plaintiffs without calculating awards of prejudgment interest.

Now it is further:

**ORDERED** that the Court of the Clerk is, once again, ordered to calculate and award prejudgment interest on the compensatory damage awards to the Plaintiffs herein at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment (April 28, 2026); and it is further

**ORDERED** that the Clerk of the Court is now to issue a new and correct Final Judgment with the awards of prejudgment interest; and it is further

**ORDERED** that the *Burnett-Munhall-Nilsen* Plaintiffs not appearing in the attached Exhibit A-1 to A-3, who were not previously awarded compensatory damages or punitive damages, may submit applications in later stages, and they will be approved on the same basis as currently approved for these Plaintiffs; and it is further

**ORDERED** that the Clerk of this Court is to enter a corrected Final Judgment against the Defendant, Islamic Republic of Iran, certified as a Final Judgment pursuant to Fed. R. Civ. P. 54(b), to the *Burnett-Munhall-Nilsen* Plaintiffs identified in the attached Exhibit A-1 to A-3 **with an award of prejudgment interest at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment (April 28, 2026) for each such Plaintiff.**

*Furthermore, the Court respectfully directs the Clerk of the Court to terminate the Motion at ECF No. 12258.*

Dated: _____________, 2026
New York, New York

______________________________
Judge George B. Daniels