**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

**IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**Civil Action No. 03 MDL 1570**

---------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12264 in 03-MDL-1570 (GBD)(SN) and ECF No. 1253 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

August ___, 2026
New York, New York

SARAH NETBURN
United States Magistrate Judge

**EXHIBIT A**

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 1 | Mary Ellen O'Rourke as Co-Administrator of the Estate of George R. Bergin, Deceased Parent of John P. Bergin, Deceased | George Michael Bergin, as Personal Representative of the Estate of George R. Bergin, Deceased Parent of John P. Bergin, Deceased | 1:15-cv-09903, 53, at 600, 10252, at 23, 10256, 12158, at 10, 12164 | John P. Bergin |
| 2 | Jessica Schrader as Personal Representative of the Estate of Francis Xavier Byrne, Deceased Sibling of Patrick D. Byrne, Deceased | Francis X. Byrne in their own right as the Sibling of Patrick D. Byrne, Deceased | 1:15-cv-09903, 53, at 1841 | Patrick D. Byrne |
| 3 | Michelle Miller as Personal Representative of the Estate of Rita Wallace, Deceased Parent of Mitchell Scott Wallace, Deceased | Rita Wallace in their own right as the Parent of Mitchel Scott Wallace, Deceased | 1:15-cv-09903, 53, at 2080 | Mitchell Scott Wallace |
| 4 | Matthew Arnall as Personal Representative of the Estate of Lucille C. Willett, Deceased Parent of John Charles Willett, Deceased | Lucille C. Willett in their own right as the Parent of John Charles Willett, Deceased | 1:15-cv-09903, 53, at 286 | John Charles Willett |
| 5 | James G. Crotty as Personal Representative of the Estate of Patricia M. Crotty, Deceased Parent of Thomas G. Crotty, Deceased | Patricia M. Crotty in their own right as the Parent of Thomas G. Crotty, Deceased | 1:15-cv-09903, 53, at 1414 | Thomas G. Crotty |
| 6 | William Kenneth Sumner as Personal Representative of the Estate of Carl Max Hammond, Sr., Deceased Parent of Carl Max Hammond, Jr., Deceased | Cynthia Sue Sumner as Personal Representative of the Estate of Carl Max Hammond, Sr. | 1:15-cv-09903, 248, at 16 | Carl Max Hammond, Jr. |
| 7 | William Kenneth Sumner as Personal Representative of the Estate of Sue Hammond, Deceased Parent of Carl Max Hammond, Jr., Deceased | Cynthia Sue Sumner, as Personal Representative of the Estate of Sue M. Hammond, Deceased Parent of Carl Max Hammond, Jr., Deceased | 1:15-cv-09903, 53, at 1665, 10252, at 167, at 10256 | Carl Max Hammond, Jr. |