UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2021 | Case No. 03-MD-01570 (GBD)(SN) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Marcus A. Asner of ARNOLD & PORTER KAYE SCHOLER LLP hereby appears as counsel for **DEFENDANTS THE WORLD ASSEMBLY OF MUSLIM YOUTH** and **THE WORLD ASSEMBLY OF MUSLIM-YOUTH-U.S.** in the above-entitled action, and requests that all papers filed through the ECF system be served upon him by his email at marcus.asner@arnoldporter.com.

Dated: August 25, 2026
New York, New York

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Marcus A. Asner*
Marcus A. Asner
250 West 55th Street
New York, NY 10019
(212) 836-8000
marcus.asner@arnoldporter.com

*Attorneys for Defendants the World Assembly of Muslim Youth and the World Assembly of Muslim Youth-U.S.*