**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 MDL 1570 (GBD) (SN) |

**This filing relates to:**

*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al., 04-cv-01922 (GBD) (SN)*
*Estate of John P. O'Neill, Sr. et al. v. Al Baraka Investment and Development Corporation, et al., 04-cv-01923 (GBD) (SN)*
*Estate of John Patrick O'Neill, Sr. et al. v. The Republic of Iraq, et al., 04-cv-1076 (GBD) (SN)*
*C. I. O'Neill et al. v. Republic of the Sudan, et al., 18-cv-12114 (GBD) (SN)*
*DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD)(SN)*
*Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD)(SN)*
*Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD)(SN)*
*Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD)(SN)*
*Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD)(SN)*
*Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD)(SN)*
*Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD)(SN)*
*Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD)(SN)*
*Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD)(SN)*
*Moody-Theinert, et al. v. Islamic Republic of Iran, No. 1:18-cv-11876 (GBD)(SN)*
*Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD)(SN)*
*Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD)(SN)*
*Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD)(SN)*
*Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN)*
*BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD)(SN)*
*Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD)(SN)*
*Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD)(SN)*
*Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD)(SN)*
*Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD)(SN)*
*Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD)(SN)*
*Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD)(SN)*
*Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD)(SN)*
*King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD)(SN)*
*Strauss, et al. v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD)(SN)*
*Kone, et al. v. Islamic Republic of Iran, No. 1:23-cv-05790 (GBD)(SN)*
*Kelly, et al. v. Islamic Republic of Iran, No. 1:23-cv-07283 (GBD)(SN)*
*Lopez et al v. Islamic Republic of Iran, No. 1:23-cv-08305 (GBD)(SN)*
*Fennelly, et al. v. Islamic Republic of Iran, No. 1:23-cv-10824 (GBD)(SN)*
*Jelnek et al v. Islamic Republic of Iran, No. 1:24-cv-05520 (GBD)(SN)*

*Lum et al v. Islamic Republic of Iran, No. 1:24-cv-07824 (GBD)(SN)*
*Salinardi et al v. Islamic Republic of Iran, No. 1:25-cv-05971 (GBD)(SN)*
*Manning, et al. v. Islamic Republic of Iran, No. 1:25-cv-10649 (GBD)(SN)*
*Beale, et al. v. Islamic Republic of Iran, No. 1:26-cv-06424*
*Abel et al. v. Kingdom of Saudi Arabia, 18-cv-11880 (GBD) (SN)*
*Bonomo et al. v. Kingdom of Saudi Arabia, 18-cv-11885 (GBD) (SN)*
*Cintron-Lugos et al. v. Kingdom of Saudi Arabia, 18-cv-11888 (GBD) (SN)*
*DeConto et al. v. Kingdom of Saudi Arabia, 18-cv-11904 (GBD) (SN)*
*Lang et al. v. Kingdom of Saudi Arabia, 18-cv-11926 (GBD) (SN)*
*Gordenstein et al. v. Kingdom of Saudi Arabia, 18-cv-11941 (GBD) (SN)*
*Harris et al. v. Kingdom of Saudi Arabia, 18-cv-11946 (GBD) (SN)*
*Garger et al. v. Kingdom of Saudi Arabia, 18-cv-11950 (GBD) (SN)*
*Bush et al. v. Kingdom of Saudi Arabia, 18-cv-11964 (GBD) (SN)*
*Mercer et al. v. Kingdom of Saudi Arabia, 18-cv-11965 (GBD) (SN)*
*Murray et al. v. Kingdom of Saudi Arabia, 18-cv-11966 (GBD) (SN)*
*Perez et al. v. Kingdom of Saudi Arabia, 18-cv-11967 (GBD) (SN)*
*Richards et al. v. Kingdom of Saudi Arabia, 18-cv-11969 (GBD) (SN)*
*Rooney et al. v. Kingdom of Saudi Arabia, 18-cv-11970 (GBD) (SN)*
*Spence et al. v. Kingdom of Saudi Arabia, 18-cv-11971 (GBD) (SN)*
*Aamoth et al. v. Kingdom of Saudi Arabia, 18-cv-12270 (GBD) (SN)*
*Deuel et al. v. Kingdom of Saudi Arabia, 18-cv-12272 (GBD) (SN)*
*Kincaid et al. v. Kingdom of Saudi Arabia, 18-cv-12273 (GBD) (SN)*
*Ortiz et al. v. Kingdom of Saudi Arabia, 18-cv-12274 (GBD) (SN)*
*Stackpole et al. v. Kingdom of Saudi Arabia, 18-cv-12275 (GBD) (SN)*
*Zelmanowitz et al. v. Kingdom of Saudi Arabia, 18-cv-12381 (GBD) (SN)*

---

**ENTRY OF APPEARANCE**

---

To The Clerk of the District Court:

Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

August 26, 2026

By: */s/ Salvatore A. Salerno*

Salvatore A. Salerno, Esq.
ANDERSON KILL P.C.
7 Times Square, 15th Floor
New York, NY 10036
Telephone: 212-278-1000
Email: ssalerno@andersonkill.com

*Attorney for Plaintiffs*