LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT,
US COURT ON INTERNATIONAL TRADE

August 25, 2026

**VIA EMAIL**

Robert T. Haefele
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
rhaefele@motleyrice.com

Steven R. Pounian
Kreindler & Kreindler LLP
485 Lexington Avenue
New York, NY 10017
spounian@kreindler.com

Re: *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD) (SN)
Scope of Goldberg Deposition

Counsel,

While we understand that the Court has granted your motion to depose Steven Goldberg, we have concerns that the scope of the proposed discovery is overly broad and would improperly call for the disclosure of attorney work product and the mental impressions of counsel.

Although you characterize the proposed discovery as narrowly circumscribed, Plaintiffs appear to seek discovery concerning: (1) Mr. Goldberg's work on the WAMY engagement at Baker Tilly; (2) the preparation and authorship of the expert report signed by Mr. Marks; and (3) events personally observed by Mr. Goldberg during Mr. Marks's July 22, 2021 deposition.

We have no objection to the proposed inquiry concerning items 2 and 3. However, we believe that item 1 is plainly overbroad and seeks discovery of communication protected by attorney-expert privilege under Rule 26(b)(4)((A)-(C). Discovery into Mr. Goldberg's work on the WAMY engagement at Baker Tilly could encompass matters protected by the attorney-expert privilege and/or work-product doctrine, including counsel's mental impressions, litigation strategy, and communications concerning the engagement. The Court's authorization to depose Mr. Goldberg should not be construed as permitting unrestricted inquiry into those protected matters.

Accordingly, please advise us of your position concerning the appropriate limitation of the deposition, particularly with respect to item 1, no later than 12:00 p.m. tomorrow, August 26, 2026. We are available to meet and confer on the issue but will need to hear from you no later than noon tomorrow as well. If we do not hear from you by that time, we will make an appropriate application to the Court for relief.

Also, please send us the subpoena that you have served on Mr. Goldberg as well as proof of service immediately.

Sincerely,

/s/ *Omar Mohammedi*

______________________

Omar T. Mohammedi

/s/ *Frederick Goetz*

_______________________

Frederick Goetz

Counsel for Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth-International (USA)

Cc: Marcus Asner, Esq.
Daniel Flaherty, Esq.
Daniel Blinka, Esq.