**Omar Mohammedi, Esq.**

| | |
|---|---|
| **From:** | Omar Mohammedi, Esq. |
| **Sent:** | Monday, August 24, 2026 5:32 PM |
| **To:** | 'Haefele, Robert T.'; Frederick Goetz; Aisha.Bembry@LBKMLAW.com; Alan Kabat; Kellogg, Michael K. |
| **Cc:** | Steven R. Pounian; Flowers, Jodi; Migliori, Don A.; Elsner, Mike E.; Eubanks, John M.; Jerry S. Goldman; Bruce Strong; Carter, Sean ; Tarbutton, J. Scott |
| **Subject:** | RE: In re Terrorist Attacks on September 11, 2001, 03-md-1570 (MDL 1570), NOTICE OF DEPOSITION OF NON-PARTY WITNESS STEVEN GOLDBERG |

Please send the formal deposition notice / subpoena and proof of service immediately. Thank you.

**From:** Haefele, Robert T. <rhaefele@motleyrice.com>
**Sent:** Monday, August 24, 2026 4:56 PM
**To:** Omar Mohammedi, Esq. <OMohammedi@otmlaw.com>; Frederick Goetz <fgoetz@goetzeckland.com>; Aisha.Bembry@LBKMLAW.com; Alan Kabat <kabat@bernabeipllc.com>; Kellogg, Michael K. <mkellogg@kellogghansen.com>
**Cc:** Steven R. Pounian <spounian@kreindler.com>; Flowers, Jodi <jflowers@motleyrice.com>; Migliori, Don A. <dmigliori@motleyrice.com>; Elsner, Mike E. <melsner@motleyrice.com>; Eubanks, John M. <jeubanks@motleyrice.com>; Jerry S. Goldman <Jgoldman@andersonkill.com>; Bruce Strong <Bstrong@andersonkill.com>; Carter, Sean <SCarter@cozen.com>; Tarbutton, J. Scott <starbutton@cozen.com>
**Subject:** In re Terrorist Attacks on September 11, 2001, 03-md-1570 (MDL 1570), NOTICE OF DEPOSITION OF NON-PARTY WITNESS STEVEN GOLDBERG

Dear Counsel,

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and as permitted by the Court's order at ECF No. 12249 (Aug. 20, 2026), Plaintiffs in the matter captioned as *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (MDL 1570), will take the deposition upon oral examination of Steven Goldberg of Brookfield, Connecticut. The deposition is scheduled to occur as follows:

Date: September 9, 2026
Time: 10:00 a.m. Eastern Time
Location: Motley Rice LLC, 800 Third Avenue, Suite 2401, New York, New York 10022

The deposition is scheduled to be recorded stenographically and by audio/video means.

Dated: August 24, 2026

Sincerely,

MotleyRice LLC
ATTORNEYS AT LAW

**Robert T. Haefele**
Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
o. 843.216.9184
rhaefele@motleyrice.com