LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT,
US COURT ON INTERNATIONAL TRADE

August 28, 2026

**VIA ECF**

The Honorable Sarah Netburn, U.S. Magistrate Judge
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

**Re: In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)**

Dear Judge Netburn:

Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth-International (USA) ("WAMY") respectfully submits this letter seeking permission, pursuant to Federal Rule of Civil Procedure 45, to serve a subpoena on Steven Goldberg for documents, communications, and information relevant to the circumstances underlying plaintiffs' counsel Haefele and Pounian's request to subpoena and depose Mr. Goldberg.

On August 20, 2026 Your Honor's order (ECF No. 12249) allowed Haefele and Pounian to subpoena and depose Steven Goldberg. In their motion and declaration in support of the motion to subpoena Haefele and Pounian's relied heavily on contacts they had with Mr. Goldberg in May and June of 2026 to purportedly claim there was "new information." (ECF Nos 12231 & 12232)

WAMY served Haefele and Pounian with requests for documents and information related to their communications with Mr. Golberg (see Exhibit A). Haefele and Pounian have failed to respond to these demands. Therefore, WAMY seeks permission to serve a subpoena on Golberg to produce documents and information related to his contacts and meetings with Haefele and Pounian leading to their motion. The proposed subpoena is attached hereto as Exhibit B.

In addition, WAMY respectfully requests that the deposition be postponed to a date later in the 30 days time period established by the Court. (ECF No. 12249). This will allow the parties time to have the benefit of the Court's ruling on the instant application as well as the Court's ruling on WAMY's pending motion application to limit the scope of the Goldberg deposition and for Plaintiffs to provide a copy of the subpoena served on Goldberg and proof of service. (ECF No. 12273).

Respectfully submitted,

/s/ *Omar Mohammedi*

Omar T. Mohammedi

/s/ *Frederick Goetz*

Frederick Goetz

Counsel for Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth-International (USA)

cc: The Honorable George B. Daniels (via ECF)
All Counsel of Record (via ECF)
Marcus Asner, Esq.
Daniel Flaherty, Esq.