# EXHIBIT A

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT,
US COURT ON INTERNATIONAL TRADE

August 21, 2026

**VIA EMAIL**

Robert T. Haefele
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
rhaefele@motleyrice.com

Steven R. Pounian
Kreindler & Kreindler LLP
485 Lexington Avenue
New York, NY 10017
spounian@kreindler.com

Re: *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD) (SN)
WAMY's Demand to Produce Document on Communications with Steven Goldberg

Haefele and Pounian:

We write concerning Plaintiffs' recent application for leave to subpoena and depose non-party Steven Goldberg. On August 21, 2026 Judge Netburn granted your application [ECF 12249] to depose Steven Goldberg incident to your August 10, 2026 submission to do so. We therefore write to demand the production of the documents related to your communications and/or any other lawyers associated with you or your firms who communicated with Mr. Goldberg.

Please produce the non-privileged materials and information identified below. This request covers communications and materials created, sent, received, maintained, or possessed by Robert T. Haefele, Steven R. Pounian, their respective firms, and any other person acting for or in coordination with Plaintiffs' counsel (collectively, "Plaintiffs' Counsel Personnel").

For purposes of these requests, "communications" includes emails, text messages, instant messages, direct messages, correspondence, voicemail messages, call records, calendar entries, meeting invitations, notes, recordings, and communications sent through any personal or business account, device, or platform used for the subject matter of these requests.

## WAMY Requests

1. All telephone-call logs, records, and entries reflecting communications between Robert T. Haefele, Steven R. Pounian, or any Plaintiffs' Counsel Personnel and Steven Goldberg.

2. All email communications between Robert T. Haefele, Steven R. Pounian, or any Plaintiffs' Counsel Personnel and Steven Goldberg.

3. All text messages and all other forms of communications between Robert T. Haefele, Steven R. Pounian, or any Plaintiffs' Counsel Personnel and Steven Goldberg.

4. All notes, memoranda, summaries, or other records relating to communications between Robert T. Haefele, Steven R. Pounian, or any Plaintiffs' Counsel Personnel and Steven Goldberg.

5. All notes, memoranda, summaries, recordings, or other records relating to the telephone call between Robert T. Haefele and Steven Goldberg on May 4, 2026.

6. All notes, memoranda, summaries, recordings, or other records relating to the interview or meeting with Steven Goldberg on May 27, 2026.

7. All draft declarations or affidavits submitted or provided to Steven Goldberg by Robert T. Haefele, Steven R. Pounian, or any Plaintiffs' Counsel Personnel.

8. All responses, comments, revisions, or other communications from Steven Goldberg relating to any draft declaration or affidavit.

9. Identify every person who participated in, attended, observed, assisted with, or was present for any communication or interview with Steven Goldberg, including the person's full name, employer or affiliation, role, date(s) of involvement, and whether the person participated in person, by telephone, videoconference, or other means.

10. All emails sent by Mr. Haefele to Mr. Goldberg before and/or during the May 4, 2026 telephone call that memorialize the scope of the discussion, the reason for the contact with Goldberg, Mr. Haefele's representation of Plaintiffs, Mr. Goldberg's right to end the call, or instructions concerning privileged or confidential information, together with Mr. Goldberg's confirmation or response.

11. All documents and communications reflecting Plaintiffs' Counsel Personnel's efforts, beginning on or before May 4, 2026, to obtain Mr. Goldberg's review, revision, execution, or other response to a proposed declaration or affidavit, including the emails, voicemail messages, call records, and any follow-up communications referenced in Plaintiffs' August 10, 2026 filings.

12. All communications between Plaintiffs' Counsel Personnel and any third-party concerning Mr. Goldberg's contact with Plaintiffs' counsel, the May 4, 2026 telephone call, the May 27, 2026 meeting, any proposed declaration or affidavit, or Plaintiffs' effort to subpoena or depose Mr. Goldberg, including communications with personnel of Motley Rice LLC, Kreindler & Kreindler LLP and other Plaintiffs' counsel.

13. For every document or communication withheld on the basis of attorney-client privilege, work-product protection, common-interest protection, or any other privilege or protection, provide a privilege log identifying the date, author, recipient(s), communication type, general subject matter, privilege or protection asserted, and sufficient information to evaluate the claim without revealing the allegedly protected substance.

Please preserve all potentially responsive materials, including electronically stored information, native files, metadata, deleted-item repositories, voicemail systems, personal devices used for relevant communications, and backup sources that are reasonably accessible. This preservation request includes all drafts, redlines, tracked changes, attachments, and copies of documents reflecting the transmission or receipt of communications with Mr. Goldberg.

If you contend that any request is overbroad, protected, or otherwise objectionable, please identify the specific request, state each basis for the objection and produce all responsive material. We request that the requested information be submitted no later than August 28, 2026. Any objection to this request will result in an application to the Court compelling Plaintiffs to produce this information, as well as seeking other applicable remedies.

/s/ *Omar Mohammedi*

Omar T. Mohammedi

/s/ *Frederick Goetz*

Frederick Goetz

Counsel for Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth-International (USA)

Cc: Marcus Asner, Esq.
Daniel Flaherty, Esq.
Daniel Burk, Esq.