**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))

**_Burlingame IV_ Plaintiffs' Notice of Motion for Partial Final Judgments Against the Taliban on Behalf of Non-U.S. Nationals**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the *Burlingame IV* Plaintiffs' Motion for Partial Final Judgments Against the Taliban on Behalf of non-U.S. Nationals, the Declaration of Frank H. Granito, III, Esq., dated August 31, 2026, together with the exhibits annexed thereto, and upon all prior pleadings and proceedings had herein, those plaintiffs in the above-captioned *Burlingame* matter, a subset of the *Ashton* plaintiffs, who are represented by Speiser Krause, PC, and are listed in Exhibits B1, B2, and C to the Granito Declaration (the "*Burlingame IV* Plaintiffs"), will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be designated by the Court, for an Order:

(1) Confirming that service of process in the above-captioned matter was properly effected upon the Taliban;

(2) Confirming that this Court possesses personal jurisdiction over the Taliban for the instant claims;

(3) Determining that this Court has subject-matter jurisdiction over the Taliban under state common law for actions arising out of intentional murder and intentional infliction of emotional distress based on the intentional acts of international terrorism perpetrated on September 11, 2001 that targeted innocent civilians resulting in death, personal injury, and significant grief sustained by family members of those killed in the attacks and there is no just reason for delay in the entry of partial final judgments against the Taliban;

(4) Awarding damages under applicable common law to the non-U.S. National the *Burlingame IV* Plaintiffs listed in Exhibits B1, B2, and C to the Granito

Declaration against the Taliban — pain and suffering of $2,000,000 per decedent (Exhibit B1); economic loss in the amounts previously awarded to those Estates against co-tortfeasor and co-defendant Iran (Exhibit B2); and solatium of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling (Exhibit C) — consistent with the awards this Court recently entered for the similarly-situated *Ashton* non-U.S. National Plaintiffs (ECF No. 11927);

(5) Awarding the *Burlingame IV* Plaintiffs prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment for damages;

(6) Denying without prejudice an award of punitive damages and granting Burlingame *IV* Plaintiffs permission to seek punitive damages and other appropriate damages at a later date;

(7) Granting permission for all other Plaintiffs not appearing in Exhibits B1, B2 and C to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed; and

(8) Granting Plaintiffs such other and further relief as this honorable Court deems just and proper.

A proposed form of Order granting the relief requested is submitted herewith as Exhibit A to the Granito Declaration.

Dated: Rye Brook, New York
August 31, 2026

Respectfully submitted,

**SPEISER KRAUSE, PC**

By: /s/ *Frank H. Granito, III*
Frank H. Granito, III, Esq. (FG9760)
Douglas A. Latto, Esq. (DL3649)
Jeanne M. O'Grady, Esq. (JO3362)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334
f3g@speiserkrause.com
dal@speiserkrause.com
jog@speiserkrause.com

*Attorneys for Burlingame Plaintiffs*