Parker | Waichman LLP
A NATIONAL LAW FIRM
NEW YORK | LONG ISLAND | NEW JERSEY | FLORIDA

6 Harbor Park Drive
Port Washington, NY 11050-4647
6.466.6500
6.466.6665
(529.4636)
lawyer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/2026

September 1, 2026

***Via ECF***

Honorable Sarah Netburn
Thurgood Marshal United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***In re: Terrorist Attacks on September 11, 2001,*** **Docket No. 03-md-1570-GBD-SN;** ***Adames, et al. v. Islamic Republic of Iran*****, Docket No. 1:26-cv-07488**

Pursuant to the Court's Amended Order Approving Notices to Conform, Short Form Complaints & Notices of Amendment, dated October 28, 2019 [Dkt. 5234*], In re: Terrorist Attacks on September 11, 2001,* Docket No. 03-md-1570-GBD-SN, we respectfully request that the above referenced action be related to and made part of *In re: Terrorist Attacks on September 11, 2001,* Docket No. 03-md-1570-GBD-SN.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Raymond C. Silverman*
Raymond C. Silverman, Esq.
Melanie H. Muhlstock, Esq.
Parker Waichman, LLP
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500
(516) 466-6665 (fax)
rsilverman@yourlawyer.com
mmuhlstock@yourlawyer.com

*Attorneys for Plaintiffs*

cc: All Counsel of Record (*via ECF*)

Pursuant to the Court's Order at ECF No. 5234, the above-referenced case shall be made part of the MDL.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: September 2, 2026
New York, New York