# Exhibit 680

# A

# KSA 0734, 0736

# *The George Washington University*

## *School of Business and Public Management*

*certifies that*

# *Omar A. Al-Bayoumi*

*has successfully completed*

## *Quality for Project Managers*

**June 28, 1999 through June 30, 1999**

**Washington, DC**

*and is awarded 1.8 continuing education units*

*Washington, D.C.*

*Susan M. Phillips*
*Dean, School of Business and Public Management*

~~ONFIDENTIAL:~~
~~his document is subject to a Protective Order~~
~~egarding confidential information in 03 MDL 1570,~~
~~nited States District Court for the Southern District of New York.~~

PUBLIC FILING

# The George Washington University

*School of Business and Public Management*

*certifies that*

## Omar A. Al-Bayoumi

*has successfully completed*

## Project Leadership, Management, and Communications

***June 21, 1999 through June 25, 1999***

***Washington, DC***

*and is awarded 2.8 continuing education units*

*Washington, D.C.*

Susan M. Phillips

*Susan M. Phillips*

*n, S-hool of Business and Public Management*

~~ONFIDENTIAL:~~
~~his document is subject to a Protective Order~~
~~egarding confidential information in 03 MDL 1570,~~
~~nited States District Court for the Southern District of New York~~

PUBLIC FILING