# Exhibit 680

# B

## KSA 0735, 0737, 1835

# The George Washington University

## School of Business and Public Management

*certifies that*

# *Omar Ahmed Al-Bayoumi*

*has successfully completed*

## *Negotiation Strategies and Techniques*

**February 28, 2000 through March 3, 2000**

**San Diego, CA**

*and is awarded 2.8 continuing education units*

*Washington, D.C.*

*Susan M. Phillips*
*Dean, School of Business and Public Management*

~~ONFIDENTIAL:~~
~~is document is subject to a Protective Order~~
~~garding confidential information in 03 MDL 1570,~~
~~ited States District Court for the Southern District of New York.~~

PUBLIC FILING

# The George Washington University

## School of Business and Public Management

certifies that

# Omar A. Al-Bayoumi

has successfully completed

## Risk Management

**May 10, 1999 through May 14, 1999**

**San Diego, CA**

and is awarded 2.8 continuing education units

Washington, D.C.

Susan M. Phillips
Dean, School of Business and Public Management

~~ONFIDENTIAL:~~
~~his document is subject to a Protective Order~~
~~egarding confidential information in 03 MDL 1570,~~
~~nited States District Court for the Southern District of New York.~~

[redacted]

# The George Washington University

## School of Business and Public Management

*certifies that*

# Omar A. Al-Bayoumi

*has successfully completed*

## Managing Projects in Organizations

*June 7, 1999 through June 11, 1999*

*San Diego, CA*

*and is awarded 2.8 continuing education units*

*Washington, D.C.*

*Susan M. Phillips*
*Dean, School of Business and Public Management*

KSA0000001835