# Exhibit 680

# C

# KSA 0906-07

# The George Washington University

## School of Business and Public Management

certifies that

## Omar Ahmed Al-Bayoumi

is awarded the

## Master's Certificate in Project Management

Dean, School of Business
and Public Management

March 3, 2000
Washington, D.C.

The George Washington University
WASHINGTON DC

March 22, 2000

Mr. Mohammed Abdel-Azziz
Embassy of Saudia Arabia
Office of Cultural Mission
2600 Virginia Ave. NW, Suite 800
Washington, DC 20037

Dear Mr. Abdel-Azziz:

RE: **Omar Ahmed Al-Bayoumi**

Our records indicate that **Omar Al-Bayoumi** has successfully completed the following continuing education courses with The George Washington University:

| Date Earned | Course Title | CEUs |
|---|---|---|
| 05/14/1999 | Risk Management | 2.8 |
| 06/11/1999 | Managing Projects in Organizations | 2.8 |
| 06/25/1999 | Project Leadership, Management, and Communications | 2.8 |
| 06/30/1999 | Quality for Project Managers | 1.8 |
| 09/24/1999 | Scheduling and Cost Control | 2.8 |
| 10/01/1999 | Contracting for Project Managers | 2.8 |
| 03/03/2000 | Negotiation Strategies and Techniques | 2.8 |
| 03/03/2000 | Master's Certificate in Project Management | |

Stamped by:

Ministry of Higher Education Saudi Arabian Cultural Mission to the US

The authenticity of this document has been verified, taking that this certification doesn't equal an evaluation of the educational institution.

Registered under no: PS-1482 On: 18/12/1420 A.H.

(Illegible) Seal of Saudi Arabian Cultural Mission to the US

(Illegible) Alabdaly

(Signed)

Paid for by: himself

**mi's** course history, or if you need additional
at (703) 558-3130.

Sincerely,

*Janet T. Pfister*

Janet T. Pfister
Office of Student Affairs

AND PUBLIC MANAGEMENT
ON, VA 22203 • (703) 558-3085 • FAX (703) 558-3001

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000000907

The George Washington University
WASHINGTON DC

March 22, 2000

Mr. Mohammed Abdel-Azziz
Embassy of Saudia Arabia
Office of Cultural Mission
2600 Virginia Ave. NW, Suite 800
Washington, DC 20037

Dear Mr. Abdel-Azziz:

RE: **Omar Ahmed Al-Bayoumi**

Our records indicate that **Omar Al-Bayoumi** has successfully completed the following continuing education courses with The George Washington University:

| Date Earned | Course Title | CEUs |
|---|---|---|
| 05/14/1999 | Risk Management | 2.8 |
| 06/11/1999 | Managing Projects in Organizations | 2.8 |
| 06/25/1999 | Project Leadership, Management, and Communications | 2.8 |
| 06/30/1999 | Quality for Project Managers | 1.8 |
| 09/24/1999 | Scheduling and Cost Control | 2.8 |
| 10/01/1999 | Contracting for Project Managers | 2.8 |
| 03/03/2000 | Negotiation Strategies and Techniques | 2.8 |
| 03/03/2000 | Master's Certificate in Project Management | |

If you have questions about **Mr. Al-Bayoumi's** course history, or if you need additional information, please feel free to contact me at (703) 558-3130.

وزارة التعليم العالي   الملحقية الثقافية بامريكا

جرى التأكد من صحة صدور هذه الوثيقة
علماً بأن هذه المصادقة لا تعني تقويم
المؤسسة التعليمية.

وسجلت برقم: PS-1482

وتاريخ: ١٨/١٢/١٤٢٠هـ

التوقيع:

مدير الإدارة: [illegible]

Sincerely,

Janet T. Pfister

Janet T. Pfister
Office of Student Affairs

SCHOOL OF BUSINESS AND PUBLIC MANAGEMENT
[illegible] N. FAIRFAX DRIVE, SUITE 800 • ARLINGTON, VA 22203 • (703) 558-3085 • FAX (703) 558-3001



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

Aaita Arabic Consultants

Interpreting / Translation. All Dialects of Arabic
*Authorized by Federal Courts & NJ Administrative Office of the Courts*
Marwan Abdel-Rahman

To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC.
My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**KSA 0907**

[Stamp applied to document]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Date:** January 16, 2024

MARWAN ABDEL-RAHMAN
2828 J.F.K. BLVD.
JERSEY CITY, NJ 07306

218 Eagles Creek CT, Easton, PA 18042
Cell: (201) 920-7475 Fax (610) 438-0611 Marwan711@aol.com