# Exhibit 680

# D

# KSA 6927

**STATEMENT OF THE CANDIDATES FOR DA'WAH AS CHOSEN BY THE PROPAGATORS INTERVIEWING COMMITTEE**

(Saudis)

| Name | Nationality | ID Card No. | Qualification | | | Address |
|---|---|---|---|---|---|---|
| | | | Major | Year | University | |
| Fahad bin Ibrahim al Thumairy | Saudi | 214842 | Islamic Law | 1412 AH (1992 AD) | Imam Mohamed bin Saud | Riyadh, Al Murabba Neighborhood, Faisal bin Turki St., Tel. 4022748 |
| Saab bin Fuhaid Al Saab | Saudi | 1282 | Islamic Creed | 1410 AH (1990 AD) | Imam Mohamed bin Saud | Job Title: Instructor at the Scientific Institute in Hafar Al-Batin<br>Aziziyah Neighborhood<br>Tel. 03/7221424 |
| Saad bin Shayem Al Anfari | Saudi | 23567 | Islamic Law | 1416 AH (1996 AD) | Imam Mohamed bin Saud | Home: Arar City, Aziziyah Neighborhood<br>Tel. 6621868 |

KSA0000006927

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

# بيان بالمرشحين للعمل في مجال الدعوة إلى الله من قبل لجنة مقابلة الدعاة

( سعوديـــون )

| الاســـــــم | الجنسية | رقم بطاقة الأحوال | المؤهـــل تخصص | عام | الجامعة | العنوان |
|---|---|---|---|---|---|---|
| فهد بن إبراهيم الشميري | سعـــــودي | ٢١٤٨٤٢ | شريعة | ١٤١٢هـ | الإمام محمد ابن سعود | الرياض – حي المربع شارع فيصل بن تركي ت : ٤٠٢٢٧٤٨ |
| صعب بن فهيد الصعب | سعـــــودي | ١٣٨٢ | عقيدة | ١٤١٠هـ | الإمام محمد ابن سعود | عمل : مدرس في المعهد العلمي في حفرالباطن هاتف : ٠٣/٧٢٢٣٠٠٦ منزل : حفرالباطن حي العزيزية هـ ت : ٠٣/٧٢٢١٤٤٤ |
| سعد بن شايم العنزي | سعـــــودي | ٢٢٥٦٧ | شريعة | ١٤١٦هـ | الإمام محمد ابن سعود | منزل : مدينة عرعر حي العزيزية هاتف : ٦٦٢١٨٦٨ |

KSA0000006927

Aaita Arabic Consultants

Interpreting / Translation. All Dialects of Arabic
*Authorized by Federal Courts & NJ Administrative Office of the Courts*
Marwan Abdel-Rahman

To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC.
My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**KSA 6927 (English)**

[Table of information]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

MARWAN ABDEL-RAHMAN
2828 J.F.K. BLVD.
JERSEY CITY, NJ 07306

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Date**: January 16, 2024

218 Eagles Creek CT, Easton, PA 18042
Cell: (201) 920-7475 Fax (610) 438-0611 Marwan711@aol.com