# Exhibit 680

# E

# KSA 6860-61

Handwritten: Fahad al-Thumairy

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs, Endowments, Da'wah and Guidance<br>Minister's office | In The Name of Allah, Most Gracious, Most Merciful<br>Logo | No.: 1/2/2676S<br>Date: 27/12/1424 AH<br>(Feb 19, 2004)<br>Attachments: none |

**Very Confidential telegram - to be handed to His Highness**

**His Royal Highness the Minister of Foreign Affairs, May Allah protect him,**

**Peace and blessings of Allah be upon you. Further:**

In reference to the telegram of your Highness No. (97/20/180757/1) dated 25/12/1424 AH /(February 17, 2004), concerning the statement of His Royal Highness, the Ambassador of the Custodian of the two Holy Mosques in Washington; indicating the receipt of a report from [redacted] related to the previous employee of the Saudi Consulate in Los Angele Fahad Al Thumairy, affiliate to the Ministry…etc. and that he has contacted the office of His Highness many times attempting to know the merits of his deportation, and indicating that he will be sent to Britain, and since Your Highness requested our statement with this regard.

I would like to report the following to your Highness:

1- He has been assigned, since the termination of his delegation, to office work at the Ministry in the field of Da'wah and otherwise.

2- We are not planning on sending him to work abroad.

3- The aforementioned employee has been notified not to check with the office of His Highness, or to follow-up on, and to stop that.

With my best regards and appreciation.

Peace and blessings of Allah be upon you,

Minister of Islamic Affairs, Endowments, Da'wah and Guidance

Saleh Bin Abdul Aziz Bin Mohammed Al Al Sheikh

Seal

~~CONFIDENTIAL~~
~~This document is subject to a protective order regarding confidential information in 03-MDL-1570~~

~~United States District Court for the Southern District of New York~~

KSA0000006860

SUBJECT: FAHD AL-THUMAIRY

FAHD AL-THUMAIRY WAS THE IMAM OF THE KING FAHD MOSQUE IN LOS ANGELES, CALIFORNIA, UNTIL HE WAS ORDERED EXPELLED, ALONG WITH MOHAMMED AL-MUHANNA, FOR EXTREMIST PREACHING. AL-THUMAIRY WAS ASSIGNED TO THE KING FAHD MOSQUE IN 1995 OR 1996. YOUNGER MEMBERS OF THE KING FAHD MOSQUE WERE PARTICULARLY ATTRACTED TO AL-THUMAIRY'S FRIDAY KHUTBAHS WHICH CONTAINED EXTREMIST MESSAGES AND VOICED ANIMOSITY TOWARD THE SAUDI ROYAL FAMILY. AL-THUMAIRY WAS CHARACTERIZED AS A POSSIBLE SOURCE OF MOTIVATION TO YOUNG, IMPRESSIONABLE YOUTHS WHO MAY PARTICIPATE IN TERRORIST ACTIVITY.

AL-THUMAIRY AND AL-MUHANNA WERE BELIEVED TO HAVE BEEN ORDERED EXPELLED FROM THE KING FAHD MOSQUE BECAUSE THEY HELD EXTREMIST VIEWS AND CULTIVATED EXTREMIST FOLLOWERS. THESE FOLLOWERS PRAISED AND SUPPORTED THE TERRORIST ATTACKS OF 11 SEPTEMBER 2001. FOLLOWING THIS ORDERED EXPULSION, THE "HARDLINE" FOLLOWERS OF AL-THUMAIRY AND AL-MUHANNA ESTABLISHED AN UNDERGROUND MOSQUE IN LOS ANGELES. AL-THUMAIRY PROVIDED RELIGIOUS GUIDANCE, SUPPORT, AND EXTREMIST/MILITANT/FUNDAMENTALIST TEACHINGS TO THE ATTENDEES AT THIS "UNDERGROUND MOSQUE."

IN LATE JANUARY 2003, AL-THUMAIRY WAS BELIEVED TO HAVE BEEN ORDERED RECALLED TO SAUDI ARABIA FROM THE UNITED STATES. AL-THUMAIRY RETURNED TO SAUDI ARABIA IN FEBRUARY 2003 WITH HIS WIFE AND CHILDREN, AND WAS EXPECTED TO ENROLL IN A SAUDI UNVERSITY FOR A GRADUATE DEGREE.



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

فهد شميري

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
مكتب الوزير

الرقم: ١/٤/٦٠٧٦٠٤
التاريخ: ٢٧/١٢/١٤٢٤هـ
المشفوعات: ـــ

**برقية سرية للغاية – وتفتح بيد سموه**

**صاحب السمو الملكي وزير الخارجية حفظه الله**

سلام عليكم ورحمة الله وبركاته . أما بعد :

فأشير إلى برقية سموكم ذات الرقم (٩٧/٢٠/١٨٠٧٥٧/١) المؤرخة في ٢٥/١٢/١٤٢٤هـ بشأن ماأفاد به صاحب السمو الملكي سفير خادم الحرمين الشريفين في واشنطن من أنه تلقى تقريراً من [redacted] يتعلق بالموظف السابق بالقنصلية السعودية في لوس انجلوس/فهد الثميري التابع للوزارة ، ... الخ وأنه اتصل بمكتب سموه عدة مرات لمحاولة معرفة حيثيات إبعاده ، وإشارته إلى أن مرجعه سيرسله إلى بريطانيا ، وطلب سموكم الإفادة بمرئياتنا تجاه هذا الأمر .

وأخبر سموكم بمايأتي :

١- أنه وُجِّه – منذ أُنهيَ إيفاده – لعملٍ مكتبيٍّ بالوزارة في مجال الدعوة وغيرها .

٢- أنه ليس لدينا توجّه لإيفاده للعمل في الخارج .

٣- أن المذكور أُبلغ بعدم مراجعة مكتب سموه أو متابعة الموضوع ، والكف عن ذلك .

ولسموكم التحية والتقدير .

والسلام عليكم ورحمة الله وبركاته .

**وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد**

**صالح بن عبدالعزيز بن محمد آل الشيخ**



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

KSA0000006860

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000006860

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 9, 2021 11:44 CST)

**Date**: Feb 9, 2021