# Exhibit 680

# F

# KSA 6871

In the Name of Allah, the Lord of Mercy, the Giver of Mercy

The Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah and Guidance
Deputy Minister for Mosques Affairs, Da'wah and Guidance
Deputy Minister's Office

[Logo]

No.: 4/1/865
Date: 13/08/1422 AH corresponding to October 31, 2001 AD
Enclosures: ________
Subject:____________

[Handwritten: "Your Excellency Director of the Personnel Department, may Allah protect you,

May Allah's peace, mercy and blessings be with you,

With reference to the Administrative Decision No. 2773, dated 12/08/1422 AH corresponding to October 30, 2001 AD, ending the international deployment of Sheikh Fahad bin Ibrahim Al Thumairy and requesting him to return to his work at the Deputyship,

We would like to inform your Excellency that the said person has already started his work at the Deputyship immediately after the end of his vacation on 05/07/1422 AH / September 23, 2001 AD, Sent for your information and necessary action!

May Allah protect you!

Deputy Minister for Mosques Affairs, Da'wah and Guidance
Abdul Aziz bin Abdullah Al Ammar"]
[Signature] 13//
2

[Employment
Alnasar]

KSA0000006871

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
مكتب الوكيل

الرقم: [illegible]
التاريخ: ١٤٢٢/٨/٢٦هـ
المشفوعات: ........
الموضوع: ........

فضيلة مدير إدارة شؤون الموظفين      سلمه الله

السلام عليكم ورحمة الله وبركاته أما بعد:

فأشير إلى القرار الإداري ذي الرقم ٢٧٣ وتاريخ ١٤٢٢/٨/٢هـ
القاضي بإنهاء إيفاد الشيخ/ محمد بن إبراهيم البشري
على أن يباشر عمله بالدعوة.

أشعركم بأن المذكور باشر العمل اعتباراً من انتهاء
إجازته في ١٤٢٢/٧/٥هـ للاطلاع وإكمال ما يلزم

مع تحياتي،

وكيل الوزارة
لشؤون المساجد والدعوة والإرشاد

عبدالعزيز بن عبدالله العمار

[illegible]

Aaita Arabic Consultants

Interpreting / Translation. All Dialects of Arabic
*Authorized by Federal Courts & NJ Administrative Office of the Courts*
Marwan Abdel-Rahman

To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC. My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**KSA 6871**

[Handwritten letter on letterhead]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Date:** January 16, 2024

MARWAN ABDEL-RAHMAN
2020 J.F.K. BLVD.
JERSEY CITY, NJ 07306

Cell: (201) 920-7475
218 Eagles Creek CT, Easton, PA 18042
Fax (610) 438-0611
Marwan711@aol.com