# Exhibit 680

# H

# KSA 6929

**STATEMENT OF THE CANDIDATES FOR DA'WAH AS CHOSEN BY THE PROPAGATORS INTERVIEWING COMMITTEE**

(Saudis)

| Name | Nationality | ID Card No. | Qualification | | | Address |
|---|---|---|---|---|---|---|
| | | | Major | Year | University | |
| Fahad bin Ibrahim al Thumairy | Saudi | 214842 | Islamic Law | 1412 AH (1992 AD) | Imam Mohamed bin Saud | Riyadh, Al Murabba Neighborhood, Faisal bin Turki St., Tel. 4022748 |
| Saab bin Fuhaid Al Saab | Saudi | 1282 | Islamic Creed | 1410 AH (1990 AD) | Imam Mohamed bin Saud | Job Title: Instructor at the Scientific Institute in Hafar Al-Batin<br>Tel. 02/7222006<br>Home: Hafar Al-Batin Aziziyah Neighborhood<br>Tel. 03/7221424 |

KSA0000006929

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

# بيان بالمرشحين للعمل في مجال الدعوة إلى الله من قبل لجنة مقابلة الدعاة

( سعوديون )

| الاســـم | الجنسية | رقم بطاقة الأحوال | المؤهل: تخصص | المؤهل: عام | المؤهل: الجامعة | العنوان |
|---|---|---|---|---|---|---|
| فهد بن إبراهيم الشميري | سعــودي | ٢١٤٨٤٢ | شريعة | ١٤١٢هـ | الإمام محمد ابن سعود | الرياض – حي المربع شارع فيصل بن تركي ت : ٤٠٢٢٧٤٨ |
| صعب بن فهيد الصعب | سعــودي | ١٣٨٢ | عقيدة | ١٤١٠هـ | الإمام محمد ابن سعود | عمل : مدرس في المعهد العلمي في حفرالباطن هاتف : ٠٣/٧٢٢٢٠٠٦ ، منزل : حفرالباطن حي العزيزية هاتف : ٠٣/٧٢٢١٤٤٤ |

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

PUBLIC FILING

*Aaita Arabic Consultants*

Interpreting / Translation. All Dialects of Arabic
*Authorized by Federal Courts & NJ Administrative Office of the Courts*
Marwan Abdel-Rahman

To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC. My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**KSA 6929 (English)**

[Table of information]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

MARWAN ABDEL-RAHMAN
2828 J.F.K. BLVD.
JERSEY CITY, NJ 07306

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Date:** January 16, 2024

218 Eagles Creek CT, Easton, PA 18042
Cell: (201) 920-7475 Fax (610) 438-0611 Marwan711@aol.com