# Exhibit 680

# I

# KSA 7104-05

In the name of Allah, the Gracious, the Merciful

**VERY URGENT**

His Royal Highness/ Prince Abdul Aziz bin Fahd bin Abdul Aziz, may Allah bless him
Head of the Prime Minister's Office
May the peace, mercy, and blessings of Allah be upon you.

I am honored to report to you that during my visit to some schools, mosques, and Islamic centers in the United States of America this month, I visited the King Fahad Mosque in Los Angeles and prayed the Maghrib (Sunset) prayer with the mosque's community. I noticed after the prayer that some worshipers put money in a locked box before leaving the mosque. I asked Brother Fahad al Thumairy, the Imam of the King Fahad Mosque, about this. He said that this was to cover the electricity and water bills and the guarding and maintenance fees in order to avoid any action that may be taken against the mosque leading to its closure by the competent authorities in the city. He stated that this could happen to any other US institution that fails to pay its bills, including foreclosure in case of debt accumulation. This wouldn't be good, specially that the mosque bears the name of King Fahad, the Custodian of the Two Holy Mosques, may Allah bless him. I told the Imam of the mosque that I would report this issue to Your Highness, and he encouraged me to do so.

Therefore, Your Highness may consider:

**First**: Taking quick action by sending an amount of about two hundred thousand dollars to cover the mosque's debts and its expenses, provided that these amounts shall be deducted from the next budget of the mosque when approved;

**Second**: Allocating an annual budget for the King Fahad Mosque under the supervision of a committee. The committee to be formed is suggested to be chaired by the Director of the Institute of Islamic and Arabic Sciences of the Imam University in Washington, D.C., Dr./ Ahmed Sayfeddine,

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~, ~~United States District Court for the Southern District of New York~~.

[Handwritten:] [*Illegible*] *from the Institute of Islamic and Arabic Sciences?*

The committee is suggested to comprise the following members: Dr. Fouad Soliman Al Ghunaim, Mr. Abdel Aziz Abdel Mohsen Al Hassan, Mr. Fahad Abdel Rahman Al Hamoudi, in addition to the Imam of the mosque. They are a group of righteous people known for their integrity and trust. We believe them to be so, and Allah is the witness.

**Third**: Purchasing a "waqf" property in the vicinity of Washington D.C., of about $3 million USD, given a property in the capital has a rewarding investment return. There is also a continuous increase in the assets' value annually. The proceeds of the "waqf" property shall be allocated as a budget to cover the expenses of the mosque. And the remaining amounts shall be kept as a reserve, and not be spent without the approval of Your Highness. The committee suggested above shall oversee the purchase of the "waqf" property and how proceeds are to be spent. Thus, the mosque shall not need a budget, and the proceeds of the "waqf" property will suffice and exceed, Allah willing.

**Fourth**: The mosque's community are still remembering Your Highness and are still grateful and thankful because, during your inauguration of the King Fahad Mosque, you had promised to establish a school affiliated with the mosque for the Muslim children in this area. The establishment of the mosque had encouraged the Muslims to come from different places in Los Angeles. They wish to teach their children in an Islamic school in addition to the American curriculum.

May Allah bless the Custodian of the Two Holy Mosques abundantly and keep this in the balance of his good deeds. May Allah prolong his life and bless him with health and wellness. May Allah bless you abundantly.

May the peace, mercy, and blessings of Allah be upon you.

On 07/29/1421 AH (10/28/2000 AD)

Saeed bin Saad bin Saeed
Former Undersecretary of the Ministry of Finance and National Economy

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03-MDL-1570~~, ~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

عاجل جداً

صاحب السمو الملكي الأمير/ عبد العزيز بن فهد بن عبد العزيز
رئيس ديوان رئاسة مجلس الوزراء ــ سلمه الله

