# Exhibit 680

# J

# KSA 7137

ISLAMIC FOUNDATION OF SHAIKH IBN TAYMIYAH
King Fahad Mosque
مؤسسة شيخ الاسلام ابن تيمية
مسجد الملك فهد

Thursday, December 19, 2002

His Excellency Amb. Mohammed A. Al-Salloum
Consul General, Royal Consulate General of Saudi Arabia
2045 Sawttle Blvd.
Los Angeles CA, 900022

Re: Fahad Thumairy's Half Rent

Dear Amb. Salloum,

As Salaamu Alaikum wa rahmatullahi wa barakaatuhu

In reply to your letter dated December 12, 2002, I had a conversation with Fahad Thumairy regarding $7,700.00 half rent payment. I told him the Foundation can't issue him check now and he understood fully the circumstances. Subsequent to that conversation, the Islamic Foundation and Fahad Thumairy have complete agrement that when the money is avilable the Foundation will pay him $7,700. Therefore, this matter is closed.

The reason why Fahad did not receive his share of the check $57, 461.43 was because he was not in the country. He was gone to Saudi Arabia for over six months so the Foundation disbursed the check and paid some of our neediest workers who were no longer working for us and who were demanding payments. If you recalled, the Foundation gave you the detailed payment schedule along with front and back copies of the checks as you requested.

The half rent payment to Fahad Thunairy $750.00 a month from our regular collection, is truly voluntarily arraignment by the Foundation to help him. Bearing in mind that Fahad Thumairy is the first saudi national who is sent from Saudi Arabia to have received any money from the Foundation. Before him there were two sheikhs from Saudi Arabia who joined the Foundation and who didn't receive any money during their tenure from the Foundation. They instead gave the Foundation money and further collected large sums of funds to help foundation improve it's charities and works. That is something Fahad Thumairy never did.

Finally, we believe that the long and outstanding relation between the Islamic Foundation of Sheikh Ibn Taimiyah and Saudi Arabia's Da`awah agencies, Embassy and Consulate Gerneral has never been based on money, it is deeper then that and we want it to continue on that blessed tradition.

Thanks for your continuous support of the Foundation and the King Fahad mosque and if there is anything that your good office would want to discuss, the Foundation will for ever be at your beckoning. Was Salam Alaikum wa rahmatullahi wa barakaatuhu.

Truly Yours

Tajuddin B. Shuaib,
Director

11004 Washington Boulevard, Culver City, California 90232 U.S.A. (310) 204-1250 Fax: (310) 204-1260

~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~