# Exhibit 680

# K

## KSA 7272, 7275-7282

ISLAMIC FOUNDATION OF SHAIKH IBN TAYMIYAH
King Fahad Mosque

مؤسسة شيخ الاسلام ابن تيمية
مسجد الملك فهد

August 9, 2001

Mr. Tayseer R. Elhadad
Owner/General Manager
Atlas Carpet Care
2026 S. Preuss Rd., Suite #1
Los Angeles, CA. 90034

Re: Termination of Maintenance Contract

Dear Mr. Elhadad,
Please be informed that the above referenced contract signed between you for your company, Atlas Carpet Care and Tajuddin Shuaib and Fahad Al-Thumairy for King Fahad Mosque on September 15, 1999 will be terminated on September 15, 2001.

We appreciated your patience and kindness and will look forward to our continuing friendship. We wish you success in everything that you do.

Sincerely yours,

Tajuddin B. Shuaib
Director

Fahad Al-Thumairy
Imam

11004 Washington Boulevard, Culver City, California 90232 U.S.A. (310) 204-1250 Fax: (310) 204-1260

PUBLIC FILING

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

KSA0000007272

Exhibit 4

ATLAS CARPET CARE
BUILDING CLEANING SERVICES
*Commercial.Residential.Industrial*

MAINTENANCE CONTRACT

DATE :_______________,199__.

This contract is made as of the date above by and between ATLAS CARPET CARE and ISLAMIC FOUNDATION OF SHAIKH IBN TAYMMEYEH - KING FAHAD MOSQUE. ("CLIENT").

WHEREAS: ATLAS CARPET CARE is in the business of providing commercial cleaning services, carpet and floor maintenance to commercial and residential clients, and ATLAS CARPET CARE desires to provide CLIENT with such services as outlined in the cleaning schedule.

WHEREAS: CLIENT desires to obtain the cleaning services of ATLAS CARPET CARE as outlined in the cleaning schedule.

THEREFORE: In consideration of the mutual covenants and obligations set out in this contract, the parties agree as follows:

PERFOMANCE OF SERVICES:

1.1 The services will begin **September 15th., 1999.**
1.2 The services will be performed at the following location:

KING FAHD MOSQUE
10980 WASHINGTON BLVD.
CULVER CITY, CA 90232

1.3 The premises making up the working area to be serviced will be the "named areas". which are defined as:

A. Prayer rooms
B. Library
C. Ablution rooms
D. Restrooms
E. Common areas

1.4 ATLAS CARPET CARE agrees to service the named areas as scheduled six times every week.
1.5 ATLAS CARPET CARE agrees to furnish all equipment, tools and paraphernalia necessary to perform its duties.

ATLAS CARPET CARE
BUILDING CLEANING SERVICES
*Commercial.Residential.Industrial*

1.6 Cleaning services will not be performed on holidays officially recognized by the state.

PAYMENT FOR THE SERVICES:

2.1 CLIENT agrees to pay to ATLAS CARPET CARE monthly at 2026 S. Preuss Rd., Suite # 1, Los Angeles, California 90034 the total stated in the Pricing schedule, on or before the last day of each month services are rendered, no exceptions. The pricing schedule is attached to this contract. Additionally, CLIENT agrees to pay any sales or use tax levied by a taxing authority on the value of the services provided or supplies purchased.
2.2 Credits for recognized holidays were predetermined and given as part of the pricing schedule, and no other adjustments will be made for those holidays.
2.3 From time to time, as parties may agree, the amount CLIENT will pay may be increased or decreased to reflect an increase or decrease in the area of space serviced and the kind, amount or frequency of service to be rendered. Such modifications will be binding only if in writing and signed by both parties.

