# Exhibit 680

# L

## KSA 7304

[**Handwriting**: *This is a bank check as requested by the City of Los Angeles. It includes the* *<u>remaining</u> amount of the incoming transfer of $4,392.89 Dollars from His Eminence Minister of Islamic Affairs after adding a personal contribution of $2,658.2 Dollars from the Consul General to end this issue*]

هذا شيك مصرفي حسب طلب محافظة لوس انجلس
وهو يشتمل على المبلغ المتبقي من الحوالة الواردة من معالي
وزير الشؤون الاسلامية ومقداره [٤٣٩٢,٨٩] دولار
بعد اضافة مبلغ وقدره [٢٦٥٨,٢] مساهمة شخصية
من القنصل العام لإنهاء هذا الموضوع .

THE BACK OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED IN A SPECIAL WHITE INK ... HOLD DOCUMENT AT A SMALL ANGLE TO SEE THIS SECURITY FEATURE

CITIBANK OFFICIAL CHECK

145-449940493

CITIBANK, FEDERAL SAVINGS BANK, SAN FRANCISCO, CA

1) Acc Id # 4208025 002

16-2958/1220

FC# 132 FA# 005 $0.00 DNL 02/06/2012 2) Acc Id # 4208025003

063-02 CK. SER.# 449940493 ******7,051.09***

PAY ****SEVEN THOUSAND FIFTY-ONE AND 09/100 DOLLARS****

TO THE ORDER OF ****LOS ANGELES COUNTY ASSESSOR****

DRAWER: CITIBANK, FEDERAL SAVINGS BANK

BY AUTHORIZED SIGNATURE

BY AUTHORIZED SIGNATURE

NAME OF REMITTER ADDRESS CONSUL GENERAL

Issued by Integrated Payment Systems Inc., Englewood, Colorado
Payable through Citibank Intl, Los Angeles, CA for Citibank (NY State), Buffalo, N.Y.

⑆122029587⑆ 28⑈052618 449940493

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDDLE.

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000007304

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

هذا شيك مصرفي حسب طلب محافظة لوس أنجلس
وهو لتسديد المبلغ المستحق من الجزاء الوارده بخطاب
وزارة الشرقية للسعودية وقدرها [٤٣٩٢,٨٩] دولاراً
بعد اضافة مبلغ وقدره [٢٦٥٨,٢] مصلحة كضريبة
من القنصل العام لإنهاء هذا الموضوع .

THE BACK OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED IN A SPECIAL WHITE INK — HOLD THE DOCUMENT AT A SMALL ANGLE TO SEE THIS SECURITY FEATURE

**CITIBANK** — **OFFICIAL CHECK** — 145-449940493

CITIBANK, FEDERAL SAVINGS BANK, SAN FRANCISCO, CA

1) Ass Id # 4208025002
2) Ass Id # 4208025003

16-2958
1220

PC# 132 FA# 005 $0.00 DNL 02/06/013 DATE
063-02 CK. SER.# 449940493 ******7,051.09***

PAY ****SEVEN THOUSAND FIFTY-ONE AND 09/100 DOLLARS****

TO THE ORDER OF ****LOS ANGELES COUNTY ASSESSOR****

DRAWER: CITIBANK, FEDERAL SAVINGS BANK

NAME OF REMITTER
ADDRESS CONSUL GENERAL

BY ____________ AUTHORIZED SIGNATURE

BY ____________ AUTHORIZED SIGNATURE

Issued By Integrated Payment Systems Inc., Englewood, Colorado
Payable through Citibank Intl. Los Angeles, CA for Citibank (NY State): Buffalo, N.Y.

⑆122029587⑆ 28⑈052618 449940493

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000007304

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 15, 2021 14:40 CDT)

**Date**: Mar 15, 2021