# Exhibit 680

# M

# KSA 7325

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
Royal Embassy of Saudi Arabia
Washington, D.C. 20037

No. 193
Date: 12/04/1421 AH
Corresponding: February 27, 2001 AD
Attachments: Check

His Excellency Ambassador Mohamed bin Abdel Rahman al Salloum, may Allah bless him
Consul General in Los Angeles
May the peace, mercy, and blessings of Allah be upon you.

This is with reference to your Memo No. 509/97/23/726, dated 11/11/1421 AH (February 05, 2001 AD), related to the financial issues of the King Fahad Mosque in Los Angeles, stating that the salaries of employees in the mosque have not been paid for a long time. Please find enclosed herewith Check No. 2256, dated February 26, 2001 AD, with the amount of $30,000.00 to pay the late salaries of the employees as you deem appropriate. Please update us about this.

Kindest regards,
Dr. Majid bin Hasan al Ghesheyan
[*Handwritten Signature*]
Head of Islamic Affairs Division

[**Handwriting**]:
*Very Urgent*
*Office*
*CC.: Islamic Affairs (Brother Ismael, for follow-up)*
*Al Salloum*
*05/12 AH*

F/Bostany

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York.~~



PUBLIC FILING

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037

الرقم : ١٩٢
التاريخ : ٤/١٢/١٤٢١هـ
الموافق : ٢٦/٢/٢٠٠١م
المرفقات : شيك

سعادة السفير / محمد بن عبد الرحمن السلوم حفظه الله

القنصل العام في لوس انجلوس

السلام عليكم ورحمة الله وبركاته ، وبعد :-

إشارة الى مذكرتكم رقم ٥٠٩/٩٧/٢٣/٧٢٦ وتاريخ ١١/١١/١٤٢١هـ والخاصة بالأمور المالية لمسجد الملك فهد في لوس أنجلوس وما جاء فيها من أن رواتب الموظفين في المسجد لم تدفع منذ فترة طويلة ، تجدون برفقه الشيك رقم ٢٢٥٦ وتاريخ ٢٦/٢/٢٠٠١م بمبلغ ثلاثين ألف دولار لتسديد رواتب الموظفين المتأخرة حسبما ترون وإفادتنا عن ذلك

وتقبلوا أطيب تحياتي ،،،

د/ماجد بن حسن القشيان

رئيس الشئون الاسلامية

ف/بستاني

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000007325

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210226_EY3

**Language**: Arabic

**Document title**: KSA0000007325

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 4, 2021 14:50 CST)

**Date**: Mar 4, 2021