# Exhibit 680

# N

# KSA 7349

04/17/01 10:38 2029443182 IFTA OFFICE 002

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Da'wah Office in America
Washington, D.C.

[*Emblem of Saudi Arabia*]

P.O. Box U McLean, VA 22101, USA Tel. (202) 342-3700 Fax: (202) 944-3192
Email: ifta@rasa.org www.al-islam.com

---

His Eminence Ministry's Undersecretary for Mosques, Da'wah, and Guidance Affairs, may Allah bless him

May the peace, mercy, and blessings of Allah be upon you.

I wish you the best of success.

I would like to report that Sheikh Mohammed bin Soliman bin Abdullah al Muhanna has commenced work at the King Fahad Mosque in Los Angeles on Tuesday 01/09/1422 AH (04/03/2001 AD). Please note that he is accompanied by his wife and children. I hope that you would direct the officers concerned to complete the required action.

May Allah bless you. May the peace, mercy, and blessings of Allah be upon you.

Director of the Da'wah Office in America
[*Signature*]
Khaled bin Ibrahim al Sowailem

*Brother Farij*
*[Illegible] with the embassy*
*01/23/1422 AH (04/17/2001 AD)*

No. 17 Date: 01/12/1422 AH (04/06/2001 AD) Attachments: None

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~, ~~United States District Court for the Southern District of New York~~.

KSA0000007349

Kingdom of Saudi Arabia
IFTAR Office
Washington, D. C.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

P.O. Box U McLean, VA 22101, USA • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@rcaa.org • www.al-islam.com

فضيلة وكيل الوزارة لشئون المساجد والدعوة والإرشاد وفقه الله

السلام عليكم ورحمة الله وبركاته .. أما بعد :

فأسأل الله لكم العون ودوام التوفيق .

وأود الإفادة أن الشيخ محمد بن سليمان بن عبد الله المهنا قد باشر العمل في مسجد خادم الحرمين الشريفين بمدينة لوس أنجلس يوم الثلاثاء ١٤٢٢/١/٩هـ علما أنه ترافقه زوجته وأبنائه آمل توجيه المختصين حيال إكمال اللازم .

وفقكم الله وأعانكم والسلام عليكم ورحمة الله وبركاته ،،،

مدير مكتب الدعوة في امريكا

(signature)

خالد بن إبراهيم السويلم

(handwritten annotation:) [illegible] ١٤٢٢/١/٢٧

الرقم: ١٧ التاريخ: ١٤٢٢/١/١٣ المشفوعات: [illegible]

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

KSA0000007349

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240104WSW**

**Language**: Arabic > English

**Document title**: KSA 7349

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli* **Date**: 01/11/2024