# Exhibit 680

# O

# KSA 7492

In the name of Allah, the Most Gracious,
the Most Merciful

Royal Consulate General
of Saudi Arabia
Los Angeles

[*Emblem of Saudi Arabia*]

Consulate General of the
Kingdom of Saudi Arabia

Los Angeles

STATEMENT OF THE NAMES AND SALARIES OF THE OFFICIAL EMPLOYEES AT THE CONSULATE GENERAL IN LOS ANGELES

| No. | Contractor Name | Job Title | Salary in USD | Half-Salary in USD | Signature |
|---|---|---|---|---|---|
| 1 | Mohamed Abdel Rahman al Salloum | Ambassador | 4,866.67 | 2,433.33 | |
| 2 | Sami Abdullah Al Ibrahim | Minister Plenipotentiary / 1 | 3,645.32 | 1,822.66 | |
| 3 | Abdullah Saleh Awwad | Counselor | 3,137.32 | 1,568.66 | |
| 4 | Sami Adel Kurdi | First Secretary/B | 2,784.00 | 1,392.00 | |
| 5 | Sami Mohamed Al Sadhan | First Secretary/B | 2,037.32 | 1,018.66 | |
| 6 | Mohamed Saad Al Maliki | Typist | 1,856.00 | 928.00 | |
| 7 | Saad Hamad Al Jabrin | Third Secretary | 1,424.00 | 712.00 | |
| 8 | Naser Awad Al Ghanum | Third Secretary | 1,424.00 | 712.00 | |
| 9 | Salah Abdullah Al Hatlani | Employees' Affairs Auditor | 1,385.32 | 692.66 | |
| 10 | Amr Abdel Aziz Al Mubarak | Chief of Administrative Affairs Division | 1,753.32 | 876.66 | |
| 11 | Youssef Musaad Al Samiri | Typist | 1,117.32 | 558.66 | |

STATEMENT OF THE NAMES AND SALARIES OF THE OFFICIAL EMPLOYEES AT THE CONSULATE GENERAL IN LOS ANGELES

| No. | Contractor Name | Job Title | Salary in USD | Half-Salary in USD | Signature |
|---|---|---|---|---|---|
| 1 | Hasan Mohamed Al Shawwaf | Ambassador | 4,866.67 | 2,433.33 | |
| 2 | Faisal Abdulaziz Al Sudairy | Counselor | 3,565.00 | 1,782.00 | |

Total half-salaries of all official employees 16,930.62

[**SEAL**: *Royal Consulate General of Saudi Arabia in Los Angeles*]

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~, ~~United States District Court for the Southern District of New York~~.

KSA0000007492

بسم الله الرحمن الرحيم

Royal Consulate General
of Saudi Arabia
Los Angeles

القنصلية العامة للمملكة العربية السعودية
لوس انجلس

## بيان بأسماء ورواتب الموظفين الرسميين بالقنصلية العامة في لوس أنجلوس

| العدد | اسم المتعاقـــــــد | مسمى الوظيفة | الراتب بالدولار | نصف الراتب بالدولار | التوقيع |
|---|---|---|---|---|---|
| ١ | محمد عبد الرحمن السلوم | سفير | ٤٨٦٦,٦٧ | ٢٤٣٣,٣٣ | |
| ٢ | سامي عبد الله الابراهيم | وزير مفوض/١ | ٣٦٤٥,٣٢ | ١٨٢٢,٦٦ | |
| ٣ | عبد الله صالح عواد | مستشار | ٣١٣٧,٣٢ | ١٥٦٨,٦٦ | |
| ٤ | سامي عادل كردي | سكرتير أول /ب | ٢٧٨٤,٠٠ | ١٣٩٢,٠٠ | |
| ٥ | سامي محمد المنحان | سكرتير أول /ب | ٢٠٣٧,٣٢ | ١٠١٨,٦٦ | |
| ٦ | محمد سعد المالكي | ناسخ آلة | ١٨٥٦,٠٠ | ٩٢٨,٠٠ | |
| ٧ | سعد حمد الجبرين | سكرتير ثالث | ١٤٢٤,٠٠ | ٧١٢,٠٠ | |
| ٨ | ناصر عوض آل ثقفم | سكرتير ثالث | ١٤٢٤,٠٠ | ٧١٢,٠٠ | |
| ٩ | صلاح عبد الله الهطلاني | مدقق شئون موظفين | ١٣٨٥,٣٢ | ٦٩٢,٦٦ | |
| ١٠ | عمر عبدالعزيز المبارك | رئيس قسم شئون إدارية | ١٧٥٣,٣٢ | ٨٧٦,٦٦ | |
| ١١ | يوسف مسعد المسيري | ناسخ آلة | ١١١٧,٣٢ | ٥٥٨,٦٦ | |

## بيان بأسماء ورواتب الموظفين الرسميين بالقنصلية العامة في لوس أنجلوس

| العدد | اسم المتعاقـــــــد | مسمى الوظيفة | الراتب بالدولار | نصف الراتب بالدولار | التوقيع |
|---|---|---|---|---|---|
| ١ | حسان محمد الشواف | سفير | ٤٨٦٦,٦٧ | ٢٤٣٣,٣٣ | |
| ٢ | فيصل عبد العزيز السديري | مستشار | ٣٥٦٤,٠٠ | ١٧٨٢,٠٠ | |

اجمالي نصف رواتب لجميع الموظفين الرسميين ١٦٩٣٠,٦٢

ROYAL CONSULATE GENERAL OF SAUDI ARABIA

PUBLIC FILING

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

Aaita Arabic Consultants

Interpreting / Translation. All Dialects of Arabic
*Authorized by Federal Courts & NJ Administrative Office of the Courts*
Marwan Abdel-Rahman

To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC.
My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**KSA 7492**

[Statement of names and salaries]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Date**: January 16, 2024

MARWAN ABDEL-RAHMAN
2823 J.F.K. BLVD.
JERSEY CITY, NJ 07306

218 Eagles Creek CT, Easton, PA 18042
Cell: (201) 920-7475 Fax (610) 438-0611 Marwan711@aol.com