# Exhibit 680

# P

# KSA 7497-7511

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
Royal Embassy of Saudi Arabia
Washington, D.C. 20037

| Name | Half Salary |
|---|---|
| Khaled bin Ibrahim al Sowailem | 1,733 |
| Abdel Majid bin Mohamed Al Amri | 1,418 |
| Abdullah bin Mohamed Arafa | 1,116 |
| Mohamed bin Abdel Latif Al Shadid | 1,192 |
| Mutaeb Abdelaziz al Sudairy | 1,000 |
| Adel bin Mohamed al Sadhan | 1,000 |
| Soliman bin Batel Al Batli | 1,000 |
| Fahad bin Ibrahim al Thumairy | 1,005 |
| Salem bin Mohamed Al Tamimi | 1,000 |
| Salah bin Abdullah Al Rachud | 1,000 |
| Abdel Rahman bin Abdel Latif Al Rachud | 1,000 |
| Saud bin Salem Al Suweina | 1,000 |
| Nasser bin Fahd Al Muqbil | 1,000 |
| Hammoud bin Mohamed Al Anzi | 700 |
| Saleh bin Mohamed Al Muqbil | 1,100 |
| Abu Al Kasim Othman Ramadan | 890 |

~~CONFIDENTIAL~~.
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000007497

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
Royal Embassy of Saudi Arabia
Washington, D.C. 20037

| Name | Half Salary |
|---|---|
| Ibrahim Hussein Malibari | 792 |
| Mohamed Manaf Mohamed | 700 |
| Salusinah Abdel Wahab | 690 |
| Nizam Raouf Zaman | 700 |
| Bak Bati | 940 |
| Egaz Mukhtar | 890 |
| Omar Abdou Mohamed | 750 |
| Zakariyah Soliman Noureldeen | 560 |
| Othman Mohamed Al Mell | 825 |
| Mansi Sadiki | 850 |
| Saeed Abu Bakr Zakariya | 653 |
| Abdel Moneim Al Hilali | 890 |
| Faisal Shoudri | 700 |
| Mohamed Taher | 700 |
| Jamil Ahmed Nazir | 700 |
| Emam Al Tayyeb Mohamed | 803 |
| Radwan Arimu Youssef | 664 |

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000007498

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
Royal Embassy of Saudi Arabia
Washington, D.C. 20037

| Name | Half Salary |
|---|---|
| Mohamed Moussa | 1,300 |
| Saleh Abdel Raouf | 700 |
| Omar Al Khattab | 800 |
| Ibrahim Shayth | 800 |
| Sarah Ibrahim Hourani | 650 |
| Mazmal Sadiki | 1,350 |
| Ali Soliman Ali | 850 |
| Najwin Fan Sing | 800 |
| Salem Morgan | 800 |
| Mohamed Ali Abdel Fadil | 800 |
| Jamal Mohamed Abdel Latif | 800 |
| Adib Fadil Rachid | 800 |
| Tajuddin bin Shuaib | 988 |
| Massoud Ahmed Laria | 700 |
| Abdel Rahman Ibrahim Ahmed | 1,031 |
| Mounir Yassin Al Fara | 700 |

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
Royal Embassy of Saudi Arabia
Washington, D.C. 20037

| Name | Half Salary |
|---|---|
| Abdel Rahman Sheikh Omar | 800 |
| Moussa Al Tijani | 800 |
| Sharif Al Battikhi | 800 |
| Ahmed Farei Al Shaybani | 800 |
| Kulshir Shoukri Joma | 800 |
| Jamil Mahmoud | 800 |
| Walid Mansi | 800 |
| Mukhtar Dawoud Youssef | 800 |

Total Half Salaries: $50,230.00 USD
Total Salaries: $100,460.00 USD

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~, ~~United States District Court for the Southern District of New York~~.

KSA0000007500

[*Truncated*] RESA ISLAMIC AFFAIRS 001

In the name of Allah, the Gracious, the Merciful

[*Emblem of Saudi Arabia*]

Royal Embassy of Saudi Arabia
Washington, D.C.

09/08/2000 AD

Brother Abdel Aziz Al Othman
President of the Financial Affairs Division
May the peace, mercy, and blessings of Allah be upon you.

Please find enclosed herewith a statement of the names of Saudi and contracting employees in the Islamic Affairs Division. Thank you for your cooperation.

Kindest regards,
Dr. Majid bin Hasan al Ghesheyan
[*Signature*]
President of Islamic Affairs Division
09/08/2000 AD

~~CONFIDENTIAL~~.
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~, ~~United States District Court for the Southern District of New York~~.

