# Exhibit 680

# Q

# KSA 7597

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Da'wah, and Guidance

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. 3/4/293/1525
Date: 12/08/1419 AH
(December 02, 1998 AD)
Attachments: 1

**VERY URGENT**

His Eminence Director of the Da'wah Office in America, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.
I ask Allah to help and assist you.

This is with reference to your letter No. 354, dated 21/07/1419 AH (November 11, 1998 AD), and letter No. 375, dated 29/07/1419 AH (November 19, 1998 AD), containing a request to delegate imams to lead the worshippers in some mosques and Islamic centers during the holy month of Ramadan of this year 1419 AH (December 20, 1998 – January 19, 1999).

Please note that the brothers whose names are mentioned in the statement enclosed herewith have been nominated for the aforementioned mission. You will be notified about the date of their arrival after confirmation of their departure flight reservations, Allah willing.

Also, please be notified that the Agency has received two other requests: the first from Dr. Said al Zahrany, Director of the Cultural Affairs Division at the Saudi Club in Boston including as an attachment a request from the Islamic Center in New England, and the second from the Islamic Center in Little Rock, Arkansas. Kindly provide me with the arrival itinerary to these two centers in an urgent phone message.

May Allah reward and compensate all.
May the peace, mercy, and blessings of Allah be upon you.

Al Faleh [*Handwritten Signature*]
12/08/1419 AH (December 02, 1998 AD)

Assistant Undersecretary for Islamic Affairs
12/08/1419 AH (December 02, 1998 AD)
[*Handwritten Signature*]
Tawfiq bin Abdelaziz al Sudairy

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~



PUBLIC FILING

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

١٥٢٥

الرقم: ٢/ع/٢٥٩٢
التاريخ: ٢٩/٨/١٤١٩هـ
المشفوعات: ١

عاجل جداً

فضيلة مدير مكتب الدعوة في أمريكا حفظه الله

السلام عليكم ورحمة الله وبركاته .. أما بعد:

فأسأل الله لكم العون والتوفيق .

وأشير إلى خطابيكم ذي الرقم ٢٥٤ المؤرخ في ٢١/٧/١٤١٩هـ وذي الرقم ٣٧٥ المؤرخ في ٢٩/٧/١٤١٩هـ المتضمنين طلب إيفاد من يؤم المصلين في عدد من المساجد والمراكز الإسلامية في شهر رمضان المبارك من هذا العام ١٤١٩هـ .

أفيدكم أنه قد تم ترشيح الأخوة الموضحة أسماؤهم في البيان المرافق لأداء المهمة المشار إليها وسيتم إشعاركم بموعد قدومهم بعد تأكيد حجز الرحلات التي سيغادرون عليها إن شاء الله .

كما أفيدكم أن الوكالة تلقت طلبين آخرين ، أحدهما من سعيد الزهراني مدير الشؤون الثقافية في النادي السعودي في بوسطن ، ومشفوعه طلب المركز الإسلامي في نيوإنجلاند والثاني من المركز الإسلامي في لتل روك بأركنساس ، وآمل تزويدي بخط سير الوصول إلى هذين المركزين وبعث ذلك في رسالة هاتفية عاجلة

سائلين الله للجميع الأجر والمثوبة .

والسلام عليكم ورحمة الله وبركاته ،،،

الوكيل المساعد للشؤون الإسلامية

٨/١٤

توفيق بن عبدالعزيز السديري

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

KSA0000007597

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000007597

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 18, 2021 15:53 CDT)

**Date**: Mar 18, 2021