# Exhibit 680

# R

# KSA 7711

04/[19]/01 13:38 2029443192 IFTA OFFICE 001

In the Name of God, Most Gracious, Most Merciful

Kingdom of Saud Arabia
The Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
Da'wah Office of America

Royal Embassy of Saudi Arabia IFTA Office PO Box U McLean, VA 22101, USA Tel: (202) 342-3700 Fax: (9202) 944-3192

---

His Excellency the Consul General in Los Angeles May God bring him success

May God's peace, mercy, and blessings be upon you

I ask God to bestow upon you His assistance and give you continued success

I refer to the letter of His Excellency the Minister of Islamic Affairs, Endowments, Da'wah, and Guidance No. 140/1/8 dated 13/01/1422H [corresponding to 04/07/2001G] addressed to his Royal Highness the Ambassador of the Custodian of the Two Holy Shrines in Washington D.C., copy attached, concerning the nomination of Sheikh Mohamad bin Suleiman al Muhanna to work among the Ministry's propagators in the United States, and in particular at the Mosque of the Custodian of the Two Holy Shrines in Los Angeles, in parallel with the extension of Sheikh Fahad bin Ibrahim al Thumairy for two years.

I kindly ask Your Excellency to issue your instructions for facilitating the mission of Sheikh Mohamad al Muhanna and provide diplomatic cards for him and his family. Thanking you in advance for your kind response and cooperation.

May God provide success to all in what pleases Him.

May God's peace, mercy, and blessings be upon you.

*Handwritten*:

*Brother [illegible]*

*For necessary action*
25/01/1422H = 04/19/2001G

Head of the Da'wah Office of America

(signed)

Khaled bin Ibrahim al Sowailem

*No. 22/S/25 Date:24/01/1422H, [corresponding to 04/18/2001G Attachments: 1*

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 United States District Court for the Southern District of New York.~~

KSA0000007711

بسم الله الرحمن الرحيم

Kingdom of Saudi Arabia
IFTA Office
Washington D.C.

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

P.O. Box U McLean, VA 22101, USA • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org • www.al-islam.com

معادة القنصل العام في لوس أنجلس وفقه الله

السلام عليكم ورحمة الله وبركاته ........ أما بعد :

فأسأل الله لكم العون ودوام التوفيق .

وأشير إلى كتاب معالي وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد ذي الرقم ١٤٠/١/٨ المؤرخ في ١٤٢٢/١/١٣هـ الموجه لصاحب السمو الملكي سفير خادم الحرمين الشريفين في واشنطن المرافق صورة منه بشأن ترشيح الشيخ محمد بن سليمان المهنا للعمل ضمن دعاة الوزارة في أمريكا وتحديداً في مسجد خادم الحرمين الشريفين في لوس أنجلس إلى جانب تمديد إيفاد الشيخ الشيخ فهد بن إبراهيم الثميري لمدة سنتين .

آمل من معادتكم توجيه المختصين حيال تسهيل مهمة الشيخ محمد المهنا وتأمين البطاقات الدبلوماسية له ولعائلته ، شاكراً كريم تجاوبكم وحسن تعاونكم سلفاً .

وفق الله الجميع لما يحبه ويرضاه .

والسلام عليكم ورحمة الله وبركاته ...

مدير مكتب الدعوة في أمريكا

خالد بن ابراهيم السويلم

٢٥/٨/١٤٢٢

الرقم: ٢٥/س/٢٩ التاريخ: ٢٤/١/١٤٢٢ المشفوعات: ١

PUBLIC FILING

KSA0000007711

~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210114_C6D

**Language**: Arabic

**Document title**: KSA0000007711

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 22, 2021 14:00 CST)

**Date**: Jan 22, 2021