# Exhibit 680

# S

# KSA 7807-08

In the Name of God, Most Gracious, Most Merciful **(1)**

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Da'wah, and Guidance
Undersecretary for Islamic Affairs

No.:
Date:
Attachments:
Subject:

| # | Name | Country | City | Entity |
|---|---|---|---|---|
| 1 | Abdel Hamid bin Mohamad al Erfej | America | Detroit | Al Falah Mosque |
| 2 | Mansour bin Abdul Aziz al Samary | America | Minneapolis | Da'wah Islamic Center |
| 3 | Rashed bin Othman al Zahran | America | Morven Town | Islamic Center in Morven Town |
| 4 | Badr bin Suleiman al Amer | America | Mankato | Dar Abi Bakr Islamic Center |
| 5 | Abdul Latif bin Saleh al Amer | America | Columbus | Omar Ibn al Khattab Mosque |
| 6 | Mohamad bin Ahmad al Osseimy | America | Jonesboro | Jonesboro Islamic Center |
| 7 | Ahmad al Yehia | America | Virginia | The Islamic Center in Norfolk |
| 8 | Ziad bin Abdul Karim al Meshaiqeh | America | Tennessee | Prayer Hall of Sunni Students |
| 9 | Majed bin Mohamad Mersal | America | San Diego | Al Madinah Mosque |
| 10 | Ali bin Suleiman al Abadany | Australia | Sydney | Islamic Cultural Center |
| 11 | Ali bin Abdullah al Ajlan | Australia | Tasmania | Tasmania Society |
| 12 | Abdullah bin Ali al Amery | Australia | Newcastle | Newcastle Society |
| 13 | Saleh bin Ibrahim al Dosayman | Australia | Victoria | Islamic Society |
| 14 | Mohsen bin Mohamad Ateya | Sweden | Stockholm | Islamic Da'wah Center |
| 15 | Khaled al Esseiry | Cameroon | Yaoundé | Yaoundé Mosque |
| 16 | Ali bin Saad al Osseimy | Germany | Heidelberg | Islamic Mosque |
| 17 | Khaled bin Horeid al Anzy | Germany | Berne | King Fahad Academy |
| 18 | Saud bin Ali al Ghamedi | Germany | Leipzig | Islamic Center in Leipzig |
| 19 | Abdul Rahman bin Mohamad Jabery | Germany | Altdorf | Islamic Union in Altdorf |
| 20 | Aziz bin Farhan al Anzy | Germany | Kiel | Muslims' Society |
| 21 | Mohamad bin Saad al Moqren | Germany | Frankfurt | Islamic Center |
| 22 | Abdulla bin Saleh al Mansour | Germany | Aachen | Islamic Center |
| 23 | Torky bin Abdul Aziz al Oqeil | Hungary | Budapest | Islamic Society |
| 24 | Abdul Aziz bin Marzouq al Toreiqy | India | Delhi | Embassy District Mosque |
| 25 | Hassan bin Ali al Faqih | Britain | London | Balham Mosque, London |

*[Stamp: Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance]*

~~Confidential:~~
~~This document is subject to Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

In the Name of God, Most Gracious, Most Merciful **(2)**

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Da'wah, and Guidance
Undersecretary for Islamic Affairs

No.:
Date:
Attachments:
Subject:

