# Exhibit 680

# T

# KSA 8423

In the name of Allah, the Most Gracious, the Most Merciful

His Eminence the Head of the Office of Da'wah and Guidance in America May Allah preserve him

Peace, mercy and blessings of Allah be upon you To Proceed:

I write to you conveying my desire to enjoy a regular leave of absence for a period of 19 days, in order to travel to the Kingdom, starting from Monday 19 / 3 / 1422 H. corresponding to 11 / 6 / 2001 A. D.

Hoping for your approval and that you will notify whomever it may concern.

May Allah preserve you and keep you safe.

The Delegate of the Ministry in Los Angeles
[signed]
Fahad bin Ibrahim Al-Thumairy
19 / 3 / 1422 H. – 8 / 5 / 2001 A. D.



~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

فضيلة مدير مكتب الدعوة والإرشاد في أمريكا حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد،

أكتب لكم معبراً عن رغبتي التمتع بإجازة عادية لمدة تسعة عشر يوماً، وذلك للسفر إلى المملكة، تبدأ المدة من يوم الاثنين الموافق ١٩/٣/١٤٢٢هـ - ١١/٦/٢٠٠١م .

آملاً منكم الموافقة والكتابة لمن يلزم بهذا الشأن .

والله يتولاكم بحفظه ورعايته ح

موفد الوزارة في لوس أنجلوس

فهد بن إبراهيم الثميري

١٤/٢/١٤٢٢هـ - ٨/٥/٢٠٠١م

PUBLIC FILING

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

*Aaita Arabic Consultants*

Interpreting / Translation. All Dialects of Arabic

*Authorized by Federal Courts & NJ Administrative Office of the Courts*

Marwan Abdel-Rahman

To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC. My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**KSA 8423**

[Handwritten letter from Thumairy]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Date:** January 16, 2024

MARWAN A... -RAHMAN
2828 J.F.K. ...
JERSEY CITY, NJ 07306

218 Eagles Creek CT, Easton, PA 18042
Cell: (201) 920-7475 Fax (610) 438-0611 Marwan711@aol.com