# Exhibit 680

# U

# KSA 8531

Kingdom of Saudi Arabia
The Ministry of Islamic Affairs, Endowments, Da'wah and Guidance

In the name of Allah, the Most Gracious, the Most Merciful

Logo of the Ministry of Islamic Affairs, Endowments, Da'wah and Guidance

No.: 3/5/2111/ 2335
Date: 2/11/1422 AH
(1/15/2002AD)

Attachments:

Copy

Telephone Message

H.E. Director of Da'wah Office in USA, may Allah provide him success

May the Peace, Mercy and Blessings of Allah Be Upon You … Further:

I ask Allah to assist you and provide you success.

With reference to the request submitted by the head of the Islamic Center in Long Beach indicating their desire to appoint one of the two Imams namely Sheikh Fahad bin Abdullah al Thumairy or Sheikh Mohammed bin Sulaiman al Muhanna delegated to King Fahad Mosque in Los Angeles to carry out Imamate and teach Muslims their Religion in their Center.

Kindly advise us with your decision on their request.

May the Peace, Mercy and Blessings of Allah Be Upon You

Deputy Undersecretary of the Ministry of Islamic Affairs

Dr. Tawfiq bin Abdulaziz al-Sudairy

(4868/10) 15/11 ALI

Copy/ Record 4348

Copy/ Departments of Associations and centers

Copy/ File of America with the original copy

~~CONFIDENTIAL~~:

KSA0000008531

~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

PUBLIC FILING

الرقم : ٢/٥/٢١١١/٢٢٥
التاريخ : ٢/١١/٢٢٤ ١هـ
المشفوعات :

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

صـــــورة

رسالة هاتفية

فضيلة مدير مكتب الدعوة في أمريكا وفقه الله

السلام عليكم ورحمة الله وبركاته..أمابعد:

فأسأل الله لكم العون والسداد .

وأشير إلى الطلب المقدم من مدير المركز الإسلامي في لونج بيتش المتضمن رغبتهم في تكليف أحد الأمامين الموفدين إلى مسجد الملك فهد في لوس أنجلوس الشيخ/ فهد بن عبدالله الشميري أو الشيخ/ محمد بن سليمان المهنا وذلك للقيام بالإمامة وتعليم المسلمين أمور دينهم في مركزهم .

أرجو إفادتنا بمرئياتكم حيال طلبهم ، أعانكم الله .

والسلام عليكم ورحمة الله وبركاته..

وكيل الوزارة للشؤون الإسلامية المكلف

د / توفيق بن عبدالعزيز السديري

(١٠/٤٨٦٨)١١/١٥علي
ص. قيد ٤٣٤٨
ص. إدارة الجمعيات والمراكز
ص. ملف أمريكا مع الاساس

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))**

**Language**: Arabic > English

**Document title**:
KSA0000008531

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 10, 2020)

**Date**: 3/10/2020