# Exhibit 680

# V

# KSA 8511-14

Kingdom of Saudi Arabia Emblem of Saudi Arabia

The Ministry of Islamic Affairs,

Endowments, Da'wah and Guidance

IFTA Office

Washington DC

P. O. Box: U McLean , VA, 22101, USA. Tel: (202) 342-3700 Fax: (202) 944-3192

E-mail: ifta@resa.org www.al-islam.com

H.E. Undersecretary of Mosques Affairs, Da'wah and Guidance, may Allah give you success

I pray to Allah to provide you with help and continuing success

I would like to submit to your Eminence the papers related to the application of promotion of Sheikh/ Mohammad bin Solaiman al Muhanna (Propagator/ rank 7), delegator of the Ministry in America, to rank (8) for his fulfillment of the conditions of time scale promotion with the academic and training courses. Whereas Sheikh/ Mohammad bin Solaiman al Muhanna is one of the distinguished propagators. Kindly approve his promotion in encouragement to him and motivation to other propagators, and inform the competent persons thereof.

May Allah help us all to whatever He likes and Pleases Him

Director of Propagation Office in America

Illegible signature

Khaled bin Ibrahim al Sowailem

Ref: 183/14 Date: 24/4/1422 AH corresponding to 7/15/2001AD

Attachments: form of promotion

KSA0000008511

~~CONFIDENTIAL~~

~~This document is subject to a Protective Order~~

~~Regarding confidential information in 03 MDL 1570,~~

~~United States District Court for the Southern District of New York.~~

PUBLIC FILING

Kingdom of Saudi Arabia

Ministry of Islamic Affairs, Endowments,

Da'wah and Guidance

In the Name of Allah, Most Gracious, Most Merciful

Form

Job Performance Evaluation for Occupants of Executive Functions (A) & (B)

Definition of Executive Jobs:

This group includes the executive obligations and works in different fields according to law, regulations, instructions and guidance related thereof. The responsibilities of their occupants shall not include supervisory duties or taking decisions.

| Apparatus | Administration | Division |
|---|---|---|
| | | |

| Section | Unit | Area | City or village |
|---|---|---|---|
| | | | |

| Full name | Title | Rank | No | occupancy date |
|---|---|---|---|---|
| Muhammad bin Solaiman al Muhanna | Propagator | 7th | 274 | 1/3/1420 AH corresponding to 6/14/1999 AD |

| Academic qualification | subject of last training course successfully completed | last performance report | |
|---|---|---|---|
| | | Date | Assessment |
| Master's Degree from Higher Institution for Judiciary | propagators course, Riyadh 1421AH-2001AD<br>+<br>English Courses in Private Institutions in Los Angeles | | |

CONFIDENTIAL

This document is subject to a Protective Order

Regarding confidential information in 03 MDL 1570,

United States District Court for the Southern District of New York.



PUBLIC FILING

Class (A): means male/ female executive employees who occupy ranks (11-13)

Class (B): means male or female executive employees who occupy ranks (10 and below)

Second: Functional Performance

| | | Evaluation | | | | | | put here one number from (1-6) represents your evaluation for | |
|---|---|---|---|---|---|---|---|---|---|
| | | non-satisfactory | male/ female employee satisfactory | good | very good | | Excellent | | |
| Elements | | 1 | 2 | 3 | 4 | 5 | 6 | A | B |
| A | Understanding the objectives of the apparatus | | | | | | | | |
| A | capability to development and innovation | | | | | | | | |
| AB | skill in execution | | | | | | √ | | |
| AB | potentiality to bear higher responsibilities | | | | | | √ | | |
| AB | maintenance working hours | | | | | | √ | | |
| B | knowledge about systems and procedures of work | | | | | | √ | | |
| | | | | | | | Total | | 24 |

Third: Personal Characteristics

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AB | Good behavior | | | | | | √ | | |
| AB | accepting new thoughts | | | | | | √ | | |
| AB | manner to present opinion | | | | | | √ | | |
| B | good appearance | | | | | | √ | | |
| | | | | | | | Total | | 24 |

