# Exhibit 680

# W

# KSA 8547

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques, Da'wah, and Guidance Affairs
Undersecretary's Office

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

*W25*
No. ----
Date: ----
Attachments: ----
Subject: ----

**MEETING MINUTES NO. 48, DATED 02/10/1421 AH (05/15/2000 AD)**

Praise be to Allah, the lord of the worlds. May prayer and peace be upon our prophet, Mohamed, and upon his household and companions.

In accordance with Article 3 of the decision of the Civil Service Council, No. 1/562, dated 07/14/1419 AH (11/04/1998 AD), about forming a committee with no less than three members of the chief officials to consider the promotion of the employees taking the exempted jobs pursuant to Article 3 of the aforesaid decision;

In accordance with the Ministerial Decision No. 6/Q/M, dated 02/28/1420 AH (06/13/1999 AD), about approving the formation of a committee to select those who meet the promotion requirements from among those who take the exempted jobs, of:

1. Ministry's Undersecretary for Mosques, Da'wah, and Guidance Affairs — President;
2. General Director of Da'wah at Home — Member;
3. Representative of the Personnel Affairs Department — Member; and
4. Abdel Rahman bin Abdullah Al Sahim — Committee Secretary

The Committee has met and reviewed the names of employees who completed four years or more and meet the academic and practical qualifications. The best and most competent employee, who met the promotion requirements, was chosen.

Fahad bin Ibrahim al Thumairy was nominated for promotion to work as a propagator, Rank 9, No. 91.

As the Committee adjourned its meeting, it recommended the approval of his promotion. The minutes was submitted to His Excellency the Minister for approval and guidance. We ask Allah to grant success to all.

Committee Secretary
Abdel Rahman bin Abdullah Al Sahim
[*Signature*]

Committee Members

Hisham bin Abdel Rahman Al Atiq
[*Signature*]

Saad bin Mabrouk Al Mutairi
[*Signature*]

Committee President
Abdulaziz bin Abdullah Al Ammar
[*Signature*]

S/M.M/48

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~Regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
مكتب الوكيل

الرقم :
التاريخ :
المشفوعات :
الموضوع :

# محضر اجتماع رقم ( ٤٨ ) وتاريخ ١٤٢١/٢/١٠هـ

الحمد لله رب العالمين والصلاة والسلام على نبينا محمد وعلى آله وأصحابه أجمعين أما بعد :

فبناءً على البند ( ثالثاً ) من قرار مجلس الخدمة المدنية ذي الرقم ٥٦٢/١ المؤرخ في ١٤١٩/٧/١٤هـ المتضمن تكوين لجنة لا يقل عدد أعضائها عن ثلاثة من المسؤولين الرئيسيين للنظر في ترقية الموظفين شاغلي الوظائف المستثناة وفقاً لنص البند الثالث من القرار المشار إليه .

وبناء على القرار الوزاري ذي الرقم ٦/ق/م المؤرخ في ١٤٢٠/٢/٢٨هـ المتضمن الموافقة على تكوين لجنة لاختيار من تتوفر لديهم شروط الترقية من شاغلي الوظائف المستثناة من :

**١- وكيل الوزارة لشؤون المساجد و الدعوة والإرشاد رئيساً.**
**١- المدير العام للدعوة في الداخل عضواً.**
**٢- ممثل عن إدارة شؤون الموظفين عضواً.**
**٣- عبدالرحمن بن عبدالله السحيم سكرتير اللجنة .**

فقد اجتمعت اللجنة واستعرضت أسماء الموظفين الذين أكملوا أربع سنوات ، أو أكثر ممن تتوفر لديهم المؤهلات العلمية والعملية ، وتم اختيار الأفضل والأجدر من بين الموظفين على رأس العمل ممن تتوفر لديهم شروط الترقية ، وتم ترشيح :

**فهد بن إبراهيم الثميري** ، وقد رُشّح للترقية على وظيفة داعية م (٩) ذات الرقم (٩١).

وتوصي اللجنة في ختام اجتماعها بالموافقة على ترقيته ، ورفع المحضر لمعالي الوزير لاعتماده والتوجيه بما يراه . ونسأل الله للجميع التوفيق والسداد .

**سكرتير اللجنة**
**عبدالرحمن بن عبدالله السحيم**

**أعضاء اللجنة**

**هشام بن عبدالرحمن العتيق** **سعد بن مبروك المطيري**

**رئيس اللجنة**
**عبدالعزيز بن عبدالله العمار**

س/م ٠ م/٤٨



KSA0000008547

Aaita Arabic Consultants

Interpreting / Translation. All Dialects of Arabic

*Authorized by Federal Courts & NJ Administrative Office of the Courts*

Marwan Abdel-Rahman

To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC.
My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**KSA 8547**

[Minutes of meeting]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Date**: January 16, 2024

MARWAN ABDEL-RAHMAN
28[illegible] J.F.K. BLVD.
JERSEY CITY, NJ 07305

Cell: (201) 920-7475
218 Eagles Creek CT, Easton, PA 18042
Fax (610) 438-0611
Marwan711@aol.com