# Exhibit 680

# X

# KSA 8570

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Abdul Aziz bin Fahd bin Abdul Aziz Al Saud
Office of Research and Studies

[*Emblem of Saudi Arabia*]

No. 9733/9/M
Date: 08/10/1421 AH
(11/08/2000 AD)
Attachments: ----

His Excellency the Director of the Saudi American Bank, may Allah bless him

May the peace, mercy, and blessings of Allah be upon you.

Please assign the concerned officers to issue transfers in the names shown below and according to the amounts per each, totaling $192,003.00 USD, equaling 720,012 Saudi Riyal, by deduction from Account No. 14607557.

| No. | Beneficiary | Amount in USD | Bank Address |
|---|---|---|---|
| 1 | Al Massira Quran Cultural Association, Fes, 652408, Dr. Mohamed Abyad | 3,334.00 | Banque Commerciale du Maroc (Commercial Bank of Morocco), Al Horiyah Branch, Fes, 1578300448 |
| 2 | Samia Abdel Hamid Abuel Fottouh | 5,334.00 | Banque Misr, Al Mansoura Branch 208111337659 |
| 3 | Sabri Saeed Tantawi, Tel. 4120094 | 2,667.00 | National Bank of Egypt, Sohag Branch, 5641516 |
| 4 | Ata Ibrahim Al Jibali, Tel. 00202763733 | 4,000.00 | Banque du Caire (Bank of Cairo), Kafr El-Shaikh Governorate, 10467 |
| 5 | The Dar Al Quran [Quran House] Association in Fes, Sheikh Abdel Aziz Al Fassar | 3,334.00 | Bank of Morocco for Foreign Trade 27001200000927792 |
| 6 | Office of the Religious Attaché at the Saudi Embassy in Djibouti, Tel. 351877 | 26,667.00 | Indosuez Bank, 660441020088 |
| 7 | The Islamic Institute in Djibouti, Tel. 351888 | 26,667.00 | Indosuez Bank, 664791020029 |
| 8 | AL BER ACCOUNT | 120,000.00 | Wells Fargo Bank<br>10789 West Pico Blvd<br>Los Angeles, CA, 90064<br>Account No. 0291963189 - 122000247 |

Thank you for your cooperation. May Allah bless you.

May the peace, mercy, and blessings of Allah be upon you.

Director of the Office of His Royal Highness for Research and Studies
Khalid bin Nassir Al Assaf
[*Signature*]

Royal Palace (Riyadh 4829607) (Jeddah 6605824)

~~CONFIDENTIAL:~~

~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~, ~~United States District Court for the Southern District of New York~~.

KSA0000008570

بسم الله الرحمن الرحيم

المملكة العربية السعودية
عبدالعزيز بن فهد بن عبدالعزيز آل سعود
مكتب البحوث والدراسات

الرقم .. ٩٧٢٢ / ١٩١م
التاريخ ١٨/١٠/١٤٢١هـ
المرفقات ..............

سعادة مدير البنك السعودي الأمريكي سلمه الله

سلام عليكم ورحمة الله وبركاته ... أما بعد : -

نأمل تعميد من يلزم بإصدار حوالات بالأسماء الموضحة أدناه ، وبالمبالغ المحددة لكل منهم والبالغ إجماليها (١٩٢,٠٠٣) دولار ما يعادل (٧٢٠,٠١٢) ريال وذلك خصمًا من الحساب رقم (١٤٦٠٧٥٥٧) .

| م | المستفيد | المبلغ بالدولار | العنوان البنكي |
|---|---|---|---|
| ١ | جمعية المسيرة الثقافية القرانية بفاس ٦٥٢٤٠٨ د. محمد ابيض | ٣,٣٣٤ | البنك التجاري المغربي – فرع الحرية – فاس – ١٥٧٨٣٠٠٤٤٨ |
| ٢ | سامية عبدالحميد ابوالفتوح | ٥,٣٣٤ | بنك مصر – فرع المنصورة ٢٠٨١١١٣٣٧٦٥٩ |
| ٣ | صبري سعيد طنطاوي ت: ٤١٢٠٠٩٤ | ٢,٦٦٧ | البنك الاهلي المصري – فرع سوهاج ٥٦٤١٥١٦ |
| ٤ | عطا ابراهيم الجبالي ت: ٠٠٢٠٢٧٦٣٣٣٣ | ٤,٠٠٠ | بنك القاهرة – محافظة كفر الشيخ ١٠٤٦٧ |
| ٥ | مؤسسة دار القران بفاس – الشيخ عبدالعزيز القصار | ٣,٣٣٤ | البنك المغربي للتجارة الخارجية ٢٧٠٠١٢٠٠٠٠٠٠٩٢٧٧٩٢ |
| ٦ | مكتب الملحق الديني بسفارة المملكة العربية السعودية في جيبوتي ت: ٣٥١٨٧٧ | ٢٦,٦٦٧ | بنك الاندوسويس ٦٦٠٤٤١٠٢٠٠٨٨ |
| ٧ | المعهد الإسلامي في جيبوتي ت: ٣٥١٨٨٨ | ٢٦,٦٦٧ | بنك الاندوسويس ٦٦٤٧٩١٠٢٠٠٤٩ |
| ٨ | AL BER ACCOUNT | ١٢٠,٠٠٠ | Wells Fargo bank ١٠٧٨١ west Pico Blvd LosAngeles.ca.٩٠٠٦٤ AC# ٠٢٩١٩٩٣١٨٩ - ١٢٢٠٠٠٢٤٧ |

شاكرين لسعادتكم تعاونكم والله يحفظكم .

والسلام عليكم ورحمة الله وبركاته !!!

مدير مكتب سمو د للبحوث والدراسات

[signature]

خالد بن ناصر العساف

القصر الملكي (الريــاض ٤٨٢٩٦٠٧) (جــدة ٦٦٠٥٨٢٤)

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000008570

*Aaita Arabic Consultants*

Interpreting / Translation. All Dialects of Arabic
*Authorized by Federal Courts & NJ Administrative Office of the Courts*
Marwan Abdel-Rahman

To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC. My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**KSA 8570**

[Letter with table of banking information]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Date:** January 16, 2024

218 Eagles Creek CT, Easton, PA 18042
Cell: (201) 920-7475 Fax (610) 438-0611 Marwan711@aol.com