# Exhibit 680

# Y

# KSA 8681

[logo: Saudi passports]
Kingdom of Saudi Arabia
Ministry of Interior
Passports

Saudi Passport System

Passport Information

Report No. PSRP0005
Operator's No. 1065272039
Location: Dept. of observation of computer productivity
26/12/1440 AH corresponding to 08/27/2019

---

ID No. 1090689892 Date of birth: 5/5/1395 AH corresponding to 05/16/1975

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Khalid | Ibn Mohamed | Ibn Abdullah | Almihdhar | Marital status: | single |
| Translated name: | Khalid | M | A | Almihdhar | Occupation: | Fisherman |

Passport No. C551754 Status: not valid Passport expired
Type of passport: regular Type of travel: multiple Passport not printed
Date issued: 7/3/1422 AH corresponding to 05/30/2001
Date of expiry: 7/3/1427 AH corresponding to 04/05/2006
Country of issue: 113 Saudi Arabia Data entry No. 9999999999
Place of issue: 9999
Notes
Fees
Information of dependents in the passport

| ID No. | First name | Father's name | Grandfather's name | Family name | Relationship | Date of birth | Corresponding to |
|---|---|---|---|---|---|---|---|

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~Regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York.~~



PUBLIC FILING

المملكة العربية السعودية
وزارة الداخلية
الجوازات

# نظام الجواز السعودي

## بيانات الجواز

| | |
|---|---|
| رقم التقرير | PSRP0005 |
| رقم المشغل | ١٠٦٥٢٧٢٠٣٩ |
| الموقع | ادارة مراقبة انتاجية الحاسب |
| | ١٤٤٠/١٢/٢٦ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| رقم الهوية | ١٠٩٠٦٨٩٨٩٢ | تاريخ الميلاد | ١٣٩٥/٠٥/٠٥ | الموافق | ١٩٧٥/٠٥/١٦ | | |
| الاسم | خالد | بن محمد | بن عبدالله | المحضار | | الحالة الاجتماعية | أعزب |
| الاسم المترجم | KHALID | M | A | ALMIHDHAR | | المهنة | صياد سمك |
| رقم الجواز | C551754 | | الحالة | غير صالح | | الجواز منتهي | |
| نوع الجواز | عادي | | نوع السفرة | متعددة | | الجواز لم يطبع | |
| تاريخ الاصدار | ١٤٢٢/٠٣/٠٧ | | الموافق | ٢٠٠١/٠٥/٣٠ | | | |
| تاريخ الانتهاء | ١٤٢٧/٠٣/٠٧ | | الموافق | ٢٠٠٦/٠٤/٠٥ | | | |
| دولة الاصدار | ١١٣ العربية السعودية | | رقم مدخل البيانات | ٩٩٩٩٩٩٩٩٩٩ | | | |
| موقع الاصدار | ٩٩٩٩ | | | | | | |

ملاحظات

بيانات التابعين في الجواز

| رقم الهوية | الاسم الأول | اسم الأب | اسم الجد | الاسم الأخير | صلة القرابة | تاريخ الميلاد | الموافق |
|---|---|---|---|---|---|---|---|

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

*Aaita Arabic Consultants*

Interpreting / Translation. All Dialects of Arabic

*Authorized by Federal Courts & NJ Administrative Office of the Courts*

Marwan Abdel-Rahman

To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC.

My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**KSA 8681**

[Information from Saudi passport system]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Date:** January 16, 2024

MARWAN A[illegible]EL-RA[illegible]MAN
2328 J.F.K. BL[illegible]D.
JERSEY CITY, NJ [illegible]

218 Eagles Creek CT, Easton, PA 18042
Cell: (201) 920-7475 Fax (610) 438-0611 Marwan711@aol.com