# Exhibit 680

# Z

# KSA 8785-87

In the Name of Allah, the Gracious, the Merciful

*Summary report about the charitable organization for introducing Islam in the United States of America Submitted to his royal highness prince Abdel-Aziz bin Fahd bin Abdel-Aziz – Minister of the state, member of the Council of Ministers, and Chairman of the Council of Ministers*

Praise be to Allah who said (Call unto the way of thy Lord with wisdom and goodly exhortation, and argue with them in a way that is best). May the peace and blessing of Allah be upon the prophet, who said (If anyone calls others to follow right guidance, his reward will be equivalent to that of those who follow him (in righteousness)), may the peace and blessing of Allah be upon all his family and companions. Further:

Your Highness..

What's been happening lately is no secret to you, especially after the event of September 11th , where demand to know about Islam and its reality increased. Consecutive calls were received by the Islamic centers and propagators requesting lectures and answers to questions about Islam. We also run out of all the translated copies of the interpretation of the Holy Quran, propagation booklets and other materials. On the other hand, some media have raised suspicions about Islam and Muslims what led to the necessity to respond to these demands and calls, meet this need, try to introduce the religion of Islam, show its reality, its noble manners and its valuable teachings, to respond to all these suspicions aroused by some of the enemies and ignorant people, and to show Islam's pure and clean picture through wisdom, good preaching and good arguments.

This is where the idea of establishing a charitable organization in the American State of California came from. It came to introduce Islam in order to perform this duty, and meet these demands by depending on Almighty Allah first, and then on the extensive studies, by following the best ways, methods and propagation techniques suitable for this society, and utilizing good experience of several years and great knowledge of many experiences from those individuals who worked in this field, and by seeking Allah's help to work on achieving the following objectives:

**The most important transitory objectives:**

(1) Focusing, in propagation, on the non- Muslims in order to clarify the reality of Islam and its noble teachings, and remove any bad suspicion from their minds with different means and on all the possible levels.

(2) Cooperating with charitable organizations and institutions working in the field of propagation, that are responsible for publishing and distributing propagation materials by delivering these materials to the beneficiaries after studying their conditions and levels, and knowing the best ways to achieve it. This will help save the efforts and reach the desired goal behind it.

(3) Collecting all scattered efforts of propagators in the field of propagation, help them, facilitates their work, coordinate work with them, and seek to increase their qualifications by holding courses, giving lessons, and having meetings with the scholars and those specialized in this field.

~~CONFIDENTIAL~~:

~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~



PUBLIC FILING

(4) Taking care of the new Muslims who convert to Islam with the help of the foundation propagators or in the mosques and Islamic centers by being keen on teaching them and providing them with all that can help them stay steadfast and strengthen their faith.
(5) Limiting and selecting the suitable propagation materials in all their different kinds, providing mosques and Islamic centers with these materials, and making it easy for everyone to benefit from them.
(6) Implementing several, distinguished, and various propagation projects aimed at the non-Muslims on a wide range, and supervising the establishment of fixed and movable exhibitions telling the story of Muslims' civilization and their contribution to the world civilized building.
(7) Setting up and organizing many meetings and small conferences in universities and other suitable places in order to introduce Islam and show its advantages.
(8) Utilizing the best and most recent means of propagation, most importantly the internet, in order to set up excellent site with which many objectives can be achieved.

## Estimated Annual Budget:

*(1)* ***Monthly salaries of employees:-***

| | |
|---|---|
| - General manager of the organization | 3500 dollars |
| - Resident propagator and supervisor of the propagators | 3500 dollars |
| - 10 field propagators** | 2800 dollars (per propagator) |
| - An accountant | 3000 dollars |
| - A secretary | 2500 dollars |
| - A specialized propagator supervising the website | 3000 dollars |
| - Service worker | 1500 dollars |

*(2)* ***Headquarters of the Organization:***

Contains (six offices, a lecture hall, a permanent exhibition, a warehouse….)
The monthly rent is estimated to be 7000 dollars.

**Those propagators perform different tasks including giving lectures and lessons in universities and other similar places, some of them would pay field visits to prisons, and others would be standing next to tables put in the universities, markets, general exhibitions, and other suitable places where some of the booklets and brochures about Islam are presented so that propagators can distribute them and answer these inquiries, in addition to other tasks and works some of which were stated in the previous objectives.

PUBLIC FILING

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

*(3)* ***General Monthly Expenses:***

These include (financing activities, lawyers' fees, utility bills, maintenance, advertising expenses, miscellaneous ...) estimated at $15,000 per month.

