# Exhibit 34

## KSA 7319-20

In the name of Allah, the Gracious, the Merciful

Royal Consulate General
of Saudi Arabia
Los Angeles

[*Emblem of Saudi Arabia*]

[Duplicate Text]

His Eminence Sheikh Saleh bin Abdel Aziz bin Mohamed Al al Sheikh, may Allah bless him
Minister of Islamic Affairs, Endowments, Da'wah, and Guidance

May the peace, mercy, and blessings of Allah be upon you.

I am pleased to refer to Your Eminence's Letter No. 398/KH/S, dated 07/09/1421 AH (December 04, 2000 AD), highlighting the transfer made to the Consulate's account in the sum of $650,000.00 USD as a donation from the Custodian of the Two Holy Mosques, may Allah bless him, to pay the remaining amount for the construction of the Mosque of the Custodian of the Two Holy Mosques in Los Angeles.

I am pleased to inform Your Eminence that on Friday 12/09/1421 AH (December 09, 2000 AD), I met with Mr. Howard Shinn, President of PERT CONSTRUCTION Co. Inc., the company executing the project, Mr. Osman Kaldrim of the Foundation of Shaikh Ibn Taymiyyah, and Sheikh Fahad al Thumairy of the Ministry of Islamic Affairs, in the presence of Mr. Daniel Behesinilian, the lawyer dealing with the Consulate. At that meeting, it was agreed to divide the amount due into two installments. The first installment shall be a check of $591,246.66 USD to be handed over to Mr. Howard Shinn at that day. The second installment shall be a sum of $54,353.95 USD to be held by the Foundation of Shaikh Ibn Taymiyyah until the contractor is done with some work that has not been completed in accordance with the minutes prepared following that meeting. (A copy of the minutes is enclosed herewith.)

For your review and feedback about the extra amount of $4,392.89 USD. The amount due the company is $645,600.61 USD only.

Our thanks and appreciation to Your Eminence for your kind attention.

May the peace, mercy, and blessings of Allah be upon you.

Consul General
Ambassador Mohamed bin Abdel Rahman al Salloum
[*Handwritten Signature*]

KH 173
[**Handwriting**: *628*]

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000007319

March 9, 2021
Exhibit
ABDULLAH AL-AWAD
466

In the name of Allah, the Gracious, the Merciful

[**Bilingual Text**: *Royal Consulate General of Saudi Arabia – Los Angeles*]

بسم الله الرحمن الرحيم

Royal Consulate General of Saudi Arabia Losangeles

القنصلية العامة للمملكة العربية السعودية
لوس انجليس

December 8, 2000

## <u>Letter of Agreement</u>

It is hereby agreed between Mr. Howard Shinn, President of PERT CONSTRUCTION Co. Inc., General Contractor for the Islamic Foundation Project located at 10980 Washington Blvd., Culver City and the Islamic Foundation that a payment (progress payment) of five hundred ninty one thousand, two hundred fourty six dollars and 66 cents ($591,246.66) is being made this 8th day of December, by the Royal Consulate General of Saudi Arabia to Pert Construction. A second check in the amount of Fifty four thousand , three hundred fifty three and 95 cents (54,353.95) is delivered this day, payable to Pert Construction <u>to be held</u> by the Islamic Foundation until :

(1) All construction is completed in a satisfactory manner.
(2) Pert files a notice of completion with all appropriate release filed by <u>all</u> subcontractors.
(3) Any and all mechanic, liens have been removed and cancelled. This includes all liens filed by any subs before or after this date.

This agreement has been signed in the office of H.E. Ambassador Mohammed Al-Salloum at the Royal Consulate General of Saudi Arabia. Osman Kaldirim, Secretary and TREASURER of the Foundation and Shiekh Fahad Althumairy.
Executed in Los Angeles, California
Dated this 8th day of December 2000.

<u>Osman Kaldirim</u>

<u>Howard Shinn</u>

<u>Fahad Althumairy</u>
12/8/2000

<u>witnessed by:</u>

<u>Daniel Behesinilian</u>

الاتفاقية التي تم توقيعها من قبل الأطراف المعنية
في مكتب القنصل العام في لوس انجلس .

