# Exhibit 42

## KSA 8594-8607

**RÉSUMÉ**

**MUSAED BIN AHMED BIN ABDEL AZIZ AL JARRAH**

Ministry of Education – Rank (14)

National ID No. 1017407105
Tel. 00966506402944
00212642828214
Email: mjarrah@moe.gov.sa

Job Title: Cultural Attaché

- **ACADEMIC DEGREES:**
  - Master's degree in "Education and Human Resources Development", Major: Higher Education Administration, George Washington University, Washington, D.C., 1995;
  - Bachelor's Degree in Economics, Imam Muhammad bin Saud University, Riyadh, 1986.

- **APPLIED EXPERIENCE:**
  - 1987-1989 Studies and Information Administration, Imam Muhammad bin Saud University, Riyadh
  - 1989-1990 Planning Administration in the University "Planning Researcher"
  - 1991-1993 Working at the Embassy of the Custodian of the Two Holy Mosques in Washington, D.C., Islamic Affairs Division
  - 1993-1998 Supervisor of relationships and protocol at the Islamic Affairs Division in the Saudi Embassy, Washington, D.C.
  - 1999-2006 Assistant President of the Islamic Affairs Division in the Saudi Embassy
  - 2007 Member of the inauguration committee of the Saudi Cultural Missions to Malaysia, India, China, Japan, and Singapore; supervisor of the Saudi Mission to Malaysia
  - 2008-2010 Cultural Attaché to Malaysia
  - 2011-2016 Cultural Attaché to Lebanon
  - 2016-2018 Cultural Attaché to the UAE
  - 2018-2019 Cultural Attaché to Morocco

KSA0000008594

# RÉSUMÉ

[**Handwriting**: *216*]

**MUSAED BIN AHMED BIN ABDEL AZIZ AL JARRAH**

- **ACADEMIC DEGREES:**

  - Bachelor's Degree in Economics, Imam Muhammad bin Saud Islamic University, 1986;
  - Master's degree in "Education and Human Resources Development", Major: Higher Education Administration, George Washington University, Washington, D.C., 1995.

- **TRAINING COURSES:**

1. Course: "Managing Individuals in the Governmental Establishments", Georgetown University, Washington, D.C., 1997;
2. Course: "Financial Transactions on the Computer", New Technology Institute, Virginia, 1997;
3. Course: "Foundations of Spanish", LADO Institute, Virginia, 1999;
4. Course: "Tasks of the Protocol Personnel in the Diplomatic Corps", Lancaster Institute, Washington, D.C., 1992;
5. Course: "Principles of Computer Sciences", New Horizons Computer Learning Centers, Baltimore, Maryland, 1992;
6. Course: "Bank Transactions for Embassies", Riggs Bank, Washington, D.C., 1996;
7. Course: "Banking Services Online", Riggs Bank, Washington, D.C., 2000.

[**Handwriting**: *217*]

- **APPLIED EXPERIENCE:**

  - 1987-1989 Studies and Information Administration, Imam Muhammad bin Saud Islamic University
  - 1989-1990 Planning Administration in the University "Planning Researcher"
  - 1991-1993 Financial affairs officer at the Islamic Affairs Division in the Embassy of the Custodian of the Two Holy Mosques in Washington, D.C.
  - 1993-1998 Supervisor of relationships and protocol at the Islamic Affairs Division in the Embassy
  - 1999-2000 Vice President of the Islamic Affairs Division in the Embassy
  - 2001-2007 President of the Islamic Affairs Division in the Saudi Embassy and Ambassador's Advisor for Cultural and Islamic Affairs

- **COMMITTEES AND TASKS:**

- Member of the Saudi-US Committee for Peace, of the United States Institute of Peace affiliated with the Congress, 2002 to present;
- Member of the Administrative Development Committee, Embassy of the Custodian of the Two Holy Mosques in Washington, D.C., 2001 to present;
- Supervisor of the selection of the Saudi Kingdom's guests from America to observe the Hajj through the hospitality of the Royal Protocols, 1998 to present;
- Member of the committee selecting the Saudi Kingdom's guests from America to attend and participate in the Al-Jenadriyah Festival, 1997 to present;
- Member of the communication committee with the Saudi students' clubs in America, 1995 to present;
- Member of the Economic Development Authority of the city of Falls Church, Virginia, 1997 to present;

[**Handwriting**: *218*]

- Representative of the Imam Muhammad bin Saud University at the US University in Washington, D.C. for the cooperation program between the two universities, 2005 to present;
- Embassy's representative at the committee of purchasing the headquarters of the Islamic Sciences Institute in America, 1998;
- Coordination and participation with His Excellency Director of the Imam Muhammad bin Saud University on his visits to Howard University in Washington, D.C., University of San Diego, and California State University, San Bernardino, in Los Angeles, 2004;
- Embassy's representative in the Arab Dialogue Center in Virginia, 1999 to present;
- Embassy's representative in the Council on American–Islamic Relations (CAIR), 1999 to present;
- Member of the Solidarity Cultural Association in Chicago, 2000 to present;
- Embassy's representative in the United States Institute of Peace affiliated with the Congress and coordinator of the visit of the Saudi academic delegation to the Institute, 2005;
- Supervisor of the inauguration of the Cultural Center in Cincinnati, Ohio, under the auspices of His Highness the Ambassador, 1996;
- Administrative and financial supervisor of the global Islamic delegation during their visit to America after the 9/11 incidents, 2002;
- Member of the reception committee of His Royal Highness the Crown Prince during his visit to America, 2004;
- Embassy's representative in the Conference on Dialogue of Civilizations, held in the Washington National Cathedral in Washington, D.C., 2003;
- Member of the International Friendship Committee in George Washington University, 1994 to present;
- Embassy's representative in the Annual Conference Against Racism in Washington. D.C., 2001 to present;
- Embassy's representative in the two courses held by the Islamic University for teaching Arabic in the summers of 2000 and 2001, Virginia;

