# Exhibit 58

## KSA 7930-33

February 10, 2021
Exhibit
QATTAN
**424**

[Handwriting]

*Unofficial Letters and Correspondence*

*5*

*Sealed*

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
Royal Embassy of Saudi Arabia
Washington, D.C. 20037

No. 10
Date: 22/01/1423 AH
Corresponding: April 05, 2002 AD
Attachments: ----

**CONFIDENTIAL**

His Royal Highness Prince Bandar bin Sultan bin Abdel Aziz, may Allah bless him
Ambassador of the Custodian of the Two Holy Mosques to the United States of America
May the peace, mercy, and blessings of Allah be upon you.

Based on your royal instruction communicated to His Excellency Consul General in Los Angeles and to Deputy President of Islamic Affairs at the Embassy to investigate the content of the complaint sent to Your Highness by a group of Muslim community in Los Angeles regarding the status of the King Fahad Mosque and disagreements with Khalil al Khalil, Chairman of the Board of Trustees of the Ibn Taymiyyah Foundation, since the Mosque is under the umbrella of this Foundation, I am pleased to report the following.

A meeting was held at the Consulate General headquarters in Los Angeles on Friday, March 29, 2002 AD, in the presence of Ambassador Mohamed al Salloum, Deputy President of Islamic Affairs at the Embassy, Director of the King Fahad Mosque Tajuddin Shuaib, and Imam of the Mosque Sheikh Mohammed al Muhanna who is a delegate of Ministry of Islamic Affairs. The discussion covered all the Mosque's affairs and the content of the complaint. Attendees informed that this group is divided into two subgroups:

First: A subgroup of three persons led by a person of Yemeni origin. They have a personal dispute with Khalil al Khalil, and one of them is driven by greed regarding the Mosque and asks to participate in its management as he considers himself among the Mosque's founders back when it was only an idea over ten years ago. Since there is no operational budget for the Mosque, the insistence of Khalil al Khalil to…

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York.~~

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
[Duplicate Text]
Royal Embassy of Saudi Arabia
Washington, D.C. 20037

… call for donations during his presence in the summer has disturbed the Mosques-goers and workers who have not received their allowances for a long time. So, this approach arouse curiosity within this subgroup to find out where these donations are being spent and request the Embassy to investigate with Khalil al Khalil regarding the financial violations that accompanied the construction of the Mosque. This subgroup obtained copies of checks issued by the Ibn Taymiyyah Foundation to a number of individuals and agencies, claiming that al Khalil was involved with them. The leader of this subgroup has escalated the issue to the local press. The Los Angeles Times newspaper published a detailed report on the Mosque, its status, and the disputes inside it.

The attendees agreed that this subgroup was ill-intentioned since their dispute was personal and with al Khalil, and that meeting with them would encourage them to keep up what they were doing, noting that they are currently forbidden from entering the Mosque.

Second: The second subgroup is made of one person named Khaled al Sharif, of Syrian origin. He cares about the Mosque and is one of the most prominent Mosques-goers. However, that subgroup managed to influence him, and he later retracted. He maintains a relationship with the Imam of the Mosque and apologized to him regarding what he had done. Tajuddin Shuaib requested a letter of acknowledgement from him to allow him to enter the Mosque. A closed meeting was later held between Assistant Head of Islamic Affairs and Mr. Khaled al Sharif. The said person apologized saying he wanted to report the dispute inside the Mosque to the authorities concerned in the Saudi Kingdom. He expressed his disagreement with the approaches taken by the first subgroup. A letter of apology and acknowledgment not to provoke sedition in the Mosque was written in the presence of Assistant Head of Islamic…

KSA000007932

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
[Duplicate Text]
Royal Embassy of Saudi Arabia
Washington, D.C. 20037

… Affairs, Tajuddin Shuaib, and Sheikh Mohammed al Muhanna who is not allowed by the Mosque's management to interfere with management stating that his job is only to lead the worshipers in prayers.

