# Exhibit 59

## KSA 1307-09

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Da'wah Office in America [IFTA Office]
Washington, D.C.

[*Emblem of Saudi Arabia*]

[Duplicate Text]

601 New Hampshire Ave., N.W. Washington, D.C. 20037 ● Tel: (202) 342-3700 ● Fax: (202) 944-3192
E-mail: ifta@resa.org ● www.islamicpage.org www.islam.org.sa

His Excellency Ambassador Ahmed Abdel Aziz Kattan, may Allah bless him
Director General of the Office of His Excellency the Ambassador
May the peace, mercy, and blessings of Allah be upon you
I ask Allah to help and assist you.

This is with reference to Your Excellency's letter No. 501/8/879, dated 19/11/1421 AH (February 13, 2001 AD), including a copy of the information form attached with the said telegram.

Please find the information form enclosed herewith after it has been filled in with the necessary information.

May Allah help and assist you. May the peace, mercy, and blessings of Allah be upon you.
[*Handwritten Signature*]

Director of the Da'wah Office in America
[*Handwritten Signature*]
Khalid bin Ibrahim al Sowailem

[**Handwriting**: *Finance Department, 15/2*]

No. 225/S/21 Date: 20/11/1421 AH (February 14, 2001 AD) Attachments: 3

[**Handwriting**: *Addendum to the circular – No. 128304/1*]

INFORMATION FORM OF THE EMPLOYEES OF MINISTRY OF ISLAMIC AFFAIRS, DA'WAH, AND GUIDANCE AND OF THE DA'WAH OFFICE IN AMERICA
WHO ARE APPOINTED AT REGULAR JOBS UNDER THE BUDGET AND WORK ABROAD (CIVIL OR MILITARY) FOR VARIOUS ESTABLISHED LEVELS

| No. | Employee Name | Number of Companions | | Workplace | | | Job | | | Monthly Financial Information | | Other non-monthly benefits ** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Wife | Kids | Country | City | Office/Mission Center where he works | Job Title | Ref. | Rank/Position *** Level/Category | Monthly Salary | Allowances and bonuses * added to monthly salary | |
| 1 | Khaled Ibrahim al Sowailem | ✓ | 6 | America | Washington | Da'wah Office | Office Director | 17 | 12 | 12,400 | 12,235 | None |
| 2 | Saleh Mohamed al Miqbil | ✓ | 1 | America | Washington | Da'wah Office | Budget Researcher | 226 | 6 | 4,965 | 10,330 | None |
| 3 | Abdul Majid Mohamed al Omari | ✓ | 2 | America | Washington | Da'wah Office | Secretary | 48 | 10 | 10,040 | 11,506 | None |
| 4 | Fahad Ibrahim al Thumairy | ✓ | 1 | America | Los Angeles | Da'wah Office | Propagator | 91 | 9 | 6,940 | 11,506 | None |
| 5 | Abdulrahman Abdul Latif al Rashoud | ✓ | 3 | America | Texas | Da'wah Office | Propagator | 142 | 8 | 6,835 | 11,296 | None |
| 6 | Soliman Batel Al Batli | ✓ | 1 | America | Houston | Da'wah Office | Propagator | 187 | 7 | 5,610 | 10,841 | None |
| 7 | Saleh Abdulla al Ghosn | ✓ | 5 | America | Washington | Da'wah Office | Translator | 221 | 7 | 7,500 | 10,841 | None |
| 8 | Salem Mohamed al Timimi | ✓ | -- | America | Atlanta | Da'wah Office | Propagator | 227 | 7 | 5,340 | 10,691 | None |
| 9 | Salah Abdulla al Rashoud | ✓ | 3 | America | Texas | Da'wah Office | Propagator | 252 | 7 | 5,610 | 10,541 | None |
| 10 | Abdullah Mohamed Arafa | ✓ | 2 | America | Washington | Da'wah Office | Director of the Communication Center | 295 | 7 | 7,770 | 10,841 | None |
| 11 | Nassir Fahad al Miqbil | ✓ | -- | America | Washington | Da'wah Office | Translator | 315 | 7 | 5,340 | 10,541 | None |
| 12 | Mutaib Abdul Aziz al Sudairy | --- | -- | America | Missouri | Da'wah Office | Propagator | 262 | 6 | 4,045 | 10,030 | None |
| 13 | Adel Mohamed al Sadhan | --- | -- | America | Oklahoma | Da'wah Office | Propagator | 86 | 7 | 5,070 | 10,691 | None |
| 14 | Saud Saleh al Sweilih | ✓ | 1 | America | Texas | Da'wah Office | Propagator | 219 | 7 | 5,340 | 10,691 | None |

