# Exhibit 60

## KSA 5461

DONNELLY

608 North 18th Street Kansas City, KS 66102
(913) 621-6070 FAX (913) 621-0354

ADMISSION OFFICE
Phone (913) [illegible]
FAX (913) 621-8737
e-mail:
esl@donnelly.cc.ks.us

April 12, 2001

TO WHOM IT MAY CONCERN:

This is to verify that Mr. Adel Al Sadhan will be enrolled at Donnelly College. He has paid $24,000.00 for his special ESL intensive training program. This program commences every two months. The cost of each two month term is $4,000.00. Therefore we hereby affirm that Mr. Adel Al Sadhan has met tuition and fee requirement for six terms. He is planning to master English as a Second Language and then receive his certificate of completion in ESL which requires at least one year.

He took the test on April 12, 2001. His test results indicate that he is presently at level 1 out of 12 in our Intensive English program.

Should you need further information, Please do not hesitate to contact me.

Sincerely,

Cyrus Shadfar
Director International Student Admissions Office

*Providing an opportunity for higher education, with a special concern for those who would otherwise go unserved.*

March 31, 2021
Exhibit
Adel Al Sadhan
0500

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

KSA0000005461