# Exhibit 61

## KSA 8756-8767

In the name of Allah, the Gracious, the Merciful
[*Emblem of Saudi Arabia*]
Ministry of Foreign Affairs
Extremely Confidential

Minutes of the Committee formed under Subclause No. (3) of the High Order No. S/16418, dated 07/05/1423 AH (July 17, 2002 AD), to set the protocols required for the work of the employees delegated by Ministry of Islamic Affairs at the missions of the Custodian of the Two Holy Mosques.

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

January 26, 2021
Exhibit
al-SHAHRI
0398A

In the name of Allah, the Gracious, the Merciful
[*Emblem of Saudi Arabia*]
Ministry of Foreign Affairs
Extremely Confidential

First: This is in enforcement of Subclause (3) of the High Order No. 16418, dated 07/05/1423 AH (July 17, 2002 AD), regarding the formation of a committee comprised of Ministry of Foreign Affairs, the General Intelligence Presidency, Ministry of Interior, and Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance, assigned to do the following:

1. Listing the embassies where employees of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance work;
2. Reviewing their status to set the necessary protocols to ensure their activity is not exploited by any suspicious agency and to limit their meetings with individuals;
3. Examining the possibility that the Saudi consulates may perform the services currently provided to Muslims;
4. Reviewing the bases through which communication with Islamic agencies and organizations, particularly in the Western countries, is made to ensure the valid orientations of those associations and organizations;
5. The embassies shall have clear documentation and record of any contact with the supervisors of those associations and organizations, including correspondence from them or letters sent to them; and
6. Ensuring that employees do not carry or hand out any personal identification cards except those officially provided to them by the embassies, and ensuring those cards are not handed out to others except when needed for official purposes.

Second: This committee was made of:

| | |
|---|---|
| 1. His Excellency Dr. Tawfiq bin Abdulaziz Al Sudairy | Undersecretary of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance for Islamic Affairs |
| 2. His Excellency Ambassador Mohamed bin Faiz Al Sharif | Ministry of Foreign Affairs |
| 3. His Excellency Ambassador Abdul Mohsen Fahd Al Mark | Ministry of Foreign Affairs |
| 4. His Excellency Mr. Mohamed bin Abdullah Al Sudais | Ministry of Foreign Affairs |
| 5. Colonel Saad Bin Na'esh Al Omary | General Intelligence |
| 6. Lieutenant Colonel Abdurrahman Bin Gurman Al Shahri | Ministry of Foreign Affairs |
| 7. Captain Osama Bin Saud Al Wahbi | Ministry of Interior |


[*7 Handwritten Signatures*]



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

PUBLIC FILING

In the name of Allah, the Gracious, the Merciful
[*Emblem of Saudi Arabia*]
Ministry of Foreign Affairs
Extremely Confidential

Third: The committee convened several meetings at the headquarters of Ministry of Foreign Affairs and reviewed the available official documents regarding the status adjustment of employees working in the Islamic field abroad, and the negative effects and impacts on the Islamic work abroad after the September 11, 2001 terrorist events. In this regard, the committee reviewed the following:

1. Council of Ministers' Resolution No. 40, dated 24/03/1413 AH (September 22, 1992 AD), a copy of which and of its attachments (Attachment No. 1) is attached hereto, including approval of the list of technical attachés at the diplomatic missions as mentioned in the Resolution. The Resolution is about the foundation and tasks of attachés, the terms of occupying a technical attaché job, the relation between technical attachés and head of the diplomatic mission, as well as general provisions regarding the validity of the list, advantages, and immunities;

2. Subclause I of Clause II of High Order No. 417/8, dated 09/04/1407 AH (December 12, 1986 AD), a copy of which and of its attachments (Attachment No. 2) is attached hereto, stating the rules organizing the work of propagators abroad and how to open propagation offices in the countries allowing the same, introducing employees within the staff of embassies in the countries that do not allow the opening of propagation offices, and the necessity to pass the course at the Diplomatic Institute affiliated with Ministry of Foreign Affairs. It should be noted that the indicated Council of Ministers' Resolution was circulated by Ministry of Foreign Affairs to the Kingdom's missions abroad for information, No. 93/27/8375/2, dated 16/05/1413 AH (November 12, 1992 AD). Also, the High Order regarding propagation offices, propagators, and delegating propagators abroad was circulated by Ministry of Foreign Affairs' Memo No. 97/23/8/1/7290/2, dated 24/06/1407 AH (February 24, 1987 AD), noting that Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance has been provided with a copy of the two above-mentioned documents in Ministry of Foreign Affairs' Telegram No. 97/23/7875, dated 09/03/1415 AH (August 16, 1994 AD) (Attachment No. 3);

3. Ministry of Foreign Affairs' Circular No. 97/23/16362/1, dated 11/06/1413 AH (December 7, 1992 AD), regarding how to investigate and gather information about the supervisors of the associations, institutions, and charities abroad that request aid from the Kingdom for charitable projects. This ensures that this aid is delivered correctly. A copy of the foregoing is attached hereto (Attachment No. 4);


[*7 Handwritten Signatures*]

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

In the name of Allah, the Gracious, the Merciful
[*Emblem of Saudi Arabia*]
Ministry of Foreign Affairs
Extremely Confidential

4. Resolution of His Royal Highness Minister of Foreign Affairs, No. 95/47/1/12/1, dated 11/06/1408 AH (January 31, 1988 AD), to adopt the general guidance of the employees of Ministry of Foreign Affairs and the employees of the governmental agencies working abroad, as attached to the Resolution (Attachment No .5);

5. The administrative organization of the propagation offices abroad, the terms of delegation, and Resolution of His Excellency President of Civil Service Bureau No. 279/18/T/B, dated 17/06/1418 AH (October 20, 1997 AD), approving the implementation of the (4-week program at the Imam Mohamed Bin Saud Islamic University to develop the skills of those working at the Islamic affairs), a copy of which is attached hereto (Attachment No. 6);

6. The Committee also noted the repercussions and challenges following the terrorist attacks of September 11, 2001 AD in the United States, and the following attempts to classify many individuals, charitable organizations, and Islamic aid as terrorist or linking them to the so-called al-Qaeda. The same applied to many of the Kingdom-based Islamic charitable organizations practicing their work abroad. They were put under foreign control under the pretext of eliminating the financial resources of those terrorist groups. Also, there was excessive exploitation of some of the negative and unintentional practices of some Saudis working at the field of aid provision or of the propagation activities made by employees of Ministry of Islamic Affairs and some non-governmental Islamic organizations such as the Muslim World League, its relief organization, the World Assembly of Muslim Youth (WAMY), and the al-Haramain Foundation. This does not justify deactivation of the organizations doing Islamic work abroad such as Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance which was established in 1412 AH (1991 AD). And this does not justify assigning the tasks of its employees abroad to other agencies affiliated with Ministry of Foreign Affairs by considering that the Islamic work abroad is a Kingdom-sponsored common responsibility based on its leading Islamic role regionally and globally. Therefore, those negative issues can be addressed by examining their background and setting the required protocols for the status of employees abroad on the Islamic level without being driven under the influence of the foreign circumstances that aim at deactivating the governmental and non-governmental agencies performing Islamic charitable work.


