# Exhibit 64

## KSA 2686

**In the name of God, the Most Gracious, the Most Merciful**

Kingdom of Saudi Arabia

Ministry of Islamic Affairs, Endowments, Da'wah and Guidance

Agency of Da'wah Affairs

Number: S/4/121

Date: 12.25.1995 AD

Attachments:

Confidential and Urgent

The Honorable His Excellency, Director General of Department of Personnel Affairs May Allah Save Him

Peace, mercy and blessings of Allah be upon you, After Greetings:

In accordance with the letter of His Excellency, the Minister No. S/653, and the date of 12.12.1995 AD the origin of which is attached, which indicates (His Excellency's Approval) on the appointment of:

1 – Sheikh: Fahad Bin Ibrahim al Thumairy, of Saudi Arabia in the United States of America. Hence, approve on the fulfillment of the measures of his appointment on rank (Eight) No. (113) with the title of Murshid (Islamic Guide). Attached are all of the qualifications of the employee mentioned, God give you Success.

Peace, mercy and blessings of Allah be upon you,

Assistant Undersecretary of Da'wah Affairs

//Handwritten Signature//

Ali Bin Fahad Al Ghaith

Employment/2/8

A copy to be sent to the Hospital

~~CONFIDENTIAL:~~

~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York~~.

KSA0000002686



EXHIBIT
tabbies
Turki-38
9/14/18 am

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعــــوة والإرشــاد
وكالة شؤون الدعوة

الرقم : ١٢١/٤/س
التاريخ : ٢/٨/١٤١٦
المشفوعات :
الموضوع :

سري وعاجل

فضيلة مدير عام إدارة شؤون الموظفين سلمه الله

السلام عليكم ورحمة الله وبركاته أما بعد :

فبناءً على كتاب معالي الوزير رقم ٦٥٢/س وتاريخ ١٤١٦/٧/١٩هـ المرافق أصله المتضمن ( موافقة معاليه ) على تعيين .

١- الشيخ / فهد بن إبراهيم الثميري سعودي الجنسية في أمريكا .

لذا أعتمدوا إكمال إجراءات تعيينه على المرتبة ( الثامنة ) رقم ( ١١٣ ) بمسمى مرشد وبرفقه كامل مؤهلات المذكور . وفقكم الله .

والسلام عليكم ورحمة الله وبركاته .....

الوكيل المساعد لشؤون الدعوة
علي بن فهد الغيث

الموظف
٨١٢

أ يبلغ شؤون

ع الزهراني / ٢٠٠٧

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000002686

global link
LANGUAGE SERVICES

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 5, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 2686**

Sincerely,

Anthony Federico

Anthony Federico
Global Link Language Services, Inc.