# Exhibit 66

## KSA 901

Illegible handwritten text

Anqari Exhibit
384
1/13/21 Carrie Campbell, RDR
exhibitsticker.com

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Defense and Aviation
Civil Aviation Presidency
Airways Engineering

[**Logo**: *Ministry of Defense and Aviation*]

Number: 266/H/M
Date: 06/02/1421 AH
(May 11, 2000 AD)
Attachments: Approval + Exhibit

Omar Ahmed Mustafa al Bayoumi Accountant 8th Rank 86 Airways Engineering

---

Personnel and Payroll Affairs Director
May the peace, mercy, and blessings of Allah be upon you.

**Subject: Study Leave**

This is to indicate that the employee whose identity is stated above filed a request for a study leave to prepare for the PhD degree in Finance and Accounting. Attached is a copy of a letter issued by the George Washington University confirming that they accepted said employee to prepare for the PhD degree with them.

Therefore, we do not have any objection about his completion of postgraduate studies. Based on the provisions of Article 28/19 of the Civil Service Law, we hope that you take the required pr ocedures to grant him a study leave for two years starting as of 01/03/1421 AH (June 4, 2000 AD).

This is for your review and to do what is required as per the law. Please accept our regards.

[**SEAL**]
Cards
Employees
3481
06/02/1421 AH (May 11, 2000 AD) [*Handwritten Signature*]

Airways Engineering Director General
[*Handwritten Signature*]
Eng. Mohamed Ahmed Al Salmi

Ali/M

Please reply to:
Director General, Airways Engineering
P.O. Box: 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

[Duplicate Text]

KSA0000000901

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

الرقم ٥٩٤٢٦
التاريخ ١٤٢١/٢/٦
المرفقات صورة موافقة + صورة جواز

عمر أحمد مصطفي البيومي محاسب الثامنة ٨٦ هندسة الممرات الجويه

---

المكرم مدير شؤون الموظفين والرواتب المحترم

السلام عليكم ورحمة الله وبركاته ،،،

**الموضوع : إجازة دراسية**

نفيدكم بأن الموظف الموضحة هويته بعاليه قد تقدم الينا طالبا منحه إجازة دراسية للتحضير لدرجة الدكتوراه في تخصص المالية والمحاسبة ويرفقه صورة خطاب من جامعة جورج واشنطون يفيد بقبولهم الموظف المذكور للتحضير لدرجة الدكتوراة لديهم . عليه نفيدكم بأنه لا مانع لدينا من إكمال الموظف المذكور لدراسته العليا ، وبناء علي ما تنص عليه المادة ١٩/٢٨ من نظام الخدمة المدنيه نأمل إكمال الاجراءات اللازمة لمنحه إجازة دراسيه لمدة سنتين إعتبارا من تاريخ ١٤٢١/٣/١هـ .

للاطلاع وإكمال اللازم نظاما ... وتقبلوا تحياتنا ،،،،،

مدير عام هندسة الممرات الجويه

م/محمد أحمد السالمي

شؤون الموظفين
٣٤٨١
١٤٢١/٢/٦هـ

علي/م

PUBLIC FILING

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي :
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، جدة، المملكة العربية السعودية

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210105QRY

**Language**: Arabic

**Document title**: KSA0000000901

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 7, 2021 16:31 CST)

**Date**: Jan 7, 2021