# Exhibit 140

## KSA 8784

SEP 02 '00 07:32 AM P. 1

[bilingual text:]
**FOUNDATION OF**
Shaykh al-Islam Ibn Taymiyah
**King Fahad Mosque**

**In the name of Allah, The Beneficent, The Merciful**

His Royal Highness Prince Abdul Aziz bin Fahd bin Abdul Aziz

Minister of State, Member of the Council of Ministers, and Head of the Prime Minister's Office, *May Allah bless him*

*May the peace, mercy and blessings of Allah be upon you. To proceed:*

I ask Allah to help and bless you and your continued efforts to serve Islam and the advancement of Muslims.

Your Highness...

I would like to tell you about the profound impact of the visits of the Sheikhs, scholars and Imams of the Two Holy Mosques, on their Muslim brothers outside the Kingdom, in particular. Their guiding meetings, lessons and lectures contribute considerably to the education and awareness of Muslims, and guide them to their good, in life and the hereafter.

Therefore, the Muslim communities in California want to host Sheikh Abdul Mohsen bin Mohammed Al Qassim, the Imam of the Medina Mosque and Judge of the Supreme Court in the Prophet's City, to deliver speeches, lectures and scientific lessons, to participate in the opening of some mosques in the region, and to hold a specialized course for Imams of mosques and the Islamic propagators in the region.

We, at the mosque of the Custodian of the Two Holy Mosques in Los Angeles, are ready to supervise, prepare and follow up on the program of the visit, God's willing.

We hope that Your Highness would kindly facilitates his visit as an extension of your continued encouragement and your continuous giving.

We pray that Allah, most exalted be He, will preserve you.

May the pace, mercy and blessings of Allah be upon you.

Written by

Delegate of the Ministry of Islamic Affairs in America
and Imam of the mosque of the Custodian of
the Two Holy Mosques in Los Angeles
***Fahad bin Ibrahim al Thumairy***

[signature]

*Dated 03/06/1422 AH corresponding to 8/23/2001 AD*

[seal:] King Fahad Mosque

FOUNDATION OF

Shaykh al-Islam Ibn Taymiyah

11004 Washington Boulevard, Culver City, California 90232 U.S.A. (310) 204-1250 Fax: (310) 204-1260

~~CONFIDENTIAL~~

~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570,~~

~~United States District Court for the Southern District of New York~~



PUBLIC FILING

SEP 02 '00 07:32AM P.1

ISAMIG FOUNDATION OF SHAIKH IBN TAYMIYAH
King Fahad Mosque

مؤسسة شيخ الإسلام ابن تيمية
مسجد الملك فهد

بسم الله الرحمن الرحيم

صاحب السمو الملكي الأمير عبد العزيز بن فهد بن عبد العزيز
وزير الدولة وعضو مجلس الوزراء ورئيس ديوان مجلس الوزراء حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد..
أسأل الله أن يمدكم بعونه وتوفيقه، وأن يبارك في جهودكم المتواصلة في خدمة الإسلام ورفعة المسلمين.

صاحب السمو..
أود أن أعبر لكم عن الأثر البالغ الذي نلمسه جليا من زيارات المشايخ والعلماء وأئمة الحرمين الشريفين على وجه الخصوص لإخوانهم المسلمين في خارج المملكة حيث تسهم كلماتهم التوجيهية ودروسهم ومحاضراتهم العلمية في تعليم المسلمين وتوعيتهم وتوجيههم لما فيه خيرهم في الدنيا والآخرة.

لذا فإن الجاليات المسلمة في ولاية كاليفورنيا الأمريكية ترغب في استضافة فضيلة الشيخ عبدالمحسن بن محمد القاسم إمام الحرم المدني والقاضي بالمحكمة الكبرى في المدينة النبوية لإلقاء الخطب والمحاضرات والدروس العلمية والمشاركة في افتتاح بعض مساجد المنطقة وعقد دورة متخصصة لأئمة المساجد والدعاة في المنطقة.
ونحن في مسجد خادم الحرمين الشريفين في لوس انجلوس على أتم الاستعداد للإشراف على برنامج الزيارة والإعداد له ومتابعته إن شاء الله.
نأمل من سموكم الكريم التفضل بتيسير أمر زيارته امتدادا لتشجيعكم المستمر وعطائكم المتواصل.
راجين الله سبحانه أن يتولاكم بحفظه ورعايته.
والسلام عليكم ورحمة الله وبركاته.

كتبه

موفد وزارة الشؤون الإسلامية في أمريكا
وإمام مسجد خادم الحرمين الشريفين في لوس أنجلوس

فهد بن إبراهيم الثميري

11004 Washington Boulevard, Culver City, California 90232 U.S.A. (310) 204-1280 Fax: (310) 204-1280

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000008784

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))**

**Language**: Arabic > English

**Document title**:
KSA0000008784

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli **Date**: November 22, 2019