# Exhibit 142

## KSA 8921

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Ministry's Agency for Da'wah and Guidance Affairs
General Department of Da'wah and Guidance at Home

No. 1599
Date: 14/09/1416 AH
(February 04, 1996 AD)
Attachments: 12

SEAL
Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Assisting Agency for Da'wah Affairs
General Incoming
Incoming No. 2378
Date: 16/09/1416 AH (February 06, 1996 AD)
Attachments: 12
Referral: ----

SEAL
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Da'wah General Department at Home and in the Gulf
Incoming No. 2572
Date: 17/09/1416 AH (February 07, 1996 AD)
Attachments: ----

His Excellency Deputy Minister, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

This is with reference to the letter of His Excellency Director General of the Ministry's Branch in Al-Qassim Region, No. 2151/1, dated 02/08/1416 AH (December 25, 1995 AD), and its attachments, regarding the request filed by Sheikh Abdullah bin Ali Al Jaithen who was a lecturer at the College of Sharia and Principles of Religion at the Imam Muhammad ibn Saud Islamic University's Branch in Al-Qassim Region. He resigned from the college on 19/04/1415 AH (September 25, 1994 AD). In view of his wish and activity in his region practicing Da'wah to Allah, and given that he is recommended by His Eminence Sheikh Mohammed bin Saleh Al Uthaymeen and Sheikh Abdel Aziz bin Saleh Al Aql, please note that this Agency deems that the two recommendations by the two sheikhs are enough and that he does not have to be interviewed at the Committee.

I wish that Your Excellency may approve his hiring at the rank that he is eligible for according to his academic qualification [Handwriting: *as per the rules*]. May Allah guide and reward you.

May the peace, mercy, and blessings of Allah be upon you.
[Handwriting: *Abu Hussein*]
Assisting Undersecretary for Da'wah Affairs
Ali bin Fahd Al Ghaith [*Handwritten Signature*]
[Handwriting: *Da'wah at Home, 16/09/1416 AH (February 06, 1996 AD)*]
[Handwriting: *The opinion of the Advisory Committee in the Region shall be sought, thank you. 15/09/1416 AH (February 05, 1996 AD)*]

SEAL
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Deputy Minister's Office
No. 709
Date: 15/09/1416 AH (February 05, 1996 AD)
Attachments: 12

109/1

KSA0000008921

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

المملكة العربية السعوديه
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
وكالة الوزارة لشؤون الدعوة والإرشاد
الإدارة العامه للدعوة والإرشاد في الداخل

الرقم: ١٥٩٩
التاريخ: ١٤١٦/٩/١٤
المشفوعات: ١

وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
الإدارة العامة للدعوة في الداخل ودول الجزيرة العربية
رقم الوارد: ٢٥٧٦
تاريخه: ١٤١٦/٩/١٦
المشفوعات:

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
الوكالة المساعدة لشؤون الدعوة
الوارد العام
رقم الوارد ... التاريخ ١٤١٦/٩/١٤
المشفوعات ...
الإحالة ...

معالي نائب الوزير سلمه الله

السلام عليكم ورحمة الله وبركاته أما بعد :-

فإشارة إلى خطاب فضيلة مدير عام فرع الوزارة بمنطقة القصيم المرافق ذا الرقم ١/٢١٥١ المؤرخ في ١٤١٦/٨/٢هـ ومرفقاته بشأن الطلب المقدم من الشيخ/عبدالله بن علي الجعيثن والذي كان يعمل محاضراً بكليه الشريعه واصول الدين في فرع جامعه الامام محمد بن سعود الاسلاميه بمنطقة القصيم وقدم استقالته منها بتاريخ ١٤١٥/٤/١٩هـ . ونظراً لرغبته ونشاطه في منطقته بالدعوة الى الله وتزكيته من فضيلة الشيخ/محمد بن صالح العثيمين والشيخ/عبدالعزيز بن صالح العقل .

فأفيد معاليكم بأن هذه الوكالة ترى أن التزكيتين من اصحاب الفضيلة كافيه عن مقابلته في اللجنة

آمل من معاليكم التكرم بالموافقة على تعيين المذكور على المرتبه التي يستحقها حسب مؤهله العلمي -اثابكم الله ووفقكم .

والسلام عليكم ورحمة الله وبركاته ،،، ،،، ،،،

الوكيل المساعد لشؤون الدعوة

علي بن فهد الغيث

يؤخذ رأي لجنة الاستقدام في المنطقة ... ٩/١٥

١٤١٦/٩/١٦ الدكتور ...

وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب نائب الوزير
الرقم: ...
التاريخ: ١٤١٦/٩/١٥هـ
المرفقات: ...

١/١٠٩

PUBLIC FILING

~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~

KSA0000008921

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210212_BJS

**Language**: Arabic

**Document title**: KSA0000008921

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 19, 2021 19:21 CST)

**Date**: Feb 19, 2021