# Exhibit 145

## KSA 7506-22

| | | | | |
|---|---|---|---|---|
| 12327 | 6/15/01 | 700 | SAUD S. AL-SUWENAE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12328 | 6/15/01 | 700 | NASSER F. ALMOGBEL<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12329 | 6/15/01 | 700 | HAMOUD N. AL-ENEZI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 700.00 |
| 12330 | 6/15/01 | 700 | SALEH AL-MUGBEL<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,100.00 |
| 12331 | 6/15/01 | 700 | TARIK ABUL-QASIM<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,800.00 |
| 12332 | 6/15/01 | 700 | MUKHTAR D. YOSOF<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |

Total Amount 234,313.10



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

6/15/01
[illegible] am

Pre-Check Report



Bank Account Code : 8 ( MISCELLANEOUS )
Bank Account No. : 8469162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12141 | 6/15/01 | 700 | HRH PRINCE MOHAMMED BIN FAISAL BIN TURKI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 2,433.34 |
| 12142 | 6/15/01 | 700 | AHMED KATTAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 2,260.00 |
| 12143 | 6/15/01 | 700 | ZAIN K ALZAHERY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 2,094.67 |
| 12144 | 6/15/01 | 700 | ALI MOHAMMED AL-OMARI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,940.00 |
| 12145 | 6/15/01 | 700 | RIHAB MASOUD<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,768.00 |
| 12146 | 6/15/01 | 700 | ABDULAZIZ A. AL-OTHMAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,782.00 |
| 12147 | 6/15/01 | 700 | HESHAM M. AL-SOMILEM<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,338.67 |
| 12148 | 6/15/01 | 700 | ABDULMOHSEN A. AL-SHEDDI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,298.67 |
| 12149 | 6/15/01 | 700 | EMAD A. MADANI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,438.67 |
| 12150 | 6/15/01 | 700 | ADEL A. ALJUBEIR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,309.34 |
| 12151 | 6/15/01 | 700 | HAMZA EDREES<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,345.34 |
| 12152 | 6/15/01 | 700 | NAIL A. AL-JUBEIR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 828.67 |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

6/15/01
8:54 am

Pre-Check Report

Page 2

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8489162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12153 | 6/15/01 | 700 | KHALEEL Y. AFFAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,118.00 |
| 12154 | 6/15/01 | 700 | YOUSEF A. SHAZLE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,200.67 |
| 12155 | 6/15/01 | 700 | ESAM A. ABID<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,728.67 |
| 12156 | 6/15/01 | 700 | TALAL ABDUL-SALIL BARRI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,592.00 |
| 12157 | 6/15/01 | 700 | NAIF B. AL-ASOUD<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,440.00 |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

| | | | | |
|---|---|---|---|---|
| 12159 | 6/15/01 | 700 | FAHAD N. AL-ORAIR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 532.00 |
| 12160 | 6/15/01 | 700 | SAUD N. AL-HAMDAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 787.34 |
| 12161 | 6/15/01 | 700 | MAHMOUD QATTAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,345.34 |
| 12162 | 6/15/01 | 700 | SAUD H. AL-ZAID<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,200.67 |
| 12163 | 6/15/01 | 700 | FAISAL M. BOSTANI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 815.34 |
| 12164 | 6/15/01 | 700 | AZZAM AL-SAIR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,159.34 |

6/15/01 Pre-Check Report Page 3
8:54 am

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8409162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12165 | 6/15/01 | 700 | SAAD S. AL-SALEH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 828.67 |
| 12166 | 6/15/01 | 700 | MUSAED AL-MARWANI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,118.00 |
| 12167 | 6/15/01 | 700 | ABDULLAH M. AL-RASHIDAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,112.00 |
| 12168 | 6/15/01 | 700 | KHALED N. BADAWI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 870.00 |
| 12169 | 6/15/01 | 700 | MOHAMMED I. AL-ZAMIL<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,072.00 |



