# Exhibit 181

## KSA 1029

In the Name of Allah, Most Gracious, Most Merciful

P.O. Box 430 Jeddah, 21411
Kingdom of Saudi Arabia
Tel: 6710000
Telex: 601482 AVCO SJ
Commercial Reg. No. 20442
Paid in Capital: 10.000.000 SR

dallah AVCO

TRANS ARABIA

LIMITED LIABILITY COMPANY

Date: 24/12/1415 Hijri

Corresponding to 05/24/1995 AD

**His Excellency the President of Civil Aviation**

Peace, mercy, and blessings of God,

We would like to let you know that Dallah Avco – air navigation system support project, is in dire need for the services of the presidency employee, Mr. Omar Ahmad Mustafa Al Bayoumi, as accountant based on the cooperation between the government and private sector.

We hope you'll approve lending the above mentioned employee to work for us for one year.

Thank you for your kind cooperation ... and accept our greetings and appreciation for your efforts

[Signature]
Alwi Mohammad Saeed Kamel
Mandated Member

dallah AVCO

TRANS ARABIA

LIMITED LIABILITY COMPANY

KSA0000001029

بسم الله الرحمن الرحيم

P.O. BOX 430 JEDDAH, 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 601482 AVCO SJ
COMMERCIAL REG. No. 20442
PAID IN CAPITAL :10 000.000 SR.

دله أفكو dallah AVCO
TRANS ARABIA
LIMITED LIABILITY COMPANY
عبر البلاد العربية
شركة ذات مسئولية محدودة

ص.ب ٤٣٠ جدة ، ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
تلكس : ٦٠١٤٨٢ أفكو اس.جي
س.ت رقم ٢٠٤٤٢
رأس المال المدفوع ١٠,٠٠٠,٠٠٠ ريال سعودي

التاريـــخ : ١٤١٥/١٢/٢٤هـ
الموافـــق : ١٩٩٥/٠٥/٢٤م

معالى/رئيس الطيران المدنى المحترم

السلام عليكم ورحمة الله وبركاته،

نفيد معاليكم بأن شركة دله أفكو، مشروع دعم نظام الملاحة الجوية فى أمس الحاجة فى الوقت الحاضر لخدمات الموظف لدى الرئاسة الاستاذ/ عمر أحمد مصطفى البيومى - بوظيفة مشرف حسابات وذلك بناءً على التعاون القائم بين القطاع الحكومى والقطاع الخاص .

لذا نأمل موافقة معاليكم على إعارة المذكور للعمل لدينا لمدة عام .

شاكرين حسن تعاونكم ،،

وتقبلوا تحياتنا ومقدرين جهودكم ،،،

علوي محمد سعيد كامل
العضو المنتدب

دله أفكو dallah AVCO
TRANS ARABIA
LIMITED LIABILITY COMPANY
C.R. 4030020442
عبر البلاد العربية
شركة ذات مسئولية محدودة
س.ت ٤٠٣٠٠٢٠٤٤٢

finance/avco/fin

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 5, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 1029**

Sincerely,

Anthony Federico

Anthony Federico
Global Link Language Services, Inc.