# Exhibit 195

## KSA 629

[Seal:] In the Name of Allah, the Most Beneficent, Most Merciful
Ministry of Civil Service
Ministry's Assistant Deputy for Revision and Documentation

Statement of Jobs

| | | | | | |
|---|---|---|---|---|---|
| Name | Omar Ahmad Mutstafa Al-Bayoumi | | | Fixed Number 1003634061 | Attachments: 2 |
| ID number | 62110 | Date: 10/23/1396 AH [10/17/1976] | Place of issue: Jeddah | Statement number: 8604 | Date: 03/12/1437 AH [12/24/2015] |
| Date of birth | 05/06/1377 AH [11/29/1957] | Place of Birth: Hajrah | Civil Registry: 1036639514 | Last salary: 21100 | Grade: 16 |

| Job Title | Rank | Governmental Authority | Procedure | Date |
|---|---|---|---|---|
| Auditor | 5 | General Authority of Civil Aviation | Assignment | 12/25/1397 AH [12/07/1977] |
| Assistant Auditor | 6 | General Authority of Civil Aviation | Upgrade by competition | 01/01/1402 AH [10/30/1981] |
| Department Chief | 7 | General Authority of Civil Aviation<br>General Authority of Civil Aviation | Time upgrade | 10/07/1406 AH [06/15/1986] |
| Accountant | 8 | General Authority of Civil Aviation | Time upgrade | 05/14/1412 AH [11/21/1991] |
| Budget specialist | 9 | General Authority of Civil Aviation | Time upgrade | 08/17/1423 AH [10/24/2002] |
| Budget specialist | 10 | General Authority of Civil Aviation | Time upgrade | 03/06/1428 AH [03/25/2007] |
| Technical Support Supervisor | 046 | General Authority of Civil Aviation | Staff classification | 01/01/1430 AH [12/29/2008] |
| Chief financial inspector | 047 | General Authority of Civil Aviation | Time upgrade | 04/10/1434 AH [02/21/2013] |
| Chief financial inspector | 047 | General Authority of Civil Aviation | Termination | 06/29/1435 AH [04/30/2014] |
| | | [stamp:] Kingdom of Saudi Arabia General Department of Documentation Service Investigation Department Ministry of Civil Service] | | |

| | |
|---|---|
| Work Place: | Jeddah |

Comments: After the application of the Regulation of the General Authority for Civil Aviation Employees which is subject to the Labor and Social Security Laws, and applicable as of 01/07/1435 AH [11/11/2013]

| | | |
|---|---|---|
| Competent Officer:<br>Yahya Ibrahim Sarkhi | Service Investigation Department:<br>Fahd bin Said Al Oweimer | General Manager of Documentation:<br>Youssef bin Abdallah Al Hamed |
| [signature] | [signature] | [signature] |



[redacted]:
[redacted]
1.50 in

وزارة الخدمة المدنية

وكالة الوزارة المساعدة للمراجعة والوثائق

بسم الله الرحمن الرحيم

بيان خدمات وظيفية

| | | | | | |
|---|---|---|---|---|---|
| الإســـم | عمر احمد مصطفى البيومي | | | الرقم الثابت : ١٠٠٣٦٣٤٠٦١ | المرفقات : ٢ |
| رقم الحفيظة | ٦٢١١٠ | تاريخهـا : ١٣٩٦/١٠/٢٣ | مصدرها : جده | رقم البيان : ٨٦٠٤ | تاريخـه: ١٤٣٧/٠٣/١٢ |
| تاريخ الميلاد | ١٣٧٧/٠٥/٠٩ | مكانــه : الحجره | السجل المدني: ١٠٣٦٦٣٩٥١٤ | الراتب الأخير: ٢١١٠٠ | الدرجة : ١٦ |

| مسمى الوظــيفــة | المرتـبة | الجهـة الحكـوميـة | الاجـــراء | تاريخـــه |
|---|---|---|---|---|
| مدقق | ٥ | الهيئة العامة للطيران المدني | تعيين | ١٣٩٧/١٢/٢٥ |
| مدقق حسابات مساعد | ٦ | الهيئة العامة للطيران المدني | ترقية بمسابقة | ١٤٠٢/٠١/٠١ |
| رئيس قسم | ٧ | الهيئة العامة للطيران المدني | ترقية بالمدة | ١٤٠٦/١٠/٠٧ |
| محاسب | ٨ | الهيئة العامة للطيران المدني | ترقية بالمدة | ١٤١٢/٠٥/١٤ |
| اخصائي ميزانيه | ٩ | الهيئة العامة للطيران المدني | ترقية بالمدة | ١٤٢٣/٠٨/١٧ |
| اخصائي ميزانيه | ١٠ | الهيئة العامة للطيران المدني | ترقية بالمدة | ١٤٢٨/٠٣/٠٦ |
| مشرف الدعم الفني المستخدم | ٠٤٦ | الهيئة العامة للطيران المدني | تصنيف كادر | ١٤٣٠/٠١/٠١ |
| كبير مفتشين ماليين | ٠٤٧ | الهيئة العامة للطيران المدني | ترقية بالمدة | ١٤٣٤/٠٤/١٠ |
| كبير مفتشين ماليين | ٠٤٧ | الهيئة العامة للطيران المدني | طي قيد | ١٤٣٥/٠٦/٢٩ |

المملكة العربية السعودية
الإدارة العامة للتوثيق
إدارة تحقيق الخدمة

مــلاك الوظيفة : جده

ملاحظــات : بعد تطبيق لائحة منسوبي الهيئة العامة للطيران المدني الخاضعة للنظامي العمل والتأمينات الاجتماعية والمطبقة اعتبارا من ١٤٣٥/٧/١هـ

المختص : يحي ابراهيم صرخي    مدير ادارة تحقيق الخدمة : فهد بن سعود العويمر    مدير عام التوثيق : يوسف بن عبدالله الحامد

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03-MDL-1570,
United States District Court for the Southern District of New York.

KSA0000000629



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03-MDL-1570,
United States District Court for the Southern District of New York.

1.50 in

KSA0000000629

TRANSPERFECT

# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | 01. KSA0000000629 |
| Source Language(s) | Arabic |
| Target Language(s) | English |

Appeared before me remotely

*Authorized Signature:*

*Name:* *Jacqueline Yorke*

*Title:* *Project Manager*

*Date:* *June 4, 2021*

*Currently situated in the County of New York*

*Signature, Notary Public:*

*Currently situated in the County of New York*

WENDY POON
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

*Stamp: Notary Public*



© 2021 TransPerfect Translations International, Inc. (TransPerfect).