# Exhibit 196

## KSA 734-37

# The George Washington University

## School of Business and Public Management

certifies that

# Omar A. Al-Bayoumi

has successfully completed

## Quality for Project Managers

**June 28, 1999 through June 30, 1999**

**Washington, DC**

and is awarded 1.8 continuing education units

Washington, D.C.

Susan M. Phillips
Dean, School of Business and Public Management

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~

# The George Washington University

## School of Business and Public Management

*certifies that*

# *Omar Ahmed Al-Bayoumi*

*has successfully completed*

## *Negotiation Strategies and Techniques*

*February 28, 2000 through March 3, 2000*

*San Diego, CA*

*and is awarded 2.8 continuing education units*

*Washington, D.C.*

*Susan M. Phillips*

*Susan M. Phillips*
*Dean, School of Business and Public Management*

PUBLIC FILING

~~ONFIDENTIAL:~~
~~his document is subject to a Protective Order~~

# The George Washington University

## School of Business and Public Management

certifies that

# Omar A. Al-Bayoumi

has successfully completed

## Project Leadership, Management, and Communications

**June 21, 1999 through June 25, 1999**

**Washington, DC**

and is awarded 2.8 continuing education units

*Washington, D.C.*

Susan M. Phillips

*Susan M. Phillips*
*n, S~hool of Business and Public Management*

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
[illegible]

# *The George Washington University*

## *School of Business and Public Management*

*certifies that*

# *Omar A. Al-Bayoumi*

*has successfully completed*

## *Risk Management*

***May 10, 1999 through May 14, 1999***

**San Diego, CA**

*and is awarded 2.8 continuing education units*

*Washington, D.C.*

*Susan M. Phillips*
*ean, School of Business and Public Management*

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~