# Exhibit 197

## KSA 879

*4/1290* [**Logo**: *Ministry of Defense and Aviation*] [Duplicate Text]
Presidency of Civil Aviation
Airways Engineering
ANSS Program

**Employee Performance Review**

☑ ANNUAL ☐ 1 ☐ 2 ☐ 3 PROBATIONARY MONTH

| NOTE: 3RD PROBATIONARY REVIEW DUE AT DAY 75 | | REVIEW DATE |
|---|---|---|
| NAME<br>Omar Ahmed al Bayoumi | EMPLOYEE NO.<br>50040 | HIRE DATE |
| POSITION<br>Accountant | POSITION NO. | HOW LONG IN THIS POSITION<br>25/12/1420 AH<br>(March 31, 2000 AD) |
| LOCATION<br>Contracts and Financial Control Division | DEPARTMENT<br>Airways Engineering | SECTION |

RATE THE EMPLOYEE ON THE PERFORMANCE OF HIS MAJOR DUTIES AND RESPONSIBILITIES AND EXPLAIN YOUR CHOICE

RATING: 0 - UNSATISFACTORY | 1 - SATISFACTORY | 2 - GOOD | 3 - EXCELLENT

| | |
|---|---|
| A. JOB KNOWLEDGE: (Technical Know–how Competence) | 3 |
| B. QUALITY OF WORK: (Thoroughness, Accuracy, Timeliness) | 3 |
| C. QUANTITY OF WORK: (Completion of Projects) | 3 |
| D. PERSONAL ATTRIBUTES: (Appearance, Energy, Adaptability) | 3 |
| E. ATTENDANCE AND PUNCTUALITY | 3 |
| F. OVERALL PERFORMANCE RATING (TOTAL A–E):<br>0–2 UNSATISFACTORY 3–7 SATISFACTORY<br>8–12 GOOD 13–15 EXCELLENT | 15 |

| REVIEWER NAME/SIGNATURE | DEPT. MANAGER - HEAD NAME & SIGNATURE<br>[*Handwritten Signature*] |
|---|---|
| EMPLOYEE COMMENTS/SIGNATURE ____________<br>____________ Studious, cooperative and [*Illegible Handwritten Text*] ______<br>____________ | |

DISTRIBUTION: ORIGINAL: Personnel Affairs (Contractor) [Duplicate Text]
COPIES: Manpower Development
Dept./Sector File
Employee

PCA FORM 3400 – 2 -27–
[**Handwritten Text**: *Recorded and shall be archived in his file*]

**CFC ORIGINAL**

KSA0000000879

~~CONFIDENTIAL~~

~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

PUBLIC FILING

٤

Presidency of Civil Aviation
Airways Engineering
ANSS Program

رئاسة الطيران المدني
هندسة الممرات الجوية
مشروع دعم وصيانة وتشغيل
نظام الملاحة الجوية

# Employee Performance Review

# تقييم اداء الموظف

☐ ٣ 3 ☐ ٢ 2 ☐ ١ 1 للفترة التجريبية PROBATIONARY MONTH ☑ السنوي ANNUAL

ملاحظة : يقدم تقرير تقييم الفترة التجريبية الثالثة في اليوم ال ٧٥
NOTE : 3RD PROBATIONARY REVIEW DUE AT DAY 75

| | | |
|---|---|---|
| | | REVIEW DATE تاريخ المراجعة |
| NAME الاسم عمر أحمد البيومي | EMPLOYEE NO. رقم الموظف ٥٠٠٤٣ | HIRE DATE تاريخ التعيين |
| POSITION الوظيفة محاسب | POSITION NO. رقم الوظيفة | HOW LONG IN THIS POSITION المدة في نفس الوظيفة ١٤٢٢هـ ١٤/٢٥ |
| LOCATION الموقع قسم الصقور والرابطة الثانية | DEPARTMENT الادارة قسم الحركة الجوية | SECTION القسم |

RATE THE EMPLOYEE ON THE PERFORMANCE OF HIS MAJOR DUTIES AND RESPONSIBILITIES AND EXPLAIN YOUR CHOICE.

تقييم الموظف حسب اداءه لواجباته الرئيسية ، ويوضح ذلك في العمود المناسب المقابل المناسب .

RATING التقييم: ٣ - ممتاز 3 - EXCELLENT | ٢ - جيد 2 - GOOD | ١ - مقبول 1 - SATISFACTORY | ٠ - غير مقبول 0 - UNSATISFACTORY

| | | |
|---|---|---|
| A – JOB KNOWLEDGE : ( Technical Know – how, Competence ) | ٣ | ١ - الخبرة في العمل : ( الخبرة الفنية في العمل ) |
| B – QUALITY OF WORK : ( Thoroughness, Accuracy, Timeliness ) | ٣ | ب - نوعية العمل وجودته : ( الاجتهاد / الدقة / التقيد بالمواعيد المحددة ) |
| C – QUANTITY OF WORK : ( Completion of Projects ) | ٣ | ج - كمية العمل : ( انجاز المشاريع والاعمال المسندة اليه ) |
| D – PERSONAL ATTRIBUTES : ( Appearance, Energy, Adaptability ) | ٣ | د - المميزات الشخصية : ( المظهر ، النشاط ، قابلية التكيف ) |
| E – ATTENDANCE AND PUNCTUALITY : | ٣ | هـ - الحضور والتقيد بمواعيد الدوام : |
| F – OVERALL PERFORMANCE RATING ( TOTAL A – E ) :<br>0 – 2 UNSATISFACTORY 3 – 7 SATISFACTORY<br>8 – 12 GOOD 13 – 15 EXCELLENT | ١٥ | و - تقييم للاداء الاجمالي :<br>٠ - ٢ غير مقبول ٣ - ٧ مقبول<br>٨ - ١٢ جيد ١٣ - ١٥ ممتاز |

REVIEWER NAME / SIGNATURE اسم وتوقيع المقيم

DEPT. MANAGER / HEAD NAME / SIGNATURE اسم / توقيع مدير او رئيس القسم [signature]

EMPLOYEE COMMENTS / SIGNATURE توقيع الموظف / ملاحظات
موافق متعاون ومعطاء .

DISTRIBUTION : ORIGINAL : Personnel Affairs ( Contractor )
COPIES : Manpower Development
Dept. / Sector File
Employee

التوزيع : الاصل : الشؤون الادارية ( المقاول )
نسخ الى : تنمية القوى العاملة
القسم / ملف القطاع
الموظف

PCA FORM 3400 – 2

نموذج رئاسة الطيران المدني رقم ٣٤٠٠ - ٢

-٢٧-

CFC ORIGINAL

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

PUBLIC FILING

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210105QRY

**Language**: Arabic

**Document title**: KSA0000000879

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 7, 2021 16:51 CST)

**Date**: Jan 7, 2021