# Exhibit 199

## KSA 888

*4/1290*
Kingdom of Saudi Arabia
Ministry of Defense and Aviation
Civil Aviation Presidency

[**Logo**: *Ministry of Defense and Aviation*]

[Duplicate Text]

Number: 7/4/420 Date: 11/02/1421 AH (May 16, 2000 AD) Attachments: 10

| | | | | |
|---|---|---|---|---|
| Omar Ahmed Mustafa al Bayoumi | Accountant | 8th Rank | 86 | Airways Engineering |

His Excellency Director General of Airways Engineering
May the peace, mercy, and blessings of Allah be upon you.

With reference to your letter No. 266/H/M, dated 06/02/1421 AH (May 11, 2000 AD), which includes a request for a study leave for the employee whose identity is stated above, kindly be noted that according to the directions of the Deputy President of Civil Aviation, it is not possible to grant him the leave. Kindly inform the employee.

Kindest regards.
[*Handwritten Signature*]

Assigned Director of Personnel Affairs
[*Handwritten Signature*]
11/02/1421 AH (May 16, 2000 AD)
Abdul Rahim Nouri Jastaniyah

Omar

Copy to Cards Department
Copy, with original, to employee's file
[*Handwritten Signature*]

[**Handwriting**: *I received the original correspondence with all attachments. Name: Omar Ahmed al Bayoumi. Signature: [Handwritten Signature], Date: 11/02/1421 AH (May 16, 2000 AD)*]

[Duplicate Text]
Please reply to: P.O. Box: Postal Code: City: Kingdom of Saudi Arabia

KSA0000000888

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم ١٧/٤/٤٢٠ التاريخ ٢١/٢/١٤٢١ المرفقات ١٠

عمر احمد مصطفى بيومي محاسب الثامنة ٨٦ هندسة الممرات الجوية

سعادة مدير عام هندسة الممرات الجوية المحترم

السلام عليكم ورحمة الله وبركاته :-

إشارة لخطابكم رقم ٢٦٦/هـ/م وتاريخ ٦/٢/١٤٢١هـ المتضمن طلب إجازة دراسية للموضحة هويته بعاليه ٠

آمل الإحاطة أنه وحسب توجيهات مساعد رئيس الطيران المدني فيعتذر للمذكور وإشعاره بذلك ٠

ولكم تحياتي ، ، ،

مدير شئون الموظفين المكلف
١١/٢/١٤٢١هـ
عبد الرحيم نوري جستنيه

صورة للبطاقات / عمر / مع الاساس لملفه ٠

سلمت أصل المعاملة مع كامل المرفقات
عمر أحمد البيومي
التوقيع :
التاريخ : ١١/٢/١٤٢١



PUBLIC FILING

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210105QRY

**Language**: Arabic

**Document title**: KSA0000000888

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: FArah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 7, 2021 16:31 CST)

**Date**: Jan 7, 2021