# Exhibit 200

## KSA 889

| | | |
|---|---|---|
| **Kingdom of Saudi Arabia**<br>**Ministry of Defense and Aviation**<br>**Civil Aviation Presidency** | **In the name of Allah, the Gracious, the Merciful**<br><br>**[Logo: *Ministry of Defense and Aviation*]** | **[*Handwritten Signature*]**<br>**Number: ----**<br>**Date: ----**<br>**Attachments: ----** |

**PROPOSAL**

To: His Excellency President of Civil Aviation
From: Deputy President of Civil Aviation
Subject: Request filed by employee Omar Ahmed Mustafa al Bayoumi, 8th rank, to obtain a study leave for two years as of 01/03/1421 AH [June 4th, 2000 AD], to prepare his PhD in Finance and Accounting at his own expense.

Study:

- He started working for the Presidency on 25/12/1397 AH [Dec 7th, 1977 AD] as an accountant at the Financial Department;
- He was assigned to work at the Airways Engineering;
- The Airways Engineering Director General approved his request;
- Article (28/11) of Civil Service Law and the executive regulations thereof allowed to grant an employee an (unpaid) study leave if an employee has a High School certificate or its equivalent provided that:
  1. They spent (three years) in service with at least 'Good' grade; and
  2. Their study subject matter is related to the entity where they work.

Opinion: As long as the Presidency will not bear any amounts for his secondment and since the law allows granting him an unpaid study leave, I think, while you have the decisive opinion, that it is okay to approve granting him the leave, or you may guide as you deem appropriate.

Kindest regards,
Deputy President of Civil Aviation
Abdul Aziz Bin Abdul-Karim Al-Anqari

Two years

[**Handwriting**: *Unfortunately, the leave cannot be approved. The Presidency has provided him enough leaves before and the job cannot be left vacant – Handwritten Signature – 11/02/1421 (May 16, 2000 AD)*] [**Handwriting**: *Employment Department, 11/02/1421 (May 16, 2000 AD) – Employees*]

**KSA0000000889**

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم ..................
التاريخ ..................
المرفقات ..................

# عـــــرض

الـــى : معالى رئيس الطيران المدنــي
مــــن : مساعد رئيس الطيران المدنى
الموضوع :طلب الموظف بالمرتبه « الثامنه » عمر احمد مصطفى بيومي الموافقه على منحـــه اجازه دراسيه لمدة { سنتين } اعتباراً من ١٤٢١/٣/١هـ للتحضير لدرجــة الدكتوراه في تخصص الماليه والمحاسبه على حسابه الخاص .

الدراسه : -
- التحق بالعمل في الـرئاســه بتاريخ ٩٧/١٢/٢٥هـ ويعمل بوظيفة محاسب بالاداره الماليه .
- كلف بالعمل لدى هندسة الممرات الجويه

- موافقة مديرعام هندسة الممرات الجويه على طلبه .
- اجازت الماده ( ١١/٢٨ ) من نظام الخدمه المدنيه ولوائحه التنفيذيه منح الموظف اجازه دراسيه [ بدون راتب ] اذا كان يحمل شهاده الدراسه الثانويه او مايعادلها بشرط .
١ - أن يكون قد امضى في الخدمه { ثلاث سنوات } بتقدير جيد على الاقل .
٢ - ان يكون لموضوع دراسته علاقه بالعمل في الجهه التي يعمل بها .

الراي : طالما ان الرئاسه لن تتحمل أي مبالغ لابتعاث المذكور والنظام يجيز منحه الاجـــازه الدراسيه وبدون راتب لذا ارى والرأي الاتم لمعاليكم الموافقه على منحه الاجازه او التوجيه بما ترونه .

وتقبلوا تحياتي وتقديري ،،،

مساعد رئيس الطيران المدنــى

عبدالعزيز بن عبدالكريم العنقري

سنتين



KSA0000000889

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20201217_1S2

**Language**: Arabic

**Document title**: KSA0000000889

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience

**Signed**: Farah Alshekhli
Farah Alshekhli (Dec 18, 2020 12:48 CST)

**Date**: Dec 18, 2020