# Exhibit 201

## KSA 1054

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Defense and Aviation
Civil Aviation Presidency

[**Logo**: *Ministry of Defense and Aviation*]

[Duplicate Text]

Number: ---- Date: ---- Attachments: ----

**Office of Deputy President of Civil Aviation**

His Excellency Personnel Affairs Director
May the peace and mercy of Allah be upon you.

Subject to the work requirements and the necessity to support the Airways Engineering contacting sector with Saudi cadres that are able to implement the financial procedures and financial contracts related to the same, the following colleagues shall be approved to commence work at the Airways Engineering Department:
Abdullah Abdul Hafiz Al Ghanmi, Administrative Development Department; and
Omar al Bayoumi, Financial Department

The two employees enjoy good efficiency and financial expertise. The Department shall support them once an academically and professionally qualified employee is available.

Please note that the Department coordinated with the Director General of the Airways Engineering Department concerning their assigned work.

Kindest regards,
Deputy President of Civil Aviation Department
Abdul Aziz Abdul Karim Al Anqari
[*Handwritten Signature*]

Commencement

Copy to General Department of Airways Engineering, for approval;
Copy to Financial Department, for approval;
Copy to Administrative Development Department, for approval;
Copy to Al Ghanmi and al Bayoumi, for approval;
Copy to Employment Department to complete necessary action as per the law
07/03/1414 AH [Aug 25th, 1993 AD]
[*Handwritten Signature*]
R/M/KH/M/Commencement

E

K

P

P.O. Box 887, Jeddah 21165; Kingdom of Saudi Arabia; Fax: 6401477; Telex: 601093 CIVAIR

[Duplicate Text]

بسم الله الرحمن الرحيم

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Presidency of Civil Aviation

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

Attachments: ______ :المرفقات Date: ______ :التاريخ No.: ______ :الرقم

مكتب مساعد رئيس الطيران المدني

سعادة مدير شئون الموظفين المحترم

السلام عليكم ورحمة الله وبركاته :-

نظراً لما تقتضيه مصلحة العمل وضرورة دعم قطاع عقد هندسة الممرات الجويه بكفاءأت سعوديه تتولى تنفيذ الاجراءات الماليه والعقود الماليه المرتبطه بهذا العقد .

لذا يعتمد مباشرة الزملاء لدى هندسة الممرات الجويه .

| | |
|---|---|
| عبدالله عبدالحفيظ الغانمي | التطوير الاداري |
| عمر بيومي | الادارة الماليه |

نظراً لما يتمتعا به من كفاءه وخبره ماليه جيده . وسوف يعمل على دعمهم بكفاءأت وظيفيه حال توفر الموظف المؤهل علماً وعملاً .

علماً انه قد تم التنسيق مع مدير عام هندسة الممرات الجويه فيما يتعلق بالعمل ي سيزاولونه .

وتقبلوا تحياتي ،،، ،،، ،،، :

مساعد رئيس الطيران المدني

عبدالعزيز بن عبدالكريم العنقري

صورة - للادارة المالية [illegible]
- [illegible]
- [illegible]
- [illegible]

الموظف
[illegible]
١٤١٤/٢/٢٠هـ

٨٠/٦/١/غ/م/مباشره

مباشرة



PUBLIC FILING

KSA0000001054

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20201217_1S2

**Language**: Arabic

**Document title**: KSA0000001054

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience

**Signed**: Farah Alshekhli
Farah Alshekhli (Dec 18, 2020 12:50 CST)

**Date**: Dec 18, 2020