# Exhibit 202

## KSA 1213-14

In the name of Allah, the Gracious, the Merciful

Royal Embassy of
Saudi Arabia
Washington, D.C.

[Duplicate Text]

[*Emblem of Saudi Arabia*]

**OUTGOING TELEGRAM**

Confidential

Telegram No. 501/1/305
Date: 06/02/1423 AH (April 19, 2002 AD)

File No. ----
Attachments: None

His Majesty the Custodian of the Two Holy Mosques, King Fahd bin Abdul Aziz, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

I am pleased to praise the Islamic edifice which was sponsored by Your Majesty, may Allah bless you, at your own expense. It is the King Fahad Mosque in Los Angeles, which is an Islamic cultural landmark and a destination for all either from the Muslims to observe religious rites or the non-Muslims such as university students, school students, and local residents to learn about the Islamic religion, especially after the last incidents in America. However, there are some administrative and financial problems in the mosque due to the lack of a fixed budget. The mosque is registered under the Ibn Taymiyyah Foundation, which is supervised by some Saudis who returned to the Saudi Kingdom. Because of the increasing disagreement between the management and some members of the Islamic community, and since this was escalated to the local press such as the Los Angeles Times which has published an investigation about it lately, I think it is important to separate the mosque from the mentioned Foundation and to take the legal procedures for that. The mosque should be supervised by the Embassy as the case with the Islamic Center in Washington, D.C. The Ibn Taymiyyah Foundation should be informed to implement this, and an annual operation budget of five hundred thousand US Dollars should be assigned to run the mosque and pay…

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

Royal Embassy of
Saudi Arabia
Washington, D.C.

[Duplicate Text]

[*Emblem of Saudi Arabia*]

**OUTGOING TELEGRAM**

[**Handwriting**: *305*]

… the currently accumulated debts totaling ($499,476,79.00) to preserve the mosque which bears the name of the Custodian of the Two Holy Mosques, may Allah bless him. I ask Allah the almighty to reward you for this. Please accept my best wishes and regards.

[**Handwritten Signature**: *al Jarrah*]

Bandar bin Sultan bin Abdel Aziz
Ambassador of the Custodian of the Two Holy Mosques
to the United States of America
[*Handwritten Signature*]

F/Bustani

[*Illegible*]

[*Handwritten Signature*]

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000001214

بسم الله الرحمن الرحيم

سفارة المملكة العربية السعودية
واشنطن

Royal Embassy of Saudi Arabia
Washington

برقية صادرة

سرية

رقم البرقية ٢٠٥ ٠١/١/١

التاريخ [illegible]

رقم الملف ____

المرفقات : يوجد

مولاي خادم الحرمين الشريفين الملك فهد بن عبد العزيز

حفظه الله

السلام عليكم ورحمة الله وبركاته :

يتشرف الخادم بالإشادة بالصرح الإسلامي الذي تكفل مولاي يحفظه الله بتحمل نفقات بنائه وهو مسجد الملك فهد في لوس أنجلوس الذي يعتبر معلماً حضارياً إسلامياً يقصده الجميع سواء من المسلمين لأداء الشعائر فيه أو من غير المسلمين من طلاب الجامعات والمدارس والسكان المحليين للتعرف على الدين الإسلامي خاصة بعد الأحداث الأخيره في أمريكا، إلا أن هنالك بعض المشاكل الإدارية والمالية في المسجد وذلك لعدم وجود ميزانية ثابتة علماً بأن المسجد مسجّل تحت إسم مؤسسة إبن تيمية والتي يشرف عليها بعض السعوديين الذين عادوا إلى المملكة ، ونظراً لإزدياد الخلاف بين الإدارة وبعض الجالية الإسلامية وتصعيد ذلك إلى الصحافة المحلية حيث نشرت مؤخراً جريدة لوس أنجلوس تايمز تحقيقاً عن ذلك ، فإن الخادم يرى أهمية فصل المسجد من المؤسسة المذكورة وإتخاذ الإجراءات القانونية لذلك ويكون المسجد تحت إشراف السفارة أسوة بالمركز الإسلامي بواشنطن على أن تبلّغ مؤسسة إبن تيمية تنفيذ ذلك مع تخصيص ميزانية تشغيليةسنوية للمسجدبمبلغ خمسمائة ألف دولار تصرف على تسيير أموره وتسديد



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

Saudi Arabia
Washington

المملكة العربية السعودية
واشنطن

## برقية صادرة

٢٠٥

الديون المتراكمة عليه حالياً والبالغة ( ٤٩٩,٤٧٦,٧٩ ) دولار وذلك حفاظاً على المسجد الذي يحمل إسم خادم الحرمين الشريفين يحفظه الله راجياً الله سبحانه وتعالى أن يجعل ذلك فى ميزان أعمالكم وتقبلوا الأمير مولاي أطيب تحياتي وإحتراماتي .

الخادم
بندر بن سلطان بن عبد العزيز

سفير خادم الحرمين الشريفين
لدى الولايات المتحدة الأمريكية

ف/ابستانو

PUBLIC FILING



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
Southern District of New York.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000001213

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:14 CDT)

**Date**: Jun 14, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210601_IWZ

**Language**: Arabic

**Document title**: KSA0000001214

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 14, 2021 16:14 CDT)

**Date**: Jun 14, 2021