# Exhibit 203

## KSA 1219-20

Royal Embassy of Saudi Arabia
Washington, D.C.

In the name of Allah, the Gracious, the Merciful

[*Emblem of Saudi Arabia*]

[Duplicate Text]

**OUTGOING TELEGRAM**

Telegram No. 501/93/308
Date: 06/02/1423 AH (April 19, 2002 AD)

File No. ----
Attachments: None

**Ministry of Foreign Affairs, Riyadh**

Mr. Ibrahim bin Ahmed bin Mohamed Al Sa'adoun submitted a request to be registered with the US Department of State to work at the Islamic Foundation in America. He has a diplomatic A-2 visa from the US Embassy in Riyadh to work at the Embassy in Washington, D.C. He had a letter from Minister of Finance and National Economy to Chairman of the Islamic Foundation' Board of Trustees that they had no objection on seconding him to the said Foundation. Since it is not registered with the US Department of State and not affiliated with the Embassy, it is not possible for the Embassy to register him under its umbrella, noting that the Embassy-affiliated offices are the Cultural, Military, and Health Mission, the Commercial Bureau, and the National Guard Office. The offices that are not registered with the US Department of State while their employees are registered with the US Department of State to work at the Embassy are the Saudi Islamic Academy in Washington, D.C., the Da'wah and Guidance Office, the Medical Supervision Office of His Royal Highness Prince Abdul Aziz bin Fahad bin Abdul Aziz.

00/00

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

[Illegible Text] Arabia
Washington, D.C.

[*Emblem of Saudi Arabia*]

[Duplicate Text]

**OUTGOING TELEGRAM**

-2-

In the current circumstances, the Embassy believes that all Islamic institutions and non-affiliated offices will be subject to scrutiny and accountability, just like what happened with the Muslim World League's office in Washington, D.C.

The Embassy hopes that the Ministry will not provide any letters to persons who will not work at the Embassy-affiliated offices, whatever the circumstances.

Kindest regards.

The Embassy/Washington, D.C.
[*Handwritten Signature*]

[*Illegible Handwriting*]
[*Handwritten Signature*]
19/04 [April 19]

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000001220

بسم الله الرحمن الرحيم

*Royal Embassy of*
*Saudi Arabia*
*Washington*

سفارة المملكة العربية السعودية
واشنطن

**برقية صادرة**

٢٠٨

رقم البرقية ٥٠١ / ٩٧ /

التاريخ [illegible]

رقم الملف ..................

المرفقات: [illegible]

مقـــام وزارة الخارجيــــة الجليلــــة / الرياض

تقـــدم السيد/ إبراهيــم بن أحمد بن محمد السعدون ، بطلب تسجيله لدى الخارجيـــة الأمريكية للعمل في المؤسسة الإسلامية في أمريكا والحاصل على تأشيرة دبلوماسية A – ٤ من السفارة الأمريكية بالرياض للعمل لدى السفارة بواشـــنطن مرفقا معه خطاب موجه من وزير المالية والإقتصاد الوطني الى رئيس مجلس أمناء المؤسســـة الإسلامية بأن ليس لديهم مانع من إعارته الى المؤسسة المذكورة وحيث أنها غير مسجلة لدى الخارجيـــة الأمريكية ولاتعتبر تابعة للسفارة فمن غير الممكن على السفارة تسجيله تحت مظلتها علما بأن المكاتب التابعة للسفارة هـــي :

الملحقية الثقافية والعسكرية والصحية والمكتب التجاري ومكتب الحرس الوطني ، أما المكاتب الغير مسجلة لدى الخارجية الأمريكية وموظفيها مسجلين في الخارجية الأمريكية للعمل لدى السفارة هـــي :

الأكاديمية الإسلامية السعودية في واشنطن ، مكتب الدعوة والإرشاد ، مكتب الإشراف الطبي التابع لصاحب السمو الملكي الأمير عبدالعـــزيز بن فهـــد بن عبدالعـــزيز ( فاصله )

../..



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03-MDL-1570,
United States District Court for the Southern District of New York.

...i Arabia
...ashington

واشنطن

# برقية صادرة

- ٢ -

وفي ظـل الظروف الراهنة فإن السفارة تعتقد أن كل المؤسسات الإسلامية والمكاتب الغير تابعة لهـا سوف تتعرض للتفتيش والمسآلة مثلما حدث مع مكتب رابطة العالم الإسلامي في واشنطن ( فاصله)

تأمـــل الســـفارة من مقام الــوزارة عـــدم منح أي خطابات لإشـــخاص لن يعملوا في المكاتب التابعة للسفارة مهما كانت الظـــروف (فاصله) .. مـــع فائـــق تحياتنـــــا ،،،

نجــدية / واشــنطن

٢٠١٩



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03-MDL-1570,
United States District Court for the Southern District of New York.

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210114_C6D

**Language**: Arabic

**Document title**: KSA0000001219

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 22, 2021 14:02 CST)

**Date**: Jan 22, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210114_C6D

**Language**: Arabic

**Document title**: KSA0000001220

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 22, 2021 14:02 CST)

**Date**: Jan 22, 2021