# Exhibit 204

## KSA 1268-70

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Foreign Affairs

[*Emblem of Saudi Arabia*]

**OUTGOING TELEGRAM**

Telegram No. 97/23/17316/1 File No. 97/23/8/7

Date: 01/03/1420 AH (June 15, 1999 AD) Attachments: Copy + One statement to each embassy

The Saudi Embassies in London – New Delhi – ✓ Washington, D.C. – Djibouti – Lagos – Manila – Madrid – Almaty – Moscow – Caracas – Bangkok
CC., with greetings, to Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance – Office of His Excellency Undersecretary for Islamic Affairs

This document is directed to Their Royal Highnesses, Their Eminences, and Their Excellencies Ambassadors of the Saudi Kingdom and Heads of the Saudi Diplomatic Missions in the said countries.

Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance stated in its letter No. 3/4/490, dated 25/02/1420 AH (June 10, 1999 AD), of which a copy is enclosed herewith, that it will hold six forums for its propagators and six courses in Sharia and Arabic knowledges. This is according to the statement enclosed herewith which shows the forum's name, place, and start/end dates from 20/03/1420 AH (July 04, 1999 AD) through 02/05/1420 AH (August 14, 1999 AD). The said Ministry requested facilitating the task of the supervisors of these forums and courses. We hope you will take the necessary action according to your field of work. Best regards.

Al Rumaih/76

[SEAL: *Ministry of Foreign Affairs, Telegrams Department*]

Ministry of Foreign Affairs

[Handwriting: *Ministry of Islamic Affairs*]

[*Handwritten Signature*]

18/03/1420 AH (July 02, 1999 AD)

~~Confidential~~: KSA0000001268
~~This document is subject to Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
Ministry's Agency for Islamic Affairs

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. 3/4/490
Date: 25/02/1420 AH
(June 10, 1999 AD)
Attachments: ----
Subject: ----

[**Handwriting**: *Phone Message 488*]

His Eminence Undersecretary of Ministry of Foreign Affairs for Political Affairs, may Allah save him
May the peace, mercy, and blessings of Allah be upon you.
I ask Allah to help and assist you.

I would like to report to Your Eminence that this Ministry will hold six forums for its propagators and six courses in Sharia and Arabic knowledges. The statement enclosed herewith referred to their place and duration.

I hope Your Eminence will write to Their Highnesses, Their Eminences, and Their Excellencies Ambassadors of the Custodian of the Two Holy Mosques in the countries mentioned in the statement or in the supervising countries, to facilitate the task of the supervisors of these forums or courses.

Thank you for your cooperation. May Allah bless you.
May the peace, mercy, and blessings of Allah be upon you.

[*Illegible Handwriting*]
[*Handwritten Signature*]
24/03/1420 AH (August 07, 1999 AD)
[*Handwritten Signature*]
27/02/1420 AH (June 12, 1999 AD)

[*Signing for*] Undersecretary for Islamic Affairs
24/02/1420 AH (June 09, 1999 AD)
Dr. Adnan bin Mohammed al Wazzan
[*Handwritten Signature*]

[SEAL]
Ministry of Foreign Affairs
Telegram Department
Received on: 25/02/1420 AH (June 10, 1999 AD)
Registration No. 30827
File No. 23197
Clerk Name: [*Handwritten Signature*]

[Handwriting: *Brother Saleh, Very Urgent, to be sent in a telegram, 25/02/1420 AH (June 10, 1999 AD)*]
[Handwriting: *197/4]*

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000001269

***Places and Durations of the Forums***

| No. | Forum Name | Place | Duration |
|---|---|---|---|
| 1 | Britain | Mosque of the Custodian of the Two Holy Mosques in Edinburgh | 25/03/1420 – 10/04/1420 AH (July 09, 1999 – July 24, 1999 AD) |
| 2 | India | To be coordinated with the Religious Attaché there | 25/03/1420 – 10/04/1420 AH (July 09, 1999 – July 24, 1999 AD) |
| 3 | America | Ibn Taymiyyah Mosque in the City of Los Angeles | 03/04/1420 – 18/04/1420 AH (July 17, 1999 – August 01, 1999 AD) |
| 4 | Djibouti | The Minor Hall at the People's Palace | 20/03/1420 – 05/04/1420 AH (July 04, 1999 – July 19, 1999 AD) |
| 5 | Nigeria | Kano City – to be coordinated with the Religious Attaché there | 10/04/1420 – 25/04/1420 AH (July 24, 1999 – August 08, 1999 AD) |
| 6 | The Philippines | Marawi City – Institute of Islamic Endowment | 17/04/1420 – 02/05/1420 AH (July 31, 1999 – August 14, 1999 AD) |

***Places and Durations of the Courses***

| No. | Course Name | Place | Duration |
|---|---|---|---|
| 1 | Gibraltar | Mosque of the Custodian of the Two Holy Mosques | 25/03/1420 – 10/04/1420 AH (July 09, 1999 – July 24, 1999 AD) |
| 2 | Kazakhstan | Al Baraheem Foundation Institute in Şymkent | 05/04/1420 – 20/04/1420 AH (July 19, 1999 – August 03, 1999 AD) |
| 3 | Moscow | To rent a location through Al Baraheem Foundation's office in Moscow | 15/04/1420 – 30/04/1420 AH (July 29, 1999 – August 13, 1999 AD) |
| 4 | Tatarstan | To rent a location through Al Baraheem Foundation's office in Moscow | 15/04/1420 – 30/04/1420 AH (July 29, 1999 – August 13, 1999 AD) |
| 5 | Venezuela | Mosque of Sheikh Ibrahim bin Abdul Aziz Al Baraheem | 01/04/1420 – 15/04/1420 AH (July 15, 1999 – July 29, 1999 AD) |
| 6 | Thailand | To be coordinated with the Religious Attaché there | 01/04/1420 – 15/04/1420 AH (July 15, 1999 – July 29, 1999 AD) |

