# Exhibit 205

## KSA 2692

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques,
Da'wah, and Guidance Affairs
Undersecretary's Office

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. ----
Date: ----
Attachments: ----
Subject: ----

**PROPAGATOR'S DATA SHEET**

Propagator's Name: Fahad bin Ibrahim al Thumairy

| | |
|---|---|
| Current Rank and No. | 8/113 |
| Title | Preacher |
| Workplace | The Da'wah Office in America |
| Job Description | Field propagation of Islam (Da'wah), in addition to supervising the programs of the Islamic Foundation of Shaikh Ibn Taymiyyah |
| Promotion Date | 05/11/1420 AH (February 10, 2000 AD) |
| Job promoted to | Propagator 9/91 |

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York~~.

KSA0000002692

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
مكتب الوكيل

الرقم : ....................
التاريخ : ....................
المشفوعات : ....................
الموضوع : ....................

# بيان بمعلومات داعية

**اسم الداعية / فهد بن إبراهيم الثميري**

| | |
|---|---|
| **المرتبة الحالية ورقمها** | **٨ / ١١٣** |
| **مسماها** | **مرشد** |
| **مكان عمله** | **مكتب الدعوة في أمريكا** |
| **عمله الذي يقوم به** | **الدعوة الميدانية بالإضافة إلى الإشراف على برامج مؤسسة شيخ الإسلام ابن تيمية** |
| **تاريخ استحقاق الترقية** | **١٤٢٠/١١/٥ هـ** |
| **الوظيفة الرتح لها** | **داعية ٩ / ٩١** |

PUBLIC FILING

KSA00000026

CONFIDENTIAL:
This document is subject to a Protective Order
... confidential information in 03 MDL 1570, ... District of New York.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000002692

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experinece, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 16, 2021 08:55 CDT)

**Date**: Mar 16, 2021