# Exhibit 207

## KSA 4499

Kingdom of Saudi Arabia
Ministry of Defense and Aviation
Civil Aviation Presidency

[**Logo**: *Ministry of Defense and Aviation*]

[Duplicate Text]

Number: ---- Date: ---- Attachments: ----

**PROPOSAL**

To: President of Civil Aviation
From: Deputy President of Civil Aviation

Subject: Request to extend an exceptional leave of employee Omar Ahmed al Bayoumi, Rank-8, at the Engineering Airways due to his family situations.

Study: The person mentioned above is working as an accountant at the 8th rank at the Financial Department. He is assigned to work at the Airways Engineering and has enjoyed a regular 90-day leave from 03/23/1415 AH [Aug 30th, 1994 AD]. This leave was extended by an exceptional leave for 90 days from 06/23/1415 AH [Nov 27, 1994 AD]. Due to his family situations, since he lives now in the United States, he applied a request to extend the exceptional leave for another 90 days from 09/23/1415 AH [Feb 23, 1995 AD], and his immediate supervisor approved his request.

Opinion: I think, while you – Your Excellency – have the decisive opinion, that it is okay to approve the exceptional leave request as of 09/23/1415 AH [Feb 23, 1995 AD]. Otherwise, please provide your guidance.

Please accept my greetings and appreciation.

Deputy President of Civil Aviation
[*Handwritten Signature*]
Abdul Aziz Abdul Karim Al-Anqari

4/Proposal 2

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

المرفقات ................ التاريخ ................ الرقم ................

عـــرض

الـــــى : سعادة رئيس الطيران المدنـــــــــي الموقر

مـــــن : مدير شئون الموظفين والرواتـــب المكلف

الموضوع : طلب تمديد اجازة استثنائية للموظف / عمر احمد بيسومي م/٨ بهندسة الممرات الجويه لظروفه الشخصيه .

الدراسه : المذكور يعمل بوظيفة محاسب بالمرتبه الثامنه بالادارة الماليه ومكلف بالعمل لدى هندسة الممرات الجويه وقد تمتع باجازة اعتيادية لمدة تسعين يوماً اعتباراً من ١٤١٥/٣/٢٣هـ وقد تم تمديدها باجازة استثنائية لمدة تسعين يوماً اعتباراً من ١٤١٥/٦/٢٣هـ ولظروف المذكور الشخصيه والعائليه حيث يتواجد الأن في امريكا تقدم بطلب تمديد الاجازة الاستثنائية بأخرى لمدة تسعين يوماً اعتباراً من ١٤١٥/٩/٢٣هـ وقد وافق رئيسه المباشر على طلبه .

الـــــراي: ارى والرأى الاتم لسعادتكم الموافقة على طلب تمديد الاجازة الاستثنائية للمذكور اعتباراً من ١٤١٥/٩/٢٣هـ او التوجيه بما ترونه . .

وتقبلوا سعادتكم فائق تقديري واحترامي ، ، ،

مدير شئون الموظفين والرواتب المكلف

عبدالرحيم نوري جستنيه

٤/عرض٢

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20201217_1S2

**Language**: Arabic

**Document title**: KSA0000004499

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience

**Signed**: Farah Alshekhli
Farah Alshekhli (Dec 18, 2020 12:51 CST)

**Date**: Dec 18, 2020