# Exhibit 208

## KSA 4500

Kingdom of Saudi Arabia
Ministry of Defense and Aviation
Civil Aviation Presidency

[**Logo**: *Ministry of Defense and Aviation*] [Duplicate Text]

Number: ---- Date: ---- Attachments: ----

**PROPOSAL**

To: President of Civil Aviation
From: Deputy President of Civil Aviation

Subject: Request to extend an exceptional leave of employee Omar Ahmed al Bayoumi, Rank-8, at the Airways Engineering due to his family situations.

Study: The person mentioned above is working as an accountant at the 8th rank at the Financial Department. He is assigned to work at the Airways Engineering and has enjoyed a regular 90-day leave from 23/03/1415 AH [Aug 30th, 1994 AD]. This leave was extended by an exceptional leave for 90 days from 23/06/1415 AH [Nov 27, 1994 AD]. Due to his family situations, since he lives now in the United States, he applied a request to extend the exceptional leave for another 90 days from 23/09/1415 AH [Feb 23, 1995 AD], and his immediate supervisor approved his request.

Opinion: I think, while you – Your Excellency – have the decisive opinion, that it is okay to approve the exceptional leave request as of 23/09/1415 AH [Feb 23, 1995 AD]. Otherwise, please provide your guidance. *[Handwritten text: especially that brother Omar al Bayoumi is one of the efficient employees who are capable of giving.]*
Please accept my greetings and appreciation.
[*Handwritten Signature*]

Deputy President of Civil Aviation
[*Handwritten Signature*]
Abdul Aziz Abdul Karim Al-Anqari
16/09/1415 AH [Feb 16, 1995 AD]

4/Proposal 2
[**Handwriting**: *Approved*]
[*Handwritten Signature*]
Personnel Affairs

[**Handwriting**: *To complete what is required according to the direction of His Excellency*]
19/09/1415 AH [Feb 19, 1995 AD]
[*Handwritten Signature*]

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم ........ التاريخ ........ المرفقات ........

## عـــرض

الـــــى : رئيس الطيران المدنــــــــي                                   الموقـر

مــــن : مساعد رئيس الطيران المدني

الموضوع : طلب تمديد اجازة استثنائية للموظف/ عمر احمد بيومي م/٨ بهندسة المرات الجويه لظروفه العائليه.

الدراسه : المذكور يعمل بوظيفة محاسب بالمرتبه الثامنه بالادارة الماليه ومكلف بالعمل لدى هندسة الممرات الجويه وقد تمتع باجازة اعتيادية لمدة تسعين يوماً اعتباراً من ١٤١٥/٣/٢٣هـ وقد تم تمديدها باجازة استثنائية لمدة تسعين يوماً اعتباراً من ١٤١٥/٦/٢٣هـ ولظروف المذكور العائليه حيث يتواجد الأن في امريكا تقدم بطلب تمديد الاجازة الاستثنائية بأخرى لمدة تسعين يوماً اعتباراً من ١٤١٥/٩/٢٣هـ وقد وافق رئيسه المباشر على طلبه .

الـــــرأى: ارى والرأى الاتم لمعاليكم الموافقة على طلب تمديد الاجازة الاستثنائية للمذكور اعتباراً من ١٤١٥/٩/٢٣هـ او التوجيه بما ترونه [illegible]

وتقبلوا معاليكم فائق تقديري واحترامي . . .

مساعد رئيس الطيران المدني

عبدالعزيز عبدالكريم العنقري
٩/١٦

٤/عرض٢

[illegible]

شئون الموظفين
لإكمال اللازم [illegible] توجيه معاليه

٩/١٩

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20201217_1S2

**Language**: Arabic

**Document title**: KSA0000004500

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience

**Signed**: Farah Alshekhli
Farah Alshekhli (Dec 18, 2020 12:17 CST)

**Date**: Dec 18, 2020