# Exhibit 209

## KSA 4501

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Defense and Aviation<br>Civil Aviation Presidency | [**Logo**: *Ministry of Defense and Aviation*] | [Duplicate Text] |

Number: ---- Date: ---- Attachments: ----

**PROPOSAL**

To: Deputy President of Civil Aviation
From: Assigned Manager of Personnel and Payroll Department
Subject: Request to extend an exceptional leave of employee Omar Ahmed al Bayoumi, Rank-8, at the Engineering Airways due to his personal situations.
Study: The person mentioned above is working as an accoutant at the 8th rank at the Financial Department. He is assigned to work at the Airways Engineering and has enjoyed a regular 90-day leave as of 03/23/1415 AH (August 30, 1994 AD). It was extended by an exceptional leave for 90 days as of 06/23/1415 AH (November 27, 1994 AD). Due to his personal situations, he applied a request to extend the exceptional leave for another 90 days as of 09/23/1415 AH (February 23, 1995 AD), and his immediate supervisor approved his request.
Opinion: I think, while you – Your Excellency – have the decisive opinion, that it is okay to approve the exceptional leave request as of 09/23/1415 AH (February 23, 1995 AD). Otherwise, please provide your guidance.

Please accept my sincere greetings.
[*Handwritten Signature*]

Assigned Manager of Personnel and Payroll Department
[*Handwritten Signature*]
09/13/1415 AH (February 13, 1995 AD)
Abdul Rahim Nouri Jastaniyah

[**Handwriting**: *I would like to meet brother Omar first – 09/13 - Handwritten Signature*]

4/Proposal 2

Please reply to: P. O. Box: Postal Code: City: Kingdom of Saudi Arabia

KSA00000004501

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم ........ التاريخ ........ المرفقات ........

عرض

الــــى : مساعد رئيس الطيران المدنـــي الموقر

مــن : مدير شئون الموظفين والرواتــب المكلف

الموضوع : طلب تمديد اجازة استثنائية للموظف / عمر احمد بيومي م/٨ بهندسة الممرات الجويه لظروفه الشخصيه .

الدراسه : المذكور يعمل بوظيفة محاسب بالمرتبه الثامنه بالادارة الماليه ومكلف بالعمل لدى هندسة الممرات الجويه وقد تمتع باجازة اعتيادية لمدة تسعين يوماً اعتباراً من ١٤١٥/٣/٢٣هـ وقد تم تمديدها باجازة استثنائية لمدة تسعين يوماً اعتباراً من ١٤١٥/٦/٢٣هـ ولظروف المذكور الشخصيه تقدم بطلب تمديد الاجازة الاستثنائية بأخرى لمدة تسعين يوماً اعتباراً من ١٤١٥/٩/٢٣هـ وقد وافق رئيسه المباشر على طلبه .

الـــرأي : ارى والرأي الاتم لسعادتكم الموافقة على طلب تمديد الاجازة الاستثنائية للمذكور اعتباراً من ١٤١٥/٩/٢٣هـ او التوجيه بما ترونه .

وتقبلوا سعادتكم فائق تقديري واحترامي ، ، ،

مدير شئون الموظفين والرواتب المكلف

عبدالرحيم نورى جستنيه

٤/عرض٢

PUBLIC FILING

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210105QRY

**Language**: Arabic

**Document title**: KSA0000004501

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 7, 2021 16:43 CST)

**Date**: Jan 7, 2021