# Exhibit 214

## KSA 6903

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Da'wah Office in America

Kingdom of Saudi Arabia
IFTA Office
Washington D. C.

601 New Hampshire Ave. N. W. Washington D. C. 20037 Tel. (202) 342-3700 Fax: (202) 944-3192

**His Eminence Sheikh Fahd bin Ibrahim Al Thumairy, May Allah bless him**
**Ministry's Delegate to America**

**May the peace, mercy, and blessings of Allah be upon you**

Please be advised that His Excellence the Director of the Da'wah Department in Europe, America, and Australia has approved your nomination to supervise the propagators in the State of California. For your attention and follow-up. Please provide the Office with periodic reports on the activity of propagators. May Allah bless you.

**May the peace, mercy, and blessings of Allah be upon you**
**Haydar/1710**

**Director of the Da'wah Office in America**
**Khalid bin Ibrahim al-Sowailem**
**[Signed]**

No. 535 Date: 15/09/1418 AH (Jan 14,1998 AD) Attachments: 1

**KSA0000006903**

~~**CONFIDENTIAL:**~~
~~**This document is subject to a Protective Order**~~
~~**regarding confidential information in 03 MDL 1570,**~~
~~**United States District Court for the Southern District of New York.**~~

Kingdom of Saudi Arabia
IFLH Office
Washington, D.C.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

فضيلة الشيخ فهد بن إبراهيم الثميري وفقه الله

مبعوث الوزارة في أمريكا

السلام عليكم ورحمة الله وبركاته. أما بعد :

فأفيدكم أنه صدرت موافقة فضيلة مدير إدارة الدعوة في أوروبا وأمريكا واستراليا على ترشيحكم للإشراف على الدعاة في ولاية كاليفورنيا. أرجو الاهتمام والمتابعة وتزويد المكتب بتقارير دورية لنشاط الدعاة.

وفقكم الله ورعاكم

والسلام عليكم ورحمة الله وبركاته . ،،،،،

صدر/١٧١٠

مدير مكتب الدعوة في امريكا

خالد بن إبراهيم السويلم

الرقم : ٥٣٥ التاريخ : ١٥/٩/١٤١٩هـ المشفوعات : ١

PUBLIC FILING

KSA0000006903

~~CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Language**: Arabic > English

**Document title**: KSA0000006903

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience, Certified in Medical Terminology.

**Signed**: Farah Al Sheikhly

**Date**: March 22, 2019