# Exhibit 215

## KSA 705

| | | |
|---|---|---|
| *4/1290*<br>Kingdom of Saudi Arabia<br>Ministry of Defense and Aviation<br>Civil Aviation Presidency | In the name of Allah, the Gracious, the Merciful<br><br>[**Logo**: *Ministry of Defense and Aviation*] | Number: 7/4/9/205<br>Date: 17/01/1420 AH<br>[May 3rd, 1999 AD]<br>Attachments: Original |

| | | | |
|---|---|---|---|
| Omar Ahmed Mustafa al Bayoumi | Accountant | 8th Rank 86 | Airways Engineering |

In accordance with the powers vested in him;

Further to the administrative decision No. 7/4/1/575, dated 15/01/1419 AH [May 12, 1998 AD], permitting the extension of the secondment of the employee whose identity is stated above to work with Dallah Avco Company for one year from 08/01/1419 AH [May 5th, 1998 AD], renewable;

In accordance with the request submitted by Dallah Avco Company requiring extending the secondment of the said employee to work with them for another year from 08/01/1420 AH [April 24, 1999 AD];

In accordance with the principle of cooperation between the private and public sectors;

In accordance with the approval of His Excellency Assistant Minister of Defense and Aviation and General Inspector of Civil Aviation Affairs in his letter No. 1/1/4/7/1106, dated 11/01/1420 AH [April 27, 1999 AD]; and

In accordance with the clauses of Article 29 of Civil Service Law,

The Deputy President of Civil Aviation

(hereby decides the following)

1. The secondment of employee Omar Ahmed Mustafa al Bayoumi, whose identity is stated above, shall be extended to work with Dallah Avco Company for another fifth and last year, provided that the entity to which he will be seconded shall be responsible for all his employment rights such as salaries, allowances, etc.;
2. The secondment shall be effective from 08/01/1420 AH [April 24, 1999 AD], and his salaries and allowances shall be suspended from the Presidency until he returns to his work. The said employee shall, during his secondment, pay the retirement benefits for his main position's salaries and any incurring increase to the same per month on a regular basis. Otherwise, the secondment shall be excluded from his service as per Article (17) of Civil Retirement Law of year 1393 AH [1973 AD]; and
3. This decision shall be served to the officers in charge to approve its implementation.

[*Handwritten Signature*]

Illegible Stamp
Deputy President of Civil Aviation
Abdulaziz bin Abdul Kareem Al Anqari

Copy to His Excellency Assigned Director of Budget Department;
Copy to General Civil Service Bureau/Information General Department;
Copy to Civil Service Bureau Branch in Mecca;
Copy to His Excellency Director General of Retirement Pensions Authority;
Copy to His Excellency Airways Engineering Director General;
Copy to His Excellency Managing Director of Dallah Avco Company, P.O. Box: 430 Jeddah;
Copy to His Excellency Director of Administrative Development Department;
Copy to His Excellency Secretary of Promotions Committee;
Original decision to Implementation Department for approval;
Copy to Personnel Affairs/Employment Department;
Copy to Cards Department;
Copy to employee's file with original
[*Handwritten Signature*]

**KSA0000000705**

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم
التاريخ
المرفقات

عمر بن أحمد مصطفى بيومي محاسب الثامنة ٨٦ هندسة الممرات الجوية

ان مساعد رئيس الطيران المدني

بناء على الصلاحية الممنوحة له والحاقاً للقرار الإداري رقم ٥٧٥/١/٤/٧ وتاريخ ١٤١٩/١/١٥هـ القاضي بتمديد اعارة خدمات الموظف الموضحة هويته بعاليه للعمل لدى شركة أفكو دلة ولمدة سنة إعتباراً من ١٤١٩/١/٨هـ قابلة للتمديد وبالاشارة الى الطلب المقدم من شركة أفكو دلة والذي تطلب فيه تمديد اعارة خدمات الموظف المذكور للعمل لديهم ولمدة سنة أخرى اعتباراً من ١٤٢٠/١/٨هـ وعملاً بمبدأ التعاون المتبادل بين القطاع العام والقطاع الخاصة واستناداً الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدني بخطابه رقم ١١٠٦/٧/٤/١/١ وتاريخ ١٤٢٠/١/١١هـ وتمشياً مع فقرات المادة (٢٩) من نظام الخدمة المدنية فأننا :-

( نقرر مايلي )

١ - تمديد اعارة خدمات الموظف / عمر احمد مصطفي بيومي الموضحة هويته بعاليه للعمل لدى شركة افكو دلة ولمدة سنة اخري خامسة واخيرة على ان تتحمل الجهة المعار اليها المذكور جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها .

٢ - تعتبر الاعارة سارية المفعول اعتباراً من ١٤٢٠/١/٨هـ وتقطع رواتبه وبدلاته من الرئاسة حتى عودته لعمله وعلى الموظف المذكور ان يؤدي خلال فترة اعارته العائدات التقاعدية على رواتب وظيفته الأصلية وما يطرأ عليها من زيادة طيلة مدة اعارته شهرياً بإنتظام والا سوف تستبعد مدة الاعارة من الخدمة وفقاً للمادة (١٧) من نظام التقاعد المدني لعام ١٣٩٣هـ .

٣ - يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه .

مساعد رئيس الطيران المدني

عبد العزيز بن عبد الكريم العنقري

صورة لصاحب السمو مدير إدارة الميزانية المكلف .
صورة مع التحية للديوان العام للخدمة المدنية / الادارة العامة للمعلومات .
صورة مع التحية لفرع ديوان الخدمة المدنية بمنطقة مكة المكرمة .
صورة مع التحية لسعادة مدير عام مصلحة معاشات التقاعد .صورة لسعادة مدير عام هندسة الممرات الجوية .
صورة لسعادة العضو المنتدب لشركة افكو دلة ص .ب ( ٤٣٠ ) جدة .
صورة للمكرم مدير ادارة التطوير الاداري / ص / للمكرم سكرتير لجنة الترقيات .
اصل القرار لادارة التأدية للاعتماد / ص / لشئون الموظفين / التوظيف / ص / البطاقات /ص / لملفه مع الاساس

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20201217_1S2

**Language**: Arabic

**Document title**: KSA0000000705

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience

**Signed**: Farah Alshekhli
Farah Alshekhli (Dec 18, 2020 12:42 CST)

**Date**: Dec 18, 2020