# Exhibit 216

## KSA 7150

In the name of Allah, the Gracious, the Merciful

Office of the Consul General [**Handwriting**: *Private*]

[*Emblem of Saudi Arabia*]

Royal Consulate General of Saudi Arabia
Los Angeles

[*Handwritten Document*]

His Eminence Sheikh Abdul Aziz bin Abdullah Al Ammar, may Allah bless him
Undersecretary of the Ministry of Islamic Affairs for Mosques, Da'wah, and Guidance Affairs
May the peace, mercy, and blessings of Allah be upon you.

Dear brother, you remember that I called you in the beginning of this year regarding the check sent by the Office of His Royal Highness Prince Abdul Aziz bin Fahd, may Allah bless him, to His Eminence the Minister, No. 359/10/M, dated 08/01/1422 AH (April 02, 2001 AD), representing the salaries of employees in the King Fahad Mosque in Los Angeles. The check has not arrived until now! I also referred to the issue of the petition of Sheikh Ismael Mana for assistance in getting a job in the Da'wah field which he used to undertake over the past years for the sake of Allah. Thankfully, you promised to consider his matter at that time.

I ask Allah in this blessed month to reward you and us and to accept our work for his sake.

May the peace, mercy, and blessings of Allah be upon you.

Your brother
Mohamed bin Abdel Rahman al Salloum
11/09/1422 AH (November 26, 2001 AD)

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

بسم الله الرحمن الرحيم

المملكة العربية السعودية

خاص

لوس أنجليس

مكتب القنصل العام

سعادة فضيلة الشيخ / عبدالعزيز بن عبدالله العمار سلمه الله

رئيس وكالة الشؤون الإسلامية لشؤون المساجد والدعوة والإرشاد

السلام عليكم ورحمة الله وبركاته وبعد:

تذكرون، أخي الكريم، أنني سبق أن تحدثت إليكم مطلع هذا العام، بخصوص موضوع الشيخ [illegible] بن [illegible]

[illegible] عبدالعزيز بن فهد [illegible] المشار إليه [illegible]

٢٥٩/١٠/٣م وتاريخ ٨/١/١٤٢٢هـ المتعلق برواتب العاملين في مسجد الملك فهد في لوس أنجلوس.. ولكنه لم يفعل حتى هذه اللحظة! ولكون موضوع المشار إليه التي أسماؤهم مانع لطلب المساعدة في تعيينه على أحد الوظائف في مجال الدعوة حتى [illegible] من [illegible] المسؤولية [illegible]. وقد وعدتم مشكورين في حينه بالنظر في موضوعه.

آمل من [illegible] في هذا الشهر الفضيل أن [illegible] الأجر والمثوبة وأن [illegible] لما يحبه ويرضاه.

والسلام عليكم ورحمة الله وبركاته

أخوكم المحب

محمد بن عبدالله [illegible]

١٤٢٢/٩/١١هـ

٢٠٠١/١١/٢٦م



~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000007150

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000007150

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 15, 2021 14:42 CDT)

**Date**: Mar 15, 2021