# Exhibit 217

## KSA 7194

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

PUBLIC FILING

| Employee name | Amt. Owed up to 2/28/01 (or as indicated) | Amount Paid from the Original $30,000 (3-3-2001) (Table attached) | Check # | Amount Paid from the Ministry of Isl. Aff. Check of $57,461.43 (*) # (4-15-02) (attached Table) | Check(s) # (dated 4-03-02) | Total Amt. Paid ($) | Excess Payment ($) | Balance Due ($) |
|---|---|---|---|---|---|---|---|---|
| *Per Shuaib's letter of 3-12-01 (original in Arabic):* | | | | | | | | |
| Tajuddin Shuaib | 18,187.71 | 5,500.— | 1413 | 14,500.— | 1635 & 1672 ^° | 20,000.00 | 1,812.29 | ⊖ |
| Sh. Fahd Al-Thumairy | 7,700.— | 3,800.— | 1412 | ⊖ | — | 3,800.00 | ⊖ | 3,900.00 (+) |
| Abdul Hafiz Kabhoj | 14,200.— | 2,200.— | 1414 | 4,000.— | 1640 | 6,200.00 | ⊖ | 8,000.00 |
| Uthman Madha | 11,700.— | 5,200.— | 1415 | 14,500.— | 1634 & 1673 ^° | 19,700.00 | 8,000.00 | ⊖ |
| J. Williams | 3,000.— | ⊖ | — | ⊖ | — | ⊖ | ⊖ | 3,000.00 |
| Yusif Osman | 10,073.73 (upto 8-30-00) | 3,000.— | 1416 | 4,000.— | 1677 | 7,000.00 | ⊖ | 3,073.73 |
| A. Rashid (aka Cabdi R. Xuseen) | 8,999.99 (upto 11-30-00) | 3,000.— | 1417 | 1,000.— | 1638 | 4,000.00 | ⊖ | 4,999.99 |
| Bachir Shougui | 12,000.— | 3,000.— | 1418 | ⊖ | — | 3,000.00 | ⊖ | 9,000.00 |
| At-Tayyib | 1,600.— | ⊖ | — | ⊖ | — | ⊖ | ⊖ | 1,600.00 |
| A. Jinnah (**) | ⊖ | 4,000.00 | 1419 | ⊖ | — | ⟨4,000.00⟩ ^ | | |
| Subtotal 1: | 87,461.43 | 29,700.00 | — | 38,000.00 | — | 67,700.00 | ⟨9,812.29⟩ ^ | 33,573.72 |
| *Per Shuaib's Letter of 4-23-02 (in English):* | | | | | | | | |
| Reginald Swayne | | | | 4,340.00 | 1681 | 4,340.00 | | |
| Salaam T. Fletcher | | | | 5,000.00 | 1678 | 5,000.00 | | |
| A. Jinnah | | | | 4,000.00 | 1637 | 4,000.00 | | |
| Shabbaz Elihu Porter | | | | 2,000.00 | 1679 | 2,000.00 | | |
| Mustapha Meto | | | | 2,000.00 | 1662 | 2,000.00 | | |
| Amin Refaat | | | | {600.00 / 900.00} | 1659 (Cash) | 600.00 / 900.00 | | |
| Abdullahi Ali | | | | 500.00 | 1639 | 500.00 | | |
| Subtotal 2: | ⊖ | ⊖ | — | 19,340.00 | — | ⟨19,340.00⟩ ^ | | |
| (S1)+(S2)=Subtotal 3: | 87,461.43 | 29,700.00 | — | 57,340.00 | — | | | |
| Grand Totals: | 87,461.43 | 29,700.00 | — | 57,340 | — | 87,040.00 | 9,812.29 | |
| $ Amounts Unaccounted for | | 300.00 | — | 121.43 | — | ⟨421.43⟩ ^ | | |

Side calculation: 19340.— / 9,812.29 / Jinnah 4,000.— / 421.43 / $33,573.72

(*) Per Shuaib's letter in Arabic of 3-12-01 with attachments (Tables: Taxes, Salaries; checks)

(*) Per Shuaib's letter in English of 4-23-2002 with attachments (Salaries Table by U. Madha)

^° Checks missing (Copies of No. 1672 & No. 1673 for $2,000.00 each)
(Checks 1634 and 1635 were for $12,500.00 each)

(**) Jinnah was not listed in original request by Shuaib's letter of 3-01-2001)

(+) Two letters were sent to Sh. Shuaib requesting payment of $3,900.- to Sh. Fahd.

^ Sum of these four figures = Total balance due