# Exhibit 218

## KSA 7340-41

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Da'wah, and Guidance
Minister's Office
Private Office

[*Emblem of Saudi Arabia*]

Number: 1/6/23/279
Date: 04/04/1423 AH
(June 15, 2002 AD)
Attachments: 1

His Excellency brother Mohamed bin Abdel Rahman al Salloum, may Allah bless him
Consul General of the Kingdom of Saudi Arabia in Los Angeles
May the peace, mercy, and blessings of Allah be upon you.
I ask Allah to help and assist you.

Please note that an amount of ($500,000.00) was transferred to the Consulate's account according to the copy of the wire transfer enclosed herewith as donation from the Custodian of the Two Holy Mosques, may Allah support him, as <u>operation costs</u> of the mosque of the Custodian of the Two Holy Mosques in Los Angeles and for <u>debt payment</u>.

Please take the necessary action regarding this and <u>notify our Private Office</u>.

May Allah assist you.
May the peace, mercy, and blessings of Allah be upon you.

[**Handwritten Signature**: *Al Faris*]

Your brother
Saleh bin Abdul Aziz bin Mohammed Al al-Sheikh
[*Handwritten Signature*]
Minister of Islamic Affairs, Endowments, Da'wah, and Guidance

[**Handwriting**: *Islamic Affairs, Brother Ismail, File, and to prepare a letter to His Eminence the Minister indicating the receipt of wire transfers. We will update His Eminence's Office and Islamic Affairs Division at the Embassy of what is being spent on a regular basis – 10/04/1423 AH (June 21, 2002 AD) – al Salloum*]

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000007340

[**Translator's note**: *Aside from the stamp and some handwritten parts that were translated below, the entire document is bilingual*]

طلب حوالة خارجية/ شيك مصرفي
**TRANSFER/ DRAFT APPLICATION**

البنك الأهلي التجاري
THE NATIONAL COMMERCIAL BANK

Date: ........ Ref. No. [ ] مرجع الحوالة التاريخ:
Branch: ........ الفرع:

Date: June 04, 2002 AD
Branch: 249

Please Issue: International transfer حوالة دولية [✓] Draft شيك مصرفي [ ] الرجاء اصدار:

| المبلغ بالحروف Amount in words | المبلغ بالأرقام Amount in figures | عملة التحويل Transfer Currency |
|---|---|---|
| Five Hundred Thousand Dollars | 500,000.00 | $ |

**BENEFICIARY DETAILS** بيانات المستفيد

| | | |
|---|---|---|
| Beneficiary's Name : | Royal Consulate General of | اسم المستفيد |
| Address &/ or Phone No. : | Saudi Arabia | العنوان و/ أو رقم الهاتف |
| Beneficiary A/C No. : | 601292948 | رقم حساب المستفيد |
| Beneficiary Bank : | Citibank F.S.B. | بنك المستفيد |
| Branch Name & Address : | 8200 South Sepulveda Blvd | اسم الفرع وعنوانه |
| Town - Country : | Los Angeles, CA, 90045 | المدينة - البلد |

Against payment by: Branch # 132, ABA # 32227172 وذلك مقابل:
[١٠٢١١٠١١٤١٨١٢٩٤٩٤٦] القيد على حسابي/حسابنا رقم DEBIT MY/ OUR A/C [✓] شيك رقم CHEQUE NO. [ ] نقدا CASH [ ]

**REMITTER DETAILS** بيانات المحول

| | | |
|---|---|---|
| Remitter's Name : | His Highness, shaikh (Illegible) | اسم المحول |
| ID No. Type, Date, Place of Issue | P.B.K | رقم الهوية/ نوعها/ تاريخ ومكان الإصدار |
| Address | | العنوان |
| Phone No. | | رقم الهاتف |

Other Details: تفاصيل أخرى للمحول:

PURPOSE OF REMITTANCE: الغرض من التحويل:

Please see overleaf and write relevant code number in the box. [ ] يرجى الإطلاع على المدون خلف النموذج ووضع الرمز في الحقل.

I/ We agree to the terms printed overleaf. أوافق/ نوافق على الشروط والأحكام المبينة خلف الطلب.

Remitter's Signature: ........ توقيع المحول:

**FOR BANK USE ONLY:** لاستعمال البنك فقط:

| | | | | |
|---|---|---|---|---|
| Currency | نوع العملة | | Correspondent Bank | البنك المراسل |
| FCY Amount | مبلغ العملة الأجنبية | | Value date | تاريخ الاستحقاق |
| Rate | سعر العملة | | Deal/ Ref. No. | رقم القطع/ المرجع |
| SAR Equivalent | المعادل بالريال | | Validation | المصادقة |
| Commission/ Fees | رسوم/ عمولة | | | |
| Telex Charges | مصاريف التلكس | | | |
| SAR Total | المجموع بالريال | | | |

Authorized Signature: توقيع المسئول:

**[SEAL]**
The National Commercial Bank
June 11, 2002 AD
11
Special Banking Services
249

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000007341

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
مكتب الوزير
المكتب الخاص

الرقم: ٢٧٩/٢٢/٦/١
التاريخ: ١٤٢٢/٤/٤هـ
المشفوعات: ١

سعادة الأخ محمد بن عبدالرحمن السلوم

القنصل العام للمملكة العربية السعودية في لوس أنجلوس وفقه الله

سلام عليكم ورحمة الله وبركاته ، أما بعد :

فأسأل الله لكم العون والسداد .

