**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)



| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |



**VIA ECF**

September 4, 2026

The Honorable George B. Daniels, U.S. District Judge
United States District Court for the S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

The Plaintiffs' Executive Committees and counsel for the *Ashton* Plaintiffs ("Plaintiffs") are continuing to file publicly (in successive tranches) the Exhibits to Plaintiffs' briefs and averments in opposition to Saudi Arabia's motion to dismiss. *See e.g.* ECF Nos. 9885, 9936, 9944, 9973, and 10199. Pursuant to the Court's July 29, 2024 Order, ECF No. 10173, all of Plaintiffs' Exhibits are "judicial documents" to which public access attaches, *Id.* at 9-11, and Plaintiffs are filing them publicly as soon as practicable, subject to only "limited redactions," *Id.* at 1.

Giving effect to the process provided for by the Court's June 17, 2024 Order regarding the efficient filing of (and public access to) digital media files, ECF No. 9923, Plaintiffs today filed on the public docket a total of nine (9) DVDs containing digital media exhibits, as follows:

| Attachment to ECF filing | Pls. Exhibit No. | Bates / Production No. |
|---|---|---|
| (1) | Pls. Ex. 10A | FBI013459-CLIP |
| (2) | Pls. Ex. 10B | MPS890-CLIP |
| (3) | Pls. Ex. 10C | MPS893-COMP |
| (4) | Pls. Ex. 10D | MPS894-CLIP |
| (5) | Pls. Ex. 10I | MPS899-CLIP |
| (6) | Pls. Ex. 10J | MPS892-CLIP |
| (7) | Pls. Ex. 10L | MPS910-CLIP |
| (8) | Pls. Ex. 10M | MPS911-CLIP |
| (9) | Pls. Ex. 450 | MPS365 VIDEO |

---

Plaintiffs captured a scanned individual imprint of each of the nine (9) DVDs deposited with the Records Management Office. In accordance with the Court's Order, these DVD imprints are now being filed on the public docket via ECF, accompanied by counsel's contact information in order to facilitate public access to the digital media exhibits on the DVDs. ECF No. 9923.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*For the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs*

COZEN O'CONNOR

By: /s/ Sean P. Carter
SEAN P. CARTER
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

*For the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs*

KREINDLER & KREINDLER LLP

By: /s/ James Gavin Simpson
JAMES GAVIN SIMPSON
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: gsimpson@kreindler.com

*Attorneys for Ashton Plaintiffs*

cc: The Honorable Sarah Netburn, U.S.M.J.
All Counsel of Record via ECF