**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al.*, No. 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia, et al.*, No. 1:04-cv- 01922 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, No. 1:04-cv- 01923 (GBD)(SN)
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD)(SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD)(SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD)(SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN)
*Lloyd A. Abel Sr., et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11880 (GBD)(SN)
*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD)(SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD)(SN)
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN)
*Maureen Moody-Theinert, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11876 (GBD)(SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
*Margarite Bonomo, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11885 (GBD)(SN)
*William Cintron-Lugos a/k/a William Cintron, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11888 (GBD)(SN)
*David DeConto, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11904 (GBD)(SN)
*David Gordenstein, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11941 (GBD)(SN)
*Allison Garger, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11950 (GBD)(SN)
*Rodney Bush, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11964 (GBD)(SN)
*Queen Mercer, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11965 (GBD)(SN)
*Deborah Rooney, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11970 (GBD)(SN)
*Marie Laure Anaya, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12339 (GBD)(SN)
*Richard A. Deuel, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12272 (GBD)(SN)
*Kristian G. Kincaid, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12273 (GBD)(SN)
*Michael Stackpole, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12275 (GBD)(SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)
*Michael Murray, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11966 (GBD)(SN)
*Mario Perez, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11967 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)

*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN)
*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)
*Celestine Kone et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)
*Mary Jelnek, et al. v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution, or make changes to the names, of the Personal Representatives of an individual killed as a result of the terrorist attacks on September 11, 2001, or their recently deceased family members; it is hereby

ORDERED that the Plaintiffs' motion is granted, and the individuals included in Exhibit A are to be substituted into the cases and/or have their name changed.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12293.

Dated: New York, New York
_____________, 202_

SO ORDERED:

_______________________________
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**EXHIBIT A to Motion to Substitute Parties and for Corrections**

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 1. | Abdul Mosobbir, as the Personal Representative of the Estate of Shabbir Ahmed, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir Ahmed | 18-cv-11880 (GBD)(SN) | Jeba Ahmed, as the Personal Representative of the Estate of Shabbir Ahmed, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir Ahmed | NY | Shabbir Ahmed |
| 2. | Kathryn B. Agugliaro, individually, as surviving parent of Frank J. Bonomo | 18-cv-11837 (GBD)(SN), 18-cv-11885 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Lenore Williams as Personal Representative of the Estate of Kathryn B. Agugliaro, deceased, the late parent of Frank J. Bonomo | FL | Frank J. Bonomo |
| 3. | Eugene Bowen, individually, as surviving spouse of Donna Bowen | 18-cv-05320 (GBD)(SN), 18-cv-11885 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Anastasia Siberon and Alexandra Bowe, as co-Personal Representatives of the Estate of Eugene Bowen, deceased, the late spouse of Donna Bowen | FL; FL | Donna Bowen |
| 4. | Eugene Bowen, as the Personal Representative of the Estate of Donna Bowen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Bowen | 18-cv-05320 (GBD)(SN), 18-cv-11885 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Anastasia Bowen and Alexandra Bowen, as the co-Personal Representatives of the Estate of Donna Bowen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Bowen | FL; FL | Donna Bowen |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 5. | Russell Conway, individually, as surviving spouse of Brenda E. Conway | 18-cv-05320 (GBD)(SN), 18-cv-11888 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Mandell Conway as Personal Representative of the Estate of Russell Conway, deceased, the late spouse of Brenda E. Conway | GA | Brenda E. Conway |
