X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v. Islamic Rep. of Iran, et al.*, 15-cv-9903 (GBD)(SN)

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiffs hereby voluntarily dismiss without prejudice their claims against all Defendants in *Burnett, et al. v. Islamic Rep. of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN):

1. Dorell Froehner McNamara, as the Personal Representative of the Estate of **Anna Mae Froehner**, Deceased (15-cv-09903, 276, at 3; 11390-1, at 10,11399);

2. Dorell Froehner McNamara, as the Personal Representative of the Estate of **Kenneth Henry Froehner**, Deceased (15-cv-09903, 468, at 2);

This Notice of Voluntary Dismissal is limited only to dismissing the claims as noted above from this action. None of the opposing parties in these actions have served either an answer or a motion for summary judgment. All other Plaintiffs maintain and continue to prosecute their claims against the Defendants in the above-captioned case.

Dated: August 25, 2026

Respectfully submitted,

MOTLEY RICE LLC
/s/ *John C. Duane*
John C. Duane, Esq.
John M. Eubanks, Esq.
Robert T. Haefele, Esq.
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Tel: 843-216-9000
Fax: 843-216-9450
jduane@motleyrice.com
jeubanks@motleyrice.com
rhaefele@motleyrice.com
Attorneys for the *Burnett* Plaintiffs

**SO ORDERED:**

George B. Daniels, U.S.D.J.

**Dated:** SEP 09 2026