USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

ORDER

---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The deposition of non-party Steven Goldberg is currently scheduled for September 15, 2026. In light of the recent appearance of counsel on behalf of Mr. Goldberg and the issues raised in his letter, ECF No. 12297, the deposition of Mr. Goldberg is ADJOURNED pending a ruling from the Court. Upon a resolution of the parties' applications, the Court will grant sufficient time to conduct Mr. Goldberg's deposition.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 11, 2026
New York, New York