**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)


| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |


**VIA ECF**

September 15, 2026

The Honorable George B. Daniels, U.S. District Judge
United States District Court for the S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

The Plaintiffs' Executive Committees and counsel for the *Ashton* Plaintiffs ("Plaintiffs") are continuing to file publicly (in successive tranches) the Exhibits to Plaintiffs' briefs and averments in opposition to Saudi Arabia's motion to dismiss. *See e.g.* ECF Nos. 9885, 9936, 9944, 9973, and 10199. Pursuant to the Court's July 29, 2024 Order, ECF No. 10173, all of Plaintiffs' Exhibits are "judicial documents" to which public access attaches, *Id.* at 9-11, and Plaintiffs are filing them publicly as soon as practicable, subject to only "limited redactions," *Id.* at 1.

Plaintiffs are filing the following twenty (20) judicial documents on the public docket as attachments to the present letter:

| Attachment to ECF filing | Pls. Exhibit No. | Bates / Production No. |
|---|---|---|
| (1) | Pls. Ex. 219 | KSA 7595 |
| (2) | Pls. Ex. 220 | KSA 7741 |
| (3) | Pls. Ex. 221 | KSA 7805-08 |
| (4) | Pls. Ex. 222 | KSA 8414 |
| (5) | Pls. Ex. 223 | KSA 8441 |
| (6) | Pls. Ex. 224 | KSA 8454 |
| (7) | Pls. Ex. 225 | KSA 8569 |
| (8) | Pls. Ex. 226 | KSA 8571 |
| (9) | Pls. Ex. 227 | KSA 8875 |
| (10) | Pls. Ex. 228 | KSA 902 |
| (11) | Pls. Ex. 229 | KSA 903 |
| (12) | Pls. Ex. 230 | KSA 9450 |

| Attachment to ECF filing | Pls. Exhibit No. | Bates / Production No. |
|---|---|---|
| (13) | Pls. Ex. 231 | KSA 9480-81 |
| (14) | Pls. Ex. 232 | KSA 9550 |
| (15) | Pls. Ex. 233 | KSA 989 |
| (16) | Pls. Ex. 234 | KSA 603 |
| (17) | Pls. Ex. 235 | KSA 1230-31 |
| (18) | Pls. Ex. 236 | KSA 1305-06 |
| (19) | Pls. Ex. 237 | KSA 6863-65 |
| (20) | Pls. Ex. 238 | KSA 7366 |

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*For the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs*

COZEN O'CONNOR

By: /s/ Sean P. Carter
SEAN P. CARTER
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

*For the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs*

KREINDLER & KREINDLER LLP

By: /s/ James Gavin Simpson
JAMES GAVIN SIMPSON
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: gsimpson@kreindler.com

*Attorneys for Ashton Plaintiffs*

cc: The Honorable Sarah Netburn, U.S.M.J.
All Counsel of Record via ECF