# Exhibit 219

## KSA 7595

In the name of Allah, the Most Gracious, the Most Merciful

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance | *[Logo of the Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance]* | No.: 219/4/3<br>Date: 06/07/1419 AH<br>[Corresponding to: October 27, 1998 AD]<br>Attachments: none |

Urgent Phone Message

His Eminence the Director of the Da'wah Office in America May Allah bless him

May Allah's peace, mercy, and blessings be upon you

I ask Allah to bestow on you His assistance and provide you success.

Please advise the needs of mosques and Islamic institutions where it is appropriate to send Imams to lead the prayers during the holy month of Ramadan of this year 1419 AH. Please give us details of such mosques and institutes where the agency has prepared a program to delegate Imams this year.

We shall endeavor to respond to your request within the limits of our available resources and shall advise you accordingly.

May Allah preserve you, and may His peace, mercy, and blessings be upon you.

Alfalh

6/7

Assistant Undersecretary for Islamic Affairs

(signed 6/7)

Tawfiq bin Abdelaziz al Sudairy

(1841)3

KSA0000007595

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

الرقم: ٣/ل/٤٦٣/ك
التاريخ: ٦/٧/١٤١٩هـ
المشفوعات: يدون

## رسالة هاتفية عاجلة

فضيلة مدير مكتب الدعوة في أمريكا حفظه الله

سلام عليكم ورحمة الله وبركاته..أما بعد

فأسأل الله لكم العون والتوفيق .

وآمل إفادتي عن حاجة بعض المساجد ، والمؤسسات ، الإسلامية التي ترون مناسبة إيفاد إمام لها، لإمامة المصلين فيها في شهر رمضان المبارك من هذا العام ١٤١٩هـ ، مع التعريف بهذه المساجد والمؤسسات وقد أعدت الوكالة برنامجاً لإيفاد الأئمة في هذا العام . يستعمل على الاستجابة لطلبكم ، وفقاً للإمكانات المتوافرة لدينا ، وإحاطتكم بما يتقرر في هذا الشأن .

حفظكم الله ، والسلام عليكم ورحمة الله وبركاته . ، ،

وكيل الوزارة المساعد للشؤون الإسلامية

توفيق بن عبدالعزيز السديري

(١٨٤١)٣

PUBLIC FILING

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York~~.

KSA0000007595

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))**

**Language**: Arabic > English

**Document title**:
KSA0000007595

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 10, 2020)

**Date**: 3/10/2020