# Exhibit 220

## KSA 7741

In the name of Allah, the Gracious, the Merciful

Royal Embassy of Saudi Arabia
Washington, D.C.

[*Emblem of Saudi Arabia*]

[Duplicate Text]

**OUTGOING TELEGRAM**

Telegram No. 501/97/23/548
Date: 02/04/1420 AH (July 15, 1999 AD)

File No. ----
Attachments: ----

Ministry of Foreign Affairs, Riyadh

Copy, with regards, to Ministry of Finance and National Economy
Copy, with regards, to Ministry of Higher Education
With reference to the Telegram of Ministry of Foreign Affairs indicated below.

This is with reference to Ministry's Telegram No. 97/23/24365/1, dated 26/03/1420 AH (July 10, 1999 AD), based on High Order No. 9/B/12367, dated 03/09/1419 (December 22, 1998 AD), stipulating the formation of a committee from Ministry of Finance and National Economy, Ministry of Higher Education, and this Embassy to discuss the location of the Institute of Islamic and Arabic Sciences in America.
We are pleased to inform that the Embassy will be represented by Mr. Musaed Ahmed al Jarrah.

Kindest regards.

The Saudi Embassy in Washington, D.C.
[*Handwritten Signature*]
July 15, 1999 AD

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York~~.

Royal Embassy of Saudi Arabia
Washington

سفارة المملكة العربية السعودية
واشنطن

برقية صادرة

رقم البرقية ٠٠١/٩٧/٢٣ ٥٤٢
التاريخ ٣/٤/١٤٢٠هـ ١٥/٧/١٩٩٩م

رقم الملف ..........
المرفقات : ..........

مقام وزارة الخارجية الجليلة / الرياض

صورة مع التحية لوزارة المالية والاقتصاد الوطني
صورة مع التحية لوزارة التعليم العالي
إشارة الى برقية مقام وزارة الخارجية المشار إليها أدناه

بالاشارة الى برقية مقام الوزارة رقم ١/٢٤٣٦٥/٢٣/٩٧ وتاريخ ٢٦/٣/١٤٢٠هـ عطفا على الأمر السامي الكريم رقم ٩/ب/ ١٢٣٦٧ وتاريخ ٣/٩/١٤١٩هـ القاضي بتشكيل لجنة من وزارتي المالية والاقتصاد الوطني والتعليم العالي وهذه السفارة لبحث موضوع مقر معهد العلوم الاسلامية والعربية في أمريكا (فاصله)

نتشرف بالإفادة أن مندوب السفارة هو السيد/ مساعد أحمد الجراح ( فاصله)

وتقبلوا فائق تحياتنا ،،

نجدية / واشنطن
١٥/٧/١٩٩٩م

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000007741

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 14:06 CST)

**Date**: Feb 7, 2021