# Exhibit 221

## KSA 7805-08

04-DEC-1999 14:19 M*F*A*RIYADH *K*S*A 009661 4030159 P.01/04

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Foreign Affairs

[*Emblem of Saudi Arabia*]

File No. 8/7
Attachments: 2 Packages

**OUTGOING TELEGRAM**

Telegram No. 97/23/66012/01
Date: 26/08/1420 AH (December 05, 1999 AD)

**VERY URGENT**

The Saudi Embassies in Washington, D.C. – Canberra – Stockholm – Yaoundé – Bonn – Vienna – London – New Delhi – Djibouti – Madrid – Taiwan – Singapore – Paris – Ottawa – Nairobi – Kuala Lumpur

Please find attached herewith a statement including the names of fifty-one delegates to lead the worshipers in a number of your mosques and Islamic centers during the holy month of Ramadan for this year 1420 AH (1999 AD). For your information and necessary action regarding this, and in order to facilitate the mission of each of them. Kindest regards.

Foreign Affairs

[SEAL: *Ministry of Foreign Affairs, Telegrams Department*]

[Handwriting: *Islamic Affairs – Handwritten Signature – December 06, 1999 AD*]

[Handwriting: 1432]

KSA0000007805

~~Confidential~~:
~~This document is subject to Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

[**Handwriting**]

Opened on
01/08/1420 AH
(November 10, 1999 AD)
Sealed on
30/08/1420 AH
(December 09, 1999 AD)

-7-

KSA0000007806

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

04-DEC-1999 14:20 M*F*A*RIYADH *K. * S *A. Illegible P.02/04

In the Name of God, Most Gracious, Most Merciful **(1)**

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Undersecretary for Islamic Affairs

No.:
Date:
Attachments:
Subject:

| # | Name | Country | City | Entity |
|---|---|---|---|---|
| 1 | Abdel Hamid bin Mohamad al Erfej | America | Detroit | Al Falah Mosque |
| 2 | Mansour bin Abdul Aziz al Samary | America | Minneapolis | Da'wah Islamic Center |
| 3 | Rashed bin Othman al Zahran | America | Morven Town | Islamic Center in Morven Town |
| 4 | Badr bin Suleiman al Amer | America | Mankato | Dar Abi Bakr Islamic Center |
| 5 | Abdul Latif bin Saleh al Amer | America | Columbus | Omar Ibn al Khattab Mosque |
| 6 | Mohamad bin Ahmad al Osseimy | America | Jonesboro | Jonesboro Islamic Center |
| 7 | Ahmad al Yehia | America | Virginia | The Islamic Center in Norfolk |
| 8 | Ziad bin Abdul Karim al Meshaiqeh | America | Tennessee | Prayer Hall of Sunni Students |
| 9 | Majed bin Mohamad Mersal | America | San Diego | Al Madinah Mosque |
| 10 | Ali bin Suleiman al Abadany | Australia | Sydney | Islamic Cultural Center |
| 11 | Ali bin Abdullah al Ajlan | Australia | Tasmania | Tasmania Society |
| 12 | Abdullah bin Ali al Amery | Australia | Newcastle | Newcastle Society |
| 13 | Saleh bin Ibrahim al Dosayman | Australia | Victoria | Islamic Society |
| 14 | Mohsen bin Mohamad Ateya | Sweden | Stockholm | Islamic Da'wah Center |
| 15 | Khaled al Esseiry | Cameroon | Yaoundé | Yaoundé Mosque |
| 16 | Ali bin Saad al Osseimy | Germany | Heidelberg | Islamic Mosque |
| 17 | Khaled bin Horeid al Anzy | Germany | Berne | King Fahad Academy |
| 18 | Saud bin Ali al Ghamedi | Germany | Leipzig | Islamic Center in Leipzig |
| 19 | Abdul Rahman bin Mohamad Jabery | Germany | Altdorf | Islamic Union in Altdorf |
| 20 | Aziz bin Farhan al Anzy | Germany | Kiel | Muslims' Society |
| 21 | Mohamad bin Saad al Moqren | Germany | Frankfurt | Islamic Center |
| 22 | Abdulla bin Saleh al Mansour | Germany | Aachen | Islamic Center |
| 23 | Torky bin Abdul Aziz al Oqeil | Hungary | Budapest | Islamic Society |
| 24 | Abdul Aziz bin Marzouq al Toreiqy | India | Delhi | Embassy District Mosque |
| 25 | Hassan bin Ali al Faqih | Britain | London | Balham Mosque, London |

