# Exhibit 222

## KSA 8414

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
Royal Embassy of Saudi Arabia
Washington, D.C. 20037
July 5, 2001 AD

To Whom It May Concern

This is to certify that Mr. Fahad I Al Thumairy is employed by The Royal Embassy of Saudi Arabia in Washington D.C. and his annual salary is $ 60, 000 .

If you have any questions regarding this matter please feel free to call us at the following telephone number (202) 416-1796

This certificate has been issued upon his request.

Sincerely ,

Khaled Al-Swailem

Director

Confidential
This document is subject to Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية في واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON. D.C. 20037

July, 5 ,2001

To Whom It May Concern

This is to certify that Mr. Fahad I Al Thumairy is employed by The Royal Embassy of Saudi Arabia in Washington D.C. and his annual salary is $ 60, 000 .

If you have any questions regarding this matter please feel free to call us at the following telephone number (202) 416-1796

This certificate has been issued upon his request.

Sincerely ,

Khaled Al-Swailem

Director

PUBLIC FILING

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210614_EDB

**Language**: Arabic

**Document title**: KSA0000008414

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jun 26, 2021 19:07 CDT)

**Date**: Jun 26, 2021

# KSA0000008414_COT_Arabic into English

Final Audit Report 2021-06-27

| | |
|---|---|
| Created: | 2021-06-26 |
| By: | Stephanie Casale (stephanie@helloglobo.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAaWCknli1rX_reVysLQpuEsiHfJ1xqJBF |

## "KSA0000008414_COT_Arabic into English" History

Document created by Stephanie Casale (stephanie@helloglobo.com)
2021-06-26 - 0:04:10 AM GMT- IP address: 71.217.123.166

Document emailed to Farah Alshekhli (farahalshiekhly@arabicized.com) for signature
2021-06-26 - 0:05:19 AM GMT

Email viewed by Farah Alshekhli (farahalshiekhly@arabicized.com)
2021-06-27 - 0:05:53 AM GMT- IP address: 76.30.90.204

Document e-signed by Farah Alshekhli (farahalshiekhly@arabicized.com)
Signature Date: 2021-06-27 - 0:07:03 AM GMT - Time Source: server- IP address: 76.30.90.204

Agreement completed.
2021-06-27 - 0:07:03 AM GMT