# Exhibit 223

## KSA 8441

FROM: Panasonic FAX SYSTEM PHONE NO.: May. 22 2000 02:50 [truncated]

[Handwritten text:] al Thumairy's file

In the name of Allah, the Most Gracious, the Most Merciful

Your highness the Manager of the Office of Da'wah in USA, may Allah save you

May the peace, mercy and blessings of Allah be upon you To proceed:

Based on your letter No. 56, dated 04 / 28 / 2000 A. D. regarding giving an opinion about the need of the Saudi Club in LA to change its current location and to request financial support for that purpose, I would like to clarify the following:

The Saudi Club in LA plays a good role in gathering Saudi students, caring for them, facilitating their study issues, in addition to strengthening their relation with their religion and their home country by arranging meetings and hosting many Sheikhs, religion students or mentors in different useful specializations, and making various social and cultural programs like organizing Eid events and the weekly meetings, etc., to some of which I was invited.

The competency of the students who manage this club, their good orientation, their managerial capabilities and being keen on taking the opinions of other experts and knowledgeable persons helped its programs to succeed.

Recently, the location of the club in the east of LA led to reduction of its activities because of the low attendance of students. Since many of those who inhibit the east side of the city moved to its west, that led to less participation because of it being away from their place of living. On the other hand, the low budget has negatively affected the activities.

Thus, I see that it is important to move the club to the west side because of the good location, and the big number of students living there. It is also a destination for tourists and visitors, who we may want to host and engage sometimes. Thus, the amount dedicated for the rent needs to be increased.

Also, a budget should be allocated in a way that suits the location of the Club in such a huge city attracting students for reasons like the big number of universities, the good and convenient weather in both summer and winter, and the availability of the different things they may need.

This is my opinion about this issue, based on my personal knowledge of the Club, its activities and my relation with those who manage it. May Allah grant success to all, and I pray that Allah would protect you.

Envoy of the Ministry to LA

[Signature]

Fahad Bin Ibrahim Al Thumairy

~~CONFIDENTIAL~~

~~This document is subject to a Protective Order~~

~~Regarding confidential information in 03-MDL-1570~~,

~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

ملف الجبري

بسم الله الرحمن الرحيم

فضيلة مدير مكتب الدعوة والإرشاد بأمريكا حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد :

فبناء على خطابكم ذي الرقم ٥٦ والمؤرخ في ٢٣/١/١٤٢١هـ بشأن ابداء المرئيات حول حاجة النادي السعودي في لوس انجلوس إلى إبدال الموقع الحالي وايضاً طلب الدعم المادي لذلك ، أبين ما يلي :

إن النادي السعودي في لوس انجلوس يقوم بدور جيد في جمع الطلاب السعوديين والعناية بأحوالهم وتيسير أمورهم الدراسية وأيضاً توثيق صلتهم بدينهم ووطنهم من خلال تنظيم اللقاءات والاستضافات المتعددة مع المشايخ وطلبة العلم أو مع الموجهين في التخصصات المفيدة المختلفة وكذا اقامة البرامج الثقافية والاجتماعية المتنوعة كتنظيم حفلات العيد واللقاءات الاسبوعية وغيرها ، والتي دعيت للمشاركة في عدد منها .

ومما ساعد في انجاح برامجه اهلية القائمين عليه من الطلاب وحسن توجههم وقدراتهم الإدارية وحرصهم على الاستنارة بآراء الآخرين من أهل الخبرة والمعرفة .

إلا أنه في الآونة الأخيرة كان لموقع النادي في شرق لوس انجلوس أثر في قلة نشاطاته نظراً لضعف حضور الطلاب حيث انتقل كثير ممن يسكن في شرق المدينة الى غربها ، فصار لبعد الموقع عنهم أثر في مشاركتهم ، كما أن ضعف الميزانية المالية ساهم في ضعف النشاطات أيضاً .

ولذا فإني أرى أهمية انتقال النادي لجهة الغرب نظراً لحسن الموقع وكثافة الطلاب هناك ولأنها الجهة التي يقصدها السياح والزوار ممن قد يرغب في استضافتهم ومشاركتهم أحياناً ، وبناءً عليه فلا بد من زيادة المبلغ المخصص لاستئجار الموقع .

وايضاً فلابد من اعتماد ميزانية تتناسب مع موقع النادي في هذه المدينة الكبيرة التي تمثل عدداً من المقومات المرغبة للطلاب في الإقامة بها حيث كثرة الجامعات ولطافة الجو صيفاً وشتاءً وتيسر احتياجاتهم المختلفة .

هذه مرئياتي حول الموضوع بناء على معرفتي المباشرة للنادي ونشاطاته وصلتي بالقائمين عليه . اسأل الله للجميع التوفيق والله يحفظكم

موفد الوزارة في لوس انجلوس

[signature]

ف... ابراهيم الثمري

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project Name:** 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))

**Document title**: KSA0000008441

**Language**: Arabic > English

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli **Date**: November 14, 2019