# Exhibit 224

## KSA 8454

FROM: Panasonic FAX SYSTEM PHONE NO.: Oct. 19 1999 11:10[truncated]

In the name of Allah, the Most Gracious, the Most Merciful

Your Eminence, the Manager of the Office of Da'wah in USA, may Allah save him

Peace, mercy and blessings of Allah be upon you

To proceed,

I would like to inform you that I have changed my address, which was:

3757 Kelton Ave #208

Los Angeles, CA, 90034

To the new address:

4133 Huron Ave

Culver City, CA, 90232

Please use my new address in any correspondence.

May Allah save you.

Fahad Bin Ibrahim Al Thumairy

[Handwritten Signature]

Los Angeles

10/18/1999 A. D.

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~Regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

FROM : Panasonic FAX SYSTEM PHONE NO. : Oct. 19 1999 11:16

بسم الله الرحمن الرحيم

فضيلة مدير مكتب الدعوة بأمريكا حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد،

أود افادتكم بتغير عنواني البريدي الذي كان :

3757 Kelton Ave #208
Los Angeles, CA. 90034

إلى العنوان التالي :

4133 Huron Ave
Culver City, CA, 90232

آمل اعتماد العنوان الجديد في المراسلات (والله يحفظكم)

فهد ابراهيم الثميري

لوس انجلوس ١٨/٦/٩٩



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

## CERTIFICATION

**Date: January 5, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 8454**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.