# Exhibit 225

## KSA 8569

[Note: All text in italics is handwritten]

FROM: Panasonic FAX SYSTEM PHONE NO.: Oct. 31 2000 12:20 PM P1

*ATTN: Brother Soliman Al Sahili*

*In the name of Allah, the Gracious, the Merciful]*

*Wells Fargo Bank*
*10789 West Pico Blvd*
*Los Angeles, CA, 90064*

*Account No. 0291963189*
*- 122000247*

*Account Name: AL BER ACCOUNT*

*Your brother*
*Fahad al Thumairy*
[Signature]

[seal:] 08/05/1421 AH (11/03/2000 AD) – No. 25983, [illegible]

*Brother* [illegible] *and archived in the Incoming Folder*

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

عناية / د. فهد سلمان السحيلي

بسم الله الرحمن الرحيم

Wells Fargo Bank
10789 West Pico Blvd
Los Angeles, CA, 90064

رقم الحساب # 0291963189

– 122000247

ALBER ACCOUNT اسم الحساب

أخوكم
فهد الثميري

Fahad AL Thumairy

٥/٨/١٤٢١
الرقم/٢٥٩٨٣
الكاتب

يدرج بسجل الصادر

PUBLIC FILING

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))**

**Language**: Arabic > English

**Document title**:
KSA0000008569

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli **Date**: November 22, 2019