# Exhibit 226

## KSA 8571

FROM: Panasonic FAX SYSTEM PHONE NO.: Dec. 16 2002 03:34 PM P1

In the name of Allah, the Gracious, the Merciful

**His Royal Highness Prince Abdul Aziz bin Fahd bin Abdul Aziz Al Saud, Minister of State, Member of the Council of Ministers, and Chairman of the Office of the Prime Minister, may Allah bless him**

May the peace, mercy, and blessings of Allah be upon you.

I write to Your Royal Highness to express the thanks and gratitude shown by all the Muslims in the State of California for the great efforts made by the Saudi government and the special attention paid by the Custodian of the Two Holy Mosques and Your Royal Highness to the affairs of the Muslims across the world, and for helping them by serving Islam and Muslims. These efforts continue despite the distances between countries, by the assistance and help of Allah.

A recent example of these efforts was the dates we received from the Kingdom of Saudi Arabia during last Ramadan, totaling 10 tons, and that our brothers in the Eastern States received the same amount. The mosques in the United States of America had greatly benefited from these dates in providing the fasting people with something to eat, and in supplying Muslims, especially the ones in need.

While supervising the distribution of that amount to the Western States, I witnessed the feelings of gladness, joy, thanks, and gratitude shown by all the Muslims, and their praying to Allah the almighty to grant success to the Saudi government, the leaderships, and to Your Royal Highness. I wanted to convey these feelings to Your Royal Highness, asking Allah the almighty that you may keep up these blessed efforts to receive Allah's reward and compensation. May Allah bless you.

May the peace, mercy, and blessings of Allah be upon you.

Delegate of Ministry of Islamic Affairs
And Imam of the King Fahad Mosque in Los Angeles
Fahad bin Ibrahim al Thumairy
10/11/1423 AH (12/16/2002 AD)
[Signature]

[seal:] 11/17/1423 AH (01/20/2003 AD), No. 110414, General Incoming

~~CONFIDENTIAL~~:

~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,

~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

**صاحب السمو الملكي الأمير عبدالعزيز بن فهد بن عبدالعزيز آل سعود**

**وزير الدولة وعضو مجلس الوزراء ورئيس ديوان رئاسة مجلس الوزراء حفظه الله**

السلام عليكم ورحمة الله وبركاته ، وبعد:

أكتب لسموكم معبراً عن شكر وتقدير عموم المسلمين في ولاية كاليفورنيا الأمريكية للجهود العظيمة التي تبذلها حكومة المملكة العربية السعودية والاهتمام الخاص من قبل خادم الحرمين الشريفين ومن لدن سموكم الكريم بشؤون المسلمين في أنحاء العالم ومد يد التعاون إليهم خدمة للإسلام ورعاية للمسلمين والتي كانت ولازالت تتوالى مع تنائي البلدان وتباعد الديار بتيسير الله وتوفيقه.

وقد كان من آخر ذلك تلك الكمية الكبيرة التي تلقيناها من تمور المملكه العربية السعودية في شهر رمضان المنصرم والتي بلغت عشرة أطنان، وما تلقاه إخواننا في الولايات الشرقية من كمية مماثلة عم نفعها كثيراً من مساجد الولايات المتحدة الأمريكية لتفطير الصائمين وتزويد المسلمين وخاصة المحتاجين منهم.

و من خلال إشرافي على توزيع تلك الكمية على الولايات الغربية فقد شهدت مظاهر الغبطة والفرح ولمست مشاعر الشكر والتقدير من عموم المسلمين ودعاءهم الله تعالى لحكومة المملكة وقيادتها ولسموكم الكريم بالتوفيق والتأييد ، فأحببت أن أنقل لسموكم هذه المشاعر، سائلاً الله تعالى أن يوفقكم للاستمرار في هذه الخطى المسددة والجهود المباركة لتنالوا بها عند الله أجراً وذخراً ، والله يتولاكم بحفظه ورعايته.

والسلام عليكم ورحمة الله وبركاته.

**موفد وزارة الشؤون الإسلامية**

**وإمام مسجد الملك فهد في لوس أنجلوس**

١١/١٠/١٤٢٣هـ

**فهد بن إبراهيم الثميري**

١٧ ذوالقعدة ١٤٢٣

الرقم ٠٤١٦-١١١

KSA0000008571

PUBLIC FILING

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))**

**Language**: Arabic > English

**Document title**:
KSA0000008571

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli

**Date**: November 22, 2019