# Exhibit 227

## KSA 8875

In the name of Allah, the Most Gracious, the Most Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Da'wah, and Guidance
(261)
Minister's Office
General Department of Academic and Intellectual Awareness

[*Logo of Ministry of Islamic Affairs, Da'wah, and Guidance*]

Ministry of Islamic Affairs, Da'wah, and Guidance
Registration No. 4/112/19961
Date: 04/03/1440 AH
(12/12/2018 AD)
Agency referred to: Office of His Excellency the Minister
Attachments: 3
1144000827161767

**CONFIDENTIAL**

To be presented, with greetings and gratitude, to His Excellency the Minister, may Allah bless him.

Subject:
Employee Abdullah bin Ali Al Jaithen

Presentation Summary:
We are pleased to brief Your Excellency on what was noted about Abdullah mentioned above, who is an official propagator and Friday prayer Khatib [Muslim orator] at the Ministry's Branch in Buraydah, Al-Qassim Region. Through his [online] account, he commended the Muslim Brotherhood party and retweeted some detained persons, according to the attachment.

Opinion:
Though your opinion is the best, we think that the registration of Abdullah Al Jaithen with imamate and oratory could be terminated, and that he could be prevented from conducting religious lessons. He could be excluded from Da'wah activities and from spreading awareness during the Hajj season. He could be excluded from the membership of cooperative offices and charity organizations supervised by the Ministry and may be assigned to do administrative work. His direct manager shall report Abdullah's commencement at work. Allah is the grantor of success.
[*Signature*]

Director General of Department of Academic and Intellectual Awareness
[*Signature*]
Ali bin Mohamed Al Shahri

M./S.

Direction:
*He shall be prevented from conducting academic activities and lessons, but his registration with imamate and oratory shall not be terminated.*
*04/05/1440 AH (12/14/2018 AD)*
[Signature]

To be returned

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000008875

بسم الله الرحمن الرحيم

وزارة الشؤون الإسلامية والدعوة والإرشاد
رقم القيد ٦٩٩١١/١١٣/٤
التاريخ ١٤٤٠/٠٤/٠٣
الجهة مكتب معالي الوزير
المرفقات ٣
1144000827161767

المملكة العربية السعودية
وزارة الشؤون الإسلامية والدعوة والإرشاد
(٢٦١)
مكتب الوزير
الإدارة العامة للتوعية العلمية والفكرية

سري

عرض مع التحية والتقدير لمعالي الوزير - يحفظه الله -

**الموضوع:**

بشأن الموظف /عبدالله بن علي الجعيثن

**ملخص العرض:**

نتشرف بالعرض لمعاليكم حيال مارصد على /عبدالله المذكور أعلاه – داعية رسمي وخطيب جمعة في فرع الوزارة بمدينة بريدة بمنطقة القصيم والذي نشر من خلال معرّفه مدح لحزب الإخوان والنشر لتغريدات عدد من الموقوفين حسب المرفق.

**الرأي:**

نرى والرأي الأتم لمعاليكم طيّ قيد / عبدالله الجعيثن من الإمامة والخطابة ومنعه من إقامة الدروس العلمية واستبعاده من المناشط الدعوية ومن التوعية في الحج ومن عضوية المكاتب التعاونية والجمعيات الخيرية التي تقع تحت إشراف الوزارة وتكليفه بعمل إداري وعلى مديره المباشر رفع مباشرته ، والله الموفق.

مدير عام إدارة التوعية العلمية والفكرية

علي بن محمّد الشهري

م/س

**التوجيه:** يمنع من المناشط العلمية والدروس ويطوى قيده من الإمامة والخطابة هـ

PUBLIC FILING

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008875

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))**

**Language**: Arabic > English

**Document title**:
KSA0000008875

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 10, 2020)

**Date**: 3/10/2020