# Exhibit 228

## KSA 902

His Excellency Director General of Airways Engineering, May Allah protect him.
May the peace, mercy, and blessings of Allah be upon you.

Would you kindly approve granting me an unpaid study leave without any financial obligations assumed by the Presidency of Civil Aviation? The study leave will be for two years starting from 01/03/1421 AH (June 04, 2000 AD) to complete my postgraduate study, PhD, in the United States of America. May Allah protect you.

May the peace, mercy, and blessings of Allah be upon you.

Submitted by
Omar Bin Ahmed al Bayoumi
[*Handwritten Signature*]
Rank- 8
04/02/1421 AH (May 09, 2000 AD)

[**Handwriting**: *There is no objection*.)
[*Handwritten Signature*]
02/04

KSA0000000902

سعادة مدير عام هندسة الممرات الجوية                    حفظه الله

السلام عليكم ورحمة الله وبركاته:

أرغب تكرم سعادتكم الوافقة على منحي اجازة دراسية بدون راتب أو أية أعباء مالية على رئاسة الطيران المدني وذلك لمدة عامين تبدا من ١-٣-١٤٢١ وذلك لاكمال دراستي العليا في مجال الدكتوراة في الولايات المتحدة. حفظكم الله ورعاكم.

والسلام عليكم ورحمة الله وبركاته،،،

مقدمه

عمر بن أحمد البيومي

م-٨

٤ / صفر / ١٤٢١

للاطلاع

١٤/٢

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210105QRY

**Language**: Arabic

**Document title**: KSA0000000902

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 7, 2021 16:30 CST)

**Date**: Jan 7, 2021