# Exhibit 229

## KSA 903

The George Washington University
WASHINGTON DC

Monday, May 08, 2000

Mr. Omar Ahmed Al-Bayoumi
6333 Mount Ada Rd.
Apt. 152
San Diego, Ca. 92111

Reference: Letter of Acceptance

Dear Mr. Al-Bayoumi:

Thank you for your interest in completing your Doctorate Degree with George Washington University. You have been accepted to begin the Ph.D. program in our Finance Department. Since your good standing after completing the Master Certificate in Project Management recently, we will be looking forward to have you back the next semester.

If you have questions about your Degree history, or if you need additional information, please feel, free to contact me at (703) 558-4127.

Sincerely,

Mary White

Mary White
Office of Student Affairs

MW: JP

document1

SCHOOL OF BUSINESS AND PUBLIC MANAGEMENT
4301 N. FAIRFAX DRIVE, SUITE 800 • ARLINGTON, VA 22203 • (703) 558-3085 • FAX (703) 558-3001

PUBLIC FILING

~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~

KSA0000000903