# Exhibit 230

## KSA 9450

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Ministry's Agency for Islamic Affairs

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. 3/2/230/KH
Date: 08/15/1420 AH
(November 24, 1999 AD)
Attachments: ----

**VERY URGENT PHONE MESSAGE**

His Eminence Director General of the Ministry's Branch in Al-Qassim District, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

This is with reference to the directive of His Eminence the Minister, may Allah bless him, to delegate the following:

1. Majed bin Mohammad Mersal;
2. Abdullah bin Ali al Jaithen;
3. Abdullah bin Saleh al Mansour;
4. /;
5. /

for the Imamate Program for Ramadan of this year 1420 AH (December 09, 1999 – January 08, 2000 AD).

Kindly approve them immediately in coordination with this Agency to finalize the procedures necessary for them to take up their duties, by phone (4771292 – Direct) or (4730401 – Ext 1712). We also hope you may send confirmation of participation today or tomorrow at the latest on Fax No. 4771292 since there are procedures that follow.

Thank you for your concern.
May the peace, mercy, and blessings of Allah be upon you.

Assistant Undersecretary for Islamic Affairs
Supervisor of the Imamate Program
15/08 AH
[*Handwritten Signature*]
Tawfiq bin Abdelaziz al Sudairy

[*Handwritten Illegible*]

[Handwriting: *Sheikh* (*Illegible*) *delivered*]

[Handwriting: *Registration – Employees*]

KSA0000009450

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
وكالة الوزارة للشؤون الإسلامية

الرقم: ٢/ع/٢٠/ع
التاريخ: ١٥/٨/١٤٢٠هـ
المرفقات: بدون
الموضوع:

**رسالة هاتفية عاجلة جداً**

**فضيلة /** مدير فرع الوزارة بمنطقة القصيم **سلمه الله**

**السلام عليكم ورحمة الله وبركاته.. أما بعد :**

فأشير إلى توجيه معالي الوزير — حفظه الله — بإيفاد كل من :

١. صالح بن محمد [illegible]
٢. عبدالله بن علي [illegible]
٣. عبدالله بن صالح [illegible]
٤.
٥.

وذلك ضمن برنامج الإمامة في رمضان لهذا العام ١٤٢٠هـ.
آمل تعميدهم فوراً بالتنسيق مع هذه الوكالة لإنهاء إجراءات مباشرتهم مقر عملهم على الهاتف (٤٧٧١٢٩٢ مباشر) أو (٤٧٣٠٤٠١ تحويلة ١٧١٢). كما نأمل إرسال تأكيد مشاركته على الفاكس (٤٧٧١٢٩٢) هذا اليوم أو يوم غد على الأكثر لوجود إجراءات تترتب على ذلك.
شاكراً اهتمامكم.

**السلام عليكم ورحمة الله وبركاته.**

**وكيل الوزارة المساعد للشؤون الإسلامية**
**المشرف على برنامج الإمامة**

١٥/٨

**توفيق بن عبدالعزيز السديري**

تم تسليم الشيخ [illegible]

[illegible] المرشحين

PUBLIC FILING

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000009450

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 18, 2021 15:53 CDT)

**Date**: Mar 18, 2021