# Exhibit 231

## KSA 9480-81

In the name of Allah, the Gracious, the Merciful

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance<br>General Secretariat for Islamic Awareness in Hajj<br>Tel. 5571772 | [*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*] | No. 604/20/22<br>Date: 11/04/1419 AH<br>(February 20, 1999 AD)<br>Attachments: 1<br>Subject: ---- |

Very urgent and to be scanned by fax.

His Eminence Director General of the Ministry's Branch in Al-Qassim Region, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

This is with reference to the letter of His Eminence Vice Minister, No. 572, dated 17/09/1419 AH (January 05, 1999 AD), containing His Eminence's approval for the participation of propagators, from the Ministry's employees, in conducting Islamic awareness during the Hajj [season] of 1419 AH (April 1998-April 1999 AD) for 30 days. His Eminence wanted the propagators to be notified and advised to conduct their work, each in their allocated area.

Accordingly, please find enclosed herewith a statement with the names of your assigned propagators.

Please notify them as soon as possible. Please request them to notify the General Secretariat for Islamic Awareness with the written approval to Fax No. 5583524 by 10/11/1419 AH (February 26, 1999 AD).

May Allah guide all to obey him. May the peace, mercy, and blessings of Allah be upon you.

[**Handwriting**]:
Record;
Brother Ajlan, to complete what is required.

[**SEAL**]:
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Ministry's Branch in Al-Qassim Region
[*Illegible*]
No. 1545
[*Illegible*] 0191104

[**Handwriting**]:
Very urgent;
Record;
Da'wah Affairs;
Record 96;
Date: 06/11/1419 AH
(February 22, 1999 AD)

Secretary General for Islamic Awareness in Hajj
Jaber bin Mohamad Madkhaly
[*Handwritten Signature*]
[**Handwriting**]:
Very urgent
With regards to Director of the Center for Da'wah and Guidance in Buraydah
For review and information
Da'wah Administration
[*Handwritten Signature*]

KSA0000009480

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
General Secretariat for Islamic
Awareness in Hajj
Tel. 5571772

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. ----
Date: ----
Attachments: ----
Subject: ----

Participants in the Islamic Awareness activities in the 1419 AH (April 1998-April 1999 AD) Hajj [season] from the Ministry's employees (Al-Qassim Branch)

| No. | Name | Assignment Duration | Work Location | Start Date | Notes |
|---|---|---|---|---|---|
| 1 | Tariq bin Mohamad al Khidr | 30 days | In Mecca | 20/11/1419 AH (March 08, 1999 AD) | |
| 2 | Abdulaziz bin Ahmad al Shabqah | 30 days | In Mecca | 20/11/1419 AH (March 08, 1999 AD) | |
| 3 | Abdullah bin Saleh al Qarawy | 30 days | In Mecca | 20/11/1419 AH (March 08, 1999 AD) | |
| 4 | Abdullah bin Ali al Jaithen | 30 days | In Mecca | 20/11/1419 AH (March 08, 1999 AD) | |
| 5 | Abdullah bin Ali al Otba | 30 days | In Mecca | 20/11/1419 AH (March 08, 1999 AD) | |
| 6 | Ali bin Mohamad al Ajlan | 30 days | In Mecca | 20/11/1419 AH (March 08, 1999 AD) | |
| 7 | Majid bin Mohamad al Mersal | 30 days | In Mecca | 20/11/1419 AH (March 08, 1999 AD) | |
| 8 | Walid bin Abdullah al Suhaibani | 30 days | In Mecca | 20/11/1419 AH (March 08, 1999 AD) | |
| 9 | Youssef bin Abdulaziz al Bedeiwy | 30 days | In Mecca | 20/11/1419 AH (March 08, 1999 AD) | |
| 10 | Yasser bin Ali al Sinnan | 30 days | Sea Pilgrim City (Jeddah) | 20/11/1419 AH (March 08, 1999 AD) | |
| 11 | Mossaed bin Abdullah al Devar | 30 days | Air Pilgrim City (Jeddah) | 20/11/1419 AH (March 08, 1999 AD) | |
| 12 | Youssef bin Ibrahim al Zein | 30 days | Air Pilgrim City (Jeddah) | 20/11/1419 AH (March 08, 1999 AD) | |
| | | | | | |

