# Exhibit 232

## KSA 9550

Border Surveillance System
1002 Security Affairs

Travel Entry Procedures
1029710645

29/07/1441 AH corresponding to 03/24/2020 AD BC15-W
Waset [illegible]

**Personal ID or Border no.** : 1003791066

**Name:** **ABDULLAH** **ALI** **SALEH** **Al-Jaithen**

**Result**

| Travel entry no. | Date of entry | Point of entry | Date of departure | Point of departure |
|---|---|---|---|---|
| 9062447610 | 07/07/1424 AH corresponding to 09/04/2003 AD | Syria | 26/06/1424 AH corresponding to 08/25/2003 AD | Syria |
| 9034525610 | 02/06/1424 AH corresponding to 08/01/2003 AD | Indonesia | 30/05/1424 AH corresponding to 07/30/2003 AD | UAE |
| 6159458410 | 08/06/1423 AH corresponding to 08/17/2002 AD | German | 09/05/1422 AH corresponding to 07/30/2001 AD | UAE |
| 7354180410 | 06/11/1422 AH corresponding to 01/20/2002 AD | Syria | 01/11/1422 AH corresponding to 01/15/2002 AD | Syria |
| 2822229210 | 07/02/1422 AH corresponding to 05/01/2001 AD | UAE | 04/03/1422 AH corresponding to 05/27/2001 AD | UAE |
| 6613469010 | 03/10/1420 AH corresponding to 01/10/2000 AD | USA | 04/09/1420 AH corresponding to 12/12/1999 AD | USA |

No. of travel entries 6

Details Back



~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for Southern District of New York~~.

PUBLIC FILING

BC15-W ١٤٤١/٧/٢٩ سجلات السفر نظام مراقبة الحدود

العتيبي واسط ١٠٢٩٧١٠٦٤٥ الشئون الأمنية ١٠٠٣

رقم البطاقة الشخصية أو رقم الحدود ١٠٠٣٧٩١٠٣٦

الاسم عبدالله علي صالح العصيلي

النتيجة

| رقم سجل السفر | تاريخ الدخول | جهة الدخول | تاريخ الخروج | جهة الخروج |
|---|---|---|---|---|
| ٩٠٦٢٤٤٧٦١٠ | ١٤٢٤/٠٧/٠٧ | سوريا | ١٤٢٤/٠٦/٢٦ | سوريا |
| ٩٠٦٢٤٥٥٦١٠ | ١٤٢٤/٠٦/٠٣ | اندونيسيا | ١٤٢٤/٠٥/٢٠ | الامارات العربية |
| ٦١٥٩٤٥٨٤١٠ | ١٤٢٣/٠٦/٠٨ | المانيا | ١٤٢٣/٠٥/٠٩ | الامارات العربية |
| ٧٢٥٨١٨٠٤١٠ | ١٤٢٢/١١/٠٦ | سوريا | ١٤٢٢/١١/٠١ | سوريا |
| ٢٨٢٢٢٢٩٢١٠ | ١٤٢٢/٠٢/٠٧ | الامارات العربية | ١٤٢٢/٠٢/٠٤ | الامارات العربية |
| ٦٦١١٢٤٦٩٠١٠ | ١٤٢٠/١٠/٠٣ | الولايات المتحدة | ١٤٢٠/٠٩/٠٤ | الولايات المتحدة |

عدد سجلات السفر ٦

رجوع التفاصيل

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000009550

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20200430_MXG (KSA Editing)

**Language**: Arabic > English

**Document title**: KSA0000009550

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Apr 30, 2020)

**Date**: April 30, 2020