# Exhibit 233

## KSA 989

Kingdom of Saudi Arabia
Ministry of Defense and Aviation
Civil Aviation Presidency
Airways Engineering

In the name of Allah, the Gracious, the Merciful

[**Logo**: *Ministry of Defense and Aviation*]

Number: 71/H/M Date: 10/01/1421 AH
(April 15, 2000 AD)
Attachments: ----

| | | | | |
|---|---|---|---|---|
| Omar Ahmed Mustafa al Bayoumi | Accountant | 8th Rank | 86 | Airways Engineering |

Personnel and Payroll Affairs Director
May the peace, mercy, and blessings of Allah be upon you.

Further to the administrative decision No. 7/4/1/505, dated 17/01/1420 AH (May 3, 1999 AD), stipulating the secondment of the employee whose identity is stated above to work for Dallah Avco Company for one last year as of 08/01/1420 AH (April 24, 1999 AD), we would like to inform you that the said employee is back to service as of 10/01/1421 AH (April 15, 2000 AD) on the specified time.

For review and action. Please accept my sincere greetings.

Airways Engineering Director General
[*Handwritten Signature*]
Eng. Muhammad Ahmed Al Salmi
10/01/1421 AH (April 15, 2000 AD)

[**Handwriting**: *Personnel – 1089 – 11/01/1421 AH (April 16, 2000 AD)*]

Please reply to:
Director General, Airways Engineering
P.O. Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

[Duplicate Text]

KSA0000000989

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

الرقم: ٧١/٥/م
التاريخ: ١٠/١/١٤٢١
المرفقات: ........

عمر أحمد مصطفي بيومي محاسب ٨ ٨٦ الممرات الجويه

---

المكرم مدير شؤون الموظفين والرواتب المحترم

السلام عليكم ورحمة الله وبركاته ،،،

إشارة الى القرار الاداري رقم ٥٠٥/١/٤/٧ بتاريخ ١٤٢٠/١/١٧هـ القاضي بإعارة الموظف الموضحة هويته بعاليه للعمل لدى شركة دله أفكو لمدة سنة أخيرة إعتبارا من تاريخ ١٤٢٠/١/٨هـ .

نفيدكم بأن الموظف المذكور قد عاد لمباشرة عمله بتاريخ ١٤٢١/١/١٠هـ في الوقت المحدد .

للإطلاع وإكمال اللازم ... وتقبلوا تحياتنا ،،،،،

مدير عام هندسة الممرات الجويه

م/محمد أحمد السالمي

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي:
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، جدة، المملكة العربية السعودية

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210105QRY

**Language**: Arabic

**Document title**: KSA0000000989

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 7, 2021 16:49 CST)

**Date**: Jan 7, 2021