# Exhibit 234

## KSA 603

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
Minister's Office

[*Logo of Ministry of Islamic Affairs, Da'wah, and Guidance*]

No. 653/S
Date: 19/07/1416 AH
(December 12, 1995 AD)
Attachments: ----

His Eminence Assistant Undersecretary of Da'wah Affairs, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

This is with reference to your memorandum No. 65/4/S, dated 12/06/1416 AH (November 06, 1995 AD), including as attachments the two minutes of the Propagators Interviewing Committee dated 05/06/1416 AH (October 30, 1995 AD) and 07/06/1416 AH (November 01, 1995 AD), indicating the nomination of:

1. Fahad bin Ibrahim al Thumairy, Saudi national, to work in America;
2. Al Sharif bin Mohammed bin Hussein, Tunisian national, to work in Australia;
3. Ahmed Sheikh Hassan Bazl, Somali national, to work in Australia; and
4. Zinedine Ali Shaaban, Filipino national, to work in the Philippines.

I hereby approve the foregoing. Please take the necessary procedures according to the law. May Allah help and support you!

May the peace, mercy, and blessings of Allah be upon you.

Minister of Islamic Affairs, Endowments, Da'wah, and Guidance
[*Handwritten Signature*]
Abdullah bin Abdul Mohsin Al Turki

[Handwriting: *Secretary of the Propagators Interviewing Committee – 19/07 AH (December 12, 1995 AD)*]
[*Handwritten Signature*]

SEAL
Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Assisting Agency for Da'wah Affairs
Confidential Office
Incoming No. 205
Date: 19/07/1416 AH (December 12, 1995 AD)
Attachments: None
Referral: ----

KSA0000000603

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

PUBLIC FILING

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
مكتب الوزير

الرقم: ٦٥٠٣/س
التاريخ: ١٤١٦/٧/١٩
المشفوعات:

فضيلة وكيل الوزارة المساعد لشؤون الدعوة وفقه الله

سلام عليكم ورحمة الله وبركاته .

أما بعد :

فأشير إلى مذكرتكم ذات الرقم ٦٥/٤/س ، المؤرخة في ١٤١٦/٦/١٢هـ المرافق لها محضرا لجنة مقابلة الدعاة المؤرخان في ١٤١٦/٦/٥هـ وفي ١٤١٦/٦/٧هـ المتضمنان ترشيح كل من :

١ ) فهد بن إبراهيم الثميري – سعودي الجنسية – للعمل في أمريكا .
٢ ) الشريف بن محمد بن حسين – تونسي الجنسية – للعمل في استراليا .
٣ ) أحمد شيخ حسن بذل – صومالي الجنسية – للعمل في استراليا .
٤ ) زين الدين علي شعبان – فلبيني الجنسية – للعمل في الفلبين .

وأخبر فضيلتكم بموافقتي على ذلك . فآمل اتخاذ مايلزم من إجراءات حسب النظام . وفقكم الله وأعانكم .

والسلام عليكم ورحمة الله وبركاته ،،،

وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد

عبدالله بن عبدالمحسن التركي

لمن يلزم [illegible]
٧/١٩

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
الوكالة المساعدة لشؤون الدعوة
المكتب السكرتير
رقم الوارد: ٥٠ التاريخ: ١٤١٦/٧/١٩
المشفوعات: [illegible]
الإحالة: [illegible]

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Document titles**:
KSA0000000550
KSA0000000551
KSA0000000556
KSA0000000557
KSA0000000558
KSA0000000559
KSA0000000560
KSA0000000561
KSA0000000564
KSA0000000565
KSA0000000566
KSA0000000568
KSA0000000603
KSA0000000604
KSA0000000605
KSA0000001241
KSA0000001253
KSA0000001274
KSA0000001275
KSA0000001334
KSA0000002614
KSA0000002670
KSA0000002671
KSA0000002676
KSA0000002686

**Language:** Arabic > English

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience

**Signed**: Farah Alshekhli

**Date**: September 11, 2018