# Exhibit 235

## KSA 1230-31

04-OCT-2002 23:55 P. 02

Royal Consulate General of Saudi Arabia
Los Angeles

In the name of Allah, the Gracious, the Merciful

[Duplicate Text]

[*Emblem of Saudi Arabia*]

**OUTGOING TELEGRAM**

Telegram No. 501/97/23/583
Date: 26/07/1423 AH (October 03, 2002 AD)

File No. ----
Attachments: ----

CONFIDENTIAL – URGENT

His Excellency Ambassador Ahmed Abdel Aziz Kattan, may Allah bless him
Director General of the Office of His Highness the Ambassador in Washington, D.C.

This is with reference to your Telegram No. 501/19/1668, dated 07/23/1423 AH (September 30, 2002 AD), including what Sheikh Mohammed Soliman al Muhanna, the Imam of the King Fahad Mosque in Los Angeles, had sent to His Highness the Ambassador, may Allah bless him. Please note that I met both Sheikh Mohammed al Muhanna and Sheikh Tajuddin Shuaib, Director of the King Fahad Mosque in Los Angeles, each by himself. Sheikh Mohammed al Muhanna showed me the letter handed over to him last month by Engineer Osman Kaldrim, who is a member of the Board of Trustees at the Sheikh Ibn Taymiyyah Foundation without notice. Sheikh Tajuddin Shuaib visited me yesterday, Wednesday 07/25/1423 AH (October 02, 2002 AD), upon my request. He informed me that this decision was made based on the report of Khalid Al Sharif (Abu Soliman), who is a Syrian citizen and who was one of those persons banned from entering the mosque last year because of the problems that they had caused. They filed a complaint regarding this matter to His Highness the Ambassador. Mr. Musaed al Jarrah, Deputy Head of the Islamic Affairs Division at the Embassy, was assigned to travel to Los Angeles, coordinate with the Consul General, and then update His Highness the Ambassador about this matter. Mr. Al Sharif informed Engineer Osman that Sheikh Mohammed al Muhanna was the person behind the writing of this complaint. I asked Sheikh Shuaib about the location and time of the meeting of the Board of Trustees' members, which is referred to in the letter handed over to Sheikh Mohammed al Muhanna and based on which Sheikh Mohammed al Muhanna was terminated.

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000001230

04-OCT-2002 23:56 P. 03

Royal Consulate General
of Saudi Arabia
Los Angeles

In the name of Allah, the Gracious,
the Merciful

[*Emblem of Saudi Arabia*]

[Duplicate Text]

**OUTGOING TELEGRAM**

He [Sheikh Shuaib] stated that the decision was made in light of a phone call between Engineer Osman and Dr. Khalil. It is noteworthy that I met Mr. Osman last year and that he told me some information that lacked credibility. It seems that he is of one mind with Dr. Khalil. They often tell some of those who are closest to them that they are about to end any Saudi presence in the mosque, stating that they intend to assign the imamate and the Propagation of Islam (Da'wah) in the mosque to people of other nationalities.

Perhaps the piece of information that Dr. Khalil al Khalil told me last year about Sheikh Fahad al Thumairy, regarding which I sent His Highness the Ambassador my Telegram No. 509/94/72/603, dated 01/08/1423 AH (October 08, 2002 AD), is related to this matter. The action taken against Sheikh Mohammed al Muhanna was based on backbiting from a member of the community without verifying the authenticity from the other party. Most importantly, Sheikh al Muhanna came in accordance with an official delegation by His Excellency Minister of Islamic Affairs. The Board of Trustees at the Ibn Taymiyyah Foundation was supposed to update His Highness the Ambassador, His Excellency Minister of Islamic Affairs, or the Consul General in Los Angeles about the Board of Trustees' opinion in this regard. Perhaps His Highness would think that it is preferred to update His Excellency Minister of Islamic Affairs about what Dr. Khalil had done, and perhaps His Highness would recommend that Sheikh Mohammed al Muhanna should return to carry out the mission for which he came.

Kindest regards,
Consul General
Ambassador Mohamed bin Abdel Rahman al Salloum
[*Handwritten Signature*]

The Saudi Embassy in Washington, D.C.
Telegrams Department
Received on: 27/07 AH (October 04, 2002 AD)
Registration No. 2089
File No. 19

TOTAL P.03

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000001231

Royal Consulate General
of Saudi Arabia
Los Angeles

القنصلية العامة للمملكة العربية السعودية
لوس أنجلوس

## برقية صادرة

٥٨٢

رقم البرقية ٠٩/ ٤٠٠٠/ ٩٧/ ٣٠٢

التاريخ ٢٦/ ٧/ ١٤٢٣

٣/ ١٠/ ٢٠٠٢م

رقم الملف ..................

المرفقات: ..................

