# Exhibit 236

## KSA 1305-06

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
Royal Embassy of Saudi Arabia
Washington, D.C. 20037

February 15, 2001 AD

[*Handwritten Letter*]

His Excellency Ambassador Ahmed Abdulaziz Qattan, may Allah bless him.
Director General of the Office of His Excellency the Ambassador
May the peace, mercy, and blessings of Allah be upon you.

With reference to your circular letter No. 501/8/879, dated 19/11/1421 AH (February 13, 2001 AD), about filling out an information form on the employees who are not affiliated with Ministry of Foreign Affairs, I am submitting to you the said forms after getting them completed. Please accept my best regards.

Dr. Majid bin Hassan al Ghesheyan
[*Handwritten Signature*]
Head of Islamic Affairs
February 15, 2001 AD

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

[*Illegible*], for circulation
No. 128304/1

INFORMATION FORM OF THE EMPLOYEES OF THE IMAM MOHAMED BIN SAUD ISLAMIC UNIVERSITY
WHO ARE APPOINTED AT REGULAR JOBS UNDER THE BUDGET AND WORK ABROAD (CIVIL OR MILITARY) FOR VARIOUS ESTABLISHED LEVELS

| No. | Employee Name | Number of Companions | | Workplace | | | Job | | | Monthly Financial Information | | Other non-monthly benefits ** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Wife | Kids | Country | City | Office/Mission Center where he works | Job Title | Ref. | Rank/Position *** Level/Category | Monthly Salary | Allowances and bonuses * added to monthly salary | |
| 1 | Dr. Majid al Ghesheyan | 1 | 6 | America | Washington | Islamic Affairs | Professor | | Assistant Prof. | 15670 | 16970 | ---- |
| 2 | Musaed Ahmed al Jarrah | ---- | ---- | America | Washington | Islamic Affairs | Planning Researcher | | Rank 9 | 8690 | 9100 | ---- |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |

* This field shall indicate total annual allowances and bonuses received by an employee in detail, regardless the job title, and should be exemplified in a separate sheet;
** This field shall indicate all the benefits that an employee receives, not covered in the previous fields, such as in-kind benefits as cars, flight tickets, accommodation, or as cash, and should be exemplified in a separate sheet;
*** This field shall indicate the person's job title such as Rank for employees, Level for teachers, Category for health care workers, and position for military and judicial jobs and so on.

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~, ~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

بسم الله الرحمن الرحيم

٢٠٠١/١٢/١٥

وزارة الخارجية
سفارة المملكة العربية السعودية في واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037

سعادة السفير أحمد عبد العزيز قطان حفظه الله

مدير عام مكتب سمو السفير

السلام عليكم ورحمة الله وبركاته وبعد

بالإشارة إلى خطابكم التعميمي رقم ٥٠١/٨/٨٧٩ وتاريخ ١٩/١١/١٤٢١هـ بخصوص تعبئة استمارة معلومات عن المواطنين الذين ليسوا من كبار جهة أرفق لكم الاستمارات المذكورة بعد إكمالها وتقبلوا خالص تحياتي

د/ ماجد بن حسن الغشيان
٢٠٠١/١٢/١٥
[illegible] الشؤون الإسلامية



~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~

KSA0000001305

ع المقيم
١٣٨٢٠٤/١

استمارة معلومات عن منسوبي / جامعة الإمام محمد بن سعود الإسلامية

المعينين على وظائف ثابته بالميزانية ويعملون بالخارج (مدنيين أو عسكريين) لمختلف السلالم المعتمده .

| م | اسم الموظف | عدد المرافقين: زوجه | عدد المرافقين: أبناء | مقر العمل: الدولة | مقر العمل: المدينة | مقر العمل: المكتب / الملحقيه المركز الذي يعمل به | الوظيفة: مسماها | الوظيفة: رقمها | الوظيفة: المرتبة/الرتبه *** المستوى/ الفئة | المعلومات المالية الشهرية: مقدار الراتب الشهري | المعلومات المالية الشهرية: البدلات والعلاوات * المضافة للراتب الشهري | مزايا اخرى غير شهرية ** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ | د/ ماجد [illegible] | ١ | ٦ | أمريكا | واشنطن | الشؤون الإسلامية | أستاذ | | أستاذ مساعد | ١٥٦٧٠ | ١٣٩٧٠ | — |
| ٢ | ساعد محمد الجراح | — | — | أمريكا | واشنطن | الشؤون الإسلامية | باحث كاتب | | ٩/٣ | ٨٦٩٠ | ٩١٠٠ | — |
| ٣ | | | | | | | | | | | | |
| ٤ | | | | | | | | | | | | |
| ٥ | | | | | | | | | | | | |
| ٦ | | | | | | | | | | | | |
| ٧ | | | | | | | | | | | | |
| ٨ | | | | | | | | | | | | |
| ٩ | | | | | | | | | | | | |
| ١٠ | | | | | | | | | | | | |
| ١١ | | | | | | | | | | | | |
| ١٢ | | | | | | | | | | | | |
| ١٣ | | | | | | | | | | | | |
| ١٤ | | | | | | | | | | | | |

* يوضع في هذا الحقل مجموع البدلات والعلاوات السنوية التي يستلمها صاحب الراتب وبغض النظر عن المسمى الذي تندرج تحته بشكل مفصل وتوضع بورقه مستقله .

** يوضع في هذا الحقل جميع مايتمتع به صاحب الراتب من مزايا لم تتطلبها الفقول السابقة سواء كانت عيناً كالسيارات وتذاكر الاركاب، أو السكن، أو نقداً – وتوضع بورقه مستقله .

*** يوضع في هذا الحقل المستوى الوظيفي للشخص – كالرتبه للموظفين – والمستوى للمدرسين – والفئه للصحيين – والرتبه للوظائف العسكرية والقضاه ونحوذلك .

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

PUBLIC FILING

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210114_C6D

**Language**: Arabic

**Document title**: KSA0000001305

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 22, 2021 14:01 CST)

**Date**: Jan 22, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210114_C6D

**Language**: Arabic

**Document title**: KSA0000001306

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 22, 2021 14:01 CST)

**Date**: Jan 22, 2021