# Exhibit 237

## KSA 6863-65

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
Royal Embassy of Saudi Arabia
Washington, D.C. 20037
Ambassador's Office

Number: 501/97/20/2596
Date: 05/12/1424 AH
(January 27, 2004 AD)
Attachments: 1 Package

**HIGHLY CONFIDENTIAL – TO BE OPENED BY HIS HIGHNESS IN PERSON**

His Royal Highness Prince Saud Al Faisal, Minister of Foreign Affairs, may Allah protect him.
May the peace, mercy, and blessings of Allah be upon you.

Please find attached herewith the report privately received by the Embassy from [redacted] concerning Fahad al Thumairy, a former employee at the consulate in Los Angeles and an affiliate with Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance. The report refers to his radical Islamist activity. He attacks the Saudi Kingdom and claims the illegitimacy of the Saudi government in his sermons. The official reason behind his exclusion by the US Government is that he does not carry out diplomatic tasks compatible with…

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
[Duplicate Text]
Royal Embassy of Saudi Arabia
Washington, D.C. 20037
Ambassador's Office

… his work. The said person contacted my office many times attempting to know the grounds of his deportation and indicated that his sponsor will send him to Britain.

For your review and appropriate action.

Please accept my kindest regards.

[*Handwritten Signature*]

Bandar bin Sultan bin Abdel Aziz
[*Handwritten Signature*]
Ambassador of the Custodian of The Two Holy Mosques
to the United States of America





~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

SUBJECT: FAHD AL-THUMAIRY

FAHD AL-THUMAIRY WAS THE IMAM OF THE KING FAHD MOSQUE IN LOS ANGELES, CALIFORNIA, UNTIL HE WAS ORDERED EXPELLED, ALONG WITH MOHAMMED AL-MUHANNA, FOR EXTREMIST PREACHING. AL-THUMAIRY WAS ASSIGNED TO THE KING FAHD MOSQUE IN 1995 OR 1996. YOUNGER MEMBERS OF THE KING FAHD MOSQUE WERE PARTICULARLY ATTRACTED TO AL-THUMAIRY'S FRIDAY KHUTBAHS WHICH CONTAINED EXTREMIST MESSAGES AND VOICED ANIMOSITY TOWARD THE SAUDI ROYAL FAMILY. AL-THUMAIRY WAS CHARACTERIZED AS A POSSIBLE SOURCE OF MOTIVATION TO YOUNG, IMPRESSIONABLE YOUTHS WHO MAY PARTICIPATE IN TERRORIST ACTIVITY.

AL-THUMAIRY AND AL-MUHANNA WERE BELIEVED TO HAVE BEEN ORDERED EXPELLED FROM THE KING FAHD MOSQUE BECAUSE THEY HELD EXTREMIST VIEWS AND CULTIVATED EXTREMIST FOLLOWERS. THESE FOLLOWERS PRAISED AND SUPPORTED THE TERRORIST ATTACKS OF 11 SEPTEMBER 2001. FOLLOWING THIS ORDERED EXPULSION, THE "HARDLINE" FOLLOWERS OF AL-THUMAIRY AND AL-MUHANNA ESTABLISHED AN UNDERGROUND MOSQUE IN LOS ANGELES. AL-THUMAIRY PROVIDED RELIGIOUS GUIDANCE, SUPPORT, AND EXTREMIST/MILITANT/FUNDAMENTALIST TEACHINGS TO THE ATTENDEES AT THIS "UNDERGROUND MOSQUE."

IN LATE JANUARY 2003, AL-THUMAIRY WAS BELIEVED TO HAVE BEEN ORDERED RECALLED TO SAUDI ARABIA FROM THE UNITED STATES. AL-THUMAIRY RETURNED TO SAUDI ARABIA IN FEBRUARY 2003 WITH HIS WIFE AND CHILDREN, AND WAS EXPECTED TO ENROLL IN A SAUDI UNVERSITY FOR A GRADUATE DEGREE.

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037
مكتب السفير

الرقم : ٥٠١/٩٧/٢٠/٢٥٩٦
التاريخ : ٥/١٢/١٤٢٤هـ
الموافق : ٢٧/١/٢٠٠٤م
المرفقات : ١ لفة

سري للغاية يفتح بيد سموه

صاحب السمو الملكي الأمير / سعود الفيصل حفظه الله
وزير الخارجية

السلام عليكم ورحمة الله وبركاته

ابعث لسموكم الكريم من طيه التقرير الذي ورد للسفارة بصفة خاصة من [redacted] والمتعلق بالموظف السابق بالقنصلية في لوس انجلوس / فهد الثميري (التابع لوزارة الشئون الاسلامية والاوقاف والدعوة والارشاد) والذي يشير فيه الى نشاطه الاسلامي المتطرف ومهاجمته في الخطب التي كان يلقيها للمملكة وعدم شرعية حكومتها ، علماً وان الموقف الرسمي للحكومة الامريكية لسبب ابعاده هو عدم قيامه بمهام دبلوماسية تتطابق مع

PUBLIC FILING

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000006863

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية في واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037
مكتب السفير

عمله ، وقد اتصل المذكور بمكتبي عدة مرات لمحاولة معرفة ابعاده حيث افاد بان مرجعه بصدد ارساله لبريطانيا .

لتفضل سموكم بالاطلاع والاحاطة واتخاذ ما ترونه مناسباً .

وتفضلوا سموكم بقبول فائق تحياتي واحترامي .

بندر بن سلطان بن عبدالعزيز

سفير خادم الحرمين الشريفين
لدى الولايات المتحدة الأمريكية



PUBLIC FILING

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006864

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000006863

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 9, 2021 11:44 CST)

**Date**: Feb 9, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000006864

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 9, 2021 11:44 CST)

**Date**: Feb 9, 2021