# Exhibit 238

## KSA 7366

In the name of Allah, the Gracious, the Merciful

Royal Embassy of Saudi Arabia
Washington, D.C.

[Duplicate Text]

[*Emblem of Saudi Arabia*]

**OUTGOING TELEGRAM**

Confidential

Telegram No. 1905/2553
Date: 29/12/1422 AH (March 14, 2002 AD)

File No. 19
Attachments: None

His Excellency Brother Mohamed bin Abdel Rahman al Salloum
Consul General of the Custodian of the Two Holy Mosques in Los Angeles

We have received a letter from:

Khaled Al Sharif, Mostafa Kamel, Abdo Ghanem, and Khaled al Jaloud, dated February 6, 2002 AD, including their complaint against the head of the Ibn Tayimmia Foundation for choosing Tajuddin Shuaib to manage the King Fahad's Mosque without consulting the Muslim community there. Tajuddin Shuaib has prevented the persons mentioned above from entering the Mosque and accused them of arousing sedition, claiming that they talk about the financial and administrative violations at the Mosque and the Foundation. Their request is to fix the current situation, allow them to enter the Mosque, and form a committee from the community to supervise the Mosque so that the Muslims are unified, and disagreement and dispute are rejected.

According to the direction of His Highness the Ambassador, Mr. Musaed Al-Jarrah, Deputy Head of the Islamic Affairs Division, was assigned to assess the situation with you there, ensure the validity of the issues aroused by the persons above, and prepare a report about it.

Kindest regards,
Ambassador
Ahmed Abdel Aziz Kattan
[*Handwritten Signature*]
Director General of the Office of His Excellency the Ambassador

Copy, with greetings, to Brother Musaed al Jarrah
Deputy Head of Islamic Affairs Division at the Embassy

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

Royal Embassy of
Saudi Arabia
Washington

سفارة المملكة العربية السعودية
واشنطن

برقية صادرة

رقم الإشارة : [illegible]
التاريخ : [illegible]

سرية

رقم الملف : ١٩
المرفقات : بدون

سعادة الأخ محمد بن عبدالرحمن السلوم
القنصل العام لخادم الحرمين الشريفين في لوس أنجليس

تسلمت رسالة من :

- هلال [illegible] - مصطفى كامل - عبده غانم _ خالد الجالود ، مؤرخة في [illegible] ٢٠٠٢م تتضمن شكواهم من القائم على مؤسسة ابن تيمية [illegible] بإدارة مسجد الملك فهد بلوس أنجليس دون الرجوع للجالية هناك ، وقد قام [illegible] بمنع المذكورين من دخول المسجد واتهامهم بإثارة الفتنة ، بحجة أنهم يتكلمون عن التجاوزات المالية والإدارية للمؤسسة والمسجد ، ويطلبون إصلاح الوضع القائم والسماح لهم بدخول المسجد وتكليف جهة من الجالية تشرف على المسجد لجمع كلمة المسلمين ونبذ الخلاف والفرقة (مرفقة) .

وبناء على توجيه سمو السفير ، فقد تم تكليف الأستاذ مساعد الجراح ، مساعد رئيس قسم الشؤون الإسلامية للوقوف معكم على الوضع هناك والتأكد مما أثاره المذكورون وإعداد تقرير عن ذلك (مرفقه) .. وتقبلوا فائق تحياتي .

السفير
محمد بن عبدالعزيز قطان
مدير عام مكتب سمو السفير

صورة مع التحية لسعادة [illegible]
مساعد رئيس قسم الشؤون الإسلامية بالسفارة

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

PUBLIC FILING

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000007366

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 14:01 CST)

**Date**: Feb 7, 2021