# Exhibit 239

## KSA 7377-78

In the name of Allah, the Gracious, the Merciful

Royal Embassy of Saudi Arabia
Washington, D.C.

[*Emblem of Saudi Arabia*]

[Duplicate Text]

**OUTGOING TELEGRAM**

Telegram No. 501/9/1795
Date: 05/08/1423 AH (October 11, 2002 AD)

File No. 15
Attachments: None

**CONFIDENTIAL**

His Eminence Sheikh Saleh bin Abdel Aziz bin Mohamed Al Sheikh, may Allah bless him
Minister of Islamic Affairs, Endowments, Da'wah, and Guidance
May the peace, mercy, and blessings of Allah be upon you.

The Embassy had received a letter from Sheikh Mohammed bin Soliman al Muhanna, the delegate of Ministry of Islamic Affairs and Imam of the King Fahad Mosque in Los Angeles, in which he stated that the Board of Trustees handed him a letter maintaining that they decided to terminate his services in the mosque. He mentioned that they warned him if he did not comply, they would call the U.S. security authorities. Asking the Consul General in Los Angeles about the matter, he said that he had met with Sheikh Tajuddin Shuaib, Director of the Mosque and one of the Ministry's propagators. As Sheikh Tajuddin Shuaib was asked about the place and time of the meeting of the Board of Trustees which decided the termination of Sheikh al Muhanna, he answered that the decision was made in light of a phone call between Engineer Osman Kaldrim, a member of the Board of Trustees of the Ibn Taymiyyah Foundation, and Dr. Khalil al Khalil in Riyadh. The Consul added that these two persons often tell those who are closest to them that they are about to end the presence of any Saudi in the mosque and intend to assign the imamate and the Propagation of Islam (Da'wah) in the mosque to people of other nationalities.

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

In the name of Allah, the Gracious, the Merciful

Royal Embassy of Saudi Arabia
Washington, D.C.

[*Emblem of Saudi Arabia*]

[Duplicate Text]

**OUTGOING TELEGRAM**

Since the budget of the mosque is spent by Your Eminence to the Ibn Taymiyyah Foundation and those in charge of it, I hope that Your Eminence would take the necessary measures regarding these actions which offend the Saudis in general. I hope you may inform those in charge to stop these actions or otherwise you may halt the budget, and notify the authorities concerned regarding this matter. I hope you may emphasize the return of Sheikh Mohammed al Muhanna to undertake his duties in the mosque, because he was wronged without any basis. Please accept my kindest regards.

[Handwritten Signature: *Al Jarrah*]

Bandar bin Sultan bin Abdel Aziz
Ambassador of the Custodian of the Two Holy Mosques to the United States of America

Ibn Jibrin/47

KSA0000007378

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

Royal Embassy of
Saudi Arabia
Washington

سفارة المملكة العربية السعودية
واشنطن

برقية صادرة

رقم البرقية ٥٠١/٩/١٧٩٥

التاريخ ٥/٨/١٤٢٣هـ
١١/١٠/٢٠٠٢م

سرية

رقم الملف ١٥

المرفقات بدون

معالي الشيخ صالح بن عبدالعزيز بن محمد آل الشيخ حفظه الله
وزير الشؤون الإسلامية الأوقاف والدعوة والارشاد

السلام عليكم ورحمة الله وبركاته وبعد

فقد تلقت السفارة خطاباً من موفد وزارة الشؤون الإسلامية امام مسجد الملك فهد بلوس انجلوس الشيخ محمد بن سليمان المهنا أفاد فيه أن مجلس أمناء مؤسسة ابن تيمية سلموه خطاباً تضمن بأن أعضاء المجلس قرروا الاستغناء عن خدماته في المسجد (فاصله) وذكروا له أنه في حالة عدم امتثاله سيضطرون لإستدعاء سلطات الأمن الامريكية وبالاستفسار عن الموضوع من القنصل العام في لوس انجلوس أفاد أنه اجتمع مع الشيخ تاج الدين شعيب مدير المسجد وواحد دعاة الوزارة وبسؤاله عن مكان وزمان أجتماع مجلس الأمناء الذي قرر الاستغناء عن خدمات الشيخ المهنا أجاب بأن القرار تم اتخاذه على ضوء اتصال هاتفي بين المهندس عثمان كالدرم أحد اعضاء مجلس أمناء مؤسسة ابن تيمية وبين الدكتور خليل الخليل في الرياض (فاصله) واضاف القنصل بأن هولاء الاثنان كثيراً مايرددان على مسامع المقربين منهم أنهم بصدد انهاء تواجد أي سعودي في المسجد وأن النية تتجه إلى اسناد الخطابه والدعوة في المسجد إلى جنسيات اخرى (فاصله) وحيث أن ميزانية



KSA0000007377

~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

*Royal Embassy of*
*Saudi Arabia*
*Washington*

سفارة المملكة العربية السعودية
واشنطن

## برقية صادرة

المسجد تصرف عن طريق معاليكم لمؤسسة ابن تيمية والقائمين عليها فإنني آمل من معاليكم أتخاذ الاجراءات الازمه حيال هذه التصرفات التي تسيء للسعوديين عموماً وابلاغ القائمين عليها بالكف عن هذه الأعمال أو ايقاف الميزانية وأشعار الجهات المسئوله عن ذلك مع التأكيد على عودة الشيخ محمد المهنا إلى ممارسة مهام عمله بالمسجد نظراً لإن ماتم بحقه لم يستند الى حقائق (فاصله) وتقبلوا معاليكم اطيب تحياتي.

بندر بن سلطان بن عبدالعزيز

سفير خادم الحرمين الشريفين
لدى الولايات المتحدة الامريكية

ابن جبرين/٤٧





~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000007377

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 9, 2021 11:47 CST)

**Date**: Feb 9, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000007378

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 9, 2021 11:47 CST)

**Date**: Feb 9, 2021