# Exhibit 240

## KSA 8370

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic
Affairs, Endowments,
Da'wah, and Guidance
IFTA Office
Washington, D.C.

[*Emblem of Saudi Arabia*]

[Duplicate Text]

601 New Hampshire Ave., N.W. Washington, D.C. 20037. Tel. (202) 342-3700, Fax: (202) 944-3192

**HIGHLY URGENT**

His Eminence Sheikh Fahad bin Ibrahim al Thumairy, may Allah support him
May the peace, mercy, and blessings of Allah be upon you.
I wish you continued success and support.

Please find enclosed herewith the visit schedule of His Eminence Vice-Rector of the Islamic University, Chairman of the Committee of Student Selection for Scholarships, and the accompanying committee [members].

Please cooperate with them, facilitate their task, and prepare the applying students wishing to pursue their study in the Islamic University. Kindly provide them with a copy of the admission and registration terms. May Allah bless you.

May the peace, mercy, and blessings of Allah be upon you.

Abu Al Qassem

Acting Director of the Da'wah Office in America
[*Handwritten Signature*]
Abdul Rahman bin Mohammed al Belihi
15/05 AH

No. 5/311 Date: 16/05/1420 AH (August 28, 1999 AD) Attachments: 1

KSA0000008370

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

Kingdom of Saudi Arabia
IFIA Office
Washington, D.C.

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

عاجل جـــداً

فضيلة الشيخ / محمد بن ابراهيم الشمري وفقه الله

السلام عليكم ورحمة الله وبركاته . أما بعد:

فأسأل الله لكم العون والتوفيق .

وأرفق لكم طي كتابنا هـذا جدول الزيارة الخاص بفضيلة وكيل الجامعة الإسلامية ورئيس لجنة اختيار طلاب المنح الدراسية واللجنة المرافقة له .

آمل التعاون معهم وتسهيل مهمتهم وتحضير الطلبة المتقدمين والراغبين في مواصلة دراستهم بالجامعة الإسلامية مع تزويدهم بنسخة من شروط القبول والتسجيل . والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته . ،،،،،،

أبوالقاسم .

مدير مكتب الدعوة في أمريكا المكلف

[signature]

عبدالرحمن بن محمد البليهي

الرقم : ٥/١١/٢ التاريخ : ١٦/٥/١٤٢٠هـ المشفوعات : ١

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210212_BJS

**Language**: Arabic

**Document title**: KSA0000008370

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 19, 2021 19:21 CST)

**Date**: Feb 19, 2021