# Exhibit 241

## KSA 8440

[Handwritten text:] Al Thumairy's file

3/9

In the name of Allah, the Most Gracious, the Most Merciful

Kingdom of Saudi Arabia
IFIA Office
Washington, D.C.

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah and Guidance
Da'wah Office in USA

601 New Hampshire Ave., N.W. Washington, D.C. 20037 – Tel: (202) 342-3700 – Fax: (202) 944-3192

E-mail: Ifta@resa.org - www.islamicpage.org www.al-islam.org.sa

---

Your Highness brother Mohamed Bannona, may Allah save you

May the peace, mercy and blessings of Allah be upon you To proceed:

Further to the previous letter that I issued to you regarding the monthly payments that are paid as salaries for some of the propagators and Imams who live in the USA by the Office of His Highness Prince Abdul Aziz Bin Fahad, may Allah save him, and where their disbursement is supervised by me.

Knowing your concern and attention, I would like to remind you of these amounts. I would also like to affirm that they need it and that it will be hard for them to dedicate their time for their works without these amounts.

Thank you so much. May Allah help and support you.

Peace, mercy and blessings of Allah be upon you

The total amount of payments is USD 9000.

Envoy of the Ministry of Islamic Affairs to USA

[Hand Signature]

Fahad Bin Ibrahim Al Thumairy

6 / 9 / 2000 A. D.

No. Date: Attachments:

~~CONFIDENTIAL:~~

~~This document is subject to a Protective Order~~

~~Regarding confidential information in 03 MDL 1570~~,

~~United States District Court for the Southern District of New York~~.

[illegible]
٧/١٩

بسم الله الرحمن الرحيم

Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org • www.islamicpage • www.islam.org.sa

سعادة الأستاذ الأخ محمد بنونه حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد،

فإلحاقاً للخطاب السابق الصادر من قبلي لكم بخصوص المبالغ الشهرية المخصصة كرواتب لبعض الدعاة والأئمة المقيمين في أمريكا والتي تدفع من قبل مكتب سمو الأمير عبدالعزيز بن فهد حفظه الله، والتي أشرف على صرفها لهم.

أحببت تذكيركم بذلك والتأكيد على حاجتهم لها وصعوبة تفرغهم لأعمالهم من دونها مع علمي عن حرصكم واهتمامكم بذلك.

شاكراً لكم والله يحفظكم ويرعاكم

والسلام عليكم ورحمة الله وبركاته.

موفد وزارة الشؤون الإسلامية بأمريكا

[signature]

فهد بن ابراهيم الثميري

٧/٣/١٤٢١ هـ

- تبلغ التكاليف الشهرية للرواتب عن الجميع ١٩٠٠٠ آلاف دولار.

المشفوعات: التاريخ: الرقم:



KSA0000008440

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project Name:** 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))

**Document title**: KSA0000008440

**Language**: Arabic > English

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: Farah Alshekhli

**Date**: November 14, 2019