# Exhibit 242

## KSA 8479

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
IFTA Office
Washington, D.C.

[*Emblem of Saudi Arabia*]

[Duplicate Text]

601 New Hampshire Ave., N.W. Washington, D.C. 20037. Tel. (202) 342-3700, Fax: (202) 944-3192

His Eminence Sheikh Fahad bin Ibrahim al Thumairy, may Allah bless him
The Ministry's delegate in America
May the peace, mercy, and blessings of Allah be upon you.

This is with reference to the circular of His Excellency Director General of the Da'wah Department Abroad concerning the request to provide the Ministry with a copy of the passport of each Ministry's employee abroad after taking their annual leave, including the entry, exit, and work commencement date.

Please pay attention to this matter and promptly provide the Office with a full copy of your passport due to urgency.

May Allah protect you!

May the peace, mercy, and blessings of Allah be upon you.

Al Thumairy – Passport Copy

Director of the Da'wah Office in America
[*Handwritten Signature*]
Khaled bin Ibrahim al Sowailem

No. 312 Date: 02/07/1419 AH (October 23, 1998 AD) Attachments: ----

KSA0000008479

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

PUBLIC FILING

Kingdom of Saudi Arabia
IFTIA Office
Washington, D. C.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

فضيلة الشيخ فهد بن إبراهيم الثميري حفظه الله
مبعوث الوزارة في امريكا

السلام عليكم ورحمة الله وبركاته. أما بعد:

فبناء على تعميم فضيلة مدير عام إدارة الدعوة في الخارج بشأن طلب تزويد الوزارة بنسخة من جواز سفر كل موظف من العاملين الوزارة في الخارج بعد تمتعهم بإجازاتهم السنوية شاملة لتاريخ الدخول والخروج ومباشرة العمل .

أرجو الاهتمام بالأمر وسرعة تزويد المكتب بنسخة كاملة من جواز سفركم للأهمية.

والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته. ،،،،،،

الثميري صورة جواز السفر

مدير مكتب الدعوة في امريكا

خالد بن إبراهيم السويلم

الرقم : ٢١٣ التاريخ : ١٢/٧/١٤٢٩هـ المشفوعات : —

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~, ~~United States District Court for the Southern District of New York~~.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210212_BJS

**Language**: Arabic

**Document title**: KSA0000008479

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 22, 2021 10:07 CST)

**Date**: Feb 22, 2021