# Exhibit 243

## KSA 8502

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques, Da'wah, and Guidance Affairs
General Directorate for Da'wah Abroad

In the name of Allah, the Gracious, the Merciful

[**Logo**: *Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. 1861/4/8
Date: 21/05/1418 AH (September 24, 1997 AD)
Attachments: ----
Subject: ----

His Eminence Director of the Da'wah Office in America, may Allah protect him.
May the peace, mercy, and blessings of Allah be upon you.

With reference to your letter No. 286, dated 09/05/1418 AH (September 12, 1997 AD), regarding the nomination of Sheikh Fahad bin Ibrahim al Thumairy as a supervisor of propagators in the State of California, we advise you with our approval thereon. May Allah protect you.

May the peace, mercy, and blessings of Allah be upon you.

Assigned Director of Da'wah Department in Europe, America, and Australia
Abdullah bin Hamad al Hadlaq
[*Handwritten Signature*]

[*Handwritten Text*]

1. *[Illegible];*
2. *To be advised with propagators of the foregoing*

*09/06/1418 AH (October 12, 1997 AD)*

| |
|---|
| Da'wah Office in America<br>Incoming No. 208<br>Date: 16/06/1418 AH (October 19, 1997 AD)<br>Attachments: ---- |

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
الإدارة العامة للدعوة في الخارج

الرقم : ٢/٤/١٨٦١
التاريخ : ١٤١٨/٥/٢٠
المشفوعات :
الموضوع :

فضيلة مدير مكتب الدعوة في أمريكا حفظه الله

السلام عليكم ورحمة الله وبركاته أما بعد :ـ

فإشارة إلى خطابكم ذى الرقم ٢٨٦ والمؤرخ في ١٤١٨/٥/٩هـ بشأن ترشيح الشيخ/فهد بن ابراهيم الثميري مشرفاً على الدعاة فى ولاية كلفورنيا . نخبركم بموافقتنا على ذلك . والله يحفظكم .

والسلام عليكم ورحمة الله وبركاته ،،،،

مدير إدارة الدعوة فى
أوربا وأمريكا واستراليا المكلف

عبدالله بن حمد السدلق

مكتب الدعوة بأمريكا
رقم الوارد ....٥٨....
تاريخه ....١٤١٨/٦/٢٦....
المشفوعات ..........



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210114_C6D

**Language**: Arabic

**Document title**: KSA00008502

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in medical terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 22, 2021 10:18 CST)

**Date**: Jan 22, 2021