# Exhibit 244

## KSA 8509-10

MAR-11-96 MON 14:47 00973294550 FAX NO. 00973294787 P. 01

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance

Number: ----
Date: ----
Attachments: ----

[Handwriting: *A phone call was made on Tuesday 23/10/1416 AH (March 14, 1996 AD) and understanding was reached. Therefore, this shall be kept in a file in the name of al Thumairy*]
[*Handwritten Signature*] *23/10 (March 14, 1996 AD)*

[*Handwritten Text*]

**VERY URGENT**

His Eminence Sheikh Khaled al Sowailem, may Allah protect him
May the peace, mercy, and blessings of Allah be upon you.
May Allah protect you and your beloved ones.

I bring you the good news that a decision was made to hire Sheikh Fahad bin Ibrahim al Thumairy as a successor to Sheikh Ibrahim al Hiber at the Ibn Taymiyyah Foundation. He will go to you soon, Allah willing. I have known him to be one of the finest scholars in terms of knowledge, dedication, and discretion.

Whereas the Protocol Department at Ministry of Foreign Affairs in Riyadh had asked him to submit a document from the Embassy stating …

KSA0000008509

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance

Number: ----
Date: ----
Attachments: ----

[*Handwritten Text*]

… the job title that will be written in the passport, please complete this with the help of His Eminence Dr. Majid, may Allah protect him, and send him my regards. Please send a fax to the Protocol Department at the Ministry directly. I propose his job title to be "Administrative Attaché" as usual.

Also, brother Fahad asks whether he may get tax exemption noting that he will reside in Los Angeles as required by work. Kindly answer me tomorrow at the Ministry's fax. Give my regards to all the brothers. May Allah protect you all.

Your brother
Saleh Karboaa



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

جرى مراسلة الهاتف [illegible]
[illegible] ١٤١٦/١٠/ [illegible]
لذا [illegible]

الرقم [illegible]
التاريخ [illegible]
المشفوعات [illegible]

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

عاجل جداً

صاحب الفضيلة الشيخ / خالد السويلم حفظه الله ورعاه

السلام عليكم ورحمة الله وبركاته وبعد

حفظك الله ومن تحب . وأبشركم بصدور
قرار تعيين الشيخ فهد بن إبراهيم الثميري
خلفاً للشيخ إبراهيم أحمد في مؤسسة بن
تيمية وسيصلكم قريباً إن شاء الله
وقد عرفته من خير طلبة العلم علماً واتباعاً
ورجاحة عقل .
وقد طلبت منه المراجعة لوزارة الخارجية
بالرياض ورقة من السفارة تفيد بتجديد



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

الرقم ..................................
التاريخ ..................................
المشفوعات ..................................

مسمى الوظيفة التي سيدرسه بالجوار
نأمل التلطف باستكمال المرفق عن
طريق فضيلة الدكتور / ماجد حفظه الله وإبلاغه
سلامي . وذلك بإرسال فاكس إلى
المراسم بالوزارة مباشرة وأقترح أن تكون
مساء (الجمعة أو الأحد) كما هي العادة .

كما أن الأخ مهند يسأل هل من حقه
التمتع بالإعفاء الضريبي علماً أنه سيقيم
في تدريس الهندسة كما هي طبيعة العمل ، أرجو
التكرم بإجابته علماً على فاكس الوزارة وإبلاغه سلامي
لجميع الأخوة لديكم حفظكم الله أخوكم
صالح كريدي

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000008510

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000008509

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 14:08 CST)

**Date**: Feb 7, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000008510

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 14:08 CST)

**Date**: Feb 7, 2021