# Exhibit 245

## KSA 553-54

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques, Da'wah, and Guidance Affairs
Undersecretary's Office

In the name of Allah, the Gracious, the Merciful
[**Logo**: *Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. 4/1/105S
Date: 13/07/1424 AH
(September 10, 2003 AD)
Attachments: 16
Subject: --------------------

**CONFIDENTIAL AND URGENT**

**His Excellency the Minister, may Allah protect him**
**May the peace, mercy, and blessings of Allah be upon you.**
**I ask Allah to grant you success and straightforwardness.**

In reference to Your Excellency's directive reported by His Eminence Director of Your Excellency's Confidential Office – of which a copy is attached hereto – about preparing a report on the status of the Agency's employees and propagators working at the Ministry's Office in America, as prepared by the Committee after studying the status of the Da'wah offices, please note the following.

**First:** The recommendations of the Committee minutes submitted to Your Excellency, of which a copy is attached hereto, related to the propagation delegates in America, regarding propagators, stipulated the delegation termination of:

1. Sheikh Fahad bin Ibrahim al Thumairy, Rank 9, according to the reasons stated in the minutes;
2. Sheikh Adel bin Mohamed al Sadhan, Rank 8, according to the reasons stated in the minutes;
3. Sheikh Mutaeb Abdelaziz al Sudairy, Rank 7, according to the reasons stated in the minutes; and
4. Abdul Rahman bin Mohamed al Khebli, teacher, Rank 3, according to the reasons stated in the minutes.

Their delegation has already been terminated, and the delegation of the last one was terminated based on what has been presented by His Excellency Ministry's Undersecretary for Islamic Affairs, as per power. Then, the delegation of the following has been transferred:

Sheikh Adel bin Mohamed al Sadhan, Rank 8, and Sheikh Mutaeb Abdelaziz al Sudairy, Rank 7, to the Da'wah Office in Canada, pursuant to Your Excellency's directive, for four years. And thus, their issue was settled.

5. Sheikh Khalid bin Abdullah Al Sa'awi, Rank 5, who was seconded from Ministry of Education. His delegation ended on 28/05/1424 AH (July 28, 2003 AD). He returned to the Kingdom and his relationship with the Ministry was ended.

As for Sheikh Salah bin Abdullah Al Rashoud, Rank 8, Your Excellency has agreed to terminate his delegation on 01/04/1424 AH (June 2, 2003 AD), and to second his services to Al-Rajhi Foundation. Thus, his issue was settled.

**Second:** The recommendations of the Committee minutes submitted to Your Excellency, of which a copy is attached hereto, related to the propagation delegates in America, regarding propagators, stipulated the following shall stay:

1. Sheikh Sulaiman bin Batel Al Batley, Rank 8, according to the reasons stated in the minutes; and
2. Abdul Rahman bin Abdul Latif Al Rashoud, Rank 8, according to the reasons stated in the minutes until their delegation terminates. However, we have received Your Excellency's directive to terminate their delegation based on the desire of the Embassy in America for the public interest.

- The offices' directors were alerted to the notes in the minutes on delegates in general during the third meeting held in the ministry for this year. The notes were included in the concluding recommendations. The offices' directors were asked to pay attention to the notes, and those working under their supervision were alerted to comply with them.
- As for the general recommendations mentioned in the minutes in Clause (1) about the protocols and terms of delegation, the Agency applies those protocols, terms, and instructions as directed by Your Excellency.

Work is in progress to set protocols and instructions for the delegates, and they will be put in a statement to be handed out to the delegates once they have been properly printed and organized.

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance<br>Ministry's Agency for Mosques, Da'wah, and Guidance Affairs<br>Undersecretary's Office | In the name of Allah, the Gracious, the Merciful<br>[**Logo**: *Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*] | No. ----<br>Date: ----<br>Attachments: ----<br>Subject: ---- |

**<u>Third:</u>** The status of the Saudi administrative employees in the America Office

1. The delegation of all Saudi employees was terminated as of 01/07/1424 AH (August 29, 2003 AD), as directed by Your Excellency;
2. The only person who stayed in the office is paymaster Saleh bin Abdullah al Ghosn to arrange the office conditions. Your Excellency has approved to extend his delegation until the end of Shaaban 1424 AH (October 2003 AD). Correspondence was sent to His Royal Highness to exclude him from those who were returned and to extend his stay for two years since he is needed to facilitate the work of propagators. We have not received an answer regarding him to date.

