# Exhibit 246

## KSA 566

**In the name of God, the Most Gracious, the Most Merciful**

***His Excellency Sheikh, Saleh Bin Abdul Aziz Al-Sheikh***
***Minister of Islamic Affairs, Endowments, Da'wah and Guidance May Allah protect you***
***Peace, Allah's mercy and blessings be upon you***. After Greetings,

Shaykh 'Abd al-'Aziz al-'Ummar, may Allah protect him, let me know about the officials inquiring about me. I would like to write the following with this regard:

**Firstly,** I am reassured, and thankful to God, that this is a normal procedure in such current circumstances. I have been informed, as the case with you, that many Propagators were interrogated and arrested and that they have been found not guilty at all, by Allah's praise. There might be even more inquiries about me because of the long time I spent in the region where I made many acquaintances, some of whom may call to ask for advice or help, and whom I may personally know or not.

**Secondly,** I am sure, by Allah's willing, of my safety and innocence, since my work there is well known in the mosque, with all the related activities and programs there. We are related in all this to the Office of Da'wah in America and its existing administration, while my private relations are known, but still limited.

**Thirdly:** I see that an initiative should be taken to inform the inquiring body that I have no problem being interviewed by the officials. Not only that I have no problem with it, but I support this and I will answer all their queries and clarify whatever needs clarification.

**Fourthly:** What I care about most is you, Your Highness, the Minister, as well as the other officials in the state, and that you have nothing against me. It is nothing more than a routine procedure that is not surprising when such a huge event happens, an event that we all condemn.

In conclusion, I hope to meet with you and talk over what you are going to do I ask Allah to protect us all from all evil and to take care of you and protect you.

*Peace, mercy and blessings of Allah be upon you*

***Fahad Ibrahim al Thumairy***

***(Date is Illegible)***

~~CONFIDENTIAL~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United states District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

معالي الشيخ صالح بن عبدالعزيز آل الشيخ
وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد حفظه الله
السلام عليكم ورحمة الله وبركاته وبعد :

فقد أبلغني فضيلة الشيخ عبدالعزيز العمار حفظه الله بما ورد لكم من استفسار عني من قبل المسؤولين ، وأود أن أخبركم حيال ذلك بما يلي :

أولاً : أني مطمئن ولله الحمد بأن ذلك اجراء اعتيادي في مثل هذه الظروف الراهنة حيث قد بلغني كما بلغكم تعرض كثير من الدعاة هناك للسؤال والتوقيف ، وخروجهم من جميع ذلك بسلام ولله الحمد ، بل قد يكون السؤال عني أكثر نظراً لقدمي في المنطقة المؤدي إلى كثرة من يعرفني وتناقل أرقام هواتفي وعناويني وما ينتج عن ذلك من كثرة من يتصل بي للاستفتاء والمساعدة وغير ذلك ممن أعرفهم ومن لا أعرفهم .

ثانياً : أني متأكد إن شاء الله يقيناً من سلامتي وبراءة ساحتي حيث أن أعمالي هناك معروفة معلومة معظمها في المسجد بكل ما يتعلق به من أنشطة وبرامج ونحن على صلة في كل ذلك بمكتب الدعوة في أمريكا وإدارته القائمة ، كما أن صلتي الخاصة محصورة بالمعروفين من الناس وهي مع ذلك محدودة .

ثالثاً : أرى المبادرة بإخبار الجهة المستفسرة بأنه لا مانع لدي في مقابلة المسؤولين – بل إني أؤيد ذلك – وأن أجيب عن جميع استفساراتهم وأبين لهم كل ما يحتاج إلى بيان .

رابعاً : إن أعظم ما يهمني أنتم يا معالي الوزير وغيركم من المسؤولين في الدولة وذلك بأن لا يقع في نفوسكم شيء تجاهي فالأمر لا يعدو كونه إجراء اعتيادي لا يستغرب في مثل هذا الحدث الكبير الذي نستنكره جميعاً .

وختاماً فإني آمل في لقاء معاليكم والأخذ بما توجهون به .
أسأل الله أن يحفظنا جميعاً من كل سوء وأن يتولانا وإياكم بحفظه ورعايته .
والسلام عليكم ورحمة الله وبركاته

كتبه
فهد بن إبراهيم الثميري
/ ٧ / ١٤٢٢ هـ

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 5, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 566**

Sincerely,

Anthony Federico

Anthony Federico
Global Link Language Services, Inc.