# Exhibit 247

## KSA 580

| | |
|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs, Awqaf, Dawah and Guidance<br>The ministry deputy for Mosques Affairs, Dawah and Guidance<br>Deputy Office | No.: 4/1/865<br>Date: 13/8/1422 AH<br>Attachments:<br>Sub.: |

His Eminence the director of Department of human resources May Allah protect him.

Peace, mercy and blessings of Allah

Referring to the administrative decision No. 2773, on: 12/8/1422 AH, Judging to end the deployment of Sheikh / Fahad Ibn Ibrahim Al-Thimiri

To start working on behalf of

I hereby declare that the mentioned employee started work from the end of his leave on 5/7/1422 AH to view and complete the necessary.

Ministry Deputy
For Mosques Affairs, Dawah and Guidance
Abdel-Aziz Ibn Abdullah
(Signed)

KSA0000000580

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
مكتب الوكيل

الرقم: ٨٦٥/١/١/ع
التاريخ: ١٣/٨/١٤٢٢هـ
المشفوعات: ____
الموضوع: ____

فضيلة مدير إدارة شؤون الموظفين سلمه الله

السلام عليكم ورحمة الله وبركاته أما بعد:

فأشير إلى القرار الإداري الخاص برقم ٢٧٧٣ بتاريخ ٢٨/٢/[illegible] القاضي بإنهاء إيفاد الشيخ / فهد بن إبراهيم الثميري مع أنه يباشر عمله بالوكالة.

أفيدكم بأن المذكور باشر العمل اعتباراً من انتهاء إجازته في ٥/٧/١٤٢٢هـ للاطلاع وإكمال ما يلزم

[illegible]

وكيل الوزارة
لشؤون المساجد والدعوة والإرشاد

(توقيع)

عبدالعزيز بن عبدالله العمار

[illegible]

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240104WSW**

**Language**: Arabic > English

**Document title**: KSA 580

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: Farah Alshekhli **Date**: 01/04/2024