# Exhibit 248

## KSA 589

Royal Embassy of
Saudi Arabia
Washington

Hand written text:
Delegation to be extended and his highness is to be notified
1/6

Outgoing Telegram

Telegram No.: 501/9/12 File No.: 9
Date: 2/1/1422 AH / March 27, 2001AD Attachment: None

**Urgent**

His Highness: Sheikh Saleh bin Abdul Aziz Al-Sheikh
The Minister of Islamic Affairs, Endowments, Da'wah and Guidance

We would like to inform you that the King Fahd Mosque in Los Angeles, which is built on the expenses of the Custodian of the Two Holy Mosques, King Abdullah – may Allah keep him safe – is located in a region inhabited by many members of the Islamic community. Whereas Sheikh Fahad al-Thumairy, the mosque Imam delegated by the ministry, has done a good job as an imam and in serving the sons of the community, whether by lectures or lessons, in the past period, and since delegation period is approaching its end,

We hope to extend the delegation of the mosque Imam for a period of two years until the mosque matters are settled because of his knowledge of all the matters. In addition to the vastness of the region, we believe someone should be delegated to assist him, and so that they can cooperate together in managing the affairs of the mosque with a focus on giving lessons and lectures in the mosque and in Los Angeles and the surrounding areas. Please inform us with the actions taken in this regard.

With our warm greetings

Bandar bin Sultan bin Abdul-Aziz
Ambassador of the Custodian of the Two Holy Mosques
to the United States of America

~~CONFIDENTIAL~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000000589

Royal Embassy of
Saudi Arabia
Washington

سفارة المملكة العربية السعودية
واشنطن

**برقية صادرة**

١٢

رقم البرقية ٥٠١ / ٩ /

رقم الملف

التاريخ ٢ / ١ / ١٤٢٢

المرفقات:

" عاجلـــــه "

معالـي الشيخ صالـح بن عبدالعـزيز آل الشيخ

وزيـر الشـؤون الإسلامية والأوقاف والدعوة والإرشاد

تـود إحاطـة معاليكم بأن مسجد الملك فهد في لوس أنجليس والذي بُني على نفقـة مـولاي خـادم الحرمين الشـريفين ، يحفظـه الله ، يقـع فـي منطقـة يقطنها كثير من أبناء الجاليـة المسلمة ، وحيـث أن موفـد الوزارة ، الشيخ / فهد الثميري ، إمام المسجد قد قام بدور مشكور في الإمامـة وفي خدمـة أبناء الجالية سواء بالمحاضرات أو الدروس فـي الفترة الماضية ونظراً لإقتراب مـدة نهاية إيفاده ،

فإننـا نأمـل من معاليكـم التمـديد لـه لمدة سـنتين حتى تستقر أمـور المسجد نظراً لمعرفته وإحاطته بكل أموره ، ولإتساع المنطقة فإننـا نرى إيفـاد أحد المساعدين لـه حتى يتعاونا معـا في تسـيير أمور المسجد مع التركيز على إقامـة الدروس والمحاضرات في المسجد وفي مدينة لوس أنجليس والمنـاطق المحيطة بهـا (فاصلـه) وإفادتـنا بما يتخـذ بهذا الصدد (فاصلـه)

،،مـع خالـص تحياتنــــا،،

بنــدر بن سلطان بن عبدالعــزيز
سـفير خـادم الحرميـن الشـريفين
لـدى الولايات المتحـدة الأمريكيـة

سفارة المملكة العربية السعودية
ROYAL EMBASSY OF SAUDI ARABIA WASHINGTON, D.C.
واشنطن

وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الوزير
١٥٥
١٤٢٢/٢/٣

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03-MDL-1570.~~

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 5, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 589**

Sincerely,

Anthony Federico

Anthony Federico
Global Link Language Services, Inc.