# Exhibit 249

## KSA 597

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
General Administration for Administrative and Financial Affairs
Personnel Affairs Department

No. 13/98
Date: 15/01/1417 AH
(June 2, 1996 AD)
Attachments: ----
Work Commencement Date: ----
Subject: ----

Name: Fahad Ibrahim Abdullah al Thumairy
Job: Guide
Rank and Number: 8/113
Agency: The Da'wah Office in America

Director of the Records Division
May the peace, mercy, and blessings of Allah be upon you.

Pursuant to Order No. 3456, dated 24/12/1416 AH (May 13, 1996 AD), issued to delegate the person whose name and job are mentioned above as of the date of commencing work; and
Based on the letter of the Director of the Da'wah Office in America, No. 3, dated 05/01/1417 AH (May 23, 1996 AD), indicating that the said person started work as of 04/01/1417 AH (May 22, 1996 AD),
We hope that you would approve this and mark it in the records.
May the peace of Allah be upon you.

[Handwritten Signature: *Al Atiq*]

Director of Personnel Affairs Department
Mohamed bin Abdullah Al Mazru
[*Handwritten Signature*]

KSA0000000597

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
الادارة العامة للشؤون الادارية والمالية
ادارة شؤون الموظفين

الرقم : ٩٨ / ١٣ /
التاريخ : ١٥ / ١ / ١٤١٧هـ
المرفقات
تاريخ مباشرة العمل

الموضوع

الاسم :فهد ابراهيم عبدالله الثميري الوظيفه :مرشد

المرتبة والرقم :١١٣/٨ الجهة :مكتب الدعوه بامريكا

المكرم /مدير شعبة السجلات
السلام عليكم ورحمة الله وبركاته ... وبعد،،،،

الحاقاً للقرار ذي الرقم ٣٤٥٦ المؤرخ في ١٤١٦/١٢/٢٤هـ الصادر بإيفاد المحرر اسمه ووظيفته أعلاه اعتباراً من تاريخ مباشرته العمل .

وبناء على خطاب مدير مكتب الدعوه بامريكا ذي الرقم ٣ والمؤرخ في ١٤١٧/١/٥هـ المتضمن ان المذكور باشر العمل اعتباراً من ١٤١٧/١/٤هـ .

نأمل اعتماد ذلك والتأشير في السجلات .

والسلام عليكم ،،،،

مدير ادارة شئون الموظفين

محمد بن عبدالله المزروع



~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~

KSA0000000597

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210212_BJS

**Language**: Arabic

**Document title**: KSA0000000597

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminololgy

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 17, 2021 16:08 CST)

**Date**: Feb 17, 2021