# Exhibit 250

## KSA 600

Kingdom of Saudi Arabia
General Civil Service Bureau
Promotions and Transfer Department
Division of Exempted Jobs and Transfer

Subject:
NOMINATION FOR
AN EXEMPTED JOB

| | | | |
|---|---|---|---|
| Name | Fahad Ibrahim Abdullah al Thumairy | | |
| Academic Degree | Master's Degree in Sharia Policy from Judiciary Higher Institute, 1416 AH (1995 AD) | | |
| Information about the job he shall be hired for | | | |
| Job Title | Guide | No. | 113 |
| Rank | 8 | Code | 7010608 |
| Headquarters | The Da'wah Office in the United States of America | | |

His Excellency Director General of the Administrative and Financial Affairs at the Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance

May the peace, mercy, and blessings of Allah be upon you.

This is with reference to your letter No. 5478, dated 17/09/1416 AH (February 07, 1996 AD), requesting the General Office's opinion on nominating the person named above because the job he is nominated for is exempted from the competition requirement pursuant to Clause M of Article 37/3 of the civil service law's executive rules.

Please note that after examining the nomination documents of the person named above, it was evident that he meets the terms of taking the job he is nominated for. He meets the suitable academic degree, and he passed the interview made by the committee interviewing the propagators. The Ministry of Justice approved to clear him in accordance with the letter of His Excellency the Ministry's Undersecretary, No. 1480, dated 06/05/1416 AH (October 01, 1995 AD).

Therefore, the General Office has the same opinion and approves nominating him provided he is fluent in one of the foreign languages. He shall start the new job for which he is nominated at the headquarters and shall provide the General Department of Information at the General Office with a copy of the order and work commencement. For your review.

Kindest regards,
[Handwritten Signature: *Al Faisal*]
23/09 AH

Director General of Civil Service
Abdel Rahman bin Abdullah Al Zuman
[*Handwritten Signature*]

No. 35876/13 Date: 24/[*Illegible*]/1416 AH Attachments: None

Tel. 402-6666 Telex: CIVIL SJ – 402465 Fax: 405-6258 P.O. Box 18367 Riyadh 11114 Kingdom of Saudi Arabia

KSA0000000600

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

الموضـــــوع : ترشيح على وظيفة مستثناة .

إدارة الترقيات والنقل

شعبة الوظائف المستثناة والنقل

| | | | |
|---|---|---|---|
| الاسم | فهد ابراهيم عبدالله الثميري | | |
| المؤهل العلمي | ماجستير في السياسة الشرعية من المعهد العالي للقضاء لعام١٤١٩هـ | | |
| معلومات عن الوظيفة المطلوب التعيين عليها | | | |
| مسمى الوظيفة | مرشد | رقمها | ١١٣ |
| مرتبتهـــا | ٨ | رمزها | ٧٠١٠٦٠٨ |
| مقرها | مكتب الدعوه بالولايات المتحدة الأمريكية | | |

سعادة المدير العام للشئون الادارية والمالية بوزارة الشئون

الاسلامية والاوقاف والدعوة والارشاد المحترم

السلام عليكم ورحمة الله وبركاته ..

نشير إلى خطابكم رقم ٥٤٧٨ وتاريخ ١٤١٩/٩/١٧هـ المتضمن طلب رأي الديوان في ترشيح الموضح اسمه أعلاه لكون الوظيفة المرشح لها مستثناة من شرط المسابقة بموجب الفقره (م) من المادة (٣/٣٧) من اللائحة التنفيذية لنظام الخدمة المدنية.

نفيدكم أنه بدراسة مسوغات الترشيح تبين أن المذكور تتوفر لديه شروط شغل الوظيفة المرشح لها إنطلاقاً من توفر التأهيل العلمي المناسب لها واجتيازه المقابلة المجراه له من قبل لجنة مقابلة الدعاه وموافقة وزارة العدل على اخلاء طرفه بموجب خطاب سعادة وكيل الوزاره رقم ١٤٨٠ في ١٤١٩/٥/٦هـ.

لذا فإن الديوان يشارككم الرأي بالموافقه على ترشيحه شريطة اجازة احدى اللغات الأجنبية الجيه وأن يباشر مهام الوظيفة المرشح لها بمقرها مع تزويد الإدارة العامة للمعلومات بالديوان بصورة من القرار والمباشرة .نأمل الإحاطة .

وتقبلوا تحياتنا ،،

مدير عام الخدمـــــة

عبدالرحمن بن عبدالله الزومان

الرقـــم: ٣٥٨٧٦ / ١٩١ التاريخ: ٢٤ / ١١ / ١٤١٩ المشفوعات: مزودنه

تليفون: ٦٦٦٦ - ٤٠٢ - تلكس: CIVIL SJ - ٤٠٢٤٦٥ فاكس: ٦٢٥٨ - ٤٠٥ - ص.ب: ١٨٣٦٧ - الرياض ١١١١٤ المملكة العربية السعودية



~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210212_BJS

**Language**: Arabic

**Document title**: KSA0000000600

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminololgy

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 17, 2021 16:07 CST)

**Date**: Feb 17, 2021