# Exhibit 251

## KSA 605

Kingdom of Saudi Arabia
[*Illegible Ref. Number*]
Office of the Council of Ministers

[*Emblem of Saudi Arabia*]

No. 18315
Date: 12/09/1422 AH
(November 28, 2001 AD)
Attachments: ----

**TELEGRAM**

(Confidential and Urgent)

His Excellency Minister of Islamic Affairs, Endowments, Da'wah, and Guidance
Copy to His Royal Highness Minister of Interior
Copy of His Royal Highness Minister of Foreign Affairs

This is with reference to your Telegram No. 1/2/1050/S, dated 18/08/1422 AH (November 05, 2001 AD), stating that Sheikh Fahad al Thumairy, who is delegated by the Ministry to America to work in the field of Da'wah, was notified not to travel there now. This is also with reference to the Telegram of His Highness Minister of Foreign Affairs, No. 97/20/115127/1, dated 09/09/1422 AH (November 25, 2001 AD) (of which a copy was sent to you), about what we received from our Embassy in Washington, D.C. that the mentioned person may return to resume his work after having ascertained that he is clear. The Embassy thinks it is important for him to return and resume his work as the Imam of the mosque during this holy month. No objection. Please do what is required.

[*Handwritten Signature*]

Fahd bin Abdel Aziz
Prime Minister

[**SEAL**: *Office of the Council of Ministers, Telegrams*]

Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Minister's Confidential Office
No. 2098
Date: 13/09/1422 AH (November 29, 2001 AD)
Attachments: ----

KSA0000000605

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

الرقم ١٨٢١٥
التاريخ ١٩/٩/١٤٢٢
المرفقات

# برقيه

(سرية وعاجلة)

معالي وزير الشئون الإسلامية والأوقاف والدعوة والإرشاد
نسخة لصاحب السمو الملكي وزير الداخلية
نسخة لصاحب السمو الملكي وزير الخارجية

نشير إلى برقيتكم رقم ١/٢/١٠٥٠/س وتاريخ ١٤٢٢/٨/١٨هـ المتضمنة انه تم إبلاغ الشيخ/ فهد الثميري الموفد من قبل الوزارة إلى أمريكا للدعوة بعدم السفر الى هناك في الوقت الحاضر، كما نشير إلى برقية سمو وزير الخارجية رقم ١/١١٥١٢٧/٢٠/٩٧ وتاريخ ١٤٢٢/٩/٩هـ (المعطى لكم صورة منها) بشأن ما ورد من سفارتنا في واشنطن بأن المذكور يمكنه العودة لمباشرة عمله بعد ان تبين انه ليس عليه شبهة، ورأي السفارة ضرورة عودته لمواصلة عمله لإمامة المسجد خلال هذا الشهر الكريم (فاصلة) لامانع من ذلك .. فأكملوا مايلزم بموجبه.،،،،

فهد بن عبدالعزيز

رئيس مجلس الوزراء

ديوان رئاسة مجلس الوزراء
البرقيات

الرقم: ٢٠٩٨
التاريخ: ٩/١٣ ... ٢٢ ١٤هـ
المرفقات: —

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

KSA0000000605

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Document titles**:
KSA0000000550
KSA0000000551
KSA0000000556
KSA0000000557
KSA0000000558
KSA0000000559
KSA0000000560
KSA0000000561
KSA0000000564
KSA0000000565
KSA0000000566
KSA0000000568
KSA0000000603
KSA0000000604
KSA0000000605
KSA0000001241
KSA0000001253
KSA0000001274
KSA0000001275
KSA0000001334
KSA0000002614
KSA0000002670
KSA0000002671
KSA0000002676
KSA0000002686

**Language:** Arabic > English

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience

**Signed**: Farah Alshekhli

**Date**: September 11, 2018