# Exhibit 252

## KSA 710

Kingdom of Saudi Arabia [Stamp]

Ministry of Defence and Aviation

Civil Aviation Presidency

No.: 7/4/1/128 Date: 4/1/1417 AH Attachments:

Omar Ahmed Mustafa Al Bayoumi – Accountant 8th 86 – Air Passages Engineering

Assistant President of Civil Aviation has, upon the powers given to him and further to the administrative resolution No. 7/4/1/732 dated 26/01/1416 AH of seconding the employee whose identity is explained above to work with Dallah Affeco Company (DATAC) for one year from 8/1/1416 AH renewable and with reference to the application submitted by DATAC requiring in which to extend the secondment of the said employee to work with them for another year from 8/1/1417 AH and pursuant to the principle of cooperation between the private and public sectors and subject to the approval of HH Assistant Secretary of Defence and Aviation and General Inspector of Civil Aviation Affairs in his letter No. 1/1/4/7/3/2640 dated 26/12/1416 AH and pursuant to paragraphs of Article 29 of Civil Service Law, we

(decided the following)

1. Extend the secondment of the employee Omar Ahmed Mustafa Al Bayoumi whose identity is explained above to work with DATAC for another year and the entity to which he will be seconded shall be responsible for his functional rights such as salaries, allowances, etc.
2. The secondment shall be effective from 8/1/1417 AH and his salaries and allowances shall be suspended from the Residency till he returns back to his work. The said employee shall, during the period of his secondment, pay the retirement returns for his main position and any increases to the same.
3. This resolution shall be served to the necessary people to approve its execution.

Assistant Head of Civil Aviation

Abdulaziz bin Abdul Kareem Al Anqari

(Signed)

3/4

Copy to:

General Civil Service Bureau (Information General Department)

HE General Manager of Air Passages Engineering.

HE Is managing Director of DATAC

HE Director of Administrative Development Department

Planning and Budget Department / Administrative Development

Promotions Department/ Employees/Employment Department

His file with basis

KSA0000000710

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم: ١٢٨/١/٤/٧ التاريخ: ١٤١٧/١/٩هـ المرفقات: ...........

عمر احمد مصطفى البيومي محاسب الثامنه ٨٦ هندسة الممرات الجويه

ان رئيس الطيران المدنى
بناء على الصلاحيه الممنوحه له. والحاقا للقرار الادارى رقم ٧٣٢/١/٤/٧ في ١٤١٦/١/٢٦هـ والقاضى باعارة الموظف الموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه واحدة اعتبارا من ١٤١٦/١/٨هـ قابله للتمديد . وبالاشاره الى الطلب المقدم من شركة افكو دله والذى تطلب فيه تمديد اعارة الموظف المذكور للعمل لديهم ولمدة سنه أخرى اعتبارا من ١٤١٧/١/٨هـ وعملا من مبدأ التعاون المتبادل بين القطاعات العامه والقطاعات الخاصه. واستنادا الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدنى بخطابه رقم ٢٦٤٠/٣/٧/٤/١/١ في ١٤١٦/١٢/٢٦هـ على تمديد اعارة خدمات الموظف المذكور ولمدة سنه أخرى قابله للتمديد وتمشيا مع فقرات المادة (٢٩) من نظام الخدمه المدنيه فاننا :-

( نقرر مايلى )

١- تمديد اعارة الموظف / عمر احمد مصطفى البيومي والموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه أخرى قابله للتمديد على ان تتحمل الجهه المعار اليها جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها.
٢- تعتبر الاعاره سارية المفعول اعتبارا من ١٤١٧/١/٨هـ وتقطع رواتبه وبدلاته من الرئاسه حتى عودته للعمل وعلى الموظف المذكور ان يؤدى خلال فترة اعارته العائدات التقاعديه على رواتب وظيفته الاصليه ومايطرأ عليها من زيادة.
٣- يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه.

رئيس الطيران المدنـــى
د/ علي عبدالرحمن الخليـف

٤/٣

صوره مع التحيه لديوان الخدمه المدنيه/ الادارة العامه للمعلومات .
صوره لسعادة مدير عام هندسة الممرات الجويه .
صوره لسعادة العضو المنتدب لشركة افكو دله .
صوره للتخطيط والميزانيه/ للتطويـر الادارى .
صوره للترقيات/ صوره لشئون الموظفين/ التوظيف.
صوره للملف مع الاساس .

PUBLIC FILING

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 5, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 710**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.