# Exhibit 253

## KSA 1019

P.O. Box 430 Jeddah, 21411
Kingdom of Saudi Arabia
Tel: 6710000
Telex: 601492 AVCO SJ
Commercial Reg. No. 20442
Paid in Capital: 10.000.000 SR

No. M M / H G / 96 / 23

Date: 15/11/1416 Hijri

Corresponding to 4/3/1996 AD

His Excellency the President of Civil Aviation

Peace, mercy, and blessings of God,

Referring to our previous letter dated 24/12/1415 Hijri, corresponding to 5/24/1995 AD regarding the secondment of Mr. Omar Ahmed Mustafa Al Bayoumi - as an accountant, based on the cooperation between the public and private sectors.

We are seeking your approval to extend the secondment of the person above to work for us for another year starting from 8/1/1417 Hijri

Thank you for your kind cooperation ... and accept our greetings and appreciation for your efforts

[Signature]
Anas Ismail Habis
Managing Director

[*Seal*]

Administrative Communication Center
Section: Assistant of Chief
ID: 28915
Date: 25/11/1416
Signature: [*Signature*]

KSA0000001019

بسم الله الرحمن الرحيم

P. O. Box 430 JEDDAH, 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 401482 AVCO SJ
COMMERCIAL REG. No.20442
PAID IN CAPITAL 10.000.000 SR.

دلة أفكو dallah AVCO
عبر البلاد العربية TRANS ARABIA
شركة ذات مسؤولية محدودة LIMITED LIABILITY COMPANY

ص.ب ٤٣٠ جدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
تلكس : ٤٠١٤٨٢ آفكو اس جي
س. ت رقم ٢٠٤٤٢
رأس المال المدفوع ١٠,٠٠٠,٠٠٠ ريال سعودي

ع ٣٣٣/٩٦/٤٢

التاريخ : ١٤١٦/١١/١٥هـ
الموافق : ١٩٩٦/٤/٣م

معالي رئيس الطيران المدني الموقر

السلام عليكم ورحمة الله وبركاته ،

بالإشارة إلى خطابنا السابق بتاريخ ١٤١٥/١٢/٢٤هـ الموافق ١٩٩٥/٥/٢٤م بخصوص إعارة السيد/ عمر أحمد مصطفى البيومي - بوظيفة مشرف حسابات وذلك بناء على التعاون القائم بين القطاع الحكومي والخاص.

نأمل موافقة معاليكم على تمديد فترة إعارة المذكور للعمل لدينا لمدة عام آخر إعتباراً من ١٤١٧/١/٨هـ.

شاكرين لمعاليكم حسن تعاونكم . . . وتقبلوا تحياتنا ومقدرين جهودكم ،،،،

أنس إسماعيل حابس
العضو المنتدب

الإتصالات الإدارية
جهة الإحالة :
الرقم :
التاريخ :
التوقيع :

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 5, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 1019**

Sincerely,

Anthony Federico

Anthony Federico
Global Link Language Services, Inc.