# Exhibit 254

## KSA 1168-73

In the name of Allah, the Gracious, the Merciful

[**Handwriting**: *File 2/1 – 1416 – 1417 AH (1995, 1996, 1997 AD)*]
Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques, Da'wah, and Guidance Affairs
Da'wah General Department Abroad

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. 204/4/1S
Date: 27/11/1417 AH
(April 05, 1997 AD)
Attachments: 6
Subject: ----

**CONFIDENTIAL AND URGENT**

His Eminence the Advisor supervising the Confidential and Private Office of His Eminence the Minister, may Allah protect him

May the peace, mercy, and blessings of Allah be upon you.

I ask Allah to help and assist you.

This is with reference to your letter No. 1/2/790/S, dated 09/10/1417 AH (February 17, 1997 AD), about the request of His Eminence the Minister, may Allah bless him, to be provided with the Agency's plans regarding the Saudization of propagators working at the Da'wah offices abroad, especially in the Arab Gulf countries, and his request to be provided with a statement of contractors in this field and their workplace.

Kindly note that this Agency seeks to delegate the Saudi propagators abroad consistent with the Ministry's mission and in implementation of the wish of officials in the country as follows:
First: The Ministry delegated the following to the Arab Gulf countries:

| | Name | Job Title | Rank and No. | Country |
|---|---|---|---|---|
| 1 | Mansour bin Ismail Al Ismail | Guide | Rank 6/234 | Bahrain |
| 2 | Abdullah bin Abdel Rahman Al Anqary | Guide | Rank 7/228 | Qatar |
| 3 | Suleiman bin Abdel Rahman Al Issa | Preacher | Rank 7/232 | Qatar |
| 4 | Said bin Ahmed Suleiman | Contractor | | Yemen |



~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques, Da'wah, and Guidance Affairs
Da'wah General Department Abroad

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. ----
Date: ----
Attachments: ----
Subject: ----

[*This is*] in addition to Their Eminence Directors of the Da'wah offices in the Gulf, who undertake Da'wah and guidance plus their administrative duties, namely:

| | Name | Rank and No. | Job |
|---|---|---|---|
| 1 | Ibrahim bin Ibrahim al Turki | Level 5/7 | Director of the Dubai Office |
| 2 | Saleh bin Mohamed al Nwegem | Rank 8/118 | Director of the Bahrain Office |
| 3 | Abdel Ilah Mubarak al Dosary | Rank 10/94 | Director of the Umm al-Quwain Office |
| 4 | Ibrahim bin Saad al Shuqayran | Rank 9/95 | Director of the Fujairah Office |

Also, the Ministry's Agency, represented in the Da'wah Department in the Gulf, supervises (3) propagators affiliated with His Eminence the Mufti in the Gulf countries and (7) propagators in Yemen.

This is in addition to the Ministry's (non-Saudi) official propagators according to the statement enclosed herewith. They are (130) propagators in the Gulf countries and (35) propagators in Yemen.

Second: The Ministry delegated the following to Asia:

| | Name | Job | Workplace |
|---|---|---|---|
| 1 | Saad bin Abdel Rahman al Haseen | Contractor and working as | Religious attaché in Jordan |
| 2 | Abdel Rahman bin Abdullah al Saidy | Preacher Rank 7/182 | Director of the Pakistan Office |
| 3 | Abdel Rahman bin Saad al Zer | Level 6 (Seconded) | Director of the Malaysia Office |
| 4 | Gharmallah bin Ali bin Abdullah al Ghamdy | Rank 10/58 | Religious attaché in Jakarta |



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques,
Da'wah, and Guidance Affairs
Da'wah General Department Abroad

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. ----
Date: ----
Attachments: ----
Subject: ----

They undertake the Da'wah work in addition to their administrative and supervisory duties.

Also, the Ministry's Agency, represented in the Da'wah Department in Asia, supervises (172) propagators affiliated with the Office of His Eminence the Mufti in addition to the Ministry's (non-Saudi) official propagators according to the statement enclosed herewith. They are (499) propagators.

Third: The Ministry delegated the following to Africa:

| | **Name** | **Job** | **Rank and No.** | **Workplace** |
|---|---|---|---|---|
| 1 | Dr. Abdullah bin Saaf al Lehiani | Propagator | 10/82 | Director of the Sudan Office |
| 2 | Ali bin Rashed al Qabas | Propagator | 10/42 | Director of the Zambia Office |
| 3 | Mohamed bin Abdullah al Aatty | Propagator | 9/76 | Director of the Mauritania Office |
| 4 | Faheed bin Mohamed al Barqi | Propagator | 9/60 | Director of the Djibouti Office |



~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA000001170

PUBLIC FILING

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques,
Da'wah, and Guidance Affairs
Da'wah General Department Abroad

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. ----
Date: ----
Attachments: ----
Subject: ----

They undertake the Da'wah work in addition to their administrative and supervisory duties.

