# Exhibit 255

## KSA 1204

*In the Name of Allah, the Beneficent, the Merciful*

| | |
|---|---|
| Royal Embassy of<br>Saudi Arabia<br>Washington | |

## **Outgoing Telegram**

Telegram No. 501/94/72/1667 File No. 11

Date: 24/8/1422 AH / (November 11, 2001 AD) Attachments: None

Confidential and urgent

Ministry of Foreign Affairs / Riyadh

Further to our telegram No. 501/94/72/1449, of 2/8/1422 AH / (October 20, 2001 AD), indicating that Sheikh Fahad al-Thumairy, Imam of King Fahd Mosque in Los Angeles, who is currently in Riyadh waiting to return to his work in America, due to the questions asked about him, should wait and not return

We would like to inform you that the said can return to his work directly, knowing that he is known for being stable and loyal to his homeland and that he is far from being a suspect. We also see the it is necessary that he returns now to his work as an Imam at the mosque, especially with the advent of the month of Ramadan. Best regards,

Najdiyah / Washington
(Signed)
11/9/2001 AD

~~CONFIDENTIAL~~
~~This document is subject to a protective order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United states district court for the southern district of new York~~

KSA0000001204

Royal Embassy of Saudi Arabia
Washington

سفارة المملكة العربية السعودية
واشنطن

**برقية صادرة**

رقم البرقية ٥٠١/٩٤/٧٢/١٦٦٦٧
التاريخ ٢٤/٨/١٤٢٢هـ

رقم الملف ١١
المرفقات : بدون

سرية وعاجلة

## الخارجية الرياض

إلحاقاً إلى برقيتنا رقم ٥٠١/٩٤/٢٢/١٤٤٩ وتاريخ ٢/٨/١٤٢٢هـ المتضمنة التريث في عودة الشيخ فهد الثميري إمام مسجد الملك فهد في لوس انجلوس والمتواجد حاليا في الرياض للعودة إلى عمله في امريكا نظرا للسؤال عنه (فاصله) نفيدكم بأنه يمكن للمذكور العودة لمباشرة عمله علما بأنه معروف باتزانه واخلاصه لوطنه وهو بعيد عن الشبهات (فاصله) ونرى ضرورة عودته حاليا حتى يواصل عمله لإمامة المسجد خاصة مع قرب حلول شهر رمضان المبارك (فاصله) أطيب تحياتنا .

بجادية واشنطن
١٩/١١/٢٠٠١م

١٩/١١

ف/بستاني



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03-MDL-1570, United States District Court for the Southern District of New York.~~

KSA0000001204

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000001204

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, Certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 8, 2021 15:21 CST)

**Date**: Feb 8, 2021