# Exhibit 256

## KSA 1234

[Illegible date] 06:49

*Kingdom of Saudi Arabia*
*Islamic Affairs, Endowments, Da'wah and Guidance Office*
*Washington D.C.*

[Logo]

Kingdom of Saudi Arabia
IFTA Office
Washington D.C.

601 New Hampshire Ave., N.W. Washington. D.C. 20037. Tel.: (202)342-3700, Fax: (202) 944-3192

---

Your Highness Prince Bandar bin Sultan Bin Abdul Aziz, Ambassador of the Custodian of the Two Holy Mosques to the United States of America, may Allah protect you,

Peace, Mercy and Blessings of Allah be upon you, Further,

I ask Allah to provide your highness with success and straightforwardness,

In the light of your highness' directives and instructions about the importance of having qualified Saudi Islamic propagators on the Islamic scene in the USA due to the capability, effectiveness and good impact they have on the Muslim communities they work with, the Ministry of Islamic Affairs, Da'wah and Guidance has issued a decision to appoint Sheikh Fahad bin Ibrahim al-Thumairy, holder of master's degree, to work in the USA, in Los Angeles, California, due to the importance of this territory and the lack of official Saudi Islamic propagators in it.

We would like your highness to kindly order the competent officer to register the said person as a member of the Saudi Consulate in Los Angeles to give him diplomatic immunity and formalize his presence so that he can carry out his duties properly. Please note that the said person carries a special passport.

May Allah provide your highness with every success that will promote Islam and Muslims.
Peace, Mercy and Blessings of Allah be upon you!

Director of Da'wah Office in America
[Signature]
Khalid bin Ibrahim al-Sowailem

No.: 108 Date: 02/03/1417 AH / July 8, 1996 AD Enclosures: Nil

~~CONFIDENTIAL~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.



PUBLIC FILING

P.03

Kingdom of Saudi Arabia
IFIA Office
Washington, D.C.

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

صاحب السمو الملكي الأمير بندر بن سلطان بن عبد العزيز
سفير خادم الحرمين الشريفين في الولايات المتحدة الأمريكية حفظه الله
السلام عليكم ورحمة الله وبركاته. أما بعد:
فأسأل الله تعالى لسموكم التوفيق والسداد.

وانطلاقا من توجيهات سموكم الكريم على أهمية وجود الدعاة السعوديين المؤهلين على الساحة الإسلامية في أمريكا لما أثبتوه من قدرة وكفاءة وأثر طيب لدى الجاليات الإسلامية التي يزاولون عملهم بينها. فقد صدر قرار وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد بتعيين الشيخ فهد بن إبراهيم الثميري م٨ من حملة شهادة الماجستير للعمل في أمريكا في مدينة لوس أنجلوس بولاية كاليفورنيا نظرا لأهمية المنطقة وخلو الساحة من الدعاة السعوديين الرسميين.

فأرجو من سموكم الكريم التكرم بالإيعاز لمن يلزم بتسجيل المذكور ضمن منسوبي القنصلية السعودية في لوس أنجلس لإعطائه الحصانة الدبلوماسية ولإضفاء الصفة الرسمية لوجوده حتى يتمكن من مزاولة عمله على الوجه الأمثل علما أنه يحمل جوازا خاصا. وفق الله سموكم لكل خير ورفع بكم شأن الإسلام والمسلمين إنه خير مسؤول.
والسلام عليكم ورحمة الله وبركاته. ،،،،،،

حبر/٢٧٤

مدير مكتب الدعوة في أمريكا
[signature]
خالد بن إبراهيم السويلم

الرقم : ١٠٨
التاريخ : ١٤١٧/٣/٢هـ
المشفوعات : بدون



~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210114_C6D

**Language**: Arabic

**Document title**: KSA0000001234

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, Certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Jan 25, 2021 14:32 CST)

**Date**: Jan 25, 2021