# Exhibit 257

## KSA 1256-57

[*Emblem of Saudi Arabia*]

[*Handwritten Note*]

His Excellency Ambassador Ahmed Abdel Aziz Kattan
Director General of the Office of His Excellency the Ambassador
May the peace, mercy, and blessings of Allah be upon you.

The letter whose draft is attached herewith was sent to the Office of His Excellency the Ambassador in early Dhul Qa'dah AH (July AD) [*No Year Specified in this Date*], and Ministry of Islamic Affairs has not received it yet. Please note that Dr. Majid asked me to inform you about the approval of His Excellency the Ambassador. I have informed brother Azzam before the Hajj "Pilgrimage" season when you were in the Saudi Kingdom. Only four days are left to delegate Shaikh Fahad al Thumairy. For your review. Please accept my sincere regards.

The Office
*I believe that His Excellency has signed this letter. Otherwise, it shall be printed as an urgent telegram and sent today*.
[*Handwritten Signature*]
27/02 AH [*No Year Specified in this Date*]

Musaed al Jarrah
[*Handwritten Signature*]
05/03 AH [*No Year Specified in this Date*]
Islamic Affairs

KSA0000001256

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

11/1421 AH (January 2001 AD)

His Eminence Sheikh Saleh bin Abdel Aziz Al Sheikh, may Allah bless him
Minister of Islamic Affairs, Endowments, Da'wah, and Guidance
May the peace, mercy, and blessings of Allah be upon you.

This is to report to Your Eminence that the King Fahad Mosque in Los Angeles, which was built at the expense of the Custodian of the Two Holy Mosques, may Allah bless him, is located in an area inhabited by many people of the Muslim community. The Ministry's delegate and the mosque's Imam, Sheikh Fahad al Thumairy, did a praised effort in the imamate work and in serving the community through lectures or lessons over the past period, and his delegation term is about to expire.

Therefore, I hope that Your Eminence may extend his delegation for two years until the mosque's situation is stable. He is fully informed and aware of all the mosque's affairs. And given the expanding area, I believe it will be good to delegate an assistant to him, so both may cooperate in managing the mosque's affairs, with focus on delivering lessons and lectures in the mosque, in the city of Los Angeles, and in the neighboring areas.

Kindest regards,
Bandar bin Sultan bin Abdel Aziz
Ambassador of the Custodian of the Two Holy Mosques to the United States of America



~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

سعادة السفير / أحمد عبدالعزيز قطان

مدير عام مكتب صاحب السمو السفير

السلام عليكم ورحمة الله وبركاته وبعد

فنعيد إرسال الخطاب المرفق صورته إلى مكتب صاحب السمو السفير أوائل شهر ذي القعدة ومنذ ذلك لم يصل عندنا الشخص كمراجعة علماً بأنه بالتحديد صاحب طلب مني إبلاغكم بموافقة صاحب السمو بذلك. وقد بلغته للشيخ عزام قبل الحج عندما كنتم في البحرية والشيخ فهد الثميري يبقى على الإفادة أربعة أيام فقط ليطلعكم على ذلك مع خالص تحياته.

المحب

الاعتذار من حيث قد منع هذا الخطاب والاستبعاد طباعته على شكل برقية عاجلة وترسل السلام

ساعد الحاج
٨/١٩
النقد بالهجرية

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000001256

/١١/١٤٢١هـ
/١/ ٢٠٠١م

معالي الشيخ صالح بن عبدالعزيز آل الشيخ حفظه الله
وزير الشؤون الإسلامية والأوقاف والدعوة والارشاد
السلام عليكم ورحمة الله وبركاته وبعد ،،

فأفيد معاليكم بأن مسجد الملك فهد في لوس انجلس والذي بني على نفقة مولاي خادم الحرمين الشريفين حفظه الله، يقع في منطقة يقطنها كثير من أبناء الجالية المسلمة، وحيث أن موفد الوزارة الشيخ فهد الشميري إمام المسجد قد قام بدور مشكور في الإمامة وفي خدمة أبناء الجالية سواء بالمحاضرات أو الدروس في الفترة الماضية ونظراً لأقتراب مدة نهاية إيفاده فإنني آمل من معاليكم التمديد له لمدة سنتين حتى تستقر أمور المسجد نظراً لمعرفته وإحاطته بكل أموره، ولإتساع المنطقة فإننا نرى إيفاد احد المساعدين له حتى يتعاونا معا في تسيير أمورالمسجد مع التركيز على إقامة الدروس والمحاضرات في المسجد وفي مدينة لوس انجلس والمناطق المحيطة بها.

وتقبلوا معاليكم أطيب تحياتي ،،

بندر بن سلطان بن عبدالعزيز

سفير خادم الحرمين الشريفين
لدى الولايات المتحدة الأمريكية

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03-MDL-1570, United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000001256

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 13:59 CST)

**Date**: Feb 7, 2021

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20180802_G7I

**Language**: Arabic > English

**Document title**: KSA0000001257

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: Farah Alshekhli

**Project completed in 2018, Certificate of Translation reissued on:** June 7, 2019