# Exhibit 258

## KSA 1258

In the name of Allah, the Gracious, the Merciful

Ministry of Foreign Affairs
Royal Embassy of Saudi Arabia
Washington, D.C. 20037
Ambassador's Office

Number: 501/7/2/M.S.
Date: 06/03/1419 AH
(June 30, 1998 AD)
Attachments: Check

Copy, with greetings, to His Excellency Brother Khalid Al Assaf
Director of the Office of His Royal Highness Prince Abdul Aziz bin Fahd for Research and Studies, with reference to his letter No. 596/M/7 on 05/03/1419 AH (June 30, 1998 AD)

His Excellency Dr. Khalil bin Abdullah al Khalil
Supervisor of the King Fahad Mosque and Coordinator of the Inauguration Committees

May the peace, mercy, and blessings of Allah be upon you.

With reference to your letter dated 17/02/1419 AH (June 13, 1998 AD), about your receipt of the two checks allocated to the King Fahad Mosque in Los Angeles and the Zamzam Schools, I would like to attach herewith Check No. 104, dated June 30, 1998 AD, with a total amount of 2,000,000.00 (Two Million Dollars). It is the amount allocated to the inauguration of the King Fahad Mosque in Los Angeles.

Please confirm receipt and accept my sincere regards.

Ahmed Abdel Aziz Kattan
[*Handwritten Signature*]
Delegated Minister
June 30, 1998 AD

6/403

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

وزارة الخارجية
سفارة المملكة العربية السعودية في واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037
مكتب السفير

الرقم : ١٠/٥/٧/٢/٣ س
التاريخ : ٦/٣/١٤١٩هـ
الموافق : ٢٠/٦/١٩٩٨م
المرفقات : شيك

صورة مع التحية / لسعادة الأخ خالد العساف
مدير مكتب صاحب السمو الملكي الأمير عبدالعزيز بن فهد
للبحوث والدراسات ، إشارة لخطابه رقم ٥٩٦/م/٧ في ١٤١٩/٣/٥هـ

سعادة الدكتور خليل بن عبدالله الخليل
المشرف على " مسجد الملك فهد " والمنسق للجان الافتتاح

السلام عليكم ورحمة الله وبركاته :

بالاشارة الى خطابكم المؤرخ في ١٤١٩/٢/١٧هـ بشأن استلامكم للشيكين الخاصين بمسجد الملك فهد في لوس أنجليس ومدارس زمزم ٠

يطيب لي أن أبعث طيا الشيك رقم ١٠٤ وتاريخ ٣٠/ يونيه ١٩٩٨م بمبلغ (٢,٠٠٠,٠٠٠) مليوني دولار ، وهو المبلغ المخصص لحفل إفتتاح مسجد الملك فهد في لوس انجليس ٠

راجيا إفادتي بالاستلام ٠٠ وتقبلوا فائق تحياتي ٠٠٠

أحمد عبدالعزيز قطان
الوزير المفوض

٣٩٩٨ ١٦١٧٠

ـ/٩/٣٠٤

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03-MDL-1570,
United States District Court for the Southern District of New York.

PUBLIC FILING

KSA0000001258

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000001258

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 13:59 CST)

**Date**: Feb 7, 2021