# Exhibit 259

## KSA 1260-66

Inauguration of King Fahad's Mosque in Los Angles

In the Name of God Most Gracious Most Merciful

**the minutes of the first meeting of the Preparatory Committee for the opening Ceremony of King Fahad's Mosque in Los Angles**

| | |
|---|---|
| Date: | Monday 8/1/1419 at Nine and Forty Minutes in the Evening |
| Place: | Residence of Shaikh Khalid bin Nassir Al Assaf in Jeddah |

Attendees:

Shaikh Khalid bin Nassir Al Assaf
Shaikh AbdulAziz bin Abdullah Al Ammar
Dr. Mani' bin Hammad Al Jahni
Shaikh Sa'ad bin Abdullah Al Breik
Dr. Khalil bin Abdullah Al Khalil
Dr. Ahmed Saif Al Dein
Shaikh Ibrahim bin Abdullah Al Hussein

The following members regretted the meeting:

Dr. Salih bin Ghanim Al Sadlan "He apologize for not attending due to a previous commitment of traveling to Al Sharqiyah Region"
Dr. Ibrahim bin Mubaraq Al Jweir "He apologize for not attending due to a previous commitment of traveling to Italy"
Shaikh Khalid bin Ibrahim Al Sweilim "He apologize for not attending as he was in America"

Agenda:
- Time and Venue
- The Opening Ceremony
- Program of the Opening Ceremony

KSA0000001260

Inauguration of King Fahad's Mosque in Los Angles

- Dinner Party
- Holding a conference marking the inauguration
- Hold lectures, visits and courses
- Holding International Exhibition
- Media programs
- Select invitees
- Women's participation
- Forming executive committees
- Schedule the second meeting

Dr. Khalil delivered a speech at the beginning of the meeting, thanking His Royal Highness Prince AbdulAziz bin Fahad bin AbdulAzizi for trusting the team in charge of following the construction process of the mosque, and for his care and support to the project. Dr. Khalil also conveyed greetings and appreciation of the committee members to His Royal Highness the Prince for his trusting them. Dr. Khalid also praised the follow up and care efforts made by Shaikh Khalid Al Assaf, as well as the hard work to facilitate the meeting.

Later on, Dr. Khalil went over reading the proposed agenda and explained the worksheet previously prepared for the opening ceremony and the conference. He also read the suggestions of both Dr. Salih bin Ghanim Al Sadlan and Dr. Ibrahim Al Jweir. At the same time, Shaikh AbdulAziz Al Ammar read the suggestions made by Shaikh Khalid Al Sweilim.

**The Agenda was discussed according to the following:**

**First Topic:**

**Inauguration Date**: members of the meeting agreed that Friday 30/5/1419 Hijri 11/9/1998 is a good day for guests to attend, and to give a chance to the committees to complete works assigned to them and finish the final details including furnishing the mosque. They also agreed that the inauguration can be held one week earlier on Friday 13/5/1419 Hijri 4/9/1998 AD, and the inauguration party to be held in the lower hall of the mosque , as the hall is more convenient and spacious.

KSA0000001261

Inauguration of King Fahad's Mosque in Los Angles

**The Second Topic**: The Opening Ceremony
Participants in the meeting agreed that the ceremony would be as the following:
Unveiling
Ceremony speech
Friday prayers
Lunch

**The Third Topic:** the Opening program

Participants in the meeting agreed that the ceremony would be as the following, and some changes can be made as needed:

- Quran reciting
- Speech to be delivered by the General Supervisor of the project and the opening ceremony
- Speech of the Governor
- Speech of the Muslim community to be delivered by Dr. Muzmil Siddiqi. Dr. Siddiqi has a scientific and religious calling rank, accepted by people, and he also graduated from the Islamic University, one of the famous religious instructors in the Kingdom, and one of the immigrants from the Indian subcontinents.
- Speech of the Muslim Americans to be delivered by Imam Wraith Ad Deen Mohammed, as he represents most of the black Muslims and has good relations with the Kingdom
- Speech of the Muslim World League to be delivered by the Secretary General of the League Dr. Abdullah bin Salih Al Obaid
- Speech of His Royal Highness Prince AbdulAziz bin Fahad bin AbdulAziz Al Saud "May God Protect Him".

