# Exhibit 260

## KSA 1403

In the Name of God, the Most Gracious, the Most Merciful

Royal Consulate General
Of Saudi Arabia
Los Angeles

**STATEMENT OF ATTENDANCE BY THE EMPLYEES OF THE CONSULATE GENERAL IN LOS ANGELES**

On: /, corresponding to: / / 1424 Hijri = / / 2003.

| No. | Employee's full name | Rank | Signature | Time | Remarks |
|---|---|---|---|---|---|
| 1 | Walid Abdullah Bukhari | 8 | | | |
| 2 | Abdul Karim Saad bin Baz | 8 | | | |
| 3 | Nasser Awad Al Ghanoum | 8 | | | |
| 4 | Sultan Mahmas Al-Qahtani | 7 | | | |
| 5 | Amer Ali Al-Shehri | 7 | | | |
| 6 | Walid Suleiman Al-Nadir | 6 | | | |
| 7 | Suleiman Suleiman Al-Otaibi | 5 | | | |

Responsible for the statement Seal Deputy consul general

Delegate minister / Dr. Sami Abdullah Al-Ibrahim

~~**Confidential**~~**:**
~~**This document is subject to a protective order**~~
~~**regarding confidential information in 03 MDL 1570**~~**,**
~~**United States District Court for the Southern District of New York**~~**.** **KSA0000001403**

Royal Consulate General
of Saudi Arabia
Los Angeles

القنصلية العامة للمملكة العربية السعودية
بلوس أنجلوس

## بيان ( حضور ) موظفي القنصلية العامة في لوس أنجلوس

ليوم الموافق / / ١٤٢٤هـ = / / ٢٠٠٣م

| العدد | اسم الموظف الثلاثي | المرتبة | التوقيع | الوقت | الملاحظات |
|---|---|---|---|---|---|
| ١ | وليد عبد الله بخاري | ٨ | | | |
| ٢ | عبد الكريم سعد بن باز | ٨ | | | |
| ٣ | ناصر عوض آل غنوم | ٨ | | | |
| ٤ | سلطان محماس القحطاني | ٧ | | | |
| ٥ | عامر علي الشهري | ٧ | | | |
| ٦ | وليد سليمان النذير | ٦ | | | |
| ٧ | سليمان سليمان العتيبي | ٥ | | | |

المسئول عن البيان الختم نائب القنصل العام

وزير مفوض/ د. سامي عبدالله البراهيم

~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~

PUBLIC FILING

global link
LANGUAGE SERVICES

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 5, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 1403**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.