# Exhibit 261

## KSA 1535

**Kingdom of Saudi Arabia** **Logo**
**Ministry of Islamic Affairs, Endowments,**
**Da'wah and Guidance**
**General Department of Administrative and Financial Affairs**
**Department of Personnel**

## Accrued Travel Expenses Sheet

For the period from 20/02/1421 AH / May 25, 2000 AD till the end of 24/02/1421 AH / May 29, 2000 AD

14/02 17/02

Under administrative resolution no. (21475) dated 21/11/1420 AH / February 26, 2000 AD
(21474)

| Name | Rank | Number | Amount of Expenses | Number of Days | Accrued | Daily transportation | Tickets | Total Due | Signature | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Fahad Ibrahim Al Thumairy | 8 | | 300 | 5 | 1500 | 100 | - | 1600 | | |
| // // // | 8 | | 300 | 3 | 900 | 60 | - | 960 | | |
| | | | | | 2400 | 160 | | 2560 | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Competent Officer**
*Handwritten Signature*
*15/04/1421 AH / July 18, 2000 AD*

*6174/ 4006494*
*21/05/1421 AH / August 22, 2000*

**Manager of Salaries and Allowances Department**
*Handwritten Signature*
*15/04/1421 AH/ July 18, 2000 AD*

~~CONFIDENTIAL~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000001535

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
الإدارة العامة للشؤون الإدارية والمالية
إدارة شؤون الموظفين

# مسير بالمصاريف السفرية المستحقة

عن الفترة من ٢٠ / ٢ / ١٤٢١هـ حتى نهاية ٢٤ / ٢ / ١٤٢١هـ (١٤ / ٢ ... ١٧ / ٢)
بموجب القرار الإداري رقم ( ٢١٤٧٥ / ٢١٤٧٤ ) وتاريخ ٢١ / ١١ / ١٤٢٠هـ

| الاســـم | المرتبة | الرقم | مقدار البدل | عدد الأيام | الاستحقاق | التنقلات اليومية | الاركاب | جملة الاستحقاق | التوقيع | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|
| سعيد ابراهيم الشميري | ٨ | | ٣٠٠ | ٥ | ١٥٠٠ | ١٠٠ | — | ١٦٠٠ | | |
| " " " | ٨ | | ٣٠٠ | ٣ | ٩٠٠ | ٦٠ | — | ٩٦٠ | | |
| | | | | | ٢٤٠٠ | ١٦٠ | | ٢٥٦٠ | | |

الموظف المختص والمؤدي ١٠/٤/١٤٢١هـ

[illegible] ١٥/٥/١٤٢١

مدير شعبة الرواتب والبدلات ١٠/٤/١٤٢١هـ



KSA0000001535

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 5, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 1535**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.