# Exhibit 262

## KSA 1576, 1602

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

No. 007410

15-3/540 04

7410

DATE 5/01/00

$6,271.73

PAY TO THE ORDER OF SIX THOUSAND TWO HUNDRED SEVENTY ONE DOLLARS AND 73/100

VOID AFTER 60 DAYS
PLEASE CASH IMMEDIATELY
9420

KHALED I. AL-SOWEILEM
6322 MORI STREET
MCLEAN VA 22101

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

BANDAR BIN SULTAN
Ambassador

The RIGGS NATIONAL BANK of WASHINGTON D.C. DUPONT CIRCLE OFFICE

⑈007410⑈ ⑆054000030⑆ 08488856⑈ ⑈0000627173⑈

---

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

No. 007358

15-3/540 04

7358

DATE 3/30/00

$ 6,167.39

PAY TO THE ORDER OF SIX THOUSAND ONE HUNDRED SIXTY SEVEN DOLLARS AND 39/100

VOID AFTER 60 DAYS
PLEASE CASH IMMEDIATELY
9420

KHALED I. AL-SOWEILEM
6322 MORI STREET
MCLEAN VA 22101

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

BANDAR BIN SULTAN
Ambassador

The RIGGS NATIONAL BANK of WASHINGTON D.C. DUPONT CIRCLE OFFICE

⑈007358⑈ ⑆054000030⑆ 08488856⑈ ⑈0000616739⑈

---

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

No. 007305

15-3/540 04

7305

DATE 3/01/00

$ 6,167.39

PAY TO THE ORDER OF SIX THOUSAND ONE HUNDRED SIXTY SEVEN DOLLARS AND 39/100

VOID AFTER 60 DAYS
PLEASE CASH IMMEDIATELY
9420

KHALED I. AL-SOWEILEM
6322 MORI STREET
MCLEAN VA 22101

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

BANDAR BIN SULTAN
Ambassador

The RIGGS NATIONAL BANK of WASHINGTON D.C. DUPONT CIRCLE OFFICE

⑈007305⑈ ⑆054000030⑆ 08488856⑈ ⑈0000616739⑈

PUBLIC FILING

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

No. 007201 15-3/540 04

7201

DATE 2/01/00

4,708.98

PAY TO THE ORDER OF FOUR THOUSAND SEVEN HUNDRED EIGHT DOLLARS AND 98/100 $

VOID AFTER 60 DAYS: PLEASE CASH IMMEDIATELY

9460

260265344 004 0377 0599 21 26

FAHAD AL-THUMAIRY
3757 KELTON AVE #208
LOS ANGELES CA 90034

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

BANDAR BIN SULTAN
Ambassador

The RIGGS NATIONAL BANK of WASHINGTON D.C. DUPONT CIRCLE OFFICE

⑈007201⑈ ⑆054000030⑆ 08488856⑈ ⑈0000470898⑈

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

No. 007145 15-3/540 04

7145

DATE 12/27/99

$ 3,980.73

PAY TO THE ORDER OF THREE THOUSAND NINE HUNDRED EIGHTY DOLLARS AND 73/100

VOID AFTER 60 DAYS PLEASE CASH IMMEDIATELY

270053913 004 0371 043

9460

FAHAD AL-THUMAIRY
3757 KELTON AVE #208
LOS ANGELES CA 90034

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

BANDAR BIN SULTAN
Ambassador

The RIGGS NATIONAL BANK of WASHINGTON D.C. DUPONT CIRCLE OFFICE

⑈007145⑈ ⑆054000030⑆ 08488856⑈ ⑈0000398073⑈

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

No. 007098 15-3/540 04

7098

DATE 12/01/99

3,980.73

PAY TO THE ORDER OF THREE THOUSAND NINE HUNDRED EIGHTY DOLLARS AND 73/100 $

VOID AFTER 60 DAYS PLEASE CASH IMMEDIATELY

9460

270143652 004 0375 0438 21 27

FAHAD AL-THUMAIRY
3757 KELTON AVE #208
LOS ANGELES CA 90034

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

BANDAR BIN SULTAN
Ambassador

The RIGGS NATIONAL BANK of WASHINGTON D.C. DUPONT CIRCLE OFFICE

⑈007098⑈ ⑆054000030⑆ 08488856⑈ ⑈0000398073⑈

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

PUBLIC FILING