# Exhibit 263

## KSA 1782, 1800

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Dawah and Guidance
Deputy Ministry of Administrative and Financial Affairs
Personnel Affairs Department

Date: 28/08/1422 AH
(11/13/2001 AD)
Page No. 1

**Staff Salary Scales for Ramadan 1422 AH (11/16/2001 – 12/15/2001 AD)**
**Disbursement Agency: The Da'wah Center in the USA Category: Employees**

| # | Name | | | Salary | Nature-of-work allowance | Scarcity allowance | Treatment allowance | Damage Allowance | Other allowances | Retirement | Credit bank | Palestine | Recovered | Total entitlements | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee No. | Job No. | Rank | Level | Transportation | Remote area allowance | Representation allowance | Assignment allowance | End-of-level allowance | Total allowances | Insurances | Refundable insurance | Penalties | Another deduction | Total deductions | Signature |
| 1- | Khaled Ibrahim Abdel Aziz Al Suwailem | | | 12830.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 1154.70 | 0.00 | 0.00 | 0.00 | 25095.00 | [Illegible] |
| | 17 | 12 | 9 | 600.0 | 0.00 | 10935.00 | 0.00 | 0.00 | 12235.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1154.70 | |
| 2- | [Illegible] bin Mohammed Soliman Al Omari | | | 10420.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 937.80 | 0.00 | 0.00 | 0.00 | 29934.00 | |
| | | 10 | 10 | 900.0 | 0.00 | 10206.00 | 0.00 | 0.00 | 11506.00 | 0.00 | 0.00 | 0.00 | 0.00 | 937.80 | |
| 3- | Salah Abdullah Abdul Mohsen Al Rashoud | | | 6315.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 559.34 | 0.00 | 0.00 | 0.00 | 17511.00 | |
| | | 8 | 4 | 600.00 | 0.00 | 9996.00 | 0.00 | 0.00 | 11296.00 | 0.00 | 0.00 | 0.00 | 0.00 | 559.35 | |
| 4- | Abdel Rahman Bin Abdel Latif Al Rashoud | | | 7145.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 943.05 | 0.00 | 0.00 | 0.00 | 18448.00 | |
| | | 8 | 7 | 600.00 | 0.00 | 9212.00 | 0.00 | 0.00 | 11246.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0943.05 | |
| 5- | Soliman Batel Abdul Rahman Al Batli | | | 5880.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 529.20 | 0.00 | 0.00 | 0.00 | 16721.00 | |
| | 187 | 7 | 6 | 600.00 | 0.00 | 9541.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 529.20 | |
| 6- | Saleh Abdullah Al Ghosn | | | 7780.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 699.30 | 0.00 | 0.00 | 0.00 | 18611.00 | |
| | | 7 | 13 | 600.00 | 0.00 | 9541.00 | 0.00 | 0.00 | 10841.00 | 0.00 | 0.00 | 0.00 | 0.00 | 699.30 | |
| 7- | Mohammed Sulaiman Abdullah Al Muhanna | | | 5070.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 456.30 | 0.00 | 0.00 | 0.00 | 15921.00 | |
| | 247 | 7 | 3 | 600.00 | 0.00 | 9541.00 | 0.00 | 0.00 | 10841.00 | 0.00 | 0.00 | 0.00 | 0.00 | 456.30 | |
| 8- | Abdullah Mohammed Abdullah Arafa | | | 8040.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 723.60 | 0.00 | 0.00 | 0.00 | 18881.00 | |
| | | 7 | 14 | 600.00 | 0.00 | 9541.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 733.60 | |
| 9- | Naser Fahd Naser Al Moqbel | | | 5610.00 | 0.00 | 0.00 | 550.00 | 0.00 | 0.00 | 504.40 | 0.00 | 0.00 | 0.00 | 16301.00 | |
| | 265 | 7 | 5 | 600.00 | 0.00 | 9541.00 | 0.00 | 0.00 | 10991.00 | 0.00 | 0.00 | 0.00 | 0.00 | 504.90 | |
| Page Total | | | | 9898.00 | 0.00 | 0.00 | 6150.00 | 0.00 | 0.00 | 6308.20 | 0.00 | 0.00 | 0.00 | 169368.00 | |
| | | | | 5400.00 | 0.00 | 88838.00 | 0.00 | 0.00 | 100388.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62080.20 | |

[**Handwriting**: *9304/5158630 - 9/4*]

KSA0000001782

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Dawah and Guidance
Deputy Ministry of Administrative and Financial Affairs
Personnel Affairs Department

