# Exhibit 266

## KSA 2512

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques, Da'wah, and Guidance Affairs
Da'wah General Department Abroad

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. 172/4/8/S
Date: 17/08/1419 AH
(December 07, 1998 AD)
Attachments: 5
Subject: ----

[Handwriting: *To be returned and another person other than Brother Saleh shall be nominated as per understanding, 18/08 AH*] [*Handwritten Signature*]

Urgent & Confidential

His Eminence Assistant Undersecretary for Da'wah Affairs, may Allah protect him
May the peace, mercy, and blessings of Allah be upon you.
I ask Allah to grant you succor and success.

Please find enclosed herewith the telephone message received from Director of the Da'wah Office in America, Sheikh Khaled bin Ibrahim al Sowailem, No. 36/S, dated 11/08/1419 AH (December 01, 1998 AD), including his request to get a regular leave for 26 days as of 03/09/1419 AH (December 22, 1998 AD), and about nominating paymaster Saleh bin Abdullah Al Ghosn to cover him during the leave. Concerning the leave request, please note that the ministry has activities in the holy month of Ramadan such as delegating fifteen propagators for imamate and Da'wah there in Ramadan. It might be appropriate for him to supervise these activities given his career.

It is up to you to accept his leave. As for assigning paymaster Saleh Al Ghosn to cover his work, the management does not accept that for two reasons:
First: There is a group of Sharia-qualified propagators in the office with high ranks; and
Second: The paymaster to be assigned is studying from 09:00 to 12:00 noon for four days, and from 09:00 – 10:00 AM in the fifth day according to the enclosed statement of His Eminence Director of the Islamic and Arabic Sciences Institute in America, No. 157/9/S, dated 14/08/1419 AH (December 04, 1998 AD). Please find enclosed herewith the study schedule of the said person, noting that the office director stated in the enclosed Fax No. 37, dated 11/08/1419 AH (December 01, 1998 AD), that the said person is not studying on a full-time basis but attends one lecture only, returns to his work, and makes up the lecture time after working hours. Also, the management does not agree to his study in the morning because this violates the rules.

May Allah bless you. May the peace, mercy, and blessings of Allah be upon you.
[*Handwritten Signature*]

Director General of Da'wah Department Abroad
Saud bin Abdullah Al Ghudaian

| | |
|---|---|
| Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance<br>Assisting Agency for Da'wah Affairs<br>Confidential Office<br>Registration No. 271<br>Date: 17/08/1419 AH (December 07, 1998 AD)<br>[*Illegible*] 51155 | Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance<br>Assisting Agency for Da'wah Affairs<br>Confidential Office<br>Registration No. 632<br>Date: 18/08/1419 AH (December 08, 1998 AD)<br>Attachments: 5 |

[Handwriting: *To be presented, with regards, to His Eminence the Undersecretary. For your guidance. 17/08 AH)* – *Signature*]

KSA0000002512

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
الإدارة العامة للدعوة في الخارج

الرقم : ٣٠/١٧٦٢/٤/٨/ص
التاريخ : ١٤١٩/٨/١٧هـ
المشفوعات : ٥
الموضوع :

سري وعاجل

فضيلة الوكيل المساعد لشؤون الدعوة سلمه الله

السلام عليكم ورحمة الله وبركاته أما بعد :

فأسأل الله لكم العون ودوام التوفيق.

وأرفق لكم الرسالة اليها تفيبة الواردة من مدير مكتب الدعوة في أمريكا الشيخ/ خالد بن إبراهيم السويلم ذات الرقم ٣٦/س والتاريخ ١٤١٩/٨/١١هـ المتضمنة طلب منحه إجازة عادية لمدة ٢٩ يوماً اعتباراً من ١٤١٩/٩/٣هـ وترشيح مأمور الصرف صالح بن عبدالله الغصن للقيام بعمله مدة الإجازة وأود الإفادة بأن مايتعلق بطلب الإجازة فإن الوزارة لديها مناشط في شهر رمضان المبارك منها: إيفاد خمسة عشر داعياً للامامة والدعوة هناك في شهر رمضان ، وقد يكون من المناسب إشرافه على هذه المناشط بحكم عمله.

فإذا ترون الموافقة على إجازته فالأمر إليكم أما مايتعلق بتكليف مأمور الصرف صالح الغصن فإن الإدارة لاترى ذلك لأمرين:

أولهما: أنه يوجد في المكتب مجموعة من الدعاة المؤهلين شرعياً إضافة إلى علومراتبهم.

ثانيا : أن مأمور الصرف المراد تكليفه مفرغ للدراسة من الساعة التاسعة إلى الثانية عشرة في أربعة أيام وفي اليوم الخامس من التاسعة إلى العاشرة بموجب إفادة فضيلة مدير معهد العلوم الإسلامية والعربية في أمريكا المرافقة ذات الرقم ٩/١٥٧/س وتاريخ ١٤١٩/٨/١٤هـ ويرفقه جدول الدراسة للمذكور علماً بأن مدير المكتب أفاد بالفاكس المرافق رقم ٣٧ وتاريخ ١٤١٩/٨/١١هـ أن المذكور ليس متفرغاً كاملاً وإنما يدرس محاضرة واحدة فقط ويعود لمقر عمله ويعوض وقت المحاضرة بعد الدوام ، كما أن الإدارة لم توافق على دراسته للفترة الصباحية لمخالفتها النظام.

والله يحفظكم.

والسلام عليكم ورحمة الله وبركاته ......

المدير العام لإدارة الدعوة في الخارج

سعود بن عبدالله الغديان

(ختم: المكتب السري ٦٣٢ التاريخ ١٤١٩/٨/١٨هـ)

(ختم: المكتب السري التاريخ ١٤١٩/٨/١٧هـ)

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210212_BJS

**Language**: Arabic

**Document title**: KSA0000002512

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 19, 2021 19:25 CST)

**Date**: Feb 19, 2021