# Exhibit 267

## KSA 2609

Brother Abdul Mohsen

41614229

61

In the Name of Allah, the Most Gracious, the Most Merciful

**Kingdom of Saudi Arabia**
**Ministry of Islamic Affairs, Endowments, Da'wah and Guidance**
**The General Department for Administrative and Financial Affairs**
**Personnel Department**

**No.: 13 / 993**
**Date: 28 / 4 / 1416 AH / September 24, 1995 AD**
**Attachments:**

Subject:

Name: Khaled Bin Ibrahim Al Sowailem

Profession: The Director of the Department in Europe, America and Australia

Rank and Number: 12 / 16

Entity: The Agency of Da'wah Affairs

To: The honorable/ Manager of the Payroll Section,

Peace, mercy and blessings of Allah be upon you,

Further to the decision No. 1366 dated 3 / 4 / 1416 AH / August 30, 1995 AD, to delegate the employee whose name and position are mentioned above, starting from the date of his commencement,

And based on the letter of the Director of Da'wah Office in America No. 151 dated 23 / 4 / 1416 AH / September 19, 1995 AD, which indicates that the above-mentioned employee has started working in his new job from 18 / 4 / 1416 AH / September 14, 1995 AD

Please approve and mark in the records.

Peace, mercy and blessings of Allah be upon you,

Director of Personnel Affairs

Mohamed Bin Abdullah Al Mazrou`

Al Harby

CC to the Agency of Da'wah Affairs, for information

CC to the Payroll Department CC to the competent person: Mohamed for archive, with the original copy

CC to the registries

CC to the Office of Da'wah in America

CC to the Communications Department

1912

KSA0000002609

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

٤١٦١٤١٢٩

بسم الله الرحمن الرحيم

المملكة العربية السعودية

وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد

الادارة العامة للشؤون الادارية والمالية

ادارة شؤون الموظفين

الرقم : ١٢ / ٩٩٣

التاريخ : ٢٩ / ٤ / ١٤١٦هـ

المرفقات

تاريخ مباشرة العمل

الموضوع :

الاسم : خالد بن ابراهيم السويلم الوظيفه :مدير إدارة أوربا وأمريكا واستراليا
الفئة والرقم :١٦/١٢ الجهة :وكالة شؤون الدعوة

المكرم /مدير شعبة الرواتب
السلام عليكم ورحمة الله وبركاته ... وبعد،،، ،

الحاقا للقرار ذي الرقم ١٣٦٦ والمؤرخ في ٣/ ٤ /١٤١٦هـ الصادر بإيفاد المحرر اسمه ووظيفته اعلاه اعتبارا من تاريخ مباشرته العمل.

وبناء على خطاب مدير مكتب الدعوة بأمريكا ذي الرقم ١٥١ والمؤرخ في ٢٣/٤/١٤١٦هـ المتضمن ان المذكور باشر العمل اعتبارا من ١٨/٤/١٤١٦هـ .

نأمل اعتماد ذلك والتأشير بموجبه في السجلات .
والسلام عليكم ،،، ،

مدير ادارة شئون الموظفين

محمد بن عبدالله المزروع

الحربي
صوره /لوكالة شؤون الدعوة ~~الدعوة~~ للاحاطة
ص/الرواتب ص/للمختص/محمد/ للارشيف مع الاساس
ص/للسجلات ص/لمكتب الدعوة في أمريكا

سجلات
١٦/١٢

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

PUBLIC FILING

KSA0000002609

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 9, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 2609**

Sincerely,

Anthony Federico

Anthony Federico
Global Link Language Services, Inc.