# Exhibit 270

## KSA 2670-71



In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Personnel Affairs Department

**EMPLOYMENT APPLICATION**
(For Non-Employees and Employers)
101-B
Employee Number:

**Personal Information**

| | | | | | |
|---|---|---|---|---|---|
| 1. | First Name<br>Fahad | Father Name<br>Ibrahim | Grandfather Name<br>Abdullah | Last Name<br>al Thumairy | Gender<br>☑ Male<br>☐ Female |
| 2. | Nationality<br>Saudi | Date of Birth<br>1391 AH | Place of Birth<br>Riyadh | ID No. [redacted]<br>Issuing Agency: Riyadh<br>Issuance Date: 10/06/1410 AH (January 08, 1990 AD) | |
| 3. | Marital Status<br>☑ Single<br>☐ Married | Number of dependents (Number) | 4. Foreign languages you excel at<br>a. ----<br>b. ----<br>c. ---- | This field shall be signed by the General Bureau's employees<br>Information in fields 1 and 2 match the ID Card<br>Employee Name: ----<br>His Signature: ---- | |

5. Write your address for correspondence starting with city name: Riyadh/Al Muraba Neighborhood
Telephone No. 4022748

**Information about study at home country**
6. Are you currently student in a governmental college, school, or institute? No
If yes, clarify the following:
Name of college, institute, or school: ---- School Year: ----
Are you a regular or an affiliated student? ---- Do you receive a monthly reward? ---
7. Write information regarding the latest certificate you received according to the following fields and attach two copies for each:

| Certificate received | Major | Place of Study | College or School Name | Study Years | Date of receiving Certificate | Notes |
|---|---|---|---|---|---|---|
| Master's Degree | Sharia | Riyadh | Judiciary Higher Institute at the Imam University | 3 Years | 1416 AH (1995 AD) | ---- |

8. Does your name in the certificate literally match your name in the ID? ☑ Yes ☐ No
Given the difference between my name in the certificate and in the ID, I acknowledge to correct it within 60 days from the date of issue of my hiring order, and I hereby sign (----)

**Career information**
9. Have you ever worked for the government? Yes
If Yes, what is the government agency? Al Imam University
Is the job official? ☑ Yes ☐ No
Why did you leave work? Study completion
Date: 02/01/1416 AH (June 01, 1995 AD)
10. Do you work for the government now? No
If Yes, what is the government agency? ---- Type of work: ----
11. Write your previous and current career services and experience with the government, public or private institutions, and attach proofs:

| Job Title | Rank | Monthly Salary | Agency where you worked | Work Type | Service/Experience Period | | Reason of leaving the Job |
|---|---|---|---|---|---|---|---|
| | | | | | From | To | |
| Learner | Sixth | 4,000 | Judiciary Higher Institute at the Imam University | Study | 26/06/1414 AH (December 11, 1993 AD) | 20/02/1416 AH (July 19, 1995 AD) | Study completion |

**Information about study abroad**
This section is for graduates of foreign universities.
Your study is ☐ at your expense ☐ at the expense of the government.
If the answer is at the expense of the government, which agency delegated you? ----
For how long the agency has covered your expenses: ☐ The whole study term ☐ Part of the study term from ---- to ----

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

PUBLIC FILING

**Discipline information**
13. Have you ever been convicted with a Sharia penalty or with an offence against honor or integrity during the last three years? No
14. Have you been sentenced to prison for more than one year during the last three years? No
15. Have you ever got fired from government service for disciplinary reasons during the last three years? No
16. Are you being referred to investigation or trial at present? No

**Important notice for those having previous service:**
Article (22) of the Retirement Act of 1993 permits the addition of previous services to the subsequent services provided that the employee requests the same within one year at most from the date of return to service.

**Acknowledgement**

I, whose name is indicated in the beginning of the form, hereby acknowledge that I am of good conduct and behavior, and that all information written in all previous fields in this form and certificates attached herewith are true and not falsified. If otherwise is proven, I shall be accountable for all that is imposed by applicable regulations, orders, and instructions, including penalties set out in the anti-falsification regulations.

