# Exhibit 271

## KSA 2690-93

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques,
Da'wah, and Guidance Affairs
Undersecretary's Office

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. 100/4/1/S
Date: 11/02/1421 AH
(May 16, 2000 AD)
Attachments: 24
Subject: ----

**CONFIDENTIAL**

His Excellency the Minister, may Allah bless him

May the peace, mercy, and blessings of Allah be upon you.

I ask Allah to grant you his blessings abundantly.

Please find enclosed herewith the minutes of the selection committee to nominate the persons to take the exempted jobs, as follows:

1. Minutes (43-44);
2. Minutes (46); and
3. Minutes (48-56).

Please note that the propagation to Islam (Da'wah) activity of the field propagator, or the administrative competence if the propagator was working at the administrative field, were taken into consideration at the selection process.

Also, the nominees to the tenth rank were nominated for the job title "Da'wah Office Director", because there are no vacant jobs under the job title "Propagator" currently.

I want to report to Your Excellency that there is no propagation of Islam (Da'wah) office in British Guiana.

For your review and guidance. May Allah bless you.

May the peace, mercy, and blessings of Allah be upon you.

**HANDWRITING**
*To be returned, with greetings, after presenting it to His Excellency, who advised that there is approval regarding 4-12. As for the first 3, will they take the jobs they were nominated for?*
*15/03/1421 AH (June 18, 2000 AD)*
*Advisor*
Dr. Mohamed Al Samih [*Handwritten Signature*]
15/03/1421 AH (June 18, 2000 AD)

Ministry's Undersecretary for Mosques, Da'wah, and Guidance Affairs
Abdulaziz bin Abdullah Al Ammar
11/02/1421 AH (May 16, 2000 AD)
[*Handwritten Signature*]

Sheikh Saheem [*Handwritten Signature*]
16/03/1421 AH (June 19, 2000 AD)

[**SEAL**]
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Minister's Confidential Office
No. 273
Date: 12/02/1421 AH (May 17, 2000 AD)
Attachments: 24

S/M/119

[**SEAL**]
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques, Da'wah, and Guidance Affairs
Confidential Office
Registration No. 450/S
Date: 16/03/1421 AH (June 19, 2000 AD)
Attachments: 24

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000002690

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques,
Da'wah, and Guidance Affairs
Undersecretary's Office

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. 159/4/1/S
Date: 18/03/1421 AH
(June 21, 2000 AD)
Attachments: 35 +
Two correaponsence
(450-455/S)
Subject: ----

**CONFIDENTIAL**

His Excellency the Minister's Undersecretary for Administrative and Technical Affairs, may Allah bless him

May the peace, mercy, and blessings of Allah be upon you.

I wish you the best of success.

Please find enclosed herewith the approval of His Excellency the Minister, may Allah bless him, of the minutes of the selection committee to nominate the persons to take the exempted jobs, as follows:

1. Minutes No. 48, regarding the promotion of Sheikh Fahad bin Ibrahim al Thumairy;
2. Minutes No. 49, regarding the promotion of Sheikh Abdallah bin Abdel Mohsen Al ash-Sheikh;
3. Minutes No. 50, regarding the promotion of Sheikh Hasan bin Abdullah Al Jalil;
4. Minutes No. 51, regarding the promotion of Sheikh Shaker bin Ahmed Andijani;
5. Minutes No. 52, regarding the promotion of Sheikh Fahd bin Ali Al Sulayham;
6. Minutes No. 53, regarding the promotion of Sheikh Mufrij bin Khafran Al Dosary;
7. Minutes No. 54, regarding the promotion of Sheikh Faysal bin Sikkit Al Sikkit;
8. Minutes No. 55, regarding the promotion of Sheikh Ibrahim bin Yahya Al Talei;
9. Minutes No. 56, regarding the promotion of Sheikh Fawwaz bin Abdullah Al Ghamdi;
10. Minutes No. 57, regarding the promotion of Sheikh Saleh bin Abdullah Al Subaihi; and
11. Minutes No. 58, regarding the promotion of Sheikh Abdullah bin Abdel Rahman Al Ankari.

