# Exhibit 273

## KSA 2783

*In the Name of Allah, the Most Gracious, the Most Merciful*

*HE the Director of Office of Dawah and Guidance in USA May God preserve him*

*Peace and mercy of Allah and his blessings may be upon you … and after;*

*I am writing to you to express my desire to be granted a regular leave for a period of nineteen days, for travelling to the Kingdom. This period shall start from Monday 19/03/1422 AH, corresponding to 11/06/2001 AD.*

*I hope you will approve this request and write to whoever is concerned with this regard.*

*May God preserve and sponsor you,*

*The Ministry's Delegate in Los Angeles*
*[ Signature ]*
Fahad Bin Ibrahim Abdullah al Thumairy
*24/02/1422 AH - 08/05/2001 AD*

---

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~, ~~United States District Court for the Southern District of New York~~.
PUBLIC FILING

بسم الله الرحمن الرحيم

فضيلة مدير مكتب الدعوة والإرشاد في أمريكا حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد:

أكتب لكم معبراً عن رغبتي التمتع بإجازة عادية لمدة تسعة عشر يوماً، وذلك للسفر إلى المملكة، تبدأ المدة من يوم الاثنين الموافق ١٩/٣/١٤٢٢هـ - ١١/٦/٢٠٠١م.

آملاً منكم الموافقة والكتابة لمن يلزم بهذا الشأن.

والله يتولاكم بحفظه ورعايته.

موفد الوزارة في لوس أنجلوس

فهد بن إبراهيم الثميري

١٤/٢/١٤٢٢هـ - ٨/٥/٢٠٠١م

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

PUBLIC FILING

KSA0000002783

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 9, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 2783**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.