# Exhibit 274

## KSA 2794

08/14/03 14:33 Tel.: 2029443192 IFTA OFFICE 001

FROM: PANASONIC FAX SYSTEM PHONE NO.: Aug 13 2001 12:32AM P1

*In the Name of Allah, the Most Gracious, the Most Merciful*

*HE the Director of Office of Dawah and Guidance in USA May God preserve him*

*Peace and mercy of Allah and his blessings may be upon you … and after;*

*I am writing to you to express my desire to be granted a regular leave for a period of twenty six days. This period shall start from Monday 08/06/1422 AH, corresponding to 27/08/2001 AD.*

*I hope you will approve this request and write to whoever is concerned with this regard.*

*May God preserve and sponsor you,*

*The Ministry's Delegate in Los Angeles*

*[ Signature ]*

*Fahad Bin Ibrahim Abdullah al Thumairy*

*23/05/1422 AH*

*13/08/2001 AD*

14/08 '01 TUE 22:31 [TX/RX NO 8950] 001

KSA0000002794

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

فضيلة مدير مكتب الدعوة والإرشاد في أمريكا حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد،

أكتب لكم معبراً عن رغبتي التمتع بإجازة عادية لمدة ستة وعشرين يوماً بداية من الاثنين ٨/جمادى الآخرة/١٤٢٢هـ الموافق ٢٧/٨/٢٠٠١م

آملاً موافقتكم والكتابة لمن يلزم بذلك.

والله يحفظكم ويرعاكم

كتبه

موفد الوزارة في لوس أنجلوس

فهد بن إبراهيم الثميري

٢٣/٥/١٤٢٢هـ

١٣/٨/٢٠٠١م



~~CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

PUBLIC FILING

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 9, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 2794**

Sincerely,

Anthony Federico

Anthony Federico
Global Link Language Services, Inc.