# Exhibit 281

## KSA 4466

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Defense & Aviation<br>Civil Aviation Presidency | [Emblem of Ministry of Defense & Aviation] | |
| No: 7/4/6043 | Date: 03/11/1417 AH | Encl: |

| | | | | |
|---|---|---|---|---|
| Omar Ahmad Mustafa al Bayoumi | Accountant | 8th | 86 | Air Corridors Engineering |

**The Honorable Director General of Air Corridors Engineering**

May the Peace, Mercy and Blessing of Allah be Upon You

I sent a letter to the Managing Director of the company of Dallah Avco under the letter No. 2 هـ/م/ج/97/76 dated 11/10/1417 AH of which a copy is attached wherein I requested approving the extension of secondment of the said employee to work with it for the third year as of 08/01/1418 AH. On referring this subject to H.E. Assistant President of Civil Aviation, H.E. asked to be provided with the following before approving the extension of the secondment:-

1) What are the reasons for the extension of the secondment for third year
2) What are the reasons for his stay in USA? Is it to complete his study or for other reasons?
3) What is the kind of study and majority and the qualification which he wants to obtain and when will it be finished?
4) Is he willing to continue in his position after returning or will he leave the work?

We hope you answer all the above points and accordingly sending all of them to us to refer the subject to H.E. Assistant President.

Sincerely Yours,,,

The Personnel Affairs Director in Charge

[Signed] [2/11/1417]

Abdul Rahim Nouri Jastaniyah

3/ Bayoumi

CC:

Personnel Affairs with basic files.

[Handwriting: [illegible] financial control- for notification – 06/11 – Signed]

[Seal: Ministry of Defense and Aviation – [illegible] – No. 1981/m- date: 03/11/7]

[Signed]

[Seal: Received – 433 – 15 March 1997 – AED – Control File]

Please reply to: P.O. Box Postal Code: City: Kingdom of Saudi Arabia

~~**CONFIDENTIAL:**~~
~~**This document is subject to a Protective Order**~~
~~**Regarding confidential information in 03 MDL 1570,**~~
~~**United States District Court for the Southern District of New York.**~~

KSA0000004466

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم ......... التاريخ ......... المرفقات .........

عمر أحمد مصطفى بيومي ، محاسب ٨ ٨٦ هندسة الممرات الجويه

سعادة مدير عام هندسة الممرات الجويه الموقر

السلام عليكم ورحمة الله وبركاته :-

كتب للرئاسة العضو المنتدب لشركة دله افكو بخطابه رقم ٢ م /هـ ج /٧٦/٩٧ وتاريخ ١٤١٧/١٠/١١هـ المرفق صورته طالبا الموافقه على تمديد اعارة الموظف الموضحه هويته بعاليه للعمل لديهم لمدة سنه ثالثه اعتبارا من ١٤١٨/١/٨هـ وبعرض الموضوع على انظار سعادة مساعد رئيس الطيران المدني رغب سعادته معرفة التالي:- قبل الموافقه على التمديد

١) ماهي الاسباب الداعية لتجديد الاعاره للمرة الثالثه .
٢) ماهي اسباب بقائه في امريكا ؟ هل هي لمواصلة الدراسة أم لاسباب اخرى ؟
٣) ماهو نوع الدراسة والتخصص والمؤهل الذي يرغب الحصول عليه ومتى سينتهي ؟
٤) هل لديه الرغبه في الاستمرار في الوظيفة بعد عودته ام سيترك العمل .

نأمل الاجابه على جميع النقاط اعلاه ومن ثم اعاده كامل المعامله لنا لنتمكن من عرض الموضوع علي انظار سعادة مساعد الرئيس .

وتقبلوا تحياتي ،،،

مدير شئون الموظفين المكلف

عبدالرحيم نوري جستنيه

٢/بيومي
ص/ لشئون الموظفين مع الاساس .

RECEIVED
15 MAR 1997
AED
CENTRAL FILE



CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

PUBLIC FILING

KSA0000004466

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 9, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 4466**

Sincerely,

Anthony Federico

Anthony Federico
Global Link Language Services, Inc.