# Exhibit 283

## KSA 4503

In the name of Allah, the most Gracious, the most Merciful

| | | |
|---|---|---|
| [Stamp]<br>Personnel Department<br>3901<br>08/02/1414 AH | **Application for Employee's Leave**<br>Of the Rank 11 and below and the users | Dept. Outgoing no. / Airport:<br>Date: / /14 AH |

His excellency, Manager of Financial Department
Greetings,
I hope you approve this leave for me ☒ Occasional ☐ Exceptional ☐ Extension of Occasional Leave

First – Application

For 51 days as of 13/02/1414 AH. This shall be my address during the leave:

---------------------------------------------------------------------------------------

My colleague Mr. Adel Awad Filyan shall do the work instead of me.
Date: 08/02/1414 AH

Name: Omar Ahmed Mustafa al Bayoumi
Rank: 8th its no.: 86
Signature: [handwritten signature]
Title: Accountant

Second – Approval of Officer in Charge

The Honoree\ Manager of Personnel and Payroll \ Recruitment
There is no problem to grant the above-mentioned requested leave in case it is due according to the law.

Name: Ibrahim Al-Drigan, Signature: [handwritten signature], Position: Manager of the Financial Department.
Date: 08/02/1414 AH

Third – Personnel Employee Check

Required leave

☒ Due according to the law for the period from: 25/06/141403 AH to: 06/03/1405 AH

☐ Not due according to the law and it shall returned with greetings to his Excellency\ ....................... for the following reasons:

1-
2-
3-
Date: 08/02/1412 AH

Position title: Manager of Recruitment's Section
Signature: [handwritten signature]
Name: Abdullah Al-Nahary

Fourth – The Resolution

The assigned Manager of Personnel and Payroll shall, according to the powers entitled to him according to the law and article no. 4/28 of civil service law, decide the following:

1- Granting the abovementioned employee an (Occasional) leave for period of (51) days as of 13/02/1414 AH.
2- Report this to whom it required in order to be executed and approved accordingly.

**Resolution no. 1621/1/4/7**
**Date:** 08/02/1412 AH

Name to whom powers are entitled: Muhammad Nour Attia

Signature: [handwritten signature]
Position: Manager of Personnel and Payroll

Copy to his Excellency the Manager of Financial Department to report Employee's return and getting involved in work. Handwritten Text: Original is Received [Handwritten Signature]
Copy to the Honoree Manager of Execution and Payroll
Copy to the honoree Manager of Recruitment's Section
Copy to whom his file was issued in addition to the original copy of the resolution.
Copy for Communication Department in order to define document no. 39010 dated 08/02/1414 AH.

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order~~
~~regarding confidential information in 03-MDL 1570,~~
~~United States District Court for the Southern District of New York~~



PUBLIC FILING

بسم الله الرحمن الرحيم

إدارة شئون الموظفين

# طلب إجازة للموظف

من المرتبة السادسة عشرة فما دون والمستخدمين

رقم صادر الادارة / المطار

التاريخ / / ١٤هـ

| | |
|---|---|
| أولاً – الطلب | سعادة مدير الاتصالات المحترم<br>بعد التحيه<br>ارغب الترخيص لي بإجازة ☑ إعتيادية ☐ إستثنائية ☐ تمديد اعتياديه<br>لمدة ( ٥١ ) يوماً إعتباراً من ١٣/ ٩ /١٤١٤هـ وسيكون عنواني أثناء الإجازة :<br>وسوف يقوم بتأمين العمل زميلي / عادل عوض فليمبان<br>الاسم عمر أحمد البسيوني<br>المرتبه ٨ رقمها ٨٦<br>التوقيع<br>مسمى الوظيفه محاسب<br>التاريخ ٨ / ٩ /١٤١٤هـ |
| ثانياً – موافقة المسئول | المكرم / مدير شئون الموظفين والرواتب / التوظيف المحترم<br>لا مانع لدينا من منحه الإجازة المطلوبة اذا كانت مستحقة نظاماً .<br>الاسم [illegible] التوقيع الوظيفه مدير الاتصالات المالية<br>التاريخ ٨ / ٩ /١٤١٤هـ |
| ثالثاً – تدقيق شئون الموظفين | الإجازه المطلوبه ☑ مستحقة نظاماً عن الفتره من ٢٥/ ٦ /١٤٠٣ حتى ٦ / ٣ / ١٤٠٥هـ<br>☐ غير مستحقة نظاماً : وتعاد مع التحيه لسعادة /<br>للاسباب التاليه :–<br>١ :–<br>٢ :–<br>٣ :–<br>مسمى الوظيفه مدير شعبة التوظيف<br>التوقيع<br>الاسم عبدالله الزهراني<br>التاريخ ٨ / ٩ /١٤١٤هـ |
| رابعاً – القـــرار | إن مدير شئون الموظفين والرواتب القرار رقم ٧/١٤/١/١/١٦٣١<br>بناءاً على الصلاحيات الممنوحه له نظاماً . وتاريخ ٨ / ٩ /١٤١٤هـ<br>وبناء على الماده رقم ( ٢٨/٤ ) من نظام الخدمة المدنية يقرر ما يلي :<br>١ – يمنح الموظف اعلاه اجازة ( اعتيادية ) لمدة ( ٥١ ) يوماً اعتباراً من ١٣/ ٩ /١٤١٤هـ<br>٢ – يبلغ هذا لمن يلزم لانفاذه والتأشير بموجبه ،،<br>إسم صاحب الصلاحيه محمد نور عطيه<br>التوقيع<br>الوظيفه مدير شئون الموظفين والرواتب |

صوره لسعادة / مدير الإدارة المالية للإفاده عن موعده و مباشرته للعمل .
صوره للمكرم مدير شعبة التأديه والرواتب .
صوره للمكرم مدير شعبة التوظيف .
صوره للصادر / لملفه مع اصل القرار .
صوره للإتصالات الاداريه لتسديد القيد رقم « ٢٩٠١ » وتاريخ ٨ / ٩ /١٤١٤هـ

~~CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 9, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 4503**

Sincerely,

Anthony Federico

Anthony Federico
Global Link Language Services, Inc.