# Exhibit 285

## KSA 5248

In The Name of God, Most Merciful, Most Beneficent

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Da'wah and Guidance
General Directorate of Administrative
and Financial Affairs
Personnel Department

No.: 8/5
Date: / /
Attachments: 5

Subject:

Secondment Decision

Administrative Decision No. 14415, dated 27/7/1417 AH/ December 8, 1996 AD

The Director of Personnel Affairs,
In his capacity,
And based on the approval of His Highness, the Minister, without a number, dated 9/7/1417 AH/ November 20, 1996 AD, drawn on a letter of His Excellency the Undersecretary of the Ministry of Masques Affairs, Da'wah and Guidance No. 2851/4, dated 9/7/1417 AH/ November 20, 1996 AD concerning the secondment of Mr. Khalid Bin Ibrahim ai Sowailem to Orange County for 4 days, starting from the day of commencement, in arder to attend the 8th international conference on the biography of the prophet, at Orange County city.

According to the Civil Service System and its regulations, and whereas an association to the financial management has been established under No. 202/903 on 22/7/1417 AH/ December 3, 1996 AD,
Decides the following:

1. Mr. Khalid Bin Ibrahim ai Sowailem is seconded to Orange County, from Washington, for four days, to do the task mentioned above.
2. This decision and its attachments are to be delivered to His Excellency the General Director of Da'wah Abroad, to take the necessary action, and to submit a report on the mission.

Director of Personnel Affairs
Signed

Mohamed Bin Abdallah Almazrou

Handwritten Text:
631
**Signature**
28/07/1417 AH (12/09/1996 AD)
**4895**
America
**Illegible Stamp**

~~CONFIDENTIAL~~:
~~This document is subject to Protective Order~~
~~regarding confidential information in 03-MDL-1570~~,
~~United States District Court for the Southern District of New York~~.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
الادارة العامة للشؤون الادارية والمالية
ادارة شؤون الموظفين

الرقم: ٥/٢م
التاريخ: / / ١٤هـ
المرفقات: ـــ

الموضوع:

قرار انتداب

القرار الاداري ذي الرقم ٥/٢/٤١ والمؤرخ في ٢٨/ ٧ / ١٤١٧هـ

ان مدير ادارة شؤون الموظفين
بناء على ماله من صلاحيات
وبناء على موافقة معالي الوزير ذات الرقم بدون والمؤرخه في ١٤١٧/٧/٩هـ على خطاب سعادة وكيل الوزارة لشؤون المساجد والدعوه والارشاد ذي الرقم ٤/٢٨٥١ المؤرخ في ١٤١٧/٧/٩هـ بشأن انتداب الاستاذ/خالد بن ابراهيم السويلم الى اورانج كاونتي لمدة اربعة ايام اعتباراً من مباشرته المهمه وذلك لحضور المؤتمر الدولي الثامن للسيرة النبويه بمدينة اورانج كاونتي .
وعملا بنظام الخدمه المدنيه ولوائحه التنفيذيه وحيث تم الارتباط بالاداره الماليه تحت الرقم ٩٠٣/٢٠٢ في ٢٢ / ٧ /١٤١٧هـ.
يقرر مايلي :

١- ينتدب الاستاذ/خالد بن ابراهيم السويلم من واشنطن الى اورانج كاونتي لمدة اربعة ايام للقيام بالمهمه الموضحه اعلاه .

٢- يبلغ اصل هذا القرار ومرفقاته الى سعادة مدير عام الدعوه في الخارج لاتخاذ اللازم ورفع تقرير عن المهمه .

مدير ادارة شؤون الموظفين

محمد بن عبدالله المزروع

٤٨٩٥ ٢٨/٧/١٤١٧ ٢٢١٦
امريكا
١٤١٧/٧/٢٨

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03-MDL-1570,
United States District Court for the Southern District of New York.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240104WSW**

**Language**: Arabic > English

**Document title**: KSA 5248

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: Farah Alshekhli

**Date**: 01/04/2024