# Exhibit 286

## KSA 5250

In The Name of God, Most Merciful, Most Beneficent

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah and Guidance
Da'wah Office in USA

IFTA Office

Washington D.C.

601 New Hampshire Ave., N.W. Washington, D.C. 20037 *Tel: (202) 342-3700 *Fax: (202) 944-3192

**His Eminence, the Deputy Minister of Mosques Affairs, Da'wah and Guidance, may God grant him success**

**Peace, Mercy and Blessings of God be upon you. Further,**

I would like to report to your eminence that there are many subjects that relate to the office and work that require deliberation, discussion and review by your Eminence and other high level officials at the ministry.

I hope you will grant me approval to come to the Kingdom of Saudi Arabia for a period of 10 days.

May God protect and support you.
Peace, mercy and blessings of God be upon you

Director of Da'wah Office in USA

Khalid Bin Ibrahim al Sowailem

Illegible stamp

*Handwritten Text: To be submitted, with greetings, to HH the minister. I believe the approval would be appropriate.*
*Signed*
*20/11/1416 AH / April 9, 1996 AD*

*No Objection*
*One Week only*
*22/11*

Ministry of Islamic Affairs, Endowments, Da'wah and Guidance
Deputy Ministry for Mosques Affairs, Da'wah and Guidance
General Incoming Mail
Entry No.: 3065
Date: 20/11/1416 / April 9, 1996 AD
Attachments

Ministry ofIslamic Affairs, Endowments, Da'wah and Guidance
Minister's Office
No.: 9409
Date: 21/11/1416 AH/ April 10, 1996 AD

No.: 3/5

Date: 13/11/1417 AH / March 22, 1997AD

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570,~~
~~United States District Court for the Southern District of New York.~~

PUBLIC FILING

Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

فضيلة وكيل الوزارة لشؤون المساجد والدعــوة والإرشاد وفقه الله

السلام عليكم ورحمة الله وبركاته .. أما بعـد :

فأفيد فضيلتكم أنه توجد العديد من المواضيع التي تهم المكتب وسير العمل تحتـاج إلى تبـاحث وتشاور ومراجعة مع فضيلتكم وكبار المسؤولين في الوزارة حولها .

أرجو التكرم بالموافقة على قدومي للمملكة لمدة عشرة أيام .

والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته .

ابو القاسم .

مدير مكتب الدعوة بأمريكا

خالد بن إبراهيم السويلم

وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
الـوارد العـام
رقم القيد : ٢٠٦٥
التاريخ : ٢٠ / ١١ / ١٤٢٦هـ
المرفقات :

وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الوزير
الرقم [illegible]
التاريخ ٢١ / ١١ / ١٤٢٦هـ
المرفقات

الرقم : ٥١٢ التاريخ : ٢٣ / ١١ / ١٤٢٦هـ المشفوعات :

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 9, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 5250**

Sincerely,

Anthony Federico

Anthony Federico
Global Link Language Services, Inc.