# Exhibit 287

## KSA 6673

May-2003 04:46

In the Name of Allah, Most Gracious, Most Merciful

**Kingdom of Saudi Arabia**
**Ministry of Islamic Affairs, Endowments, Da'wah and Guidance**
**Dawah Office, USA.**
**Washington, D.C.**

Logo

IFTA Office
Washington D.C.

**601 Hampshire Ave., N.W Washington, D.C.20037-Tel.: (202) 3042-3700-Fax: (202) 944-3192**

---

(a check mark)

**Your Royal Highness, Prince\ Bandar bin Sultan bin Abdul Aziz, Ambassador of the Custodian of the Two Holy Mosques in the United States of America, *May Allah protect you***

**Peace, mercy and blessings of Allah be upon you**
**Further, I ask the Almighty Allah to grant you success and straightforwardness**

Based on the instructions of your Highness regarding the importance of the presence of qualified Saudi propagators on the Islamic arena in America, as they have demonstrated their ability and efficiency, and made a good impact on the Muslim communities they work with, the Ministry of Islamic Affairs, Endowments, Da'wah and Guidance has issued a decision to appoint Sheikh Fahd bin Ibrahim Al-Thumairy, who holds a Master's degree, to work in the United States, Los Angeles - California, because of the importance of the region and the absence of official Saudi propagators.

I would like to ask your Highness to instruct the related officials to register the aforementioned individual as a staff of the Saudi consulate in Los Angeles in order to provide him with the diplomatic immunity and to make his presence official so he can carry out his work the best way, noting that he carries a special passport. May Allah guide you to all that is good, and make you a reason to enhance the value of Islam and Muslims, for Allah is the best to be asked. Peace, mercy and blessings of Allah be upon you.

Director of the Da'wah Office in America
***Khalid bin Ibrahim Al Sowailem***

Illegible 374

(Signed)

No. :108 Date: 3\3\1417 AH / July 19, 1996 AD Attachments: None

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United states District Court for the Southern District of New York~~.

PUBLIC FILING

Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

صاحب السمو الملكي الأمير بندر بن سلطان بن عبد العزيز
سفير خادم الحرمين الشريفين في الولايات المتحدة الأمريكية حفظه الله
السلام عليكم ورحمة الله وبركاته. أما بعد:
فاسأل الله تعالى لسموكم التوفيق والسداد.

وانطلاقا من توجيهات سموكم الكريم على أهمية وجود الدعاة السعوديين المؤهلين على الساحة الإسلامية في أمريكا لما أثبتوه من قدرة وكفاءة وأثر طيب لدى الجاليات الإسلامية التي يزاولون عملهم بينها. فقد صدر قرار وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد بتعيين الشيخ فهد بن إبراهيم الثميري م٨ من حملة شهادة الماجستير للعمل في أمريكا في مدينة لوس أنجلوس بولاية كاليفورنيا نظرا لأهمية المنطقة وخلو الساحة من الدعاة السعوديين الرسميين.

فأرجو من سموكم الكريم التكرم بالإيعاز لمن يلزم بتسجيل المذكور ضمن منسوبي القنصلية السعودية في لوس أنجلس لإعطائه الحصانة الدبلوماسية ولإضفاء السمة الرسمية لوجوده حتى يتمكن من مزاولة عمله على الوجه الأمثل علما أنه يحمل جوازا خاصا.

وفق الله سموكم لكل خير ورفع بكم شأن الإسلام والمسلمين إنه خير مسؤول.
والسلام عليكم ورحمة الله وبركاته. ،،،،،،

جبر/٣٧٤

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم

الرقم: ١٠٨ التاريخ: ١٤١٧/٣/٢هـ المشفوعات: بدون

PUBLIC FILING

~~CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.~~

**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 9, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**KSA 6673**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.