# Exhibit 291

## KSA 7146

In the name of Allah, the Gracious, the Merciful

Office of the Consul General

[*Emblem of Saudi Arabia*]

[**Handwriting**: *Private, 24-25/12/1422 AH (March 09-10, 2002 AD)*]

Royal Consulate General of Saudi Arabia
Los Angeles

[*Handwritten Document*]

Brother Sheikh Abdul Aziz bin Abdullah Al Ammar, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

Last year, I sent you the petition filed to you by Sheikh Ismael Mana in accordance with the appointment you had given him during your visit to the King Fahad Mosque last year, according to his statement. I commented on this matter over a phone call and asked you to put forth your good efforts to resolve the issue of the salary check for the mosque's employees. The check was transferred with a Memo from the Director General of the Office of His Royal Highness Prince Abdul Aziz bin Fahd for Research and Studies to His Eminence Minister of Islamic Affairs in the month of Muharram last year. You know that the check has not been assigned to the beneficiaries to date! I wish I would not be overwhelming you, dear brother, to ask you about this issue again, especially that no one is working now in the mosque except for the Foundation's Director and another person!

The owner of the Atlas Carpet Care Co. has also filed a lawsuit against the mosque for not receiving his payments. The hearing will be held during this March. The same thing applies to the tax payment issue, regarding which and other matters I had submitted many letters, memos, and reports to the Office of His Royal Highness Prince Abdul Aziz bin Fahd, may Allah bless him. I knew from the follow up that they were all referred to the Office of His Eminence the Minister, may Allah bless him.

Your brother
Mohamed Abdel Rahman al Salloum

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~, ~~United States District Court for the Southern District of New York~~.

PUBLIC FILING

بسم الله الرحمن الرحيم

المملكة العربية السعودية

لوس انجليس

مكتب القنصل العام

مهم

٢٤/٢٥/١٢/١٤٢٢هـ

حفظه الله

فضيلة الكريم الشيخ / عبدالعزيز بن عبدالله العمار

السلام عليكم ورحمة الله وبركاته ، أما بعد

كنت قد بعثت لكم العام الماضي بالتماس لبني رفعه لكم بشأن الشيخ / اسماعيل مانع ، بشأن الولد الذي قد صمت له أثناء زيارتكم المتقدمة لمسجد الملك فهد العام الماضي - حسب اشارته - وقد عقبت على ذلك عبر محادثة هاتفية طلبت من خلالها من سعادتكم الخير على سرعة البت في موضوع مشكلة رواتب العاملين في المسجد والذي أصبح مع مرور ثلاث سنوات من دعم عبدالعزيز بن فهد للبحوث والدراسات الإسلامية ودعم المسؤولين من سعودية تحت تمويل منذ العام المنصرم ، والذي - كما تعلمون - لم يصل إلى مستحقيه إلى هذا اليوم !!! ولعلي لا أقص على أخي الكريم في أهمية الأمر خصوصاً وأنه لم يبق على إمام المسجد سوى مدير المؤسسة مستحق آخر !!!

كما أن صاحب [شركة الملس للنظافة] قد رفع قضية على المسجد لعدم دفع مستحقاته ومستحقات عمال شركته ... ماضي الحال ، والأمر يقتضي ... [دفع الضرائب] وقد ... العديد من الخطابات والرسائل والتقارير ... سمو ... عبدالعزيز ... فيه ... التشابه أ ...

أحسنت ... لكم ...

أخوكم
محمد عبدالرحمن السعود

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

PUBLIC FILING

GLOBO®

# T ANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language**: Arabic

**Document title**: KSA0000007146

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Mar 15, 2021 14:42 CDT)

**Date**: Mar 15, 2021