# Exhibit 292

## KSA 7193

Islamic Foundation of Shaikh Ibn Taymiyyah
King Fahad Mosque

[Duplicate Text]

[**Handwriting**: *To be reviewed by His Highness, brother, Dr. Majid al Ghesheyan. Best regards, Mohamed al Salloum. March 02, 2001 AD*]

[**Handwriting**: *A copy of this letter was sent to Sheikh Tajuddin Shuaib upon his request and with approval of His Highness Consul General on 18/06/1422 AH (September 06, 2001 AD – Ismael]*

Thursday, March 01, 2001

Sheikh Ismail Mana

The following are the names of the people working in the Masjid. Out of them there are four who are no longer with us but have outstanding balance. They are Yusif Osman, security, A. Rashid security, Bachir Chougui and At-Tayyib Ahmed.

## Outstanding Balance owed up to 2/28/01

| Name | Salary per month | Date | Amount |
|---|---|---|---|
| Half of Imam Fahad's Rent | $700.00 | 2/28/01 | $7,700.00 |
| Tajuddin B. Shuaib | $2,000.00 | 2/28/01 | $18,187.71 |
| Abdul .Hafiz Kabhoj | $1,600.00 | 2/28/01 | $14,200.00 |
| U.Madha | $1,300.00 | 2/28/01 | $11,700.00 |
| J.Williams | $1,000.00 | 2/28/01 | $ 3,000.00 |
| Yusif Osman | $1,000.00 | 11/30/00 | $10,073.73 |
| A.Rashid | $1,000.00 | 11/30/00 | $ 8,999.99 |
| Bachir Chougui | $1,500.00 | | $12,000.00 |
| At-Tayyib | $1,300.00 | | $ 1600.00 |
| Grand Total | | | $87, 461.43 |

11004 Washington Boulevard, Culver City, California 90232 U.S.A. (310) 204-1250 Fax: (310) 204-1260

~~CONFIDENTIAL~~:
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

PUBLIC FILING

IIAMIC FOUNDATION OF SHAIKH IBN TAYMIYAH
ing Fahad Mosque

مؤسسة شيخ الإسلام ابن تيمية
مسجد الملك فهد

تم إرسال صورة من هذا الخطاب إلى الشيخ تاج الدين بن شعيب بناء على طلبه وجوابه سعادة القنصل العام في تاريخ ١٨/٣/١٤٢٢هـ = ٩/٦/٢٠٠١م
إسماعيل

لسعادة الدكتور / ماجد الفنيشان
مع فائق احترامي.
محمد السويح
٢/٣/٢٠٠١م

Thursday, March 01, 2001

Sheikh Ismail Mana

The following are the names of the people working in the Masjid. Out of them there are four who are no longer with us but have outstanding balance. They are Yusif Osman, security, A. Rashid security, Bachir Chougui and At-Tayyib Ahmed.

## Outstanding Balance owed up to 2/28/01

| Name | Salary per month | Date | Amount |
|---|---|---|---|
| Half of Imam Fahad's Rent | $700.00 | 2/28/01 | $7,700.00 |
| Tajuddin B. Shuaib | $2,000.00 | 2/28/01 | $18,187.71 |
| Abdul .Hafiz Kabhoj | $1,600.00 | 2/28/01 | $14,200.00 |
| U.Madha | $1,300.00 | 2/28/01 | $11,700.00 |
| J.Williams | $1,000.00 | 2/28/01 | $ 3, 000.00 |
| Yusif Osman | $1,000.00 | 11/30/00 | $10,073.73 |
| A.Rashid | $1,000.00 | 11/30/00 | $ 8,999.99 |
| Bachir Chougui | $1,500.00 | | $12,000.00 |
| At-Tayyib | $1,300.00 | | $ 1600.00 |
| Grand Total | | | $87, 461.43 |

11004 Washington Boulevard, Culver City, California 90232 U.S.A. (310) 204-1250 Fax: (310) 204-1260

PUBLIC FILING

KSA0000007193

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210416_RCF

**Language**: Arabic

**Document title**: KSA0000007193

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Apr 19, 2021 10:32 CDT)

**Date**: Apr 19, 2021