# Exhibit 293

## KSA 7791

In the name of Allah, the Gracious, the Merciful

Royal Embassy of Saudi Arabia
Washington, D.C.

[Duplicate Text]

[*Emblem of Saudi Arabia*]

**OUTGOING TELEGRAM**

Telegram No. 501/99/3/734
Date: 04/20/1422 AH (July 12, 2001 AD)

File No. 15
Attachments: None

Ministry of Foreign Affairs, Riyadh

With reference to your Telegram No. 99/3/3/49813/1, dated 17/04/1422 AH (July 09, 2001 AD), concerning Ministry of Justice reporting its wish to contribute to the dissemination of the correct Islamic jurisprudence by circulating the "Justice Magazine" published by the Ministry to the concerned institutions and individuals. They would benefit from the Magazine's contents of doctrinal and judicial research. Please be advised that there are several Islamic centers with libraries that can be provided with the Magazine. Also, there are fifty propagators all over the United States under the supervision of the Embassy. Therefore, the Embassy considers providing those Islamic centers with enough copies of the Magazine, provided they will be distributed according to need and specialization. If the Magazine contains a section in English, it can also be provided to some departments of Eastern studies at the American universities. Kindest regards.

[Handwritten Signature: *al Jarrah*]

[SEAL: *Embassy of the Kingdom of Saudi Arabia in Washington, D.C.*]

[*Handwritten Signature*]
July 11, 2001 AD

F/Bostany

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~.

PUBLIC FILING

بسم الله الرحمن الرحيم

Royal Embassy of Saudi Arabia
Washington

سفارة المملكة العربية السعودية
واشنطن

برقية صادرة

رقم الملف: [illegible]
المرفقات: [illegible]

٧٢٩
رقم البرقية: ٢/٥٩٧/٠١
التاريخ: [illegible]

الخارجيه الرياض

بالإشاره الى برقيتكم رقم ١/٤٩٨١٣/٣/٣/٩٩ وتاريخ ١٤٢٢/٤/١٧هـ بخصوص ماأفادت به وزارة العدل من الرغبة فى الإسهام فى نشر الفقه الإسلامي الصحيح وذلك من خلال إيصال مجلة العدل التي تصدرها الوزارة إلى الجهات والأفراد ذات العلاقة والتي تستفيد من المجلة وماتحويه من أبحاث فقهية وقضائية . فاصله . نفيدكم أنه يوجد عدد من المراكز الإسلامية التي تحتوى على مكتبات يمكن تزويدهم بالمجلة المذكورة إضافة إلى وجود خمسين داعية موزعين على أنحاء الولايات وتشرف عليهم السفارة . فاصله . لذا فإن السفارة ترى تزويدها بالعدد الكافي من المجلة على أن تتولى توزيعها حسب الحاجة وحسب التخصص . فاصلة . كما يمكن تزويد بعض أقسام الدراسات الشرقية فى الجامعات الأمريكية بالمجلة إذا كان بها ملحق باللغة الإنجليزيه . فاصله . تحياتنا

سفارة واشنطن

ف/بستاني

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

PUBLIC FILING

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000007791

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 14:05 CST)

**Date**: Feb 7, 2021