# Exhibit 294

## KSA 7795

In the Name of God, Most Gracious, Most Merciful

Kingdom of Saudi Arabia
Ministry of Higher Education
The Islamic University of Imam
Mohamad bin Saud
Office of the Chancellor

**Administrative Decree No. 1599 Dated 07/05/1422H = 07/28/2001G**

**The Chancellor of the Islamic University of Imam Mohamad bin Saud**

- By virtue of the powers vested in him.
- And further to Administrative Decree No. 395 dated 26/03/1421H [corresponding to 06/29/2000G] stipulating extension of the expatriation of employee Mossaed bin Ahmad al Jarrah to work in Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques to the United States of America for one year starting 11/04/1421H [corresponding to 07/14/2000G] until 10/04/1422H [corresponding to 07/02/2001G].
- And based on the cable of the Ambassador of the Custodian of the Two Holy Mosques to the United States of America No. 638 dated 05/04/1422H [corresponding to 06/27/2001G] requesting an extension of his expatriation by one year as his work is needed by the Islamic Affairs Department of the Embassy.
- And proceeding from the objectives of the University and its mission as stipulated in Article One of its statute
- And in accordance with the law.

**Hereby decrees**

1. To extend the expatriation of employee Mossaed bin Ahmad al Jarrah to work in the Islamic Affairs Department of the Embassy of the Custodian of the Two Holy Mosques to the United States of America for one year starting 11/04/1422H [corresponding to 07/03/2001G].
2. All concerned authorities should approve and implement this decree.

**Chancellor of the University**

**Dr. Mohamad bin Saad al Salem**

Original in his file with the base (2)

Copy with regards and appreciation to the Embassy of the Custodian of the Two Holy Mosques to the United States of America
- Our office
- The Director General of Financial Affairs
- File of expatriates to the Islamic World
- The responsible employee: Abdullah Essawy
- [illegible]
- Archive

*Copy to Brother Mossaed al Jarrah*
With my wishes for success
(signed)
(07/08)

No. Date: Approvals:

~~Confidential~~
~~This document is subject to Protective Order regarding confidential information in 03 MDL 1570~~,
~~United States District Court for the Southern District of New York~~

PUBLIC FILING

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة التعليم العالي
جامعة الامام محمد بن سعود الاسلامية
مكتب المدير

## قرار إداري رقم (٦٥٩٦٤) وتاريخ ٧/٥/١٤٢٢هـ

**إن مدير جامعة الإمام محمد بن سعود الإسلامية .**

- بناء على الصلاحيات المخوله له .
- وإلحاقاً للقرار الإداري رقم ٣٩٥ وتاريخ ١٤٢١/٣/٢٦هـ القاضي بتمديد إيفاد الموظف/مساعد بن أحمد الجراح للعمل بالشؤون الاسلامية بسفارة خادم الحرمين الشريفين لدى الولايات المتحدة الإمريكية لمدة عام إعتباراً من ١٤٢١/٤/١١هـ إلى نهاية ١٤٢٢/٤/١٠هـ .
- وبناء على برقية سفير خادم الحرمين الشريفين لدى الولايات المتحده الإمريكية رقم ٦٣٨ وتاريخ ١٤٢٢/٤/٥هـ المتضمنه طلب تمديد إيفاده لمدة عام لحاجة قسم الشؤون الاسلامية بالسفارة إلى خدماته .
- وانطلاقاً من أهداف الجامعة ورسالتها التي نصت عليها المادة الأولى من نظامها .
- وعملاً بمقتضيات النظام .

## يقرر ما يلي :

١- تمديد إيفاد الموظف/مساعد بن أحمد الجراح للعمل في الشؤون الاسلامية بسفارة خادم الحرمين الشريفين بالولايات المتحده الامريكية لمدة عام إعتباراً من ١٤٢٢/٤/١١هـ .

٢- على الجهات المختصة اعتماد هذا القرار والعمل بموجبه .

**مدير الجامعة**

**د . محمد بن سعد السالم**

الأصل لمالية مع الأساس (٢) .
صورة مع التحية والتقدير لسفارة خادم الحرمين الشريفين بالولايات المتحدة الإمريكية .
- لمكتبنا .
- لمدير عام الإدارة المالية .
- ملف الموفدين للعالم الإسلامي .
- للموظف المختص/ عبدالله عسيري .
- التأديبات .
- الحفظ .

صورة للموظف / مساعد الجراح
مع تمنياتي بالتوفيق
٨/٧

الرقم ........ التاريخ / / المرفقات ........

~~CONFIDENTIAL:~~
~~This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.~~

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240104WSW**

**Language**: Arabic > English

**Document title**: KSA 7795

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli* **Date**: 01/04/2024