# EX. 11A FBI013459-CLIP VIDEO SCREENSHOTS




**FBI013459-CLIP-TR**

**VIDEO SCREENSHOTS**

# EX. 11A FBI013459-CLIP VIDEO SCREENSHOTS




**FBI013459-CLIP-TR**

**VIDEO SCREENSHOTS**

# EX. 11A FBI013459-CLIP VIDEO SCREENSHOTS




**FBI013459-CLIP-TR**

**VIDEO SCREENSHOTS**

# EX. 11A FBI013459-CLIP VIDEO SCREENSHOTS













**FBI013459-CLIP-TR**

**VIDEO SCREENSHOTS**

# EX. 11A FBI013459-CLIP VIDEO SCREENSHOTS




**FBI013459-CLIP-TR**

**VIDEO SCREENSHOTS**

# EX. 11A FBI013459-CLIP VIDEO SCREENSHOTS




FBI013459-CLIP-TR
VIDEO SCREENSHOTS

# EX. 11A MPS PHOTOGRAPHS



MPS726_196, photo 432