# EX. 11B MPS890-CLIP VIDEO SCREENSHOTS













**MPS890-CLIP-TR**

**VIDEO SCREENSHOTS**

# EX. 11B MPS890 CLIP VIDEO SCREENSHOTS













MPS890-CLIP-TR

VIDEO SCREENSHOTS

# EX. 11B MPS890 CLIP VIDEO SCREENSHOTS













**MPS890-CLIP-TR**

**VIDEO SCREENSHOTS**

# EX. 11B MPS890 CLIP VIDEO SCREENSHOTS










MPS890-CLIP-TR
VIDEO SCREENSHOTS