# EX. 11C MPS893-COMP VIDEO SCREENSHOTS













MPS893-COMP
VIDEO SCREENSHOTS

# EX. 11C MPS893-COMP VIDEO SCREENSHOTS













**MPS893-COMP**

**VIDEO SCREENSHOTS**

# EX. 11C MPS893-COMP VIDEO SCREENSHOTS













**MPS893-COMP**

**VIDEO SCREENSHOTS**

# EX. 11C MPS893-COMP VIDEO SCREENSHOTS




MPS893-COMP
VIDEO SCREENSHOTS