# EX. 11D MPS PHOTOGRAPHS / *updated Apr 19, 2024




MPS726_114, photo 226




MPS726_112, photo 222

# EX. 11D MPS894-CLIP VIDEO SCREENSHOTS




MPS894-CLIP-TR

VIDEO SCREENSHOTS

# EX. 11D MPS894-CLIP VIDEO SCREENSHOTS







MPS894-CLIP-TR

VIDEO SCREENSHOTS

# EX. 11D MPS894-CLIP VIDEO SCREENSHOTS







**MPS894-CLIP-TR**

**VIDEO SCREENSHOTS**

# EX. 11D MPS894-CLIP VIDEO SCREENSHOTS







**MPS894-CLIP-TR**

**VIDEO SCREENSHOTS**

# EX. 11D MPS894-CLIP VIDEO SCREENSHOTS




MPS894-CLIP-TR
VIDEO SCREENSHOTS

# EX. 11D MPS PHOTOGRAPHS



MPS document 726, photo 302 at p.149



MPS document 726, photo 305 at p.150

# EX. 11D MPS PHOTOGRAPHS




MPS document 726, photo 307 at p.150




MPS document 726, photo 715 at p.312

# EX. 11D MPS PHOTOGRAPHS



MPS document 726, photo 297 at p.147



MPS document 726, photo 298 at p.147

# EX. 11D MPS PHOTOGRAPHS



MPS document 726, photo 36 at p.22





MPS document 726, photo 199 at p.104 MPS document 726, photo 36 at p.22 (crop)