# EX. 11E MPS902-CLIP VIDEO SCREENSHOTS



07.35



48.48



18.37



00.47

**MPS902-CLIP**

**VIDEO EXHIBIT**

# EX. 11E MPS902-CLIP VIDEO SCREENSHOTS



00.48



04.00



04.30





04.32 and 04.49

**MPS902-CLIP**

**VIDEO EXHIBIT**

# EX. 11E MPS902-CLIP VIDEO SCREENSHOTS




00.14



00.17



00.22




00.25

**MPS902-CLIP**

**VIDEO EXHIBIT**

# EX. 11E MPS902-CLIP VIDEO SCREENSHOTS



26.26



04.48



24.00



01.40

**MPS902-CLIP**

**VIDEO EXHIBIT**

# EX. 11E MPS902-CLIP VIDEO SCREENSHOTS



04.36

MPS902-CLIP

VIDEO EXHIBIT

# EX. 11E MPS PHOTOGRAPHS



MPS726_125, photo 249



MPS726_122, photo 239



MPS726_313, photo 718



MPS726_86, photo 155

# EX. 11E MPS PHOTOGRAPHS




MPS726_314, photo 720



MPS646(2)_31, photo 45




MPS646(1)_6, stamped 000005



MPS646(2)_21, photo 44

# EX. 11E MPS PHOTOGRAPHS




MPS703_136, photo 290




MPS726_112, photo 241




MPS726_112, photo 240




MPS726_126, photo 252

# EX. 11E MPS PHOTOGRAPHS



MPS726_121, photo 238