# EX. 11F MPS2023-003 VIDEO SCREENSHOTS
















**MPS2023-003**

**VIDEO SCREENSHOTS**

# EX. 11F MPS2023-003 VIDEO SCREENSHOTS













**MPS2023-003**

**VIDEO SCREENSHOTS**

# EX. 11F MPS2023-003 VIDEO SCREENSHOTS













**MPS2023-003**

**VIDEO SCREENSHOTS**

# EX. 11F MPS2023-003 VIDEO SCREENSHOTS










**MPS2023-003**

**VIDEO SCREENSHOTS**

# EX. 11F MPS2023-003 VIDEO SCREENSHOTS







MPS2023-003

VIDEO SCREENSHOTS

# EX. 11F MPS2023-003 VIDEO SCREENSHOTS







**MPS2023-003**

**VIDEO SCREENSHOTS**