# EX. 11G MPS906-CLIP VIDEO SCREENSHOTS













**MPS906-CLIP**

**VIDEO SCREENSHOTS**

# EX. 11G MPS906-CLIP VIDEO SCREENSHOTS




MPS906-CLIP
VIDEO SCREENSHOTS