# EX. 11H MPS896-CLIP VIDEO SCREENSHOTS







MPS896-CLIP

VIDEO SCREENSHOTS

# EX. 11H MPS896-CLIP VIDEO SCREENSHOTS







MPS896-CLIP

VIDEO SCREENSHOTS

# EX. 11H MPS896-CLIP VIDEO SCREENSHOTS













**MPS896-CLIP**

**VIDEO SCREENSHOTS**

# EX. 11H MPS896-CLIP VIDEO SCREENSHOTS










**MPS896-CLIP**

**VIDEO SCREENSHOTS**