# EX. 11I MPS899-CLIP VIDEO SCREENSHOTS













**MPS899-CLIP**

**VIDEO SCREENSHOTS**

# EX. 11I MPS899-CLIP VIDEO SCREENSHOTS










**MPS899-CLIP**

**VIDEO SCREENSHOTS**