# EX. 11J MPS892-CLIP VIDEO SCREENSHOTS










**MPS892-CLIP**

**VIDEO SCREENSHOTS**

# EX. 11J PHOTOGRAPHS

## BAYOUMI FAMILY VISIT TO L.A. – likely January 31, 2000




MPS703_97, photo 26




MPS703_102, photo 42




MPS726_102, photo 39

# EX. 11J PHOTOGRAPHS

## BAYOUMI FAMILY VISIT TO L.A. – likely January 31, 2000




KSA6652, Bayan passport of Feb 1, 2000




MPS703_97, photo 26




KSA6651, Emad passport of Feb 1, 2000




KSA6651, Firas passport of Feb 1, 2000