# EX. 11K MPS2023-059 VIDEO SCREENSHOTS













**MPS2023-059**

**VIDEO SCREENSHOTS**

# EX. 11K MPS2023-059 VIDEO SCREENSHOTS













MPS2023-059

VIDEO SCREENSHOTS

# EX. 11K MPS2023-059 VIDEO SCREENSHOTS




MPS2023-059
VIDEO SCREENSHOTS

# EX. 11K MPS2023-059 VIDEO SCREENSHOTS










**MPS2023-059**

**VIDEO SCREENSHOTS**