**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

*This document relates to:*

*The Charter Oak Fire Insurance Company, et al., v. Al Rajhi Bank, et al.*, 17-cv-02651(GBD)(SN)

**NOTICE OF APPEAL**

NOTICE is hereby given that Plaintiffs The Charter Oak Fire Insurance Company, First Floridian Auto and Home Insurance Company, The Premier Insurance Company of Massachusetts, The Phoenix Insurance Company, The Standard Fire Insurance Company, The Automobile Insurance Company of Hartford, Connecticut, Farmington Casualty Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity and Guaranty Insurance Company, United States Fidelity and Guaranty Company, Constitution State Services LLC, St. Paul Mercury Insurance Company, St. Paul Protective Insurance Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America, Travelers Casualty and Surety Company, Travelers Lloyds of Texas Insurance Company, Travelers Personal Insurance Company, Travelers Personal Security Insurance Company, Travco Insurance Company, Travelers Property Casualty Insurance Company, Travelers Casualty Company of Connecticut, and Travelers Casualty and Surety Company of America, hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Memorandum Decision and Order entered on August 19,

2026 (ECF No. 12247), a copy of which is attached as Exhibit A, in favor of defendant Al Rajhi Bank.

Respectfully submitted,

SHEPS LAW GROUP, P.C.

*/s/ Robert C. Sheps*
Robert C. Sheps, Esq.
25 High Street
Huntington, NY 11743
(631) 249-5600
*Attorneys for Plaintiffs/Appellants*

Dated: September 16, 2026

**CERTIFICATE OF SERVICE**

I, Robert C. Sheps, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Amended Notice of Appeal, was served on all counsel of record via the Court's Electronic Case Filing System on this 16th day of September, 2026.

By: */s/ Robert C. Sheps*

Robert C. Sheps, Esq.
Sheps Law Group, P.C.
25 High Street
Huntington, NY 11743
(631) 249-5600