**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

IN RE: **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

**DEFAULT JUDGMENT**

----------------------------------------------------------X

This document relates to:

*Desimone v. Islamic Republic of Iran, 1:21-cv-7679 (GBD)(SN)*

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated September 10, 2026, Magistrate Judge Netburn's Report is ADOPTED in its entirety. Plaintiff's motion for partial default judgment against Iran is GRANTED. Upon consideration of the evidence and arguments submitted by the Plaintiff, together with the entire record in this case, it is hereby ORDERED that service of process in the above-captioned matter was properly effected on Iran in accordance with 28 U.S.C. § 1608(a); and it is further ORDERED that this Court has personal and subject matter jurisdiction over Iran for the instant claim; and it is further ORDERED that partial default judgment is entered against Iran on behalf of the Plaintiff, and the Plaintiff is awarded $4.25 million in solatium damages; and it is further ORDERED that the Plaintiff is awarded prejudgment interest of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of judgment; and it is further ORDERED that Plaintiff may submit applications for punitive damages, or other damages (to the extent such awards have not previously been ordered, and such damages were not sought in this motion), at a later date consistent with any future rulings made by this Court on this issue; and it is further ORDERED that the remaining Desimone Plaintiffs,

not identified in this Order, may submit future applications for compensatory, economic, punitive, and other damages, to the extent such awards have not been previously addressed by the Court.

**Dated:** New York, New York

September 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** 

**Deputy Clerk**