**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 1:04-cv-01076 (GBD)(SN)

**DECLARATION OF JERRY S. GOLDMAN, ESQ. IN SUPPORT OF MOTION TO ADD ADDITIONAL PLAINTIFFS AGAINST THE TALIBAN**

I, Jerry S. Goldman, Esq., declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am a shareholder at Anderson Kill P.C., attorneys for Plaintiffs the Estate of John P. O'Neill, Sr., John P. O'Neill, Jr., Christine O'Neill, Carol O'Neill, the Estate of Dorothy O'Neill ("O'Neill Plaintiffs"); Plaintiffs added as parties pursuant to the Court's May 4, 2022, June 15, 2022, June 28, 2022, August 30, 2022, October 31, 2022, May 28, 2025, and July 21, 2025 Orders (ECF Nos. 7949, 8111, 8150, 8473, 8695, 10979, and 11089) and the one hundred and sixteen (116) proposed Additional Plaintiffs listed on Exhibit A (collectively, "Plaintiffs") in the above-captioned action. I am familiar with the facts and circumstances of this case and am admitted to practice in this Court.

2. Attached hereto as Exhibit A is a list of the plaintiffs to be added to the pending litigation in this case against the Taliban ("Additional Plaintiffs").

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion to Add Additional Plaintiffs Against the Taliban.

Dated: September 23, 2026
New York, New York

/s/ Jerry S. Goldman, Esq.

Jerry S. Goldman, Esq.
Anderson Kill P.C.
7 Times Square, 15th Floor
New York, NY 10036
Email: jgoldman@andersonkill.com
Tel: 212-278-1000
Fax: 212-278-1733