LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT,
US COURT ON INTERNATIONAL TRADE

September 23, 2026

**VIA EMAIL**

Robert T. Haefele, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
rhaefele@motleyrice.com

Steven R. Pounian, Esq.
Kreindler & Kreindler LLP
485 Lexington Avenue
New York, NY 10017
spounian@kreindler.com

Re: **In re Terrorist Attacks on September 11, 2001**, 03-MDL-1570 (GBD) (SN)
WAMY's First Demand to Produce Document Re Contact with Andy Guzman

Counsel,

It has recently come to our attention that you initiated contact with Andy Guzman, formerly employed at Baker Tilly and part of WAMY's forensic accounting expert's team. We understand that you improperly conducted an interview of Mr. Guzman in May of 2026 regarding his work and that of others at Baker Tilly on behalf of WAMY. It appears that your contact with Guzman occurred at approximately the same time as your contact with Goldberg. We understand that you questioned Mr. Guzman about alleged coaching during the deposition of Jonathan Marks. We also understand that Plaintiffs' counsel received two anonymous letters regarding the deposition and report of Jonathan Marks. We have serious concerns in light of this.

First, you kept the fact that you contacted Mr. Guzman and the information he provided from the Court and WAMY's counsel in your recent application to depose Steven Goldberg. Second, your inquiry went directly into privileged communications between counsel and their expert and his team. Third, you have withheld the fact that you received two anonymous letters.

In light of this, we demand that you immediately produce the following:

1. All notes, recordings, summaries, or any other records or data in your possession regarding any communications you had with Andy Guzman and the substance of all statements made by Mr. Guzman during these communications.
2. All notes, recordings, summaries, or any other records or data in your possession regarding any communications you had with any other person employed or formerly employed by Baker Tilly or the Law Firm of Omar T. Mohammedi, LLC, regarding the report or deposition of Jonathan Marks and the substance of all statements made by such person during these communications.
3. All notes, recordings, summaries, or any other records or data in your possession regarding any communications you had with any other person regarding the report or deposition of Jonathan Marks and the substance of all statements made by such person during these communications.
4. The second anonymous letter regarding the deposition and report of Jonathan Marks and its envelope.

Please let us know by 5:00 p.m. Eastern Daylight Savings Time on September 24, 2026, if you will voluntarily produce this data and information. To date you have also failed to produce all information listed in our letters dated August 21, 2026_and August 24, 2026, respectively related to your communications and meeting with Goldberg and your communications with the Florida Bulldog online magazine.

If we do not receive a response from you then we will assume you will not agree to voluntary production and will file an application with the court for appropriate relief. Finally, we are putting you on notice that any further communications with former members of WAMY's expert team will result in further applications.

Sincerely,

/s/ *Omar Mohammedi*

______________________
Omar T. Mohammedi

/s/ *Frederick Goetz*

_______________________
Frederick Goetz

Counsel for Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth-International (USA)

Cc: Marcus Asner, Esq.
Daniel Flaherty, Esq.
Daniel Burk, Esq.