USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

---------------------------------------------------------------X

03-MDL-1570(GBD)(SN)
ECF Case

This document relates to:

***Abrams et al. v. Kingdom of Saudi Arabia et al.,*** Case No.17-cv-04201
***Abarca et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-00947
***Acker et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-06922
***Ascher et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-7509
***Alarcon et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-10779
***Napolitano et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-10820
***Kane et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-11717
***Karibian et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-11727
***Towle et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-11745
***Acosta et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-12039
***Hogue et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-12052
***Shtivelman et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-12067
***Ashourvaveh, et al. v. Kingdom of Saudi Arabia et al.,*** Case No.19-cv-00039

## MOTION TO SUBSTITUTE PARTIES and AMEND COMPLAINTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a) and 25(a)(1)

Pursuant to Federal Rules of Civil Procedure 15(a) and 25 Plaintiffs herein move the Court to allow substitution of the party as identified on Exhibit A in the above referenced action. The Plaintiffs also move to amend their Complaints to include additional causes of action for wrongful death, solatium and on behalf of all survivors and all legally entitled beneficiaries and family members. .

This law firm was retained by the now-deceased individuals to bring personal injury claims arising out of injuries sustained following their exposure to the dust that was created when the World Trade Center collapsed on September 11, 2001. These decedents have subsequently passed away due to their World Trade Center-related injuries. Accordingly, their Personal Representatives

now seek to substitute themselves for the decedents pursuant to Rule 15 and Rule 25 of the Federal Rules of Civil Procedure.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency, the existing pleading that refers to the plaintiff, and the decedent of which the Plaintiff is the Personal Representative.

Exhibit B identifies individuals being substituted in the pleading for a previously named Personal Representative of a Plaintiff who was deceased at the time of initial filing, who has subsequently died including the capacity in which they seek to be substituted, state of residency, the existing pleading that refers to the plaintiff, and the decedent of which the Plaintiff is the Personal Representative. Federal Rule of Civil Procedure 25(a)(1) states that if a party dies and the claim is not extinguished by the death, a Court may order the substitution of the proper party. The Personal Representatives as listed in Exhibit A have expressed their intent to be substituted as the Party Representatives for the decedents and to continue with the litigation.

The Personal Representatives also seek to amend their complaints to include the following factual allegations, jurisdictional allegations, and jury trial demands, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, *Ashton v. Kingdom of Saudi Arabia*, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1.

**[ x ] Consolidated Amended Complaint as to the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, ECF No. 3463 (check all causes of action that apply)**

[ x ] COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).

[ x ] COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a).

[ x ] COUNT III – Committing Acts of International Terrorism in violation of 18 U.S.C. § 2333.

[ x ] COUNT IV – Wrongful Death.

[ x ] COUNT V – Survival.

[ x ] COUNT VI – Alien Tort Claims Act.

[ x ] COUNT VII – Assault and Battery.

[ x ] COUNT VIII – Conspiracy.

[ x ] COUNT IX – Aiding and Abetting.

[ x ] COUNT X – Intentional Infliction of Emotional Distress.

[ x ] COUNT XII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.

[ x ] COUNT XIII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

[ x ] COUNT XIV – 18 U.S.C. § 1962(a)–(d) – CIVIL RICO.

[ x ] COUNT XV – Trespass.

[ x ] COUNT XVI – Violations of International Law.

**[ ] Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1 (check all causes of action that apply)**

[ ] First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

[ ] First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

[ ] Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

[ ] Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

[ ] Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

[ ] Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

It is respectfully request that upon the granting of this motion, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Rule 15(a)(2) provides in relevant part: "[A] party may amend its pleading only with the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Leave to amend is a matter committed to the sound discretion of the District Court. *Arab Afr. Int'l Bank v. Epstein*, 10 F. 3d 168, 174 (3d Cir. 1993). However, the District Court must exercise such discretion consistent with Rule 15(a)'s mandate that "amendments are to be granted freely in the interests of justice." *Voilas v. Gen. Motors Corp.*, 173 F.R.D. 389, 395-96 (D.N.J. 1997). A District Court must therefore grant amendment absent "futility," "unfair prejudice," "undue delay," or "bad faith." *Milanese v. Rusto-Leum Group*, 244 F.3d 104, 110 (2d Cir. 2001). None of these grounds apply. The cases identified in Exhibit A are several among the more than 3,000 similar cases in the docket, which have been pending for more than 20 years. The defendants can claim neither unfair prejudice, delay nor bad faith in Plaintiffs' amending their complaints to include these additional causes of action.

