Lewis Baach Kaufmann Middlemiss PLLC

Aisha E. R. Bembry
202 659 6752
aisha.bembry@lbkmlaw.com

September 29, 2026

The Honorable Sarah Netburn
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**RE: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)**

Dear Judge Netburn:

Counsel for Defendants the Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO") write concerning the Rule 56.1 Statements of Material Facts filed by MWL and IIRO, ECF Nos. 11986 and 11990, respectively (collectively, the "Statements").

Last week we discovered that certain exhibit citations in the Statements inadvertently referenced the wrong declaration for declarants who submitted two declarations. We informed Plaintiffs' counsel of this issue and provided them with redlined and corrected versions of the Statements.

We believe that filing the corrected versions of the Statements will benefit the Court and thus request Your Honor's authorization to refile the corrected versions. This Court has previously authorized parties to refile corrected versions of their pleadings after finding various errors. *See, e.g.,* ECF Nos. 9520, 9763.

Plaintiffs do not object to this request, and we can promptly file the corrected versions should the Court grant this request.

Respectfully submitted,

/s/ *Aisha E. R. Bembry*

Aisha E. R. Bembry (admitted *pro hac vice*)
Lewis Baach Kaufmann Middlemiss PLLC
1050 K St NW, Suite 400
Washington, DC 20001
Telephone: (202) 833-8900
Fax: (202) 466-5738
Email: aisha.bembry@lbkmlaw.com
*Counsel for Defendants Muslim World League; International Islamic Relief Organization*