Lewis Baach Kaufmann Middlemiss PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

Bembry
59 6752
aw.com

September 29, 2026

The Honorable Sarah Netburn
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**RE: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)**

Dear Judge Netburn:

Counsel for Defendants the Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO") write concerning the Rule 56.1 Statements of Material Facts filed by MWL and IIRO, ECF Nos. 11986 and 11990, respectively (collectively, the "Statements").

Last week we discovered that certain exhibit citations in the Statements inadvertently referenced the wrong declaration for declarants who submitted two declarations. We informed Plaintiffs' counsel of this issue and provided them with redlined and corrected versions of the Statements.

We believe that filing the corrected versions of the Statements will benefit the Court and thus request Your Honor's authorization to refile the corrected versions. This Court has previously authorized parties to refile corrected versions of their pleadings after finding various errors. *See, e.g.,* ECF Nos. 9520, 9763.

Plaintiffs do not object to this request, and we can promptly file the corrected versions should the Court grant this request.

Respectfully submitted,

/s/ *Aisha E. R. Bembry*
Aisha E. R. Bembry (admitted *pro hac vice*)

The Court GRANTS this request. MWL and IIRO should promptly file the corrected and redlined versions of the Statements.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: September 30, 2026
New York, New York