**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br><br>ECF Case |

This document relates to:

*Kathleen Ashton, et al. v.* Al Qaeda *Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v.* Al Qaeda *Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v.* Al Qaeda*, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845

**DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION'S NOTICE OF FILING CORRECTED STATEMENT OF MATERIAL FACTS**

On September 30, 2026, this Court granted Defendant International Islamic Relief Organization's ("IIRO") request, *see* ECF No. 12334, and directed IIRO to file corrected and redlined versions of its Rule 56.1 Statement of Material Facts promptly. ECF No. 12335. Accordingly, attached to this Notice are:

- Exhibit A: Corrected Rule 56.1 Statement of Material Facts in Support of Defendant International Islamic Relief Organization's Motion for Summary Judgment

- Exhibit B: Corrected Rule 56.1 Statement of Material Facts in Support of Defendant International Islamic Relief Organization's Motion for Summary Judgment (Redlined)

September 30, 2026

Respectfully submitted,

/s/ *Aisha E. R. Bembry*

Aisha E. R. Bembry (admitted *pro hac vice*)
Lewis Baach Kaufmann Middlemiss PLLC
1050 K St NW, Suite 400
Washington, DC 20001
Telephone: (202) 833-8900
Fax: (202) 466-5738
Email: aisha.bembry@lbkmlaw.com

*Counsel for Defendant International Islamic Relief Organization*