# EXHIBIT B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 9 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))

**FINAL ORDER OF SUMMARY JUDGMENT**

Upon consideration of the evidence and arguments submitted by claimants in the Estate of Ronald Breitweiser wrongful death claim, part of the above-captioned action, and the Judgment by Default Against the Islamic Republic of Iran entered on August 26, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory damages for the pre-death conscious pain and suffering of the decedent Ronald Breitweiser, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that final judgment is entered on behalf of the *Burlingame* Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest on those awards to be calculated at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A may submit a future application for punitive damages consistent with any future rulings of this Court; and it is

**ORDERED** that the *Burlingame* Plaintiffs not appearing on Exhibit A and who were not previously awarded solatium and/or economic damages may submit applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated: New York, New York

MAY 2 9 2018

SO ORDERED:

George B. Daniels

GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A

Exhibit A

| Estate | Economic Loss | Solatium Family Members | Relationship | Solatium Damages |
|---|---|---|---|---|
| Estate of Ronald Breitweiser | $ 45,385,507.00 | Breitweiser, Kristen | Spouse | $ 12,500,000.00 |
| | | Breitweiser, Caroline | Child | $ 8,500,000.00 |