# EXHIBIT D

**United States Department of State**

*Washington, D.C. 20520*

December 2, 2020

Ruby J. Krajick
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: Ryan, et al. v. Islamic Republic of Iran, et al., 1:20-cv-00266 (GBD)(SN)**

Dear Ms. Krajick:

I am writing regarding the Court's request for transmittal of an Order of Partial Final Default Judgments (Feb. 21, 2020) and Notice of Default Judgment to the Islamic Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1198-IE, dated October 26, 2020 and delivered on October 27, 2020. A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared Hess
Attorney Adviser
Office of the Legal Adviser

Cc: Timothy Fleming
1211 Connecticut Ave. NW, Suite 420
Washington, DC 20036

SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland )
ern, Canton of Bern ) SS:
mbassy of the United States of America )

Jack F. Pan, a consular officer at the Embassy of the United States at Bern, Switzerland, certify at this is a true copy of Embassy note number 27296 dated September 9, 2020, which was nsmitted to the Swiss Ministry of Foreign Affairs on September 9, 2020 for further nsmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

(Signature of Consular Officer)

Jack F. PAN
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

November 9, 2020
(Date)

*Embassy of the United States of America*

September 9, 2020

CONS NO. 27296

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) – Ryan, et al. v. Islamic Republic of Iran, et al., 1:20-cv-00266 (GBD)(SN)

REF: ----

The Department of State has requested the delivery of the enclosed Order of Partial Final Default Judgments (Feb. 21, 2020) and Notice of Default Judgment to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of Ryan, et al. v. Islamic Republic of Iran, et al., 1:20-cv-00266 (GBD)(SN).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran. There is one defendant to be served in this case: the Islamic Republic of Iran. The American Interests Section should transmit the Order of Partial Final Default Judgments (Feb. 21, 2020) and Notice of Default Judgment to the Iranian Ministry of Foreign Affairs under cover of one diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is one appropriate part of a message the Embassy received from the Department of State as well two sets of documents for each defendant.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

EMBASSY OF THE UNITED STATES OF AMERICA
BERN

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Ryan, et al. v. Islamic Republic of Iran, et al., 1:20-cv-00266 (GBD)(SN), in the U.S. District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits an Order of Partial Final Default Judgments (Feb. 21, 2020) herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order of Partial Final Default Judgments (Feb. 21, 2020), the Foreign Interests Section is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States, and certain other court documents that the plaintiff has requested be transmitted. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Order of Partial Final Default Judgments (Feb. 21, 2020) and Notice of Default Judgment
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN**

SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland )
rn, Canton of Bern ) SS:
nbassy of the United States of America )

rtify that the annexed document bears the genuine seal of the Swiss Federal Department of eign Affairs.

rtify under penalty of perjury under the laws of the United States that the foregoing is true correct.

(Signature of Consular Officer)

Jack F. PAN
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

November 9, 2020
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Federal Department of Foreign Affairs FDFA**

30245

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 27296 dated September 9, 2020 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:
Ryan, et al. v. Islamic Republic of Iran, et al., 1:20-cv-00266-(GBD)(SN)

- Note No. 1198-IE addressed to the Government of the Islamic Republic of Iran

dated October 26, 2020 and proof of service, dated October 28, 2020 as well as the certification by the Swiss Federal Chancellery dated November 05, 2020.

The section has received the above mentioned documents on September 20, 2020. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on October 27, 2020. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, November 5, 2020

*Enclosure(s) mentioned*

To the
Embassy of the
United States of America

Berne

SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland )
ern, Canton of Bern ) SS:
nbassy of the United States of America )

rtify that the annexed document is executed by the genuine signature and seal of the owing named official who, in an official capacity, is empowered by the laws of Switzerland xecute that document.

rtify under penalty of perjury under the laws of the United States that the foregoing is true correct.

Gaëlle CAFARO-VULLIERAT
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

Jack F. PAN
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

November 9, 2020
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1198-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit Ryan, et al. v. Islamic Republic of Iran, et al., 1:20-cv-00266(GBD)(SN), in the U.S. District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits an Order of Partial Final Default Judgments (Feb. 21, 2020) herewith. The U.S District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these document to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order of Partial Final Default Judgments (Feb. 21, 2020), the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration. G

Tehran, October 26, 2020

EMBASSY OF SWITZERLAND IN IRAN

Attachments:
1. Order of Partial Final Default Judgments (Feb. 21, 2020) and Notice of Default Judgment
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Christian Gobet, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1198-IE, dated October 26, 2020. The delivery of this note and its enclosures was attempted on October 27, 2020, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Christian Gobet
Head of the Foreign Interests Section

Tehran, October 28, 2020

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

**This public document**

2. **has been signed by** Christian Gobet
3. **acting in the capacity of Head of the Foreign Interests Section**
4. **bears the seal/stamp of**

EMBASSY OF SWITZERLAND IN IRAN
FOREIGN INTERESTS SECTION TEHERAN

**Certified**

5. **at Berne**
6. **the** 05 November 2020
7. **by** Gaëlle Cafaro-Vullierat
**functionary of the Swiss federal Chancellery**
8. **No.** 022568
9. **Seal/stamp:** Swiss federal Chancellery
10. **Signature:**

SWISS FEDERAL CHANCELLERY

<u>ترجمه غیر رسمی</u>

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره IE– 1198

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوا ی حقوقی تحت عنوان رایان و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده مدنی شماره 1:20-cv-00266(GBD)(SN) که در دادگاه ناحیه ای ایالات متحده برای ناحیه جنوب نیو یورک مفتوح میباشد، جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه ناحیه ای ایالات متحده برای ناحیه جنوب نیو یورک، یک فقره رای قضاوت های غیابی نهایی جزئی (۲۱ فوریه ۲۰۲۰) را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (a)(4) و (e) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدرک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

سفارت، علاوه بر رای قضاوت های غیابی نهایی جزئی (۲۱ فوریه ۲۰۲۰)، یک فقره اطلاعیه حکم غیابی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را به پیوست ایفاد می دارد. لطفاً توجه داشته باشید که متعاقب مقررات فصل 28 بخش 1610 مجموعه قوانین ایالات متحده آمریکا، اقدامات اجرائی و حکم می توانند بعد از مدت زمان معقول از دادن اطلاع از حکم غیابی، آغاز گردد.

سفارت، بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاه صورت گیرد. از این رو، مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

EMBASSY OF SWITZERLAND IN IRAN

تهران، بتاریخ پنجم آبان ماه ۱۳۹۹ (۲۶ اکتبر ۲۰۲۰)

پیوست: ۱- رای قضاوت های غیابی نهایی جزئی (۲۱ فوریه ۲۰۲۰) و اطلاعیه حکم غیابی
۲- ترجمه ها

**اداره امور آمریکا**
**وزارت امور خارجه**
**جمهوری اسلامی ایران**
**تهران**