**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| This document relates to: *Gaston et al. v. The Islamic Republic of Iran, No. 18-cv-12337* | |

**MOTION TO SUBSTITUTE PARTY AND FOR CORRECTION OF ERROR**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15**

Pursuant to Fed. R. Civ. P. 15 plaintiffs move the Court to allow substitution of the following party in the above referenced action. The party being substituted is Kelli Lyles as Executrix of the Estate of Shawn Lyles, deceased. Kelli Lyles is the surviving spouse and executrix of the estate of decedent, Shawn Lyles, who died on June 2, 2026.

Plaintiffs also move the Court for leave to correct an error in the spelling of Plaintiff Joseph Valentin's last name which was misspelled in the Complaint.

The following chart demonstrates the how these parties were previously named in the Complaint and how they wish to proceed going forward:

| Identification of Party To be Substituted | Reference to Plaintiff in ECF (18-cv-12337) | State of Residence at Filing | Paragraph of Complaint Discussing Plaintiff |
|---|---|---|---|
| Kelli Lyles as Executrix of the Estate of Shawn Lyles, deceased | Shawn Lyles | New York | ECF No. 1 (18-cv-12337) at Allegation 61 of Appendix 1 |

| Identification of Party To be Substituted | Reference to Plaintiff in ECF (18-cv-12337) | State of Residence at Filing | Paragraph of Complaint Discussing Plaintiff |
|---|---|---|---|
| Joseph Valentin | Joseph Valenin | New York | ECF No. 1 (18-cv-12337) at Allegation 79 of Appendix 1 |

Plaintiffs propose that, upon endorsement of the Plaintiffs' Proposed Order, the substituted parties would be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of Court's Office and based on the size of this MDL.

Dated: October 5, 2026

Respectfully submitted,

_*/s/ Robert Keith Morgan*_____

Robert Keith Morgan (*pro hac vice*)
David J. Dickens (*pro hac vice*)
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540-672-4224
Fax: 540-672-3055
kmorgan@millerfirmllc.com
ddickens@millerfirmllc.com

Attorneys for Plaintiffs