**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Gaston, et al. v. The Islamic Republic of Iran, No. 18-cv-12337* | |

**ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND CORRECTION OF ERROR PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15**

Upon consideration of Plaintiff's motion to permit the substitution of the proper party and to correct an error in the Complaint; it is hereby

ORDERED that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case, and it is

ORDERED that the Plaintiff comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of this plaintiff to the case listed above in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12348 in 03-md-1570 (GBD)(SN) and ECF No. 152 in 18-cv-12337(GBD)(SN).

October ___, 2026

SARAH NETBURN
United States Magistrate Judge