Lowenstein Sandler

**Robert Johnston, Jr.**
Partner

1251 Avenue of the Americas
New York, New York 10020

T: (212) 419-5898
F: (973) 597-2400
E: rjohnston@lowenstein.com

October 5, 2026

**VIA ECF**

The Honorable Sarah Netburn
U.S. Magistrate Judge
Thurgood Marshall
U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

**Re: *In re: Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN)**

Dear Judge Netburn:

We write on behalf of non-party Steven Goldberg regarding the Court's October 2, 2026 Opinion & Order (ECF No. 12346). The Opinion & Order directs that Mr. Goldberg's deposition take place by Friday, October 16, 2026, and that the parties notify the Court immediately once the deposition is scheduled. We are grateful for the Court's guidance regarding the scope of Mr. Goldberg's deposition.

With respect to the deposition deadline, Mr. Goldberg is unable to appear for a deposition by October 16, 2026, due to pre-existing client commitments, including overseas travel during the week of October 12, 2026. Before writing to the Court, we conferred with counsel for Plaintiffs and counsel for Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth-International (USA) ("WAMY"). All parties and Mr. Goldberg are available to proceed with the deposition on Wednesday, October 28, 2026. We understand, however, that Plaintiffs' counsel intends to raise separately with the Court concerns regarding the impact of that date on the summary judgment briefing schedule.

Accordingly, we respectfully request that the Court extend the deadline for Mr. Goldberg's deposition and permit the deposition to proceed on October 28, 2026. The deposition will otherwise proceed in accordance with the Court's directions in the October 2, 2026 Opinion & Order.

If the Court grants this request, the parties will promptly confirm the deposition date with the Court, as required by the Opinion & Order.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/Robert Johnston, Jr.*
Robert Johnston, Jr.