**ANDERSON KILL P.C.**

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212-278-1000 / www.andersonkill.com

Jerry Goldman
jgoldman@andersonkill.com
212-278-1569

*Via ECF* October 7, 2026

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

*Re:* *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN); *Jeannette Ramos, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08300; *Gillian Gransault-Joseph, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08307; *Michael Bianco, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08359; *Sabah Hashem-Daher, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08356; *Geraldine Sands, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08353; *Peter Biggart, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08430; *Gordon Aamoth, Sr., et al. v. The Republic of the Sudan*, No. 1:26-cv-08314; *Mahadai Dataram, et al. v. The Republic of the Sudan*, No. 1:26-cv-08336; *Lawrence Gray, et al. v. The Republic of the Sudan*, No. 1:26-cv-08349; *Susan Lori Magazine, et al. v. The Republic of the Sudan*, No. 1:26-cv-08339; *Terilyn Patrick Esse a/k/a Terilyn Patrick, et al. v. The Republic of the Sudan*, No. 1:26-cv-08347; *Rebecca Shum, et al. v. The Republic of the Sudan*, No. 1:26-cv-08421; *Dorothy Blanding, et al. v. The Republic of the Sudan*, No. 1:26-cv-08426; *Eneida Ramos, et al. v. The Republic of the Sudan*, No. 1:26-cv-08376; *Christine Kuveikis, et al. v. The Republic of the Sudan*, No. 1:26-cv-08428; *Ana Luisa Lopez Pascual, et al. v. The Republic of the Sudan*, No. 1:26-cv-08425; *Michael Bianco, et al. v. The Republic of the Sudan*, No. 1:26-cv-08429; *Debra Andreacchio, et al. v. Al Barakaat Exchange LLC, Dubai Islamic Bank, et al.*, No. 1:26-cv-08422

Dear Judge Netburn:

Pursuant to Your Honor's Order dated October 28, 2019, docketed under the MDL as Docket Number 5234 ("October 28, 2019 Order"), we respectfully request that the above-referenced cases filed on September 23, 24, and 25, 2026 be made part of the MDL.

Per Your Honor's individual rules and practices in this MDL, available at https://www.nysd.uscourts.gov/hon-sarah-netburn, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement. Similarly, under Judge Daniels' individual rules and practices, available at

https://www.nysd.uscourts.gov/hon-george-b-daniels, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry Goldman*
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

Cc (via ECF): The Honorable George B. Daniels
All MDL Counsel of Record