**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEE**
**FOR PERSONAL INJURY AND DEATH CLAIMS**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

Ronald L. Motley (1944-2013)
Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*
MOTLEY RICE LLC

Robert T. Haefele, *Co-Liaison Counsel*
MOTLEY RICE LLC

**VIA Electronic Court Filing**

October 7, 2026

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Pursuant to the Court's October 2, 2026 Opinion & Order, ECF No. 12346, the Plaintiffs' Executive Committee for Personal Injury and Death Claims respectfully submits the accompanying Declaration of Robert T. Haefele and Steven Pounian, together with the materials required by the Court's Order.

As directed by the Court, the declaration addresses the matters identified at pages 27-29 of the Opinion & Order, and the accompanying submission includes a copy of the anonymous letter referenced therein.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9163
Email: rhaefele@motleyrice.com

*Liaison Counsel for Plaintiffs' Executive Committee for Personal Injury and Death Claims*

cc: The Honorable George B. Daniels, via ECF
All Counsel of Record via ECF