**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

IN RE: **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

**AMENDED FINAL JUDGMENT**

----------------------------------------------------------X

This document relates to:

*Burnett., et al. v. The Republic of Iran, et al., 1:15-cv-9903 (GBD)(SN)*

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's amended Order dated August 20, 2026, the prior, partial default judgments entered on behalf of the Plaintiffs herein are hereby acknowledged:

- In the first action (Havlish) within this MDL litigation to establish liability against Iran under § 1605A (in 2011), Magistrate Judge Maas determined that Iran could be held liable to 9/11 plaintiffs. MDL ECF #2515 at 47, para. 11,
- On February 18, 2020, Judge George B, Daniels issued an order awarding conscious pain and suffering against Iran for the Estates of James Munhall and Troy Nilsen. See ECF MDL #5975: "Ordered that . . . compensatory damages for decedents' pain and suffering [are awarded] in the amount of $2,000,000 per estate… Ordered that…are awarded economic damages…"
- On September 3, 2019 and October 5, 2021, Judge George B. Daniels issued orders awarding damages for solatium (individually: spouse and children) against Iran for the Burnett-Munhall plaintiffs. See MDL ECF

##5061 and 7188.

• On September 10, 2019 and October 25, 2021, Judge George B. Daniels issued orders awarding damages for solatium (individually: spouse and children) against Iran for the Burnett- Nilsen plaintiffs. See MDL ECF ## 5138 and 7287.

It is further ORDERED that punitive damages are hereby waived by the Burnett-Munhall-Nilsen Plaintiffs, as identified in the attached Exhibit B-1 to B-3, against Iran, in exchange for this Court's direction to the Clerk of the Court to enter Final Judgments in favor of these Plaintiffs on their compensatory damage awards as identified on Exhibit B-1 to B-3; and it is further ORDERED that prejudgment interest on the compensatory damage awards is to be calculated by the Clerk of the Court at the rate of 4.96 percent per annum, compounded annually, for the following periods: (1) for Exhibits Bl and B3, from September 11, 2001, until the date of the Final Judgment; and (2) for Exhibit B2, from the "Date of Report" listed in exhibit until the date of the Final Judgment; and it is further ORDERED that the Burnett Plaintiffs not appearing in the attached Exhibit B-1 to B-3, who were not previously awarded compensatory damages or punitive damages, may submit applications in later stages, and they will be approved on the same basis as currently approve• for those plaintiffs; and it is further ORDERED that the Final Judgment is hereby entered against the Defendant, Islamic Republic of Iran, certified as Final Judgment pursuant to Fed. R. Civ. P. 54(b), to the *Burnett-Munhall-Nilsen* Plaintiffs identified in the attached Exhibit B-1 to B-3.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Negam Duhl

**Deputy Clerk**

| | Personal Representative | | | | 9/11 Decedent | | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | lun | Case | Complaint | Amendments & | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | Jennifer | | Nilsen | | Troy | | Nilsen | | USA | 9/11/01 | NY | | 15cv9903 | 1 | 53 | 5975 | $ 2,000,000.00 | | $ 2,000,000.00 | 9/11/2001 | | |
| 2 | Susan | | Munhall | | James | | Munhall | | USA | 9/11/01 | NY | | 15cv9903 | 1 | 53 | 5975 | $ 2,000,000.00 | | $ 2,000,000.00 | 9/11/2001 | | |

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | Susan | | Munhall | | James | | Munhall | | USA | 9/11/01 | NY | 15cv9903 | 1 | 53 | 03md1570 #5668-2 | 1/20/20 | 5975 | $ 12,249,622.00 | | $ 12,249,622.00 | 1/20/2020 | | |

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Mi ddl | Last | Suffix | Nationality on 9/11 | First | Mi ddl | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | | | | | Jennifer | | Nilsen | | USA | Troy | | Nilsen | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Spouse | 03MD1570, ECF 5138 | 9/10/2019 | $ 12,500,000.00 | | $ 12,500,000.00 | 9/11/2001 | | |
| 2 | | | | | Scott | | Nilsen | | USA | Troy | | Nilsen | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Child | 03MD1570, ECF 7287 | 10/25/2021 | $ 8,500,000.00 | | $ 8,500,000.00 | 9/11/2001 | | |
| 3 | | | | | Ryan | | Nilsen | | USA | Troy | | Nilsen | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Child | 03MD1570, ECF 7287 | 10/25/2021 | $ 8,500,000.00 | | $ 8,500,000.00 | 9/11/2001 | | |
| 4 | | | | | Susan | | Munhall | | USA | James | | Munhall | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Spouse | 5061 | 9/3/2019 | $ 12,500,000.00 | | $ 12,500,000.00 | 9/11/2001 | | |
| 5 | | | | | Lauren | | Munhall | | USA | James | | Munhall | | USA | 9/11/01 | | 15-cv-09903 | 1 | 53 | Child | 03MD1570, ECF 7188 | 10/5/2021 | $ 8,500,000.00 | | $ 8,500,000.00 | 9/11/2001 | | |