**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**---------------------------------------------------------x**

**IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**Civil Action No. 03 MDL 1570**

**---------------------------------------------------------x**

This document relates to:

*Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12362 in 03-MDL-1570 (GBD)(SN) and ECF No. 1260 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

October ___, 2026
New York, New York

________________________________
SARAH NETBURN
United States Magistrate Judge

| EXHIBIT A | | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent or Injured Party |
| 1 | Gary Bronn as Personal Representative of the Estate of Boris Bronshteyn, Deceased | Boris Bronshteyn, in their own right as an Injured Party | 1:15-cv-09903, 53, at 3738 | Boris Bronshteyn |
| 2 | George M. Bergin as Personal Representative of the Estate of Agnes Bergin, Deceased Parent of John P. Bergin, Deceased | Agnes Bergin in their own right as the Parent of John P. Bergin, Deceased | 1:15-cv-09903, 53, at 598 | John P. Bergin |
| 3 | Bertrand Arthur Barry as Personal Representative of the Estate of Audriene Barry, Deceased Parent of Arthur T. Barry, Deceased | Audriene Barry, as Personal Representative of the Estate of Arthur T. Barry, Deceased and on behalf of all beneficiaries of Arthur T. Barry | 1:15-cv-09903, 53, at 1795 | Arthur T. Barry |
| 4 | Bertrand Arthur Barry as Personal Representative of the Estate of Bertrand Barry, Deceased Parent of Arthur T. Barry, Deceased | Bertrand Francis Barry, as Personal Representative of the Estate of Arthur T. Barry, Deceased and on behalf of all beneficiaries of Arthur T. Barry | 1:15-cv-09903, 53, at 1796 | Arthur T. Barry |
| 5 | Thomas Cahill as Personal Representative of the Estate of Evelyn Cahill, Deceased Parent of Michael Cahill, Deceased | Evelyn Cahill in their own right as the Parent of Michael Cahill, Deceased | 1:15-cv-09903, 53, at 3434 | Michael Cahill |
| 6 | Clifford Russell as Personal Representative of the Estate of Marie Russell, Deceased Parent of Stephen P. Russell, Deceased | Marie Russell as Personal Representative of the Estate of Stephen P. Russell, Deceased and on behalf of all beneficiaries of Stephen P. Russell | 1:15-cv-09903, 53, at 2595 | Stephen P. Russell |
| 7 | Elizabeth Mindlin as Personal Representative of the Estate of Brigitte Day, Deceased Spouse of Edward Day, Deceased | Brigitte Day as Personal Representative of the Estate of Edward Day, Deceased and on behalf of all beneficiaries of Edward Day | 1:15-cv-09903, 53, at 1153 | Edward Day |
| 8 | Christopher D. Betterly as Personal Representative of the Estate of Donald A. Betterly, Deceased Parent of Timothy Betterly, Deceased | Joan Carol Betterly, as Personal Representative of the Estate of Donald A. Betterly, Deceased Parent of Timothy D. Betterly, Deceased | 1:15-cv-09903, 53, at 1136, 10252, at 26, 10256 | Timothy Betterly |
| 9 | Dwight D. Adams as Personal Representative of the Estate of Marjorie Jean Adams, Deceased Parent of Donald L. Adams, Deceased | Jean Adams, in her own right as the Mother of Donald L. Adams, Deceased | 1:15-cv-09903, 53, at 1020 | Donald Adams |
| 10 | Robert J. Goldstein as Personal Representative of the Estate of Alyce Goldstein, Deceased Parent of Steven Ian Goldstein, Deceased | Alyce Goldstein in their own right as the Parent of Steven Ian Goldstein, Deceased | 1:15-cv-09903, 53, at 1287 | Steven Ian Goldstein |
| 11 | Michael Thompson as Personal Representative of the Estate of Ashley Nicole Thompson, Deceased Child of Perry Thompson, Deceased | Ashley Nicole Thompson | 1:15-cv-09903, 469, at 4 | Perry Thompson |
| 12 | Adam P. Dubeck as Personal Representative of the Estate of Thomas Francis Pescherine, Sr., Deceased Parent of Michael John Pescherine, Deceased | Anne Marie Pescherine in their own right as the Parent of Michael John Pescherine, Deceased | 1:15-cv-09903, 53, at 850 | Michael John Pescherine |
| 13 | Grace A. Friend as Personal Representative of the Estate of Joanne Mary Cregan, Deceased | Ronald Bernard Cregan, as Personal Representative of the Estate of Joanne Mary Cregan, Deceased and on behalf of all beneficiaries of Joanne Mary Cregan | 1:15-cv-09903, 53, at 3013 | Joanne Mary Cregan |