# EXHIBIT O

**Shaloff, Stanley**

**From:** Shaloff, Stanley
**Sent:** Thursday, August 20, 1998 3:12 PM
**To:** Miller, Bowman
**Cc:** Kaeuper, David; Oakley, Phyllis; Ofcansky, Thomas; Weigert, Stephen L.
**Subject:** Sudan facility

I have heard reports that the selection of targets was rooted in [redacted] findings in the case of Sudan that the alleged CW site was connected to Usama bin Laden. Neither I nor my colleagues Steve Weigert or Tom Ofcansky, who have been watching Sudan for many years, have seen any evidence of an Usama bin Ladin connection to a CW facility in Sudan. I am told my my [redacted] counterpart that he had not seen anything directly but had heard rumblings about it in the last month. Whether such a facility even exists has been a subject of vigorous debate and the suspect facility in the past was linked to Iraq and not Usama and to mustard gas not VX nerve gas.

My fear is that decisions were made on evidence kept so close-hold that it was never subjected to scrutiny by some of us who may not be CW experts but who remember the [redacted] faith in the discredited reports of the "fabricator" and "embellisher." Because of the strong feelings Sudan generates within the policy community, it behooves the [redacted] to be especially careful before it annoints reports likely to produce a military response. The horrific events in Nairobi and Dar cry out for a response, but I question whether the so-called Usama bin Ladin CW facility in Sudan was the right target. I certainly hope, that we had the goods but the past record breeds doubt.