USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:
*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)

**Motion to Substitute Parties Pursuant to Federal Rule of Civil Procedure 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A in the above-referenced action. Each individual being substituted into the case is the duly-appointed new Personal Representative of the estate of an individual killed on September 11, 2001 in the terrorist attacks (a "9/11 decedent") or is the duly-appointed Personal Representative of the estate of a now-deceased immediate family member of a 9/11 decedent.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent for whose estate the proposed substitute plaintiff is now the duly-appointed Personal Representative.

Should this Court grant the relief requested in the proposed Order, Plaintiffs will add the substituted parties individually as named plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office.

Dated: October 9, 2026 /s/ *Andrew J. Maloney, III, Esq.*

The motion to substitute parties is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 14, 2026
New York, New York

| # | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP of PLAINTIFF to 9/11 DECEDENT | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Carmen Agnes, as Personal Representative of the Estate of David | | Agnes | | Estate Representative | Adrienne Pearl, as Personal Representative of the Estate of David | | Agnes | | 02cv06977 | David | | Agnes | |
| 2 | Frank | J. | Barbella | | Parent | Ruth Barbella, as Personal Representative of the Estate of Frank | J. | Barbella | | 02cv06977 | James | W. | Barbella | |
| 3 | Ruth | | Barbella | | Parent | Ruth Barbella, as Personal Representative of the Estate of Ruth | | Barbella | | 02cv06977 | James | W. | Barbella | |
| 4 | Joseph | | Berardi | | Parent | Maria V. Berardi, as Personal Representative of the Estate of Joseph | | Berardi | | 02cv06977 | Dominick | J. | Berardi | |
| 5 | Joseph Berardi, as Personal Representative of the Estate of Dominick | | Berardi | | Estate Representative | Maria V. Berardi, as Personal Representative of the Estate of Dominick | | Berardi | | 02cv06977 | Dominick | J. | Berardi | |
| 6 | Richard | | Brady | | Parent | Michael Brady, as Personal Representative of the Estate of Richard | | Brady | | 02cv06977 | David | B. | Brady | |
| 7 | Edward | | Brennan | | Parent | Sheila Capparis, as Personal Representative of the Estate of Edward | | Brennan | | 02cv06977 | Edward | A. | Brennan | III |
| 8 | James | C. | Cahill | | Parent | Linda Cahill, as Personal Representative of the Estate of James | C. | Cahill | | 02cv06977 | Scott | W. | Cahill | |
| 9 | James C. Cahill, as Personal Representative of the Estate of Scott | | Cahill | | Estate Representative | Patrick Cahill, as Personal Representative of the Estate of Scott | | Cahill | | 02cv06977 | Scott | W. | Cahill | |
| 10 | Lori | Ann | Caporicci | | Spouse | Victoria Spyropoulos, as Personal Representative of the Estate of Lori | Ann | Caporicci | | 02cv06977 | Louis | Anthony | Caporicci | |
| 11 | Lori Ann Caporicci, as Personal Representative of the Estate of Louis | | Caporicci | | Estate Representative | Lauren and Christina Caporicci, as Personal Representatives of the Estate of Louis | | Caporicci | | 02cv06977 | Louis | Anthony | Caporicci | |
| 12 | Pak | Ho | Chin | | Parent | Ivan Chin, as Personal Representative of the Estate of Pak | Ho | Chin | | 02cv06977 | Robert | | Chin | |
| 13 | Jean | Ann | Corbett | | Parent | Jean Rall, as Personal Representative of the Estate of Jean | Ann | Corbett | | 02cv06977 | Joseph | | Corbett | |
| 14 | Bernard Phair, as Personal Representative of the Estate of Joanne | | Cregan | | Estate Representative | Grace Friend, as Personal Representative of the Estate of Joanne | | Cregan | | 02cv06977 | Joanne | | Cregan | |

Exhibit A to Kreindler Ashton Motion to Substitute Parties

| # | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP of PLAINTIFF to 9/11 DECEDENT | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Maria | | Cruz | | Sibling | Rebecca Cruz, as Personal Representative of the Estate of Maria | | Cruz | | 02cv06977 | Eduvigis | | Reyes | Jr. |
| 16 | Frank | | Dincuff | | Parent | Eileen Dincuff, as Personal Representative of the Estate of Frank | | Dincuff | | 02cv06977 | Christopher | | Dincuff | |
| 17 | Elizabeth | | Egan | | Parent | Gerri Toman, as Personal Representative of the Estate of Elizabeth | | Egan | | 02cv06977 | Samantha | M. | Egan | |
| 18 | Elizabeth | | Egan | | Parent | Gerri Toman, as Personal Representative of the Estate of Elizabeth | | Egan | | 02cv06977 | Lisa | E. | Egan | |
| 19 | Robert | | Haag | | Parent | Gretchan Ohlig, as Personal Representative of the Estate of Robert | | Haag | | 02cv06977 | Gary | | Haag | |
| 20 | Dennis | J. | Hannafin | | Sibling | Shaun Hannafin, as Personal Representative of the Estate of Dennis | J. | Hannafin | | 02cv06977 | Thomas | | Hannafin | |
| 21 | Ann | R. | Haynes | | Spouse | David Renzi, as Personal Representative of the Estate of Ann | R. | Haynes | | 02cv06977 | William | W. | Haynes | |
| 22 | Morris | D. | Lamonsoff | | Parent | Gary Sacks, as Personal Representative of the Estate of Morris | D. | Lamonsoff | | 02cv06977 | Amy | | Lamonsoff | |
| 23 | Anne | | MacFarlane | | Parent | Joseph MacFarlane, as Personal Representative of the Estate of Anne | | MacFarlane | | 02cv06977 | Marianne | | MacFarlane | |
| 24 | Anne MacFarlane, as Personal Representative of the Estate of Marianne | | MacFarlane | | Estate Representative | Joseph MacFarlane, as Personal Representative of the Estate of Marianne | | MacFarlane | | 02cv06977 | Marianne | | MacFarlane | |
| 25 | Rebecca L. Marchand, as Personal Representative of the Estate of Alfred | | Marchand | | Estate Representative | Joshua E. Marchand, as Personal Representative of the Estate of Alfred | | Marchand | | 02cv06977 | Alfred | G. | Marchand | |
| 26 | Patricia | | McGinnis-Daly | | Parent | James McGinnis and Theresa Alleman, as Personal Representative of the Estate of Patricia | | McGinnis-Daly | | 02cv06977 | Thomas | H. | McGinnis | |
| 27 | Edward | | Miller | | Sibling | Teresa Norman, as Personal Representative of the Estate of Edward | | Miller | | 02cv06977 | Robert | Alan | Miller | |
| 28 | George | | Nicosia | | Spouse | Marianne DeLuca, as Personal Representative of the Estate of George | | Nicosia | | 02cv06977 | Kathleen | A. | Nicosia | |

