KREINDLER LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

October 15, 2026

VIA ECF
The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Plaintiffs and WAMY jointly request an extension of the October 16, 2026 deadline for nonparty witness Andy Guzman's deposition so that they may confer with Mr. Guzman's counsel and arrange a mutually convenient date for Mr. Guzman's deposition.

Mr. Guzman advised us that he has retained David Lisner, Esq., of Cohen & Gresser. We contacted Mr. Lisner, who confirmed that he had just been retained in this matter this week. He requested a conference with the parties early next week to discuss the scheduling of Mr. Guzman's deposition.

The Court's October 2 Opinion & Order provides that the relevant witness depositions of Steven Goldberg and Mr. Guzman take place by October 16. ECF No. 12346 at 29. The Court subsequently granted a request for Mr. Goldberg's deposition to be scheduled for October 28. ECF No. 12352.

Accordingly, we respectfully request that the Court extend the deposition deadline to permit the parties to confer with Mr. Guzman's counsel and schedule his deposition. We will promptly advise the Court of the proposed deposition date following the conference next week.

We thank the Court for its consideration.

Respectfully submitted,

Kreindler & Kreindler LLP Motley Rice LLC

The Court GRANTS this extension. The parties must confer, schedule Guzman's deposition, and file a status letter with the proposed deposition date by Thursday, October 22, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 16, 2026
New York, New York

cc: The Honorable George B. Daniels, via ECF
All Counsel of Record via ECF
David F. Lisner, Esq. via e-mail