USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

**IN THE UNITED STATES DISTRICT COU[RT]**
**FOR THE SOUTHERN DISTRICT OF NEW Y[ORK]**

| | |
|---|---|
| In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| This document relates to:<br><br>*Gaston et al. v. The Islamic Republic of Iran, No. 18-cv-12337* | |

**MOTION TO CORRECT ERRORS**
**<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)</u>**

Pursuant to Fed. R. Civ. P. 15(d) plaintiff moves the Court for correction of the following party's name and place of residence at filing in the above referenced action. On October 5, 2026, Plaintiffs filed a motion to substitute Kelli Lyles as Executrix of the Estate of Shawn Lyles, deceased, who died on June 2, 2026, ECF No. 12348. The Court issued its Order granting the substitution on October 6, 2026, ECF No. 12351.

Subsequent to the Court's Order, it was determined that the legal name of Shawn Lyles surviving spouse and Executrix of his estate, is Kelli Harrington and not Kelli Lyles as indicated in Plaintiff's prior motion. It was also determined that the Plaintiff's state of residence at filing was Texas and not New York as it appears in Appendix 1 to the Complaint. Plaintiff respectfully moves the Court for correction of these errors

The following chart demonstrates the how these parties were previously named in the Complaint and how they wish to proceed going forward:

| Identification of Party as Corrected | Prior Reference to Plaintiff in ECF (18-cv-12337) | State of Residence at Filing as Corrected | Prior Reference to State of Residence at Filing | Paragraph of Complaint Discussing Party |
|---|---|---|---|---|
| Kelli Harrington, as Executrix of the Estate of Shawn Lyles, deceased | Kelli Lyles, as Executrix of the Estate of Shawn Lyles, deceased | Texas | New York | ECF No. 1-1 (18-cv-12337) at Allegation 61 of Appendix 1 |

Plaintiffs propose that, upon endorsement of the Plaintiffs' Proposed Order, the substituted party would be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of Court's Office and based on the size of this MDL.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Robert Keith Morgan*

Robert Keith Morgan (*pro hac vice*)
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540-672-4224
Fax: 540-672-3055
kmorgan@millerfirmllc.com

Attorney for Plaintiff

The motion for corrections is GRANTED.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 16, 2026
New York, New York