# EXHIBIT "5"

Copyright 1996 Daily News, L.P.
Daily News (New York)

July 31, 1996, Wednesday

**SECTION:** Editorial; Pg. 31

**LENGTH:** 586 words

**HEADLINE:** IT'S MORE THAN JUST WHO PLANTS THE EXPLOSIVES

**BYLINE:** BY RICHARD Z. CHESNOFF

**BODY:**

HERE'S THE real message out of that anti-terrorism conference in Paris yesterday: It's not enough to go after individual terrorists, like those who blew TWA 800 out of the sky.

If the world is truly determined to fight terrorism, it must search out and break the knees of the nations and organizations that inspire, guide and support terrorists.

Half the past decade's worst commercial airplane disasters have been the results of man-made attacks. Add in the park bombers, car bombers, bus bombers and suicide bombers who have struck in recent times from India to Israel to England to Colombia to Oklahoma City and you have a concentric pattern of organized terror that draws support from a long list of government and secret groups: From Libya to Syria to Iran to Afghanistan to North Korea to U.S. racist gangs and the Colombian drug cartels.

The most frightening aspect of this worldwide wave of terror is that thanks to their backers, terrorists no longer rely just on homemade bombs. They have access to big-time weapons and explosives. The bomb that killed 19 American servicemen near Dhahran, Saudi Arabia, last month was larger than the blast that hit Oklahoma City.

Defense Secretary William Perry who arrived in Saudi Arabia yesterday to discuss security improvements for U.S. troops recently warned that Islamic extremists in the Persian Gulf area could easily strike again, this time with chemical weapons and short-range missiles!

The biggest mistake we can make is to underestimate terrorists' abilities and the extent of their networks. Saudi Arabia is a good example.

After serious nudging from Washington, the Saudi rulers have agreed to let most of the 5,000 U.S. troops stationed there move to a more secluded and thus safer part of the Saudi desert. That is, apparently, one of the points Perry is there to nail down. There are also signs the Saudis and FBI units assigned to work with them are zeroing in on the Dhahran terrorists.

But catching terrorists and shattering their network cannot be a myopic battle. For example, while Saudi authorities are trying to ferret out anti-government, anti-American desert radicals, they're still doing nothing about the Saudis who fund other terrorist groups around the world.

At least $ 20 million a year flows out of Saudi Arabia to Hamas, the Palestinian terror group that claimed responsibility for the recent slew of suicide bombings in Israel.

Intelligence officials are convinced that the International Islamic Relief Organization is a major funnel for this Saudi support. During a recent visit to Saudi Arabia, I stopped by the IIRO's office. The American-educated general

secretary, Farid Gurashi, nervously but vehemently denied his group funds Hamas or any other political or terrorist gang. "Are you inquiring for intelligence or reporting purposes," Gurashi asked me with an edgy giggle.

Gurashi has every reason to be nervous. Western intelligence services have traced IIRO money transfers to bank accounts in London and Amman, Jordan, and from there to front organizations that transferred the money to Hamas-backed groups in the West Bank and Gaza.

Some acts of destruction are committed by loners, like the Unabomber and, apparently, the person behind the bomb in Atlanta. But the major incidents are almost invariably the product of determined organizations. In those cases, stopping the groups and nations that support the terrorism is as important as catching the mules who plants the bombs.

**LOAD-DATE:** July 31, 1996

# Filipino Muslims linked to holy warrior's global terror

The Age (Melbourne, Australia)

May 20, 1995 Saturday

Late Edition

Copyright 1995 The Age Company Limited All Rights Reserved

**Section:** NEWS; Pg. 1

**Length:** 1812 words

**Byline:** LINDSAY MURDOCH

## Body

Nobody suspected the lean, bearded man with a broken nose boarding Philippine Airlines flight 434 departing Manila for Japan was the world's most dangerous terrorist. Only months later it emerged he was planning to panic the West with bloody acts of terror which Islamic fanatics would see as a jihad or holy war.

Soon after take-off, the 27-year-old, travelling under the fake name Amaldo Forlini, assembled a liquid bomb connected to a Casio watch and placed it under seat 26K before getting off at the resort city of Cebu, the first stopover.

By the time he was back in Manila, the bomb had exploded over Japan, killing a 23-year-old Japanese engineer and blowing a hole in the cabin floor, forcing the pilot to make a frightening forced landing.

The attack last December was the world's first bombing of a passenger jet in five years.

Ramzi Ahmed Yousef, the mastermind of the 1993 World Trade Centre bombing in New York, had made a successful test-run. He rang a newsagency in Manila and claimed responsibility for the bombing on behalf of Abu Sayyaf, a small, brutal group of Islamic extremists operating from jungle bases on islands in the far south of the Philippines.

Investigators did not believe the claim. But Yousef had carefully planned more attacks using the Philippines to launch his holy war.

Within weeks, a man with explosives strapped to his body was to inch his way through a Manila crowd, posing as a priest. It was intended that he would detonate a devastating bomb, killing himself, Pope John Paul II and bystanders.

Amid the shock of the assassination of the Pope, who was on his way to Australia, American aircraft on Asian routes would start to crash, plunging air travel into chaos.

Then, according to the scenario, the ultimate assault on the so- called "infidels" would start. A suicide plane would be flown into the headquarters of the US Central Intelligence Agency.

Only luck exposed the plot days before it was to be implemented in January by Islamic extremists associated with Yousef. Residents of a block of flats in Manila called police when they smelt acrid smoke coming from a rented apartment.

Yousef had over-cooked bomb-making chemicals in a pot.

What a hastily formed police task force subsequently discovered after one of the most intensive investigations in South-East Asia sent shudders through Western intelligence agencies and prompted a revamp of the world's airline security system.

Police found Islamic militants in the Philippines were linked with international terrorists wanting to create an Islamic empire. The movement had ties to Libya, shadowy Middle East financiers, members of the Palestinian Hamas group and Islamic fighters in Pakistan and Afghanistan.

The Filipino group had received modern weapons, smuggled from Afghanistan to rebel strongholds in the southern Philippines. The investigation also revealed Yousef and the rebels were receiving funding from a Saudi businessman, Mohammed Jamal Khalifa, a key figure in the network of Islamic extremists who was last month extradited from the US to Jordan to face terrorism charges.

But what shocked the international intelligence community was the link between Yousef and his accomplices and Islamic fundamentalists in the Philippines. The investigation raised the question how Yousef, who had a $US2 million price tag on his head, could have operated freely in the Philippines for months virtually under the noses of intelligence agents operating from one of America's largest overseas

embassies before escaping to Islamabad, where he was captured and taken to New York to face charges over the World Trade Centre bombing.

The Yousef network had spent years infiltrating Filipino Muslim groups, who sent rebels to the Middle East, Pakistan and Afghanistan for indoctrination and military training. While some of the key plotters have been arrested and face trial, there are growing fears about the ability of Abu Sayyaf and other Islamic extremists to inflict widespread bloodshed in the southern Philippines, home to more than four million Filipino Muslims.

These local extremists, already responsible for a spate of terrorist strikes over two years, are planning to exploit a wave of Islamic revivalism and growing militancy to reignite a centuries-old religious and secessionist conflict that killed more than 50,000 people in the 1970s.

The renewal of violence in the southern Philippines would be devastating for a country struggling to emerge from decades of misrule. It could rally potential militants in neighboring Muslim majority countries.

Abubakar Janjalani and Ramzi Yousef are unlikely partners. In the late 1980s Janjalani was a quiet, deep-thinking Islamic student in Zamboanga, a city on the main southern Philippine island of Mindanao, according to his former teacher, Zain Jali. The son of a poor Muslim fisherman and Christian mother in the Sulu islands, Janjalani was selected by the Moro National Liberation Front (MNLF) to go to Saudi Arabia and Libya to study Islam. The MNLF is the biggest Muslim group in the southern Philippines.

He returned to Mindanao in 1992 a firebrand radical calling for a global holy war, starting with the Christian-dominated Government in Manila.

He attracted the support of young Muslim militants unhappy about the MNLF leader, Nur Misuari, talking peace with the Government, and formed the Abu Sayyaf, which means"father of the sword".

Many of its up to 600 guerrillas are orphans of MNLF fighters killed during clashes with Government troops. They wasted no time getting into the terrorism, planting bombs and holding missionaries and business people for ransom. Thirty-four year-old Janjalani, a short man with a whispy beard, became one of the most wanted men in the Philippines, but that was not enough. He needed international recognition to attract foreign funding for new weapons for his jihad.

Last June, his men executed 15 Christians travelling on a bus on the island of Basilan, just off Zamboanga. The Abu Sayyaf finally hit the headlines and probably came to the attention of Yousef, who had been on the run since the World Trade Centre bombing.

A series of intensified attacks followed, culminating in the 4 April raid by 200 Abu Sayyaf-led guerrillas on Ipil, a small mainly Christian town on Mindanao. The attack's ferocity stunned the Philippines. The daylight attackers sprayed gunfire, killing 47 people and wounding almost as many. They looted the town before taking hostages, killing and even cooking and eating some of them as they retreated into the jungle and nearby islands they controlled. Seized documents identify other Mindanao cities and towns as future targets.

"There is a strong possibility that an escalation of hostilities will take place in the near future," Interior Secretary, Mr Rafael Alunan, said. The size of the Ipil operation pointed to the involvement of Muslim fanatics other than the Abu Sayyaf, suggesting an alignment with larger forces with the resources to ignite a wider conflict in the country's south.

The Philippines Government has warned of a feverish military build- up for a new offensive by the Moro Islamic Liberation Front (MILF), a group surported by tens of thousands of Filipinos, which is opposed to peace talks between the Government and the mainstream MNLF, which is seeking autonomy in 13 Muslim-majority provinces. Talks between Government officials and the MNLF are scheduled for Jakarta in June.

The police investigation uncovered evidence that Yousef travelled secretly to the jungle of Basilan Island late last year and met Janjalani and his top commanders. Yousef showed the guerrillas how to make simple bombs and struck a deal with the group he was developing as a cell of his network: it could take credit for the atrocities he was to commit, helped by Middle Eastern terrorists who were also in the Philippines.

Yousef, born in Kuwait of Pakistani parents, is a remarkably cool character who has an uncanny knack of making people trust him. In New York he befriended Muslim fanatics and turned their fantasies of a holy war into reality by convincing them to bomb the World Trade Centre. In the Philippines he convinced Janjalani's group of unworldly hotheads they could join him in launching their own holy war.

"There's no evidence that Yousef was taking orders from anyone else," said Superintendent Samuel Pagdilao, who headed the Manila investigation.

Evidence found in the Manila flat indicated that Yousef intended to turn the Philippines into a major centre of international terrorism. A computer file codenamed "Bojinka" revealed plans to plant bombs on 11 civilian airliners. Two planes were to be blown up simultaneously.

It detailed flying times of United Airlines and Northwest American flights in the region and outlined the settings for bomb timings and other details.

The plan was to put a terrorist on the first leg of each flight, construct a bomb in flight from liquid explosive taken on board in contact lens fluid bottles. The bombs were timed to explode on the second leg of each flight.

Yousef had prepared gallons of liquid and crystalline explosives undetectable by airport security checks.

The discovery of the computer and other items in the flat that pointed to an assassination attempt on the Pope, due to arrive in six days' time, sent the police into a flap. But their luck held one of Yousef's accomplices, Abdul Halim Murad, returned to the flat to pick up some items and was arrested.

He revealed during secret interrogation details of other terrorist plots by Yousef, including the plan for a suicide bomber atttack on the CIA's headquarters. Murad was last month handed over to the US to face charges over the World Trade Centre bombing. Philippine police still deny his existence.

However, the biggest breakthrough came in February. Edwin Angeles was Janjalani's right-hand man, having served as the Abu Sayyaf's operations and political officer. He had escorted Yousef to the Basilan jungle.

Rumors started in early February that Angeles, the son of a Christian fisherman, was in fact a deep-penetration agent, planted by the Philippine military. Angeles himself heard the rumors and knew he would be killed. He fled and was greeted by officers of the police Intelligence Command on one of the Sulu chain of islands.

Back in Manila, Angeles started talking and when he had finished he had filled in the missing pieces of the puzzle. . Whether or not Angeles was a military-planted spy is uncertain. The military denies it.

Angeles portrayed Janjalani and the Abu Sayyaf as having a far greater role in the plot to assassinate the Pope and blow-up the US airliners than had been previously thought.

Angeles said that he had met Yousef several times in the Manila flat and Yousef's group included a Russian mercenary who had fought in Afghanistan. He said that Abu Sayyaf's suicide squads had trained in Pakistan and Afghanistan.

## Graphic

Photos Ramzi Ahmed Yousef: plotted terror; Show of force: members of the Islamic extremist group Abu Sayyaf at one of their jungle bases in the Philippines

**Load-Date:** July 25, 2007

---

End of Document




Frontline
India's National Magazine
*From the publishers of THE HINDU*

Vol. 16 :: No. 05 :: Feb. 27 - Mar. 12, 1999

---

TERRORISM

# A terrorist plot unearthed

**The interrogation of a Lashkar-e-Taiba activist, trained in United States-sponsored camps from the Cold War era, points to a plot to bomb U.S. consulates in Chennai and Calcutta.**

**PRAVEEN SWAMI**
*in New Delhi*

TWO decades after the United States began its war in Afghanistan, the chickens are coming home to roost. On January 7, acting on the basis of an intelligence tip-off, the Delhi Police arrested a Bangladesh national, Syed Abu Nasir, a top Lashkar-e-Taiba activist alleged to have been supervising an operation to bomb the U.S. Consulates in Chennai and Calcutta. Information on Nasir's arrest was at first treated with disdain by the U.S. Government, which believed that it was part of an Indian smear campaign against Pakistan. But subsequent investigation has led to disturbing evidence that Nasir's tale is true - and that the U.S. has no one to blame but itself for the war that Pakistan-based Islamic groups are now waging against it.

Federal Bureau of Investigation (FBI) psychologist Frederick Gonnel was the first U.S. official to interrogate Nasir. Gonnel arrived in New Delhi in early January with an array of lie-detection equipment. Such equipment works on what might be described as the Pinocchio Principle - the assumption that the act of speaking a falsehood is reflected in measurable physical reactions. India possesses lie-detection equipment, but its use here has been minimal since few police officials believe that the method has any investigative value. In the U.S., by contrast, both official investigative agencies and major corporations place considerable value in such polygraph tests.

Gonnel carried out three separate sets of tests on Nasir, two in New Delhi and one in Chennai. Just what he asked the Lashkar-e-Taiba operative is not known. Officials who saw the equipment, however, told *Frontline* that it measured not only pulse rates and other traditional indicators, but also eyebrow movements and even small changes in facial expressions. At each session Gonnel used a detailed questionnaire, in which queries about Nasir's mission were interspersed with a set of control questions.

The U.S. was initially dismissive about the Indian claims, letting it be known that it believed that the bombing plot was a fabrication. A January 20 report in *The Washington Post* quoted U.S. State Department officials as saying that Nasir had walked into the U.S. Embassy in New Delhi in December 1998 offering information on threats to the security of the U.S. Nasir's information, they

said, was simply not credible. The officials also told *The Washington Post* that Nasir had been picked up by the Delhi Police shortly after his visit to the Embassy, implying that the Lashkar-e-Taiba recruit had been held in illegal custody until his arrest was announced on January 7.

BUT what Gonnel found shook the U.S. intelligence apparatus. The psychologist's three rounds of tests led him to conclude that Nasir had indeed told the truth about his role in a plot to blow up the Consulates in Chennai and Calcutta. By the third week of January, a special counter-terrorist team of the U.S. was in New Delhi to interrogate Nasir. Kevin Huska, Karl Wighalm and Frederick Wong identified themselves to Indian officials as FBI officers. A fourth U.S. official, Mark Rossini, offered no information on his post, which led Indian officials to believe that he was a Central Intelligence Agency(CIA) operative. This group of four was conducted to interrogations by Embassy security staffer Albert Djong.

The disdain U.S. officials had shown for Nasir's story in December now dissolved into alarm. For one, Nasir had information that no casual observer would possess. He knew that only one vehicle other than those of the Consulate had regular access to the Consulate in Chennai. This was a Bank of America car that came to pick up cash collected from visa applicants in the course of the day. Nasir also spoke about a service lane that divided the Consulate offices in Calcutta from a residential area, where a security oversight meant that vehicles could be parked unchecked. A medium-sized explosive device planted in the lane, he pointed out, would wipe out buildings in a 100-metre radius.

S. THANTHONI



**The U.S. Consulate in Chennai, the Anna Flyover overlooking it.**

Even more disturbing was the fact that Nasir's account of the plot bore alarming similarities to those that led to the explosions at the U.S. Embassies in Dar-es-Salaam and Nairobi last year. Nasir's cell had made videotapes of the physical environment of the two Consulates, and of the patterns of activity around them. It is unclear why these details of his story were overlooked when he visited the U.S. Embassy in December. Nasir claimed before Indian intelligence officials that his decision to offer information on the plot was driven by a growing Bangladeshi nationalist resentment against Pakistan. This sudden ideological *volte-face*, however, is more than a little implausible; some officials believe that he acted in anticipation of monetary gain.

Nasir's story is embarrassing to the U.S. security establishment. A literature graduate from Chittagong University, Nasir first made contact with the Islamic Right when he began working for the International Islamic Relief Organisation (IIRO) in 1991. The Saudi Arabia-based IIRO is engaged in charitable work in strife-torn areas such as Bosnia. It has also been closely associated with the billionaire terrorist Osama bin Laden. Transferred to the IIRO office in Bangkok and then to Lahore, Nasir made contact with the Lashkar-e-Taiba establishment, including its operations commander for terrorist activity in India Azam Cheema, field commander Abdul Karim 'Tunda', and supreme religious leader and head of its patron body, the Markaz Dawa wal'Irshad, Hafiz Mohammad Sayeed.

By 1994, Nasir was involved with the Lashkar-e-Taiba deeply enough to volunteer for an arms training course in Kunnad, Afghanistan. That camp and the Lashkar-e-Taiba's sprawling base camp on 80 hectares in Muridke near Lahore were both in essence U.S. creations. The Kunnad camp had been a forward base to train Afghan terrorist groups that are engaged in the U.S.' war against the socialist regime in Kabul. The Murdike complex was built with official patronage on land donated by former Pakistan President Zia-ul-Haq in 1987. The construction of the complex was one of the first major CIA-backed moves to create a base for operations against the Soviet Union-supported Gove-

rnment in Afghanistan. If figures like bin Laden had no direct CIA links, the Lashkar-e-Taiba was from the outset clearly a U.S. enterprise.

Shortly after his training, Nasir was contacted for the first time by officials of Pakistan's Inter Services Intelligence (ISI). One Brigadier Malik and one Colonel Farooq, he told his interrogators, had tasked him to cross the India-Bangladesh border and gather information on the establishments of the Indian Army's Eastern Command around Siliguri. The names of both Malik and Farooq have figured repeatedly in the course of the interrogation of terrorists who were active in Jammu and Kashmir; they have also referred to a group of officials in the ISI's 'Raja' and 'Chaudhury' units, which manage all India-related operations. Nasir set up home in Siliguri under the alias Robi Bose and began forwarding reports to a Dubai address. While he is not believed to have discovered anything particularly sensitive, Nasir proved his competence. He returned to Bangladesh in August 1998 in preparation for a new posting in Calcutta where he was instructed to monitor the Eastern Command headquarters at Fort William. Nasir travelled by road to Kathmandu and then to Lahore and Dhaka on a Bangladesh passport.

That last visit was to prove fateful. In the middle of September 1998, Nasir says, he was called to a meeting by Cheema. Sayeed was present there, along with the IIRO's Asia chairman, Sheikh Ahmad al-Ganidi. Cheema instructed Nasir to arrange safe passage across the Bangladesh border for six Lashkar-e-Taiba agents. These were Mustafa, Ibrahim al-Hazara, Ismail and Zainul Abedin from Egypt, a Sudanese national named Lui, and a Myanmarese national from the Arakan area, Hafiz Mohammad Saleh. Getting across the border proved easy. The group stayed for a month in Calcutta, and then proceeded to Chennai. Nasir then left for a brief trip to New Delhi, where he was arrested.

Nasir's story offers insights into the working of the Lashkar-e-Taiba. For one, if his account of the meeting in Dhaka is true, it is interesting that the organisation chose Bangladesh rather than Pakistan as the venue. Nor were any ISI officials present at the meeting; indeed, Cheema's instructions flew in the face of what Nasir had been told to do by his intelligence handlers. These facts suggest that the bombing plot was organised independently by the Lashkar-e-Taiba, perhaps without the institutional knowledge of the ISI. Clearly, despite its organic linkages with Pakistan's intelligence apparatus, the Lashkar-e-Taiba was now shaping its own agenda rather than being told what it could and could not do.

BY SPECIAL ARRANGEMENT



**Syed Abu Nasir, who allegedly supervised an operation to bomb U.S. consulates in Chennai and Calcutta.**

Little is known about what the six Lashkar agents who were given the task of carrying out the consulate bombings are now doing. Akhlaq Ahmad Khan, Ghulam Mohammad and Abdullah Sulfi, who organised the group's cross-border movement and stay in Calcutta, have, however, been arrested. Sulfi and Khan are known to have been previously involved in moving Jammu and Kashmir-based terrorists across border. For its part, the U.S. Government itself is maintaining a stoic silence. A spokesperson of the U.S. Embassy in New Delhi, Donna Reginsky, told *Frontline* that her Government "is in possession of information, which it is in the process of evaluating". Asked if the U.S. still believed Nasir's story was a fabrication, she offered no comment.

