# EXHIBIT “9”

FROM A TR



## Sketch of a South Asia–Based Terrorist Training and Logistic Network [redacted]

**Afghanistan and Pakistan remain key training and logistic centers for Sunni Islamic militants involved in terrorist incidents worldwide. Various Sunni Islamic extremist groups use well-established systems of interrelated—and sometimes overlapping—safehouses and training facilities in these two countries. [redacted] Maktab al-Khidamat (MAK)—a Muslim nongovernmental organization based in Peshawar, Pakistan—plays a central role in this network by arranging for travel, documentation, legal help, and introductions to other organizations that aid Islamic militants. The information we have about this network highlights the worldwide reach of Sunni Islamic extremist groups and their growing ability to target US interests as well as their own governments. [redacted]**

### How the Network Operates [redacted]

[redacted] different groups use discrete facilities in both countries. For example, Algerians, Moroccans, and Tunisians use one guest house in Peshawar and a handful of training camps in Afghanistan, while al-Gama'at uses another set of facilities, and southeast Asians yet another. Each of these networks overlaps the others at various points in ways which we do not yet fully understand. [redacted]

### Peshawar NGO at Center of the Network [redacted]

One Peshawar-based nongovernmental organization (NGO)—the Maktab al-Khidamat (MAK), or Services Organization—appears to play a key role in facilitating the training and travel of Islamic extremists. [redacted] the MAK probably was involved in providing logistic support. The MAK's role includes obtaining passports, visas, airline tickets, and other travel-related documents; money; legal assistance; access and introductions to training facilities or other NGOs; and help with recruitment. Other NGOs and groups also appear to be supporting this extremist network, but our information is most extensive and consistent concerning MAK's involvement. [redacted]

***World Trade Center and Manila-Based Plots.*** Many of the individuals convicted of bombing the World Trade Center in New York in 1993 were recruited through the al-Kifah center in Brooklyn—a branch of the MAK—according to press reports. The alleged mastermind of the plot, Ramzi Yousef, left Peshawar for New York six months before the bombing. Another member of the group, Mahmud Abuhalima, was in the Bayt al-Ansar—the MAK-run guesthouse

2700001

**Al Badr Training Camp, Afghanistan, 5 November 1995 (U)**




[redacted]

[redacted]

***Maktab al-Khidamat (MAK)*** **(U)**

*Abdullah Azam, an ethnic Palestinian Jordanian, founded the MAK as the Services Office for Afghanistan in 1985 to support the recruitment and movement of volunteers to fight in the war in Afghanistan. Azam was a member of the Muslim Brotherhood, had studied at Al-Azhar University in Egypt, and may have been a member of HAMAS; he was killed by a car bomb in Peshawar in 1989. His followers have continued to pursue his stated goal of bringing about Islamic government worldwide through violence. The current head of the MAK, Mohammad Yousef Abbas, told a Pakistani reporter in 1993 that "today Islam is being killed by its governments."* [redacted]

*During the Afghan-Soviet war, MAK established several offices in Pakistan and also in New York, London, Casablanca, Amman, Khartoum, Kuwait, Riyadh, Jiddah, Damman, Sanaa, Qatar, Bahrain, and Iran.* [redacted]

*Since 1992, the MAK has opened additional offices in Zagreb and Sarajevo, according to a clandestine source. These offices are known by several names: Maktab al-Khidmant al-Alami, Services Office, Services Office for Afghanistan, al-Kifah, and the Human Services Organization.* [redacted]

[redacted] *the MAK is funded by the Saudi-based Muslim World League and International Islamic Relief Organization, the Muwafaq Foundation, and Saudi-born financier Usama Bin Ladin. The MAK is a member of the Islamic Coordination Council, an umbrella group of Muslim NGOs in Peshawar. Similar councils have been established in Europe for Bosnia and in the Philippines.* [redacted]

in Peshawar—in 1988. Following Yousef's arrest, members of the MAK in Pakistan were planning attacks against US personnel or facilities to avenge his capture [redacted]

**Logo for the Al-Kifah Center in Brooklyn, New York (U)**

**Unclassified** [redacted]

[redacted]

