# EXHIBIT "18"

[redacted]

[redacted]

CENTRAL INTELLIGENCE AGENCY DIRECTORATE OF INTELLIGENCE

[redacted]

17 January 2003

# Al-Qa'ida's Financial Ties To Islamic Youth Programs [redacted]

[redacted]

[redacted]

[redacted]

## Al-Qa'ida's Financial Ties To Islamic Youth Programs [redacted]

**Key Findings (U)**

Bin Ladin's al-Qa'ida organization has both financially supported and drawn money from many Islamic schools (madrasas) and orphanages—which operate as schools—in Afghanistan, Pakistan, and other countries. Radical madrasas and orphanages also serve as a fertile recruiting ground for al-Qa'ida and have given refuge to its members freeing coalition forces in Afghanistan. While closing extremist orphanages and madrasas—or reforming their curriculums—will take years, publishing their financial and other ties to al-Qa'ida might discourage some of the donors on which they rely. ([redacted])

During the 1990s, al-Qa'ida invested in an extensive youth program aimed at educating the next generation of jihadists. For example:

- [redacted] the Maktab al-Khidmat (MK)—a nongovernment organization (NGO) established by Bin Ladin in the early 1980s—operated twenty orphanages and twenty-one madrasas in Afghanistan and Pakistan.

- Some al-Qa'ida-affiliated Islamic schools have facilities for military training or have been located near terrorist training camps.

- [redacted] Bin Ladin made a [redacted] donation to the Dar ul-Yatam al-Islamiya orphanage and, along with the MK, he funded the Dar ul-Uloom Arabia Islamic School, [redacted]. Both Peshawar institutions have been in contact with key al-Qa'ida members since early 2001, [redacted]

This investment also provided opportunities for al-Qa'ida to siphon off for its own terrorist purposes orphan and education contributions provided by unwitting NGOs. [redacted] al-Qa'ida probably has made more money from its youth programs than it invested in them. For example:

- [redacted] Abu Bakr al-Jaziri routinely transferred funds to al-Qa'ida through his role in 2000 as finance officer for the Afghan Support Committee (ASC), [redacted] The ASC is an arm of the Revival of Islamic Heritage Society in Kuwait.

[redacted]

- Human Concern International director and al-Qa'ida associate Ahmad Sa'id Khader ran an orphanage in Jalalabad [redacted]

Al-Qa'ida has found it to be easy to divert money because private donors and Islamic NGOs provide millions of dollars a year for orphan care and Islamic education programs without checking the recipients of funds. Several NGOs—especially in Saudi Arabia—have officials and foreign offices that are supportive of al-Qa'ida. For example:

- Bin Ladin supporter Wa'el Julaydan founded the Madina Munawara Charity Trust, which operates an orphanage in Pakistan. [redacted]

- [redacted] Julaydan is also associated with the Makkah Charity Orphan Sponsorship, which has had contact with facilities in the Middle East and East Asia that had been in contact with key al-Qa'ida operatives.

- Lajnat al-Birr (LBI) probably funds the network of Peshawar madrasas run by a longtime al-Qa'ida member known as Abu Ashraf. LBI operates a Muslim institute in Peshawar where Abu Ashraf was based [redacted].

- The Qatar Charitable Society (QCS) was headed by Shaykh Abdallah Muhammad al-Dabbagh until October 2001 and operated a large orphan program from offices in Asia, Europe, and Africa. [redacted] Dabbagh has financially supported terrorists [redacted] Dabbagh was removed following a disagreement with board members over suspect QCS remittances outside of charitable purposes. QCS announced in late 2002 that it is closing 11 of 13 overseas branches. [redacted]



[redacted]

[redacted]

[redacted]

Islamic educational facilities elsewhere in Asia, Europe, and Africa have ties to al-Qa'ida members and sympathizers. With the loss of the secure Afghanistan base and increasing pressure in Pakistan, al-Qa'ida may try to expand its ties to these facilities.

- [redacted]

- [redacted] officials in the Philippines are concerned about [redacted] madrasas in Mindinao being used to indoctrinate students and train them in guerrilla warfare, [redacted]

- Saudi NGOs have provided significant funding to orphanages and madrasas in Bosnia, some of which have been in contact with facilities associated with al-Qa'ida, [redacted].

