# EXHIBIT "23"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - -

In Re: : 03-MDL-1570 (GBD)(SN)
TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 :

- - -
September 17, 2018

- - -
*This Transcript Contains Confidential Material*

Videotape deposition of

DR. ABDULLAH AL OBAID, taken pursuant to notice, was held at Dispute Resolution Centre, 70 Fleet Street, London, EC4Y 1EU, beginning at 8:31 a.m., on the above date, before Amanda Dee Maslynsky-Miller, a Certified Realtime Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

in this post.

**Q. And was that approximately 1995?**

A. Yes, '95, '96.

**Q. And for how long did you serve as the secretary general of the Muslim World League?**

A. The specified period, which is five years.

**Q. And who nominated you to serve in that position?**

A. The Constituent Council, that council who appointed me to the World League.

**Q. The Constituent Council elected you to the position of secretary general, correct?**

A. Yes.

**Q. Did someone nominate you to be considered by the Constituent Council for the position?**

A. To my recollection, the Saudi government, King Fahd.

It's not actually been

mentioned, a writing in the regulations, but usually the general secretary to be from the host country, the one hosting the HQ of the World League.

**Q. During your term as secretary general of the Muslim World League, were you designated to sit on any other bodies by virtue of your status as being the secretary general?**

A. I don't recall.

**Q. In the declaration that you submitted that we marked as Al Obaid-55, there's a statement that as secretary general --**

THE INTERPRETER: Which paragraph? Sorry.

MR. CARTER: Paragraph 5.

BY MR. CARTER:

**Q. It states that, As secretary general, I was also one of eight members of the Supreme Council for Islamic Affairs established by King Fahd by royal decree.**

**Do I understand from that**

something, then that's what -- a project, for instance, to build a mosque, to print out a book, assistance in appointing members of staff. But it doesn't pay cash for the sake of paying.

**Q. I understand all that, Dr. Al Obaid. It's important that you try to answer the specific question I'm asking.**

**And the very basic question is whether or not the Supreme Council for Islamic Affairs made recommendations to the Saudi state concerning the provision of financial support to Islamic organizations operating outside of the Kingdom.**

A. When they request something as such, then we make sure of it. We see if they are entitled to it and then make the recommendations and are not involved in any other activities.

**Q. So is the answer yes?**

MR. SHEN: Objection to form.

THE WITNESS: Yes.

five years. And your question
doesn't have any reference to ten
years.
MR. SHEN: Also, the
chairman of the board.
MR. CARTER: The term I was
using was "tenure," not ten years.
So I apologize. Let me redo this
one since we had a translation
issue.
BY MR. CARTER:
**Q. During your time as a**
**secretary general of the Muslim World**
**League, did you also serve as the**
**chairman of the board of directors of the**
**International Islamic Relief**
**Organization?**
A. Yes.
**Q. And were you designated to**
**serve as chairman of the board of**
**directors of the International Islamic**
**Relief Organization because of your**
**status as secretary general of the Muslim**
**World League?**

A. Indeed, because of my work with the Muslim World League.

**Q. Is the International Islamic Relief Organization affiliated with the Muslim World League?**

A. It was established by the Muslim World League, but it's an independent body financially and administratively. The only connection with the Muslim World League is the general secretary of the Muslim World League it's the chairperson or the chief executive or the executive chief -- the chairman of the board of directors of the Muslim relief organization.

MR. SHEN: Objection to the translation. There's no reference to chief executive officer.

THE INTERPRETER: Sorry, the three terms actually were --

MR. SHEN: I think the term is chairman of the board.

THE WITNESS: And I was the general secretary to that

his services were moved from King Abdulaziz University to the international committee -- International Islamic Relief Committee to establish that organization.
And that's how it started.

**Q. Did the Muslim World League have a role in establishing the International Islamic Relief Organization?**

A. The regulations, the system, the policy requires the League to seek the approval of the state before establishing a committee or an organization.

