# EXHIBIT “24”

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\- - -

In Re: : 03-MDL-1570 (GBD)(SN)
TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 :

\- - -

September 15, 2018
VOLUME II

\- - -

*This Transcript Contains Confidential Material*

Videotape deposition of

DR. ABDULLAH AL TURKI, taken pursuant to notice, was held at Dispute Resolution Centre, 70 Fleet Street, London, EC4Y 1EU beginning at 8:38 a.m., on the above date, before Amanda Dee Maslynsky-Miller, a Certified Realtime Reporter.

\- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

MR. SHEN: The Kingdom of Saudi Arabia.

BY MR. CARTER:

**Q. Dr. Al Turki, based on your work with the Muslim World League and familiarity with its operations, do you have any reason to doubt that the information in this report was correct when the report --**

MR. SHEN: Objection. Foundation.

THE WITNESS: No, I don't doubt that. But the thing is, obviously, that's almost 19 years ago. I cannot doubt, nor I can confirm.

BY MR. CARTER:

**Q. What does it say in the column next to fiscal year?**

A. Where about?

THE INTERPRETER: I cannot, obviously, point it out.

THE WITNESS: Fiscal year, then the Saudi government

subsidies, and then other revenues.

BY MR. CARTER:

**Q. And for fiscal year 1417 through 1418, what is the entry under the Saudi government subsidy column you identified?**

MR. LEWIS: You're just asking him to read it?

THE WITNESS: It's written over here. It's 80 million.

BY MR. CARTER:

**Q. And for that same fiscal year, what does it identify in the column for other revenues?**

A. The first one, actually, is about almost 3 million and then about 7 million, 5 million, a difference, actually.

**Q. So just to clarify, there are different fiscal years in the chart?**

A. Yes.

**Q. And you told me that for the first fiscal year, the Saudi government**

**subsidy was $80 million, according to the chart?**

A. Not dollar. Riyal.

**Q. Riyal. I apologize, Riyal.**

**And for that same year and only that same year, what was the other revenue?**

MR. LEWIS: Objection. Foundation.

THE WITNESS: All the details is written, actually, over there.

BY MR. CARTER:

**Q. We spoke a bit yesterday about your status during the -- your tenure with the Muslim World League and whether you were a government official in that capacity.**

**Do you recall that discussion?**

MR. SHEN: Object to form.

MR. LEWIS: Objection. Form.

THE WITNESS: I'm not an