# EXHIBIT "25"

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

\- - -

IN RE: TERRORIST :
ATTACKS ON : 03-MDL-1570
SEPTEMBER 11, 2001 : (GBD)(SN)

\---------------------------------------

\- - -

Friday, June 21, 2019

\- - -

THIS TRANSCRIPT CONTAINS
CONFIDENTIAL INFORMATION

\- - -

Day 2 of the videotaped deposition of ABDERRAOUF KHALAF ALSHORMAN, taken pursuant to notice, was held at the Hotel Indigo Madrid Gran Via, Calle de Silva, 6, 28013 Madrid, Spain, beginning at 9:34 a.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

\- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

MR. HAEFELE: Actually, I did.
"The chair of the council at that time," and we're looking at a document.

MR. NASSAR: So his answer is directly responsive, then. He's saying that the office wasn't even open at the time of this document. So I fail to see how that's not responsive.

Q. Let me re-ask the question.
Isn't it correct that the chair of the council in 1992, Mr. Zaher Abdul Aziz, was the supervisor of IIRO's offices in Bosnia, Herzegovina, Croatia, and Slovenia?

A. The offices of the IIRO, yes.

MS. KHATIB: He was asking.

INTERPRETER: "The offices of IIRO?"

Q. Yes.

A. Yes, he was the supervisor.

Q. Do you understand that IIRO was one of the founding members of the Coordination Council?

INTERPRETER: May I ask you a question?

fighting was done?

A. This council was actually established, created after the war. Is it the same council? Is it a new one? I do not know.

Q. Are there any documents evidencing the creation of a new council?

A. I did not see any documents.

Q. Do you recall Zaher Abdul Aziz going by any other names?

A. I don't know.

Q. Do you recall him going by the name of Abu Anas, A-B-U, A-N-A-S?

A. So it is -- yes, of course. It's a name, it's a nickname, because his son is Anas, so he is Abu Anas, father of Anas.

Q. And is it sometime Abu Enes, E-N-E-S?

A. So in Arabic it's the same.

Q. Same? Do you know the son?

A. No. I do not know if he really had a son.

Q. But you know that Zaher sometimes went by the name Abu Anas?

A. Yes.

Q. Have you ever done any IIRO activities with Zahair Abu Anas -- or Zaher Abdul Aziz?
A. So the first time he visited Sarajevo -- the first time I saw him, in his first visit to Sarajevo in 1994, back then I was an employee with the orphans.
Q. And how many times did you meet Zaher?
A. Two times.
Q. And one was in '94 and when was the other time?
A. Probably '95 or even '94, same year.
Q. And --
A. I do not recall these exact dates, but...
Q. And what were each of the instances of meetings related to?
A. He visited the office and he came to greet the employees.
Q. Why?
A. I do not know why he visited the office. I was not responsible in the office.

Q. Who was -- was Zaher responsible for those offices at the time?
A. He was the executive director of the offices.
Q. So his area of oversight included the Sarajevo area, right?
A. Yes.
Q. And did Zaher Abdul Aziz at some point stop being the executive director of the offices?
A. Yes.
Q. When was that?
A. I think it was end of 1996. I think.
Q. Where did he go?
A. I don't know.
Q. Where physically was his office located?
A. His office or these offices?
Q. Zaher's office.
A. I heard it was in Vienna, and then in Zagreb, Croatia.
Q. Did the Zagreb office get closed?
A. Yes.

Q. When was that?

A. So the decision was made in 1997, and there was a representative until 2001, yes.

Q. I don't understand. The decision to close the Zagreb office happened in '97; is that right?

A. Yes.

Q. And did the office get closed in '97 or after that?

A. 2001.

Q. All right. Where did Mr. Zaher go?

A. I don't know. Back then he was not responsible.

Q. Do you know Jamal Al-Jibouri, J-I-B-O-U-R-I?

A. Yes.

Q. Who is that?

A. The orphans coordinator in Split office.

Q. Did he work for Mr. Abdul Aziz?

A. I don't know.

Q. Do you know Djamel, D-J-A-M-E-L, Lamrani, L-A-M-R-A-N-I?

INTERPRETER: So he's saying

out loud.

MR. NASSAR: Got it.

MR. HAEFELE: And then I want her to translate it.

A. So we advise you that we have been asking about or investigating about the subject from the office -- from the Eastern Province IIRO office and the Kosovo IIRO office, and they replied as follows.

Q. All right. Do you know why the Eastern Province office would be investigating this incident?

A. I don't know.

Q. In 2002, the financial police began investigating a number of organizations purportedly engaged in humanitarian activities in the region, right?

A. Supposedly, yes.

Q. Was IIRO one of the entities that the Federation police began investigating?

A. About what?

Q. Well, do you recall the Federation financial police investigating IIRO?

A. Investigation? Maybe just --

INTERPRETER: I'm looking for the right word.
MS. KHATIB: "Inspection."
INTERPRETER: "Search," let's say, yes.
Q. I'm not sure. What's the answer?
A. Yes.
Q. Who were the other humanitarian entities that were investigated by the Federation financial police in that same investigation?
A. So are you talking about 2002?
Q. Yes.
MR. NASSAR: So I think -- the witness is confused because are you still referring to these documents and these circumstances? You've moved on, correct, to something else?
MR. HAEFELE: I'm not sure.
MR. NASSAR: He's looking at the last -- the discussion of the --
MR. HAEFELE: The Jeep?
MR. NASSAR: The Jeep.
MR. HAEFELE: No. I'm not talking

BY MR. HAEFELE:

Q. I'm going to show you a document that we're marking as Exhibit 234. It's Bates stamped PECFOIA049927 through 932. This is a U.S. State Department diplomatic cable with the subject title, Terrorist Finance: Dirty Dozen's Web of Deceit.

