# EXHIBIT “26”

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - -

IN RE: TERRORIST :
ATTACKS ON : 03-MDL-1570
SEPTEMBER 11, 2001 : (GBD)(SN)
----------------------------------------
- - -
Wednesday, February 20, 2019
- - -
THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL
- - -

Day 1 of the videotaped deposition of ADNAN BASHA, taken pursuant to notice, was held at the Park Hyatt Jeddah, Al Hamra District, Southern Corniche, Jeddah, Saudi Arabia, 21432, beginning at 3:11 p.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

- - -
GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Q. Does the IIRO have any affiliation with the Muslim World League?

A. It has a relationship with the League, but not an affiliation.

Q. What is the nature of that relationship?

A. The relationship is that the Secretary General of the League is the chairman of the board of directors of the IIRO, and the chairman of the general assembly.

Q. So just to make sure I'm clear, the Secretary General of the Muslim World League is designated to serve as the chairman of the IIRO's board; is that correct?

A. Yes. Because of his position as the Secretary General in the League, he is the chairman of the IIRO.

(In English.) Board of directors.

(Through interpreter.) Chairman of the board of directors.

Q. What is the role of the Secretary General of the IIRO?

A. He is the CEO and financial officer of the IIRO.

identifies them not only by name but also by reference to their government position, correct?

A. Yes, it is correct, and this is a sort of respect.

Q. During this time period in 1998 or so, do you recall whether the IIRO received funding from King Fahad?

A. I do not recall.

Q. Do you recall whether the IIRO, during this time period, received funding from Crown Prince Abdullah?

A. I do not recall.

Q. What about Prince Sultan?

A. It was the habit before I joined the IIRO that Prince Sultan will provide half a million Saudi riyals every six months to the IIRO.

Q. I'd like to turn your attention to the page labeled IIRO 181 in Basha-133.

Dr. Basha, have you found that page?

A. (In English.) Yes, sir.

Q. Is this a illustration of the

Q. And pursuant to the constitution, the chairman of the board of the IIRO is at all times the Secretary General of the Muslim World League, correct?

A. Yes.

Q. And according to this Annual Report, in the period 1999 to 2000, there were 15 members of the board; is that correct?

A. Yes.

Q. Who was responsible for nominating individuals to serve on the board of directors of the IIRO?

A. The nominations come from the General Secretariat, supported by the opinions of local offices and the external offices. And nominations presented to the general assembly, and the general assembly approves or disapproves the names.

Q. The general assembly of what organization?

A. IIRO.

Q. And you also said that the General Secretariat had a role in the board nominating process. What General Secretariat are you

referring to?

A. The General Secretariat of the IIRO.

Q. Were you nominated to serve in your position as Secretary General of the IIRO?

A. Yes.

Q. Who nominated you?

A. The Secretary General of the League, the head of the executive committee in the board of directors of the IIRO.

Q. Was your nomination subject to approval?

A. Yes.

Q. And who had to approve your nomination?

A. Members of the executive committee.

Q. And was there any Royal decree issued in relation to your nomination or approval as Secretary General?

A. This is an internal process inside the IIRO. It has nothing to do with Royal decrees.

Q. Do you know whether any government officials were consulted with regard to your

mistakes in it. Is this a certified translation?

MR. CARTER: Yeah, it is. Yes, it is certified.

MR. NASSAR: All right. Well, particularly on page 1, you know, it lists Dr. Basha's credentials as being Secretary General of the Muslim World League, and the Arabic copy in front of me has it listed as Secretary General of the International Islamic Relief Organization.

MR. CARTER: Yeah, Waleed, I believe -- that's a typo I noticed and I was going to correct with him.

MR. LEWIS: Okay.

MR. NASSAR: Okay.

Q. Dr. Basha, the English translation I have in front of me references you as the Secretary General of the Muslim World League, but I believe the Arabic original document references you as the Secretary General of the IIRO; is that correct?

A. Yes.

Q. And just going down to other board members, it identifies Sheikh Hassan bin Ali Marfak as a board member and describes him as a member of the Constituent Council of the Muslim World League. Do you see that?

A. Yes.

Q. And the next individual, Dr. Abdul Rahman Habanka al-Maydani, is also identified as a member of the Constituent Assembly or Council of the Muslim World League and an IIRO board member, correct?

A. Yes, correct.

Q. And on the next page, at least, of the English translation, it indicates that the Director General of Finance and Administration of the Muslim World League was also an IIRO board member. Is that correct?

A. Yes.

Q. And lower in the document, it indicates that the Assistant Secretary General of the Muslim World League was also an IIRO board member, correct?

A. Yes.

Q. And then further down it identifies

two individuals who did not attend the meeting, both of whom are members of the Muslim World League Constituent Council and IIRO board members, correct?

A. Yes.

Q. So at the time of this particular board meeting, it appears from this document that seven of the IIRO's board members were employees or members of the Constituent Council of the Muslim World League, correct?

MR. LEWIS: Object to the form of the question.

A. In terms of calculations, this is correct.

Q. And it also indicates that an individual named Sheikh Mostafa bin Mohammed Idris is a member of the IIRO board, correct?

A. Yes.

Q. And it identifies him as being a Royal Court Advisor, and Acting head of the Special Committee of the Council of Ministers.

Do you see that?

A. Yes.

Q. And what is the Royal Court as