# EXHIBIT “28”

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) | |
| Underwriting Members of Lloyd's Syndicate 2, et al., v. Al Rajhi Bank, et al., No. 16-cv-07853 | ) | 03 MDL 1570 (GBD) (SN) |
| Addesso, et al. v. Kingdom of Saudi Arabia, et al., No. 16-cv-09937 | ) | ECF Case |
| Aguilar, et al. v. Kingdom of Saudi Arabia, et al., No. 16-cv-09663 | ) | |
| Hodges, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-00117 | ) | |
| Aiken, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-00450 | ) | |
| Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al., No. 17-cv-02651 | ) | |
| Abarca, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-03887 | ) | |
| Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-03908 | ) | |
| Abedhajajreh, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-06123 | ) | |
| Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al., Case No. 17-cv-07914 | ) | |

)

Abbate, et al. v. Kingdom of )
Saudi Arabia, et al., )
No. 17-cv-08617 )

THURSDAY, FEBRUARY 8, 2024

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

- - -

Remote videotaped deposition of Aimen Dean, held at the location of the witness in Saudi Arabia, commencing at 2:31 p.m. Arabia Standard Time, on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri, Kansas, Louisiana & New Jersey Certified Court Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.DEPS
deps@golkow.com

form.

You may answer.

THE WITNESS: I have no recollection of that.

QUESTIONS BY MR. CARTER:

Q. You don't recall telling folks at the Institute for Counterterrorism in Herzliya that there were family members of the jihadists from the camp who were on the payroll of the Fatima al-Zahra Hospital, despite not actually working there?

A. I don't have recollection of that conversation, and not these words exactly.

Q. What about, do you recall telling folks that in -- sometime in the 1998, 1999 time period, Ayman al-Zawahiri, who was a doctor by training, visited the hospital and performed eye surgeries there?

A. I do recall that within al-Qaeda, it was well -- it was a well-established knowledge and a common knowledge that Ayman al-Zawahiri visited several hospitals around Afghanistan to perform eye surgeries. Some of them might

have been performed at Fatima al-Zahra Hospital.

Q. Do you recall also reporting that the Fatima al-Zahra Hospital was used as a vehicle to obtain dual-use materials for the bomb making exercises at Darunta?

A. That's not my recollections. My understanding is that it is the University of Jalalabad that was used for that function.

Q. You report in your book that you were working with Khabab to perfect large quantities of the very deadly TATP explosive.

Is that correct?

A. I was part of the team that was being trained on it, yes.

Q. So there was work going on at Darunta during this period to try and perfect the TATP explosive formula.

Is that right?

A. Yes.

Q. And one of the ingredients needed for purposes of making the TATP was hydrogen peroxide.

Right?

A. Yes.