# EXHIBIT “29”

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ) 03-MDL-1570 (GBD) (SN)
ON SEPTEMBER 11, 2001 )
)

— — —

Thursday, June 27, 2019

— — —

THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

— — —

Videotaped Deposition of ABDULHADI T. DAGUIT, held at 1 Raffles Drive, Makati Avenue, Makati City, Manila, Philippines, commencing at 6:01 p.m., on the above date, before Debra A. Dibble, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Captioner, Certified Realtime Reporter and Notary Public.

— — —

GOLKOW LITIGATION SERVICES
877.370.DEPS | fax 917.591.5672
deps@golkow.com

Q. Has anyone ever told you that Khalifa provided funding to Janjalani to establish Abu Sayyaf Group in the Philippines?

A. No. But allegedly, according to the newspapers, Mohammed Jamal Khalifa is planning -- they're allegedly -- they say in the newspapers that he is funding the activities of Abu Sayyaf, but I don't know personally the truthfulness of that reports.

Q. Have you ever seen reports that some of the funding for the Abu Sayyaf Group was provided by the IIRO office in the Philippines?

A. I never see that report. Only allegations in the newspapers, but as you said, the report -- report meaning the report in the office, no, I never see that report.

Q. You've seen the allegation that the IIRO had provided funding to Abu Sayyaf Group in the newspapers; correct?

A. Yes.

Q. Have you ever been questioned by any government authority --

A. Never.
Q. -- about that?
A. Never.
Q. Have you ever been questioned -- have you ever been interviewed or questioned by any government authority about any allegation that the IIRO in the Philippines was involved in terrorist activity?
A. I've never been questioned about that.
Q. Have you ever been interviewed in connection with any governmental investigation of the IIRO of any form?
A. Never.
Q. Do you know whether any employees of the IIRO were arrested during the time that you were working for the IIRO?
A. I don't -- I cannot recall.
MR. NASSAR: Counsel, we've been going almost an hour and a half. Is this a good time for a break?
MR. CARTER: Yeah, sure. Thanks, Waleed.

Q. Do you know whether you ever, during that period, met with any representatives of the Moro Islamic Liberation Front?

A. Pardon?

Q. During the time that you worked for the IIRO, did you ever meet with any representatives of the Moro Islamic Liberation Front?

A. In the Manila office, I cannot recall.

Q. Okay. And anywhere else?

A. Anywhere else, because I am from Cotabato City. Sometimes when I'm taking my vacation to Cotabato City, it is normally to meet people but not official meeting. I can meet them in the roads. I can meet them in the streets, so in that degree.

Q. So am I correct that you're testifying that you did not meet with representatives of the Moro Islamic Liberation Front in your role as an employee of the IIRO?

A. Yes.
MR. CARTER: I'd like the reporter to mark as Daguit 242 a document that appears at tab 60 and begins at IIRO 111421.
(Daguit Deposition Exhibit 242, 08-30-98 letter to International Islamic Relief Organization in the Kingdom of Saudi Arabia, IIRO 111421-111430, was marked for identification.)
MR. CARTER: It's at tab 47. I apologize.
Q. (BY MR. CARTER) Mr. Daguit, once you've had a chance to look over the document generally, can you tell me whether or not you recognize it?
A. Yes.
MR. NASSAR: Have you reviewed the whole document?
Sorry, he's only looked at the front page.
THE WITNESS: I only see the front. But not all the documents.

Let me know when you get there.

A. Yes.

Q. Okay. And this section deals with allowances that were being provided to orphans affiliated with families in Cotabato; correct?

A. Yes. Yes.

Q. And under subheading two it says: The office did not carry out the instructions of the social care department to form the Tripartite Committee for the delivery of the allowances to the orphans.

Do you know what that sentence refers to?

A. Yeah. Because the protocol is to form a committee in the distribution in the -- yeah, in the distribution of the assistance to the orphans, but in this particular case, we don't have time to form the committee, because we are there -- we came to Cotabato City, and we are living at the second day, so there is no time to form the committee that he's referring to.

Q. And from that do I understand

to know it is the orphan is through with his or her age.

Q. So this is essentially a financial control to make sure that the money is being distributed to qualified orphans; correct?

A. To me, yes. That is one of the issues, to ensure that the money will not go to other person.

Q. Okay. And in the next paragraph, Dr. Al Harbi indicates that the orphanages's record at the Secretariat General's social care department indicates that there are 80 male and female orphans, but there are actually 22 female orphans and 23 male orphans. Do you see that?

