# EXHIBIT "30"

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST :
ATTACKS ON : 03-MDL-1570
SEPTEMBER 11, 2001 : (GBD)(SN)

----------------------------------------

- - -

Wednesday, March 27, 2019

- - -

THIS TRANSCRIPT CONTAINS
CONFIDENTIAL INFORMATION

- - -

Day 2 of the videotaped deposition of FAHD MOHAMMAD SANAD ALHARBI, taken pursuant to notice, was held at the InterContinental Hotel Madrid, Paseo de la Castellana, 49, 28046 Madrid, Spain, beginning at 9:41 a.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Q. How many times did you have offices service department send a delegation to your office to audit you -- or audit the office?
A. To audit the office, as far as I can remember, three times.
Q. Three times? On this occasion, the letter indicates that an accountant, Omer Bashir Khalid, a Sudanese-national, is coming to audit the office. Did Mr. Khalid come to audit the office?
A. Yes.
Q. Did you see a report that resulted from the audit?
A. He verifies the accounts and then go to the headquarters.
Q. Did you see a resulting report?
A. No.
Q. Did you ever become aware that a report had concluded that the IIRO Indonesian office failed to use sound accounting practices?
A. No, I don't -- I do not know.
Q. Were you ever made aware that the auditor had concluded that supporting

documentation for IIRO Indonesia office expenditures were missing?

A. I don't know.

Q. Did you ever become aware that the auditor had concluded that payments to the office could not be reconciled?

INTERPRETER: "Reconciled," you mean done or reimbursed?

MR. HAEFELE: By "reconciled," matched one for one, I guess, maybe?

INTERPRETER: Yes, I hear you, okay.

MR. HAEFELE: It's an accounting term.

INTERPRETER: Yeah, yeah, yeah.

MR. HAEFELE: Coming into agreement with one another, "reconciling."

INTERPRETER: Yeah, yeah, yeah, I just --

A. I don't know.

MR. HAEFELE: I think there's a da'wah joke there somewhere, too. Never mind.

A. So that was the first time -- the

first year -- so that was the first year I was working at the office. Normally the auditor comes to audit accounts of the previous year, and not the actual one -- the current year.
Q. So any of the problems were --
A. So I'm not concerned by this audit -- by what the auditor's talking about.
Q. Because any of the problems that were noted were Mr. Jamal's fault; is that what you're saying?
MS. KHATIB: (Inaudible.)
INTERPRETER: Sorry?
Q. Any of the problems that were noted in the audit were Mr. Jamal's fault? Is that what you're saying?
A. I do not know anything about this report, whether it was written under Jamal's tenure or not. I do not know. These are financial issues. We do not interfere in them.
Q. You were present when the audit took place, correct? You were in that office while the audit took place?
A. Yes.
Q. Did you ever become aware that the

auditor concluded that monies were transferred from the IIRO's Eastern Province to the Indonesian office without the IIRO Secretary General's authorization?

A. I don't know.

Q. You had testified earlier that the normal course, money flowing from one IIRO office would be that it would be collected, for example, by the Riyadh office, be sent to the Secretary General or General Secretariat, and then be sent to you in Indonesia, correct?

A. Yes.

Q. So it would not be ordinary practice, then, for monies to go directly from, for example, the Eastern Province to the Indonesian office, right?

A. They are supposed to go to the headquarters -- to the General Secretariat, and then the General Secretariat would send them.

Q. So it would not be ordinary practice, then, for monies to go directly from, for example, the Eastern Province to the Indonesian office, right?

A. Monies are supposed to go -- even

if the monies go directly, it's an error in the procedures.

(The witness and interpreter conferred in Arabic.)

A. They are supposed to go first to the General Secretariat.

Q. So it's contrary to the normal procedures for them to go directly from one office to the other without going through the Secretariat?

A. Yes.

Q. Thank you.

(Exhibit Harbi-173 marked for identification and attached to the transcript.)

BY MR. HAEFELE:

Q. Mr. Harbi, I'm showing you a document that has been marked as 173. And this is a document that has been produced to us by IIRO with Bates stamp 34989 to 35007.

MR. NASSAR: Before you continue, Robert, I would just note the Arabic I think has the same issues, that the Bates numbers have been cut off.

states that?

MR. HAEFELE: Well, I'm asking him first what his recollection is since I'm sure he's reviewed the report at some point.

MR. NASSAR: 15 years ago?

MR. HAEFELE: I don't know.

A. I can send this to the accountant so he can review it.

Q. Well, I'm asking you, do you have a recollection that when you received the report -- let me ask you this.

When you received this report that was an audit of the office that you were the head of, did you review the audit?

A. I saw the report.

Q. And do you have a recollection that it reflected financial irregularities regarding supervision, monitoring, and control?

A. I do not recall. These are financial issues. But I'm sure the accountant tried to fix these financial errors.

Q. Would you, as the head of the IIRO office in Indonesia, just delegate the --

internal controls?
A. So report doesn't say so. It says that -- so this is a financial report that I am not -- I do not know anything about it.
Q. I'm asking whether or not the accountant or the auditor told him that the audit discovered that there were weak internal controls?
A. I was not advised by such thing.
Q. Did the accountant or the auditor tell you that the -- there was a complexity of extracting auditing balances?
A. No. So there's no communication or administrative relation between me and the auditor. He comes and goes to report to the headquarters.
Q. Mr. Harbi, you were the head of IIRO's office in Indonesia, right?
A. (In English.) Yeah.
Q. Did you care whether there were irregularities in the finances of that office?
A. I did care, of course.
Q. When you got the copy of the audit, did you go over what the audit said with the

riyal from the currency exchange differences without authorization from the office in charge?

A. That's what's mentioned.

Q. And did the auditor also indicate, as part of the conclusion, that there's a deficit of $6,001 in the Eastern District account as apparent in the auditing balance?

A. Yes, written.

Q. Do you know what happened to that $6,000?

A. I do not know.

Q. Did you ever make any inquiry as to what happened to the $6,000?

A. No.

Q. Does it concern you that there's a $6,000 deficit in a bank account of the IIRO Eastern Province -- or of Indonesia?

A. I do not know about this report. I know is, during my tenure, there was no deficit.

Q. When you arrived and you read this report, did you make any inquiry whether or not there was a -- continued to be a deficit in the

solutions.

Q. Did anybody ask you whether or not the missing $6,000 was located?

A. So this is not under my tenure. It's not during the period I have served.

Q. Mr. Harbi, this report was written and issued under your tenure directing that the office address these recommendations under your tenure. Did you address any aspect of it under your tenure?

A. When I first started to work, I followed the instructions and regulations from the headquarters, from the General Secretariat.

Q. Were you ever asked to ensure that the financial situation at IIRO Indonesia be adjusted in any way to address deficiencies or irregularities identified in the audit report?

A. No.

Q. When IIRO was designated by the United States, and then by the UN, did IIRO engage in an investigation to determine whether the information that resulted in the designation had any merit?

A. Yes, it engaged in an