# EXHIBIT "52"

265-E-SF-112624

This is a translation of a hand written Arabic document, written in English on first page "I.R.I.C.", this document found in the luggage of a Mr. MOHAMMAD JAMAL KHALIFAH.

The first two lines are not clear.

The document is a catalogue for a school called Institute of al-Imam al-Shafi'i for Education. It outlines courses or curriculum to be taught at the school at different stages of the curriculum or what is referred at times as rounds.

The document begins by defining the administrative and physical frames, of the institute, followed by a sketch. It enumerates a list of internal by-laws and punishments netted for breaking any by-laws. The document directs on how to recruit students and the bases on which the final selection of students is to be made. It states that the educational process is divided into four stages, defines the stages, outlines study courses, in some instances gives names of books and/or reference material to be used in an outlined course and at times gives names of instructors.

Bellow is a summary and at times verbatim translation of the document, verbatim translation is indicated by (vtim.) at the beginning and end of the verbatim translation:

(vtim) The Institute is a project of the International Relations Information Center "I.R.I.C" headquartered in Manilla.

The person in charge of the Institute is the person in charge of the "I.R.I.C.', brother ABU AL-BARA'.

The Institute is internally supervised by a group of Arab and Philippine teachers, three Arabs and one Philippine.
A group of advisors direct the day to day activities: One accountant and purchaser, two night guards, four cooks, one Karate instructor from out side the Institution. (vtim).

Students are divided among thirteen rooms (five in each room, gives name of the rooms.

Every room is assigned a prince (one person in charge), no students from the same area are put in the same room. The students are divided into educational families, each two rooms constitute a family supervised by an advisor. In the final stage, 'implementation stage', families are divided according to level

Translation from Arabic
L/S Montaha D. Curti
L.A. Office
01/04/94

of students and their specialties. Students are assigned to various committees to perform various activities.

Pages 2 and 3 are a description of the physical frame of the school and a sketch identified as "Imam Al-Shafi'i Institute for Education".

Pages 4 enumerates 17 by-laws, verbatim translation of some:
1 - Only with a special permit can one leave the Institute on other than Fridays.
2 - It is forbidden to speak in any language but Arabic inside the Institute.
4 - it is forbidden for more than two persons from the same tribe to congregate together.
7 - it is forbidden to talk about the course of activities of the institute with any one from out side the Institute.
8 - Visitors can only enter the visiting area.

Page 5 talks about system of punishment, conditions for expelling students and system of family groupings within the institute.

Page 6 is titled System of Study of the Institute

Choosing Students:
The brothers advisors make a tour of, almost, all Moslem areas, meet with students, in principle, graduates from prior rounds help in recruitment of new students, recruiting a number of them. A camp is held for the recruits during which the final list is selected. Prerequisite of final selection:
(vtim) 1 - exhibits the mental, psychological and physical readiness, in principle, to implement the aims of the Institute.
2 - has completed "English High School" fourth level secondary in English.
4 - age between 17 and 25, has not passed this age.
5 - be single.
6 - be free of dangerous intestinal ailments.
Note that the student does not graduate from the Institute with an academic degree, but graduates only as a mujahid =(struggler or worrier) caller (vtim).
Goes on to say that in the first two stages students are divided (at times into two session, one for beginners, one for advanced, then to outline the four stages of study:
1 - Preparatory stage, 2 - Explanatory stage, 3 - Formation stage, 4 - Implementation stage.

Translation from Arabic
L/S Montaha D. Curti
L.A. Office
01/04/94



285 491

Pages 7-20 is an outline of the course studies for the four stages, in some cases name of instructor is given.

Page 7 lists topics to be studied during each stage.

pages. 8-11 outlines in detail each topic and gives reference material to be used in the program. In the Preparatory stage the Arabic language and some Quranic laws are taught, one class under the heading: Words and Short Sentences in English, taught by ABDEL AL-WARITH SAE'EED. Under the heading, General Education, a class in general geography is taught, using as reference material The Correct World atlas, by ADEL TAHA YOUNES. A class on farming - chicken raising, first aid: drowning and burns, bone breaks, snake bites, methods of prevention, communicable diseases, Philippine Constitution, various forms of Arabic scripts, and how to utilize them are taught.

Pages 12-13 outlines the study course for the Explanatory stage, concentrating on study of the Quran: interpretation, religious law, conduct, the calling: characteristics, importance, its principles; those who call, their position in Islam and their character, those who are called, their rights, duties, types called and how to deal with them.

Page 14 -15 gives outline of courses for the advanced 'excellent' level. Propaganda: introduction, its relation to jihad, illustrations of Islamic propaganda, Zionist hegemony over channels of propaganda, practical program: issue magazines, read and summarize news, write propaganda material for practice.

