# EXHIBIT "58"

SUBJECT : **Alleged AlQaida Bombing Plot in Manila** DATE: 05 May 2004

1. On 23 Apr 2004, Jordanian national **Hazim Dawud** and Yemeni national **Ayman Al Quah** visited Jordanian national **Khaled M Abu Mlihan,** who is serving life prison term for illegal recruitment of overseas workers at Muntinlupa National Prison. During the visit, **Hazim** and **Ayman** informed **Khaled** that the recent bomb attacks in Riyadh was perpetrated by **Al Qaida.**

2. Likewise, **Khaled,** a self-confessed **Al Qaida** cell member in the Philippines, was allegedly informed by **Hazim** and **Ayman** that they were tasked to carry out the same bombing in the Philippines - being an American ally in the Iraqi issue. The target, among others, is the Embassy of Saudi Arabia within the time frame of before or after the nation election on 10 May 2004. The operation would be carried out in cooperation with their local contacts. The explosives and firearms intended for the said operation is allegedly under the care **of Salem Guimba** in Quiapo, Manila.

3. Accordingly, the other cell members of **Al Qaida** in Manila include **Fawaz Zaki Ajoor** (TN: **Agour Fawaz Zaki -** Palestinian); **Ayman Al Quah** (Yemini); **Mahmud Afif Abduljalil** (Jordanian) who is detained at ISAFP; **Hazim Dawud** (Jordanian) who is the owner of YHMD International Manpower Services at Gedisco Bldg, Errnita, Manila; and **Butt Hamid** (TN: **Butt Hamid Javid** - Pakistani) who arrive in Manila in Feb 2003. **Ayman** and **Hazim** were the alleged leaders of the group and their Filipino conduits include a certain **Ahmad** and **Omar,** who are both Balik-Islam; **Abdulhadi Daguit** (Filipino) of MWL-IIRO Manila office; and a certain **Salem Guimba** (Filipino), a Maranaw Muslim residing at Muslim Center, Quiapo, Manila.

4. Relatedly, on 04 May 2004, **Khaled** revealed that Balik-Islam **Ibrahim Mata,** one of the founding leaders of **ISCAG** or Islamic Studies, Call and Guidance, Inc at Dasmarinas, Cavite might be involved in the implementation of bombing plan. The two Arabs, **Hazim** and **Ayman** are using mobile phone numbers **0918 6536274 and 0920** 7837476. **Salem Guimba** could be reached through telephone numbers **02** 8872952 and **02 8128014** while **Omar at 046 4163371** and **Ahmad at 046 4163629.**

<u>**Comments:**</u>

5. The motive of **Khaled** for volunteering the above mentioned **Al Qaida** cell and its terror plot as well as its veracity could not be determined as of this reporting. The personalities involved, particularly the foreign nationals, while they may have radical tendency were never reported in the past having been involved in terrorism. However, based on their respective profile they deserved a closer watch for the best interest of security.

**6.** **Hazim Dawud** was implicated by arrested Iraqi national **Najim Tahir Najim Alzawari** among the member of **IFAFS** or Integrated Filipino-Arabs Friendship Society

led by Palestinian nationals **Maher Daas and Sala Sager. IFAFS** is the principal rival of **ACSA** or Arab Cultural Society Association headed by Jordanian national **Nedhal Al Dalain,** who was deported for providing funds for extremist activities of MILF and the Rajah Sulaiman Movement. Both **Nedhal and Abdulhadi Daguit** were conduits of OBL brother in law **Mohammad Jamal Khalifa** in the formation and running the latter's NGO network in the Philippines. **Nedhal** warned before his deportation that **IFAFS** leaders **Maher Daas and Sala Sager** were more dangerous than him because they have ties with terrorists.

**7.** **Ahmad** may refer to **Ahmad Fernandez,** a Balik-Islam formerly connected with **ISCAG** or Islamic Studies, Call and Guidance, Inc who was trained on bombing making by one of its Islamic and Arabic teacher, **Omar Fernandez** (believed to be **Najeb Rasul Fernandez)** of the MNLF-MBG faction. **Ahmad** was arrested at Zamboanga City Airport in 2001 with explosives while reportedly on bombing mission. While **Omar** was arrested in 2001 in Davao City when the bomb he planted at the office the SPDA administrator accidentally exploded. Both of them posted bail bond and jumped bail later. The contact phone numbers **of Omar** and **Ahmad** are both subscribed to **ISCAG.**

8. Another Balik-Islam named **Omar is Reuben Omar Lavilla,** formerly connected with ISCAG in Dasmarinas, Cavite and presently the Imam of Masjid Fi Sabilillah and close associate of **Ahmed Islam Santos,** founding leader of radical Balik-Islam group called **FIDAMFI** or Fi Sabilillah Da'wah and Media Foundation, Inc and the Rajah Sulaiman Movement. **Omar Lavilla** was reported as a former classmate of ASG chief **Khadaffy Janjalani** at Darul Imam Shaffe in Marawi City and was responsible for arranging with the ASG for the explosive and demolition training of **FIDAMFI** members with JI Wakalah Hudaybiah at Muaskar Jabal Quba in Oct - Dec 2003. The trainees include **Marvin Jameel Rueca, Redendo Habil Dellosa, Omar Novos** and ASG member **Alhamser Limbong aka Kosovo.** All of them except for **Novos** were later involved in the Feb 2004 bombing of Super Ferry 14 off the cost of Batangas province.

**9.** **Salem Guimba** was among the contacts in Metro Manila listed in the phone book of the cell phone recovered during the arrest of Balik-Islam **Jayve Ofrasio** in Belfast, Northern Ireland in Feb 2004. The alleged contact numbers of **Salem** is subscribed to **IWCF** or Islamic World Committee Foundation, Inc, which was reported to have transferred its office to Iligan City in 2002. **IWCF** headed by **Saibin Ampaso** also belong to the **Khalifa** NGO network and closely associated with another radical NGO in Marawi City known as **Marakzus Shabab Muslimin Al-Filipin or Markazus Shabab** for short. **Khalifa** provided funds to **Markazus Shabab** in order to run Darul Imam Shaffe purposely to provide 18-month Islamic education to selected ASG, MILF and MNLF mujahidins. The students underwent military training including bomb making and demolition course at the MILF-BIAF enclave at Camp Busha during school breaks.