# EXHIBIT "59"

**MILF LINKAGES WITH DOMESTIC AND FOREIGN NON-GOVERNMENT AND PEOPLE ORGANIZATIONS (NGOs/POs)**
(COPLAN Pink Poppy as of 28 Feb 99)

12

## A. FOREIGN NGOs/POs

### Middle East-Based NGOs

#### 1. *Muslim World League (MWL)*

The ***Muslim World League (MWL) @ Rabitah Tul Alam Al-Islami*** is a popular international, Islamic and non-governmental organization established on 02 May 1962. MWL is represented in a number of international organizations such as the **Organization of Islamic Conferences (OIC)** and various branches of the United Nations, such as **UNESCO** and **UNICEF**. The NGO ostensibly aims to disseminate Islamic *Dawah* and expound the teachings of Islam and to defend Islamic causes to safeguard the interests and aspirations of Muslims, solve their problems, and to refute false allegations against Islam. **(Annex A)** In fact, the MWL assisted in an attempt to establish a united front between the **BMLO, MNLF** and **MILF** in 1979. The MWL has two subsidiaries: the **Maktab Al Khadmat (MAK),** which was founded in 1980 and heavily financed by Osama Bin Laden, and the **International Islamic Relief Organization (IIRO)**. Presently, the **MWL** is headed by its Secretary General, **Dr. Abdullah Bin Saleh Al-Obeid**, personally chosen by King Fahd Bin Abdulaziz.

MWL together with several Canada-based Islamic NGOs are reportedly being exploited by Mujahedins and some of the most formidable international Islamic terrorists such as the Egyptian **Al Gamma Al Islamiya (AGAI)** and the Algerian **Groupe Islamique Armée (GIA)**. These NGOs have been identified as **Human Concern International, Maktab Al-Khadmat, Care International, Mercy International, Human Services Organization, Human Relief International, Saudi Red Crescent** and the **Third World Relief Agency**. It has been further monitored that **MWL**, which generates funding for a number of relief programs in Afghanistan, Bosnia, and Chechnya, has been infiltrated by a number of key strategists and financiers of international terrorism. International terrorist financier **Mohammad KHALIFA** (brother-in-law to **Bin LADEN**) is affiliated with the MWL and is in fact suspected of providing financing to the **World Trade Center bombers** through the auspices of the MWL. **(Annex A-1)**

A local newsperson, **Edd K USMAN**, recently wrote that MWL has been involved in various charitable undertakings in the Philippines for the last 36 years, although it was only in 1987 that the ***Rabitah***'s Manila office was established. In 1985, **MWL Sec. Gen. Dr. Omar NASEEF,** accompanied by the ambassador of Saudi Arabia, **Fuad Hassan PAKI,** paid the late President Marcos a visit and was invited by the latter to set up a branch in the country.

Since 1983 it has been annually donating at least $1 million for the construction and repairs of schools, ***Islamic charitable foundations*** and for the financing of scholarships, books, researches, and donations to Muslim organizations in the country. The **MWL** also took active part in facilitating negotiations between the Philippine government and ***MNLF*** where the organization served as moderator and observer up to the signing of the peace accord on September 2, 1996.

**USMAN** further detailed the MWL's humanitarian efforts as it formed in 1978 the ***International Islamic Relief Organization (IIRO)*** as its implementing arm. Through the ***IIRO,*** the ***Rabitah*** donated relief goods and provided assistance to the victims of typhoon Sisang in the Bicol region, through **DSWD Chair Mita Pardo De Tavera** in 1987, and again in 1991 for the victims of the Mt. Pinatubo eruption. This was followed by another visit by **IIRO Sec. Gen. Dr. Farid Yaseen GURASHI** and **Mr. Ahmad Saad AL-GHAMDI,** in-charge of IIRO Southeast Asia, who paid a courtesy call to then President Aquino, accompanied by former senator **Santanina Rasul, Muhammad Jamal KHALIFA, Sheik ZACARIA** (KHALIFA's assistant), and Maranao lawyer **Blo Umpar ADIONG** in 1992.

**Muhammad Jamal KHALIFA** was the head of **MWL/IIRO-Manila** until 1994 when he was forced to resign after his alleged involvement in terrorist acts in Jordan. Later in 1995 **KHALIFA** was arrested in the US and extradited to Amman, Jordan. He was succeeded by **Bushra Muhammad Abdul KADIR** who was also appointed as **MWL-Philippines** head in 1994, after replacing **Zohair Saleh OSAILAN @ Oswair** as head of the **MWL Local Chapter.** As of 1996, a certain **Dr. Ahmed Mohammad ALI**, an Islamic fundamentalist leader who held office in Riyadh, Saudi Arabia, heads MWL-Philippines.

<u>**Comment:**</u> **Edd K USMAN**, a staff writer of *The Brotherhood*, a quarterly publication of a Manila-based NGO, **Islamic Da'Wah Council of the Philippines (IDCP)** wrote a four (4) part series of articles entitled *"Khalifa's Humanitarian Works in the Philippines"* published on 08 – 11 Sept 98 on the Manila Bulletin. This was written at the height of the **Osama Bin LADEN** issue and the twin bombings of the US embassies in Kenya and Tanzania. The articles were in support of the MILF propaganda to further the cause of the organization and disclaim any allegation that the aforementioned organizations are involved in terrorist activities. To make his claim more credible, **USMAN** cited several well-known political figures that have been in contact in the past with the ***Rabitah*** and the ***IIRO*** in the course of its humanitarian endeavors.

In his conclusion, **USMAN** claimed that the Islamic missionary work is in fact the target of all the fabricated allegations directly involving the **IIRO** with terrorist acts. Likewise, **GURASHI** maintains that the information claiming **IIRO** is providing assistance to terrorist groups in the Philippines, the **Abu Sayyaf Group** in particular, are pure fabrication. Moreover, **USMAN** further asserted that the intelligence reports which came out in 1992 claiming that **Osama Bin LADEN** had been sighted in Mindanao is a case of mistaken identity. He alleged that it may have been **KHALIFA** or **GURASHI** who were seen in Mindanao at that time since both men bear a striking resemblance to the Saudi dissident.

In recent news, MILF Chief **Salamat HASHIM,** affirmed that the **MILF** had been receiving funds from **Bin LADEN.** However, he did not disclose how much money was given to the MILF

but he said that the funds were used to build mosques, schools, and medical clinics in depressed Muslim areas.

**Salamat HASHIM** is reportedly in contact with **MWL** through **Yusop ALONGAN,** Chair of MILF Finance Committee and **Mohammad SAPIC**, MILF representative in Saudi Arabia. **ALONGAN** communicates directly with **MWL** Manila Office while the liaison officer in Manila, **Abdul Nasser NOOH** delivers messages and arranges support for the MILF. Other personalities reportedly in contact with MWL Manila are **Ghadzali JAAFAR**, Vice Chair for Political Affairs and **Abdullah M AKMAD**, **Kaharuddin D DAGUIT**, **Jambai H GUILANI** and **Saguira S MAULANA**, all from Cotabato City and **Abdulhamid T JAMERI**, **Fawziya T TAPSIRUL** and **Hasan A YSMAEL**, all from Zamboanga City.

<u>**Comment:**</u> A certain **Jamal AFGHANI**, an alleged MILF propagandist, claimed in 1996 that the MWL continues to support the MILF, both politically and morally. Afghani also claimed that the MWL's support to the MILF is anchored on MILF leader **Hashim SALAMAT's** standing in the international Islamic community as president of the so-called **World Mujahideen**, an alleged international organization of Islamic holy warriors with the objective of espousing Islam as a way of life.

On 13 Dec 98, **SAPIC** went to the *Rabitah* HQs to deliver the letters from **HASHIM** to some of its officials and to seek assistance in securing endorsement for the entry visa of MILF delegation to Saudi Arabia and other Middle Eastern countries like Kuwait, Qatar, Bahrain and others. The purpose of the delegation is to launch propaganda and fund raising campaigns in Middle East during the *Muharram*, the first month of the Islamic calendar estimated to be on 18 April – 16 May 1999. The campaign, which was originally scheduled during the *Ramadan* (approximately from 18 November to 16 December), was postponed upon the advice of MILF supporters thereat.

**MWL** claims to represent Muslims all over the world. In fact, one of its founding members is a Filipino – former Senator **Domocao ALONTO.** This explains why Muslim Filipinos have always been well represented in this organization. Moreover, it has been reported in the latest issue of the Saudi-based publication ***Al Bayan*** that one of the **MILF** "*Duat*" (preacher) and representative to the **MWL**, **Ustadz Castro (Esmael GUIAMIL)** has recently died. In the conversation between **Salamat HASHIM** and **Muhammad SAPIC**, MILF Representative in Riyadh, on 7 February 1999, the latter suggested to **HASHIM** that he write to the "*Amerol Am*" to advocate for a replacement and suggest certain personalities like Salamat Hashim's **unidentified writer** who ostensibly studied Islamiyah.

On 14-16 March 99, conversations among **SAPIC**, **DULI** and **HASHIM** revealed that the MILF planned to send a three-man delegation to the Hajj in the Middle East. Reportedly, the **MWL @ Rabitah** would finance the trip for the three delegates. The delegates were even given endorsement letters in order to facilitate the processing of their visas and the arrangement of their plane tickets.

There is reason to suspect, however, that the real purpose for this trip is to have a fund-raising campaign for the massive procurement of firearms that the **MILF** intends to carry out during the **Muharram**, which is estimated to be on 16 April to 18 May.

On 20 Feb 99, a certain **RASHID** contacted a pager with ID number 116554 and sent the message to return his call through the telephone number of **Darul Hijra**.

***2. International Islamic Relief Organization (IIRO)***

An umbrella organization of the ***Muslim World League (MWL) @ Rabitah***, the IIRO was created in 1978 as an implementing arm for the conduct of ***MWL's*** humanitarian undertakings. It has over 100 offices in the Kingdom and in more than 120 countries in different parts of the world. **Sec. Gen. Dr. Adnan Khaleel PASHA** currently heads its main office in Saudi Arabia. **(Annex B)**

In the Philippines, the **IIRO-Philippines** was established together with the organization of MWL-Philippines in 1987. IIRO-Philippines, registered with SEC on 23 April 1993, aims to provide humanitarian services and elevate social aspects in the country, and to establish and manage schools. **(Annex B-1)** To fulfill its objectives, the IIRO has established a wide network of national and international contacts with various Islamic and non-Islamic relief organizations, institutions, and individuals. In Peshawar and Afghanistan the **IIRO** also operated in coordination with **IIRO-Manila** head **Muhammad Jamal KHALIFA** and **Osama Bin LADEN.** However, there is no updated information available as of the moment that ties the organization with Bin Laden.

Incidentally, according to **USMAN**'s article, **KHALIFA** resigned from his post last 1994 to face the case filed against him after he was linked by two Jordanians, whom he fired because of improper implementation of projects, in a bombing incident in King Hussein's kingdom. It was also around this time when Khalifa began to organize another network of NGOs in the country. The **International Relations and Information Center (IRIC)**, formerly known as **International Relations and Information Association (IRIA)** when it was registered with SEC on 3 May 1990, was later registered again on June 28, **1994**. Its self-avowed objectives are to foster good relation and understanding among people, to conduct outreach programs, and to extend educational assistance to those in need. Several other NGOs affiliated with Khalifa's network have been identified and that these have apparently been registered with the SEC. **(Annex B-2)**

<u>**Comment:**</u> Investigation disclosed that the staff and teachers of the **Daw'l Imam Al Shafee, Inc.** in Zamboanga, one of the affiliates of **Khalifa's** network, have undergone training in a Muslim training camp named **"Abu Haidar."** This camp is allegedly used to train members of the **MILF** and the **IIRO**. It is reported that it is the camp which trained a certain **Abdallah KASHIKEH** (implicated in a cinema bombing in Jordan along with **KHALIFA**), a Jordanian

terrorist, who came to the Philippines in September 1993 to entice **KHALIFA** in funding his proposed bombing operation.

After the dismissal of terrorism charges against **KHALIFA**, his two Filipina wives with their five children joined him in Saudi Arabia. On 17 Oct 97, **KHALIFA** sent a letter to President Ramos requesting to be allowed to return to the Philippines with his Filipino wives and children. On 5 Jan 98, **KHALIFA** applied for SIRV (Special Investor Resident Visa) in order to develop a lot in Iligan City into a subdivision. He sent another letter on 17 Apr 98 to the Bureau of Immigration to follow up his application for visa, but he did not pursue due to the information he received from his contacts that the PNP intelligence was still running after him.

**IIRO**, in some of its dealings, use the name **International Islamic Organization (IIO)** with the same address and telephone as that of IIRO Makati City office. IIO is not registered with SEC but an NGO bearing the name of **International Islamic Organization for the Teaching of Qur'an and Hadith, Inc** with principal office at Islamic Center, Palanca St, Quiapo, Manila was registered on 11 Nov 92. **(Annex B-3)**. However, the relationship between IIRO/IIO and the Quiapo-based NGO is not yet established. The callers from pay phones are **Mohammad Amin AL-GHAFFARI** (Palestinian), **Sheikh Hamoud AL-LAHEM** (Saudia), **Abdulhadi DAGUIT**, **Kaharudin DAGUIT Maryam Sanusis NURRUDIN**, **Abdulhamid JAMERI**, **SA S MOHAMMAD**, **A PASIHUL**, **S FACUNDO**, **C FACUNDO**, **A TAJA**, **M SALIH**, **N AMIN**, and **N TAN**.

Calls at IIRO/IIO office telephones between July 1998 and January 1999 were highly suspicious since most of them were made from public pay phones in Cotabato, Maguindanao, and Zamboanga provinces.

**<u>Comment:</u>** **AL-GHAFFARI**, **A DAGUIT**, **NURRUDIN** and **JAMERI** are known associates of **Mohammad Jamal KHALIFA** involved in establishing the NGO network of the latter in the country. **NURRUDIN** and **JAMERI** are connected with the **Islamic Institute of the Philippines (IIP)**, which was supported by **KHALIFA** during its rehabilitation in late 1980s. It was formerly known as Jamiat Al-Makdum Al-Islamia, located at Camp Muslim, Rio Hondo, Zambaonga City. It offers pre-school, elementary and secondary curriculum prescribed and approved by the DECS with the integration of Arabic and Islamic subjects. Recently, IIP is reportedly financially unstable and looking for fund support from the Middle East.

