# EXHIBIT “60”

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***TAREEKHOSAMA/29/Tareekh Osama.91****)*

In the name of God, the most Compassionate, the most Merciful

1. The families stay as they are.

2. The camps remain as they are.

3. Urging the brethren to benefit from the training.

4. Urging the leaders to go inside. Media

5. Identifying the brethren, among everyone, who are ready to go inside.

6. Holding a mass-media event to collect in-kind and financial donations.

7. Clarifying the Mujahideen's situation to the world and keeping the spirit of Jihad alive.

8. Sending brethren during this month to prepare bases for the Arab brethren.

9. Forming an advisory council for the Arab brethren and using it as the leadership.

10. Forming a committee to receive donations and maintain an account and the spending

__ the Crescent *(most likely, the Saudi Red Crescent)*, the Rabita *(the Muslim World League)*, Sheikh Abdallah, the Relief Agency *(Hayaat Al-Ighata)*, and Abu Mazin.

11. Urging the Islamic agencies to bring in all of what they have.

12. Halting expansion.

13. Unifying the administration (presenting strong leadership for Peshawar, Suda, Warsak, and Al-Maasada.

14. Consulting with a lawyer regarding financial accounts and affairs.

15. Discussing with the Suda group their capability to provide provisions for the inside, and researching the ways which will lead to that. Abu Al-Jood, Sheikh Abdallah, and Abu Abdallah *(the names were written in green ink, and it is*

*unclear which paragraph they were intended for)*

16. Reducing the number of the working brethren, except for those who are needed urgently.

17. Discussing the present situation with the Al-Jamaa Al-Islamiyya *(the Islamic Group)*, and the possibility of cooperation (Abu el-Jood).

*(Text continues in **TAREEKHOSAMA/29/Tareekh Osama.92**)*

بسم الله الرحمن الرحيم

١- تبقى العوائل كما هي

٢- = المعسكرات كما هي

٣- تحريض الأخوة على الاستفادة من التدريب

٤- تحريض القادة على الدخول الداخل [illegible]

٥- معرفة الأخوة المستعدين للداخل من الجميع

٦- القيام بحملة إعلامية واسعة لجمع التبرعات [illegible]

٧- توضيح موقف المجاهدين للعالم وإذكاء روح الجهاد

٨- إرسال أخوة في هذا الشهر لتهيئة قواعد للإخوة العرب

٩- تشكيل مجلس شورى للأخوة العرب وإفرازه كقيادة

١٠- تشكيل لجنة لجمع والاستقبال التبرعات من الجابر [illegible] وجرولة
— الهلال والرابطة والشيخ عبد الله وهيئة الإغاثة
وأبو ماذن

١١ حث الهيئات الإسلامية على دخول ما عندهم من عاملين

١٢ إيقاف التوسع

١٣ توحيد إدارة [إبراز قيادة قوية لكل من بيشاور [illegible] ومأسدة.

١٤ استفادة من [illegible] بالنسبة للأمور والعمليات الخارجية [illegible]

١٥ البحث مع جماعة [illegible] في إمكانية [illegible] [illegible]
الاقتتال و بحث الطرق المؤدية لذلك

١٦ تقليص عدد الإخوة العاملين إلا للأمور المهمة.

١٧ التدارس مع الجماعات الإسلامية [illegible] [illegible]
وإمكانية التعاون في [illegible]

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***TAREEKHOSAMA/29/Tareekh Osama.92****, continuation of document* ***TAREEKHOSAMA/29/Tareekh Osama.91****)*

18. Discussing with the leaders the best places for us to help them.

19. Visiting the leaders and expressing delight with their position, and displaying our capabilities and our wish to support their march as much as we can, *(God)* willing.

20. Sending some brethren to secure provisions for the Mujahideen.

21. Inviting the leader Sayyaf to a reassuring conference

22. After making clear decisions about the coming period, the brethren should be reassured through lectures with broad outlines in most instances, and prepared for the first shock.

23. A printed declaration which will explain the following:

a. The East's and West's agreement to prevent the establishment of an Islamic nation and thorn.

b. The only solution is the continuation of the armed Jihad.

c. Taking interest in the training and seizing the opportunity.

d. Supporting the Mujahideen believers and *(illegible)*.

e. Specifying the locations where we want the brethren to be. Will be signed by Yunis Khalis, Ansar Al-Jihad (supporters of Jihad).

f. Urging the brethren to be patient, pious, obedient, and to practice abstinence (Abu Hajir).

24. Forming a committee to run the brethren's affairs, categorize and solve their problems, their passports, tickets, and taking care of their situation and lodging, according to. And where will their effects be kept.

25. A work plan for the inside; the distribution of the brethren, and the locations where they will be present.

26. Designating points outside Pakistan for assembly when necessary, after inquiring about how easy obtaining visas is.

27. The brethren should disperse in the central fronts, and with the Having the brethren scattered in central fronts under the leadership of trustworthy commanders.

*(Text continues in **TAREEKHOSAMA/29/Tareekh Osama.92a**)*

١- البحث مع القادة حول آلية أحسن الأوقات لنا لمساعدتهم
١٢- زيارة القادة وإخبارهم بسرور من موقفهم
[illegible] بداية قدراتنا ورغبتنا في دعم مسيرتهم بالمشاركة [illegible]
٢- ارسال أخوة إلينا من أفراد لجنة [illegible]
١٨- دعوة القادة [illegible] سياف إلى ندوة [illegible]
٢٢- بعد الانتهاء إلى القرارات المرضية للطرفين [illegible]
يخطط [illegible] بمحاضرات ذات خطوط عريضة [illegible]
٢٣- بيانات [illegible] ما يلي: ويسبق للمحاضرة [illegible]
أ- إعطاء الشرعية [illegible] الحرب [illegible] دون قيام [illegible]
ب- [illegible]
ج- الاهتمام بالصلاة [illegible] الفروض.
د- [illegible]
هـ- [illegible]
[illegible]
[illegible]
٤- تشكيل لجنة [illegible]
[illegible]
٥- [illegible]
٢٦- [illegible]
[illegible]
٢٧- [illegible]

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***TAREEKHOSAMA/29/Tareekh Osama.92a****, continuation of document* ***TAREEKHOSAMA/29/Tareekh Osama.92****)*

*(continuation of paragraph 27)* The presence must be tangible.

28. Keeping alive the Jihadist spirit among Muslims in general, and the Arabs in particular, by opening bases for their Jihad along with maintaining contact lines with them. The Sudan is recommended.

29. Not aligning with the parties as there is risk in that at the present time.

30. Isolating the rank and file during instances of sedition, after failing to rectify the situation.

31. Encouraging the Afghan brethren to continue the Jihad with the presence of the brethren among them, and the *(illegible)*.

[illegible]

٢٨) المحافظة على إذكاء الروح الجهادية في المسلمين عامة والعرب خاصة بفتح قواعد الجهاد لهم مع المحافظة على خطوط الاتصال بهم عند تقديم المساعدات.

٢٩) عدم التحزب مع أي حزب لما في ذلك من الخطورة في المجال

٣٠) إعطاء الثقة في قادة الفصائل بعد التجربة [illegible]

٣١) تشجيع الأمة الأفغانية على الاستمرار بالجهاد [illegible]