# EXHIBIT "61"

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***TAREEKHOSAMA/49/Tareekh Osama.121****)*

Number 1, خ:ش *(The Arabic characters Khaa and Sheen)*

In the name of God, the most Compassionate, the most Merciful

Muslim World League

International Islamic Relief Organization

No: *(left blank)*

Date: *(left blank)*

1. A meeting between Abu Abdallah/Dr. Abdallah Naseef/Sheikh Abdel Majeed Zindani

and Dhiaul Haq

The situation was explained to him, and he was made aware of his responsibility in front of God, and his continued support, and permitting the support, meaning - giving us an open license fr the borders, and if he is being subjected to any pressures, let it be a secret *(agreement)*, in a way that League offices will be opened as *(illegible)* for the Pakistanis, and the attacks will be launched from them *(these offices)*, and that there are no gatherings inside the cities which will attract attention, or ay other suitable method which you *(plural)* will agree upon and of which you *(singular)* are convinced without any concessions, and what is meant by concessions, is that you will not be ashamed of anything

2. The removal of all of the brothers from Peshaw *(most likely, Peshawar)* as soon as possible, and the houses will be ready for the arrivals and for any emergency which may occur.

3. The brothers will be transported directly to Miran Shah (Khost) because it is the only open point at the present time.

4. The brothers who are at Warsak *(phonetic)* will also be sent to Khost and its surroundings.

5. All of the brothers' passports are to be kept with the strong organizations, in order to avoid any search action due to pressuring from the embassies, or *(due to)* anything else which may occur.

---

6. That the passports should not be kept with the Saudi *(Red)* Crescent in anticipation of the recall of Abu Al-Hasan by Saudi Arabia, and the changing of the director.

---

7. In Khost, the absence of the brothers in Miran Shah *(meaning unclear)*. Everyone is at the front at several centers, in Miran Shah only the person in charge and whomever he wants as an assistant.

---

8. Assigning a car to secure what the brothers need at the front.

---

9. After these *(follow)* the steps that are mentioned in Adel's paper which you have

*(text continues in document* **TAREEKHOSAMA/49/Tareekh Osama.121a***)*

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***TAREEKHOSAMA/49/Tareekh Osama.121a****, continuation of document* ***TAREEKHOSAMA/49/Tareekh Osama.121****)*

10. I ask all of those who are in charge of people, to be good-natured, kind, compassionate, patient, and not too demanding of the brothers because the situation is not comforting for some individuals; more correctly the new ones, therefore the brothers need someone who will support them and be as a father and as a mother, and be a refuge for their sorrows so that he can assist them.

---

11. To examine the brothers' situation, meaning that not everyone who gets close to you is what is desired, because individuals differ when idle, and when tasked with a responsibility.

*(illegible)* in the selection.

---

12. I ask you to be good towards Sheikh Sayyaf, for he is known by all with agreement, and specifically you and the extent of his cooperation, and specifically you, and he is your brother *(meaning of this paragraph is unclear)*.

---

After this, *(continue)* in accordance with Adel's paper, and if anything new comes up I will inform you .18952410

---

Saleh Khan says that his tribe's land is close to Jaji Maidan and that it is in your hands, and the government can not interfere with this.

---

You must pursue finding an umbrella which you can stay under, other than the Crescent *(most likely, the Saudi Red Crescent)* because I expect that Abu Al-Hasan will be replaced, because he is known by them especially after Abu Mazin left the arena, and I prefer the name of the League *(most likely, Muslim World League)* because Dr. Naseef is one of the brothers, and the government knows who Abu Al-Hasan is and who the ones in the arena are, and this is not a decision, and the change may not happen now, and it may not be the intention, however precaution *(precaution dictates that we do this)*.

Your brother

Abu Anees

*(signature)*

بسم الله الرحمن الرحيم

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

رابطة العالم الإسلامي
باكستان - بيشاور
هيئة الإغاثة الإسلامية العالمية

No ____________

Date ____________

الرقم ____________

التاريخ ____________

① ~~[illegible]~~ لقاء الدكتور [illegible] - د/عبد[illegible] / شيخ عبدالمجيد زنداني
[illegible] صباحاً

دستور الجمهورية واستعداد المسؤولين [illegible] [illegible] [illegible] [illegible]
* بعض - اعطانا اجازة مفتوحة [illegible] [illegible] عليه [illegible]
[illegible] بحيث تتم [illegible] مراكز الرابطة [illegible] للباكستانيين
ومما تطلب [illegible] [illegible] [illegible] [illegible] [illegible] المنطقة [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

② توزيع [illegible] [illegible] [illegible] [illegible] والذخيرة [illegible] البيوت [illegible]
[illegible] [illegible] [illegible] [illegible] حدث.

③ يتم نقل الاجهزة [illegible] الى ميران شاه لانها المنطقة المفتوحة [illegible]

④ الاجهزة الزائدة [illegible] [illegible] ارسالها الى خوست [illegible]

⑤ جميع [illegible] الاجهزة يحتفظ بها [illegible] المؤسسات [illegible] تفاديا [illegible]
تفتيشها [illegible] الضغط [illegible] [illegible] [illegible]

⑥ [illegible] بالجوازات [illegible] للسعودية [illegible] لطلب [illegible] [illegible]
وتغيير المدير

~~[illegible]~~

⑦ في خوست عدم تواجد الاخوة في ميران شاه. [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]

⑧ وضع [illegible] تقوم بتأمين [illegible] الاخوة في الجبهة

⑨ بعد ذلك [illegible] المذكورة [illegible] [illegible] عادل [illegible]

١٠) اوصي جميع من تأثر على الناس بالخلد والراحة والجنان
والصبر وعدم الضعف على الجزع لان المؤمن خير من الله للنفوس من الله
فبذلك يحتاج الاجرة الى من يساندهم ويكون أخاً وابناً
ومارس اجراتهم لعينهم

---

١١) النظر أمر الاحترام ليس كل من يتقرب الملك هو المخلوق
لان النفوس تختلف أجزاءها وحسب تحملها المسؤلية
تعلمك بالاهتمام .

---

١٢) اوصيك السيخ سيان جمال
وفي تقاعد وبنات اشت
ومقر معروف هناك جوانب وبنات امس
وهو اعز

٢٨٩٥٧٤٠

وهو قريب جابر ورشيد عادل
جاء مني جميع الجنود ١٠٠٠

جابر خان يقول ارضها قبيلته
ه ترجمة من جابر ميدان
وهو بيد بدليت ولا تستطيع الذكرى
التجارة ذلك

---

لابد أن تسعى تأريخ وخطاب
قبلنا جميعا دون الوصل
لان ابو الحسن الزهري كثيرة لانه
معروف لديهم ومعروفة بعد أن ذهب ابو حازم
من الساحة وأفضل اسم الراجعة لانه د/ نصيف
من الجوية ، والركيزة تعرف سعر ابو العربه
مصدر تم الداخلي عبد الباهلي . وليس هذا بحجم .

الاول
البرازي
ا
مثل وقد لا يكون الامر التغيير وقد لا يكون البنت
وبعد المحطة