# EXHIBIT “62”

BOSNIA AND HERZEGOVINA
FEDERATION OF BOSNIA AND HERZEGOVINA
FEDERATION MINISTRY OF FINANCE
FEDERATION MINISTRY OF FINANCE
FINANCIAL POLICE
SARAJEVO

BOSNIA AND HERZEGOVINA
FEDERATION OF BOSNIA AND HERZEGOVINA
FEDERATION MINISTRY OF FINANCE
FINANCIAL POLICE
SARAJEVO

[GOVERNMENT SEAL]
[round ink stamp]

Number FP-416-419-Z-01/02
Sarajevo, May 27, 2002

[illegible]
[illegible signature]

Based on Article 7, Item 1, Line 15, Article 9, Item 1, Line 5, and Article 25, Item 2 of the Law on Financial Police ("Official Gazette of the Federation of Bosnia and Herzegovina," No. 2/95) and Articles 218 to 220 of the Law on Legal Proceedings ("Official Gazette of the Federation of Bosnia and Herzegovina," Nos. 2/98 and 48/99) in the course of the audit of the humanitarian organization "International Islamik Relief Organisation IGASA," Saudi Arabia, street [word missing], P.O. Box 14843, Jeddah 21434, with a regional office in Sarajevo, Jukićeva Street 144, the inspectors of the financial police are bringing the following

DECISION

The humanitarian organization "International Islamik Relief Organisation IGASA," Saudi Arabia, street [word missing], P.O. Box 14843, Jeddah 21434, with a regional office in Sarajevo, Jukićeva Street 144, registered as a foreign humanitarian organization, based on the decision of the High Court in Sarajevo, No. R/IV-3/92 of December 7, 1992, shall within 15 (fifteen) days of the receipt of this Decision:

1. Submit a list, based on the bookkeeping documents, of the chronological and system records of the business activities and changes for the period from January 1, 1996 to December 31, 1998, according to the Chart of Accounts prepared according to the accounting standards ("Official Gazette of the Federation of Bosnia and Herzegovina," Nos. 5/95, 50/98 and 52/98), referring to the provisions of Article 7 of the Law on Accounting ("Official Gazette of the Federation of Bosnia and Herzegovina," Nos. 2/95 and 12/98),

2. Submit inventory listing of assets and liabilities according to the sources of the assets as of December 31, 1996, December 31, 1997 and December 31, 1998, corresponding to the provisions of Article 23 of the Law on Accounting ("Official Gazette of the Federation of Bosnia and Herzegovina," Nos. 2/95 and 12/98).

3. Provide reliable documentation with reference to securing and acquisition of financial funds, as well as their use for the cited period, according to the provisions of Article

4, Item 1 and Article 9, Item 1 of the Law on Financial Business Activities ("Official Gazette of the Federation of Bosnia and Herzegovina," No. 2/95),

4. Prepare, based on the chronological and system evidence of the business activities and changes for the period starting on January 1, 1996 and ending on December 31, 1998, from Item 1 of the Decision, and the inventory listings from Point 2 of this Decision and documentation referring to securing and acquisition of financial funds, as well as their use from Point 3 of this Decision, accounting statements and synthetically and monetarily expressed reports on the position and effectiveness of business of the humanitarian organization (Balance Sheet and Profit and Loss Statement), for the business years: 1996, 1997 and 1998, according to Article 15 of the Law on Accounting.

5. Upon completion of the requests from Points 1, 2, 3 and 4 of this Decision, needed for the preparation of a report on the completed audit of business activities of the humanitarian organization "International Islamic Relief Organization IGASA," Saudi Arabia, street [word missing], P.O. Box 14843, Jeddah 21434, with a regional office in Sarajevo, Jukićeva Street 144, notify us in writing at the following address: Financial Police of the Federation of Bosnia and Herzegovina, 62/III Maršala Tita Street, Sarajevo,

6. A complaint shall not postpone the execution of the Decision.

EXPLANATION

The provisions of Article 33 of the Law on Humanitarian Activities and Humanitarian Organizations ("Official Gazette of the Federation of Bosnia and Herzegovina," No. 12/95) and Article 29, Item 1 of the Law on Humanitarian Activities and Humanitarian Organizations ("Official Gazette of the Federation of Bosnia and Herzegovina," No. 35/98), prescribe that foreign humanitarian organizations, in performance of humanitarian activities, shall comply with the laws and other regulations of the Republic, or the Federation of Bosnia and Herzegovina and the Cantons, especially those which refer to the business activities of foreign legal and physical persons, financial business activities, employment of workers, fulfillment of legal obligations, etc.

During the audit of the available documentation regarding the legality of the business transactions, as well as the inflow and expenditures of financial funds in the humanitarian organization "International Islamik Relief Organisation IGASA," Saudi Arabia, street [word missing], P.O. Box 24843, Jeddah 21434, with a regional office in Sarajevo, Jukićeva Street 144, for the period from January 1, 1996 to December 31, 1998, it was determined that for the cited period there are no business books prescribed by the Law on Accounting ("Official Gazette of the Federation of Bosnia and Herzegovina," Nos. 2/95 and 12/98), with reference to the Code of Accounting Principles and Accounting Standards ("Official Gazette of the Federation of Bosnia and Herzegovina," Nos. 5/95, 50/98 and 52/98), specifically:

- general ledger, journal and
- analytic entries, cashier and other auxiliary books,

Additionally, during the audit and investigative activities, it was determined that the humanitarian organization “International Islamik Relief Organisation IGASA,” Saudi Arabia, street [word missing], P.O. Box 24843, Jeddah 21434, with a regional office in Sarajevo, Jukićeva Street 144, has not performed inventory listing of assets and liabilities according to the sources of funds on December 31, 1996, December 31, 1997 and December 31, 1998, and has not been balancing bookkeeping positions of assets and liabilities and the sources of the funds with the actual position, which is determined by performing inventory, according to the Provisions of Article 23 of the Law on Accounting (“Official Gazette of the Federation of Bosnia and Herzegovina,” Nos. 2/95 and 12/98).

During the audit process of the available documentation regarding the inflow and expenditures of the monetary funds in the humanitarian organization “International Islamik Relief Organisation IGASA,” Saudi Arabia, street [word missing], P.O. Box 24843, Jeddah 21434, with a regional office in Sarajevo, Jukićeva Street 144, it was determined that it did not have documentation available with reference to the securing and acquisition of financial funds, nor the records about its use for the period of 1996, 1997, and 1998, which is prescribed by the provisions of Article 4, Item 1 and Article 9, Item 1 of the Law on Financial Business Activities (“Official Gazette of the Federation of Bosnia and Herzegovina,” Nos. 2/95) , and that the organization for the cited business years has not been preparing annual and semi-annual accounting statements and financial reports, synthetically and monetarily expressed reports on the position and effectiveness of business of the humanitarian organization (Balance Sheet and Profit and Loss Statement), according to the provisions of Article 15 of the Law on Accounting.

In order to prepare a report on the performed audit of the business activities of the humanitarian organization “International Islamik Relief Organisation IGASA,” Saudi Arabia, street [word missing], P.O. Box 24843, Jeddah 21434, with a regional office in Sarajevo, Jukićeva Street 144, for the cited period, the Decision shall be brought as in the Ruling.

INSPECTORS:
1. Ramić Husein [illegible signature]
2. Karajbić Elvir [illegible signature]