# EXHIBIT “65”

**Source: http://www.themwl.org/Profile/default.aspx?l=AR (July 2011)**




FED-PEC0214874




FED-PEC0214875