# EXHIBIT "67"

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***Tareekh Osama/30/Tareekh Osama 93****)*

In the name of God

1- Advisory council.

2- Cooperating with Sheikh Saleh.

3- Security Officer.

5- Reducing the number of workers.

6- Forming a committee to take care of the brothers' problems, and of the financial matters.

1A- Sheikh Abdallah.

1B- Sheikh Tameem.

1G- Brother Wael Jleidan.

1D- Brother Abu Hajer.

1H- Brother Adel Farhat.

*(Illegible)*- Abu Abdallah President

?- Abu Khalid.

?- Abu Ubaidah.

1- The mobilization committee, Sheikh Abdallah, Sheikh Tameem, Abu Abdallah, and Abu Hasan.

بسم الله

١- مجلس شورى
٢- التعاون مع الشيخ [illegible]
٣- ضابط أمن

- تخصيص [illegible] العاملين
- تشكيل لجنة لاهتمام بمشاكل الأخوة [illegible]

١- الشيخ عبد الله
ب- الشيخ تميم
ج- الأخ وائل جليدان
د- الأخ أبو هاجر
هـ- الأخ عادل فرحات
و- أبو عبد الله [illegible]
ز- أبو خالد
؟- أبو عبيدة
- [illegible] استشارة الشيخ عبد الله والشيخ تميم [illegible]