# EXHIBIT “70”




Currently released so far...
251287 / 251,287

**Articles**

Brazil
Sri Lanka
United Kingdom
Sweden
Global
United States
Latin America
Egypt
Jordan
Yemen
Thailand

**Browse latest releases**

2011/08

**Browse by creation date**

66 72 73 75 78 79 85 86
87 88 89 90 91 92 93 94
95 96 97 98 99 00 01 02
03 04 05 06 07 08 09 10

**Browse by origin**

A B C D F G H I
J K L M N O P Q
R S T U V W Y Z

**Browse by tag**

A B C D E F G H
I J K L M N O P
Q R S T U V W X
Y Z

**Browse by classification**

CONFIDENTIAL
CONFIDENTIAL//NOFORN
SECRET
SECRET//NOFORN
UNCLASSIFIED
UNCLASSIFIED//FOR OFFICIAL USE ONLY

**Community resources**

Follow us on Twitter

**Viewing cable 06RIYADH6467, TERRORISM FINANCE: SAUDI RESPONSE OF IIRO'S**

If you are new to these pages, please read an introduction on the structure of a cable as well as how to discuss them with others. See also the FAQs

| Reference ID | Created | Released | Classification | Origin |
|---|---|---|---|---|
| 06RIYADH6467 | 2006-08-14 07:41 | 2011-08-30 01:44 | SECRET//NOFORN | Embassy Riyadh |

```
VZCZCXRO9382
OO RUEHDE
DE RUEHRH #6467 2260741
ZNY SSSSS ZZH
O 140741Z AUG 06
FM AMEMBASSY RIYADH
TO RUEATRS/DEPT OF TREASURY WASHDC IMMEDIATE
RUEHC/SECSTATE WASHDC IMMEDIATE 0599
INFO RUEHZM/GULF COOPERATION COUNCIL COLLECTIVE PRIORITY
RUEHJI/AMCONSUL JEDDAH 7564
```

S E C R E T RIYADH 006467

SIPDIS

SIPDIS
NOFORN

E.O. 12958: DECL: 08/14/2031
TAGS: EFIN KTFN PTER PREL ETTC SA
SUBJECT: TERRORISM FINANCE: SAUDI RESPONSE OF IIRO'S
AL-MUA'JJIL UNSCR 1267 DESIGNATION

REF: A. (A) STATE 127947
¶B. (B) STATE 06341 (C) STATE 131614

Classified By: DCM Michael Gfoeller for reasons 1.4 (B) and (D).

¶1. (C) Summary: As a result of the August 3 UN 1267 designation of Abd Al-Hamid Sulaiman Al-Mua'jjil (AKA Abdul Hamid Sulaiman Al-Mujil), the Saudi Arabian Government (SAG) has confirmed its prior actions to freeze his assets and restrict his travel. End Summary.

¶2. (S/NF) The Ministry of Interior (MOI) informed U.S. intelligence sources that approximately July 10, 2006 Al-Mua'jjil's bank accounts were frozen and travel restrictions were placed on him. According to the MOI, the SAG does not have enough evidence to arrest or detain him at this point in time.

¶3. (S/NF) The IIRO Eastern Province branch has temporarily closed its offices pending an ongoing MOI investigation. This investigation could continue for a few weeks depending on the extent of the findings. (Comment: This is different than the July 28, 2006 statement from Ambassador to the United States Prince Turki to Secretary Levey that the SAG has shut down the IIRO Eastern Province Branch.)

¶4. (S/NF) In response to reference C, intelligence agencies have informed Ministry of Interior liaison and will inform the Saudi Financial Intelligence Unit at upcoming meetings on August 23, 2006 about Al-Mua'jjil's bank account in Al-Rajhi Banking and Investment Corporation. We also informed the Ministry of Foreign Affairs (MFA) Office of Counter Terrorism of this information. According to Acting Director Ghazi Al-'Anzi, the SAG knows its obligations as a UN member and has taken the requisite actions in this case.

¶5. (C) Other than freezing Al-Mua'jjil's bank accounts and restricting his travel, the SAG does not plan further actions. Bio Note: The Al-Mua'jjil or Al-Ma'jjel clan is well known throughout Saudi Arabia's Eastern Province and has a family branch in Bahrain as well. End Note.
OBERWETTER

Check our Reddit
Twitter this
Digg this page
Contact us on IRC

*courage is contagious*