# EXHIBIT "78"




Currently released so far...
251287 / 251,287

**Articles**

Brazil
Sri Lanka
United Kingdom
Sweden
Global
United States
Latin America
Egypt
Jordan
Yemen
Thailand

**Browse latest releases**

2011/08

**Browse by creation date**

66 72 73 75 78 79 85 86
87 88 89 90 91 92 93 94
95 96 97 98 99 00 01 02
03 04 05 06 07 08 09 10

**Browse by origin**

A B C D F G H I
J K L M N O P Q
R S T U V W Y Z

**Browse by tag**

A B C D E F G H
I J K L M N O P
Q R S T U V W X
Y Z

**Browse by classification**

CONFIDENTIAL
CONFIDENTIAL//NOFORN
SECRET
SECRET//NOFORN
UNCLASSIFIED
UNCLASSIFIED//FOR OFFICIAL USE ONLY

**Community resources**

Follow us on Twitter

**Viewing cable 06STATE99426, TERRORISM FINANCE: INTERNATIONAL ISLAMIC RELIEF**

If you are new to these pages, please read an introduction on the structure of a cable as well as how to discuss them with others. See also the FAQs

| Reference ID | Created | Released | Classification | Origin |
|---|---|---|---|---|
| 06STATE99426 | 2006-06-16 22:25 | 2011-08-30 01:44 | SECRET | Secretary of State |

```
O R 162225Z JUN 06
FM SECSTATE WASHDC
TO AMEMBASSY RIYADH IMMEDIATE
INFO AMEMBASSY DOHA
AMEMBASSY JAKARTA
AMEMBASSY MANILA
```

S E C R E T STATE 099426

E.O. 12958: DECL: 06/15/2016
TAGS: EFIN ETTC ID KTFN PREL PTER RP SA
SUBJECT: TERRORISM FINANCE: INTERNATIONAL ISLAMIC RELIEF ORGANIZATION (IIRO)

REF: A. STATE 83988 B. RIYADH 04230

Classified By: NEA DAS Gordon Gray for Reasons 1.4 (b) and (d)

¶1. (U) This is an action request. Please see paragraphs six and seven.

¶2. (S) During Homeland Security Advisor Frances Townsend, s June 20 visit to Saudi Arabia, Townsend will reinforce the need for SAG actions to properly oversee the activities of charitable and non-profit organizations based in the KSA, regardless of whether those organizations act locally or internationally.

¶3. (S/NF) During her visit, Townsend will convey the intention of the USG to designate the Philippines and Indonesia branches of the International Islamic Relief Organization (IIRO) as well as Abdul Al-Hamid Al-Mujil, a Saudi national resident in the KSA and the Executive Director of IIRO-Eastern Province Branch (EP). The Interagency has targeted June 20 as a pre-notification date for the UN designation of those branches and individual. (Separate pre-notification cable to all posts to follow.) Domestic designation under E.O. 13224 and formal nomination to the UN 1267 Committee will follow two weeks later on or about July 5. Townsend will request SAG co-sponsorship of the designations.

¶4. (S/NF) In addition, Townsend will seek concrete Saudi cooperation by July 18 in addressing USG concerns about IIRO-EP, including law enforcement action, shutting down the branch, or co-sponsorship for the UN listing, emphasizing the importance of cooperation, but stressing the need for unilateral U.S. action if concrete Saudi cooperation does not result in definitive action against IIRO-EP by July ¶18.

¶5. (S/NF) Treasury Undersecretary Stuart Levey met with Saudi Ambassador Turki in Washington on June 15 and delivered the points in paragraphs three and four that Townsend will also make on her June 20 visit.

¶6. (S/NF) Action Request: Drawing on the talking points below, post is requested to inform appropriate SAG officials of our intent to designate the Philippines and Indonesia branches of IIRO as well as Al-Mujil, and seek SAG support to include co-sponsorship of these designations. Post should also request that the SAG take specific action against IIRO-EP as outlined in paragraph 4 by July 18, absent which the USG will move to designate IIRO-EP.

Check our Reddit
Twitter this
Digg this page
Contact us on IRC

*courage is contagious*

¶7. (S/Rel SAG) Begin points:

-- The United States appreciates Saudi cooperation on terrorist financing issues and we seek ways to further enhance that cooperation. The United States and Saudi Arabia have jointly designated over a dozen Saudi-related entities and multiple individuals.

-- The United States understands that some of IIRO,s activities are legitimate and provide much needed relief. However, the United States is also aware of IIRO,s significant illegitimate and illegal activities that fund terrorist activity. We have been concerned about IIRO for many years now and have shared our concerns and information with the Government of Saudi Arabia on a regular basis. We would like Saudi Arabia to cosponsor with us the designation of the Philippines and Indonesia branches of IIRO, as well as Abd Al-Hamid Al-Mujil. We intend to forward these designations to the UN 1267 Committee on or about July 5.

-- The SAG is responsible for the actions of charitable and non-profit organizations based in Saudi Arabia, regardless of whether those organizations act locally or internationally. Because IIRO is headquartered in Saudi Arabia, we believe your government has a responsibility to ensure that its overseas activities are properly regulated. Indeed, IIRO,s actions abroad, whether positive or negative, reflect on the Kingdom. For these reasons, it is critical that you ensure the IIRO branches are not misused by individuals funding terrorism.

-- We request that the Saudi government take specific action against the IIRO-EP branch on or before July 18. Specific action may entail: (1) law enforcement action against IIRO-EP branch, (2) concrete action to shut down the IIRO-EP branch, or (3) agree to jointly refer with the United States IIRO-EP branch to the UN 1267 Committee.

-- It would send a strong message about Saudi Arabia, s resolve to combat terrorist support networks for the Saudi government to take public action against an institution or individual that funds terror.

-- We would also urge you to approach the Government of Qatar and seek Qatari support in the 1267 Committee for all the above designations. Your leadership on this issue is vital.

RICE



FED-PEC0220572