# EXHIBIT “79”

# Filipino Muslims linked to holy warrior's global terror

The Age (Melbourne, Australia)

May 20, 1995 Saturday

Late Edition

Copyright 1995 The Age Company Limited All Rights Reserved

**Section:** NEWS; Pg. 1

**Length:** 1812 words

**Byline:** LINDSAY MURDOCH

## Body

Nobody suspected the lean, bearded man with a broken nose boarding Philippine Airlines flight 434 departing Manila for Japan was the world's most dangerous terrorist. Only months later it emerged he was planning to panic the West with bloody acts of terror which Islamic fanatics would see as a jihad or holy war.

Soon after take-off, the 27-year-old, travelling under the fake name Amaldo Forlini, assembled a liquid bomb connected to a Casio watch and placed it under seat 26K before getting off at the resort city of Cebu, the first stopover.

By the time he was back in Manila, the bomb had exploded over Japan, killing a 23-year-old Japanese engineer and blowing a hole in the cabin floor, forcing the pilot to make a frightening forced landing.

The attack last December was the world's first bombing of a passenger jet in five years.

Ramzi Ahmed Yousef, the mastermind of the 1993 World Trade Centre bombing in New York, had made a successful test-run. He rang a newsagency in Manila and claimed responsibility for the bombing on behalf of Abu Sayyaf, a small, brutal group of Islamic extremists operating from jungle bases on islands in the far south of the Philippines.

Investigators did not believe the claim. But Yousef had carefully planned more attacks using the Philippines to launch his holy war.

Within weeks, a man with explosives strapped to his body was to inch his way through a Manila crowd, posing as a priest. It was intended that he would detonate a devastating bomb, killing himself, Pope John Paul II and bystanders.

Amid the shock of the assassination of the Pope, who was on his way to Australia, American aircraft on Asian routes would start to crash, plunging air travel into chaos.

Then, according to the scenario, the ultimate assault on the so- called "infidels" would start. A suicide plane would be flown into the headquarters of the US Central Intelligence Agency.

Only luck exposed the plot days before it was to be implemented in January by Islamic extremists associated with Yousef. Residents of a block of flats in Manila called police when they smelt acrid smoke coming from a rented apartment.

Yousef had over-cooked bomb-making chemicals in a pot.

What a hastily formed police task force subsequently discovered after one of the most intensive investigations in South-East Asia sent shudders through Western intelligence agencies and prompted a revamp of the world's airline security system.

Police found Islamic militants in the Philippines were linked with international terrorists wanting to create an Islamic empire. The movement had ties to Libya, shadowy Middle East financiers, members of the Palestinian Hamas group and Islamic fighters in Pakistan and Afghanistan.

The Filipino group had received modern weapons, smuggled from Afghanistan to rebel strongholds in the southern Philippines. The investigation also revealed Yousef and the rebels were receiving funding from a Saudi businessman, Mohammed Jamal Khalifa, a key figure in the network of Islamic extremists who was last month extradited from the US to Jordan to face terrorism charges.

But what shocked the international intelligence community was the link between Yousef and his accomplices and Islamic fundamentalists in the Philippines. The investigation raised the question how Yousef, who had a $US2 million price tag on his head, could have operated freely in the Philippines for months virtually under the noses of intelligence agents operating from one of America's largest overseas

embassies before escaping to Islamabad, where he was captured and taken to New York to face charges over the World Trade Centre bombing.

The Yousef network had spent years infiltrating Filipino Muslim groups, who sent rebels to the Middle East, Pakistan and Afghanistan for indoctrination and military training. While some of the key plotters have been arrested and face trial, there are growing fears about the ability of Abu Sayyaf and other Islamic extremists to inflict widespread bloodshed in the southern Philippines, home to more than four million Filipino Muslims.

These local extremists, already responsible for a spate of terrorist strikes over two years, are planning to exploit a wave of Islamic revivalism and growing militancy to reignite a centuries-old religious and secessionist conflict that killed more than 50,000 people in the 1970s.

The renewal of violence in the southern Philippines would be devastating for a country struggling to emerge from decades of misrule. It could rally potential militants in neighboring Muslim majority countries.

Abubakar Janjalani and Ramzi Yousef are unlikely partners. In the late 1980s Janjalani was a quiet, deep-thinking Islamic student in Zamboanga, a city on the main southern Philippine island of Mindanao, according to his former teacher, Zain Jali. The son of a poor Muslim fisherman and Christian mother in the Sulu islands, Janjalani was selected by the Moro National Liberation Front (MNLF) to go to Saudi Arabia and Libya to study Islam. The MNLF is the biggest Muslim group in the southern Philippines.

He returned to Mindanao in 1992 a firebrand radical calling for a global holy war, starting with the Christian-dominated Government in Manila.

He attracted the support of young Muslim militants unhappy about the MNLF leader, Nur Misuari, talking peace with the Government, and formed the Abu Sayyaf, which means"father of the sword".

