# EXHIBIT “80”

IIRO, SAUDI ARABIA

# IIRO Administrative Structure




IIRO 000147