# EXHIBIT "81"




IIRO 000171

EXHIBIT
depobook.com
Basha-133
LVF 02-20-19

Muslim World League
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, SAUDI ARABIA**

# Annual Report 1998

هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

*Giving a helping hand*

IRO 000172



The Custodian of the Two Holy Mosques, King Fahad Bin Abdul Aziz



HRH Crown Prince Abdullah Bin Abdul Aziz, Deputy Premier and Commander of the National Guard.



HRH Prince Sultan Bin Abdul Aziz, Second Deputy Premier and Minister of Defense and Aviation.



# CONTENTS


9 ........ FOREWORD

10 ........ Profile

12 ........ Domestic Offices

18 ........ Urgent Relief

21 ........ Engineering Department

22 ........ Health Care

25 ........ Water Wells

27 ........ Social Welfare Programmes

29 ........ Educational Programmes

31 ........ Human Resources Development Programmes

32 ........ Mission & External Programmes

40 ........ Relations with other International Organizations

# FOREWORD

IT gives me a great pleasure to present the annual report of the International Islamic Relief Organisation, Saudi Arabia (IIRO) to the general readership. This organisation is regarded as be the biggest in the Islamic and Arab world. It has more than 30 offices, and activities in more than 75 countries in different parts of the world. It is providing relief and humanitarian assistance to all those needy regardless of their linguistic, religious, color or any other affiliations.

Since its inception in the year 1978, following a resolution adopted at the twentieth session of the Constituent Council of the Muslim World League, (MWL) and a Royal approval No. 4831 dated 30/2/1399 Hijra (correspondence to19-9-1979). The IIRO has been showing a great concern about the plight of the ill-fated and the helpless, and has moved far and near to rescue victims and the unprivileged of the earth suffering from the consequences of disaster or having their lives or property exposed to other forms of harm.

The IIRO works in the fields of Health care, Social Welfare, Orphans Support, Education, Sustainable Development, Emergency, and Vocational Training. The IIRO has developed a wide international network with many international relief organisations and became a member of various world bodies, international umbrellas, and councils. It has joined the ECOSOC, and is a member of the Executive Committee of the Geneva-based International Council for Voluntary Agency (ICVA), and also a member of CONGO, IOM, UNHCR, WFP, Unicef and many others.

It is also chairing the General Relief Committee (GRC) which comprises of more than 50 major international Islamic and Arab relief organisations worldwide, and coordinates the work of humanitarian assistance between these organisations.

I find myself obliged here to express my deepest thanks, appreciations and gratitude to the Custodian of the Two Holy Mosques King Fahad Bin Abdul Aziz, HRH Crown Prince Abdullah, Second Deputy Premier and Commander of National Guard, HRH Prince Sultan, Second Deputy Premier and Minister of Defense and Civil Aviation, the Royal family, the Government of Saudi Arabia, and all the people in Saudi Arabia and other parts of the globle who have helped us tremendously in financing and encouraging the work of the IIRO which enabled us to be the lead agency in the world.

I would like to take this opportunity to thank Dr. Abdullah Bin Saleh Al-Obeid, Chairman of the board of directors of IIRO and Council members and all my colleagues who have contributed to the success of the IIRO by their profound devotion and motivation.

Special thank goes also to the heads of the IIRO's different departments, local and international offices and their assistants who have devoted much time and effort to produce this modest piece of work.

I hope you find this annual report book is enjoyable.

**Dr. Adnan Khalil Basha,**
*Secretary-General,*
*International Islamic Relief Organisation, Saudi Arabia*
*Chairman of General Relief Committee (GRC)*

IIRO 000176

# THE IIRO'S PROFILE

As long as there are individuals who are ready to show sympathy and compassion to the distressed, the deprived, disaster and war victims, orphans and the wretched of the world, organisation like the International Islamic Relief Organization, Saudi Arabia (IIRO) will continue to be a flashing beacon of relief and humanitarian operations.

Since its inception in the year 1978, following a resolution adopted at the twentieth session of the Constituent Council of the Muslim World League (MWL), and a Royal Decree No. 4831 dated 30/2/1399 Hijra, (corresponding to 19th September, 1979) the IIRO has been showing great concern over the plight of the ill-fated and the helpless, and has moved far and near to rescue victims and the unprivileged of the Earth suffering from the consequences of disaster or having their lives or property exposed to other forms of harm.

From the onset, the unswerving support given by the people of this blessed country, including, first and foremost, the Custodian of the Two Holy Mosques, King Fahad Bin Abdul Aziz, HRH Crown Prince Abdullah Bin Abdul Aziz, Deputy Premier and Commander of the National Guard, HRH Prince Sultan Bin Abdul Aziz, Second Deputy Premier and Minister of Defense and Aviation and entire Royal family has had a significant impact on the various successful relief activities undertaken by the IIRO in the health, social, educational and development spheres.

During its 35th session, which was held in Makkah Al-Mukarramah between 7 -10 Sha'ban 1418 Hijra ( corresponding to 7-10 December, 1997), the Constituent Council of the MWL endorsed the constitution of the IIRO which outlined the objectives of the organization as follows:

- Providing relief items to communities affected by disaster.
- Helping to protect people against the effects of disasters.
- Encouraging the process of education.
- Offering assistance — both moral and material as well as in cash — to the poor and needy.
- Providing the poor, the widowed, the aged, children and orphans with comprehensive care.

**These objectives are realised through the following means:**

**a)** Collection from businessmen and other philanthropists, voluntary services and donations.
**b)** Establishing and running institutes, schools, scientific and vocational institutions, and training and social programmes.
**c)** Establishing and running hospitals and dispensaries within communities that need such facilities.
**d)** Establishing, running and subsidizing orphanages.
**e)** Establishing ties of coordination and cooperation with other world relief and charitable organizations.

The IIRO consists of a number of departments. The Board of Directors is the highest authority and its decisions are binding upon the executive machinery.

The Board of Directors is headed by the Secretary-General of the Muslim World League, Dr. Abdullah Bin Saleh Al-Obeid. The new board formed (1418 Hijra 1998) consists of fifteen (15) members, all of them engaged in relief and humanitarian operations, and geographically present in the area extending between Japan and Senegal.