السلام عليكم ورحمة الله وبركاته ،،، ،،،

أتشرف بالإفادة بأنه أثناء جولة قمت بها في هذا الشهر لبعض المدارس والمساجد والمراكز الإسلامية في الولايات المتحدة الأمريكية قمت بزيارة مسجد الملك فهد في لوس انجليس وصليت فيه مع جماعة المسجد صلاة المغرب وقد لاحظت بعد الصلاة قيام عدد من المصلين بوضع بعض النقود في صندوق مقفول أثناء مغادرتهم المسجد وقد سألت الأخ فهد التميري إمام مسجد الملك فهد عن ذلك فقال أن ذلك لتغطية فواتير الكهرباء والماء والحراسة والصيانة وذلك خوفاً من اتخاذ إجراءات ضد المسجد قد تؤدي إلى إغلاقه من قبل الجهات المختصة في المدينة كأي مؤسسة أمريكية تتأخر في دفع الإلتزامات التي عليها بما في ذلك تعريضه للبيع في حال تراكم ديونه وهذا الإجراء لا يتناسب مع مكانة المسجد ولاسيما أنه يحمل اسم الملك فهد خادم الحرمين الشريفين أطال الله في عمره .. وقد ذكرت لإمام المسجد بأنني سأنقل هذه الصورة إلى سموكم فشجع على ذلك .

وبهذا قد يرى سموكم الكريم :

أولاً: اتخاذ إجراء سريع وذلك بإرسال مبلغ في حدود مائتي ألف دولار لتغطية ديون المسجد والمصاريف المترتبة عليه وأن تخصم هذه المبالغ من الميزانية القادمة للمسجد في حالة إقرارها .

ثانياً: تخصيص ميزانية سنوية لمسجد الملك فهد يصرف عليه بإشراف لجنة ويقترح بهذه المناسبة أن تشكل اللجنة برئاسة مدير معهد العلوم العربية والإسلامية التابع لجامعة الإمام في واشنطن من الدكتور/ أحمد



KSA0000007104

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

العميد

{٢}

سيف الدين وعضوية أساتذة من المعهد وهم الدكتور / فؤاد سليمان الغنيم والأستاذ/ عبد العزيز عبد المحسن الحسن والأستاذ/ فهد عبد الرحمن الحمودي بالإضافة إلى إمام المسجد وهم مجموعة خيرة معروفة باستقامتهم ومن الثقاة ونحسبهم كذلك والله حسيبهم .

ثالثاً: شراء وقفية عقار في حدود ثلاثة ملايين دولار في واشنطن العاصمة وماحولها وذلك لما يتمتع به العقار في العاصمة من عائد استثماري مجزي بالإضافة إلى الزيادة المستمرة في قيمة الأصول سنويا ويخصص عائد الوقفية كميزانية للصرف منه على المسجد وما يتبقى يبقى احتياطي لايصرف منه إلا بموافقة سموكم الكريم وأن تشرف اللجنة المقترحة أعلاه على شراء الوقفية وكيفية الصرف من العائد وبهذا لايحتاج المسجد إلى ميزانية وإنما عائد وقفية العقار ستكفي ـ إن شاء الله ـ وتزيد .

رابعاً: لايزال جماعة المسجد يذكرون بالشكر والتقدير لسموكم على ما وعدتم به من إقامة مدرسة لأبناء المسلمين تابعة للمسجد في هذه المنطقة أثناء افتتاح سموكم لمسجد الملك فهد حيث شجع اقامة المسجد على مجورته من المسلمين الذين أتوا من أماكن مختلفة في لوس أنجليس ويتمسنون تدريس أبناءهم في مدرسة إسلامية بالاضافة إلى المنهج الأمريكي .

وفق الله خادم الحرمين الشريفين لكل خير وجعل ذلك في ميزان حسناته وأطال في عمره وأكسبه الصحة والعافية ووفقكم لكل خير.

*والسلام عليكم ورحمة الله وبركاته ،،،*

في ١٤٢١/٧/٢٩هـ

سعيد بن سعد بن سعيد
وكيل وزارة المالية والإقتصاد الوطني "سابقا"



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240104WSW**

**Language**: Arabic > English

**Document title**: KSA 7104-7105

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Te

**Signed**: Farah Alshekhli **Date**: 01/04/2024