TERM OF CONTRACT:

3.1 The term of this contract will be for one (1) year from the date the services are scheduled to begin, and thereafter will be AUTOMATICALLY EXTENDED AND RENEWED ON EACH ANNIVERSARY DATE ON THE TERMS AND CONDITIONS, UNLESS ONE OF THE PARTIES SHALL GIVE WRITEN NOTICE OF TERMINATION AT LEAST THIRTY (30) DAYS PRIOR TO SUCH ANNIVERSARY DATE. If timely notice is given for termination, this contract will expire at midnight of anniversary date. Otherwise, this contract may only be terminated for non-performance as set out below in section 3.2.
3.2 Before any termination for non-performance is effective, the terminating party must give the other party written notice specifying in detail the nature of any defect or failure in performance. The non-terminating party will have thirty (30) days in which to cure the deficiency in performance to the reasonable satisfaction of the terminating party. If the deficiency is not satisfactorily cured at the end of the thirtieth (30th) day, the terminating party will notify the non-terminating party, in writing, of the failure to satisfactorily cure the deficiency, and the contract will terminate thirty (30) days from the date of that notice.
3.3 Time is of essence for the notices required under sections 3.1 and 3.2 of this contract.

GENERAL PROVISIONS:

4.1 It is expressly agreed that ATLAS CARPET CARE and its employees or subcontractors, are not and shall not be during the term of this contract, employees or agents or contractors of the CLIENT. As a result, ATLAS CARPET CARE will not be within the protection or coverage of CLIENT'S Workers Compensation Insurance and no withholding of Social Security, Federal or State Income Tax or other deductions shall be made from the sums agreed to be paid to ATLAS CARPET CARE. All such sums are contract payments and not wages.



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

ATLAS CARPET CARE
BUILDING CLEANING SERVICES
*Commercial.Residential.Industrial*

4.2 CLIENT agrees that during the term of this contract and for one hundred and eighty (180) days after the term ends, it will not hire any employees or subcontractors of ATLAS CARPET CARE without the express written consent of ATLAS CARPET CARE. ATLAS CARPET CARE agrees that during the term of this contract and for one hundred and eighty (180) days after the term ends, it will not hire any employees, representatives of the CLIENT without the express consent of the CLIENT.

4.3 Both parties agree that they have fully reviewed and discussed the terms of this contract, with attached cleaning schedule, and acknowledge that the terms reflect the entire agreement of the parties, any changes or modification to this contract must be in writing and signed by both parties after the date of this contract.

4.4 If written notice is required under this contract, it shall be deemed to be given at the time when the same is deposited, postpaid and certified, with the United States Postal Service, or a recognized, common parcel courier providing express, receipted delivery to Th. appropriate address setout below.

4.5 In the event it becomes necessary for either party to file suit against the other to protect its rights under this contract, the prevailing party will be entitled to recover reasonable attorney's fees as well as court costs and damages as part of any judgment entered in its favor.

4.6 Jurisdiction and venue for any suit brought on this contract shall be in the governmental devision of the Los Angeles county where the ATLAS CARPET CARE office is located.

2026 S. Preuss Rd., Suite # 1, Los Angeles, CA 90034 . (310) 839-6249 . (310) 838-8620 Fax . (310) 843-1532 Pager

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000007277

# ATLAS CARPET CARE
## BUILDING CLEANING SERVICES
*Commercial.Residential.Industrial*

## SERVICES PERFORMED EVERY CLEAN

I. NIGHTLY

A. Named areas excluding Parking levels

1. All trash receptacles are to be emptied and trash removed to a collection point. **Liners furnished by client.**
2. Dust all desks with treated cloth.
3. Dust mop floor with treated dust mop.
4. Damp mop floor.
5. Vacuum traffic patterns. ATLAS CARPET CARE will not be responsible for removal of staples from carpets.
6. Thoroughly dust all horizontal surfaces, including desk tops, file cabinets, chairs, tables, pictures and all manner of furnishing..
7. Damp wipe all horizontal surfaces to remove coffee rings and spillage as needed.
8. Dust telephones.
9. Use an industry standard disinfectant for proper sanitation.