KSA0000007502

[*Truncated*] RESA ISLAMIC AFFAIRS 002

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
Royal Embassy of Saudi Arabia
Washington, D.C.

STATEMENT OF THE NAMES OF SAUDI AND CONTRACTING EMPLOYEES
IN THE ISLAMIC AFFAIRS DIVISION

STATEMENT OF THE NON-SAUDI EMPLOYEES IN THE DIVISION OF ISLAMIC AFFAIRS

| | | |
|---|---|---|
| 1 | Dr. Majid al Ghesheyan | $2,200.00 USD |
| 2 | Abdel Aziz Al Saleh | $1,800.00 USD |
| 3 | Musaed al Jarrah | $1,600.00 USD |
| 4 | Abdel Aziz Al Sultan | $1,500.00 USD |
| 5 | Mohamed Qassous | $800.00 USD |
| 6 | Tarik Omar | $800.00 USD |
| 7 | Hasan Abdel Ali | $1,000.00 USD |
| 8 | Ahmed Abdel Ali | $1,000.00 USD |
| 9 | Omar Saleh | $800.00 USD |

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03-MDL-1570~~, ~~United States District Court for the Southern District of New York~~.

KSA0000007504

| | | | | |
|---|---|---|---|---|
| 12327 | 6/15/01 | 700 | SAUD S. AL-SUWENAE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12328 | 6/15/01 | 700 | NASSER F. ALMOGBEL<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12329 | 6/15/01 | 700 | HAMOOD M. AL-ENEZY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 700.00 |
| 12330 | 6/15/01 | 700 | SALEH AL-MUGBEL<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,100.00 |
| 12331 | 6/15/01 | 700 | TARIK ABUL-QASIM<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,800.00 |
| 12332 | 6/15/01 | 700 | MUKHTAR D. YOSOF<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| | | | Total Amount | 234,313.10 |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

6/15/01
8:54 am

Pre-Check Report

Page 1

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8489162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12141 | 6/15/01 | 700 | HRH PRINCE MOHAMMED BIN FAISAL BIN TURKI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 2,433.34 |
| 12142 | 6/15/01 | 700 | AHMED KATTAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 2,260.00 |
| 12143 | 6/15/01 | 700 | ZAIN M ALZAHERY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 2,094.67 |
| 12144 | 6/15/01 | 700 | ALI MOHAMMED AL-OMARI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,940.00 |
| 12145 | 6/15/01 | 700 | RIHAB MASOUD<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,768.00 |
| 12146 | 6/15/01 | 700 | ABDULAZIZ A. AL-OTHMAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,782.00 |
| 12147 | 6/15/01 | 700 | HESHAM M. AL-SOWILEM<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,338.67 |
| 12148 | 6/15/01 | 700 | ABDULMOHSEN A. AL-SHEDDI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,298.67 |
| 12149 | 6/15/01 | 700 | EMAD A. MADANI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,438.67 |
| 12150 | 6/15/01 | 700 | ADEL A. ALJUBEIR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,389.34 |
| 12151 | 6/15/01 | 700 | HAMZA EDREES<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,345.34 |
| 12152 | 6/15/01 | 700 | NAIL A. AL-JUBEIR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 828.67 |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

6/15/01 Pre-Check Report Page 2
8:54 am

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8489162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12153 | 6/15/01 | 700 | KHALEEL Y. AFFAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,118.00 |
| 12154 | 6/15/01 | 700 | YOUSEF A. SHAZLE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,200.67 |
| 12155 | 6/15/01 | 700 | ESAM A. ABID<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,728.67 |
| 12156 | 6/15/01 | 700 | TALAL ABDUL-GALIL BARRI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,592.00 |
| 12157 | 6/15/01 | 700 | NAIF D. AL-ABOUD<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,440.00 |

PUBLIC FILING

| | | | | |
|---|---|---|---|---|
| 12159 | 6/15/01 | 700 | FAHAD H. AL-GHAIR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 932.00 |
| 12160 | 6/15/01 | 700 | SAUD H. AL-HAMDAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 787.34 |
| 12161 | 6/15/01 | 700 | MAHMOUD QATTAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,345.34 |
| 12162 | 6/15/01 | 700 | SAUD H. AL-ZAID<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,200.67 |
| 12163 | 6/15/01 | 700 | FAISAL K. BOSTANI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 815.34 |
| 12164 | 6/15/01 | 700 | AZZAM AL-GAIN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,159.34 |