| # | Name | Country | City | Entity |
|---|---|---|---|---|
| 26 | Mohamad bin Suleiman al Muhanna | Britain | Birmingham | Ahl al Hadith Society |
| 27 | Mahmoud bin Ahmad al Dorsery | Britain | Bradford | Bradford Mosque |
| 28 | Abdulla bin Ahmad al Qahtani | Britain | [illegible] | Islamic Center |
| 29 | Ali bin Abdullah al Shahrany | Britain | Leicester | Dar al Re'aya al Islamiyah |
| 30 | Saleh bin Suleiman al Khalifa | Britain | London | Quran Learning Center |
| 31 | Ahmad bin Shanan al Omary | Britain | London | Islamic World League Center |
| 32 | Nasser al Moqbel | Gibraltar | Gibraltar | Islamic Center |
| 33 | Mohamad bin Abdul Rahman al Noman | Taiwan | Taipei | Taipei Mosque |
| 34 | Abdullah bin Mohamad al Omayjan | Djibouti | Tadjourah | Mosque of King Abdul Aziz Center |
| 35 | Saud bin Saad al Rashoud | Djibouti | Djibouti | Prince Abdul Aziz bin Fahad Mosque |
| 36 | Mohamad bin Abdul Karim al Muhanna | Singapore | Singapore | Muhammadiyah Association |
| 37 | Khaled bin Abdulla al Moshawah | France | Lyon | Mosque of the City of Lyon |
| 38 | Debbas bin Mohamad al Debbas | France | Ecquevilly | Anas Ibn Malek Mosque |
| 39 | Faez bin Suleiman al Hamady | France | Strasbourg | Mosque of the City of Strasbourg |
| 40 | Awad bin Sabty al Enzy | France | Paris | Al Fatah Mosque |
| 41 | Salen bin Mohamad al Saykhan | France | Mante-la-Jolie | Mosque of the Custodian of the Two Holy Mosques |
| 42 | Ahmad bin Abdul Rahman al Othman | Finland | Helsinki | Al Huda Mosque and Islamic Center |
| 43 | Yasser bin Ibrahim al Salamah | Canada | Vancouver | Islamic Da'wah Center |
| 44 | Abdullah bin Hamoud al Shatry | Canada | Saint Catherine | Islamic Society |
| 45 | Abdul Rahman bin Abdullah al Adiany | Canada | Toronto | Islamic Center for Islamic Da'wah |
| 46 | Hamed bin Mohamad al Mosleh | Canada | Ottawa | Islamic School |
| 47 | Fahad bin Ali al Sleiham | Canada | Calgary | Islamic Society |
| 48 | Waleed bin Eissa al Saadoun | Kenya | Nairobi | Al Sadaqa Mosque |
| 49 | Amin bin Abdullah al Shaqawy | Kenya | Nairobi | Al Rabeta Mosque |
| 50 | Abdullah bin Ali al-Jaithen | Kenya | Kismayo | Mosque of the Islamic Studies College |
| 51 | Saleh bin Abdullah al Moqel | [illegible] | [illegible] | [illegible] Mosque |

*[Stamp: Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance]*

~~Confidential:~~
~~This document is subject to Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York.~~

KSA0000007808

بسم الله الرحمن الرحيم

(١)

المملكة العربية السعودية
وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد
وكالة الوزارة للشئون الإسلامية

الرقم : ..................
التاريخ : ..................
المرفقات : ..................
الموضوع : ..................

| العدد | الاسم | الدولة | المدينة | الجهة |
|---|---|---|---|---|
| ١. | عبدالحميد بن محمد المرفيع | أمريكا | دترويت | مسجد الفلاح |
| ٢. | منصور بن عبدالعزيز السماري | أمريكا | منيابلس | مركز الدعوة الإسلامية |
| ٣. | راشد بن عثمان الزهراني | أمريكا | مورقن تاون | المركز الإسلامي في مورقن تاون |
| ٤. | بدر بن سليمان العامر | أمريكا | مانكيتو | مركز دار ابي بكر الإسلامي |
| ٥. | عبداللطيف بن صالح العامر | أمريكا | كولمبس | مسجد عمر بن الخطاب |
| ٦. | محمد بن أحمد العصيمي | أمريكا | جونز بوروا | مركز جونزبوروا الإسلامي |
| ٧. | أحمد اليمني | أمريكا | فرجينيا | المركز الإسلامي في نورفولك |
| ٨. | زياد بن عبدالكريم المشيقح | أمريكا | تنسي | مصلى الطلبة السنة |
| ٩. | ماجد بن محمد مرسال | أمريكا | سان دياغو | مسجد المدينة |
| ١٠. | علي بن سليمان العيداني | استراليا | سدني | المركز الثقافي الإسلامي |
| ١١. | علي بن عبدالله العجلان | استراليا | تسمانيا | جمعية تسمانيا |
| ١٢. | عبدالله بن علي العامري | استراليا | نيوكاسل | جمعية نيوكاسل |
| ١٣. | صالح بن إبراهيم الدسيمان | استراليا | فكتوريا | الجمعية الإسلامية |
| ١٤. | محسن بن محمد عطية | السويد | استوكهلم | مركز الدعوة الإسلامية |
| ١٥. | خالد العسيري | الكمرون | ريونادي | مسجد ياوندي |
| ١٦. | علي بن سعد العصيمي | المانيا | هايدبرغ | المسجد الإسلامي |
| ١٧. | خالد بن محريد المغربي | المانيا | بون | اكاديمية الملك فهد |
| ١٨. | سعود بن علي الغامدي | المانيا | لايبزغ | المركز الإسلامية في لايبزغ |
| ١٩. | عبدالرحمن بن محمد جابري | المانيا | السدورف | الاتحاد الإسلامي في السدورف |
| ٢٠. | عزيز بن فرحان العنزي | المانيا | كيل | جمعية المسلمين |
| ٢١. | محمد بن سعد القرن | المانيا | فرانكفورت | المركز الإسلامي |
| ٢٢. | عبدالله بن صالح المنصور | المانيا | آخن | المركز الإسلامي |
| ٢٣. | تركي بن عبدالعزيز العقيل | المجر | بودابست | الجمعية الإسلامية |
| ٢٤. | عبدالعزيز بن مرزوق الطريقي | الهند | دلهي | مسجد حي السفارات |
| ٢٥. | حسن بن علي الفقية | بريطانيا | لندن | مسجد بلهم بلندن |