Fourth: Relationship with

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AB | 1. Chairpersons | | | | | | √ | | |
| AB | 2. Colleges | | | | | | √ | | |
| AB | 3. Clients | | | | | | √ | | |
| | | | | | | | Total | | 18 |

Notes:

(1) If one of elements above does not apply on the male/ female employee, the place of element shall not be left blank rather put appropriate degree to him/ her to be reached through average of the field included such element (whether such is in functional performance, personal characteristics or individual relationship)

(2) It is required to obtain (Excellent) degree, the male/ female employee shall receive (6) points in all elements in addition to one of power points at least.

Prepared by: illegible illegible signature Date 29/4/1423AH corresponding to 7/9/2002 AD.

~~FIDENTIAL~~

~~This document is subject to a Protective Order~~

~~Regarding confidential information in 03-MDL-1570,~~

~~United States District Court for the Southern District of New York.~~

PUBLIC FILING

Fifth: General Notes (Each characteristic of Strength points= +3 of Weakness points= -3)

| | |
|---|---|
| list down the main strength and weakness points support you're your previous evaluation, if any) | |
| Strength points (other positive characteristics characterized by male/ female employee not included in the previous elements)<br>1. Wining the trust of Muslim Community surrounding him<br>2. Mastering English Language<br>3. --------------------------------------------- | total sum of strength points= +9<br>Degree obtained by him = +6 |
| Weakness points: (negative characteristics characterized by male/ female employee and impact his/ her work without repeating previous elements)<br>1. ---------------------------------------------<br>2. ---------------------------------------------<br>3. --------------------------------------------- | total sum of weakness points= -9<br>Degree obtained by him |

Sixth: Overall Degrees Evaluation

| | |
|---|---|
| Total degree of functional performance | 24 |
| Total degree of Personal Characteristics | 24 |
| Total degree of individual relationship | 18 |
| Total degree of individual relationship | +6 |
| Overall total | 72 |

| | | from – to | Final evaluation |
|---|---|---|---|
| ■ | Excellent | 69-75 | Excellent 72 |
| □ | Very Good (5) | 55-68 | |
| □ | Very Good (4) | 44-54 | |
| □ | Good | 33-43 | |
| □ | Satisfactory | 22-32 | |
| □ | Non-Satisfactory | less than 22 | |

| Amount of improvement occurred since last report | | |
|---|---|---|
| □ Good | □ Intermediate | □ Weak |
| General recommendations to develop the capabilities of male/ female employee (if any)<br>----------------------------------------------------------------------------------------------------<br>----------------------------------------------------------------------------------------------------<br>---------------------------------------------------------------------------------------------------- | | |

Notes of approver of the report----------------------------------- ------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------

Approved by ------------------------ Job ------------------------ Signature -------------------- Date / /

KSA0000008514

~~CONFIDENTIAL~~
~~This document is subject to a Protective Order~~
~~Regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

PUBLIC FILING

Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

P.O. Box U McLean, VA 22101, USA • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org www.al-islam.com

**فضيلة وكيل الوزارة لشؤون المساجد والدعوة والإرشاد وفقه الله**

**السلام عليكم ورحمة الله وبركاته ........ أما بعد :**

**فأسأل الله لكم العون ودوام التوفيق .**

وأرفع لفضيلتكم الأوراق المتعلقة بطلب ترقية الشيخ محمد بن سليمان المهنا ( داعية/ م ٧ ) مبعوث الوزارة في أمريكا للمرتبة الثامنة لإكماله لشروط الترقية بالمدة مع الدورات التدريبية والدراسية. وحيث إن الشيخ محمد بن سليمان المهنا من الدعاة المتميزين فإني أرجو الموافقة على ترقيته تشجيعاً له وحافزاً للدعاة الآخرين وتوجيه المختصين بذلك.