The total annual budget is $798,000

## Other costs:

- A vehicle for transportation estimated at 15 thousand dollars.
- Endowment investment, which profit will be used to cover the future expenses of the institution, starts with 450 thousand.

In conclusion, we ask Allah to increase your reward for the burdens you bear to up-lift Islam, for its glory, and all that you do to achieve this goal, and to put it in the balance of your good deeds. We ask Almighty Allah to help us with the supervising of this project, and to make it purely for His sake and to seek his pleasure, for He is the best to be asked.

*May Allah bless and bestow peace*

*upon our Prophet Muhammad and his family and disciples.*

Islamic propagator in California

Imam of King Fahad Mosque in Los Angeles

***Fahad bin Ibrahim Al-Thumairy***

*[signature]* illegible/01/28

President of the Saudi Students Club in Los Angeles

PhD student at the University of Southern California

***Saleh Ibn Ibrahim Al Quraih***

*[signature]*

~~CONFIDENTIAL:~~

~~This document is subject to a Protective Order regarding onfidential information in 03 MDL 1570, United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

تقرير موجز عن المؤسسة الخيرية للتعريف بالإسلام في الولايات المتحدة الامريكية

مقدم لصاحب السمو الملكي الامير عبدالعزيز بن فهد بن عبدالعزيز وزير الدولة

وعضو مجلس الوزراء و رئيس ديوان مجلس الوزراء

الحمد لله القائل (ادع إلى سبيل ربك بالحكمة والموعظة الحسنة وجادلهم بالتي هي أحسن) والصلاة والسلام على من قال (من دعا إلى هدى كان له من الأجر مثل أجور من تبعه) وعلى آله وصحبه أجمعين، وبعد:

صاحب السمو..

لايخفى على شريف علمكم ما حصل في الفترة الأخيرة وخاصة بعد أحداث الحادي عشر من سبتمبر الماضي من ازدياد الطلب للتعرف على الإسلام وحقيقته وتلاحق الدعوات للمراكز الإسلامية والدعاة لإلقاء المحاضرات والإجابة عن التساؤلات المتعلقة بالإسلام ونفاد جميع نسخ ترجمة معاني القرآن الكريم والكتيبات الدعوية وغيرها وفي المقابل تسلط بعض وسائل الإعلام في إثاره بعض الشبه ضد الإسلام وأهله مما دعا إلى ضرورة الاستجابة لتلك المطالب وسد هذه الحاجة والسعي الى التعريف بدين الإسلام وبيان حقيقته وآدابه السمحة وتعاليمه القيمة والرد على جميع الشبه التي يثيرها بعض أعدائه أو الجاهلين به وبيان صورته نقية صافية بالحكمة والموعظة الحسنة والمجادلة بالتي هي أحسن.

ومن هنا نشأت فكرة المؤسسة الخيرية للتعريف بالإسلام ومقرها ولاية كاليفورنيا الأمريكية قياماً بذلك الواجب وتحقيقاً لتلك المطالب واعتماداً بعد الله على دراسة واسعة وتتبع شامل لأفضل الطرق والوسائل والأساليب الدعوية المناسبة لذلك المجتمع مستفيدين من خبرة لا بأس بها على مر سنين عديدة ومعرفة لتجارب كثير ممن عمل في هذا الميدان، ومستعينين بالله تعالى للعمل على وفق الأهداف التالية:

**أهم الأهداف المرحلية:**

(1) تركيز العمل في توجيه الدعوة إلى غير المسلمين لتوضيح حقيقة الإسلام وتعاليمه السمحة وإزالة الشبه السيئة عن أذهانهم بمختلف الوسائل وعلى جميع الأصعدة الممكنة.

(2) التعاون مع الجمعيات الخيرية والمؤسسات العاملة في حقل الدعوة والقائمة على نشر المواد الدعوية وتوزيعها وذلك بتوصيل تلك المواد إلى المستفيدين منها بعد دراسة أحوالهم ومستوياتهم ومعرفة أفضل الطرق لتحقيق ذلك، وفي ذلك حفظ للجهود ووصول بها إلى ما يؤمل منها.

(3) جمع جهود الدعاة المتناثرة في ميدان الدعوة، وإعانتهم، وتيسير الأسباب لهم، وتنسيق العمل بينهم، والسعي إلى زيادة تأهيلهم بإقامة الدورات والدروس واللقاءات مع العلماء والمتخصصين في هذا المجال.