[**Handwritten Text**: *The agreement signed by the parties concerned at the Consul General's office in Los Angeles*]

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000007320

*Royal Consulate General*
*of Saudi Arabia*
*Los Angeles*

المملكة العربية السعودية
لوس انجلوس

صاحب المعالي الشيخ/صالح بن عبدالعزيز بن محمد آل الشيخ حفظه الله
وزير الشئون الإسلامية والأوقاف والدعوة والإرشاد

السلام عليكم ورحمة الله وبركاته، أما بعد:-

فيسرني الإشارة إلى خطاب معاليكم رقم ٣٩٨/خ/ص وتاريخ ١٤٢١/٩/٧هـ والمشار فيه إلى الحوالة المحولة لحساب القنصلية بمبلغ وقدره (٦٥٠,٠٠٠) دولاراً تبرعاً من خادم الحرمين الشريفين -أيده الله- لسداد قيمة ما تبقى من بناء مسجد خادم الحرمين الشريفين في لوس أنجلوس.

يطيب لي إفادة معاليكم بأنني إجتمعت يوم الجمعة ١٤٢١/٩/١٢هـ بكل من رئيس شركة بيرت المنفذة للمشروع السيد/هاوارد شن، والسيد عثمان كالدريم من مؤسسة الشيخ إبن تيمية، والشيخ فهد الثميري من وزارة الشئون الإسلامية، وبحضور المحامي الذي تتعامل معه القنصلية السيد/دانيال بيهسنيليان. وقد تم الإتفاق في ذلك الإجتماع على تجزئة المبلغ المستحق على دفعتين الأولى بشيك بمبلغ (٥٩١,٢٤٦,٦٦) دولاراً يسلم للسيد/هاوارد شن في ذلك اليوم، والثاني بمبلغ (٥٤,٣٥٣,٩٥) يحتفظ به لدى مؤسسة الشيخ إبن تيمية لحين إنهاء المقاول من بعض الأعمال التي لم تستكمل وفقاً للمحضر المُعد على إثر ذلك الإجتماع (مرفق صورة منه).

أرجو التلطف بالإحاطة، والإفادة حيال المبلغ الفائض وقدره (٤٣٩٢,٨٩) دولاراً حيث أن المستحق للشركة (٦٤٥٫٦٠٠,٦١) دولاراً فقط.

شاكراً ومقدراً لمعاليكم كريم إهتمامكم.

والسلام عليكم ورحمة الله وبركاته.

القنصل العام

[signature]

السفير/محمد بن عبدالرحمن السلوم

٦٢٨
١٧٣٤

PUBLIC FILING

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

Royal Consulate General
of Saudi Arabia
Los Angeles

قنصلية المملكة العربية السعودية العامة
لوس أنجلوس

December 8, 2000

## Letter of Agreement

It is hereby agreed between Mr. Howard Shinn, President of PERT CONSTRUCTION Co. Inc., General Contractor for the Islamic Foundation Project located at 10980 Washington Blvd., Culver City and the Islamic Foundation that a payment (progress payment) of five hundred ninty one thousand, two hundred fourty six dollars and 66 cents ($591,246.66) is being made this 8th day of December, by the Royal Consulate General of Saudi Arabia to Pert Construction. A second check in the amount of Fifty four thousand , three hundred fifty three and 95 cents (54,353.95) is delivered this day, payable to Pert Construction to be held by the Islamic Foundation until :

(1) All construction is completed in a satisfactory manner.
(2) Pert files a notice of completion with all appropriate release filed by all subcontractors.
(3) Any and all mechanic, liens have been removed and cancelled. This includes all liens filed by any subs before or after this date.

This agreement has been signed in the office of H.E. Ambassador Mohammed Al-Salloum at the Royal Consulate General of Saudi Arabia. Osman Kaldirim, Secretary and TREASURER of the Foundation and Shiekh Fahad Althumairy.
Executed in Los Angeles, California
Dated this 8th day of December 2000.

Osman Kaldirim

Howard Shinn

Fahad Althumairy
12/8/2000

witnessed by:
Daniel Behesinilian

الاتفاقية التي تم توقيعها من قبل الأطراف المعنية
في مكتب القنصل العام في لوس أنجلوس .

PUBLIC FILING

KSA0000007320

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210226_EY3

**Language**: Arabic

**Document title**: KSA0000007319

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 4, 2021 14:52 CST)

**Date**: Mar 4, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210226_EY3

**Language**: Arabic

**Document title**: KSA0000007320

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 4, 2021 14:51 CST)

**Date**: Mar 4, 2021