[**Handwriting**: *219*]

- Member of the preparatory committee for the visit of the US President to the Islamic Center in Washington, D.C., immediately after the 9/11 incidents, 2001;
- Member of "The Kingdom in the Millennium" Committee, commemorating one hundred years for the unity of the Saudi Kingdom, Washington, D.C., 2000; and
- Embassy's representative in the Minorities Conference in the Cultural Center in Argentina, 2002.

**PARTICIPATION:**

- Participation in the conference of the Middle East Studies Association "MESA", 1997-1998;
- Participation in the "Seminar of Teaching Arabic to the non-Arabic Speakers", held in the Islamic Sciences Institute, 2000;
- Participation in the "Asilah Festival" in Morocco, 1999;
- Participation in the "Nations Without Controversy" Conference in São Paulo, Brazil, 2001;
- Participation in the dialogues and seminars of the Religious Freedom Division in the US Department of State;
- Participation in the "Saudi Kingdom's Efforts in Supporting the Developing Countries" Seminar, Howard University, Washington, D.C., 2002;
- Participation in the "Strategic Importance of the Saudi-Japanese Relations" Seminar, Institute of Arabic Sciences, Tokyo, 2004;
- Participation in the "Administrative Planning for the Governmental Establishments" Seminar, in the US Department of State, 2005;
- The "Cultural Relationships between the World Nations and America" Seminar in the Islamic-Christian Studies Center, Georgetown University, 2003 (Attendance);
- The "Bilateral Agreements in the Field of Cultural Exchange Among Countries" Seminar, John Hopkins University, Baltimore, 1998 (Attendance);

[**Handwriting**: *220*]

- **AWARDS:**

  - Honorary Medal of His Royal Highness Prince Bandar bin Sultan, 2004;
  - Honorary Medal from the US Warriors Council of the US Department of Defense, 2002;
  - Certificate of Recognition from the Islamic University in Medina, 2000;
  - Certificate of Recognition from the Islamic University in Medina, 2001;
  - Certificate of Recognition from the Saudi Students Club, Washington, D.C., 1992;
  - Certificate of Recognition for cooperation from George Washington University, Washington, D.C., 1995;
  - Certificate of Recognition from the National Museum in Chicago, 1992;
  - Certificate of Recognition from the Students Union in George Washington University, Washington, D.C., 1993;
  - Certificate of Recognition from the Arab Dialogue Center, 2002;
  - Certificate of Recognition from the ICNA Relationships Council, 2002;
  - Certificate of Recognition from the Arabic Network Broadcasting in Washington, D.C., 2001;
  - Certificate of Recognition from the NOVA Community College, Virginia, 2003;
  - Certificate of Recognition from the Global Harmony House in New York, 2005;

[**Handwriting**: *204*]

- **AWARDS:**

  - Honorary Medal of His Royal Highness Prince Bandar bin Sultan, 2004;
  - Honorary Medal from the US Warriors Council of the US Department of Defense, 2002;
  - Certificate of Recognition from the Islamic University in Medina, 2000;
  - Certificate of Recognition from the Islamic University in Medina, 2001;
  - Certificate of Recognition from the Saudi Students Club, Washington, D.C., 1992;
  - Certificate of Recognition for cooperation from George Washington University, Washington, D.C., 1995;
  - Certificate of Recognition from the National Museum in Chicago, 1992;
  - Certificate of Recognition from the Students Union in George Washington University, Washington, D.C., 1993;
  - Certificate of Recognition from the Arab Dialogue Center, 2002;
  - Certificate of Recognition from the ICNA Relationships Council, 2002;
  - Certificate of Recognition from the Arabic Network Broadcasting in Washington, D.C., 2001;
  - Certificate of Recognition from the NOVA Community College, Virginia, 2003;
  - Certificate of Recognition from the Global Harmony House in New York, 2005;

[**Handwriting**: *189*]

- **APPLIED EXPERIENCE:**

  - 1987-1989 Studies and Information Administration, Imam Muhammad bin Saud Islamic University
  - 1989-1990 Planning Administration in the University "Planning Researcher"
  - 1991-1993 Financial affairs officer at the Islamic Affairs Division in the Embassy of the Custodian of the Two Holy Mosques in Washington, D.C.
  - 1993-1998 Supervisor of relationships and protocol at the Islamic Affairs Division in the Embassy
  - 1999-2000 Vice President of the Islamic Affairs Division in the Embassy
  - 2001-2007 President of the Islamic Affairs Division in the Saudi Embassy and Ambassador's Advisor for Cultural and Islamic Affairs