Your Highness, the Mosque bears the name of the Custodian of the Two Holy Mosques, and it is a cultural landmark in the city of Los Angeles. It welcomes groups of visitors at the local level as well as school and university students on a daily basis. The fact that the Mosque functions on the collection of donations needs to be reviewed. This caused some people boldly asking about how this money from donors is being spent. Due to the administrative mismanagement in the Mosque, reflected in the weakness of the current director who receives directives and orders from Khalil al Khalil in Riyadh, <u>I think it is imperative to separate the Mosque from the Foundation and take the legal measures. Thus, the Mosque would be under the supervision of the Embassy such as the Islamic Center in Washington, D.C. The Embassy would be represented by the Consulate General there. The Ibn Taymiyyah Foundation should be notified for enforcing this directive. Please note that I was previously assigned to follow up on the issue of the Mosque.</u>

Though the most perfect opinion is yours, I think it is important to report His Majesty on the current status of the Mosque with the above suggestions. It is also important to allocate a fixed operational budget to the Mosque and pay its outstanding debts totaling $499,476.79 USD as per the attached detail.

Please accept my kindest regards.

[Handwriting]
*Islamic Affairs*
*A telegram shall be sent to His Majesty and signed by His Highness the Ambassador, may Allah bless him*
*[Handwritten Signature] 08/04*

[Signing for] Dr. Majid bin Hassan al Ghesheyan
[*Handwritten Signature*]
Head of Islamic Affairs

KSA000007933

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York.~~


الخطابات
والمعاملات
غير الرسمية
٥
مختوم

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية في واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037

الرقم : ١٠
التاريخ : ١٤٢٤/١/٢٢
الموافق : ٢٠٠٣/٤/٥
المرفقات :

سري

سيدي صاحب السمو الملكي الأمير بندر بن سلطان بن عبدالعزيز حفظه الله
سفير خادم الحرمين الشريفين لدى الولايات المتحدة الأمريكية

السلام عليكم ورحمة الله وبركاته

فبناء على توجيهكم الكريم المبلغ لسعادة القنصل العام في لوس أنجلوس ولمساعد رئيس الشئون الاسلامية بالسفارة للوقوف على فحوى الشكوى المرسلة لسموكم الكريم من مجموعة من الجالية الاسلامية في لوس أنجلوس بخصوص وضع مسجد الملك فهد وما ذكر فيها من خلافات مع خليل الخليل رئيس مجلس أمناء مؤسسة ابن تيمية حيث ان المسجد تحت مظلة هذه المؤسسة ، على ذلك يتشرف الخادم بالإفادة بالتالي :-

تم عقد اجتماع في مقر القنصلية العامة في لوس أنجلوس يوم الجمعة الموافق ٢٩/٣/ ٢٠٠٣م بحضور السفير محمد السلوم ومساعد رئيس الشئون الاسلامية بالسفارة ومدير مسجد الملك فهد تاج الدين شعيب وامام المسجد الشيخ محمد المهنا وهو احد موفدي وزارة الشئون الاسلامية وقد تمت مناقشة كافة أمور المسجد وفحوى الشكوى المرسلة وقد أفاد الحضور ان هذه المجموعة تنقسم الى قسمين :-

أولاً : قسم مكون من ثلاثة افراد يتزعمهم شخص يمني الأصل وهؤلاء على خلاف شخصي مع خليل الخليل ومنهم من له اطماع حالية في المسجد ويطلب المشاركة في الادارة حيث يعتبر نفسه من المؤسسين له عندما كان فكرة قبل اكثر من عشر سنوات ، ونظراً لعدم وجود ميزانية تشغيلية للمسجد فان إلحاح خليل الخليل في



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

KSA0000007931

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية في واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037

جمع التبرعات أثناء وجوده بالصيف قد أزعج مرتادي المسجد والعاملين فيه الذين لم يستلموا مخصصاتهم منذ فترة طويلة . لذا فقد ولدّ هذا الأسلوب فضول هذه المجموعة لمعرفة اوجه صرف هذه التبرعات ومطالبة السفارة بالتحقيق مع تحليل الخلل في التجاوزات المالية التي صاحبت إنشاء المسجد حيث حصلت هذه المجموعة على صور شيكات صادرة من مؤسسة ابن تيمية لعدد من الأفراد والجهات التي يزعمون ان تحليل متورط فيها ، وقد قام متزعم هذه المجموعة بتصعيد ذلك الى الصحافة المحلية حيث نشرت جريدة لوس أنجلوس تايمز تقريراً مفصلاً عن المسجد ووضعه والخلافات الدائرة فيه .