* This field shall indicate total annual allowances and bonuses received by an employee in detail, regardless the job title, and should be exemplified in a separate sheet;

** This field shall indicate all the benefits that an employee receives, not covered in the previous fields, such as in-kind benefits as cars, flight tickets, accommodation, or as cash, and should be exemplified in a separate sheet;

*** This field shall indicate the person's job title such as Rank for employees, Level for teachers, Category for health care workers, and position for military and judicial jobs and so on.

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000001308

[**Handwriting**: *Addendum to the circular – No. 128304/1*]

INFORMATION FORM OF THE EMPLOYEES OF MINISTRY OF ISLAMIC AFFAIRS, DA'WAH, AND GUIDANCE AND OF THE DA'WAH OFFICE IN AMERICA
WHO ARE APPOINTED AT REGULAR JOBS UNDER THE BUDGET AND WORK ABROAD (CIVIL OR MILITARY) FOR VARIOUS ESTABLISHED LEVELS

| No. | Employee Name | Number of Companions | | Workplace | | | Job | | | Monthly Financial Information | | Other non-monthly benefits ** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Wife | Kids | Country | City | Office/Mission Center where he works | Job Title | Ref. | Rank/Position *** Level/Category | Monthly Salary | Allowances and bonuses * added to monthly salary | |
| 1 | Abdul Rahman Fahad al Khbeili | ✓ | 3 | America | Boston | Da'wah Office | Teacher | | Rank 3/7 | 8,500 | 10,330 | None |
| 2 | Abdul Aziz Nassir al Saleh | ✓ | 5 | America | Washington | Islamic Affairs Department | Teacher | | Rank 5/3 | 10,040 | 11,506 | None |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |

* This field shall indicate total annual allowances and bonuses received by an employee in detail, regardless the job title, and should be exemplified in a separate sheet;

** This field shall indicate all the benefits that an employee receives, not covered in the previous fields, such as in-kind benefits as cars, flight tickets, accommodation, or as cash, and should be exemplified in a separate sheet;

*** This field shall indicate the person's job title such as Rank for employees, Level for teachers, Category for health care workers, and position for military and judicial jobs and so on.

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000001309

بسم الله الرحمن الرحيم

Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org • www.islamicpage.org • www.islam.org.sa

سعادة السفير أحمد عبدالعزيز قطان وفقه الله

مدير عام مكتب سمو السفير

السلام عليكم ورحمة الله وبركاته .. أما بعد :

فأسأل الله لكم المزيد من العون والتوفيق والسداد.

إشارة لكتاب سعادتكم ذي الرقم ٨٧٩/٨/٥٠١ المؤرخ في ١٤٢١/١١/١٩هـ والموافق بطيه نسخة من استمارة المعلومات الواردة رفق البرقية المشار إليها. تجدون برفقه استمارة المعلومات بعد ان تم تعبئتها بالبيانات اللازمة.