[*7 Handwritten Signatures*]

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~



PUBLIC FILING

In the name of Allah, the Gracious, the Merciful
Ministry of Foreign Affairs
[*Emblem of Saudi Arabia*]
Extremely Confidential

In light of the current circumstances that reflected negative reactions toward the Islamic work in many of the hosting countries, it is necessary to provide the prior official cover in the form of the Kingdom's embassies abroad to facilitate the flow of the Islamic work assigned to the Ministry of Islamic Affairs' employees via prior coordination with the head of the Saudi mission to take the required procedure with the hosting country. Thus, the hosting country shall be aware of this work without any objections. Due to the difficulty of making bilateral agreements to permit Islamic work, since the hosting country may stipulate reciprocity, it is necessary to reorganize the status of the employees of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance delegated to work abroad. This includes enrolling them within the staff of Ministry of Foreign Affairs working at embassies and requires Ministry of Islamic Affairs to not only notify Ministry of Foreign Affairs about its desire to delegate some of its employees to work abroad, but also clarify its desire to present them as attachés referring to their ranks or as administrative employees according to each one's rank and assigned task. Continuous coordination shall be made with the heads of the Saudi missions abroad to facilitate their full performance of the tasks required.

Fourth: In light of the aforementioned, the Committee members made the following recommendations:

1. Submitting the attached statement (Attachment No. 7) enumerating the embassies where employees of Ministry of Islamic Affairs work. It has been found that Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance has 33 propagation offices and 110 working employees. Some of those offices are not in capital cities, namely Umm Al Quwain, Dubai, and Fujairah in the United Arab Emirates, and Gibraltar.

    In enforcement of the Council of Ministers' Resolution No. (40), dated 24/03/1413 AH (September 22, 1992 AD), which was only sent to a limited number of ministries not including Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance, the Committee recommends amending the status of the propagation offices which did not obtain an official license from the hosting country, or presenting its employees within the staff of the Kingdom's embassies in accordance with Subclause (D), Clause I, of the attachments of High Order No. 417/8, dated


[*7 Handwritten Signatures*]

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York~~.

In the name of Allah, the Gracious, the Merciful
Ministry of Foreign Affairs
[*Emblem of Saudi Arabia*]
Extremely Confidential

04/19/1407 AH (December 22, 1986 AD), which stipulated "… *manager of a propagation office and a consultant shall be diplomats and shall be given diplomatic passports, whereas the remaining Saudi employees and propagators shall be given special passports*." It is noted that any employee from Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance working abroad as attaché shall be introduced as technical attaché under Council of Ministers' Resolution No. (40), dated 03/24/1413 AH (September 22, 1992 AD);

2. Regarding the protocols to limit the meetings of the Islamic field employees abroad with individuals, Islamic associations and authorities in the Western countries in particular, the Committee deems, on one hand, that this proposed matter will be at the expense of the basic task of those workers, given they are qualified to perform this work according to the job competence within the organizational framework as aforementioned. On the other hand, warnings about the possibility of any suspicious agency exploiting the activity of these delegates for their own purposes can be addressed not by limiting their meetings with individuals or communication with Islamic associations and authorities, assigning their tasks to the Saudi consulates, but rather by selecting qualified candidates in terms of culture, politics, and security (focusing on the employee delegated to work abroad and considering the personal qualities and practical qualification – an attaché shall have a university qualification and an administrative employee shall have at least a high school certificate). They should be aware of the importance and sensitivity of the work they perform abroad. They should be knowledgeable of the religious aspects in the hosting country, the religious sects and denominations there, and the suitable techniques to deal with them. They should be able to understand the political and media considerations in the hosting countries. Thus, when communicating with individuals or authorities, they can attain political and security awareness in two ways:

- Through intensive skill development courses at Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance for those working in the propagation field abroad, ensuring in advance that delegates for work abroad already have these skills, particularly



[*7 Handwritten Signatures*]

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

In the name of Allah, the Gracious, the Merciful
Ministry of Foreign Affairs
[*Emblem of Saudi Arabia*]
Extremely Confidential

in the context of their ability to command English or French, being the two prevailing international languages in the world.

- The required political and security awareness can be achieved by passing the required courses at the Diplomatic Institute (the Diplomatic Conduct Course and the Security Course).

In addition, the Committee finds it useless for consulates to provide the services currently provided to Muslims by the delegates of Ministry of Islamic Affairs for the Islamic work abroad. According to the Vienna Convention on Consular Relations of 1963 AD, the consular immunities and privileges are limited unlike the diplomatic immunities and privileges afforded by the Vienna Convention of 1961 which provides a better cover to the Ministry of Islamic Affairs' employees. It is also noted that the consular immunities have many drawbacks because they allow the local authorities to monitor and interfere and therefore do not provide the legal official cover that allows the Islamic work. The local authorities may interfere with the consulate work and stipulate a local regional framework to the consul work in the city or jurisdiction concerned. Consequently, it is better to introduce the employees of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance as attachés in the embassy's diplomatic corps which also allows a broader regional space at the level of the hosting country.

In addition, assigning the Islamic work to consulates rather than to employees of the government agencies specialized in Islamic work abroad contradicts the High Order regarding the reorganization of the Islamic work structures that led to the establishment of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance and the establishment of the Supreme Council for Islamic Affairs. The former became a competent authority for which suitable communication channels should be documented to implement all guidance and identify tasks related to Islamic work abroad. This does not prevent controlling the Islamic work abroad through it under the Council of Ministers' Resolution No. (40), dated 24/03/1413 AH (September 22, 1992 AD), as described above.

3. The necessity of resending a circular to all ministries and governmental departments indicating the importance of implementing Council of Ministers' Resolution No. (40), dated 24/03/1413 AH (September 22, 1992 AD), provided it shall include


[*7 Handwritten Signatures*]

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York~~.