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

| | | | | |
|---|---|---|---|---|
| 12171 | 6/15/01 | 700 | SALEH A. AL-HARI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 784.67 |
| 12172 | 6/15/01 | 700 | KHALID AL-MOTAIRY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 532.00 |
| 12173 | 6/15/01 | 700 | HAMAD K. AL-JESSEEL<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 712.00 |
| 12174 | 6/15/01 | 700 | ABDULLAH F. AL-KAHTANI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,465.34 |
| 12175 | 6/15/01 | 700 | NAYEF M. AL-MOTIRI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 533.67 |
| 12176 | 6/15/01 | 700 | TAHA M.A. BAKHSH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,541.34 |

6/15/01
8:54 am

Pre-Check Report

Page 4

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8409162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12177 | 6/15/01 | 700 | DR. MAJED N.H. AL GHESHEYAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 2,200.00 |
| 12178 | 6/15/01 | 700 | ABDULAZIZ AL-SALEH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,600.00 |
| 12179 | 6/15/01 | 700 | MOSAED AL-JARRAH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,600.00 |
| 12180 | 6/15/01 | 700 | ABDULAZIZ M. AL-SULTAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,500.00 |
| 12181 | 6/15/01 | 700 | KHALED I. AL-SOWEILEM<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,733.00 |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

KSA0000007510

| | | | | |
|---|---|---|---|---|
| 12183 | 6/15/01 | 700 | ABDULMAJID M. AL-OMARI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,418.00 |
| 12184 | 6/15/01 | 700 | MUTEB A. AL-SUDAIRI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12185 | 6/15/01 | 700 | ABDULLAH ARAFA<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,116.00 |
| 12186 | 6/15/01 | 700 | ADEL M. AL-SADHAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12187 | 6/15/01 | 700 | SULAIMAN AL-BATLI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12188 | 6/15/01 | 700 | FAHAD AL-THUMAIRY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,005.00 |

6/15/01
8:54 am

Pre-Check Report

Page 5

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 0489162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12189 | 6/15/01 | 700 | ABDULRAHMAN AL-NOUH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,500.00 |
| 12190 | 6/15/01 | 700 | ABDULAZIZ NAZIR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,731.00 |
| 12191 | 6/15/01 | 700 | NABIL ALBAKRI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,290.50 |
| 12192 | 6/15/01 | 700 | HEDIA B. MALIK<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,004.50 |
| 12193 | 6/15/01 | 700 | MONA G. GABR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 778.50 |

PUBLIC FILING

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

HRH PRINCE ABDULLAH'S BONUS 2000

| | | | | |
|---|---|---|---|---|
| 12195 | 6/15/01 | 700 | MAGDA EL ZENI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,077.00 |
| 12196 | 6/15/01 | 700 | ABDELMONEIM A. ALAMIN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,296.50 |
| 12197 | 6/15/01 | 700 | SHAHLA IZADI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,188.50 |
| 12198 | 6/15/01 | 700 | NADA M. MOUKALLED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 990.00 |
| 12199 | 6/15/01 | 700 | IBRAHIM H. FOFANAH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,447.00 |
| 12200 | 6/15/01 | 700 | SAMIA M. ABDEL-WAHED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,061.50 |

6/15/01 Pre-Check Report Page 6
8:54 am

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8489162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12201 | 6/15/01 | 700 | KAMAL A. ABBADI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,051.50 |
| 12202 | 6/15/01 | 700 | ROLY A. ABDUL-MALAK<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 990.00 |
| 12203 | 6/15/01 | 700 | MUDDASSIR H. SIDDIQUI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 2,200.00 |
| 12204 | 6/15/01 | 700 | HAYAT AHMED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 856.50 |
| 12205 | 6/15/01 | 700 | SALEH SULAIMAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 990.00 |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

| | | | | |
|---|---|---|---|---|
| 12207 | 6/15/01 | 700 | MOHAMMAD ABDULWAHED H. ALI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | [illegible] |
| 12208 | 6/15/01 | 700 | ZAFAR ALI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,010.50 |
| 12209 | 6/15/01 | 700 | TAREK EL-KHOLY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 907.50 |
| 12210 | 6/15/01 | 700 | FATHALLA M. AHMED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 750.00 |
| 12211 | 6/15/01 | 700 | RONALD ALFONSO REYES<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 750.00 |
| 12212 | 6/15/01 | 700 | ANWAR SOLIMAN AHMED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 680.00 |