[SEAL: *Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance – Ministry's Agency for Islamic Affairs*]

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الخارجية

**برقية صادرة**

١/١٧٣١٦

رقم البرقية ٩٧/٢/٤٢
التاريخ ٢/٣/١٤٢٠هـ

رقم الملف ٢/٥/٤٢/٩٧/٧
المرفقات: صورة من البيان لكل سفارة

نجدية/لندن-نيودلهي-واشنطن-جيبوتي-لاجوس-مانيلا-مدريد-إثيوبيا
موسكو-كاراكاس-بانكوك.
صورة مع التحيه لوزارة الشؤون الأسلاميه والأوقاف والدعوة والأرشاد-مكتب معالي الوكيل للشؤون الأسلاميه

هذة لأصحاب السمو والمعالي والسعادة سفراء المملكه ورؤساء بعثاتها الدبلوماسيه في البلدان المذكوره.

افادت وزارة الشؤون الأسلامية والأوقاف والدعوة والأرشاد بخطابها رقم ٣/٤/٤٩٠ وتاريخ ١٤٢٠/٢/٢٥هـ والمرفق نسخة منه انها ستقيم ستة ملتقيات لدعاتها وست دورات في العلوم الشرعيه والعربيه بموجب البيان المرفق الذي موضح فيه اسم الملتقى ومقر الأقامه وتاريخ بدايته ونهايته في الفترة من ٣/٢٠ وحتى ١٤٢٠/٥/٢هـ فقد رجت الوزارة المذكورة، تسهيل مهمة القائمين على هذه الملتقيات والدورات فقد نامل اتخاذ اللازم كل فيما يخصه شفف تحياتنا.

مرميح/٧٦

وزارة الخارجية
بالمنتقيات

الخارجيه

٦١٧٨

PUBLIC FILING



~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
وكالة الوزارة للشؤون الإسلامية

الرقم : ٢٦٩٠/٤١٣
التاريخ : ١٤١٧/٥/٢٥
المرفقات :
الموضوع :

رسالة هاتفية ٢٨٨

معالي وكيل وزارة الخارجية للشؤون السياسية حفظه الله

سلام عليكم ورحمة الله وبركاته .. أما بعد :

فأسأل الله لكم العون والسداد .

وأفيد معاليكم بأن هذه الوزارة ستقيم ستة ملتقيات لدعاتها ، وست دورات في العلوم الشرعية والعربية أشير إلى مقر إقامتها ومدة عقدها في البيان المرافق .

آمل تكرم معاليكم بالكتابة إلى أصحاب السمو والمعالي والسعادة سفراء خادم الحرمين الشريفين في الدول المذكورة في البيان أو الدول المشرفة لتسهيل مهمة القائمين على هذه الملتقيات أو الدورات .

شاكراً ومقدراً تعاونكم ، والله يحفظكم .

والسلام عليكم ورحمة الله وبركاته .

وكيل الوزارة للشؤون الإسلامية

أ.د. عدنان بن محمد الوزان

وزارة الخارجية
إدارة الاتصالات

PUBLIC FILING

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

## مقر إقامة الملتقيات والمدة التي تقام فيها

| م | اسم الملتقى | مقر إقامته | مدته |
|---|---|---|---|
| ١ | بريطانيا | مسجد خادم الحرمين الشريفين في مدينة أدنبره | من ٢٥ / ٣ إلى ١٠ / ٤ |
| ٢ | الهنـــــد | ينسق مع الملحق الديني هناك | من ٢٥ / ٣ إلى ١٠ / ٤ |
| ٣ | أمريكا | مسجد ابن تيمية في مدينة لوس انجلس | من ٣ / ٤ إلى ١٨ / ٤ |
| ٤ | جيبوتي | القاعة الصغرى في قصر الشعب | من ٢٠ / ٣ إلى ٥ / ٤ |
| ٥ | نيجيريا | مدينة كانو، وينسق مع الملحق الديني هناك | من ١٠ / ٤ إلى ٢٥ / ٤ |
| ٦ | الفلبيـــن | مدينة مراوي – معهد الوقف الإسلامي | من ١٧ / ٤ إلى ٢ / ٥ |

## مقر إقامة الدورات والمدة التي تقــــام فيها

| اسم الدورة | مقر إقامتها | مدتها |
|---|---|---|
| جبل طارق | مسجد خادم الحرمين الشريفين | من ٢٥ / ٣ إلى ١٠ / ٤ |
| كازاخستان | معهد مؤسسة البراهيم في شمكنت | من ٥ / ٤ إلى ٢٠ / ٤ |
| موسكو | يستأجر مقر بمعرفة مكتب مؤسسة البراهيم في موسكو | من ١٥ / ٤ إلى ٣٠ / ٤ |
| تتارستان | يستأجر مقر بمعرفة مكتب مؤسسة البراهيم في موسكو | من ١٥ / ٤ إلى ٣٠ / ٤ |
| فنزويلا | مسجد الشيخ إبراهيم بن عبدالعزيز البراهيم | من ١ / ٤ إلى ١٥ / ٤ |
| تايلند | ينسق مع الملحق الديني هناك | من ١ / ٤ إلى ١٥ / ٤. |



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03-MDL-1570,
United States District Court for the Southern District of New York.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000001268

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 18, 2021 15:53 CDT)

**Date**: Mar 18, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000001269

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 18, 2021 15:53 CDT)

**Date**: Mar 18, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000001270

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 18, 2021 15:53 CDT)

**Date**: Mar 18, 2021