وأخبركم أنه حوّل إلى حساب القنصلية مبلغ قدرة (٥٠٠,٠٠٠) دولار حسب صورة الحوالة المرفقه تبرعاً من خادم الحرمين الشريفين - أيده الله - نفقات تشغيل مسجد خادم الحرمين الشريفين في لوس أنجلوس وتسديد ديون .

نأمل اتخاذ اللازم حيالها وإشعار مكتبنا الخاص بذلك .

أعانكم الله .

والسلام عليكم ورحمة الله وبركاته .

أخوكم

صالح بن عبدالعزيز بن محمد آل الشيخ

وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد

أ/ [illegible] / رفع لمجلس المكتب
[illegible] دولار [illegible]
[illegible] الحصول [illegible] الزيادة
[illegible]
[illegible] ١٤٢٢/٤/١٠

PUBLIC FILING

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000007340

# طلب حوالة خارجية / شيك مصرفي
# TRANSFER/ DRAFT APPLICATION

THE NATIONAL COMMERCIAL BANK
البنك الأهلي التجاري

Date: .................... Ref. No. [ | | | | | | | | | | ] مرجع الحوالة التاريخ:

Branch: .................... الفرع:

Please Issue: International transfer حوالة دولية [✓] Draft شيك مصرفي [ ] الرجاء اصدار:

| المبلغ بالحروف Amount in words | المبلغ بالأرقام Amount in figures | | عملة التحويل Transfer Currency |
|---|---|---|---|
| [handwritten] | [handwritten] | | $ |

| BENEFICIARY DETAILS | | بيانات المستفيد |
|---|---|---|
| Beneficiary's Name : | Royal Consulate General of | إسم المستفيد : |
| Address &/ or Phone No. : | Saudi Arabia | العنوان و/ أو رقم الهاتف : |
| Beneficiary A/C No. : | 60129298 | رقم حساب المستفيد : |
| Beneficiary Bank : | Citibank F.S.B. | بنك المستفيد : |
| Branch Name & Address : | 8200 South Sepulveda Blvd | إسم الفرع وعنوانه : |
| Town - Country : | Los Angeles, CA 90045 | المدينة - البلد : |

Against payment by: Branch # 132 ABA # 322271727 وذلك مقابل:

[handwritten account no.] القيد على حسابي/حسابنا رقم [✓] DEBIT MY/ OUR A/C .................... شيك رقم [ ] CHEQUE NO. نقدا [ ] CASH

| REMITTER DETAILS | | بيانات المحول |
|---|---|---|
| Remitter's Name : | [handwritten Arabic name] | إسم المحول : |
| ID No. Type, Date, Place of Issue : | P.B.K | رقم الهوية/ نوعها/ تاريخ ومكان الإصدار : |
| Address : | | العنوان : |
| Phone No. : | | رقم الهاتف : |

Other Details: تفاصيل أخرى للحوالة:

PURPOSE OF REMITTANCE: الغرض من التحويل:

Please see overleaf and write relevant code number in the box. [ ] يرجى الإطلاع على المدون خلف النموذج ووضع الرمز في الحقل.

I/ We agree to the terms printed overleaf. أوافق/ نوافق على الشروط والأحكام المبينة خلف الطلب.

Remitter's Signature: [signature] توقيع المحول:

FOR BANK USE ONLY: لاستعمال البنك فقط:

| | | | | | |
|---|---|---|---|---|---|
| Currency | نوع العملة | | Correspondent Bank | | البنك المراسل |
| FCY Amount | مبلغ العملة الأجنبية | | Value date | تاريخ الاستحقاق | / / |
| Rate | سعر العملة | | Deal/ Ref. No. | رقم القطع/ المرجع | |
| SAR Equivalent | المعادل بالريال | | Validation | | المصادقة |
| Commission/ Fees | رسوم/ عمولة | | | | |
| Telex Charges | مصاريف التلكس | | | | |
| SAR Total | المجموع بالريال | | | | |

[Stamp: البنك الأهلي التجاري THE NATIONAL COMMERCIAL BANK ١١ يوليو ٢٠٠٢ ٢٤٩]

Authorized Signature: توقيع المسئول:

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000007340

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 21, 2021 13:25 CDT)

**Date**: Mar 21, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000007341

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 21, 2021 13:25 CDT)

**Date**: Mar 21, 2021