| 6. | Shelly Ray Watford as Personal Representative of the Estate of Edith Watford, deceased, the late parent of Brenda E. Conway | 18-cv-11837 (GBD)(SN), 18-cv-11888 (GBD)(SN) | Linda McGee as Personal Representative of the Estate of Edith Watford, deceased, the late parent of Brenda E. Conway | NY | Brenda E. Conway |
| 7. | David DeConto, as the Personal Representative of the Estate of Gerald F. DeConto, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerald F. DeConto | 18-cv-11904 (GBD)(SN) | G. Don Westfall, as the Personal Representative of the Estate of Gerald F. DeConto, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerald F. DeConto | VA | Gerald F. DeConto |
| 8. | Patricia DeConto, individually, as surviving parent of Gerald F. DeConto | 18-cv-05320 (GBD)(SN), 18-cv-11904 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | David DeConto, as Personal Representative of the Estate of Patricia DeConto, deceased, the late parent of Gerald F. DeConto | MA | Gerald F. DeConto |
| 9. | James E. DiCharo as Personal Representative of the Estate of Joseph L. DiChiaro, deceased, the late spouse of Patricia F. DiChiaro | 18-cv-11837 (GBD)(SN), 18-cv-11904 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | James E. DiChiaro as Personal Representative of the Estate of Joseph L. DiChiaro, deceased, the late spouse of Patricia F. DiChiaro | NY | Patricia F. DiChiaro |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 10. | Chang Don Kim, individually, as surviving parent of Lawrence Don Kim | 18-cv-05306 (GBD)(SN), 18-cv-11904 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Catherine Fleming as Personal Representative of the Estate of Chang Don Kim, deceased, the late parent of Lawrence Don Kim | WA | Lawrence Don Kim |
| 11. | Anne Marie Hartney as Personal Representative of the Estate of Margaret Colette Fegan, deceased, the late parent of Sean B. Fegan | 18-cv-11870 (GBD)(SN), 18-cv-11904 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Catherine Curley and Anne Marie Hartney as co-Personal Representative of the Estate of Margaret Colette Fegan, deceased, the late parent of Sean B. Fegan | NY | Sean B. Fegan |
| 12. | Marie E. Fisher, individually, as surviving parent of Andrew Fisher | 18-cv-11870 (GBD)(SN), 18-cv-11926 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Nina Fisher and Maria R. Fisher as co-Personal Representatives of the Estate of Marie E. Fisher, deceased, the late parent of Andrew Fisher | NY | Andrew Fisher |
| 13. | Charlene Carmen Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde<br><br>Stephen M. Fogel, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all | 18-cv-12272 (GBD)(SN) | Charlene Carmen Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde<br><br>Angela Alleyne as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally | England; England; NY | Godwin Forde |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | legally entitled beneficiaries and family members of Godwin Forde | | entitled beneficiaries and family members of Godwin Forde<br><br>Deborah Cremona a/k/a Deborah Forde as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde | | |
| 14. | Delroy Llewellyn, individually, as surviving sibling of Derrick A. Green | 18-cv-05306 (GBD)(SN), 18-cv-11941 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Jennifer Salmon-Llewellyn, as Personal Representative of the Estate of Delroy Llewellyn, deceased, the late sibling of Derrick A. Green | CT | Derrick A. Green |
| 15. | Talat Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani, deceased, the late parent of Mohammad S. Hamdani | 18-cv-11870 (GBD)(SN), 18-cv-11941 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Zeshan Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani, deceased, the late parent of Mohammad S. Hamdani | NY | Mohammad S. Hamdani |
| 16. | David D. Henwood Jr., individually, as surviving parent of John Christopher Henwood Jr. | 18-cv-11870 (GBD)(SN) | David Henwood III and Mary L. Henwood as the Co-Personal Representatives of the Estate of David D. Henwood Jr., deceased, the late parent of John Christopher Henwood | CT | John Christopher Henwood |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 17. | Mary C. Henwood, individually, as surviving parent of John Christopher Henwood Jr. | 18-cv-11870 (GBD)(SN), 18-cv-11941 (GBD)(SN), 04-cv-1076 (GBD)(SN), (GBD)(SN), 04-cv-1923 (GBD)(SN) | Mary L. Henwood and David D. Henwood, III as the Co-Personal Representatives of the Estate of Mary C. Henwood, deceased, the late parent of John Christopher Henwood | CT | John Christopher Henwood |