*[Stamp: Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance]*

~~Confidential~~:
~~This document is subject to Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000007807

In the Name of God, Most Gracious, Most Merciful **(2)**

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Da'wah, and Guidance
Undersecretary for Islamic Affairs

No.:
Date:
Attachments:
Subject:

| # | Name | Country | City | Entity |
|---|---|---|---|---|
| 26 | Mohamad bin Suleiman al Muhanna | Britain | Birmingham | Ahl al Hadith Society |
| 27 | Mahmoud bin Ahmad al Dorsery | Britain | Bradford | Bradford Mosque |
| 28 | Abdulla bin Ahmad al Qahtani | Britain | [illegible] | Islamic Center |
| 29 | Ali bin Abdullah al Shahrany | Britain | Leicester | Dar al Re'aya al Islamiyah |
| 30 | Saleh bin Suleiman al Khalifa | Britain | London | Quran Learning Center |
| 31 | Ahmad bin Shanan al Omary | Britain | London | Islamic World League Center |
| 32 | Nasser al Moqbel | Gibraltar | Gibraltar | Islamic Center |
| 33 | Mohamad bin Abdul Rahman al Noman | Taiwan | Taipei | Taipei Mosque |
| 34 | Abdullah bin Mohamad al Omayjan | Djibouti | Tadjourah | Mosque of King Abdul Aziz Center |
| 35 | Saud bin Saad al Rashoud | Djibouti | Djibouti | Prince Abdul Aziz bin Fahad Mosque |
| 36 | Mohamad bin Abdul Karim al Muhanna | Singapore | Singapore | Muhammadiyah Association |
| 37 | Khaled bin Abdulla al Moshawah | France | Lyon | Mosque of the City of Lyon |
| 38 | Debbas bin Mohamad al Debbas | France | Ecquevilly | Anas Ibn Malek Mosque |
| 39 | Faez bin Suleiman al Hamady | France | Strasbourg | Mosque of the City of Strasbourg |
| 40 | Awad bin Sabty al Enzy | France | Paris | Al Fatah Mosque |
| 41 | Salen bin Mohamad al Saykhan | France | Mante-la-Jolie | Mosque of the Custodian of the Two Holy Mosques |
| 42 | Ahmad bin Abdul Rahman al Othman | Finland | Helsinki | Al Huda Mosque and Islamic Center |
| 43 | Yasser bin Ibrahim al Salamah | Canada | Vancouver | Islamic Da'wah Center |
| 44 | Abdullah bin Hamoud al Shatry | Canada | Saint Catherine | Islamic Society |
| 45 | Abdul Rahman bin Abdullah al Adiany | Canada | Toronto | Islamic Center for Islamic Da'wah |
| 46 | Hamed bin Mohamad al Mosleh | Canada | Ottawa | Islamic School |
| 47 | Fahad bin Ali al Sleiham | Canada | Calgary | Islamic Society |
| 48 | Waleed bin Eissa al Saadoun | Kenya | Nairobi | Al Sadaqa Mosque |
| 49 | Amin bin Abdullah al Shaqawy | Kenya | Nairobi | Al Rabeta Mosque |
| 50 | Abdullah bin Ali al-Jaithen | Kenya | Kismayo | Mosque of the Islamic Studies College |
| 51 | Saleh bin Abdullah al Moqel | [illegible] | [illegible] | [illegible] Mosque |

*[Stamp: Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance]*

~~Confidential:~~
~~This document is subject to Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الخارجية