KSA0000009481

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
الأمانة العامة للتوعية الإسلامية في الحج
ت : ٥٥٧١٧٧٢

الرقم : ٦٠٤/٢/٢٢
التاريخ : ٤/١١/١٤١٩هـ
المشفوعات :
الموضوع :

عاجل جداً ويسحب بالفاكس

فضيلة مدير عام فرع الوزارة بمنطقة القصيم سلمه الله

السلام عليكم ورحمة الله وبركاته ... أما بعد :

فأشير إلى خطاب معالي نائب الوزير برقم ٥٧٢ المؤرخ في ١٤١٩/٩/١٧هـ المتضمن موافقة معاليه على مشاركة الدعاة من منسوبي الوزارة في أعمال التوعية الإسلامية في الحج لعام ١٤١٩هـ لمدة ٣٠ يوماً وحيث رغب معاليه إبلاغ الدعاة والتأكيد عليهم بضرورة مباشرة أعمالهم كل في الموقع المخصص له .

وبناءً عليه أشفع لفضيلتكم بياناً بأسماء الدعاة المكلفين لديكم .

آمل التكرم بسرعة إبلاغهم بذلك ويطلب منهم إشعار الأمانة العامة للتوعية الإسلامية بالموافقة الخطية على الفاكس : ٥٥٨٣٥٢٤ قبل يوم ١٤١٩/١١/١٠هـ ..

وفق الله الجميع لطاعته ، والسلام عليكم ورحمة الله وبركاته .

الأمين العام للتوعية الإسلامية في الحج

عاجل جداً

[handwritten annotations, partially illegible: عاجل جداً جابر بن محمد مدخلي ... شؤون الدعوة ... الصادر ... ١٤١٩/١١/٦هـ]

[stamp: وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد ... ١٤١٩]

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
الأمانة العامة للتوعية الإسلامية في الحج
ت : ٥٥٧١٧٧٢

الرقم : ..............................
التاريخ : ..............................
المشفوعات : ..............................
الموضوع : ..............................

المشاركين في أعمال التوعية الإسلامية في حج عام ١٤١٩هـ من منسوبي الوزارة (فرع القصيم) . . .

| العدد | الاسم | مدة الانتداب | مكان العمل | البداية | ملحوظات |
|---|---|---|---|---|---|
| ١ | طارق بن محمد الخضير | ٣٠ يوماً | في مكة | ٢٠/١١ | |
| ٢ | عبدالعزيز بن أحمد المشيقح | ٣٠ يوماً | في مكة | ٢٠/١١ | |
| ٣ | عبدالله بن صالح القرعاوي | ٣٠ يوماً | في مكة | ٢٠/١١ | |
| ٤ | عبدالله بن علي الطويان | ٣٠ يوماً | في مكة | ٢٠/١١ | |
| ٥ | عبدالله بن علي القصيبي | ٣٠ يوماً | في مكة | ٢٠/١١ | |
| ٦ | علي بن محمد العجلان | ٣٠ يوماً | في مكة | ٢٠/١١ | |
| ٧ | ماجد بن محمد المرسال | ٣٠ يوماً | في مكة | ٢٠/١١ | |
| ٨ | وليد بن عبدالله السحيباني | ٣٠ يوماً | في مكة | ٢٠/١١ | |
| ٩ | يوسف بن عبدالعزيز البديوي | ٣٠ يوماً | في مكة | ٢٠/١١ | |
| ١٠ | ياسر بن علي السعدان | ٣٠ يوماً | مدينة حجاج البحر (جدة) | ٢٠/١١ | |
| ١١ | مساعد بن عبدالله المديفر | ٣٠ يوماً | مدينة حجاج الجو (جدة) | ٢٠/١١ | |
| ١٢ | يوسف بن إبراهيم الرزين | ٣٠ يوماً | مدينة حجاج الجو (جدة) | ٢٠/١١ | |
| | | | | | |

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210520_ZOU

**Language**: Arabic

**Document title**: KSA0000009480

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (May 21, 2021 21:35 CDT)

**Date**: May 21, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210520_ZOU

**Language**: Arabic

**Document title**: KSA0000009481

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (May 21, 2021 21:26 CDT)

**Date**: May 21, 2021