سري ـ عاجل

سعادة الأخ السفير/ أحمد عبدالعزيز قطان حفظه الله

مدير عام مكتب سمو السفير في واشنطن

إشارة لبرقيتكم رقم ١٩/٥٠١/١٦٦٨ و تاريخ ١٤٢٣/٧/٢٣ هـ المرفق بها ما رفعه الشيخ / محمد سليمان المهنا ، امام مسجد الملك فهد في لوس انجلوس ، لسمو السفير، يحفظه الله ،(فاصلة) افيدكم بانني ~~اجتمعت~~ بكل من الشيخ محمد و الشيخ تاج الدين شعيب، مدير مسجد الملك فهد في لوس انجلوس ـ كلا على حده ـ حيث اطلعني الشيخ محمد على الخطاب الذي سلمه له الشهر الماضي المهندس عثمان كلدرم ، و هو احد اعضاء مجلس الامناء في مؤسسة الشيخ ابن تيمية، دون سابق انذار (فاصلة) و بناء على طلبي فقد زارني يوم امس الاربعاء ١٤٢٣/٧/٢٥ هـ الشيخ تاج الدين شعيب و الذي ابلغني بان هذا القرار تم اتخاذه على ضوء ما ابلغه خالد الشريف (ابوسليمان) و هو سوري الأصل و أحد اللذين تم منعهم العام الماضي من دخول المسجد بسبب المشاكل التي أثاروها و رفعوا لسمو السفير شكوى بشأنها ~~حيث~~ تم تكليف مساعد رئيس قسم الشئون الإسلامية بالسفارة الأستاذ /مساعد الجراح بالسفر الى لوس انجلوس و التنسيق مع القنصل العام و من ثم الرفع لسمو السفير بما يتسم بهذا الشان حيث ابلغ السيد الشريف المهندس عثمان بان الشيخ محمد هو من كان وراء كتابة تلك الشكوى ( فاصلة ) و قد سالت الشيخ شعيب عن مكان و زمان اجتماع أعضاء مجلس الأمناء و المشار اليه في الخطاب الذي سلم للشيخ المهنا و



~~CONFIDENTIAL~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

Royal Consulate General
of Saudi Arabia
Los Angeles

القنصلية العامة للمملكة العربية السعودية
لوس انجلوس

# برقية صادرة

الذي تم بموجبه الاستغناء عن خدمات الشيخ محمد حيث اجاب بان القرار قد تم اتخاذه علي ضوء اتصال هاتفي جرى بين المهندس عثمان و الدكتور خليل ( فاصلة ) الجدير بالذكر ان السيد عثمان سبق و ان التقيت به العام الماضي حيث ذكر لي بعض المعلومات التي تفتقر الى المصداقية و يبدو انه و الدكتور خليل على وفاق تام و كثيرا ما يرددون على مسامع بعض المقربين لهم انهم بصدد انهاء أي تواجد سعودي في المسجد و ان النية تتجه الى إسناد الإمامة و الدعوة في المسجد الى جنسيات اخرى . فلعل المعلومة التي نقلها لي الدكتور خليل الخليل العام الماضي حول الشيخ فهد الثميري و رفعت عنها بموجب برقيتي لسمو السفير رقم ٥٠٩/٩٤/٧٢/٣٠٠٢٠ و تاريخ ١/٨/١٤٢٣ هـ تصب في هذا الاتجاه(فاصلة) و بما ان الأجراء الذي تم بحق الشيخ محمد المهنا جاء بناء على وشاية من احد ابناء الجالية و دون التحقق من صحته من قبل الطرف الآخر و الأهم ، و نظرا لان الشيخ المهنا جاء بناء على إيفاد رسمي من قبل معالي وزير الشئون الاسلامية و كان حري(بمجلس الأمناء في مؤسسة الشيخ ابن تيمية) ان يرفع لسمو السفير او لمعالي وزير الشئون الإسلامية ، او للقنصل العام في لوس انجلوس بما يراه في هذا الشان ، فلعل سموه الكريم يرى الرفع لمعالي وزير الشئون الإسلامية لإحاطته بما تم من قبل الدكتور خليل ، مع التوصية بإعادة الشيخ محمد لممارسة المهمة التي قدم من اجلها(فاصلة)ولكم أطيب تحياتي .

القنصل العام
[signature]
السفير/ محمد بن عبدالرحمن السلوم

سفارة خادم الحرمين الشريفين في واشنطن
قسم البرقيات
ورد في: ٧/٢٧
قيد برقم: ٩٨٠٢
رقم الملف: ١٩

TOTAL P.03

PUBLIC FILING

KSA0000001231

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20180802_G7I

**Language**: Arabic > English

**Document title**: KSA0000001230

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: Farah Alshekhli

**Project completed in 2018, Certificate of Translation reissued on:** June 7, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20180802_G7I

**Language**: Arabic > English

**Document title**: KSA0000001231

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: Farah Alshekhli

**Project completed in 2018, Certificate of Translation reissued on:** June 7, 2019