**<u>Fourth:</u> The status of the contracting employees at the America Office:**

**a. Contractors:**

Preparing to terminate the contracts of the office employees – according to directive– as of the end of Ramadan. They were given two months to settle their status according to regulations in America. They are five, namely:

| | | |
|---|---|---|
| 1- Tariq Mohamed Zamrawi | Egyptian | Copier; |
| 2- Farid Mohamed Ajlan | U.S. | Employer; |
| 3- Mohamed Omar Bhatti | Pakistani | Driver; |
| 4- Abu al Qasim Osman Ramadan | Sudanese | Secretary; and |
| 5- Abdel Moneim Mohamed al Hilali Ahmed | Sudanese | Translator |

**b. Employees in the Charity Section**

The following eight employees, in the charity section, were terminated:

| | |
|---|---|
| 1- Jamil Ali Mahmoud Ali | From Trinidad; |
| 2- Mukhtar Dawood Yousef | From Vietnam; |
| 3- Fare' Ahmad Al Shaybani | From Yemen; |
| 4- Qulshir Mohamed al Shukri Omar | Guyana (Caribbean Sea); |
| 5- Sharif al Batikhi | From Jordan; |
| 6- Musa Ahmad al Tijani | From Jamaica; |
| 7- Abdul Rahman Sheikh Omar | From Somalia; and |
| 8- Walid Menisi | From Egypt |

**c. Paying the salaries of the contracting propagators affiliated with the Office:**

There is a Committee examining how to pay salaries. They are waiting for the return of the Office Director, His Eminence Sheikh Khaled Al Sowailem, who will start his work at the ministry in the beginning of next week, Allah willing, to develop the appropriate scenario for paying the salaries of contractors.

**I assure Your Excellency that the Ministry's offices abroad are working according to the plans prepared for them, and their conditions are good. Praise and grace are due to Allah.**

**REQUIRED: We kindly ask Your Excellency to review and give guidance.**

May Allah protect you, and may the peace, mercy, and blessings of Allah be upon you.

Ministry's Undersecretary for Mosques, Da'wah, and Guidance Affairs
Abdul Aziz bin Abdul Al Ammar

Guidance:
2000D
Copy to Instructions File (Delegation)

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
مكتب الوكيل

الرقم : ٤/١/١٠٥/ك س
التاريخ : ٢٣/١١/١٤٢٤هـ
المشفوعات : ٦
الموضوع :

**سري وعاجل**

**معالي الوزير** **حفظه الله**

**سلام عليكم ورحمة الله وبركاته أما بعد :**

**فأسأل الله لمعاليكم التوفيق والسداد.**

وأشير إلى توجيه معاليكم المبلغ من فضيلة مدير مكتب معاليكم السري ـ المرافق صورته ـ بشأن إعداد تقرير عن أوضاع منسوبي الوكالة ودعاتها العاملين في مكتب الوزارة في أمريكا ، وذلك وفق ما أعدته اللجنة بعد دراسة أوضاع مكاتب الدعوة ، أخبر معاليكم بما يلي :

أولاً : نصت توصيات محضر اللجنة المرفوع لمعاليكم ـ المرافق صورته ـ الخاصة بالموفدين للدعوة في أمريكا ـ فيما يتعلق بالدعاة ـ على إنهاء إيفاد كل من :

١ـ الشيخ فهد بن إبراهيم الثميري م٩ وفق الأسباب التي وردت في المحضر .
٢ـ الشيخ عادل بن محمد السدحان م٨ = = = = = = = =
٣ـ الشيخ متعب بن عبدالعزيز السديري م٧ = = = = = = = =
٤ـ عبدالرحمن بن محمد الخبيلي مدرس م٣ = = = = = = = =

وقد أنهي إيفادهم بالفعل ، والأخير أنهي إيفاده بناء على ما عرضه سعادة وكيل الوزارة للشؤون الإسلامية ـ حسب الاختصاص ـ ثم نقل إيفاد كل من :

الشيخ عادل بن محمد السدحان م٨ ، والشيخ متعب بن عبدالعزيز السديري م٧ ـ إلى مكتب الدعوة في كندا حسب توجيه معاليكم ، لمدة أربع سنوات ، وبهذا انتهى موضوعهم.

٥ـ والشيخ خالد بن عبدالله السعوي م(٥) المعار من وزارة المعارف فقد انتهى إيفاده في ٢٨/٥/١٤٢٤هـ ورجع للمملكة وانتهت علاقته بالوزارة.

ـ أما الشيخ صلاح بن عبدالله الرشود م٨ فقد وافق معاليكم على إنهاء إيفاده في ١/٤/١٤٢٤هـ وإعارة خدماته إلى مؤسسة الراجحي ، وبهذا انتهى موضوعه.

ثانياً : نصت توصيات محضر اللجنة المرفوع لمعاليكم ـ المرافق صورته ـ الخاصة بالموفدين للدعوة في أمريكا ـ فيما يتعلق بالدعاة ـ على بقاء كل من :

١ـ الشيخ سليمان بن بايتل الباتلي م٨ وفق الأسباب التي وردت في المحضر .
٢ـ عبدالرحمن بن عبداللطيف الرشود م٨ = = = = = = = =

وذلك إلى حين انتهاء إيفادهما ، إلا أنه وردنا توجيه معاليكم بإنهاء إيفادهما بناء على رغبة السفارة في أمريكا للمصلحة العامة.