Also, the Ministry's Agency, represented in the Da'wah Department in Africa, supervises (447) propagators affiliated with the Office of His Eminence the Mufti in addition to the Ministry's (non-Saudi) official propagators according to the statement enclosed herewith. They are (507) propagators.

Fourth: The Ministry delegated 10 Saudis to Europe, America, and Australia, namely:

| | Name | Job | Rank and No. | Country |
|---|---|---|---|---|
| 1 | Abdel Rahman bin Mohamed al Balehi | Guide | 8/115 | America |
| 2 | Fahd bin Ali al Salhem | Guide | 8/111 | America |
| 3 | Mohamed bin Abdel Latif al Shadeed | Guide | 8/92 | America |
| 4 | Ahmed bin Said al Assiri | Teacher | Rank 3/9 | America |
| 5 | Khaled bin Abdel Aziz al Muqren | Propagator | 9/59 | America |
| 6 | Fahad bin Ibrahim al Thumairy | Guide | 8/113 | America |
| 7 | Mohamed bin Hamad al Mashawah | Propagator | 7/61 | Britain |
| 8 | Ahmed bin Abdel Ilah al Abeed | Guide | 5/267 | Britain |
| 9 | Abdullah bin Saad al Urefi | Propagator | 8/80 | Britain |
| 10 | Jaman bin Abdullah al Ghamdi | Propagator | 9/92 | Britain |



~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques,
Da'wah, and Guidance Affairs
Da'wah General Department Abroad

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. ----
Date: ----
Attachments: ----
Subject: ----

[*This is*] in addition to Their Eminence Directors of the offices and attachés, namely:

| | Name | Rank and No. | Job |
|---|---|---|---|
| 1 | Khaled bin Ibrahim al Sowailem | 12/16 | Director of the America Office |
| 2 | Mohamed bin Ibrahim al Rabeah | 10/138 | Director of the Britain Office |
| 3 | Abdel Aziz bin Abdullah Al Mutrek | 10/49 | Director of the Canada Office |
| 4 | Saad bin Abdel Aziz al Safyian | Contractor | Religious attaché in Turkey |
| 5 | Ahmed bin Mohamed al Dabian | Lecturer/1 | Religious attaché in Germany |
| 6 | Abdel Rahman al Issa | Assistant Professor | Supervisor of propagators in France |

Also, the Ministry's Agency, represented in the Da'wah Department in Europe, America, and Australia, supervises (36) propagators affiliated with the Office of His Eminence the Mufti in addition to the Ministry's non-Saudi official propagators according to the statement enclosed herewith. They are (109) propagators.

Also, the Ministry nominated seven Saudis and is preparing and training them before delegation, namely:

| | Name | Rank and No. | Country |
|---|---|---|---|
| 1 | Abdel Lateef bin Saleh al Amer | 7/184 | America |
| 2 | Ibrahim bin Abdullah al Sayel | 7/196 | Britain |
| 3 | Adel bin Mohamed al Sadhan | 7/86 | Italy |
| 4 | Sulaiman bin Batel al Batley | 7/187 | America |
| 5 | Ahmed bin Ibrahim al Yahia | 7/181 | The Netherlands |
| 6 | Abdel Rahman bin Mohamed Makki al Jabri | 8/114 | Canada |
| 7 | Ibrahim bin Suleiman al Negheshmi | 8/118 | India |



~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques, Da'wah, and Guidance Affairs
Da'wah General Department Abroad

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. ----
Date: ----
Attachments: ----
Subject: ----

The Ministry spares no effort in sending propagators abroad with diligent accuracy to place the appropriate person in the appropriate workplace.

Kindly find enclosed herewith a statement of the official (contracting) propagators working abroad and their workplace according to the wish of His Eminence.

May the peace, mercy, and blessings of Allah be upon you.