The duration of the ceremony is about forty minutes along with direct translation.

**Fourth Topic:** Participants in the meeting agreed to hold the dinner party, honoring His Royal Highness AbdulAziz bin Fahad bin AbdulAziz "May God Protect Him". Senior official as well as scientific, social and diplomatic figures and other guests from Los Angles city to be invited.

KSA0000001262

Inauguration of King Fahad's Mosque in Los Angles

A speaker will be chosen to give remarks on a specific subject, as well as screen a film on the Kingdom if possible.

**The Fifth Topic:** Holding a conference on the sideline of the event on both Saturday and Sunday. After reviewing the proposed topics, participant at the meeting chose the subject (Islam in the West). Dr. Mani' Al Jahni, Shaikh Sa'ad Al Breik, Dr. Ahmed Saif Al Dein, Shaikh AbdulAziz Al Ammar and Dr. Khalil Al Khalil as well as members of the preparatory committee were asked to prepare a detailed insight on the conference and its topics t with focusing on the needs of the Muslims in their life, as well as the real Islamic faith "Doctrine" and the tolerant Sharia. The insight of the conference to also focus on the big efforts made by the Custodian of the Two Holy Mosques "May God Save him" to serve Islam and the Muslims. The above-mentioned topics to be presented in the second meeting.

**The Sixth Topic:** Participants at the conference decided arranging lectures and visits to Mosques in Los Angles and its surrounding area as well as some universities. They also decided to hold religious courses in Los Angles after the opening ceremony or before that or even after the conference. The Committee of Visit & Courses headed by Dr. Salih Al Sadlan is to put the insight image of these activities and submit it to the Preparatory Committee.

**The Seventh Topics:** Participants at the conference suggested to set up an exhibition to showcase the role of the Kingdom in serving Islam and Muslims. The exhibition is to include models of the two Holy Mosques and the mosques of the Custodian of the Two Holly Mosques that were inaugurated, and publications of King Fahad Glorious Quran Printing Complex. Some other publications from the Ministry of Religious Affairs, Ministry of Information, Ministry of Haj "Pilgrimage" and the International Commission for Islamic Relief to be showcased at the exhibition. Participants at the conference suggested that His Royal Highness Prince AbdulAziz bin Fahad bin AbdulAziz "May God Save Him" to approach and address the above concerned departments to participate at the exhibition.

**The Eighth Topic: Media Programs.** Participants suggested to increase the media programs before and after the event and prepare a film on the mosques of the Custodian of the two Holly Mosques, which were inaugurated previously as well as the construction stages of King Fahad's Mosque in Los Angles. Dr. Ahmed Saif Al Dean to prepare a media plan and submit it in the next meeting.

**The Ninth Topic: Select invitees.** Participants at the conference suggested that the selection process to be as follows:
300 invitees from inside America, the Caribbean States as well as South America and Canada. Dr. Khalil Al Khalil, Dr. Salih Al Saqri Director of the Muslim League in America along with Shaikh Khaled al Sowailem and a member at the Saudi Consulate in Los Angles will adopt the process of selecting invitees. The final list to be showed to the Office of His Royal Highness Prince AbdulAziz bin Fahad bin AbdulAziz "May God Save Him".
100 invitees from outside America and Arab and Islamic countries.

KS0000001263

Inauguration of King Fahad's Mosque in Los Angles

A main list of suggested guests from inside America and the Kingdom to be prepared. Dr. Khalil will combine lists and show them to the concerned person, His Royal Highness Prince AbdulAziz bin Fahad bin AbdulAziz "May God Save Him" to adopt it.

**The Tenth Topic: Women Participation**
Participant in the conference suggested to give an entire chance for women to participate as well as families. The Preparation Committee will adopt the proper arrangements.