Date: 22/09/1423 AH (11/27/2002 AD)
Page No. 1

**Staff Salary Scales for Shawwal 1423 AH (12/05/2002 – 01/03/2003 AD)**
**Disbursement Agency: The Da'wah Center in the USA Category: Employees**

| # | Name | | | Salary | Nature-of-work allowance | Scarcity allowance | Treatment allowance | Damage Allowance | Other allowances | Retirement | Credit bank | Penalties | Recovered | Total entitlements | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee No. | Job No. | Rank | Level | Transportation | Remote area allowance | Representation allowance | Assignment allowance | End-of-level allowance | Total allowances | Insurances | Refundable insurance | Deductions | Another deduction | Total deductions | Signature |
| 1- | Khaled Ibrahim Abdel Aziz al Sowailem | | | 13260.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 1193.40 | 0.00 | 0.00 | 0.00 | 25495.00 | 24301.60 |
| 1000017 | 17 | 12 | 10 | 600.00 | 0.00 | 10935.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1193.40 | 6480.42 |
| 2- | Saleh Abdullah Abdel Aziz Al Ghosn | | | 13290 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 754.95 | 0.00 | 0.00 | 0.00 | 19681 | 18926.35 |
| 1000569 | 2 | 0.00 | 11 | 600.00 | 0.00 | 9946 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 754 | 5047.02 |
| 3- | Salah Abdullah Abdul Mohsen Al Rashoud | | | 6385.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 582.25 | 0.00 | 0.00 | 0.00 | 17821 | 17223.75 |
| 1000693 | 99 | 8 | 5 | 600.00 | 0.00 | 9946 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 587.25 | 4595.66 |
| 4- | Soliman Belal Abdul Rahman Al Batli | | | 1215.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 559.35 | 0.00 | 0.00 | 0.00 | 17511.00 | 16951.65 |
| 1000515 | 137 | 8 | 4 | 600.00 | 0.00 | 9996.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 559.35 | 4520.44 |
| 5- | Abdul Rahman Abdul Latif Al Rashoud | | | 7455.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 670.95 | 0.00 | 0.00 | 0.00 | 18751 | 18080 |
| 1002912 | 142 | 8 | 8 | 600.00 | 0.00 | 9946 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 670.25 | 4821.34 |
| 6- | Mohammed Sulaiman Abdullah Al Muhanna | | | 5340.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 480.60 | 0.00 | 0.00 | 0.00 | 16181 | 15700.40 |
| 1002274 | 247 | 7 | 4 | 600.00 | 0.00 | 9546 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.60 | 4186.77 |
| 7- | Abdullah Mohammed Abdullah Arafa | | | 8310.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 747.90 | 0.00 | 0.00 | 0.00 | 19151 | 18403.10 |
| 1000697 | 295 | 7 | 15 | 100.00 | 0.00 | 9546 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 747.90 | 4907.49 |
| 8- | Naser Fahd Naser Al Moqbel | | | 5880.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 529.20 | 0.00 | 0.00 | 0.00 | 16721 | 16191.80 |
| 1000902 | 315 | 7 | 6 | 600.00 | 0.00 | 9546 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 529.20 | 4317.81 |
| Page Total | | | | 61370.00 | 0.00 | 0.00 | 5600 | 0.00 | 0.00 | 5522.30 | 0.00 | 0.00 | 0.00 | 151312 | 145788.70 |
| | | | | 4800 | 0.00 | 79542 | 0.00 | 0.00 | 89942.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5523.30 | |

[**Handwriting**: *12468/54647560 - 10/10*]

KSA0000001800

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
الوكالة المساعدة للشؤون الإدارية والمالية
الإدارة العامة لشؤون الموظفين