Signature: [*Handwritten Signature*] Date: 16/09/1416 AH (February 06, 1996 AD)

---

18. Job title applied for: ---- Job Rank: ----
Mention three cities you prefer to be headquarters to your work in order: 1. ---- 2. ---- 3. ----
Mention three governmental agencies where you prefer to work for in order: 1. ---- 2. ---- 3. ----
(The General Bureau shall try to meet your needs as much as possible)

---

The remaining part of the form shall be filled by employees at the General Administration of Employment

**Employment**
1. Did applicant answer all the previous items in the form? ☐ Yes ☐ No
2. Did the competent employee sign on the ID item? ☐ Yes ☐ No
3. Is the applicant of legal age (17 years)? ☐ Yes ☐ No
4. Did applicant attach the medical report in full? ☐ Yes ☐ No
5. Did applicant attach two copies of the academic certificate endorsed to match the original certificates? ☐ Yes ☐ No
6. Does his name in the qualification match his name in the ID? ☐ Yes ☐ No
7. Is the certificate equivalent (if issued abroad?) And what is it equivalent for? ☐ Yes ☐ No
8. If applicant has previous service or experience, did he attach the proof? ☐ Yes ☐ No
9. Any additional documents: ----

The said person meets the conditions and qualifications required to be hired for job: ---- Rank: -----
Employee/Name: ---- Signature: ---- Reviser/Name: ----

The applicant was registered in the list of banned persons, and measures shall be taken in case there is a similar name.
Employee/Name: ---- Signature: ---- Reviser/Name: ----

---

**Revision**
File was revised and applicant meets the hiring requirements for the rank and job stated above.
Employee/Name: ---- Signature: ---- Reviser/Name: ----

---

**Nomination**

| Number | Entity nominated for | Job Title | Number | Headquarters | Notes |
|---|---|---|---|---|---|
| ---- | ---- | ---- | ---- | ---- | ---- |
| ---- | ---- | ---- | ---- | ---- | ---- |

---

**Civil Service Administration**
1. Was he hired for the job mentioned in the Nomination Letter? ☐ Yes ☐ No
2. If No, is the job attained vacant and suitable? ☐ Yes ☐ No
3. Was he granted the rank and grade indicated in the Nomination Letter? ☐ Yes ☐ No
4. Was he granted a two-month salary under Article 27/10 if he has not worked before? ☐ Yes ☐ No
5. Did the order recommend putting him under probation according to Article (9) if he has not worked for government for more than one year? ☐ Yes ☐ No
6. Did the work commencement follow the order? ☐ Yes ☐ No

Employee/Name: ---- Signature: ---- Reviser/Name: ----

KSA0000002671

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الشئون الإسلامية والأوقاف
والدعوة والإرشاد
إدارة شـؤون الموظفين

# طلب توظيف

(لغير الموظفين والمستخدمين)

١٠١ - م

رقـم الموظف | | | | | | | |

**معلومات شخصية**

| | اسم الشخص | اسم الأب | اسم الجد | اسم الشهرة | الجنس |
|---|---|---|---|---|---|
| ١ – | فهد | إبراهيم | عبدالله | الثمري | ☒ ذكر ☐ انثى |
| ٢ – | الجنسية: سعودي | تاريخ الميلاد: ١٣٩١ هـ | مكان الميلاد: الرياض | رقم حفيظة النفوس: [redacted] الجهة التي صدرت منها: الرياض تاريخ صدورها: ..../٦/.... ١٤١٠هـ | |
| ٣ – | الحالة الاجتماعية ☒ اعزب ☐ متزوج | اذكر عدد من تعولهم (رقما) | ٤ – اذكر اللغات الأجنبية التي تجيدها أ ........ ب ........ جـ ........ | هذه الفقرة توقع من المختصين بالديوان المعلومات في ١ ، ٢ مطابقة لما في حفيظة النفوس اسم المختص : ........ توقيـــع : ........ | |

٥ – اذكر العنوان الذي يمكن مراسلتك عليه مبتدأ باسم المدينة : الرياض / ص ب ........
رقم الهاتف : ........

**معلومات دراسية في الداخل**

٦ – هل انت طالب حاليا بإحدى الكليات أو المدارس أو المعاهد العسكرية؟ لا .... اذا كان الجواب بنعم فوضح مايلي:
اسم الكلية أو المعهد أو المدرسة ........ السنة الدراسية ........
هل انت منتظم او منتسب ؟ ........ هل تصرف لك مكافأة شهرية ؟ ........