Also, please find enclosed herewith the career performance assessments of each, and the certificates of the course of the Imams and Preachers Institute for those at the 7th Rank, to take the required action. May Allah bless you.

May the peace, mercy, and blessings of Allah be upon you.

Ministry's Undersecretary for Mosques, Da'wah, and Guidance Affairs
Abdulaziz bin Abdullah Al Ammar
[*Handwritten Signature*]
17/03 AH

Al Subayh/637

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000002691

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques,
Da'wah, and Guidance Affairs
Undersecretary's Office

[*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*]

No. ----
Date: ----
Attachments: ----
Subject: ----

**PROPAGATOR'S DATA SHEET**

Propagator's Name: Fahad bin Ibrahim al Thumairy

| | |
|---|---|
| Current Rank and No. | 8/113 |
| Title | Preacher |
| Workplace | The Da'wah Office in America |
| Job Description | Field propagation of Islam (Da'wah), in addition to supervising the programs of the Islamic Foundation of Shaikh Ibn Taymiyyah |
| Promotion Date | 05/11/1420 AH (February 10, 2000 AD) |
| Job promoted to | Propagator 9/91 |

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

KSA0000002692

In the name of Allah, the Gracious, the Merciful

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs,<br>Endowments, Da'wah, and Guidance<br>Ministry's Agency for Mosques,<br>Da'wah, and Guidance Affairs<br>Undersecretary's Office | [*Logo of Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*] | No. ----<br>Date: ----<br>Attachments: ----<br>Subject: ---- |

**MEETING MINUTES NO. 48, DATED 10/02/1421 AH (MAY 15, 2000 AD)**

Praise be to Allah, the lord of the worlds. May prayer and peace be upon our prophet, Mohamed, and upon his household and companions.

In accordance with Article 3 of the Civil Service Council's order No. 1/562, dated 14/07/1419 AH (November 04, 1998 AD), about forming a committee with no less than three members of the chief officials to consider the promotion of the employees taking the exempted jobs pursuant to Article 3 of the aforesaid order;

In accordance with the Ministerial Order No. 6/Q/M, dated 28/02/1420 AH (June 13, 1999 AD), about approving the formation of a committee to select those who meet the promotion requirements from among those who take the exempted jobs, of:

| | | |
|---|---|---|
| 1. | Ministry's Undersecretary for Mosques, Da'wah, and Guidance Affairs | Chairman; |
| 2. | General Director of Da'wah at Home | Member; |
| 3. | Representative of the Personnel Affairs Department | Member; and |
| 4. | Abdel Rahman bin Abdullah Al Sahim | Committee Secretary |

The Committee has met and reviewed the names of employees who completed four years or more and meet the academic and practical qualifications. The best and most competent employee, who met the promotion requirements, was chosen.

Fahad bin Ibrahim al Thumairy was nominated for promotion to work as a propagator, Rank 9, No. 91.

As the Committee adjourned its meeting, it recommended the approval of his promotion. The minutes was submitted to His Excellency the Minister for approval and guidance. We ask Allah to grant success to all.

Committee Secretary
Abdel Rahman bin Abdullah Al Sahim
[*Handwritten Signature*]

Committee Members

| | |
|---|---|
| Hisham bin Abdel Rahman Al Atiq<br>[*Handwritten Signature*] | Saad bin Mabrouk Al Mutairi<br>[*Handwritten Signature*] |

Committee Chairman
Abdulaziz bin Abdullah Al Ammar
[*Handwritten Signature*]

S/M.M/48

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

KSA0000002693

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشئون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
مكتب الوكيل

الرقم : ١٠٠/٤/١/س
التاريخ : ١١/٢/١٤٢١هـ
المشفوعات : ٢٤
الموضوع :

## سري

**معالي الوزير** **أعزه الله بطاعته**

**سلام عليكم ورحمة الله وبركاته** **أما بعد :**

فأسأل الله أن يُسبغ عليكم نعمه ظاهرة وباطنة

وأرفع لمعاليكم محاضر لجنة المفاضلة لترشيح شاغلي الوظائف المستثناة وهي كالتالي :

١ ـ المحضران ( ٤٣ ـ ٤٤ ) .