Accordingly, Plaintiffs respectfully request that their motion be granted in its entirety. Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be

individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

Dated: New York, New York
September 25, 2026

Respectfully submitted,

Madeline Muniz, Esq.
The Fuchsberg Cannata Law Firms, Gregory J. Cannata & Associates, LLP and The Jacob Fuchsberg Law Firm
*Attorney For Plaintiffs*
60 EAST 42ND STREET, SUITE 1460
NEW YORK, NY 10165
Tel: 212-553-9205
Fax: 212-227-4141
mmuniz@cannatalaw.com

The Court GRANTS IN PART and DENIES IN PART this motion. The Court GRANTS the Plaintiffs' request to substitute the parties listed in Exhibits A and B. But the Court DENIES the Plaintiffs' request to amend their complaints. The Plaintiffs do not specify who are the "New Plaintiff[s]" to be added to the above-captioned cases. ECF No. 12329 at 4. Moreover, the Court has established procedures for adding new claims against the Kingdom of Saudi Arabia. See ECF No. 5234. The Plaintiffs should refile their amendment request using the established procedures and with a complete list of new parties.

The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 12326, 12328, and 12329, which each seek the same substitutions.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: September 29, 2026
New York, New York

**EXHIBIT A to Motion to Substitute Parties**

| | Previous Plaintiff or Personal Representative | Case Number | New Representative | State of Residency at Filing (or death) | 9/11 Decedents name | Relationship |
|---|---|---|---|---|---|---|
| 1. | Joseph Antonakos | 1:18-cv-12039-GBD | Barbara Antonakos as the Personal Representative of the Estate of Joseph Antonakos deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Antonakos | NY | Joseph Antonakos | Spouse/Executor |
| 2. | Tadeusz Bedkowski | 1:18-cv-00947-GBD | Marta Reilly as the Personal Representative of the Estate of Tadeusz Bedkowski deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tadeusz Bedkowski | NY | Tadeusz Bedkowski | Child/Administrator |
| 3. | Richard F. Bergmann | 1:17-cv-04201-GBD | Patricia Bergmann as the Personal Representative of the Estate of Richard F. Bergmann deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard F. Bergmann | SC | Richard F. Bergmann | Spouse/Administrator |
| 4. | Jeffrey Bernstein | 1:17-cv-04201-GBD | Lillian Grzech as the Personal Representative of the Estate of Jeffrey Bernstein deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jeffrey Bernstein | NY | Jeffrey Bernstein | Sibling/Administrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5. | Jeffrey Bernstein as son | 1:18-cv-10779-GBD | Lillian Grzech as the Personal Representative of the Estate of Jeffrey Bernstein as son of the Estate of Murray Bernstein deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Murray Bernstein | NY | Murray Bernstein | Child |
| 6. | Trevor Berridge | 1:17-cv-04201-GBD | John Doe 1 as the Personal Representative of the Estate of Trevor Berridge deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Trevor Berridge | TBD | Trevor Berridge | TBD |
| 7. | Dariusz Bienduga | 1:17-cv-04201-GBD | Maria Powell as the Personal Representative of the Estate of Dariusz Bienduga deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dariusz Bienduga | FL | Dariusz Bienduga | Sibling/Administrator |
| 8. | Cynthia Blaizes | 1:18-cv-00947-GBD | Cleveland Bannister as the Personal Representative of the Estate of Cynthia Blaizes deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Cynthia Blaizes | NY | Cynthia Blaizes | Child/Administrator |
| 9. | Ernestine Branch | 1:17-cv-04201-GBD | Nyjah Anthony as the Personal Representative of the Estate of Ernestine Branch deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ernestine Branch | GA | Ernestine Branch | Child/Court Appointed Representative |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | Robert A. Burmeister | 1:17-cv-04201-GBD | Roseann Burmeister as the Personal Representative of the Estate of Robert A. Burmeister deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert A. Burmeister | NY | Robert A. Burmeister | Spouse/Administrator |
| 11. | Heather Cabrera | 1:17-cv-04201-GBD | Laban Cabrera as the Personal Representative of the Estate of Heather Cabrera deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Heather Cabrera | NY | Heather Cabrera | Spouse/Administrator |
| 12. | Coretta Callender-Faulk | 1:17-cv-04201-GBD | Abbria Garrett as the Personal Representative of the Estate of Coretta Callender-Faulk deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Coretta Callender-Faulk | NY | Coretta Callender-Faulk | Child/Proposed Administrator |
| 13. | Gerome Cerverizzo | 1:17-cv-04201-GBD | Victoria Cerverizzo as the Personal Representative of the Estate of Gerome Cerverizzo deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerome Cerverizzo | FL | Gerome Cerverizzo | Child/Administrator |
| 14. | Joseph Ceverizzo | 1:18-cv-12039-GBD | Michelle Cerverizzo as the Personal Representative of the Estate of Joseph Ceverizzo deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Ceverizzo | NJ | Joseph Ceverizzo | Spouse/ Executor |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15. | Joseph Chierchio | 1:17-cv-04201-GBD | Samantha Chierchio as the Personal Representative of the Estate of Joseph Chierchio deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Chierchio | NY | Joseph Chierchio | Spouse/Executor |
| 16. | Michael Childs | 1:18-cv-12039-GBD | John Doe 2 as the Personal Representative of the Estate of Michael Childs deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Childs | TBD | Michael Childs | TBD |