Exhibit A to Kreindler Ashton Motion to Substitute Parties

| # | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP of PLAINTIFF to 9/11 DECEDENT | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | George Nicosia, as Personal Representative of the Estate of Kathleen | | Nicosia | | Estate Representative | Marianne DeLuca , as Personal Representative of the Estate of Kathleen | | Nicosia | | 02cv06977 | Kathleen | A. | Nicosia | |
| 30 | Charlene | | O'Connor | | Parent | Dennis O'Connor, as Personal Representative of the Estate of Charlene | | O'Connor | | 02cv06977 | Dennis | J. | O'Connor | Jr. |
| 31 | Barbara | | Oliver | | Parent | Donald Oliver, as Personal Representative of the Estate of Barbara | | Oliver | | 02cv06977 | Edward | K. | Oliver | |
| 32 | Donald | K. | Oliver | | Parent | Donald Oliver, as Personal Representative of the Estate of Donald | K. | Oliver | | 02cv06977 | Edward | K. | Oliver | |
| 33 | Kenneth | | Oswald | | Parent | Walter Chen, as Personal Representative of the Estate of Kenneth | | Oswald | | 02cv06977 | Jason | | Oswald | |
| 34 | Kenneth Oswald, as Personal Representative of the Estate of Jason | | Oswald | | Estate Representative | Walter Chen, as Personal Representative of the Estate of Jason | | Oswald | | 02cv06977 | Jason | | Oswald | |
| 35 | Joy | | Ou | | Child | Susan Ou, as Personal Representative of the Estate of Joy | | Ou | | 02cv06977 | Michael | C. | Ou | |
| 36 | Helen | | Pfeifer | | Parent | Mary Ellen Machcinski and Joseph Pfeifer, as Personal Representative of the Estate of Helen | | Pfeifer | | 02cv06977 | Kevin | | Pfeifer | |
| 37 | James | A. | Reed | | Parent | Jacqueline Reed, as Personal Representative of the Estate of James | A. | Reed | | 02cv06977 | Michele | | Reed | |
| 38 | Maria Cruz, as Personal Representative of the Estate of Eduvigis | | Reyes | Jr. | Estate Representative | Kimberly Reyes, as Personal Representative of the Estate of Eduvigis | | Reyes | Jr. | 02cv06977 | Eduvigis | | Reyes | Jr. |
| 39 | Frank | | Ruggiere | | Parent | Marie Ruggiere, as Personal Representative of the Estate of Frank | | Ruggiere | | 02cv06977 | Bart | | Ruggiere | |
| 40 | Patricia | | Schielke | | Parent | Kenneth Schielke, as Personal Representative of the Estate of Patricia | | Schielke | | 02cv06977 | Sean | | Schielke | |
| 41 | Liam | | Stewart | | Child | Kristin Galusha-Wild, as Personal Representative of the Estate of Liam | | Stewart | | 02cv06977 | Michael | J. | Stewart | |
| 42 | Edward | | Sweeney | | Parent | Lynn Wright, as Personal Representative of the Estate of Edward | | Sweeney | | 02cv06977 | Brian | E. | Sweeney | |

| # | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP of PLAINTIFF to 9/11 DECEDENT | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | Evelyn | | Tepedino | | Parent | Jaclyn Shapiro and Anthony Tepedino, as Personal Representative of the Estate of Evelyn | | Tepedino | | 02cv06977 | Jody | Tepedino | Nichilo | |
| 44 | Richard | | Tipaldi | | Sibling | Angela Tipaldi, as Personal Representative of the Estate of Richard | | Tipaldi | | 02cv06977 | Robert | | Tipaldi | |
| 45 | Rafael | | Tirado | | Parent | Barbara Tirado, as Personal Representative of the Estate of Rafael | | Tirado | | 02cv06977 | David | L. | Tirado | |
| 46 | Anthony | | Umanzor, Jr. | | Sibling | Feliciana Umanzor, as Personal Representative of the Estate of Anthony | | Umanzor, Jr. | | 02cv06977 | Elsy | C. | Osorio | |
| 47 | J. Linzee | | Whittaker | | Stepparent | Lena Whittaker, as Personal Representative of the Estate of J. Linzee | | Whittaker | | 02cv06977 | Karen | E. | Hagerty | |
| 48 | Sandra | | Zuccala | | Sibling | Theresa Paterson, as Personal Representative of the Estate of Sandra | | Zuccala | | 02cv06977 | Joseph | J. | Zuccala | |