The reasons for the U.S. silence are not difficult to comprehend. Its most bitter enemies were not too long ago its best friends. The Markaz Dawa wal'Irshad leader Sayeed, who condemned the U.S.' bombing of Iraq in December, was responsible for sending hundreds of volunteers to fight the U.S.' war in Afghanistan. He received overt U.S. patronage, in that enterprise. The fundamentalism the

U.S. now condemns was politics that it encouraged enthusiastically through the 1980s, with senior U.S. politicians routinely describing the fascist clerics of Afghanistan as freedom fighters. To admit that the Lashkar-e-Taiba is now ready to join in a terrorist campaign against the U.S. would involve a painful engagement with the past.

"It's a bit like your own dog barking at you," says an Indian intelligence official wryly. "No one will believe that the dog has decided it doesn't like you anymore - until it actually bites."

Figures like the Markaz's Sayeed are the U.S.' own Bhindranwales. Pakistan Prime Minister Nawaz Sharif's recent declarations suggest that he is considerably more sensitive to the issues than the U.S. strategy establishment. Sharif has been attempting, albeit ineffectually, to rein in the religious Right's terrorist operations which have transcended any meaningful state control. The U.S., despite its polemic, remains more ambivalent. At least some persons incharge of policy continue to advocate a policy of rapprochement with the Taliban regime in Afghanistan and, by extension, with chauvinist groups in Pakistan. They could discover that the U.S., as much as anyone in South Asia, will finally have to pay the price.

---

Table of Contents

Home | The Hindu | Business Line | Sportstar

# Horn of Africa: The Monthly Review, 09-10/98


- HORN OF AFRICA
  - The Monthly Review
  - ETHIOPIA
  - ERITREA
  - DJIBOUTI
  - SUDAN
  - SOMALIA
  - KENYA
  - UGANDA


---

## HORN OF AFRICA

### The Monthly Review

**This update covers the period September - October 1998**

**REGIONAL ISSUES**

***Update on the Ethiopian-Eritrean Conflict***.

Though international efforts to broker a peaceful solution to the dispute between Ethiopia and Eritrea have seemingly yet to achieve progress, both sides have continued to observe an unofficial ceasefire that has been in place since June 11. Though increasingly tense, the contested border areas have been quiet through much of September and October. Ethiopia warns, however, that though it is committed to the peace process led by the Organisation of African Unity (OAU), it is ready to use force if these efforts fail. In a message to the nation on the eve of the Ethiopian New Year (September 10) president Negasso Gidada said Ethiopia had remained patient to give peace a chance but would use force unless Eritrea withdraws its troops. "We are awaiting the decision of the leaders of the OAU" he said, indicating that Ethiopia would continue to call on the international community to put pressure on Asmara to commit itself to the peaceful settlement of the crisis.

In a speech to the UN General Assembly delivered on October 1, Ethiopia's Foreign Minister, Seyoum Mesfin, said his country was trying its best to avoid war in its territorial dispute with Eritrea. "Ethiopia has exerted, and continues to exert, the maximum possible effort to ensure the peaceful resolution of this crisis which was created solely by the Eritrean aggression against Ethiopia and the subsequent occupation of Ethiopian territory." Mesfin went on to condemn international efforts he said were aimed at convincing Ethiopia to accept the loss of its territory in order to avoid war. He said that that would be to "reward aggression". Alluding to Emperor Haile Sellasie's famous but fruitless plea to the League of Nations to intervene on behalf of Ethiopia to prevent the invasion of his country by fascist Italy in 1936, Mesfin warned delegates that the world was in danger of repeating its appeasement of Mussolini if it did not support Ethiopia in its border conflict with Eritrea.

Speaking in turn to the UN General Assembly, Eritrean foreign minister Haile Woldensae said that responsibility for the conflict rested solely with Ethiopia. "This dispute is about borders, pure and simple," Woldensae said to delegates. "I wish to declare here and now, in loud and clear terms, that Eritrea welcomes, and is ready to make

an undertaking to implement, a decision by this august Assembly which provides without any preconditions for the cessation of hostilities, a ceasefire agreement and peaceful resolution of the dispute by any method as the only acceptable solution." Woldensae also invited human rights monitors to his country for an "on the spot verification" of the situation in the country.

Toward the end of September it was made public that former U.S. national security adviser Anthony Lake would make a low-key visit to Asmara and Addis Ababa in support of the resolution efforts of the OAU. In a statement, the Eritrean foreign ministry said that President Isaias Afewerki had made clear his reservations but said that he had no objections to meeting the envoy. Following Lake's arrival in Asmara on October 6, Eritrean government officials refused to comment on whether they thought this latest round of shuttle diplomacy stood any chance of achieving a breakthrough in the peace process. After a day of talks in Asmara, Lake arrived in Addis Ababa where he met with Ethiopian Prime Minister Meles Zenawi and other government officials. On Lakes's arrival, U.S. ambassador to Ethiopia, David Shinn, told reporters the trip was the result of "serious concern in Washington over the threat of war between the two countries." Contrary to expectations, Lake later left directly for Washington without making the anticipated second visit to Asmara.

After several weeks of uncertainty, on October 26 the present chairman of the OAU and president of Burkina Faso, Blaise Campoare, confirmed that a two-day summit had been scheduled for November 7-8 in Ouagadougou to help resolve the territorial dispute between Ethiopia and Eritrea. Zimbabwe President Robert Mugabe and his Djibouti counterpart, Hassan Gouled Aptidon, are expected to join Campaore in presenting a peace plan to the Eritrean and Ethiopian heads of state. "We have to seek proposals quickly that we hope will put an end to this crisis," said Campaore in announcing the Summit. Mediation efforts in June by Rwanda and the United States were followed-up in August by a "contact group" convened under the auspices of the OAU. The initiative presently being brokered by the OAU involves a commitment to resolving the dispute by peaceful means, to define a common border by negotiation, and to demilitarise the entire disputed zone.

On the humanitarian front, on September 25, the Ethiopian government's Disaster Prevention and Preparedness Commission (DPPC) called a meeting of donors, NGOs and international organisations to present an updated account of emergency needs arising from the conflict with Eritrea. In the update, the DPPC requested assistance for a total of 24,970 Ethiopians "expelled" from Eritrea, and quoted needs for 188,690 internally displaced, up from 145,000 given in the June appeal. For those returning from Eritrea, the government has devised a short- and medium-term programme to help the group quickly reintegrate in the country and restart their normal lives through a "relief-rehabilitation package" that comprises transport assistance from reception centres to home areas, basic food rations for nine months, various household items, blankets, clothing and a one-time cash grant of approximately US $200.

A few days before the appeal update, the US government signed an agreement with Ethiopia for the provision of 16,000 metric tons of relief food and 36,000 blankets valued at US $10 million for people displaced by the conflict with Eritrea. At about the same time, the Italian government donated an additional US $230,000 worth of blankets, shelter and water supply materials along with different types of emergency items to help the displaced people of the conflict. The Italian government has donated a total of about US $440,000 to date. Other contributions include a donation by representatives of Ethiopians residing in the U.S., Europe and the Middle East who paid a visit to Ethiopia and presented a check for US $768,279 to the DPPC.

Meanwhile, both countries have continued the exchange of people that has become a feature of the dispute since hostilities began in May. By the end of October, the authorities in Addis Ababa said that more than 30,000 Ethiopians had returned home from Eritrea, 12,763 crossing through the northern province of Tigray adjoining the border, 17,417 crossing via Bure on the border adjacent to the Eritrean Red Sea port of Assab, and 66 entering via Djibouti. Asmara claims a similar number of its nationals have been expelled from Ethiopia during the same period.

*(sources used: AFP, Reuters, BBC News, PANA, ENA, ERINA, WIC, AP, Ethiopian Herald, Reporter, DPPC)*

**REGIONAL**

Tribunal decision on Hanish islands: The international tribunal, set up to arbitrate on the dispute between Eritrea

and Yemen, over a group of islands in the Red Sea issued its ruling at the Hague on October 9. The dispute arose in 1995 when Yemen announced its intention to develop Greater Hanish island as a tourist resort. The underlying reason, however, appears to be the island's strategic location near international shipping lanes, and reports of lucrative oil reserves in their surrounding waters. The tribunal decided that the Mohabbakah islands, Sayal, Harbi, Flat, High, Haycock and the South West rocks would henceforth fall under Eritrean sovereignty. Meanwhile, all the islands, islets, rocks and low-tide elevations of the Zuqar-Hanish group, and all the other islands northwest of Hanish, would from now on fall under Yemeni sovereignty. The sovereignty found to lie with Yemen entails the perpetuation of the traditional fishing regime in the region, including free access and enjoyment for the fishermen of both Yemen and Eritrea. The arbitration process now enters the second phase. This involves the demarcation of international air space between the two countries. Following the initial decision, Yemen announced that it was ready to restore diplomatic relations between the two countries and forge new cooperation on all fronts including transportation, air cargo, minerals and fisheries. Meanwhile, Eritrean foreign minister Haile Woldensae said the peaceful solution to the dispute will strengthen the relationship between the two countries. (Reuters, October 9 & 13; AP, October 13)

***TICAD II:*** Prime Minister Meles Zenawi has met with Japanese State Secretary for the Ministry of Foreign Affairs to express his appreciation of Japan's continuing aid to Ethiopia. Meles also commended the Japanese state secretary for the Second Tokyo International Conference of African Development (TICAD-II) which he said demonstrates Japan's commitment to working with African nations for the common goal of poverty eradication. The third preparatory committee meeting for TICAD-II took place in Addis Ababa on September 7 and 8. The gathering finalized the "draft agenda for action" focusing on human development, empowerment of women and private sector development including industrial development. According to the coordinators, the conference will enhance partnership between Asia and Africa. The TICAD-II meeting will be held in Tokyo October 19-21, 1998. *(The Ethiopian Herald, September 8)*

***Ethiopia - Sudan to restore air links***: A visiting Ethiopia transport delegation has met with their Sudanese government counterparts to finalise arrangements for the restoration of air links between the two countries. According to Sudanese TV, Hamid Muhammed Ali Toren, the Sudanese aviation minister was briefed during the visit on the final arrangements being made for Ethiopian Airlines to make twice weekly flights between the two capitals commencing October 30. *(various sources)*

## ETHIOPIA

***National Bank adopts new policy***: The National Bank of Ethiopia has adopted policy changes for the 1998/1999 fiscal year that it believes will help to develop the financial capacity of the country. The new policy seeks to decentralise the issuance of import and export licenses (except coffee), and to devolve management of foreign exchange, and hard currency allocations and revenue administration from the central bank to government and commercial banks. Other changes include: the removal of restrictions on the amount of foreign currency loans for Ethiopians who go abroad for medical treatment, education and trade and business tours; a new facility for foreign nationals who work in Ethiopia to send their net salaries abroad in foreign exchange; the value of government treasury bills to be determined by market price and a reduction of the minimum denomination of bills from 50,000 to 5,000 Birr; and the new capacity of commercial banks to buy and sell foreign exchange freely. In another announcement the National Bank declared that Ethiopia earned 10 billion birr (one US dollar = 7.25 Ethiopian Birr) in hard currency in the last budget year from export goods and other services. This marked an increase of 1.5 billion birr from the previous budget year. The increase was attributed to an increase in the coffee exports and the rise of the price of commodity in the international market. *(DPA, September 1; The Ethiopian Herald, September 1 & 2)*

***Hard currency earnings***: The National Bank of Ethiopia declared that Ethiopia earned 10 billion birr in hard currency in the 1990 budget year from export goods and other services. This marked an increase of 1.5 billion birr from the previous budget year. The increase was attributed to an increase in the coffee exports and the rise of the price of commodity in the international market. *(The Ethiopian Herald, September 2)*

***Ethiopia purchases 10 MIGs*****:** The Israeli firm Elbit has agreed to sell 10 upgraded MIG-21 fighter jets to Ethiopia. The deal, which needed approval by the Israeli government, has now received the go ahead. The first jet is expected to arrive within a year by which time Prime Minister Benyamin Netanyahu believes the current conflict with Eritrea will be over. *(The Addis Tribune, September 10)*

***Afar parties to merge***: The merging of four political organisations in the Afar State has received the backing of Ethiopian Peoples Revolutionary Democratic Front (EPRDF). The 4 organisations are: the Afari People Democratic Organisation (APDO), the Afar National Liberation Front (ANLF), the Afar National Democratic Movement (ANDM), and the Afar Revolutionary Democratic Union Front (ARDUF). In a similar move, the merger of the Gambella's People's Liberation Front (GPLF) and the Gambella's People's Democratic Unity Party (GPDUP) has taken place. The new party is called Gambella's Peoples Democratic Front. *(The Ethiopian Herald, September 2; The Reporter, September 3)*

***Ethiopian opposition groups meet***: The Organization of Ethiopian Opponents met in Paris, September 10 -13. However, the largest opposition group, the Oromo Liberation Front (OLF), refused to attend the meeting due to dissent among its ranks with regard to the Ethio-Eritrean conflict. The All-Amhara People's Organization (AAPO) also declined to attend the meeting because of internal problems. The group of opponents from Ethiopia were led by Beyene Petros who led a joint delegation of representatives from Council of Alternative Forces for Peace and Democracy in Ethiopia (CAFPDE) and the Southern Ethiopian People's Democratic Coalition (SEPDC). Most of the political organizations were represented by expatriates in exile. *(ION, September 5)*

UNDP to intensify assistance. In talks held between the Associate Administrator of the United Nations Development Programme (UNDP) and President Negasso Gidada, Mr. Ahmed Raffeeuddin said that UNDP will press ahead with its support to bolster the country's health, rural development, provision of potable water and capacity building efforts. Raffeeuddhin said UNDP has a sound and smooth relationship with Ethiopia, and reiterated UNDP's readiness to back the government's development efforts together with other international organisations. UNDP is currently undertaking various programmes in the country including poverty eradication, women's empowerment, environmental protection, and consolidation of governmental institutes. (The Ethiopian Herald, September 9)

***31 high ranking Dergue officials released*****:** As a goodwill gesture on the eve of Ethiopia's new year (September 10), the special prosecutor's office announced the release of 31 high ranking Ethiopian army officers imprisoned since the fall of Mengistu's regime. The prisoners had been charged with committing genocide, war crimes and murder during the former dictatorship. Nine were freed on bail, and the others unconditionally. According to sources, over a seven year period the SPO had thoroughly investigated the individual cases but had found that there was insufficient evidence to press charges. In the private press some reports claimed that the former *Dergue* officers had been released to help with training in the armed forces. *(AFP, September 9; The Ethiopian Herald, September 11; Reuters, September 10)*

***New aid agreements signed***: Ethiopia and the Netherlands have signed two grant agreements amounting to US $12.96 million. $8.96 million will be used for the execution of part of the Addis Ababa Sewerage Project. The balance will be used to procure essential drugs for the 1998 programme to improve the health of the Ethiopian population in the long term. Meanwhile, Japan has signed three grant agreements with Ethiopia totaling US $37.7 million. $21.5 million will be used for water supply development in the urban centres, $6.4 million to reinforce the power distribution network in Addis Ababa and the balance of $9.8 million to meet the first part of a $77.9 million grant allocated for the rehabilitation of the Addis Ababa-Debre Markos trunk road. The Japanese State Secretary of the Ministry of Foreign Affairs disclosed that this would be the largest Japanese grant aid project undertaken in the Middle East or Africa. *(The Ethiopian Herald, September 8 & 11)*

***Human Development Ranking*****:** Ethiopia ranks 169th in overall human development according to the 1998 UN Human Development Report that was launched on September 9. The ranking takes longevity, knowledge, and standards of living into account. The report was launched by the United Nations Development Programme (UNDP). One hundred and seventy four countries took part with Canada receiving the highest ranking and Sierra Leone the lowest. *(The Monitor, September 10; Addis Tribune, September 10)*

***Embezzled funds blocked***: The Swiss Supreme Court has blocked the transfer of US $8 million, money allegedly embezzled by Ethiopia's former deputy prime minister, Tamirat Layne. The court decided that the funds cannot be transferred as requested by Ethiopian authorities until a decision is passed on Tamirat and his female friend (who deposited the money in the Swiss account) by the Ethiopian Supreme Court. The Swiss court also requested that the Ethiopian authorities ensure that the woman be well treated and that the Swiss ambassador in Addis Ababa be allowed to visit her freely, make inquires about her case and be present at hearings. With eight others, Layne has been charged with embezzling a total of US $16 million. The Swiss police have given Ethiopian authorities some bank documents relating to the embezzlement charges and they have said that they will give more documents to the Ethiopian authorities as soon as they can come up with human rights assurances demanded by the Swiss federal tribunal. *(The Reporter, September 15; The Monitor, September 15; AFP, September 18)*

***Indigenous bio-diversity to be protected***: The Ministry of Agriculture announced that Phase II of a multi-year project to preserve and develop indigenous plant resources is scheduled to be undertaken at a cost of 15.3 million birr (US $2.1 million) in the new Ethiopian year. The project will cover some 700,000 square kilometers of the country. The registration of forest plants and gathering of socio-economic data have already been carried out in Gojjam and most parts of Gondar; while Welo and North Shewa zones are targeted for the 1998/99 year. In related news, at a workshop on bio-diversity, the Director General of the Ethiopian Agricultural Organisation (EARO) called on conservationists, researchers, and communities to effectively conserve and utilise the resources of the Rift Valley Lakes, as part of Ethiopia's bio-diversity conservation and research strategy. *(The Ethiopian Herald, September 4 & 16)*

***US 31 million invested by World Vision***: World Vision International announced that it has allocated 226 million birr (approx. US $31 million) for development activities in Tigray, Amhara, Oromia, the Southern Nations, Nationalities and Peoples' states and Addis Ababa City Administration. The development projects focus on agricultural, health, forestry, water supply, irrigation development and other sectors. It is expected that the 3 million people who will benefit from the projects will contribute 5-10% of the cost. The organization stated that it has also devised a project to rehabilitate the displaced citizens of the Ethio-Eritrean conflict. In related news, the executive board of World Food Programme (WFP) has disclosed that Ethiopia has made proper use of the aid the organization has granted it so far. The WFP regional director, Mr. Mohammed Zejjari, stated that the organization plans to provide 216,000 metric tones of food aid to strengthen food security and development in Ethiopia through a five-year programme (1998-2003). *(The Ethiopian Herald, September 3 & 23)*

***European Union opens food aid tender***: The European Union's executive commission has opened a food aid tender for the supply of 25,000 tons of common wheat to Ethiopia. The aid will be supplied through the Rome-based World Food Programme (WFP). This is the second food aid tender from the EU in two months with the first having taken place at the end of August for the supply of 13,735 tons of wheat. *(Reuters, September 22; The Monitor, September 24)*

***Code of conduct for NGOs***: A code of conduct for NGOs was adopted and ratified in a consultation meeting held at the UN Conference Centre in Addis Ababa. About 150 NGOs participated in the meeting. The Chairman of the Legal Committee of the House of People's Representatives, Ato Abdulaziz Ahmed, said that the efforts of the NGOs to voluntarily establish a minimum standards of conduct will result in better productivity and has the full backing of the Ethiopian government. *(The Ethiopian Herald, September 25)*

***More farmers to benefit from development package***: Over 140,000 peasants will be involved in various extension packages in 1998/9 in the Wag Hamra and Central Tigray zones of northern Ethiopia. The extension packages will focus mainly on the production of linseed, peas and lentils, as well as on afforestation and animal husbandry. In other parts of the country, over 8,300 tons of fertilizer has been distributed this year to farmers in the extension and regular farming activities in the east Wollega zone while over 39,500 tons of fertilizers and select seeds were distributed to farmers in the Southern Peoples' region as part of the current extension program. *(The Ethiopian Herald, September 3, 4 & 13)*

***HIV-AIDS cases under-reported***: The Ethiopian Ministry of Health says that an estimated 2.5 million adults are believed to be infected with the HIV virus. The number of reported cases currently stands at 61,270. The United

Nations AIDS agency estimates that more than 9% of Ethiopia's adult population is infected which makes Ethiopia the third country in the world in terms of percentage of population infected. The head of the Ethiopian Health and Nutrition Research Institute, Dr. Hailu Yeneneh, said that unless the problem is controlled soon, AIDS would become a major epidemic. Ethiopia cannot afford the cost of AIDS treatment and must therefore focus on prevention. Experts agree that the first part of prevention would be making the populace aware of the personal risk factor, which is not fully appreciated at this point. The cabinet has recently approved an anti-AIDS policy of preventive measures. Part of these measures consist of the setting-up of voluntary screening centers to detect carriers of the AIDS virus. *(The Monitor, September 11-12; The Ethiopian Herald, September 16; AFP, September 20)*

***1994 census update:*** The Central Statistics Authority released the complete data of its 1994 population and housing census which reflects socioeconomic conditions including population size, age, fertility, and mortality rate. The census indicated that the population of Ethiopia is 59,882,000 with an annual growth rate of 2.92 percent, that females makeup 49.7 percent of the population and males makeup 50.3 percent, and that of the percentage of the population that is literate and between 15 and 64 years of age is 79 percent. The Central Statistics Authority said that release of the complete data was delayed due to the difficulties encountered in conducting the census in the Afar and Somali states. *(The Ethiopian Herald, September 19)*