***Weapons Smuggling in France.*** Two members of the Algerian Armed Islamic Group (AIG) with MAK connections were arrested in Perpignan, France, for smuggling weapons in July 1994. One of the two, Hallal Ahmed al Haimani, was the deputy of the MAK-affiliated al-Kifah center in Zagreb, Croatia. [redacted] The second, Moaneem Mallaoui, had a telephone number in his address book,

which we suspect is connected to the MAK. [redacted]

Maktab al-Khidamat also appears to be supporting Islamic insurgencies in South and Central Asia and Bosnia:

- [redacted], one of the MAK's founding members, known as Abu Sayyaf, who is an ethnic Chechen from Jordan, joined Chechen leader Dudayev's "foreign ministry" and now is ferrying fighters and weapons to Chechnya with the MAK's help. Chechens also are being trained in MAK camps in Afghanistan.

- The MAK may be sponsoring one of the *mujahidin* units in Bosnia. Several governments in the region suspect the Zagreb office of running weapons to Bosnia, and a recent issue of MAK's magazine, *Al-Jihad*, told readers to send $100 to the Emirate's Bank in Peshawar to sponsor a *mujahidin* in Bosnia.

- In another article in its magazine, MAK stated that it had tried to open a school in Muzzafrabad, Pakistan, to attract Arab volunteers for the struggle in Kashmir.

- Mohammad Yousef Abbas, who may be the MAK leader, is reported to be affiliated with a training program in Konduz and Herat, Afghanistan, for militants from Tajikistan [redacted]

***Groups and Countries in the Pakistan-Afghanistan-Based Extremist Network*** [redacted]

*Most groups involved in this network are radical splinter factions of more mainstream groups, and all were founded or are led by veterans of the Afghan war. The mainstream groups, however, also appear to take advantage of the network on occasion. The network includes nationals from more than 50 countries, some of whose affiliations are unknown but who probably belong to as yet unidentified or little-known groups. They have plotted against targets throughout the world, including in Algeria, Egypt, Jordan, Morocco, Yemen, the UAE, Kuwait, the United States, Canada, France, Croatia, the Philippines, Indian-held Kashmir, Pakistan, and probably Iran.* [redacted]

| ***Group Name*** | ***Country*** |
|---|---|
| *Al-Gama'at al-Islamiyya* | *Egypt* |
| *Al-Jihad* | *Egypt* |
| *Armed Islamic Group* | *Algeria* |
| *Faction of An-Nadha* | *Tunisia* |
| *?* | *Morocco* |
| *?* | *Libya* |
| *Jaysh Mohammad* | *Jordan* |
| *Islah's militant wing* | *Yemen* |
| *Committee for the Defense of Legitimate Rights* | *Saudi Arabia* |
| *A mujahidin unit* | *Bosnia* |
| *"Razarkar" Mujahidin* | *Chechnya* |
| *Islamic Renaissance Party* | *Tajikistan* |
| *Abu Sayyaf Group* | *Philippines* |
| *Jama'at al-Fuqra* | *North America* |
| *Harakat ul-Ansar* | *Pakistan* |
| *Ahle Hadith groups* | *Pakistan* |
| *Hizbi Islami-Gulbuddin* | *Afghanistan* |
| *Ittihad-i-Islami* | *Afghanistan* |

[redacted]

**Implications (U)**

Information we have about this Afghanistan-Pakistan-centered network highlights the growing capabilities and worldwide reach of Sunni Islamic extremist groups. The groups involved in this network can target opponents virtually anywhere in the world. In addition, experts from various organizations in the network can be brought together to attack targets of mutual interest on an ad hoc basis—increasing the danger to Western interests. For example, the bombing of the World Trade Center and the Manila-based plots against US interests involved individuals from several countries—including Egypt, Sudan, Jordan, Saudi Arabia, Pakistan, Afghanistan, the Philippines—and from different Islamic extremist groups. [redacted]

This greater degree of cooperation between Islamic militant groups enhances their abilities against their home governments and their resiliency in the face of crackdowns by improving their access to money, arms, expertise, and safehavens. A group forced out of one location can move to any one of a dozen others. The Pakistan-Afghanistan area may be unique, however, with regard to the range of services provided. [redacted]

*This article is* [redacted]