[redacted]

Pakistan and other countries have recognized the Islamic extremist agenda being promoted at Islamic schools and have considered actions related to monitoring and curtailing their activities. Such remedies include registering the schools, restricting properly documented foreign students, and neutralizing militant clerics that run the programs. Despite Pakistani President Musharraf's commitment to madrasa reform, however, gains by the Islamist coalition in October's elections and a lack of resources to revitalize Pakistan's public school system will contribute to a slow reform process. [redacted]

On a broader front, Pakistan, Afghanistan, Indonesia, and other poor countries probably would welcome education-oriented financial aid to help with reform efforts. Such aid might be geared toward an expanded curriculum of academic courses. In addition, aid for non-Islamic or moderate Islamic schools and orphanages may help lower tuition rates so that a larger number of impoverished youths—who are most prone to the message of Islamic extremists—might be able to take advantage of them. [redacted]



[redacted]

[redacted]

[redacted]

In addition to offering assistance, there are several opportunities for the United States and other countries that themselves have no extremist youth programs to prevent al-Qa'ida from benefiting financially and otherwise from them.

[redacted]



[redacted]

[redacted]

[redacted]

## Al-Qa'ida's Financial Ties To Islamic Youth Programs [redacted]

[redacted]

Bin Ladin's al-Qa'ida organization has an extensive youth program aimed at educating the next generation of militants and attracting new members for jihad. Al-Qa'ida's youth program has operated largely through madrasas (Islamic schools) and orphanages, which function primarily as madrasas. Prior to 9/11, al-Qa'ida ran numerous orphanages and madrasas in Afghanistan and infiltrated or had other access to dozens of others that still operate in Pakistan. Similar madrasa and orphan programs throughout Asia, Europe, and Africa also have personnel sympathetic to al-Qa'ida (see map and Appendix A).

- The curriculum at al-Qa'ida's schools—and those run by extremists with a similar agenda—is designed to indoctrinate youth with the most radical versions of Islam and chart for them a militant Islamist course as adults. The schools have provided al-Qa'ida with potential recruits for the organization. [redacted]

### An Endemic Problem in Afghanistan and Pakistan [redacted]

Al-Qa'ida began to support and infiltrate Afghan and Pakistani youth welfare programs during the early 1990s. [redacted] many of the longest serving members in al-Qa'ida who fought with Bin Ladin during the Afghan war against the Soviets remained in Afghanistan and became involved in mujahadin welfare programs, orphan support, and establishing schools inside the camps and cities [redacted] al-Qa'ida used this approach to penetrate local Afghan and Pakistani communities and earn their support to establish a military base capable of protecting itself against outsiders. As of September 2001, [redacted] al-Qa'ida had [redacted] fighters and sympathizers settled in Pakistan under the cover of Islamic schools and the International Islamic University in Islamabad (see Appendix B). [redacted]

[redacted]

Al-Qa'ida developed particularly close ties to youth programs operated by several extremist NGOs:[2]

- [redacted] the Bin Ladin-backed Maktab al-Khidmat (MK) operated 20 orphanages throughout Afghanistan where children underwent religious training, in addition to 21 madrasas probably in Pakistan and Afghanistan.
- The Karachi-based Rashid Trust had centers in five Afghan provinces through which it provided food for widows and orphans, [redacted] the Al-Rashid Trust—despite a UN freeze of its assets—and Banuri Town Trust were financially supporting al-Qa'ida fighters [redacted]. The madrasa trains mujahidin fighters and has provided financial support to al-Qa'ida and other terrorist organizations. [redacted]

[2] The Maktab al-Khidmat has not functioned as a nongovernmental organization since the US attack on Afghanistan; [redacted]

[redacted]



[redacted]

[redacted]

[redacted]

**Al-Qa'ida–Linked Islamic Schools and Orphanages Worldwide** [redacted]




[redacted]



[redacted]

[redacted]

# Donors to Al-Qa'ida-Linked Youth Programs

**The chart demonstrates the wide range of organizations and people who donate to al-Qa'ida–linked madrasas and orphanages as well as the numerous connections among them. Many of the donors probably are unaware that their charity is being used to support terrorists.** [redacted]