**Q. Did the Muslim World League seek approval from the Saudi state to establish the International Islamic Relief Organization?**

A. During the era of Dr. Abdullah Omar Al Nusuf, such approval, and that was granted.

**Q. I don't think I received an answer to my actual question.**

**Did the Muslim World League**

**seek approval from the Saudi state to establish the International Islamic Relief Organization?**

MR. LEWIS: Objection. Foundation.

THE WITNESS: Yes.

BY MR. CARTER:

**Q. Is the International Islamic Relief Organization a subsidiary of the Muslim World League?**

MR. LEWIS: Objection. Form.

THE WITNESS: The Muslim World League seeked the approval for it. But as an organization, it's an independent organization financially and administration-wise.

BY MR. CARTER:

**Q. I want to turn your attention back to your affidavit, which was marked as Obaid-56 -- I'm sorry -- which was marked as Obaid-55.**

**And I want to direct your**

**attention to the last sentence in Paragraph 12, which appears on Page 4 of your affidavit, where it states, The IIRO is a subsidiary of the Muslim World League.**

MR. LEWIS: I think we should read the whole sentence.

BY MR. CARTER:

**Q. Now, the full sentence reads: Although the IIRO is a subsidiary of the Muslim World League, I was not involved with its day-to-day operations or activities.**

THE INTERPRETER: Is that the start of Paragraph --

MR. CARTER: It's the last sentence of Paragraph 12.

THE WITNESS: Yes.

BY MR. CARTER:

**Q. First of all, is the reference to IIRO in that sentence a reference to the International Islamic Relief Organization?**

A. Yes.

**Q. And the sentence indicates that the IIRO is a subsidiary of the Muslim World League.**

**Do you agree with that statement?**

MR. LEWIS: Objection to form.

THE WITNESS: If, actually, if it means working under the same umbrella of the Muslim World League, then it is, yes, the answer.

MR. LEWIS: Just a second.

MR. SHEN: I'm going to note an objection to the translation of the term "subsidiary." The way it was translated means to have an affiliation with or a connection with, as opposed to the connotation that you may be implying.

MR. CARTER: Just to clarify, I'm not implying a connotation. I'm reading from his

MR. LEWIS: Well, you can.

THE WITNESS: When the country, obviously, wasn't -- didn't approve that, the Indonesian government accepted me in that post, the Saudi government changed its mind for me to remain and to fulfill the new post.

BY MR. CARTER:

**Q. During the time that you served as secretary general for the Muslim World League, did you travel outside of Saudi Arabia on behalf of the Muslim World League?**

A. Yes.

**Q. When you traveled outside of Saudi Arabia as secretary general of the Muslim World League, did you use a diplomatic passport?**

A. Yes.

**Q. For purposes of your travel here to London, did you use a diplomatic passport?**

A. Yes. But there is a

difference between using it for official purposes or for the purposes of business or travel.

MR. LEWIS: Just answer the question.

BY MR. CARTER:

**Q. What is the difference?**

A. If you were, actually -- if you were part of the government, then you need to seek their approval for this mission. And you would be dealing with the embassy, the approval of the foreign ministry.

If you are going to use the same passport for your own personal requirements, then you need to seek the visa, other means to obtain that. For instance, I came here as a tourist.

**Q. When you traveled abroad as secretary general of the Muslim World League on a diplomatic passport, did you need to seek a visa?**

A. Yes.

**Q. Did you, in any case,**

**travel -- strike that.**

**When you traveled outside of Saudi Arabia as secretary general of the Muslim World League, were there ever instances in which you sought the approval of the government for your travel?**

A. No.

**Q. What happened to the diplomatic passport you used during the time you were secretary general of the Muslim World League? Do you know where it is today?**

A. The passport, when all the pages get used, you submit that passport to the Ministry of Foreign Affairs, and they will hand you over a new passport. And that passport, the previous one, will be destroyed.