I'm going to refer you to the bottom of the page that ends in Bates 930, please. At the bottom of the page that ends in Bates 930, there's a reference to the arrest of nine Bosnian Serbs in July 2003 for allegedly smuggling weapons to IIRO.

Do you see that? Have you ever heard of that incident?

A. I've heard of it in the newspaper.

Q. Did you hear the incident as a representative of IIRO?

MR. NASSAR: Objection, form.

Q. You were a representative of the IIRO at the time you heard that, correct?

A. Yes.

Q. Did you ask any questions about it?

A. No.

Q. Why not?
A. No need for it.
Q. Why?
A. Because we didn't hear about it except from the newspapers.
Q. Well, you didn't ask about it, correct?
A. I didn't.
Q. Do you have any understanding of this event other than what was in the news accounts?
A. Not at all.
Q. Do you know if any of the individuals were IIRO employees?
A. I don't know.
Q. Do you know if IIRO investigated the incident?
A. No.
MR. HAEFELE: Thank you. I think my time with you is up. And you're going to I guess take a few moments for a break, and then there may be some other folks that have questions for you.
I thank you for your time.

A. I do remember him asking me questions. I do not remember all of the questions.
Q. Okay. Do you recall testifying that you had heard of these allegations through the newspapers?
A. Yes.
Q. Did you find those reports to be with foundation?
MR. HAEFELE: Objection.
A. So these reports have no foundation at all regarding the IIRO or concerning the IIRO.
Q. In Bosnia, what was the -- strike that.
Would you have investigated these allegations, had you found the source of allegations to be legitimate?
MR. HAEFELE: Objection to form.
A. Of course.
Q. Did the Bosnian -- the local authorities in Bosnia ever investigate allegations relating to nine Bosnian Serbs allegedly smuggling weapons to IIRO?

A. With us they did not investigate.
Q. Did you, during your over -- by this point -- strike that.
Did you, during your time beginning in 1992, ever see any evidence of the smuggling of weapons to IIRO?
A. No.
Q. Did the Bosnian government, on the basis of such report, ever investigate the Sarajevo office of IIRO?
A. No.
MR. NASSAR: That's all I have.

EXAMINATION

BY MR. KELLOGG:
Q. Good afternoon, Dr. Alshorman. My name is Michael Kellogg, and I'm a lawyer for the Kingdom of Saudi Arabia.
A. Good afternoon.
Q. Do you recall that yesterday you were asked a series of questions about the relationship between the Saudi Embassy in Bosnia and the IIRO in Sarajevo?
A. Yes.
Q. I have just two questions for you.

Herzegovina laws. The IIRO did not know when they came.

Q. I'm done with that exhibit. You can close that up.

Unfortunately, much earlier today than I'd prefer, Mr. Nassar asked you a few questions. Mr. Nassar asked you some questions related to the individuals that allegedly smuggled weapons to IIRO. Do you recall those questions, generally?

A. Yes.

Q. And you indicated that you -- strike that.

In response to Mr. Nassar's question, you indicated that you didn't look into that incident because -- I think it was that you didn't give credence to the source of the allegations. Is that accurate?

A. It's not credence to individuals but -- what I said was, in the newspaper it was unknown. And we are innocent of that work or that act. There was no such activities.

Q. Did you do anything to investigate those activities at all?

A. I didn't.
Q. Did you do anything to investigate the allegations at all?
A. I didn't.
Q. Did you do anything to investigate the source of the allegations at all?
A. I saw the newspaper where it was written.
Q. Where what was written?
A. I don't remember what was written. Just about this expression.
Q. Did you ask any questions of anybody as to whether or not IIRO, in or around Sarajevo, or in or around Bosnia, had anything to do with the allegations indicated in the newspaper?
A. Of course, we know that we had nothing to do with them.
Q. And do you know that because you asked any questions of anybody, or do you just state that as a matter of your view?
A. As a matter of my view and as responsible of the office.
Q. Did you ask anybody any questions

about that incident?

A. I showed the news to colleagues.

Q. Who did you show it to?

A. To my colleagues working with me.

Q. And who were they?

A. We were only four: the accountant, the --

Q. Treasurer?

A. -- the treasurer, and -- woman -- and the social care employee.

Q. Did you show it to anybody else?

A. It was there with me. I did not show it.

Q. Did you ask anybody in the headquarters or any other IIRO office?

A. I do not recall in that matter.

Q. Did you instruct anybody else to look into it?

A. No.

MR. HAEFELE: Thank you, sir. I don't have anything further.

VIDEO OPERATOR: We are now going off the video record. The time is 4:42.

(Off the record at 4:42 p.m.)