A. Yes. What was happen is when we --

Q. And --

A. Yeah. Yes, yes.

Q. And the reference to the Secretariat General's social care department, is that the Secretariat General of the IIRO in Saudi Arabia?

A. Pardon?
Q. In this paragraph he references the Secretariat General's social care department. Is that the Secretariat General of the IIRO in Saudi Arabia?
A. Yes.
Q. And based on that, am I correct that the records at the Secretariat General in Saudi Arabia indicated that there were 80 orphans at this facility but that the analysis by Dr. Al Harbi indicated that there were only 45?
A. Yes.
Q. And the funding provided by the IIRO in Saudi Arabia to the IIRO Philippines for distribution to orphans would be based on the number of orphans; correct?
A. Yeah. On the basis of 80. But we only give the assistances for those 45 orphans. Because the others are either dislocated, they dislocated in other areas, they -- we have no way to -- no way to contact them. That's why they say this, because the actual number who present during

the distribution is only 45, while the approved number of the orphans in their files in Saudi Arabia is 80. But the money for the orphans, not person dealing with distribution, were sent back to the account of the office, were sent back to the office in Manila. We did not give it to anybody who is not a recipient of the -- of that assistance.

Q. Was Dr. Al Harbi concerned that the headquarters in Saudi Arabia had inaccurate information relating to the number of orphans and was providing funding based on that inaccurate information?

A. Yes.

Q. Turning to the section under the heading fifth, observations on the orphans affiliated with the families.

Do you see that section?

A. The item fifth?

Q. Item fifth, yes.

A. Yes.

Q. It indicates, under No. 1, that there are no completed files for the orphans

at the organization's office except for a small number of orphans' files in Cotabato.
Do you see that?
A. Yes.
Q. Did Dr. Al Harbi raise a concern with you about a lack of documentation for the orphans affiliated with families?
A. Yes.
Q. And in paragraph 2, it says that the orphans affiliated with families in Marawi and Zamboanga did not receive their allowance from 1417 Hijri calendar, although the allowances were sent to the office.
Did Dr. Al Harbi raise concerns that funds distributed from Saudi Arabia to the Philippines office to support orphans affiliated with families in Marawi and Zamboanga had not been distributed?
A. Yes.
Q. Did he ask you what happened to those funds?
A. Yes.
And we explained to him that

Because there are so -- there are so many
Ghamdis.

Q. Well, this is Mr. Ahmed Saad al-Ghamdi who is identified as a member of the Muslim World League's constituent counsel.

A. I don't know him.

Q. And do you recall anyone ever telling you that Mr. Al-Ghamdi had sent a letter in 1994 complaining about the staff of the Philippines office?

A. I cannot recall.

MR. CARTER: I would like the court reporter to mark as Daguit 245 the document at tab 45 which corresponds to IIRO 9332.

(Daguit Deposition Exhibit 245, 8-25-03 letter, IIRO 093332-093333, was marked for identification.)

Q. (BY MR. CARTER) Mr. Daguit, this is the letter from a representative of the Moro Islamic Liberation Front to Secretariat General of the Muslim World League in 2003.

Were you aware of any communications between the Moro Islamic Liberation Front and the Muslim World League during that period?

A. I am not aware.

Q. Was the Moro Islamic Liberation Front engaged in military activities during that time period?

A. Yes, as I explain before, that they're engaging fighting with the Philippine government, but in the -- later on we become friends; they negotiated the peace settlement of the Bangsamoro issues in the -- in Mindanao, until finally they reach into an agreement that the Bangsamoro be given an autonomous region in Muslim Mindanao. So those people --

Q. In the --

A. Yes.

Q. On the second page of the letter in the last full paragraph, the chairman of the Moro Islamic Liberation Front expressed its thanks to the Muslim World League for all the assistance the league is

extremism for Osama bin Laden?

A. Yes; because we know that many reporters alleging writing reports, all those reports are allegedly. So we don't want ourselves to read those fake news.

Q. The reporting indicates that Khalifa had close ties to Bin Laden. Given that Khalifa had been the director of the IIRO Philippine office, do you know whether you ever asked anyone about that?

A. Pardon?

Q. Did you ever ask anyone in the IIRO Philippine office whether they knew anything about Mohammed Jamal Khalifa's ties to Osama bin Laden?

A. No.

Q. Did you ever ask anyone at the IIRO in Saudi Arabia about Mohammed Jamal Khalifa's relationship to Osama bin Laden?

A. No.

MR. CARTER: I'd like the reporter to mark -- I'm sorry, it's already been marked. I'd like the reporter just to show the witness a