Special (or private) work, outline of special 'organizational' work: introduction, importance, organizing, types, methods, work with university students at "M.S.U". and coordinating with the specialized leadership: contacts, steps to organize individuals, structure of well known organizations and their internal-organizational structure, 'organizational infiltration', 'organizational terms, 'studies from Islamic work', security studies.

Practical program: plan of work with M.S.U., choose three students from M.S.U. to implement plan of individual contact, organize a trip for those called, write a detailed report about the contact.

Pages 16-18 gives outline of courses for the medium level. Security: introduction importance, glances at secrecy and security in the course, Security of Organizational Work: security of individuals, surveillance, how to escape surveillance, security of secret houses and secret documents, methods of information gathering on individuals, reporting of security

Translation from Arabic
L/S Montaha D. Curti
L.A. Office
01/04/94

reports, propaganda and how to confront it, use of symbols in writing, spies and spying.

Investigation: introduction, its factors of success and aim, methods: psychology and nerves, how to resist, importance of steadfastness and judgement to confession, Methods of torture used in investigations.

Assassinations: causes, and methods, how to safeguard important persons.

(vtim) Practical agenda: 1- Oversee the security of the Institute, 2- Observing any movement outside the Institute, 3- Participate in the activities of the Institute as a security committee, 4- Writing of security reports about camps (military), university presidency, Christian organizations, 5- Surveillance of individuals, writing of reports, 'surveillance of one another for practice'.

training: Put together torn papers, reading of torn papers, writing with (not clear) ink, swallowing papers, hiding of papers or things inside the clothes, searching for something hidden, passing and remembering commercial places and car license numbers, training on weapons if possible (vtim).

Then goes on to outline courses of general or public work, work: aim, methods, (moral) characteristics, how to plan it: camps, trips, parties ....... ect., how to build relations with people, gain friends and deal with people, and outline for a study program on comparative religion, study of about Jesus in the Quran, is the Bible the word of God.

Practical agenda: A plan of work with students in Arabic and English schools in Marawi (ph, name of area or town in Philippine) "aims and methods of the program", at public parties in cities and at schools, show videos, specially during Ramadan, train for lessons and Friday speeches within the Institute and out side it if possible.

Page 19 outlines course curriculum for the weak and medium level students. The page is divided under columns
Under column specialization is: Jihad.
Sections of the program column: important religious laws in understanding jihad.
- Legal provisions for assassinations and kidnapping.
- Legal provisions for assassinate priests and Christians.
- Legal provision for bombing churches and places of worship.
- Legal provisions for martyrdom operations.
- Legal provisions for reconciling with the enemy, and other various methods.
- Writing research on these issues and others, where it is researched in a scientific method.
- research in security and investigation.

Translation from Arabic
L/S Montaha D. Curti
L.A. Office
01/04/94

- Assassinations: introduction, causes, methods, how to implement it.
- Explosives: types, how to put together simple explosives.

Practical program:-
- Writing of research and reports.
- Making simple explosives.
- A round (training cycle) on weapons and explosives, 'full military training'.
- Arduous day and night marching.

In a column next to program is the Suggested References column: 1 - Jihad and our contemporary situation/ AL-Makdisi, 2 - jihad for the sake of God/ Al-Kadiri, 3- books of the martyr Abdallah Azzam, 4- reading in the religious laws of the witness/ Al-Sabeel magazine, 5 - some security specializes references, 6- general manual for self security, chapter on assassinations, 7- dossier of explosives and its types (vtim).

Page 20 continues an outline for the weak level, concentrating on Islamic Movements (Organizations): importance of group work 'Islamic Movement' - the out line is a review of the history of Islamic movements, then names the al-jama'a al-islamiyyah in India and Pakistan, Hamas Movement in Palestine, Jihad movements in the Islamic world. organizations, history, aims, recent Islamic organizations, Islamic groups in India and Pakistan, Hamas, Islamic Jihad movements around the world,

Page 21 titled The Non-curriculum Activities, this program is to supplement the defined curriculum.

Page 26 is titled Program of rounds (cycles), names the rounds, one rounds is for explosives and individual weapons, note that this is during camp. At the bottom of the page there is a note (vtim) It is possible to benefit from camps, during some rounds, like the security round, explosives round, camping and youth activities round, and first aid rounds (vtim).

Pages 27-28 talks about committees and their responsibilities. The document goes on to break down the outline of the courses named to more specific course titles. On page 31 there is mention of study of (vtim) destructive movements (vtim), names Masonry, Christian, Orientalism, Scientific and Communism.

Translation from Arabic
L/S Montaha D. Curti
L.A. Office
01/04/94



585 494