On 20 Oct 98, 15 Malaysian nationals who claimed to be *Tabligh* members reportedly arrived in Zamboanga City for terroristic activities. Earlier, two Malaysian demolition experts, **Habibe** and **Kadir** arrived for the said purpose. These travels were allegedly arranged by **Ibrahim Khalifa @Abu Nidal** (Saudia) and a certain **Abu Amir** (Jordanian) financed by **AL-GHAFFARI** and **Mahmud Afifi (TN: Mahmud Abdul Jalil Afif- Aburahim)**, a Palestinian national and former IIRO Director. The duo were also known supporting a new extremist group operating in Mindanao, ***Al Ikhwatul Salifiayah*** or ***Salifiayah Movement*** headed by **Sheikh Muhaimin Sakili**. This group has reported linkages with the MILF, ASG, MILO and a new group known as **SADEM (Sulu Archipelago Decolonization Movement)**.

The name of the movement may have originated from the reformist of the early ***Salifiaya*** movement that called for return to the practice of the first Muslim generation. The earliest

reformist selected the ***al-slaf al-salih*** (the pious ancestors) to be the standard for emulation and planned to sweep over the Arab world and finally the whole of the Islamic World. This is also the stand adopted by the ***Jamaat al-Ikhwan al Muslimin*** (The Society of Muslim Brothers) popularly known as **Muslim Brotherhood,** in their quest for reform in Egypt and elsewhere.

Two **IIRO** officials, **Al Saif OTHOMAN A O** and **Aimojil Abdul HAMID S** and **Ustadz Duli** opened the newly constructed Mosques in Brgys Kayaga, Buluan and Bulit all in Pagalungan, Maguindanao on 6 Dec 98. They also inspected the proposed mosque construction projects in the area of **Ustadz Halipa** in Brgy Malala, Datu Paglas and another area in Maguindanao two days later.

On 7 Dec 98, **Othoman** and **Hamid** escorted by **Ustadz Duli** and **Basir HASAN** met with **Salamat HASHIM** at Camp Abubakar. The duo delivered a letter and informed him that an amount of $192,197.00 from a wealthy MILF supporter in Saudi Arabia, believed to be **Dr. SOLAIMAN**, was sent through the bank account of **HASAN** in Cotabato City. Recent reports in February suggest that **HASHIM** advised **Mohammad SAPIC**, MILF Representative in Riyadh, Saudi Arabia to solicit another $1M from **Dr. SOLAIMAN**. Apparently, the MILF planned to procure weapons amounting to $4M in the Middle East but the money that have been raised as of 18 Feb 1999 amounted only to $2M. **SAPIC** said that one of their allies pledged $1 million for the procurement and that the supplier will take charge of the shipment of firearms to a designated drop point. **Edward Guerra @ Mohandis**, head of **United Overseas Bangsamoro (UOB)** based in Camp Abubakar, was then also in Riyadh to assist **SAPIC** in organizing the arms shipment project.

<u>**Comment:**</u> According to **HASHIM**, **Dr. SOLAIMAN** is the father of **Al Maki RAGAB** (Saudi) who died together with **Mohammad Gharib Ibrahim SAYED AHMED** (Egyptian) in a suicide attack on 14 Oct 97 of Hqs 6ID, PA in Camp Siongco, Awang, Datu Oden Sinsuat, Maguindanao. The two suicide attackers were identified among the Arab cadre trainors on guerilla special courses of 200 MILF mujahideens at Camp Abubakar.

### *3. World Assembly of Muslim Youth (WAMY)*

**WAMY**, a sub-division of **MWL** is a charitable organization established in 1972 (1392H) in Riyadh Saudi Arabia. **(Annex C)** It is a current member of the United Nations NGO's. Part of its activity range from, organizing conferences, meetings, and research circles; publishing and distributing books, magazines and periodical; holding exchange visits and youth camps; and providing support to other Islamic youth organizations to further the cause of WAMY and in executing their activities and projects. WAMY holds its International Conferences every three years. Prominent Muslim scholars and leaders of various Islamic organizations attend their conferences. ***Lajnat A-Bir Al-Islamiya***, another Saudi-based NGO linked with WAMY, is ostensibly supporting refugees and runs hospitals and schools in Peshawar, Pakistan. Its regional director in Peshawar, a

certain **Mohamad Ridda** is a known supporter of radical groups through the facilities of the organization. **(Annex C-1)**

A Manila-based NGO, **Islamic Studies Call and Guidance Center (ISCAG)** and a student group based in Davao City, **Bangsamoro Student Association (BSA)**, with known connections with the MILF, were identified as affiliate organizations of **WAMY** from the country.

**Comment:** Mohagher **IQBAL**, Chair of MILF Information Committee attended the **WAMY** conference on 17 Nov 89 at its HQs in Riyadh, Saudi Arabia. The transcript of his interview in Riyadh on the policies of MILF and the writings of **Salamat HASHIM** was printed into "A Primer on the Moro Islamic Movement" in Sept 1990. About 2,500 copies of the primer were distributed as reference material intended for researchers, media, teachers and students.

### *4. Dar Al-Hijra*

**Dar Al-Hijra** is a Saudi Arabian NGO, the head office of which is located in Riyadh, capital of Saudi Arabia. It is directly involved in all details of the activities in the Philippines. Thus, there are very close ties between those responsible in Manila and the Saudi Directorate, including frequent visits of senior officials from Saudi Arabia to the Philippines along with visits of Saudi contributors and clerics.

The **Darul Hijra Foundation** in the Philippines serves the organization's leaders in Saudi Arabia as a vehicle to implement a wide range of Islamic projects and to spread Islam in the country. Dozens of Islamic centers throughout the Philippines are financed and follow the instructions of Dar Al-Hijra in conducting such activities. These activities are systematic, planned and well financed, enjoying professional and logistic support from clerics and wealthy residents of Saudi Arabia and the Gulf States.

**Sheikh Abou Abd Al-Rahman DAMASHKIYA**, the senior official responsible for the office in Riyadh and may be the overall head of DHF, has visited the Philippines between February and March 1998. He is reportedly the one who approves implementation of projects and transfer of funds abroad for Darul Hijra activities in the Philippines.

### *5. Jamaat Al-Ahya Al-Trath Al-Islamiya (JATI)*

**JATI** or Islamic Heritage Revival Association is the Muslim Brotherhood in Kuwait headed by **Khalid Sultan Ben ISSA. (Annex D)** It publishes the ***Al-Forqan*** magazine, which is circulated to the radical organizations throughout the world including the MILF. Its regional director who is based in Peshawar, Pakistan identified as **Abu Mahmud**, is said to be the engineer implicated with **Ramzi Yousef** terroristic activites.

### *6. Qatar Charity Society (QCS)*

**Qatar Charity Society (QCS)** is a humanitarian NGO that caters to the needs of orphans, victims of war by supporting them financially, socially and culturally. **QCS** was founded in 10 Nov 1992 as an International society. It has a postal address at P.O. Box 1224, Doha, Qatar. It also has seven offices abroad that undertakes its activities in Asia, Africa, and Europe. Furthermore, it has been established in France that the **QCS** is an NGO known for having supported the Islamic volunteers in **Pakistan**. **(Annex E)**

As of 1994, this organization sent support to its Muslim brothers in the Philippines to help build a mosque. It also provides assistance to refugee families and orphans and aids war and natural disasters in Asia, Africa and Europe. **Yusop ALONGAN @Abdullah/Ustadz Duli,** Chair of MILF Finance Committee is reportedly in contact with **QCS** for some MILF-initiated projects.

A recent report in February 99 revealed that **QCS** is sponsoring an Islamic school named **Darul Hanan Lil Aytam** located in Brgy. Bagua 2, Cotabato City. Its administrator was identified as Ustadz Ebrahim Ali.

<u>London-Based NGO</u>

***World Media Services (WMS)***

Two hundred additional copies of *Homeland* printed on 23 Jul 98 were brought to London on 4 Aug 98 by two unidentified Arab guests of **Salamat HASHIM** in Camp Abubakar. These Arabs are believed connected with the **Information Center** occupied by **World Media Services (WMS)** at Cricklewood, Broadway, which is located northwest of London, a neighborhood where many Muslims live. **WMS** is an Islamic publishing company with known connections with Muslim extremist groups.

<u>Australian-Based NGO</u>

***Islamic Youth Movement (IYM)***

**IYM** is an NGO based in Haldon St., Lakemba, New South Wales 216, Australia. It provides Da'wah and education including Islamic study circles in Lakemba Mosque, the largest Mosque in Sydney and the ***Al-Taqwa Saturday School***; media and publications as well as sports and recreation facilities; and relief and aid activities. **IYM** also runs the "needy and orphan sponsoring" project such as the orphanage in Tripoli-Lebanon, scholarship at Al-Azhar University in Cairo, Egypt, and aid to the Muslims in Bosnia, Chechnya, Somalia, Lebanon, Algeria and others. **(Annex F)**

Its media office is involved in the publication of ***Tala'l-Ul Haq*** news letter and the maintenance of ***Nida'ul Islam*** web page and magazine. In early 1998,

**Sheikh Abu ZAHIR** of IYM met **Salamat HASHIM** in Camp Abubakar and interviewed the latter for the articles he wrote for ***Nida'ul*** Apr-May 98 issue.

**Pakistani Islamic Movements**

1. ***Maktab al Khadamat (MAK)***

**MAK**, which is also known as **Afghan Service Office**, was founded in 1980 in Peshawar, Pakistan. This group is one of the subsidiaries of **MWL** formed in 1980 in Peshawar, Pakistan by the Jordanian ***Muslim Brotherhood*** radical **Abdallah Azam**. Heavily financed by **Osama bin LADEN** and infiltrated by the Egyptian **Al Gamma al Islamiya (AGAI)**, Palestinian **Hamas**, and the Algerian **Groupe Islamique Armée (GIA)**, it has been involved in the training of Afghan mujahideen fighters. **MAK** also publishes the extremist magazine **Al Jihad**. **MWL** and **MAK** are believed to have played a vital role in the recruitment of World Trade Center, New York bombers. An Islamic NGO affiliate of MAK, the ***Muwafaq***, has also been linked to the Kashmir/Arab Afghan terrorist group ***Alfaran***, which has been responsible for the ongoing kidnapping of westerners in Kashmir. ***Muwafaq*** has also been implicated in the training and arming of Bosnian mujahideen. **MAK** was closed by Pakistani authorities in the summer of 1995 because of its suspected involvement in terrorist activities, but its members are believed to have migrated to Afghanistan because of its suspected linkages with **Hezb-e-Islami-e-Eazadibakhsh (HIE)** of **Abdul Rasul SAYYAF**.

Since the death of **Azam**, **MAK** has split into three main groups. The first group, which maintains its offices in Peshawar, is under the leadership of its present manager, **Sheikh Mohamad Yousef Abas (Abu Qassem)**. Other prominent figures are: **Abdallah**'s widow – **Um Mohamad**, his sons-in-law, **Abu Shaheed** and **Abu Yahya**, his son **Abu Huzaifa**, **Abou Sayaff** (linked to Hekmatyar, to Chechnya and to the ***Itihad Islami*** under **Abed Al-Rab Rassul Sayyaf @Abdul**), **Abed Al-Mouiz** (a doctor who possibly left for Sudan), **Samir Al-Mutaleb (Abu Mahmud** – Palestinian or Syrian, former commander in Jaji Camp and linked with the Kashmiri ***Harakat ul Anzar***) and the Egyptian **Ayman Al-Zawahiry**. The office has branches in Karachi and Muzzaffarabad, Pakistan (apparently closed), Kabul, Afghanistan, Iran and Saudi Arabia. It was linked to **Ramzi Yousef** and **Bin Laden** terrorist activities. The second offshoot of **MAK** has a Pakistani branch under **Abu Adel**, **Abu Hareth** and **Abdallah Annais**, an Algerian **FIS** linked with **Hekmatyar**, Professor **Sayyaf** and the Pakistani ***Jamat-e-Islami***. The last group is a Saudi Arabia-based faction under **Abu Hajer** who was purported to be **Azzam**'s chosen successor.

Far News Agency, a Karachi-based wire news agency, reported in 1995 the alleged direct cooperation between **MAK** and **MILF**. Another report bared that the office of the **Maktab Khadamat Mujahideen (MKM)**, an auxiliary of **MAK**, have made several calls in 1994 to their contacts in Manila. **MKM**, headed by **Sheikh Yousef ABBAS @ Sheikh Abbas** was expelled to Saudi Arabia from

Pakistan in Feb 96. Since 1997, **Zain Al Abedin Abu ZUBAIDA**, a known leader of **MAK** and a close follower of **Bin LADEN** reportedly made occasional calls to **Yusop ALONGAN,** Chair of MILF Finance Committee, and to a cellular phone registered to **Abdul Nasser NOOH**, MILF liaison officer in Manila. **ZUBAIDA** reportedly replaced **Abdullah Illah BALOUCHI**, a former member of **Bin LADEN's Al Qaida** movement. **ZUBAIDA's** relationship with other extremist Islamic movements, especially those that operate training camps in Afghanistan, provided for the establishment of vast network supporting terroristic activities in Europe and other separatist operations in Bosnia and Algeria.

<u>Comment:</u> A former Sudanese colonel, **Ahmad Al-Gamen** was reportedly sent last year to Mindanao by **Osama Bin LADEN** to train the MILF mujahideens in handling explosives, commando tactics, and other guerilla warfare techniques. The former entered the country through the backdoor under the guise of Islamic missionary. The former together with an Egyptian and two Afghans are allegedly training more or less 40 MILF fighters including some Indonesian and Malaysian extremists, at Camp Bushra in Butig, Lanao del Sur. The training started last Nov 98 and is expected to end in Apr 99.

In May 98, three foreigners believed to be Pakistani nationals identified as **Fahad Mohammad, Abdullah Mohammad** and **Akmad AL GAMEH** reportedly trained MILF fighters on under water operations. The trio bought three sets of scuba diving gears in Cotabato City and the MILF representative in one of the Arab countries arranged for the procurement of rubber boats.

### 2. *Jamaat-e-Islami (JI)*

**JI**, founded in 1941 by Maulana Syed Abdul Ala Maudoodi, is the biggest religious and political movement for the renaissance of Islam in Pakistan. In 1977, while it enjoyed perks in the cabinet post, it switched from its "movement" to "Islamic revolution" policy and discreetly launched militant movements such as the **Hizbul Mujahideen (HM)** and its student wing, **Islami Jamiat-e- Tuleba (IJT)**. **JI** party Chief, **Senator Qasi Hussain AHMAD** has known linkages with other countries advocating Islamic independence movement and "jihad policy" against the US and known allies. MILF Chairman, **Salamat HASHIM,** a friend of **AHMAD** is reportedly using **JI HQs** and **Al-Akhwan** as his safe-haven every time he goes to Pakistan. **Abdulla ALONGAN @Ustadz Duli**, Chairman of MILF Finance Committee is also in constant contact with the **JI HQs** in Mansoora, Lahore.