Many of its up to 600 guerrillas are orphans of MNLF fighters killed during clashes with Government troops. They wasted no time getting into the terrorism, planting bombs and holding missionaries and business people for ransom. Thirty-four year-old Janjalani, a short man with a whispy beard, became one of the most wanted men in the Philippines, but that was not enough. He needed international recognition to attract foreign funding for new weapons for his jihad.

Last June, his men executed 15 Christians travelling on a bus on the island of Basilan, just off Zamboanga. The Abu Sayyaf finally hit the headlines and probably came to the attention of Yousef, who had been on the run since the World Trade Centre bombing.

A series of intensified attacks followed, culminating in the 4 April raid by 200 Abu Sayyaf-led guerrillas on Ipil, a small mainly Christian town on Mindanao. The attack's ferocity stunned the Philippines. The daylight attackers sprayed gunfire, killing 47 people and wounding almost as many. They looted the town before taking hostages, killing and even cooking and eating some of them as they retreated into the jungle and nearby islands they controlled. Seized documents identify other Mindanao cities and towns as future targets.

"There is a strong possibility that an escalation of hostilities will take place in the near future," Interior Secretary, Mr Rafael Alunan, said. The size of the Ipil operation pointed to the involvement of Muslim fanatics other than the Abu Sayyaf, suggesting an alignment with larger forces with the resources to ignite a wider conflict in the country's south.

The Philippines Government has warned of a feverish military build- up for a new offensive by the Moro Islamic Liberation Front (MILF), a group surported by tens of thousands of Filipinos, which is opposed to peace talks between the Government and the mainstream MNLF, which is seeking autonomy in 13 Muslim-majority provinces. Talks between Government officials and the MNLF are scheduled for Jakarta in June.

The police investigation uncovered evidence that Yousef travelled secretly to the jungle of Basilan Island late last year and met Janjalani and his top commanders. Yousef showed the guerrillas how to make simple bombs and struck a deal with the group he was developing as a cell of his network: it could take credit for the atrocities he was to commit, helped by Middle Eastern terrorists who were also in the Philippines.

Yousef, born in Kuwait of Pakistani parents, is a remarkably cool character who has an uncanny knack of making people trust him. In New York he befriended Muslim fanatics and turned their fantasies of a holy war into reality by convincing them to bomb the World Trade Centre. In the Philippines he convinced Janjalani's group of unworldly hotheads they could join him in launching their own holy war.

"There's no evidence that Yousef was taking orders from anyone else," said Superintendent Samuel Pagdilao, who headed the Manila investigation.

Evidence found in the Manila flat indicated that Yousef intended to turn the Philippines into a major centre of international terrorism. A computer file codenamed "Bojinka" revealed plans to plant bombs on 11 civilian airliners. Two planes were to be blown up simultaneously.

It detailed flying times of United Airlines and Northwest American flights in the region and outlined the settings for bomb timings and other details.

The plan was to put a terrorist on the first leg of each flight, construct a bomb in flight from liquid explosive taken on board in contact lens fluid bottles. The bombs were timed to explode on the second leg of each flight.

Yousef had prepared gallons of liquid and crystalline explosives undetectable by airport security checks.

The discovery of the computer and other items in the flat that pointed to an assassination attempt on the Pope, due to arrive in six days' time, sent the police into a flap. But their luck held one of Yousef's accomplices, Abdul Halim Murad, returned to the flat to pick up some items and was arrested.

He revealed during secret interrogation details of other terrorist plots by Yousef, including the plan for a suicide bomber atttack on the CIA's headquarters. Murad was last month handed over to the US to face charges over the World Trade Centre bombing. Philippine police still deny his existence.

However, the biggest breakthrough came in February. Edwin Angeles was Janjalani's right-hand man, having served as the Abu Sayyaf's operations and political officer. He had escorted Yousef to the Basilan jungle.

Rumors started in early February that Angeles, the son of a Christian fisherman, was in fact a deep-penetration agent, planted by the Philippine military. Angeles himself heard the rumors and knew he would be killed. He fled and was greeted by officers of the police Intelligence Command on one of the Sulu chain of islands.

Back in Manila, Angeles started talking and when he had finished he had filled in the missing pieces of the puzzle. . Whether or not Angeles was a military-planted spy is uncertain. The military denies it.

Angeles portrayed Janjalani and the Abu Sayyaf as having a far greater role in the plot to assassinate the Pope and blow-up the US airliners than had been previously thought.

Angeles said that he had met Yousef several times in the Manila flat and Yousef's group included a Russian mercenary who had fought in Afghanistan. He said that Abu Sayyaf's suicide squads had trained in Pakistan and Afghanistan.

## Graphic

Photos Ramzi Ahmed Yousef: plotted terror; Show of force: members of the Islamic extremist group Abu Sayyaf at one of their jungle bases in the Philippines

**Load-Date:** July 25, 2007

---

End of Document