The Secretariat General is headed by the Secretary-General of International Islamic Relief Organization, Dr. Adnan Khalil Basha.

The IIRO has an auditing department which takes care of gifts and funds donated by Saudi Arabian citizens.

**The auditing department functions through the following channels:**

- Financial auditing before expenditure.
- Internal auditing after expenditure. This department is linked to the chairman of the board.
- Chartered accountant — delegated by the board of the IIRO.

IIRO 000177



# Domestic offices of the International Islamic Relief Organization

## Riyadh office



**HRH Prince Salman Bin Abdul Aziz, Governor of the Riyadh.**

THE Riyadh office of the International Islamic Relief Organization, Saudi Arabia, (IIRO) enjoys substantial support of both HRH Prince Salman Bin Abdul Aziz, Governor of the Riyadh and HRH Prince Satam Bin Abdul Aziz, Deputy Governor of the Riyadh.

The revenue of the Riyadh office in the year 1998 was SR.19,780,119.



**HRH Prince Satam Bin Abdul Aziz, Deputy Governor of the Riyadh.**

## Jeddah office

THE International Islamic Relief Organization, Saudi Arabia, (IIRO) is blessed with an annual generous contribution by HRH Prince Saud Bin Abdul Mohsin, Deputy Governor of Makkah region and patron of the Sanabil Al-Khair. During the Sanabil Al-Khair fund festival last year 1998, Prince Saud announced a donation of SR11,000, 000.

The revenue of the Jeddah office in the year 1998 was estimated at SR25, 287,199.

**The IIRO's Women Committee of Jeddah**

The women's International Islamic Relief Organization Committee is run by Ms. Baheejah Ezzi.

Its income in the year 1998 was estimated at SR6,102,064.



**HRH Prince Saud Bin Abdul Mohsin, Deputy Governor of Makkah.**

## Taif office

THE Taif branch office of the International Islamic Relief Organization, (IIRO) has strong backing from HE Mr. Fahd Bin Muammar, Mayor of Taif.

The income of the Taif office in 1998 was SR5,114, 463.

## Makkah Al-Mukarramah office

THE offices of the International Islamic Relief Organization, Saudi Arabia, (IIRO) in Makkah region receive profound attention of HRH Prince Majed Bin Abdul Aziz, Governor of Makkah and HRH Prince Saud Bin Abdul Mohsin, Deputy Governor of Makkah region. Both have dedicated their noble efforts in order to improve the activities and programmes of IIRO worldwide.



**HRH Prince Majed Bin Abdul Aziz, Governor of Makkah.**

Revenue of Makkah Al-Mukarramah office for the year 1998 was SR8,010,304.

## Al-Jouf office

THE Governor of Al-Jouf, HRH Prince Abdul Ilah Bin Abdul Aziz shows great interest in the relief operations carried out by the International Islamic Relief Organization, Saudi Arabia, (IIRO).

The revenue in 1998 was SR925,202.



**THE Governor of Al-Jouf, HRH Prince Abdul Ilah Bin Abdul Aziz.**

IIRO 000179

## Madina office

THE various programmes of the Madina office of the International Islamic Relief Organization, Saudi Arabia, (IIRO) are strongly supported by HRH Prince Abdul Majid Bin Abdul Aziz, Governor of the Madina region.

The income of the Madina office in 1998, was SR10,837,303.

**Yanbu office**

Revenue in 1998 was SR3,269,260.



**HRH Prince Abdul Majid Bin Abdul Aziz, Governor of the Madina.**

## Al-Baha office

THE International Islamic Relief Organization, Saudi Arabia, (IIRO) office of Al-Baha enjoys the support of HRH Prince Muhammed Bin Saud Bin Abdul Aziz, Governor of Al-Baha in its efforts to assist the poor and the needy.

The revenue for 1998 was SR.3,549, 286.



**HRH Prince Muhammed Bin Saud Bin Abdul Aziz, Governor of Al-Baha.**

## IIRO's offices in S. Region

THE offices of the International Islamic Relief Organization, Saudi Arabia, (IIRO) in the southern region are generously patronized and encouraged by HRH Prince Khalid Al-Faisal, Governor of Asir.

There are 19 branch offices in the region. These can be found in: Abha, Khamis Mushait, Sabia, Gizan, Beisha, Namas, Abu Areesh, Al-Majardah, Sharoorah, Balqarn, Al-Darb, Dahran South, Najran, Muhail, Al-Wadiyain, Halaba, Ballasmar, Samta and Shabain. The revenue for 1998 was SR. 21,212,152.



**HRH Prince Khalid Al-Faisal, Governor of Asir.**

## IIRO's offices in Eastern Region

THE offices of the International Islamic Relief Organization, Saudi ARabia (IIRO) in the Eastern Province receive the wholehearted support of HRH Prince Muhammed Bin Fahd Bin Abdul Aziz, Governor of the Eastern Province, and HRH Prince Saud Bin Naif Bin Abdul Aziz, Deputy Governor of the Eastern Province. Their Royal Highnesses have always patronized the Sanabil Al-Khair festivals and made generous donations to carry out the IIRO's humanitarian work in the fields of social welfare, heatlh care, educational care, emergency relief, refugees, and the poor people all over the world. There are four branch offices of the IIRO in the Eeastern Province estabIisehd in Dammam, Ahsa, Jubail and Hafr Al- Batin.

The revenue for 1998 was SR. 5,643,980.



**HRH Prince Muhammed Bin Fahd Bin Abdul Aziz, Governor of the Eastern Province.**



**HRH Prince Saud Bin Naif Bin Abdul Aziz, Deputy Governor of the Eastern Province.**

## Al-Qasim office

HRH Prince Faisal Bin Bandar Bin Abdul Aziz pays the great attention to the branch offices of the IIRO in Al -Qasim area. Apart from Buraidah, there are other branch offices in Al-Asiyah, Al-Bikairiah, Ar-Ras, Riyadh Al-Khabra, Maznab and Unaiza.

**Buraida**

The revenue of the Buraida office in 1998 was SR801,548.