B. Restrooms / Ablution rooms

1. Stock towels, tissue and handsoap. **Restrooms supplies furnished by client.**
2. Empty trash receptacles and wipe if needed.
3. Clean and wipe mirrors.
4. Wipe towel cabinet covers.
5. Toilets and urinals to be cleaned and sanitized inside and outside. Toilet seats to be cleaned on both sides using disinfectant.
6. Scour and sanitize all basins.
7. Remove splash marks from walls around sinks.
8. Mop and rinse restroom floors with disinfectant.

2026 S. Preuss Rd., Suite # 1, Los Angeles, CA 90034 . (310) 839-6249 . (310) 838-8620 Fax . (310) 843-1532 Pager

4f-8



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

# ATLAS CARPET CARE
## BUILDING CLEANING SERVICES
*Commercial.Residential.Industrial*

II. Daily ( day porter )

Duties

1.Check clean restock Ablution and restr●oms with supplies
2. Pick loose derbies on Parking levels ●nce a day
3. Wash tea cups in dishwasher, and maintain Pantry located on main level
4. Pick loose debris ●n stairs
5. Wash cups at the school building
6. Check restrooms at the school building

II. WEEKLY

1. Dust all vertical surfaces.

2. Vacuum all carpeting thoroughly, taking care to get into corners, edges and beneath furniture.

3. Damp mop hard surface floors, taking care to get into corners, edges and beneath furniture.

III. MONTHLY

1. All high dusting to be accomplished in this cleaning.

2. Damp wipe telephones using disinfectant.

3. Remove fingerprints and marks from ar●und light switches and door frames.

SERVICES AVAILABLE UPON REQUEST

2026 S. Preuss Rd., Suite # 1, Los Angeles, CA 90034 . (310) 839-6249 . (310) 838-8620 Fax . (310) 843-1532 Pager



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

# ATLAS CARPET CARE

## BUILDING CLEANING SERVICES

*Commercial.Residential.Industrial*

Upon request the following services will be performed at an additional fee:

| | COST PER SQ.FOOT |
|---|---|
| 1. Carpet cleaning. | 0.10 cents |
| 2. Marble Maintenance (sealing and cristalization of decks only) | $ 1.75 |

**PRICING SCHEDULE**

2026 S. Preuss Rd., Suite # 1, Los Angeles, CA 90034 . (310) 839-6249 . (310) 838-8620 Fax . (310) 843-1532 Pager

PUBLIC FILING

6-8

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~, ~~United States District Court for the Southern District of New York~~.

ATLAS CARPET CARE
BUILDING CLEANING SERVICES
*Commercial.Residential.Industrial*
F●R

Islamic foundation of shaikh Ibn Taymeyeh

King Fahd Mosque
10980 Washington Blvd.,
Culver City, CA 90232

The premises will be serviced Six ( 6 ) times per week

(THREE THOUSAND THREE HUNDRED EIGHTY TWENTY EIGHT & 54 CENTS)
( $ 3328.54)
PER MONTH

2026 S. Preuss Rd., Suite # 1, Los Angeles, CA 90034 . (310) 839-6249 . (310) 838-8620 Fax . (310) 843-1532 Pager



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York.~~

ATLAS CARPET CARE
BUILDING CLEANING SERVICES
*Commercial.Residential.Industrial*
Acknowledge and agreed to:

ATLAS CARPET CARE
2026 S. PREUSS RD. SUITE # 1
LOS ANGELES, CALIFORNIA 90034

BY : ______________________

TITLE : ______________________

ISLAMIC FOUNDATION OF SHAIKH
IBN TAYMEYEH (KING FAHD MOSQUE)
11004 WASHINGTON BLVD.
CULVER CITY, CA 90232

BY : [signature]

TITLE : Director

BY : [signature]

TITLE : Imam



8-9

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.