6/15/01
8:54 am

Pre-Check Report

Page 3

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8489162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12165 | 6/15/01 | 700 | SAAD S. AL-SALEH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 828.67 |
| 12166 | 6/15/01 | 700 | MUSAED AL-MARWANI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,116.00 |
| 12167 | 6/15/01 | 700 | ABDULLAH M. AL-RASHIDAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,112.00 |
| 12168 | 6/15/01 | 700 | KHALED M. BADAWI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 870.00 |
| 12169 | 6/15/01 | 700 | MOHAMMED I. AL-ZAMIL<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,072.00 |

PUBLIC FILING

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

| | | | | |
|---|---|---|---|---|
| 12171 | 6/15/01 | 700 | SALEM H. AL-HARI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 784.67 |
| 12172 | 6/15/01 | 700 | KHALID AL-MOTAIRY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 532.00 |
| 12173 | 6/15/01 | 700 | HAMAD M. AL-JEBREEN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 712.00 |
| 12174 | 6/15/01 | 700 | ABDULLAH F. AL-KAHTANI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,465.34 |
| 12175 | 6/15/01 | 700 | NAYEF M. AL-MOTIRI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 638.67 |
| 12176 | 6/15/01 | 700 | TAHA M.A. BAKHSH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,561.34 |

6/15/01 Pre-Check Report Page 4
8:54 am

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8409162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12177 | 6/15/01 | 700 | DR. MAJED N.M. AL GHESHEYAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 2,200.00 |
| 12178 | 6/15/01 | 700 | ABDULAZIZ AL-SALEH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,800.00 |
| 12179 | 6/15/01 | 700 | MOSAED AL-JARRAH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,600.00 |
| 12180 | 6/15/01 | 700 | ABDULAZIZ M. AL-SULTAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,500.00 |
| 12181 | 6/15/01 | 700 | KHALED I. AL-SOWEILEM<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,733.00 |

PUBLIC FILING

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000007510

| | | | | |
|---|---|---|---|---|
| 12183 | 6/15/01 | 700 | ABDULMAJID M. AL-OMARI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,418.00 |
| 12184 | 6/15/01 | 700 | MUTEB A. AL-SUDAIRI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12185 | 6/15/01 | 700 | ABDULLAH ARAFA<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,116.00 |
| 12186 | 6/15/01 | 700 | ADEL M. AL-SADHAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12187 | 6/15/01 | 700 | SULAIMAN AL-BATLI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12188 | 6/15/01 | 700 | FAHAD AL-THUMAIRY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,005.00 |

6/15/01
8:54 am

Pre-Check Report

Page 5

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 0489162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12189 | 6/15/01 | 700 | ABDULRAHMAN AL-NOUH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,500.00 |
| 12190 | 6/15/01 | 700 | ABDULAZIZ NAZIR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,731.00 |
| 12191 | 6/15/01 | 700 | NABIL ALBAKRI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,290.50 |
| 12192 | 6/15/01 | 700 | HEDIA B. MALIK<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,004.50 |
| 12193 | 6/15/01 | 700 | MONA G. GABR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 778.50 |

PUBLIC FILING

KSA0000007511

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037

| الاســـــــــم | نصف الــــــرواتب |
|---|---|
| خالد بن إبراهيم السويلم | ١٧٣٣ |
| عبد المجيد بن محمد العمري | ١٤١٨ |
| عبد الله بن محمد عرفه | ١١١٦ |
| محمد بن عبد اللطيف الشديد | ١١٩٢ |
| متعب عبد العزيز السديري | ١٠٠٠ |
| عادل بن محمد السدحان | ١٠٠٠ |
| سليمان بن باتل البا تلي | ١٠٠٠ |
| فهد بن إبراهيم الثميري | ١٠٠٥ |
| سالم بن محمد التميمي | ١٠٠٠ |
| صلاح بن عبد الله الرشود | ١٠٠٠ |
| عبد الرحمن بن عبد اللطيف الرشود | ١٠٠٠ |
| سعود بن سالم الصوينع | ١٠٠٠ |
| ناصر بن فهد المقبل | ١٠٠٠ |
| حمود بن محمد العنزي | ٧٠٠ |
| صالح بن محمد المقبل | ١١٠٠ |
| أبو القاسم عثمان رمضان | ٨٩٠ |