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

PUBLIC FILING

بسم الله الرحمن الرحيم

(٢)

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
وكالة الوزارة للشؤون الإسلامية

الرقم : ..................
التاريخ : ..................
المرفقات : ..................
الموضوع : ..................

| العدد | الاسم | الدولة | المدينة | الجهة |
|---|---|---|---|---|
| ٢٦. | محمد بن سليمان المهنا | بريطانيا | برمنكهام | جمعية اهل الحديث |
| ٢٧. | محمود بن احمد الدوسري | بريطانيا | بريد فورد | مسجد بريد فورد |
| ٢٨. | عبدالله بن أحمد القحطاني | بريطانيا | بتروكي | المركز الإسلامية |
| ٢٩. | علي بن عبدالله الشهراني | بريطانيا | لستر | دار الرعاية الإسلامية |
| ٣٠. | صالح بن سليمان الخليفة | بريطانيا | لندن | مركز تحفيظ القرآن الكريم |
| ٣١. | أحمد بن شنان العمري | بريطانيا | لندن | مركز رابطة العالم الإسلامي |
| ٣٢. | ناصر المقبل | جبل طارق | جبل طارق | المركز الإسلامي |
| ٣٣. | محمد بن عبدالرحمن النومان | تايوان | تايبيه | مسجد تايبيه |
| ٣٤. | عبدالله بن محمد الغميجان | جيبوتي | تاجورة | مسجد مركز الملك عبدالعزيز |
| ٣٥. | سعود بن سعد الرشود | جيبوتي | جيبوتي | مسجد الأمير عبدالعزيز بن فهد |
| ٣٦. | محمد بن عبدالكريم المهنا | سنغافوره | سنغافوره | الجمعية المحمدية |
| ٣٧. | خالد بن عبدالله المشوح | فرنسا | ليون | مسجد مدينة ليون |
| ٣٨. | دباس بن محمد الدباس | فرنسا | إيكفي | مسجد انس بن مالك |
| ٣٩. | فائز بن سليمان الحمدي | فرنسا | ستاسبورغ | مسجد مدينة ستاسبورغ |
| ٤٠. | عواد بن سبتي العتري | فرنسا | باريس | مسجد الفتح |
| ٤١. | صالح بن محمد الصيخان | فرنسا | مونت لاجوس | مسجد خادم الحرمين الشريفين |
| ٤٢. | أحمد بن عبدالرحمن العثمان | فلندا | هلنسكي | مسجد الهدى والمركز الإسلامي |
| ٤٣. | ياسر بن إبراهيم السلامة | كندا | فانكوفر | مركز الدعوة الإسلامي |
| ٤٤. | عبدالله بن حمود الشثري | كندا | سانت كاثرين | الجمعية الإسلامية |
| ٤٥. | عبدالرحمن بن عبدالله العضياني | كندا | تورنتو | المركز الإسلامي للدعوة الإسلامية |
| ٤٦. | حامد بن محمد المصلح | كندا | وتوا | المدرسة الإسلامية |
| ٤٧. | فهد بن علي الصليهم | كندا | كالجرسي | الجمعية الإسلامية |
| ٤٨. | وليد بن عيسى السعدون | كينيا | نيروبي | مسجد الصداقة |
| ٤٩. | أمين بن عبدالله الشقاوي | كينيا | نيروبي | مسجد الرابطة |
| ٥٠. | عبدالله بن علي الجمين | كينيا | كيساوي | مسجد كلية الدراسات الإسلامية |
| ٥١. | صالح بن عبدالله المحيلي | | ريكو تيهارو | مسجد ريكو تيهارو |

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

PUBLIC FILING

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20200430_MXG (KSA Editing)

**Language**: Arabic > English

**Document title**: KSA0000007807

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Apr 30, 2020)

**Date**: April 30, 2020

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20200430_MXG (KSA Editing)

**Language**: Arabic > English

**Document title**: KSA0000007808

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Apr 30, 2020)

**Date**: April 30, 2020