**وفق الله الجميع لما يحبه ويرضاه .**

**والسلام عليكم ورحمة الله وبركاته ،،،**

**مدير مكتب الدعوة في أمريكا**

[signature]

**خالد بن إبراهيم السويلم**

الرقم: ١٤/١٨٣ التاريخ: ٢٩/٤/١٤٢٢ المشفوعات:

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000008511

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

بسم الله الرحمن الرحيم

**نمــــوذج**

# تقويم الأداء الوظيفي لشاغلي الوظائف التنفيذية (أ). (ب)

تعريف الوظائف التنفيذية :-

تشمل هذه المجموعة الوظائف التي تتضمن واجبات وأعمال تنفيذية في المجالات المختلفة، وفقاً للأنظمة واللوائح والتعليمات والتوجيهات الخاصة بمجالها . . . ولا يكون من مسئوليات شاغلها أي مهمات إشرافية أو إتخاذ القرارات .

أولاً :

| الجهـــــاز | الادارة | الشعبـــــة |
|---|---|---|
| | | |

| القســـم | الوحـــدة | المنطقـــة | المدينة أو القريــة |
|---|---|---|---|
| | | | |

| الاســـم رباعيا | مسمى الوظيفــة | مرتبتها | رقمها | تاريخ اشغالها |
|---|---|---|---|---|
| محمد بن سليمان بن عبدالله المهنا | داعية | السابعة | ٢٧٤ | ١/٣/٢٠هـ |

| المؤهل العلمي | موضوع آخر دورة تدريبية اكملت بنجاح | آخر تقرير اداء: التاريخ | آخر تقرير اداء: التقدير |
|---|---|---|---|
| ماجستير من المعهد العالي للقضاء | دورة إعداد الأئمة في الرياض ١٤٢١هـ + دورات انجليزية بمعاهد خاصة بـ(لوس انجلس) | | |

PUBLIC FILING

الفئة أ : تعني الموظفين (الموظفات) التنفيذيين الذين يشغلون المراتب (١١-١٣)

الفئة ب : تعني الموظفين (الموظفات) التنفيذيين الذين يشغلون المراتب (١٠ فما دون)

**ثانياً:**

| | المنصر | غير مرضي ١ | مرضي ٢ | جيد ٣ | ٤ | جيد جداً ٥ | ممتاز* ٦ | ضع هنا رقماً واحداً من (١-٦) الذي يمثل تقويمك للموظف أو للموظفة أ | ب |
|---|---|---|---|---|---|---|---|---|---|
| أ | التفهم لأهداف الجهاز | | | | | | | | |
| أ | القدرة على التطوير والأبتكار | | | | | | | | |
| أ ب | المهارة في التنفيذ | | | | | | ✓ | | |
| أ ب | إمكانية تحمل مسئوليات أعلى | | | | | | ✓ | | |
| أ ب | المحافظة على أوقات الدوام | | | | | | ✓ | | |
| ب | المعرفة بنظم وإجراءات العمل | | | | | | ✓ | | |
| | المجموع | | | | | | | | ٢٤ |

(الأداء الوظيفي)

**ثالثاً:**

| | | ١ | ٢ | ٣ | ٤ | ٥ | ٦ | أ | ب |
|---|---|---|---|---|---|---|---|---|---|
| أ ب | حسن التصرف | | | | | | ✓ | | |
| أ ب | تقبل الأفكار الجديدة | | | | | | ✓ | | |
| أ ب | اسلوب عرض الآراء | | | | | | ✓ | | |
| ب | الاهتمام بالمظهر | | | | | | ✓ | | |
| | المجموع | | | | | | | | ٢٤ |

(الصفات الشخصية)

**رابعاً:**

| | | ١ | ٢ | ٣ | ٤ | ٥ | ٦ | أ | ب |
|---|---|---|---|---|---|---|---|---|---|
| أ ب | ١ - الرؤساء | | | | | | ✓ | | |
| أ ب | ٢ - الزملاء | | | | | | ✓ | | |
| أ ب | ٣ - المراجعين | | | | | | ✓ | | |
| | المجموع | | | | | | | | ١٨ |