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

(4) العناية بالمسلمين الجدد الذين يتم إسلامهم على يد دعاة المؤسسة أو في المساجد والمراكز الإسلامية وذلك بالحرص على تعليمهم وتزويدهم بما يعينهم على تثبيتهم وتقوية إيمانهم.

(5) حصر وانتقاء المواد الدعوية المناسبة بمختلف أنواعها وتزويد المساجد والمراكز الإسلامية بها وتيسير انتفاع الجميع منها.

(6) القيام على تنفيذ عدد من المشاريع الدعوية المتنوعة والمتميزة الموجهة إلى غير المسلمين على نطاق واسع، والإشراف على إقامة معارض ثابتة ومتنقلة تحكي حضارة المسلمين ومساهمتهم في البناء الحضاري العالمي.

(7) إقامة وتنظيم عدد من اللقاءات والمؤتمرات المصغرة في الجامعات وغيرها من الأماكن المناسبة للتعريف بالإسلام وبيان محاسنه.

(8) استغلال أفضل الوسائل الدعوية الحديثة ومن أبرزها شبكة الإنترنت لإقامة موقع متميز يمكن بواسطته تحقيق كثير من الأهداف.

## الميزانية السنوية المقدرة:

(1) *رواتب الموظفين الشهرية:*

| | |
|---|---|
| ــــ مدير عام للمؤسسة. | 3500 دولار |
| ــــ داعية مقيم ومشرف على الدعاة. | 3000 دولار |
| ــــ 10 دعاة ميدانيين**. | 2800 دولار (للداعيةالواحد) |
| ــــ محاسب مالي. | 3000 دولار |
| ــــ سكرتير. | 2500 دولار |
| ــــ داعية متخصص مشرف على موقع الإنترنت. | 3000 دولار |
| ــــ عامل خدمات. | 1500 دولار |

(2) *مقر المؤسسة:*

يحتوي على( ستة مكاتب، صالة محاضرات ، معرض دائم، مستودع...)
يقدر استئجاره الشهري بـ 7000 آلاف دولار.

---

** يقوم هؤلاء الدعاة بمهمات متنوعة منها إلقاء المحاضرات والدروس في الجامعات ونحوها، وبعضهم يقوم بزيارات ميدانية للسجون، وبعضهم يقوم بمهمة الوقوف بجانب طاولات توضع في الجامعات والأسواق والمعارض العامة وغيرها من الأماكن المناسبة بحيث يعرض عليها بعض الكتيبات والنشرات عن الإسلام ليتولى توزيعها والإجابة عن الاستفسارات، إلى غير ذلك من المهمات والأعمال التي ورد ذكر بعضها في الأهداف السابقة.

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

(3) نفقات شهرية عامة:

تشمل (تمويل الأنشطة، أجور المحامين، فواتير الخدمات، الصيانة، مصاريف الدعاية، النثريات المختلفة...) تقدر بـ 15000 دولار شهريا.

اجمالي الميزانية السنوية 798000 دولار

## تكاليف أخرى:

- سيارة نقل تقدر بـ 15 ألف دولار.
- استثمار وقفي يعود ريعه على تغطية نفقات المؤسسة المستقبلية يبدأ بـ 450 ألف

وختاما فإننا نسأل الله أن يعظم مثوبتكم على ما تحملون من هم لرفعة الإسلام وعزه و ما تبذلون في سبيل ذلك، وأن يجعل ذلك في موازين حسناتكم، كما نسأله تعالى أن يعيننا على مهمة الإشراف على هذا المشروع والقيام عليه، وأن يجعل ذلك خالصا لوجهه و ابتغاء مرضاته، إنه سبحانه خير مسؤول.

وصلى الله على نبينا محمد وعلى آله وصحبه وسلم.

الداعية في ولاية كاليفورنيا الأمريكية
وإمام مسجد الملك فهد في لوس أنجلوس
[illegible]
فهد بن إبراهيم الثميري

رئيس نادي الطلبة السعوديين في لوس أنجلوس
طالب دكتوراه في جامعة جنوب كاليفورنيا
صالح بن إبراهيم الفريح

PUBLIC FILING

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project Name:** 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))

**Document title**: KSA0000008785

**Language**: Arabic > English

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli **Date**: November 14, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project Name:** 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))

**Document title**: KSA0000008786

**Language**: Arabic > English

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli **Date**: November 14, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project Name:** 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))

**Document title**: KSA0000008787

**Language**: Arabic > English

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli

**Date**: November 14, 2019