- **COMMITTEES AND TASKS:**

- Member of the Saudi-US Committee for Peace, of the United States Institute of Peace affiliated with the Congress, 2002 to present;
- Member of the Administrative Development Committee, Embassy of the Custodian of the Two Holy Mosques in Washington, D.C., 2001 to present;
- Supervisor of the selection of the Saudi Kingdom's guests from America to observe the Hajj through the hospitality of the Royal Protocols, 1998 to present;
- Member of the committee selecting the Saudi Kingdom's guests from America to attend and participate in the Al-Jenadriyah Festival, 1997 to present;
- Member of the communication committee with the Saudi students' clubs in America, 1995 to present;
- Member of the Economic Development Authority of the city of Falls Church, Virginia, 1997 to present;

**DATA SHEET**

**PERSONAL DATA**

| | | | | | |
|---|---|---|---|---|---|
| Name | Musaed bin Ahmed al Jarrah | | | | |
| Date of Birth | 01/07/1380 AH (December 20, 1960 AD) | Place of Birth | Harmah | Age | 60 |
| National ID No. | 1017407105 | | | | |
| Mobile Phone No. | 0506402944 | | | | |
| Email | Aljarrah2001@hotmail.com | | | | |

**EDUCATION DATA**

| | | | |
|---|---|---|---|
| Degree | Master's | Major | Human Resources Development "Higher Education Administration" |
| Graduation Year | 1995, George Washington University | | |
| Country of Graduation | United States of America | | |

**CAREER DATA**

| | | |
|---|---|---|
| Current Employer | Ministry of Education | |
| Career Performance Assessment for the Last Two Years | Excellent | Excellent |
| Number of Service Years | 29 years | |
| Last Three Job Titles | 1. The Cultural Attaché in Morocco;<br>2. The Cultural Attaché in Lebanon;<br>3. The Cultural Attaché in Malaysia;<br>4. Advisor of His Royal Highness the Ambassador, President of the Islamic Affairs Division, in the Embassy, Washington, D.C. | |
| Other Notes | | |

KSA0000008602

- **TRAINING COURSES**

1. Course: “English Language” from the General Department Institute in Riyadh, 1989;
2. Course: “Principles of Computer Sciences”, New Horizons Computer Learning Centers, Baltimore, Maryland, 1992;
3. Course: “Tasks of the Protocol Personnel in the Diplomatic Corps”, Lancaster Institute, Washington, D.C., 1992;
4. Course: “Bank Transactions for Embassies”, Riggs Bank, Washington, D.C., 1996;
5. Course: “Managing Individuals in the Governmental Establishments”, Georgetown University, Washington, D.C., 1997;
6. Course: “Financial Transactions on the Computer”, New Technology Institute, Virginia, 1997;
7. Course: “Spanish Language”, LADO Institute, Virginia, 1999;
8. Course: “Banking Services Online”, Riggs Bank, Washington, D.C., 2000; and
9. “Training Course for the Executive Directors,” Malaysian Ministry of Finance, 2009.

- **COMMITTEES AND TASKS**

- Member of the Administrative Development Committee, Embassy of the Custodian of the Two Holy Mosques in Washington, D.C., 2001;
- Supervisor of the selection of the Saudi Kingdom’s guests from America to observe the Hajj through the hospitality of the Royal Protocols, 1998-2006;

- Member of the Committee for the selection of guests of the Saudi Kingdom from America to attend and participate in the Al-Jenadriyah Festival, 1997-2006;
- Member of the communication committee with the Saudi students' clubs in America in the Embassy, 1995;
- Member of the Economic Development Authority of the city of Falls Church, Virginia, 1997 to present;
- Representative of the Imam Muhammad bin Saud University at the US University in Washington, D.C. for the cooperation program between the two universities, 2004-2006;
- Embassy's representative at the committee of purchasing the headquarters of the Islamic Sciences Institute in America, 1998;
- Participation with His Excellency Director of the Imam Muhammad bin Saud University on his visits to Howard University in Washington, D.C., University of San Diego, and California State University, San Bernardino, in Los Angeles, 2004;
- Embassy's representative in the Arab Dialogue Center in Virginia, 1999-2006;
- Embassy's representative in the Council on American–Islamic Relations (CAIR), 1999-2006;
- Member of the Solidarity Cultural Association in Chicago, 2000 to present;
- Coordinator of the visit of the Saudi academic delegation to the United States Institute of Peace affiliated with the Congress, 2005;
- Supervisor of the inauguration of the Cultural Center in Cincinnati, Ohio, under the auspices of His Highness the Ambassador, 1996; and
- Coordinator and supervisor of the visit of the world Islamic delegation to America after the 9/11 incidents, 2002.

KSA0000008604

- Embassy's representative in the Conference on Dialogue of Civilizations, held in the Washington National Cathedral in Washington, D.C., 2003;
- Member of the International Friendship Committee in George Washington University, Washington, D.C., 1994;
- Embassy's representative in the Annual Conference Against Racism in Washington, D.C., 2001;
- Embassy's representative in the two courses held by the Islamic University for teaching Arabic in the summers of 2000 and 2001, Virginia;
- Member of "The Kingdom in the Millennium" Committee, commemorating one hundred years for the unity of the Saudi Kingdom, Washington, D.C., 2000; and
- Embassy's representative in the Minorities Conference in the Cultural Center in Argentina, 2001.