وقد أجمع الحضور على سوء هذه المجموعة حيث أن خلافهم شخصي ومع تحليل وأن مقابلتهم والاجتماع بهم سيعطيهم دافعاً لمواصلة عملهم علما بأنهم ممنوعين من دخول المسجد حالياً .

ثانياً : القسم الثاني مكون من شخص واحد فقط اسمه خالد الشريف وهو سوري الأصل واحد الحريصين على المسجد وابرز مرتاديه إلا ان تلك المجموعة استطاعت التأثير عليه ثم تراجع وتربطه علاقة بامام المسجد حيث ابدى اسفه لامام المسجد عما حدث منه وقد طلب تاج الدين شعيب خطاب تعهد من المذكور على ان يسمح له بدخول المسجد ، وقد تم اجتماع مساعد رئيس الشئون الإسلامية مع السيد خالد شريف على انفراد فيما بعد حيث أبدى المذكور اعتذاره وان هدفه هو إيصال ذلك الأشكال الحاصل في المسجد الى الجهات المسئولة في المملكة كما أبدى عدم موافقته ورضاه للطرق التي سلكتها المجموعة الأولى ، وقد تم كتابة خطاب اعتذار وتعهد بعدم إثارة الفتنة في المسجد وكان ذلك بحضور مساعد رئيس الشئون



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية في واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037

الإسلامية وتاج الدين شعيب والشيخ محمد المهنا الذي تحرص إدارة المسجد على عدم تدخله في الإدارة وان وظيفته هي إمامة المصلين فقط .

صاحب السمو : ان مسجداً يحمل اسم خادم الحرمين الشريفين ويمثل معلماً حضارياً علــى مستوى مدينة لوس انجلوس حيث يستقبل المسجد يومياً وفوداً زائرة على المستوى المحلي او على مستوى طلاب المدارس والجامعات ويقوم على جمع التبرعات أمر يحتاج الى نظر وهو ما جعل البعض يجرأ بالسؤال عن كيفية إنفاق الأموال كونه من المتبرعين ونظراً للخلل الإداري الموجود في المسجد ممثلاً بضعف المدير الحالي الذي يتلقى التوجيه والأوامر مــن خليل الخليل في الرياض فان الخادم يرى ضرورة فصل المسجد عن المؤسسة واتخاذ الإجراءات القانونية لذلك ويكون المسجد تحت إشراف السفارة أسوة بالمركز الإسلامي بواشــنطن ويمثل السفارة القنصلية العامة هناك على ان تبلغ مؤسسة ابن تيميه تنفيذ هذا التوجيه علما بأن الخادم سبق وان كلف بمتابعة موضوع المسجد .

لــذا فــان الخادم يرى والرأي الاتم لسموكم الكريم بأهمية الرفع للمقام السامي عن وضــع المســجد الحالي ويتضمن المقترحات السابقة مع أهمية رصد ميزانية تشغيلية ثابتة وتســديد الديون التي على المسجد والبالغة (٤٩٩,٤٧٦,٧٩) دولار حسب التفصيل المرفق .

وتقبلوا سموكم الكريم أطيب تحياتي وتقديري .

الخادم

د/ ماجد بن حسن الغشيان

[توقيع]

رئيس الشئون الإسلامية

الإسلاميه
ترفع برقيه للمقام السامي
بيانيم وتوقيعه حسب البند
يحفظه الله .

١٨/٤ [توقيع]

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000007930

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 14:06 CST)

**Date**: Feb 7, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000007931

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 14:08 CST)

**Date**: Feb 7, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000007932

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 14:08 CST)

**Date**: Feb 7, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000007933

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 14:08 CST)

**Date**: Feb 7, 2021