وفقكم الله وأعانكم والسلام عليكم ورحمة الله وبركاته ،،،

مدير مكتب الدعوة في أمريكا

(signature)

خالد بن إبراهيم السويلم

الملف
١٥/٢

الرقم: ٢٢٥/س/٢١ التاريخ: ١٤٢١/١١/٢٠ المشفوعات: ٣

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

تابع التعميم

رقم ١٢٨٢٠٤/١ استمارة معلومات عن منسوبي /وزارة الشؤون الاسلامية والدعوة والارشاد مكتب الدعوة في أمريكا

المعينين على وظائف ثابتة بالميزانية ويعملون بالخارج (مدنيين أو عسكريين) لمختلف السلالم المعتمدة .

| م | اسم الموظف | عدد المرافقين: زوجة | عدد المرافقين: أبناء | مقر العمل: الدولة | مقر العمل: المدينة | مقر العمل: المكتب / الملحقية المركز الذي يعمل به | الوظيفة: مسماها | الوظيفة: رقمها | الوظيفة: المرتبة/الرتبة *** المستوى/الفئة | المعلومات المالية الشهرية: مقدار الراتب الشهري | المعلومات المالية الشهرية: البدلات والعلاوات ** الشهرية الراتب الأساسي | مزايا أخرى غير شهرية * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ | خالد ابراهيم السويلم | ✓ | ٦ | امريكا | واشنطن | مكتب الدعوة | مدير مكتب | ١٧ | ١٢ | ١٢٤٠٠ | ١٢٢٣٥ | لا توجد |
| ٢ | صالح محمد المقبل | ✓ | ١ | امريكا | واشنطن | مكتب الدعوة | باحث ميزانية | ٢٢٦ | ٦ | ٤٩٦٥ | ١٠٣٣١ | لا توجد |
| ٣ | عبدالمجيد محمد العمري | ✓ | ٢ | امريكا | واشنطن | مكتب الدعوة | سكرتير | ٤٨ | ١٠ | ١٠٠٤٠ | ١١٥٠٦ | لا توجد |
| ٤ | فهد ابراهيم التميمي | ✓ | ١ | امريكا | لوس انجلس | مكتب الدعوة | داعية | ٩١ | ٩ | ٦٩٤٠ | ١١٥٠٦ | لا توجد |
| ٥ | عبدالرحمن عبداللطيف الرشود | ✓ | ٣ | امريكا | تكساس | مكتب الدعوة | داعية | ١٤٢ | ٨ | ٦٨٣٥ | ١١٢٩٦ | لا توجد |
| ٦ | سليمان باتل الباكلي | ✓ | ١ | امريكا | هيوستن | مكتب الدعوة | داعية | ١٨٧ | ٧ | ٥٦١١٠ | ١٠٨٤١ | لا توجد |
| ٧ | صالح حسين العصيمي | ✓ | ٥ | امريكا | واشنطن | مكتب الدعوة | مترجم | ٢٢١ | ٧ | ٧٥٠٠٠ | ١٠٨٤١ | لا توجد |
| ٨ | سالم محمد التميمي | ✓ | — | امريكا | اطلنطا | مكتب الدعوة | داعية | ٢٢٧ | ٧ | ٥٣٤٠ | ١٠٦٩١ | لا توجد |
| ٩ | صلاح حسين الرشود | ✓ | ٣ | امريكا | تكساس | مكتب الدعوة | داعية | ٢٥٢ | ٧ | ٥٦١١٠ | ١٠٨٤١ | لا توجد |
| ١٠ | حسين محمد عمر فقيه | ✓ | ٢ | امريكا | واشنطن | مكتب الدعوة | مدير مركز الاستقبال | ٢٩٠ | ٧ | ٧٧٧١٠ | ١٠٨٤١ | لا توجد |
| ١١ | ناصر فهد المقبل | ✓ | — | امريكا | واشنطن | مكتب الدعوة | مترجم | ٣١٥ | ٧ | ٥٣٤٠ | ١٠٥٤١ | لا توجد |
| ١٢ | متعب عبدالعزيز السديري | — | — | امريكا | ميسوري | مكتب الدعوة | داعية | ٢٦٣ | ٦ | ٤٠٤٥ | ١٠٠٣٠ | لا توجد |
| ١٣ | كارل محمد السدحان | — | — | امريكا | اوكلاهوما | مكتب الدعوة | داعية | ٨٣٦ | ٧ | ٥٠٧٠ | ١٠٦٩١ | لا توجد |
| ١٤ | سعود سالم الصويلح | ✓ | ٩ | امريكا | تكساس | مكتب الدعوة | داعية | ٢١٩ | ٧ | ٥٣٤٠ | ١٠٦٩١ | لا توجد |

* يوضع في هذا الحقل مجموع البدلات والعلاوات السنوية التي يستلمها صاحب الراتب بغض النظر عن المسمى الذي تندرج تحته بشكل مفصل وتوضع بورقة مستقلة.