In the name of Allah, the Gracious, the Merciful
Ministry of Foreign Affairs
[*Emblem of Saudi Arabia*]
Extremely Confidential

the Ministry of Islamic Affairs' employees working abroad in the Islamic field and introducing them as attachés without adding the (*religious*) or (*Islamic Affairs*) designation thereto;

4. Emphasizing the necessity of prior coordination between Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance and Ministry of Foreign Affairs. When assigning these employees to work abroad, this shall be conducted via an official letter sent to Ministry of Foreign Affairs asking for diplomatic or special passport, according to the employee's rank. The request shall indicate that they are introduced as embassy staff. If the embassy building cannot accommodate offices for these employees delegated by Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance, and there is need to rent or own a separate building, prior coordination with Ministry of Foreign Affairs shall be made instructing the concerned Saudi missions to do what is required. The building shall belong to the embassy and have a sign with the embassy name without indicating that it is a department concerned with religious affairs except through the Saudi embassy in the country concerned. [**Handwritten Text***: [No contracts shall be entered into except through it*];

5. Affirming that Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance and other concerned ministries shall adhere to all provisions of the Council of Ministers' Resolution No. (40), dated 24/03/1413 AH (September 22, 1992 AD), and instructing their delegates to adhere to its contents in advance. In addition, Ministry of Foreign Affairs shall be asked to form the committee referred to in Article (6) of the Council of Ministers' Resolution regarding periodic follow-up to ensure performance is made according to the protocols mentioned in these minutes, the High Orders, and the documents referred to in the beginning of these minutes, stating "*a committee shall be formed in Ministry of Foreign Affairs, to be presided over by Ministry's Undersecretary with the membership of the two managers concerned with the affairs of the missions in the affiliated authorities. The committee shall meet periodically to discuss the status of missions in general in light of the reports received from the missions to develop their performance and overcome obstacles. Therefore, every authority shall take the necessary action in this regard*." Ministry of Islamic Affairs shall prepare an annual report about the activities of its employees abroad and how these activities are made, especially in terms of providing aid to associations


[*7 Handwritten Signatures*]

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York.~~



PUBLIC FILING

In the name of Allah, the Gracious, the Merciful
Ministry of Foreign Affairs
[*Emblem of Saudi Arabia*]
Extremely Confidential

institutions, and mosques abroad, to be reviewed at the end of every Hijri year. The report shall include:

- All associations, institutions, mosques, or individuals in contact with Ministry of Islamic Affairs' employees or are provided with financial or in-kind aid, along with the address of each one and names of the individuals or authorities responsible for or managing them;

- Ministry of Islamic Affairs shall inform its employees abroad, including those working in the Saudi missions, with the names of associations, institutions, mosques, or individuals within the office's jurisdiction. The office shall prepare complete information during the month of Muharram of every year about these associations, institutions, mosques, or individuals, their orientations and standing, and an opinion about their validity, the beliefs and dedication of their owners, and the scope of their activity. This information shall be sent to Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance for authentication;

- Ministry of Islamic Affairs shall review and authenticate this information on computers for future reference.

6. The employees delegated to work abroad by Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance shall adhere to the general guiding instructions issued under Resolution of His Royal Highness Minister of Foreign Affairs No. 95/47/1/12/1, dated 11/06/1408 AH (January 31, 1998 AD), regarding employees of Ministry of Foreign Affairs and employees of the governmental authorities working at the missions;

7. A bi-annual evaluation of the office's and employees' activity showing the negative and positive points shall be sent from the embassy to Ministry of Foreign Affairs. This shall be evaluated and followed-up on. Ministry of Foreign Affairs shall coordinate with Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance regarding this matter;

8. As for carrying out the tasks of the attaché and employees working with him, it is necessary to coordinate with the head of the mission about those tasks and link the attaché administratively to the head of the mission or to


[*7 Handwritten Signatures*]

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000008764

In the name of Allah, the Gracious, the Merciful
Ministry of Foreign Affairs
[*Emblem of Saudi Arabia*]
Extremely Confidential

or to his deputy to prevent procedural duplication and avoid religious or political sensitivity in the hosting country. Thus, the head of the mission is given the chance to direct the attaché and his institution according to the information and guidelines available about the hosting country, and the instructions issued by the embassy in this regard shall be followed. It is necessary for the attaché to be aware, in the beginning of his work, of the hosting country's regulations and laws organizing the charitable and propagation activities;

9. Affirming that the delegates of Ministry of Islamic Affairs to work in the missions abroad shall adhere to telegraphic Circular No. 97/23/16362/1, dated 06/11/1413 AH (December 7, 1992 AD) and the guidelines statement attached thereto to ensure the valid orientations of Islamic associations and authorities and individuals, particularly in the Western countries. There should be clear documentation and record of any communication with the supervisors of those associations and institutions including all the correspondences received from them;

10. Affirming that the employees of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance abroad should always carry the diplomatic IDs granted to them as embassy staff to introduce themselves. The visit card should not include more information than his capacity as an attaché, the embassy phone number, and the home phone number, if needed, or the email address to avoid any other title. The diplomatic cover combined with good conduct provide the best professional cover;

11. Caution shall be taken when contacting any association or individual adopting an hostile stance against the hosting country even if such association or individual is licensed by the hosting country. Coordination shall be made with the embassy that the aid given to the Islamic associations or organizations is used for the purpose it was given;

12. The books and references to be translated and printed for distribution shall be presented by the employees of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance to the head


[*7 Handwritten Signatures*]

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York.~~

In the name of Allah, the Gracious, the Merciful
Ministry of Foreign Affairs
[*Emblem of Saudi Arabia*]
Extremely Confidential

of the mission. The embassy concerned shall play its role in choosing the suitable publications according to the circumstances of every country;

13. No contact shall be made with, and no financial assistance, books, or other items shall be provided to any unregistered or unlicensed Islamic association or organization in the hosting country. The embassy shall approve the suggested aid in accordance with the information available;

14. Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance shall coordinate with General Intelligence Presidency and Ministry of Interior when suggesting the provision of financial aid to any Islamic association or institution, mosque, or individuals to know the information these competent security agencies have about them in accordance with the standing arrangements;