6/15/01 Pre-Check Report Page 7
8:54 am

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8409162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12213 | 6/15/01 | 700 | HATEM M. KHALED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 715.00 |
| 12214 | 6/15/01 | 700 | AHMED YOUSEF AHMED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 825.00 |
| 12215 | 6/15/01 | 700 | EJAZ MOHSIN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 865.50 |
| 12216 | 6/15/01 | 700 | ABDUL-GHAFOUR A. ABDUL-MAGUID ALI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 864.00 |
| 12217 | 6/15/01 | 700 | AWAD M. BESHIR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 825.00 |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000007513

HRH PRINCE ABDULLAH'S BONUS 2000

| | | | | |
|---|---|---|---|---|
| 12219 | 6/15/01 | 700 | ABDALLA ALI ZAHRANY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 860.00 |
| 12220 | 6/15/01 | 700 | ISAM MOHAMED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 860.00 |
| 12221 | 6/15/01 | 700 | MOHAMMAD ASHRAF<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12222 | 6/15/01 | 700 | MARGA M. ANDERSON<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,390.00 |
| 12223 | 6/15/01 | 700 | LILIAN HADDAD<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,093.00 |
| 12224 | 6/15/01 | 700 | MARTHA A. BURKE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 981.00 |

6/15/01
8:54 am

Pre-Check Report

Page 8

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : M489162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12225 | 6/15/01 | 700 | MAY GEORGES BOUSTANY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 856.50 |
| 12226 | 6/15/01 | 700 | KAMAL A. KAZIM HAGI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,834.00 |
| 12227 | 6/15/01 | 700 | HUSSEIN OSMAN DAOUD<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 500.00 |
| 12228 | 6/15/01 | 700 | CELESTINO DEVERA<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12229 | 6/15/01 | 700 | RAMONCITO CANLAS GUIAO<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 600.00 |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

| | | | | |
|---|---|---|---|---|
| 12231 | 6/15/01 | 700 | SEVERINO DE MESA TRINIDAD<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 503.00 |
| 12232 | 6/15/01 | 700 | ANATOLLIO AL AGIMA<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,505.00 |
| 12233 | 6/15/01 | 700 | SHIV NATH SINGH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,457.00 |
| 12234 | 6/15/01 | 700 | AHMED ZAKARIA AWAD<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 750.00 |
| 12235 | 6/15/01 | 700 | HARPAL SINGH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 674.50 |
| 12236 | 6/15/01 | 700 | ANIS FEGHALI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 988.50 |

6/15/01 Pre-Check Report Page 9
8:54 am

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8489162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12237 | 6/15/01 | 700 | MARCELLA J. CALLOWAY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,100.00 |
| 12238 | 6/15/01 | 700 | SOLOMON KEBEDE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 746.50 |
| 12239 | 6/15/01 | 700 | PAULINE A. GUIRAGOSS<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 856.50 |
| 12240 | 6/15/01 | 700 | VASSILIKI TS. KYRIAKAKI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 825.00 |
| 12241 | 6/15/01 | 700 | FOUZI EL-ASHAR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,230.50 |



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

HRH PRINCE ABDULLAH'S BONUS 2000

| | | | | |
|---|---|---|---|---|
| 12243 | 6/15/01 | 700 | RABA'A ALI ANGURKI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 770.00 |
| 12244 | 6/15/01 | 700 | JOSEPHINE SANCHEZ TRINIDAD<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 500.00 |
| 12245 | 6/15/01 | 700 | HASSAN M. ELGODANY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 770.00 |
| 12246 | 6/15/01 | 700 | RANA ALSAWAF<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 750.00 |
| 12247 | 6/15/01 | 700 | SAUDI ARABIAN INFORMATION OFFICE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 38,500.00 |
| 12248 | 6/15/01 | 700 | AMIR U DIN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 2,000.00 |