| 18. | Trina Sabb, individually, as surviving sibling of Lamar D. Hulse | 18-cv-12277 (GBD)(SN), 18-cv-12272 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Harold Singleton as Personal Representative of the Estate of Trina Sabb, deceased, the late sibling of Lamar D. Hulse | NY | Lamar D. Hulse |
| 19. | Linda Hulse, individually, as surviving parent of Lamar D. Hulse | 18-cv-05306 (GBD)(SN), 18-cv-11941 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Harold Singleton as Personal Representative of the Estate of Linda Hulse, deceased, the late parent of Lamar D. Hulse | NY | Lamar D. Hulse |
| 20. | Linda Hulse, as the Personal Representative of the Estate of Lamar D. Hulse, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lamar D. Hulse | 18-cv-05306 (GBD)(SN), 18-cv-11941 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Harold Singleton, as the Personal Representative of the Estate of Lamar D. Hulse, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lamar D. Hulse | NY | Lamar D. Hulse |
| 21. | Maureen Koecheler, individually, as surviving spouse of Gary E. Koecheler | 18-cv-05339 (GBD)(SN), 18-cv-11950 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | John Koecheler, as Personal Representative of the Estate of Maureen Koecheler, deceased, the late spouse of Gary E. Koecheler | NY | Gary E. Koecheler |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 22. | Maureen Koecheler, as the Personal Representative of the Estate of Gary E. Koecheler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary E. Koecheler | 18-cv-05339 (GBD)(SN), 18-cv-11950 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | John Koecheler, as the Personal Representative of the Estate of Gary E. Koecheler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary E. Koecheler | NY | Gary E. Koecheler |
| 23. | Jewel Lyons, individually, as surviving parent of Nehamon Lyons | 18-cv-05339 (GBD)(SN), 18-cv-11950 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Gregory D. Taylor, as Personal Representative of the Estate of Jewel Lyons, deceased, the late parent of Nehamon Lyons | AR | Nehamon Lyons |
| 24. | Elizabeth ("Beth") McCarthy (nee McHale) as Personal Representative of the Estate of John F. McHale, deceased, the late parent of Thomas McHale | 18-cv-11875 (GBD)(SN) | Elizabeth ("Beth") McCarthy (nee McHale) and Joseph McHale as co-Personal Representatives of the Estate of John F. McHale, deceased, the late parent of Thomas McHale | NY; TN | Thomas McHale |
| 25. | Douglas Mello, deceased, the late parent of Christopher D. Mello | 18-cv-05339 (GBD)(SN), 18-cv-11964 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | John Mello as Personal Representative of the Estate of Douglas Mello, deceased, the late parent of Christopher D. Mello | CT | Christopher D. Mello |
| 26. | Queen Mercer, as the Personal Representative of the Estate of Wesley Mercer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wesley Mercer | 18-cv-11875 (GBD)(SN) | Kimberly Lee King Anderson, as the Personal Representative of the Estate of Wesley Mercer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wesley Mercer | VA | Wesley Mercer |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 27. | John Capodanno, as the Personal Representative of the Estate of Mario Nardone Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mario Nardone Jr. | 18-cv-11876 (GBD)(SN), 18-cv-11966 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Christopher Nardone, as the Co-Personal Representative of the Estate of Mario Nardone Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mario Nardone Jr.<br><br>Jeanine Rao, as the Co-Personal Representative of the Estate of Mario Nardone Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mario Nardone Jr. | NJ; FL | Mario Nardone Jr. |
| 28. | James Davies, as Personal Representative of the Estate of Robert T. Ogren, deceased, the late parent of Joseph J. Ogren | 04-cv-1923 (GBD)(SN) | Lance Ogren, as Personal Representative of the Estate of Robert T. Ogren, deceased, the late parent of Joseph J. Ogren | SC | Joseph J. Ogren |
| 29. | Robert T. Ogren, as the Personal Representative of the Estate of Joseph J. Ogren, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Ogren | 18-cv-12273 (GBD)(SN) | Lance Ogren, as the Personal Representative of the Estate of Joseph J. Ogren, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Ogren | SC | Joseph J. Ogren |