رقم الملف ٨/٧
المرفقات: علاقة

**برقيـة صـادرة**

رقم البرقية ٩٧/٤٢/٤
التاريخ

عاجل جداً

نجدية/واشنطن- كانبرا- استوكهولم- ياوندي- بون- فيينا- لندن
نيودلهي -جيبوتي -مدريد- تايوان- سنغافورا- باريس- اوتاوا-
نيروبي- كوالالمبور

نبعث لكم بطيه بيانا بأسماء واحداً وخمســـون موفـداً لإمامة المصلين في عدد من المساجد والمراكز الأسلاميه لديكـم خـلال شـهر رمضان المبارك لهذا العام ١٤٢٠هـ قف للاحاطه واتخاذ اللازم حيـال ذلك وتسهيل مهمتهم كل فيما يخصه. قف. تحياتنا.،،،،،،
مرموع/١٣٥

الخارجيه

وزارة الخارجية
إدارة البرقيات



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~


SNAPFILE®
Made in Germany

04-DEC-1999 14:20

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد
وكالة الوزارة لشئون الإسلامية

(١)

الرقم :
التاريخ :
المرفقات :
الموضوع :

| العدد | الاسم | الدولة | المدينة | الجهة |
|---|---|---|---|---|
| ١. | عبدالحميد بن محمد المرفيع | أمريكا | ديترويت | مسجد الفلاح |
| ٢. | منصور بن عبدالعزيز السماري | أمريكا | منيابلس | مركز الدعوة الإسلامية |
| ٣. | راشد بن عثمان الزهراني | أمريكا | مورقن تاون | المركز الإسلامي في مورقن تاون |
| ٤. | بدر بن سليمان العامر | أمريكا | مانكيتو | مركز دار ابي بكر الإسلامي |
| ٥. | عبداللطيف بن صالح العامر | أمريكا | كولمبس | مسجد عمر بن الخطاب |
| ٦. | محمد بن أحمد العصيمي | أمريكا | جونز بورو | مركز جونزبورو الإسلامي |
| ٧. | أحمد اليمني | أمريكا | فرجينيا | المركز الإسلامي في نورفولك |
| ٨. | زياد بن عبدالكريم المشيقح | أمريكا | تمبي | مصلى الطلبة السنة |
| ٩. | ماجد بن محمد مرسال | أمريكا | سان دياغو | مسجد المدينة |
| ١٠. | علي بن سليمان العيداني | استراليا | سدني | المركز الثقافي الإسلامي |
| ١١. | علي بن عبدالله العجلان | استراليا | تسمانيا | جمعية تسمانيا |
| ١٢. | عبدالله بن علي العامري | استراليا | نيوكاسل | جمعية نيوكاسل |
| ١٣. | صالح بن إبراهيم الدسيمان | استراليا | فكتوريا | الجمعية الإسلامية |
| ١٤. | محسن بن محمد عطية | السويد | استوكهلم | مركز الدعوة الإسلامية |
| ١٥. | خالد العسيري | الكمرون | ريوندي | مسجد ياوندي |
| ١٦. | علي بن سعد العصيمي | المانيا | هايد برغ | المسجد الإسلامي |
| ١٧. | خالد بن محمد المغربي | المانيا | بون | اكاديمية الملك فهد |
| ١٨. | سعود بن علي الغامدي | المانيا | لايبزغ | المركز الإسلامية في لايبزغ |
| ١٩. | عبدالرحمن بن محمد جابري | المانيا | السدورف | الاتحاد الإسلامي في السدورف |
| ٢٠. | عزيز بن فرحان العنزي | المانيا | كيل | جمعية المسلمين |
| ٢١. | محمد بن سعد القرني | المانيا | فرانكفورت | المركز الإسلامي |
| ٢٢. | عبدالله بن صالح المنصور | المانيا | آخن | المركز الإسلامي |
| ٢٣. | تركي بن عبدالعزيز العقيل | المجر | بودابست | الجمعية الإسلامية |
| ٢٤. | عبدالعزيز بن مرزوق الطريقي | الهند | دلهي | مسجد حي السفارات |
| ٢٥. | حسن بن علي الفقيه | بريطانيا | لندن | مسجد بلهم بلندن |