ـ وفيما يتعلق بالملحوظات الواردة في المحضر على الموفدين بصورة عامة ، فقد تم تنبيه مديري المكاتب لها أثناء لقاءهم الثالث الذي عقد في الوزارة لهذا العام ، ووضعت ضمن التوصيات الختامية ، وطلب منهم التنبه لها وتنبيه العاملين تحت إشرافهم لمراعاتها.

ـ أما التوصيات العامة التي وردت في المحضر في البند رقم (١) فيما يتعلق بضوابط وشروط الإيفاد فالوكالة تطبق تلك الضوابط والشروط والتعليمات ـ حسب توجيه معاليكم .

والعمل جار على وضع ضوابط وتعليمات للموفدين ، وسيتم تفريغها في بيان يسلم للموفدين حال الانتهاء من طباعتها ، وتنظيمها بشكل مناسب.

PUBLIC FILING

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03-MDL-1570, United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
مكتب الوكيل

الرقم : ..................
التاريخ : ..................
المشفوعات : ..................
الموضوع : ..................

ثالثاً : وضع منسوبي مكتب أمريكا الإداريين السعوديين :
١ــ تم إنهاء إيفاد جميع الموظفين السعوديين اعتباراً من ١٤٢٤/٧/١هـ حسب توجيه معاليكم.
٢ــ لم يبق في المكتب سوى مأمور الصرف صالح بن عبدالله الغصن ــ لترتيب أوضاع المكتب ، والذي وافق معاليكم على التمديد له إلى نهاية شهر شعبان لهذا العام ١٤٢٤هـ ، والكتابة لصاحب السمو الملكي لاستثنائه ممن تمت إعادتهم والتمديد له لمدة سنتين للحاجة لبقاءه لتسيير أعمال الدعاة ، وحتى تاريخه لم تصل الإجابة بشأنه.

رابعاً : وضع منسوبي مكتب أمريكا المتعاقدين :
أــ المتعاقدون
الترتيب لإنهاء عقود العاملين في المكتب ــ حسب التوجيه ــ اعتباراً من نهاية شهر رمضان ، حيث أمهلوا شهرين لترتيب أوضاعهم ــ حسب النظام في أمريكا ، وعددهم خمسة ، وهم :

| | | |
|---|---|---|
| ١ــ طارق محمد زمراوي | مصري | ناسخ |
| ٢ــ فريد محمد عجلان | أمريكي | مستخدم |
| ٣ــ محمد عمر بهاتي | باكستاني | سائق |
| ٤ــ أبو القاسم عثمان رمضان | سوداني | سكرتير |
| ٥ــ عبدالمنعم محمد الهلالي أحمد | سوداني | مترجم |

ب ــ العاملون على البند الخيري
تم طي قيد العاملين على البند الخيري وعددهم ثمانية ، وهم :

| | |
|---|---|
| ١ــ جميل علي محمود علي | من ترينداد |
| ٢ــ مختار داود يوسف | من فيتنام |
| ٣ــ فارع أحمد الشيباني | من اليمن |
| ٤ــ قولشير محمد الشكري عمر | غيانا (البحر الكاريبي) |
| ٥ــ شريف البطيخي | من الأردن |
| ٦ــ موسى أحمد التيجاني | من جامايكا |
| ٧ــ عبدالرحمن شيخ عمر | من الصومال |
| ٨ــ وليد منيسي | من مصر |

ج ــ صرف رواتب الدعاة المتعاقدين التابعين للمكتب :
هناك لجنة تدرس كيفية صرف الرواتب ، وهم بانتظار عودة فضيلة مدير المكتب الشيخ خالد السويلم الذي سيباشر عمله في الوزارة في بداية الأسبوع القادم ــ إن شاء الله ــ لوضع التصور المناسب لصرف رواتب المتعاقدين.
وأطمئن معاليكم أن مكاتب الوزارة في الخارج تعمل وفق الخطط المعدة لها ، وأحوالها جيدة ــ ولله الحمد والمنة .
المطلوب : تفضل معاليكم بالاطلاع والتوجيه .
والله يحفظكم . والسلام عليكم ورحمة الله وبركاته،،،،

وكيل الوزارة
لشؤون المساجد والدعوة والإرشاد

عبدالعزيز بن عبدالله العمار

التوجيه :
[illegible]
صورة لملف التعليمات (الإيفاد)
[illegible]



~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03-MDL-1570,
United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210114_C6D

**Language**: Arabic

**Document title**: KSA00000553

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in medical terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 22, 2021 10:58 CST)

**Date**: Jan 22, 2021

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210114_C6D

**Language**: Arabic

**Document title**: KSA00000554

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in medical terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 22, 2021 10:59 CST)

**Date**: Jan 22, 2021