[*Handwritten Signature*]

Undersecretary for Mosques, Da'wah, and Guidance Affairs
Ali bin Fahd al Gaith
[*Handwritten Signature*]

A. Al Zahrani/481

Riyadh – King Abdul Aziz Road – Code Number: 11232 – Tel. 4730401 Fax: 4772938

[Duplicate Text]

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA000001173

بسم الله الرحمن الرحيم

١٤١٦ - ١٤١٧

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
الإدارة العامة للدعوة في الخارج

الرقم : ٤٠٠٤/١/ج ن
التاريخ : ١١/١١/١٤١٧هـ
المشفوعات : ــ
الموضوع :

# سري وعاجل

فضيلة المستشار المشرف على المكتب السري والخاص لمعالي الوزير سلمه الله

السلام عليكم ورحمة الله وبركاته أما بعد :

فأسأل الله لفضيلتكم العون ودوام التوفيق .

وأشير إلى كتابكم ذي الرقم ٢/١/٧٩٠/س المؤرخ في ٩/١٠/١٤١٧هـ حول رغبة معالي الوزير ـ حفظه الله ـ تزويده بخطط الوكالة فيما يتعلق بسعودة الدعاة العاملين في مكاتب الدعوة في الخارج وخاصة في دول الخليج العربي ورغبته ـ حفظه الله ـ في بيان بالمتعاقدين في هذا المجال وأماكن أعمالهم .

عليه أفيدكم أن هذه الوكالة ساعية في بعث الدعاة السعوديين إلى الخارج وهي تعمل ذلك إمتدادا لرسالة الوزارة وتنفيذاً لرغبة المسؤولين في الدولة وفق التالي : ــ

**أولاً** : أوفدت الوزارة إلى دول الخليج العربي مايلي :

| . | الإســـم | مسمى الوظيفة | المرتبة ورقمها | الدولة |
|---|---|---|---|---|
| ١ | منصور بن إسماعيل السماعيل | مرشداً | م ٩/٢٣٤ | ( البحرين ) |
| ٢ | عبدالله بن عبدالرحمن العنقري | مرشداً | م ٧/٢٢٨ | ( قطر ) |
| ٣ | سليمان بن عبدالرحمن العيسى | واعظاً | م ٧/٢٣٢ | ( قطر ) |
| ٤ | سعيد بن أحمد سليمان | متعاقداً | | ( اليمن ) |

الرياض - طريق الملك عبد العزيز - الرمز البريدي ١١٢٣٢ سنترال الوزارة ٤٧٣٠٤٠١ - فاكس ٤٧٧٢٩٣٨
Riyadh - King Abdul Aziz Road - Code Number : 11232 - Tel. : 4730401 Fax : 4772938



~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون الدعوة والإرشاد
الإدارة العامة للدعوة في الخارج

الرقم :
التاريخ :
المشفوعات :
الموضوع :

بالإضافة إلى أصحاب الفضيلة مديري مكاتب الدعوة في الخليج والذين يقومون بالدعوة والإرشاد إضافة إلى أعمالهم الإدارية وهم :

| | الاســـم | المرتبة ورقمها | الوظيفة |
|---|---|---|---|
| ١ | إبراهيم بن إبراهيم التركي | وهو على المستوى الخامس /٧ | مديراً لمكتب دبي |
| ٢ | صالح بن محمد النويجم | وهو على م ١١٨/٨ | مديراً لمكتب البحرين |
| ٣ | عبدالإله مبارك الدوسري | وهو على م ٩٤/١٠ | مديراً لمكتب أم القيوين |
| ٤ | إبراهيم بن سعد الشقيران | وهو على م ٩٥/٩ | مديراً لمكتب الفجيرة |

كما تقوم الوكالة ممثلة في إدارة الدعوة في الخليج بالإشراف على ( ٣ ) من الدعاة على حساب سماحة المفتي في دول الخليج و ( ٧ ) دعاة في دولة اليمن .
بالإضافة إلى دعاة الوزارة الرسميين (من غير السعوديين) حسب البيان المرافق وعددهم (١٣٠) داعية في دول الخليج و (٣٥) داعية في دولة اليمن .