**The Eleventh Topic: Forming the Executive Committees**

Participants at the conference suggested the following executive committees:

| | | | |
|---|---|---|---|
| **Inauguration Committee:** | Sheikh Sa'ad Al Breik | Dr. Mohammed Al Kharman | |
| **Conference Committee:** | Dr. Mani' Al Jahni | Dr. Ibrahim Al Jweir | |
| | Dr. Hamad Al Ammar | Dr. Mohammed Al Fadhil | |
| | Dr. AbdulRahman Al Jreiwi | Dr. Salih Al Wheibi | |
| | | Dr. Salih Al Saqri | |
| **Committee of Lectures, visits and Courses** | Dr. Salih bin Salim Al Sadlan | Dr. Suleiman Al Allah | |
| | Dr. Salih Al Ayed | Ali Al Zain | |
| Fahad al Thumairy | | | |
| **Media Committee** | Dr. Ahmed Saif Al Dein | Hamad Al Fahyala | Abdullah Al Miflih |
| Saeed Al Zahrani | Muwaffaq Al Nweis | Mohammed Al Saqyan | |

**Committee of Reception, Accomodation, Hospitality and Transportation**
Dr. Nassir Al Tweim Shaikh Khaled al Sowailem
Shaikh Abdulrahman Al Zeir and some students who are studying abroad and a staffer from Ministry of Islamic Affairs.

**Topic Twelfth:** I was agreed on holding the second meeting in Riyad on 15/1

KSA0000001264

Inauguration of King Fahad's Mosque in Los Angles

**In the Name of God Most Gracious Most Merciful**
**(Report of the Conference Committee)**

Blessings and peace be upon the most noble of Messengers, the Prophet Mohammad and on his kinsman and disciples

Since it was planned "with God's willing" to hold a conference entitled "Islam in the West" on the sideline of the inauguration of the mosque of the Custodian of the Two Holly Mosques in Los Angles City in the United States.

Due to the approach of the inauguration date, the special conference committee started carrying out the tasks assigned to it, according to its projected plans. The committee held its first meeting on the evening of Saturday 13/01/1419 Hijri, followed by other meetings to discuss the below topics listed in its agenda, and take a view as a matter.
Below is a summary of the most important tasks achieved by the committee:

**First**: Determine the timetable of the conference program, according to the following:

| **Beginning (at)** | **End (at)** | **Program** |
|---|---|---|
| 7:00 | 9:00 | Breakfast |
| 9:30 | 11:30 | Symposium |
| 11:30 | 12:00 | Tea Break |
| 12:00 | 1:30 | Lecture |
| 1:30 | 3:00 | Duhr prayers and Lunch |
| 3:00 | 4:30 | Lecture |
| 4:30 | 5:00 | Break for Asr prayers |
| 5:00 | 7:00 | Symposium |

**Second**: Determining the number of lectures and symposiums

The committee views, and according to the available timetable, to hold eight symposiums and five lectures to be distributed on the two days of the conference.

**Third**: Suggest appropriate topics for the conference including symposiums and lectures, as well as select researchers and participants according to the following:

KSA0000001265

Inauguration of King Fahad's Mosque in Los Angles

**First Part: Symposiums**

A- Symposium "History of Islam in America"

1- Dr. Suleiman Niyani / Washington DCK Howard University
2- Dr. Sayid Mohammed Sa'id / The High / Supreme Institute of Islamic Thought / Washington
3- Yahya Abdullah / Imam – Dallas – Texas

Reserve: Two native American figures
Management: Dr. AbdulAziz bin Ibrahim Al Sweil

B- Symposium: "Foundations of Islamic work in the West and its Spirits"

1- Dr. Jamal Badawi / Canada
2- Dr. Khalid Yahya Blankinship / Philadelphia
3- Dr. Ahmed Von Denffer / Germany
4- Dr. Al Haj Al Tuhami / Paris

Substitute: Dr. Tariq Al Sweidan / Kuweit
Management: Dr. Mani' bin Hammad Al Jahni / Riyad