مسير رواتب الموظفين عن شهر رمضان السنة ١٤٢٢

التاريخ: ١٤٢٢/٨/٢٨
الصفحة: ١

جهة الصرف: مركز الدعوة في الولايات المتحدة الامريكية

الفئة: موظف

| الاسم / وظيفة - مرتبة - درجة | راتب / النقل | طبيعة عمل / مناطق نائية | بدل ندرة / بدل تمثيل | بدل علاج / بدل تفرغ | بدل ضرر / نهاية سلم | بدل آخر / جملة بدلات | تقاعد / تأمينات | بنك تسليف / ت مستردة | ص فلسطين / جزاء | مستعاد / حسم آخر | م. استحقاق / م. حسميات | الصافي / التوقيع |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ... عبدالعزيز السويلم | ١٢٨٣٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١١٥٤,٧٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٢٥٠٦٥,٠٠ | ٢٣٩١٠,٣٠ |
| ٥٣ - ١٢ - ٩ | ٦٠٠,٠٠ | ٠,٠٠ | ١٠٩٣٥,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٢٢٣٥,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١١٥٤,٧٠ | |
| ... بن محمد سليمان العمري | ١٠٤٢٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٩٣٧,٨٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٢٣٩٤٩,٠٠ | ٢٣٠١١,٢٠ |
| ٥٨ - ١٠ - ١٠ | ٦٠٠,٠٠ | ٠,٠٠ | ١٠٢٠٩,٠٠ | ٠,٠٠ | ٠,٠٠ | ١١٥٠٩,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٩٣٧,٨٠ | |
| صالح عبدالله عبدالمحسن الرشود | ٩٢١٥,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٨٥٩,٣٥ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٩٥١١,٠٠ | ١٨٦٥١,٦٥ |
| ٩٩ - ٨ - ٤ | ٦٠٠,٠٠ | ٠,٠٠ | ٨٩٩٦,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٠٢٩٦,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٨٥٩,٣٥ | |
| عبدالرحمن بن عبداللطيف الرشود | ٧١٤٥,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٦٤٣,٠٥ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٧٤٤١,٠٠ | ١٦٧٩٧,٩٥ |
| ١٥٢ - ٨ - ٧ | ٦٠٠,٠٠ | ٠,٠٠ | ٨٩٩٦,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٠٢٩٦,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٦٤٣,٠٥ | |
| سليمان ناصر عبدالرحمن الواكلي | ٥٨٨٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٢٩,٢٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٦٧٢١,٠٠ | ١٦١٩١,٨٠ |
| ١٨٧ - ٧ - ١ | ٦٠٠,٠٠ | ٠,٠٠ | ٩٥٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٠٨٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٢٩,٢٠ | |
| صالح عبدالله القصير | ٧٧٧٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٦٩٩,٣٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٨٦١١,٠٠ | ١٧٩١١,٧٠ |
| ٣٢١ - ٧ - ١٣ | ٦٠٠,٠٠ | ٠,٠٠ | ٩٥٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٠٨٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٦٩٩,٣٠ | |
| محمد سليمان عبدالله ... | ٥٠٧٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٤٥٦,٣٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٥٩١١,٠٠ | ١٥٤٥٤,٧٠ |
| ٢٤٧ - ٧ - ٣ | ٦٠٠,٠٠ | ٠,٠٠ | ٩٥٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٠٨٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٤٥٦,٣٠ | |
| عبدالله محمد عبدالله ... | ٨٠٤٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٢٣,٦٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٨٨٨١,٠٠ | ١٨١٥٧,٤٠ |
| ٣٩٥ - ٧ - ١٥ | ٦٠٠,٠٠ | ٠,٠٠ | ٩٥٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٠٨٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٢٣,٦٠ | |
| ناصر فهد ناصر ... | ٥٦١٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٥٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٠٤,٩٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٦٣٠١,٠٠ | ١٥٧٩٦,١٠ |
| ٣١٥ - ٧ - ٥ | ٦٠٠,٠٠ | ٠,٠٠ | ٩٥٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٠٦٩١,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٠٤,٩٠ | |
| مجموع الصفحة | ٦٩٨٨٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٦١٥٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٦٤٠٨,٢٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٦٩٣٦٨,٠٠ | ١٦٢٩٥٩,٨٠ |
| | ٥٤٠٠,٠٠ | ٠,٠٠ | ٨٨٨٣٨,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٠٠٢٨٨,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٦٤٠٨,٢٠ | |

٩٢٠٤ ٥١٥٨٦٢٠
٤/٩

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

المملكة العربية السعودية
وزارة الشؤون الاسلاميه والأوقاف والدعوة والإرشاد
وكالة الوزارة للشؤون الإدارية والفنية
إدارة شؤون الموظفين