٧ – اذكر معلومات عن آخر شهادة تحصلت عليها حسب الحقول التالية مع ارفاق صورتين منها :

| اسم الشهادة الحاصل عليها | التخصص | مكان الدراسة | اسم الكلية أو المدرسة | عدد سنوات الدراسة | تاريخ الحصول على الشهادة | ملاحظات |
|---|---|---|---|---|---|---|
| ماجستير | شريعة | الرياض | المعهد العالي للقضاء بجامعة الإمام | ٣ سنوات | ١٤٢٢هـ | |
| | | | | | | |

**معلومات وظيفية**

٨ – هل اسمك في الشهادة مطابق لاسمك في حفيظة النفوس حرفيا ؟ نعم ☒ لا ☐
ونظرا للاختلاف بين اسمي في الشهـــادة واسمي في الحفيظة فانني اتعهد بتصحيحه خلال ستين يوما من تاريخ صدور قرار تعييني وعلى ذلك اوقع ( )

٩ – هل سبق أن عملت في جهاز الدولة ؟ نعم .... اذا كان الجواب بنعم فما هي الجهة الحكومية ؟ جامعة الإمام ....
وهل الوظيفة رسمية نعم ☒ لا ☐ وما سبب انفكاكك من العمل ........ تاريخ ذلك / / ١٤٢٦ هـ

١٠ – هل تعمل الآن في جهاز الدولة ؟ ..لا.. اذا كان الجواب بنعم فما هي الجهة الحكومية ........ نوع العمل ........

١١ – اذكر خدماتك وخبراتك الوظيفية السابقة والحالية في الحكومة او المؤسسات العامة أو الخاصة وارفق ما يثبت ذلك:

| مسمى الوظيفة | المرتبة | الراتب الشهري | الجهة التي عملت بها | نوع العمل | فترة الخدمة أو الخبرة: من | فترة الخدمة أو الخبرة: الى | سبب الانفكاك |
|---|---|---|---|---|---|---|---|
| مدرس | السادسة | ٤٠٠٠ | جامعة الإمام محمد بن سعود الإسلامية | مدرس | ١٤٢٤/٦/٦ | ١٤٢٦/٢/١٠ | [illegible] |
| | | | | | | | |
| | | | | | | | |

**معلومات دراسية في الخارج**

– هذه الفقرة خاصة بالخريجين من الجامعات الخارجية .
دراستك هل حسابك الخاص ☐ ام على حساب الدولة ☐
اذا كان الجواب على حساب الدولة فما هي الجهة التي ابتعثتك ؟ ........
وما هي مدة صرف البعثة عليك طول المدة ☐ بعض المدة ☐ من ........ الى ........

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

PUBLIC FILING

١٣ ــ هل سبق أن حكم عليك بحد شرعي أو بجريمة مخلة بالشرف أو الأمانة خلال الثلاث السنوات الأخيرة ؟ ....لا......
١٤ ــ هل سبق أن حكم عليك بالسجن لمدة تزيد عن السنة خلال الثلاث سنوات الأخيرة ؟ ......لا..............
١٥ ــ هل سبق أن فصلت من خدمة الدولة لأسباب تأديبية خلال الثلاث سنوات الأخيرة ؟ ......لا..............
١٦ ــ هل أنت محال للتحقيق أو المحاكمة في الوقت الحاضر ؟ ....لا.....................................

ملاحظة هامة بالنسبة لمن له سابق خدمة :

المادة (٣٢) من نظام التقاعد لعام ٩٣ تجيز احتساب الخدمات السابقة للخدمات اللاحقة بشرط تقدم الموظف بطلب ذلك خلال سنة على الأكثر من تاريخ عودته للخدمة .

الإقرار

أقر أنا المرشح إسمي في أول النموذج بأنني حسن السيرة والسلوك وأن المعلومات المدونة في جميع الفقرات السابقة في هذا النموذج والشهادات المرفقة به صحيحة وغير مزورة ، وفي حالة ثبوت عكس ذلك فانني أتحمل جميع ما تعرضني له النظم والأوامر والتعليمات النافذة بما في ذلك العقوبات المنصوص عليها في نظام مكافحة التزوير .

التوقيع : ......(توقيع)...... التاريخ ١٦ / ٩ / ١٤٣٦ هـ .

١٨ ــ مسمى الوظيفة المتقدم لها : .............................................. مرتبتها : ..............................