٢ ـ المحضر ( ٤٦ ) .

٣ ـ المحاضر من ( ٤٨ ـ ٥٦ ) .

وأحيط معاليكم أنه أُخِذ بعين الاعتبار عند المفاضلة النشاط الدعوي للداعية الميداني ، أو الجدوى الإدارية إذا كان يعمل إدارياً .

كما أن المرشحين للمرتبة العاشرة قد رُشِّحوا على وظائف « مدير مكتب دعوة » لعدم وجود وظائف شاغرة ـ حالياً ـ بمسمّى « داعية » .

وأود إفادة معاليكم أن « جيانا الانجليزية » ليس فيها مكتب دعوة .

آمل تكرم معاليكم بالاطلاع والتوجيه . والله يحفظكم ويرعاكم .

**والسلام عليكم ورحمة الله وبركاته .**

**وكيل الوزارة**
**لشؤون المساجد والدعوة والإرشاد**

**عبدالعزيز بن عبدالله العمار**
١١/٢

نبارك ما جاء بالمحاضر مع مراعاة
درجة بالإلاغم بأن المانيمه ٤٤ ـ ١٢
وأما الثلاثة الأول فهل سيباشرون
الوظائف التي رشحوا عليها ؟
المستشار
١٥/٢

س/م/١١٩

١٥/٢/١٤٢١

د/محمد السحيم

الشيخ السحيم
١٦/٢

وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الوزير السري
الرقم : ٢٧٣
التاريخ : ١٢/٢/١٤٢١هـ
المشفوعات : ٢٤

وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
المكتب السري
الرقم : ١٥٠
التاريخ : ١٦/٢/١٤٢١هـ
المشفوعات : ٢٤

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

PUBLIC FILING

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشئون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
مكتب الوكيل

الرقم : ٣/١/٤/١٥٩
التاريخ : ١٨/٣/١٤٢١هـ
المشفوعات : ٣٥ + معاملتين [٤٥٠-٥٥٠ق]
الموضوع :

**ســري**

**سعادة وكيل الوزارة للشؤون الإدارية والفنية سلمه الله**

**السلام عليكم ورحمة الله وبركاته أما بعد :**

**فأسأل الله لكم التوفيق والسداد**

وأشفع لكم موافقة معالي الوزير – حفظه الله – على محاضر لجنة المفاضلة لترشيح شاغلي الوظائف المستثناة ، وهي على التوالي :

١– محضر رقم ( ٤٨ ) الخاص بترقية الشيخ / فهد بن إبراهيم الثميري .
٢– محضر رقم ( ٤٩ ) الخاص بترقية الشيخ / عبدالله بن عبدالمحسن آل الشيخ .
٣– محضر رقم ( ٥٠ ) الخاص بترقية الشيخ / حسن بن عبدالله الجليل .
٤– محضر رقم ( ٥١ ) الخاص بترقية الشيخ / شاكر بن أحمد أنديجاني .
٥– محضر رقم ( ٥٢ ) الخاص بترقية الشيخ / فهد بن علي الصليهم .
٦– محضر رقم ( ٥٣ ) الخاص بترقية الشيخ / مفرج بن خفران الدوسري .
٧– محضر رقم ( ٥٤ ) الخاص بترقية الشيخ / فيصل بن سكيت السكيت .
٨– محضر رقم ( ٥٥ ) الخاص بترقية الشيخ / إبراهيم بن يحيى آل طالع .
٩– محضر رقم ( ٥٦ ) الخاص بترقية الشيخ / فواز بن عبدالله الغامدي .
١٠– محضر رقم ( ٥٧ ) الخاص بترقية الشيخ / صالح بن عبدالله الصبيحي .
١١– محضر رقم ( ٥٨ ) الخاص بترقية الشيخ / عبدالله بن عبدالرحمن العنقري .

كما أشفع لكم تقاويم الأداء الوظيفي لكل منهم ، وشهادات دورة معهد الأئمة والخطباء لمن هم في المرتبة السابعة ، لإكمال ما يلزم . والله يحفظكم ويرعاكم .