| 17. | Gerard Ciquera | 1:17-cv-04201-GBD | Laura Ciquera as the Personal Representative of the Estate of Gerard Ciquera deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard Ciquera | NY | Gerard Ciquera | Child/Executor |
| 18. | Jose Collado | 1:17-cv-04201-GBD | Jenny Collado as the Personal Representative of the Estate of Jose Collado deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Collado | NY | Jose Collado | Spouse/Administrator |
| 19. | Yudelka Collado | 1:17-cv-04201-GBD | Jenny Collado as the Personal Representative of the Estate of Yudelka Collado deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yudelka Collado | NY | Yudelka Collado | Child/Administrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20. | William Covan | 1:18-cv-12039-GBD | John Doe 3 as the Personal Representative of the Estate of William Covan deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Doe 3 Doe | TBD | William Covan | TBD |
| 21. | Mathew Cusumano | 1:17-cv-04201-GBD | John Doe 4 as the Personal Representative of the Estate of Mathew Cusumano deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mathew Cusumano | TBD | Mathew Cusumano | TBD |
| 22. | Nicholas D'Apice | 1:18-cv-11717-GBD | William D'Apice as the Personal Representative of the Estate of Michael D'Apice deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nicholas D'Apice | NY | Nicholas D'Apice | Brother / Administrator |
| 23. | Stephen Dietz | 1:17-cv-04201-GBD | Pamela Spiewak as the Personal Representative of the Estate of Stephen Dietz deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Dietz | NY | Stephen Dietz | Sibling/Executor |
| 24. | Robert Dinnen | 1:17-cv-04201-GBD | Helen Dinnen as the Personal Representative of the Estate of Robert Dinnen deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Dinnen | NY | Robert Dinnen | Child/Administrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25. | Waldemar Directie | 1:17-cv-04201-GBD | Joyce Directie as the Personal Representative of the Estate of Waldemar Directie deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Waldemar Directie | PA | Waldemar Directie | Spouse/Executor |
| 26. | Irena Dymczyk | 1:18-cv-7509-GBD | Ireneusz Dymczyk as the Personal Representative of the Estate of Irena Dymczyk deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Irena Dymczyk | PA | Irena Dymczyk | Child/Administrator |
| 27. | Richard Eckert | 1:18-cv-10779-GBD | Claudia Erckert as the Personal Representative of the Estate of Richard Eckert deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Eckert | NY | Richard Eckert | Spouse |
| 28. | Coretta Faulk | 1:18-cv-12039-GBD | Abbria Garrett as the Personal Representative of the Estate of Coretta Faulk deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Coretta Faulk | NY | Coretta Faulk | Child/Proposed Administrator |
| 29. | Milagros Fernandez | 1:17-cv-04201-GBD | Melissa Murphy as the Personal Representative of the Estate of Milagros Fernandez deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Milagros Fernandez | CA | Milagros Fernandez | Daughter / Administrator |
| 30. | Ira Fogelgaren | 1:17-cv-04201-GBD | Jacqueline Saltzman as the Personal Representative of the Estate of Ira Fogelgaren deceased, and on behalf of all survivors and all legally entitled beneficiaries and | NJ | Ira Fogelgaren | Spouse/Executor |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | family members of Ira Fogelgaren | | | |
| 31. | David Fontanez | 1:18-cv-12039-GBD | Myra Otero-Fontanez as the Personal Representative of the Estate of David Fontanez deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Fontanez | FL | David Fontanez | Spouse/Administrator |
| 32. | Mark Gado | 1:17-cv-04201-GBD | Gilda Gado as the Personal Representative of the Estate of Mark Gado deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark Gado | NY | Mark Gado | Spouse / Administrator |
| 33. | Seamus Gildernew | 1:18-cv-00947-GBD | Shane Gildernew as the Personal Representative of the Estate of Seamus Gildernew deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Seamus Gildernew | NY | Seamus Gildernew | Son / Executor |
| 34. | Milton Gordon | 1:17-cv-04201-GBD | Kirk D. Gordon as the Personal Representative of the Estate of Milton Gordon deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Milton Gordon | NY | Milton Gordon | Son |
| 35. | Ryszard Gorecki | 1:17-cv-04201-GBD | Helena Warych as the Personal Representative of the Estate of Ryszard Gorecki deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ryszard Gorecki | Poland | Ryszard Gorecki | Spouse/Administrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| 36. | Ann Grant | 1:17-cv-04201-GBD | Roxanne De La Cruz as the Personal Representative of the Estate of Ann Grant deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ann Grant | IN | Ann Grant | Spouse/Administrator |
| 37. | Annet Grant | 1:18-cv-12039-GBD | Roxanne De La Cruz as the Personal Representative of the Estate of Annet Grant deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Annet Grant | IN | Annet Grant | Child/Administrator |
| 38. | William Hayes | 1:18-cv-11717-GBD | Diane Hayes as the Personal Representative of the Estate of William Hayes deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Hayes | NC | William Hayes | Spouse / Administrator |
| 39. | Beverly Hendricks | 1:18-cv-00947-GBD | Deannine Hendricks as the Personal Representative of the Estate of Beverly Hendricks deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Beverly Hendricks | NY | Beverly Hendricks | Daughter / Administrator |
| 40. | Kirk Hohensheldt | 1:17-cv-04201-GBD | Renee Hohensheldt as the Personal Representative of the Estate of Kirk Hohensheldt deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kirk Hohensheldt | NY | Kirk Hohensheldt | Spouse /Executor |