***TB is number one killer*:** Ninety thousand new cases of tuberculosis have been detected in Ethiopia. A senior expert disclosed at the annual review meeting of the National TB and Leprosy Control Programme, that TB claims the lives of about 45,000 people annually. The expert noted that a treatment plan has been launched in several of the national states to prevent the further spread of the disease. *(The Monitor, September 23)*

***Belgium grants $4 million in debt relief*:** In a press release, the Belgian embassy disclosed that US $4 million in debt relief would be geared towards support for development projects instead of paying the debt. However, the terms of exchange still remains to be discussed between the Belgian Administration for Development Cooperation (BACD) and the Ministry of Economic Development and Cooperation (MEDAC). The Belgian Charge d'Affairs disclosed that the projects were under discussion. In the same press release is was announced that Belgium has granted $815,000 in emergency drought relief following an earlier appeal for assistance made by the Disaster Prevention and Preparedness Commission. *(Addis Tribune, September 25; The Reporter, September 30)*

***Serious flooding reported*:** The Disaster Prevention and Preparedness Commission reported that 15,600 people were encircled by the river Awash when it overflowed its banks in September. The mainly nomadic people at Awash Dit Baheri who were cut-off received 9.15 tons of emergency food and 198 cartons of biscuit ferried to them by helicopter. Similarly, in the Gambella region, 66,404 people were forced to leave their homes temporarily when the river Baro overflowed. Emergency assistance was delivered to the people by truck and boat. Similarly, flooding of the river Tekeze in Humera affected some 1,342 people who received emergency food, biscuits, kitchen utensils, clothing and tents from the DPPC. *(The Reporter, September 30)*

## ERITREA

Khartoum hosts opposition congress: At a congress held in Khartoum, the Eritrean opposition group, Harakat al Jihad al Islami (Eritrea Islamic Jihad Movement) changed its name to Harakat al Khalas al Islami (Islamic Salvation Movement). The movement has been seeking the forceful overthrow of Eritrea's government and its replacement by an Islamic government. Sudanese authorities indicated their official support of the movement when they allowed the HKI Secretary-general Sheikh Mohamed Amer to hold a news conference in Khartoum. (ION, September 5 )

***Isaias visits Libya*:** President Isaias Afewerki leading a small official delegation flew to Tripoli, Libya to celebrate the 30th anniversary of the revolution and also to congratulate Colonel Moamer Qadhafi on his recovery from a hip operation. Though in apparent contravention of the United Nations embargo on flights, the trip was in accordance with a resolution agreed at the June OAU summit which authorised flights to Libya for humanitarian, religious or diplomatic purposes. *(The Monitor, September 8)*

***Sudanese opposition seek peace***: Former ousted Prime Minister and leader of the banned opposition Ummah Party, Mr. Sadiq al-Mahdi, arrived in Asmara, Eritrea on September 6 leading a National Democratic Alliance (NDA) goodwill delegation to seek a peaceful solution to the dispute between Ethiopia and Eritrea. *(BBC, September 9)*

Findings of the ELF committee: The Revolutionary Council Management Committee of the Eritrean Liberation Front wound up its meeting in mid-August by putting out a document condemning both the Eritrean and Ethiopian governments for their part in the Ethio-Eritrean border dispute. The committee concluded that the Badime zone in question belonged to Eritrea historically and that the Eritrean People's Liberation Front (EPLF) and the Tigray People's Liberation Front (TPLF) had worked together during the country's civil war to drive out the Eritrean Liberation Front (ELF) and hand the territory over to the TPLF. The document called for a peaceful solution of the current conflict. (ION, September 5)

***Exploring for gold***: Two Australian mining companies, Dragon Mining and Genesis Resources, working with the Hong Kong-based Investment group, Africa Wide Resources, are seeking a gold exploration permit in northern Eritrea covering 400 square kilometers in the Zara region. The three will split the costs once exploration starts and if profits are made. The Eritrean government will get five percent participation. About fifteen foreign companies presently hold exploration permits in Eritrea. *(ION, September 30)*

## DJIBOUTI

A combative FRUD faction: The opposition party, Front for the Restoration of Unity and Democracy (FRUD), which was an active opponent of the Djibouti government until the signing of a peace agreement in 1996, is becoming active again. Some members of FRUD, "the silent majority" according to the new anti-government pamphlet called "Liberté Plus" distributed by an Afar underground movement, feel that the armed struggle against the government should continue and are calling for the creation of an anti-regime power struggle. The combative FRUD faction is considered by some observers to be the only reckoning force the Djibouti regime faces today. (ION, September 5)

***Charges of a coup plot***: A former justice minister and a former defense minister who belonged to an opposition group, *Group pour la Démocratie et la République*, have been charged with enciting a campaign of disobedience within the army and in attempting a coup along with 15 soldiers and a retired gendarme. The basis of the prosecution's charges seem to be the fact that the former ministers belonged to the same clan as the allegedly "mutinous" soldiers. The defendants were denied the defense counsel of their choice when their French lawyer was denied permission to plead in Djibouti. When other lawyers refused to represent them under these conditions, the acting president of the Djibouti Bar assigned a lawyer to them a few hours before the trial. Their counsel was denied a motion for postponing the hearing to be able to mount his defense. The two former ministers were each given a 12 month suspended sentence, two years probation, and fined one million Djibouti Francs. Two officers were each given six month suspended sentences, and fined 300,000 DF. The other defendants received suspended prison sentences except for one who was discharged. *(The Monitor, September 8; ION, September 30)*

## SUDAN

***U.S. under sustained criticism***: Although Washington claimed that its bombing of the El Shifa Pharmaceutical Plant was justified because it was manufacturing precursors for VX nerve gas and was partly financed by Osman bin Laden, the man accused of masterminding the embassy bomb attacks in Kenya and Tanzania, some members of the international community do not share the same views. China has expressed her "deep disturbance" over the missile attacks as did the Intergovernmental Authority on Development (IGAD) which announced that it supports Sudan's request for a UN inquiry into the bombing. The French Foreign Minister, Hubert Vardine, has also expressed his skepticism that the pharmaceutical plant was producing chemical weapons. Meanwhile, the New York Times has reported that some top US officials believe that the decision to bomb the plant was based on unconvincing evidence. The paper also reports that US officials had no evidence directly linking Osman Bin Laden to the plant. Even former US President Jimmy Carter has called for an investigation into the attack on the

factory. In related news, Sudan's Ambassador to Washington has asked that the US admit that it made a mistake in bombing the plant. "If that is done, it will open all the pages of establishing a proper and correct relationship with the US," he said. Meanwhile, Sudan's President, Omar Hassan al-Bashir has formed a committee to look into the ownership of the El Shifa Pharmaceutical Industries Co. Plant. The *Al-Jumhouria* daily reported that the committee is expected to investigate how it was set up, financed and how the ownership changed hands. *(The Monitor, September 1 & 3; AFP, Sept. 2, 5, 9, 10, 18 & 21)*

***Sudan disregards UN air embargo*: ** A Sudan aircraft carrying an official government delegation sent to attend the anniversary of the September 1, 1969 coup that brought Colonel Moamer Qadhafi to power, landed in Tripoli in violation of the UN air embargo on flights to Libya. The embargo had been imposed on Libya following its refusal to hand over for trial two Libyans suspected in the 1988 bombing of US plane over Lockerbie, Scotland. Several African nations, including Eritrea, have disregarded the UN air embargo recently. *(AFP, September 1)*

***Shelling from Eritrea*: ** Artillery shelling from Eritrea is believed to have displaced more than 55,000 Sudanese, according to the International Federation of Red Cross and Red Crescent Societies. Two children were killed and twelve people wounded in a recent attack on a refugee camp 20 kilometers from the eastern Sudanese State of Kassala. The towns of Lafa, Guissa, Abu Alga, Awad and Harafat were also reported to have been affected. The IFRC/RCS reported that the shelling had been continuing since January and that the renewed attacks have created a new wave of the displaced. The majority of the displaced are now threatened by disease and a lack of basic necessities, and fighting in the past few weeks has caused many to move for a second time. Eritrea has denied any such attacks. *(IFRCS, September 1; IRIN Update, September 1 & 21)*

***Aid being diverted*: ** A UN team investigating food relief distribution announced that food sent to Sudan's famine victims was being diverted to feed soldiers. The food found its way to the soldiers in the form of looting or "*tayheem*," a traditional Sudanese taxation system through which the hungry civilians give food to the rebel Sudan People's Liberation Army. *(The Monitor, September 11-12)*

***Egypt and Sudan are mending relations*: ** Sudan's President Omar al-Beshir said he was determined to defuse tensions between Sudan and Egypt. This comes following Egypt's recent moves to warm relations between the two countries. Egypt criticized the US missile strike against the Al-Shifa pharmaceutical plant, which positively influenced the Arab League to unanimously denounce the strike; it also offered US $300,000 worth of humanitarian aid to Sudan in August and sent a plane loaded with jute and tents to Sudan's flood victims, A plane load of food, medicine, other supplies together with a medical team is due to arrive soon. *(AFP, September 13 & 17)*

***Sudan sends troops to Democratic Republic of Congo*: ** Sudan's Foreign Minister Mustafa Osman disclosed that Sudan is willing to offer Democratic Republic of Congo President Laurent Kabila "political" support. He explained Sudan's stance by saying that Kabila is the legitimate leader of DRC and Sudan believes that other countries should not try to change that. Uganda's state owned New Vision newspaper reported that Sudan has sent 2,000 soldiers including 700 Ugandan rebels to aid forces loyal to Kabila to fight the Tutsi rebels. *(AFP, September 15, 16 & 21)*

***Internal conflicts continue*: ** The general cease-fire, which had been observed since July in southern Sudan to allow emergency relief to reach famine victims, is no longer operational. Fighting between government and rebel groups has intensified with several attacks and counter attacks reported by both sides. The Sudan People's Liberation Army (SPLA) announced that it had started attacking government positions in various locations and taken the Al-Jabaleine government garrison near the main town of Juba. It also launched simultaneous attacks on the Liria and Torit garrisons and a separate one on Al-Jalabeine, which it claimed was in retaliation for an air raid on Labone and Yei by the Sudanese military. The SPLA has since reported that Liria has fallen under their control. The rebel Sudan Alliance Forces (SAF) disclosed that they have killed 20 government soldiers in an attack south of the Roseires in the Blue Nile province. Roseires is the site of a hydroelectric plant that supplies Khartoum with 90 percent of its electrical power. Both the SPLA and the SAF belong to the umbrella opposition group called the National Democratic Alliance (NDA) which seeks to unite rebel forces from the mainly Christian and animist south and the Arab and Islamic north. Meanwhile, Sudan continues to accuse Uganda, Eritrea and Ethiopia of aiding the south Sudanese rebels. All three have denied any involvement. Meanwhile, it

is reported that at least 400 people have been killed in fighting since late August between forces loyal to Riak Mechar, head of the Southern States Coordination Council, and Paulino Mateb, another southern faction leader. The fighting has taken place in the oil-rich Bentiu area, 650 kilometers southwest of the capital. Recently, the Sudanese government put the country in a general state of mobilization to confront what it called an attack by Uganda forces in the south and "other conspiracies" the country is facing. In taking the decision, the Council of Ministers called on Sudanese working abroad to participate in the mobilisation by donating blood and cash to support the country's efforts. *(AFP, September 10 - 28; The Monitor, September 29; IRIN Update, September 18; AP, September 15)*

***EU should do more to end civil war*:** A senior European Union (EU) official, Alberto Navarro, said that the EU should do more to end the civil war that has claimed 1.5 million lives and displaced 4 million people. Navarro said that the European Commission and the 15 EU member states had committed US $150 million, most of it as humanitarian aid to the war-torn south. The director of the Brussels based European Commission Humanitarian Office (ECHO) visited rebel and government occupied areas in the south and had talks with Sudanese officials in Khartoum. He also held talks with rebel representatives in Nairobi. Navarro called on the two warring sides to attend a meeting on humanitarian aid in Nairobi from October 5 to 7 called by the United Nations to discuss an extension of the cease-fire which was due to expire on October 15th. With heavy fighting reported from East Equitoria, however, Sudan's minister of state for social planning, who is responsible for relief operations in the south, told reporters the meeting had been postponed saying that his government believed it was not suitable to discuss an extension of the ceasefire while two IGAD members, Uganda and Eritrea, were accused of supporting and participating in the fighting. The Khartoum government also lodged a complaint with the UN Security Council against Uganda and Eritrea over the alleged intervention. Both sides in the conflict later announced extensions to the ceasefire, with the SPLA saying it had expanded the ceasefire to include the Western Upper Nile region, while the government in Khartoum announced a three month extension covering famine-hit Bahr al-Ghazal region. The moves were welcomed by the Operation Lifeline Sudan grouping of UN and other relief agencies. *(AP, AFP, September 22: AFP, October 5 & 12; OCHA, October 5)*

***Severe floods wreak havoc*:** Following serious flooding in northern and eastern Sudan, Hussein al Obeid, chief of the government's Humanitarian Aid Commission (HAC) has appealed for international aid amounting to US $19.5 million. The Commission has already sent aid to some of the flood victims in the form of plastic sheeting, sorghum, tents and medicine. The Geneva-based International Federation of the Red Cross and Red Crescent Societies (IFRC/RC) said that it is looking for US $2.1 million to support rescue programs for 95,000 of the most needy. So far, 119,000 homes along with 95 schools, 60 health institutions and more than 3,000 acres of farmland have been destroyed leaving 204,0000 families without shelter according to the Humanitarian Aid Commission. It is feared that waterborne diseases could create an epidemic. Sudan has requested for Egypt to open the Aswan High Dam to drain some of the Nile water flooding northern Sudan. The flooding has been caused by sustained heavy rains in the highlands of Ethiopia and Eritrea during August and September. *(The Monitor, September 3, 8 & 10; Reuters, September 1; AFP, September 1-10; IRIN Update, September 1)*

***More relief aid for Sudan*:** Kuwait, Germany, Saudi Arabia, and Syria have sent various forms of aid to Sudan's flood victims by plane. Meanwhile, the World Food Programme's massive airlift programme is going a long way in reducing the number of famine deaths in Sudan. Four Ilyushin aircraft each with 32 metric tons capacity, eight C-130s capable of carrying 16 tons and six buffalo's with a capacity of 6 tons each have being making daily trips to Khartoum, El-Obeid (Sudan), Nairobi and Lokichokio (northern Kenya). Presently, the World Food Programme is providing food aid to 2.6 million Sudanese, 10 percent of the country's total population. WFP is making appeals to the Khartoum government and southern rebels to prolong the cease-fire agreement so that more of the desperately needed aid can be delivered to the victims. Five African countries, members of the Community of Sahelian-Saharan States (COMESA), dispatched two aircraft of humanitarian aid to Sudan's flood victims from Tripoli. *(AFP, September 11 - 21; The Monitor/Reuters, September 5-6)*

***Sudan wary of Nile water sharing*:** Sudan's minister for irrigation and water resources, Sharif al-Tuhami, has told Reuters news agency that any changes made to the Nile sharing accords should not encroach upon the rights of Egypt and Sudan - referring to a water sharing agreement that was signed between Egypt and Sudan in 1959.

Ethiopia, the source of the Blue Nile, does not recognize this agreement. Sudan warns that any changes that Ethiopia wants to make to its share of water consumption should be put on the table for discussion. Ethiopia is an observer at regular meetings of Nile basin states which meet to discuss water use of technical data. The remaining Nile basin states are Tanzania, Uganda, Burundi, Rwanda, the Democratic Republic of the Congo, Egypt, Eritrea, Kenya and Sudan. Sharif al-Tuhami also said Sudan was planning to build three hydroelectric plants across the Nile in the north. The dams would be financed and built by foreign companies who would operate them selling the power at commercial rates. *(The Monitor, September 3; Addis Tribune, September 4)*

## SOMALIA

***Somalia faces serious food shortages*:** World Food Programme (WFP) announced that Somalia faces its worst food problem in five years, which will threaten the lives of thousands of Somalis. The reasons for the very poor harvest this year included El Niño flood waters which damaged crops in the Juba and Shabelle river areas; infestation by rats, crickets and other pests; a lack of replacement seeds; and heightened insecurity. WFP plans to increase its food aid to over 20,000 tons in the period between August to March next year. *(UNCT Somalia Monitor, August 27 - September 10)*

***Somali refugees return home*:** A further 3,000 Somalis from the Ethiopian refugee camp of Teferi Ber in eastern Ethiopia have been repatriated to their homeland. They were among more than 10,000 refugees in the camp who had earlier volunteered to return to the self-declared republic of Somaliland. The total number of refugees who have returned home from various camps under the voluntary repatriation programme which commenced in 1997 has now reached just under 40,000 and, according to UNHCR, this figure is expected to reach 70,000 by the end of the year. The head of the eastern coordination office of the Ethiopian Administration for Refugee and Returnee Affairs said that the returnees were each given a nine-month food ration and 210 Birr (approx. US $90) for transportation. Meanwhile, the United Nations High Commissioner for Refugees reported that twenty-seven Somali refugees arrived at Mayfa, Yemen, by boat from Bosasso. Another 105 refugees arrived by a smuggling boat at Bir Ali. Some of those onboard reported that five refugees lost their lives at sea due to bad weather while attempting the crossing to Yemen - a crossing that takes three days. *(The Ethiopian Herald, September 9 & 29; IRIN Weekly Update, August 27- September 10; UNHCR)*

***Joint administration of Moqdishu*:** There have been escalating tensions in Somalia over the joint administration of Moqdishu by three warlords: Ali Mahdi, Hussien Aideed, and Mohamed Quanyare Afrah. The joint administration however is still unrecognized by rival warlords who feel threatened and excluded. Osman Hassan Ali "Atto", a rival warlord, has warned that civil war will likely breakout, especially in Moqdishu, since he and other warlords have not been included or consulted in the joint administration. He and other rival warlords believe that the three warlords are preparing to attack central and southern Somali regions in their attempt to expand their dictatorial clan administration over all of Somalia. Atto has also asked the Ethiopian and Italian governments to state their positions with regard to the new joint administration in reference to recent public statements by Aideed that they were supporting his group. Other discontented warlords like Ismail Moalin Musa and Hussein Haji have accused Egypt of taking sides in Somali affairs. Egypt's special envoy to Somalia, Mahud Mustafa was accused of being partisan because he visited the new police force premises in the Somali capital established by Hussein Mohamed and Ali Mahdi Mohamed. Rival warlords have also opposed the joint administration's plan to issue taxes on all imports and exports to provide payment for the 6,000 strong police force that it said were safeguarding premises housing imports and exports. They warned residents of Moqdishu not to pay the tax because it was a scheme to systematically extort money from the unsuspecting civilians. Somalia has been without a central government since the overthrow of Mohammed Siad Bare in 1991. Meanwhile, "tens of thousands" took to the streets in Moqdishu to demonstrate in support of their new governor, Hussein Ali Ahmed, who was welcomed on his arrival in the city by warlords Ali Mahdi, Mohamed Quanyare Afrah, and Issa Mohamed Siad. Ahmed was driven from the airport to his new headquarters escorted by 40 battle wagons which will be part of a fleet to serve the new joint Moqdishu police force. *(AFP, September 2 - 22)*

***Nun kidnapped*:** An Italian nun who had been kidnapped by gunmen from the Ayr sub-clan in the Somali capital was freed after three days in captivity. The nun, Sister Fuerra Maria Angela, was head of the SOS-Kinderdorf Emergency Pediatric hospital in south Moqdishu. The mastermind of the kidnapping was a former employee of

the hospital. The abductors had demanded a US $200,000 ransom but were refused by the joint administration of Moqdishu. The nun was released after negotiations between representatives of the kidnappers and militia elders belonging to the gunmen's clan succeeded. The nun was reported to be in good health. Six of the gunmen were later convicted to one-year prison sentences by an Islamic Court in south Mogadishu. *(AFP, September 10 - 20; IRIN Update, September 11; The Monitor, September 15)*

***Newspaper editor arrested*:** The Criminal Investigation Department arrested the editor of the daily newspaper *Jamhuria* in Hargeisa, the capital of the breakaway republic of Somaliland. Reporters at the paper said the arrest was the result of the paper reporting the arrest of members of the Al-Itahad Al-Islam Moslem group and accusing the Somaliland government of violating human rights in making the arrests. *(AFP, September 8)*

***End of a cease-fire*:** New fighting has resumed in the Eeldheer district between Abgal and Murursade sub-clan gunmen after both sides violated a cease-fire agreement that lasted only nine days. So far, fifteen people have been killed and twenty-five wounded in the renewed battle. Warlords Ali Mahdi Mohamed and Mohamed Qanyare Afrah who have been blamed for the fighting by Abgal warlord Hussein Bod, have denied any involvement and condemned the fighting. Meanwhile, Bod has accused Hussein Mohamed Aideed of organising militiamen from the armed Al-itihad Al-Islam Moslem group and ethnic Ethiopian Oromos to combat rival in Moqdishu. "If Oromos and Al-itihad intervene in Somali internal affairs in Moqdishu, the security situation will worsen," Bod told reporters. But Aideed, who has been visiting Addis Ababa, has pledged that his faction would not support the two groups in exchange for good neighbourliness with Ethiopia. *(AFP, September 6 & 15 - 25)*