## Saudi Arabia

### Madina Munawara Charity Trust

Bin Ladin supporter Wa'el Julaydan founded the Madina Munawara Charity Trust in Saudi Arabia in 1984, [redacted] The Trust operates an orphanage and facilities for [redacted] d the Peshawar office of the Trust during the late 1980s and early 1990s, when he also was affiliated with the Peshawar offices of several other Saudi NGOs. [redacted]

### Mekkah Charity Orphan Sponsorship

The Mekkah Charity Orphan Sponsorship in Riyadh is an arm of the Saudi Muslim World League, [redacted] and [redacted] the charity is affiliated [redacted] way [redacted] d the [redacted] rust office in Lahore. Muhammad al-Dubayban, who is an official of the Muslim World Leage in Riyadh, is Director General of the Orphan Sponsorship. [redacted] ia, and Yemen that had been in contact with key al-Qa'ida operatives and facilitators [redacted]

### Lajnat al-Birr

The Saudi-based Lajnat al-Birr (LBI) operates a Muslim institute in Peshawar called Mahad Abu Hanifa. [redacted] this Abu Hanifa office has been in frequent contact with P [redacted]

the Qatar Charitable Society, [redacted]

## Qatar

### The Qatar Charitable Society

The Qatar Charitable Society (QCS [redacted]

[redacted]

[redacted]

[redacted] top al-Qa'ida operative Khalid Shaykh Muhammad took a job with QCS in the early 1990s and relocated to Bosnia during 1995-96. QCS fired Muhammad after receiving reports from Bosnian security of Muhammad's extensive dealings with the Bosnian mujahidin at the expense of charitable work. [redacted]

[redacted] Dabbagh was removed as head of QCS in October 2001 because of a disagreement with board members over suspect foreign remittances "outside of QCS's benevolent purpose." Shaykh Abdulaziz Abdulrahman al-Thani—the Director of Mosques at the Ministry of Islamic Affairs and Endowments—was elected to replace Dabbagh in late 2002, [redacted], and he immediately announced the establishment of an executive committee to oversee QCS operations at a November press conference. [redacted]

## Kuwait

### The Revival of Islamic Heritage Society

The Revival of Islamic Heritage Society (RIHS) operates orphan aid programs, and [redacted] some of what it collects reaches unspecified mujahidin movements and Islamic extremists. RIHS ran the Afghan Support Committee office in Peshawar until it was shut down in late 2001 because of its role in funneling money to al-Qa'ida [redacted]

## Individuals

Although most individuals probably donate to Islamic causes through mosque, NGO, and other zakat collections, [redacted] some contribute directly to madrasas and orphan projects. [redacted]

[redacted]

Al-Qa'ida-affiliated madrasas sometimes have been located near training camps, which combines religious indoctrination and military training.

[redacted]

**Pakistan's Madrasas (U)**

*The number of madrasas in Pakistan has mushroomed since the 1980s.* [redacted] *Pakistan's Education Ministry estimates there are approximately 10,000 madrasas in Pakistan serving just fewer than one million students. Madrasa students are primarily from poor areas, where public school is not available and private schooling is not affordable. While most students are Pakistani, a small minority from Afghanistan, East Asia, and elsewhere also attend the schools.* [redacted]

*Most madrasa curriculums center on religious studies—mainly rote memorization of the Koran. Students learn few basic skills, such as math, thus reducing their employment prospects. Moreover, some of these institutions, especially those belonging to the Deobandi school of thought, focus on a strict fundamentalist interpretation of Islam and instill a radical perspective that extremists can exploit. Madrasas typically provide food, clothing, shelter, and school supplies free of charge to their students. Madrasas provide a broad recruitment pool for Islamist causes, including fighting jihads in Afghanistan, Kashmir, and elsewhere. Numerous former Taliban members are products of Pakistani madrasas and many of them continue to maintain ties with their schools.* [redacted]

**Bin Ladin's Financial Backing of Youth Programs** [redacted]

[redacted] Bin Ladin has provided financial support for numerous Islamic schools and orphanages. The amounts involved usually have been modest, [redacted]