**Q. Why did you have a diplomatic passport during the time you were serving as secretary general of the Muslim World League?**

MR. LEWIS: Objection.

Foundation.

THE WITNESS: An individual, he get a diplomatic passport if he was in the rank of a minister or in the excellence grade, and he will keep that passport for the rest of his life.

MR. LEWIS: I think it's "grade" is the word.

BY MR. CARTER:

**Q. Did one of the posts you held before joining the Muslim World League rank at the minister or excellency grade?**

A. Yes, in the Islamic University in Medina.

**Q. And did you receive your first diplomatic passport during the time you were working at the Islamic University in Medina?**

A. Yes.

**Q. Is your current diplomatic passport similar, in terms of its content and information, to the one that you**

\- - -

VIDEO TECHNICIAN: The time is now 12:43. Back on the record.

BY MR. CARTER:

**Q. Dr. Al Obaid, during the time that you served as secretary general of the Muslim World League, did you have an understanding concerning the sources of funding for the League?**

A. Yes.

**Q. Did you receive reports from the Muslim World League's finance departments concerning sources of the League's revenues?**

A. There is an annual report issued by the financial -- finance section or the financial section. And no doubt I will look into that, because that will be produced before the constituent council during their meeting.

**Q. Based on that information, can you tell me what the sources of funding for the Muslim World League were during the time you were secretary**

**general?**

A. Yes. 80 million riyals get paid by the Saudi government to the secretariat of the Muslim World League, and 20 million riyals paid to the Supreme Council of the mosques, paid by the state. And there are other sources, minor ones, to the League.

**Q. Was the grant from the Saudi government in the amount of 80 million riyals the principal source of funding for the Muslim World League?**

A. Yes, assistance.

**Q. Are you able to tell me approximately what percentage of the Muslim World League's revenue the 80 million dollar contribution from the government --**

MR. LEWIS: Not dollars.

BY MR. CARTER:

**Q. I'm sorry, 80 million riyals from the government constituted?**

A. The 80 million riyals is everything to the League. That

Obaid-59, FED-PEC 237301, was
marked for identification.)
- - -
MR. CARTER: It was produced
at Bates stamp FED-PEC 237301.
BY MR. CARTER:
**Q. Dr. Al Obaid, I know that the original Arabic print is very small.**
**Were you able to read it?**
A. I do recall that.
**Q. Are you familiar with Al-Alam Al-Islami?**
A. I have reservation with regard to the name Al-Alam Al-Islami. However, it's a term that's been used for the Muslim countries.
**Q. Are you familiar with this publication?**
A. Yes.
**Q. Who issues this publication?**
A. The media section in the Muslim World League.
**Q. So this is a report issued by the Muslim World League, correct?**

MR. LEWIS: Object to the form.
THE WITNESS: Yes.
BY MR. CARTER:
**Q. Dr. Al Obaid, according to the translation I have, it indicates that you said that more than 5 billion riyals were received by the Muslim World League from the government of the custodian of the two holy mosques.**
**Does that accurately record what you said at the time?**
A. That's right. But that doesn't mean we have received the same -- all the sum in one goal. That means all the money which were received by the Muslim World League since it was established to that date.
**Q. And that may answer my next question.**
**Reading down, it indicates that you were referring to the total financial support received by the League by the government of the custodian of the**

**two holy mosques during the recent years.**
**What did you mean by "recent years"?**
A. I think the wording, actually, until present -- in the past years, that's the Arabic words. In the past years, recent years, past years.
**Q. Dr. Al Obaid, do you know how you arrived at that 5 billion riyal total?**
A. By asking the financial section, how much do you estimate. So they have added up all the assistance over the years.
**Q. Do you recall whether they provided any kind of report to you with that information?**
A. I believe I have asked them for that piece of information. During the past conference of the pilgrimage, I asked them for that piece of information.
**Q. Going down in the article, it indicates that this information was conveyed in a speech that you gave on the**