<u>Comment:</u> **Al-Akhwan Islamic Academy (AAIA)** also known as **Al-Akhwan** is a 150-student institution based in Chakwal, a bare, rocky landscape of Punjab's Salt Range Mountains, 130 km from Islamabad where recruits from as far as Britain are trained as shock troops of what some see as a coming Islamic Revolution. **Mohammad AKRAM**, head of the small and localized **Al-Akhwan Islamic Movement**, is just one of the hundreds of self-styled religious leaders who proclaim fundamentalist messages in the mosques and madrassas they control.

The academy's principal is retired **Colonel Abraham KHALIL**. Al-Akhwan is a classic example of how the policies and liberality, in supporting the Islamic movement of Pakistan's late military dictator, **General Zia-ulHaq**, elevated a local village cleric. In 1985, Zia donated 2 million rupees (USD 65,000) to build the academy.

The party (JI) was also instrumental in establishing two known Islamic schools, the **International Islamic University (IIU)** in Islamabad and the **Syed Maudoodi Islamic Educational Institute (SMIEI)** at **JI** national HQs in Mansoora, Lahore. **IIU** was dubbed in 1995 by the former Interior Minister Nashrullah Khan Babar as the "breeding ground for terrorists" while **SMIEI** is known to be "imparting militant doctrine to students aside from the Islamic studies. From the time of the Afghan war, both institutions provided shelter to the volunteers and scholarship to the extremist movements of various countries including Filipino Muslims.

*Syed Maudoodi Islamic Educational Institute (SMIEI)*

One of the nephews of **Alhaj Murad**, identified as **Ismael IBRAHIM** served as professor at **SMIEI** while his son, **Yasser IBRAHIM @ Abu** enrolled also in 1991 for his college education. **Yasser** stayed at Syed Maudoodi Hostel along Wahdat Road and joined the MILF after his graduation. **Ismael**, a known MILF Representative in Pakistan reportedly organized in Oct 97 a film showing in Lahore on Bangsamoro jihad for the MILF fund raising campaign. The latter also represented the MILF during an international Islamic conference at **JI HQs** in Lahore on 8-10 Nov 95. **Ismael** returned to Cotabato City, after the Pakistani government reportedly denied his request for visa for his two wives and children. The two sons of **Murad** were among those who registered at the Philippine Embassy in Islamabad in 1997. Other Filipino Muslims enrolled at **SMIEI** who registered with the Embassy are the following:

| | |
|---|---|
| **ABAS, Yasen Dalgen** | - Kurintam Dalican, Maguindanao |
| **JALALUDDIN, Eysa Daud** | - Mati, Davao Oriental |
| **KUDDOS, Nasser Abdullah** | - Cotabato City |
| **MANGELEN, Ahmad Alimudin** | - Polomoloc, South Cotabato |
| **NANDO, Hisham Salendab** | - Datu Paglas, Maguindano |
| **SIRAD, Abdulrahman Pasigan** | - Cotabato City |

*International Islamic University (IIU)*

On 27 Sep 97, **Abou Hurairah Abdul Rahman @ Abu Herrera**, Chairman of MILF Foreign Affairs Committee conducted a lecture on "The last big fight between the Bangsamoro mujahideens and the authorities" at Kuwait Hostel, **IIU** sponsored by the **Philippine Students' Association** at said university. Likewise, three Filipino Muslim students of **IIU** were reportedly among a group of 31 students who took part in a visit of three mujahideen training camps in Muzzafarabad, Kashmir, Pakistan-India border on 10-13 Jan 98, organized by the **IIU Salafi Student Union.** Two of the camps visited belong to **MDI/LT** and the third was in **Abdullah Bin Mubarak**, a camp of pro-Saudi Islamic extremist group. The students were briefed on the military activities against the Indian force and encouraged to pursue their military training sessions. The three Filipino Muslim students were identified as **Mohammad MATIN, Abdulkadir Tamaeng MUSA** and **Mohammad AMIN,** in-charge of the

circulation of the magazine *Homeland*. Other Filipino Muslim students at IIU registered with the embassy are the following:

| | |
|---|---|
| **BACARAT, Abdulnasser Abdulkarim** | - Valencia, Bukidnon |
| **BAGUL, Shamsuddin Bangcola** | - Marawi City |
| **DIMAPORO, Ash-ary Gao** | - Valencia, Bukidnon |
| **KATOG, Norodin Salim** | - Carmen, North Cotabato |
| **HALID, Abdulgapor Bagudato** | - Pikit, North Cotabato |
| **HASHIM, Abdulkader Aharad** | - Pantukan, Davao del Norte |
| **MANDING, Mohammad Ismael Usman** | - Marawi City |
| **MORAD, Amrollah Omar** | - Lupon, Davao Oriental |
| **MUCHTAR, Esmail Musa** | - Cotabato City |
| **MUSA, Abdulkadir Tamaeng** | - Pikit, North Cotabato |
| **MUSA, Abdulnasser Abdulrahman** | - Pikit, North Cotabato |
| **MUSA, Abdulrahman Maguiguilid** | - Polomolok, South Cotabato |
| **MUSA, Guiamaluddin Bernardino** | - Mati, Davao Oriental |
| **NOOH, Lahimodin Tahir** | - Maganoy, Maguindanao |
| **NOOH, Zacaria Tahir** | - Maganoy, Maguindanao |
| **TUNGAO, Bahrul-Ulum Undaring** | - Simunil, Tawi-Tawi |
| **YUNUS, Zacaria Ahmad** | - Maganoy, Maguindano |

**Comment:** It was reported in June 98 that the Filipino Muslim Scholars in Pakistan are receiving financial support from the MILF sent to the representative **Abu Amar** based in Lahore through the account of **Alimoden MANGELEN**, a Filipino Muslim scholar at **Mahad Maudoodi**. In case of emergency, the money is sent directly to the concerned student through the assistance of **Abu Jude**, an Arab MILF sympathizer in Islamabad. An unidentified employee of Pakistan Airline in Manila who goes to Islamabad every month also serve as courier of financial support to Filipino Muslim students from their parents.

**Macayag Mangadang LACSASA**, a retired PA Major from Lumbatan, Lanao del Sur arrived in Pakistan on 15 Sep 98 to attend the alleged **Tabligh Jamaat** pilgrimage at Raiwind, Lahore. He is said to have been an MNLF integree into the AFP during the Marcos regime. **LACSASA** apparently stayed with the Filipino Muslim students at IIU Hostel in preparation for his alleged Haj/Umra in Saudi Arabia. He claimed to have visited Amritsar, India for three weeks (24 Oct-16 Nov 98) and Dhaka, Bangladesh for two months where he purportedly participated in Tabligh missions. He returned to Pakistan on 11 Feb 99 from Dhaka, where he secured his re-entry visa.

**Comment:** The **Tabligh Jamaat** is a non-violent Islamic fundamentalist movement. This group, whose name translates roughly as the **"Association for the Propagation of the Islamic Faith,"** is largely an apolitical movement that seeks to counter Westernizing influences and espouses to return to strict Islamic practices. The movement's growth in the **Philippines** is phenomenal as they claim as many as **300,000** members in Muslim areas in Mindanao.

Both the **MILF** and the **MNLF** see the **Tabligh Jamaat** as harmless at worst and at best, as helping to revive Islam among Muslim Filipinos. But in a closer analysis, it is obviously easier to convince someone to join a **Jihad** if he is really practicing Islam. And that has been basically what the **Tabligh Jamaat** is doing – countering the strong Westernizing or secularizing influences of modernization on Muslim youth.

Further investigation revealed that during **LACSASA**'s stay in India and Bangladesh, there was a foiled attempt to organize explosions outside the US Consulates in Calcutta and Chennai around 26 January 99. On 19 January 99, the New Delhi Police announced the arrest of **Syed Abu NASIR**, a Bangladeshi national, who is allegedly a member of the **Lahkar-e-Toiba** or **Lashkar Al-Taiba** (the Army of the Pure), the armed wing of the Pakistan-based **Markaz Dawa Al Irshad** (Centre for Preaching). They recovered from him two kgs of RDX explosive and some detonators. The police believe that Nasir's accomplices, who were able to elude arrest, were close associates of **Bin Laden**. In a separate incident on 18 January in Dhaka, Bangladesh, three members of the Bin Laden-financed **Harkat-ul-Jihad** tried to kill one of Bangladesh's leading poets with an ax. The group's two top leaders were also able to escape and flee the country. The coincidence in the dates of **LACSASA**'s visits and the two incidents suggests that the former may have been involved in the incidents, although this matter is still under investigation.

<u>**Comment:**</u> **LACSASA** is a holder of Philippine passport Nr DD657190 issued at DFA Passport Extension Office in Iloilo City on 11 Aug 98. He was issued an Indian visa on 21 Aug 98 and Pakistani visa on 3 Sep 98 at their respective Embassies in Manila. Two circumstances gave rise to suspicions about Lacsasa's visit to South Asia. One points to the fact that **LACSASA** acquired his passport in Iloilo City, when he is in fact a resident of Lumbatan, Lanao del Sur. The second is the fact that Lacsasa entered Pakistan first before going to India, and had to proceed to Bangladesh to secure his re-entry visa to Pakistan after the two reported terrorist incidents.

### ***3. Harakat-ul-Anzar (HUA)***

**HUA** is one of the two major militant groups under the umbrella of ***Jamiat-e-Ulima Islam (JUI)***, an Islamic movement and political party founded by pro-Pakistan Muslim religious leaders in the Indian sub-continent in 1945. **HUA** was conceived in Central Punjab, Pakistan in the early 80's when a group of religious philanthropist decided to offer some kind of relief services to the Afghan mujahideens. It was in fact formed in 1983 following the merger of two Pakistani militant groups, **Harakat-ul-Jihad-al Islami (HJI)** and **Harakat-ul-Mujahideen (HUM)**. Its notoriety was first heard in 1994 when it reportedly kidnapped Paul Well and Keith Mangan (both Britons), Dick Hasert (German) and Donald Hutchings (American). As a consequence, the US State Department rated **HUA** as one of the world's top terrorist group. It acknowledged sending also their mujahideens to Tajikistan, Chechnya, **Philippines**, Burma and the Pakistan occupied Kasmir.

**HUA,** headed by **Maulana Faslur Al-Rehman Khalil** is also known as **JUI Faslur** faction or **JUI-F** while the other faction, headed by **Maulana Samiul Haq**, is otherwise known as ***Sipah-e-Sahaba Pakistan (SSP)*** or **JUI-S**, which is consisted also of two factions. The first is the ***Lakshar-I-Jhangvi (LJ)*** and the second group is known as ***Lashkar-I-Rabwi (LR)***. Significantly, **HUA** is one of the five founding organizations of ***The International Islamic Front for Jihad on the Jews and Crusaders*** headed by **Osama Bin LADEN**. This group is said to

be responsible for the series of attacks in Africa on 7 Aug 98 in response to the *fatwa* issued by **Bin Laden** on 23 Feb 98.

As part of the Islamic Jihad campaign in Afghanistan, **JUI** sent volunteer students to fight against the soviet forces, and recently, in Kashmir. **JUI** volunteers are said to be trained in the Afghan-Pakistan border of Kunar at the training camps of **HUA** and ***Markaz Dawat-ul-Irshad (MDI)***, both known militant organizations committed to Islamic Jihad worldwide. Presently, **HAQ** is the top administrator of the renowned madrassa called ***Darul Uloom Haqqania*** located at Akora, Khattak (65 Kms from Islamabad) while **REHMAN** heads the ***Madrassa Markazi Darul Qurra*** situated at Namakmandi, Peshawar. The student wing of **JUI** is known as ***Jamiat Tuleba Islam (JTI)***.

At present, there is no comprehensive list of Filipino Muslims who studied at **JUI** Islamic learning institutions. However, a certain **Abdulghani Lucman SULTAN** from Buluan, Maguindanao was reported in 1997 as one of the students of ***Madrassa Tahfizul Quran Al-Rahmana*** located in Muhammad Park, Razkarth, Lahore. This madrassa is said to be closely linked with **HUA** or **JUI-F** group. Thirty-five other Filipino Muslims mostly from Mindanao were reported also studying at madrassas and universities affiliated with **JUI**:

| | |
|---|---|
| Madrassa Al-Islamia | - Canal View, Multan Road, Lahore |
| Jamia Abu Bakar Al-Islamie | - Gulshan Iqbal, Block 5, Karachi |
| Jamiat-ul-Uloom-il Islamia | - Moh. Yusof Banuri Town, Karachi |
| Jamia Madahiya Islamia | - Block 7, Street 11/4, Karachi |
| Jamia Abubakar Islamic Univ | - Gulshan-e-Iqbal, Block 5, Karachi |
| University of Islamic Studies | - Karachi |

Likewise, ***Jamia Ahle-Hadith Rahmania (JAHR)*** was said to have sheltered since 1979 a number of Filipino Muslims students who are known members of the Bangsamoro Islamist movement. **JAHR** is a religious school in Pakistan located in Rajgard, Lahore, which was founded in 1974 by **Maulana Abdul Rehman**. In Oct 97, these Filipino students were reportedly transferred to another madrassa in Awan town, Lahore upon the instruction of **Maulana Rehman** who feared police/military operation against foreign students similar to the one carried out during the Benazir Bhutto regime in 1995.

### *4. Jamaat Ulima-e-Pakistan (JUP)*

The **JUP** was the first religious party formed in 1948 after the establishment of Pakistan. It is the exponent of **Barelvi** school of thought that supported the ruling elite on various political issues and has endeavored for the enforcement of true Islamic system in Pakistan.

In June 1970, the JUP became a political party under the leadership of **Qamruddin SIALVI**, a spiritual leader in Punjab, to take part in the general

elections of the same year. JUP had fielded a total of 48 candidates for the National Assembly seats, none from East Pakistan. In 1988, the JUP did not join the IJI, also known as the Islamic Democratic Alliance, and failed to win any sizeable support in the general elections held in that year. By early 1993, the **JUP** was all but finished as a political force. It underwent a transformation from being a political party to being a *dawah* and cultural organization.