**HRH Prince Faisal Bin Bandar Bin Abdul Aziz, Governor of Al-Qasim.**

IIRO 000180


Al-Jouf
Buraida
Damam
Unaiza
Madinah
Al-Riyadh
Kingdom of Saudi Arabia
Taif
Al-Baha
Abha
IIRO'S
local
offices

IIRO 000181

## IIRO's Urgent Relief humanitarian activities all over the world






IIRO 000183


الإغاثة العاجلة
توزيع المواد الغذائية لمناطق الفيضانات في اقليم بلوچستان

A little grant .... could Shelter a Refugee

# Urgent Relief




## Objectives

■ Providing urgent assistance to the victims of civil war and natural calamities and manmade disasters all over the world.

■ Carrying out inspection tours of refugee camps and displaced persons in order to take care of their needs.

■ Finding ways and means of reaching victims as soon as possible.

■ Establishing cooperative ties with other non-governmental organizations with similar objectives.

■ Distribution of food, medicine and clothes among disaster victims.

*Islam urges its adherents to help the depressed, and to protect him from the woes of disaster such as earthquakes, volcanoes, floods, storms and other tragic calamities caused by man such as civil war and ethnic cleansing as well as tribal conflicts etc. The IIRO's Department of Urgent Relief has earned the reputation of acting with extreme speed to assist the grieved before they were thoroughly carried away by calamities, and their lives terminated by mishap.*

*This quality of rapid response at the hour of need, besides its incessant activity inside refugee camps perched either on the mountain tops or in the jungles has earned this department profound admiration.*

## Achievement

**During the year 1998 , the IIRO has spent an estimated SR.10,198,111 on relief operations all over the world. Victims of famine, floods, earthquakes, storm and war were among the beneficiaries, including:**

■ Nine countries in Africa receiving an amount of SR.7,868, 921;
■ Nine countries in Asia receiving an amount of SR.2,141,940;
■ Countries in Europe receiving an amount of SR.187,250
■ Australia received an amount of SR.18,500.
■ It also sent 18,900 kilograms of relief items to the flood victims in Ogaden in southern Ethiopia.

## Cooperation

**The IIRO in cooperation with the German charity organization HELP provided relief items to refugees taking shelter at the three IIRO camps in Azerbaijan. The relief items including:**

■ 1500 tons of flour, 120 tons of cooking oil, 120 tons of sugar, 120 tons of tea and 15 tons of blanket
■ In addition, the IIRO signed an agreement with the American charity organization VISION to renovate residential buildings at Bismakait camp No. 2, and to send an additional 88,690 kilograms of other relief items to Azerbaijan. Further, the IIRO has continued to provide Azeri refugees with relief as well as educational, and health services since 1994 when they were forced to leave the province of Nagorno Karabakh. In fact the annual budget for these refugee camps is estimated at SR.2,000,000 spent on purchasing flour and

IIRO 000185





189 teachers to teach about 2,279 students, in addition to operational, maintenance and security expenses.

■ In the Afghan province of Takhar, the IIRO helped save the lives of 10,000 victims, and made arrangements to build 1,500 wooden rooms in collaboration with the Islamic Solidarity Fund of the Organization of the Islamic Conference.
■ An urgent relief campaign was launched to save the victims of the devastating floods in the Makran province of Pakistan.
■ Relief items were distributed among the victims of cyclone in Bangladesh and 272 cases of disease were treated.
■ The IIRO distributed large amounts of maize and flour to drought victims in Burkina Fasso.
■ Large medical supplies were flown to the Comoro Islands to combat the outbreak of cholera.
■ 150 families living in mountain villages on the border between Daghistan and Chechniya were provided with 15 tons of flour, 500 kilograms of makroni, 5 tons of rice and 300 pieces of clothes.
■ An agreement was signed between the IIRO and the WFP to provide displaced persons in Sierra Leon with 64 tons of foodstuff, and to send urgent relief items to Sierra Leonean refugees in Guinea and Liberia.
■ 24,000 cartons of macaroni, 150 electrical heaters, 420 cartons of clothes, 81 cartons of school bags and 181 cartons of shoes were delivered to refugees in the Republic of Chechniya.
■ Through the offices of IIRO, HRH Prince Sultan Bin Abdul Aziz, Second Deputy Premier and Minister of Defence and Aviation donated 2,200 tons of rice, cooking oil, sugar, powder milk, palm oil, dates, tents and plastic blankets worth SR.5,000,000 to victims of the floods in the Asbeli and Juba in Somalia. It also provided 315,747 kilograms of relief items worth about SR. 1,664,230 to Somalia.
■The IIRO and the UNICEF agreed to launch a relief campaign in the Kurdish refugee camps in northern Iraq. Accordingly, 20,400 blankets, 504 pieces of carpets, 12,000 pieces of children's wear, 500 oil heaters and 9,225 liters of Kerosene worth about SR. 567,000 were distributed.
■One thousand families affected by floods in the Punjab area of Pakistan, received 1000 sacks of rice, 1000 sacks of sugar, 1000 sacks of tea and cooking oil.
■A dispensary was established in Aladdin school in Kosovo to take care of the sick, and to provide victims with foodstuff and medicine.
■In cooperation with UNHCR, the IIRO distributed the following items to Malian refugees returning home in the north: 174,756 kilograms of flour, 13.107 kilograms of canned fish and 6553 kilograms of cooking oil.
■Two classrooms were built by the IIRO to serve the Tuaregs in two villages in Niger, and water wells were dug in four other villages at a cost of about SR. 100,000

IIRO 000186


INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
ARABIA

A little grant ... could dig a water well

# Engineering Department

*In view of the substantial expansion that has taken place regarding projects of construction, the Engineering Department was created to deal with matters pertaining to engineering. More so, because the philanthropists in our country would like to see their donations turned into installations with recurrent benefit.*

*It plays an effective role in digging water wells for drinking and irrigation water, and helps in setting up drinking water networks, construction of schools, dispensaries and vocational training centers.*

*In order to bring its aims to light, the Engineering Department adopts several methods, including drawing down relevant administrative, technical and financial plans. It also conducts intensive studies and multifaceted consultations in order to determine the type of the installation projects needed by the various countries.*