PUBLIC FILING

~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية في واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037

| الاســـــــــــــــــم | نصف الـــــــــــــراتب |
|---|---|
| إبراهيم حسين مليباري | ٧٩٢ |
| محمد مناف محمد | ٧٠٠ |
| سالوسيناه عبد الوهاب | ٦٩٠ |
| نظام رووف زمان | ٧٠٠ |
| باك باتي | ٩٤٠ |
| إعجاز مختار | ٨٩٠ |
| عمر عبده محمد | ٧٥٠ |
| زكريا سليمان نور الدين | ٥٦٠ |
| عثمان محمد الملي | ٨٢٥ |
| منسي صديقي | ٨٥٠ |
| سعيد أبو بكر زكريا | ٦٥٣ |
| عبد المنعم الهلالي | ٨٩٠ |
| فيصل شودري | ٧٠٠ |
| محمد طاهر | ٧٠٠ |
| جميل أحمد نذير | ٧٠٠ |
| إمام الطيب محمد | ٨٠٣ |
| رضوان أريمو يوسف | ٦٦٤ |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية في واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON D.C. 20037

| ـــــــم | نصف الـــــــــراتب |
|---|---|
| محمد موسى | ١٣٠٠ |
| صالح عبد الرووف | ٧٠٠ |
| عمر الخطاب | ٨٠٠ |
| إبراهيم شيث | ٨٠٠ |
| ساره إبراهيم حوراني | ٦٥٠ |
| مزمل صديقي | ١٣٥٠ |
| علي سليمان علي | ٨٥٠ |
| نجوين فان سنج | ٨٠٠ |
| سالم مورغن | ٨٠٠ |
| محمد علي عبد الفضيل | ٨٠٠ |
| جمال محمد عبد اللطيف | ٨٠٠ |
| أديب فاضل رشيد | ٨٠٠ |
| تاج الد ين بن شعيب | ٩٨٨ |
| مسعود أحمد لاريا | ٧٠٠ |
| عبدالرحمن إبراهيم أحمد | ١٠٣١ |
| منير ياسين الفرا | ٧٠٠ |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037

| الاسم | نصف الراتب |
| --- | --- |
| عبد الرحمن شيخ عمر ✓ | ٨٠٠ |
| موسى التيجاني ✓ | ٨٠٠ |
| شريف البطيخي ✓ | ٨٠٠ |
| أحمد فارع الشيباني ✓ | ٨٠٠ |
| قولشير شكري جمعه ✓ | ٨٠٠ |
| جميل محمود ✓ | ٨٠٠ |
| وليد منسي ✓ | ٨٠٠ |
| مختار داود يوسف | ٨٠٠ |

مجموع نصف الراتب ٥٠,٢٤٠,٠٠ دولار

مجموع الراتب ١٠٠,٤٦٠,٠٠ دولار

PUBLIC FILING

~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~




PUBLIC FILING


SNAPFILE®
ملف الصحافة
بمناسبة زيارة
الأمير/عبد الله
سبتمبر ١٩٩٨م
١١
7 LE
Made in Germany

بسم الله الرحمن الرحيم

وأشنطن

١٨/٩/٢٠٠٠

المكرم الأخ عبدالعزيز العمار المحترم

رئيس قسم الشؤون الدينية

السلام عليكم ورحمة الله وبركاته وبعد :

تجدون برفقه قائمة بأسماء المتطوعين السعوديين

حالياً لديه في قسم الشؤون الإسلامية .

شاكراً تعاونكم ، مع أطيب تحياتي

د/ ماجد محمد الشبيان

١٨/٩/٢٠٠٠

رئيس الشؤون الإسلامية



~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000007502






~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.






~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية بواشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037

قائمة بأسماء الموظفين السعوديين والمتعاقدين
**بقسم الشئون الإسلامية**

| | | |
|---|---|---|
| ١- | د./ ماجد القشيان | ٢٢٠٠ دولار |
| ٢- | عبدالعزيز الصالح | ١٨٠٠ " |
| ٣- | مساعد الجراح | ١٦٠٠ " |
| ٤- | عبدالعزيز السلطان | ١٥٠٠ " |
| ٥- | محمد قسوس | ٨٠٠ " |
| ٦- | طارق عمر | ٨٠٠ " |
| ٧- | حسان عبدالعلي | ١٠٠٠ " |
| ٨- | أحمد عبدالعلي | ١٠٠٠ " |
| ٩- | عمر صالح | ٨٠٠ " |



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.


SNAPFILE ®
File of Bonuses
On the Occasion of the Visit of
Prince/Abdullah
September 1998 A.D.
"1"
[Translation]
Made in Germany




PUBLIC FILING



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240104WSW**

**Language**: Arabic > English

**Document title**: KSA 7497-7500, 7502, 7504

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Te

**Signed**: *Farah Alshekhli* **Date**: 01/04/2024