(العلاقات مع)

**ملاحظـــــة:**

(١) إذا كان أحد العناصر أعلاه لا ينطبق على الموظف (الموظفة) فلا يترك مكان العنصر خاليا. بل يتم وضع درجة مناسبة له يتم التوصل إليها عن طريق متوسط درجات الحقل الذي يتضمن ذلك العنصر (سواء كان ذلك في الاداء الوظيفي أو الصفات الشخصية أو العلاقات الفردية).

(٢)* يتطلب الحصول على تقدير (ممتاز) أن يحصل الموظف (الموظفة) على (٦) نقاط في جميع العناصر، إضافة إلى موطن واحد من مواطن القوة على الأقل.

اسم معد التقرير: [illegible] التوقيع: [illegible] التاريخ: ٩/٤/١٤٢٣

PUBLIC FILING

خامساً: ملاحظات عامة (كل صفة من مواطن القوة = +٣ أو مواطن الضعف = -٣)

أذكر مواطن قوة ومواطن ضعف رئيسية تدعم تقديراتك السابقة (إن وجدت)

| | |
|---|---|
| مواطن القوة: (الصفات الايجابية الأخرى التي يتميز بها الموظف (الموظفة) ولم تشتمل عليها العناصر السابقة).<br>١ - كسب ثقة الإدارة العليا في محيط عمله<br>٢ - الإلمام باللغة الإنجليزية<br>٣ - | المجموع الكلي لمواطن القوة = + ٩<br>الدرجة التي حصل عليها<br>+ ٦ |
| مواطن الضعف: (الصفات السلبية التي يتصف بها الموظف (الموظفة) وتؤثر على عمله دون أن يكون في ذلك تكرار للعناصر السابقة).<br>١ -<br>٢ -<br>٣ - | المجموع الكلي لمواطن الضعف = - ٩<br>الدرجة التي حصل عليها<br>— |

سادساً: التقدير الكلي للدرجات

| | |
|---|---|
| مجموع درجات الأداء الوظيفي | ٢٤ |
| مجموع درجات الصفات الشخصية | ٢٤ |
| مجموع درجات العلاقات الفردية | ١٨ |
| مجموع درجات الملاحظات العامة | ٦+ |
| المجمـــوع الكلـــي | ٧٢ |

| | | من - الى | التقدير النهائي |
|---|---|---|---|
| ☑ | ممتاز | ٦٩ - ٧٥ | ممتاز ٧٢ |
| ☐ | جيد جدا (٥) | ٥٥ - ٦٨ | |
| ☐ | جيد جدا (٤) | ٤٤ - ٥٤ | |
| ☐ | جيـد | ٣٣ - ٤٣ | |
| ☐ | مرضي | ٢٢ - ٣٢ | |
| ☐ | غير مرضي | أقل من ٢٢ | |

| | | |
|---|---|---|
| مقدار التحسن الذي طرأ منذ اخر تقرير | | |
| جيد ☐ | متوسط ☐ | ضعيف ☐ |
| التوصيات العامة لتطوير قدرات الموظف (الموظفة) (إن وجدت) | | |
| | | |

ملاحظات معتمد التقرير ........................................

..................................................

..................................................

Aaita Arabic Consultants

Interpreting / Translation. All Dialects of Arabic

*Authorized by Federal Courts & NJ Administrative Office of the Courts*

Marwan Abdel-Rahman

To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC. My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**KSA 8511-14**

[Letter and performance evaluation]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Date:** January 16, 2024

MARWAN ABDEL-RAHMAN
2828 J.F.K. BLVD.
JERSEY CITY, NJ 07306

218 Eagles Creek CT, Easton, PA 18042
Cell: (201) 920-7475 Fax (610) 438-0611 Marwan711@aol.com