**PARTICIPATION**

- Participation in the conference of the Middle East Studies Association "MESA", 1997-1998;
- Participation in the "Seminar of Teaching Arabic to the non-Arabic Speakers", São Paulo, Brazil, 2000;
- Participation in the "Asilah Cultural Festival in Morocco," in 1999 and 2000;
- Participation in the "Saudi Kingdom's Efforts in Supporting the Developing Countries" Seminar, Howard University, Washington, D.C., 2002;
- Participation in the "Strategic Importance of the Saudi-Japanese Relations" Seminar, Institute of Arabic Sciences, Tokyo, 2004;

- The "Administrative Planning for the Governmental Establishments" Seminar, in the US Department of State, 2005 (Attendance);
- The "Cultural Relationships between the World Nations and America" Seminar in the Islamic-Christian Studies Center, Georgetown University, 2003 (Attendance);
- The "Bilateral Agreements in the Field of Cultural Exchange Among Countries" Seminar, John Hopkins University, Baltimore, 1998 (Attendance); and
- Participation in "The Concept of Terrorism" Seminar, in the Institute of Peace affiliated with the Congress, 2005.

- **AWARDS**

  - Honorary Medal of His Royal Highness Prince Bandar bin Sultan from the Embassy, 2006;
  - Honorary Medal from the US Department of Defense (The US Warriors Council), 2002;
  - Certificate of Recognition from the Islamic University in Medina, 2000;
  - Certificate of Recognition from the Saudi Students Club, Washington, D.C., 1992;
  - Certificate of Recognition for cooperation from George Washington University, Washington, D.C., 1995;
  - Certificate of Recognition from the National Museum in Chicago, 1992;
  - Certificate of Recognition from the Arab Dialogue Center, 2002;
  - Certificate of Recognition from the ICNA Relationships Council, 2002;
  - Certificate of Recognition from the Arabic Network Broadcasting in Washington, D.C., 2001;
  - Certificate of Recognition from the NOVA Community College, Virginia, 2003;
  - Certificate of Recognition from the Global Harmony House in New York, 2005;
  - Certificates of Recognition and Honorary Medals from the Malaysian universities;
  - Certificates of Recognition from the Saudi universities;
  - Certificate of Recognition from the Malaysian Ministry of Higher Education;
  - Certificate of Recognition from the Arab Cultural Club in Beirut; and
  - Certificates of Recognition from some Lebanese universities.

# سيرة ذاتية

## مساعد بن أحمد بن عبدالعزيز الجراح

وزارة التعليم - المرتبة : (14) - هوية وطنية : 1017407105
- هاتف : 00966506402944
00212642828214
Email :mjarrah@moe.gov.sa

مسمى الوظيفة: **ملحق ثقافي**

- **المؤهل العلمي:**

  - **ماجستير في "التعليم وتنمية الموارد البشرية"، تخصص إدارة التعليم العالي Higher Education Administration** من جامعة جورج واشنطن دي سي عام 1995م.
  - **بكالوريوس اقتصاد** من جامعة الإمام محمد بن سعود في الرياض عام 1986م.

- **الخبرات التطبيقية:**

  - 1987 - 1989م إدارة الدراسات والمعلومات بجامعة الإمام محمد بن سعود في الرياض.
  - 1989 - 1990م إدارة التخطيط بالجامعة " باحث تخطيط ".
  - 1991 - 1993م العمل في سفارة خادم الحرمين الشريفين في واشنطن في قسم الشؤون الإسلامية.
  - 1993 - 1998م المشرف على العلاقات والمراسم في قسم الشؤون الإسلامية بالسفارة في واشنطن.
  - 1999 – 2006م مساعد رئيس قسم الشؤون الإسلامية بالسفارة.
  - 2007م عضو لجنة افتتاح الملحقيات الثقافية في كل من ماليزيا، الهند، الصين، اليابان، سنغافورة، والمشرف على الملحقية الثقافية في ماليزيا.
  - 2008 - 2010 الملحق الثقافي في ماليزيا.
  - 2011 - 2016م الملحق الثقافي في لبنان.
  - 2016 - 2018م الملحق الثقافي في الإمارات.
  - 2018م - 2019 الملحق الثقافي في المغرب.

# سيرة ذاتية

## مساعد بن أحمد بن عبدالعزيز الجراح

- **المؤهل العلمي :**
  - بكالوريوس اقتصاد من جامعة الإمام محمد بن سعود الإسلامية عام ١٩٨٦م .
  - ماجستير في " التعليم وتنمية الموارد البشرية" ، تخصص "إدارة التعليم العالي Higher Education Admistration" من جامعة جورج واشنطن عام ١٩٩٥م

- **الدورات التدريبية :**

١. دورة "إدارة الأفراد في المؤسسات الحكومية" ، جامعة جورج تاون بواشنطن عام ١٩٩٧م
٢. دورة " التعاملات المالية عبر الحاسب الآلي معهد نيو تيوتكنلوجي " في فرجينيا عام ١٩٩٧م
٣. دورة " مبادئ اللغة الإسبانية " في معهد لادوإنستيبيوت في فرجينيا عام ١٩٩٩م
٤. دورة " مهام موظفي البرتوكول في السلك الدبلوماسي" ، معهد لانكسترا في واشنطن دي سي عام ١٩٩٢م
٥. دورة " أساسيات في علوم الحاسب الآلي" من نيوهورايزن في بلتيمور ولاية ميرلاند عام ١٩٩٢م
٦. دورة " التعاملات البنكية للسفارات " في بنك ريجز واشنطن عام ١٩٩٦م
٧. دورة " الخدمات البنكية عبر الانترنت " في بنك ريجز واشنطن عام ٢٠٠٠م