** يوضع في هذا الحقل جميع ما يتمتع به صاحب الراتب من مزايا لم تغطيها الحقول السابقة سواء كانت عيناً كالسيارات وتذاكر الركاب، أو السكن، أو نقداً - وتوضع بورقة مستقلة .

*** يوضع في هذا الحقل المستوى الوظيفي للشخص - كالمرتبة للموظفين - والمستوى للمدرسين - والفئة للصحيين - والرتبة للوظائف العسكرية والقضاء ونحو ذلك .

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001308

تابع للمقدم
مهد ٤ . ٢ ١٣٨٤ / ١

استمارة معلومات عن منسوبي / وزارة الشؤون الإسلامية والدعوة والإرشاد ومكتب الدعوة في أمريكا

المعينين على وظائف ثابتة بالميزانية ويعملون بالخارج (مدنيين أو عسكريين) لمختلف السلالم المعتمدة .

| م | اسم الموظف | عدد المرافقين: زوجة | عدد المرافقين: أبناء | مقر العمل: الدولة | مقر العمل: المدينة | مقر العمل: المكتب / الملحقية المركز الذي يعمل به | الوظيفة: مسماها | الوظيفة: رقمها | الوظيفة: المرتبة/الرتبة المستوى/الفئة *** | المعلومات المالية الشهرية: مقدار الراتب الشهري | المعلومات المالية الشهرية: البدلات والعلاوات السنوية الإجمالي * | مزايا أخرى غير شهرية ** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ | عبدالرحمن محمد الحيميلي | ١ | ٤ | امريكا | بوسطن | مكتب الدعوة | مدرس | | ٧/٣٣ | ٨٥٠٠ | ١٠٣٣٠ | لا يوجد |
| ٢ | عبدالعزيز ناصر الصالح | ١ | ٥ | امريكا | واشنطن | قسم الشؤون الإسلامية | مدرس | | ٧/٥٣ | ١٠٠٤٠ | ١١٥٠٦ | لا يوجد |
| ٣ | | | | | | | | | | | | |
| ٤ | | | | | | | | | | | | |
| ٥ | | | | | | | | | | | | |
| ٦ | | | | | | | | | | | | |
| ٧ | | | | | | | | | | | | |
| ٨ | | | | | | | | | | | | |
| ٩ | | | | | | | | | | | | |
| ١٠ | | | | | | | | | | | | |
| ١١ | | | | | | | | | | | | |
| ١٢ | | | | | | | | | | | | |
| ١٣ | | | | | | | | | | | | |
| ١٤ | | | | | | | | | | | | |

* يوضع في هذا الحقل مجموع البدلات والعلاوات السنوية التي يستلمها صاحب الراتب وبغض النظر عن المسمى الذي تندرج تحته بشكل مفصل وتوضع بورقة مستقلة .

** يوضع في هذا الحقل جميع مايتمتع به صاحب الراتب من مزايا لم تغطيها الحقول السابقة سواء كانت عيناً كالسيارات وتذاكر الاركاب أو السكن أو نقداً - وتوضع بورقة مستقلة .

*** يوضع في هذا الحقل المستوى الوظيفي للشخص - كالمرتبة للموظفين - والمستوى للمدرسين - والفئة للمستخدمين - والرتبة للوظائف العسكرية والقضاء ونحوه

PUBLIC FILING

KSA0000013

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000001307

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 29, 2021 07:46 CDT)

**Date**: Mar 29, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000001308

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 29, 2021 07:46 CDT)

**Date**: Mar 29, 2021

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000001309

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 29, 2021 07:46 CDT)

**Date**: Mar 29, 2021