15. Priority shall be given to Saudis when appointing contracting employees at the Islamic Affairs offices. If there is need to appoint local employees or others from a third nationality, embassies shall investigate those being appointed in the propagation offices in coordination with the head of the mission. The competent security agencies (General Intelligence Presidency and Ministry of Interior) shall be checked to ensure there are no concerns regarding those being appointed. The attaché shall pursue that when appointing them to ensure there are no security concerns regarding them in the future;

16. In the future, it is necessary to ensure that the requirements of appointing the employees of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance abroad shall include good command of any of the two international languages (English or French). Training courses shall be conducted for those working abroad who do not master these languages;

17. Individuals delegated to work abroad from Ministry of Islamic Affairs shall enroll in the following courses at the Diplomatic Studies Institute.

a. The Security Course for the individuals transferred to work abroad;


[*7 Handwritten Signatures*]

KSA0000008766

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

PUBLIC FILING

In the name of Allah, the Gracious, the Merciful
Ministry of Foreign Affairs
[*Emblem of Saudi Arabia*]
Extremely Confidential

b. The Diplomatic Conduct Course (to include the foreign policy of the Kingdom of Saudi Arabia and comprehensive information about the hosting country before the delegated employee leaves to work abroad), and to cover the following aspects;

c. Summary of the country, its political system and orientations;

d. Summary of the most widespread religion in that country;

e. The society's view in that country of the Kingdom of Saudi Arabia in particular and of Islam in general; and

f. Brief summary about the traditions, customs, and ideas of the people, the most successful methods to communicate with those people, and their view of the Kingdom.

Allah is the grantor of success.

5109

**Signatures**

*Ministry of Interior's Deputy*
Captain Osama Bin Saud Al Wahbi
29/06 AH (September 7, 2002 AD)
[*Handwritten Signature*]

*General Intelligence Presidency's Deputy*
Colonel Saad Bin Na'esh Al Omary
29/06 AH (September 7, 2002 AD)
[*Handwritten Signature*]
On his behalf:
Lieutenant Colonel Suliman Abdullah Al Orainy
[*Handwritten Signature*]

***Ministry of Foreign Affairs' Deputies***

Ambassador Mohamed bin Faiz Al Sharif
29/06 AH (September 7, 2002 AD)
[*Handwritten Signature*]

Ambassador Abdul-Mohsen Fahd Al Mark
01/07/1423 AH (September 8, 2002 AD)
[*Handwritten Signature*]

Authorized Minister Mohamed Abdullah Al Sudais
29/06 AH (September 7, 2002 AD)
[*Handwritten Signature*]

Lieutenant Colonel Abdurrahman bin Gurman Al Shahry
29/06 AH (September 7, 2002 AD)
[*Handwritten Signature*]

***Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance's Deputy***
Dr. Tawfiq bin Abdulaziz Al Sudairy
Ministry of Islamic Affairs Undersecretary
29/06/1423 AH (September 4, 2002 AD)
[*Handwritten Signature*]



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

وزارة الشئون الخارجية

سري للغاية

محضر اللجنة المشكلة بموجب الفقرة (٣) من الأمر السامي الكريم رقم س/١٨/١٦٤١٤ وتاريخ ١٤٢٣/٥/٧هـ لوضع الضوابط اللازمة لعمل الموظفين الموفدين للعمل في ممثليات خادم الحرمين الشريفين من وزارة الشئون الإسلامية.

PUBLIC FILING

CONFIDENTIAL.
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

وزارة الخارجية

سري للغاية

أولاً:- إنفاذاً للفقرة (٣) من الأمر السامي الكريم رقم ١٦٤١٨ وتاريخ ١٤٢٣/٥/٧هـ بشأن تشكيل لجنة من (وزارة الخارجية - رئاسة الاستخبارات العامة - وزارة الداخلية - وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد) والمكلفة بما يلي:-

١- حصر السفارات التي يعمل بها موظفون من وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد.

٢- مراجعة أوضاعهم لوضع الضوابط اللازمة لضمان عدم استغلال نشاطهم من قبل أي جهة مشبوهة ، والحد من مقابلتهم للأفراد.

٣- النظر في إمكانية قيام القنصليات السعودية بالخدمات المقدمة للمسلمين حالياً.

٤- مراجعة الأسس التي يتم من خلالها الاتصال بالجهات والهيئات الإسلامية في الدول الغربية على وجه الخصوص للتأكد من سلامة توجهات تلك الجمعيات والهيئات.

٥- أن يكون هناك توثيق وسجل واضح لدى السفارات لأي اتصال مع القائمين على تلك الجمعيات والهيئات ، وكذلك ما يرد منهم من مكاتبات أو يوجه لهم من خطابات.

٦- التأكيد على عدم حمل الموظفين لأي بطاقات شخصية أو توزيعها إلا ما يتم تزويدهم به بشكل رسمي من قبل السفارات والحرص على عدم تزويد الآخرين بها إلا عند الحاجة الرسمية.

ثانياً:- تم تشكيل اللجنة من كل من:-

١. سعادة الدكتور/ توفيق بن عبدالعزيز السديري وكيل وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد - للشئون الإسلامية

| | |
|---|---|
| ٢. سعادة السفير/ محمد بن فايز الشريف | وزارة الخارجية |
| ٣. سعادة السفير/ عبدالمحسن بن فهد المارك | وزارة الخارجية |
| ٤. سعادة الاستاذ/ محمد بن عبدالله السديس | وزارة الخارجية |
| ٥. عقيد/ سعد بن نائش العمري | الاستخبارات العامة |
| ٦. المقدم/ عبدالرحمن بن غرمان الشهري | وزارة الخارجية |
| ٧. النقيب/ أسامة بن سعود الوهيبي | وزارة الداخلية |



PUBLIC FILING

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000008757

بسم الله الرحمن الرحيم

سري للغاية

ثالثاً:- عقدت اللجنة عدة اجتماعات بمقر وزارة الخارجية واستعرضت فيها ما هو متوفر من وثائق رسمية بشأن ضبط أوضاع العاملين في المجال الإسلامي في الخارج وما حصل من تطورات وتأثيرات سلبية على العمل الإسلامي في الخارج عقب أحداث ١١ سبتمبر ٢٠٠١م الإرهابية وفي هذا الصدد اطلعت اللجنة على ما يلي:-

١ـ قرار مجلس الوزراء الموقر رقم (٤٠) وتاريخ ١٤١٣/٣/٢٤هـ المرافق نسخة منه ومن مرفقاته (مرفق رقم ١) المتضمن الموافقة على لائحة الملحقين الفنيين بالبعثات الدبلوماسية بالصيغة المرافقة بالقرار، والمشتمل على إنشاء الملحقيات ومهامها وشروط شغل وظيفة ملحق فني وعلاقة الملحقين الفنيين برئيس البعثة وأحكام عامة بخصوص سريان اللائحة والمزايا والحصانات.