6/15/01
8:54 am

Pre-Check Report

Page 10

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8409162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12249 | 6/15/01 | 700 | MAHMOOD AHMAD<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,606.00 |
| 12250 | 6/15/01 | 700 | SALVADOR MARTINEZ<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 722.50 |
| 12251 | 6/15/01 | 700 | CONRADO DUMAWAL MARTINEZ<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 600.00 |
| 12252 | 6/15/01 | 700 | MOIRA TAYLOR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,250.00 |
| 12253 | 6/15/01 | 700 | GLEN GIUAO<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 550.00 |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

HRH PRINCE ABDULLAH'S BONUS 2000

| | | | | |
|---|---|---|---|---|
| 12255 | 6/15/01 | 700 | FAWZI AL-SAYEED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12256 | 6/15/01 | 700 | FAHAD NAZER<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12257 | 6/15/01 | 700 | SALEH A. AL-QAHTANI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,390.00 |
| 12258 | 6/15/01 | 700 | MELANDRO TE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,800.00 |
| 12259 | 6/15/01 | 700 | GAAFAR M. ALLAGANY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 2,000.00 |
| 12260 | 6/15/01 | 700 | AWAD MUSTAFA<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 700.00 |

6/15/01
8:54 am

Pre-Check Report

Page 11

Bank Account Code : N ( MISCELLANEOUS )
Bank Account No. : 6659162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12261 | 6/15/01 | 700 | HALA SIOUFI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,500.00 |
| 12262 | 6/15/01 | 700 | NORMA WRIGHT<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 856.50 |
| 12263 | 6/15/01 | 700 | SAAD SULAIMAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 750.00 |
| 12264 | 6/15/01 | 700 | CHUCRI RAJEILI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12265 | 6/15/01 | 700 | CHARLES ACEL<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 2,500.00 |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

| | | | | |
|---|---|---|---|---|
| 12267 | 6/15/01 | 700 | WILLIAM BLAS<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 500.00 |
| 12268 | 6/15/01 | 700 | CLARO PEREZ<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 420.00 |
| 12269 | 6/15/01 | 700 | MEDRADO TE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 420.00 |
| 12270 | 6/15/01 | 700 | RODOLFO ARCILLA<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 420.00 |
| 12271 | 6/15/01 | 700 | DICK VILLANUEVA<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 420.00 |
| 12272 | 6/15/01 | 700 | EFREN DE OCAMPO<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 420.00 |

6/15/01 Pre-Check Report Page 12
8:54 am

Bank Account Code : N ( MISCELLANEOUS )
Bank Account No. : 6489162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12273 | 6/15/01 | 700 | ARMANDO CASTRO<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 420.00 |
| 12274 | 6/15/01 | 700 | ISHAK RIZKALLA<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 420.00 |
| 12275 | 6/15/01 | 700 | ARNOLD AQUINO<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 500.00 |
| 12276 | 6/15/01 | 700 | LYDIO DISPO<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 420.00 |
| 12277 | 6/15/01 | 700 | MOHAMMED KOUFTY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,250.00 |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

KSA0000007518

HRH PRINCE ABDULLAH'S BONUS 2000

| | | | | |
|---|---|---|---|---|
| 12279 | 6/15/01 | 700 | TARIK OMAR<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12280 | 6/15/01 | 700 | KAYSSARABDUL ALI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12281 | 6/15/01 | 700 | AHMAD ABDUL ALI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12282 | 6/15/01 | 700 | OMAR AL-SALEH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12283 | 6/15/01 | 700 | IBRAHIM HUSSEIN MALIBARI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 792.00 |
| 12284 | 6/15/01 | 700 | MOHAMED MUNAF MOHAMED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 700.00 |

6/15/01 Pre-Check Report Page 13
8:54 am

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8469162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12285 | 6/15/01 | 700 | SALU SINAH ABDUL-WAHAB<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 690.00 |
| 12286 | 6/15/01 | 700 | NIZAM A. ROUF ZAMAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 700.00 |
| 12287 | 6/15/01 | 700 | M'BACKE BATHIE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 940.00 |
| 12288 | 6/15/01 | 700 | ABUELGASIM OSMAN RAMADAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 890.00 |
| 12289 | 6/15/01 | 700 | IJAZ MUKHTAR MIAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 890.00 |