| 30. | Jean S. Oitice, individually, as surviving spouse of Samuel Oitice | 18-cv-05321 (GBD)(SN), 18-cv-12273 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Jessica Marrero as Personal Representative of the Estate of Jean S. Oitice, deceased, the late spouse of Samuel Oitice | NY | Samuel Oitice |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 31. | Estate of John P. O'Neill, Sr., on Behalf of John P. O'Neill, Sr., deceased, and on Behalf of Decedent's Heirs-at-Law | 04-cv-1922 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Christine O'Neill, as the Personal Representative of the Estate of John P. O'Neill, Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John P. O'Neill, Sr. | NJ | John P. O'Neill, Sr. |
| 32. | Jane Wixted, individually, as surviving parent of Glen Pettit | 18-cv-05321 (GBD)(SN), 18-cv-11967 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Tara Felice as Personal Representative of the Estate of Jane Wixted, deceased, the late parent of Glen Pettit | NY | Glen Pettit |
| 33. | Jane Wixted, as the Personal Representative of the Estate of Glen Pettit, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glen Pettit | 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Tara Felice, as the Personal Representative of the Estate of Glen Pettit, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glen Pettit | NY | Glen Pettit |
| 34. | Thomas Knobel, individually, as surviving spouse of Tu-Anh Pham | 18-cv-05321 (GBD)(SN), 18-cv-11967 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Joel Mercer as Personal Representative of the Estate of Thomas Knobel, deceased, the late spouse of Tu-Anh Pham | NY | Tu-Anh Pham |
| 35. | Joseph Rivelli Sr., individually, as surviving parent of Joseph Rivelli, Jr. | 18-cv-05321 (GBD)(SN), 18-cv-11969 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Donna Ambrosino as Personal Representative of the Estate of Joseph Rivelli Sr., deceased, the late parent of Joseph Rivelli, Jr. | FL | Joseph Rivelli, Jr. |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 36. | Arnulfo Rodriguez, individually, as surviving spouse of Mayra V. Rodriguez | 18-cv-05321 (GBD)(SN) | Elias Rodriguez, as Personal Representative of the Estate of Arnulfo Rodriguez, deceased, the late spouse of Mayra V. Rodriguez | CT | Mayra V. Rodriguez |
| 37. | Salvatore Romagnolo, individually, as surviving parent of Joseph M. Romagnolo | 18-cv-05321 (GBD)(SN) | Maria Romagnolo, as Personal Representative of the Estate of Salvatore Romagnolo, deceased, the late parent of Joseph M. Romagnolo | NY | Joseph M. Romagnolo |
| 38. | Julio Medina, individually, as surviving parent of Ayleen J. Santiago | 18-cv-11878 (GBD)(SN), 18-cv-11970 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Sonia Hernandez as Personal Representative of the Estate of Julio Medina, deceased, the late parent of Ayleen J. Santiago | TX | Ayleen J. Santiago |
| 39. | Phaedra Savas, individually, as surviving spouse of Anthony Savas | 18-cv-11878 (GBD)(SN), 18-cv-11970 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | John Savas as Personal Representative of the Estate of Phaedra Savas, deceased, the late spouse of Anthony Savas | NY | Anthony Savas |
| 40. | Jude Laspa, as the Personal Representative of the Estate of Susan Lee Schuler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan Lee Schuler | 18-cv-05331 (GBD)(SN), 18-cv-11970 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Ted Slanker, as the Personal Representative of the Estate of Susan Lee Schuler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan Lee Schuler | TX | Susan Lee Schuler |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 41. | John T. Signer and James M. Signer as co-Personal Representatives of the Estate of John F. Signer, deceased, the late sibling of Dianne Signer | 04-cv-1923 (GBD)(SN) | John T. Signer as Personal Representative of the Estate of John F. Signer, deceased, the late sibling of Dianne Signer | NY | Dianne Signer |
| 42. | Susan M. Sinton, individually, as surviving parent of Thomas E. Sinton III | 18-cv-11878 (GBD)(SN), 18-cv-11970 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Jill S. Polansky as Personal Representative of the Estate of Susan M. Sinton, deceased, the late parent of Thomas E. Sinton III | NJ | Thomas E. Sinton III |
| 43. | Carmen Guzman, individually, as surviving parent of David Vera | 18-cv-05331 (GBD)(SN) | Migdalia Lopez, as Personal Representative of the Estate of Carmen Guzman, deceased, the late parent of David Vera | NY | David Vera |
| 44. | Kathleen Wik, individually, as surviving sibling of William Wik | 18-cv-05331 (GBD)(SN), 18-cv-12275 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Jennifer L. Lynch as Personal Representative of the Estate of Kathleen Wik, deceased, the late sibling of William Wik | NY | William Wik |