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

PUBLIC FILING

(٩)

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد
وكالة الوزارة للشئون الإسلامية

الرقم : ..........................
التاريخ : ..........................
المرفقات : ..........................
الموضوع : ..........................

| العدد | الاسم | الدولة | المدينة | الجهة |
|---|---|---|---|---|
| ٢٦. | محمد بن سليمان المهنا | بريطانيا | برمنكهام | جمعية اهل الحديث |
| ٢٧. | محمود بن أحمد الدوسري | بريطانيا | بريد فورد | مسجد بريد فورد |
| ٢٨. | عبدالله بن أحمد القحطاني | بريطانيا | بتروكي | المركز الإسلامية |
| ٢٩. | علي بن عبدالله الشهراني | بريطانيا | لستر | دار الرعاية الإسلامية |
| ٣٠. | صالح بن سليمان الخليفة | بريطانيا | لندن | مركز تحفيظ القرآن الكريم |
| ٣١. | أحمد بن شنان العمري | بريطانيا | لندن | مركز رابطة العالم الإسلامي |
| ٣٢. | ناصر المقبل | جبل طارق | جبل طارق | المركز الإسلامي |
| ٣٣. | محمد بن عبدالرحمن النوسان | تايوان | تايبيه | مسجد تايبيه |
| ٣٤. | عبدالله بن محمد الغميجان | جيبوتي | تاجورة | مسجد مركز الملك عبدالعزيز |
| ٣٥. | سعود بن سعد الرشود | جيبوتي | جيبوتي | مسجد الأمير عبدالعزيز بن فهد |
| ٣٦. | محمد بن عبدالكريم المهنا | سنغافوره | سنغافوره | الجمعية المحمدية |
| ٣٧. | خالد بن عبدالله المشوح | فرنسا | ليون | مسجد مدينة ليون |
| ٣٨. | دياس بن محمد الدباس | فرنسا | إيكفي | مسجد انس بن مالك |
| ٣٩. | فائز بن سليمان الحمدي | فرنسا | ستاسبورغ | مسجد مدينة ستاسبورغ |
| ٤٠. | عواد بن سبيق العتري | فرنسا | باريس | مسجد الفتح |
| ٤١. | صالح بن محمد الصيخان | فرنسا | مونت لاجوس | مسجد خادم الحرمين الشريفين |
| ٤٢. | أحمد بن عبدالرحمن العثمان | فنلندا | هلسنكي | مسجد الهدى والمركز الإسلامي |
| ٤٣. | ياسر بن إبراهيم السلامة | كندا | فانكوفر | مركز الدعوة الإسلامي |
| ٤٤. | عبدالله بن حمود الشتري | كندا | سانت كاثرين | الجمعية الإسلامية |
| ٤٥. | عبدالرحمن بن عبدالله العضياني | كندا | تورنتو | المركز الإسلامي للدعوة الإسلامية |
| ٤٦. | حامد بن محمد المصلح | كندا | وتوا | المدرسة الإسلامية |
| ٤٧. | فهد بن علي الصليهم | كندا | كالجرسي | الجمعية الإسلامية |
| ٤٨. | وليد بن عيسى السعدون | كينيا | نيروبي | مسجد الصداقة |
| ٤٩. | أمين بن عبدالله الشقاوي | كينيا | نيروبي | مسجد الرابطه |
| ٥٠. | عبدالله بن علي الجميثن | كينيا | كيساوي | مسجد كلية الدراسات الإسلامية |
| ٥١. | صالح بن عبدالله المحيقل | | ريكو تيهارو | مسجد ريكو تيهارو |

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

PUBLIC FILING

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 5, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 7805–7808**

Sincerely,

Anthony Federico

Anthony Federico
Global Link Language Services, Inc.