ثانياً : أوفدت الوزارة إلى قارة آسيا كلاً من :

| | الاســـم | الوظيفة | العمل |
|---|---|---|---|
| ١ | سعد بن عبدالرحمن الحصين | متعاقداً ويعمل | ملحقاً دينياً بالأردن |
| ٢ | عبدالرحمن بن عبدالله السعيدي | واعظاً م ١٨٢/٧ | مديراً لمكتب باكستان |
| ٣ | عبدالرحمن بن سعد الزير | المستوى السادس (معار) | مديراً لمكتب ماليزيا |
| ٤ | غرم الله بن علي بن عبدالله الغامدي | م ٥٨/١٠ | ملحقاً دينياً بجاكرتا |

الرياض – طريق الملك عبد العزيز – الرمز البريدي ١١٢٣٢ سنترال الوزارة ٤٧٣٠٤٠١ – فاكس ٤٧٧٢٩٣٨
Riyadh - King Abdul Aziz Road - Code Number : 11232 - Tel. : 4730401 Fax : 4772938



~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
الإدارة العامة للدعوة في الخارج

الرقـــــم : ..................
التاريـــخ : ..................
المشفوعات : ..................
الموضوع : ..................

وهم يقومون بالعمل الدعوي إضافة إلى أعمالهم الإدارية والإشرافية .

كما تقوم الوكالة ممثلة في إدارة الدعوة في آسيا بالإشراف على ( ١٧٢ ) داعية من دعاة مكتب سماحة المفتي إضافة إلى دعاة الوزارة الرسميين ( من غير السعوديين ) حسب البيان المرافق وعددهم ( ٤٩٩ ) داعية .

ثالثاً : كما أوفدت الوزارة إلى قارة أفريقيا كلاً من :

| | الإســـــم | الوظيفة | المرتبة ورقمها | العمل |
|---|---|---|---|---|
| ١ | د. عبدالله بن سعاف اللحياني | داعية | ٨٢/١٠ | مديراً لمكتب السودان |
| ٢ | علي بن راشد القباص | داعية | ٤٢/١٠ | مديراً لمكتب زامبيا |
| ٣ | محمد بن عبدالله آل عاتي | داعية | ٧٦/٩ | مديراً لمكتب موريتانيا |
| ٤ | فهيد بن محمد البرقي | داعية | ٩٠/٩ | مديراً لمكتب جيبوتي |

الرياض – طريق الملك عبد العزيز – الرمز البريدي ١١٢٣٢ سنترال الوزارة ٤٧٣٠٤٠١ – فاكس ٤٧٧٢٩٣٨
Riyadh - King Abdul Aziz Road - Code Number : 11232 - Tel. : 4730401 Fax : 4772938



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03-MDL-1570, United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
الإدارة العامة للدعوة في الخارج

الرقـــم : ..................
التاريـــخ : ..................
المشفوعات : ..................
الموضوع : ..................

وهم يقومون بالعمل الدعوي إضافه إلى أعمالهم الإدارية والإشرافية.

كما تقوم الوكالة ممثلة في إدارة الدعوة في أفريقيا بالاشراف على ( ٤٤٧ ) داعية على حساب مكتب سماحة المفتي بالإضافة إلى دعاة الوزارة الرسميين ( من غير السعوديين ) حسب البيان المرافق وعددهم ( ٥٠٧ ) داعية.

رابعاً: أوفدت الوزارة إلى دول أوربا وأمريكا واستراليا عشرة من السعوديين وهم :

| | الإســـم | الوظيفة | المرتبة ورقمها | الدولــة |
|---|---|---|---|---|
| ١ | عبدالرحمن بن محمد البليهي | مرشداً | ١١٥/٨ | أمريكا |
| ٢ | فهد بن علي الصليهم | مرشداً | ١١١/٨ | أمريكا |
| ٣ | محمد بن عبداللطيف الشديد | مرشداً | ٩٢/٨ | أمريكا |
| ٤ | أحمد بن سعيد العسيري | مدرسياً | ٩/٣ م | أمريكا |
| ٥ | خالد بن عبدالعزيز المقرن | داعية | ٥٩/٩ | أمريكا |
| ٦ | فهد بن إبراهيم الشميري | مرشداً | ١١٣/٨ | أمريكا |
| ٧ | محمد بن حمد المشوح | داعية | ٦١/٧ | بريطانيا |
| ٨ | أحمد بن عبدالإله العبيد | مرشداً | ٢٦٧/٥ | بريطانيا |
| ٩ | عبدالله بن سعد العريفي | داعية | ٨٠/٨ | بريطانيا |
| ١٠ | جمعان بن عبدالله الغامدي | داعية | ٩٢/٩ | بريطانيا |



PUBLIC FILING



~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03-MDL-1570, United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
الإدارة العامة للدعوة في الخارج

الرقم :
التاريخ :
المشفوعات :
الموضوع :