C- Symposium: Fields of the Contribution of the Islamic civilization in the contemporary civilization"

1- Dr. Ali bin Abdullah Al Daffa' / King Fahad University for Petroleum and Manerals
2- Dr. Zaghloul Al Najjar / Egypt
3- Dr. Sayed Hussein Nassr / Washington – George Washington University

Substitutes: Dr. Hernan Vera / Florida University
Management: Dr. Mizyad bin Abdulla Al Mizyad / Riyad

D- Symposium: The Muslim family in the West between Consistency and Change"

1- Dr. Salih bin Salim Al Sadhan
2- Dr. Yousif Al Qardawi / Qatar
3- Dr. Abdullah Idrees

Management: Dr. Ibrahim bin Mubarak Al Jweir

E- Symposium "The Muslim's Duty in the West"

1- Dr. Muzzamil Siddiqi / America
2- Shaikh Ahmed Al Qattan / Kuwait

KSA0000001266

مسجد الملك فهد * بلوس انجلس

بسم الله الرحمن الرحيم

# محضر الاجتماع الأول للجنة التحضيرية لافتتاح مسجد الملك فهد في لوس أنجلس

التاريخ : يوم الاثنين ٨/ ٧/ ١٤١٩ الساعة التاسعة وأربعين دقيقة مساءا

المكـــــان : منزل الشيخ خالد بن ناصر العساف في جدة

الحضـــــور :

الشيخ خالد بن ناصـــر العســـاف

الشيخ عبد العزيز بن عبدالله العمار

الدكتور جاسم بن حماد الجهني

الشيخ محمد بن عبد الله البريك

الدكتور خليل بن عبدالله الخليل

الدكتور أحمد سيف الديـــن

الشيخ ابراهيم بن محمد الحسين واعتذر عن الحضور :

الدكتور صالح بن غانم السدلان لارتباطه في سفر الى المنطقة الشرقية

الدكتور ابراهيم بن مبارك الجوير لارتباطه في سفر الى ايطاليا

الشيخ خالد بن ابراهيم السويلم لتعذر حضوره من أمريكا

جـــدول الأعمال :

ـ موعد ومكان الافتتاح

ـ مراسم الافتتاح

ـ برنامج حفل الافتتاح



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03-MDL-1570, United States District Court for the Southern District of New York.~~

برنامج حفل الافتتاح

مسجد الملك فهد "بلوس انجلس"

- حفل العشاء التكريمي
- اقامة مؤتمر بمناسبة الافتتاح
- تنظيم محاضرات وزيارات ودورات
- اقامة معرض اعلامي
- البرامج الاعلامية
- تحديد المدعوين
- مشاركة المرأة
- تكوين اللجان التنفيذية
- تحديد موعد الاجتماع الثاني

في بداية الاجتماع تحدث الدكتور خليل فشكر صاحب السمو الملكي الأمير عبد العزيز بن فهد بن عبد العزيز على ثقته بالفريق المكلف بمتابعة البناء وعلى اهتمامه ودعمه للمشروع كما نقل تحيات وشكر أعضاء اللجنة لسمو الأمير على ثقته الكريمة بهم كما أثنى على ما قام به الشيخ خالد العساف من متابعة واهتمام مخلصين كما شكره على ما هيأ للاجتماع من تسهيلات .

بعد ذلك قرأ د خليل جدول الأعمال المقترح وشرح ورقة العمل المعدة سلفا للافتتاح والمؤتمر كما قرأ اقتراحات الدكتور صالح السدلان واقتراحات الدكتور ابراهيم الجوير كما قرأ الشيخ عبد العزيز العمار اقتراحات الشيخ خالد السويلم

ثم تمت مناقشة جدول الأعمال حسب التالي :

الموضوع الاول :

موعد الافتتاح رأى المجتمعون أن يكون موعد الافتتاح يوم الجمعة ٣٠/٥/١٤١٩ الموافق ١١/٩/١٩٩٨ لمناسبة الوقت للمدعوين واتاحة الفرصة للجان لاستكمال أعمالها المنوطة بها واستكمال التشطيبات النهائية وفرش الصحن ويمكن تقديمه اسبوعا ليكون في يوم الجمعة ١٣/ ٥ / ١٤١٩ الموافق ٤ /٩ / ١٩٩٨ م ويكون مكان الحفل والعشاء في القاعة السفلى تحت المسجد وذلك لمناسبة المكان وسعته .