التاريخ : ١٤٢٣/٠٩/٢٢
صفحة رقم: ١

مسيرات رواتب الموظفين عن شهر شـــــوال سنة ١٤٢٣

جهة الصرف : مركز الدعوة في الولايات المتحدة الأمريكية — الفئة : موظفين

| مسلسل / ر.الموظف | الاسم / وظيفه | مرتبه | درجه | الراتب / النقل | طبيعة عمل / مناطق نائيه | بدل ندره / بدل تمثيل | بدل علاج / بدل تفرغ | بدل ضرر / نهاية سلم | بدلات أخري / جملة البدلات | تقاعد / تأمينات | بنك تسليف / ت مسترد | جزاءات / مستقطع | مستحسم / حسم آخر | م.استحقاق / م.حسميات | الصافي / التوقيع |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ | خالد إبراهيم عبدالعزيز السويلم | | | ١٣٢٦٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١١٩٣,٤٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٢٥٤٩٥,٠٠ | ٢٤٣٠١,٦٠ |
| ١٠٠٠٠١٧ | ١٧ | ١٢ | ١٠ | ٦٠٠,٠٠ | ٠,٠٠ | ١٠٩٣٥,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٢٢٣٥,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١١٩٣,٤٠ | 6480.42 |
| ٢ | صالح عبدالله عبدالعزيز الغصن | | | ٨٣٨٥,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٥٤,٦٥ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٩٦٨١,٠٠ | ١٨٩٢٦,٣٥ |
| ١٠٠٠٥٩٦ | ٢ | ٨ | ١١ | ٦٠٠,٠٠ | ٠,٠٠ | ٩٩٩٦,٠٠ | ٠,٠٠ | ٠,٠٠ | ١١٢٩٦,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٥٤,٦٥ | 5097.02 |
| ٣ | صلاح عبدالله عبدالمحسن الرشود | | | ٦٥٢٥,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٨٧,٢٥ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٧٨٢١,٠٠ | ١٧٢٣٣,٧٥ |
| ١٠٠٠٩٩٣ | ٩٩ | ٨ | ٥ | ٦٠٠,٠٠ | ٠,٠٠ | ٩٩٩٦,٠٠ | ٠,٠٠ | ٠,٠٠ | ١١٢٩٦,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٨٧,٢٥ | 4595.66 |
| ٤ | سليمان بتل عبدالرحمن الباتلي | | | ٦٢١٥,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٥٩,٣٥ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٧٥١١,٠٠ | ١٦٩٥١,٦٥ |
| ١٠٠٠٥١٥ | ١٣٧ | ٨ | ٤ | ٦٠٠,٠٠ | ٠,٠٠ | ٩٩٩٦,٠٠ | ٠,٠٠ | ٠,٠٠ | ١١٢٩٦,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٥٩,٣٥ | 4520.44 |
| ٥ | عبدالرحمن عبداللطيف الرشود | | | ٧٤٥٥,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٦٧٠,٩٥ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٨٧٥١,٠٠ | ١٨٠٨٠,٠٥ |
| ١٠٠٢٩١٢ | ١٤٢ | ٨ | ٨ | ٦٠٠,٠٠ | ٠,٠٠ | ٩٩٩٦,٠٠ | ٠,٠٠ | ٠,٠٠ | ١١٢٩٦,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٦٧٠,٩٥ | 4821.34 |
| ٦ | محمد سليمان عبدالله المهنا | | | ٥٣٤٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٤٨٠,٦٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٦١٨١,٠٠ | ١٥٧٠٠,٤٠ |
| ١٠٠٢٢٧٤ | ٢٤٧ | ٧ | ٤ | ٦٠٠,٠٠ | ٠,٠٠ | ٩٥٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٠٨٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٤٨٠,٦٠ | 4186.77 |
| ٧ | عبدالله محمد عبدالله عرفه | | | ٨٣١٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٤٧,٩٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٩١٥١,٠٠ | ١٨٤٠٣,١٠ |
| ١٠٠٠٦٩٦ | ٢٩٥ | ٧ | ١٥ | ٦٠٠,٠٠ | ٠,٠٠ | ٩٥٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٠٨٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٤٧,٩٠ | 4907.49 |
| ٨ | ناصر فهد ناصر المقبل | | | ٥٨٨٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٧٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٢٩,٢٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٦٧٢١,٠٠ | ١٦١٩١,٨٠ |
| ١٠٠٠٦٠٢ | ٣١٥ | ٧ | ٦ | ٦٠٠,٠٠ | ٠,٠٠ | ٩٥٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٠٨٤١,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٢٩,٢٠ | 4317.81 |
| مجموع الصفحه | | | | ٦١٢٧٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٦٠٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٥٢٣,٣٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ١٥١٣١٢,٠٠ | ١٤٥٧٨٨,٧٠ |
| | | | | ٤٨٠٠,٠٠ | ٠,٠٠ | ٧٩٥٤٢,٠٠ | ٠,٠٠ | ٠,٠٠ | ٨٩٩٤٢,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٠,٠٠ | ٥٥٢٣,٣٠ | |


PUBLIC FILING
CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240104WSW**

**Language**: Arabic > English

**Document title**: KSA 1782, 1800

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli* **Date**: 01/04/2024