اذكر على التوالي ثلاثا من المدن التي تفضلها لكي تكون مقرا لعملك ١ ــ .............. ٢ ــ .............. ٣ ــ

اذكر على التوالي ثلاثا من الأجهزة الحكومية التي تفضل العمل بها ١ ــ .............. ٢ ــ .............. ٣ ــ

( وسيحاول الديوان بقدر المستطاع تحقيق رغباتك )

بقية النموذج يعبأ من قبل المختصين بالادارة العامة للتوظيف

| | |
|---|---|
| ١ ــ هل أجاب طالب التوظيف على جميع فقرات النموذج السابقة ؟ | نعم ☐ لا ☐ |
| ٢ ــ هل وقع الموظف المختص على فقرة تطبيق الحفيظة ؟ | نعم ☐ لا ☐ |
| ٣ ــ هل أكمل السن النظامية ( ١٧ سنة ) ؟ | نعم ☐ لا ☐ |
| ٤ ــ هل أرفق التقرير الطبي مكملا ؟ | نعم ☐ لا ☐ |
| ٥ ــ هل أرفق صورتين للشهادة العلمية مصدقتين بمطابقتهما للأصل ؟ | نعم ☐ لا ☐ |
| ٦ ــ هل اتضح أن اسمه في المؤهل مطابق لاسمه في الحفيظة ؟ | نعم ☐ لا ☐ |
| اذا كان الجواب بلا فهل تعهد بالتعديل ؟ | نعم ☐ لا ☐ |
| ٧ ــ هل الشهادة معادلة ( اذا كانت من الخارج ) ؟ وسنداً لما تعادله ؟ | نعم ☐ لا ☐ |
| ٨ ــ اذا كان لديه سابق خدمة أو خبرة فهل أرفق ما يثبت هذا ؟ | نعم ☐ لا ☐ |

٩ ــ أي وثائق اضافية : ..................................................................................

المذكور تتوفر لديه الشروط والمؤهلات المطلوبة للتعيين على وظيفة .............. .............. بالمرتبة ..............

الموظف / اسمه : .............. توقيعه : .............. المراجع / اسمه : .............. توقيعه : ..............

سجل اسم المذكور ضمن القوائم التي ستعرض على قائمة المعينين وسيتخذ اللازم في حالة ورود اسم مكتب له

الموظف المختص / اسمه : .............. توقيعه : .............. التاريخ / / ١٤هـ

لقد دقق الملف وتوفرت لدى المتقدم الشروط المطلوبة للتعيين على المرتبة والوظيفة الموضحة أعلاه .

الموظف المختص / اسمه : .............. توقيعه : .............. التاريخ / / ١٤هـ

| عدد | الجهة المرشح لها | مسمى الوظيفة | رقمها | مرتبتها | ملاحظات |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| ١ ــ هل عين على الوظيفة المذكورة في خطاب الترشيح ؟ | نعم ☐ لا ☐ |
| ٢ ــ اذا كان الجواب بلا فهل الوظيفة التي عين عليها شاغرة ومناسبة ؟ | نعم ☐ لا ☐ |
| ٣ ــ هل منح المرتبة والدرجة المحددة في خطاب الترشيح ؟ | نعم ☐ لا ☐ |
| ٤ ــ هل منح راتب شهرين حسب المادة ( ٢٧ / ١٠ ) اذا لم يسبق له العمل ؟ | نعم ☐ لا ☐ |
| ٥ ــ هل أوصى القرار بوضعه تحت التجربة بموجب المادة (٩) اذا لم يسبق له العمل بالحكومة لأكثر من سنة ؟ | نعم ☐ لا ☐ |
| ٦ ــ هل المباشرة لاحقة القرار ؟ | نعم ☐ لا ☐ |

الموظف المختص : اسمه : .............. توقيعه : ..............

التاريخ / / ١٤ هـ

~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03-MDL-1570,
United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Document titles**:
KSA0000000550
KSA0000000551
KSA0000000556
KSA0000000557
KSA0000000558
KSA0000000559
KSA0000000560
KSA0000000561
KSA0000000564
KSA0000000565
KSA0000000566
KSA0000000568
KSA0000000603
KSA0000000604
KSA0000000605
KSA0000001241
KSA0000001253
KSA0000001274
KSA0000001275
KSA0000001334
KSA0000002614
KSA0000002670
KSA0000002671
KSA0000002676
KSA0000002686

**Language:** Arabic > English

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience

**Signed**: Farah Alshekhli

**Date**: September 11, 2018