**والسلام عليكم ورحمة الله وبركاته**

**وكيل الوزارة**
**لشؤون المساجد والدعوة والإرشاد**

١٣/٤

**عبدالعزيز بن عبد الله العمار**

الصبيح/٦٣٧

PUBLIC FILING

KSA0000002691

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
مكتب الوكيل

الرقم : ....................
التاريخ : ....................
المشفوعات : ....................
الموضوع : ....................

# بيان بمعلومات داعية

**اسم الداعية / فهد بن إبراهيم التميري**

| | |
|---|---|
| المرتبة الحالية ورقمها | ٨ / ١١٣ |
| مسماها | مرشد |
| مكان عمله | مكتب الدعوة في أمريكا |
| عمله الذي يقوم به | الدعوة الميدانية بالإضافة إلى الإشراف على برامج مؤسسة شيخ الإسلام ابن تيمية |
| تاريخ استحقاق الترقية | ١٤٢٠/١١/٥ هـ |
| الوظيفة المرشح لها | داعية ٩ / ٩١ |

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
مكتب الوكيل

الرقم : ..........
التاريخ : ..........
المشفوعات : ..........
الموضوع : ..........

# محضر اجتماع رقم ( ٤٨ ) وتاريخ ١٤٢١/٢/١٠هـ

الحمد لله رب العالمين والصلاة والسلام على نبينا محمد وعلى آله وأصحابه أجمعين أما بعد :

فبناءً على البند ( ثالثاً ) من قرار مجلس الخدمة المدنية ذي الرقم ٥٦٢/١ المؤرخ في ١٤١٩/٧/١٤هـ المتضمن تكوين لجنة لا يقل عدد أعضائها عن ثلاثة من المسؤولين الرئيسيين للنظر في ترقية الموظفين شاغلي الوظائف المستثناة وفقاً لنص البند الثالث من القرار المشار إليه .

وبناء على القرار الوزاري ذي الرقم ٦/ق/م المؤرخ في ١٤٢٠/٢/٢٨هـ المتضمن الموافقة على تكوين لجنة لاختيار من تتوفر لديهم شروط الترقية من شاغلي الوظائف المستثناة من :

**١ـ وكيل الوزارة لشؤون المساجد و الدعوة والإرشاد رئيساً.**
**١ـ المدير العام للدعوة في الداخل عضواً.**
**٢ـ ممثل عن إدارة شؤون الموظفين عضواً .**
**٣ـ عبدالرحمن بن عبدالله السحيم سكرتير اللجنة .**

فقد اجتمعت اللجنة واستعرضت أسماء الموظفين الذين أكملوا أربع سنوات ، أو أكثر ممن تتوفر لديهم المؤهلات العلمية والعملية ، وتم اختيار الأفضل والأجدر من بين الموظفين على رأس العمل ممن تتوفر لديهم شروط الترقية ، وتم ترشيح :

**فهد بن إبراهيم الثميري** ، وقد رُشّح للترقية على وظيفة داعية م (٩) ذات الرقم (٩١).

وتوصي اللجنة في ختام اجتماعها بالموافقة على ترقيته ، ورفع المحضر لمعالي الوزير لاعتماده والتوجيه بما يراه . ونسأل الله للجميع التوفيق والسداد .

**سكرتير اللجنة**
**عبدالرحمن بن عبدالله السحيم**

**أعضاء اللجنة**

**هشام بن عبدالرحمن العتيق** **سعد بن مبروك المطيري**

**رئيس اللجنة**
**عبدالعزيز بن عبدالله العمار**

س/م . م/٤٨

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

PUBLIC FILING

GLOBO

# T ANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000002690

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 15, 2021 11:55 CDT)

**Date**: Mar 15, 2021

GLOBO

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000002691

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experinece, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 16, 2021 08:56 CDT)

**Date**: Mar 16, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000002692

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experinece, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 16, 2021 08:55 CDT)

**Date**: Mar 16, 2021

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000002693

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experinece, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 16, 2021 08:55 CDT)

**Date**: Mar 16, 2021