| | | | | | | |
|---|---|---|---|---|---|---|
| 41. | Jewel Jenkins | 1:18-cv-11717-GBD | R. Michael Allen as the Personal Representative of the Estate of Jewel Jenkins deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jewel Jenkins | NC | Jewel Jenkins | Appointed Administrator |
| 42. | Samuel Kahan | 1:17-cv-04201-GBD | Corinne M. Wyllins as the Personal Representative of the Estate of Samuel Kahan deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel Kahan | NY | Samuel Kahan | Executor |
| 43. | Tadeusz Kajda | 1:17-cv-04201-GBD | Yarek Kajda as the Personal Representative of the Estate of Tadeusz Kajda deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tadeusz Kajda | NY | Tadeusz Kajda | Child/Administrator |
| 44. | George Kaperonis | 1:17-cv-04201-GBD | George Paschos as the Personal Representative of the Estate of George Kaperonis deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of George Kaperonis | NY | George Kaperonis | Court Appointed Representative |
| 45. | Mark S. Kelly | 1:17-cv-04201-GBD | John Doe 5 as the Personal Representative of the Estate of Mark S. Kelly deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark S. Kelly | NY | Mark S. Kelly | Sibling/Proposed Administrator |
| 46. | Mark S. Kelly | 1:17-cv-04201-GBD | John Doe 6 as the Personal Representative of the Estate of Mark S. Kelly deceased, and on behalf of all survivors and all legally entitled | NY | Mark S. Kelly | Sibling |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | beneficiaries and family members of Mark S. Kelly | | | |
| 47. | Mark S. Kelly | 1:17-cv-04201-GBD | John Doe 7 as the Personal Representative of the Estate of Mark S. Kelly deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark S. Kelly | NY | Mark S. Kelly | Sibling |
| 48. | Shaukat Khan | 1:18-cv-6922-GBD | Samina Khan as the Personal Representative of the Estate of Shaukat Khan deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shaukat Khan | NY | Shaukat Khan | Spouse/Administrator |
| 49. | Saeed Kalimi Khodadadian | 1:18-cv-00947-GBD | Michael Khodadadian as the Personal Representative of the Estate of Saeed Kalimi Khodadadian deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Saeed Kalimi Khodadadian | NY | Saeed Kalimi Khodadadian | Child/Co-Court Appointed Representative |
| 50. | Saeed Kalimi Khodadadian | 1:18-cv-00947-GBD | Michael Khodadadian and Daniel Khodadadian as the Personal Representative of the Estate of Saeed Kalimi Khodadadian deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Saeed Kalimi Khodadadian | NY | Saeed Kalimi Khodadadian | Nephew/Court Appointed Representative |
| 51. | Erwin Kirbach | 1:17-cv-04201-GBD | Kurt Kirbach as the Personal Representative of the Estate of Erwin Kirbach deceased, and on behalf of all survivors and all legally entitled | FL | Erwin Kirbach | Son / Administrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | beneficiaries and family members of Erwin Kirbach | | | |
| 52. | George Kovacs | 1:18-cv-00947-GBD | Christine Anderson as the Personal Representative of the Estate of George Kovacs deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of George Kovacs | NJ | George Kovacs | Spouse/ |
| 53. | Fred Krines | 1:17-cv-04201-GBD | Patricia Krines as the Personal Representative of the Estate of Fred Krines deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Fred Krines | NY | Fred Krines | Spouse/Administrator |
| 54. | Ryszard Krysiuk | 1:18-cv-10779-GBD | Vlasta Krysiuk as the Personal Representative of the Estate of Ryszard Krysiuk deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vlasta Krysiuk Krysiuk | POLAND | Vlasta Krysiuk Krysiuk | TBD |
| 55. | Marian Kuczaj | 1:17-cv-04201-GBD | Maria Levinthal as the Personal Representative of the Estate of Marian Kuczaj deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian Kuczaj | NJ | Marian Kuczaj | Sibling/Administrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| 56. | Zdzislaw Langier | 1:17-cv-04201-GBD | Holly Biset as the Personal Representative of the Estate of Zdzislaw Langier deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Zdzislaw Langier | IL | Zdzislaw Langier | Creditor of Estate |
| 57. | Gary LaPorte | 1:18-cv-12052-GBD | Valerie Dabas as the Personal Representative of the Estate of Gary LaPorte deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary LaPorte | NY | Gary LaPorte | Cousin/Court Appointed Representative |
| 58. | Marian Lizzio | 1:17-cv-04201-GBD | Peter Lizzio as the Personal Representative of the Estate of Marian Lizzio deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian Lizzio | NY | Marian Lizzio | Court Appointed Representative |
| 59. | Jose Llaverias | 1:17-cv-04201-GBD | Vickie Llaverias as the Personal Representative of the Estate of Jose Llaverias deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Llaverias | NY | Jose Llaverias | Child/Administrator |
| 60. | Rance Louallen | 1:17-cv-04201-GBD | John Doe 8 as the Personal Representative of the Estate of Rance Louallen deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rance Louallen | TBD | Rance Louallen | TBD |