***Aideed's men accused of killing civilians*:** The *Bandir* newspaper reported that militiamen loyal to Hussien Mohammed Aideed killed six people, wounded 12 and burned down three villages in the Bakol region of south central Somalia. There has been continued fighting in the region between Aideed's men and the Rahawein Resistance Army (RRA) who are resisting Somali National Alliance (SNA) hegemony in the area. Aideed's spokesperson in Nairobi said that though there is fighting in the region the report that the militia killed innocent people was untrue. The fighting later spread to the towns of Baidoa and Burhakaba leaving a further 19 dead and 21 wounded. Meanwhile, armed gunmen have setup roadblocks along the Afgoi road and are asking for money from trucks transporting food items and stealing food. As a result, prices of commodities in Moqdishu have continued to rise. In the capital itself, Islamic courts have promised to order the dismantlement of dozens of roadblocks after commuters complained of banditry and extortion. "More than 40 checkpoints and roadblocks manned by freelance gunmen continue to extort money from us, making our journey a nightmare," passengers told journalists at the main Bakaraha bus station. *(AFP, September 5, 18, 24 & 27)*

***Jubaland proposed*:** Somali faction leader General Mohammed Said Hersi "Morgan" plans to set up an administration called "Jubaland" centered on the port city of Kismayu. General Morgan said that several faction leaders are pushing ahead with their plans to set up their own mini-states around the country. The Puntland administration, in the northeast is leading the way with the Chairman, Abdullahi Yussuf Ahmed, putting his team in place following agreement on the formation of the state at a congress held at Garowe. The various Somali warlords agreed at an Arab-sponsored meeting to work for a united government to rule the country. General Morgan believes that the mini-states would not challenge the unity of Somalia and that the various leaders would meet to form a new Somali Republic, through a federation or confederation. Meanwhile, the Marehan-clan Somali National Front (SNF) faction has accused Morgan of planning to attack its strongholds in the southern Juba valley. The two sides fought fierce battles in the southern port town of Kismayo in April when the SNF tried to wrest control of the town from Morgan. The SNF were later accused by Morgan of attempting an attack on the port using armed motor boats. *(The Monitor, September 5-6; AFP, September 25 & 30; ION, September 30)*

***Polio campaign a success***: The second round of the Polio immunization campaign in Southern and Central Somalia has been successfully completed. The second round, supported by local health workers, NGOs and supported by WHO and UNICEF, was conducted between 13 and 17 September. An estimated 950,000 children below the age of five years have now received two consecutive vaccines against Polio, and Vitamin A against blindness. A field assessment for a continuation of the campaign in Northern Somalia has taken place and two weeks of preparations for the commencement of vaccinations in the Northeast and Northwest was due to commence at the end of September. Meanwhile, at least 15 people have died of Cholera and many others have

contracted the disease in the southern region of Benadir, which includes the city of Moqdishu. Health workers say that following the withdrawal of most aid agencies, there is now a severe shortage of drugs to combat the outbreak. *(UNCT Somalia Monitor, September 11 - 21; AFP, October 9))*

***ICRC restricts activities in Somalia*:** The International Committee of the Red Cross has disclosed that it will no longer send workers to Somalia and that it has drastically reduced its activities in Somalia to only providing "first aid and surgical assistance to war wounded and basic curative services". The ICRC stated that the decision was based on security risks and the kidnapping of ten ICRC workers in north Moqdishu on April 15. ICRC was not the only agency to retreat due to security concerns in the past. The United Nations High Commissioner for Refugees (UNHCR) and Care International have also left. "The withdrawal affected the internally displaced Somali people and Ethiopian refugees who came here in 1977 following the Ogaden war," said Abdi Qaidr Issaq Mohamed, chairman of Rashid camp in north Moqdishu. *(AFP, September. 20 & 25)*

## KENYA

***NGOs shutdown*:** Five non-governmental organisations (NGOs) considered security risks by the Kenyan Government have been shutdown. The NGO coordinating chief warned that other NGOs were under investigation and would be shut down if compelling evidence to do so surfaced. The five relief organizations were: Help Africa's People, the Al Haramain Foundation, the International Islamic Relief Organization, the Ibrahim Bin Abdul Aziz al Ibrahim Foundation, and Mercy Relief International. Another sixteen Muslim NGOs have also been asked to stop all activities. *(The Monitor, September 10; IRIN Weekly Round Up, September 18)*

***Campaign to raise money for bomb victims*:** Kenyan radio reported that the Kenyan government has launched a campaign to raise 9 billion shillings (US $156 million) to support the victims of the August 7th US Embassy bombing. The Minister of State Gideon Ndambuki said that the appeal document was aimed ensuring the coordination of various contributions and to ensure accountability for resources mobilised by the appeal. In a related development, U.S. Commerce Secretary William Daley has pledged "substantial" American aid to rebuild Kenyan lives and businesses shattered by the bomb blast. Daley, who was making a short stop in the Kenyan capital while on a three-nation African visit, toured the downtown site of the bombing and laid a wreath a small memorial to the victims. *(IRIN Update, September 1; The Monitor, September 19-20)*

***MPs prepare for elections***: Eight Members of Parliament will quit their current political parties for a common one in time for the next General Election. The MPs include members of KANU, the ruling party, Ford-People and Ford-Kenya. At a rally in Lugari district, the group said their leaders had failed them and predicting a "great war" when the elections come around in four years, called on people to support the new party when it is formed. Meanwhile, President Moi's eldest son, Jonathon Toroitich, has said he will enter politics when his father retires. In making the statement, he called upon opposition leaders to support the Head of State to facilitate democracy. "All Kenyan leaders, regardless of their political affiliations, should come together and support Mzee (President Moi) so that he can leave a better legacy when his term ends in the year 2002," Toroitich said, calling for a continuity of democracy in the country. *(The Nation, September 14)*

***Kenya still a place of interest for foreign commerce*:** Despite the recent bombing in Kenya, the US administration has a plan to increase trade investments on the African continent, which includes doubling the number of commercial representatives and tripling the number of African countries targeted with US Commerce Department missions. The US secretary of commerce, William Daley, had planned to come to Kenya heading a trade tour that consisted of 20 heads of enterprises hand picked out of 100 candidates. Although the trip was postponed to December due to the bombing, the secretary visited Nairobi to voice the US trade strategy and to do a quick assessment of assistance the US might provide for the bomb victims. Meanwhile, despite security concerns, Kenya hosted the 23rd annual conference of the International Organisation of Securities Commissions (IOSCO) from September 16 to 18. More than 600 delegates attended from the 134-member body that groups capital market's regulatory oganisations from around the world. *(ION, September 30; The Monitor, September 5-6)*

***Government fails to avoid teachers' strike*:** The Kenyan government has failed to avoid a repeat performance of last October's strike by the Kenya National Union of Teachers (KNUT), which was successful at getting them a 200 percent salary increase. The increase was scheduled to take place over a five-year period and the first of two phases has already been implemented. Earlier, the KNUT announced plans for another strike this election season to force the government to implement the second phase. President Daniel arap Moi pursues his strategy of divide and conquer by appealing to the secondary school KNUT members to set up their own trade union in an attempt to play on the feeling that many once had, before the successful strike last year, that the KNUT watches out more for the interests of the secondary school teachers. In the event, the strike went ahead as planned with police in the capital, Nairobi, breaking up a demonstration by several hundred strikers. Riot police took up positions outside the teachers' union headquarters in Nairobi after KNUT began its nationwide action, calling out its 200,000 members for the third time in a year. The strike comes as schoolchildren prepare for examinations later next month. The starting salary for a new teacher is about US $40 per month. University student have threatened to join the strike if it is not resolved soon. *(ION, September 5; BBC News, October 5)*

## UGANDA

***Coffee exports decline***: The Ugandan Coffee Development Authority (UCDA) has reported another drop in Uganda's coffee exports. Exports dropped by 15.5 percent in August, compounding a 13.7 percent fall in July over the previous month. With only one month left to the end of the coffee year, the country has already exported 2,805,770 bags worth US $258.4 million, compared to over 4 million bags worth US $336.5 million in the same period last year. As a result of a good crop in Brazil, the world price of coffee has also dropped from $1.38 per kilo to $1.35 this year. *(AFP, September 8)*

***Parliament compromises on privatization*:** The Ugandan government appealed to parliament to reverse its earlier ban on Uganda's privatisation programme, saying that a number of donors had threatened to withdraw support for the reform programme. Parliament had imposed the ban citing lack of transparency in the process but the decision quickly attracted heavy criticism from a number of quarters. Under pressure, parliament later agreed to a partial lifting of the ban. This compromise followed the International Monetary Fund's (IMF) threat to stop its Enhanced Structural Adjustment Facility, which amounts to US $130 million. The compromise reached allows the continuation of the privatization process of only the state firms whose sales to private owners are in the advanced stages. *(AFP, September 2 & 9)*

***Donors tell government to fight corruption*:** The state owned paper *New Vision* reported that in a confidential document that donors sent to the Vice-President, Wandira Kazibwe, they said that their funds could dry up if action was not taken against corrupt officials in government. The donors included the World Bank, the International Monetary Fund, UN agencies, the European Union countries, and a number of banks, non-governmental organizations and Asian countries. In 1997 and 1998, 55 percent of government expenditure was made up of donor funding. Earlier this year, parliament censured the state minister of primary education and a former internal security chief, following allegations that he had been involved in a number of corrupt activities. Meanwhile, Uganda's State Electricity Board (UEB) lost US $27 million in 17 months through high-level fraud reported the Independent *Monitor* newspaper. Auditors found that UEB senior managers had stolen the money. A UEB official has said that steps would be taken to recover the money. *(AFP, September 10 & 20)*

***Government and rebel forces fight***: There have been reports of separate incidents of fighting between the Ugandan army, the Lord's Resistance Army (LRA) and the Allied Democratic Forces (ADF). The Ugandan army reported that it had killed 36 rebels of the Allied Democratic Forces. The independent *Monitor* newspaper reported that four people had died in an exchange of fire between government forces and the Lord's Resistance Army rebels. In a separate incident, the LRA ambushed a lorry as it traveled through northern Uganda's Murchisson Falls National Park and set it ablaze. The driver and conductor were unhurt in the incident. Observers say the rebels have been targeting camps they believe are stocked with relief food and other essentials for the thousands of people displaced by the civil war in the two northern districts of Gulu and Kitgum. The LRA has been fighting to overthrow the government of President Museveni since 1988 to replace it with a government based on the biblical 10 commandments. Meanwhile, the ADF continues its hit-and-run raids in the west of the country, attacking both villages and army outposts. In one such attack, some 45 ADF rebels made

their way from bases in the Ruwenzori mountains and burnt Kilembe market to the ground. During the raid, the ADF claim to have killed 20 Ugandan troops and abducted 11 others. In an interview with the BBC, an ADF spokesman said that the rebels had launched this attack to prove that they were based inside Uganda and not in the DRC as claimed by President Museveni. *(IRIN Update, September 7; AFP September 3, 7, 11 & 18)*

***Commodity exchange to be established***: Uganda is to introduce a commodity exchange programme by the end of year, by which buyers and sellers will be able to get both local and international market information on agricultural products. Officials planning the new mode of trading for Uganda's nine agricultural products (maize, beans, sesame, cocoa, sunflower, wheat, rice, sorghum and coffee) said that they wanted a system that would see actual traded commodities driven by market forces. The system will help put into place services like price discovery, quality and grading, prompt payment and arbitration. Officials hope the exchange will attract international buyers, with the major players in the exchange being categorised as commercial farms, small-growers' associations, traders and relief agencies. *(AFP, September 12)*

***Kampala's Mayor arrested for bank fraud*****:** The mayor of Kampala, Nasser Ntege Sebaggala, has been arrested in the United States for bank fraud and for failing to declare US $108,000 he brought into the country. The mayor has been refused permission to return to Uganda as he waits for his trial, which is scheduled to take place in October. The Mayor was charged with filling in a "0" on a U.S. customs form requiring declaration of more than $10,000 in cash or securities being carried into the U.S. He was also charged with carrying four stolen or altered checks into the U.S. Meanwhile, over 50,000 people in Kampala have signed a petition urging Washington to grant bail to their mayor. The mayor's publicity secretary said that the petitions will be given to the U.S. embassy in Kampala. *(AFP, September 17 & 11)*

***Ugandan Airlines facing hard times*****:** Shell Oil Company, which had been supplying the state owned Ugandan Airlines with petroleum products, decided to confiscate the 18 year-old Fokker friendship plane and other unspecified properties when the airline failed to pay its outstanding bills. The airplane is valued at about US $500,000 and was the sole remaining aircraft belonging to the airline. In related news, Air Zimbabwe has refused to extend the lease of an aircraft to Uganda Airlines because Harare fears that it was being used to ferry arms to rebels fighting in neighbouring Democratic Republic of Congo. Meanwhile, extra security measures were taken after a bomb threat was made against the Ugandan International Airport at Entebbe by anonymous phone calls to the police. Uganda police have also been defending a decision to close Parliament Avenue, where the US Embassy and the British High Commission are situated, citing security concerns. Both the U.S. embassy and British High Commission had earlier been subject to bomb threats that had forced their closure for a number of days. The move, however, has angered some business tenants who say they are losing money at a rate of one million US dollars each month. The tenants have given an ultimatum to the government saying that if they are not compensated within 60 days, they will take legal action to seek redress. Spokesman for the Ugandan police, Eric Naigambi, said that the road was not opening anytime soon. *(AFP,* September 6, 8 & 22)

***Ugandan troops in eastern DRC*****:** Ugandan troops have taken control of airports in the eastern Democratic Republic of Congo (DRC) to stop Kampala's main foe, the Sudanese government, President Museveni has told members of the Ugandan parliament. The state owned New Vision paper reported that Museveni told the meeting of more than two hundred MPs that the Ugandan forces would not leave until he had confirmation from DRC's President Laurent Kabila that the facilities there would not be used by either Ugandan rebels or the Sudanese military. "There is no authority in eastern Congo" he is reported as saying to the meeting. The statements came just days after Uganda was one of six countries to agree to a ceasefire in the vast former Zaire at a summit meeting. Museveni also maintains that he sent his troops into DRC as part of a wider operation to flush out rebels of the opposition Allied Democratic Forces (ADF) from both sides of the Ruwenzori mountains where they have been hiding. In another related development, President Museveni addressed parliament directly on national security issues, the first time that he has taken advantage of Article 101 in Uganda's constitution which allows the president, in consultation with the speaker, to address parliament "from time to time on issues of national importance". In the 90 minute address, Museveni dismissed charges that his government wants to build a Tutsi empire straddling the Great Lakes as "colonial trash". However, he went on the praise the impulse of the regions ancestors to centralise authority and unite peoples, but added the proviso: "Now we should unite

people by discussion - not by conquest. But the idea of integration is one that I support". *(AFP, September 9, 16 & 24)*

***Bomb plot thwarted***: The Uganda police force working with United States Federal Bureau of Investigation (FBI) agents have arrested eighteen people who had planned to set off bombs at the exact time as the bombs that took Kenya and Tanzania by surprise on August 7. The conspirators, comprising mainly Ugandan and Kenyan Somalis of the same wealthy clan, reportedly had connections to the Saudi exile and international terrorist, Osman bin Laden, and the group that set off the Nairobi and Dar es Salaam bombs. The conspirators had targeted Kampala's main post office, the Bank of Uganda, the large Owino market, the U.S. embassy in Kampala, and the residence of U.S. Ambassador Nancy Powell. They are expected to be brought to trial soon. *(AFP, September 18 - 25)*

***Foreign investment drops***: The Uganda Investment Authority reported a major drop in the number of foreign investment projects and a decline in the number of those successfully implemented. Part of the decline could be attributed to the end of a programme that restituted the properties of (mainly Asian) Ugandans that were expelled during President Idi Amin's reign. Another reason could be the lack of completion of projects that have been in the pipeline for some time. The promoters of these projects are reluctant to go ahead because of security concerns arising from the situation in neighbouring countries. Meanwhile, the Ugandan shilling has continued to depreciate. In June last year, the shilling was worth 1,062 to the US dollar, but started a free fall blamed on reduced foreign currency earnings from the export of coffee. The free fall has worsened in recent months, dropping to a record low since it was liberalised in 1992. However, outgoing IMF representative Ulrike Wilson told AFP that the weakness of the shilling was not unprecedented, reasoning that globally, the dollar had strengthened against other currencies. *(ION, September 30; AFP, September 13)*

## THE HORN OF AFRICA




DISCLAIMER

The designations employed and the presentation of material in this document do not imply the expression of any opinion whatsoever of the United Nations concerning the legal status of any country, territory, city or area of its authorities, or concerning the delimitation of its frontiers or boundaries.

SOURCES:

Information in this update has been obtained from official and private media reports, U.N. agencies and NGO sources. No claims are made by the UNDP-EUE as to the accuracy of these reports.

29 October, 1998

**UNDP-EUE Tel.: (251) (1) 51-10-28/29**

**PO Box 5580, Fax: (251) (1) 51-12-92**

**Addis Ababa e-mail:** undp-eue@telecom.net.et

**Ethiopia**

2 of 2 DOCUMENTS

Copyright 1998 IPS-Inter Press Service/Global Information Network
IPS-Inter Press Service

September 10, 1998, Thursday

**LENGTH:** 779 words

**HEADLINE:** KENYA: GOV'T SHUTS DOWN FIVE ISLAMIC RELIEF AGENCIES

**BYLINE:** By Judith Achieng'

**DATELINE:** NAIROBI, Sep. 10

**BODY:**

Kenya's decision to ban five Islamic relief agencies for allegedly "supporting" terrorism has alarmed the East African country's NGO community.

"It is discouraging and threatening for many of us who are honestly trying to improve the living standards of the poor," said Alice Muita of the Nairobi-based Horn of Africa Relief Agency (HARA).

HARA operates in neighboring Somalia and Sudan with the majo rity Muslim populations. Muita fears that HARA may become the Kenyan government's next victim.

The five organizations were de-registered on Sept. 8 by the NGO coordinating board, a government body which oversees aid groups.

According to the NGO coordinating board's director, John Etemesi, the organizations "had been found to be working against the interests of Kenyans in terms of security".

The offices of one of them, Mercy Relief International, were raided by a team of Kenyan police and U.S. Federal Bureau of Investigations (FBI) agents a few days after the Aug. 7 bombing of the U.S. embassies in Nairobi and Dar es Salaam, Tanzania.

The other four -- the Al-Haramain Foundation, Help African People, the Islamic Relief Organization and Ibrahim Bin Abdul Aziz Al Ibrahim Foundation -- have not been raided by the law enforcement officers.

More than 250 people were killed and 5,000 others injured in the two East African cities by the bomb blasts, which were blamed on Islamic terrorists linked to the dissident Saudi millionaire, Osama bin Laden.

"The de-registered organizations were recently involved in activities and matters that are not in the interest of state security," Etemesi said.

He added that Kenya's 984 NGOs would be investigated and if "found to indulge in matters not worth the safety and interest of the welfare of Kenyans", they would be de-registered.

"When NGOs begin to involve themselves in matters for which they are not registered, the board takes this as a serious matter," he was quoted as saying by Kenya's independent East African Standard newspaper yesterday.

Kenyan authorities suspect that materials used for the building of the bombs, each weighing at least 800 kilograms, were smuggled into East Africa disguised as relief aid with the help of some Islamic relief agencies.

The decision to de-register the agencies came barely a month after President Daniel arap Moi, at a public rally in the Kenyan capital of Nairobi, questioned the credibility of some organizations he said had come into the country under

the guise of relief agencies, but were a threat to public security. He said his government would trim down the number of NGOs from 984 to a manageable size, leaving only recognized charities like the Red Cross and the U.N. Children's Fund (UNICEF) to operate in Kenya.

Addressing mourners at the bomb site a few days later, he said those behind the Aug. 7 bombing "could not have been Christians".

His widely publicized remarks drew criticism from Muslim leaders who claimed their religion was being wrongly associated with violence. "Islam like any other religion does not support the killing of innocent people for whatever reason," Sheikh Ahmad Khalif, head of the Supreme Council of Kenyan Muslims (SUPKEM), said.

He accused the government of deliberately exc luding Muslims, who form about 10 percent of Kenya's 30 million population, from the prayer services held for the victims of the bomb blast. The services were conducted by Christian leaders.

Moses Mureithi of the Joint Kenya-Arab Chamber of Commerce and Industry, which promotes trade between Kenya and Arab countries, warned that the crackdown would harm Kenya's economy.

"The government ought to rethink its dealings with errant organizations, because it may discourage genuine Arabs from investing in this country," he said.

Some think the government is simply using the Aug. 7 bombing incident to crackdown on "maverick" civic groups. "NGO's have always stood up against the rampant corruption in government offices," said Muita of HARA.

Unconfirmed reports indicate that the government might introduce a tax as a way to control the NGOs. If that happens, "many NGOs will close down, because they will not be able to afford it. Already there is little flow of funds from the donors," she added.