- [redacted] 2000, Bin Ladin made a Ramadan donation [redacted] to the Dar ul-Yatam al-Islamiya (Islamic House of Orphans), [redacted]
- Bin Ladin and the MK funded the Dar ul-Uloom Arabia Zia ul-Islam madrasssa, where the MK had established an office in early 2001, [redacted]
- [redacted] al-Qa'ida member Rida Fadhil al-Walayli taught at a children's school in Afghanistan [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Siphoning Off Funds** [redacted]

Al-Qa'ida's modest financial support for orphanages and madrassas has paid off for it by providing opportunities to divert larger amounts of money for its expenses. Once founded, many orphanages and Islamic schools receive large sums from charitable donors and al-Qa'ida diverted orphan and educational donations to its own budget. Individual al-Qa'ida members gained employment and operational cover by working at the schools and orphanages and with the donors funding them. For example:

- [redacted] 2000, an al-Qa'ida member known as Abu Bakr al-Jaziri (the Algerian) routinely transferred funds to the al-Qa'ida's finance committee in his role as finance officer for the Afghan Support Committee (ASC), [redacted] ASC, which is an arm of RIHS in Kuwait, drew most of its funds from Kuwait as donations to widows and orphans. [redacted]

- Before the start of Operation Enduring Freedom, Canada-based Human Concern International (HCI) director and al-Qa'ida associate Ahmad Sa'id Khadr, aka. Abdul Rahman al-Kanadi, ran an orphanage in Jalalabad [redacted]

[redacted]

**Sources of Funds: Gulf NGOs** [redacted]

The ASC and HCI diversions are not isolated examples. Islamic NGOs provide millions of dollars a year for orphan care and Islamic education programs without much scrutiny and al-Qa'ida has found it easy to siphon off funds. Several NGOs probably are supportive of, or have offices that are supportive of, the radical Islamic doctrines professed by al-Qa'ida (see chart).



[redacted]

[redacted]

[redacted]

- An African office of the Kuwait-based African Muslims Agency (AMA) misappropriated annual donations [redacted] from Kuwaiti citizens intended for orphans in Uganda during 1995-96, [redacted]

- [redacted] the Kuwaiti Revival of Islamic Heritage (RIHS), the Saudi Al-Haramain, and the Qatar Charitable Society fund Dar ul-Yatam—the same Peshawar orphanage that reportedly received a Ramadan donation from Bin Ladin and has several other high-level al-Qa'ida contacts. [redacted]

Many donors to Islamic educational institutions may not know if the schools are linked to al-Qa'ida, but [redacted] some personnel working at the headquarters and foreign offices of several Gulf NGOs—Lajnat al-Birr and the Madina Munawara Charity Trust in Saudi Arabia, for example—probably are aware of the terrorist connections to the schools and orphanages they are funding; until recently, Qatar Charitable Society personnel were similarly aware. At a minimum, Gulf charities like the Saudi International Islamic Relief Organization (IIRO) and Al-Haramain, and Kuwait's RIHS probably are well aware of the radical Wahhabi and Salafist doctrines being taught at institutions they fund. [redacted]

**Providing SafeHaven** [redacted]

Beyond financial benefits, Al-Qa'ida's close relationship with Islamic schools in Pakistan has aided terrorist members by providing them safehouses and logistical nodes during and after the US attack on Afghanistan. Most of these are located in Pakistan's North West Frontier Province, but also at other locations in Pakistan and across the Afghan border. As of July 2002, Arab members of al-Qa'ida reportedly were hiding in madrasas mostly in the Waziristan Agency in the Federally Administered Tribal Areas of Pakistan [redacted]

[redacted]

- [redacted] suspected al-Qa'ida Arabs were at the [redacted] madrasa [redacted]. A large stone at a nearby mountain reportedly was inscribed with "support Usama Bin Ladin and Mullah Omar until doomsday."

[redacted]

Numerous madrasas in and around Miram Shah are suspected of harboring al-Qa'ida operatives, [redacted].