The leaders and members of the organization are said to be products of **JUP madrassahs** and affiliates that adhered to socio-political role in the community along with their religious functions. Its membership was restricted for the Sunni Ulema, Khatibs and religious-minded persons. Among the more significant objectives of the party were: to create a true Islamic State and to work for the elimination of all social and moral evils; to propagate Islamic teaching among Muslims by initiating the spirit of religious-cum-political awakening and the spirit of **Jihad** among them; and divert their attention from Western influence towards Islamic culture and civilization; to organize **Muslim militia** and invoke the spirit of Jihad in them; and to organize branches of JUP all over the country and in this process, not to indulge in any activity against other religion and political organizations.

The JUP has two factions: one headed by **Maulana Shah Ahmad NOORANI** and the other by **Maulana Abdus Sattar NIAZI**. **NOORANI**, as a member of the National Assembly in 1973, was able to secure government recognition for about 28 JUP Madrassahs whose graduates can join the Armed Forces.

Locally, several Filipino students of the JUP-ran **Madrassa Arabia**, located at Lane I, Westridge II, Rawalpindi, have been identified. They are:

| | |
|---|---|
| **BATUA, Mahdi Mimbala** | - Langihan, Butuan City |
| **DAMDAMUN, Maomat Cudia** | - Quiapo, Manila |
| **EMBIN, Maollam Cayran** | - Pantukan, Davao del Norte |
| **IBNE OMAR, Hanzalah Madele** | - Iligan City |
| **ISMAEL, Jamiluddin Karim** | - Marawi City |
| **LAO, Amrosi Gismael** | - Marawi City |
| **SHARIFF, Mohd. Gazale Marohom** | - Marugong, Lanao del Sur |

### *5. Markas-al Da'wah al Irshad (MDI)*

**Markas-al Da'wah al Irshad (MDI) @ Dawat Wal Irshad** and its student wing **Lashkar-I-Tayyiba** are Sunni Kashmiri militant organizations of Hanbali orientation, advocating for the total imposition of Islamic law and Shariah in Pakistan. They are known as "wielders of the Holy Qur'an and Sunnah" and as **Mujahideen-I-Lashkar-I Tayyiba (MLT)**, a force created initially to wage Jihad for the Liberation of Kashmir from India but later on extended its activities in other countries. MDI was founded by a professor named **Hafeez Mohammad SAEED** in the mid-80s and it is based in Muridke (40 kms from Lahore).

**Yusop ALONGAN @Ustadz Duli/Abdullah**, Chair of MILF Finance Committee is in constant contact with **Hadji Dawood AHMED** in Muridkee, Lahore, whose address was traced to the **MDI HQs** and its student wing, **Lashkar-I-Tayyiba (LT)**. Moreover, some Filipino Muslim students in Lahore reportedly attended the annual gathering of the **Pakistani Islamic Kashmiri Movement** in Muridkee on 5-8 Nov 97 organized by LT. Speeches delivered by prominent LT members indicated that the movement had sent volunteers to fight in Mindanao. Three Filipino Muslim students joined the group of 30 **IIU** Students who visited two **MDI/LT** camps in Muzzafarabad, a Pakistan held territory in Kashmir on 10-13 Jan 98. These students reportedly underwent military orientation from MDI mujahideens.

*7. Tehreek Jafaria Pakistan (TJP)*

TJP a.k.a. **Tehreek-e Nifaz-Fiqqa-e-Jafaria (TNFJ)** is a religio-political party of the **Shia** in Pakistan comprising about ten percent (10%) of the population (98 million – 1984 estimate). It is based in Lahore and it is supported by the Shia majority though some disagree with its political platform. TJP's objective is to protect the rights of the Shias because Pakistan is overwhelmingly populated by Sunni Muslims. It has a militant wing called the **Sipah-e-Mohammad Pakistan** established to counter the **Sipah-e-Sahaba Pakistan (SSP)** of the Sunnis. The party runs schools and madrassas where secular education is imparted. Two (2) known Shia madrassas are located in Lahore: **Jamia Muhammad Almuntazir** and **Jamia Hussainia Faizul Uloom**. There are only few Shia madrassas in Sindh, Punjab, Baluchistan. TJP's other militant groups are **Pasban-I-Islam**, **Sipah-e-Abbas**, **Sipah-e-Ahle Bait**, and the **Husseini Tigers**.

As a political party, it participated in the 1997 election but it was able to bag only one seat in northern areas (NWFP). In the past, it has aligned itself to the **Pakistan People's Party (PPP)** when **Benezir BHUTTO** was in power.

Unlike Jamaat-I-Islami (JI), **TJP** is not known to be involved in other countries nor does it extend material support to terrorists or freedom fighters (mujahideens) even during the Afghan war. The only country with which TJP is known to have links is **Iran**, the only Shia State in the Muslim world.

Locally, a report revealed that two (2) Filipino Muslims have studied at the **TJP-ran** madrassa **Darul Uloom Al Husainaiah Sha-ulad Put** located in Put District, Sanghar, Sindh Province. The students were identified as **Mohammad Ikram A HADJIRUL** and **Mohammad Zakir Dahandal MASIHUL**, who are both from Isabela, Basilan.

**B. DOMESTIC NGOs/POs**

**NCR-Based NGOs**

### *1. Darul Hijra Foundation, Inc (DHF)*

DHF is an Islamic NGO registered with SEC (No. ANO93-03180) on 16 Jul 93 with principal office at 203 Ansa Bldg., 2nd Flr, 4702 Solchuaga St. cor. Tella St., Makati City and several branches throughout the country, mainly in Mindanao. The primary objectives of this NGO are: to sponsor education of poor and deserving students; to establish relief and aid program for victims of natural calamities, etc.; to establish cultural, social, educational centers in the country; and to provide assistance to orphans, needy students, etc.

<u>Comment</u>: DHF's financial resources come mostly from Saudi Arabia and the Gulf States. Alongside the Islamic infrastructure, operating under the organization's aegis, DHF maintains close ties with a number of financial companies and other Islamic institutions, which have their centers in Manila. These bodies employ middle-Eastern nationals, identified with the DHF and usually operate according to its directives and for it. In specific cases, the appointments were made by **Nedhal Al-Dhalin**, and salaries are even paid from the DHF budget.

The organization's *dawa* activities include the distribution of Islamic publications, radio broadcasts, opening of Islamic libraries and Islamic courses. DHF publications are Anonangue Islam, printed in ten issues; a pamphlet called Al-Tawhid, written by **Shiekh AL-FOZAN** and translated into Arabic by **Souliman IDRIS** and **Al-ZILFI** with 100,000 copies printed. **Al-Dhalin** organizes radio broadcasts on Islamic subjects, led by **Naser SABUSTIAND** who works for DHF under the instructions of Al-Dhalin. Its Islamic Library, located at Moro Institute, Santa Barbara, Zamboanga City, is managed by **Salah MOUSTAFA**. Islamic courses form an important part of DHF's activities where Muslim students and preachers or new coverts to Islam are trained.

**DHF**, a Saudi Arabian NGO, was set up in the Philippines by **Dr. Abdallah Al-Safir in 1992**. DHF was founded and managed since 1994 by a known associate of **Jamal KHALIFA**, **Nidal Fallah Awad Al DHALEN @Nedhal Al Dhalin** (Jordanian) – President, together with **Abdullah A. ALSEGAIR** (Arab) - Vice President, and other Filipinos such as **Bashir HASAN** (former stock holder who joined IIRO), and MILF liaison officers in Manila, **Abdul Nasser NOOH** - Treasurer and **Abas KANSI** - Secretary. Lately, **Abdul Nasser** was reportedly replaced as treasurer of DHF by **KANSI**, who receive the funds from the Middle East particularly from Saudi Arabia for its projects all over the country. **KANSI** now has signing authority on the organization's bank account. **Sheikh Hamoud AL-LAHEM**, an important Muslim spiritual leader in the Philippines is presently connected also with **DHF**. He serves as the *Imam* of a mosque in Binangonan, Rizal.

<u>Comment:</u> In 1995, DHF established a Muslim cemetery in Binangonan, Rizal and in Apr 96, its preaching activities were reportedly limited due to dwindling financial support from their donors in Saudi Arabia. However, it resumed its activities in late 1997 with bigger support from the Arab countries.

It was reported on 13 Aug 98 that Nidal AL-DHALIN and Mohammad S TAJAR were among the regular participants of prayer meetings every Thursday in a house in Quezon City, where Muslims of different countries, mostly Iranian nationals pray. TAJAR, who is married to a Filipina is suspected to be the same person with TAJAR MAHMOOD SADEGHI, a member of Iranian terrorist team reportedly involved in an assassination plot against US citizens in the country. TAJAR conducts regular lectures for OFWs bound for Middle East at the Overseas Placement Association of the Philippines (OPAP).

Another known associate of **Jamal KHALIFA**, a certain **Mahmoud Abdul Jalil Afif-Aburahim @Mahmud Afifi** (Palestinian), former Director of IIRO Zamboanga was recently employed by **DHF** to supervise its projects in western Mindanao. **Afifi**, married to **Nida BINALANGBANG**, was arrested by the Bureau of Immigration on 8 Jun 94 for his suspected involvement in providing funds to the ASG but released later for lack of evidence. Recently, he was reported to be engaged in real estate business and making calls to **IIRO/IIO** office in Makati City for some projects.

On 1 Jan 99, **Abas** met **Ari Bin Khamis KHALID @Abu Katada** (Saudia with Palestinian accent) at NAIA on board Kuwait Airways flight KU411 in behalf of **Nasser** who was in Cotabato City for the *Ramadan*. **KHALID** met with MILF Chairman **Salamat HASHIM** in Camp Abubakar for unknown purposes and stayed there from 2-6 Jan 99. The meeting was reportedly arranged by **Yusop ALONGAN @Abdullah/Ustadz Duli**, Chair of MILF Finance Committee and **Nedhal Al-Dhalin** of Darul Hijra Foundation. The trip was facilitated by **Abas KANSI** and **Abdul Nasser NOOH**, MILF Liaison officers based in Manila. **KHALID** then left for Manila together with another Manila-based MILF liaison officer, **Abdulgadir ABDULLAH** in Cotabato City on 6 Jan on board Air Philippines, where he took his connecting flight for Jeddah. The first visit of **KHALID** in Camp Abubakar was in 1997, when he reportedly fought with MILF and other Arab mujahideens against the government troops in Buldon, Maguindanao. He left the country after the death of two Arabs who attacked 6ID HQs in Awang Airport, Datu Odin Sinsuat, Maguindanao.

A conversation between **Ustadz DULI** and **Dr. Ahmad AL-HAMADI** from Qatar on 17 January 99 revealed that Darul Hijra Foundation intends to set up a field hospital in a base (most likely at **Camp Abubakar**) in the Southern Philippines, which is estimated to cost $32,000. **DHF** is reportedly in contact with the project initiators in Qatar.

Monitored phone calls made at the **Darul Hijra** in March 99 revealed that the organization is in contact with the **Rabitah** office in Makati, **Islamic Information Center**, and **IWWW-Cotabato**. On 7 March 99, a certain **OMAR** from Saudi Arabia called the DHF office to inform **ABAS** of the arrival of **Radwan ABDULSALAM** in a few days. The former added that **Shiek ACMAD** was already advising **ABAS** to go to Saudi for the Hajj, with **ACMAD** shouldering all the necessary expenses.

A report dated 15 March established that until recently, no direct ties have been proven between DHF and local Islamic terrorist organizations or terrorist elements outside of the Philippines. Also, no ties have been spotted with the Saudi terrorist **Osama Bin Laden**. However, individual activists employed by Darul Hijra or connected with its activities have demonstrated an affinity to local Islamic organizations, such as the **MILF** and **Abu Sayyaf**, and there are ties between them and Bin Laden's brother-in-law, **Muhammad Jamal Khalifa**.

In addition, **Sheikh Abou Abd Al-Rahman DAMASHKIYA**, the senior official responsible for the office in Riyadh and may be the overall head of DHF, has visited the Philippines between February and March 1998. He is reportedly the one who approves implementation of projects and transfer of funds abroad for Darul Hijra activities in the Philippines. He has close working ties with **Nedhal Al-Dhalin**. It was established that **AL-DHALIN** is in charge of the office and is the professional and administrative manager of all the Islamic centers operating under DHF aegis in the Philippines.

## *2. Islamic Information Center, Inc (IIC)*

**IIC**, an Islamic NGO holding office in Makati City, was registered with SEC on 26 Nov 97. The purpose of IIC was to disseminate information about Islam through mass media, printed materials, through the Internet; and by conducting lectures and symposia. Muslim convert movie action star **Robin Padilla** together with four other Filipino Muslims are the registered stockholders but it was uncovered that **Nedhal AL DHALIN** together with **Akhmad Al AKHMAD** – Manager, **Abdullah BEDEJIM** – Assistant Manager, and **Mohamad EBRAHIM** were actually the people running the organization. **IIC** reportedly provides funds to the MILF projects for the construction of mosques and madrassas in Mindanao.

According to a report dated 15 March 99, **IIC** was officially opened on 20 March 98 by the DHF, which coincided with a festive event in which **Sheikh Damashkiya**, who was visiting the Philippines, participated. Its office is located at Unit 202, Ansa 2 Bldg., 1078 Pasong Tamo St., Makati City. Recently, **Sheikj Ahmad AL-AHMAD** was appointed chairman of IIC by **Nedhal Al-Dhalin** under the specific orders of **Abu Abd Al-Rahman Damashkiya** from Saudi Arabia. **AL-AHMAD**, hailed from UAE, is an activist from Saudi Arabia and is a member of a special committee approving transfer of funds for building mosques and implementing Islamic projects in the Philippines. It was arranged that **Al-Ahmad** should reside at the office until a permanent housing solution is found for him in Manila. In recent months, **Al-Dhalin** has also reportedly spent much time in the same office. **Abdallah BEDEJIM**, a Filipino who converted to Islam, is the chairman of IIC and reportedly receives his pay from Darul Hijra.

### *3. Islamic World Committee Foundation (IWCF), Inc.*

The **Islamic World Committee Foundation, Inc.**, one of the many affiliates of the umbrella organization **IRIC**, was registered with SEC on 09 September 1993 and its principal office is located at the 2nd Floor, 2631 Rockefeller St., Makati City. The incorporators and trustees of the corporation are: **Abdulaziz AL-OTHMAN** (Kuwaiti), **Amerodin M. SARANGANI, Bio Umpar ADIONG, Saiben A. AMPASO**, and **Tariq M. SHENNAWI** (Kuwaiti). The NGO aims to conduct research in order to put up livelihood projects for victims of natural and man-made calamities, to establish educational, cultural, health and other charitable centers, to put up an information system for the implementation of its projects, and to have linkages with other humanitarian organizations.