IIRO 000188

A little help ... may cure the sick

# Health Care




*Owing to widespread cases of disease and epidemics affecting millions of women, children and the aged as an inevitable consequence of devastating civil wars, famine and calamities, the health care programme of the IIRO has gained an utmost degree of importance. Under these tragic conditions, vigilance and perseverance were imperative in providing medical care to victims of tuberculosis, fever, typhoid, malaria diarrohea and other incurable diseases prevalent in Asia and Africa especially. The task of providing millions of patients with medical treatment, though difficult, was made easy by the support of the good people and philanthropists of this country.*

## OBJECTIVES

- Providing the poor and the needy with medical services.
- Providing urgent medical attention in cases of war, disaster and famine.
- Sending medical caravans to inoculate children and combat certain diseases such as malaria, cholera and tuberculosis.
- Applying the concept of comprehensive medical care among the poor.
- Providing orphans and students under the sponsorship of the IIRO with medical services.
- Broadening the bases of medical care where needed.
- Carrying out specialized medical projects.
- Developing the resources of medical facilities so as to be self-sufficient.
- Developing the technical skills of the health care staff.

## Achievement:

**Establishing and running hospitals, dispensaries and clinics, as well as pharmacies, laboratories and medical convoys.**

- Providing primary medical care and medical consciousness among targeted communities, cooperating with international as well as regional organizations in the field of medical care, and exchange of experts with a view of achieving the goals of medical care, and raising the level of the competence of the staff.

- Establishing, running and operating feeding centers for children suffering from malnutrition, in addition to medical institutes and mother and child care centers.

- Sponsoring physicians, pharmacists, technicians and nurses.

- Improving the principle of minimal charges, and cutting administrative and operational expenses so as to realize partial or complete self- sufficiency.

- The Budget of the medical care programme of the IIRO for the year 1998 was estimated at SR.5,374,138. In fact this figure does not represent the overall health projects expenditure, because a number of such projects have attained self-sufficiency, as in Kenya, Lebanon, the Sudan, Tanzania and Bangladesh.

- At present, the IIRO is supervising 140 health projects in 29 countries, including 7 hospitals, 68 dispensaries, 5 clinic complexes, 35 clinics, 7 pharmacies, 5 feeding centers, 2 mobile clinics, 3 sponsored physicians and 8 other health care programmes.

IIRO 000189


INTERNATIONAL ORGANISATION
SAYYIDA FATIMAH MATERNITY HOSPITAL
MOMBASA KENYA
IIRO 000190


هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية
إدارة مشاريع المساجد والآبار - إقليم السودان
مشروع حفر بئر جوفي - بمدينة
للمتبرعة فاعلة خير - بواسطة
حمود محمد حلواني
عويض يرحمه الله
رقم - ١
هيئة الإغاثة الإسلامية العالمية
مكتب اوغندا
تبرع من: ١. عمران محمد حبيب ٢. روزة عوض الرحيلي
٣. أسعد طه (يرحمه الله) ٤. عائشة عبد عوام
٥. أوقاف آل حبيب

IIRO 000191

A little grant ... could wrench a thirst

# Water wells




**The following are some of the water projects implemented by the IIRO in different parts of the world:**

- 68 water wells were dug in Afghanistan at the cost of SR.202,184
- 29 artesian wells were built in Bangladesh at the cost of SR.276,700
- Two artesian wells were built in the Central Republic States at a total cost of SR. 100,000
- Two artesian wells were built in Uganda at the cost of SR.76,893
- One artesian well was built in the Sudan at the cost of SR.100,000
- One artesian well was built in Mauritania at the cost of SR.93,955.

In all, 103 artesian as well as surface wells were built in six countries at the cost of SR.899,732.




IIRO 000192


رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
المملكة العربية السعودية
مكتب ادارى
برنامج توزيع كفالات الأيتام
١٤١٨

A little help ... could sponsor an orphan

# Social Welfare Programme



## Achievement

- Establishment of orphanages.
- Subsidizing certain orphanages.
- Sponsoring orphans being looked after by certain organizations.
- Sponsoring orphans under the custody of relatives.

**The Social Welfare Programme of the IIRO**

*Some Orphans may very often face the danger of going stray because relatives are unable to take care of them. In order to address this problem, the IIRO has initiated a Social Care Programme to take care of orphans.*

*In cooperation with the human resources development programme of the IIRO, the Social Care Programme helps the orphan to learn a trade that may secure him a decent living and protect him from want and mendacity.*

*Likewise, in collaboration with the Educational Care Programme of the IIRO, the Social Care Programme offers the opportunity of getting good education as well as learning the different languages.*

*Moreover, the IIRO has initiated small scale investment projects, such as sheep breeding, poultry farming and cow milking to help relatives take care of the orphan in their custody. Besides, mothers taking care of orphans are given rehabilitation, and taught certain crafts. The IIRO has also established social service centers to take care of children.*

It is only fair, to state that, this programme, owes its existence and progress to the alacrity of the good hearted and compassionate people of this country where many even — children — vie with one another to sponsor an orphan, and provide him with necessary protection, decent home, good food and clean clothes, so that he could grow up as a good citizen.

Thus, apart from formal education, sponsorship allows the orphan to learn such as carpentry, electrical technician, plumbing and computer as well as sewing.

## Accomplishment

The orphan sponsorship programme of the IIRO has so far provided sponsorship to about 39,154 male and female orphans, about 33,520 of them in 19 Asian countries, about 11,420 in 26 African countries and about 2,051 in 5 European countries.

Besides, the IIRO maintains about 8 orphanages in Asia with an intake of about 1619 ophan, and another 8 in Africa with a total intake of about 1198 orphans.

IIRO 000194



IIRO 000195

A little grant ... could spread literacy

# Educational Care Programme




## Ojectives

■ Adult literacy.

■ Making educational institutions capable of giving rather than being subject to want and mendacity.

■ Producing qualified personnel in all kinds of specialization e.g. medicine, engineering and economics in order to attain self sufficiency.