C171



PUBLIC FILING

C172

- **الخبرات التطبيقية :**

  - ١٩٨٧- ١٩٨٩م إدارة الدراسات والمعلومات بجامعة الإمام محمد بن سعود الإسلامية.
  - ١٩٨٩- ١٩٩٠م إدارة التخطيط بالجامعة " باحث تخطيط".
  - ١٩٩١- ١٩٩٣م مسؤول الشؤون المالية في قسم الشؤون الإسلامية بسفارة خادم الحرمين الشريفين بواشنطن.
  - ١٩٩٣- ١٩٩٨م المشرف على العلاقات – المراسم في الشؤون الإسلامية بالسفارة.
  - ١٩٩٩- ٢٠٠٠م نائب رئيس الشؤون الإسلامية بالسفارة
  - ٢٠٠١- ٢٠٠٧م رئيس الشؤون الإسلامية بالسفارة ومستشار السفير للشؤون الثقافية والإسلامية.

- **اللجان والمهام :**

- عضو اللجنة السعودية الأمريكية للسلام التابعة لمعهد السلام في الكونجرس ٢٠٠٢م – تاريخه.
- عضو لجنة التطوير الإداري بسفارة خادم الحرمين الشريفين بواشنطن ٢٠٠١م- تاريخه.
- المشرف على اختيار ضيوف المملكة من أمريكا لأداء فريضة الحج على ضيافة المراسم الملكية ١٩٩٨م - تاريخه.
- عضو لجنة اختيار ضيوف المملكة من أمريكا للحضور والمشاركة في مهرجان الجنادرية ١٩٩٧م- تاريخه.
- عضو لجنة التواصل مع أندية الطلبة السعوديين في أمريكا عام ١٩٩٥- تاريخه.
- عضو الجمعية الاقتصادية لمدينة فولتس تشرش في ولاية فرجينيا عام ١٩٩٧- تاريخه.

CV

- ممثل جامعة الإمام لدى الجامعة الأمريكية بواشنطن لبرنامج التعاون بين الجامعتين ٢٠٠٥م- تاريخه.
- ممثل السفارة في لجنة شراء مقر معهد العلوم الإسلامية في أمريكا عام ١٩٩٨م.
- التنسيق والمشاركة مع معالي مدير جامعة الإمام في زياراته لكلٍ من جامعة هورد في واشنطن، وجامعة سان ديغو، وجامعة سان برندنييو في لوس انجلوس عام ٢٠٠٤م.
- ممثل السفارة في مركز الحوار العربي في فرجينيا عام ١٩٩٩- تاريخه.
- ممثل السفارة في مجلس العلاقات الإسلامية الأمريكية (كير) عام ١٩٩٩م- تاريخه.
- عضو جمعية التكافل الثقافية في شيكاغو عام ٢٠٠٠- تاريخه.
- ممثل السفارة في معهد السلام التابع للكونجرس ومنسق زيارة الوفد الأكاديمي السعودي للمعهد عام ٢٠٠٥م.
- المشرف على افتتاح المركز الثلقي في سنسناتي بولاية أوهايو برعاية سمو السفير عام ١٩٩٦٦م.
- المشرف الإداري والمالي للوفد الإسلامي العالمي أثناء زيارته لأمريكا بعد أحداث سبتمبر عام ٢٠٠٢م.
- عضو لجنة استقبال سمو ولي العهد أثناء زيارته لأمريكا عام ٢٠٠٤م.
- ممثل السفارة في مؤتمر حوار الحضارات والمنعقد في الكاثدرالية العالمية بواشنطن عام ٢٠٠٣م.
- عضو لجنة الصداقة الدولية في جامعة جورج واشنطن عام ١٩٩٤م- تاريخه.
- ممثل السفارة في المؤتمر السنوي للتمييز العنصري في واشنطن دي سي عام ٢٠٠١م – تاريخه.
- ممثل السفارة في الدورتين التي أقامتهما الجامعة الإسلامية عن تعليم اللغة العربية في صيفي ٢٠٠٠و ٢٠٠١م في ولاية فرجينيا.