٢ـ الفقرة أولا من البند الثاني من الأمر السامي الكريم رقم ٨/٤١٧ وتاريخ ١٤٠٧/٤/٩هـ المرفقة نسخة منه ومن مرفقاته (مرفق رقم ٢) والذي نص على القواعد المنظمة لعمل الدعاة في الخارج وكيفية فتح مكاتب الدعوة في الدول التي تسمح بذلك وتقديم المنسوبين ضمن كادر السفارات في الدول التي لا تسمح بفتح مكاتب دعوة وضرورة اجتيازهم الدورة في المعهد الدبلوماسي التابع لوزارة الخارجية علما بأنه سبق تعميم قرار مجلس الوزراء المشار إليه في حينه من قبل وزارة الخارجية على ممثليات المملكة في الخارج للإحاطة برقم ٢/٨٣٧٥/٢٧/٩٣ وتاريخ ١٤١٣/٥/١٦هـ وكذلك تعميم الأمر السامي الكريم الخاص بمكاتب الدعوة والدعاة وإيفادهم إلى الخارج بمذكرة وزارة الخارجية التعميمية رقم ٢/٧٢٩٠/١/٨/٢٣/٩٧ وتاريخ ١٤٠٧/٦/٢٤هـ علماً أنه قد تم تزويد وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد بنسخة من الوثيقتين المشار إليهما أعلاه ببرقية وزارة الخارجية رقم ٧٨٧٥//٢٣/٩٧ وتاريخ ١٤١٥/٣/٩هـ (مرفق رقم ٣).

٣ـ تعميم وزارة الخارجية رقم ١/١٦٣٦٢/٢٣/٩٧ وتاريخ ١٤١٣/٦/١١هـ بشأن كيفية التحري واستيفاء المعلومات حول القائمين على الجمعيات والمؤسسات والمراكز الخيرية في الخارج التي تطلب مساعدات من المملكة للإسهام بمشروعاتها الخيرية لضمان إيصال هذه المساعدات على الوجه الصحيح والمرافق نسخة منه (مرفق رقم ٤).



PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

KSA0000008758

وزارة الخارجية

سري للغاية

٤ــ قرار صاحب السمو الملكي وزير الخارجية رقم ٩٥/٤٧/١/١٢/١/١ وتاريخ ١١/٦/١٤٠٨هـ باعتماد العمل بالتعليمات الإرشادية العامة لمنسوبي وزارة الخارجية ومنسوبي الأجهزة الحكومية العاملين بالخارج بالصيغة المرفقة بالقرار (مرفق رقم ٥).

٥ــ التنظيم الإداري لمكاتب الدعوة في الخارج وشروط الإيفاد وقرار معالي رئيس ديوان الخدمة المدنية رقم ١٨/٢٧٩/ت/ب وتاريخ ١٧/٦/١٤١٨هـ بالموافقة على تنفيذ برنامج (تنمية مهارات العاملين في الشئون الإسلامية لمدة أربعة أسابيع بجامعة الأمام محمد بن سعود الإسلامية) المرافقة نسخة منه (مرفق رقم ٦) .

٦ــ كما لاحظت اللجنة أن التداعيات والتحديات التي أعقبت الأعمال الإرهابية في الولايات المتحدة بتاريخ ١١ سبتمبر ٢٠٠١م ، وما تبع ذلك من محاولات لإضفاء صفة العمل الإرهابي أو الارتباط بما يسمى بالقاعدة على كثير من الأفراد والأعمال الخيرية والمساعدات الإسلامية ، وكذلك على عدد من المؤسسات الخيرية الإسلامية التي تتخذ من المملكة مقراً لها وتمارس أنشطتها في الخارج وإخضاعها لرقابة خارجية بحجة تجفيف المصادر المالية لتلك الجماعات الإرهابية ، واستغلال بعض السلبيات والممارسات غير المقصودة التي صدرت عن بعض العاملين السعوديين في مجال تقديم المساعدات أو النشاطات الدعوية التي يقوم بها منسوبو وزارة الشئون الإسلامية وبعض المنظمات الإسلامية غير الحكومية مثل (رابطة العالم الإسلامي وهيئة الإغاثة التابعة لها والندوة العالمية للشباب الإسلامي ومؤسسة الحرمين وامثالها) على نحو مبالغ فيه لا يبرر تعطيل عمل الأجهزة المعنية بالعمل الإسلامي في الخارج مثل (وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد) التي أنشئت عام ١٤١٢هـ وإيكال مهام منسوبيها العاملين في الخارج إلى أجهزة أخرى تابعة لوزارة الخارجية على اعتبار أن العمل الإسلامي في الخارج هو مسئولية مشتركة ترعاه المملكة انطلاقاً من موقعها القيادي الإسلامي إقليميا وعالميا ، وبالتالي فإن تلك السلبيات يمكن معالجتها من خلال التعرف على خلفية هذه السلبيات ومن ثم وضع الضوابط اللازمة لحركة العاملين في الخارج على صعيد الإسلامي دون الانسياق تحت تأثير الظروف الخارجية التي تستهدف تعطيل مهام الأجهزة الحكومية وغير الحكومية التي تقوم بهذه الأعمال الإسلامية الخيرة.

٤



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000008759

بسم الله الرحمن الرحيم

وزارة الخارجية

سري للغاية

وفي ظل الظروف الراهنة التي عكست نوعا من ردود الفعل السلبية حيال العمل الإسلامي في عدد كبير من الدول المضيفة ، فإنه لا بد من توفير الغطاء الرسمي المسبق تحت مظلة سفارات المملكة في الخارج لتيسير إنسياب العمل الإسلامي المكلف به منسوبو وزارة الشئون الإسلامية من خلال التنسيق المسبق مع رئيس البعثة السعودية لاتخاذ الإجراء المطلوب مع الدولة المضيفة بحيث تكون على علم ومعرفة بهذا العمل دون أي اعتراضات نظرا لصعوبة عقد اتفاقيات ثنائية للترخيص بالعمل الإسلامي لاحتمال أن تطلب الدولة المضيفة المعاملة بالمثل الأمر الذي يفرض ضرورة إعادة تنظيم وضع منسوبي وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد الموفدين للعمل في الخارج بما في ذلك إدراجهم ضمن كادر منسوبي وزارة الخارجية العاملين في السفارات مما يتطلب من وزارة الشئون الإسلامية ليس فقط إشعار وزارة الخارجية حول رغبتها بإيفاد بعض منسوبيها للعمل في الخارج وإنما ضرورة إيضاح الرغبة في تقديمهم بصفة ملحق مع الإشارة إلى مراتبهم بالنسبة للملحق أو الموظف الإداري كل حسب مرتبته والمهمة المكلف بها مع التنسيق المستمر مع رؤساء البعثات الدبلوماسية السعودية في الخارج على صعيد تيسير قيامهم بالمهام المطلوبة منهم على الوجه الأكمل ؛