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

[illegible]

| | | | | |
|---|---|---|---|---|
| [illegible] | 6/15/01 | 700 | ZAKARIA SULEMAN MURDEEN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 560.00 |
| 12292 | 6/15/01 | 700 | OSMAN MOHAMED ALMULL<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 825.00 |
| 12293 | 6/15/01 | 700 | MUNCEY SADIQUE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 859.00 |
| 12294 | 6/15/01 | 700 | SAEED ABU BAKR ZAKARIE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 653.00 |
| 12295 | 6/15/01 | 700 | ABDEL-MONIEM M. EL-HILLALI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 890.00 |
| 12296 | 6/15/01 | 700 | FAISAL I. CHOUDHRY<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 700.00 |

6/15/01
8:54 am

Pre-Check Report
*************************

Page 14

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 0489162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12297 | 6/15/01 | 700 | MOHAMMAD TAHIR BHATTI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 700.00 |
| 12298 | 6/15/01 | 700 | JAMEEL A. AHMED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 700.00 |
| 12299 | 6/15/01 | 700 | IMAN ALTAYEB MOHAMMED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 803.00 |
| 12300 | 6/15/01 | 700 | RIDWAN ARENU YUSSUF<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 654.00 |
| 12301 | 6/15/01 | 700 | MOHAMED M. MUSA<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,330.00 |



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

HRH PRINCE ABDULLAH'S BONUS 2000

| | | | | |
|---|---|---|---|---|
| 12303 | 6/15/01 | 700 | OMAR AL-KHATAB<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12304 | 6/15/01 | 700 | IBRAHIM SHEETH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12305 | 6/15/01 | 700 | SARAH IBRAHIM HUKARI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 650.00 |
| 12306 | 6/15/01 | 700 | MUZAMMIL H. SIDDIQI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,350.00 |
| 12307 | 6/15/01 | 700 | ALI SULAIMAN ALI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 850.00 |
| 12308 | 6/15/01 | 700 | NGUYEN VAN XUNG<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |

6/15/01
8:54 am

Pre-Check Report

Page 15

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8699162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12309 | 6/15/01 | 700 | SALIM A. MORGAN<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12310 | 6/15/01 | 700 | MOHAMMAD ALI ABDUL FADEEL<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12311 | 6/15/01 | 700 | JAMAL MOHAMMAD ABDELLATIF<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12312 | 6/15/01 | 700 | ADEEB FADEL RASHEED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12313 | 6/15/01 | 700 | TAJUDDIN BIN SHU'AIB<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 988.00 |

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

| | | | | |
|---|---|---|---|---|
| 12315 | 6/15/01 | 700 | ABDUL RAHMAN IBRAHIM AHMED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,[illegible] |
| 12316 | 6/15/01 | 700 | MUNIR YASIN AL FAKKA<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 700.00 |
| 12317 | 6/15/01 | 700 | ABDIRAHMAN E. AHMED<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12318 | 6/15/01 | 700 | MUSA TIJANI KAYODE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12319 | 6/15/01 | 700 | SHARIF M. BATTIKHI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12320 | 6/15/01 | 700 | FARI ALSHAIBANI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |

6/15/01
8:54 am

Pre-Check Report

Page 16

Bank Account Code : M ( MISCELLANEOUS )
Bank Account No. : 8469162

| Check No. | Check Date | Category | Paid to | Check Amount |
|---|---|---|---|---|
| 12321 | 6/15/01 | 700 | G.M.EL'SHUKRI JUM'AH<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12322 | 6/15/01 | 700 | JAMIL ALI M. ALI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12323 | 6/15/01 | 700 | WALEED MENEESE<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 800.00 |
| 12324 | 6/15/01 | 700 | SALEM AL-TAMIMI<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |
| 12325 | 6/15/01 | 700 | SAQAR AL-RASHOOD<br>HRH PRINCE ABDULLAH'S BONUS 2000 | 1,000.00 |

PUBLIC FILING

KSA0000007522

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.