| 45. | Sharif Chowdhury, as the Personal Representative of the Estate of Shakila Yasmin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin | 18-cv-12275 (GBD)(SN) | Sharif Chowdhury, as the co-Personal Representative of the Estate of Shakila Yasmin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin<br><br>Showkatara Sharif, as the co-Personal Representative of the Estate of Shakila Yasmin, deceased, and on | VA; VA | Shakila Yasmin |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | | | behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin | | |
| 46. | Philip Aversano as Personal Representative of the Estate of Francis L. Aversano | 18-cv-11837 (GBD)(SN) | Frank Aversano as Personal Representative of the Estate of Francis L. Aversano, deceased, the late sibling of Louis F. Aversano, Jr. | PA | Louis F. Aversano, Jr. |
| 47. | Philip Aversano, individually, as surviving sibling of Louis F. Aversano, Jr. | 18-cv-11837 (GBD)(SN) | Frank Aversano as Personal Representative of the Estate of Philip Aversano, deceased, the late sibling of Louis F. Aversano, Jr. | PA | Louis F. Aversano, Jr. |
| 48. | Anthony Chiofalo, individually, as surviving sibling of Nicholas Chiofalo | 19-cv-11767 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Catherine Chiofalo as Personal Representative of the Estate of Anthony Chiofalo, deceased, the late sibling of Nicholas Chiofalo | NY | Nicholas Chiofalo |
| 49. | Donna Chiofalo, individually, as surviving sibling of Nicholas Chiofalo | 19-cv-11767 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Joseph Hollingsworth as Personal Representative of the Estate of Donna Chiofalo, deceased, the late sibling of Nicholas Chiofalo | GA | Nicholas Chiofalo |
| 50. | Peter John Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski | 19-cv-11767 (GBD)(SN) | Joseph W. Grzymalski as Personal Representative of the Estate of Peter John Grzymalski, deceased, the late sibling of Matthew J. Grzymalski | NY | Matthew J. Grzymalski |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 51. | Gary Roy, individually, as surviving sibling of Timothy A. Roy | 18-cv-05321 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Danielle Horrigan as Personal Representative of the Estate of Gary Roy, deceased, the late sibling of Timothy A. Roy | NY | Timothy A. Roy |
| 52. | Helen Seaman, individually, as surviving parent of Michael H. Seaman | 19-cv-11865 (GBD)(SN) | Elizabeth Isacowitz as Personal Representative of the Estate of Helen Seaman, deceased, the late parent of Michael H. Seaman | FL | Michael H. Seaman |
| 53. | Karin Charles, as the Personal Representative of the Estate of Kenneth Zelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Zelman | 19-cv-11865 (GBD)(SN) | Karin Giansanti, as the Personal Representative of the Estate of Kenneth Zelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Zelman | MA | Kenneth Zelman |
| 54. | Jody Myers, as Personal Representative of the Estate of Terrence McGuire, deceased, the late sibling of Patrick McGuire | 04-cv-1923 (GBD)(SN) | Michael McGuire, as Personal Representative of the Estate of Terrence McGuire, deceased, the late sibling of Patrick McGuire | MA | Patrick McGuire |
| 55. | Bruce Mariani, individually, as surviving sibling of Louis N. Mariani | 19-cv-11776 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Christine Mariani, as Personal Representative of the Estate of Bruce Mariani, deceased, the late sibling of Louis N. Mariani | NH | Louis N. Mariani |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 56. | George Jebrine, as the Personal Representative of the Estate of Jude Moussa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa | 18-cv-11965 (GBD)(SN) | Sami Nassar, as the Personal Representative of the Estate of Jude Moussa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa | MA | Jude Moussa |
| 57. | John R. Morris, Jr., individually, as surviving parent of Seth Morris | 19-cv-11865 (GBD)(SN) | James Morris as Personal Representative of the Estate of John R. Morris, Jr., deceased, the late parent of Seth Morris | VA | Seth Morris |
| 58. | Rose Mazza, individually, as surviving parent of Kathy N. Mazza | 20-cv-09387 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Victor Mazza and Ronald Mazza as Co-Personal Representatives of the Estate of Rose Mazza, deceased, the late parent of Kathy N. Mazza | NY | Kathy N. Mazza |
| 59. | Susan G. Rescorla, as the Personal Representative of the Estate of Richard C. Rescorla, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard C. Rescorla | 18-cv-12387 (GBD)(SN), 18-cv-12381 (GBD)(SN) | John McManus, as the Personal Representative of the Estate of Richard Rescorla, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard C. Rescorla | NJ | Richard C. Rescorla |