بالإضافة إلى أصحاب الفضيلة مديري المكاتب والملحقين وهم :

| | الاســـم | المرتبة ورقمها | العمل |
|---|---|---|---|
| ١ | خالد بن إبراهيم السويلم | ١٦/١٢ | مديراً لمكتب أمريكا |
| ٢ | محمد بن إبراهيم الربيع | ١٣٨/١ | مديراً لمكتب بريطانيا |
| ٣ | عبدالعزيز بن عبدالله المترك | ٤٩/١ | مديراً لمكتب كندا |
| ٤ | سعد بن عبدالعزيز الصفيان | متعاقداً | ملحقاً دينياً بتركيا |
| ٥ | احمد بن محمد الدبيان | معيد / ١ | ملحقاً دينياً بألمانيا |
| ٦ | عبدالرحمن العيسى | أستاذاً مساعداً | مشرفاً على الدعاة بفرنسا |

كما تشرف الوكالة ممثلة في إدارة الدعوة في أوربا وأمريكا واستراليا على (٣٦) داعية على حساب مكتب سماحة المفتي بالاضافة إلى دعاة الوزارة الرسميين من غير السعوديين حسب البيان المرافق وعددهم (١٠٩) داعية.

كما رشحت الوزارة سبعة من السعوديين وتقوم بإعدادهم وتهيئتهم قبل الإيفاد وهم :

| | الاســـم | المرتبة ورقمها | الدولة |
|---|---|---|---|
| ١ | عبداللطيف بن صالح العامر | ١٨٤/٧ | أمريكا |
| ٢ | إبراهيم بن عبدالله الصايل | ١٩٦/٧ | بريطانيا |
| ٣ | عادل بن محمد السدحان | ٨٦/٧ | ايطاليا |
| ٤ | سليمان بن باتل الباتلي | ١٨٧/٧ | أمريكا |
| ٥ | احمد بن إبراهيم اليحيى | ١٨١/٧ | هولندا |
| ٦ | عبدالرحمن بن محمد مكي الجابري | ١١٤/٨ | كندا |
| ٧ | إبراهيم بن سليمان النغيمشي | ١١٨/٨ | الهند |

الرياض – طريق الملك عبدالعزيز – الرمز البريدي ١١٢٣٢ سنترال الوزارة ٤٧٣٠٤٠١ – فاكس ٤٧٧٢٩٣٨
Riyadh - King Abdul Aziz Road - Code Number : 11232 - Tel. : 4730401 Fax : 4772938

PUBLIC FILING

KSA0000001172

~~CONFIDENTIAL~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
الإدارة العامة للدعوة في الخارج

الرقم :
التاريخ :
المشفوعات :
الموضوع :

والوزارة تسعى جاهدة في بعث الدعاة إلى الخارج عموماً وحريصة على توخي الدقة سعياً إلى وضع الشخص المناسب في المكان المناسب.

ونرفق لفضيلتكم بياناً بأعداد الدعاة الرسميين ( المتعاقدين ) العاملين في الخارج وأماكن أعمالهم كما هي رغبة معاليه .

وفق الله الجميع لخدمة الدعوة ولمافيه سعادة المسلمين وصلاح أمرهم .

والسلام عليكم ورحمة الله وبركاته ،،،،،،،،

وكيل الوزارة
لشؤون المساجد والدعوة والإرشاد

علي بن فهد الغيث

ع الزهراني / ٤٨١

الرياض - طريق الملك عبد العزيز - الرمز البريدي ١١٢٣٢ سنترال الوزارة ٤٧٣٠٤٠١ - فاكس ٤٧٧٢٩٣٨
Riyadh - King Abdul Aziz Road - Code Number : 11232 - Tel : 4730401 Fax : 4772938

PUBLIC FILING

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Document titles**:
KSA0000000553
KSA0000000554
KSA0000000569
KSA0000000606
KSA0000000607
KSA0000000612
KSA0000000883
KSA0000000976
KSA0000000995
KSA0000001168
KSA0000001169
KSA0000001170
KSA0000001171
KSA0000001172
KSA0000001173
KSA0000001193
KSA0000001198
KSA0000001207
KSA0000001213
KSA0000001219
KSA0000001228
KSA0000001255
KSA0000001277
KSA0000001287
KSA0000001288
KSA0000001301
KSA0000001302
KSA0000001716
KSA0000002691
KSA0000002692
KSA0000002678
KSA0000002693
KSA0000002845
KSA0000002846
KSA0000002851
KSA0000004294
KSA0000005998
KSA0000005999

**Language:** Arabic > English

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience.

**Signed**: Farah Alshekhli

**Date**: October 10, 2018