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

الموضوع الثاني : مراسم الافتتاح

رأى المجتمعون أن تتم مراسم الافتتاح كالتالي :

ازاحة الستار

الحفل الخطابي

صلاة الجمعة

الغــــداء

الموضوع الثالث : برنامج الحفل

رأى المجتمعون أن يكون البرنامج مبدئيا كالتالي ويمكن أن تحدث بعض التغييرات حسب الحاجة .

ـــ القرآن الكريم

ـــ كلمة المشرف العام على المشروع وعلى حفل الافتتاح

ـــ كلمة حاكم المدينة

ـــ كلمة الجالية الاسلامية يلقيها الدكتور مزمل صديقي لماله من مكانة علمية ودعوية ولما يتمتع به من قبول علما أنه من خريجي الجامعة الاسلامية وأحد دعاة المملكة وهو من المهاجرين من شبه القارة الهندية

ـــ كلمة المسلمين الامريكان يلقيها الامام وارث الدين محمد لأنه يمثل أكثر المسلمين السود ويرتبط بالمملكة بعلاقة طيبة

ـــ كلمة رابطة العالم الاسلامي يلقيها الأمين العام للرابطة الدكتور عبد الله بن صالح العبيد

ـــ كلمة صاحب السمو الملكي الأمير عبد العزيز بن فهد بن عبد العزيز آل سعود " يحفظه الله "

وتكون مدة الحفل في حدود أربعين دقيقة وتتم الترجمة الفورية .

الموضوع الرابع : حفل العشاء التكريمي اتفق المجتمعون على اقامة حفل عشاء على شرف صاحب السمو الملكي الأمير عبد العزيز بن فهد بن عبد العزيز يحفظه الله يدعى له كبار المسؤولين والشخصيات العلمية والاجتماعية والدبلوماسيون في مدينة لوس انجلس ويحضره المدعوون



PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

تابع "مسجد الملك فهد" بلوس انجلس

المناسبة ويختار متحدث أو أكثر في موضوع يتم تحديده كما يعرض فيلم ان أمكن عن المملكة

الموضوع الخامس : اقامة مؤتمر على هامش المناسبة يومي السبت والأحد وبعد استعراض الموضوعات المقترحة رأى المجتمعون اختيار موضوع ( الاسلام في الغرب ) وكلف كل من د. مانع الجهني والشيخ سعد البريك والدكتور أحمد سيف الدين والشيخ عبد العزيز العمار والدكتور خليل الخليل مع الاستعانة بأعضاء اللجنة التحضيرية لوضع تصور مفصل عن المؤتمر وعن محاوره على أن تكون مما يحتاجه المسلمون في حياتهم ويمكن من خلاله ايضاح عقيدة الاسلام الصافية وشريعته السمحة وابراز المجهودات العظيمة التي قام بها خادم الحرمين الشريفين يحفظه الله لخدمة الاسلام والمسلمين. ويعرض في الاجتماع الثاني.

الموضوع السادس : قرر المجتمعون تنظيم محاضرات وزيارات في مساجد منطقة لوس انجلس وما حولها وبعض الجامعات كما اقترح اقامة دورة شرعية في لوس انجلس بعد حفل الافتتاح والمؤتمر أو قبلهما على أن تقوم لجنة المحاضرات والزيارات والدورات برئاسة الدكتور صالح السدلان بوضع تصور عن هذه الانشطة ورفعه للجنة التحضيرية