| | | | | | | |
|---|---|---|---|---|---|---|
| 61. | William Lutter | 1:17-cv-04201-GBD | Kathleen Lutter as the Personal Representative of the Estate of William Lutter deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Lutter | NJ | William Lutter | Spouse |
| 62. | Frank Magee | 1:18-cv-12052-GBD | Denise Magee as the Personal Representative of the Estate of Frank Magee deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank Magee | NY | Frank Magee | Spouse / Administrator |
| 63. | Zbigniew Mankiewicz | 1:17-cv-04201-GBD | Agnieszka Mankiewicz Piotrowski as the Personal Representative of the Estate of Zbigniew Mankiewicz deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Zbigniew Mankiewicz | NY | Zbigniew Mankiewicz | Niece/Administrator |
| 64. | Harry Martin | 1:18-cv-12052-GBD | Jacqueline Martin as the Personal Representative of the Estate of Harry Martin deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harry Martin | NY | Harry Martin | Spouse/Administrator |
| 65. | Harry Martin | 1:18-cv-10779-GBD | Jacqueline Martin as the Personal Representative of the Estate of Harry Martin deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harry Martin | NY | Harry Martin | Spouse/Administrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| 66. | James McFadden | 1:18-cv-12052-GBD | Shakeima McFadden as the Personal Representative of the Estate of James McFadden deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James McFadden | NY | James McFadden | Child/Administrator |
| 67. | Robert McFeeley | 1:17-cv-04201-GBD | Robert J. McFeeley as the Personal Representative of the Estate of Robert McFeeley deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert McFeeley | NY | Robert McFeeley | Child/Administrator |
| 68. | Patricia Miller | 1:18-cv-10779-GBD | Thomas Cassidy as the Personal Representative of the Estate of Patricia Miller deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia Miller | NY | Patricia Miller | Child/Executor |
| 69. | Curtis Charles Mondesir | 1:17-cv-04201-GBD | Tyrone Mondesir as the Personal Representative of the Estate of Curtis Charles Mondesir deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Curtis Charles Mondesir | FL | Curtis Charles Mondesir | Sibling/Executor |
| 70. | Carlos Monroy | 1:18-cv-10779-GBD | Rosa Medina as the Personal Representative of the Estate of Carlos Monroy deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carlos Monroy | NY | Carlos Monroy | Spouse/Executor |

| | | | | | | |
|---|---|---|---|---|---|---|
| 71. | Clara Montague | 1:17-cv-04201-GBD | Renee Hill as the Personal Representative of the Estate of Clara Montague deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Clara Montague | NY | Clara Montague | Court Appointed Representative |
| 72. | Debbie Morales | 1:17-cv-04201-GBD | Esteban Cruz, Jr. as the Personal Representative of the Estate of Debbie Morales deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Debbie Morales | NJ | Debbie Morales | Child/Administrator |
| 73. | Jose Manuel Moran | 1:18-cv-7509-GBD | Rosa Catalina Vivar as the Personal Representative of the Estate of Jose Manuel Moran deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Manuel Moran | NY | Jose Manuel Moran | Spouse/Administrator |
| 74. | John Napolitano | 1:17-cv-04201-GBD | JoAnn Napolitano as the Personal Representative of the Estate of John Napolitano deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Napolitano | FL | John Napolitano | Spouse/ Court Appointed Representative |
| 75. | Lili Packer | 1:17-cv-04201-GBD | John Doe 9 as the Personal Representative of the Estate of Lili Packer deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lili Packer | TBD | Lili Packer | TBD |