Badru Mapesa of the Nairobi-based Islamic Foundation of Kenya, however, takes a different view. "The government knows what it is doing and there is nothing wrong in investigating NGO activities," he said. "Some NGOs claim that they bring a lot of benefit to the country but, if the benefits are less than what it costs to host them, then they should be done away with".

**LOAD-DATE:** September 11, 1998

Russian Troops Find Arab, Bosnian Passports in Chechnya

*ITAR-TASS*, 21 February 2000

(FBIS Transcribed Text) Russian troops have found another archive of Chechen rebels in Grozny. It contains copies of the passports and school diplomas belonging to citizens of Bangladesh, Yemen, Thailand and Zambia, the staff of the federal troops in the North Caucasus told Itar- Tass on Monday.

Judging from the applications to International Relief Organisation, attached to the personal documents, this Islamic organisation arranged for the transportation of mercenaries to Chechnya. The main office of the organisation is in Saudi Arabia.

Among the documents of Arab citizens there is a Bosnia- Herzegovina passport. A mark in the passport suggests that its owner might have worked at the Bosnian embassy in Tripoli.

The staff of the federal troops in the North Caucasus identified the Yugoslav mercenary as Mesud Djidjic, born in 1968.

Military experts are now studying the documents. They believe that the supply of Moslem mercenaries to Chechnya was well organised.

It is all known that people from Arab African countries and Southeast Asia were used by terrorists as soldiers, while representatives from Jordan, Saudi Arabia and Pakistan had the ranks of officers and served either as commanders or as military instructors.

Copyright 1999 Kyodo News Service
Japan Economic Newswire

February 13, 1999, Saturday

**LENGTH:** 577 words

**HEADLINE:** Bin Laden providing money, military aid to MILF: report

**DATELINE:** MANILA, Feb. 13 Kyodo

**BODY:**

International terrorist Osama bin Laden continues to provide not just financial but direct military aid to secessionist Muslim rebels in the southern Philippines' Mindanao Island, a confidential military report stated.

The report, which traced the Moro Islamic Liberation Front's (MILF) foreign fund sources, also said that bin Laden sent military experts from Sudan, Egypt and Afghanistan to train MILF rebels in handling explosives, commando tactics and other guerrilla welfare techniques.

A handful of Indonesian and Malaysian extremists are also among those being trained at the MILF's Camp Bushra in Butig, Lanao del Sur Province, the report said. Intelligence officials say the training began last November and would be finished in April.

Among the foreign experts are a former Sudanese colonel whose expertise is explosives, while the Egyptian and Afghan trainers are veterans of the Afghan war against the Soviet Union, it said.

The report said that MILF Chairman Hashim Salamat has direct links with bin Laden through a group organized in Jeddah, Saudi Arabia, called Ikhwan al-Muslimin or Islamic Brotherhood.

Bin Laden, a Saudi Arabian millionaire, is wanted by the United States for the bombing of its two embassies in eastern Africa last August, which killed 240 people. A 5 million dollar reward has been put up by the U.S. government for his arrest.

The confidential report said the Jeddah-based Islamic Brotherhood, represented by Ustadz Muslimen, is being used by the MILF leader to coordinate and solicit funds for the rebel group.

Last September, Muslimen facilitated the visit of Saudi Arabian businessman Hussain Mustapha to Camp Abubakar, the MILF's main jungle base in Barira, Maguindanao Province, the report added.

Mustapha delivered money to the MILF, which used it to set up an international satellite communications system inside the base as well as a web page in the Internet, the report said.

Mustapha is known to be an associate of Mohamad Jamal Khalifa, one of bin Laden's brothers-in-law.

The Philippine military says Khalifa himself is instrumental in funneling funds to the MILF and the extremist Abu Sayyaf Group, another Muslim rebel faction in Mindanao, through a relief agency he had set up in the southern Philippine city of Marawi more than seven years ago.

The relief agency, International Islamic Relief Organization (IIRO), is a local branch of the Jeddah-based social agency of the Muslim World League, the report said.

The IIRO is suspected by Western intelligence agencies to be bin Laden's conduit to various terrorist organizations in Islamic countries, like the Muslim Jamaat Brotherhood in Egypt, Jordan, Sudan and Syria, the Pakistan-based Jamaat al-Islami Party and Jamiat-i-Islami Party in the Taliban-controlled Afghanistan.

The MILF leadership has admitted receiving donations in the past from bin Laden for the building of mosques and Islamic schools for poor Muslim communities but they said the donations stopped after bin Laden became involved in the Afghan war in the late 1980s.

The government and the MILF have just concluded preliminary talks to end decades of hostilities in the southern Philippines and President Joseph Estrada has said he is willing to meet with MILF Chairman Salamat when he visits Mindanao from Feb. 25 to 28.

The other Muslim rebel faction, the Moro National Liberation Front, signed a peace agreement with the government in 1997.

**LOAD-DATE:** February 13, 1999

3 of 3 DOCUMENTS

Copyright 2000 Financial Times Information
All rights reserved
Global News Wire
Copyright 2000 Philippine Daily Inquirer.
Philippine Daily Inquirer

August 9, 2000

**SECTION:** Pg. 1

**LENGTH:** 1607 words

**HEADLINE:** FRONT PAGE: BIN LADEN FUNDS ABU SAYYAF THROUGH MUSLIM RELIEF GROUP

**BYLINE:** CHRISTINE HERRERA

**BODY:**

A MUSLIM relief organization is a conduit for funds to the Abu Sayyaf from Saudi billionaire, Osama Bin Laden, the US Public Enemy No. 1, and his brother-in-law, Mohammad Jamal Khalifa.

This was confirmed to the INQUIRER in Davao City by a former member of the original Abu Sayyaf group, who uses the nom de guerre Abu Anzar.

Anzar's disclosure is supported by police and military intelligence reports that state Bin Laden and Khalifa in 1992 set up the International Islamic Relief Organization Inc. (IIRO) with offices in Makati and in several cities in Mindanao as a front organization for funding terrorist activities.

The IIRO, according to the intelligence report, was working under the Muslim World League, an organization wholly financed by the Saudi Arabia government.

"The IIRO which claims to be a relief institution is being utilized by foreign extremists as a pipeline through which funding for the local extremists is being coursed," the intelligence report noted.

Bin Laden has used his personal fortune to finance terrorist activities all over the world. US authorities had fingered Bin Laden as the mastermind of the bombing of the US embassies in Kenya and Tanzania in August 1998 which killed 257 persons and wounded more than 5,000.

Though Khalifa has denied involvement in Bin Laden's activities, he had admitted "very close ties in the past." The second of Khalifa's four wives is the sister of Bin Laden.

Through Khalifa, who lived in the country for nine years, a Stratfor intelligence report said that "Bin Laden's network is already deeply entrenched in the Philippines."

Education

It was the MWL-IIRO that established the Al-Makdhum University in Zamboanga City which started accepting Islamic students in 1992, the intelligence report said.

According to the report, the IIRO also offers scholarship to qualified students who have the potential to be Islamic scholars. They then are tasked to indoctrinate other Muslims on terrorist tactics.

In an interview with the INQUIRER, Anzar said the IIRO was used by Bin Laden and Khalifa to distribute funds for the purchase of arms and other logistical requirements of the Abu Sayyaf in the guise of relief and livelihood projects for Muslim communities in Mindanao.

"Only 10 to 30 percent of the foreign funding goes to the legitimate relief and livelihood projects and the rest go to terrorist operations," Anzar added.

"The IIRO was behind the construction of mosques, school buildings and other livelihood projects in areas penetrated, highly influenced and controlled by the Abu Sayyaf," Anzar said.

The IIRO provides a steady supply of clothing, canned goods, rice and other necessities to impoverished Muslim communities.

"Bin Laden and Khalifa saw that the Muslim people needed help but he wanted immediate results, which he could not expect from the MILF. So he founded and funded the Abu Sayyaf, the Muslims' terrorist arm," he explained

Al Haj Murad, MILF vice chair for military affairs, had confirmed to the INQUIRER two years ago that Bin Laden and Khalifa provided "help and assistance" to MILF cadres who volunteered in the 1980s to help the Taliban struggle against the Soviet-backed Afghanistan government.

Original Abu

The original Abu Sayyaf was headed by Aburajak Abubakr Janjalani and another faction was led by Galib Andang, aka Commander Robot, who broke away from the Moro National Liberation Front after the formation of the Southern Philippines Council for Peace and Development under former Moro National Liberation Front chief Nur Misuari.

Anzar said Bin Laden and Khalifa financed the urban warfare and terrorism training in Libya of their recruits to the Abu Sayyaf, including Janjalani and Edwin Angeles, the founding Abu Sayyaf vice commander and intelligence chief.

It was Angeles who recruited Anzar to the Abu Sayyaf. After undergoing advanced Islamic studies, Anzar became the group's liaison officer and Angeles' right-hand man.

When Angeles returned from Libya, he allegedly carried out the bombing of the Jolo Cathedral in Sulu in 1991.

Bin Laden and Khalifa also funded the three-month commando training course of the recruited Abu Sayyaf members in March 1993 in Patikul, Sulu, Anzar recounted. Khalifa served as one of the advisers of the Abu Sayyaf, the intelligence report noted, which was also confirmed by Anzar.

Records show the IIRO, a non-stock, non-profit organization, was registered with the Securities and Exchange Commission on Sept. 20, 1991 with Khalifa as president and chair of the board of trustees.

Based on the SEC documents obtained by the INQUIRER, the IIRO's primary objectives are:

* To provide humanitarian services which will develop and elevate the educational, social and health aspects among the communities in the Philippines.

* To assist victims of natural and man-made calamities in the Philippines by giving financial assistance and relief goods, clothing, etc.

* To own, acquire, purchase, lease, sell, convey, transfer and establish orphanage centers, mosques, machinery equipment.

* To accept donations and contributions from national and foreign sources.

* Other incidental purposes not mentioned above.

The IIRO is expected to exist for 50 years from and after the date of incorporation in 1991.

Anzar said it was the objective "other incidental purposes not mentioned above" that became the priority of Bin Laden and Khalifa's group.

Asked why Bin Laden and Khalifa were supporting the Moro terrorists, Anzar said: "Any Muslim community that the Philippine government wanted to control got help."

"Bin Laden and Khalifa knew the Muslim people are no match for the resources and logistics of the Philippine government. So they decided to pour in funds to help us through the IIRO. It's a legal bank-to-bank transaction and a legitimate relief organization but the bulk of the funds go to terrorist operations," Anzar said.

"Based on our doctrine that Bin Laden and Khalifa share, if you are a Muslim, you are obliged to help reach your goal-to establish an Islamic state-even by force," he stressed.

He explained that if the Muslim could not personally engage in combat, he or she could help through spiritual or material aspects.

"Spiritual help means we pray for the success of the operations and material is logistics," he said.

"In the case of Bin Laden and Khalifa, they are not combatants, so they give material support. Money. Lots of money," Anzar explained.

The money was used, he said, primarily to create chaos and embarrass the Manila government.

"See, if there are bombings, kidnappings and killings, there will be no peace and development. Local and foreign investors would not come to Mindanao. That's what we want. They should not invade our place. Mindanao is ours. How come other non-Muslim people reign here? We are the ones who are hungry; we are on the run; we have no livelihood," Anzar said.

"Bin Laden, Khalifa and other foreign Muslim terrorists share that so they help us turn away the invaders, including the government. We don't need the Philippine government here. We want our own Muslim government."

Bin Laden and Khalifa generously provided the funds for the terrorist acts of the Abu Sayyaf and they had no complaints, he said.

"Whether the money was used for bombings, kidnappings, Bin Laden and Khalifa did not complain, for as long as the objective-to fight and prevail upon the government-was reached," he said.

Support for Robot

He said the original Abu Sayyaf members supported Commander Robot's kidnapping of 31 mostly foreign nationals because it sent a strong message to the Philippine government and the foreign governments "not to mess with Muslim people in Mindanao."

From the multimillion-peso ransom raised by the Robot gang, "Bin Laden and Khalifa do not get a single centavo. They even give more," Anzar said.

This act of generosity, Anzar said, has lured more Muslims to join the Abu Sayyaf.

"There's plenty of money. For instance, we have a weeklong operation, we leave money to our families more than enough to spend for the month," he said. "For example, our families spend about P1,000 a week, we would be given five times that amount."

Anzar said this allowed the Abu Sayyaf to sustain their operations. The more they engaged in terrorism, the more financial support poured in from Bin Laden and Khalifa.

Anzar said even before Angeles was nabbed by the government (although the Abu Sayyaf believed he surrendered and turned against his comrades), Bin Laden and Khalifa started organizing another group-that of Commander Robot.

"So there would be no setback in terrorist operations," he said.

The financial support from Bin Laden continued even after Khalifa was arrested in Sta. Rita, California, on Dec. 26, 1994 and was detained by the US Federal Bureau of Investigation for using fake travel papers, he said.

He said Angeles was killed in January 1999, a month after Janjalani was killed by government troops on Dec. 18, 1998.

"Janjalani's relatives believed it was Angeles who had Janjalani killed so he was also killed by the relatives," he said.

"The (original) group broke up. We had contacts with Commander Robot. We are still armed up to now. But we'd rather do our own thing. Preferably lie low, now that the government is going after the original members," he said.

Anzar said he surfaced to tell his story to the INQUIRER that the Abu Sayyaf are proud to be called terrorists. (Tomorrow, Khalifa's own terrorist network. And who's the Cabinet official listed as a board member of the IIRO foundation?)

**JOURNAL-CODE:** WDPI

**LOAD-DATE:** March 17, 2001

Copyright 2000 Financial Times Information
All rights reserved
Global News Wire
Copyright 2000 Philippine Daily Inquirer.
Philippine Daily Inquirer

August 10, 2000

**SECTION:** Pg. 1

**LENGTH:** 1079 words

**HEADLINE:** FRONT PAGE: GEMMA LINKED TO BIN LADEN GROUP FUNDING SAYYAF, MILF

**BYLINE:** CHRISTINE HERRERA

**BODY:**

TOURISM Secretary Gemma Cruz-Araneta has been linked to a Muslim relief organization allegedly being used by accused international terrorists Osama bin Laden and his brother-in-law Mohammad Jamal Khalifa as a front to finance the operations of the Abu Sayyaf and the Moro Islamic Liberation Front.

The information was disclosed to the INQUIRER by a former member of the original Abu Sayyaf group, who uses the nom de guerre Abu Anzar.

Anzar was the Abu Sayyaf liaison officer and right-hand man of the late Edwin Angeles, one of the Abu Sayyaf founders who was its vice commander and chief intelligence officer.

Araneta served as board member and treasurer of the International Islamic Relief Organization (IIRO) which works under the Muslim World League.

Based on IIRO documents at the Securities and Exchange Commission, Khalifa and Araneta were among the five incorporators who signed the documents of registration. Araneta appears to be the only non-Muslim in the group. Besides Khalifa, the others are Zakaria M. Shikh, a Jordanian; Abubakar Sharifada, a Filipino and Alice Yabo, aka Jameelah, a Filipino and believed to be Khalifa's wife.

The IIRO was registered with the SEC on Sept. 20, 1991. It has a life of 50 years from the date of incorporation. To date, the SEC documents on IIRO lists Araneta as the treasurer.

Khalifa was IIRO's president and chair of the board of trustees. Bin Laden was its main financier, according to police and military intelligence reports.

As treasurer, Araneta was tasked "to act as such until her successor is duly elected and qualified in accordance with the by-laws, and that as such, she has been authorized to receive for and in the name and for the benefit of the association, all contributions or donations paid or given by the members," according to the reports.

Typo error

Araneta used her maiden name, Gemma Cruz, in the document. But Araneta's middle initial in the document is C., thus, Gemma C. Cruz, instead of G. for Guerrero, which is her mother's surname.

Anzar attributed the mistake to a mere typographical error.

"The error was typographical. She cannot deny that she and Khalifa were together when they went to Mindanao in October 1993 and again in June 1994," Anzar told the INQUIRER in an interview.

"I should know. I acted as their security escort," he said.

Documents obtained by the INQUIRER confirmed that Khalifa was indeed in the country during the dates mentioned by Aznar.

Khalifa was issued passport numbers 024632 on Oct. 16, 1992 in Manila and AZ215927 on Jan. 29, 1994 in Jeddah, the intelligence reports noted.

2 meetings

According to Anzar, he fetched Araneta and Khalifa from General Santos City and brought them to visit the mosques, buildings and schools in Sirawan in Toril District in Davao City in October 1993. The projects were funded by the IIRO.

"It's impossible for Gemma Cruz not to know because the Muslim communities know," Anzar said. "To the Muslim communities, Khalifa is not only philanthropist but an international terrorist. So Muslims have high regard for him."

Khalifa, without naming Araneta, introduced her to the communities as the one who managed the IIRO's finances, Anzar said.

Eyebrows

In his first encounter with Araneta, Angeles introduced her to Anzar as the former Miss Philippines.

"I didn't ask the name because it was a no-no in our group. You just wait to be told, otherwise you would be mistaken as a government deep penetration agent," Anzar said.

She described Araneta as pretty, chinky-eyed and "very tall."

When showed recent photos of several former Miss Philippines, Anzar examined the photos and pointed to Araneta's photo as the woman he saw in 1993 and 1994 with Khalifa.

"This is Gemma Cruz. I could never forget her eyebrows," he said. "But she was prettier and younger in 1993 and 1994. She even had long hair."

But in their second meeting in Zamboanga City in early June 1994, Anzar said, Angeles introduced her to him as Gemma Cruz.

He said he was surprised to see Araneta wearing a Muslim dress that prompted him to ask Angeles whether she was a Muslim.

"Bro (brother), yang babaeng yan, may balak mag-balik-Islam. Yan ang dating Miss Philippines, si Gemma Cruz," Anzar quoted Angeles as having told him.

He explained that the "balik-Islam" was the term used when someone was converting to Islam.

"The visit was Bin Laden's and Khalifa's way of telling the Muslim communities highly influenced and penetrated by the Abu Sayyaf that the people got help because they support the cause of the Abu Sayyaf," Anzar said.

"They do the same in MILF-controlled areas," he added.

Though it set up livelihood projects, built mosques and schools and provided for the basic needs of impoverished Muslim communities, the IIRO also provided funds for the purchase of arms and other logistical requirements of the Abu Sayyaf, Anzar said.

In fact, he said, only 10 to 30 percent of the funds coursed through the IIRO went to the charity projects. "The bulk of the fund goes to terrorist operations of the Abu Sayyaf and the MILF. We have not lost contact with the MILF. We even coordinate with them. So we know they also get financial support from the IIRO."

He said the Muslim communities were aware that Khalifa and Bin Laden were "international terrorists and the projects were part of their agenda to win the hearts and minds of the Muslims."

Wali Khan Amin Shah, one of the conspirators convicted in 1996 for his role in a plot to blow up US planes, told authorities that a Muslim charity run by Khalifa and backed by Bin Laden had financed the plot, according to US and Philippine intelligence reports.

Now believed to be hiding out in Afghanistan, Bin Laden, the youngest son of a Saudi construction magnate, is wanted by the United States for allegedly masterminding the attacks on the US embassies in Kenya and Tanzania in 1998 which killed 224 people.

Khalifa was arrested in Sta. Rita, California, on Dec. 26, 1994 and was detained by the Federal Bureau of Investigation for using fake travel papers. His alleged ties to terrorist activities became evident on Jan. 6, 1995 when the police raided an apartment in Manila shared by Ramzi Yousef and Abdul Hakim Murad, both of whom were later convicted of the 1993 World Trade Center bombing in New York.

Khalifa was a frequent visitor here where he owned a rattan furniture factory on top of working with the IIRO.

**JOURNAL-CODE:** WDPI

**LOAD-DATE:** March 17, 2001

refworld
UNHCR The UN Refugee Agency
HUMAN RIGHTS WATCH

# Human Rights Watch World Report 1999 - Kenya



| | |
|---|---|
| Publisher | Human Rights Watch |
| Publication Date | 1 January 1999 |
| Cite as | Human Rights Watch, *Human Rights Watch World Report 1999 - Kenya*, 1 January 1999, available at: https://www.refworld.org/docid/3ae6a8a818.html [accessed 2 June 2023] |
| Comments | This report covers events of 1998 |
| Disclaimer | This is not a UNHCR publication. UNHCR is not responsible for, nor does it necessarily endorse, its content. Any views expressed are solely those of the author or publisher and do not necessarily reflect those of UNHCR, the United Nations or its Member States. |



## Human Rights Developments

The lead-up to Kenya's second multiparty election, on December 29, 1997, was fraught with violence and intimidation, and marred by government reneging on promised legal reforms to allow genuine political liberalization. Several peaceful pro-democracy rallies were brutally dispersed, an estimated one million eligible youth were denied registration, and over 100,000 people were displaced in the Coast Province following ethnically-driven attacks on groups largely affiliated with the opposition. Under pressure, the government made concessions a month before the election to allow some constitutional reform and to permit the registration of opposition party Safina. While these gestures calmed somewhat the volatile climate and allowed for the election to proceed, they were not sufficient to level the playing field to allow for a genuinely free and fair election. The reelection of President Moi for five more years and the victory of his ruling party was due both to longstanding government obstruction of the opposition as well as to deep divisions within the opposing parties, largely on ethnic lines.