[redacted]



[redacted]

[redacted]

[redacted]

[redacted]

## Addressing the Problem [redacted]

Pakistan and other countries recognize that an Islamic extremist agenda is being promoted at Islamic schools and have considered action related to monitoring and curtailing their activities. Pakistan's President Musharraf has been seeking to bring madrasas under government control by registering the schools, modernizing the curriculums to include English, science and mathematics, and requiring foreign students to have student visas and approval from their governments to study in Pakistan. [redacted] Musharraf decided that foreigners who joined madrasas without proper authorization or documentation will be deported and that unregistered madrasas will not receive zakat money. [redacted]

[redacted]

Other countries also are launching efforts to better control Islamic schools and orphanages. Their efforts may be particularly important if al-Qa'ida's ability to operate in Afghanistan and Pakistan continues to dwindle and the group tried to rebuild elsewhere.

[redacted]

- The Dutch Domestic Security Service investigated extremist incidents at the Netherlands' 32 Islamic schools in early 2002, according to press reports.

[redacted]

Most efforts to improve oversight of schools and orphanages will need years to succeed and some may fail. Although there has not been widespread public protest against Pakistan's proposed regulation, for example, it has met resistance from the religious teachers and mainstream Islamic organizations. [redacted] Objections also might be encountered from junior army and ISID officers, many of whom studied at madrasahs. Gains by the Islamist coalition in the October 2002 elections are likely to delay the reform because Musharraf will not risk valuable political capital to challenge the Islamists when Islamabad has few resources to revitalize its public school system. [redacted]

## Other Opportunities to Cut Al-Qa'ida's Ties to Orphanages and Madrasas [redacted]

There are several opportunities for the United States and other countries that have few extremist orphanages and madrasas themselves to reduce al-Qa'ida's ability to exploit them elsewhere.

[redacted]

[redacted]

• [redacted] Governments also might be encouraged to restrict funding for particular schools unless personnel changes are made.

[redacted]

• Publicity over diversions of funds—particularly those intended for orphans—might lead NGOs and individual donors to scrutinize the bona fides of their beneficiaries. [redacted]

[redacted]

## Appendix A

## Exporting Islamic Extremist Education [redacted]

While Islamic youth programs in Afghanistan and Pakistan have been most infiltrated by al-Qa'ida, orphan care and Islamic educational facilities elsewhere in Asia, Europe, and Africa also have ties to al-Qa'ida members or sympathizers. Many others are financially supported by Gulf NGOs that promote Salafi and Wahhabi Islam. While proselytization is not intended to promote terrorism, the spread of militant versions of Islam by some fundamentalists helps broaden the pool of potential extremists. [redacted]

**Islamic Education in East Asia** [redacted]
East Asian nations have become increasingly concerned about militant teachings through Islamic schools in their countries. [redacted] Indonesian Islamic schools, called "pesantren," to teach radical Islamic beliefs. Pesantren cater primarily to the underprivileged who cannot afford to pay for formal schooling. [redacted]

[redacted] fewer than ten percent of pesantren are state run—state-run pesantren offer a moderate religious education in addition to academic courses. There are an undetermined number of private pesantren run by clerics who have a narrow view of Islam and education, and they may promote terrorism. [redacted] Radical pesantren reportedly emphasize loyalty to the leaders of these schools, who often acquire cult status.

[redacted]

[redacted]

- [redacted] Al-Haramain and RIHS have financially supported Indonesian pesantren. [redacted]

In the Philippines, [redacted] officials reportedly are concerned about [redacted] madrasas in Mindanao being used by radical groups to indoctrinate students and train them in guerrilla warfare, [redacted]

[redacted]

Several Islamic schools in ***Thailand*** receive Saudi funding to help spread Wahhabi Islam. [redacted]. Japageeya teaches

[redacted]

[redacted]

a course on Islam to 1,000 people each week at the Bumoroong Islamic School in Pattani, which is owned by his father, Haji Abdulrahman Japageeya. [redacted], Japageeya denounced the United States in a sermon earlier this year, when he accused it of wanting to take control of Islam and close 10 unspecified Islamic schools. [redacted] the Islamic school also receives funding from Al-Haramain and the Saudi-affiliated Umm al-Qura International Charitable Organization in Pnomh Penh, Cambodia. [redacted]

Japageeya also is the dean of the Yala Islamic Institute, where he is responsible for teaching Wahhabi Islam. [redacted] Yala probably receives financial support from RIHS and the Asia Muslim Committee in Kuwait and the IIRO and Al-Haramain in Saudi Arabia.