In a recent report dated 02 March 1999, an intercepted document written in Arabic indicates that a high-ranking member of the **Committee** has recently visited the country ostensibly to oversee, monitor or evaluate current funded projects. The letter was written by a certain **Badrudin DIPATUAN** with a postal address of PO Box 634, Cotabato City, and sent to **Abu Samil AMPASO** of the **Islamic World Committee** in Makati City. The sender was essentially extending his gratitude for certain pictures, suspected to be those of their latest projects, sent to him by **AMPASO**.

A report dated 15 March 99 revealed that the **IWCF**, now located at 3rd Flr., Sison Mansion, Makati City, has ties with **Darul Hijra** and with activists connected to it, primarily **Nedhal AL-DHALIN**. IWCF may have formerly appeared in the Philippines as **Mercy Foundation of the Philippines** (MFPI), established in 1992 and led by a Kuwaiti named **Abd Al-Aziz OTHMAN** who is apparently the same individual that heads the Islamic Center in Pasig.

One of the members of the management of **IWCF** is **Tarek SHINAWI**, connected with **Nedhal AL-DHALIN**. He used to be the Vice Chair of IRIC for Da'wah Affairs. **Shinawi** resides at Unit 200, French Tower Condominium, 14 Tordesillas St., Salcedo Vill., Makati City and has pager number 125-8005938. That number is in the **Moustafa Muhammad Tawfiq Al-Yousef's** documents. He manages the **Pyramid Trading and Manpower Services Co.** and suspected of being involved in the planned attack on the American Embassy in the Philippines in Oct 97. His brother, **Imad Al-Yousef** was also in the past associated with **Khalifa** and **IRIC** and was also involved with assisting the **Abu Sayyaf Group**.

### *4. Islamic Wisdom Worldwide Mission, Inc (IWWM)*

**IWWM**, one of the NGOs connected to the network of **Mohammad Jamal Kalifah** was registered with the SEC (No. DS-01063) on 9 Mar 94 with principal office in Makati City and another one at Sousa Ext., Cotabato City. It has been

discovered that IWWM-Cotabato Branch is located at Martinez Apt ND Ave., Bgy A A Badoy Sr. with Tel. No. 64-4212631. This NGO has been engaged in the propagation of Islam in various parts of the country. Reportedly, IWWM offers free Arabic lessons and is sending students abroad. One of its stock holders who is a known associate of **KHALIFA**, **Abdulhadi DAGUIT**, presently connected with **IIRO** Manila is reportedly in constant contact with **Yusop ALONGAN @Ustadz Duli/Abdullah**, Chairman of MILF Finance Committee.

**Allan NAWAL**, former ***Inquirer*** reporter who is presently connected with the **American Broadcasting Corp**, contacted **Ustadz Duli** on 6 Jan 98 requesting assistance to contact **Abdulhadi** or anybody from IIRO. The former claimed that he was preparing a documentary for ABC about the IIRO and Khalifa's non-involvement with any terroristic activity.

**Comment:** In Apr 96, the employees of IWWM complained about the delay of their salary, suspecting that their head, **Mohammad Amin AL-GHAFFARI** was diverting their funds to his personal business ventures in Mindoro and Zamboanga provinces. **Al-Ghaffari** is also a known member of the militant Islamic organization operating in Mindanao ***Al Ikhwatul Saliffayah*** or ***Saliffayah Movement*** headed by **Sheikh Muhaimin Sakili**.

### 5. *Islamic Studies, Call and Guidance of the Phil, Inc (ISCAG)*

**ISCAG**, an NGO founded by Muslim convert OFWs in Saudi Arabia was registered with SEC on 22 Jan 90 with principal office at 2014 Anonas St., NDC Compound, Sta. Mesa, Manila. **ISCAG** is a known affiliate of IRIC. The purpose of this NGO includes the promotion of Islam, the establishment of Islamic communities, charitable institutions, centers and foundations for the revitalization of the Islamic heritage and socio-cultural structure and the creation of mosques for the advancement of Filipino Muslims. **Yusop ALONGAN** is reportedly in constant contact with ISCAG office in Dasmariñas, Cavite.

It has been established that **ISCAG** is affiliated with **World Assembly of Muslim Youth (WAMY)**, a sub-division of **MWL**, a charitable organization established in 1972 in Riyadh Saudi Arabia.

### 6. *Islamic Da'wah Council of the Philippines, Inc. (IDCP)*

This religious NGO of Filipino Muslims was registered with SEC on 8 November 1982. Its principal office is located at Suites 418 and 424, FUBC Building, Escolta, Manila with postal address of PO Box 3669, Manila. The main objectives of the **IDCP** include the propagation of Islamic principles and knowledge, the promotion of closer ties among Muslims, the promotion of the Da'wah movement in the country. Also stipulated in its application with the SEC, the NGO shall coordinate with the **Islamic Ummah** of different countries for implementation and coordination with the Philippine Ummah and/or Da'wah movement and coordinate Islamic work with Da'wah organizations outside the

Philippines especially the **Regional Da'wah Council of Southeast Asia and the Pacific.**

**RISEAP** (Regional Islamic Da'wah Council of Southeast Asia and the Pacific) is an Islamic NGO based in Kuala Lumpur. It has 50 institutional members from the region, covering 18 countries such as Australia, Brunei, Myanmar, Fiji, Hong Kong, Indonesia, Japan, Korea, Malaysia, New Caledonia, New Zealand, Papua New Guinea, **Philippines**, Singapore, Thailand and Taiwan. **RISEAP** General Assembly consists of the representatives of Muslim organizations in the region, wherein the extremist Islamic organizations are ostensibly represented by their front NGOs that wittingly or unwittingly serve as the channel of fund support.

MILF Foreign Minister **Abu Huraira Abdul RAHMAN @Abu Herrera**, who is based Malaysia is allegedly in contact with **RISEAP** and other Islamic NGOs based in Malaysia and other Muslim countries. **ISRCP** (Islamic Studies and Research Center of the Phil), one of **IDCP** member organizations is reportedly the front NGO of **MILF Finance Committee** chaired by **Yusop ALONGAN @Abdullah/Duli**. The duo is responsible for networking and soliciting funds from Islamic NGOs and wealthy Muslim individuals abroad.

***Comment***: **Sheikh Moner BAJONAID** is a member of **MILF Jihad Council** and Chair of **MILF Technical Committee** in the GRP-MILF negotiation panel, who has close links with the Muslim extremists in Indonesia. In Nov 98, he received 4M Rupiah from **Mohammad ZIETOUN** (Indonesian) for the procurement of small caliber ammo for the group of **Aghos** in Indonesia. While **Bai Cabaybay ABUBAKAR** was reportedly a member of **MILF Ulama-Professional Commission** who organized a series of rallies in Cotabato City on 1 Apr 97 and in Marawi City on 6 Apr 97.

**Prof Wadja ESMULA** is also the President of IDCP member organization, Filipino Muslim Scholars Foundation, Inc, and once a member of Islamic Development Bank (IDB) Scholarship Programme Coordinating Committee in the Phil. He was born in Jolo, Sulu and finished his studies at UP and in Riyadh, Saudi Arabia. **Dr Maemona L CANDAO**, former board of director for Women's Wing, is a relative or wife of Maguindanao Governor **Zacaria CANDAO**, known as godfather of MILF.

As of 1996, it has been reported that the **IDCP** has more than 40 member organizations, including the **Islamic Da'wah Center and Library** in Quezon City and the **Islamic Studies and Research Center of the Philippines** (ISRCP), based in Cotabato City. The IDCP is also known to be affiliated with at least 18 foreign associations from different regions of the world. The president of the NGO has been identified as Atty. **Abdulrahman R. T. LINZAG**.

***Comment:*** **Hadji LINZAG** is a Muslim convert from the Kalagan tribe in Digos, Davao Oriental. He finished LLB studies at MLQU in 1975 and passed the bar examination the same year. He worked with Appellate Justice **Mama BUSRAN** and Engr. **Fahro CARPISO** of Maharlika Village in Taguig. He managed the negotiation for the sale of a lot behind the Iglesia ni Kristo in Culiat, Quezon City, where the Muslim community is presently located. **LINZAG** was

reportedly involved in the scholarship scam and earned a large amount of money from the ghost Muslim scholars.

During its general assembly at Danarra Hotel in Quezon City on 30 Oct 91, **Hadji LINZAG** reported the success of (i) Da'wah Bil-Hal at Danarra Hotel on 27-28 Oct 91 which was attended by international personalities; (ii) Islamic symposium in Davao City on 30 Aug 91; (iii) Islamic youth training in Gen. Santos City on 26-30 Dec 91; (iv) nationwide radio program "Islamic Awareness" at DWBL; (v) opening of Islamic Library and Saturday Islamic classes at FUBC Bldg, Escolta; (vi) participation of IDCP in the international conferences in Cairo, Sydney, Kuala Lumpur, and Singapore; and (vii) the scholarship program financed by the Jeddah-based **Islamic Development Bank**.

*The Brotherhood* is a quarterly magazine published by **IDCP**. The editorial board is composed by its President, **Abdulrahman R.T. LINZAG**, publisher and editor; **Abdul Rashid R. DE GUZMAN**, managing editor; **Ibrahim A JUNIO**, advertising manager; and **Ahmad EL SUOB** (Jordanian), Arabic writer. Some of the identified writers are **Tamizul HAQUE** (unknown nationality), **Wadja K. ESMULA**, **Cesar Adib MAJUL**, and **Edd K. USMAN**. Printing jobs are done at CONVISLAM Press, which is located at Suite 424 of same building. It receives and reprints articles coming from **FGCGZ** (Foreigners Guidance Center in Gassim Zone), which is also known in Saudi as Arabia-Islamic Guidance Center Al Qasseem Zone, and from **AMLL** (Al-Huwallat Multi-Language Library).

Some of the activities of IDCP monitored in the first quarter of 94 were the lectures on *Da'wah* activities at the residence of **Kamal SADULLAH** in Brgy Bulak, Gapan, Nueva Ecija on 10 Feb 94 by **Ibrahim JUNIO** and **Gullam KH MUSA**. The visit at IDCP office in Escolta of **Ahmad Von DENFFER**, Editor of Munich Islamic Center magazine, ***Al Islam*** and **Ruzaik FAROOK** of Sri Lanka Islamic Society. A certain **Bernawati MOJERES** was reportedly married to **Isa DESTIAWAN** (Indonesian) in an Islamic ceremony held at IDCP Center in Escolta, Manila. **IDCP** was reportedly also soliciting contributions for **Darul-Uloom Wa Darul Yatama**, an orphanage and Islamic school in Fiji Island located at Lololo Rd, Drasa, near Pine Station. The Filipino Muslims were encouraged to send their donations to P.O. Box 2685, Lautoka, Fiji or to communicate through telephone/fax number 662307.

**IDCP** reportedly hosted the three-day *juhuridztima* (international Islamic assembly) at the Blue Mosque in Maharlika Village, Taguig, Metro Manila attended by thousands of local and foreign Muslim missionaries from Saudi Arabia, Pakistan, Bangladesh, India, Qatar, United Arab Emirates, Malaysia, Indonesia and other countries. One of the participants, **Omar I SUHUD**, staff of Basilan governor, stressed that this *jamaah tablighs* (Islamic workers) activity was purely a religious gathering and had nothing to do with the extremist Muslim movements in the country. The statement was made due to news reports on

arrests of ASG members and police operations against suspected international terrorist groups in Metro Manila.

Leaders of **IDCP** affiliate organizations in Metro Manila approved a resolution during a meeting presided by **IDP** (Islamic Directorate of the Phil) President, **Blo Umpar ADIONG** appealing to **Moniera PENDATUN**, president of Nayong Pilipino to host the *Eid'l Fitr* (end of Ramadan or fasting) in the second week of Mar 94. The appeal was made after Senator **Santanina RASUL** of **Kasannagan Foundation** was able to secure the approval of Shangri-La Plaza for the hosting of the Second International *Eid'l Fitr* Festival, wherein the ambassadors and other officials of various Arab and other Muslim embassies were invited.

***Comment:*** Atty **Blo Umpar ADIONG**, a defeated NPC (Nationalist People's Coalition) senatorial bet in 1992 is linked with **Mohammad Jamal KALIFAH** and associates like **Abdulaziz AL-OTHMAN**. Atty ADIONG and AL-OTHMAN are both incorporators of **IWCF** (Islamic World Committee Foundation). The association of the former with KALIFAH was not only for legal services and business deals but also for the advancement of Islamic radicalism in the country. Atty ADIONG provided legal services to the ASG members arrested in Metro Manila in 1994.

**IDP** was registered with SEC on 29 Oct 71 (after the visit to Mindanao of Libyan Foreign Minister **Bouyasser**) to serve as a center for receiving assistance for Southern Philippines secessionist groups, such as the MNLF and MILF. **Nur MISUARI**, MNLF Chairman was one of the organizers while MILF Chairman **Salamat HASHIM** together with **ADIONG** was among the incorporators registered with SEC.

The **IDCP** 2nd Da'wah Bil-hal Seminar in Cotabato City on 26-30 Dec 93 was hosted by **RISEAP** Secretary-General **Dato Ahmad Nordin** and President **Bai Cabaybay ABUBAKAR** of the Shariff Kabunsuan College of Cotabato City, who is also a member of IDCP. It was attended by delegates from its 89 member organizations all over the country. **Dr Balkis bte ABUBAKAR**, head of the Arabic department of the University of Kuala Lumpur, and **Dr Mohammad Yusof HUSSEIN** of the International Islamic University in Kuala Lumpur, were sent by RISEAP as guest speakers. Other speakers were Dean **Wadja ESMULA** of UP Institute for Islamic Studies, Professors **Abdul Nazeir N MATLI** and **Abdulrahman Mansueto CUATON** and Chancellor **Moner BAJONAID** of Mindanao State University in General Santos City.

The seminar was culminated with the IDCP 8th General Assembly and election of officers. The set of newly elected officers include: **Abdulrahman LINZAG** – President/Chair; Prof **Wadja K ESMULA** – Vice-President/Vice-Chair; **Ibrahim P ARCILLA** – Secretary General; **Ibrahim A JUNIO** – Treasurer; and the board of directors **Abdulrashid DE GUZMAN**, Dr **Khalil Nishtar MAGNAYA**, Engr **Al-Fared da Silva**, Prof **Abdulnazeir N MATLI**, **Ismael ABUBAKAR** (for Mindanao), **Huglay LIM** (for Visayas), and **Fatima GABRIEL** (for Women's Wing).