*Because of poverty, backwardness and lack of potentialities, 80 precent of the population in the developing world are illiterate. Therefore, in order to develop the society, emphasis must be placed on the importance of education, especially when the rate of primary school drop-outs in many developing countries runs up to about 70 percent.*

*In order to protect these children from the manipulations of criminals and pervasive trends, the Educational Care Programme of the IIRO has devised a number of means of providing them with protection including the establishment of schools, institutes and universities as well as bursaries.*

**In order to accomplish these goals, the educational programme has adopted the following**

■ Financial assistance and subsidies;

■ Subsidizing, operating and running schools and other educational institutions;

■ Teacher sponsorship;

■ Encouraging cultural activities and refresher courses;

■ Providing text books, syllabi, teaching aid, laboratories and language labs;

■ Curriculum preparation and development;

## Accomplishments

■ At present, the IIRO sponsors about 20,896 students, both male and female. The IIRO also runs about 229 schools in 42 countries.

■ The programme sponsors about 2,000 teachers in many countries of Asia and Africa.

IIRO 000196



IIRO 000197

A little grant ... could impart professional training

# Human Resources Development Programme




## Ojectives

■ Rehabilitation of IIRO orphans leaving the orphanages and other poor and needy classes.

■ Helping develop and enable vulnerable communities tap local resources, and secure better job opportunities.

■ Helping to establish chaste communities by reducing the rate of moral aberration and other social evils caused by poverty and unemployment.

*The IIRO has established a number of vocational centers and institutes to rehabilitate and train the poor and the needy in various vocations and handicrafts such as carpentry, smithcraft, mechanics, electrician, sewing and computer. The aim is to protect thousands of the unemployed from falling prey to deviation and penury.*

*Consequently, these centers and institutes have been able to produce large numbers of craftsmen and women in Asia and Africa including IIRO sponsored orphans.*

## Achievement

■ Creating, subsidizing and running vocational centers

■ Establishing, subsidizing and operating computer learning process and secretarial work.

■ Providing mothers, young girls and widows especially with training in the fields of printing, sewing, textile and computer literacy.

## Accomplishment

■ The IIRO supervises 17 vocational training projects in 11 countries, including a vocational training institute and 3 computer literacy centers, a center for secretarial and printing works, 12 sewing centers in two Asian countries and 8 African countries and one European country.

■ The programme is designed to enable each project to gradually secure its own budget according to the programme's principle of self-reliance. In fact, this principle has been successfully implemented by certain projects, especially computer literacy projects, while others have not been so successful due to circumstances, including paucity of funds.

■ In fact, we are all aware of the significance of vocational training in enhancing social development in the world. In the developing world for example, the people have been able to tap and exploit local natural resources after receiving some training, and by so doing, secured decent living and helped in developing their societies.

IIRO 000198

External Bureaus

# Missions & External Programmes

*The International Islamic Relief Organization of Saudi Arabia has established a number of offices and missions in a number of countries around the world. The aim of these offices and missions is to follow up and evaluate the performance of its diverse projects in these countries. Moreover, in order to ensure free flow of funds to projects and programmes funded by donors, and to allow for effective supervision and efficient performance, the IIRO has established the ties of cooperation and coordination with certain governmental and non governmental organizations working in those areas. Some of the external offices of the IIRO enjoys diplomatic immunity and exemption from customs and excise.*

*At present there are 26 external offices and 24 missions.*

## External Offices & Missions in Africa

### Burundi

**An amount of SR.37,700 was transferred to the IIRO office in Burundi to cover the expenses of:**

1- Sponsoring 4 teachers.
3- Subsidizing diverse health programmes.

### Chad

**The IIRO office in Tchad spent about SR1,259,940 in 1998 on the following programmes:**

1- Running the Darul Hanan orphanage with sponsord of 200 orphans, and sponsoring 423 others living with relatives.
2-Running the King Faisal center and 2 dispensaries at Khair and Mao .
3- Subsidizing the King Faisal University, and giving scholarships to 3 students.
5- Running the vocational secondary institute at Nidjamena.

### Djibouti

**in the year 1998, an amount of SR.203,101 was transferred to the Djibouti office of the IIRO for the implementation of the following programmes:**

1- Giving sponsorship to 39 male and female orphans
2- Running a sewing center
4- Providing urgent relief

### Ethiopia

**The amount of money spent by the IIRO office in Ethiopia during the year 1998 was estimated at SR.3,937,997 according to the following breakdown:**

1)- Running the Awalia orphanage which caters for about 80 orphans
2)- Running 4 dispensaries at Awalia, Alexo, Asaita and Harar.
3)- Sponsoring of 5 teachers and 10 instructors under IIRO sponsorship and giving stipends to 10 students.
4) - Providing Urgent relief.

### Guinea

**In the year 1998, SR119,645 was spent on the following projects in Guinea:**

1- Sponsoring 4 teachers and 4 instructors.
2- Sponsoring 59 male and female orphans.
3- Providing Sierra Leonean refugees in Guinea with urgent aid.

### Kenya

**The IIOR office in Kenya received SR.674,8937 for the following programmes:**

1- Running the Dar Taiba orphanage in Kisumu with sponsorship of 50 orphans.
2- Managing of Fatma hospital in Mombassa, and a dispensary at Kisumu.
4- Joining the WFP in providing famine victims in north eastern Kenya with relief items.
5- Subsidizing a variety of educational programmes.

### Mali

**SR. 324,860 was spent on the following programmes in Mali in 1998.**

1- Sponsoring 118 male and female orphans.
2- Sponsoring 5 teachers.
3- Running the Fatima sewing and weaving center in Mopti and Khadija sewing and weaving center in Gao.

IIRO 000199

## Nigeria

**The IIRO office in Nigeria, spent an amount of SR.1,626,297 on the following projects during the year 1998:**

1- Sponsoring 643 male and female orphans.
2- Running an orphan clinic, the Kalangou clinic, medical convoys, and subsidizing Shaki and Noori hospitals.
3- Built one school, sponsoring of 5 teachers and provided scholarships to two students.
4- Running of four sewing centers, typing and secretarial centers in Lagos, Ibadan, Ilorin and Kaduna.

## Senegal

**The IIRO office in Senegal spent an amount of SR1,068,932 on the following programmes in 1998:**

1- Sponsoring 88 female and male orphans.
2- Running the Aafia and Anas bin Malik dispensaries, and two nutrition centers.
3- Running the Darul Hikma complex and sponsoring 8 teachers and a number of instructors.