- عضو اللجنة التحضيرية لزيارة الرئيس الأمريكي للمركز الإسلامي بواشنطن بعد أحداث سبتمبر مباشرة عام ٢٠٠١م.
- عضو لجنة " المملكة في المئوية " بمناسبة مرور مائة عام على توحيد المملكة والمقامة في واشنطن عام ٢٠٠٠م.
- ممثل السفارة في مؤتمر الأقليات بالمركز الثقافي بالأرجنتين عام ٢٠٠٢م

- **المشاركات :**

  - المشاركة في مؤتمر "**الميسا**" مركز دراسات الشرق الأوسط ٩٧- ١٩٩٨م
  - المشاركة في " **ندوة تعليم اللغة العربية لغير الناطقين** " بها والمقامة في معهد العلوم الإسلامية عام ٢٠٠٠م
  - المشاركة في " **مهرجان أصيلة بالمغرب** " عام ١٩٩٩م
  - المشاركة في مؤتمر "**شعوب بلا خلاف** " في سان باولو في البرازيل عام ٢٠٠١م
  - المشاركة في حوارات وندوات قسم حرية الأديان في وزارة الخارجية الأمريكية .
  - المشاركة في " **ندوة جهود المملكة العربية السعودية لدعم الدول النامية**" في جامعة هورد بواشنطن عام ٢٠٠٢م
  - المشاركة في ندوة " **الأهمية الإستراتيجية للعلاقات السعودية اليابانية** " والمنعقدة في معهد العلوم العربية في طوكيو عام ٢٠٠٤م
  - المشاركة في ندوة " **التخطيط الإداري للمؤسسات الحكومية** " في وزارة الخارجية الأمريكية عام ٢٠٠٥م
  - ندوة "**العلاقات الثقافية بين شعوب العالم وأمريكا** "في مركز الدراسات الإسلامية المسيحية في جامعة جورج تاون عام ٢٠٠٣م (حضور).
  - ندوة "**الاتفاقيات الثنائية في مجال التبادل الثقافي بين الدول**" في جامعة جون هيكنز في بلتمور عام ١٩٩٨م (حضور).

cc

- **شهادات تقدير :**
  - درع صاحب السمو الملكي الأمير بندر بن سلطان عام ٢٠٠٤م.
  - درع تقدير من مجلس المحاربين الأمريكان التابع لوزارة الدفاع الأمريكية عام ٢٠٠٢م.
  - شهادة تقدير من الجامعة الإسلامية بالمدينة المنورة عام ٢٠٠٠م.
  - شهادة تقدير من الجامعة الإسلامية بالمدينة المنورة عام ٢٠٠١م.
  - شهادة شكر وتقدير من نادي الطلبة السعوديين بواشنطن عام ١٩٩٢م.
  - شهادة شكر وتقدير للتعاون من جامعة جورج بواشنطن عام ١٩٩٥م.
  - شهادة شكر وتقدير من المتحف الوطني بشيكاغو عام ١٩٩٢م.
  - شهادة شكر وتقدير من اتحاد الطلبة بجامعة جورج بواشنطن عام ١٩٩٣م.
  - شهادة شكر وتقدير من مركز الحوار العربي عام ٢٠٠٢م.
  - شهادة شكر وتقدير من مجلس علاقات ICNA عام ٢٠٠٢م.
  - شهادة شكر وتقدير من إذاعة الشبكة العربية في واشنطن عام ٢٠٠١م.
  - شهادة شكر وتقدير من كلية المجتمع نوفا NOVA في فرجينيا عام ٢٠٠٣م.
  - شهادة شكر وتقدير من دار السلام العالمية في نيويورك عام ٢٠٠٥م.

- **شهادات تقدير :**

  - درع صاحب السمو الملكي الأمير بندر بن سلطان عام ٢٠٠٤م
  - درع تقدير من مجلس المحاربين الأمريكان التابع لوزارة الدفاع الأمريكية عام ٢٠٠٢م
  - شهادة تقدير من الجامعة الإسلامية بالمدينة المنورة عام ٢٠٠٠م
  - شهادة تقدير من الجامعة الإسلامية بالمدينة المنورة عام ٢٠٠١م
  - شهادة شكر وتقدير من نادي الطلبة السعوديين بواشنطن عام ١٩٩٢م
  - شهادة شكر وتقدير للتعاون من جامعة جورج بواشنطن عام ١٩٩٥م
  - شهادة شكر وتقدير من المتحف الوطني بشيكاغو عام ١٩٩٢م
  - شهادة شكر وتقدير من اتحاد الطلبة بجامعة جورج بواشنطن عام ١٩٩٣م
  - شهادة شكر وتقدير من مركز الحوار العربي عام ٢٠٠٢م
  - شهادة شكر وتقدير من مجلس علاقات ICNA عام ٢٠٠٢م
  - شهادة شكر وتقدير من إذاعة الشبكة العربية في واشنطن عام ٢٠٠١م
  - شهادة شكر وتقدير من كلية المجتمع نوفا NOVA في فرجينيا عام ٢٠٠٣م
  - شهادة شكر وتقدير من دار السلام العالمية في نيويورك عام ٢٠٠٥م

١٢٩

- **الخبرات التطبيقية :**
  - ١٩٨٧- ١٩٨٩م إدارة الدراسات والمعلومات بجامعة الإمام محمد بن سعود الإسلامية.
  - ١٩٨٩- ١٩٩٠م إدارة التخطيط بالجامعة " باحث تخطيط".
  - ١٩٩١- ١٩٩٣م مسؤول الشؤون المالية في قسم الشؤون الإسلامية بسفارة خادم الحرمين الشريفين بواشنطن
  - ١٩٩٣- ١٩٩٨م المشرف على العلاقات – المراسم في الشؤون الإسلامية بالسفارة.
  - ١٩٩٩- ٢٠٠٠م نائب رئيس الشؤون الإسلامية بالسفارة
  - ٢٠٠١- ٢٠٠٧م رئيس الشؤون الإسلامية بالسفارة ومستشار السفير للشؤون الثقافية والإسلامية.