رابعا :- وعلى ضوء ما تقدم فقد توصل أعضاء اللجنة إلى التوصيات :-

١. رفع البيان المرفق (مرفق رقم ٧) على صعيد حصر السفارات التي يعمل بها موظفون من وزارة الشئون الإسلامية وقد اتضح أن عدد مكاتب الدعوة التابعة لوزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد يبلغ (٣٣) مكتبا ويبلغ عدد الموظفين العاملين بها (١١٠) .. مع ملاحظة أن بعض تلك المكاتب تقع في مدن غير العاصمة وهي المكاتب في ( أم القوين - دبي - الفجيرة/ الإمارات العربية المتحدة - جبل طارق).

وانفاذا لقرار مجلس الوزراء رقم (٤٠) وتاريخ ١٤١٣/٣/٢٤هـ الذي لم يوجه إلا لعدد محدود من الوزارات لم يشمل وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد ، توصي اللجنة بتصحيح وضع مكاتب الدعوة التي لم تحصل على ترخيص رسمي من الدولة المضيفة أو تقديم منسوبيها ضمن كادر سفارات المملكة وفقا للفقرة (د) من البند أولا من مرفقات الأمر السامي رقم ٨/٤١٧/ وتاريخ

٥



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

بسم الله الرحمن الرحيم

وزارة الخارجية

سري للغاية

١٤٠٧/٤/١٩هـ المنوه عنه آنفا حيث نصت هذه الفقرة (مدير مكتب الدعوة ، والمستشار ، يعتبران دبلوماسيين ، ويمنحان جوازي سفر دبلوماسيين ، أما بقية الموظفين والدعاة السعوديين فيمنحون جوازات سفر خاصة) مع ملاحظة مراعاة أن يكون تقديم أي منسوب من منسوبي وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد العاملين في الخارج بدرجة ملحق فحسب باعتباره ملحقاً فنيًا بموجب لائحة قرار مجلس الوزراء رقم (٤٠) وتاريخ ١٤١٣/٣/٢٤هـ.

٣) وفيما يتعلق بوضع الضوابط للحد من مقابلة العاملين في المجال الإسلامي في الخارج للأفراد والجمعيات والهيئات الإسلامية في الدول الغربية على وجه الخصوص فإن اللجنة ترى أن هذا الموضوع المقترح سوف يكون على حساب مهمة هؤلاء العاملين الأساسية بحكم أنهم مؤهلين من حيث المبدأ للقيام بهذا العمل خاصة في ظل الاختصاص الوظيفي في إطار الهيكل التنظيمي المنوه عنه آنفا هذا من ناحية ،إلا أنه يمكن من ناحية أخرى معالجة المحاذير من احتمال استغلال نشاط هؤلاء الموفدين من قبل أي جهة مشبوهة ليس من خلال الحد من مقابلتهم للأفراد أو الاتصال بالجمعيات والهيئات الإسلامية أو إسناد مهامهم للقنصليات السعودية ، وإنما من خلال الحرص على حسن اختيار المؤهلين ثقافيا وسياسيا وأمنيا (التركيز على الموظف الموفد للعمل في الخارج ومراعاة الصفات الشخصية ومستوى التأهيل العملي (التأهيل الجامعي للملحق وبالنسبة للموظف الإداري أن لا يقل المؤهل العلمي عن الثانوية العامة) والثقافي ومدى إدراكه لأهمية وحساسية العمل الذي يقوم به في الخارج ، ومدى إطلاعه على النواحي الدينية في البلد الموفد إليه والطوائف والطرق المنتشرة فيه والأساليب المناسبة للتعامل معها .. القدرة على فهم الإبعاد السياسية والإعلامية في البلدان المضيفة) على النحو الذي يوفر لهم عند الاتصال بالأفراد أو الهيئات الوعي السياسي والأمني الذي يمكن تحقيقه من طريقين :-

ـ من خلال الدورات المكثفة لدى وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد بخصوص تنمية مهارات العاملين في مجال الدعوة في الخارج ، والتأكد مسبقاً من توفر هذه المهارات لدى الموفدين للعمل في الخارج من قبلها ولا سيما





~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

وزارة الخارجية

سري للغاية

في إطار توفر إمكانية إحاطتهم باللغة الإنجليزية أو الفرنسية بإعتبارهما اللغتين الدوليتين السائدتين في العالم.

ـ يمكن تحقيق الوعي السياسي والأمني المطلوب من خلال اجتيازهم الدورات المطلوبة في المعهد الدبلوماسي ( دورة السلوك الدبلوماسي والدورة الأمنية).

إضافة لما تقدم ترى اللجنة عدم جدوى قيام القنصليات بالخدمات المقدمة للمسلمين حاليا من قبل الموفدين من وزارة الشئون الإسلامية للعمل الإسلامي في الخارج نظرا إلى أن الحصانات والامتيازات القنصلية وفقا لاتفاقية فينا للعلاقات القنصلية لعام ١٩٦٣م هي حصانات محدودة خلافا للحصانات والامتيازات الدبلوماسية بموجب اتفاقية فينا لعام ١٩٦١م التي توفر غطاءً أفضل لمنسوبي وزارة الشئون الإسلامية كما يلاحظ أن الحصانات القنصلية عليها مآخذ كثيرة إذا تفسح المجال للسلطات المحلية للرقابة والتدخل وبالتالي لا توفر الغطاء الرسمي القانوني الذي يسمح بممارسة العمل الإسلامي ، مما يكون مدخلا للسلطات المحلية للتدخل في أعمال القنصلية إلى جانب أنها تحدد إطارا إقليميا محليا لعمل القنصل في المدينة أو الدائرة التي تقع ضمن اختصاصه .وعليه فإنه من الأفضل تقديم منسوبي وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد كملحق في الجهاز الدبلوماسي للسفارة الذي يوفر أيضا مجالاً إقليميا أوسع على مستوى الدولة المضيفة.