| 60. | Alan Retik, individually, as surviving parent of David Retik | 20-cv-09387 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Mark Retik as Personal Representative of the Estate of Alan Retik, deceased, the late parent of David Retik | NJ | David Retik |
| 61. | Paul Asaro, individually, as surviving sibling of Carl Asaro | 04-cv-1923 (GBD)(SN) | Jenny Asaro, as Personal Representative of the Estate of Paul Asaro, deceased, the late sibling of Carl Asaro | NY | Carl Asaro |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 62. | Diana Mena, individually, as surviving parent of Diarelia Mena | 20-cv-10460 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Nixia Mena-Alexis as Personal Representative of the Estate of Diana Mena, deceased, the late parent of Diarelia Mena | NJ | Diarelia Mena |
| 63. | Douglas Caufield, individually, as surviving sibling of Robert Caufield | 20-cv-10902 (GBD)(SN), 04-cv-1076 (GBD)(SN) | Patricia Fennelly as Personal Representative of the Estate of Douglas Caufield, deceased, the late sibling of Robert Caufield | NY | Robert Caufield |
| 64. | John Doe 151 as Personal Representative of the Estate of Douglas Caufield, deceased, the late sibling of Robert Caufield | 04-cv-1923 (GBD)(SN) | Patricia Fennelly as Personal Representative of the Estate of Douglas Caufield, deceased, the late sibling of Robert Caufield | NY | Robert Caufield |
| 65. | John Doe 90, being intended to designate the Personal Representative of the Estate of Jesus Ovalles, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a | 20-cv-10902 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Edwin Ovalles, as the Personal Representative of the Estate of Jesus Ovalles, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jesus Ovalles | PA | Jesus Ovalles |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Jesus Ovalles | | | | |
| 66. | Barbara Echtermann as Personal Representative of the Estate of Helmut Echtermann, deceased, the late parent of Margaret Echtermann | 21-cv-10239 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Johanna Kmetz as Personal Representative of the Estate of Helmut Echtermann, deceased, the late parent of Margaret Echtermann | FL | Margaret Echtermann |
| 67. | Elizabeth Trerotola as Personal Representative of the Estate of Michael Trerotola, deceased, the late spouse of Lisa Trerotola | 04-cv-1923 (GBD)(SN) | Amanda Trerotola as Personal Representative of the Estate of Michael Trerotola, deceased, the late spouse of Lisa Trerotola | OH | Lisa Trerotola |
| 68. | Jane Doe 42, being intended to designate the Personal Representative of the Estate of Philip D. Miller, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and | 18-cv-12273 (GBD)(SN) | Arlene Miller, as the co-Personal Representative of the Estate of Philip D. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller<br><br>Sheryl Miller Bechor, as the co-Personal Representative of the Estate of Philip D. Miller, deceased, and on behalf of all survivors and all legally entitled | FL; FL | Philip D. Miller |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller | | beneficiaries and family members of Philip D. Miller | | |
| 69. | Alfed K. Jeffries, Jr., individually, as surviving sibling of Alva Cynthia Jeffries- | 18-cv-07306 (GBD)(SN) | Alicia C. Jeffries and Jeremy Jeffries as Personal Representative of the Estate of Alfred Jeffries, Jr., deceased, the late sibling of Alva Jeffries Sanchez | NC; NC | Alva Jeffries Sanchez |
| 70. | Alfred Jeffries, Jr., individually, as surviving sibling of Alva Jeffries Sanchez | 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Alicia C. Jeffries and Jeremy Jeffries as Personal Representative of the Estate of Alfred Jeffries, Jr., deceased, the late sibling of Alva Jeffries Sanchez | NC; NC | Alva Jeffries Sanchez |
| 71. | Vincent Wisniewski, individually, as surviving sibling of Frank Wisniewski | 22-cv-05193 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Justin N. Lite and Tabitha Brook Degrange, as co-Personal Representatives of the Estate of Vincent Wisniewski, deceased, the late sibling of Frank Wisniewski | NY | Frank Wisniewski |
| 72. | John Doe 116, being intended to designate the Personal Representative of the Estate of David Ruddle, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she | 04-cv-1923 (GBD)(SN) | Amanda Ruddle, as the Personal Representative of the Estate of David Ruddle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ruddle | NY | David Ruddle |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ruddle | | | | |