الموضوع السابع: اقترح المجتمعون اقامة معرض يبرز من خلاله دور المملكة في خدمة الاسلام والمسلمين ويحتوي على مجسمات للحرمين وتوسعة خادم الحرمين الشريفين التي اكتملت ومطبوعات مجمع الملك فهد لطباعة المصحف وما لدى وزارة الشؤون الاسلامية ووزارة الاعلام ووزارة الحج والهيئة العالمية للاغاثة الاسلامية كما اقترح أن تستكتب الجهات المذكورة للمشاركة في المعرض من قبل صاحب السمو الملكي الأمير عبد العزيز بن فهد بن عبد العزيز يحفظه الله

الموضوع الثامن : البرامج الاعلامية اقترح المجتمعون تكثيف البرامج الاعلامية قبل وأثناء المناسبة واعداد فيلم عن مساعي خادم الحرمين التي اكتملت وعن مراحل بناء مسجد الملك فهد في لوس انجلس وتم تكليف الدكتور أحمد سيف الدين لوضع خطة اعلامية تعرض في الاجتماع الثاني

الموضوع التاسع تحديد المدعوين اقترح المجتمعون أن يكون حسب التالي :

٣٠٠ مدعو من داخل أمريكا ودول الكاريبي وأمريكا الجنوبية وكندا ويكلف كل من الدكتور خليل الخليل والدكتور صالح الصقري مدير مكتب الرابطة في أمريكا والشيخ خالد السويلم وأحد منسوبي القنصلية السعودية في لوس انجلس باختيار الأسماء وعرضها على مكتب سمو الأمير عبد العزيز بن فهد بن عبد العزيز يحفظه الله

١٠٠ مدعو من خارج أمريكا من الدول العربية والاسلامية



~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03-MDL-1570, United States District Court for the Southern District of New York.~~

PUBLIC FILING

افتتاح مسجد الملك فهد بلوس انجلس

وتعد قائمة بالشخصيات المقترحة من خارج أمريكا ومن المملكة ويقوم الدكتور كليمان بجمع القوائم لعرضها على صاحب الشأن صاحب السمو الملكي الأمير عبد العزيز بن فهد بن عبد العزيز يحفظه الله لاعتمادها

الموضوع العاشر مشاركة النساء :

رأى المجتمعون أن تتاح الفرصة الكاملة لحضور النساء والعوائل وتقوم اللجنة المختصة بالتنظيم بوضع الترتيبات المناسبة .

الموضوع الحادي عشر تكوين اللجان التنفيذية

اقترح المجتمعون تكوين لجان تنفيذية حسب التالي :

لجنة الافتتاح : الشيخ سعد البريك د. محمد الفرحان

لجنة المؤتمر : د. مانع الجهني . د. إبراهيم الجوير

د. حمد العمار محمد الفاضل

د. عبد الرحمن الحريري د. صالح الوهيبي د. صالح العطري

لجنة المحاضرات والزيارات والندوات : د. صالح بن غانم السدلان د. سليمان الجار الله

د. صالح العايد علي الزبن

أ. فهد الثميري

اللجنة الإعلامية : د. أحمد سيف الدين حمد القحيلة عبدالله المقلم

سعيد الزهراني موفق النويصر محمد السقيان

لجنة الاستقبال والسكن والضيافة والتنقلات :

ناصر التويم الشيخ خالد السويلم

الشيخ عبد الرحمن الزير وبعض الطلبة المبتعثين وموظف من وزارة الشؤون الإسلامية

الموضوع الثاني عشر : تم الاتفاق على عقد الاجتماع الثاني في الرياض يوم الاثنين ١٥ / ١ /



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03-MDL-1570,
United States District Court for the Southern District of New York.

PUBLIC FILING

جامع "مسجد الملك فهد" بلوس انجلس

**بسم الله الرحمن الرحيم**

**(تأسيس لجنة المؤتمر)**

الحمد لله رب العالمين والصلاة والسلام على النبي الأمين وعلى آله وصحبه أجمعين

وبـــــعـــد

فإنه لما كان من المزمع -بمشيئة الله- إقامة مؤتمر بعنوان " الإسلام في الغرب " علـــى هامش افتتاح جامع خادم الحرمين الشريفين بمدينة لوس أنجلوس في الولايات المتحدة .