| | | | | | | |
|---|---|---|---|---|---|---|
| 76. | John Pajor | 1:18-cv-00947-GBD | Dan Cimponeriu as the Personal Representative of the Estate of John Pajor deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Pajor | NY | John Pajor | Nephew/Court Appointed Representative |
| 77. | Lisamarie Parchinsky | 1:18-cv-10820-GBD | Robert Parchinsky as the Personal Representative of the Estate of Lisamarie Parchinsky deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisamarie Parchinsky | NY | Lisamarie Parchinsky | Spouse/Administrator |
| 78. | Richard Pearse | 1:17-cv-04201-GBD | Margaret Pearse as the Personal Representative of the Estate of Richard Pearse deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Pearse | NY | Richard Pearse | Spouse/Executor |
| 79. | Lee Perlman | 1:17-cv-04201-GBD | Alyse Perlman as the Personal Representative of the Estate of Lee Perlman deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lee Perlman | NJ | Lee Perlman | Spouse/Administrator |
| 80. | Bogdan Petryk | 1:18-cv-12052-GBD | Lidia Petryk as the Personal Representative of the Estate of Bogdan Petryk deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Bogdan Petryk | NY | Bogdan Petryk | Spouse |

| | | | | | | |
|---|---|---|---|---|---|---|
| 81. | Bogdan Petryk | 1:18-cv-12052-GBD | Lidia Petryk as the Personal Representative of the Estate of Bogdan Petryk deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Bogdan Petryk | NY | Bogdan Petryk | Spouse |
| 82. | Kazimierz Prosniewski | 1:18-cv-11727-GBD | Halina Prosniewski as the Personal Representative of the Estate of Kazimierz Prosniewski deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kazimierz Prosniewski | NJ | Kazimierz Prosniewski | Spouse/ Executor |
| 83. | Diane Ramos | 1:18-cv-11727-GBD | Diane Cercone as the Personal Representative of the Estate of Diane Ramos deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane Ramos | NJ | Diane Ramos | Child/Administrator |
| 84. | Richard Reidel | 1:18-cv-00947-GBD | Allison Reidel as the Personal Representative of the Estate of Richard Reidel deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Reidel | NY | Richard Reidel | Child/Administrator |
| 85. | Dennis Reilly | 1:17-cv-04201-GBD | Cynthia Reilly as the Personal Representative of the Estate of Dennis Reilly deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Reilly | UT | Dennis Reilly | Spouse/Executor |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86. | Dennis Reilly | 1:18-cv-11727-GBD | Cynthia Reilly as the Personal Representative of the Estate of Dennis Reilly deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Reilly | UT | Dennis Reilly | Spouse/Executor |
| 87. | Joseph Rizzo | 1:18-cv-6922-GBD | Frances Rizzo as the Personal Representative of the Estate of Joseph Rizzo deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Rizzo | FL | Joseph Rizzo | Spouse/Executor |
| 88. | Eric Rosa | 1:18-cv-12052-GBD | Katy Lover (friend) as the Personal Representative of the Estate of Eric Rosa deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eric Rosa | CT | Eric Rosa | Executor |
| 89. | Paul D. Rosen | 1:18-cv-00947-GBD | Benjamin Neschis as the Personal Representative of the Estate of Paul D. Rosen deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul D. Rosen | NY | Paul D. Rosen | Court Appointed Representative |
| 90. | Lara Roth-Biester | 1:18-cv-6922-GBD | Kara McGee as the Personal Representative of the Estate of Lara Roth-Biester deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lara Roth-Biester | NY | Lara Roth-Biester | Spouse/Executor |