There were hopes that the election would bring an end to the violence that had marred the run-up and that President Moi would finally permit reform after securing a further, and under consitutional term-limits, final term of office. However, 1998 was marked both by deepening ethnic hatred and continuing violence, and a growing political crisis due to the government's unwillingness to allow any reform that would end the absolute executive power wielded by President Moi. The president responded to calls for reform with a characteristic combination of recalcitrance and brutality, all the while making promises to bring about change.

In January, the results of the presidential election were challenged in a court petition by opposition Democratic Party (DP) leader Mwai Kibaki, who subsequently, with his lawyer, received anonymous death threats. "Ethnic" violence also followed in two DP constituencies in Rift Valley Province. Armed groups of Kalenjin (the president's ethnic group) attacked ethnic Kikuyu residents in night raids, raping, hacking with machetes, or killing with firearms, before looting and burning their homes. Over one hundred people were reportedly killed and thousands displaced. The initial attacks were well organized and from outside the community.

The attacks mirrored similar violence that had taken place in the run-up to the previous elections in 1992 and afterwards, when members of the ruling party attacked members of ethnic groups considered to support the opposition. In those attacks, it was later found that ruling party members had paid some attackers a fee for each

house burned and person killed and that government vehicles had transported some of the attackers. Since 1992, over 300,000 people had been displaced by this violence. The authorities consistently failed to provide adequate security to those under threat or to hold those responsible for the violence accountable. As in the past, the response of the security forces to the violence was slow and although some arrests were made and security temporarily increased, residents remained distrustful of the authorities.

In retaliation, members of the Kikuyu community attacked and virtually wiped out a Kalenjin community at Naishe (Lare), slaughtering men, women, and children. Shortly after the attack on the Kalenjin community, President Moi publicly called for peace and the violence subsided, although sporadic attacks continued through the year.

The renewal of political violence occurred against the backdrop of the calls for legal reform to curb presidential powers. Some significant legislative reforms were passed in November 1997 following talks between the government and opposition politicians in the Inter-Parties Parliamentary Group (IPPG). Prior to the election, a coalition of opposition parties, human rights, religious and nongovernmental groups came together in the National Convention Executive Council (NCEC) to call for constitutional reform. Peaceful rallies and strikes called by the NCEC in 1997 were met with brutal force, however, in what was a major factor in pushingfor the enactment of the reforms prior to the election. The government successfully divided the constitutional reform lobby by selecting the IPPG as a body to deal with and excluding the NCEC from participation in the reform process, reducing its momentum and dividing the reform constituency. By year's end, the reform crisis had not been resolved and the post-election environment continued to be characterized by distrust, infighting, and a lack of consensus□playing perfectly into Moi's hand.

In August, Kenya became the focal point of the international news following the bombing of the U.S. embassies there and in neighboring Tanzania. The attack on the embassy resulted in the death of some 400 Kenyans as well as twelve embassy staff members; thousands of Kenyans were wounded, many grievously. In addition to the human suffering caused by the bombing itself, the incident had further repercussions for the human rights situation. First, the event drew international attention from the domestic human rights problems in Kenya. Second, the government's response to the bombing was to crack down indiscriminately against foreigners and Muslim-run nongovernmental organizations (NGOs). Refugees without distinction were told to report to the immigration authorities and informed that documents issued by the U.N. High Commissioner for Refugees to them were no longer valid. When accredited refugees with UNHCR letters presented themselves at immigration, these letters were taken away and they were given papers that deemed them illegal immigrants.

In September, without making public the basis for the measures, the government canceled the registration of five Islamic relief agencies for allegedly supporting terrorism□the Al-Haramain Foundation, Help African People, the Islamic Relief Organization, the Ibrahim Bin Abdul Aziz Al Ibrahim Foundation, and Mercy Relief International. The authorities claimed that materials for the bomb were smuggled in as relief aid with the help of some Islamic relief agencies. The offices of Mercy Relief International had been raided by the Kenyan police and agents of the U.S. Federal Bureau of Investigations (FBI) shortly after the bombing.

Police brutality, bad prison conditions, lack of an independent judiciary, and repressive legislation remained major impediments to respect for human rights in Kenya. No progress was made during 1998 by the legal task forces formed by the attorney general in 1993 to amend or repeal repressive legislation that impinged upon the rights of freedom of speech, association, and assembly.

The independent media also came under attack. In April, the editor of Dispatch was arrested for an article containing "alarming information." In July, three publications were refused registration□ *Finance*, *Post*, and *Star* □and a fourth, *Kenya Confidential*, was told that it was functioning illegally since it had not registered. The same month, newspaper stalls were attacked by unknown assailants who destroyed hundreds of copies of the *Daily Nation* newspaper, the most outspoken daily.

## Defending Human Rights

A wide array of local human rights organizations were engaged in monitoring human rights in Kenya, but some came under threat during the year, particularly those associated with the NCEC. On January 19, a leading member of the NCEC was abducted by four armed plainclothesmen who drove him around in his car and threatened him for approximately two hours before abandoning him and taking his NCEC documents. In March, President Moi threatened to deregister a number of human rights NGOs following their support of the NCEC, including the Kenya Human Rights Commission. On January 27, a peaceful demonstration held in Nairobi to protest the outbreak of political violence in the Rift Valley was violently dispersed by police and two members of the Release Political Prisoners (RPP) group were arrested and charged with unlawful assembly. The charges were dropped on March 13.

On May 22, a member of the Kenya Human Rights Commission and a journalist were charged with theft and released on bail after being held incommunicado for four days. The arrests took place after a new pro-government group called NGO Watch accused them of stealing an advance copy of a confidential report and some personal property. Following the arrests, the offices of the Kenya Human Rights Commission were searched.

Following the de-registration of five Islamic relief agencies in September (temporarily stayed by a court order), the head of the NGO Coordinating Committee stated that other NGOs would be investigated and their registrations would be revoked. President Moi also announced that the government would reduce the number of NGOs in Kenya, raising concerns that some NGOs may be targeted for speaking out against government abuse. Shortly after, eleven more NGOs were de-registered for allegedy "deviating from functions they were registered for," and for "engaging in political matters."

The government-sponsored Human Rights Standing Committee, formed in May 1996, handed its sixth confidential report to President Moi, but otherwise remained silent on abuses occurring in the country.

## The Role of the International Community

In the lead-up to the election, Kenya's main donors played a positive role in pushing the government to concede to domestic demands for genuine pluralism. Donors took a more unified public stand around human rights than in the past, although they stopped short of placing human rights conditions on donor aid. In a series of joint statements in 1997, several donor countries criticized police brutality, government harassment of the opposition, and the need to respect the rights to life, speech, assembly, and association.

Donors continued to unite to protest human rights problems during the year, although less frequently than in 1997. On election day, international observers from twenty-two embassies, known as the Donor's Democratic Development Group, monitored the process. This group issued a January 9, 1998 statement noting that "a significant number of young Kenyans were denied the right to register [to vote] as they had not received their identity cards in time." The statement also noted that the government's minimal constitutional reforms did improve the political climate and reduce violence, however "the timing of these reforms just prior to the elections reduced their ability to level sufficiently the playing field." The same group also issued another statement in January 1998 expressing concern over the outbreak of "ethnic" violence and the "slow and ineffective response by security forces."

Following the election, international attention to the human rights situation declined significantly. Small concessions orpromises by the Kenyan government, often not carried through, were hailed as major steps forward, missing the ongoing pattern of government unwillingness to promote and protect rights. During 1998, international attention focused mainly on Kenya's worsening economic situation and its dismal record on corruption. The international financial instititutions remained dissatisfied with the lack of economic reform occurring in Kenya, and World Bank and IMF funding remained suspended since 1997 pending progress on corruption. There were some preliminary attempts by twenty-four of Kenya's donors to produce a document setting out ways for donors to better coordinate their funding efforts with regard to promoting human rights and good governance in Kenya. It is hoped that this document will be put into effect by Kenya's donors.

## European Union

The E.U. did not have a central focus on human rights in Kenya, although it did raise concerns where rights violations impeded good governance. The E.U. signed several joint statements with other donors during the year. On January 6, 1998, the E.U. released a strong statement on the Kenyan elections noting that "in several respects, the process fell short of normal democratic standards...The 1997 elections, despite the shortcomings, may be seen as a further step in Kenya's development towards greater democracy. It is clear that despite positive developments in recent years, that process still has far to go. A democratic culture has yet to take root across the country." The statement concluded by urging that the constitutional review process was of "central significance" and needed to be embarked on immediately.

The European Commission has a budget of about two million ecus to spend to promote good governance in Kenya over a five year period. However, this amount remains untouched, largely due to the lack of progress by the Kenyan government on governance issues.

## United States

Although human rights concerns remained on the U.S. agenda, trade and economic concerns as well as the embassy bombing tended to take precedence over the human rights situation. Kenya was visited by a number of high-ranking U.S. officials. In February, Special Envoy for the Promotion of Democracy in Africa Rev. Jesse Jackson, visited Kenya and toured areas of the Rift Valley affected by the political violence. Rev. Jackson spoke out strongly against the violence both publicly and in a meeting with President Moi. As a result of his urging, President Moi visited the affected areas shortly after. This was the second trip by Rev. Jackson and a welcome change from the silence on human rights issues during his previous visit.

In March, President Clinton's trip through several sub-Saharan countries by-passed Kenya due in part to its lack of progress on economic and human rights reform. President Moi was one of several African presidents who met President Clinton in Uganda and signed the U.S.-inspired Entebbe communique that pledged its signatories to uphold human rights. The Clinton visit also made time to allow the voice of the Kenyan human rights community to be heard. During Clinton's visit to Senegal, Kenyan Archbishop Ndingi Mwana'a Nzeki participated in a face-to-face session held with civil society and human rights activists and spoke of human rights violations in Kenya.

In July and September, economic and trade concerns were raised in visits by Treasury Secretary Robert Rubin and Commerce Secretary William Daley respectively. During his visit, Secretary Rubin noted that U.S. assistance would be predicated on continued economic and political reforms, but did not raise human rights concerns in any further detail. Secretary Daley made no public reference to human rights concerns. In August, Secretary of State Madeleine Albright visited Kenya following the bombing of the U.S. Embassy to express her sympathies.

In 1998, U.S. development aid to Kenya totaled U.S.$23.5 million. Approximately two-thirds of this aid was allocated to program assistance directed almost entirely to nongovernmental organizations.

Copyright notice: © Copyright, Human Rights Watch

# *Some Charities Suspected of Terrorist Role*

**By Judith Miller**

Feb. 19, 2000

Government officials investigating a decade of international terrorist attacks say they have found a common thread, Islamic charities and relief organizations that they suspect are being used to move men, money and weapons across borders.

American officials said Osama bin Laden, the Saudi exile charged with masterminding the 1998 bombings of American Embassies in East Africa, relied on at least nine of the groups in his recent operations.

Other charities and relief groups, the Americans said, have been linked to a recent plot to bomb historic and tourist sites in Jordan, the 1993 bombing of the World Trade Center and terrorist attacks in Egypt against tourists and Government officials.

''These charities and relief groups are a crucial part of terrorism's infrastructure,'' said one official who monitors terrorism closely. ''Money people give for worthy causes should not wind up buying explosives or phony passports. But we still know too little about how Islamic fundamentalists use and abuse these groups.''

Most of the 6,000 Islamic groups operating worldwide are considered legitimate and provide emergency relief in dangerous and desperate places with the support of friendly states. In addition, the officials said, the charities are often unaware that terrorists have used them as cover.

''Most of these groups do some good works in some places,'' one official said. ''And often, only a few officials or a single chapter involving a small part of the charity's leadership or resources is being used.''

Although the administration has previously investigated alleged links between individual Islamic charities and specific terrorist groups, this is the first time that it is scrutinizing a block of such groups to determine whether they are being used, wittingly or not, by Islamic terrorist networks. As such, officials say, the inquiry is a major expansion of the government's counterterrorism efforts.

Israel has been pressing the United States for years to spearhead an international crackdown on Islamic charities and private relief groups. But officials said Washington had been reluctant to interfere in a domain safeguarded by constitutional guarantees of free association and separation of church and state. In addition, officials said, they lacked evidence that could be used in public court proceedings.

In recent months, American officials have circulated within the government a list of more than 30 groups that they are examining for links to terrorism, at least two of which are based in the United States.

Last month, a team of officials led by the Treasury Department visited Saudi Arabia, Kuwait, Bahrain and other Arab states to discuss specific charities with their Middle Eastern counterparts.

In Canada, officials said they planned to seek new legal authority to confiscate the assets of charities that acted as fronts for terrorism. This measure, the officials said, is part of a broad antiterrorism package that the Government will soon propose to Parliament. Canada cut off government financing in 1997 to Human Concern International, a Canadian-based group, for what official documents call the group's ''terrorist connections.''

That group is also being investigated by the United States, American and Canadian officials said. The director of the charity, Kaleem Akhtar, denied that his group had terrorist links and said it was ''totally wrong'' to defame groups that did such good work.

American officials said their investigations into the role of such Islamic charities and relief groups had been prompted by recent terrorist attacks and plots. The officials acknowledged that the scrutiny was politically and diplomatically sensitive.

American officials said charities could provide excellent cover for terrorist groups, because relief workers are welcomed almost everywhere and their shipments of supplies are rarely checked by border guards or the police.

Discovering the origins and supporters of such charities may be difficult, investigators said. While the United States, Canada and several European states require tax-exempt charities to file at least annual reports listing their assets, expenditures and officers, many states, including several in the Middle East, do not.

One instance in which investigators said they believed that the role of charities was crucial was the bombings of the embassies in Kenya and Tanzania in 1998, crimes that killed more than 200 people and wounded thousands.

Prosecutors said material seized from the Nairobi office of the Mercy International Relief Agency includes records of calls to the cellular telephone of Mr. bin Laden. Another document found at the office, dated two weeks before the bombings, refers to "getting the weapons from Somalia."

Mercy, based in Ireland, was one of five private associations that Kenya closed weeks after the bombing. The government said those groups had "deviated from development objectives" and "posed a serious threat" to Kenya's security.

In recent days, officials disclosed that a roommate of one the men charged with plotting to bomb targets in the United States had worked for Mercy in Dublin.

The State Department stepped up its efforts to investigate the charities last year, after officials involved in counterterrorism found that the United States government had inadvertently helped support questionable charities. The State Department had included a charity that counterterrorism officials say has ties to Sudan's governing Islamic party on a list of 50 groups through which Americans could aid Kosovo refugees. The State Department has identified Sudan as a terrorism sponsor.

The charity, the Islamic African Relief Agency, also received two grants in 1998 worth $4.2 million for work in Mali from the State Department's Agency for International Development. The grants to the charity, which is one of the 30 being scrutinized, were cut off in December at the State Department's request on grounds that they were not in America's "national security interests," an A.I.D. official said. The organization's president said he was appealing the decision.

Speaking from Columbia, Mo., where the charity has been registered since 1984, its director, Ahmed Mubarak, said that his group had "nothing to do with Sudan" and that Washington had never accused it of any terrorist-related activity. "We are simply trying to help people wherever they need help, Mr. Mubarak said."

The list of more than 30 groups with suspected terrorist ties includes two in the United States, the Global Relief Foundation Inc. and the Holy Land Foundation for Relief and Development, in Richardson, Tex.

American officials have been looking into Holy Land since the mid-90's. Some government officials recommended that the group be prosecuted in 1997 for supporting Hamas, the militant Islamic group. But others opposed the effort, fearing that it would expose intelligence sources and spur public criticism of the administration as anti-Muslim.

The inquiry appears to have been revived. Responding recently to a lawsuit by Steven Emerson, a journalist who follows militant Islamic groups, the State Department said it could not make documents about Holy Land public because the group was the subject of ''an ongoing law-enforcement proceeding.''

A lawyer for the group, Donya C. Witherspoon, said Holy Land had no involvement with terrorism and had been very careful that its donations cannot be used by terrorist groups. ''Their whole purpose and emphasis is antiterrorist,'' Ms. Witherspoon said.

Contending that it was a front for Hamas, Israel closed the charity and four others in May 1997. An Israeli official said the government had provided ''thousands of pages of information'' about the group to American officials, urging them and other Western governments to close it.

A lawyer for Global Relief, Stanley Cohen, called the investigation of that foundation a ''scurrilous attack'' and ''another of the government's pathetic attempts to sully committed Islamic organizations.''

Reports filed for 1998, the most recent available, said Global Relief, of Bridgeview, Ill., had an income of $1.7 million and distributed ''food, clothing, relief supplies'' to refugees, flood victims and orphans.

# Terror by degree

The Times

October 18, 1997, Saturday

Copyright 1997 Times Newspapers Limited

**Section:** Features

**Length:** 3236 words

**Byline:** James Bone and Alan Road

## Body

In Swansea he's remembered as an unassuming engineering student, but to the FBI he's the international terrorist responsible for the World Trade Center bombing. James Bone and Alan Road trace the double life of Ramzi Yousef

THE MAN NOW known as Ramzi Yousef is remembered at the Swansea Institute of Higher Education as a diligent student whose major project was to apply computer design to geometric Islamic patterns. The young Pakistani, born and raised in Kuwait, took a Higher National Diploma in computer-aided electrical engineering at the college between 1987 and 1989. He seemed perfectly law-abiding. Like the other foreign students, he registered with the local police station at the start of each academic year. Until the Special Branch and MI5 and the CIA turned up on their doorstep, none of the staff at the school had any clue that their unassuming pupil had graduated to become the most wanted terrorist in the world.

"He was hard-working, conscientious and kept himself to himself," said his computer graphics instructor, who asked not to be named for fear of reprisal. "That about sums him up over the two years he was here. There were other older Arabic students at the time, but to the best of my knowledge he didn't socialise with them. He was hard-working and very capable."

When police in the Philippines chanced on Yousef's bomb factory after a fire in Manila on January 6, 1995, they reportedly found a copy of a chemistry textbook from the library of the Swansea Institute. Yousef himself was only apprehended a month later in Pakistan when a fellow Muslim tipped off the authorities in the hope of winning the $ 2 million reward posted by the US government. He is now in a holding cell in New York, deprived of his wristwatch, toothpaste, shaving cream, even - until he won a court order - his Koran, and barred from meeting anyone but his attorney lest he try to orchestrate revenge attacks.

He has already been convicted of a Hollywood-style plot to blow up 11 American jumbo jets almost simultaneously, and is now standing trial as the alleged mastermind of the 1993 bombing of the World Trade Center in New York.

By any accounting, Yousef, at just 29, is one of the most audacious terrorists of all time, a master-criminal on a par with Carlos the Jackal or Abu Nidal. Not only did he allegedly tell FBI

agents after his arrest that he had planned to kill 250,000 people by toppling one of the World Trade Center's 110-storey twin towers on to the other one, he also boasted that he had considered gassing the huge complex with lethal hydrogen cyanide.

If executed, his plot against American airliners would have killed some 4,000 passengers within the space of two days. In addition, he has been linked to the bombing of a Filipino airliner, which left one Japanese traveller dead; an attack on a Shia shrine in Mashhad, Iran, which claimed 70 lives; an explosion at a theatre in Manila; another blast near the Israeli embassy in Bangkok; a plot against the then-prime minister of Pakistan, Benazir Bhutto; and an attempt on the life of Pope John Paul II.

When seized, according to the FBI, he bragged about plans for a kamikaze attack on CIA headquarters with a light aircraft packed with explosives, and said he was preparing to assassinate President Bill Clinton by releasing phosgene gas during a presidential visit to the Philippines.

SITTING JUST YARDS from Yousef in an oak-panelled courtroom in downtown Manhattan, it is difficult to comprehend that this lean, raven-haired young man with flapping ears and a bulbous nose is an international enigma. Although often described as a Muslim fundamentalist, Yousef arrives in court clean-shaven and, on most days, wears a tan business suit. He could almost be the yuppie engineer his teachers at the Swansea Institute no doubt hoped he would become.

When he defended himself in his first trial, he was courteous to the jury and insisted on referring to himself in the third person. ("I have seen better lawyers," the judge declared, "but I have also seen worse.") In the current trial, he chats contentedly with the defence lawyers, banters with the prosecutor and even laughs at the judge's jokes. But there are some tell-tale signs of his murky past: the tip of the middle finger on his right hand is badly deformed after it was almost severed in an explosion, and he has an injured left eye that drifts lazily around the room.

Over the years, Yousef has used at least a dozen aliases. On the formal indictment, he is named as Ramzi Yousef, aka Azan Muhammad, aka Khurram Khan, aka Rashed, aka Kamal Ibrahim, aka Abdul Basit, aka Adam Ali Qasam, aka Naji Haddad, aka Dr Paul Vijay, aka Dr Adel Sabah, aka Amaldo Forlani, aka Muhammed Ali Baloch. At the Swansea Institute, Yousef registered as Abdul Basit Mahmoud Karim. According to an investigation by The New Yorker magazine, his full name is Abdul Basit Mahmud Abdul Karim. In his only interview from jail, Yousef told the London-based Arabic newspaper Al-Hayat that his real name was Abdul Basit Balochi. But he added that he had become "accustomed" to Ramzi Yousef.

At first, investigators suspected that Yousef was an Iraqi secret agent. They speculated that he had appropriated the identity of the Swansea Institute student during Iraq's occupation of Kuwait, even substituting Yousef's fingerprints in government records. Unfortunately, the Swansea Institute did not take any photographs of its students in the 1980s. The school did keep a file on Abdul Basit Mahmoud Karim, but it disappeared from a locked office the day after it was located and photocopied by the Special Branch (there was no investigation of the burglary). The local police station does have a photograph of the Swansea student, but refuses to release the picture, citing the Data Protection Act.