- Japageeya's close friend, Hiyad Bungortanjong owns the Islahiyah School Mosque, where Japageeya also teaches. [redacted]

- The Halawiyah Wittaya School in the Yala Province also receives funding through Japageeya's contacts. The school reportedly teaches general courses in Islam.

- Japageeya reportedly visits frequently with Malaysian fundamentalists, including leaders of the opposition Pan Islamic Party. [redacted]

Japageeya's and Hiyad's facilities in Thailand have frequent contact with the Madrasa al-Arabia al-Islamiya in ***Singapore***, [redacted] Saudi-based Dar al-Hijra charity and Islamic supporters in Indonesia fund the Singapore madrasa. [redacted]

The ***Malaysian*** Government has become increasingly concerned about local madrasas and its citizens traveling to study at madrasas abroad.

[redacted]

The RIHS in Phnom Penh, Cambodia, has built mosques, schools, and an orphanage and, [redacted] several of its new staff support al-Qa'ida. [redacted] It also provides other unspecified support to the organization. [redacted]

Personnel associated with Southeast Asian offices of Al-Haramain and the Umm al-Qura International Charitable Organization have financially supported proposed terrorist activities in the region, [redacted] in addition to Islamic education programs. [redacted]

[redacted]

[redacted]

- Jidani formerly represented the Saudi Ministry of Pilgrimage Affairs and Religious Trusts, but recently moved to the Ministry of Islamic Guidance. He is responsible for inspecting Islamic schools on behalf of the Saudi Government and associated donors. He is described as an al-Qa'ida supporter, who believes the United States is using terrorism as an excuse to stamp out Islam.

[redacted]

## Schools in Central and South Asia (U)

Madrasas are key to moving jihadists through ***India*** and Afghanistan from Pakistan and ***Bangladesh***, [redacted]. Many of these madrasas reportedly are not tied to one particular militant group, but will train and support jihadists from virtually any militant group—including al-Qa'ida. [redacted]

[redacted]

In late 2000, India's intelligence service accused Habib bank of financing madrasas and mosques in Nepal's border region with India and suggested that they are attracting poor Nepalese with anti-Indian teachings, according to Indian media reports. There reportedly are more than 100 madrasas in the region, [redacted]

- [redacted] the various Gulf NGOs discussed here have substantial contact and probably fund some of the madrasas in Nepal. [redacted]



[redacted]

[redacted]

[redacted]

**Education in Europe (U)**

As of September 2001, the Saudi Embassy in ***Bosnia*** facilitated funding through the Saudi Islamic Culture Center in Novi Sarajevo for two Islamic teaching NGOs—al-Fuqran and Igassa as well as the Saudi High Commission for Refugees (SHCR), Al-Haramain, Waqf al-Islami, and the Kuwait Joint Relief Committee. All of the NGO offices helped finance former Arab mujahidin in Bosnia. [redacted] Despite a lack of qualifications, Afghan war veterans received jobs as Koranic readers and teachers. Accredited Saudi diplomats [redacted] were directly involved in the disbursement of funds to the NGOs. [redacted]

- Well-known Islamic extremist named Abu Hind al-Mutassim Hasan Mohammed directs Al-Furqan, which principally is involved in Islamic Wahhabi style teaching and proselytizing, [redacted]. Mohammed, a native Sudanese, is a Bosnian citizen and former Bosnian mujahidin.