**IDCP** reportedly participated in the training on International Management Program for Muslim activists at Markfield Conference Center, Leicester, UK on 2-10 May 94, organized by **GIS** (Global Impact Singapore) with the cooperation of the **Islamic Foundation of the United Kingdom**. According to GIS Director **Hamza MUTALIB**, the training program was intended for activists dealing with Muslim organizations, management, strategic planning, financial planning and control which was initially organized by **Darul Arqam Singapore** (Converts Association of Singapore).

On 28 Sep 94, **IDCP** together with six other Islamic NGOs linked with the network of **Mohammad Jamal KALIFAH** in the country, signed an agreement with OMA for the socio-cultural and economic upliftment of Filipino Muslims. The signaturies include **Ahmad GERAPUSCO** of Islamic Studies, Call and Guidance of the Phil (ISCAG), Inc; **Engr Ahmad AL-HAMWI** of Islamic Relation and Information Center, Inc. (IRIC); **Zohair Saleh OSAILAN** representing the Muslim World League (Rabitah) and Int'l Islamic Relief Organization (IIRO); **Ustadz Saiben AMPASO** of Islamic World Committee Foundation (IWCF); and **Mohammad Amin AL-GHAFFARI** of Islamic Wisdom Worldwide Mission (IWWM).

The first activity of the cooperation was the distribution of Arabic text books and literatures worth P1M for *madaris* (Arabic schools) donated by **Sheikh Abdurahman AL-TALHI** of Foreigners Guidance Center, an IDCP Saudi-based affiliate NGO. The economic agenda include manpower training, scholarship grants, livelihood projects and fund-sourcing for cooperatives.

*__Comment:__* Known associates of Mohammad Jamal KALIFAH identified as Mohammad **Amil AL-GHAFFARI** (Palestinian) and **Mahmoud Abdul Jalil Afif-Aburahim @Mahmud Hafifi** (Saudi), IIRO Zamboanga Director reportedly financed the travel to Zamboanga City on 20 Oct 98 of fifteen Malaysian nationals who claimed to be *Tabligh* members linked to a plot for terroristic activities in Mindanao. The travel was reportedly arranged by **Ibrahim KHALIFA @Abu Nidal** (Saudi) and a certain **Abu Amir** (Jordanian).

The IDCP puts out a weekly publication The **Brotherhood Monitor** circulated nationwide, with editorial and business offices at Suite 400 FUBC Building, Escolta, Manila and postal address PO Box 3669 and tel. no. 245-8456 & 244-9628, fax no. 241-5142. Its publisher is identified as **Atty. LINZAG**. The Brotherhood Monitor's editorial board includes the following: **Lorenzito B. CONOPIO, Jr.** (editor-in-chief); **Elsa C. DIONEDA** and **Eric Ehsan L. LINZAG** (Managing/Advertising Directors); **Lito GALVEZ** (Illustrations Editor); **Marithel PASTRANA** and **Aloma PEREZ** (Editorial Services); **Rashid R.L. DE GUZMAN** (production Director); **Abdul Majid BALDOZA** and **Ahmad F.P. LOPEZ** (Circulation Executives).

***7. Islamic Directorate of the Philippines, Inc. (IDP)***

**Islamic Directorate of the Philippines, Inc. (IDP)**, registered with SEC on 29 October 1971, was organized (after the visit to Mindanao of Libyan Foreign Minister Bouyasser) to serve as a center for receiving assistance for secessionist groups, such as the **MILF, MNLF**, the **Bangsa Moro Liberation Organization** (BMLO), and **Moro Revolutionary Organization** (MORO). The IDP's original organizers were **Dr. Cesar MAJUL** (Chairman); **Macapanton ABBAS** (Secretary); Senators **Domocao ALONTO** and **Mamintol TAMANO**; Congressmen **Salipada PENDATUN**, **Ali DIMAPORO**, and **Rashid LUCMAN**; **Datu Mama SINSUAT**; Sultan **Amilkadra ABUBAKAR**; Mrs. **Zorayda TAMANO**; **Abdul Karim SIDRI**; **Musib BUAT**; **Farouk CARPIZO**; and **Nur MISSUARI**.

IDP's revised constitution and by-laws were registered on 16 September 1984 and has its principal office in Quezon City. This NGO aims to establish and maintain an Islamic Center in Quezon City for the purpose of coordinating with all other Muslim organizations, to provide wedding and funeral services to Muslims, and to establish an Arabic school and housing facilities for Muslims. The IDP's president is **Blo Umpar ADIONG** and **Ustadj Salamat HASHIM**, MILF Chairman, was listed as one of its incorporators. Included in the IDP's list of trustees are: **Sen. Mamintal TAMANO** of Marawi City, **Cong. Ali DIMAPORO** of Iligan City, **Cong. Salipada PENDATUN** of Cotabato City, **Dean Caesar Adi MAJUL** of Quezon City, **Delegate Ahmad ALONTO** of Marawi City, **Commissioner Datu Mama SINSUAT** of Cotabato City **and Mayor Aminkadra ABUBAKAR** of Jolo, Sulu. The IDP's Secretary General, **Atty. Firdausi I.Y. ABBAS**, is currently one of the MILF consultants in the peace-negotiating panel.

***8. Kasannagan Foundation, Inc (KF)***

**KF**, which is also known as **Kasannagan**, with principal office in Makati City was registered with SEC on 25 Aug 89. Two of its stockholders, **Abraham Razul** and **Salma Razul**, are Muslims from Mindanao who are residing in Mandaluyong City. **Kasannagan** reportedly issued several pronouncements sympathetic to the MILF.

The **objectives** of this NGO include the promotion of the welfare of Filipino women and of the rights of Muslims and indigenous cultural communities, the teaching of cultural and civic consciousness, extend various services to poor and deprived communities, the conduction of research and the establishment of linkages with local and international agencies and organizations with similar objectives.

<u>**NCR-BASED POs**</u>

***1. Task Force Mindanao (TFM)***

**TFM** was formed in Jan 99 by Filipino Muslims reportedly belonging to four major Moro communities and several Muslim organizations in Metro Manila such as the **Muslim Youth and Student Alliance (MYSA)**. The group launched its first propaganda salvo after the government overran Camp Omar on 28 Jan 99 in a two-week battle. **TFM** demanded on 2 Feb 99 the pullout of government troops from conflict areas in Mindanao before it talks peace with the MILF. **Ustadz Ayobkhan SARIPADA**, spokesperson of TFM averred that even as the cease-fire agreement seems to hold for now, the continued presence of the military brigades and artillery is definitely not an indication of concern for peace in Mindanao. Intense fighting between government soldiers and the MILF guerillas the past two weeks had allegedly displaced 19,037 families.

**Nasreen PANGADAPUN**, another TFM convenor, said it was impossible to talk peace on the negotiation table while the military and MILF are close to each other in Talayan, Maguindano. Only a mountain range separates the MILF training Camp Omar and the Army detachments in Talayan. While **Algamar LATIPH** of MYSA accused the President of sweeping statements – "over my dead body, in war there is no human right and if they want war we give them war" – allegedly sends mixed signals.

***2. Muslim Youth and Student Alliance (MYSA)***

**MYSA** chair **Algamar LATIPH** and **Alab-Katipunan** Chair **Fr Vicente PELOBELLO,** a renegade priest who joined the CCP/NPA/NDF in Negros, accused the Government in a joint press statement on 2 Feb 99 of provoking war with the MILF to clear the way for US troops in Mindanao upon likely ratification of the Visiting Forces Agreement or VFA. **PELOBELLO** averred that Mindanao is a strategic location considered for US military troops training and that the hostilities there were part of a military plan to mop up in preparation for the systematic entry of US troops

**LATIPH** said the government might use visiting US troops to harass the MILF. They made their statements as the DFA urged the CBCP (Catholic Bishops Conference of the Philippines) to reconsider attending a briefing on the proposed VFA. The bishops, who have consistently opposed the ratification of the agreement, turned down such a request in December 1998.

***3. Philippine Muslim Task Force Against US Aggression***

Muslim radicals belonging to the **Philippine Muslim Task Force Against US Aggression** staged a rally last 04 Sept 98 in front of the US embassy denouncing the US missile attacks of alleged terrorist targets in Afghanistan and Sudan following the bombing of the US embassies in Kenya and Tanzania.

The Muslim Task Force burned the American flag on 21 Dec 98 in front of the US embassy in Manila to protest the US-led military attacks on Iraq the

previous week. The rallyists claimed that the attack on Iraq was unacceptable because it was carried out without specific UN approval. It also said that the military strike could provoke a violent reaction from Muslims all over the world.

### *4. Kalipunan ng mga Katutubong Mamamayan ng Pilipinas (KAMP)*

**KAMP**, a local organization which holds office in Teachers' Village, Quezon City issued a statement through a local daily (***Inquirer)*** written by a certain **Nonoy GOBRIN,** its national coordinator, sympathizing with the plight of the MILF in the on going struggle in Mindanao.

**GOBRIN** opined that the presence of the military in the South is not the solution in attaining peace and order in Mindanao. Rather it is through economic programs like land distribution coupled with agriculture development. He further asserted his sympathy to the cause of the MILF by implying that the Moro people and oppressed minorities are left without a choice but rise up, armed and unarmed, against the government whom he accused of insincerity in the on-going peacetalk with the MILF.

## Visayas-Based NGO

### *Sawtul Haqq Foundation, Inc. (SHF)*

Also known as **Sawt Al-Haqq Foundation, Inc., SHF** was registered with SEC on 16 November 88, with principal office in Pasig City.

**SHF** is based in Mactan Island, Lapu-lapu City, Cebu. It publishes monthly the **SAWTUL HAQQ, VOICE OF TRUTH** magazine, which is being circulated all over the country particularly in the Muslim areas to bring awareness among the Muslims and encourage them to join and support the cause of the **BIAF-MILF**. The magazine's editor-in-chief is **Abrahm RUELA** and the associate editor is **Ridhan SALMA**. In one of its first issues, it published articles supporting the MILF, such as the one that enumerated camps and controlled areas of BIAF-MILF; and also articles about the present administration, such as the one about the VFA and another about the GRP-MILF Quick Response Team.

## Mindanao-Based NGOs

### *1. Mindanao Homeland Development, Inc (MHD)*

**MHD,** an MILF front NGO registered with the SEC on 25 Jul 94, has its principal office in Cotabato City. This NGO aims to promote the socio-economic development of Muslims in the country through livelihood education, to conduct researches on the rights of Muslims and their ancestral domain, and to

coordinate with government agencies and NGOs with similar goals. MHD is the publisher of ***Homeland*** magazine. The magazine, published once every two months, reportedly contains MILF propaganda for local and international circulation. The printing machine is located in Camp Abubakar but as of Jul 98, the printing jobs were done outside the camp by **Mohammad Amin** upon the instruction of MILF Chairman **Salamat Hashim**. Some of its stockholders and publishing staff are reportedly deeply involved with the MILF.

**Comment:** **Mohamed Amin** was one of the three Filipino Muslim students of **IIU** who were reportedly among a group of 31 students who took part in the 10-13 Jan 98 visit of three mujahideen training camps in Muzzafarabad, Kashmir, Pakistan-Indian border, organized by the ***Salafi Student Union***. The two camps visited belong to the ***Markaz Dawat Ul-Irshad (MDI)*** and the third was in **Abdul Bin Mubarak**.

**Abhoud Syed Mansur LINGA**, a professor of Polytechnic College in Cotabato City is the Chair of **MILF Ulama-Professional Executive Commission**. He was the head of the organizing committee of MILF initiated series of rallies held in Cotabato City on 1 Apr 97 and in Marawi City on 6 Apr 97. The members of the committee were **Minah MOHAMMAD**, representative of the women sector; **Datu Kharis M BARAGUIR** from the traditional Muslim community; **Ustadz Ahmad AHJAM** from the religious sector; **Bai Cabaybay ABUBAKAR**, President of Shariff Aguak Kabunsuan College; **Sheikha Saguira PENDALIDAY**, Ulama member; **Atty Ali MACAWIL** from Lanao; **Samsudin BLA**, NGO representative; **Umbra CAMPIAO**, student leader; **Yusop TAHA**, youth representative; **Pacita GUAGA**, Tiruray highlander representative; and Maguindanao Vice Governor **Midpanto M MIDTIMBANG**.

**Manalindab A KALIM @Manda**, an MILF development staff who reportedly objected to the UNDP funded environmental project in Liguasan Marsh implemented by **Mohammad Yusop @Osgie** of MINSUPLA due to its alleged security implications to Camp Rajamuda. **Osgie**, a founding member of Liguasan Marsh Coordinating Council (LMCC) allegedly left the council and launched their own project after a clash of project objectives between the UNDP and MILF. On 10 Dec 98, **Manda** was reportedly tasked by **Salamat HASHIM** to transport 500 sacks of rice from Camp Abubakar to **Oro** and **Yusop**, who were supposed to distribute them to MILF families.

**Abdul Bassit LANGCAP**, Editor-in-chief of *Moroland*, is one of the identified organizers of MILF united front organization similar to the NDF of the CPP/NPA, which was reportedly formed last year. On 9 Jan 99, **LANGCAP** together with *Ulama* **Saguira PENDALIDAY** left Cotabato City to formally organize the MILF provincial UF in Davao Oriental. A certain **Nordiana**, reportedly arranged the first organizational meeting scheduled on 10 Jan 99.

**Comment:** Related report indicated that the wife of **Comdr. Steelman** (operating in Malapatan, Sarangani) is frequently holding meetings at an Arabic School in Brgy Sapu-Sapu, Malapatan (probably **Sapu Masla Mardrassa** administered by **Ustadz Gani Gadsalan**) to

organize the MILF women's sector. A group of women had allegedly undergone first aid training in Nov 98 at Camp Baghdad which is located also in said barangay.

**Malik A. MANTAWIL @Jun**, staff writer of *Moroland* is reportedly the assistant of **Mohagher IQBAL**, MILF Vice Chair for Information and Propaganda in the preparation of MILF press releases and reports on cease-fire violations to the *Quick Reaction Team (QRT)* of GRP-MILF Joint Ceasefire Committee.

### 2. *Federation of the Bangsamoro Youth in the Philippines (FBYP)*

The federation's elected president is Abdulwahab Omar. Members for the most part consist of youth leaders coming from all over Mindanao: North Cotabato, Maguindanao, Sultan Kudarat, South Cotabato and Sarangani provinces.