## Sierra Leone

**In the year 1998, Sierra Leone received the amount of SR.310,882 for the following projects:**

1- Shifa and Kenema dispensaries.
2- Sponsoring 4 teachers and two instructors.
3- Joining the World Food Programme to feed and provide war victims with relief items.
4- Providing urgent relief

## Somalia

**In the year 1998 SR.9,729,265 was earmarked for the following projects in Somalia:**

1- Urgent relief items worth SR.5,000,000 donated by HRH. Prince Sultan bin Abdul Aziz, Second Deputy Premier and Minister of Defence and Aviation were delivered to flood victims.
2- Sponsoring 2,252 male and female orphans.
3- Running two dispensaries in north and south of Mogadishu.
4- Operating and running ofthe Ummul Qura and Taiba secondary school complexes.
5- Sponsoring of 63 instructors.
6- Running a sewing center.

## Sudan

**The Sudan office of the IIRO spent an amount of SR.3,151,890 on the following programmes:**

1- Sponsoring 2795 male and female orphans.
2- Running the Daim Noor dispensary and 12 poly clinics and Al-Thawra complex at Kasala.
3- Running three institutes at Wao, Juba and Malakal in southern Sudan, and two boarding schools in Khartoum namely, Bilal and Dhat an- Nitaqain.
4- Digging one water well.

## Tanzania

**The IIRO office in Tanzania spent about SR.514,698 in 1998 in implementing the following programmes:**

1- Running the Darul Arqam orphanage with an intake of 96 orphans, and sponsoring 177 others living with relatives.
2- Managing the Bilal bin Rabah dispensary.
4- Providing urgent relief.

## The Comoros

**An amount of SR.190, 940 was transferred to the IIRO office in the Comoros in 1998 for the following programmes:**

1- Running the Washili, Numashu, Tsemihu and Omar bin Khattab dispensaries.
2- Giving scholarship to one student.

## Uganda

**The IIRO has spent SR.1,403,853 on the following programmes in Uganda in the year 1998:**

1- Running the Luguo and Aruwa orphanages housing about 600 male and female orphans, and sponsoring 910 others living with relatives.
2- Running the Noor and Warr dispensaries and subsidizing the salary of a physician at Kibuli hospital.
3- Running a school and sponsoring a teacher and offering stipends to 15 students.
4- Digging out two water wells.
6- Running the Zaid Bin Thabit computer center in Kampala .

IIRO 000200




HRO 000201




# IIRO's Africa offices

IIRO 000202

# External Offices & Missions in Asia

## Afghanistan

**In the year 1998, an amount of SR.2,930,310 was spent on the following programmes in Afghanistan:**

1- Running the Imam Bukhari orphanage which accommodates about 500 orphans of both sexes, and sponsoring 6,561 others living with relatives.
2- Running the Khost and Jalalabad hospitals, and carrying out inoculation and anti-malaria programmes, and setting up a center for tuberculosis and 10 clinics.
3- Running the two branches of the University of Science and Technology at Jalalabad and Herat.
4- Providing various relief items and shipping foodstuff.

## Bangladesh

**SR.3,695,009 was spent on the following programmes in Bangladesh during the year 1998:**

1- Running 7 orphanages, and sponsoring 2,710 male and female orphans.
2- Managing of 7 dispensaries.
3- Running of 6 school, and sponsoring of 7 teachers and 224 instructors.
4- Running of a sewing center.
5- Digging 9 water wells, and setting up a water network.
6- Providing various relief items and shipping foodstuff.

## Cambodia

In the year 1998, the IIRO spent about SR.254,400 to sponsor 51 male and female orphans and urgent relief programmes.

## China

**In China, the IIRO spent SR.80,930 on the following programmes during the year 1998:**

1- Seven (7) bursaries.
2- Urgent relierf.

## Iraqi-Kurdistan

**SR.3,630,171 was spent on the following programmes in Iraqi-Kurdistan in the year 1998:**

1- Sponsoring 5,225 male and female orphan.s
2- Running 10 dispensaries, two pharmacies and other health programmes.
3- Sponsoring 15 teachers, 245 instructors and given stipends to 50 students.

## India

**India was given SR.1,163,000 in the year 1998 for the following projects:**

1-Sponsoring 1632 male and female orphans.
2- Running the Al-Hayat dispensary and a medical convoy.
3- Subsidizing a school and a bursary to one student.
4- Sponsoring 6 teachers.
5- Urgent relief materials

## Indonesia

**In the year 1998, the IIRO. office in Indonesia spent SR.3,370,693 on the following programmes:**

1- Sponsoring 1,197 male and female orphans.
2- Sponsoring 151 instructors.

## Jordan

**The Jordan office of the IIRO has spent SR.3,110,500 on the following programmes in Jordan during the year 1998:**

1- Sponsoring 3648 male and female orphans.
2- Running the Al-Hussain clinic, a dispensary at Erbid and offering medical treatment to Syrian families.
3- One bursary.

## Kashmir

SR.644,560 was spent on the following programmes in Kashmir during the year 1998:

1- Running 6 dispensaries.
2- Sponsoring 8 instructors.

## Lebanon

**SR.1,293,493 was transferred to Lebanon in 1998 for the implementation of the following programmes:**

1- Sponsoring 826 male and female orphans.
2- Running the Imam Ali and Shahim dispensaries, as well as medical complexes in Balbek, Saladdin and Abrar.
3- Subsidizing one school and sponsoring 20 teachers, 55 instructors and offering 8 stipends.

## Laos

The IIRO has spent SR. 5833,33 on urgent relief programme in 1998.

IIRO 000203

## Malaysia

IIRO spent about SR.33,110 in Malaysia to sponsor 3 students, and to carry out urgent relief programme in the year 1998.

## Nepal

**In 1998, SR.38,081 was transferred to Nepal for the following programmes**

1- Sponsoring 35 male and female orphans.
2- Sponsoring 2 teachers.
3- Urgent relief materials.

## Palestine

**In 1998, the IIRO spent SR.204,500 on financing the following prgrammes in Palestine:**

1- 5 Bursaries.
3- Sponsoring 982 orphans.