- **اللجان والمهام :**

- عضو اللجنة السعودية الأمريكية للسلام التابعة لمعهد السلام في الكونجرس ٢٠٠٢م – تاريخه.
- عضو لجنة التطوير الإداري بسفارة خادم الحرمين الشريفين بواشنطن ٢٠٠١م- تاريخه.
- المشرف على اختيار ضيوف المملكة من أمريكا لأداء فريضة الحج على ضيافة المراسم الملكية ١٩٩٨م - تاريخه.
- عضو لجنة اختيار ضيوف المملكة من أمريكا للحضور والمشاركة في مهرجان الجنادرية ١٩٩٧م- تاريخه.
- عضو لجنة التواصل مع أندية الطلبة السعوديين في أمريكا عام ١٩٩٥- تاريخه.
- عضو الجمعية الاقتصادية لمدينة فولتس تشرش في ولاية فرجينا عام ١٩٩٧- تاريخه.

## بطاقة بيانات

المعلومات الشخصية:

| | | | | | |
|---|---|---|---|---|---|
| الاسم | مساعد بن احمد الجراح | | | | |
| تاريخ الميلاد | 1380/7/1 | مكان الميلاد | حرمه | العمر | 60 |
| رقم الهوية الوطنية | 1017407105 | | | | |
| الجوال | 0506402944 | | | | |
| البريد الإلكتروني | Aljarrah2001@hotmail.com | | | | |

المعلومات التعليمية:

| | | | |
|---|---|---|---|
| المؤهل | ماجستير | التخصص | تنمية موارد بشرية " إدارية تعليم عالي" |
| سنة التخرج | 1995م جامعة جورج واشنطن | | |
| دولة التخرج | الولايات المتحدة الامريكية | | |

المعلومات الوظيفية:

| | | |
|---|---|---|
| جهة العمل الحالية | وزارة التعليم | |
| تقويم الأداء الوظيفي للعامين الأخيرين | ممتاز | ممتاز |
| عدد سنوات الخدمة | 29 سنة | |
| آخر ثلاث مهام تقلدها | 1. الملحق الثقافي في المغرب<br>2. الملحق ثقافي في لبنان.<br>3. الملحق الثقافي في ماليزيا.<br>4. مستشار سمو السفير رئيس الشؤون الإسلامية بالسفارة في واشنطن. | |
| ملاحظات أخرى | | |

- **الدورات التدريبية:**

١. دورة **اللغة الإنجليزية** في معهد الإدارة العامة في الرياض عام ١٩٨٩م.
٢. دورة " **أساسيات علوم الحاسب الآلي** " من نيوهورايزون في بلتيمور ولاية ميرلاند عام ١٩٩٢م.
٣. دورة " **مهام موظفي البروتوكول في السلك الدبلوماسي** "، معهد لانكسترا في واشنطن دي سي عام ١٩٩٢م.
٤. دورة " **التعاملات البنكية للسفارات** " في بنك ريجز واشنطن عام ١٩٩٦م.
٥. دورة " **إدارة الأفراد في المؤسسات الحكومية** "، جامعة جورج تاون بواشنطن عام ١٩٩٧م.
٦. دورة " **التعاملات المالية عبر الحاسب الآلي** " معهد نيوتكنولوجي في فرجينيا عام ١٩٩٧م.
٧. دورة " **اللغة الإسبانية** " في معهد لادو إنستيتيوت في فرجينيا عام ١٩٩٩م.
٨. دورة " **الخدمات البنكية عبر الإنترنت** " في بنك ريجز واشنطن عام ٢٠٠٠م.
٩. **الدورة التدريبية للمدراء التنفيذيين** في وزارة المالية الماليزية عام ٢٠٠٩م.

- **اللجان والمهام:**

- عضو لجنة التطوير الإداري بسفارة خادم الحرمين الشريفين بواشنطن عام ٢٠٠١م.
- المشرف على اختيار ضيوف المملكة من أميركا لأداء فريضة الحج على ضيافة المراسم الملكية ١٩٩٨م – ٢٠٠٦م.

- عضو لجنة اختيار ضيوف المملكة من أميركا للحضور والمشاركة في مهرجان الجنادرية ١٩٩٧ – ٢٠٠٦م.
- عضو لجنة التواصل مع أندية الطلبة السعوديين في أميركا في السفارة ١٩٩٥م.
- عضو الجمعية الاقتصادية لمدينة فولتس تشرش في ولاية فرجينيا عام ١٩٩٧ حتى تاريخه.
- ممثل جامعة الإمام محمد بن سعود لدى الجامعة الأميركية بواشنطن لبرنامج التعاون بين الجامعتين ٢٠٠٤ – ٢٠٠٦م.
- ممثل السفارة في لجنة شراء مقر معهد العلوم العربية في أميركا عام ١٩٩٨م.
- المشاركة مع معالي مدير جامعة الإمام لزيارة كلّ من جامعة هاورد في واشنطن دي سي وجامعة سان دييغو وجامعة سان برندنييو في لوس انجلس عام ٢٠٠٤م.
- ممثّل السفارة في مركز الحوار العربي في فرجينيا عام ١٩٩٩ – ٢٠٠٦م.
- ممثل السفارة في مجلس العلاقات الإسلامية الأميركية ( Cair ) عام ١٩٩٩ – ٢٠٠٦م.
- عضو جمعية التكافل الثقافية في شيكاغو ٢٠٠٠ – حتى تاريخه.
- منسّق زيارة الوفد الأكاديمي السعودي لمعهد السلام التابع للكونجرس عام ٢٠٠٥م.
- المشرف على افتتاح المركز الثقافي في سنسناتي بولاية أوهايو برعاية سمو السفير عام ١٩٩٦م.
- المنسق والمشرف على زيارة الوفد الإسلامي العالمي لأميركا بعد أحداث سبتمبر عام ٢٠٠٢م