ومن جانب آخر فإن إسناد العمل الإسلامي للقنصليات بدلاً من منسوبي الجهات الحكومية المختصة بالعمل الإسلامي العاملين في الخارج يتنافى مع الأمر السامي الكريم الخاص بإعادة تنظيم هيكليات العمل الإسلامي الذي أفضى إلى إنشاء وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد والمجلس الأعلى للشئون الإسلامية والتي أصبحت مرجعية ذات اختصاص فني ينبغي توثيق قنوات الاتصال المناسبة لها لتنفيذ ما يصدر من توجيهات وتحديد مهام لممارسة العمل الإسلامي في الخارج وهذا لا يمنع من ضبط العمل الإسلامي في الخارج عبرها بموجب قرار مجلس الوزراء رقم (٤٠) وتاريخ ١٤١٣/٣/٢٤هـ على النحو الموضح أعلاه.

٢. ضرورة إعادة التعميم على جميع الوزارات والمصالح الحكومية بأهمية إنفاذ قرار مجلس الوزراء رقم (٤٠) وتاريخ ١٤١٣/٣/٢٤هـ على أن يشمل ذلك



PUBLIC FILING

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000008762

بسم الله الرحمن الرحيم

وزارة الخارجية

سري للغاية

منسوبي وزارة الشئون الإسلامية العاملين في الخارج في المجال الإسلامي وتقديمهم كملحقين دون إضافة مسمى (ديني) أو (شئون إسلامية) إليه.

٤. التأكيد على ضرورة التنسيق المسبق بين وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد ووزارة الخارجية بأنه عند تكليف هؤلاء الموظفين بالعمل في الخارج ، أن يكون ذلك بخطاب رسمي إلى وزارة الخارجية بطلب جواز سفر دبلوماسي أو خاص تبعا لرتبهم إلى جانب أن يتضمن الطلب تقديمهم ضمن كادر السفارة كما أنه في حالة عدم استيعاب مبنى السفارة لضم مكاتب هؤلاء الموفدين من وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد وظهور الحاجة لاستئجار أو تملك مبنى مستقل فإنه يمكن تحقيق ذلك بالتنسيق المسبق مع وزارة الخارجية لتعميد الممثليات في السعودية المعنية بما يلزم وبحيث يكون المبنى تابعا للسفارة وتوضع عليه لوحة تحمل أسم السفارة فحسب دون أي إشارة إلى أنه قسم يعنى بالشئون الدينية الا عن طريق السفارة السعودية في البلد المعني . وعدم ابرام أي عقود إلا باسم [illegible].

٥. التأكيد على وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد والوزارات المعنية الاخرى بالتقيد بكل ما جاء في قرار مجلس الوزراء رقم (٤٠) وتاريخ ١٤١٣/٣/٢٤هـ وتعميد موظفيها بالالتزام بمضامينه مسبقا ، إلى جانب الطلب من وزارة الخارجية تشكيل اللجنة المشار إليها في المادة رقم(٦) من قرار مجلس الوزراء الخاصة بالمتابعة الدورية للتأكد من الأداء ضمن الضوابط الواردة في هذا المحضر والأوامر السامية والوثائق المنوه عنها في أول هذا المحضر والتي تنص على أن (تتشكل في وزارة الخارجية لجنة برئاسة وكيل الوزارة وعضوية المديرين المعنيين بشئون الملحقيات في الجهات التابعة لها ، تجتمع دوريا لمناقشة أوضاع الملحقيات بصفة عامة في ضوء ما يصل إليها من تقارير من البعثات بغرض تطوير أدائها والتغلب على ما يعترضها من عقبات ومن ثم تقوم كل جهة باتخاذ ما تراه مناسبا بهذا الشأن) على أن تقوم وزارة الشئون الإسلامية بإعداد تقرير سنوي عن أنشطة منسوبيها في الخارج وكيفية ممارستها ولا سيما على صعيد تقديم المساعدات إلى الجمعيات



PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000008763

بسم الله الرحمن الرحيم

وزارة الخارجية

سري للغاية

والمؤسسات والمساجد في الخارج للمراجعة في نهاية كل سنة هجرية بحيث يشمل: -

- جميع الجمعيات أو المؤسسات أو المساجد أو الأفراد الذين لمنسوبي وزارة الشئون الإسلامية اتصال بهم أو تقدم لهم مساعدات نقدية أو عينية مع بيان عنوان كل منها وأسماء الأفراد أو الجهات المسئولة عنها أو التي تديرها.
- قيام وزارة الشئون الإسلامية بإبلاغ منسوبيها في الخارج بمن في ذلك العاملين في الممثليات السعودية بأسماء الجمعيات أو المؤسسات أو المساجد أو الأفراد الذين يوجدون في دائرة اختصاص المكتب بحيث يقوم خلال شهر محرم من كل عام بإعداد معلومات وافية عن هذه الجمعيات أو المؤسسات أو المساجد أو الأفراد واتجاهاتها ومكانتها والرأي في صلاحها ومعتقدات أصحابها وإخلاصهم ومدى نشاطهم وترسل لتوثيق هذه المعلومات إلى وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد.
- تقوم وزارة الشئون الإسلامية بمراجعة هذه المعلومات وتوثيقها في أجهزة الحاسب الآلي للرجوع إليها عند الحاجة.

٩. التقيد من قبل الموفدين للعمل في الخارج من قبل وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد بالتعليمات الإرشادية العامة الصادرة بقرار صاحب السمو الملكي وزير الخارجية رقم ١/١٢/١/٤٧/٩٥ وتاريخ ١٤٠٨/٦/١١هـ لمنسوبي وزارة الخارجية ومنسوبي الأجهزة الحكومية العاملين بالممثليات.

٧. إرسال تقييم نصف سنوي من السفارة لنشاط المكتب وموظفيه يوضح السلبيات والإيجابيات إلى وزارة الخارجية وأن يتم تقييم ذلك ومتابعته وأن تقوم وزارة الخارجية بالتنسيق مع وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد في ذلك.