| 73. | Alfonso Cisneros, as the Personal Representative of the Estate of Juan Pablo Alvarez Cisneros, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Juan Pablo Alvarez Cisneros | 04-cv-1076 (GBD)(SN) | Lidia Alvarez, as the Personal Representative of the Estate of Juan Pablo Alvarez Cisneros, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Juan Pablo Alvarez Cisneros | CA | Juan Pablo Alvarez Cisneros |
| 74. | Amanda Castrillon, as the Personal Representative of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya | 18-cv-05339 (GBD)(SN), 18-cv-12273 (GBD)(SN) | Amanda Castrillon, as the Co-Personal Representative of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya<br><br>Jorge Montoya, as the Co-Personal Representative of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya | MA; MA | Antonio Montoya |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 75. | John Doe 131 being intended to designate the Personal Representative of the Estate of Ayleen Santiago, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago | 04-cv-1923 (GBD)(SN) | Ayleen Arroyo, as Co-Personal Representative of the Estate of Ayleen J. Santiago, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago<br><br>George J. Santiago, as Co-Personal Representative of the Estate of Ayleen J. Santiago, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago | NJ; NJ | Ayleen J. Santiago |
| 76. | John Doe 132 being intended to designate the Personal Representative of the Estate of Myrna T. Maldonado-Agosto, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has | 1:22-cv-05193 (GBD)(SN), 04-cv-1076 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Jarid Maldonado, as the Personal Representative of the Estate of Myrna T. Maldonado-Agosto, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Myrna Maldonado-Agosto | FL | Myrna Maldonado-Agosto |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Myrna T. Maldonado-Agosto | | | | |
| 77. | John Doe 135 being intended to designate the Personal Representative of the Estate of William Howard Pohlmann, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of William Howard Pohlmann | 04-cv-1076 (GBD)(SN) | Linda Pohlmann, as the Personal Representative of the Estate of William Howard Pohlmann deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William H. Pohlmann | NY | William H. Pohlmann |
| 78. | John Doe 137, being intended to designate the Personal Representative of the Estate of John Andreacchio, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having | 23-cv-05790 (GBD)(SN), 04-cv-1923 (GBD)(SN) | Debra Andreacchio, as the Personal Representative of the Estate of John Andreacchio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Andreacchio | NY | John Andreacchio |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of John Andreacchio | | | | |
| 79. | Estelle Pershep, individually, as surviving spouse of Franklin Pershep | 04-cv-1923 (GBD)(SN) | Stacy Paolozzi, as Personal Representative of the Estate of Estelle Pershep, deceased, the late spouse of Franklin Pershep | NY | Franklin Pershep |
| 80. | John Doe 145, as Personal Representative of the Estate of Sharyn Fine, deceased, the late child of Franklin Pershep | 04-cv-1923 (GBD)(SN) | Brian Fine, as Personal Representative of the Estate of Sharyn Fine, deceased, the late child of Franklin Pershep | NY | Franklin Pershep |
| 81. | Danielle Kelly as the Personal Representative of the Estate of Sean Kelly, deceased, the late child of Maurice Kelly | 04-cv-1923 (GBD)(SN) | Andrew C. Kelly as the Personal Representative of the Estate of Sean Kelly, deceased, the late child of Maurice Kelly | NY | Maurice Kelly |
| 82. | John M. Galvin Sr., as the Personal Representative of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin | 18-cv-12339 (GBD)(SN) | John M. Galvin Sr., as the co-Personal Representative of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin<br><br>Diverra M. Galvin, as the co-Personal Representative of the Estate of Thomas | CT; CT | Thomas Galvin |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | | | Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin | | |
| 83. | John Doe 154 as the Personal Representative of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin | | John M. Galvin Sr., as the co-Personal Representative of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin<br><br>Diverra M. Galvin, as the co-Personal Representative of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin | CT; CT | Thomas Galvin |
| 84. | Mary Jelnek, as the Personal Representative of the Estate of Vincent Slavin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent Slavin | 24-cv-05520 (GBD)(SN), 04-cv-1076 (GBD)(SN) | Michael Slavin, as the Personal Representative of the Estate of Vincent Slavin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent Slavin | NY | Vincent Slavin |