ونظرا لقرب موعد الافتتاح ، فقد باشرت اللجنة الخاصة بالمؤتمر القيـــام بالمهام المنوطه بها وفقا للخطط المرسومه ، حيث عقدت أول اجتماع لها في مساء يوم الســبت الموافق ١٣/٠٩/١٤١٩هـ ، ثم توالت اجتماعات اللجنة لمناقشة الموضوعات المدرجة على جدول أعمالها واتخاذ الرأي بشأنها،

وفيما يـلـي عرض موجـز لأهـم الأعمـال التي قامت بـهـا اللجنة :-

أولا : تحديد البرنامج الزمني لأعمال المؤتمر ، وذلك وفقا للآتي :-

| البداية (الساعة) | النهاية (الساعة) | العمـــل |
|---|---|---|
| ٧،٠٠ | ٩،٠٠ | الإفطار |
| ٩،٣٠ | ١١،٣٠ | نـــدوة |
| ١١،٣٠ | ١٢،٠٠ | استراحة شاي |
| ١٢،٠٠ | ١،٣٠ | محـاضـرة |
| ١،٣٠ | ٣،٠٠ | صلاة الظهر واستراحة الغداء |
| ٣،٠٠ | ٤،٣٠ | محـاضـرة |
| ٤،٣٠ | ٥،٠٠ | استراحة لصلاة العصر |
| ٥،٠٠ | ٧،٠٠ | نـــدوة |

ثانيا : تحديد عدد المحاضرات والندوات :

حيث رأت اللجنة وفقا للوضع الزمني المتاح إقرار ثمان ندوات وخمـس محـاضرات ، موزعة بين يومي المؤتمر .

ثالثا : اقتراح الموضوعات المناسبة للمؤتمر من نـدوات ومحـاضرات ، وترشيح البـاحثين والمشاركين فيها ، وذلك وفقا للآتي :



PUBLIC FILING



~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03-MDL-1570,
United States District Court for the Southern District of New York.~~

مسجد الملك فهد" بلوس انجلس

## القسم الأول: الندوات

أ - نـــــدوة " تاريخ الإسلام في أمريكا "

١- د. سليمان نيانق / واشنطن دي سي ، جامعة هاورد

٢- د. سيد محمد سعيد / المعهد العالمي للفكر الإسلامي ، واشنطن

٣- أ. يحي عبدالله / إمام ـ دالاس ـ تكساس

الاحتياط : شخصيتان الأمريكان الأصليين

إدارة : د. عبدالعزيز بن إبراهيم السويل

ب- ندوة : " أسس العمل الإسلامي في الغرب ومنطلقاته "

١- د. جمال بدوي / كندا

٢- د. خالد يحي بلانكنشب / فلادفيا

٣- د. أحمد فون دنفر / المانيا

٤- الحاج التهامي / باريس

الاحتياط : د. طارق السويدان / الكويت

إدارة : د. مانع بن حماد الجهني / الرياض

ج- ندوة :" ميادين إسهام الحضارة الإسلامية في الحضارة المعاصرة "

١- د. علي بن عبدالله الدفاع / جامعة الملك فهد للبترول والمعادن

٢- د. زغلول النجار / مصر

٣- د. سيد حسين نصر / واشنطن ـ جامعة جورج واشنطن

الاحتياط : د. هرنان فيرا / جامعة فلوريدا

إدارة : د. مزيد بن عبدالله المزيد / الرياض

د- نـــدوة " الأسرة المسلمة في الغرب بين الثبات والتغير "

١- أ.د. صالح بن غانم السدلان

٢- أ.د. يوسف القرضاوي / قطر

٣- د. عبدالله إدريس

إدارة : أ.د. إبراهيم بن مبارك الجوير

هـ- ندوة "واجبات المسلم في الغرب "

١- د. مزمل صديقي / أمريكا

٢- الشيخ أحمد القطان / الكويت

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 5, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 1260-1266**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.