| | | | | | | |
|---|---|---|---|---|---|---|
| 91. | Surjit Saini | 1:17-cv-04201-GBD | Ranjit Saini as the Personal Representative of the Estate of Surjit Saini deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Surjit Saini | NY | Surjit Saini | Spouse |
| 92. | Anthony Santa Maria | 1:17-cv-04201-GBD | John Doe 10 as the Personal Representative of the Estate of Anthony Santa Maria deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Santa Maria | TBD | Anthony Santa Maria | Child |
| 93. | Daniel Schaufler | 1:18-cv-12052-GBD | Sheila Schaufler as the Personal Representative of the Estate of Daniel Schaufler deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Daniel Schaufler | PA | Daniel Schaufler | Spouse/Administrator |
| 94. | Suvarna Shah | 1:17-cv-04201-GBD | Mahendra Shah as the Personal Representative of the Estate of Suvarna Shah deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Suvarna Shah | NJ | Suvarna Shah | Spouse/Executor |
| 95. | Daniel Shaufler | 1:18-cv-7509-GBD | Sheila Schaufler as the Personal Representative of the Estate of Daniel Shaufler deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Daniel Shaufler | PA | Daniel Shaufler | Spouse/Administrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| 96. | Jerzy Slesicki | 1:18-cv-00947-GBD | John Doe 11 as the Personal Representative of the Estate of Jerzy Slesicki deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerzy Slesicki | NY | Jerzy Slesicki | TBD |
| 97. | Jerzy Stefanski | 1:18-cv-7509-GBD | Bartosz Bilinski as the Personal Representative of the Estate of Jerzy Stefanski deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerzy Stefanski | POLAND | Jerzy Stefanski | Court Appointed Representative |
| 98. | Annette Stubbins | 1:18-cv-00947-GBD | Lilli Barber as the Personal Representative of the Estate of Annette Stubbins deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lilli Barber Barber | NJ | Lilli Barber Barber | Child |
| 99. | William Surace | 1:18-cv-12067-GBD | Rosaria Surace as the Personal Representative of the Estate of William Surace deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Surace | NY | William Surace | Wife / Executor |
| 100 | Krzysztof Tkaczyk | 1:18-cv-00947-GBD | Maria Czajka as the Personal Representative of the Estate of Krzysztof Tkaczyk deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Krzysztof Tkaczyk | NY | Krzysztof Tkaczyk | Sibling/Administrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| 101 | David Tolkan | 1:18-cv-10820-GBD | Mary Tolkan as the Personal Representative of the Estate of David Tolkan deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Tolkan | FL | David Tolkan | Spouse/Executor |
| 102 | Richard Tom | 1:18-cv-00947-GBD | Anita Tomcyzk as the Personal Representative of the Estate of Richard Tom deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Tom | NY | Richard | Daughter |
| 103 | Rafael Valdez | 1:17-cv-04201-GBD | Carmen Valdez as the Personal Representative of the Estate of Rafael Valdez deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rafael Valdez | NC | Rafael Valdez | Sibling/Administrator |
| 104 | Edwin Vargas | 1:17-cv-04201-GBD | Elizabeth Vargas as the Personal Representative of the Estate of Edwin Vargas deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin Vargas | NY | Edwin Vargas | Child |
| 105 | Kimete Velic | 1:17-cv-04201-GBD | Kabil Velic as the Personal Representative of the Estate of Kimete Velic deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kimete Velic | NY | Kimete Velic | Spouse / Administrator |
| 106 | Daniel Venditti | 1:17-cv-04201-GBD | Ann Marie Venditti as the Personal Representative of the Estate of Daniel Venditti deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Daniel Venditti | NY | Daniel Venditti | Spouse/Executor |

| | | | | | | |
|---|---|---|---|---|---|---|
| 107 | Frank Ventigimilia | 1:17-cv-04201-GBD | Marlene Ventimiglia as the Personal Representative of the Estate of Frank Ventigimilia deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank Ventigimilia | FL | Frank Ventigimilia | Spouse/Executor |
| 108 | Rosemary Watson | 1:18-cv-12067-GBD | Sonya Smith as the Personal Representative of the Estate of Rosemary Watson deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosemary Watson | FL | Rosemary Watson | Daughter / Administrator |
| 109 | Wlodzimierz  Welenc | 1:18-cv-11745-GBD | Mariola Welenc as the Personal Representative of the Estate of Wlodzimierz Welenc deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wlodzimierz  Welenc | NY | Wlodzimierz Welenc | Spouse |
| 110 | Marva White | 1:17-cv-04201-GBD | Donovan Jackson as the Personal Representative of the Estate of Marva White deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marva White | NY | Marva White | Son-in-law/Court Appointed Representative |
| 111 | Stewart Wilkins | 1:17-cv-04201-GBD | Richard Smith as the Personal Representative of the Estate of Stewart Wilkins deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stewart Wilkins | GA | Stewart Wilkins | Child/Administrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| 112 | Carlton Wong | 1:18-cv-12067-GBD | Juanita Alberta Wong as the Personal Representative of the Estate of Carlton Wong deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carlton Wong | NY | Carlton Wong | Child |
| 113 | Renard Wright | 1:18-cv-12067-GBD | John Doe 12 as the Personal Representative of the Estate of Renard Wright deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Renard Wright | NJ | Renard Wright | N/A |
| 114 | Stanley Wright | 1:18-cv-12067-GBD | Deidra Nicole Wright as the Personal Representative of the Estate of Stanley Wright deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stanley Wright | NC | Stanley Wright | Daughter / Voluntary Administrator |