A number of tantalising clues do point towards an Iraqi connection. Yousef once visited Baghdad and he first arrived in America on an Iraqi passport. The only one of his alleged co-conspirators still at large is an Iraqi who fled back to Baghdad, where he now lives openly. What is more, Kuwait has identified Yousef as a man who collaborated with occupying Iraqi forces, and it should not be forgotten that the World Trade Center bombing itself took place on the second anniversary of the liberation of Kuwait.

Years of investigation have convinced British and American intelligence services, however, that Yousef and the Swansea student are one and the same man and that he is linked to a shadowy Islamic underground spanning the globe from Egypt to Afghanistan to the Philippines. "He is a new breed of terrorist," says Vincent Cannistraro, a former head of counter-terrorism at the CIA. "You do not have tightly knit groups supported by intelligence agencies. What you have is a loose group based on some kind of activism."

Yousef's true identity holds the key to unravelling the terrorist network that sustained him. In his interview with Al-Hayat, Yousef disclosed that he was born in Kuwait to a Pakistani father and a Palestinian mother, and had relatives in Pakistan, Kuwait and Palestine. He also revealed that he was married to an Arab woman and had two young daughters, one of whom was born while he was a fugitive. Although he speaks almost unaccented English, Yousef has a Gulf accent in Arabic. He calls himself "Pakistani by nationality" but "Palestinian by choice".

Indeed, Yousef openly declares himself to be a supporter of the previously unknown Liberation Army, which aims to punish the United States for its support of Israel. "Since the US government every year sends military and financial aid worth hundreds of millions of dollars to Israel, all Muslims have the right to regard themselves in a state of war with the US government," he announced in a statement released through his lawyer. One threatening letter allegedly found in Yousef's computer bore the signature: "The Fifth Battalion of the Liberation Army under the leadership of Abu Baker Almaki." It was the same group that claimed responsibility for the World Trade Center bombing.

Raghida Dergam, the Al-Hayat correspondent who interviewed Yousef in jail, notes that, unlike other supposed fundamentalists, he raised no objections to being interviewed by a woman, and he did not even fast in jail during the Muslim holy month of Ramadan. When he arrived for the interview, he brought a stack of papers to prove his point about the illegality of the Israeli occupation of Arab lands. Tellingly, he denounced Yasser Arafat as an "Israeli agent".

"To me, he is not very religious," Dergam says. "In fact, he did not come across as a fundamentalist as such. He would fit more as a freedom fighter for the liberation of Palestine than the description of an Islamic fundamentalist driven by religion. He is very convinced there is something unjust in the actions of Israel and there has to be a way to bring attention to it. By that he justifies 'terror for terror'. My impression is that he is not a gun-for-hire."

YOUSEF'S FATHER is believed to be a Baluchi tribesman from Pakistan named Muhammad Abdul Karim, who moved to Kuwait to work as an engineer. Yousef was born in April 1968 in Fuhayhil, a working-class suburb of Kuwait City with a sizable Palestinian population. (Abdul Hakim Murad, Yousef's co-defendant in the plot against US airliners, is apparently a teenage friend from Fuhayhil.) In the town, Yousef was immersed in the radical ideologies of Palestinian nationalism and strict Sunni Islam. In the early 1980s, his father got involved with the puritanical

Wahhabi sect of Sunni Islam - the dominant tendency in Saudi Arabia - and an associated fundamentalist group known as the Salafis.

When the family moved back to Turbat in Pakistan in 1986, they found the town had become a staging post for the Mujahidin waging war against the Soviets across the frontier in Afghanistan. On his return from his studies in Swansea, Yousef joined his father, an uncle and two of his brothers, and enlisted for the jihad. His nom de guerre was Ramzi.

A year later, Yousef had returned to Kuwait, apparently taking a low-ranking job at the Planning Ministry. He was in the emirate when Iraq invaded in August 1990. Despite what Kuwait says about him collaborating with Iraqi forces, one of his seized passports suggests that he simply joined the mass exodus of foreign workers out of Kuwait to return home to Pakistan.

In early 1991, he surfaced in the Philippines, seeking to establish contact with the Abu Sayyaf separatist group fighting for independence for the Muslim population on the southern island of Mindanao. Edwin Angeles, a high-ranking defector, told the Washington Post that Yousef, travelling under his real name and accompanied by his childhood friend Murad, presented himself as a member of the executive committee of the International Islamic Brigade, an organisation that had recruited volunteers for the Afghan war. Yousef also told the Abu Sayyaf leader that he wanted to use the Philippines as a "launching pad" for international terrorism. Prosecutors allege that the conspiracy to bomb the World Trade Center began when Yousef left the Philippines on an Iraqi passport in 1992. By the end of May, he had turned up in the Pakistani frontier town of Peshawar. There he met Mohammad Ajaj, a Palestinian who had been expelled from Israel and sought exile in Texas. The one-time Domino's Pizza deliveryman had come to Peshawar for training in an Afghan camp. On September 1, 1992, the two boarded a Pakistani Airlines flight for New York.

Their arrival at John F.Kennedy Airport had elements of farce, but may actually have been a carefully planned diversion. Ajaj presented a fake Swedish passport, which failed to fool the immigration officer, who simply peeled off the photograph to find another underneath. When Ajaj was searched, police found three more passports - one British, one Saudi and one Jordanian - and a suitcase full of bomb-making manuals. He was arrested and remained in jail until after the World Trade Center bombing. Yousef, meanwhile, calmly showed an Iraqi passport with no US visa and said he had bribed his way aboard the flight by buying a boarding pass for $ 2,700. He asked for political asylum, and was freed pending an asylum hearing.

YOUSEF QUICKLY sought out the radical Muslims who congregated at the shabby shopfront mosques in Brooklyn and New Jersey. There he encountered the followers of Sheikh Omar Abdel Rahman, the blind Muslim cleric and fundamentalist leader later convicted in New York of sanctioning the World Trade Center bombing. The two could have met during one of the Sheikh's trips to Afghanistan, where both his sons fought in the jihad. According to court papers, the Sheikh's chauffeur introduced Yousef to his boss as "a friend from Afghanistan, a guy who will do anything".

In the current trial, Yousef is accused of organising a somewhat feckless group of local Muslim fundamentalists to bomb the World Trade Center. Prosecutors say he acquired the chemicals, mixed the explosives and then helped drive the truck bomb into the underground car-park beneath the twin towers. The blast on February 26, 1993, killed six people and injured 1,000

more, and marked the arrival of international terrorism on American shores. Four fundamentalists were quickly rounded up when one of them returned to collect the deposit on the Ryder rental van that had carried the bomb, saying it had been stolen. But Yousef had already escaped aboard a flight to Pakistan.

The United States launched a worldwide manhunt. The FBI put him at the top of its "Most Wanted List" and offered a $ 2 million reward. Yousef's photograph was printed on thousands of green matchboxes distributed throughout the Middle East. He is believed to have gone underground in the riot-torn Pakistani port of Karachi. Within months, according to police in Pakistan, Yousef was plotting to assassinate Benazir Bhutto. Another teenage friend from Kuwait, Adbul Shakoor, told them that he, Yousef and Murad had scouted for locations to kill Bhutto. The plot collapsed when a bomb Yousef was making in a Karachi apartment exploded in his face - injuring his fingers and his eye.

Shakoor also implicated Yousef in the explosion that killed 25 people at Mashhad in Iran on June 20, 1994 - an attack on a Shia shrine. Thai police also linked Yousef to a failed truck bombing of the Israeli embassy in Bangkok that March. Later that year, Yousef returned to the Philippines by boat from Malaysia and resumed training Abu Sayyaf guerrillas in the south of the country. On December 11, he bought a ticket in the name of an Italian politician, Amaldo Forlani, on a Philippines Airlines plane from Manila to Tokyo. Smuggling a liquid explosive aboard in a bottle of contact-lens solution, he assembled a bomb in the lavatory and left it under his seat before getting off at a stop-over in Cebu City. One Japanese businessman was killed when the bomb went off, but the plane managed to stay in the air. Police believe he was testing his plans for what he had codenamed - in Serbo-Croat - "Project Bojinka".

A fire led police to Flat 603 in the Dona Josefa Apartments in Manila at 10.30pm on January 6, 1995. It was a serendipitous event that probably saved thousands of lives. The authorities had been on alert for the imminent arrival of Pope John Paul II, and the flat was located just 200 yards from the Papal Nunciature. Inside the flat they found a mixture of crystalline chemicals in the sink, a pipe bomb and timer, a hand-written bomb manual in Arabic, ecclesiastical robes intended as disguises, a road map of the Pope's route and, most importantly of all, a Toshiba laptop computer. Yousef had rented the one-bedroomed flat in December and was sharing it with his old schoolfriend, Murad. When the fire broke out, the two calmly left the building - Yousef chatting on a mobile phone - and hid in a nearby karaoke bar. Murad was arrested when he returned to clean out the flat, but Yousef again eluded the law.

An analysis of deleted files in Yousef's laptop revealed the scope of "Project Bojinka". Five terrorists - codenamed Mirqas, Markoa, Obaid, Majbos and Zyed - were to plant bombs aboard a total of 11 US airliners before escaping to Pakistan. The computer hard-drive also yielded the draft of a letter claiming responsibility for the attacks.

Yousef's globetrotting terrorist career came abruptly to an end when, to investigators' surprise, an acquaintance tipped off authorities in the Pakistani capital, Islamabad. Ishtiaq Parker, a South African Muslim who lived across the street from Yousef, was apparently tempted by the $ 2 million reward. Pakistan soldiers and US agents descended on the Su Casa guesthouse and found Yousef with two remote-controlled toy cars packed with plastic explosives, and a collection of newspaper stories about his exploits.

PROSECUTORS DO NOT have to prove who funded his terrorist exploits or to establish his real identity in order to secure a conviction. All they have to do is show beyond a reasonable doubt that the man in the dock committed the crimes with which he is charged. Investigators favour the theory that Yousef has been supported by rich Saudi extremists with whom he became involved during the Afghan war. In his Al-Hayat interview, Yousef revealed that the mysterious Liberation Army had "military divisions and groups, each of which is concerned about the affairs of the Islamic movement in different countries" and said it was "still existing and sometimes carries out military actions and does not claim responsibility for them". Asked who commanded the group, he answered: "Unknown, it is a secret."

The prime suspect is Osama bin Laden, the now notorious Saudi multi-millionaire who lives in exile in the hills of Afghanistan. The scion of a family which made its fortune in construction, Bin Laden is believed to have financed terrorist training camps to wage a personal jihad against the United States and moderate governments in Egypt, Algeria, Yemen and Saudi Arabia. "The weight of evidence points to a bin Laden connection rather than a state sponsor connection," says Cannistraro, the former CIA counter-terrorism chief.

When Yousef was apprehended, he was staying in a guesthouse set up for Afghan war veterans by Bin Laden and had Bin Laden's address in his wallet. A Bin Laden connection might also explain Yousef's trips to the Philippines, where the Abu Sayyaf group is thought to receive much of its money from Mohammed Jamal Khalifa, Bin Laden's brother-in-law.

But in a recent interview in Afghanistan with CNN, Bin Laden denied that he knew Yousef and insisted that he had no connection to the World Trade Center bombing. He dismissed the allegations against him as smears by American and Pakistani officials.

The staff at the Swansea Institute are understandably embarrassed that Yousef should have become their most famous alumnus. Members of the faculty have pored endlessly over police mugshots in an effort to jog their memories. They do recall that specialist magazines continued to arrive in the college post-room long after he departed, and that he never picked up a package he had left with a colleague. They are insistent, however, that Yousef did not learn his terrorist techniques on British soil. "His project was quite innocuous," his tutor insists. "Nothing that might be useful for a bomb-maker."

**Load-Date:** October 20, 1997

End of Document

1 of 1 DOCUMENT

Copyright 1998 Indigo Publications
The Indian Ocean Newsletter

September 12, 1998

**SECTION:** POLITICS & POWER; KENYA; N. 824

**LENGTH:** 337 words

**HEADLINE:** Banned Islamic NGOs

**BODY:**

When Kenyan head of state Daniel arap Moi two weeks ago threatened to cancel the authorization of certain NGOs, he seemed to be targeting local NGOs close to the opposition, such as Citizens Coalition for Constitution Change, Clarion, Kenya Human Rights Commission, International Commission of Jurists' local branch, or Kituo cha Sheria (a legal aid centre) among others, which have been highly critical of the political establishment.

But the ban pronounced "for security reasons" on September 8 hit NGOs associated with fundamental Islamism inside and outside of Kenya following investigations into last month's bomb attacks on American embassies in Nairobi and Dar es Salaam. The NGOs are Al Haramain Foundation, Help Africa People, Ibrahim bin Abdul Azziz al Ibrahim Foundation, International Islamic Relief Organization, and Mercy Relief International Agency.

Kenyan CID officers and US FBI agents searched the Nairobi offices of Mercy Relief International (which is suspected of having played an essential role in forwarding basic bomb-making components) after the attacks. Several of the terrorist suspects are believed to have entered Kenya as salaried employees or officials of fundamentalist NGOs. Last year, the Kenyan government had arrested several fundamentalists working for the Al Haramain Foundation on charges of inciting trouble between Christian and Muslim believers in Kenya's North-East Province (a region inhabited by mostly Somali Muslims) by pushing local inhabitants to boycott relief from non-Muslim NGOs. Churches in Wajir District were fired recently, allegedly by radical Muslim elements, and the Kenyan authorities again suspected the Al Haramain Foundation.

I.O.N. - Muslims make up some 25 percent of Kenya's population and the government ban on Muslim NGOs has sparked anxiety and protests. The very conservative and pro-government Supreme Council of Kenya Muslims went as far as accusing, in a statement, the regime of "demonizing" Islam by blaming it for the attacks.

**LOAD-DATE:** September 16, 1998

1 of 2 DOCUMENTS

Copyright 1996 U.S. News & World Report
U.S. News & World Report

July 8, 1996

**SECTION:** WORLD REPORT; Pg. 32

**LENGTH:** 433 words

**HEADLINE:** A helping hand from Saudi Arabia

**BYLINE:** By Richard Z. Chesnoff; Robin Knight

**DATELINE:** Saudi Arabia; London

**HIGHLIGHT:**
Who funds Hamas?;

**BODY:**

From a spacious headquarters in a warehouse near Jidda Port, the International Islamic Relief Organization coordinates a multimillion-dollar campaign to fund communal and social work among refugees and the poor throughout Africa, Asia and the Middle East.

But according to Western intelligence sources, the relief organization does much more than that: They believe that the IIRO, one of the largest nongovernmental organizations in Saudi Arabia, is a major clearinghouse for an estimated $ 20 million a year in Saudi financial aid to Islamic extremists in Gaza and the West Bank. It's all a high-risk gamble for the kingdom. Allowing the raising of money for foreign groups that support religious extremism and terror, say these intelligence sources, could spark even greater dissent against the Saudi government.

Dangerous liaisons. Much of the aid sent to the West Bank and Gaza, report these sources, is given as unsupervised cash grants. The funds are first transferred to London and Amman bank accounts of Islamic welfare organizations such as the Palestine and Lebanon Relief Fund (PLRF) and the Palestinian Relief and Development Fund (Interpal). At least some of that money, say the sources, winds up financing Hamas activities, from funding the families of suicide bombers to bankrolling the suicide units.

Farid Y. Gurashi, the general secretary of the IIRO, denies that his organization sends support to any political group, "even if it's a good cause." But, adds the American-educated Gurashi, "it would be silly and unacceptable to say we cannot help Palestinians."

According to a copy of a document obtained by U.S. News, officials of a Hamas fund-raising group in the West Bank and Gaza were instructed to send letters of thanks to the executives of the IIRO and another Saudi organization, the World Association of Muslim Youth, for "charity for this year."

A spokesman for Interpal in London denies either group has any ties to Hamas. And, after a three-month investigation, the British Charity Commission declared it could find "no deliberate transfer of funds to Hamas." But David Rich, head of the BCC's Investigation Unit, says that "considering where the money goes, it is conceivable some of it reaches Hamas supporters."

Government officials in Riyadh insist that while Saudi businessmen and worshipers may have made private gifts to Hamas and other Palestinian extremist groups, the Saudi government never provided direct aid to Hamas. But Riyadh diplomats say that such donations by businessmen are oftenofficially sanctioned--and even "suggested."

**GRAPHIC:** Picture, A pro-Hamas demonstration in Gaza. And letters of thanks for "charity for this year" (Ahmed Jadallah--Reuter)

**LOAD-DATE:** July 5, 1996

e-borneo.com
Experience Borneo Electronically

Sipadan Hostage Crisis



Sponsor Highlight



error:
This account has been deactivated.
mamma MEDIA SOLUTIONS

**News Source**

Borneo Bulletin
Daily Express
New Sabah Times
Bernama
The Manila Times
CNN.com
Reuters

10 August 2000 - The Straits Times

# Osama gave funds to Abu Sayyaf: Manila

MANILA -- Philippine Defence Secretary Orlando Mercado said international terrorist Osama bin Laden has provided funds to Muslim extremists holding more than a dozen hostages in the southern Philippines.

Mr Mercado said he could not detail military information on the link between Osama and the Abu Sayyaf group, but remarked that ""in recent years, they had been receiving funds''.

He added that the Abu Sayyaf had been ""boasting'' of their connection with Bin Laden, a wealthy Saudi dissident living in Afghanistan and wanted by the United States for masterminding a terrorist attack on two US embassies in east Africa in 1998 which killed 224 people.

Mr Mercado was reacting to a report by the Philippine Daily Inquirer newspaper yesterday, quoting a former member of the Abu Sayyaf group as saying that Bin Laden and his brother-in-law Mohammad Jamal Khalifa had set up the International Islamic Relief Organisation (IIRO) in 1992 only to serve as a front for funding extremist groups.

The Abu Sayyaf member, identified only as Abu Anzar, said the IIRO worked under the Muslim World League, an organisation supported by the Saudi Arabia government.

Anzar said the relief organisation, in the guise of giving charity to local Muslim communities, provided funds to the Abu Sayyaf for acquiring arms.

Meanwhile, Muslim separatist guerillas raided a village in the southern Philippines and briefly held several Christian villagers as human shields against government troops, a military spokesman said yesterday.

Major Julieto Ando said about 50 members of the Moro Islamic Liberation Front stormed the village of Takol in Davao del Sur province on Tuesday, ransacking homes for food and rations.

When government troops arrived later, the rebels hastily fled but seized an undetermined number of villagers to be used as human shields, Major Ando said.

Back to Sipadan Hostages News

Back to This Week's Borneo News

**Info Sections -** Info Borneo Inside Borneo Inside Internet

**Premier Services -** Borneo Forum Classified Ads Online Chat Event Board Free Email Web Hosting Electronic Cards Borneo Auction Borneo Quiz

**E-Borneo Project -** General Info Contribution Feedback Submit URL Mailing List Link to Us

Home | About e-Borneo | Announcement | Services | Bookmark Us | Disclaimer | Privacy Policy | Copyright | Contact

Copyright © 1999, 2000 e-Borneo. All rights reserved worldwide

# Overseas Immigration News

5-21-1999

Items from Canada (2), Ireland (2), Germany,
Turkey, South Africa, and Australia –

Immigration claims teacher linked to terrorists Alleged Al-Jihad member:
Egyptian denies allegations, is appealing legal proceedings
By Stewart Bell
The National Post, May 20, 1999

Immigration officials have linked a biology teacher living in Canada since 1996 to an Egyptian terrorist group that is part of the Osama bin Laden network blamed for last year's deadly bombings at American embassies in Kenya and Tanzania.

Mahmoud Es-Sayy Jaballah is identified in a Federal Court document, filed to support his appeal on a refused refugee claim, as an "alleged member" of Al-Jihad, a unit of bin Laden's World Islamic Front.

Al-Jihad is behind a violent campaign to establish an Islamic state in Egypt.

Mr. Jaballah, 37, is currently being detained in a Toronto jail awaiting deportation on the grounds he is a national security risk.

He admits to being arrested in Egypt in connection with terrorist activity but says he is innocent.

"Quite simply, I am a devout Muslim," he said in a court statement.

"I have never belonged to any particular political or religious group."

A document filed in court diagrams the alleged connections between Mr. Jaballah and Al-Jihad, which the U.S. state department describes as an "Islamic extremist group" that "specializes in armed attacks against high-level Egyptian government officials."

Written by Terry MacKay, an official in the Immigration Department's war crimes unit, the document says Mr. Jaballah worked for an organization in Pakistan that "secretly funds terrorism."

The document also links Mr. Jaballah to Abdel-Bari, who Mr. MacKay said "controls" a group that is the "propaganda machine for Al-Jihad."

Steve Rosenbaum, Mr. Jaballah's lawyer, countered the diagram was "conjecture and has no basis in fact."

The latest of dozens of would-be Canadians to face deportation under Canada's anti-terrorism laws, Mr. Jaballah is scheduled to appear in court next month on the security-risk proceedings.

Born in Al-Shrqia, Egypt, Mr. Jaballah earned his bachelor of education degree from the University of Zakaziki.