- As of early 2002, the Islamic Center in Bosnia employed several Saudi Afghan war veterans associated with al-Qa'ida, [redacted]

- [redacted] Saleh Shamel, the director for SHCR's orphans program and the former director of the Islamic Center in Vienna, Austria, has had contacts with individuals in Europe and Saudi Arabia who have associated with al-Qa'ida and Islamic extremist facilitators. [redacted] Shamel and other Saudi NGO directors receive some donations from the Riyadh-based Supreme Committee for Collecting Donations for Muslims—Bosnia, Herzegovina, and Somalia. The Supreme Committee also has been in contact with a few al-Qa'ida associates, [redacted]

Mohamad Sa'id, a Palestinian veteran of the Bosnian mujahidin who is suspected of being a HAMAS member [redacted] was employed as a teacher of the Koran in a SHCR orphanage as of mid-2001. Sa'id had attempted unsuccessfully to enter the United States in early 2001. [redacted]

[redacted], two Algerian nationals who directed the orphans departments of the Saudi Red Crescent Society in Sarajevo and Bihac were close associates of Bensayah Belkacem. The two directors—dual Algerian-Bosnian citizens [redacted]—had planned to travel to Afghanistan after Belkacem made arrangements. [redacted]

Imad al-Misri, [redacted] established the Musab Ibn Umjer Academy in Bosnia which, as of late 2002, remained as a Wahhabi teaching institution strongly associated with Islamic extremists. [redacted]. The director of the Academy is Abdurahman Kalabic. [redacted] The best

[redacted]

[redacted]

students, who range in age from 19-30 years old, reportedly go on to study in Saudi Arabia, Jordan, or Yemen under radical clerics. [redacted] that RIHS, the King Fahd Center, and SHCR, fund the Academy, and it maintains a close association with Al Haramain, Al-Taibah International, and the Kuwait Joint Relief Committee. [redacted]

[redacted]

**Islamic Schools in Africa** [redacted]

As of September 2002, the Ma'hadur Rashid al-Islamia School in Chipata, ***Zambia*** was raising funds for the Karachi-based Rashid Trust, [redacted]

[redacted]

- The Kisoni Islamic Iinstitute in Mombasa, Kenya, is run by an Al-Ittihad al-Islami member Abdul Wahab Issak Ibrahim and is considered a breeding ground for AIAI members, [redacted]. The institute selected students and provided scholarships for them to study in Saudi Arabia. [redacted]



[redacted]

[redacted]

## Appendix B

## Radical Higher Education: Extremist Links to Islamic Universities [redacted]

Many Islamic Universities in the Middle East and South Asia are coming under increasing scrutiny by governments because of their association with Islamic extremists and promotion of a militant message. For example:

- Most students at the International Islamic University (IIU) in Islamabad applauded the 11 September terrorist attacks and opposed the US action in Afghanistan, [redacted]. Bin Ladin's call for a jihad against the "crusaders" reportedly was on posters throughout the IIU after the start of the US counterattack. The IIU's Vice President, Ahmed al-Assal, is known as a supporter of radical Islamic causes, [redacted] The IIU administration reportedly sanctioned mujahidin fundraising and ideological programs on the mujahidin.

- [redacted] faculty members and students at Al-Iman University in Sana'a, Yemen, had many connections to high-level operatives within al-Qa'ida. Islah Party spiritual leader and longtime Bin Ladin contact Abdul Majed Zindani runs the school. [redacted]

[redacted]

- Although the International Islamic University of Malaysia (IIUM)—considered a sister institution to the IIU in Pakistan—is broadly viewed as a moderate Islamic institution, it probably has groups of Islamic militants among its student body that bear monitoring. [redacted] the Muslim Brotherhood financed the IIUM. More recently, US citizen and al-Qa'ida associate Ahmed Ibrahim Bilal was an IIUM student until he was deported to the United States in mid-2002, according to press reports.

[redacted]

[redacted]

[redacted]

[redacted]

- [redacted] Kyrgyzsko-Kuvejtskij Universitet (Kyrgystan-Kuwait University) in Bishkek is funded or influenced by Lajnat al-Birr in Saudi Arabia, the Goodness Social Society in Kuwait, and the International Institute of Islamic Thought (IIT) in Kuala Lumpur, Malaysia. The Goodness Social Society is an arm of the Social Reform Society in Kuwait [redacted] may be another name for Lajnat al-Dawa, whose Pakistani offices have raised funds for al-Qa'ida. The IIT is part of the Herndon, Virginia-based SAAR Foundation, which was raided by US law enforcement and shut down in 2001. [redacted] the Bishkek University has associated with Al-Qa'ida operative [redacted].

[redacted]



[redacted]

[redacted]