In its General Assembly on 4-6 September 98 attended by about **2,791** youth leaders, a resolution was passed and adopted by the assembly. The **Bangsamoro youth** recognize the **MILF** as the sole and legitimate representative of the Bangsamoro people in the south of the Philippines. They support the idea that the only ultimate solution to the age-old problem in Mindanao is the return of their "usurped" freedom and independence; and also support the view that the creation of the Southern Philippines Council for Peace and Development (**SPCPD**) is not the real solution to the Mindanao problem. They likewise claimed to oppose the Visiting Forces Agreement and condemn the alleged terrorist acts committed by the Clinton regime against Muslim civilians in Sudan and Afghanistan, among others. These resolutions were sent to **Muslim youth organizations**, GRP authorities, **MILF officers**, **Muslim organizations** and the media here and abroad.

### 3. *United Overseas Bangsamoro (UOB)*

UOB, headed by **Edward GUERRA @Mohandis** is an MILF front NGO established by its representatives abroad purportedly to provide assistance to distressed Muslim OFWs and to collect *zakat* from them, in line with the MILF fund-raising campaign abroad. The **UOB** office located inside Camp Abubakar was reportedly constructed from the P12M contributions of its members and supporters abroad. The center of UOB major activities is believed to be in Riyadh and Kuala Lumpur due to large concentration of Muslim Filipinos.

<u>Comment:</u> It was reported in 1996 that Muslim OFWs in the Middle East is one of the major sources of MILF funds. MILF representatives abroad had designated collectors who go to the houses of Muslim OFWs every Friday to collect their contributions allegedly for charity.

Recent report indicated that UOB, headed by **Abubakar "Mike" SADDIQUE** is collecting 10 % of the OFWs monthly salaries and diverting the amount to acquire weapons or provide technical manpower assistance to the MILF. For undocumented OFWs, the UOB is allegedly collecting as high as 20% of their monthly salaries in exchange of the organization's services in legitimizing their status. UOB has reportedly established its offices and looks after the welfare of

Muslim OFWs in Saudi Arabia, Jordan, Syria, Libya, Kuwait, the United Arab Emirates, Iran and Iraq.

Identified MILF representatives abroad are: **Abu Huraira Abdul RAHMAN,** MILF Foreign Minister based in Malaysia; **Mohammad SAPIC**, in-charge of Middle-East and African region based in Saudi Arabia; **Abu Amar** - Pakistan; **Abedin HASHIM** (believed to be a relative of the MILF Chairman) and **@ Amerodin** – Kuwait; **@ Arman – Libya; Sheik Muslimin** and **@ Abdurajzak** – Qatar; **@ Omar** – Egypt; **Yusof SALAHUDDIN** – Sudan; and **Ahmad Salih ANAS** (died on 05 Nov 98) – Netherlands.

On 29 Nov 98, the **UOB** *majiles-i-shura* (consultative assembly) in Riyadh, Saudi Arabia was formed by **SAPIC** in order to entice the professional Filipino Muslims to be actively involved in the organization, particularly the Maranaws who have alleged strong "datu and clannish" culture. **Salamat HASHIM** agreed but the former was advised to tell the members to seek his guidance always.

**SAPIC** reported to **Al Haj Murad** on 10 Jan 99 the emergence of another group headed by **Kagui Lapu-Lapu**, who claimed to be the MILF representative in Riyadh. This group was allegedly collecting contributions for the MILF from the Muslim OFWs thereat. The latter was assured that he is the only recognized MILF representative and promised to resolve the problem.

**Edward GUERRA** is suspected of being involved in a recent arms shipment project initiated by the MILF. On 20 Jan 99, he was in Malaysia either to arrange the shipment of arms for the group or to allegedly discuss Malaysia's offer to host the GRP-MILF Peace Talk, which was what **Salamat** had pronounced in later news reports to shroud suspicions of other deals. **Ghadzali JAAFAR** and **Sammy ALMAZOR** were also in Kuala Lumpur between 13 and 22 Jan 99 supposedly for a meeting with the head of an undisclosed foreign intelligence agency and ambassador from Middle East, arranged by MILF Foreign Minister **Abu Herrera**. Later in Feb 99, he was purportedly in Riyadh to assist **SAPIC** in organizing a bigger shipment project suspected to be launched during the Muharram (18 April-16May 99).

### *4. Ma'had Bembaran Al-Islamiya (MBAI)*

**MBAI** is an Islamic education institute located in Bembaran area of Camp Abubakar. **Sheikh Abdulkadir Jaafar ABDULLATIF @ Ronie,** in-charge of administrative matters, claimed in 1997 that the institution is offering elementary, high school and college education, both in English and Arabic since 1991. **Abdulfatah DELNA**, a holder of Islamic studies degree in the International Islamic University in Pakistan, was its first director. The incumbent director, **Esmail DALENAN**, succeeded him in 1994. **Sheik Zainudin Ali SA'BAN**, a graduate of Islamic studies from the renowned Islamic University of Madinah Al

Munawarah, Saudi Arabia is the Dean of the Arabic Department while **Hadji Nasrudin BASSER** is the Dean of English Department.

With a faculty of about 30 foreign graduates from the Middle East and the sub-continent, the population of the institute rose to more than 1,400 students. Some of those manning the college faculty and staff are **Sheik Abdulfatah DELNA, Sheik Zainudin SIDDIK, Sheik Zanudin ALI, Sheik Said SALENDAD, Sheik Abdurrahman MAHMOOD, Sheik Muhammad SUWAIB, Sheik Yusuf LAMTONG, Sheik Husain TUPI, Sheik Abdurrahman JAMEL, Sheik Bajunaid ABDUSSAMAD** (died during the military bombing of Camp Abubakar on 16 Mar 97), **Jamela KHALIFA**, a Pharmacist, and **Abu MATAO**.

<u>Comments:</u> One of the two Filipina wives of **Mohammad Jamal KHALIFA** is **Alice YABO** and her Muslim name is **Jamela KHALIFA** while the second is **Nor-ain** (LNU). These two Filipina wives with their five children joined with **Jamal** in Saudi Arabia, after the dismissal of terrorism charges against the latter in Jordan. **Alice YABO** is one of the incorporators of **Dawl Imam Al Shafee (DIAS)**, an Islamic NGO in Zamboanga City connected with the network of **Jamal**. A certain **Nor-ain R TEJADA**, is one of the registered stockholders of a Cotabato City-based Islamic NGO, **New Muslim Islamic Foundation Center, Inc (NMIFC)**.

**Abdullatif** is reportedly responsible in the processing of MILF dependents that are interested to avail of the scholarship program funded by foreign sources. The interview of applicants for scholarship scheduled on 13 Nov 98 was reportedly postponed by **Abdullatif** to 22 Nov 99 as per instruction of **Murad** because of the arrival in Camp Abubakar of 10 "sultans" who would meet **Murad** and **Salamat** in order to provide support to the MILF.

***5. Markadz Ibn Taimiah Al-Islamie, Inc. (MITAI)***

**Markadz Ibn Taimiah Al-Islamie, Inc.**, with its principal office located in Sultan Kudarat, Maguindanao, was registered with SEC on 25 September 1990. Its main objectives are to develop unity among Muslims, to undertake social and cultural projects for the Muslim welfare, and to establish charitable institutions.

One of the NGO's incorporators is **Ustadz Amieril Omra (Ombra) @ Kato**, an *ulama* general of Camp Omar and is currently the Commanding Officer of the Third Division, BIAF, replacing **Comdr Mosanip SOLAIMAN @ Comdr ADAN** who was relieved from his position sometime in Dec 97. **KATO** was identified as one of those who ordered some **ammos** from **Ghadzali JAAFAR** in February 1999. It was later learned that **KATO** collected a total of P50,000 as *zakat* that was allegedly used for the procurement of arms.

***6. Al'Iksan Foundation***

During the *Ramadan* period, **Abdulgani PAGAO** was reportedly tasked by **Ahoud IBRAHIM @Alhaj Murad**, Vice Chair of MILF Military Affairs to solicit financial contributions from the Muslims in Mindanao for the procurement of

ammunitions in preparation for the planned offensive in January 1999. The instruction was to allegedly utilize the **Al'Iksan Foundation** in the solicitation so that appropriate receipt could be issued for accounting purposes and to dispel speculation that the money were spent for personal use of the solicitors.

On 3 Dec 98, **Abu Yasser**, a member of *Majiles Ulama* in Cotabato City complained to **Murad** the indiscriminate issuance by **Abdulgani** to by-standers of the authority to solicit funds signed by **Mohalidin USMAN** using the letterhead of their office. The campaign was reportedly announced during sermons at the mosques without clearance from the highest *Imam* in Cotabato City, **Hod TAHIR** and **Abdulkahar YUSOP** of the *Dawah* nor prior consultation with **Ibrahim ALI**. Likewise, **Yasser** aired his resentment on the credibility of the **Pagao**'s solicitors, the solicitation of funds from Muslim government officials particularly from ARMM whom the MILF refuse to recognize, and by telling the real intention instead of the practice of disguising it with the procurement of foods and medicines.

<u>**Comment:**</u> The Order of Battle (1998) indicated that **Amil AHOY** is the Vice Chair of MILF Dawah Affairs and not **Abdulkahar YUSOP** or **Ibrahim ALI**.

MILF RRC Chairman **Aleem Aziz MIMBANTAS** reportedly sent also to Metro Manila a five-man team headed by **Sani MACABALANG** to solicit financial and material support from Muslim businessmen. The team was provided with solicitation letters stressing the importance of *Zakat* to their quest for an independent Bangsamoro Islamic State. The former is allegedly expecting to raise P2M to P3M amount of money and materials, particularly military uniforms and individual gears, VHF battery packs and assorted medicines in this campaign.

### 7. *Lubnatol Ulyah*

The organization **Lubnatol Ulyah** has been mentioned several times in conversations among members of MILF, particularly that of **Ustadz DULI** and a certain **Erwin**, often being referred to when they discuss about funds for the procurement of firearms. On 6 Feb 99, **Abdulgani PAGAO** and **Ustadz Mohalidin BANDIALANI** of the Lubnatol Ulyah called up **Salamat HASHIM** to discuss the procurement of ammo but the latter refused and advised them to follow the procedure and coordinate with **Ustadz DULI** who had the authority to decide on this matter.

### 8. *Darul Ifta*

***Darul Efta*** is a front NGO of the MILF Religious Sector, headed by **Ustadz Sabilah SALIH**. It has been mentioned in the conversation between **Ustadz ERWIN** and **Ustadz DULI** on 03 Feb 99, being referred to as the place from where Erwin was supposed to get the money for the procurement of ammo.

On 22 Aug 99, members of the Darul Ifta met with **Dr. Almojil Abdul Mahid**, emissary of MILF supporter **Dr. Solaiman**, to discuss the organization's performance of Da'wah. Some members were identified as **Kamad, Abdulkarim**

(Garay), Ustadz Hanapi, Ustadz Faizal, Abdulgani Pagao, and a certain Moder.

*9. Tribal Community Association of the Philippines, Inc (TCAP)*

TCAP Misamis Occidental Chapter, which has its principal office in Oroquieta City, was registered with SEC on 10 November 1993. TCAP is an NGO that primarily aims to unite, preserve and develop tribal cultures.

On 26 Apr 97, the MILF hosted the Second National Tribal Leaders Consultative Assembly at the Da'wah Center in Crossing Simuay, Sultan Kudarat, Maguindano. The Bangsamoro tribal leaders' assembly organized by a Technical Committee headed by **Abubakar D CAMPONG** from the Timuay tribe was participated by 160 delegates including the tribal leaders from Davao and Surigao provinces. Bukidnon board member **Tommy LABAON**, President of **TCAP** was one of the prominent participants.

Other identified participants were **Roger K ADAMAT** (Timuay), ILO-DANIDA representative; **Santiago MOENDEG**, the first mayor of South Upi; **Sheik Abdulhalil YAHYA**, an Ulama; **Mayor Joel HUMABON** of Libungan, Cotabato; **Mayor Antonio GUNSI** of south Upi; **Ex-Mayor Santiago MOENDEG**; OSCC-Manila Director **Grace CHAVEZ**; SPCPD Assemblyman **Catalino ARISTON**; North Upi Vice-Mayor **Ruben PIANG**; and Vice-Mayor **MARTIN** of South Upi.

***Comment:*** The real name of **Abukhalil YAHYA** according to the Order of Battle (1998) is **Ibrahim GAMPONG**, Vice Chair of MILF Religious and Cultural Affairs.

*10. Islamic Studies and Research Center of the Phil, Inc (ISRCP)*

**ISRCP**, a Cotabato City-based NGO affiliated with **IDCP** was registered with SEC on 28 Jun 90. The registered stockholders are **Jan Naja SALIKH** of Cotabato City and **Sukarno B SARENTO, Maguid M ABO, Arab B IRUS** and **Mecior M ABO**. The NGO aims to promote the Islam religion and operate mosques, madrassas and Islamic research centers in Southern Philippines and Cotabato City.

It was uncovered that **ISRCP** is the cover of **Yusop ALONGAN @Abdulla/Ustadz Duli**, Chair of MILF Finance Committee in dealing with NGOs and the point of contact with their domestic and foreign liaison officers. The telephone and postal office box of **ISRCP** in Cotabato City are also being used for MILF communication with foreign and local NGOs.

*11. Dar Maho Al Omiah Al Islamia (DMAOAI)*

The financial report of **DMAOAI** located at Crossing Pinaring, Sultan Kudarat was reportedly sent through the fax on 11 Jan 98 by **Ghadzali JAAFAR**, Vice Chair of MILF Political Affairs to a certain **Sheikh Mohammad Bin Fahad Al TUWIRJI**, believed to be the Chairman of **IIRO** Asian Committee. The report included their request for the immediate release of funds for the illiteracy elimination program representing the salary of teachers and staff as well as food and clothing of the orphans for the period Jul to Dec 98.

### *12. Ulama League of the Philippines, Inc (ULP)*

**ULP** aka **The League,** an association of known moderate Islamic religious leaders was registered with SEC on 31 Jan 96 with principal office in Marawi City. **ULP** aims to invigorate the Da'wah (preaching or missionary) works, to promote education as a means of development, and to forge Islamic leadership in Muslim communities.

Two of the League's stockholders, **Dr Mahid MUTILAN** and **Shariff Moshin JULABBI** are reportedly associated with the MILF. **MUTILAN** was actually identified as the president of ULP. **JULABBI**, an MILF peace negotiation consultant was boasting about the MILF arms factory at Camp Abubakar that allegedly produces homemade RPGs and grenade launchers. He further averred that the factory is funded by their supporters abroad particularly from the Middle East, Germany and Australia.