## Pakistan

**The IIRO office in Pakistan spent SR.3,509,995 on the following programmes during the year 1998:**

1- Running 4 orphanages at Mansahra, Peshawar and Gilgit, and sponsoring 841 orphan .
2- Running the Uhud and Badr hospitals and two clinics.
3- Sponsoring 6 teachers, 30 instructors and giving financial assistance to two students.
4- Distributing of urgent relief items to Kashmiri and Afghan refugees as well as to the victims of floods in Baluchistan.

## Singapore

The IIRO has spent SR. 79,934 in 1998 to sponsor 20 male and female orphan and urgent relief programme.

## Sri Lanka

**SR.123,506 was spent on the following programmes in Sri Lanka during the year 1998:**

1- Sponsoring 87 male and female orphans.
2- 4 Bursaries.
3-Providing urgent relief materails.

## Turkey

**SR.154,200 was spent on the following programmes in Turkey during the year 1998:**

1- Sponsoring 123 orphans.
2- Uregent relief materials.

## The Philippines

**In the year 1998, the IIRO office in the Philippine spent SR.1, 031,448 on the following programmes:**

1- Running the Jabir bin Abdullah orphanage with sponsors of 120 male and female orphans, and sponsoring 122 male and female orphans living with relatives.
2- Running the Taiba and Al-Makhdoom dispensaries.
3- Subsidizing Al-Makhdoom institute and sponsoring one teacher.
4- Running a sewing center.
5- Running a mother and child care center.

## Thailand

**The IIRO office in Thailand spent SR.932,621 on the following programmes in 1998**

1- Running the Sayeda Nafissa orphanage and sponsoring 157 others.
2- Sponsoring 7 teachers and bursaries to 5 students and running the Jalla college.
3- Urgent relief materials.

## Vietnam

The IIRO has spent SR. 5833,33 on urgent relief programme in 1998.

## Yemen

**SR.1,036,693 was spent on the following programmes in Yemen during the year 1998:**

1- Sponsoring 625 male and female orphans.
2- Subsidizing a dispensary at Jabalah, and sponsoring 3 physicians.
3- Sponsoring 8 teachers and giving 7 students stipends.
4- Subsidizing student housing project in Sanía.
5- Digging 6 water wells.
6. Urgent relief.

IIRO 000204

## Central Asian Republics

In the year 1998, the IIOR office in Baku, and Azerbaijan has spent an amount of SR.3,923,239 on the following programmes:
1- Sponsoring 1490 male and female orphan.
2- Running an educational institute, sponsoring 14 teachers and giving out 78 bursaries.
3- Managing and running returning Azeri refugees at camps 1 and 2 with an intake of 11,000 refugees, Al-Ansar dispensary and dialysis center at Angushia
4-Uregent relief materials.

## External Offices & Missions in Europe

### Albania

**The IIRO office in Albania received SR. 887,800 for the following programmes:**
1- Sponsoring 1030 male and female orphans.
2- 27 bursaries.
3- Digging 68 water wells.

### Belgium

Amount of Sr. 15,000 was spent on the urgent relief programme in 1998.

### Bosnia - Herzegovina

**The IIRO has spent SR.3,363,737 on the following programmes in Bosnia Herzegovina in 1998:**

1- Sponsoring 2216 male and female orphans.
2- Running a dispensary in the old city and another in the new city in addition to a physiotherapy center.

### Romania

The IIRO has spent SR.8,000 to sponsor 3 instructors in Romania.

### Spain

The IIRO spent SR. 94,512 in sponsoring 26 male and female orphans.

## Latin America

### Brazil

The IIRO has spent SR.148,833 on the following programmes in 1998:
1- Sponsoring one orphan.
2- Sponsoring 6 instructors.
4- Subsidizing health projects.


Azerbaijan
Kurdistan
Pakistan
Lebanon
Jordan
Bangladesh
United Arab Emirates
Thailand
Philippines
Sri Lanka
Indonesia
IIRO'S
Asia &
Europe
offices
IIRO 000206

# Relations with other International Organizations



*In the light of the substantial expansion in relief operations and diversity of its activities worldwide, an advanced mechanism was imperative to guide the organization's foreign relations, project its achievements on the international scene and foster cooperation with similar organizations. For, the IIRO is not only the largest relief organization the Arab and Islamic worlds, but also the head of the General Relief Committee of the International Islamic Council for Islamic propagation and Relief*

*In fact, its membership in the world relief organization has earned it significant international reputation. It is one of the relief organizations that constitute a conscious and urbane presence at the meetings of U.N. agencies working in the field of refugees, mother and child care, disaster and relief. The ties of cooperation yielded good fruits, and in the year 1998, the IIRO and the following organizations worked together:*

- **The World Food Programme:** The IIRO distributed foodstuff to refugees in Mali and Sierra Leone on behalf of the WFP.
- **The United Nations High Commission for Refugees**: The UNHCR paid the expenses of transporting foodstuff to IIRO stores in Mali and Sierra Leone.
- **The United Nations International Children's Emergency Fund**: The IIRO and the UNICEF worked together in supplying Kurdish refugees in northern Iraq with carpets, blankets, fuel heaters and renovation of a school.
- **CARE:** This organization which is based in the United States worked together with the IIRO in building a food distribution center in Sierra Leone.
- **HELP**: This Germany based organization has joined the IIRO in distributing foodstuff to refugees in Azerbaijan.
- **VISION International**: This U.S.-based organization worked together with the IIRO in renovating residential structures at the No. 2 returning refugees camp at Somkait in Azerbaijan
- **The International Islamic Council for Islamic Dawa and Relief:** Apart from heading the General Relief Committee of the IICPR. which has more than membership of 50 Islamic relief organizations, the IIRO participated in five meetings organized by the presidency of the council, as well as the meeting of the constituent body which was held in Cairo during the year 1998.
- **The Organization of the Islamic Conference:** As a manifestation of the close cooperation between the two organizations, the IIRO is entitled to attend Islamic summit, as well as Islamic Foreign Ministers' conferences organized by the O.I.C. as an observer.
- The IIRO also took part in the meetings organized by the Islamic organizations and institutions to discuss providing assistance to northern parts of the Republic of Niger, and is working closely with the Islamic Solidarity Fund of the O.I.C. in the implementation of certain relief projects. The IIRO is also a founding member of the O.I.C. Coordination Committee on Joint Islamic Endeavours.
- **The Islamic Development Bank**: The IIRO is running some of health and education projects initiated by the IDB, beside supervising IDB grants to Rwandan Refugees in Tanzania and refugees from Chechniya, and distributing 5000 tents in Lebanon.
- **ISESCO**: The Islamic Educational, Cultural and Scientific Organizations: The IIRO is working together with th ISESCO's activities of common

IIRO 000207





interest such as exchange of information and educational, cultural and scientific activities, conducting studies, publication of curricula and research, film production and books.