- ممثّل السفارة في مؤتمر حوار الحضارات والمنعقد في الكاتدرائية العالمية بواشنطن عام ٢٠٠٣م.
- عضو لجنة الصداقة الدولية في جامعة جورج واشنطن عام ١٩٩٤م.
- ممثّل السفارة في المؤتمر السنوي للتمييز العنصري في واشنطن دي سي عام ٢٠٠١م.
- ممثّل السفارة في الدورتين التي أقامتهما الجامعة الإسلامية عن تعليم اللغة العربية في صيفي ٢٠٠٠ و ٢٠٠١م في ولاية فرجينيا.
- عضو لجنة " المملكة في المئوية " بمناسبة مرور مائة عام على توحيد المملكة والمقامة في واشنطن عام ٢٠٠٠م.
- ممثّل السفارة في مؤتمر الأقليات بالمركز الثقافي بالأرجنتين عام ٢٠٠١م.

- **المشاركات:**

- المشاركة في مؤتمر مركز دراسات الشرق الأوسط " **الميسا** " ١٩٩٧م – ١٩٩٨م.
- المشاركة في ندوة " **تعليم اللغة العربية لغير الناطقين بها** " في ساوباولو في البرازيل عام ٢٠٠٠م.
- المشاركة في " **مهرجان أصيلة الثقافي في المغرب** " عامي ١٩٩٩م و ٢٠٠٠م.
- المشاركة في ندوة " **جهود المملكة العربية السعودية لدعم الدول النامية** " في جامعة هورد بواشنطن عام ٢٠٠٢م.
- المشاركة في ندوة " **الأهمية الإستراتيجية للعلاقات السعودية اليابانية** " والمنعقدة في معهد العلوم العربية في طوكيو عام ٢٠٠٤م.

- ندوة " **التخطيط الإداري للمؤسسات الحكومية** " في وزارة الخارجية الأميركية عام ٢٠٠٥م ( حضور ).
- ندوة " **العلاقات الثقافية بين شعوب العالم وأميركا** " في مركز الدراسات الإسلامية المسيحية في جامعة جورج تاون عام ٢٠٠٣م ( حضور ).
- ندوة " **الاتفاقيات الثنائية في مجال التبادل الثقافي بين الدول** " في جامعة جون هبكنز في بلتيمور عام ١٩٩٨م ( حضور ).
- المشاركة في ندوة " **مفهوم الإرهاب** " في معهد السلام التابع للكونجرس عام ٢٠٠٥م.

PUBLIC FILING

- **شهادات تقدير:**

  - درع صاحب السمو الملكي الأمير بندر بن سلطان من السفارة عام ٢٠٠٦م.
  - درع من وزارة الدفاع الأميركية ( مجلس المحاربين الأمريكان ) عام ٢٠٠٢م.
  - شهادة تقدير من الجامعة الإسلامية بالمدينة المنورة عام ٢٠٠٠م.
  - شهادة شكر وتقدير من نادي الطلبة السعوديين بواشنطن عام ١٩٩٢م.
  - شهادة شكر وتقدير للتعاون مع جامعة جورج واشنطن عام ١٩٩٥م.
  - شهادة شكر وتقدير من المتحف الوطني بشيكاغو عام ١٩٩٢م.
  - شهادة شكر وتقدير من مركز الحوار العربي عام ٢٠٠٢م.
  - شهادة شكر وتقدير من مجلس علاقات ICNA عام ٢٠٠٢م
  - شهادة شكر وتقدير من إذاعة الشبكة العربية في واشنطن عام ٢٠٠١م.
  - شهادة شكر وتقدير من كلية المجتمع NOVA في فرجينيا عام ٢٠٠٣م.
  - شهادة شكر وتقدير من دار السلام العالمية في نيويورك عام ٢٠٠٥م.
  - شهادات تقدير ودروع من الجامعات الماليزية.
  - شهادات تقدير من الجامعات السعودية.
  - شهادة شكر وتقدير من وزارة التعليم العالي الماليزية.
  - شهادة شكر وتقدير من النادي الثقافي العربي في بيروت.
  - شهادات شكر من بعض الجامعات اللبنانية.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008594

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:15 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008595

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:15 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008596

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:14 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008597

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:14 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008598

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:18 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008599

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:18 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008600

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:15 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008601

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:15 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008602

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:15 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008603

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:15 CDT)

**Date**: Jun 14, 2021

GLOBO®

TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008604

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:17 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008605

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:17 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008606

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:17 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000008607

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:18 CDT)

**Date**: Jun 14, 2021