(٨) وفيما يتعلق بممارسة مهام الملحق والعاملين معه فإنه من الضروري التنسيق مع رئيس البعثة حول تلك المهام، وربط الملحق إداريا برئيس البعثة أو من



PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000008764

بسم الله الرحمن الرحيم

وزارة الخارجية

سري للغاية

ينوب عنه لمنع الازدواجية في الإجراءات وتفادي الحساسية الدينية أو السياسية في البلد المضيف لاتاحة الفرصة لرئيس البعثة بتوجيه الملحق وجهازه بحكم المعلومات والتوجيهات المتوفرة لدى رئيس البعثة عن البلد المضيف ، وإتباع التعليمات التي تصدر من السفارة بهذا الخصوص ، مع ضرورة إلمام الملحق عند بدء عمله بالانظمة والقوانين المتبعة في البلد المضيف والمنظمة للمناشط الخيرية والدعوية.

٩. التأكيد على الموفدين من وزارة الشئون الإسلامية للعمل في الممثليات في الخارج الالتزام بما جاء في تعميم وزارة الخارجية البرقي رقم ١/١٦٣٦٢/٢٣/٩٧ وتاريخ ١٤١٣/٦/١١هـ وبيان الإرشادات المرفق معه على صعيد التأكد من سلامة توجهات الجمعيات الهيئات الإسلامية والأفراد في الدول الغربية على وجه الخصوص بحيث يكون هناك توثيق وسجل واضح لأي اتصال مع القائمين على تلك الجمعيات والهيئات وكذلك ما يرد منهم من مكاتبات.

١٠. التأكيد على منسوبي وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد في الخارج باستمرار حمل البطاقات الدبلوماسية التي تمنح لهم كأعضاء في كادر السفارة للتعريف بأنفسهم مع الحرص على ملاحظة ذلك في البطاقات التعريفية (Visit-Card) بحيث لا تحمل أكثر من صفته كملحق وهاتف السفارة وهاتف منزله إذا احتاج الأمر لذلك أو البريد الإلكتروني تفاديا لوضع أي صفة أخرى إذ أن الغطاء الدبلوماسي وحسن التصرف هو الغطاء الوظيفي الأمثل.

١١. توخي الحذر عند الاتصال بأي جمعية أو فرد تأخذ / أو يأخذ اتجاها عدائيا ضد الدولة المضيفة حتى لو كانت تلك الجمعية أو الفرد مرخصا من الدولة المضيفة والتأكيد بالتنسيق مع السفارة من أن المساعدات التي تصرف للجمعيات أو الهيئات الإسلامية يتم لذات الغرض الذي صرفت من أجله.

١٢. عرض الكتب والمراجع المزمع ترجمتها وطباعتها للتوزيع من قبل منسوبي وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد على رئيس



PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

KSA0000008765

بسم الله الرحمن الرحيم

وزارة الخارجية

سري للغاية

البعثة ، وإعطاء دور للسفارة المعنية في اختيار المناسب من تلك المطبوعات حسب ظروف كل بلد.

١٣. عدم الاتصال أو تقديم مساعدة مادية أو كتب وخلافه لأي جمعية أو هيئة إسلامية غير مسجلة ومرخصة في البلد المضيف ومصادقة السفارة على المساعدة المقترحة في هذا الشأن بحكم توفر المعلومات لدى السفارة .

١٤. التنسيق من قبل وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد مع رئاسة الاستخبارات العامة ووزارة الداخلية عند اقتراح تقديم مساعدة مالية لأي جمعية أو هيئة إسلامية أو مسجد أو افراد لمعرفة ما لدى هذه الجهات الأمنية المختصة من معلومات حولها / أو حولهم وفقا للترتيبات القائمة بهذا الخصوص .

١٥. إعطاء أفضلية للسعوديين عند تعيين موظفين متعاقدين في مكاتب الشئون الإسلامية وفي حال الحاجة لتعيين موظفين محليين أو من جنسية ثالثة التحري عنهم من قبل السفارات عمن يتم تعيينهم في مكاتب الدعوة بالتنسيق مع رئيس البعثة ، وكذلك الرجوع للجهات الأمنية المختصة (رئاسة الاستخبارات العامة ووزارة الداخلية) للتأكد من عدم وجود ملاحظات عليهم ومتابعة ذلك من قبل الملحق لمن يتم تعيينه للتأكد من عدم ظهور أي ملاحظات أمنية عليهم مستقبلاً .

١٦. ضرورة الحرص مستقبلاً على أن يكون من شروط تعيين الموظفين العاملين في الخارج من منسوبي وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد معرفتهم بإحدى اللغات العالمية الإنجليزية والفرنسية وعمل دورات تدريب لمن لا يجيدها بالنسبة للعاملين في الخارج.

١٧. إلحاق الموفدين للعمل في الخارج من وزارة الشئون الإسلامية بالدورات التالية في معهد الدراسات الدبلوماسية وهي:-

أ ـ الدورة الأمنية للمنقولين للعمل في الخارج.



PUBLIC FILING

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008766

وزارة الخارجية

سري للغاية

ب - دورة السلوك الدبلوماسي (على أن تشمل السياسة الخارجية للمملكة العربية السعودية ومعلومات شاملة عن الدولة المضيفة قبل المغادرة للعمل في الخارج من الموفد بحيث تغطي الجوانب التالية:-

ج - نبذة عن الدولة ونظامها السياسي وتوجيهاتها

د - نبذة عن الدين الأكثر انتشارا في تلك الدولة.

هـ - نظرة المجتمع في تلك الدولة للمملكة العربية السعودية خاصة والإسلام عامة.

و - نبذة مختصرة عن عادات وتقاليد الشعب وأفكاره وأنجح الطرق للاتصال مع ذلك الشعب ، ونظرة هذا الشعب للمملكة.

والله ولي التوفيـــــــــــــــــق ،،،،،

**التواقيع**

| | |
|---|---|
| **مندوب وزارة الداخلية** | **مندوب رئاسة الاستخبارات العامة** |
| نقيب/ أسامة بن سعود الوهبي | عقيد/ سعد بن نانشل العمري |

**مندوبي وزارة الخارجية**

| | |
|---|---|
| السفير/ محمد بن فايز الشريـــــــف | السفير/ عبدالمحسن بن فهد المـــــارك |
| وزير مفوض/ محمد بن عبدالله السديس | مقدم/ عبدالرحمن بن غرمان الشهري |

**مندوب وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد**

الدكتور/ توفيق بن عبدالعزيز السديري

وكيل وزارة الشئون الإسلامية



PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000008767

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210114_C6D

**Language**: Arabic

**Document title**: KSA0000008756-8767

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in medical terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 22, 2021 14:22 CST)

**Date**: Jan 22, 2021