**EXHIBIT B to Motion to Substitute Parties**

| | Previous Plaintiff or Personal Representative | Case Number | New Representative | State of Residency at Filing (or death) | 9/11 Decedents name | Relationship |
|---|---|---|---|---|---|---|
| 1. | Jeffrey Bernstein as son and Executor of the Estate of Murray Bernstein | 1:18-cv-10779-GBD | Lillian Grzech as the Personal Representative of the Estate of Murray Bernstein of the Estate of Murray Bernstein deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Murray Bernstein | NY | Murray Bernstein | Child/Administrator |
| 2. | Nicholas D'Apice as child and administrator of the Estate of Michael D'Apice | 1:18-cv-11717-GBD | William D'Apice as the Personal Representative of the Estate of Nicholas D'Apice as child and administrator of the Estate of Michael D'Apice deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael D'Apice | NY | Michael D'Apice | Brother / Administrator |
| 3. | Daniel Fuscaldo, as spouse and Administrator of the Estate of Patricia Fuscaldo | 1:18-cv-12039-GBD | Daniel McCarron as the Personal Representative of the Estate of Daniel Fuscaldo, as spouse and Administrator of the Estate of Patricia Fuscaldo deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Daniel Fuscaldo, as spouse and Administrator of the Estate of Patricia Fuscaldo | NY | Daniel Fuscaldo, as spouse and Administrator of the Estate of Patricia Fuscaldo | Court Appointed Representative |
| 4. | Daniel Fuscaldo, as spouse and Adminis | 1:18-cv-12039-GBD | Daniel McCarron as the Personal Representative of the Estate of Daniel Fuscaldo, as spouse and Administrator of the Estate of Patricia Fuscaldo deceased, and on | NY | Daniel Fuscaldo, as spouse and Administrator of the Estate of | Court Appointed Representative |

| | | | | | | |
|---|---|---|---|---|---|---|
| | trator of the Estate of Patricia Fuscaldo | | behalf of all survivors and all legally entitled beneficiaries and family members of Daniel Fuscaldo, as spouse and Administrator of the Estate of Patricia Fuscaldo | | Patricia Fuscaldo | |
| 5. | Mariusz Koszelnik and Co-Administrator of Anatol Koszelnik | 1:18-cv-11727-GBD | Halina Koszelnik as the Personal Representative of the Estate of Mariusz Koszelnik as child and Co-Administrator of Anatol Koszelnik deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anatol Koszelnik | POLAND | Anatol Koszelnik | Parent |
| 6. | Mariusz Koszelnik as Co-Administrator of Anatol Koszelnik | 1:18-cv-11727-GBD | Halina Koszelnik as the Personal Representative of the Estate of Mariusz Koszelnik as child and Co-Administrator of Anatol Koszelnik deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anatol Koszelnik | POLAND | Anatol Koszelnik | Parent |
| 7. | Lorraine Margiotta, as child and administrator of Russell Torraco | 1:18-cv-11727-GBD | Vincent Margiotta as the Personal Representative of the Estate of Lorraine Margiotta, as child and administrator of Russell Torraco deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lorraine Margiotta, as child and administrator of Russell Torraco | NY | Lorraine Margiotta, as child and administrator of Russell Torraco | Spouse/Administrator |
| 8. | Lorraine Margiotta, as child and administrator of Russell Torraco | 1:18-cv-11727-GBD | Vincent Margiotta as the Personal Representative of the Estate of Lorraine Margiotta, as child and administrator of Russell Torraco deceased, and on behalf of all survivors and all legally entitled beneficiaries | NY | Lorraine Margiotta, as child and administrator of Russell Torraco | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and family members of Russell Torraco | | | |
| 9. | Renata Wojcik as child and Co-Adminis trator of Anatol Koszelni k | 1:18-cv-11727-GBD | Halina Koszelnik as the Personal Representative of the Estate of Renata Wojcik as child and Co-Administrator of Anatol Koszelnik deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anatol Koszelnik | POLAND | Anatol Koszelnik | Parent |
| 10. | Renata Wojcik as child and Co-Adminis trator of Anatol Koszelni k | 1:18-cv-11727-GBD | Halina Koszelnik as the Personal Representative of the Estate of Renata Wojcik as child and Co-Administrator of Anatol Koszelnik deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anatol Koszelnik | POLAND | Anatol Koszelnik | Parent |