At age 19, he was arrested in connection with the 1981 assassination of Anwar Sadat, the Egyptian president, but was released two years later without being charged.

He was again arrested in August, 1987, for allegedly conspiring to assassinate Egypt's interior minister.

Later that year, an Egyptian newspaper article, filed as evidence, identified Mr. Jaballah as a member of the military wing of an Islamic extremist group "that supported the operations of political assassinations."

After being detained seven times by Egyptian authorities, during which time he claims to have been tortured but never charged with any crimes, Mr. Jaballah fled to Saudi Arabia and then to Pakistan, where he worked for the International Islamic Relief Organization (IIRO).

Immigration Canada claims in court documents that the IIRO "secretly funds terrorism," by raising money for Al-Jihad. Since Mr. Jaballah was employed by the group, "he has direct links to terrorism," Mr. MacKay argued.

Mr. Rosenbaum said "that some people who may be linked to terrorism" had used the group "as a front to cover the intention of his real activities," but maintained it is a humanitarian agency.

Mr. Jaballah left Pakistan in 1994 and lived in Yemen, Azerbaijan, and Turkey before arriving at Lester B. Pearson International Airport three years ago with his wife and four children.

He claimed refugee status because of his "political and religious beliefs."

His refugee claim was rejected March 14, 1999.

The Immigration and Refugee Board said there were "serious implausibilities and internal inconsistencies" in his claim and noted: "He is perceived by the authorities to be a militant Islamist who is allegedly wanted in connection with terrorist activities of which he claims to be innocent."

He was arrested on March 31.

Al-Jihad has been active since the late '70s. One faction is headed by Ayman al-Zawahiri, a key bin Laden leader.

Bin Laden, a Saudi-born billionaire, is suspected in the Aug. 7 embassy bombings that killed 224.

Two weeks after the attacks, the U.S. fired cruise missiles at bin Laden's hideout in Afghanistan.

****
****

Minister pushes swipe card to reduce U.S. border checks Proposal for reforms
BY Robert Fife
The National Post, May 21, 1999

OTTAWA - Half of the $365-billion in trade between Canada and the United States could cross the border without being inspected by 2001 as a result of high-level talks between Herb Dhaliwal, the Revenue Minister, and senior American officials.

Mr. Dhaliwal said U.S. cabinet officials and American senators were "extremely positive" about his proposal for reforms aimed at easing customs and immigration checks at borders for exporters and frequent business travellers.

"The simple fact is that our customs officers handle over 35,000 commercial clearances a day. I'd like to cut that number way back and allow those

officers to concentrate on high-risk shipments," he said yesterday.

"Resources ought to be concentrated on drug traffickers, security threats, crooks, and cheats -- not on honest business people or tourists."

The revenue minister, who is expected to be in line for a promotion in the upcoming cabinet shuffle, wants both nations to issue computerized identity cards for low-risk shippers of goods, such as General Motors, Steelco, and other major exporters.

A similar card, with finger-print identification, would be issued to allow frequent business travellers to whisk through airport kiosks without having to wait in long customs lineups. If they had duty to pay on goods, they could pay it directly by credit card.

"They just have to show the card and pass right through with no questions asked. You show your card with your picture and drive right through. The same card can be used at airports as well. You go to a kiosk and put your card in and it checks your fingerprints and you go through without talking to a customs officer," he said.

****
****

State loses appeal on power to deport immigrants
By Carol Coulter
The Irish Times, May 21, 1999

The State will be unable to deport non-nationals until July at the earliest following a Supreme Court decision that part of the Aliens Act is unconstitutional.

It is estimated that to 100 people who would otherwise have been deported since January may now remain in Ireland pending a change in the law. The Government hopes to have its new Immigration Bill passed into law before the Dáil recess in July in order to allow deportations to resume.

The High Court made a decision last January which suspended all pending deportation orders. The Supreme Court yesterday upheld that decision, meaning that there remains no legal basis for carrying out deportations.

The new Immigration Bill was introduced by the Minister for Justice in the wake of last January's High Court ruling. The upholding of the High Court decision in the Supreme Court has added to the urgency in the Government that the Bill should be enacted before the summer recess.

More than 60 people were deported from the State in 1998. This number would probably have risen to some hundreds by the end of this year, because of the increased rate of processing applications for asylum, if the relevant section of the Aliens Act had not been found unconstitutional.

By a majority of three to two the Supreme Court yesterday upheld the earlier judgment of the High Court that Section five (1) (e) of the 1935 Aliens Act, under which people are deported, was unconstitutional, on the basis that it gave powers to the Minister for Justice which ought to belong solely to the Oireachtas.

The Supreme Court also declared that a deportation order made against a Romanian asylum-seeker, Mr Sorin Laurentiu, and the article of the 1946 Aliens Order under which it was made, were invalid. Mr Justice Keane and Ms Justice Denham ruled against the appeal, and the Chief Justice, Mr Justice

Hamilton, agreed with them. Mr Justice Barrington and Mr Justice Lynch upheld the appeal.

Mr Justice Keane said that the power which the 1935 Act gave to the Minister was "inconsistent with the exclusive role in legislation conferred on the Oireachtas by Article 15.2.1 [of the Constitution]."

Ms Justice Denham said: "One searches in vain to find principles and policies regarding deportation in the Act. The legislature grasped the power over aliens from the executive and then delegated it inadequately to the Minister. It abdicated its power."

Mr Laurentiu, a former professional footballer, who was in court yesterday with his fiancée, Ms Michelle O'Rourke, said he was delighted with the decision. "It means we can go on holiday now", said Ms O'Rourke, who met Mr Laurentiu five years ago, the day after his arrival in Ireland.

As well as introducing the Bill, the Minister appealed the High Court decision to the Supreme Court on the grounds that the legislature could delegate to the Minister the power to deport aliens. Until the new Bill becomes law, he remains without that power.

****
****

Survey finds emigration high among the marginalised
By Carol Coulter
The Irish Times, May 21, 1999

More than 20,000 people a year are emigrating from the Republic, the majority of them young, ill-educated and marginalised, according to a survey published today. Many of them end up unemployed or ill, live in poor housing and enter unrewarding occupations.

These are among the findings of a study of emigration commissioned by the Irish Episcopal Commission for Emigrants and the Irish Commission for Prisoners Overseas.

The report found a need for substantial support services both among the new and existing emigrant populations in the main host countries, Britain, the US, Australia and in the EU.

The study found that, although emigration has fallen since the 1980s, some 31,000 people are leaving Ireland every year. In 1998 21,000 left the Republic and the most recent figures indicate 10,000 left the North.

The report found little evidence to support the image of Irish emigrants today as highly educated, upwardly mobile and successful.

"The situation of Irish people appears to deteriorate post-arrival in Britain and the evidence is remarkably consistent across different groups in different locations," it says.

Sixty-five per cent of the 1.2 million Irish-born people living abroad live in Britain and about 50 per cent of today's emigrants go there. "They experience high rates of unemployment and illness, a low rate of upward social mobility, live in poor housing, enter unrewarding occupations, suffer a distinct level of discrimination and present a high rate of social problems, including alcoholism and suicide," the study found.

A startling statistic is that Irish-born people constitute the largest

ethnic group of prisoners in Britain. There are about 1,200 Irish prisoners serving sentences abroad, in countries as far apart as Brazil and Cuba, Thailand, Spain and Morocco.

After Britain, the US is the most popular destination, with 17 per cent of the Irish-born living abroad residing there. This includes 70,000 illegal immigrants, with an estimated 4,000 more arriving every year. Although the visa initiatives helped, the recent stricter immigration laws mean that it is now almost impossible for the undocumented to regularise their situation.

According to the report, "of the 740 people who approached the Aisling Centre in New York in a nine-month period in 1998, 91 per cent were undocumented. Only 11 per cent had a university degree."

Bolstered by Government support for EU directives on labour migration, emigration to the EU has almost doubled.

The report stresses the need for a coherent policy on emigration, with substantial Government support for NGOs (non-governmental organisations) helping emigrants. Currently that support amounts to only £1 million annually.

It urges the Government to establish a time-limited task force on emigration, give sole responsibility to the Department of Foreign Affairs for the area, maintain accurate data and analysis of emigration trends and devise coherent policies in partnership with NGOs.

****
****

German Citizenship Reform Gets Final Parliamentary OK
May 21, 1999

BONN (AP)--Parliament gave final approval Friday to a historic overhaul of Germany's blood-based 1913 citizenship law, despite continuing opposition from conservatives who had succeeded in watering down the reform.

The new law, passed by the upper house Friday, cuts the link between German blood ties and nationality by granting automatic citizenship to anyone born in the country. It also eases naturalization rules for longtime foreign residents.

Interior Minister Otto Schily spoke of a watershed toward a more modern sense of nationhood that would help integrate Germany's 7.3 million foreigners, who make up nearly 10% of the population. The largest group, about 2 million, are Turks.

"To define the nation mainly by blood connection was one of the tragic errors in our past," he told the chamber.

Debate over the plan has raged for months, straining Chancellor Gerhard Schroeder's center-left coalition and sparking a nationwide petition by conservative foes that has garnered some 5 million signatures. The lower house passed the bill earlier this month.

The new law, to take effect Jan. 1, allows children to hold both their parents' nationality and a German passport until age 23, when they would have to choose. Adults would be allowed to hold two passports only in rare hardship cases, as previously. Schroeder dropped plans to make dual citizenship the rule under conservative pressure.

The period required for naturalization is cut to eight years from 15.

****
****

Turkish police intercept 300 illegal immigrants Turkey-Immigrants
May 21, 1999

BOLU, Turkey (AP) - Police found some 300 would-be immigrants, mostly Afghans, Pakistanis and Bangladeshis, crammed in a truck heading toward Europe, police said Friday.

The immigrants said they had paid dlrs 2,000 each to the smugglers to reach Europe through Turkey, the Anatolia news agency reported. They said they had spent seven days in the truck with little water or food.

Police intercepted the truck near Bolu,which lies 200 kilometers (120 miles) east of Istanbul.

The Afghans said they were fleeing the Afghanistan's radical Islamic Taliban rule and had transited through Pakistan and Iran.

Turkey, a crossroads between Europe and Asia, is under pressure from European nations to stop the flow of illegal immigrants across its borders.

****
****

Too Many Foreigners Worry Cote d'Ivoire
By Melvis Dzisah
Panafrican News Agency, May 20, 1999

ABIDJAN, Cote d'Ivoire (PANA) - The authorities in Cote d'Ivoire are worried about what they describe as the high foreigner presence in the country.

"The tolerable threshold has been surpassed, calling for urgent measures to prevent a major foreigner invasion," the Economic and Social Council said in a report titled "Immigration In Cote d'Ivoire."

The council, which has as its members eminent personalities from diverse walks of life, is the government's think tank on socio-economic issues.

According to the report, described as top secret but was leaked to the local press, the foreigner presence has maintained an alarming proportion since the first general population census in 1965.

"From 17.5 percent of the total population in 1965, it went up to 22 percent in 1975, 28 percent in 1968 and stabilised at 26 percent in 1993," it said. "It is no doubt that the 1998 census has revealed a more defiant and breathtaking figures concerning the progress of immigration in our country."

The report pointed out that "in other West African countries, the rate of immigration is not more than 2 percent. It is 1.8 percent in Senegal, 1.2 percent in Niger, 0.9 percent in Mauritania, 0.7 percent in Mali and Burkina Faso and 0.3 percent in Guinea Conakry."

It said "these figures without commentry, demostrates the importance of immigration in our country, which is transforming even the population structure."

It also revealed that "the Ivorian population, which was characterised by a surplus of women at a ratio of 97 men to 100 women in 1988, has today changed from 105 men to 100 women by the grace of immigration, with the ratio being 126 men to 100 women among the immigrant population."

The report said 52 percent of the immigrants are Burkinabe, 23 percent Mali, 7 percent Guinea and 6 percent Ghana. When put together, they represented 48 percent of the active population in Cote d'Ivoire.

"Twelve percent of our population is also made up of immigrants from countries without boarders with us," it said.

The report attributed present high immigrant population to the country's geographical position, history, socio-political and economic situation.

"The character of a coastal country constitutes, without doubt, an attractive determinant for immigration, while historically, it was our colonisers who started it," it noted.

According to the report, the former French colonial masters recruited by force 420,000 labourers between 1933-46 from the former Upper Volta, now Burkina Faso, to work on their cocoa, coffee and rubber plantations.

"After the second world war, despite the suppression of the forced labour system, immigration from Burkina Faso was carried out between 1947 and 1959 during which more than 230,000 new immigrants arrived in Cote d'Ivoire," the report disclosed. "This was also helped by our open political system and economic stability."

As a way out of the situation, the report recommended that adequate dispositions should be undertaken so that "we are not invaded by strangers."

"It is not xenophobia. It is a question of national protection," it stressed.

****
****

Australia being deluged by illegal boat people

CANBERRA, May 21 AAP - The federal opposition says the arrival of another two boats carrying illegal immigrants to Australia is a direct result of the failure of the nation's coastal security earlier in the year.

One vessel carrying 20 illegal immigrants from the Middle East and three crew arrived at Christmas Island while a second with seven people from the Indian sub continent and two crew was intercepted by the Navy at Ashmore Reef.

Opposition Justice spokesman Duncan Kerr said the arrival of the boats was a direct response to the failure to intercept two boatloads of illegal immigrants from China who landed on the east coast earlier this year.

"Labor warned the government months ago, when a boat arrived on a Cairns suburban beach, that the failure of the nation's coastal security network would send the wrong message to those considering illegal entry to Australia," he said in a statement.

"Two more boats carrying illegal immigrants have now arrived fromn the Indian sub continent and the Middle East. Obviously the message has been heard loud and clear, at least by people smugglers."

Immigration Minister Philip Ruddock said there had been a surge in attempts to land illegal immigrants by boat, with 440 detected so far this year, more than twice the number for the whole of 1998.

excite news Search The Web For Search
Quick Find
Excite | Lite | Email | Help




Home Top World Intl Natl Op Politics Govt Business Tech Sci Entertain Sports Health Odd Sources

Mid East • Europe • Asia • Africa • Latin Amer & Caribbean

## AP: Terrorists Train for Seaborne Attacks

Email this Story

Mar 17, 2:24 PM (ET)

By JIM GOMEZ

MANILA, Philippines (AP) - Two of the most dangerous al-Qaida-linked groups in Southeast Asia are working together to train militants in scuba diving for seaborne terror attacks, according to the interrogation of a recently captured guerrilla.


(AP) A military police guards alleged bombing suspects Angelo Trinidad Khalil, right, and Gamal Baharan... Full Image

The ominous development is outlined in a Philippine military report obtained Thursday by The Associated Press that also notes increasing collaboration among the Muslim militants in other areas, including financing and explosives, as extremists plot new ways to strike.

In the past year, the Indonesia-based Jemaah Islamiyah has given Abu Sayyaf militants in the Philippines at least $18,500 for explosives training alone, the report said.

The report comes a month after the U.S. Coast Guard announced it is seeking to better protect the nation's ports from terrorist attacks by scuba divers by developing a sonar system that can distinguish human swimmers from dolphins.



Leading Schools
Choose a program

Concerns about terrorist strikes by scuba divers were raised three years ago after the FBI announced it was investigating whether al-Qaida operatives took scuba training to help blow up ships at anchor, power plants, bridges, depots or other waterfront targets.

Authorities fear scuba divers could target ships with more accuracy than a small explosive-laden boat like the one used in the USS Cole blast that killed 17 sailors in 2000 in Yemen.

According to the Philippine report, an Abu Sayyaf suspect in a deadly bus

Google sponsored links

**Hero Memorial Bracelets** - Engrave Name or Personal Message Stainless Steel or Colored Aluminum
www.kiabracelets.com

**Support our troops** - Should Bush Be Replaced? Respond Now And You Can Get A Free Laptop!
www.my-vote-counts.com

bombing in Manila on Feb. 14 - Gamal Baharan - described how he and other seasoned guerrillas took scuba diving lessons as part of a plot for an attack at sea.

Abu Sayyaf leaders Khaddafy Janjalani and Abu Sulaiman initiated the training, Baharan said, adding that Janjalani claimed to speak directly with al-Qaida leader Osama bin Laden via satellite phone. Authorities couldn't verify any such conversations and said Janjalani may have been boasting, according to Philippine military officials, speaking on condition of anonymity.

Baharan, 35, said he was told in October to undergo the scuba training in southwestern Palawan province, where he periodically received cell phone messages from Janjalani and Sulaiman "asking him how many fathoms he would be able to dive," the report said.

The training was in preparation for a Jemaah Islamiyah bombing plot on unspecified targets outside the Philippines that require "underwater operation," Beharan is quoted as saying.

Jemaah Islamiyah has been blamed for a string of attacks in Southeast Asia starting in 1999. Major strikes include the Aug. 5, 2003, bombing of the J.W. Marriott hotel in the Indonesian capital, Jakarta, which killed 12 people, and the Oct. 12, 2002, bombings on Bali island that killed 202, mostly foreign tourists. Three dozen alleged members were convicted in the Bali bombings and more than a dozen in the Marriott bombing.

Abu Sayyaf is known more for its kidnap-for-ransom schemes - including many involving Americans and Western tourists - and conducting deadly raids against Christian towns.

More recently, Abu Sayyaf has been accused of more spectacular explosive attacks, including the almost simultaneous bombings in Manila and two southern cities Feb. 14 that killed eight people and wounded more than 100. Those attacks came a year after a bomb blew up on a ferry in Manila Bay, killing 116 people in the Philippine's worst terrorist strike.

Although the Abu Sayyaf's ranks have been largely depleted by U.S.-backed military assaults, the government still considers the group a major threat.

Such concerns were highlighted by a botched jailbreak Monday in which Abu Sayyaf suspects seized guards' weapons in a melee that left five people dead. A 29-hour standoff ended when police stormed the prison in a hail of gunfire Tuesday and killed 22 inmates, including 19 Abu Sayyaf members - three of them prominent commanders - who faced charges for kidnappings and bombings.

The inmates were buried Wednesday in a mass grave in a large Muslim community in Manila's Taguig suburb. Their bloody remains were not cleaned and were wrapped in white cloth - a local practice that indicated they were regarded as martyrs.

Many relatives of the dead have criticized the government, believing the inmates were killed in cold blood and falsely made to appear to have put up a fight with smuggled weapons.

Abu Sayyaf leader Sulaiman has warned of revenge, leading police to tighten security.

Baharan claimed Janjalani is alive - contrary to speculation that he was killed in a military airstrike - and he said bin Laden would only speak to the Abu Sayyaf chieftain.

The interrogation report said: "Subject averred that Janjalani has a direct




### Articles From AP

- China Tells EU It Wants Peace With Taiwan photo
- Afghan Blast Kills 5; Elections Delayed photo
- Rice Lauds Pakistan on Democracy Efforts photo
- U.S. Won't Chide China Over Human Rights photo
- Myanmar Said to Release Former Activist
- AP: Terrorists Train for Seaborne Attacks photo
- South Korea Slams Japan in Island Dispute photo
- Student Protesters Detained in Nepal photo
- S. Korea Slams Japan Over Island Dispute photo
- China Releases Jailed Muslim Businesswoman
- Envoys Aim to Restart N. Korea Nuke Talks photo
- Rice Praises Afghan Drug Clampdown photo

contact to Osama bin Laden and Mohammed Jamal Khalifa," bin Laden's brother-in-law and a Saudi businessman accused of helping establish al-Qaida's terror cell in the Philippines in the late 1980s and early 1990s. "Janjalani is using a satellite phone in contacting both leaders. Subject further averred that bin Laden would ... talk to no one except Janjalani. They conversed in Arabic."

Baharan is one of three suspects captured and charged last month in connection with the Feb. 14 bombings. Abu Sayyaf said it launched the bombings to retaliate for military assaults on Muslim rebels in the southern Philippines.

He told interrogators he and another militant, Khalil Trinidad, were ordered by Sulaiman to bomb a bus in Manila to divert the military's attention from an offensive against rebels.

During a court hearing, a bus conductor identified Baharan and Trinidad as passengers who left the bus shortly before the blast. Both suspects pleaded innocent in court Monday.

- Japan Group Has N. Korea Execution Video
- Karzai: Afghan Vote Delayed Until Fall photo
- Afghan Roadside Blast Wounds at Least 25
- Relatives: Air India Trial Opened Wounds photo
- Report: Philippine Rebels Study Sea Attack photo
- Rice Tries Cricket Diplomacy in Pakistan photo
- Malaysia to Boost Malacca Straits Security photo
- Japan Shows Off Courtroom for Jury Trials

Google sponsored links

**Support Our Troops** - Shop for Sports Equipment! Compare & Buy from 1000's of Stores
www.Shopping.com

**Support Troops Bracelets** - New Support Our Troops bracelets in cool camouflage pattern!
CustomSiliconeBracelets.com

**Support our Troops.** - Hummer military vehicle windspinner Yard icon to support our troops.
www.kiteplace.com

**Click here to email this page to a friend**

Copyright 2005 Associated Press. All right reserved. This material may not be published, broadcast, rewritten, or redistributed.




Web Directory News Photos
Search

Site Map Advertise on Excite Member Info Sign In/Out Company Info Terms of Service Privacy Policy Help

Make Excite Your Home Page!

Copyright © 2001-2005 The Excite Network. All rights reserved.