**MUTILAN** together with Maguindanao Governor **Zacaria CANDAO** reportedly endorsed MILF leaders, **Comdr. Bobby, Minandang** and **Basad** to Mayor De Guzman for their employment as ghost employees of Davao City. The ghost employees were allegedly terminated before the 1998 election and reinstated in Jul 98, except for **Minandang, Comdr. Bobby** and others. On 24 Jan 99, **Comdr. Bobby** and **Dimas** reportedly planned to assassinate City Administrator Fernandez, whom they suspected to be the cause of the delay of their reinstatement.

***Comment:*** Defeated ARMM gubernatorial candidate **Zacarias CANDAO**, who is perceived as the **MILF**'s godfather, is allegedly determined to pursue a new struggle to provide enough cushion against abrupt political dislocation, personally and for his long-time allies. It was reported that his business dwindled when his illegal logging activities were totally abolished upon the assumption to office of Governor-elect Lininding PANGANDAMAN. This allegedly considerably affected the financial status of the **MILF**.

As the MILF and government troops exchanged gunfire in Maguindanao, Muslims and Christians on 28 Jan 99 held an Inter-Religious Dialogue in Zamboanga City sponsored by the Ateneo University de Zamboanga and the Silsilah Dialogue Movement. **Prof. Amilusin JUMAANO**, ULP Secretary-General for Western Mindanao encouraged dialogues to abate hostilities between the two faithful communities and **Celina UNDING**, professor from Jolo, Sulu agreed that the differences could be minimized through IRD. While **Prof.**

**Ricardo ADJAWIE** of Western Mindanao State University moved for similar forum in Basilan, Sulu and Tawi-Tawi.

Notably, **Markadz Dawah Center** in Brgy. Simuay, Sultan Kudarat, Maguindanao, a nationwide organization headed by **Mohammad Amin AL-GHAFFARI** (Palestinian) has direct contact with the **SALAFFIYAH** movement and the **ULP**. One of the Ulama members that has close contact with **AL-GHAFFARI** is a certain **Ustadz Abu SHAHID**, a graduate of Libya University who heads a group of 100 armed followers operating in Isabela and Lamitan towns in Basilan.

*13. Ittihad Bangsamoro Alwatani, Inc (IBA)*

**IBA** was registered with SEC on 11 Dec 89 with principal office address in Iligan City. Its goals are: to develop among the Bangsamoro people the ideological principles of Islam, to promote cooperation and unity among various ethnolinguistic groups in the country, to conduct researches on various issues and to initiate programs for the improvement of the quality of life and the preservation of the natural resources. One of the incorporators is **Dr Sukarno TANGGOL**, former President of Mindanao State University in Marawi City and brother of **Abdul Nasser TANGGOL**, a member of the MILF Technical Committee in the GRP-MILF peace negotiation. **Sukarno**, who was recently appointed as ambassador, was asked by **Murad** to seek the assistance of Robert Aventajado, Presidential Assistant for Flagship Projects for the reinstatement of **Engr Macmod Mending** as NIA 12 Director. **Mending** is reportedly instrumental in funneling funds from NIA projects to the MILF.

*14. Moro People's Resource Center, Inc (MPRC)*

**MPRC** with principal office in Iligan City, Lanao del Norte and founders mostly composed of professors from universities in Mindanao was registered with SEC on 6 Aug 97. The objectives of this organization include the promotion of Islamic unity, conduction of researches for the development of Muslims and other ethnic groups, and the establishment of linkages with agencies and other organizations of the same goals and interests.

*__Comment:__* **MPRC**, a **CPP Front Organization**, has reportedly been sponsoring seminars in Lanao Provinces among members of the **Religious Sectors** to make them effective facilitators of the communist cause.

During the two-week battle in Jan 99 between the government soldiers and the MILF fighters, **MPRC** monitored the military deployment in Mindanao and the casualties and displaced families at the evacuation centers. The statistics and reports prepared by MPRC were used in the propaganda of various groups against the government.

### *15. International Islamic Efforts Foundation, Inc (IIEF)*

**IIEF**, an NGO with principal office in Brgy Sirawan,Toril District, Davao City was registered with SEC on 29 Mar 93. It was founded by Saudi nationals **Abdur Rahim H AL TALHI**, **Ali A AL-ZAHRANI**, **Fahad H A AL-KHESHAIBAN**, **Hamdan N H ALDOSAR**, **Ali Solaiman HAJIM** and nine other Filipino Muslim associates. **IIEF** aims to promulgate the Islamic religion, to disseminate information about the Islamic culture, to establish a learning center for orphans and indigenous children, to uplift economic condition of Muslim communities, and to establish business and acquire properties in the Philippines and other countries. It provides education to the MILF orphans and the children in Brgy Sirawan, Toril district Davao City.

### *16. Darul Ehsan Orphange and Hifsul Qur'an Center, Inc (DEOHQC)*

**DEOHQC**, an orphanage for **MILF orphans and widows** from Lanao and Cotabato provinces based in Brgy Sirawan, Toril District, Davao City–was registered with SEC on 23 Feb 93. It receives fund support from Middle East particularly Saudi Arabia. This organization aims to establish a learning center for Quran reading and Arabic language and to propagate vital information about the Islamic religion and thereby foster the spirit of unity, honesty and cooperation.

**Alim Ben** from Cotabato City reportedly manages **DEOHQC** and is the contact person of six South African nationals who claimed to be *tabligh* members based in Brgy Sirawan, Toril, Davao City. **Choowara Zunied**, **Amod Sahbeer Sheik**, **Chothia Salik Mahomedeg**, **Varachia Mohamed Hussein**, **Patel Sulaiman**, and **Kaka Mohamed Seraj** reportedly left Davao City to attend a training at Camp Abubakar.

### *17. Bangsamoro Student Association (BSA)*

**BSA**, an association composed mostly of MILF dependents studying in Davao City is reportedly affiliated with the **World Assembly of Muslim Youth (WAMY)**. Its offices are located in Ecoland Subdivision and Brgy Sirawan, Toril District, both in Davao City.

## C. BUSINESS ESTABLISHMENTS

### 1. *Syarikat Al-Abbas Industries (SAI) Inc.*

**SAI**, with its principal office located at the Tektite Building, Pasig City, was registered with SEC on 26 October 1993. The primary purpose of said corporation is to engage in trading, marketing, importation and exportation of various goods and commodities, such as food products, equipment and machineries, chemicals and pharmaceuticals, transportation vehicles, etc. Its incorporators are: **Macapanton Y. ABBAS Jr., Hajara C. ABBAS, Hejira C. ABBAS, Zebuniza C. ABBAS**, and **Macapaton Jihad C. ABBAS**, all residents of Nr 3 Romero St., BF Homes, Q.C.1.

It was discovered that **Yusop ALONGAN @Ustadz Duli** from Cotabato City has been in constant contact with **SAI**. Investigations likewise showed that in its dealings with the **World Muslim League**, SAI used the name **Syamkat Al-Abbas Ind., Inc.**, which is not registered with SEC and uses a different telephone number.

### 2. *Sahaba Development and Construction Corp. (SDCC)*

**SDCC** with its principle office located in Saduc, Mapandi, Marawi City, was registered with SEC on 23 June 93. Its primary purpose is to "engage in general construction and other allied business including the constructing, enlarging, repairing, removing, developing, or otherwise engaging in any work upon buildings, roads, highways, manufacturing plants, bridges, airfields, piers, and docks, among others."

The **SDCC** is some sort of a holding business corporation, which has established sub-business corporations mainly dealing in marketing, rice mills, construction, manpower services, merchandising, transport and the pharmacy business. In Marawi City, **SDCC** is operating the **Sahaba Enterprise** and **Rice Mill** and the **Ranao Service Pharmancy**.

**SDCC** was established by **SABAB**, an Islamic fundamental/extremist organization based in Marawi City. Members of **SABAB** are said to be supported by **Governor Majid MUTILAN** of Lanao del Sur. Reportedly, several SABAB members have already undergone training in urban guerilla warfare in MILF-controlled areas in Central Mindanao. Identified leaders of **SABAB** are **Mahmoud ABDALLAH**, allegedly an OCW recruiter; **Nurrudin EBRA @ SONNY**, also engaged in OCW recruitment and has access to the SABAB contact numbers in Marawi City; and **Abu Bakar SEDIQUE** known to have connections with various Islamic NGOs such as **International Relation and Information Center, Islamic World Committee, and Mercy Foundation**.

Reportedly, **SDCC's** business growth and expansion were made possible by foreign donations and aids from legitimate Islamic donor organizations and NGOs catering for the expansion of Islamic revivalism.

*3. BJ East Asia, Inc.*

**BJ East Asia, Inc.**, its principal office located in Zamboanga City, was registered with SEC on 10 May 94. Its primary objective is "to engage in, conduct, and carry on the business of buying, selling, distributing, marketing at wholesale and retail...all kinds of goods, commodities, wares, and merchandise of every kind and description." Its incorporators are **Eduardo CHUA**, **Benjamin LOONG**, **Efren ALAWI**, **Alonto LOONG**, **Sandra WING SIONG**, **Nurshida LOONG**, and **Winston CHUA**.

**BJ East** has been monitored to be in constant contact with **Yusop ALONGAN @ DULI**.

*4. BJ Coco Oil Mill, Inc. (BJ Oil)*

**BJ Oil**, with its principal office in Makati City, was registered with SEC on 15 December 94. Its primary objective is basically to deal in, at wholesale only, such goods as vegetable oils and by-products/derivatives and other similar agricultural goods and any and all equipment, materials, supplies related to the manufacture of such finished products. Its directors were identified as: **John P. CUMMINGS** (British), **Benjamin T. LOONG**, **Nurshida H. LOONG**, **Eduardo S. CHIA** (or **CHUA**), **Renato R. HILARIO**, **Romulo N. NIPA** and **Emmanuel L. ORANZA**.

**BJ Oil**, based in Buanşa, Indanan, Sulu, has applied for Tax and Duty Free Importation of a 294-ton vessel with the Regional Board of Investments-ARMM on 8 March 99.

Monitored phone calls reveal that **BJ Oil Mill** is in constant contact with **Yusop ALONGAN @ DULI**.

*5. Pyramid Training and Manpower Services Co. (PTMSC)*

**PTMSC**, located at Gadisco Center Bldg., 1564 A. Mabini St., Ermita, Manila, was registered by **Mrs. Theresa Mae C. Gavino** on 29 April 94 with registration no 94027161. It primarily deals with manpower recruitment. Mrs. Gavino's husband, **Bassem GHANEM**, is the manager of the company and is in contact with **Nedhal Al-Dhalin** and **Darul Hijra**. **GHANEM**'s office is located at Rm. 1554 Gadisco Bldg.

It was established that **PTMSC** has ties with Darul Hijra's activities and may be part of **Muhammmaad Jamal Khalifa's** economic infrastructure in the

Philippines and maybe even that of **Osama Bin Laden**. **Moustafa Al-Yousef** who works for the company is suspected of being involved in the planned attack on the American Embassy in the Philippines in 1997. He was formerly employed at **Jobs Worldwide Express**, which was part of Khalifa's network of companies. Moustafa's brother, **Imad Al-Yousef** was also in the past associated with **Khalifa** and the **IRIC**. He was also involved with assisting the **Abu Sayyaf**.

<u>Comment</u>: Moustafa AL-YOUSEF was born on 19 April 68 in Kuwait. He bears a Jordanian passport and is married to a Filipino named Anna Maria L. GARIMALT, a Catholic Christian who converted to Islam. Al-Yousef has an office at Rm. 216 Gadisco Center Bldg., 1564 A. Mabini St., Ermita, Manila.

### 6. *Jobs Worldwide Express, Inc. (JWE)*

**Jobs Worldwide Express, Inc.**, formerly known as the **Vharn International Placement Corp.**, was registered with SEC on 3 May 86. Its primary purpose is to provide labor, service and employment locally and abroad.

On 18 Aug 88, the Directors of the corporation elected **Mr. Mohammad Fahed PANGANDAMAN** as President of the corporation to take over from **Winston Tan** who was retained as Chairman of the Board of Directors. On 15 March 99, it was reported that **Moustafa AL-YOUSEF**, a former employee of JWE, is suspected of being involved in the planned attack on the American Embassy in the Philippines in 1997. His brother, **Imad Al-Yousef**, was also in the past associated with **Khalifa** and **IRIC** and was involved with assisting the **Abu Sayyaf Group**.

### 7. *JMB Personnel Management Services Inc.*

**JMB**, located at 2033-A M.H. Del Pilar St., Malate with tel. no. 521-1807, was registered with SEC on 10 Jun 98. It is a manpower company in the Philippines that deals with contracting and recruiting skilled and unskilled workers from the Philippines to Saudi Arabia and other countries. **JMB** is registered to **Jesus M BAGANG**. One of its shareholders is the Saudi **Mohammad Ali AL-QAHTANI** whose name and office telephone numbers were found in Nov 97 among documents of **Moustafa AL-YOUSEF**. Other incorporators include **Senairah C ALINOG, Rolando S LOZANO, Alimoden P ALINOG**.

The company is known to have ties with **AL-DHALIN** and Darul Hijra's activities. **ABOUD** and **Khalil Housein AL-ALI**, an activist who has ties with Darul Hijra, were also spotted in the JMB office. **Ahmad Abd Ben MASRIA**, considered to be Al-Dhalin's right hand man, is also an employee of JMB. In 1993-94, he worked in the IIRO office in Manila in the computer section. He served as head of the Social Affairs Committee of the Muslim Students Association in the Philippines (**MSAP**) in 1995-96. In November 95, his name was involved in the Abu Sayaff Group that planned in perpetrating attacks in the

country. MASRIA, of Palestinian-Lebanese origin, lives in an apartment in San Andres Bukid, M.M. formerly occupied by Al-Dhalin.

*8. **Elena V. Co Hardware, Inc.***

**Elena V. Co Hardware**, with principal office in Magallanes St., Cotabato City, was registered with SEC on 21 Sept 83. Its primary objective is to engage and deal with all kinds of materials, goods and other prime commodities particularly but not limited to hardware, office supplies and other construction materials. Its incorporators include: **Moya Yu Ekey, Elena V. Co Yu Ekey, Narciso C Yu Ekey, Ma. Nieves C. Yu Ekey,** and **Eufemia C. Yu Ekey**; all of whom are Filipinos and residing at Magallanes St., Cotabato City.