■ **The Iqra Charity Society:** This society works together with the IIRO in subsidizing and running schools taking care of the educational needs of the Burmese refugees and the children of the African community in Makkah Al-Mukarramah.

## Relationship with World Organizations

■ The IIRO is a category (1) member of the Economic and Social Council of the United Nations (ECOSOC)

■ It is also a member of the Conference of non Governmental Organizations (CONGO) which was established in 1948

■ It is the only Islamic organization that enjoys observer status with the IOM.

## Participation

■ The IIRO has so far taken part in all the annual meetings of the CONGO, and attended the UNHCR meeting with the World Council of Voluntary Organizations in Geneva, the second conference of the Arab non Governmental Organizations in Cairo (16-20/5/1997) and the UNHCR Partnership Conference.

■ The Headquarters of the IIRO in Jeddah attracts the attention of visitors to Saudi Arabia, such as delegations representing the various international organizations, university professors, representatives of Arab and Islamic organizations and consuls representing foreign countries.

■ The IIRO participates in the various international fairs on charity and relief activities.

■ The IIRO maintains excellent relations with the various international relief organizations, including Center for Refugee Studies at Oxford, the Webster Center for the Study of Refugees in Switzerland, the OXFAM and Save the children organizations in Great Britain, the Norwegian Refugee Council in Oslo, the Danish Refugee Council in Copenhagen, World Council on Religion and Peace in New York, SIDA in Canada, HELP in Germany and other concerned organizations

■ The IIRO was elected to be the Reginal Vocal Point with the coordinating body between the UNHCR and the ICVA of the Middle East.

■ The IIRO has a vast experience in the field of initiating and running joint projects with the UNHCR, the WFP, the UNICEF and other international organizations working in Africa and other parts of the world.

■ Two officials of the IIRO attended a refresher course in international law organized by the UNHCR in Riyadh which was held on 17th June, 1997.

■ The IIRO took part in the World Family Day celebrations organized by the Republican center for social assistance to families in the Republic of Daghistan. The IIRO's presence was highly projected in the local newspapers.

IIRO 000208


IIRO




PROJECT I.I.R.O & GERMAN
INTERNATIONAL RELIEF ORGANISATION


Donated by GIRO
GIRO

IIRO 000209

# MY REGULAR DONATION OF ZAKATH (ALMS)

*To make your regular donation every month Zakat (alms) Please complete this form.*

## BANKERS ORDER Form

Name
Address
Postcode Tel
Please pay IIRO each Month/Quarter/Year
My account No.
Bank sort No.
Starting on (date)
Signature
To:Manager (Bank name & address)

Postcode

This cancels all existing Banker's Orders to International Islamic Relief Organisation, Saudi Arabia: Yes/No
For office use only: To: Al-Rajhi Banking & Investment Corporation, Al-Rusis Branch, Account No. 8538, Jeddah-21434, Saudi Arabia

## DEED OF CONVENANT For Recovery

I (Title)
Address

Postcode
promise to pay International Islamic Relief Organisation, Saudi Arabia each year, for a minimum of 4 years, (or during my lifetime if shorter), and thereafter until I terminate this Deed to:
each Month/Quarter/Year
Signed & Delivered
Dated
To complete this form, please get someone to witness your signature
Witness signature
Witnes s address

Postcode

## *If you prefer to give a 'one-off donation, please complete this form:*

n Please help us to process your gift more efficiently by completing all necessary details
Mr/Mrs/Miss/Ms

Adress

Postcode

Tel/Fax

**Note**: *Please send your donation receipt after depositing your money in bank to* **Secretray-General, IIRO, P.O. Box 14885, Jeddah 21434, Saudi Arabia**
Tel: 6512333/6515411
Fax: 6512885 Tlx: 606754 IGATHA SJ
E-mail relief@iirosa.org

## I would like to make a contribution towards:

Sadaqya Jariaya...... A/c No: 8538/1 SR/$
SRZakafund......... A/c No: 8537/3 SR/$
Orphans Fund......... A/c No: 8540/7 SR/$
Health Services...... A/c No: 8546/4 SR/$
Educational Fund... A/c No: 8547/2 SR/$
Refugee s Fund....... A/c No: 8539/9 SR/$
Well Digging........... A/c No: 8542/7 SR/$

**I enclosed a total donation of** SR/$

Please make cheques/Postal Orders payable to: International Islamic Relief Organisation, Jeddah-21434, Saudi Arabia, and send with this coupon to:

International Islamic Relief Organisation, P.O. Box 14843, Jeddah 21434, Saudi Arabia.
Tel: 6517170/6512333; Fax: 6512885 E-mail relief@iirosa.org

(Bank Address: **Al-Rajhi Banking & Investment Corporation, Al-Rusis Branch, Jeddah-21434, Saudi Arabia)**

Muslim World League

# INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, SAUDI ARABIA

P. O. Box 14843, Jeddah 21434 - Saudi Arabia - Tel: 6512333- 6515411
Fax: 6518491 - Tlx. 606754 IGATHA SJ. E-mail relief@iirosa.org

IIRO's National Charity Offices Telephone Numbers

| | |
|---|---|
| MAKKAH..........5585925 | JEDDAH...............6514353 |
| AL-MADINA......8221353 | AL-RIYADH...........4930033 |
| AL-DAMMAM....8417009 | ABHA..................2263333 |
| AL-BAHA...........7252840 | YANBU...............4224253 |
| AL-JOUF..............6245168 | BURAIDA..............3251035 |
| ANAIZA.............3642613 | AL-TAIF.................7384228 |

IIRO 000211