# EXHIBIT “82”

# ANNUAL REPORT
# RAPPORT ANNUEL
## 1999 / 2000








EXHIBIT
depobook.com
Basha-134
LVF 02-20-19





IIRO ISLAMIC RELIEF ORG. THE KINGDOM OF SAUDI ARABIA

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORG.
SAUDI ARABIA
Ligue Islamique Mondiale
ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS
ROYAUME D' ARABIE SAOUDITE

IIRO 000212

Secretariat-General - P. O. Box 1285 - Jeddah: 21431 - Jeddah-Hael Street- Opp: Al-Baroom Center Tel: 6512333 - 6515411- Fax: 6518491 - E mail: relief@iirosa.org

# ANNUAL REPORT
# RAPPORT ANNUEL

## IIROSA achievements in 1999 - 2000




IIRO 000213



The Custodian of the Two Holy Mosques,
King Fahd Bin Abdul Aziz

Le Serviteur des Deux Saintes Mosquées, Roi
Fahd Bin Abdul Aziz



HRH Crown Prince Abdullah Bin Abdul Aziz,
Deputy Premier and Commander of the
National Guard.

Son Altesse Royale le Prince Heritier,
Prince Abdullah Bin Abdul Aziz,
Vice Premier Ministre et Commendant de
la Guard Nationale.



HRH Prince Sultan Bin Abdul Aziz,
Second Deputy Premier and Minister of
Defense and Aviation

Son Altesse Royale,
Prince Sultan Bin Abdul Aziz,
2éme Vice Premier Ministre et Ministre de
la Defense et de l'Aviation.

# Foreword

*The International Islamic Relief Organization, Saudi Arabia (IIROSA), receives wholehearted support and encouragement from the people of Saudi Arabia, above all, the Custodian of the Two Holy Mosques, King Fahd Bin Abdul Aziz, HRH Crown Prince Abdullah Bin Abdul Aziz, Deputy Premier and Commander of the National Guard, HRH Prince Sultan Bin Abdul Aziz, Second Deputy Premier and Minister of Defense and Aviation, the entire Royal Family, the clergy, academicians, businessmen and philanthropists.*

*It is largely due to this generous support of the people of Saudi Arabia that the IIROSA is able to carry out its humanitarian mission i.e. to supply food to the hungry, clothes to the unclothed, medical care for the sick, shelter for thousands of orphans, the homeless and tens of thousands of refugees worldwide.*

### Emergence:

*The IIROSA of Saudi Arabia is an offshoot of the Muslim World League. It came into existence on October 29, 1978 and the Royal approval No. 4834 was issued on 29/1/1979.*

### The Constitution:

*The constitution of the IIROSA was approved during the 35th session of the Constituent Council of the Muslim World League held in Holy Makkah between 7 – 10 October 1997.*

### Objectives

The objectives of the IIROSA were determined as follows:

1- providing distressed people struck by disaster anywhere, with relief items in times of emergency and disaster.

2- Providing necessary assistance to boost the morale of disaster victims and safeguard their entities and existence.

3- Taking interest in the development of the Muslim minority communities through education etc..etc...

4- Extending moral and material support to the poor and the needy.

5- Providing the poor, widows, the elderly, children and orphans with comprehensive welfare.

#### Means of Achievement

The means of achieving the objectives of the *IIROSA* include the following:

1- Collecting funds from businessmen and other donors, and recruiting volunteers to help further the goals of the IIROSA

2- Using the mass media to reach out to donors.

# Introduction

*L'"Organisation Internationale Islamique de Secours d'Arabie Saudite reçoit un soutien généreux ainsi que les encouragements du peuple saudien, à leur tête, le gardien des Deux Saintes Mosquées, Roi Fahd Bin Abdoul Aziz, son Altesse Royale, le Prince Heritier Abdallah Bin Abdoul Aziz, Premier Vice Premier Ministre et Commandant de la Garde Nationale; son Altesse Royale, Soultan Bin Abdoul Aziz 2éme Vice Premier Ministre et Ministre de la Défense et de l'àviation; et l'auguste Famille Royale, le Clergé, les académiciens, les hommes d'Affaires et les philanthropes.*

*C'est essentiellement grâce à ce soutien du peuple saudien tout entier que l'OIIS soit capable d'accomplire sa mission humanitaire: fournir de la nouriture à ceux qui en ont besoin; des vêtements à ceux qui n'ont pas les moyens de se payer des habits, apporter d'aide médicale aux malades, et donner d'abris à des milliers d'orphalins, des sans-abris ainsi qu'à des dizaines de milliers de refugiés à travers le monde.*

*L'OIMS est issu de la Ligue Islamique Mondiale sur une décision de son Conseil constitutif lors de sa 20ème session tenue à La Mecque du 17 au 29 \ 10 \1978 avec l'approbation du Gouvernement No 4834 du29\1\1979.*

*Le Statut de l'Organisme a été adopté par le Conseil constitutif de la Ligue Islamique Mondiale lors de sa 35 ème session tenue à La Mecque du 7-10\12\1997.*

### Les objectifs de l'Organisme:

1- Apporter des secours aux sinistrés parmi les populations et les groupes de gens victimes de catastrophes où qu'ils se trouvent, notamment ceux frappés dans leur personne, dans leurs biens,dans leur foi ou dans leur liberté.

2- Apporter des secours aux nécessiteux en vue de les protéger des pires catastrophes, améliorer leurs conditions et préserver leur identité voire leur existence.

3-Aider les minorités et développer leurs communautés et leurs sociétés à travers l'éducation et autres programmes de promotion.

4- Apporter le soutien moral et l'appui matériel et financier aux pauvres et aux démunés.

5-Assurer une prise en charge complète autant que possible aux pauvres parmi les veuves, les vieillards, les enfants et les orphelins.

#### Les moyens de l'Organisme:

1- Dons des bienfaiteurs et des hommes riches, des hommes d'affaires et des hommes de coeurs charitables. Appels d'incitations aux actions bénévoles par l'effort et les contri-

IIRO 000215

3- Setting up educational institutions and vocational centers, organizing social, as well as training programs and offering scholarships.
4- Setting up hospitals and dispensaries where the need arises.
5- Setting up orphanages equipped with educational facilities.
6- Coordinating with other relief organizations and international charity institutions.

**Administrative structure**

The IIROSA consists of numerous departments:

**The Board of Directors:**

The Board of Directors is the highest policy-making body of the organization and its decisions are binding upon the executive body. The current chairman of the board is Dr. Abdullah bin Saleh Al-Obaid, Secretary General of the Muslim World League. The new Board of Directors, which was formed in 1995, consists of fifteen (15) members including members from Japan and Senegal.

**The Secretariat General:**

The Secretariat General is the executive wing of the *IIROSA*. It is currently headed by the Secretary General, Dr. Adnan Khalil Basha.

**The Financial control system:**

The *IIROSA* has a system through which it supervises the funds received from donors:

**One: The Pre-expenditure control:**

1-1- This process aims at supervising the expenditure by following - up the implementation of the approved budget. It audits all expenditure vouchers in order to be sure that they have connection with the specific items allocated in the budget before approval by the competent authority.
1-2- Financial as well as administrative supervision by cross-checking the formalities required before expenditure and ascertaining that they conform with prevailing by-laws, regulations and instructions.
1-3- Finalizing the financial processes necessitating expenditure and correcting the line of maturity according to the provisions of the financial regulation and accounting system.
1-4- Making sure that the organization's financial and administrative rules and regulations are complied with.
1-5- Studying the financial plans, policies and regulations in force, in order to evaluate the process of implementation and submit proposals for development, amendment and addition to the higher authority to ensure better performance and strengthen supervision.
1-6- Revising new contracts before they are signed to ensure that the rights of the organization are protected.

**Two: Post expenditure internal control:**

This department is under the direct control of the chairman of the Board of Directors. It is designed by the organization's constitution to achieve the following objectives:

butions financières.
2-Contact des donateurs à travers les média ; radio,télévision, presse, livres, publications et autres.
3-Construction, appui et gestion d'instituts, d'écoles, d'établissements scolaires,des centres de formation, mise en oeuvre de programmes socio-professionnels et octroi de bourses scolaires dans des institutions scientifiques.
4- Construction et gestion d'hopitaux et de dispensaires dans les sociétés qui en ont besoin.
5-Construction, assistance et gestion des orphelinats et prise en charge de l'éducation d'orphelins et d'orphelines.
6- Coordination et coopération avec les organismes de secours et les organisations internationales de charité.

L'Organisme se compose de plusieurs appareils,le Conseil d'administration en est son autorité suprême, ses décisions sont mises en application par l'appareil exécutif.

L'Organisme est présidé par le Secrétaire général de la Ligue islamique mondiale: Dr.Abdallah ben Abdoul Mohsen Al Tourki qui est aussi président de son Conseil d'administration.

L'Organisme comprend, depuis 1998,dans sa nouvelle équipe 15 membres choisis parmi des personnalités intéressées par le Secours et l'Action humanitaire tant de l'intérieur du royaume d'Arabie Saoudite que de l'étranger, du Japon jusqu'au Sénégal.

Le Secrétariat général est l'appareil exécutif de l'Organisme, il est présidé par le Dr. Adnan Ben Khalil Basha.

L'Organisme est doté d'un système de contrôle sur les fonds, les dons et les cadeaux qui lui parviennent des généreux donateurs,et ce à travers plusieurs maillons de contrôle financier à savoir:

1- Le Contrôle financier avant le paiement, dont les objectifs visent à:
1-1) Contrôler les dépenses par le suivi de la mise en oeuvre du budget multiforme à travers la révision de tous les documents portant ordre de paiement en s'assurant avant le paiement qu'ils soient liés aux chapitres qui leurs sont spécifiés dans le budget et non pas à des chapitres dépourvus de crédits ou de fonds supplémentaires aux crédits prévus. Tout cela avant de prendre toute décision de transfert et d'adoption par celui qui en a les attributions.
1-2) Procéder au contrôle financier et administratif en s'assurant que les dispositions antérieures au paiement,engageant l'Organisme dans des obligations envers d'autres parties,sont effectivement suivies conformément aux lois,aux règlements et aux instructions en vigueur.
1-3) Compléter toutes les procédures financières impliquant le paiement et corriger les échéances conformément aux dispositions de la loi de finance et des règlements de comptabilité.
1-4) Suivre les lois et les règlements de finance et d'administration en vigueur au sein de l'Organisme pour s'assurer de leur mise en application.
1-5) Etudier les plans,les politiques et les dispositions financières en vigueur et corriger les procédures de leur mise en oeuvre, formuler des suggestions à l'administration pour les améliorer et soumettre des propositions pour amender certains articles ou en rajouter d'autres pour améliorer le rende-



IIRO 000216

2-1- Examine the voucher cycle, the systems of control, internal control and account books and records in order to evaluate their efficiency and effectiveness, and to submit reports and proposals to both the board chairman and the Secretary General.

2-2- Verify the accuracy of financial, mathematical and statistical statements and any other relevant information extracted from the organization's books, records and documents.

2-3- Verify the formalities of expenditure, payment and the accounting books and the entries therein.

2-4-Verify the accuracy and sufficiency of documents relating to the processes of entries in accordance with the organization's by-laws, regulations and formalities.

2-5- Verify the accuracy and adequacy of formalities and means of protecting the organization's properties.

2-6- Compare actual statements of account with the estimated budget, and report any discrepancies between the two after investigating the nature as well as the causes of the discrepancy and how to avoid it in the future.

2-7- Submit quarterly reports about the organizations income and expenditure and their conformity with the organization's estimated budget approved by the board of directors.

**Three: Chartered auditor:**

The chartered auditor is assigned by the board of directors to control the financial performance of the organization through the following means:

3-1- Presenting an objective — technical opinion concerning the accuracy of the statements of account in the accounts books and records of the organization, and to what extent these statements tally with the item actually stated in the books and ledgers as well as the accuracy of the indexes in expressing the result of the organization's activities within the fiscal year as well as its financial position at the end of the period in question.

Furthermore, the chartered auditor is entitled to take the following measures:

A)- Review and cross check all the accounts books and ledgers to ascertain that they are correct, and to seek statements and information as well as explanation he may deem necessary for his task, and to see to it that they are prepared and signed by the competent official.

B)- Prevent or minimize the rate of error in accounting.

C)- Findout mistakes made in accounts book within the limits of what appears to him from his careful auditing of records and statements of account, and from information he may receive from the financial apparatus of the organization.

D)- Review and verify the organization's assets as well as its liabilities.

E)- Compare works executed and monetary actions with the stipulated works as well as with the regulations, and show any violations.

F)- Examine the closing account and prepare an analytical report of its contents, especially items pertaining to expenditure, income, credits and trusts.

ment et maîtriser davantage le contrôle.

1-6) Réviser les nouveaux contrats avant de les signer pour s'assurer qu'ils respectent les clauses garantissant les droits de l'Organisme.

2- Le Contrôle intérieur après le paiement: est lié au Président du Conseil d'administration. Le Statut de l'Organisme a prévu de mettre en place ce type de contrôle pour réaliser les objectifs suivants:

2-1) Examiner les rapports financiers périodiques,les règlements d'enregistrement et de contrôle intérieur,les livres et les registres des comptes de l'Organisme, les réctifier en fonction de leur suffisance et de leur opportunité, présenter des rapports et soumettre des propositions au président du Conseil et au Secrétaire général de l'Organisme.

2-2) S'assurer de l'authenticité des documents financiers, des états de comptabilités et de statistiques et de toute information afférente puisée dans les livres, les registres et les documents de l'Organisme.

2-3) S'assurer du respect des procédures financières relatives aux dépenses et aux encaissements, de la bonne tenue des livres et des registres de comptes de l'Organisme et des opérations d'enregistrement.

2-4) S'assurer de l'authenticité et de la disponibilité du nombre requis des documents nécessaires aux enregistrements dans les livres de comptes conformément aux statuts,

aux règlements et aux procédures d'usage de l'Organisme.

2-5) S'assurer du respect des procédures et des moyens de protection des biens de l'Organisme.

2-6) Comparer entre les états des comptes réels et les budgets prévisionnels en vue de

présenter des rapports sur toutes les différences enregistrées, soit à la baisse ou à la hausse, et d'analyser leur nature et leurs causes afin de trouver les moyens de les éviter.

2-7) Présenter un rapport trimestriel sur les revenus et les dépenses de l'Organisme et leur concordance avec le budget prévisionnel adopté par le Conseil.

3- Le Réviseur légiste des comptes: est désigné par le Conseil d'administration pour vérifier la gestion financière de l'Organisme, et a pour objectifs de:

Donner un avis technique neutre sur la précision des renseignements de comptabilité contenus dans les livres et les registres de l'organisme,sur la concordance des renseignements donnés sur les états des finances avec ce qui est réellement prouvé dans les livres et les registres de l'Organisme, et sur la précision de ces états à exprimer les résultats réels des réalisations de l'Organisme durant l'année financière et sur sa aituation financière à la clôture de cette période.

Il lui appartient aussi de prendre les mesures suivantes:

a- Examiner tous les livres, les registres et les reçus, les analyser avec soin, s'assurer de leur authenticité et de leur nombre, reclamer de plus amples informations et toute explication qu'il jugera nécessaires et s'assurer quant à leur disponibilité et leur signature par celui qui en a les attributions.

b- Eliminer les erreurs de comptabilité.

c- Relever les erreurs d'enregistrement à la lumière de sa révi-

G)- Submit periodical reports concerning the organization's financial as well as accounting performance.

The Board of Directors has assigned Nazir and Banga Inc. (chartered auditors and accountants) to audit the organization's accounts for the fiscal year 2000.

sion minutieuse des registres et des états de comptabilité ainsi que sur la base des renseignements qui lui parviennent de l'appareil financier de l'Organisme.

d- S'informer sur les avoirs de l'Organisme et s'assurer du respect de ses engagements envers les autres.

e- Comparer entre les opérations réalisées et les comportements financiers avec les prévisions et les mesures prises en montrant les différences le cas échéant.

f- Etudier le compte final et rédiger un rapport comportant une analyse sur son contenu notamment en ce qui concerne les dépenses, les recettes, les crédits, les dépôts et les consignations.

g- Rédiger des rapports périodiques sur l'état des finances et de la comptabilité de l'Organisme.

Le Conseil d'administration a chargé le Bureau Nader et Banqa (Inspecteurs et comptables juridiques) pour réviser les comptes de l'Organisme pour l'exercice 99\2000.



IIROSA's Chairman



IIROSA's Secretary General





IIRO 000218

# Domestic Branches:

## LES BUREAUX LOCAUX



## (1)-Al-Baha branch office

This office enjoys the wholehearted support of Prince Muhammed bin Saud bin Abdul Aziz, Governor of Al-Baha region and his deputy, Prince Faisal bin Muhammad bin Saud in its efforts to assist the poor and the needy.

_ The revenue of the office, which is supervised by Mr. Ibrahim Saeed Hamdan, was estimated at SR. 5,970,940. It helped in implementing of the following programs of the *IIROSA* :

1- Water- well digging at a cost of SR.12,422.
2- Educational programs at a cost of SR.30,457.
3- Health care programs at a cost of SR.9,050.
4- Palm date distribution at a cost of SR.280,754.
5- Construction/renovation of social service centers. SR.460,937
6- Running and sponsoring orphanages and Orphans at a cost of SR.2,41,721
7- Cultural programs at a cost of SR.18,574
8- Urgent relief SR.3,057,549
9- Zakat (poor due) SR.16,575
10- General donations and alms SR.8,780
11- Sanabil Al-Khair project SR.11,245
12- Charity sales SR.6,490

**Beneficiaries:**

Ugandam, Bosnia-Herzegovina, Bangladesh, Somalia Palestine, Kashmir, Chechnya, Sudan, Kosovo, Indonesia and Mozambique.



## 1-Bureau de Bahha:

Le prince Mohamed Ben Saoud ben Abdel Aziz, gouverneur de la région de Bahha et son adjoint le prince Faissal ben Mohamed ben Saoud accordent un grand intérêt à ce bureau et lui apportent tout leur soutien en vue d'aider les pauvres et les nécessiteux.

*Le bureau est dirigé par M. Ibrahim Said Hamdane.
*Les recettes de ce bureau ont atteint en 99/2000 un montant de ( 5 970 940 riyals) destinés à la réalisation des projets suivants:

1- Forage de puits (12 422 riyals)
2- Appui à certains programmes d'enseignement (30 457 riyals)
3- Appui aux programmes de protection sanitaire (9 050 riyals)
4- Distribution de dattes (280 754 riyals)
5- Construction de centres sociaux (460 937 riyals)
6-Gestion d'orphelinats et prise en charge d'orphelins (2 041 721 riyals)
7-Appui aux programmes sociaux (18 574 riyals)
8-Aide aux Secours d'urgence (3 057 549 riyals)
9- Zakates ( Aumônes genrales) (16 575 riyals)
10-Dons et aumônes (8780 riyals)
11-Projets "Epis du bien" (11 245 riyals
12- Ventes de bienfaisance (6490 riyals)

**Pays bénéficiaires:**

1-Ouganda, 2-Bosnie Hérzégovine, 3- Bangladesh, 4- Somalie, 5-Palestine, 6- Cachemire, 7- Tchétchénie, 8- Soudan, 9 -Kosovo, 10 -Indonésie, 11-Mozambique.

## Riyadh Area:

### (2) - Riyadh Office:

The Riyadh branch of the *IIROSA* enjoys substantial support of Prince Salman bin Abdul Aziz, Governor of the Riyadh region and his deputy Prince Sataın bin Abdul Aziz. Their growing interest as well as generous donations and sacrifices have helped the *IIROSA* implement numerous programs.

The Riyadh office is supervised by Mr. Ali bin Abdullah Al-Jurais. In the year 1999/2000, the revenue of the Riyadh branch was SR. 37,002,514.

The Riyadh Office has contributed in the following programs:

1- Orphan sponsorship and social welfare SR.10,074, 693, and SR.460,300 to subsidize orphanages and SR. 279, 000, to subsidize social welfare centers.
2- Marketing health care projects at SR. 588,537.
3- Marketing educational projects at SR. 585,009.
4- Subsidizing cultural projects at SR. 222,357.
5- Subsidizing urban centers at a cost of SR. 1,285, 972.
6- Building of service centers at a cost ofSR. 6, 320, 990.
7- Subsidizing water -well digging at a cost of SR.77,727.
8- Providing urgent relief, blankets and palm dates worth SR.8,926,121.
9- Distribution of palm dates worth SR.716,199.
10- Human development program SR.8,160.
11- Other allocated revenues SR.1,149,665.
12- General revenue and alms SR.1,577,618.
13 - Zakat (poor due) SR. 3,482, 169.



## Région de Riyadh

### 1-Bureau de Riyadh:

Ce Bureau bénéficie d'un grand soutien de la part du prince Salman ben Abdel Aziz, gouverneur de la région de Riyadh et de son adjoint le prince Sattam ben Abdel Aziz.

*Le bureau est dirigé par M. Ali ben Abdallah al Jariss. Les recettes de ce bureau ont atteint en 99/2000 (37 002 514 riyals)

Le bureau a participé aux réalisations suivantes:

1- Prise en charge d'orphelins et protection sociale (10 074 693 riyals), aide aux orphelinats (460 300 riyals) et aux centres de service social (279 000 riyals)
2- Commercialisation de projets sanitaires (588 537 riyals)
3- Commercialisation de projets d'enseignement (585 009 riyals)
4- Appui aux projets sociaux (222 357 riyals)
5- Appui aux centres urbains (1 285 972 riyals)
6- Appui aux constructions de centres sociaux (6 320 990 riyals)
7- Appui au forage de puits ( 77 727 riyals)
8-Aide aux Secours d'urgence, couvertures et distribution de dattes (8 926 121 riyals)
8- Distribution de dattes (716 199 riyals)
9-Programmes de promotion humaine (8 160 riyals)
10-Assistances diverses (1 149 665 riyals)
11- Donations générales et aumônes (1 577 618 riyals)
12- Zakates ( Aumône légale) (3 482 169 riyals)

14 - Donations by 'Sanabil Al-Khair' SR. 547,979.
Beneficiaries: Bangladesh, Pakistan, Afghanistan, Lebanon, Kashmir, Chechnya, Kosovo and Azerbaijan.

## (3) Al-Jouf Branch office:

The Governor of Al-Jouf, Prince Abdul Ilah bin Abdul Aziz shows commendable interest in the relief operations carried out by the IIROSA throughout the world.

The Al-Jouf branch office of the IIROSA, is supervised by Mr. Fakhri bin Ham'mad Al Shallal. Its revenue was SR. *1, 364, 158.*

It helped the IIROSA achieve the following:

1- Orphan sponsorship at a cost of SR. 847, 065
2- Health care services at a cost of SR. 1630
3-Educational programs at a cost of SR.190
4-Cultural programs at a cost of SR. 4125
5-Construction of social service centers and water-well digging. SR.205, 820
6- Palm date distribution at cost of SR. 31, 380
7- Urgent relief at a cost of SR. 137, 895
8- Sanabilul Khair (contribution) SR. 3500
9- Zakat (poor due) SR. 123, 843
10-Alms SR. 8710

Beneficiaries: A number of countries including Kosovo and Chechnya.



## Asir Branch office:

There are 12 branch offices in the region such as Abha, Khamis Mushait, the Military base, Bisha, Namas, Al-Majardah, Balqarn, Daharan South, Maha'il, Al-Wadiyain, Sarh, Ballasmar, Sha'bain and Baariq. All these branch offices of the *IIROSA* are generously patronized and encouraged by Prince Khalid Al-Faisal, Governor of the Asir Region.

The executive director of the office is Mr. Muhammed bin Hameedy Al-Sarhani. With a revenue estimated at SR.22,103,047.50 the regional office, together with the Najran and Gizan offices helped implement the *IIROSA* projects and programs at the cost of SR.32,258,423 distributed as follows:

1- Orphan sponsorship at a cost of SR. 14,391,104.
2- Educational programs at a cost of SR.409,343.
3-Health care programs at a cost of SR.774,264.
4-Construction/renovation of service centers SR.1,523,981.
5-Water- well digging at a cost of SR.105,876.
6-Teacher sponsorship SR.1,196,960.
7-Urgent relief SR.12,721,534.
8-Palm date distribution at a cost of SR.938,806.
9-Zakat and general alms SR.196,555.

Beneficiaries: 1- Nigeria, Iraqi- Kurdistan, Chad, Kosovo and Chechnya.



13- Projets "Epis du bien" (547979 riyals)
Pays bénéficiaires:
1- Bangladesh, 2- Pakistan, 3- Afghanistan, 4- Liban, 5- Cachemire, 6-Tchétchénie, 7- Kosovo, 8- Azerbaidjan.

## 3- Bureau d' El Jouf

Le prince Abd El Ilah ben Abdel Aziz, gouverneur de la région d'El Jouf accorde un grand intérêt à l'action de Secours menée par l'Organisme à travers le monde.
*Le bureau est dirigé par M. Fakhri ben Hamad Ash Shallal.Les recettes de ce bureau ont atteint en l'an 99\2000 (1 364 158 riyals) Quant aux contributions du bureau dans la réalisation des projets de l'Organisme, elles sont comme il suit:

1- Prise en charge d'orphelins (847 065 riyals)
2- Prestations sanitaires (1630 riyals)
3- Programmes d'enseignement (190 riyals)
4- Programmes culturels (4125 riyals)
5-Appui aux constructions de centres sociaux et forage de puits (205 820 riyals)
6-Distribution de dattes (31 380 riyals)
7- Secours d'urgence (137 895 riyals)
8- Projets "Epis du bien"( Al Atta) (3500 riyals)
9- Zakates (123 843 riyals)
10- Aumônes (8710riyals)

Parmi les pays bénéficiaires: le Kosovo et la Tchétchénie.

## 6- Bureaux de la région de Assire

Il existe 12 bureaux dans la région de Assire: il s'agit des bureaux de: Abha, Khamis Mouchait, la ville militaire, Bisha, Namas, El Moujarada, Balqarn, Al Janoub, Najran Mouhail, El wadain, Assarh, Bellasmar, Chaabain et Bariq.

Tous ces Bureaux de la région du sud bénéficient du patronage du prince Khaled Al Faissal et de ses généreux encouragements.

*Le directeur exécutif de ces bureaux est M. Mohamed ben Houmaidi Sarhani.

Les recettes de ces bureaux ont atteint en l'an 99\2000 un montant de (22 103 047, 50 riyals)

Le bureau de Assire avec les bureaux de Najran et de Jizan ont contribué à la réalisation des programmes et projets de l'Organisme avec un montant global de (32 258 423 riyals) pour les projets suivants:

1- Prise en charge d'orphelins (14 391 104 riyals)
2- Appui à certains projets d'enseignement (409 343riyals)
3- Appui à certains projets de santé (774 264 riyals)
4- Appui aux constructions de centres sociaux (1 523 981 riyals)
5- Forage de puits (105 876 riyals)
6- Prise en charge d'enseignants(1 196 960 riyals)
7- Secours d'urgence (12 721 534 riyals)
8- Distribution de dattes (938 806 riyals)
9- Zakates et aumônes générales (196 555 riyals)

Pays bénéficiaires:
1-Nigeria, 2- Kurdistan (Irak), 3-Tchad, Kosovo, Tchétchénie.

### (5)-Makkah Al-Mukarramah Area:

The branch offices of the *IIROSA* in Makkah, Jeddah and Taif receive profound attention of Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah region, who was the guest of honour at the Sanabil Al-Khair function held in Jeddah on 14/12/1999. His efforts have contributed effectively to the implementation of the organization's programs in the various parts of the world.

### (1-5) - Makkah branch office:

This office is supervised by Dr. Ahmed bin Nafia Al-Mauraie. Its revenue was estimated at SR.12,754, 839, and 25.

The Makkah office helped accomplish the following:

1- Orphan sponsorship at a cost of SR.4,644,432.

2- Health services at a cost of SR.21, 631.

3- Education at a cost of SR.542,666.

4- Palm dates supply at a cost of SR.1,013,323.

5- Urgent relief at a cost of SR. 32,432.

6- Subsidized educational programs at a cost of SR.20,688.

7- Construction of service centers at a cost of SR. 653,462.

8- Water well digging at a cost of SR.177,820.

9- Zakat collection SR.586,326,50.

10- General donations and alms SR. 4,29,905,75.

Beneficiaries: 1 Sudan, Kosovo, Bosnia -Herzegovina, Afghanistan, Bangladesh, Indonesia, Nigeria, Albania, Iraqi- Kurdistan, Thailand, Sierra Leone, Chechnya, Pakistan, Mauritania, Somalia, Ethiopia, Kashmir and Burma.

### (2-5) Jeddah branch office:

The Governor of Jeddah, Prince Mish'al bin Majid bin Abdul Aziz takes keen interest in the activities of the Jeddah office of the *IIROSA*.

The Jeddah branch office is supervised by Mr. Saleh Ahmed Ba'abood, and its revenue was estimated at SR. 32, 889, 889 spent on the following programs:

1- Orphan sponsorship at a cost of SR.13,651,912.

2- Health care at a cost of SR.219,072.

3- Educational care at the cost of SR.1,177,958.

4- Urgent relief at the cost of SR.13,435,211.

5- Support to cultural activities SR.396,179.

6- Human resources development program at the cost of SR.24,260.

7- Seasonal programs (distribution of Palm dates)SR. 564,312.

8- Construction of social centers SR.1,422,959.

9- Water well digging at a cost of SR.218,457.

10- General donations and alms SR.106,145.

11- Zakat (poor due) SR.1,002,040.

12- Sanabil Al- Khair SR.671,384.

Beneficiaries: 1 Kosovo, Pakistan, Egypt, Palestine, Yemen, Chechnya, Sudan, Chad, Somalia, Djibouti, Uganda, Kashmir, Eritrea, Yugoslavia, Turkey, Albania, Afghanistan, the Philippine, Burma, Bangladesh, Sri Lanka, Russia, Iraqi-Kurdistan, The



### Région de La Mecque el Moukarramah

Les Bureaux de de l'Organisme à La Mecque el Moukarramah à Djeddah et à Taif bénéficient d'un grand intérêt de la part du prince Majed ben Abdel Aziz, gouverneur de la région de La Mecque el Moukarramah. Ces grands efforts ont eu des effets positifs sur la redynamisation des activités et des programmes de l'Organisme à travers le monde.Son altesse a honoré de sa presence la soirée de charité tenue le mardi 14-12-1999 à Djeddah.

### 2-Bureau de La Mecque el Moukarramah

*Le bureau est dirigé par Dr. Ahmed ben Nafa'a al Mouryi. Les recettes de ce bureau ont atteint en l' an 99\2000 (12 754 839, 25 riyals)

Le bureau a participé aux réalisations suivantes:

1- Prise en charge d'orphelins (4 644 432 riyals)

2- Prestations sanitaires ( 21 631 riyals)

3- Education et enseignement (542 666 riyals)

4-Distribution de dattes (1 013 323 riyals)

5- Secours d'urgence (32 432 riyals)

6- Appui aux programmes d'enseignement (20 688 riyals)

7- Contribution aux projets de construction de centres sociaux (1 653 462 riyals)

8-Forages de puits(177 820 riyals)

9- Zakates (586 326, 50 riyals)

10-Dons et aumônes générales (4 029 905, 75 riyals)

Pays bénéficiaires:

1- Soudan, 2- Kosovo, 3- Bosnie-Hérzégovine, 4- Afghanistan, 5- Bangladesh, 6- Indonésie, 7- Nigeria, 8- Albanie, 9- Kurdistan, 10- Thaïlande, 11- Sierra Leone, 12-Tchétchénie, 13- Pakistan, 14- Mauritanie, 15- Somalie, 16- Ethiopie, 17-Cachemire.

### Bureau de Djeddah:

Le prince Mash'al ben Majed ben Abd El Aziz , gouverneur de Djeddah supervise et encadre les activités de ce bureau.

*Le bureau est dirigé par M. Saleh Ahmed Baaboud. Les recettes de ce bureau ont atteint en l'an 99\2000 (32 889 889 riyals) pour la réalisation des programmes et projets suivants:

1- Prise en charge d'orphelins (13 651 912 riyals)

2- Prise en charge sanitaire (219 072 riyals)

3- Prise en charge de projets d'enseignement (1 177 958 riyals)

4- Secours d'urgence (13 435 211 riyals)

5- Appui aux programmes culturels (396 179 riyals)

6- Programmes de promotion humaine (24 260 riyals)

7-Distribution de dattes (564 312 riyals)

8-Appui aux constructions de centres sociaux (1 422 959 riyals)

9-Forage de puits (218 457 riyals)

10- Dons et aumônes générales (106 145 riyals) Bangladesh

11- Zakates (1 002 040 riyals)

12- Projets "Epis du bien" (671 384 riyals)

Pays bénéficiaires:

1- Kosovo, 2- Pakistan, 3- Egypte, 4- Palestine, 5- Yémen, 6- Tchétchénie, 7-Soudan, 8- Tchad, 9- Somalie, 10-Djibouti, 11-Ouganda, 12- Cachemire, 13-



IIRO 000222

Balkans, The Tuaregs of Algeria, Ethiopia, Mozambique, India, Indonesia, Nigeria, Thailand and Mauritania.

### (5-3)- The Women's IIROSA Commmitee , Jeddah

Ms. Baheejah Ezzi runs the women's IIROSA Coommittee, Jeddah. The committee's revenue was estimated at SR.9,000,059. It helped in implementation of the following projects:

1- Health care programs at a cost of SR.215, 848.
2- Educational programs at a cost of SR.19, 650.
3- Cultural programs at a cost of SR.137,104.
4- Orphan sponsorship at a cost of SR.1,978,285.
5- Urgent relief ,SR.6,249,843.
6- Construction/renovation of social service centers SR.138,815.
7- Water- well digging at a cost of SR.25,072.
8- Human resources development centers SR. 4,550
9- General donation SR.29,848.
10- Sanabil al- Khair donations SR.11,878.
11- Zakat (alms) SR6,360.

Beneficiaries: Iraqi-Kurdistan, Gambia, Tanzania, Kosovo, Albania, Somalia, Sudan, Lebanon, Kenya, Mali, Afghanistan, Uganda, Ethiopia, Egypt, Syria, Bosnia, Jordan, Ghana, Mauritania, Nigeria, Burkina Faso, Senegal, Bangladesh, Bulgaria, Chad, Yemen, Eritrea, Mozambique, Malawi, Chechnya, Turkey, Palestine, Kashmir, Indonesia and Djibouti.

### (5-4) Taif branch office:

The programs executed by the Taif branch office of the *IIROSA* are strongly supported by H.E. Mr. Fahd bin Abdul Aziz bin Muammar, Governor of Taif. This branch office, which is managed by Dr. Talal Obeid Zafar, supervises over both the Hawiyah branch office and the Women's *IIROSA* Committee. Its revenue was estimated at about SR.6,525,590.

This branch office has so far accomplished the following:

1- Orphan sponsorship at a cost of SR.2,444,919.
2- Health care programs at a cost of SR.103,562.
3- Cultural programs at a cost of SR.24, 020.
4- Educational programs at a cost of SR.110,716.
5- Urgent relief and refugees SR.1,963,522.
6- Water- well digging at a cost of SR.92,250.
7- Construction/renovation of social service centers SR. 598,406.
8- Distribution of palm dates at a cost of SR.156,118.
9- General donations and alms SR.491,162.
10- Zakat (alms) SR.494,604.
11- Sanabil Al-Khair SR.46,311.

Beneficiaries: The Comoros,Somalia, Pakistan, Afghanistan, Nigeria, ndia, Nepal, Iraqi Kurdistan,

Erythrée, 14-Yougoslavie, 15- Turquie, 16- Albanie, 17- Afghanistan, 18- Philippines, 19-Birmanie, 20-Bangladesh, 21- Sri Lanka, 22- Russie, 23-Kurdistan 24-région des Balkans, 25-Algérie (Touaregs), 26-Ethiopie, 27 Mozambique, 28- Inde, 29- Indonésie, 30-Nigeria, 31-Thaïlande, 32 Mauritanie.

### La Commission des femmes de Djeddah:

Le Bureau de cette Commission est dirigé par Mme Bahija Azzi.

Les recettes de ce bureau ont atteint en l'an 99\2000 un montant de (9 000 059 riyals) pour réaliser les programmes et les projets suivants:

1 Programmes sanitaires (215 848 riyals)
2-Prise en charge de projets d'enseignement (19 650 riyals)
3- Programmes culturels (137 104 riyals)
4- Prise en charge d'orphelins (1 978 285 riyals)
5-Secours d'urgence (6 249 843 riyals)
6- Construction et restauration de centres sociaux (138 815 riyals)
7-Forage de puits (25 072 riyals)
8-Centres de promotion humaine (4550 riyals)
9- Aumônes générales (29 848 riyals)
10- Projets "Epis du bien" (11 878 riyals)
11- Zakates (6360 riyals)

Pays bénéficiaires:

1- Kurdistan, 2- Gambie, 3- Tanzanie, 4- Kosovo, 5-Albanie, 6- Somalie, 7- Soudan, 8- Liban, 9- Kenya, 10-Mali, 11- Pakistan, 12- Ouganda, 13- Ethiopie, 14-Egypte, 15- Syrie, 16- Bosnie- Hérzégovine, 17-Jordanie, 18- Ghana, 19- Mauritanie, 20- Nigeria, 21-Burkina Faso, 22- Sénégal, 23- Bangladesh, 24-Bulgarie25- Tchad, 26- Yémen, 27- Erythrée, 28-Mozambique, 29- Malawi, 30- Tchétchénie, 31- Turquie, 32- Palestine, 33- Cachemire, 34 Indonésie, 35- Djibouti.

### Bureau de Taïf

Le Bureau de Taïf reçoit tout l'appui du gouverneur de Taïf M.Fahd Ben Abd El Aziz ben Moamar.

*Le bureau est dirigé par le Dr. Talal Obeid Dhafr. Il est rattaché au bureau d' El Hawiya et à celui de la commission des femmes. Les recettes de ce bureau ont atteint en l'an 99\2000 le montant de (6 525 590 riyals). Les réalisations de ce bureau sont les suivantes:

1- Prise en charge d'orphelins (2 444 919 riyals)
2-Prise en charge sanitaire (103 562 riyals)
3-Appui aux programmes culturels (24 020 riyals)
4- Projets d'enseignement (110 716 riyals)
5-Secours d'urgence et aides aux réfugiés (1 963 522 riyals)
6-Forage de puits (92 250 riyals)
7- Appui aux constructions de centres sociaux (598 406 riyals)
8-Distribution de dattes (156 118 riyals)
9-Dons et aumônes générales (491 162 riyals)
10-Zakates (494 604 riyals)
11- Projets "Epis du bien" (46 311 riyals)

Pays bénéficiaires: 1- Comores, 2- Somalie, 3-Pakistan, 4-Afghanistan, 5- Nigeria, 6-Inde, 7- Népal,

Burundi, Rwanda, Ethiopia, Kosovo and Chechnya.

## (6)- Madina Region:

### (6-1)- Madina branch office

The various programs of the Madina branch office of the *IIROSA* are strongly supported by Prince Miqrin bin Abdul Aziz, Governor of the Madina. Dr. Hamza Zuhair Hafiz is the Director of this branch office, whose revenue in the year 1999, was estimated at SR.15,498,525. During this period, the office helped accomplish the following:

1- Orphan sponsorship at a cost of SR.6,039,343.
2-Health care programs at a cost of SR. 421,642.
3-Educational programs at a cost of SR.679,772.
4-Urgent relief SR. 5,258,955.
5-Construction/renovation of social service centers SR. 903,082.
6-Water- well digging at a cost of SR.207,465.
7-Human resources development centers SR.37,060.
8-Distribution of Palm dates at a cost of SR.316,676.
9- Cultural programs at a cost of SR.109,065.
10- General donations SR.1,406,059.
11- Sanabil Al- Khair SR.219,406.

Beneficiaries: 1 Mauritania, Guinea, Bissau, Liberia, Cote d' Ivoir, Gambia, Burkina Fasso, Senegal, Sierra Leone, Ghana, Kosovo and Chechnya.

### (6-2) Yanbu branch office:

The Yanbu branch office is supervised by Eng. Abdullah Ibrahim Sharif. Its revenue was estimated at SR. 4,852,230.

It contributed in achieving the following:

1- Orphan sponsorship at a cost of SR.2,510,132.
2- Health care programs at a cost of SR.9,793.
3- Educational programs at a cost of SR.53,306.
4- Cultural programs at the cost of SR.89,975.
5- Palm dates distribution at the cost of SR. 2,741.
6- Urgent relief at a cost of SR.1,751,922.
7- Construction of social service centers SR.236,584.
8- Water- well digging at a cost of SR.19,255.
9- Human resources development at the cost of SR.1350.
10- Perpetual alms SR.140,172.

Beneficiaries:

Mozambique, Malagasy, Kosovo and Chechnya.

## (7) Najran Branch Office:

The branch office in Najran enjoys the patronage of Prince Mish'al bin Saud bin Abdul Aziz, Governor of the Najran region. The office is supervised by Mr. Khalid Saud Al-Faris. Revenue is estimated at SR.1,232, 363, and SR.2, 461,421,50 respectively.

This office, together with the Assir and Gizan branch offices have contributed in implementing the organization's programs and projects at a cost of SR.32, 258,423 disbursed as follows:

1- Orphan sponsorship at a cost of SR.14,391,104.





8- Kurdistan (Irak), 9- Burundi, 10- Rwanda, 11- Ethiopie, 12- Kosovo, 13- Tchétchénie.

## Région de Médine el Mounawwara

### Bureau de Médine el Mounawwara

Le prince Maqrin ben Abdel Aziz, gouverneur de la région de Médine el Mounawwara accorde une grande attention aux multiples programmes de l'Organisme et les appuit.

Le bureau est dirigé par le Dr. Hamza Zuhair Hafedh. Les recettes de ce bureau ont atteint en l'an 99\2000 le montant de (15 498 525 riyals). Les réalisations de ce bureau sont les suivantes:

1-Prise en charge d'orphelins et d'orphelinats (6 039 343 riyals)
2- Programmes sanitaires (421 642 riyals)
3- Projets d'enseignement (579 772 riyals)
4-Secours d'urgence (5 258 955 riyals)
5- Centres sociaux(903 082 riyals)
6- Forage de puits (207 465 riyals)
7-Promotion humaine (37 060 riyals)
8-Distribution de dattes (316 676 riyals)
9- Programmes culturels (109 065 riyals)
10- Dons générales (1 406 059 riyals)
11- Projets "Epis du bien" (219 406 riyals)

Pays bénéficiaires: 1-Mauritanie, 2- Guinée, 3-Guinée Bissau 4- Liberia, 5- Côte d'Ivoire,
6- Gambie, 7- Burkina Faso, 8-Sénégal, 9- Sierra Leone, 10- Ghana, 11- Kosovo, 12- Tchétchénie.

### 4-Bureau de Yanbou

*Le bureau est dirigé par l'ingénieur Abdallah Ibrahim Sharif.Les recettes de ce bureau ont atteint en l'an 99\2000 le montant de (4 852 230 riyals). Les réalisations de ce bureau sont les suivantes:

1- Prise en charge d'orphelins (2 510 132 riyals)
2- Programmes sanitaires (9 793 riyals)
3- Programmes d'enseignement (53 306 riyals)
5- Appui aux programmes culturels (89 975riyals)
6-Distribution de dattes (12 741 riyals)
7- Secours d'urgence (1 751 922 iyals)
8- Appui aux constructions de centres sociaux (236 584 riyals)
9- Forage de puits (19 255 riyals)
10- Programmes de promotion humaine (1350 riyals)
11- Aumônes générales (140 172 riyals)

Pays bénéficiaires:

1- Mozambique, 2- Madagascar, 3- Kosovo, 4-Tchétchénie.

### Bureau de Najran

Le prince Mashaal ben Saoud ben Abdel Aziz, gouverneur de la région de Najran accorde un grand intérêt à ce bureau.

Le bureau est dirigé par Cheikh Khaled Saoud Fares. Les recettes de ce bureau ont atteint en 98\1999 le montant de (1 232 363 riyals) et en l'an 99\2000 (2 461 421, 50 riyals)Le bureau a contribué avec les bureaux de Assire et de Jizan pour un montant global de (32 258 423 riyals) à la réalisation des programmes et projets suivants:

2- Educational projects at a cost of SR.409,343.
3- Health care programs at a cost of SR.774,264.
4- Construction of service centers at a cost of SR.1,523,981.
5- Water-well digging at a cost of SR.105,876.
6- Teacher sponsorship at a cost of SR.1,196,960.
7- Urgent relief at a cost of SR.12,721,534.
8- Palm-date distribution at a cost of SR.938,806.
9- Zakat (poor due) and general alms SR.196,555.
Beneficiaries:
1-Nigeria, Iraqi-Kurdistan, Chad, Kosovo and Chechnya.

### (8) Al - Qasim branch office:

Prince Faisal bin Bandar bin Abdul Aziz, Governor of Al-Qasim region takes great interest in the activities of the branch offices of the IIROSA in the Al-Qasim area. Apart from Buraidah office, there are other branch offices in Al-As'yah, Al-Bikairiah, Ar-Ras, Riyadh Al-Khabra, Maznab, Oyoon Al-Jawa'a and Enaiza. The Prince's annual contribution to the activities of the branch office is estimated at SR.100,000.

### (8-1)-Buraida Office:

The Buraidah office is supervised by Dr. Sulaiman bin Hamad Al-Saqri. Its revenue was estimated at SR. 6,528,413 spent on the following programs:
1- Palm dates distribution at a cost of SR.416,466.
2- Subsidized welfare centers and dug up water-wells at a cost of SR.180,604.
3- Educational programs and teacher sponsorship at a cost of SR.78,473.
4- Orphan sponsorship and social welfare at a cost of SR.1,722,770.
5- Health care programs at a cost of SR.19,969.
6- Cultural programs at a cost of SR.12,355.
7- Urgent relief – blankets and winter supply at a cost of SR.3,998,547.
8- Zakat collection SR.22,617.
9- Sanabil Al-Khair SR.4,268.
10- General donations and alms SR.72,244.
11- Sales of "Atfaluna" (Our Children) project SR.100.
Beneficiaries:
Sri Lanka, Nepa, Ethiopia, Kosovo, Bosnia-Herzegovina, Kashmir and Chechnya.

### (8-2) – Unaizah:

The Unaizah branch office of the *IIROSA* is supervised by Sheikh Abdullah bin Hamad Al-Jabr. Its revenue was estimated at SR.1,363,600.
It helped in implementing of the following programs of *IIROSA*:
1- Cultural programs at a cost of SR.300.
2- Educational programs at a cost of SR.78,874.



1- Prise en charge d'orphelins (14 391 104 riyals)
2- Projets d'enseignement (409 343 riyals)
3- Programmes sanitaires (774 264 riyals)
4- Appui aux constructions de centres sociaux ( 1 523 981 riyals)
5- Forage de puits (105 876 riyals)
6- Prise en charge d'enseignants (1 196 960 riyals)
7- Secours d'urgence (12 721 534 iyals)
8- Distribution de dattes (938 806 riyals)
9- Zakates et aumônes générales (196 555 riyals)
*Pays bénéficiaires
1- Nigeria, 2-Kurdistan (Iraq), 3-Tchad, 4- Kosovo, 5-Tchétchénie.

### 9-Bureau de la région d'El Qassim:

Le prince Faissal ben Bandar ben Abdel Aziz, gouverneur de la région d'El Qassim accorde un grand intérêt aux bureaux de l'Organisme dans la région d'El Qassim, à savoir, les bureaux de: Buraïda auquel sont affiliés les bureaux annexes d'El Assiah, El Bakiria, El Rass, Riyadh El Khabra, El Madhnab, Ouyoun al Jawa' et le bureau
d' Ounaïza. Le prince Faissal ben Bandar tient toujours à présider la cérémonie annuelle de bienfaisance organisée dans la région où il fait, à chaque fois, des dons de son propre argent dont le montant n'a jamais été en dessous de 100 milles riyals

### 1- Bureau de Buraïda:

Le bureau est dirigé par le Dr. Souleymane ben Hamed Saqri. Les recettes de ce bureau ont atteint en l'an 99\2000 le montant de (6 528 413 riyals).
Le bureau a contribué à la réalisation des programmes et projets suivants:
1- Distribution de dattes (416 466 riyals)
2-Appui aux centres sociaux et au forage de puits (180 604 riyals)
3-Appui aux programmes d'enseignement et prise en charge d'enseignants (78 473 riyals)
4- Prise en charge d'orphelins et programmes de protection sociale (1722 770 riyals)
5- Programmes de prise en charge sanitaires (19 969 riyals)
6- programmes culturels (12 355 riyals)
7-Secours d'urgence et distribution de couvertures et de vivres d'hiver (3 998 547 riyals)
8-Zakates (22 617 riyals)
9- Projets "Epis du bien" (4 268 riyals)
10- Dons et aumônes générales(72 244 riyals)
11- Dons au projet "nos enfants" (100 riyals)
Pays bénéficiaires:1-Sri Lanka, 2- Népal, 3- Ethiopie, 4- Kosovo, 5-Bosnie-Hérzégovine, 6- Cachemire, 7-Tchétchénie.

### 2-Bureau de Ounaïza

Le bureau est dirigé par M. Abdallah ben Hamed al Jabr.
Les recettes de ce bureau ont atteint en l'an 99\2000 le montant de (1 363 600 riyals).
Ce bureau a contribué à la réalisation des programmes et projets suivants:
1- Programmes culturels (300 riyals)

3- Construction of service centers & Water- well digging at a cost of SR.21,820/ SR.6,200 respectively.
4- Orphan sponsorship (784 orphans) at a cost of SR. 413,821.
5- Palm date distribution at a cost of SR.75, 910.
6-Urgent relief SR.764,935.
7- Sanabil Al-Khair SR.1,390.
8- General Zakah (alms ) SR.350.
Beneficiaries:
Kenya, The Sudan, Kosovo and Chechnya.

## (9) Branch offices of the IIROSA in the Eastern Region



The branch offices of the *IIROSA* in the Eastern Province receive infinite support from Prince Muhammed bin Fahd bin Abdul Aziz, Governor of the EasternRegion, and Prince Saud bin Naif bin Abdul Aziz, Deputy Governor of the Region. These branch offices are supervised by His Highness Prince Turki bin Fahad bin Jalawi Al-Saud.

There are seven branch offices under the eastern provincial office, namely, Dammam, Ahsa, Juhail, Hafr Al- Batin, Ras Tanura, Al-Khafgi and Bqaiq.

The revenue for the year 1999, which was transferred to the general secretariat SR.10,875,973, which helped, implementing of the following programs:
1- Orphan sponsorship at a cost of SR.3, 714,925.
2- Health care programs at a cost of SR.672, 559.
3- Educational programs at a cost of SR.887, 081.
4- Cultural projects...SR.1, 436,508.
5-Human resources development projects SR.111,768.
6- Urgent relief campaign SR.4,053,132.
Beneficiaries: 1 Indonesia, India, Thailand, Philippines, Sudan, Kosovo and Chechnya.

## (10)- Gizan branch office:



The *IIROSA* offices in the Gizan area are wholeheartedly supported by Mr. Muhammed bin Turki Al-Sidairi, Governor of the Gizan area. Offices under the supervision of the Gizan office are: Sabya office-Samta office — Abu Arish, Darb and Beysh.
The regional office in Gizan is supervised by Sheikh Muhammed bin Hassan Al-Hazmi.
The revenue is estimated at SR.4, 634,856, and SR.7, 693,954 respectively. The regional office in Gizan, alongwith the Assir and Najran offices have contributed in the implementation of the various projects of *IIROSA* at the cost of SR.32, 258,423 disbursed as follows:
1- Orphan sponsorship at a cost of SR.14,391,104.
2- Educational programs at a cost of SR.409,343.
3- Health care programs at a cost of SR.774,264.
4- Service center construction at a cost of SR.1,523,981.
5- Water well digging at a cost of SR.105,876.
6- Teacher sponsorship at a cost of SR.1,196,960.
7- Urgent relief at a cost of SR.12,721,534.
8- Palm dates distribution at a cost of SR.938,806.
9- Zakat (alms) and general alms totaling SR.196,555.
Beneficiaries:
Nigeria, Kurdistan, Chad, Kosovo and Chechnya.

2-Appui aux projets d'enseignement (78 874 riyals)
3-Appui aux centres sociaux (21 820 riyals)
4- Forage de puits (6200 riyals)
5- Prise en charge de 884 orphelins (413 821 riyals)
6- Distribution de dattes (75 910 riyals)
7- Secours d'urgence au Kosovo (764 935 riyals)
8- Projets "Epis du bien" (1390 riyals)
9- Aumônes générales (350 riyals)
Pays bénéficiaires:
1- Kenya, 2- Soudan, 3-Kosovo, 4- Tchétchénie.

## 8-Bureau de la région de l'Est

Ils bénéficient de l'appui illimité du prince Mohamed Ben Fahd ben Abdel Aziz, gouverneur de la région de l'Est et de son adjoint le prince Saoud Ben Naif ben Abdel Aziz.
Ces bureaux sont dirigés par le prince Turki ben Fahd ben Jalwi Al Saoud.
Les bureaux de cette région sont au nombre de 7 bureaux à savoir: Dammam, Al Ahsa, Jubail , Hafr al Batan, Ras Tanura, Al Khafji, et Baqiq.
Les recettes de ces bureaux ont atteint en l'an 99\2000 le montant de (10 875 973 riyals). Ces bureaux ont contribué à la réalisation des programmes et projets suivants:
1- Prise en charge d'orphelins (3 714 925 riyals)
2- Programmes sanitaires (672 559 riyals)
3- Programmes d'enseignement (887 081 riyals)
4- Programmes culturels (1 436 508 riyals)
5- Programmes de promotion humaine(111 768 riyals)
6- Secours d'urgence (4 053 132 riyals)
Pays bénéficiaires: 1-Indonésie, 2- Inde, 3- Thaïlande, 4- Philippines, 5- Soudan,
6-Kosovo, 7- Tchétchénie.

## Bureau de Jizan

Le prince Mohamed benTurki Asdiri, gouverneur de la région de Jizan accorde un grand intérêt à ce bureau auquel sont rattachés les bureaux annexes de: Sabiya, Samta, Abu Arich, Darbet Bich, 'El Assiah.
Le bureau est dirigé par Cheikh: Mohamed ben Hassan Al Hazimi.
Les recettes de ces bureaux ont atteint en 98\1999 le montant de (4 634 856 riyals)et en l'an 99\2000 le montant de (7 693 954 riyals). Le bureau de Jizan a contribué avec les bureaux de Assire et Najran avec un montant global de (32 258 423 riyals) à la réalisation des programmes et projets suivants:
1- Prise en charge d'orphelins (14 391 104 riyals)
2- Projets d'enseignement (409 343 riyals)
3- Programmes sanitaires (774 264 riyals)
4-Construction de centres sociaux ( 1 523 981 riyals)
5- Forage de puits (105 876 riyals)
6- Prise en charge d'enseignants (1 196 960 riyals)
7- Secours d'urgence (12 721 534 iyals)
8- Distribution de dattes (938 806 riyals)
9- Zakates et aumônes générales (196 555 riyals)
*Pays bénéficiaires:
1- Nigeria, 2-Kurdistan (Iraq), 3-Tchad, 4- Kosovo, 5-Tchétchénie.

**The Annual Report of the IIROSA for the year 2000**
**Domestic Offices Revenue stated according to the amount of the revenue**
**NO. Branch Office Revenue in SR.**

**Rapport annuel de l'OIMS pour l'an 99\2000 Tableau de recettes des bureaux locaux**

| No. | Office<br>Bureau | Revenue (Saudi Riyals)<br>Recettes (Riyals saoudiens) |
|---|---|---|
| 1 | **Riyadh office**<br>Bureau de Riyadh | 37,002,514,00 |
| 2 | **Jeddah office**<br>Bureau de jeddah | 32,889,889,00 |
| 3 | **Assir office**<br>Bureau de Assire | 22,103,047,50 |
| 4 | **Madina Munawarrah**<br>Médina el Mounawwara | 15,498,525,00 |
| 5 | **Makkah Mukarramah**<br>Mecque El Moukarramah | 12,754,839,00 |
| 6 | **Eastern regional office**<br>Bureau de la région de l'Est | 10,875,973,00 |
| 7 | **Women' Committee**<br>la Commission des femmes | 9,000,059,00 |
| 8 | **Gizan office**<br>Bureau de Gizan | 7,693,954,00 |
| 9 | **Bouraida office**<br>Bureau de Bouraïda | 6,528,413,00 |
| 10 | **Taif office**<br>Bureau de Taïf | 6,525,590,00 |
| 11 | **Baha office**<br>Bureau de Bahha | 5,970,940,00 |
| 12 | **Yanbu office**<br>Bureau de Yanbou | 4,825,330,00 |
| 13 | **Najran office**<br>Bureau de Najran | 2,461,421,50 |
| 14 | **Jouf office**<br>Bureau d'el Jouf | 1,364,158,00 |
| 15 | **Unaiza office**<br>Bureau de Ounaïza | 1,363,600,00 |

## Domestic Offices Revenue from 1/1/ to 30/12/1420H (1999-2000) stated according to the amount of the revenue in SR.

**Recettes des Bureaux Locaux pour la periode allant du1/1 au 30/12/1420H (Recettes expérimées en RS)**




| Riyadh Riyadh | Jeddah Jeddah | Assir Assire | Madina Munawarrah Médina el Mounawwara | Makkah Mukarramah Mecque El Moukarramah | Eastern Regional Région de l'Est | Women's Committee la Commission des femmes | Gizan Gizan | Bouraida Bouraida | Taif Taif | Baha Bahha | Yanbu Yanbou | Najran Najran | Jouf El Jouf | Enaiza Ounaiza |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37,002,514 | 328,898,89 | 154,985,25 | 127,548,39 | 108,759,73 | 37,002,514 | 90,000,59 | 76,939,54 | 65,384,13 | 65,255,90 | 59,002,514 | 48,253,30 | 24,614,21 | 13,641,58 | 13,636,00 |

## Domestic Offices Contribution Regarding the Urgent Relief in 1420H (1999-2000) (in SR.)

**Contribution des Bureaux Locaux aux Programmes de Secours d' Urgence pour l' an 1420H**




| Jeddah Jeddah | Najran Assir Gizan Najran Assire Gizan | Riyadh Riyadh | Women's Committee la Commission des femmes | Madina Munawarrah Medina el Mounawwara | Eastern Regional Région de l'Est | Bouraida Bouraida | Baha Bahha | Taif Taif | Yanbu Yanbou | Enaiza Ounaiza | Jouf El Jouf | Makkah Mukarramah Mecque El Moukarramah |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13435211 | 12721534 | 8926121 | 6249843 | 5258955 | 4053132 | 3998547 | 3057549 | 1963522 | 1751922 | 764935 | 137895 | 32432 |

## Domestic Offices Contribution to Free Meals & Human Development in 1420H (1999-2000) (in SR.)

**Contribution des Bureaux locaux aux programmes de repas graetuits au jeûneurs & developpment Humain en l'an (99/2000)**




| Makkah Mukarramah Mecque El Moukarramah | Najran Assir Gizan Najran Assire Gizan | Riyadh Riyadh | Jeddah Jeddah | Bouraida Bouraïda | Madina Munawarrah Médina el Mounawwara | Baha Bahha | Taif Taïf | Eastern Regional Région de l'Est | Enaiza Ounaiza | Jouf El Jouf | Yanbu Yanbou | Women's Committee la Commission des femmes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1013323 | 938806 | 724359 | 588572 | 416466 | 353736 | 280754 | 156118 | 111768 | 75910 | 31380 | 14091 | 4550 |

## Domestic Offices Contribution Regarding Health Care in 1420H (1999-2000 (in SR.)

**Contribution des Bureaux locaux au programme de la Protection Sanitair (99/2000) en R.S.**




| Najran Assir Gizan Najran Assire Gizan | Eastern Regional Région de l'Est | Riyadh Riyadh | Madina Munawarrah Médina el Mounawwara | Jeddah Jeddah | Women's Committee la Commission des femmes | Taif Taïf | Makkah Mukarramah Mecque El Moukarramah | Bouraida Bouraïda | Yanbu Yanbou | Baha Bahha | Jouf El Jouf |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7742264 | 672569 | 588537 | 421642 | 219072 | 215848 | 103562 | 21631 | 19969 | 9793 | 9050 | 1630 |

## Domestic cffices contribution in Social Care in 1420H (1999-2000) (in SR.)

**Contribution des Bureaux locaux aux programmes de soutien à la protection social en l'an (99/2000)**




| Najran Assir Gizan<br>Najran Assire Gizan | Jeddah<br>Jeddah | Madina Munawarrah<br>Médina el Mounawwara | Riyadh<br>Riyadh | Makkah Mukarramah<br>Mecque El Moukarramah | Eastern Regional<br>Région de l'Est | Yanbu<br>Yanbou | Taif<br>Taïf | Baha<br>Bahha | Women's Committee<br>la Commission des femmes | Bouraida<br>Bouraida | Jouf<br>El Jouf | Enaiza<br>Ounaïza |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14291104 | 13651912 | 6039343 | 10074693 | 4644432 | 3714925 | 2510132 | 2444919 | 2041721 | 1978285 | 1722770 | 847065 | 413821 |

## Domestic Offices Contribution Regarding Educational Care in 1420H (1999-2000(in SR.)

**Contribution des Bureaux locaux aux programmes de soutien à la protection de l'enseignement en l'an (99/2000)**




| Najran Assir Gizan<br>Najran Assire Gizan | Jeddah<br>Jeddah | Eastern Regional<br>Région de l'Est | Riyadh<br>Riyadh | Madina Munawarrah<br>Médina el Mounawwara | Makkah Mukarramah<br>Mecque El Moukarramah | Taif<br>Taïf | Enaiza<br>Ounaïza | Bouraida<br>Bouraida | Yanbu<br>Yanbou | Baha<br>Bahha | Women's Committee<br>la Commission des femmes | Jouf<br>El Jouf |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1606303 | 1177958 | 887081 | 585009 | 579772 | 542666 | 110716 | 78874 | 78473 | 53306 | 30457 | 19650 | 190 |

# Introduction of the Programs and Projects Report

## IIROSA achievements in 1420H (1999 - 2000)

The IIROSA is distinguished by its diversified programs, projects and good relationships, with local, regional and international institutions that are related to its field. It works in two fields: urgent relief and constant development in favour of the poor, refugees, emigrants, war victims and disasters. It runs 10 urgent programs: Urgent Relief Program, Social Welfare Program, Educational Care Program, Guidance Committee and Instructors, Human Development, Free Meals Program and the and Digging Water Wells.

The total expenditure of the IIROSA program in 1420H is SR (63,340,644)
The number of projects that are run by the IIROSA is (1,477).

### The International Islamic Relief Organization of Saudi Arabia
### Annual Report for the year 2000
### Statement of expenditure covering the various programs and projects (according to project)

Rapport annuel de l'OIMS pour l'an 99\2000
Tableau des dépenses selon la nature des programmes et des projets

| No. | No. Program<br>Programmes | No. of projects<br>Nb \ projets | Beneficiaries<br>Nb \ bénéficiaires | Countries<br>Nb\pays | Expenditure in 1999/2000<br>Dépenses (Riyals Saoudiens) |
|---|---|---|---|---|---|
| 1 | **Urgent relief**<br>Secours d'urgence | **35**<br>35 | **21,486,178**<br>21,486 178 | **35**<br>35 | **77,763,202**<br>77,763 202 |
| 2 | **Social welfare**<br>Protection sociale | **47**<br>47(prise en charge d'orphelins prisonniers + 20 orphelinats ) | **51,523**<br>51,523 orphelin(e)s | **48**<br>48 | **50,758,645**<br>50, 758 645 |
| 3 | **Service centers**<br>Centres sociaux | **381**<br>381 | **70,000**<br>13,977,353 | **14**<br>14 | **13,977,353**<br>70, 000 |
| 4 | **Health care**<br>Protection sanitaire | **110**<br>110 hopitaux,dispensaires et cliniques | **8,212,57**<br>1,900,246 | **31**<br>31 | **1,900,246**<br>8,212 57 |
| 5 | **Educational care**<br>Programmes d'enseignement | **37**<br>37 Etablissements scolaires | **782+344+94+11,862**<br>782 instructeurs, 344 étu-diants , 94 enseignant(e)s, 11,872 élèves | **39**<br>39 | **4,370,722**<br>4,370, 722 |
| 6 | **Cultural programs**<br>Programmes culturels | **570**<br>570 | **33,884**<br>33,884 élèves | **19**<br>19 | **3,908,255**<br>3,908,255 |
| 7 | **Food Distribution**<br>Distributions de vivres | **66**<br>66 | **1,200,000**<br>1,200,000 | **66**<br>66 | **3,062,590**<br>3,062,590 |
| 8 | **Water-well digging**<br>Forage de puits | **38-157 76,000+31,400**<br>38 puits artésiens, 157 puits de surface 76 000 / 31,400 | **8**<br>8 | | **1,119,000**<br>1,119,000 |
| 9 | **Human resources dev.**<br>Programmes de promotion humaine | **16 / 1,365**<br>16 centres de formation professionnelles, de couture et d'informatique 1,365 | **10**<br>10 | | **168,300**<br>168,300 |
| | **Overall Total**<br>**Total Général** | **1,477**<br>**1477** | **24,863,678**<br>**24,863,678** | **95**<br>**95** | **163,340,644**<br>**163,340,644** |



IIRO 000231

## IIROSA Annual Report for the year 2000
## Statement of expenditure covering the various programs and projects (continentally)

### Rapport annuel de l'OIMS pour l'an 99\2000
### Tableau des dépenses sur les différents programmes et projets(selon les continents)

| No. | Activity<br>Programmes | Asia<br>Asie | Africa<br>Afrique | Europe<br>Europe | S. America<br>Amérique latine | Australia<br>Australie | Total<br>Total |
|---|---|---|---|---|---|---|---|
| 1 | **Urgent Relief**<br>Secours d'urgence | **6,772,072**<br>6,772,072 | **4,396,084**<br>4,396,084 | **66,696,056**<br>66,696,056 | | | **77,763,202**<br>77,763,202 |
| 2 | **Social Welfare**<br>Protection sociale | **27,474,401**<br>27,474,401 | **18,825,825**<br>18,825,825 | **4,458,419**<br>4,458,419 | | | **50,758,645**<br>50,758,645 |
| 3 | **Cultrl. Centr. Constrctn.**<br>Centres sociaux | **12,372,349**<br>12,372,349 | **1,605,004**<br>1,605,004 | | | | **13,977,353**<br>13,977,353 |
| 4 | **Health Care**<br>Protection sanitaire | **3,305,585**<br>3,305,585 | **4,741,842**<br>4,741,842 | **165,150**<br>165,150 | | | **8,212,577**<br>8,212,577 |
| 5 | **Eductnl Welfare**<br>Programmes d' enseignement | **1,898,277**<br>1,898,277 | **2,458,305**<br>2,458,305 | | **14,140**<br>14,140 | | **4,370,722**<br>4,370,722 |
| 6 | **Cultural Projects**<br>Programmes culturels | **1,401,703**<br>1,401,703 | **2,506,552**<br>2,506,552 | | | | **3,908,255**<br>3,908,255 |
| 7 | **Free Meals**<br>Distributions de vivres | **1,261,250**<br>1,261,250 | **1,161,340**<br>1,161,340 | **595,000**<br>595,000 | **10,000**<br>10,000 | **35,000**<br>35,000 | **3,062,590**<br>3,062,590 |
| 8 | **Water Well digging**<br>Forage de puits | **734,000**<br>734,000 | **385,000**<br>385,000 | | | | **1,119,000**<br>1,119,000 |
| 9 | **Human Resources Dev.**<br>Programmes de promotion humaine | **25,300**<br>25,300 | **143,000**<br>143,000 | | | | **168,300**<br>168,300 |
| | **Total**<br>Total général | **55,244,927**<br>55,244,927 | **63,119,952**<br>63,119,952 | **71,913,625**<br>71,913,625 | **24,140**<br>24,140 | **35,000**<br>35,000 | 163,340,644<br>163,340,644 |



## Total expenditure of the various programs and projects in 1420H (1999-2000) (according to projects)

**Volume des dépenses sur les différents programmes en l'an 99/2000 (selon les projets)**




| Urgent relief<br>Secours d'urgence | Social Care<br>Protection Sociale | Cultural Centres<br>Centres Culturels | Medical Care<br>Protection Sanitaire | Educational Care<br>Programme d'enseignement | Cultural Projects<br>Projets Culturels | Free Iftar<br>Programme de Distribution | Well-digging<br>Forage de puits | Human Resourses Programs<br>Programme de Promotion Humaine |
|---|---|---|---|---|---|---|---|---|
| 77763203 | 50758645 | 13977353 | 8212577 | 4370722 | 3908255 | 3062590 | 1119000 | 158300 |

## Total expenditure of the various programs and projects in 1420H (1999-2000) (continentally)

Volume des dépenses sur les différents programmes et projet de l'organisme en l'an 99/2000 (selon les continents)




| Europe<br>Europe | Africa<br>Afrique | Asia<br>Asie | Australia<br>Australie | South America<br>Amérique du Sud |
|---|---|---|---|---|
| 71913625 | 63119952 | 55244927 | 35000 | 24140 |

**Percentage of expenditure of the IIROSA projects in 1420H (1999-2000) in SR (Continentally)**

**Taux des dépenses sur les projets de l'OIMS en l'an 99/2000 (selon les continents) en riyals**








| Australia / Australie | South America / Amérique du Sud | Africa / Afrique | Asia / Asie | Europe / Europe |
|---|---|---|---|---|
| 0% | 0% | 33% | 29% | 38% |
| 35,000 | 24,140 | 63,119,952 | 55,244,927 | 71,913,625 |



# Urgent Relief Program and Shipment
## Programme des Secours d'urgence et des cargaisons acheminées



# Urgent Relief Program and Shipment 1999-2000

## Programme des Secours d'urgence et des cargaisons acheminées en 99\2000

- The amount of SR.77,763,202 was spent on urgent relief operations in the year 1999/2000 as follows:
- 3,084,730 Kilograms of relief items shipped to about 21,486,178 refugees, the distressed and the poor.
- 765,000 Kilograms of palm-dates donated by King Fahd bin Abdul Aziz, the Custodian of the Two Holy Mosques sent to 1,452,088 people around the world.
- 14,100 copies of text-books distributed among 33,535 students and 555 teachers.

---

- 77 763 202 riyals saoudiens, ont été dépensés en Secours d'urgence en l'an 99\2000
- 3 084 730 kgs de produits de Secours d'urgence ont été distribués aux réfugiés, aux sinistrés et aux pauvres en l'an 99\2000, dont ont bénéficié 21 486 178 personnes.
- 765 000 kgs de dattes; (don du roi Fahd) ont été distribués par l'OIMS aux pays pauvres dont ont bénéficié 1 452 088 personnes.
- 14 100 livres ont été distribués par l'OIMS dont ont bénéficié 33 535 élèves et 555 enseignants.










## Urgent Relief and Shipping Program

The Urgent relief operations have become a discipline taught at universities and other educational institutions worldwide. As a matter of fact, the IIROSA has earned the reputation of acting with extreme speed to assist the grieved before they were thoroughly carried away by calamities, and their lives suffered by mishap. This quality of rapid response at the hour of need as well as the organization's incessant activity inside refugee camps perched either on the mountaintops or in the jungles has earned it profound admiration.

### Objectives

The urgent Relief and shipping program is designed to further the following goals:

1- Provide urgent assistance to victims of civil war and natural disaster all over the world.

2- Take care of refugees and displaced persons in as much as health care, educational and psychological needs are concerned.

3- Find ways and means of reaching victims at short notice.

4- Establish cooperative ties with other organizations with similar objectives in order to avoid duplication and reduce cost.

5- Palm-date distribution and other material items among disaster victims.

6- Extending a helping hand to alleviate the suffering of victims.

### King Fahd bin Abdul Aziz donation of Palm dates

In November 1999, a royal ordinance contained in a cablegram no. 12098/B/5 assigned the IIROSA the responsibility of distributing the King's gift of palm dates to the needy in the poor countries. The ordinance was successfully carried out by the organizations despite the sometimes-adverse circumstances of war, lack of





## PROGRAMME DE SECOURS D'URGENCE ET DES CARGAISONS ACHEMINEES

Le Secours d'urgence ou ce qui est communément connu par l'action prioritaire en temps de catastrophes naturelles et de sinistres est une science bien établie enseignée dans les Universités et les Instituts à travers le monde. Il ne s'agit plus d' une action individuelle isolée mais d'un domaine d'activité représentant un des aspects les plus préoccupants pour les Organisations de Secours.

L'Organisme Islamique Mondial de Secours du royaume d'Arabie saoudite (O.I.M.S )se distingue par sa rapidité de parvenir aux victimes de catastrophes naturelles telles que les tremblements de terre, les volcans, les tempêtes et les cyclones et autres désastres ou tragédies provoquées par l'homme lui-même telles que les guerres, les confrontations tribales ou éthniques. L'OIMS intervient sur les lieux de catastrophes afir de panser les blessures des sinistrés, soigner les blessés et appaiser les souffrances des terrifiés.

L'Organisme est en mesure de parvenir aux camps de réfugiés, dans les brousses, les jungles, les sommets de montagnes ou en plein desert. Pour cela, il mobilise tout son arsenal et ses moyens modernes afin de ne pas être pris au dépourvu.

Cette diligence dans l'action et la capacité de parvenir jusqu'aux victimes ont suscité l'admiration de tous. D'autant que ses cadres humains qui se sont portés volontaires pour de telles situations ne craignent ni difficulié,ni fatigue de distances, ni chemins battus. Car leur principal objectif est de servir et de sauver les sinistrés concrétisant ainsi les enseignements islamiques appellant à secourir les nécessiteux où qu'ils soient.

L'Organisme supporte tous les obstacles dans le but d'atteindre les sinistrés partout dans le monde d'autant que les affamés, les malades, les femmes, les vieillards et les enfants ne supportent aucun retard ou ralentissement. Cela a conduit la Direction des Secours d'urgence à rester toujours fin prête pour intervenir, à tout moment, dans les régions sinistrées. L'Organisme offre aussi des abris et distribue des vêtements, de la nourriture et des médicaments sans pour autant oublier son devoir sur le plan pédagogique, culturel et social dans le but d'apaiser quelques souffrances.

Le rôle efficace de l'O.I.M.S est salué par toutes les Organisations internationales. Ses activités suscitent le respect et l'admiration de tous à travers le monde d'autant que les effets positifs de ses actions sont manifestes partout dans le monde.

### Objectifs:

1- Apporter les secours d'urgence aux victimes de guerres civiles et de catastrophes naturelles partout dans le monde.

2- Inspecter les conditions de vie des réfugiés, des expatriés et des exilés et évaluer leurs besoins sur les plans sanitaire, pédagogique et psychique.

3-Trouver les voies et moyens en vue de parvenir le plus vite possible jusqu'aux victimes.

4- Coopérer avec toutes les institutions opérant dans le domaine des Secours d'urgence en vue de concentrer les efforts et min-













security, rough terrain and despite the withdrawal of several international relief agencies from Somalia during the height of its civil war, the IIROSA remained in the troubled country where it distributed the valuable present to the distressed people of that country. More than 1,402,088 persons benefited.

In this respect, it is worth commending the effective role played by the Saudi Arabian diplomatic missions in the distribution process as follows:

1- Afghanistan: 8,636 cartons weighing 95,600 kg has distributed and to 1,452,088 persons benefited.

2- Pakistan: 22,944 cartons weighing 229,440 kg has distributed and 220,200 people benefited.

3- Bangladesh: 30,592 cartons weighing 305,920 kg has distributed and 611,840 people benefited.

4- Thailand: 3,832 cartons weighing 38,320 kg has distributed and 114,960 people benefited.

5- Philippines: 5,748 cartons weighing 57,480 kg has distributed and 172,400 people benefited.

6- Azad Kashmir: 3,824 cartons weighing 38,240 kg has distributed and 62,768 people beneifted.



imiser les dépenses.

5- Distribuer des dattes et d'autres produits aux victimes des différentes catastrophes.

6- Apaiser les souffrances des sinistrés à travers les actions de soutien et d'assistance.

### Dattes offertes par le roi Fahd:

L'Organisme islamique mondial de Secours a bénéficié en novembre 1999 de la confiance du roi Fahd, souverain d'Arabie Saoudite en vertu de l'ordonnance No 5\b\12098 portant autorisation de distribuer son don de dattes aux milliers de pauvres, de nécessiteux, de réfugiés, de déportés, d'exilés, d'orphelins, de vieillards, d'handicapés, de veuves et à toutes les catégories de personnes démunies dans les pays pauvres.

Cette distribution de dattes à grande échelle à eu un écho favorable dans les coeurs de tous les bénéficiaires malgré les énormes obstacles rencontrés dans certaines régions du fait des guerres, de l'insécurité ou des difficultés d'accès. Dans ce cadre, il y a lieu de signaler que, malgré le retrait de nombreuses organisations de secours internationales de la Somalie, l'Organisme grâce à sa présence permanente sur place a réussi à distribuer des dattes à l'ensemble de ceux qui en avaient besoin.

Le nombre total des bénéficiaires de cette campagne de distribution de dattes à travers le monde était de: 1 452 088 personnes.

Les ambassades saoudiennes dans les pays bénéficiaires avaient participé aux opérations de distribution de dattes.

Les quantités de dattes distribuées et les pays bénéficiaires sont comme il suit:

8636 cartons de dattes (95 600 kgs)dont ont bénéficié 305 920 personnes en Afghanistan.

22 944 cartons de dattes (229 440 kgs)dont ont bénéficié 220 200 personnes au Pakistan.

30 592 cartons de dattes(305 920 kgs)dont ont bénéficié 611840 personnes au Bangladesh.

3832 cartons de dattes (38 320 kgs)dont ont bénéficié 114 960 personnes en Thaïlande.

5748 cartons de dattes (57 480 kgs)dont ont bénéficié 172 400 personnes aux Philippines.

3824 cartons de dattes (38 240 kgs)dont ont bénéficié 62768 personnes au Cachemire libre.

## The accomplishments of the urgent relief & shipping program

The total amount of money spent on this program is estimated at seventy seven million seven hundred and sixty three thousand two hundred and two (77,763,202) Saudi Riyals as shown in the table below:

## Ralisations du Programme de Secours d'urgence

Les dépenses totales pour ce programme pour l'an 99\2000 ont atteint (77 763 202 riyals) soixante dix-sept millions sept cent soixante trois milles deux cents deux riyals répartis comme suit:

| No | Specification<br>Description | Amount in Saudi Riyals<br>Montant en riyals |
|---|---|---|
| 1 | **Assistance given out in cash in urgent relief**<br>Aides financières dépensées en Secours d'urgence | **50,279,462**<br>50,279,462 |
| 2 | **Estimated value of relief items shipped**<br>Valeurs prévisibles des produits de Secours d'urgence acheminés aux différents à travers le monde | **25,926,557**<br>25, 926,557 |
| 3 | **Cost of shipment, handling & distribution**<br>Frais de chargements, de dédouanements et de distributions | **1,557,183**<br>1,557,183 |
| **Total**<br>Total | | **77,763,202**<br>77,763,202 |

The total weight of materials shipped is estimated at 3,84,730 kg. in 133 containers measuring 20 feet each and 33 containers measuring 40 feet each. 31 flights resumed the airlift operation ordered by King Fahad bin Abdul Aziz, the Custodian of the Two Holy Mosques to rescue the people of Kosovo. IIROSA offices and Saudi Arabian legations around the world to about 21,486,178 persons distributed these items.

Le poid total des produits en natures chargés et acheminés est de 3 084 730 kgs dont 133 conteneurs de 20 pieds et 33 conteneurs de 40 pieds acheminés par mer et par air (31 vols cargos)dans le cadre du pont aérien saoudien ordonné par le roi Fahd pour secourir les réfugiés du Kosovo . Les bureaux de l'Organisme et ses représentations à travers les différents pays se sont chargés de distribuer les produits de secours aux nécessiteux en coordination avec les ambassades du royaume d'Arabie saoudite. Ont bénéficié de ces assistances 21 486 178 personnes.

**Thirty five (35) countries in 3 continents benefited from these items as per the table below:**

**35 pays à travers 3 continents ont bénéficié de ces assistances, comme indiqué dans le tableau ci-dessous:**

| No | Continent<br>Continents | Number of countries<br>Nb. de Pays | Total expenditure<br>Dépenses en riyals |
|---|---|---|---|
| 1 | **Asia**<br>Asie | **(15)- Azerbaijan -Jordan – Afghanistan Indonesia-Pakistan-Bangladesh Thailand-*S.Arabia Sri Lanka-Chechnya-Philippines Azad Kashmir- Lebanon -India**<br>15 pays: Azerbaïdjan, Jordanie, Afghanistan, Indonésie , Pakistan, Bangladesh Thaïlande, Arabie Saoudite*,Sri Lanka , Tchétchénie, Philippines, Palestine, Cachemire libre, Liban et Inde | **6,600,926**<br>6,600,926 |
| 2 | **Africa**<br>Afrique | **(17)- Ethiopia-Eritrea-Uganda-Benin-Burundi-Chad-Tanzania-Comoros Djibouti-Senegal-Sudan-Somalia-Ghana-Kenya-Liberia Mauritania-Mozambique-**<br>17 pays: Ethiopie, Erythrée, Ouganda, Bénin,Burundi, Tchad, Tanzanie, Comores, Djibouti,Sénégal, Soudan, Somalie, Ghana,Kenya, Liberia, Mauritanie, Mozambique. | **4,269,063**<br>4,269,063 |
| 3 | **Europe**<br>Europe | **(3)-Bosnia–Herzegovina-Turkey-Kosovo**<br>3 pays: Bosnie-Herzégovine, Turquie, Yougos-lavie(Kosovo) | **66,442,855**<br>66,442,855 |
| **Total**<br>Total | | **Thirty five (35) countries**<br>35 pays | ****77,312,844**<br>**77,312,844 |



*Expatriate families living in Saudi Arabia received assistance from local IIROSA women's committees & other charity organizations.

** In addition to SR.450,358 administrative, operational, promotion and travel expenses.

* distribué aux familles pauvres d'étrangers résidents en Arabie saoudite à travers les commissions des femmes et des associations locales de charité.

** 450 358 riyals sont à ajouter comme dépenses diverses :administratives, de fonctionnement, transport et annonces.









IIRO 000239



## gent Relief & Shipping Program

mme des Secours d'urgence et des cargaisons ach











**Details of relief aid sent to the various countries:**

# Europe:

## Bosnia-Herzegovina

I. Reconstruction of destroyed homes in Bosnia-Herzegovina at the cost of $10,000 transferred to committee running the IIROSA office in Sarajevo on 2/12/1999.

II. Following an urgent report sent by the IIROSA office in Sarajevo concerning the deplorable conditions of about 1500 families in Jepgoraida, an amount of $14,967 was transferred to the office on 22/2/2000 to help the hapless families.

III. The IIROSA paid an amount of $1074 as the subscription rate of the Coordination Council for the Relief of the People of Bosnia-Herzegovina, bringing the total amount spent in that country to SR.97,654.

## Turkey

Following the devastating earthquake that struck north western parts of Turkey on Tuesday 17/8/1999, the Secretariat General of the IIROSA contacted member organizations of the Urgent Relief Committee and established a channel of coordination with both the Saudi Arabian and Turkish Red Crescents to extend necessary assistance to the victims. Accordingly, 10 containers measuring 20 feet each were shipped to Turkey carrying rice, blankets, water canisters, medicine and wheelchairs. The estimated weight of the items was 112,145 kg. costing about SR.2,177,725 in addition to SR.33,750 shipment costs, and SR.37,500 distribution costs, bringing the total amount spent to SR. 2,248,975.

## Kosovo

In the wake of the events of destruction, murder and forceful eviction of the Kosovars from their homeland by the Serbs, the IIROSA was the first organization to launch an urgent relief campaign for the Kosovo refugees at Kokis, the first point of entry into Albania on 8/4/1998. Thereafter, the IIROSA continued its relief efforts to alleviate the suffering of the refugees. The total amount corporeal and cash assistance extended was estimated at about SR.64, 096,226 as of 5/4/2000.

### The Kosovo relief operation was carried out in three phases as follows:

Phase one: Assisting the Refugees in Albania:

In addition to publicity and fund raising campaigns and coordination with the members of the General Relief Committee, and the formation of the Joint Saudi Arabian Committee for the Rescue of the People of Kosovo, the IIROSA provided the following in this respect:

1- An amount of fifteen million and nine hundred and thirty six thousand and eight hundred and fifty four Saudi Riyals (SR.15,936,854) was allocated for rescuing the people of Kosovo

2- An amount one million Saudi Riyals (SR. 1,000,000) was made available to the Saudi Arabian Red Crescent to supply and airlift a field hospital and ten dispensaries to Albania.

3- Three camps were established in Sacrabar to give shelter to about 1350 refugees, and Birat 1600 refugees, and Kafaya - 1800 refugees, in addition to 5000 refugees sponsored by the IIROSA outside the refugee camps, bringing the total number of refugees looked after by the organization to 9750 representing more than half the refugees under the care of the Joint Saudi Arabian Committee for the Rescue of the People of Kosovo.

### Moreover, the following services were provided by IIROSA

1-Daily meals distributed inside the camps, beds, carpets, blankets and sanitary ware as well as items required by children and women.

2-Educational facilities and arranged morning and evening classes for boys and girls, in addition to cultural programs in three edu-

**Voici maintenant les détails des assistances de Secours d'urgence acheminées dans les différents pays par ordre alphabétique selon les continents:**

# Europe:

## 1-Bosnie-Hérzégovine :

a- L'Organisme a contribué à la reconstruction des maisons des exilés bosniaques. Dans ce cadre, un montant de 10 000 dollars ( 37 500 riyals) a été viré au compte de l'Organisme à Sarajevo. Le bureau de l'Organisme a reçu les instructions de dépenser ce montant dans les chapitres qui lui sont fixés par la lettre du Secrétariat général No : 20\2537\500, ce montant a été envoyé par un chèque postal le 2\12\1999.

b- La Direction des Secours d'urgence a reçu un rapport de son bureau à Sarajevo portant détérioration des conditions de vie de 1500 familles composées de vieillards et de retraités dans la région de "Jipkorjadic"(Bosnie- Hérzégovine) et sur la nécessité de leur envoyer des produits alimentaires et des articles d'hygiène.Immédiatement après réception de ce rapport, l'Organisme mena une étude sur la situation et envoya un chèque postal d'un montant de 14 967 $(56 126,65 riyals) émis le 22\2\2000 en avisant le bureau de Sarajevo de dépenser ce montant dans les chapitres fixés par la lettre du Secrétariat général No20\7310\500 en date du 26\2\2000.

c- L'Organisme a payé les frais d'abonnement du Conseil de coordination de secours au peuple de la Bosnie-Hérzégovine d'un montant de 1074 $ (4027,50 riyals) Ainsi donc, le total dépensé en Bosnie-Hérzégovine est de l'ordre de:97 654 riyals.

## 2- Turquie:

Suite au tremblement de terre qui a frappé le Nord Ouest de la Turquie le mardi 17\8\1999, l'Organisme a pris contact avec les organisations membres du Comité de secours général en vue d'envoyer des secours aux sinistrés. Et avec la coordination du Croissant rouge saoudien et du Croissant rouge turque l'Organisme a acheminé à la Turquie 10 conteneurs de 20 pieds (112 145 kgs) chargés de : produits alimentaires (riz) , de couvertures, de médicaments, d'articles médicaux, de chaises pour handicapés) d'une valeur de 2177 725 riyals + 33 750 riyals comme frais de chargement et 37 500 riyals comme frais de distribution. Ainsi donc, le total des dépenses de secours en faveur de la Turquie a atteint la somme de: 2 248 975 riyals.

## 3-Le Kosovo :

Suite aux événements dramatiques auxquels a été confronté le peuple du Kosovo en ex Yougoslavie, l'Organisme a été la première organisation à mener une campagne de secours d'urgence au bénéfice des réfugiés kosovares dans la région de Kukes laquelle est d'ailleurs la première région d'accueil de réfugiés en Albanie. Cette opération a été menée du 8\4\1998 jusqu' au 5\4\2000. Au cours de cette campagne l'Organisme a dépensé au titre des assistances en nature et en espèces l'équivalent de:64 096 226 riyals. Cette campagne a connu trois phases d'exécution:

**Première phase:** Secourir les réfugiés en Albanie: Parallelement à ses efforts déployés dans les campagnes de sensibilisation et d'explication de la question des réfugiés kosovares,de collectes de dons, de coordination avec les organisations membres du Comité de secours général et la constitution de la Commission saoudienne commune de secours au peuple du Kosovo, l'Organisme a réalisé les opérations suivantes:

1-Virement d'un montant de 15 936 854 riyals pour secourir le peuple du Kosovo.

2- Envoi d'un chèque d'un montant de : 1000 000 riyals au nom de l'association du Croissant rouge saoudien pour l'achat et l'envoi par avion en Albanie d'équipements d'un hôpital de terrain et de 10 dispensaires.

3- Installation de trois camps de réfugiés à Sakrapar (1350 réfugiés), à Birat (1600 réfugiés) et à Kafaya (1800 réfugiés) en plus de 5000 réfugiés pris en charge par l'Organisme à l'extérieur des camps. Ainsi donc le nombre total des réfugiés pris en charge par l'Organisme est de 9750 réfugiés représentant plus de la moitié des réfugiés pris en charge












cational centers. At the same time, 38 teachers were sponsored in Albania, and 30 in Macedonia and 11 female teachers and 9 instructors. 91 person were employed to supervise these activities.
3- Provided 115,000 copies of books , in addition to 225,000 copies of text books in the Albanian language as well as 2800 copies of miscellaneous literature in the Albanian language.
4-A hospital and three health care centers attending to 1500 patient daily, and coordinated with the Mother and Child Organization in vaccination and breast feeding programs.
*Phase Two*: Repatriation of Refugees back to Kosovo after the hostilities following the liberation of Kosovo, a representative of The IIROSA visited the region to evaluate the situation. Consequently, the IIROSA opened an urgent plan to deal with this second phase of its operations as follows:
1-Offices were opened in the capital Pristina and the town of Prizuren on the border with Albania. Three areas were selected for operations i.e. Pristina, Bia and Metrovice.
2-Stores were leased in Pristina and Prizuren.
3-A bakery was also leased to provide returning refugees with ordinary bread.
4- A center was set up in the Kukesh region of Albania to provide returning refugees with baskets of food. 1000 baskets of food and a truckload of flour were distributed.
5-In ccooperation with the Joint Saudi Committee, the IIROSA provided 100 buses to transport refugees returning to Kosovo, accompanied by 70 trucks carrying personal effects.
6-The convoys bringing in the returning refugees were accompanied by ambulances to provide emergency medical services all the way to Kosovo.
7-General awareness brochures and booklets dealing with health, social and cultural issues were distributed to the returning refugees.
The total amount of money spent on the second phase was estimated at one million US $1,000,000.
Phase three: The IIROSA 's achievements inside Kosovo following the return of the refugees.
The IIROSA made a plan to help in the rehabilitation and reconstruction programs in Kosovo, and allocated a budget which was estimated at US $11,041,158 disbursed as shown in the statement below:

par la commission saoudienne commune de secours au peuple du Kosovo
L'Organisme a fourni aux réfugiés les prestations suivantes:
1-Repas quotidiens, lits, couvertures, couches, médicaments, produits nécessaires pour enfants et pour femmes.
2- Ouverture de classes scolaires à l'intérieur des camps :une séance matinale pour les garçons et une séance dans l'après- midi pour les filles, lancement d'un programme culturel dans trois centres scolaires, prise en charge de 91 enseignants et de 11 enseignantes en Albanie, de 30 enseignants en Macédoine et de 6 fonctionnaires pour encadrer ces activités.
3- Impression de 115 000 livres en langue albanaise en plus de la fourniture de 225 000 livres scolaires en albanais + 2800 autres livres en albanais.
4- Installation d'un hôpital et de 3 centres de santé dont le nombre de visiteurs a atteint 1500 malade \jour, coordination avec l'organisation locale de la maternité et de l'enfance en vue de vacciner les enfants et mettre en oeuvre un programme d'allaitement en faveur des mères.
Deuxième phase: programme de rapatriement des réfugiés au Kosovo après la guerre. Le délégué de l'Organisme a rendu visite au Kosovo immédiatement après la libération du Kosovo pour évaluer la situation sur la base de laquelle l'Organisme a mis au point
un plan d'urgence comportant les points suivants :
1-Ouverture d'un bureau dans la capitale de la province Pristina et un autre à Prizern aux frontières de l'Albanie et sélection de trois régions d'action à savoir: Pristina, Bya et Mitrovitsa.
2-Location de hangars à Pristina et à Prizern.
3-Location d'une boulangerie pour procurer du pain aux réfugiés.
4-Installation d'un centre d'alimentation dans la région de kukes en Albanie pour distribuer des paniers de nourriture. Dans ce cadre, ont été distribués 1000 paniers de nourritures en plus du déchargement d'un camion de farine.
5- Mobilisation de 100 autobus pour transporter les réfugiés de l'Albanie jusqu'à Kosovo en coordination avec la commission saoudienne commune de secours, et 70 camions chargés d'affaires personnelles des réfugiés.
6-Accompagnement des caravanes de réfugiés par des ambulances pour assurer des services médicaux le long de la route.
7- Distribution de publications et de dépliants de sensibilisation sur les mesures de santé à prendre et sur certains aspects socio-culturels.
*Les dépenses affectées à cette phase ont atteint la somme de 1000 000 $.
*Troisième phase: Réalisations de l'Organisme au Kosovo après le rapatriement des réfugiés:* Le plan tracé par l'Organisme pour la réhabilitation et la reconstruction du Kosovo a nécessité la somme de :
11 041 158 $ répartis selon le tableau suivant:

| No. | Specification<br>Définition | Costs in US. $<br>Frais(dollars) | Remarks<br>Observations |
|---|---|---|---|
| 1 | Social centers<br>Centres sociaux | 1,790,539<br>1,790,539 | Construction of 3 social centers renovation 12 c.c. furnishing 50 c.c.<br>Construction(3),restauration(12),équipement (50) |
| 2 | Housing<br>Maisons | 2,432,400<br>2,432,400 | 150 homes renovated<br>Restauration de 150 maisons |
| 3 | Education<br>Enseignement | 3,778,376<br>3,778,376 | 10 schools reconstructed-6 schools renovated 20 schools furnished –100teachers sponsored –100,000 copies printed–10,000 school bag -3 3-libraries furnished<br>Reconstruction(10 écoles),restauration(7écoles),équipement (20 écoles). Prise en charge de (100 enseignants), impression(1000 000 livres). distribution de10 000 cartables , équipement de 3 bibliothèques |
| 4 | Health<br>Santé | 1,446,843<br>1,446,843 | 3-hospitals renovated-hospital equipment and supplies<br>Restauration (3 hôpitaux),achat (appareils et matériels médicaux et équipements pour hôpitaux ) |
| 5 | Social welfare<br>Protection sociale | 1,131,000 3000<br>1,131,000 3000 | orphan sponsored- running an orphanage- subsidizing social organizations-rehabilitation course for the parents of the orphans<br>Prise en charge(3000 orphelins ),gestion d'un orphelinat , appui aux associations , organisation de stages de réhabilitation des mères d'orphelins |
| 6 | Agriculture<br>Agriculture | 300,000<br>300,000 | Tractors, agric equipment,seedlings and fertilizers supplied to 10 villages and plastic covers for green houses to 30 villages<br>Fourniture , tracteurs et materiels agricoles ,grains , engrais pour 10 villages fourniture de serres de plastique pour 30 villages |
| 7 | Media &culture<br>Information et culture | 162,000<br>162,000 | Subsidizing a radio station-<br>Radio broadcasting program, translation center<br>Appui à une station de radio diffusion , programme diffusé par radio centre de traduction , appui à un Conseil local. |
| Total<br>Total | | 11,041,158<br>11,041,158 | |






## I: Reconstruction of endowment buildings:

The number of destroyed social centers is estimated at about 150 or 50% of the overall number of social centers. Likewise a number of endowment buildings required renovation so as to ensure permanent source of income for activities. Therefore, 2 social centers were renovated at Haji Wasil and Issa Bey in the Metrovic area and the construction of 2 centers at Kudartremivi and Paradimal is under way, besides 1 center in Pristina.

## II: Reconstruction of destroyed homes:

57 homes were renovated and built in the Metrovic area, while 17 homes and 1 house were built both in the Biya and Jakova areas respectively.

## III: Education:

*Five primary schools and one secondary schools were renovated* and one school was built in the Pristina area.

* In all, 116 schools were destroyed in 15 Kosovar towns. 46 were completely destroyed while 23 were only partially destroyed. The furniture and equipment of 34 schools were stolen, while 13 school buildings were turned into Serb military camps and destroyed before withdrawal.
• Seventy school teachers in the Pristina and the Metrovic areas were given sponsorship by the IIROSA.
• 25,000 copies of primary and secondary school textbooks were printed, while 21 books in the Kosovan language were approved for printing soon.
• Two thousand school bags bearing IIROSA emblem were distributed to poor and needy students.
• A hostel was rented for the students of Aladdin school
• 150 students at the student's hostel receive a stipend of seventy (70) D-Marks monthly.
• One hundred Deutch Marks are paid monthly as registration fees at the local college according to a statement showing the actual number of enrolled students.
• Ten computer systems were bought for the Aladdin school.
• Appointment of nurses who are paid $200 and $100 monthly to take care of the pupils.

## IV: Refresher Courses:

• A 10 day refresher curse was held
• Lessons are given daily to the I.I.R.O. staff and volunteers
• Electricity system at the Metrovic cultural center was repaired to enable it to continue functioning normally
• All kinds of assistance were extended to individuals constantly attending the lessons given at the social centers
• About 170 instructors have been sponsored by the IIROSA each receiving US$250 (graduates) and US$200 (non-graduates) respectively.
• 2800 books in the Albanian language have distributed to the refugees
• About 115,000 copies of cultural books, and about 215,000 copies of books written in the Albanian language have been published
• About 14 other books are under review for publication during the second phase.

## V: Health-care:

• The central pharmacy in Metrovic has been supplied with urgently needed medicine
• A number of disabled persons provided with wheel chairs.
• The renovation of three hospitals are under way.
• Hospitals have been provided with badly needed equipment including 3,000 bedsheets, 3,000 blankets and 3,000 pillows.
• Primary health care centers are being initiated in the various provinces.
• A psychotherapy program has been launched in cooperation with the International Union of Trauma Specialists and the Kosovo institute of Mental Health and cure, and the Kosovo Mental Trauma specialists Union.





## Restauration de maisons :

•Restauration et reconstruction de 57 maisons à Mitrovitsa et de 17 maisons à Bya et une maison à Jakova.

Activités de l'Organisme en matière d'enseignement:
-Restauration de 5 écoles primaires et d'un Lycée, construction d'une école neuve à Pristina.
• A noter que 116 écoles avaient été endommagées durant la guerre dans 15 villes du Kosovo dont 46 écoles complètement rasées et 23 écoles à moitié détruites, 34 écoles pillées, 13 écoles utilisées comme sièges de guerre par les troupes serbes pendant la guerre puis détruites après leur évacuation.
• Prise en charge de 70 enseignants à Pristina et à Mitrovitsa.
• Impression de 25000 livres scolaires des cycles primaires et secondaires, *21 livres scolaires en langue kosovare ont reçu l'agrément* de l'Organisme pour être imprimés dans un proche avenir.
• Distribution de 2000 cartables plein d'affaires et d'outils scolaires,portant le slogan de l'Organisme, aux élèves orphelins et nécessiteux.
• Location d'un appartement pour loger les étudiantes de l'école Alaa Eddine.
• Engagement de principe pour l'octroi de bourses scolaires mensuelles de (70 marks) au bénéfice de 150 élèves internes, versée à l'administration de l' école
• Engagement de principe pour l'octroi de bourses scolaires mensuelles de(100 marks) pour couvrir les frais d'inscription des étudiants de faculté, payée une seule fois au vu des noms inscrits effectivement sur les fiches d'inscription.
• Engagement de principe pour l'achat de 10 ordinateurs pour l'école d'Alaa Eddine.
• Engagement de principe pour l'octroi de récompenses mensuelles de (200 $)et de (100$)pour l' achat de cadeaux d'encouragement aux étudiants et aux étudiantes.

## 4): Autres activités :

• Organisation d'un stage de formation en langue arabe pendant 10 jours pour des étudiants.
• *Distribution de dépliants au bureau de l'Organisme à Bya.*
• Organisation de cours quotidiens de langue arabe pour les fonctionnaires et les coopérants avec l'Organisme.
• Réparation de l'électricité d'un centre social à Mitrovitsa et organisation de cours d'arabe.
• Octroi d'aides aux étudiants réguliers dans l'apprentissage de langue arabe au niveau des centres sociaux.
• Organisation de cours d'arabe quotidiens dans les centres sociaux après le coucher du soleil ( assistance moyenne de 35 personnes par jour)
• Paiement de salaires mensuels à 170 enseignants pris en charge.( 250 $ aux universitaires et 200$ aux non universitaires) .
• Distribution de 2800 livres en langue albanaise aux réfugiés.
• Impression de 115 000 livres culturels en plus de la distribution de 215 000 livres scolaires en langue albanaise.
•14 autre livres sont en cours d'élaboration pour la deuxième phase, ces livres seront disponibles dans chaque maison kosovare.

## 5) Activités de l'Organisme dans le domaine de santé:

• Approvisionnement de la pharmacie centrale à Mitrovitsa en médicaments de première nécessité.
• Fourniture de chaises roulantes à des handicapés kosovares.
• Début de restauration de 3 hôpitaux et réhabilitation des services de maternité.
• Equipement des hôpitaux de (3000 draps)et de(3000 couvertures) et de(3000 oreillers).
• Début de prestation des soins de la protection sanitaire de première nécessité avec l'installation en moyenne d'un centre sanitaire dans chaque région.
• Début des prestations de soins psychiques en coordination avec l'Union mondiale des psychiatres spécialistes en cas de choc et de dépression nerveuse, l'Institut du Kosovo de la santé psychique et l'Union kosovare des spécialistes en choc et en dépression nerveuse.

## -6) Activités de l'Organisme dans le domaine de la protection sociale:

• Prise en charge de 3000 orphelins et d'un orphelinat à Mitrovitsa en coordination avec l'administration de la commune de la ville, et organisation de stage de réhabilitation des mères d'orphelins.

### VI: Social Welfare:

• 3,000 orphans as well as an orphanage in Metrovic have been sponsored by the IIROSA in coordination with the municipality, and rehabilitation courses held for the mothers of the orphans.

### VII: Development Projects (agricultural)

• The I.I.R.O. provided 10 tractors, enhanced seeds and other agricultural tools such as plastic covering for green houses to about 10 and 30 villages respectively.

### VIII: Subsidizing Information Projects:

• Including the radio station and a translation center.

### IX: Relief Activities

• The IIROSA distributed about 6467 baskets of food to more than 32,335 persons in Klina, Doshan, Stok and Bia and the outlying villages.

• The overall assistance sent by the IIROSA was 1,274,856 kilograms including medicine, medical equipment, detergents, food, milk, palm-dates, tents, blankets, clothes, 3 transport vehicles, 2 ambulances, one Land Cruiser jeep, public address systems and computers.

These were dispatched through 31 flights in addition to 68 containers, 31 of them measuring 40 feet and 37 measuring 20 feet sent by sea. Besides, an amount of SR.150, 000 has been spent on the distribution of palm dates.

### -7) Projets de développement (agriculture):

• Fourniture de 10 tracteurs, grains, engrais et matériels agricoles pour 10 villages et des serres en plastiques pour 30 villages.

### -8) Appui à des projets d'information:

Appui à une station de radio-diffusion, à un centre de traduction et à des programmes radio-diffusés.

### -9) Activités de Secours d'urgence:

• Distribution de 6467 paniers de nourritures dans les villes de; Klina, Dachan, Astuk et Bya et dans les villages avoisinants dont ont bénéficié 32 335 personnes.

• Assistances en nature de 1 274 856 kgs englobant ; médicaments, matériels et accessoires médicaux, articles d'hygiène, produits alimentaires(lait, dattes) tentes, couvertures, effets vestimentaires, 3 véhicules de transport (Dina) 2 ambulances (Jeep Land-cruiser), microphones, ordinateurs. Toutes ces assistances ont été acheminées à destination via 31 vols-cargos et 78 conteneurs acheminés par mer dont 31 conteneurs de 40 pieds,et 37 conteneurs de 20 pieds.

• Distribution de dattes d'une valeur de 150 000 riyals.




## Total expenditure (cash & material) in Europe

Tableau des dépenses de l'Organisme en Europe (an 99\2000)

| No | Country<br>Pays | K/g.<br>Poids (kgs) | Price in SR<br>Valeurs des produits en nature (riyals) | Costs in SR<br>Frais de Frêt (riyals) | Container conteneurs<br>20ft<br>20pieds | <br>40ft<br>40pieds | Amounts in SR.<br>dépenses (riyals) | Total amount in SR.<br>Total |
|---|---|---|---|---|---|---|---|---|
| 1 | Bosnia<br>Bosnie | --<br>-- | --<br>-- | --<br>-- | --<br>-- | --<br>-- | 97,654<br>97,654 | 97,654<br>97,654 |
| 2 | Turkey<br>Turquie | 112,145<br>112,145 | 2,177,725<br>2,177,725 | 33,750<br>33,750 | 10<br>10 | --<br>-- | 37,500<br>37,500 | 2,248,975<br>2,248,975 |
| 3 | Kosovo<br>Kosovo | 1,274,856<br>1,274,856 | 17,267,448<br>17,267,448 | 846,565<br>846,565 | 37<br>37 | 31<br>31 | 45,982,213<br>45,982,213 | 64,096,226<br>64,096,226 |
| | Total<br>Total | 1,387,001<br>1,387,001 | 19,445,173<br>19,445,173 | 880,315<br>880,315 | 47<br>47 | 31<br>31 | 46,117,367<br>46,117,367 | 66,442,855<br>66,442,855 |







# II. Asia

## Azerbaijant

The IIROSA continued to provide the three refugee camps in Azerbaijan with relief items. The actual running cost of these camps was estimated at SR.1,380,260 disbursed by installments in accordance with the organization's fiscal year. The amount covered operational costs and providing flour to about 9,000 refugees at a total cost of SR.2,477,053 as per the following details:

1- SR.125,154, being the second installment of the amount allocated for returning refugees camp in Azerbaijan, besides SR 3,116 covering the expenses of building 30 lavatories in the returning refugee camp No. 3. The details of the expenditure were informed to IIROSA office as per the Secretariat General's letter ref. No.20/1679/500 which was enclosed with a bank draft issued on 21/6/1999.

2- A bank draft issued on 1/8/1999 with the amount of SR. 345,065 was dispatched as per the Secretarial General's letter ref. No. 20/2230/500 as the third installment intended to cover running and operational expenses, and to provide whet flour.

3- In response to a request made by the director of the organization's office in Baku through a letter ref. No. 20/ F/169 a bank draft for an amount of SR.15,000 was issued on 24/11/1999 and sent as per the Secretarial General's letter ref. No. 20/5025/500 to purchase plastic coverings for destroyed houses in the returning refugee camps nos. 1 and 3 at Burada.

4- An amount of SR.5651,25 was on 28/9/1999 to purchase a refrigerator and two water pumps for the returning refugee camps No. 1 and 3 in the Burada province. The organization's office in Baku was notified per the Secretariat General's letter ref. No.500/1408/100 dated 14/10/1999.

5- An amount of SR. 10,608 was sent on 28/10/1999 according to the Secretariat General's letter ref. No. 20/4236/500 dated 1/11/1999 to pay for the cost of 15 trucks of sand and gravel to fill up swamps surrounding the returning refugees camps No. 1 and 3 in the Brada province, and to purchase medicine against tuberculosis and malarial infections.

6- The first installment of the running costs of the refugee camps between 1/7/1420 and 30/9/1420 which amounted to SR. 385,957 was sent on 9/12/1999 per the Secretariat General's letter ref. No. 20/5484/500.

7- The remaining net balance of operational and running costs of the camps totaling SR.110,980 was transferred on 10/2/2000 in accordance with the Secretariat General's letter ref. No. 20/7121/500 dated 16/2/2000.

8- The second installment of the running costs of the refugee camps totaling SR 331,957 was transferred d on 15/2/2000 in accordance with the Secretatiat General's letter ref. No. 20/7178/500 dated 19/2/2000. Thus the total amount spent as running costs of the refugee camps came to about SR.1,333,489. Moreover, Two containers carrying 3,000 blankets weighing 20,000 kilograms were shipped at a cost of SR.33,000, bringing the total amount spent by the Secretariat-General on the refugee camps from the accounts of the urgent relief department to SR.1,516,489, in addition to foodstuff shipped by the organization's office in Sharjah at the cost of 242,032, as well as other relief material received by the organization's Baku office from the UNHCR and other relief organizations at an estimated total amount of SR.718,532 to cater for more than 9,000 refugees in the three camps. Thus the total amount spent in the Republic of Azerbaijan during the year to SR. 2,477,053.

# II- Asie

## 1- Azerbaïdjan:

L'Organisme a poursuivi ses prestations de secours aux 3 camps des réfugiés dans la république d' Azerbaïdjan. Le budget réel de la gestion de ces trois camps est de l'ordre de: 1 380 260 riyals payés par tranche suivant le budget annuel de l'Organisme. Il s'agit de dépenses destinées à couvrir les frais de gestion et la fourniture de farine à plus de 9000 réfugiés. Les dépenses dont a bénéficié ce pays pour l'an 99\2000 ont atteint un montant total de 2 477 053 riyals.

Ces dépenses sont réparties de la manière suivante:

1-2ème tranche des allocations destinées aux camps de réfugiés pour l'exercice 99\2000, d'un montant de (125 154 riyals) Cent vingt cinq milles et cent cinquante quatre riyals en plus d'un autre montant de (3 116 riyals) trois mille cent seize riyals pour couvrir l'installation de 30 cabines de wc pour le camp No 3. Le bureau de l'Organisme a été tenu informé des instructions sur ce montant par la lettre du Secrétariat général No20\1679\500 annexée d'un chèque délivré le 21\6\1999.

2- 3ème tranche pour l'exercice 1999\2000, il s'agit d'un montant de 345 065 riyals (Trois cent quarante cinq milles et soixante cinq riyals) destinés à couvrir les frais de gestion et la fourniture de farine. Cette somme a été virée au bureau de l'Organisme en vertu de la lettre du Secrétariat général portant No 20\2230\500 annexée d'un chèque délivré le 1\8\1999.

3-Suite à une lettre du directeur du bureau de l'Organisme à Bakou No 169\ F \20, portant demande de virement d'un montant de 15 000 riyals destiné à acheter des couvertures en plastique pour 430 logements sinistrés dans les camps de réfugiés No 1 et 3 dans la région de Berda, le Secrétariat général de l'Organisme a envoyé le montant demandé en vertu de la lettre du Secrétariat général, No 20\5025\500 du 28-11-1999, annexée d'un chèque délivré le 24\11\1999.

4- L'Organisme a envoyé un montant de 5 651,25 riyals destiné à l'achat d'un réfrigérateur et de 2 pompes à eau aux camps de réfugiés un et trois dans la région de Berda. Le bureau de l'Organisme a été tenu informé sur la manière de dépenser ce montant par la lettre du Secrétariat général No 500\1408\100 du 14-10-1999 annexée d'un chèque délivré le 28\9\1999.

5- L'Organisme a envoyé un montant de 10 608,75 riyals destiné à couvrir les frais de 15 camions chargés de sable et de cailloux pour remblayer des marécages dans les camps un et trois dans la région de Berda, en plus de l'achat de vaccins anti -tuberculose et anti-malaria. Le bureau de Bakou a été tenu informé sur le virement de ce montant par la lettre du Secrétariat général No 20\4236\500 du 1-11-1999 annexée d'un chèque délivré le 28\10\1999.

6-1ere tranche pour couvrir les frais de gestion des camps de réfugiés du 10-10-1999 au 7-1-2000 avec un montant de 385 957 riyals en vertu de la lettre du Secrétariat général No 20\5474\500 annexée d'un chèque délivré le 9\12\1999.

7-Virement d'un montant de 110 980 riyals, représentant le reliquat net des dépenses de fonctionnement des camps de réfugiés en Azerbaïdjan. Le bureau de l'Organisme à Bakou a été tenu informé sur la manière de dépenser ce montant par la lettre du Secrétariat général No 20\71 21\500 du 16-2-2000 annexée d'un chèque délivré le 10\2\2000.

8-2ème tranche pour couvrir les frais de gestion des camps de réfugiés d'Azerbaïdjan pour l'an 99\2000, d'un montant de 331 957 riyals viré en vertu de la lettre du Secrétariat général No 20\7178\500 du 19-2-2000 annexée d'un chèque délivré le 15\12\2000.

Partant, le total des dépenses destinées à la gestion et au fonctionnement des camps de réfugiés d' Azerbaïdjan a atteint le montant de 1 333 489 riyals.

En outre, il ya eu un acheminement de deux conteneurs de 40 pieds chargés de 3000 couvertures (20 000 kgs) d'une valeur de 150 000 riyals avec des frais de frêt et de dédouanement de 33 000 riyals. Ainsi le total des dépenses de L'Organisme à destination de ces camps a atteint: 1 516 489 riyals. Par ailleurs, des produits alimentaires ont été également acheminés vers les camps de réfugiés en Azerbaïdjan à partir du bureau de l'Organisme à Sharjah aux Emirats arabes unis, d'une valeur de 242 032 riyals. Le bureau de Bakou a aussi réceptionné des produits en nature de la part du Haut Commissariat aux Affaires des réfugiés et de la part d'autres organisations de secours dont le valeur est





### Jordan

Through its office in Jordan, the IIROSA carried out a program of winter supply for Palestinian refugees living in Jordan at a total cost of SR.40,272. Foodstuff, blankets and heating material were provided. Presently however, the IIROSA is considering initiating permanent productive projects using the donations made on behalf of the Palestinians so as to maintain a sustained support for the refugees.

### Afghanistan

*Through its office in Pakistan, the IIROSA is still taking serious* interest in the plight of the people of war ravaged Afghanistan. Accordingly, five ontainers of King Fahad bin Abdul Aziz's gift of palm dates, weighing about 96,144 kilograms worth SR.300,400 have been shipped to Afghanistan. Costs of shipment and handling are estimated at SR.43,523, bringing the total amount of money spent there to SR. 243,923.

### Indonesia

A collection of cultural books weighing about 1,589 kilograms and worth about SR. 52,800 has been sent to Indonesia. Costs of shipment and handling was estimated at 6,773, bringing the total amount spent to SR. 59,573.

### Pakistan

The IIROSA shipped about 17 containers to Pakistan. 12 containers were *loaded* with *King Fahad bin Abdul Aziz's* gift of palm-date, while 5 containers carried palm dates provided by Saudi Arabian donors. In addition, books weighing about 1,576 kilograms were also sent to Pakistan by the organization, bringing the total weight of aid items sent to Pakistan to 329,812 kilograms worth SR.1,024,708. Costs of shipment and handling was estimated at SR.103,810, besides an amount of SR.70,217 spent on the victims of a cyclone, and on providing winter supply, bringing the total amount spent in Pakistan to SR.1,198,735.

### Bangladesh

18 Containers were shipped to Bangladesh and 16 of these containers carried King Fahad bin Abdul Aziz's gift of palm dates, while the remaining two carried other foodstuff and clothes, in addition to a collection of literature weighing 343,566 kilograms worth SR.1,122,330. Shipment and handling costs were estimated at SR. 102,855, bringing the total cost of all the stuff to about SR.1,225, 185.

### Thailand

Two containers carrying King Fahad bin Abdul Aziz's gift of palm-dates, and about 261 cartons of literature weighing about 38,581 kilograms worth SR. 122,160 were sent to Thailand by the organization. Shipment and handling cost were estimated at SR. 16,836 in addition to an amount of SR. 50,000 spent on urgent relief to the victims of floods in the southern parts of that country, bringing the total amount spent in Thailand to SR. 188,996.





### Saudi Arabia

Needy families living in Saudi Arabia received about 44,634 kilograms of foodstuff and clothes worth about SR. 106,185 through the IIROSA Women's Committees and other charity organizations.

### Sri Lanka

The IIROSA sent a number of cartons of literature weighing altogether about 67 kilograms and worth about SR.2,400 plus SR.410 shipping costs to Sri Lanka, and provided urgent assistance worth about SR. 4,125 to about 22 Sri Lankan families.

### Chechnya

The Russian invasion of Chechnya, the IIROSA began providing relief items to the





estimée à 718 532 riyals et dont ont bénéficié plus de 9000 réfugiés dans les trois camps d' Azerbaïdjan.
Ainsi donc le total de ce qui a été dépensé en Azerbaïdjan au cours de cette année est de l'ordre de: 2 477 053 riyals.

### 2-Jordanie:

L'Organisme a *exécuté à travers son bureau de Jordanie son programme* d'approvisionnement d'hiver pour les réfugiés palestiniens en Jordanie avec une dépense globale de: 40 272 riyals pour la fourniture de produits alimentaires, couvertures et matériels de chauffage. L'Organisme étudie la possibilité de lancer des projets productifs permanents à partir des dons destinés aux Palestiniens afin de poursuivre les actions de secours au profit de ces réfugiés dans l'avenir.

### 3-Afghanistan:

L'Organisme accorde toujours une grande importance aux sinistrés de la guerre en Afghanistan à travers son bureau au Pakistan. Ainsi donc, 5 conteneurs de 20 pieds ont été acheminés dans le cadre de la distribution des dattes offertes par le roi Fahd, (cartons de 96 144 kgs) d'une valeur de 300 400riyals avec des frais de frêt et de dédouanement de(43 523 riyals. Le total des dépenses est donc de l'ordre de 343 923 riyals.

### 4-Indonésie:

L'Organisme a envoyé des quatités de livres pour son programme d'appui aux projets culturels (1589 kgs) d'une valeur de 52 800 riyals avec des frais de frêt de (6773 riyals) . Le total des dépenses est donc de l'ordre de 59 573 riyals.

### 5-Pakistan:

Acheminement de 17 conteneurs de 20 pieds dont 12 conteneurs de dattes dans le cadre de la distribution des dattes offertes par le roi Fahd, et 5 conteneurs de dattes offertes par des bienfaiteurs saoudiens en plus de 1576 kgs de cartons de livres. Le total du poid des assistances acheminées est de (329 812 kgs) d'une valeur de 1 024 708 riyals avec des frais de frêt et de dédouanement de (103 810 riyals.)
Une autre assistance d'une valeur de 70 217 riyals a été accordée au Pakistan pour secourir les sinistrés victimes des tempêtes et couvrir leur approvisionnement d'hiver. Ainsi donc le total des dépenses pour le Pakistan a atteint le montant de 1 198 735 riyals.

### 6-Bangladesh:

Acheminement de 18 conteneurs de 20 pieds chargés de dattes, de produits alimentaires, de couvertures et d'habillements, dont 16 conteneurs de dattes offertes par le roi Fahd, en plus de 60 cartons de livres, dont le poid total a atteint 343 566 kgs d'une valeur de 1 122 330 riyals avec des frais de frêt et de dédouanement de (102 855 riyals). Ainsi donc le total des dépenses pour le Bangladesh a atteint le montant de 1 225 185 riyals.

### 7-Thaïlande:

Acheminement de 2 conteneurs de 20 pieds chargés de dattes offertes par le roi Fahd et de 261 kgs de cartons de livres d'un poid total de 38581 kgs d'une valeur de 122 160 riyals avec des frais de frêt et de dédouanement de (16 836 riyals) en plus d'un montant de 50 000 riyals pour couvrir une opération de secours d'urgence au profit des sinistrés victimes des inondations dans le Sud de la Thaïlande. Ainsi donc le total des dépenses pour ce pays est de l'ordre de 188 996 riyals.

### 8-Arabie saoudite:

Distribution de 44 634 kgs de produits alimentaires et de vêtements au profit des familles pauvres et autres nécessiteux résidents en Arabie saoudite par le biais des commissions des
femmes et des associations de bienfaisance locales d'une valeur totale de 106 185 riyals.

### 9-Sri Lanka:

Acheminement de 67 kgs de cartons de livres d'une valeur de 2400 riyals avec des frais de frêt de 410 riyals en plus d'un montant de 4125 riyals comme assistance d'urgence au profit de 22 familles pauvres au Sri Lanka. Ainsi donc, le total des dépenses pour ce pays est de l'ordre de 6935 riyals.

### 10-Tchétchénie:

L'Organisme a commencé ses prestations de secours vers la







Chechnıyans, while at the same time urging the relief organizations affiliated to the Cairo based International Islamic Council for Da'wah and Relief to extend necessary help. The IIROSA's efforts in Chechnya came through its membership to the Joint Saudi Arabian Relief Committee for Kosovo and Chechnya which was assigned the task of providing humanitarian and relief aid to *the Chechniyan refugees per the Royal decree ref.* No. 12089/2/7. Accordingly, the Committee was able to provide large amounts of food and medicine in accordance with a memorandum of understanding between the Committee and the Russian government. The following is the breakdown of the items provided:

1- 100 tons of foodstuff.
2- 1360 winter blankets.
3- 20,000 food packets, each weighing about 15 kilograms (total weight 300 tons).
4- 20,000 blankets.
5- Social centers built around the refugee camps.
6- The remnants of the Committee's resources in Kosovo were transported to Angushitia.

Moreover, the fund-raising campaign for Chechnya, launched by the Secretariat General of the IIROSA in the various cities and towns yielded about SR.26,434,674 in addition to another amount of SR.125,427,415 received through the accounts of the Joint Relief Committee. A plan was drawn for the next phase as follows;

• 34,150 food baskets to be provided at a cost of US$375,650;
• *Health-care services in areas under IIROSA control at a cost of* US$ 200,000.
• Administrative and auxiliary services costs US$30,000.
•7000 sanitary baskets for children and women at a cost of US$449,000.

The total amount spent on this phase was estimated at US$730,000.

## The Philippines

The IIROSA shipped three footer containers carrying King Fahd bin Abdul Aziz's gift of palm dates and 295 kilograms of cartons containing literature weighing *altogether about 57,775 to the* Philippines, at a cost of about SR.184,440 plus shipping and handling costs *of* SR.23,921. A *further* amount of SR.37,500 was spent on the victims of the internal conflicts in southern Philippines; bringing the total amount spent in the Philippines to about SR.245,861

## Palestine

SR.125,000 was spent on winter provisions program in cooperation with local Palestinian charity organizations and under the supervision of the IIROSA office in Jordan.

## Azad Kashmir

*The* IIROSA shipped two containers carrying King Fahd bin Abdul Aziz's gift of palm dates weighing about 38,240 kilograms at a cost of SR.114,720. Shipping and handling costs was estimated at SR. 14,375 and a further amount of SR. 37,500 was spent on relief items to the victims of the Indo-Kashmiri conflicts, bringing the total amount spent there to SR. 166,595.

## Lebanon

The IIROSA spent SR128,000 on providing winter clothes and food *to refgutees, needy people, orphans and students in S. Lebanon.*

## India

The IIROSA spent a total amount of SR.102,125 in India, out of which SR.90,500 was spent on the provisions for winter program and about SR.11,625 on handling and distribution of 18 tons of palm-dates supplied by a local donor.

Tchétchénie dès le début de son invasion par la Russie. L'Organisme a également incité les organisations membres du Comité de secours général en Arabie saoudite à venir en aide sans tarder aux sinistrés tchétchènes. L'Organisme a oeuvré au sein de la commission saoudienne commune de secours pour le Kosovo et la Tchétchénie laquelle commission a été chargée d'apporter des assistances *humanitaires aux réfugiés* tchétchènes en vertu de l'ordonnance royale No 12089\2\7, pour faire parvenir le maximum possible d' assistances (nourritures et médicaments) aux nécessiteux tchétchènes. Compte tenu du cas particulier de la Tchétchénie où toutes les actions de secours doivent passer par une seule voie en *l'occurence le gouvernement* de la Russie, la Commission saoudienne commune de secours(CSCS)a obtenu de ce gouvernement en vertu d'un accord, l'autorisation d'apporter des secours aux réfugiés tchétchènes au Caucase.

C'est dans ce cadre que les opérations suivantes ont été réalisées:
1- Acheminement de 100 tonnes de produits alimentaires.
2- Distribution de 1360 couvertures d'hiver.
3- Signature d'un accord en vue de fournir, aux camps de réfugiés, 20 000 paniers *de nourritures* de 15 kgs chacun dont le poid total s'élève à 300 tonnes.
4- Signature d'un accord pour acheminer 20 000 couvertures aux dépôts de la Commission (CSCS) aux Caucases.
5- Installation de 4 centres sociaux dans les camps de réfugiés.
6- Des mesures ont été prises pour bénéficier des moyens matériels de la Commission (CSCS)en surplus au Kosovo en les affectant à Angushia.

Par ailleurs, le Secrétariat général de l'Organisme a lancé une campagne *de collecte de dons au profit* de la Tchétchénie *à travers* ses différents bureaux en Arabie saoudite. Cette opération a permis de recueillir la somme de (26 434 674 riyals) en plus des dons recueillis par la commission saoudienne commune de secours dont le montant a atteint la somme de (125 427 415 riyals). Ces dons ont été versés dans le fonds des assistances destinées aux réfugiés tchétchènes.

Un plan d'action a été fixé pour la deuxième phase et consiste à:
- Fournir 34 150 paniers de nourritures d'un montant total de 375 650 dollars.
- Fournir une assistance financière d'un montant de 30 000 dollars pour couvrir des dépenses administratives et d'appui.
- Fournir des produits sanitaires et des articles pour enfant et pour femme (7000 paniers d'articles sanitaires) d'un montant de 449,000 dollars.
- Le coût total de cette phase a nécessité un montant global de 730 000 dollars. Par ailleurs, d'autres phases sont programmées en fonction des circonstances et des développements sur le terrain.

## 11- Philippines:

Acheminement de 3 conteneurs de 20 pieds chargés de dattes offertes par le roi Fahd et de 295 kgs de cartons de livres d'un poid total de 57 777 kgs d'une valeur de 184 440 riyals avec des frais de frêt et de dédouanement de (23 921 riyals) en plus d'un autre montant de 37 500 riyals pour secourir les victimes de conflits internes au Sud des Philippines. Ainsi donc,le total des dépenses pour ce pays est de l'*ordre* de 245 861

## 12- Palestine:

Virement d'un montant de 120 000 riyals pour l'exécution du programme d'approvisionnement d'hiver pour les réfugiés palestiniens en coopération avec les associations de bienfaisance palestiniennes de l'intérieur et l'encadrement du bureau l'Organisme en Jordanie.

## 13- Cachemire libre:

Acheminement de 2 conteneurs de 20 pieds chargés de dattes offertes par *le roi* Fahd d'un poid de 34 240 kgs d'une valeur de 114 720 riyals avec des frais de frêt et de dédouanement de (14 375 riyals) en plus d'un montant de 37 500 riyals *pour* secourir les déportés fuyant la guerre entre le Cachemire et l'Inde. Les dépenses totales pour le Cachemire libre ont atteint 166 595 riyals.



## 14-Liban:

*Exécution du programme* d'hiver d'approvisionnement en vivres et en vêtements d'un montant de 128 000 riyals au profit des réfugiés fuyant la guerre au Sud liban, et au profit d'étudiants de facultés, des nécessiteux et des orphelins.

## 15- Inde:

Allocation d'un montant global de 102 125 riyals dont 90 500 riyals pour l'exécution du programme d'hiver d'approvisionnement en vivres et de 11 625 riyals comme frais de dédouanement et de *distribution* de 18 tonnes de dattes offertes par un bienfaiteur saoudien.



# III Africa:

## Ethiopia

In cooperation with the cultural program, the IIROSA shipped about 610 kilograms of literature and public address systemsworth SR.22,483 including shipping and handling costs to Ethiopia. In late 1999, drought in various areas of the country caused a massive famine. The most hard-hit areas were Gudi- Boruna-Lulandblu in Oromia region, south Oromo and the Affar region. Consequently, in response to appeals reaching it from the Ethiopian Relief Commission, local organizations and its own office in that country, as well as the visit paid by the Ethiopian Consul in Jeddah to the premises of the Secretariat General on Tuesday, April 18,2000, the IIROSA launched a relief program for the victims of the famine, and appealed to member organizations of the International Islamic Council for Da'wah and Relief to get involved (a circular was sent under ref. No. 12/T ).

## Eritrea

In response to an appeal for relief aid to the victims of the war in Eritrea, which was submitted by the Darul Ifta in Eritrea, the IIROSA made contacts with the Saudi Arabian Embassy in the Eritrean capital Asmara with a view of initiating a relief program. As a result, the IIROSA shipped four containers carrying such foodstuff as milk and palm-dates as well as blankets and carpets weighing 66,793 kilograms at a cost of SR.277,258 including shipping and handling costs. On the 16th of March 2000, an employee of the Secretariat General was assigned the task of supervising the distribution operation in cooperation with the Eritrean Relief Commission and the participation of the Saudi Arabian Embassy in Asmara. 21,000 people benefited from the program. Moreover, the IIROSA sent a circular to member organizations of the I.I.C.D.R. (ref. No. 62/T) to get involved in the relief operations in favour of the victims of the Ethiopian-Eritrean war.

## Uganda

Cartons weighing about 485 kilograms of literature were shipped to Uganda at a cost of SR.13,600 plus SR.2,700 shipping and handling costs, bringing the total amount spent to SR.13,300.

## Benin

In response to an appeal by the Director of the Faisal Islamic Center in Benin ref. No. 20/252 on behalf of the Chad refugees the IIROSA transferred US$1,000 (SR.19,200) through a bank draft issued on 7/11/1999, to help 74 refugees.

## Burundi

Cartoons containing literature and weighing about 195 kilograms were shipped to Burundi at a cost of SR.5,600 plus SR.1,872 shipping and handling costs, bringing the total amount spent to SR.7,472.





## Chad

730 kilograms of literature worth SR.19,200 were shipped to Chad plus shipping and handling at a cost of SR.6975 bringing the total amount spent to SR.26,175.

## Tanzania

One container containing palm dates and 345 kilograms of literature weighing altogether 20,207 kilograms and worth SR.68,386 was shipped to Tanzania by the IIROSA. Shipping and handling costs were estimated at SR.13,473, bringing the total amount spent to SR.81,859.

## The Comoro Islands

One container carrying 20,800 kilograms of palm-dates worth SR.62,400 was shipped to the Comoros by the US$1,000 (SR.19,200) The shipping and





# III -Afrique

## 1-Ethiopie:

En coordination avec le programme culturel, l'Organisme a acheminé aux centres sociaux d'Ethiopie 610 kgs de cartons contenant des livres et des microphones d'une valeur globale de 22 483 riyals, frais de frêt et de dédouanement inclus.

Vers la fin de l'an 99\2000, une grande famine a été enregistrée dans plusieurs régions dans la province de l'Ogaden du fait de la sécheresse. Les régions les plus touchées étaient: Goudé, Buruna, Lulandblou, dans la province d'Aromiya et dans le Sud d'Aromo et dans la province d'Afare. Face à cette situation l'Organisme a lancé un programme de secours au profit des sinistrés victimes de la famine, d'un montant de 187 500 riyals sur la base des rapports qui lui sont parvenus d'Ethiopie du Commissariat éthiopien de secours, des Associations locales, de son bureau en Ethiopie et suite aussi à la visite du Consul d'Ethiopie au siège du Secrétariat général de l'Organisme à Djeddah le mardi 18 avril 2000.

L'Organisme a envoyé une circulaire aux membres de la Commission générale de Secours auprès du Haut Conseil de Secours (circulaire No 12) pour venir en aide aux nécessiteux en Ethiopie.

## 2-Erythrée:

Suite au rapport présenté par l'association Dar El Ifta de l'Erythrée sollicitant une assistance de secours d'urgence pour les réfugiés fuyant la guerre en Erythrée, l'Organisme a lancé un programme de secours d'urgence en coordination avec l'ambassade saoudienne à Asmara. C'est ainsi qu'ont été acheminés quatre conteneurs de 20 pieds de nourritures et d'autres produits (lait, dattes, couvertures, couches.) d'un poid de 66793 kgs d'une valeur globale de 277 258 riyals, frais de frêt et de dédouanement inclus.

En outre, l'Organisme a dépêché, le 16-3-2000, un de ses délégués pour superviser les opérations de distribution avec la coordination du Commissariat Erythréen de secours, et la participation de l'ambassade d'Arabie saoudite à Asmara.

Plus de 21 000 personnes ont bénéficié de ce programme. Par ailleurs, l'Organisme a envoyé une circulaire aux membres de la Commission générale de Secours auprès du Haut Conseil de Secours (circulaire No 12) pour les inciter à secourir les sinistrés victimes de la guerre et les réfugiés et autre nécessiteux en Erythrée.

## 3- Ouganda:

Acheminement de 485 kgs de cartons chargés de livres destinés aux programmes culturels dans ce pays d'une valeur de 13 600 riyals auxquels s'ajoute la somme de 2700 riyals comme frais de frêt. Le montant global dépensé est donc de 16 300 riyals.

## 4-Bénin:

Suite à une lettre du directeur du Centre Al Faisal, No 252 \20 sollicitant une assistance au profit des réfugiés tchadiens au Bénin, l'Organisme a viré une somme de 1000 dollars (3750 riyals) par un chèque délivré le 7-11-1999 pour venir en aide à 74 réfugiés tchadiens.

## 5- Burundi:

Acheminement de 195 kgs de cartons chargés de livres destinés aux programmes culturels dans ce pays d'une valeur de 5600 riyals auxquels s'ajoute la somme de 1872 riyals comme frais de frêt.
Le montant global dépensé est donc de 7472 riyals.

## 6- Tchad:

Acheminement de 730 kgs de cartons chargés de livres destinés aux programmes culturels dans ce pays d'une valeur de 19 200 riyals auxquels s'ajoute la somme de 6975 riyals comme frais de frêt. Le montant global dépensé est donc de 26 175 riyals.

## 7- Tanzanie:

Acheminement d'un conteneur de 20 pieds de dattes et de 345 kgs de cartons chargés de livres dont le poid total a atteint 20207 kgs d'une valeur de 68 386 riyals auxquels s'ajoute la somme de 13 473 riyals comme frais de frêt et de dédouanement. Le montant global dépensé est donc de 81 859 riyals.









handling costs were estimated at SR.17,100, bringing the total amount spent to SR.79,500.

### Djibouti

Six containers carrying 110,635 kilograms of palm-dates and milk worth SR. 352.295 were shipped to Djibouti. The costs of shipping and handling which was SR.35,060 brought the total amount spent to SR. 387,355.

### Senegal

In response to an appeal for urgent appeal enclosed in a letter ref. No. SHM/20/209 dated 3/11/1999 which was received from its office in Senegal, together with a form containing basic information concerning the victims of floods in Senegal, and after considering a draft program, the Secretariat General of the IIROSA transferred an amount of US$10,000 (SR.37,500) through bank draft issued on 2/12/2000 to purchase food items weighing about 29,000 kilograms from the local markets. The items were distributed to the worst affected areas of Triji, Sessi, Kujar and Qinas.

### The Sudan

On the 16th of September 1999, the IIROSA shipped Six containers carrying palm-dates, blankets and clothes, and weighing about 112,552 kilograms to the flood victims in the Dungula area of the Sudan as well as to the Eritrean refugees in eastern Sudan. The cost of the goods was estimated at SR.648,989, plus shipping and handling costs of about SR.66,442 bringing the total amount spent to about SR.715,431.

### Somalia

Twenty-one containers carrying food items and clothes as well as books and other school items and weighing about 393,590 kilograms were shipped to Somalia. The cost of the items was estimated at SR. 1, 845,113, plus shipping and handling costs of SR.149, 509. Furthermore, the IIROSA spent about SR.126,457 on urgent relief programs as follows:

1-US$20,000 (SR.75, 000) was sent through cheque No. 00102439 issued on 24/1/2000. The cheque, which was enclosed with the Secretariat General's letter ref. No.20/6483/500 was sent for the purpose of implementing relief operations in favour of the victims of drought and famine in southern Somalia.

2-A cheque for the amount of US$ 10,000 was issued on 20/2/2000 and sent to Somalia for the purpose of purchasing anti-cholera drugs. In addition food items were shipped by the IIROSA office in Sharjah, bringing the total amount spent to about SR. 2,121,079. An appeal was sent to the member organizations of the International Islamic Council for Da'wah and Relief as per the Secretariat General's circular letter ref. No. 216 dated 15/2/2000 to provide medicine and detergents.

### Ghana

In response to a report submitted by the representative of the IIROSA in Ghana about the conditions of the Sierra Leonean refugees in that country, the Secretariat-General of the IIROSA sent an amount of US$5,000 (SR.18,750). The amount was sent through cheque no. 00102263 issued on 6/10/1999 which was enclosed, with a letter to the representative ref. No.500/1372/100 to implement relief programs for those refugees.

### Kenya

A consignment of literature weighing about 747 kilograms and a computer system were dispatched to Kenya at a cost of SR.15, 050, plus shipping and handling costs of SR.1,906 bringing the total amount spent to SR.16,956.

### 8- Comores:

Acheminement d'un conteneur de 20 pieds chargé de dattes d'un poid de 20 800 kgs d'une valeur de 62400 riyals auxquels s'ajoute la somme de 17 100 riyals, comme frais de frêt et de dédouanement. Le montant global dépensé est donc de 79 500 riyals.

### 9- Djibouti:

Acheminement de 6 conteneurs de 20 pieds chargés de dattes et de produits laitiers d'un poid de 110 635 kgs d'une valeur de 352 295 riyals auxquels s'ajoute la somme de 35 060 riyals,comme frais de frêt et de dédouanement. Le montant global dépensé est donc de 387 355 riyals.

### 10- Sénégal:

L'Organisme a reçu une lettre de son bureau au Sénégal (No 209\20 du 3-11-1999) portant demande de secours d'urgence au profit des sinistrés victimes d'inondation au Sénégal. L'Organisme, après étude de la situation, décida d'accorder une assistance financière et envoya, le 2-12-2000, un chèque de l'ordre de 10 000 dollars (37 500 riyals) pour fournir des produits alimentaires achetés sur les marchés locaux. La distribution des produits alimentaires(29 000 kgs) a touché les régions les plus sinistrées notamment à Traïdie, Sissé Kajore et Gnasse.

### 11- Soudan:

Acheminement de 6 conteneurs de 20 pieds chargés de dattes, de couvertures et de vêtements au profit des sinistrés des inondations de Dankala et des réfugiés Erythréens à l'Est du Soudan, d'un poid total de 112 552 kgs d'une valeur de 648 989 riyals auxquels s'ajoute la somme de 66 442 riyals, comme frais de frêt et de dédouanement. Le montant global dépensé est donc de 715 431 riyals.

### 12-Somalie:

Acheminement de 21 conteneurs de 20 pieds chargés de produits alimentaires, de vêtements,

de livres et d'articles scolaires d'un poid de 393 590 kgs et d'une valeur de 1 845 113 riyals avec un montant de 149 509 riyals comme frais de frêt et de dédouanement.En outre, un montant de 126 457 riyals a été dépensé pour couvrir une opération de secours d'urgence effectuée de la manière suivante:

1- Virement d'un montant de 20 000 dollars (75 000 riyals) par chèque No 0010 24 39 en date du 24-01-2000 annexé d'une lettre du Secrétariat général No 20\6483\500 pour secourir des nécessiteux victimes de la sécheresse dans le Sud de la Somalie.

2-Virement d'un montant de 10 000 dollars (37 500 riyals) par chèque No 0010 24 94 en date du 20-02-2000 pour acheter des médicaments pour lutter contre le choléra en Somalie. En plus, une cargaison de produits alimentaires a été envoyée par le bureau de L'Organisme à Sharjah (Emirats arabes unis). Le montant global des dépenses pour ce pay a atteint 2 121 079 riyals. Par ailleurs l'Organisme a envoyé une circulaire aux membres de la Commission générale de Secours auprès du Haut Conseil de Secours (circulaire No 216) pour inciter les membres à fournir davantage de médicaments et d'articles d'hygiène aux nécessiteux.

### 13- Ghana:

Suite au rapport du représentant de l'Organisme au Ghana portant sollicitude d'une assistance au profit des réfugiés sierra leonais au Ghana, l'Organisme a viré une somme de 5000 dollars (18 750 riyals) par le chèque No 0010 2263 en date du 6-10-1999 à son représentant au Ghana avec une lettre du Secrétariat général No 500\1372\100 pour le dépenser dans le programme destiné à secourir ces réfugiés.



### 14- Kenya:

Acheminement de 474 kgs de cartons chargés de livres destinés à des programmes culturels avec un appareil de fax pour l'usage du bureau de l'Organisme dans ce pays d'une valeur globale de 15 050 riyals auxquels s'ajoute la somme de 1 906 riyals comme frais de frêt. Le montant global dépensé est de 16 956 riyals.



### 15- Liberia:

Dans le cadre des secours envoyés aux victimes des conflits internes au Liberia, l'Organisme a participé en coordination avec "l'Association Saoud ben Bandar " au Liberia aux opérations de secours au profit des nécessiteux dans ce pays.



IIRO 000249

## Liberia

In cooperation with Prince Saud bin Bandar's Islamic Organization, the IIROSA sent an amount of US$10,000 (SR.37,500) through a bank draft made on 22/12/1999 for the purpose of providing urgent relief to about 3000 victims of the civil strife in Liberia. The regional office of the I.I.R.O. in Senegal was notified of the transfer per the Secretariat General's letter ref. No. 20/5785/500.

## Mauritania

In response to an appeal made by the director of the IIROSA office in Mauritania through his letter ref. No. 20/139 dated 8/9/1999 concerning the plight of the massive floods that have destroyed homes, made hundreds of people homeless (about 30,000 families) and destroyed large areas of arable lands, the Secretariat General of the IIROSA took the following measures:

1- A circular letter ref. No. T/120 dated 26/10/1999 was sent out to the member organizations of the International Islamic Council for Da'wa and Relief appealing to them to come to the rescue of the victims.

2-The IIROSA sent an amount of US$10,000 (SR.37,500) through cheque No. 00101952 issued on 26/11/1999 to provide relief aid to the victims of the floods, and the IIROSA office in Nouakchott was notified about the transfer via the Secretariat General's letter ref. No.20/5084/500 dated 24/11/1999. The relief operation in the Mauritanian border area included the distribution of such food items as, rice, wheat flour, macaroni, palm-dates and cooking oil to about 2,500 people. Moreover, literature weighing about 250 kilograms and worth about SR. 4800 plus shipping and handling costs of SR.2.395 were shipped to Mauritania, bringing the total amount spent there to about SR.44,695.

## Mozambique

Following the devastating floods that destroyed vast areas of the Republic of Mozambique on the 10th of February, 2000, including the capital Maputo, (Evolat, Boati, Maibisa, and Shinafan) and the Gass region including (in Chiputo, Masia and Chokoi), as well as the Sofola region, including (Yoezi and Machaga), and the Anyani region, including, (Goforo and Mapon), the Secretariat General of the IIROSA immediately took the following steps:

1-A circular letter ref. no. T/230 dated 6/3/2000 was sent out to urge the members of the general relief committee to provide relief items to the victims.

2-A circular letter ref. no. T/231 was sent out to all the local branch offices of the I.I.R.O. urging them to contribute effectively in fund raising in favour of the victims.

3- The Secretariat-General of the IIROSA issued a cheque (No.102536) for the sum of US$100,000 (SR.375,000) to implement urgent relief programs in the unfortunate country under the supervision of the members of the mission that visited the country. Accordingly, the IIROSA mission, through the cooperation of the organization's office in Mozambique, distributed 80 tons of food items and clothes bought from South Africa to about 9000 victims in Masia, Chokoi, Hokoi and Motola. Moreover, the IIROSA is considering initiating permanent projects to help the victims secure a stable life when they return to their areas, and to contribute in the reconstruction of the Mozambican society.

L'Organisme a ainsi viré en date du 22-12-1999 un chèque d'un montant de 10 000 dollars (37 500 riyals) à son bureau régional au Sénégal accompagné d'une lettre du Secrétariat général No 20\5785\500 datée le 25-12-1999 en vue de coordonner les efforts déployés avec ladite Association.

Plus de 3 000 personnes ont bénéficié de cette opération de secours d'urgence.

## 16- Mauritanie:

Suite au rapport du directeur de son bureau en Mauritanie No 20\139 du 8-10-1999 informant que certaines régions mauritaniennes le long du fleuve du Sénégal avaient été touchées par de très fortes inondations causant la destruction de centaines de maisons en plus de l'inondation de vastes terre agricoles qui étaient sur le point de procéder aux récoltes, d'où la rareté des céréales et des produits agricoles dans le pays et la détérioration du niveau de vie des habitants de la région d'autant que le nombre des familles victimes de ces inondations avoisine les 30 000 familles.

En conséquence, l'Organisme a pris les mesures suivantes:

1-Envoi d'une circulaire (No c\120 du 26-10-1999) aux membres de la Commission générale de Secours auprès du Haut Conseil de Secours pour les inciter à secourir les sinistrés victimes de ces inondations.

2- Virement d'un chèque (No 00101952 du 26-11-1999)d'un montant de 10 000 dollars (37 500 riyals) le bureau de l'Organisme en Mauritanie a été informé à cet effet par une lettre du Secrétariat général (No 20\5084\500 du 24-11-1999)pour mettre en oeuvre le plan de secours d'urgence destiné à venir en aide aux victimes des inondations le long des frontières mauritaniennes avec le Sénégal. Le programme comportait la distribution de produits alimentaires (riz, farines, pâtes,dattes,huile de table). Ont bénéficié de cette opération de secours plus de 2500 personnes. Acheminement de 250 de cartons chargés de livres destinés aux programmes culturels dans ce pays d'une valeur de 4800 riyals avec des frais de frêt (2395 riyals).Le montant global dépensé est donc de 44 695 riyals.

## 17- Mozambique:

Suite aux inondations qui ont frappé le Mozambique le 10-2-2000 et causé d'énormes dégats dans plusieurs provinces dont Maputo, la capitale (notamment dans les régions de Ifolate, Boité,Mayiosé et Shinacan), Gaze (régions de Shiboto, Massia et Shokowi), Sofala (région de Youzi mashaga), Anyaban) (régions de Gofoto et Mabone) Plus de deux millions de personnes ont été victimes de ces inondations. Pour faire face à cette catastrophe, l'Organisme a pris les mesures suivantes:

1- l'envoi d'une circulaire (No c\230 du 6-3-2000) aux membres de la Commission générale de Secours pour les inciter à venir en aide aux victimes de ces inondations.

2- l'envoi d'une circulaire (No c\231 du 6-3-2000) à ses bureaux à l'étranger pour les inciter à apporter des assistances financières aux sinistrés du Mozambique.

3- Envoi par le Secrétariat général de l'Organisme d'un chèque (No102536 du 11-3-2000) d'un montant de100 000 dollars (375 000 riyals) pour l'exécution d'un programme de secours d'urgence sous la supervision de sa délégation dépêchée sur place au Mozambique. Dans ce cadre, l'Organisme a distribué 80 tonnes de produits alimentaires et de vêtements acheminés d'Afrique du Sud. Ces produits ont été distribués dans quatre régions ( Massiya, Shokwih, Hokwih et Matula) aux nécessiteux avec la collaboration du bureau de la Ligue islamique mondiale au Mozambique. Ont bénéficié de cette opération plus de 9000 sinistrés. Une étude est en cours pour exécuter des projets

d'assistances de façon permanente après le retour des victimes dans leurs régions afin de les aider à s'y installer dans de meilleures conditions.











IIRO 000250

## Total amount of expenditure (cash & material) in Africa in the year 1999-2000

Dépenses globales en nature et en espèces pour l'Afrique en l'an 99\2000

| No | Country<br>Pays | K/grams<br>Poids (kgs) | Price in SR<br>Valeurs des produits en nature (riyals) | Costs in SR<br>Frais de Frêt (riyals) | Container<br>conteneurs | | Amounts in SR.<br>dépenses (riyals) | Total amount in SR.<br>Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | 20ft<br>20pieds | 40ft<br>40pieds | | |
| 1 | Ethiopia<br>Ethiopie | 610<br>610 | 20,050<br>20,050 | 2,433<br>2,433 | --<br>-- | --<br>-- | --<br>-- | 22,483<br>22,483 |
| 2 | Eritrea<br>Erythrée | 66,793<br>66,793 | 245,758<br>245,758 | 31,500<br>31,500 | 4<br>4 | --<br>-- | --<br>-- | 277,258<br>277,258 |
| 3 | Uganda<br>Ouganda | 485<br>485 | 13,600<br>13,600 | 2,700<br>2,700 | --<br>-- | --<br>-- | --<br>-- | 16,300<br>16,300 |
| 4 | Benin<br>Bénin | --<br>-- | --<br>-- | --<br>-- | --<br>-- | --<br>-- | 3,750<br>3,750 | 3,750<br>3,750 |
| 5 | Burundi<br>Burundi | 195<br>195 | 5,600<br>5,600 | 1,872<br>1,872 | --<br>-- | --<br>-- | --<br>-- | 7,472<br>7,472 |
| 6 | Chad<br>Tchad | 730<br>730 | 19,200<br>19,200 | 6,975<br>6,975 | --<br>-- | --<br>-- | --<br>-- | 26,175<br>26,175 |
| 7 | Tanzania<br>Tanzanie | 20,207<br>20,207 | 68,386<br>68,386 | 13,473<br>13,473 | 1<br>1 | --<br>-- | --<br>-- | 81,859<br>81,859 |
| 8 | Comoro<br>Comores | 20,800<br>20,800 | 62,400<br>62,400 | 17,100<br>17,100 | 1<br>1 | --<br>-- | --<br>-- | 79,500<br>79,500 |
| 9 | Djibouti<br>Djibouti | 110,635<br>110,635 | 352,295<br>352,295 | 35,060<br>35,060 | 6<br>6 | --<br>-- | --<br>-- | 387,355<br>387,355 |
| 10 | Senegal<br>Sénéga | --<br>-- | --<br>-- | --<br>-- | --<br>-- | --<br>-- | 37,500<br>37,500 | 37,500<br>37,500 |
| 11 | Sudan<br>Soudan | 112,552<br>112,552 | 648,989<br>648,989 | 66,442<br>66,442 | 6<br>6 | --<br>-- | --<br>-- | 715,431<br>715,431 |
| 12 | Somalia<br>Somalie | 393,590<br>393,590 | 1,845,113<br>1,845,113 | 149,509<br>149,509 | 21<br>21 | --<br>-- | 126,457<br>126,457 | 2,121,079<br>2,121,079 |
| 13 | Ghana<br>Ghana | --<br>-- | --<br>-- | --<br>-- | --<br>-- | --<br>-- | 18,750<br>18,750 | 18,750<br>18,750 |
| 14 | Kenya<br>Kenya | 474<br>474 | 15,050<br>15,050 | 1,906<br>1,906 | --<br>-- | | --<br>-- | 16,956<br>16,956 |
| 15 | Liberia<br>Liberia | --<br>-- | --<br>-- | --<br>-- | --<br>-- | --<br>-- | 37,500<br>37,500 | 37,500<br>37,500 |
| 16 | Murtania<br>Mauritanie | 250<br>250 | 4,800<br>4,800 | 2,395<br>2,395 | --<br>-- | --<br>-- | 37,500<br>37,500 | 44,695<br>44,695 |
| 17 | Mozambique<br>Mozambique | --<br>-- | --<br>-- | --<br>-- | --<br>-- | --<br>-- | 375,000<br>375,000 | 375,000<br>375,000 |
| Total | | 727,321<br>727,321 | 3,301,241<br>3,301,241 | 331,365<br>331,365 | 39<br>39 | --<br>-- | 651,457<br>651,457 | 4,269,063<br>4,269,063 |

The statistical charts to follow:

1- Consignments of literature.
2- Total expenditure (material & cash) according to each continent.
3- Total material aid and value according to type.
4- Shipment of King Fahd bin Abdul Aziz's Gift of Palm Dates.
5- Total expenditure (cash & material) countrywise.



## Statement showing the quantity of literature shipped in the year 1999/2000

Cargaisons de livres acheminés durant l'année 1999/2000

| No. | Country<br>Pays | Cartons<br>Quantités (cartons) | Kilograms<br>Poids (kgs) | Value in S.Riyals<br>Valeurs(riyals) | Cost in S.Riyals<br>Frais(riyals) | Beneficiaries Nb.\Bénéficiaires<br>Teachers<br>Enseignants | <br>Students<br>élèves |
|---|---|---|---|---|---|---|---|
| 1 | Ethiopia<br>Ethiopie | 17<br>17 | 490<br>490 | 13,600<br>13,600 | 1,853<br>1,853 | 47<br>47 | 1,350<br>1,350 |
| 2 | Indonesia<br>Indonésie | 66<br>66 | 1,589<br>1,589 | 52,800<br>52,800 | 6,773<br>6,773 | 33<br>33 | 2,300<br>2,300 |
| 3 | Uganda<br>Ouganda | 17<br>17 | 485<br>485 | 13,600<br>13,600 | 2,700<br>2,700 | 42<br>42 | 1,260<br>1,260 |
| 4 | Afghanistan<br>Afghanistan | 17<br>17 | 544<br>544 | 13,600<br>13,600 | 1,586<br>1,586 | 50<br>50 | 1,500<br>1,500 |
| 5 | Pakistan<br>Pakistan | 50<br>50 | 1,576<br>1,576 | 40,000<br>40,000 | 3,980<br>3,980 | 41<br>41 | 4,100<br>4,100 |
| 6 | Bangladesh<br>Bangladesh | 19<br>19 | 576<br>576 | 15,200<br>15,200 | 1,480<br>1,480 | 30<br>30 | 4,500<br>4,500 |
| 7 | Burundi<br>Burundi | 7<br>7 | 195<br>195 | 5,600<br>5,600 | 1,872<br>1,872 | 10<br>10 | 500<br>500 |
| 8 | Thailand<br>Thaïlande | 9<br>9 | 261<br>261 | 7,200<br>7,200 | 1,086<br>1,086 | 70<br>70 | 2,100<br>2,100 |
| 9 | Chad<br>Tchad | 24<br>24 | 730<br>730 | 19,200<br>19,200 | 6,975<br>6,975 | 32<br>32 | 3,200<br>3,200 |
| 10 | Tanzania<br>Tanzanie | 11<br>11 | 345<br>345 | 8,800<br>8,800 | 2,110<br>2,110 | 22<br>22 | 1,100<br>1,100 |
| 11 | Sri Lanka<br>Sri Lanka | 3<br>3 | 67<br>67 | 2,400<br>2,400 | 410<br>410 | 15<br>15 | 525<br>525 |
| 12 | Somalia<br>Somalie | 30<br>30 | 1,037<br>1,037 | 24,000<br>24,000 | 5,508<br>5,508 | 75<br>75 | 7,500<br>7,500 |
| 13 | Philippines<br>Philippines | 15<br>15 | 295<br>295 | 12,000<br>12,000 | 1,984<br>1,984 | 40<br>40 | 1,200<br>1,200 |
| 14 | Kenya<br>Kenya | 16<br>16 | 464<br>464 | 12,800<br>12,800 | 1,664<br>1,664 | 37<br>37 | 1,850<br>1,850 |
| 15 | Mauritania<br>Mauritanie | 6<br>6 | 250<br>250 | 4,800<br>4,800 | 2,395<br>2,395 | 11<br>11 | 550<br>550 |
| Total<br>Total | | 307<br>307 | 8,904<br>8,904 | 245,600<br>8,904 | 42,376<br>42,376 | 555<br>555 | 33,535<br>33,535 |



## Table showing the distribution of King Fahd bin Abdul Aziz's donationt of palm dates in the following countries in 1999/2000:

Tableau Indiquant la distribution des dattes offertes par roi Fahd ben Abdul Aziz dans les pays suivants en l'an 99/2000

| No. | Country<br>Pays | Number of Containers<br>Nb. de conteneurs | Quantity per cartons<br>Nb. de cartons | Weight by kilograms<br>Poids (kgs) | Value in SR.<br>Valeurs (riyals) | Shipping costs<br>Frais de fret (riyals) | Beneficiaries<br>Bénéficiaires |
|---|---|---|---|---|---|---|---|
| 1 | **Afghanistan**<br>Afghanistan | **5**<br>5 | **8,636**<br>8,636 | **95,600**<br>95,600 | **286,800**<br>286,800 | **41,937**<br>41,937 | **305,920**<br>305,920 |
| 2 | **Pakistan**<br>Pakistan | **12**<br>12 | **22,944**<br>22,944 | **229,440**<br>229,440 | **688,,320**<br>688,,320 | **72,945**<br>72,945 | **220,200**<br>220,200 |
| 3 | **Bangladesh**<br>Bangladesh | **16**<br>16 | **30,592**<br>30,592 | **305,920**<br>305,920 | **917,760**<br>917,760 | **87,000**<br>87,000 | **611,840**<br>611,840 |
| 4 | **Thailand**<br>Thailande | **2**<br>2 | **3,832**<br>3,832 | **38,320**<br>38,320 | **114,960**<br>114,960 | **15,750**<br>15,750 | **114,960**<br>114,960 |
| 5 | **Philippines**<br>Philippines | **3**<br>3 | **5,748**<br>5,748 | **57,480**<br>57,480 | **172,440**<br>172,440 | **21,937**<br>21,937 | **172,400**<br>172,400 |
| 6 | **Kashmir**<br>Cachimire | **2**<br>2 | **3,824**<br>3,824 | **38,240**<br>38,240 | **114,720**<br>114,720 | **14,375**<br>14,375 | **26,768**<br>26,768 |
| | **Total**<br>Total | **40**<br>40 | **75,576**<br>75,576 | **765,000**<br>765,000 | **2,295,000**<br>2,295,000 | **253,944**<br>253,944 | **1,452,088**<br>1,452,088 |

## Total Urgent Relief expenditure (cash & material) according to continents

Total des dépenses en nature et en espèces selon les continents ( pour les Programmes de secours d'urgence)

| No. | Continent<br>Continent | Countries<br>Pays | Weight<br>Poids (kgs) | Value<br>Valeurs (riyals) | Cost<br>Frais (riyals) | Containers conteneurs 20ft. | 40ft. | Cash Relief funds<br>Dépenses des campagnes de secours d'urgence | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Europe**<br>Europe | **3**<br>3 | **1,387,001**<br>1,387,001 | **19,445,173**<br>19,445,173 | **880,315**<br>880,315 | **47**<br>47 | **31**<br>31 | **46,117,362**<br>46,117,362 | **66,442,855**<br>66,442,855 |
| 2 | **Asia**<br>Asia | **15**<br>15 | **970,408**<br>970,408 | **3,180,143**<br>3,180,143 | **345,503** | **47**<br>47 | **2**<br>2 | **3,075,280**<br>3,075,280 | **6,600,926**<br>6,600,926 |
| 3 | **Africa**<br>Afrique | **17**<br>17 | **727,321**<br>727,321 | **3,301,241**<br>3,301,241 | **331,365**<br>331,365 | **39**<br>39 | | **651,457**<br>651,457 | **1,452,088**<br>1,452,088 |
| 4 | **Operational, promotion, wrapping material, transportation and staff dues**<br>dépenses de fonctionnement,transport,salaires des agents de secours | | | | | | | **450,358**<br>450,358 | **450,358**<br>450,358 |
| | **Total**<br>Total | **35**<br>35 | **3,084,730**<br>3,084,730 | **25,926,557**<br>25,926,557 | **1,557,183**<br>1,557,183 | **33**<br>33 | **133**<br>133 | **50,294,462**<br>50,294,462 | **77,763,202**<br>77,763,202 |

## Material aid dispatched in 1999/2000 according to categories

Total des assistances en nature et leurs valeurs selon les catégories

| No. | Type<br>Catégories | Quantity/ pakts<br>Quantités | Weight<br>Poids (kgs) | Value in SR.<br>Valeurs (riyals) | Shipping costs<br>Frais de frêt |
|---|---|---|---|---|---|
| 1 | **Literature & office equip.**<br>Livres ,outils de bureau | **2,516**<br>2,516 | **63,676**<br>63,676 | **1,267,925**<br>1,267,925 | **83,83**<br>83,83 |
| 2 | **Palm-dates**<br>Dattes | **117,370**<br>117,370 | **1,502,410**<br>1,502,410 | **4,506,730**<br>4,506,730 | **525,447**<br>525,447 |
| 3 | **Food items**<br>Produits alimentaires | **40,541**<br>40,541 | **750,060**<br>750,060 | **2,175,093**<br>2,175,093 | **305,688**<br>305,688 |
| 4 | **Clothes, blankets, carpets, tents, utensils**<br>vêtements,couvertures,couches,tentes, vaisselles | **20,789**<br>20,789 | **487,036**<br>487,036 | **9,301,141**<br>9,301,141 | **419,112**<br>419,112 |
| 5 | **Medicine,medical equipment, sanitary items**<br>médicaments ,équipements et articles de santé | **15,997**<br>15,997 | **271,885**<br>271,885 | **7,929,418**<br>7,929,418 | **206,278**<br>206,278 |
| 6 | **Vehicles, office equipment**<br>véhicules. matériels,équipements de bureau | **195**<br>195 | **9,663**<br>9,663 | **746,250**<br>746,250 | **17,575**<br>17,575 |
| | **Total** | **197,408**<br>197,408 | **3,084,730**<br>3,084,730 | **25,926,557**<br>25,926,557 | **1,557,183**<br>1,557,183 |


IIRO 000253

## Total Urgent Relief expenditure (cash & material) 1999/2000

Total des dépenses en nature et en espèces sur les programmes de secours d'urgence pour l'anné 99/2000

| No. | Country<br>Pays | Weight/kg.<br>Poids (kgs) | Value/SR.<br>Valeurs des produits(riyals) | Cost/SR.<br>frais de frêt | No. of containers<br>contaneurs<br>20ft.<br>20 pieds | 40ft.<br>40pieds | Cash money<br>Dépenses (riyals) | Total expenses<br>Total (riyals) |
|---|---|---|---|---|---|---|---|---|
| 1 | **Azerbaijan**/Azerbaïdjan | 20,000 | 150,000 | 33,000 | -- | 2 | 1,333,489 | 1,516,489 |
| 2 | **Ethiopia**/Ethiopie | 610 | -- | 2,433 | -- | -- | -- | 22,483 |
| 3 | **Eretria**/Erythrée | 66,793 | 245, 758 | 31, 500 | 4 | -- | -- | 288,258 |
| 4 | **Jordan**/Jordanie | -- | -- | -- | -- | -- | 40,282 | 40,282 |
| 5 | **Afghanistan**/Afghanistan | 96,144 | 300,400 | 43,523 | 5 | -- | -- | 343,923 |
| 6 | **Indonesia**/Indonésie | 1,589 | 52,800 | 6,773 | -- | -- | -- | 59,573 |
| 7 | **Uganda**/Ouganda | 485 | 13,600 | 2,700 | -- | -- | -- | 16,300 |
| 8 | **Pakistan**/Pakistan | 329, 812 | 1,024,708 | 103,810 | 17 | -- | 70,217 | 1,198,735 |
| 9 | **Balkan/Bosnia**-Balkan/Bosnie | -- | -- | -- | -- | -- | 97,654 | 97,654 |
| 10 | **Bangladesh**/Bangladesh | 343,566 | 1,122,330 | 102,855 | 18 | -- | -- | 1,225,185 |
| 11 | **Benin**/Bénin | -- | -- | -- | -- | -- | 3,750 | 3,750 |
| 12 | **Burundi**/Burundi | 195 | 5,600 | 1,872 | -- | -- | -- | 7,472 |
| 13 | **Thailand**/Thaïlande | 38,581 | 122,160 | 16,836 | 2 | -- | 50,000 | 188,996 |
| 14 | **Turkey**/Turquie | 112,145 | 2,177,725 | 33,850 | 10 | -- | 37,500 | 2,248,975 |
| 15 | **Chad** /Tchad | 730 | 19,200 | 6,975 | -- | -- | -- | 26,175 |
| 16 | **Tanzania**/Tanzanie | 20,207 | 68,386 | 13,473 | 1 | -- | -- | 81,859 |
| 17 | **Comoros**/Comores | 20, 800 | 62,400 | 17,100 | 1 | -- | -- | 79,500 |
| 18 | **Djibouti**/Djibouti | 110,635 | 352,295 | 35,060 | 6 | -- | -- | 387,355 |
| 19 | **Saudia**/A.Saoudite* | 44,634 | 106,185 | -- | -- | -- | -- | 106,185 |
| 20 | **Senegal**/Sénégal | -- | -- | -- | -- | -- | 37,500 | 37,500 |
| 21 | **Sudan**/Soudan | 112,552 | 648,989 | 66,442 | 6 | -- | -- | 715,431 |
| 22 | **Sri Lanka**/Sri Lanka | 67 | 2,400 | 410 | -- | -- | 4,125 | 6,935 |
| 23 | **Chechnya**/Tchétchénie | -- | -- | -- | -- | -- | 1,147,042 | 1,147,042 |
| 24 | **Somalia**/Somalie | 93,590 | 1,845,113 | 149,509 | 21 | -- | 126,457 | 2,121,079 |
| 25 | **Ghana**/Ghana | -- | -- | -- | -- | -- | 18,750 | 18,750 |
| 26 | **Philippines**/Philippines | 57,775 | 184,440 | 23,921 | 3 | -- | 37,500 | 245,861 |
| 27 | **Palestine**/Palestine | -- | -- | -- | -- | -- | 125,000 | 125,000 |
| 28 | **Kashmir**/Cachemire libre | 38,240 | 114,720 | 14,375 | 2 | -- | 37,500 | 166,595 |
| 29 | **Kosovo**/Kosovo | 1,274,856 | 7,267,448 | 846,565 | 37 | 31 | 45,982,213 | 64,096,226 |
| 30 | **Kenya**/Kenya | 474 | 15,050 | 1,906 | -- | -- | -- | 16,957 |
| 31 | **Lebanon**/Liban | -- | -- | -- | -- | -- | 128,000 | 128,000 |
| 32 | **Liberia**/Liberia | -- | -- | -- | -- | -- | 37,500 | 37,500 |
| 33 | **Mauritania**/Mauritanie | 250 | 4,800 | 2,395 | -- | -- | 37,500 | 44,695 |
| 34 | **Mozambique**/Mozambique | -- | -- | -- | -- | -- | 375,000 | 375,000 |
| 35 | **India**/Inde | -- | -- | -- | -- | -- | 102,125 | 102,125 |
| | **Operational costs, promotion, warping material and travel expenses**<br>Dépenses de fonctionnement, annonces, produits d'embalage, frais de voyage | | | | | | 450,358 | 450,358 |
| | **Total** | 3,084,730 | 25,926, 557 | 1,557,183 | 133 | 33 | 50,294,462 | 77,763,202 |

* Assistances en nature aux familles pauvres étrangères résidentes en Arabie saoudite et autres à travers les Commissions de femmes et les associations de bienfaisance locales.



IIRO 000254

**Total Urgent Relief expenditure continentally in 1420H (1999) (in SR)**

**Le total dépenses sur les programmes de secours d'urgence en l'an 99/2000 selon les continents (en Riyals)**






| Africa<br>Afrique<br>6%<br>4,296,084 | Asia<br>Asie<br>9%<br>6,772,072 | Europe<br>Europe<br>85%<br>66,695,056 |
|---|---|---|



**Total weights of material aid dispatched continentally in 1420H (99/2000) (in kilograms)**

**Poids total de produits de secours livrés en l'an 99/2000 selon les continents (en Riyals)**

| Africa<br>Afrique<br>24%<br>727,321 | Asia<br>Asie<br>3%<br>970,408 | Europe<br>Europe<br>45%<br>1,387,001 |
|---|---|---|








**Total weight of date quantities dispatched in 1420H (99/2000) as a gift from the Custodian of the Two Holy Mosques King Fahd Bin Abdul Aziz to certain countries.**

**Poids de dattes offertes par le roi Fahd Ben Abd El Aziz à certains pays en l'an 99/2000**




| Bangladesh | Pakistan | Afghanistan | Philippines | Thailand | Kashmir |
|---|---|---|---|---|---|
| Bangladesh | Pakistan | Afghanistan | Philippines | Thailand | Cachemire |
| 305920 | 229440 | 95600 | 57480 | 38320 | 38240 |



# The Social Welfare Programs
## PROGRAMME DE LA PROTECTION SOCIALE



## The Social Welfare Programs

The Department of the Social Welfare Programs of the *IIROSA* carries out a number of programs designed to help the underprivileged groups in developing societies, especially those who have been deprived of the loving care of their parents i.e., the orphans. Hence, orphan sponsorship ranks at the top of the programs of this department which, in conjunction with the Human Development Department of the IIROSA provides vocational training to the orphans with the aim of preparing them to earn a decent living. It also helps to impart education in conjunction with the educational welfare department, and contributes substantially in reducing the financial burden borne by the relatives of the orphans through the initiation of small enterprises such as, sheep breeding, paltry farming, cow projects etc. etc. Mothers are also given rehabilitation courses and trained in such handicrafts as sewing and embroidering. Besides, social centers responsible for childcare have been initiated within the health care program and other educational as well as talent development activities.

### Objectives

1- To provide the orphan and the under privileged with complete and comprehensive care in the spheres of education, social welfare, health care, psychological well being and vocationally, so as to protect him from bad influences that may lead him astray.

2- To provide the orphan with the necessary skills and know-how that could help him to be both self-reliant and a good citizen in the future.

3- Helping in establishing of social solidarity.



### Means of achievement

The Social Welfare Program Department aims at achieving its goals by the following:

1- Running and operating the *IIROSA* 's orphanages.

2- Extending assistance to orphanages supervised by other organizations.

3- Subsidizing other charity organizations by sponsoring orphans under their care.

4- Supporting those families that take care of orphans through sponsorship.

At this point, it is only fair to commend the significant contributions made by the benevolent citizens of Saudi Arabian in this regard.

### Accomplishments

In 1999, the *IIROSA* spent a total of SR. 50, 758, 645 on sponsoring 51, 523 orphans. There were about 28, 900 *IIROSA* sponsored orphans in the following 19 Asian countries:

Jordan.Palestine, Afghanistan, Saudi Arabia, Bangladesh and Thailand.,

## PROGRAMME DE LA PROTECTION SOCIALE

La Direction de la Protection sociale s'attèle à réaliser un certians nombre de programmes visant à apporter des services d'assistance et de secours aux communautés pauvres, nécessiteuses et privées dans les sociétés des pays en développement dont notamment les orphelins. Le programme de prise en charge et de protection des orphelins se trouve à la tête de ces programmes. En plus de sa prise en charge complète des orphelins et de l'*intérêt particulier qu'il leur accorde en vue de les sauvegarder de l'a*bandon, le Programme de prise en charge sociale de concert avec le programme de la promotion humaine au niveau de l'Organisme s'attèle aussi à leur assurer une formation professionnelle dans de nombreux métiers manuels en vue de leur faire acquérir un métier à même de leur permettre d'exercer un travail honorable et de les éloigner de la pauvreté et de la mendicité.Il leur assure aussi, en coopération avec le programme pédagogique de l'Organisme, l'accès à un enseignement régulier.

Et en vue de trouver des ressources financières pour aider les familles d'orphelins dans leurs charges vis-à vis a leurs enfants, l'Organisme a lancé au profit de ces familles des petits projets d'investissement pour leur permettre d'en tirer profit et pouvoir ainsi subvenir aux besoins des orphelins. Citam à titre d'exemple les projets ; d'élevage de moutons, d'aviculture, d'élevage de vaches laitières. ...etc. l'Organisme tend également à améliorer les conditions de vie des mères d'orphelins à travers des stages de formation professionnelle dans certains métiers tels ; la broderie et la couture afin de leur permettre de gagner honorablement leur vie.

### Objectifs:

- Assurer une protection complète et complémentaire à l'orphelin et à l'enfant nécessiteux en général sur les plans ; pédagogique, social, sanitaire, psychique et professionnel, tout en les protégeant des influences et des courants idéologiques néfastes qui risquent de les conduire aux égarements et à la délinquance.
- Inculquer à l'orphelin et à l'enfant nécessiteux les qualifications et les expériences pouvant leur permettre de compter sur eux-mêmes dans l'avenir et devenir des éléments utiles à leurs familles et à leurs sociétés.

### Moyens:

1- Gestion et mise en fonctionnement des orphelinats de l'Organisme.

2- Assistance et appui aux orphelinats relevant d'autres associations.

3- *Appui aux associations de bienfaisance s'occupant d'orphelins* pris en charge par l'Organisme.

4-Appui aux familles subvenant aux besoins de leurs orphelins pris en charge par l'Organisme.

### Réalisations:

L'Organisme a dépensé, en l'an 99\2000,un montant de (50 758 645 riyals) pour la prise en charge de(51 523)orphelins et orphelines qui n'ont pas cessé de bénéficier de toutes les prestations sanitaires, pédadgogiques et sociales. Ces orphelin(e)s sont répartis de la manière suivante:

- 28 900 orphelin(e)s dans 19 Etats d'Asie à savoir: Jordanie, Palestine, Afghanistan, Cambodge, Bangladesh, Thaïlande, Turquie, Azerbaidjan, Syrie, Sri lanka, Philippines, Kurdistan (Irak), Liban, Népal, Inde, Yémen, Indonésie et Cachemire avec une assistance totale de (27 474 401 riyals ).

En Afrique, L'organisme a depense environ 18.825.825 riyals pour prendre en charge environ 19.926 orphalins dans 24 Etats d'Afrique à savoir: Ethiopie, Ouganda, Erythrée, Bénin, Burkina Faso, Tchad, Tanzanie, Togo, Gambie, Djibouti., Côte d'Ivoire, Sénégal, Soudan, Somalie, Kenya, Mali, Guinée Bissau, Guinée, Egypte, Mauritanie, Maurice, Malawi, Maroc et Nigeria avec une assistance totale de (4.458.419 riyals ).





Turkey, Azerbaijan, Syria, Sri Lanka, The Philippines, Iraqi- Kurdistan Lebanon, Nepal, India, Yemen, Indonesi, Pakistan and Azad Kashmir.

The total amount spent on this program in 1999/2000 was estimated at SR.27, 474, 401.

In Africa, the *IIROSA* spent about SR. 18, 825, 825 to sponsor about 19, 926 orphans in about 24 different countries including:

Ethiopia, Uganda, Eritrea, Benin, Burkina Fasso, Chad, Tanzani, Togo, Gambia, Djibouti, Cote d' Ivoir, Senegal, Sudan, Somalia, Guinea – Bissau- Guinea, Conakry, Kenya, Mali, Egypt, Mauritania , Mauritius, Malawi, Morocco and Nigeria.

In Europe, the *IIROSA* spent about SR. 4,458,419 on sponsoring 2687 orphan in the following five countries. Moreover, the *IIROSA* maintains orphanages in Afghanistan, Pakistan, the Philippines, Thailand, Ethiopia, Mauritania, Uganda, Kenya, Chad, Tanzania and Malawi with about 2493 inmates.

The Social Welfare Programs that Require Marketing

1-The Program of Sponsoring Orphans Living with Relatives:

This program allows the orphan to receive an amount of money or a stipend granted to him by a sponsor, while still living with relatives. The stipend is allocated according to the standards of living in each individual country. Of course the *IIROSA* does not only play the role of the messenger who delivers the stipend to the orphan, but it also plays a significant role in orienting the orphan, educationally, socially and vocationally. The orphans' relatives are also given assistance in order to raise the standards of their living, through giving the mother and the sisters of the orphan the necessary vocational training organized by the *IIROSA* social welfare centers. Field inspection teams of the *IIROSA* Department of Social Welfare and the domestic offices visit every country hosting an *IIROSA* orphanage twice a year, in order to have first hand information about conditions prevailing in the orphanages, and to deliver the stipends to the orphans. The following inspection tours have been carried out so far:

A- An inspection team from the Secretariat General of the *IIROSA* visited Jordan,Yemen,Somalia, Sudan and Mali during the year 1999/2000.

B- An inspection team from the Assir office of the *IIROSA* visited, Turkey, Nigeria and Chad during the year 1999/2000.

C-An inspection team from the *IIROSA*. office in Riyadh visited Lebanon during the same period..

D-An inspection team from the Madina office visited Azerbaijan.

E-An inspection team from the Qasim office







2687orphelin(e)s dans 5 Etats d'Europe à savoir: Espagne,Albanie, Bosnie-Hérzégovine, Grèce et Italie avec une assistance totale de (4 458 419 riyals ).

Par ailleurs, l'Organisme possède 20 orphelinats abritant (3493 orphelin(e)s )implantés dans les pays suivants: Afghanistan, Pakistan, Bangladesh, Philippines, Thaïlande, Ethiopie, Mauritanie, Ouganda, Kenya, Tchad, Tanzanie et Malawi.

Programmes de la Direction de la Protection sociale en quête de commercialisation

1-Programme de prise en charge d'orphelins résidents chez leur famille(orphelins de famille)

Il s'agit d'un programme qui permet de prendre en charge l'orphelin tout en le laissant vivre au sein de sa famille. Le montant de cette prise en charge a été fixé en fonction du niveau de vie dans chaque pays. Le rôle de L'Organisme dans ce cadre ne se limite pas à remettre seulement l'allocation de prise en charge du bienfaiteur à l'orphelin mais le dépasse bien au-delà et englobe l' ancadrement de l'orphelin sur les plans pédagogique,sanitaire, social et professionnel. En plus de l'orientation de sa famille et des services d'assistances qui lui sont proposés en vue d'améliorer le niveau de ses revenus à travers la formation de la mère de l'orphelin ou de sa soeur qui sont en mesure de travailler dans des centres de formation professionnel pour femmes, affiliés aux centres sociaux de la protection et de la réhabilitation des orphelins relevant de l'Organisme. Des équipes de terrain de la protection sociale et des bureaux locaux de l'Organisme leur rendent visite annuellement dans leurs pays respectifs pour examiner les conditions des orphelins sur le terrain et connaître de près leur situation et leur remettre directement leurs allocations et s'assurer qu'ils bénéficient réellement des programmes de protection sociale, sanitaire et pédagogique qui leurs sont offerts par l'Organisme et s'assurer aussi qu'ils sont bien traités par les familles d'accueil.

Dans ce cadre des délégués du Secrétariat général et des Bureaux locaux de l'Organisme ont plusieurs fois visité des orphelins sur le terrain au cours de l'an 99\2000.

Ces visites sont comme il suit :

-a-Visite de la Jordanie par une délégation du Secrétariat général du 28 au 30\5\99, du Yémen du14 au 20\5\99, de la Somalie du 12\12\99 au 3\1\2000, du Soudan du24\6 au 8\7\99 et du 16 au 28\1\2000, du Mali au mois de février 2000, de la Bosnie au mois de juin 1999.

-b-Visite de la Turquie par une délégation du Bureau de Assire au mois de janvier 2000 et du Nigeria du 12 au 25\5\99 et du 1au 11\1\2000, du Tchad au mois de janvier 2000.

-c-Visite du Liban par une délégation du Bureau de Riyadh au mois de juin 1999 et au mois d'août 1999.

-d- Visite de l'Azerbaïdjan par une délégation du Bureau de Médine el Mounawwara du 11au21 \3\2000, et du Burkina Faso du 23\10 au 5\11\99.

-e- Visite du Sri Lanka par une délégation du Bureau d' El Qassim au mois de juin1999 et au mois de novembre1999.

-f- Visite de l'Ouganda par une délégation du Bureau de Banha du 6 au 20\9\99 et du 9 au 27\3\2000.

-g- Visite de la Jordanie par une délégation du Bureau d'el Jouf du 28 au 30\5\99.

-h-Visite du Mozambique par une délégation du Bureau de Yanbou au mois de mars 2000.

2- Programme de Construction et de Gestion d'orphelinats:

Ce programme veille à la protection des orphelins (de pères et de mères ou ceux dont les conditions de leurs familles ne permettent pas de leurs assurer un développement de vie normal et une éducation moralement saine)dans des orphelinats ou dans des camps de réfugiés où leur sont accordés différentes formes de protection : pédagogique, sanitaire, culturelle, sociale, ..en plus des programmes de formation professionnelle relevant de l'Organisme.

3- Programme de soutien aux orphelinats relevant d'autres organismes de bienfaisance



IIRO 000259

paid a visit to Sri Lanka.

F-An inspection team from the Al-Baha office paid a visit to Uganda.

G-An inspection team from Al-Jouf office paid a visit to Jordan .

H-An inspection team from the Yanbu office paid a visit to Mozambique within the above mentioned period.

2- The Program of Building & Running Orphanages:
This program is designed to cater for the needs of the orphans who have lost both parents, or those whose relatives are not in a position to give them the right training and upbringing.

3-The Program of Subsidizing Orphanages run by other Welfare organizations:
This program aims at providing material support to those humanitarian and charity organizations running orphanages, through sponsoring a number of the orphans.

4-The Program of Providing for the Deprived Child:
This program caters for the social as well as the educational needs of the child who is deprived of the warmth of family life because of the death of his parents.

5-The Program of Establishing and Running Social Centers for the Rehabilitation of Orphans:
The concept of the social center is based on the principle of providing the orphan with all the services and instructions he may stand in need of, while keeping him at the same time with his relatives, provided that they are socially and economically capable of taking care of him and bringing up in a sound and righteous manner. Apart from the financial assistance, the social center provides the orphan with a set of services educationally, socially, culturally and vocationally. In fact these services are not confined to the orphan, since they could also include members of his family such as the mother and the sisters.

6- The Program of Subsequent care:
This program continues to provide the orphan with financial assistance and psychological, educational, vocational and social guidance after reaching the age of fifteen, which legally brings sponsorship to an end.

7-The Program of Seasonal Greetings and Gifts:
This program aims at bringing happiness to the heart of the orphan on festive occasions.

**[illegible]**
- *In 1999, a total of [illegible] was spent on orphan welfare.*
- *In 1999, the number of orphans [illegible] at 51,523.*
- *The IIROSA runs about 20 orphanages in Asia and Africa.*
- *There are about 28 IIROSA orphan welfare supervisors and coordinators abroad.*
- *The IIROSA sponsors orphans in about 48 African, Asian and European countries.*








Ce programme vise comme son nom l'indique à apporter des assistances materielles aux organisations humanitaires et de bienfaisance dirigeant des orphelinats ou des abrits d'orphelins et ce à travers la prise en charge de plusieurs de leurs orphelins par l'OIMS.

4- Programme de protection de l'enfant déshérité
Ce programme concerne les enfants privés de familles parmi ceux ayant perdu leur père ou mère suite à une mort naturelle ou résultant d'une catastrophe ou d'une conséquence de guerre, et permet d 'accueillir des orphelins dans un cadre épris d'affection et de sécurité dans des orphelinats ou des centres sociaux spéciaux où il leur sont accordés toutes les formes de protection à commencer par l'abri, la nourriture et les vêtements en passant par l'éducation ou une formation professionnelle.

5-Programme de construction et de gestion de centres sociaux de protection et de réhabilitation d'orphelins
L'idée de centre social s'appuit sur le principe d'apporter à l'orphelin tout ce dont il a besoin comme services et orientations tout en le laissant vivre au sein de sa famille si les conditions socio-économiques de celle-ci permetent de lui garantir une protection adéquate et de l'élever dans de bonnes conditions conformes aux principes et aux valeurs de la société. L'orphelin bénéficie dans ces centres, en plus d'une allocation financière
(allocation de prise en charge) de nombreuses prestations complémentairs en matière ; d'éducation, d'enseignement, de santé ou de protection sociale, culturelle,professionnelle et de loisirs). Ces prestations de services ne se limitent pas seulement à l'orphelin mais touchent également sa famille (mère, frères et soeurs ).

6- Programme de la protection postérieure
Ce programme s'interesse à l'orphelin(e) et suit l'évolution de ses conditions générales et particulières. Il permet de lui apporter l'assistance matérielle et l'orientation psychique,
pédagogique, professionnelle et sociale dans la phase qui suit l' âge de 15 ans, c'est d'ailleurs à cet âge là que doit prendre fin légalement la prise en charge de l'orphelin(e). Ce programme se base sur la vérité selon laquelle l' âge de 15 ans n'est pas l'âge de la maturité spirituelle ou affective de l'adolescent et de l'adolescente. Partant, abandonner l'orphelin(e) à cet âge critique risque de l'exposer aux dérives et aux déviations. Si cela arriverait par malheur cela ruinerait tous les efforts consentis avec l'orphelin(e) lors des premières phases de sa vie. Grâce à ce programme, il est possible de continuer la prise en charge de l'orphelin(e) et de poursuivre les efforts avec lui/elle où qu'ils se trouvent selon leurs aptitudes mentales et physiques et en fonction de leurs choix d'études;
un enseignement théorique ou une formation professionnelle jusqu' à ce qu'ils atteignent leur force majeure et deviennent à même de subvenir à leurs besoins par eux mêmes.

7- Programme de visite aux orphelins
Ce programme tend à introduire la joie dans les coeurs des orphelins à l'occasion des jours de fêtes pour compenser leur manque d'affection maternelle ou paternelle, et les sensibiliser sur la solidarité et la sympathie de la société à leur égard.

**[illegible]**
*[illegible] en l'an 99/2000: [illegible] riyals.*
*-Nombre d'orphelins pris en charge en l'an 99/2000: [illegible] orphelins.*
*-Gestion par l'Organisme de 20 orphelinats en Asie et en Afrique.*
*-Prise en charge de 28 cadres et coordinateurs d'orphelins à l'étranger.*
*-Répartition des orphelins pris en charge par l'Organisme dans 48 Etats en Afrique, en Asie et en Europe.*

## Table showing the number of IIROSA sponsored orphans, orphanages and supervisors

Nombre d'orphelins d' orphalinals et de surveillants pris en charge par l'Organisme à travers les continents

| No. | Continent<br>continents | Orphanages<br>orphelinats | Number of orphans<br>orphelins | Supervisors<br>cadres | No. / Countries<br>Pays |
|---|---|---|---|---|---|
| 1 | **Asia**<br>Asie | **12**<br>12 | **28,900**<br>28,900 | **16**<br>16 | **19**<br>19 |
| 2 | **Africa**<br>Afrique | **8**<br>8 | **19,936**<br>19,936 | **11**<br>11 | **24**<br>24 |
| 3 | **Europe**<br>Europe | **0**<br>0 | **2,687**<br>2,687 | **1**<br>1 | **5**<br>5 |
| | **Grand total**<br>Total | **20**<br>20 | **51,523**<br>51,523 | **28**<br>28 | **48**<br>48 |





IIRO 000261

## First: expenditure of family supervised orphans and orphanages in Asia 1999/2000

1-Dépenses en faveur des orphelins de famille et des orphelinats en Asie (an 99\2000)

| No. | Asia<br>Asie | Family supervised orphan / Orphanages / Supervisors<br>orphelins de famille/ orphelinats/ cadres | No./Orphans<br>orphelins | Amount spent in SR.<br>dépenses (riyals) |
|---|---|---|---|---|
| 1 | **Jordan**<br>Jordanie | **Family sponsored orphans**<br>orphelins de famille | 4,589 | 4,116,822 |
| | | **Coordinator & 3 supervisors**<br>*un coordinateur et trois cadres* | | 49, 200 |
| | **Total** | | | 4,166,022 |
| 2 | **Afghanistan**<br>Afghanistan | **Family supervised orphans**<br>**Al-Bukhari orphanage / Jalalabad 5909**<br>orphelins de famille<br>orphelinat de "Bukhari " à Jalalabad 5 | 5,909<br>503 | 4,788,301<br>512,550 |
| | **Total** | | 6,412 | 5,300,851 |
| 3 | **Indonesia**<br>Indonésie | **Family supervised orphans**<br>**Supervisors**<br>orphelins de famille<br>*cadre d'orphelins* | 867 | 482,730<br>10,800 |
| | **Total** | | | 493,530 |
| 4 | | **Domestic orphans**<br>**Family Supervised orphans**<br>orphelins de l'intérieur<br>orphelins de famille | 385 | 735, 583 |
| 5 | **Pakistan**<br>Pakistan | **Family supervised orphans**<br>**Dar Omar - Peshawar**<br>**Dar Baraim – Mansahar**<br>**Darat Sumaiyah – Gilgit**<br>**Dar Amar bin Yassir – Calicut**<br>**Coordinator**<br>orphelins de famille<br>orphelinat de "Omar ben Al Khattab" à Peshawar<br>orphelinat de Mansahra<br>orphelinat de fille à Jaljate<br>orphelinat de "Omar ben Yasser" à Kalkate<br>coordinateur d' orphelins | 406<br>354<br>250<br>120<br>120 | 182, 949<br>360, 400<br>253, 980<br>121, 890<br>122, 400<br>27, 264 |
| | **Total** | | 1250 | 1, 159, 883 |
| 6 | **Bangladesh**<br>Bangladesh | **Family supervised orphans**<br>**Dar Perry Sir - Dhaka**<br>**Dar A. Mubarak - Dhaka**<br>**Asmaà Bint Abi Bakr Orphanage / Dacca**<br>**Abu Bakr Assidik Orphanage-Rom Kaba village 25 km. from the city of Koks Bazar**<br>**Fatima Al-Zahraà Orphanage - Petella village, Mai Ghinj province**<br>orphelins de famille<br>orphelinat "Biri sir " à Dacca<br>orphelinat "Abdallah ben Mubarak" à Dacca<br>orphelinat de fille"Asma bint Abubakr" à Dacca<br>orphelinat "Abubakr Assadiq"au village de Ruumkaba à 25 kms de la ville de Kukas bazar<br>orphelinat "Fatima zahraa" au village de Batila dans la région de May Gange<br>cadre d'orphelins | 1,720<br>178<br>217<br>156<br>61<br>108 | 2,178,064<br>168, 300<br>218,450<br>151,300<br>56,780<br>108,800<br>12,000 |
| **Total** | | | 2442 | 2,893,694 |

## First: Expenditure of family supervised orphans and orphanages in Asia 1999/2000

Dépenses en faveur des orphelins de famille et des orphelinats en Asie (an 99\2000)

| No. | Asia<br>Asie | Family supervised orphan / Orphanages / Supervisors<br>orphelins de famille/ orphelinats/ cadres | No./Orphans<br>orphelins | Amount spent in SR.<br>dépenses (riyals ) |
|---|---|---|---|---|
| 7 | Thailand<br>Thaïlande | Family supervised orphans<br>Dar Nafeesah / Bangkok<br>orphelins de famille<br>orphelinat " Nafissa" à Bankok | 47<br>112 | 60, 152<br>263,730 |
| | Total | | 159 | 323,882 |
| 8 | Turkey<br>Turquie | Family supervised orphans<br>orphelins de famille | 96 | 84,932 |
| 9 | The Independent Republics<br>Républiques indépendantes | Family supervised orphans<br>Supervisors<br>orphelins de famille<br>cadre d'orphelins | 1,277 | 1,275,559<br>22,55 |
| | Total | | | 1,298,059 |
| 10 | Sri Lanka<br>Sri Lanka | Family supervised orphans<br>orphelins de famille | 115 | 19, 07 |
| 11 | Syria<br>Syrie | Family supervised orphans<br>orphelins de famille | 12 | 12, 670 |
| 12 | Philippines<br>Philippines | Family supervised orphans<br>Dar J. Abdullah – Cotabato<br>Supervisors<br>orphelins de famille<br>orphelinat "Jaber ben abdallah" à Kutabatu<br>cadre d'orphelins - 225 046 | 183<br>85 | 2,225,046<br>144,840<br>18,000 |
| | Total | | 268 | 387,886 |
| 13 | Palestine<br>Palestine | Family supervised orphans<br>orphelins de famille | 786 | 1,428,663 |
| 14 | Iraqi-Kurdistan<br>Kurdistan | Family supervised orphans<br>(1) –coordinator (3)- supervisors<br>orphelins de famille<br>un coordinateur et trois cadres | 5,802 | 5,883,377<br>24,876 |
| | Total | | | 5,908,253 |
| 15 | Azad Kashmir<br>Cachemire libre | Family supervised orphans<br>orphelins de famille | 52 | 25, 046 |
| 16 | Lebanon<br>Liban | Family supervised orphans<br>orphelins de famille | 748 | 1,054,837 |
| 17 | Nepal<br>Népal | Family supervised orphans<br>orphelins de famille | 34 | 31, 364 |
| 18 | India<br>Inde | Family supervised orphans<br>Researcher & a secretary<br>orphelins de famille<br>un chercheur et un secrétaire | 1,595 | 1,327,347<br>11, 250 |
| | Total | | | 1,338,597 |
| 19 | Yemen<br>Yémen | Family supervised orphans<br>Coordinator<br>orphelins de famille<br>-cadre d'orphelins | 1,011 | 880,077<br>22,500 |
| Total<br>Grand total<br>Total général | | 12 homes/ 16 supervisors & coordinators<br>12 orphelinats et 16 cadres et coordinateurs | 28,900<br>28900 orphelin(e)s | 902,577<br>27,474,401 |

## Second: Amounts spent on family supervised orphans and orphanages in Africa in 1999/2000

Dépenses en faveur des orphelins de famille et des orphelinats en Afrique (an 99\2000

| No. | Country<br>Pays | Family supervised orphans/orphanages/supervisors<br>orphelins de famille/ orphelinats/ cadres | Number of orphans<br>orphelins | Amount spent<br>dépenses<br>(riyals) |
|---|---|---|---|---|
| 1 | **Ethiopia**<br>Ethiopie | **Family supervised orphans**<br>**Awalia home – Addis Ababa**<br>orphelins de famille<br>orphelinat "Awaliya" à Adis Abeba | 2,786<br>0057 | 2,545,580<br>69,360 |
| | **Total** | | 2,843 | 2,614,940 |
| 2 | **Eritrea**<br>Erythrée | **Family supervised orphans**<br>orphelins de famille | 3 | 3,228 |
| 3 | **Uganda**<br>Ouganda | **Family supervised orphans**<br>**Luguo home – Luguo village**<br>**Aruwa home – Aruwa town**<br>**Supervisors**<br>orphelins de famille<br>orphelinat "Logo " au village de Logo<br>orphelinat "Arwa" à Arwa<br>cadre d'orphelins | 1,843<br>463<br>150<br>-- | 1,523,721<br>472,260<br>472,260<br>9,630 |
| | **Total** | | 5,456 | 2,158,101 |
| 4 | **B. Fasso**<br>Burkina | **Family supervised orphans**<br>orphelins de famille | 657 | 553,213 |
| 5 | **Benin**<br>Bénin | **Family supervised orphans**<br>orphelins de famille | 3 | 4,406 |
| 6 | **Chad**<br>Tchad | **Family supervised orphans**<br>**Dar Al-Hanan home / N'djamena**<br>**Supervisor**<br>orphelins de famille<br>orphelinat " Hanan " à N'Djamena<br>cadre d'orphelins | 491<br>203<br>-- | 483,977<br>206,550<br>7,200 |
| | **Total** | | 694 | 697,727 |
| 7 | **Tanzania**<br>Tanzanie | **Family supervised orphans**<br>**Dar Al-Arqam / Dar-es-Salam**<br>orphelins de famille<br>orphelinat "Al Arqam" à Dar Essalem | 92<br>107 | 90,020<br>92,820 |
| | **Total** | | 199 | 182,840 |
| 8 | **Togo**<br>Togo | **Family supervised orphans**<br>orphelins de famille | 3 | 2,550 |
| 9 | **Gambia**<br>Gambie | **Family supervised orphans**<br>orphelins de famille | 198 | 182,037 |
| 10 | **Djibouti**<br>Djibouti | **Family supervised orphans**<br>orphelins de famille | 53 | 81,320 |
| 11 | **Cote d'Ivoir**<br>Côte d'Ivoire | **Family supervised orphans**<br>orphelins de famille | 121 | 93,455 |
| 12 | **Senegal**<br>Sénégal | **Family supervised orphans**<br>**Supervisor**<br>orphelins de famille<br>cadre d'orphelins | 1,158<br>-- | 1,009,294<br>14,400 |
| | **Total** | | | 1,023,694 |

## Africa (continued)

**Second: Amounts spent on family supervised orphans and orphanages in Africa in 1999/2000**

Dépenses en faveur des orphelins de famille et des orphelinats en Afrique(an 99\2000

| No. | Country<br>Pays | Family supervised orphans/orphanages/supervisors<br>orphelins de famille/ orphelinats/ cadres | Number of orphans<br>orphelins | Amount spent<br>dépenses (riyals) |
|---|---|---|---|---|
| 13 | **Sudan**<br>Soudan | **Family supervised orphans**<br>**3 Supervisors**<br>orphelins de famille<br>3 cadres | 2,571 | 2,366,717<br>13,680 |
| | **Total** | | | 2,380,397 |
| 14 | **Somalia**<br>Somalie | **Family supervised orphans**<br>**Supervisors**<br>orphelins de famille<br>cadres | 2,197<br>– | 2,947,548<br>16,800 |
| | **Total** | | | 2,947,548 |
| 15 | **Guinea-Bissau**<br>Guinée Bissau | **Family supervised orphans**<br>orphelins de famille | 79 | 61,281 |
| 16 | **Guinea-Conakry**<br>Guinée | **Family supervised orphans**<br>orphelins de famille | 2 | 1,490 |
| 17 | **Kenya**<br>Kenya | **Family supervised orphans**<br>**Kisumu home – Kisumu town**<br>orphelins de famille<br>orphelinat "Kissoumou" à Kissoumou | 94<br>50 | 124,117<br>76,500 |
| | **Total** | | 144 | 200,617 |
| 18 | **Mali**<br>Mali | **Family supervised orphans**<br>orphelins de famille | 118 | 128,304 |
| 19 | **Egypt**<br>Egypte | **Family supervised orphans**<br>**Supervisors**<br>orphelins de famille<br>cadres | 2,825<br>– | 2,672,825<br>9,000 |
| | **Total** | | | 2, 681, 825 |
| 20 | **Morocco**<br>Maroc | **Family supervised orphans**<br>orphelins de famille | 489 | 722,828 |
| 21 | **Malawi**<br>Malawi | **Dar Khalid / Selima**<br>orphelinat "Khalid ben el Walid" à Salima | 100 | 99,960 |
| 22 | **Mauritania**<br>Mauritanie | **Family supervised orphans**<br>**Nouakchott**<br>**Supervisors**<br>orphelins de famille<br>orphelinat "Ali ben Abi Taleb "à Nouakchott<br>cadre d'orphelins | 475<br>100<br>-- | 648,494<br>153,000<br>10,800 |
| | **Total** | | 575 | 812,294 |
| 23 | **Mauritius**<br>Maurice | **Family supervised orphans**<br>orphelins de famille | 48 | 43,535 |
| 24 | **Nigeria**<br>Nigeria | **Family supervised orphans**<br>**Supervisor**<br>orphelins de famille<br>cadre d'orphelins | 1,400<br>-- | 1,149,110<br>6,000 |
| | **Total** | | | 1,155,110 |
| | **Grand Total**<br>Total général | **8 homes & 11 supervisors**<br>8 orphelinats et 11 cadres | 19,936 | 18,825,825 |







IIRO 000265

## Amounts spent on family supervised orphans and orphanages in Europe in 1999 / 2000

Dépenses en faveur des orphelins et des orphelinats en Europe (an 99 \ 2000)

| No. | Countries<br>Pays d'Europe | Family supervised orphans/ orphanages/supervisors<br>Orphelins\ Orphelinats\ Cadres | No. of orphans<br>Nb.\ orphelins | Amount spent<br>Dépenses (riyals) |
|---|---|---|---|---|
| | **Spain**<br>Espagne | **Family supervised orphans**<br>orphelins de famille | 17 | 16,109 |
| | **Albania**<br>Albanie | **Family supervised orphans**<br>orphelins de famille | 887 | 803,295 |
| | **Italy**<br>Italie | **Family supervised orphans**<br>orphelins de famille | 1 | 2,720 |
| | **Bosnia**<br>Bosnie | **Family supervised orphans**<br>**Supervisor**<br>orphelins de famille<br>cadre d'orphelins | 1,776 | 3,604,266<br>26,160 |
| | **Greece**<br>Grèce | **Family supervised orphans**<br>**(1) Supervisor**<br>orphelins de famille | 6 | 5,869 |
| **Total** | | | 2, 687<br>Un cadre 2,687 (orphelin(e)s) | 4,458,419 |







## Total expenditure regarding Orphan Programs in 99/2000 (Continentally)

**Le total des sommes dépensées sur les programmes d'orphelins en l'an 99/2000 (selon les continents)**




| Asia<br>Asie | Africa<br>Afrique | Europe<br>Europe |
|---|---|---|
| 27,474,401 | 18,825,825 | 4,458,419 |

## Percentage of expenditure regarding Orphan Programs in 99/2000 distributed continentally

**Taux des dépenses sur les programmes de prise en charge d'orphelins en l'an 99/2000 (selon les contients)**








IIRO 000267

## Total number of orphans in 99/2000 (Continentally)

Nombre d'orphelins en l'an 99/200 selon les continents




| Asia<br>Asie | Africa<br>Afrique | Europe<br>Europe |
|---|---|---|
| 28900 | 19936 | 2687 |

## Percentage of orphans in 99/2000 distributed continentally

Taux de nombre d'orphelins en l'an 99/2000 selon les continents






# The Engineering Department

## La Direction du Génie civil



## The Engineering Department

This department uses the donations made by benefactors in Saudi Arabia to construct social centers, dig bore-holes and artesian water-wells especially in areas hit by drought and famine. The department also undertakes the construction of hospitals and dispensaries, as well as all types of schools and orphanages.

### Accomplishment

First: Construction of social centers:

The engineering department has been able to build hundreds of social centers around the world as follows:

**1st- Asia**

1- Indonesia: 82 social centers at a cost of SR.2,089,200.

2- Pakistan: 19 centers at a cost of SR.997,000.

3- Bangladesh: 118 centers at a cost of SR 3,938,897.

4- Iraqi-Kurdistan: 75 centers at a cost of SR.3,140,017.

5- Azerbaijan: 6 centers at a cost of SR.610.000.

6- Afghanistan: 2 centers at a cost of SR.71,000.













7- Kashmir 2 centers at a cost of SR.85,800.

8- India: 52 centers at a cost of SR. 1,033,435.

9- Thailand: 4 centers at a cost of SR. 434,000.

Therefore, the total number of social centers built by the *IIROSA* in Asia during the year 1999/2000 was 360 at a grand total cost of SR. 12,372,349.

**2nd-Africa**

1- Uganda: 6 centers at a cost of SR. 490,004.

2- Nigeria: 6 centers at a cost of SR. 325,000.

3- Gambia: 2 centers at a cost of SR. 70,000.

4- Senegal: 1 centers at a cost of SR. 75,000.

5- Mauritania: 6 centers at a cost of SR. 645,000.

Therefore, the grand total number of centers built by the IIROSA in Africa in 1999 was 21 centers at a cost of SR.13,977,353.

## La Direction du Génie civil

La Direction du Génie civil s'attèle à la construction de centres sociaux dans les pays qui en ont le plus besoin et dans les régions de communautés minoritaires de même qu'elle s'attèle au forage de puits (artésiens et de surface) dans les régions arides menacées par la sécheresse en plus d'autres projets d'infrastructures; hôpitaux, dispensaires, écoles, orphelinats et cela grâce aux dons des bienfaiteurs du royaume d'Arabie saoudite.

### Réalisations :

1) Centres sociaux

**A- Asie:**

1-Construction de 82 centres sociaux en Indonésie pour un montant de (2 089 200 riyals)

2-Construction de 19 centres sociaux au Pakistan pour un montant de (997 000 riyals)

3-Construction de118 centres sociaux au Bangladesh pour un montant de (3938 897 riyals)

4-Construction de 75 centres sociaux au Kurdistan pour un montant de (3 140 017riyals)

5-Construction de 6 centres sociaux en Azerbaïdjan pour un montant de (610 000 riyals)

6-Construction de 2 centres sociaux en Afghanistan pour un montant de ( 71 000 riyals)

7-Construction de 2 centres sociaux au Cachemire pour un montant de(85 800 *riyals*)

8-Construction de 52 centres sociaux en Inde pour un montant de(1 033 435 riyals)

9-Construction de 4 centres sociaux en Thaïlande pour un montant de(434 000 riyals)

L'Organisme aura ainsi construit 360 centres sociaux en Asie en l'an 99\2000 pour un montant global de 12 372 349 riyals.

**B- Afrique:**

1- Construction de 6 centres sociaux en Ouganda pour un montant de (490 004 riyals)

2- Construction de 6 centres sociaux au Nigeria pour un montant de (325 000 riyals)

3- Construction de 2 centres sociaux en Gambie pour un montant de (70 000 riyals)

4- Construction d'un centre social au Sénégal pour un montant de (75 000 riyals)

5- Construction de 6 centres sociaux en Ouganda pour un montant de (645 000 riyals)

L'Organisme aura ainsi construit 21 centres sociaux en Afrique en l'an 99\2000 pour un montant global de 1 605 004 riyals.

Le nombre total des centres sociaux construits par l'Organisme en l'an 99\2000 est de 381 centres sociaux pour un montant global de 13 977 353 riyals et une capacité d'accueil de plus de 70 000 personnes.



IIRO 000270





**Bore-holes and Water-wells:**

1- Thailand: 15 surface water-wells and 3 artesian wells at a cost of SR. 76,000.

2- Pakistan: 19 surface water-wells and 1 artesian well at a cost of SR. 142,000.

3-Bangladesh: 31 artesian wells and 76 surface wells at a cost of SR. 462,500.

4- Sudan: 1 surface water-well at a cost of SR.20,000.

5- Iraqi- Kurdistan: 2 surface water-wells at a cost of SR.20,000.

6- Mauritania: 2 artesian wells at a cost of SR.170,000.

7- India: 34 surface wells at a cost of SR.33,500.

8- Nigeria: 1 artesian and 10 surface water-wells at a cost of SR.195,000.

Therefore, the total number of water-wells built by the IIROSA during the year 1999 was 38 artesian and 157 surface water-wells in seven 7 countries at a cost of SR.1,119,000.

**2) Les puits:**

1-Forage et équipement de 15 puits de surface et de 3 puits artésiens pour un montant de (76 000 riyals) en Thaïlande.

2-Forage et équipement de 19 puits de surface et d'un puit artésien pour un montant de (142 000 riyals) au Pakistan.

3-Forage et équipement de 31 puits de surface et de 76 puits artésiens pour un montant de (462 500 riyals) au Bangladesh.

4-Forage et équipement d'un puits de surface pour un montant de (20 000 riyals) au Soudan.

5-Forage et équipement de 2 puits de surface pour un montant de(20 000 riyals) au Kurdistan.

6-Forage et équipement de 2 puits artésiens pour un montant de (170 000 riyals) en Mauritanie.

7-Forage et équipement de 34 puits de surface d' un montant de (33 500 riyals) en Inde.

8-Forage et équipement d'un puits artésiens et de 10 puits de surface d'un montant de (190 000 riyals) au Nigeria.

Le nombre de puits que l'Organisme a forés et équipés en l'an 99\2000 sera donc de 38 puits artésiens et de 107 puits de surface dans 7 pays, pour un coût total de (1 119 000 riyals) dont ont bénéficié environ 107 400 personnes.

Réalisations de la Direction du génie civil en l'an 99\2000 Pays Nb.de centres sociaux coût (riyals) Nb. de Puits surface artésiens coût (riyals)

## The Engineering Department

- *In 1999, the IROSA spent the following amounts to undertake certain projects:*
- *SR.13,977,353 to build 381 social centers.*
- *SR.1,119, 000 to dig 195 surface and artesian water-wells for 107, 400 persons.*
- *SR.15,096,353 spent by the engineering department alone to build social centers and dig water-wells in 15 counttries.*

## La Direction du Génie civil:

Les dépenses de l'Organisme en l'an 99\2000 dans le domaine du Génie civil

• 13 977 353 riyals pour la construction de 381 centres sociaux d'une capacité totale d'accueil de 70 000 personnes.

• 1 119 000 riyals pour le forage de 190 puits artésiens et de surface dont bénéficie plus de 107 400 personnes.

• 15 096 353 riyals dépensés par l'Organisme dans des projets de construction et de forage de puits dans 15 pays.

## A report on the achievements of the Engineering Department in 1999/2000

Réalisations de la Direction du génie civil en l'an 99\2000

| **Country** Pays | **No. of social centers** Nb.de centres sociaux | **Cost** coût (riyals ) | **No. of wells** Nb . de Puits | | **Cost** coût (riyals ) |
|---|---|---|---|---|---|
| | | | **Surface** surface | **Artesian** artésiens | |
| **Asia** Asie | | | | | |
| **Azerbaijan** Azerbaïdjan | 5 | 510,000 | 0 | 0 | 0 |
| **Afghanistan** Afghanistan | 2 | 71,000 | 0 | 0 | 0 |
| **Indonesia** Indonésie | 82 | 2,089,200 | 0 | 0 | 0 |
| **Pakistan** Pakistan | 19 | 997,000 | 19 | 1 | 142,000 |
| **Bangladesh** Bangladesh | 118 | 3,938,897 | 76 | 31 | 462,500 |
| **Thailand** Thaïlande | 4 | 434,000 | 15 | 3 | 76,000 |
| **Daghistan** Daghestan | 1 | 100,000 | 0 | 0 | 0 |
| **Iraqi-Kurdistan** Kurdisatn (Iraq) | 75 | 3,033,435 | 2 | 0 | 20,000 |
| **Kashmir** Cachemire | 2 | 58,800 | 0 | 0 | 0 |
| **India** Inde | 52 | 1,033,435 | 34 | 34 | 33, 500 |
| **Total** | 360 | 12,372,349 | 146 | 35 | 734,000 |
| **Africa** Afrique | | | | | |
| **Uganda** Ouganda | 6 | 490,004 | 0 | 0 | 0 |
| **Gambia** Gambie | 2 | 70,000 | 0 | 0 | 0 |
| **Senegal** Sénégal | 1 | 75,000 | 0 | 0 | 0 |
| **Sudan** Soudan | 0 | 0 | 1 | 0 | 20,000 |
| **Mauritania** Mauritanie | 6 | 645,000 | 0 | 2 | 170,000 |
| **Nigeria** Nigeria | 6 | 325,000 | 10 | 1 | 195,000 |
| **Total** | 21 | 1,605,004 | 11 | 3 | 385,000 |
| **Grand total** Total général | 381 | 13,977,353 | 157 | 38 | 1,119,000 |

**Total number of water-wells in Asia and Africa**

*Nombre total de puits en Asie et en Afrique*








## Total number of water-wells in Asia and Africa

**Nombre total de puits en Asie et en Afrique**




| Bangladesh<br>Bangladesh | India<br>Inde | Pakistan<br>Pakistan | Thailand<br>Thailande | Nigeria<br>Nigeria | Mauritania<br>Mauritanie | Kurdistan<br>Kurdistan | Sudan<br>Soudan |
|---|---|---|---|---|---|---|---|
| 107 | 34 | 20 | 18 | 11 | 2 | 2 | 18 |

# The Health-Care Program
## Programme de la protection sanitaire



IIRO 000275



## The Health Care Program

Millions of people are dying every year because disease and lack of medical care or inability to bear the costs of medical treatment. In the developing countries, generations of children are deprived of immunization at an early age, while horrible wars destroy lives and leaves many others either maimed or disabled.

As a result, acting in accordance with its sense of humanitarian duty, the IIROSA, through its health-care program has been acting vigorously to provide medical services as well as primary health-care facilities in many parts of the world.

The Objectives of the Health-care Program are as follows:

1- To provide medical services to the sick, poor and the refugee.
2- To be present during emergencies such as wars and natural disasters.
3- To run medical convoys for child inoculation, and combating such epidemics as malaria, cholera and tuberculosis.
4- To apply the concept of comprehensive medical care for poor.
5- To provide medical care to groups supervised by the IIROSA, such as orphans and students.
6- To broaden the bases of medical services where the need arises
7- To initiate medical projects in certain developing countries.
8- To develop the health care facilities resources for self-sufficiency.
9- To develop the technical skills of health care workers.

### Means of achievement

* Building and running of hospitals, dispensaries, clinics, pharmacies, laboratories and medical convoys.
* Providing primary health services, and spreading health care education among the various societies.
* Cooperating with other international or regional agencies concerned with the questions of health care, and exchanging experience in this regard with a view of realizing the aims the health care program and improving the competence of workers.
* Opening, operating and running nutrition centers for people suffering from malnutrition as an auxiliary project, supplementing the functions of the health institutes and mother and child care centers.







## Programme de la protection sanitaire

### Objectifs:

1- Fournir des prestations sanitaires aux pauvres, aux malades et aux réfugiés.
2-Fournir des prestations de secours d'urgence en temps de guerre, de catastrophe ou de famine.
3-Organiser des caravanes médicales pour vacciner les enfants contre certaines épidémies comme : la malaria, le choléra, la tuberculose....
4-Mettre en application le principe de la protection sanitaire globale en faveur des pauvres et des malades.
5-Fournir une protection sanitaire à certaines catégories de la population notamment les orphelins et les étudiants.
6- Elargir l'étendue des prestations sanitaires aux régions démunies.
7- Lancer des projets sanitaires spécialisés suivant les besoins des pays concernés.
8- Valoriser les ressources des infrastructures sanitaires pour parvenir à l'auto-suffisance.
9- Développer les aptitudes techniques chez le personnel sanitaire.







### Moyens:

* Construction, gestion et mise en fonctionnement des; hôpitaux, dispensaires, cliniques, pharmacies, laboratoires et caravanes médicales.

* Prestation d'une protection sanitaire prioritaire et généralisation de la sensibilisation sanitaire parmi les sociétés assistées par l'Organisme.

* Coopération avec les autres agences internationales et régionales en matière de protection sanitaire, échange d' expériences pour réaliser les objectifs tracés et élever le niveau de compétence du personnel sanitaire.

* Construction, gestion et mise en fonctionnement des centres d'alimentation pour enfants et autres personnes souffrants de malnutrition, tels que les projets d'accompagnement en plus des instituts de santé et des centres de protection de la maternité et de l'enfance.

*Prise en charge des; médecins, pharmaciens, techniciens et infirmiers exerçant dans les; hôpitaux, dispensaires, cliniques et laboratoires.

* L'Organisme s'attèle à développer le principe de taxes symboliques et à orienter progressivement les projets d'assistance vers des programmes de développement pour réduire les dépenses d'administration et de fonctionnement afin de parvenir à une auto-suffisance partielle ou complète.

* Giving sponsorship to physicians, pharmacists, technicians and nurses
* Planning to develop the principle of minimal fees and graduating turning subsidized projects into development programs, and reducing administrative as well as operational costs with a view of attaining partial or complete self-sufficiency.

### Achievements

Although a number of the IIROSA's health projects in various parts of the world are now self-reliant; for example, the projects in Kenya, Lebanon, Sudan, Tanzania and Bangladesh, the amount spent on health care services for 1, 900,246 persons in 1999 was estimated at SR.8,212,577.

Above all, the IIROSA supervises about 110 health-care projects in about 31 countries, including 6 hospitals that gave treatment to about 149, 332 persons in 1999 alone and 58 dispensaries treating about 260,432 patients in 1999, and 5 medical complexes treating about 134, 982 persons, as well as 27 clinics that treated about 376, 046 persons, and 5 pharmacies, nutrition center and medical convoy, in addition to 7 other health-care programs which served about 260,432 persons.







### Réalisations:

Malgré que de nombreux programmes sanitaires encadrés par l'Organisme dans plusieurs pays soient parvenus à assurer leur auto-gestion en couvrant leurs propres budgets comme ceux implantés dans des pays tels que : le Kenya, le Soudan, le Liban, la Tanzanie, et le Bangladesh, les dépenses de l'Organisme dans le cadre de la protection sanitaire a atteint en l'an 99\2000 la somme de (8 212 577riyals) dont ont bénéficié 1 900 246 malades.

L'Organisme assure actuellement l'encadrement de 110 projets sanitaires à travers 31 pays dont; 6 hôpitaux dont le nombre de patients soignés a atteint (149 332 personnes par an), 58 dispensaires (979454 personnes par an), 5 centres cliniques dont le nombre de patients soignés a atteint (134 982 personnes par an), 27 cliniques dont le nombre de patients soignés a atteint (376 046 personnes par an), 5 pharmacies et un centre d'alimentation et une caravane médicale et 7 autres programmes sanitaires dont le nombre de patients soignés a atteint (260 432 personnes par an).

## The number of health-care projects in 1999/2000

Nombre de projets de la protection sanitaire en l'an 99\2000

| Continent continents | Country pays | Hospitals hôpitaux | Dispensaries dispensaires | Clinics cliniques | Clinic complex centres cliniques | Pharm. pharmacies | Nutrit. centers centres d'alimentation | Medic. Convo Caravanes médicales | * other prgrm autres * programmes | Prgrm total total des programmes | Beneficiaries Nb. de bénéficiaires | Actual expenditure – SR. dépenses réelles(riyals) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Asia** Asie | 13 | 6 | 20 | 17 | 3 | 1 | 0 | 1 | 6 | 54 | 918,664 | 3,305,585 |
| **Africa** Afrique | 17 | 0 | 37 | 10 | 2 | 3 | 1 | 0 | 0 | 53 | 944,382 | 4,471,842 |
| **Europe** Europe | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 3 | 37,200 | 165,150 |
| **Total** | 31 | 6 | 58 | 27 | 5 | 5 | 1 | 1 | 7 | 110 | 1,900,246 | 8,212,577 |

***Other programs include the following:**

1- Inoculation program in Afghanistan.
2- Anti malaria campaign in Afghanistan.
3- Central laboratory in Duhok, Kurdistan.
4- Treatment of major cases in Palestine.
5- Central laboratory in Sulaimania, Kurdistan.
6- Physiotherapy center in Bosnia -Herzegovina.
7- Medical diagnoses center in Dhaka, Bangladesh.

***Autres programmes englobent:**

1- Programme de vaccination
2- Programme anti-malaria \ Afghanistan
3- Laboratoire central de Duhuk\ Kurdistan,Iraq.
4- Traitement des grands cas \ Palestine
5-Laboratoire central de Sulaymaniya\ Kurdistan (Iraq)
6- Centre de Physiothérapie- Bosnie
7-Centre d'examen médical -Dacca - Bangladesh

## Programme de la protection sanitaire

* 110 hôpitaux, cliniques et dispensaires affiliés à l'Organisme.
* 1 900 246 patients ont bénéficié des services de santé dans les hôpitaux, les cliniques et les dispensaires de l'Organisme à travers le monde en l'an 99\2000.

*Les projets de santé de l'Organisme sont répartis à travers 31 pays.
* 8 212 577 riyals ont été dépensés par l'Organisme dans les secteurs de la protection sanitaire en l'an 99\2000.


IIRO 000277

## The IIROSA medical projects around the world

### Projets sanitaires de l'Organisme en l'an 99\2000 (à travers le Monde)

| Asia<br>Asie | Country<br>Pays | Project title<br>Projets | Location<br>Sites | Real expenditure<br>Dépenses réelles (riyals) |
|---|---|---|---|---|
| 1 | **Afghanistan**<br>Afghanistan | **Zahra hospital**<br>Hôpital de Fatima Zahraa | **Jalalabad**<br>Jalalabad | 181,186 |
| | | **Luqman clinics (3)**<br>Cliniques de Luqman(3) | **Luqman**<br>Luqman | 27,400 |
| | | **Kunar clinics (3)**<br>Cliniques de Konr | **Kunar**<br>Konr | 27,400 |
| | | **Anti malaria campaign**<br>Programme du Malaria | **Jalalabad**<br>Jalalabad | 43,500 |
| | | **Inoculation Campaign**<br>Programme d'alimentation | **Jalalabad**<br>Jalalabad | 35,000 |
| | | **Nangahar clinics (3)**<br>Cliniques de Nanjarhar(3) | **Nangahar**<br>Nanjarhar | 26,775 |
| | | **Doshti Pershi clinic**<br>Cliniques de Dacht Barchi | **Doshti Pershi**<br>Dacht Barchi | 3,900 |
| **Total** | | | | 345,161 |
| 2 | **Pakistan**<br>Pakistan | **Medical coordinator**<br>*coordinateur de santé* | | 22,908 |
| | | **Badr hospital**<br>Hôpital de Badr | **Peshawar**<br>Peshawar | 173,214 |
| | | **Uhud hospital**<br>Hôpital de Uhud | **Queta**<br>Kawita | 242,360 |
| | | **Miran Shah clinic**<br>Clinique de Miran Shah | **Miran Shah**<br>Miran Shah | 21,500 |
| | | **Shimishtu clinic**<br>Clinique de Shamshatu | **Shimishtu**<br>Shamshatu | 21,500 |
| **Total** | | | | 481,482 |
| 3 | **Bangladesh**<br>Bangladesh | **Shakuria dispensary**<br>Dispensaire de Shakuria | **Coxbazar**<br>Kukes Bazar | 47,369 |
| | | **Katidia dispensary**<br>Dispensaire de Qatbadia | **Coxbazar**<br>Kukes Bazar | 46,642 |
| | | **Mir Sary dispensary**<br>Dispensaire de Mirsari | **Chitagong**<br>Shitagong | 32,242 |
| | | **Anwara dispensary**<br>Dispensaire de Anwara | **Chitagong**<br>Shitagong | 31,578 |
| | | **Pashkaly dispensary**<br>Dispensaire de Bashakli | **Chittagong**<br>Shitagong | 35,942 |
| | | **Diagnoses center**<br>Centre médica | **Dhaka**<br>Dacca | 513,642 |
| | | **Pery Seri dispensary**<br>Dispensaire de Birisiri | **Pery Seri**<br>Birisiri-Natrukuna | 38,852 |
| | | **Medical coordinator**<br>Coordinateur de santé | | 10,800 |
| **Total** | | | | 757,067 |
| 4 | **Azerbaijan**<br>Azerbaïdjan | **Returning refugees clinics (1) (2) (3)**<br>**Cliniques des camps de Retour (1,2,3)** | **Baku**<br>Baku | 88,895 |
| | **Ingushetia**<br>Angushia | **Dispensaire " Ansar"**<br>Dispensaire " Ansar" | **Kobulak**<br>Karbulak | 23,750 |
| **Total** | | | | 112,645 |
| 5 | **Philippines**<br>Philippines | **Taiba dispensary**<br>Dispensaire médical | **Cotabato**<br>Kutobato | |
| | | **Makhdoom dispensary**<br>Dispensaire "Al Makhdoum" | **General Santos**<br>Général Santos | |
| | | **Investment pharmacy**<br>Pharmacie d'investissement | **Cotabato**<br>Kutobato | |

## The IIROSA medical projects around the world

### Projets sanitaires de l'Organisme en l'an 99\2000 (à travers le Monde)

| Asia Asie | Country Pays | Project title Projets | Location Sites | Real expenditure Dépenses réelles (riyals) |
|---|---|---|---|---|
| 6 | Iraqi-Kurdistan Kurdistan | Zaho medical center Centre de santé de Zakhu | Zaho Zakhu | 85,876 |
| | | Arbil medical center Centre de santé d'Arbil | Arbil Arbil | 85,258 |
| | | Sulaimania laboratory Laboratoire central de Sulaymaniya | Sulaimania Sulaymaniya | 115,823 |
| | | Duhok laboratory Laboratoire central de Duhuk | Duhok Duhuk | 111,671 |
| | | S. Sadiq medical center Centre de santé de Seid Sadeq | Sayid Sadiq Seid Sadeq | 84,992 |
| | | Zaf charity clinics Cliniques de bienfaisance de Zaf | Zaf Zaf | 269,291 |
| Total | | | | 552,911 |
| 7 | Kashmir Cachemire | Kanjan dispensary Dispensaire de Kanjan | Kanjan Kanjan | Lack of security pour de raisons d'insécurité et d'instabilité |
| | | Manshawar dispensary Dispensaire de Manshawar | Manshawar Manshawar | Lack of security pour de raisons d'insécurité et d'instabilité |
| | | Suibag dispensary Dispensaire de Swibaje | Suibag Swibaje | Lack of security pour de raisons d'insécurité et d'instabilité |
| | | Saipur dispensary Dispensaire de Seapore | Saipur Seapore | Lack of security pour de raisons d'insécurité et d'instabilité |
| | | Sri Nagar hospital Dispensaire de Srinagare | Sri Nagar Dispensaire de Srinagare | Lack of security pour de raisons d'insécurité et d'instabilité |
| Total | | | | |
| 8 | Lebanon Liban | Saladdin clinic complex Groupe de Cliniques Salah Eddine | Wada / Kora Tripoli Al Koura - Tripoli | 101,500 |
| | | Ashahim dispensary Dispensaire de Ash- him | Kharoob province Al Kharoub | 135, 456 |
| | | Balbek clinic complex groupe de Cliniques de Baalabek | Balbek Baalabek | 193, 044 |
| | | Abrar clinic complex groupe de Clinique de Abrar | Al-Biqa Biqaa | 328,720 |
| | | Medical coordinator coordinateur de santé | | |
| Total | | | | 758,720 |
| 9 | India Inde | Al-Hayat hospital Hôpital Al Hayat | Lucknow Luknow | 94,750 |
| | | Medical convoy Caravanes médicales | Lucknow Luknow | 39,000 |
| Total | | | | 133,750 |
| 10 | Yemen Yémen | Jabalah dispensary Dispensaire de Jabla | Eb Aab | 25,000 |
| | | Zoha hospital Dispensaire de Dhuha | Hudaidah Hudaida | 67,294 |
| Total | | | | 92,294 |
| 11 | Thailand Thaïlande | Ibadur Rahman dispensary | Hala -- Patani Jala-Patani | 7, 208 |
| 12 | Palestine Palestine | Treatment of major cases Traitements des grands cas | | 49,500 |
| 13 | Indonesia Indonésie | Bitah dispensary Dispensaire de Bitah | Shorbin - Java Shurbin-Java | 7,208 |
| | | Istiqama dispensary Dispensaire "Al istiqama" | Sajai – Sulawesi Sinjay-Salawisi | 7,639 |
| Total | | | | 14,847 |
| Grand Total Total des dépenses en Asie | | | | 3,305,585 |

# The IIROSA medical projects around the world

Projets sanitaires de l'organisme en l'an 99/2000 (à travers le Monde)

| No. | Country<br>Pays | Project title<br>Projets | Location<br>Sites | Actual expenditure in 1999/2000<br>Dépenses réelles (riyals) |
|---|---|---|---|---|
| 1<br>1 | Ethiopia<br>Ethiopie | Awalia dispensary<br>Dispensaire de Awaliya | Addis Ababa<br>Adis Abeba 162 925 | 162, 925 |
| | | Harar dispensary<br>Dispensaire de Harar | Harar<br>Harare | 72, 793<br>72 793 |
| | | Assaitta dispensary<br>Dispensaire de Asayita | Assaitta<br>Asayita | 63, 184<br>63 184 |
| | | Alecso dispensary<br>Dispensaire de Alksou | Alecsau<br>Alksou | 82, 403<br>82 403 |
| Total | Total | | | 403, 805<br>403 805 |
| 2<br>2 | Uganda<br>Ouganda | Luguo dispensary<br>Dispensaire de Lougou | Luguo<br>Lougou | 90, 000<br>90 000 |
| | | An-Noor dispensary<br>Dispensaire "Al nour" | Aruwa<br>Aroua | 67, 600<br>67 600 |
| Total<br>Total | | | | 157, 600<br>157 600 |
| 3 | Benin | cotonou dispensary | center cotonou | 67, 302 |
| | | Porto-Novo dispensary center | Porto-Novo | 89, 259 |
| Total | | | | 156, 561 |
| 4<br>4 | Burkina Fasso<br>Burkina Faso | Waihogou dispensary<br>Dispensaire de Ouahigou | Waihogou<br>Ouahigou | 42, 540<br>42 540 |
| | | Dori dispensary<br>Dispensaire de Dori | Dori<br>Dori | 34, 100<br>34 100 |
| | | Bobo Dioulaso dispensary<br>Dispensaire de Bobo-Dioulasso | Bobo Dioulaso<br>Bobo-Dioulasso | 46, 440<br>46 440 |
| | | Ouagadougou dispensary<br>Dispensaire de Ouagadougou | Ouagadougou<br>Ouagadougou | 79, 796<br>79 796 |
| | | Omar bin Abdul Aziz dispensary<br>Dispensaire de Omar Ben Abd Al Aziz | Ouagadougou<br>Ouagadougou | 27, 540<br>27 540 |
| | | Radwan dispensary<br>Dispensaire "El Radhwan" | Ouagadougou<br>Ouagadougou | 41, 580<br>41 580 |
| Total<br>Total | | | | 271, 996<br>271 996 |
| 5<br>5 | Chad<br>Tchad | AL-Khair dispensary<br>Dispensaire "El kheir" | N'djamena<br>N'Djamena | 45, 750<br>45 750 |
| Total<br>Total | 45 750 | | | 45, 750 |
| 6<br>6 | Tanzania<br>Tanzanie | Bilal bin Rabah dispensary<br>Dispensaire de Bilal Ben Rabeh | Dar-es-Salam<br>Dar Essalem | 154, 032<br>154 032 |
| 7<br>7 | Togo<br>Togo | Sokode dispensary<br>Dispensaire de Sokodé | Sokode<br>Sokodé | 49, 635<br>49 635 |
| 8<br>8 | Gambia<br>Gambie | Salam dispensary<br>Dispensaire "Essalam" | Serakunda<br>Sarkonda | 34, 425<br>34 425 |
| | | Dental clinic<br>Clinique Dentaire | Serakunda<br>Sarkonda | 8914<br>8 914 |
| Total<br>Total | | | | 43, 339<br>43 339 |

## The IIROSA medical projects around the world

Projets sanitaires de l'Organisme en l'an 99\2000 (à travers le Monde)

| Second- Africa<br>2) Afrique | Country<br>Pays | Project title<br>Projets | Location<br>Sites | Actual expenditure 1999/2000<br>Dépenses réelles (riyals) |
|---|---|---|---|---|
| 9 | **Comoro Islands**<br>Comores | **Washili dispensary**<br>Dispensaire de Ouachili | **Washili**<br>Ouachili | 89,952 |
| | | **Omar dispensary**<br>Dispensaire de Moroni | **Moroni**<br>Moroni | 137,370 |
| | | **Tsembihar dispensary**<br>Dispensaire de Tasambiho | **Assaitta**<br>Tasambiho | 22,500 |
| | | **New Macho dispensary**<br>Dispensaire de Niomacho | **Alecsau**<br>Niomacho | 22,500 |
| | | **Medical coordinator**<br>Coordinateur de santé | | 67,500 |
| **Total** | | | | 339, 822 |
| 10 | **Senegal**<br>Sénégal | **Afia dispensary**<br>Dispensaire "El afia" | **Nias**<br>Thiès | 78,934 |
| | | **Malik bin Anas dispensary**<br>Dispensaire de Malek Ben Anass | **Kaolakh**<br>Koulkh | 81,349 |
| | | **Muslim community dispensary**<br>Dispensaire de la communauté musulmane | **Nias**<br>Thiès | 39,240 |
| **Total** | | | | 199,523 |
| 11 | **Sudan**<br>Soudan | **Atthawra district dispensary**<br>Centre de santé du quartier "Tawra" | **Kasala**<br>Kassala | 310,232 |
| | | **Gadharif district dispensary**<br>Centre de santé du quartier "Gedaref" | **Gadharif**<br>Gedaref | 33,700 |
| | | **Khashim Al-Girba clinic**<br>Clinique de khashm El Garba | **Kasala**<br>Kassala | 10,000 |
| | | **Wad Sherif clinic**<br>Clinique "Oued sherif" | **Kasala**<br>Kassala | 10,000 |
| | | **Shuaibah district dispensary**<br>Dispensaire du quartier "Chaabiye" | **Kasala**<br>Kassala | 44,448 |
| | | **Abu Alga clinic**<br>Clinique de Abou al Alqa | **Kasala**<br>Kassala | 10,000 |
| | | **Oum Karkoor clinic**<br>Clinique de Oum Qarqour | **Kasala**<br>Kassala | 10,000 |
| | | **South Shajrab clinic**<br>Clinique "Chajarib du Sud" | **Kasala**<br>Kassala | 10,000 |
| | | **North Shajrab clinic**<br>Clinique "Chajarib du Nord | **Kasala**<br>Kassala | 10,000 |
| | | **Daim noor dispensar**<br>Dispensaire "Dim el Nour" | **Red sea province**<br>Province de Bahr Al Ahmar | 145,908 |
| | | **Malakal dispensary**<br>Dispensaire "Malakal" | **Upper Nile province**<br>Province du Haut Nile | 93,420 |
| | | **Juba dispensary**<br>Dispensaire " Juba" | **Bahral-Jabal province**<br>Province de Bahr Al Jabal | 93,420 |
| | | **Wao dispensary**<br>Dispensaire "Waou" | **Bahral Ghazal province**<br>Province de Bahr Al Ghazel | 93,420 |
| | | **Maravit dispensary**<br>Dispensaire "Mrafite" | **Red sea province**<br>Province de Bahr Al Ahmar | 104,948 |
| | | **Sanakat dispensary**<br>Clinique "Sankate" | **Red sea province**<br>Province de Bahr Al Ahmar | 78,840 |
| | | **Medical coordinator**<br>Coordinateur de santé | | 24,000 |
| | | **(3) Pharmacies**<br>3 Pharmacies | **Ghadarif– Port Sudan**<br>Gedaref, Port Soudan | 1,440,000 |
| **Total** | | | | 2,522,336 |
| 12 | **Somalia**<br>Somalie | **North Mogadishu dispensary**<br>Dispensaire du Nord de Mogadishu | Mogadishu | 34,000 |
| | | **South Mogadishu dispensary**<br>Dispensaire du Sud de Mogadishu | Mogadishu | 34,000 |
| **Total** | | | | 68,000 |

## Africa

| Africa<br>3) Afrique | Country<br>Pays | Project title<br>Projets | Location<br>Sites | Actual expenditure 1999/2000<br>Dépenses réelles (riyals) |
|---|---|---|---|---|
| 13 | **Sierra Leone**<br>Sierra Leone | **Shifa dispensary**<br>Dispensaire du Shifa | **Freetown**<br>Freetown | 44,306 |
| 14 | **Mauritania**<br>Mauritanie | **Arafat dispensary**<br>Dispensaire d' Arafet | **Nouakchott**<br>N_ouakchott | 42,150 |
| 15 | **Niger**<br>Niger | **Lamordi dispensary**<br>Dispensaire de Lamourdi | **Lamordi**<br>Lamourdi | 91,165 |
| **Total** | | | | 91,165 |
| 16 | **Kenya**<br>Kenya | **Kisumu dispensary**<br>Dispensaire de Kisumu | **Kisumu**<br>Kisumu | 35,072 |
| 16 | **Nigeria**<br>Nigeria | **Orphans clinic**<br>Clinique des orphelins | **Kaduna**<br>Kaduna | 70,000 |
| | | **Kalangou clinic**<br>Clinique de Kalanjou | **Kalangou**<br>Kalanajou | 26,500 |
| | | **Medical coordinator**<br>Coordinateur de sante | | 20,250 |
| **Total** | | | | 116,750 |
| **Total**<br>**Grand total expenditure in Africa**<br>Total des dépenses en Afrique | | | | 4,741,842 |

## D uxieme- Europe

| Europe<br>3) Europe | Country<br>Pays | Project title<br>Projets | Location<br>Sites | Actual expenditure 1999/2000<br>Dépenses réelles (riyals) |
|---|---|---|---|---|
| 1 | **Bosnia**<br>Bosnie | **Herzegovina New city dispensary**<br>Dispensaire de la nouvelle ville | **Sarajevo**<br>Sarajevo | 87,650 |
| | | **Old city pharmacy**<br>Pharmacie de l' ancienne ville | **Sarajevo**<br>Sarajevo | 10,000 |
| | | **Physiotherapy center**<br>Centre de Physiothérapie | **Sarajevo**<br>Sarajevo | 67,500 |
| **Total spent**<br>Total des dépenses en Europe | | | | 165,150 |
| **Grand total \ All the continents**<br>Total général des dépenses sur les continents | | | | 8,212,577 |

## Description of the Medicine of Medical Requirement Dispatched to some Charitable Societies

From 1/1/1420H to 30/12/1420H

| Serial nos. | Country | Beneficiary | Quantity in Cartons | Weight in Kg. | Item | Amount in SR. |
|---|---|---|---|---|---|---|
| 1 | Burkina Faso | Sabeel Al Najah Society | 15 | 155 | Medecine | - |
| 2 | Turkey | - | 2478 | - | Medical Requirements of Handicapped Wheel Chairs | - |
| 3 | Chad | Al-Khair Clinic | - | - | Obstetrics Center | 48000 |
| 4 | Inside the KSA | Al-Bir Society Jeddah | 310 | 2750 | Medecine | - |
| 5 | | Al-Bir Society Al Makkah Al-Mukaramah | 20 | 25 | - | - |
| 6 | | Patient Friends Society in Rafhaa' | 7 | 80 | - | - |
| 7 | | Comprehensive Rehabilitation Center Jeddah | 7 | 70 | - | - |
| 8 | | Abdul Latif Jameel Rehabilitation Center Jeddah | 15 | 150 | - | - |
| 9 | Senegal | Society of Muslim Youth Union | 7 | 15 | - | - |
| 10 | Sudan | Al Huda Islamic Society | 30 | 250 | - | - |
| 11 | | Tuti Islamic Clinic | 282 | 220 | Medecine | - |
| 12 | Somalia | | 5 | 50 | - | - |
| 13 | Somalia | Portland State | 6 | 55 | - | - |
| 14 | Kosovo | Kosovo Muslims through the Common Saudi Committee for Relief | 4984 | - | Medicines Consumer Goods medical Equipment | - |
| 15 | Lebanon | Lebanon Haj Mission | - | - | Medicines | - |
| 16 | Nigeria | Islamic Committee | 4 | 30 | - | 25,000 |
| 17 | Nigeria | Kalingo Clinic | - | - | Ultra sound System | 54,000 |
| 18 | India | Al Hayat Clinic | - | - | X-ray Equipment (300 A) | - |
| 19 | Yemen | Health and Charity Clinic | 100 | 1000 | Medicines | |

## Total expenditure regarding Health Care projects in 99/2000 (Continentally)

**Dépenses réelles sur les projets sanitaires en l'an 99/2000 (selon les continents)**

**Africa**
**Afrique**
**58%**
**4,741,842**

**Asia**
**Asie**
**40%**
**3,305,585**

**Europe**
**Europe**
**2%**
**165,150**



## Total expenditure regarding Health Care Projects in 99/2000 (continentally)

**Dépenses globales sur les projets sanitaires en l'an 99/2000 (selon les continents)**




| Asia Asie | Africa Afrique | Europe Europe |
|---|---|---|
| 3,305,585 SR | 4,741,842 SR | 165,150 SR |

## Total number of Health Care Service beneficiaries (continentally)

**Nombre total de bénéficiaires des services de santé (selon les continents)**




| Asia Asie | Africa Afrique | Europe Europe |
|---|---|---|
| 918,664 | 944,382 | 37,200 |

## Health Care Programs in 99/2000

### Programme de la Protection Sanitaire en l'an 99/2000




## Health Care Programs in 99/2000

### Programme de la Protection Sanitaire en l'an 99/2000




***Other programs include the following:**
1- Inoculation program in Afghanistan.
2- Anti malaria campaign in Afghanistan.
3- Central laboratory in Duhok, Kurdistan.
4- Treatment of major cases in Palestine.
5- Central laboratory in Sulaimania, Iraqi-Kurdistan.
6- Physiotherapy center in Bosnia – Herzegovina.
7- Medical diagnoses center in Dhaka, Bangladesh.

***Autres programmes englobent:**
1- Programme de vaccination
2- Programme anti-malaria \ Afghanistan
3- Laboratoire central de Duhok\ Kurdistan,Iraq.
4- Traitement des grands cas \ Palestine
5-Laboratoire central de Sulaymaniya\ Kurdistan (Iraq)
6- Centre de Physiothérapie- Bosnie
7-Centre d'examen médical -Dacca - Bangladesh



IIRO 000285

## Health Care programs in 99/2000 (Africa)

### Programme de la Protection Sanitaire en Afrique en l'an 99/2000










# The Educational Welfare Program
## Programme d'Education



IIRO 000287



## The Educational Welfare Program

Despite the increasing world concern about education, millions of peoples in Asia and Africa are still deprived of the opportunities to acquire education because of the economic circumstances prevailing in the countries of these two continents.

It is this reality that has driven the IIROSA to take upon its shoulders, the responsibility of contributing vigorously to the educational programs of these countries.

Accordingly, the organization has built a number of schools and universities in the various parts of the world, and is sponsoring teachers and instructors and sponsoring hundreds of poor and needy students under its scholarship and stipend schemes.

The aims of the Educational Welfare Program:
The educational welfare program seeks to:
1- Help in providing the young with education.

2- Train qualified personnel in the most important educational specialties.

3- Help educational institution acquire self-sufficiency.

4- Organize adult education programs and spread useful culture.

5- Advocate and encourage women's education in order to achieve these aims, the education programs sponsored by the educational welfare program of the IIROSA are designed to:

1- Support, operate and run schools as well as other educational institution.

2- Offer sponsorship to teachers so as to enable them perform perfectly.

## Programme d'Education

En dépit de l'intérêt que porte le monde à la science, on trouve que beaucoup de gens aujourd'hui sont en retard et n'arrivent plus à suivre la marche du développement moderne enregistré dans tous les domaines.

Cela est dû en fait à l'augmentation du taux d'analphabétisme et à la privation de millions d'enfants en Asie et en Afrique des chances de scolarisation en raisons des conditions sociales défavorables où ils vivent à l'intérieur d'un cercle vide où la pauvreté les conduit à l'ignorance qui les conduit à son tour au sous-développement.

C'est pourquoi l'OIMS du royaume d'Arabie Saoudite s'est attelé pour mission d'apporter sa contribution à la diffusion de l'enseignement dans ces régions à travers la construction et la gestion de plusieurs écoles, instituts et autres universités dans certains pays pauvres où vivent notamment des minorités.

L'action de l'Organisme porte également sur la prise en charge d'enseignants et l'octroi de bourses et des assistances d'études à des centaines d'étudiants dans diverses spécialités faisant défaut dans leurs pays.

Les efforts de l'Organisme dans ce cadre ont donné jusqu'à présent de bons résultats.

### Objectifs du programme:

1- Contribuer à l'émergence d'une génération sur la base d'une éducation saine loin des déviations et des égarements.

2- Former des cadres compétents dans les principales branches scientifiques dont les pays en développement ont le plus besoin.

3- Sortir les établissements scolaires et leurs responsables du cercle du besoin et de la sollicitude aux perspéctives de l'auto-suffisance et du rendement.









IIRO 000288

3- Offer scholarships and stipends.

4- Support all cultural activities, and organize training courses.

5- Provide textbooks, teaching aids and laboratories.

6- Prepare and develop school curricula.

## Achievement

In 1999, the IIROSA spent about SR.4,370,722 on educational welfare, which facilitated educational services to about 11,862 students while 344 others belonging to 19 various nationalities received scholarships and stipends.

Besides, the program also supports and runs about 37 educational institutions including students' hostels. The most significant among these are:

1. The Ommal Qura educational complex in Somalia about 2,000 students.
2. Bilal bin Rabah educational institute in Uganda about 650 students.
3. Jamiah Taleemiah in Jalalabad and Heart in Afghanistan 300 students.
4. Teachers training college in Kenya and Nigeria.
5. The Jala College in Thailand, and the Awalia school in Ethiopia.

The program also sponsors 94 teachers and 782 instructors in about 39 countries, 18 of these are in Africa, while 20 are in Asia as follows:

## Africa

Ethiopia, Eritrea, Uganda, Benin, Burundi Chad, Gambia, Congo, Cote d' Ivoir, Senegal, Sudan, Sierra Leone, Somalia, Ghana, Guinea, Kenya, Mali, Egypt and Nigeria.










4- Eradiquer l'analphabétisme chez les adultes et propager la culture.
5- Contribuer à l'éducation de la femme sur des bases saines qui lui font connaître ses droits et ses obligations.

En vue de réaliser les objectifs fixés, les programmes d'éducation assistés par l'Organisme s'appuient sur ce qui suit:

1-Assistance, mise en fonctionnement et gestion des écoles et des établissements scolaires d'enseignement général.
2- Prise en charge des enseignants et des instituteurs.
3- Octroi de bourses et d'assistances scolaires.
4- Assistance aux activités culturelles et aux stages de formation.
5- Fourniture de livres, programmes scolaires, moyens pédagogiques, laboratoires et ateliers de langues.
6- Elaboration et modernisation des programmes scolaires.

## Réalisations:

Le budget du programme d'éducation pour l'an 99/2000 s'élève à(4 370 722 riyals).
Ont bénéficié des services offerts par le programme d'éducation 11 862 étudiant(e)s. Des bourses et des assistances scolaires ont été également octroyées à (344 étudiant(e)s) à 19 nationalités différentes dans plusieurs disciplines dont notamment; la médecine, l'ingéniorat, la sociologie, la biologie. ...etc.
L'Organisme assiste et assure la gestion de 37 établissements scolaires entre ;écoles, instituts, universités et cités universitaires.
Parmi les établissements les plus importants l'on peut cité; le centre universitaire Oumm el Qoura en Somalie dans la capacité d'accueil est de 2000 étudiant(es), l'Institut Bilal en Ouganda(650

**Asia**

- Azerbaijan
- Indonesia
- Pakistan
- Thailand
- Daghistan
- Chechnya
- Tajikstan
- Kirghizistan
- Lebanon
- India
- Afghanistan
- Uzbekistan
- Bangladesh
- Expatriates in Saudi Arabia
- Russia
- China
- Palestine
- Iraqi-Kurdistan
- Nepal
- Yemen

As well as one in south American country.

## The Educational Welfare Program

*There are 344 students under the IIROSA scholarship and stipend scheme.
*There are 37 educational institution under the supervision of the IIROSA.
*The total amount spent by the IIROSA on the Educational Welfare Program is estimated at SR.4,370,722.
*876 teachers and instructors are sponsored by the IIROSA.
*The IIROSA 's educational activities covers 39 countries.

## Programme d'Education

* 344 étudiants et étudiantes bénéficient de bourses scolaires et d'assistances scolaires de l'Organisme.
* L'Organisme encadre 37 établissements scolaires à travers le monde.
* L'Organisme a dépensé la somme de (4 270 722 riyals) en faveur du Programme d'Education en l'an 99\2000.
* L'Organisme prend en charge 879 enseignants et instructeurs.
*39 Etats dans le monde abritent les a ctivités Programme d'Education de l'Organisme.









étudiant(es) l'Université d'Afghanistan avec ses deux brancehs, à Jalalabad et à Hirat(300 étudiant(es), Deux Instituts de formation d'enseignants au Kenya et au Nigeria, Faculté de Pajala en Thaïlande, l'Ecole Awaliya en Ethiopie. En outre, l'Organisme assure la prise en charge de 94 enseignants et de 782 instructeurs.

Le programme d' enseignement de l'Organisme est mis en oeuvre dans 39 pays à travers le monde dont:

-18 Etats d'afrique a savoir: Ethiopie, Erythrée, Ouganda, Bénin,Burundi, Tchad, Gambie, Sénégal, Congo démocratique, Côte d'Ivoire, Soudan, Somalie, Sierra Leone, Ghana, Guinée, Kenya, Mali, Egypte, et Nigeria.

-20 Etats d'Asie; Azerbaïdjan,
Afghanistan,
Indonésie,
Ouzbékistan,
Bangladesh,
Thaïlande,
Pakistan,
Arabie saoudite (communautés asiatiques en Arabie saoudite),
Daghestan,
Russie,
Tchétchénie,
Chine,
Tadjikistan,
Palestine,
Kirghizistan,
Kurdistan,
Liban,
Népal,
Inde,
Yémen.
-un seul pays d'Amérique du Sud: le Brésil.

## The Educational Welfare Program for 1999/2000

Résumé du Programmes de la Direction de l'Education pour l'an 1999/2000

| No. | Continent<br>Continents | Instructors<br>Nb. d'instructeurs | Scholarships \ stipends students<br>Nb d'étudiants et de bourses | Teachers<br>Nb d'enseignants et d'enseignantes | Institutions<br>Nb d'Etablissements scolaires | Students<br>Nb. d'élèves des Etablissements scolaires | Actual expenditure<br>dépenses réelles |
|---|---|---|---|---|---|---|---|
| 1 | Asia<br>Asie | 553 | 284 | 48 | 23 | 1,821 | 1,898,277 |
| 2 | Africa<br>Afrique | 225 | 60 | 46 | 14 | 10,041 | 458,305 |
| 3 | America<br>Amérique | 4 | | | | | 4,140 |
| Total | | 782 | 344 | 94 | 37 | 11,862 | 4,370,722 |

## Projects of the Educational Welfare Program 1999/2000

1) Asie — Projets la Direction de l'Education pour l'an 1999/2000 — First: Asia:

| No. | Country<br>Pays | Instructors<br>Nb. d'instructeurs | Scholarships \ stipends students<br>Nb d'étudiants et de bourses | Teachers<br>Nb d'enseignants et d'enseignantes | Institutions<br>Nb d'Etablissements scolaires | Students<br>Nb. d'élèves des Etablissements scolaires | Actual expenditure<br>dépenses réelles |
|---|---|---|---|---|---|---|---|
| 1 | Azerbaijan<br>Azerbaïdjan | | | 5 | | | 90,000 |
| 2 | Afghanistan<br>Afghanistan | | | | 1 | 260 | 200,000 |
| 3 | Indonesia<br>Indonésie | 120 | | | 1 | | 106,447 |
| 4 | Uzbekistan<br>Ouzbékistan | | 3 | | | | 7,200 |
| 5 | Pakistan<br>Pakistan | 25 | 2 | 8 | | | 89,400 |
| 6 | Bangladesh<br>Bangladesh | 61 | | 5 | 6 | 1,561 | 219,225 |
| 7 | Thailand<br>Thaïlande | | 88 | | 2 | | 3,360 |
| 8 | Daghistan<br>Daghestan | | 34 | 4 | 1 | | 153,600 |
| 9 | Russia<br>Russie | | 1 | | | | 2,400 |
| 10 | Expats. in Saudi Arabia<br>Arabie saoudite | 6 | 1 | | 10 | | 204,813 |
| 11 | Chechnya<br>Tchétchénie | | 8 | | | | 19,200 |
| 12 | China<br>Chine | | 74 | | | | 3,000 |
| 13 | Tajikstan<br>Tadjikistan | | 15 | | | | 36,000 |
| 14 | Palestine<br>Palestine | | 4 | | 1 | | 50,000 |
| 15 | Kirghizistan<br>Kirghizistan | | 2 | | | | 4,800 |
| 16 | Iraqi-Kurdistan<br>Kurdistan (Iraq) | 245 | 50 | 15 | | | 508,000 |
| 17 | Lebanon<br>Liban | 49 | | 2 | 1 | | 86,302 |
| 18 | Nepal<br>Népal | | | 2 | | | 4,800 |
| 19 | India<br>Inde | | | | | | 35,910 |
| 20 | Yemen<br>Yémen | | 2 | 7 | | | 71,820 |
| Total | | 553 | 284 | 48 | 23 | 1821 | 1,898,277 |

**Africa**
2) Afrique

| No. | **Country** Pays | **Instructor** Nb. d'Instructeurs | **Scholarship/ stipend students** Nb. d'étudiants boursiés | **Teachers** Teachers | **Institution** Institutions | **Students** Students | **Actual expenditure** Dépenses réelles |
|---|---|---|---|---|---|---|---|
| 1 | **Ethiopia/Ethiopie** | 10 | 2 | – | 1 | 2,555 | 419,279 |
| 2 | **Eritrea/**Erythrée | – | 3 | 19 | – | – | 63,840 |
| 3 | **Uganda/**Ouganda | – | 10 | 1 | 1 | 650 | 113,740 |
| 4 | **Benin/**Bénin | – | – | 3 | – | – | 9,900 |
| 5 | **Burundi/**Burundi | – | 6 | 2 | – | – | 13,440 |
| 6 | **Chad/**Tchad | 15 | 1 | – | 1 | 456 | 103,520 |
| 7 | **Gambia/**Gambia | 5 | – | 4 | – | – | 20,220 |
| 8 | **Cote d' Ivoir/**Côte d'Ivoire | 9 | – | 3 | – | – | 19,278 |
| 9 | **Senegal/**Sénégal | 6 | – | – | 1 | 450 | 74,574 |
| 10 | **Sudan/**Soudan | – | – | – | 5 | 2,401 | 160,000 |
| 11 | **Sierra Leone/**Sierra Leone | 2 | – | – | – | – | 1,368 |
| 12 | **Somalia/**Somalie | 61 | 38 | – | 2 | 2,797 | 877,376 |
| 13 | **Ghana/**Ghana | 2 | – | – | – | – | 1,050 |
| 14 | **Guinea/**Guinée | 4 | – | 4 | – | – | 19,068 |
| 15 | **Kenya/**Kenya | – | – | – | 1 | 120 | 262,500 |
| 16 | **Mali/**Mali | – | – | 5 | – | – | 56,500 |
| 17 | **Egypt** /Egypte | – | – | 1 | 1 | – | 12,000 |
| 18 | **Nigeria/**Nigeria | 111 | – | 4 | 1 | 612 | 229,652 |
|  | **Total** | 225 | 60 | 46 | 14 | 10,041 | 2,458,305 |

**South America**
3) Amérique du Sud

| No. | **Country** Pays | **Instructor** Nb. d'Instructeurs | **Scholarship/ stipend students** Nb. d'étudiants boursiés | **Teachers** Teachers | **Institution** Institutions | **Students** Students | **Actual expenditure** Dépenses réelles |
|---|---|---|---|---|---|---|---|
| 1 | **Brazil/**Brésil | 4 | – | – | – | – | 14, 140 |

## Break-down of amounts spent on instructors

Dépenses sur les Instructeurs de la période allant du 17-4-1999 au 5-4-2000

**1) Asia:** 1) Asie

| No. | Country / Pays | Project / Programmes | Instructors / Nombre d'instructeurs | Amount spent in SR. / Dépenses (en riyals) |
|---|---|---|---|---|
| 1 | **Indonesia**/Indonésie | Sponsorship prise en charge d'instructeurs | 120 | 106,447 |
| 2 | **Pakistan**/Pakistan | Sponsorship prise en charge d'instructeurs | 28 | 85,800 |
| 3 | **Bangladesh**/Bangladesh | Sponsorship prise en charge d'instructeurs | 61 | 115,425 |
| 4 | **Saudi Arabia**/Arabie Saoudite | Sponsorship prise en charge d'instructeurs birmans | 6 | 21,480 |
| 5 | **Iraqi-Kurdistan**/Kurdistan | Sponsorship prise en charge d'instructeurs | 245 | 441,000 |
| 6 | **Lebanon**/Liban | Sponsorship prise en charge d'instructeurs | 49 | 82,302 |
| 7 | **India**/Inde | Sponsorship prise en charge d'instructeurs | 44 | 35,910 |
| | **Total** | | 553 | 888,364 |

**Africa**
2) Afrique

| No. | Country / Pays | Project / Programmes | Instructors / Nombre d'instructeurs | Amount spent in SR. / Dépenses (en riyals) |
|---|---|---|---|---|
| 1 | **Ethiopia**/Ethiopie | Sponsorship prise en charge d'instructeurs | 10 | 16,879 |
| 2 | **Chad**/Tchad | Sponsorship prise en charge d'instructeurs | 15 | 33,750 |
| 3 | **Gambia**/Gambie | Sponsorship prise en charge d'instructeurs | 5 | 3,420 |
| 4 | **Cote d' Ivoir**/Côte d'ivoire | Sponsorship prise en charge d'instructeurs | 9 | 8,478 |
| 5 | **Senegal**/Sénégal | Sponsorship prise en charge d'instructeurs | 6 | 6,574 |
| 6 | **Sierra Leone**/Sierra Leone | Sponsorship prise en charge d'instructeurs | 2 | 1,368 |
| 7 | **Somalia**/Somalie | Sponsorship prise en charge d'instructeurs | 61 | 105,376 |
| 8 | **Ghana**/Ghana | Sponsorship prise en charge d'instructeurs | 2 | 1,050 |
| 9 | **Guinea**/Guinée | Sponsorship prise en charge d'instructeurs | 4 | 1,367 |
| 10 | **Nigeria**/Nigeria | Sponsorship prise en charge d'instructeurs | 111 | 102,252 |
| | **Total** | | 225 | 328,514 |

**America**
3) Amérique du Sud

| No. | Country / Pays | Project / Programmes | Instructors / Nombre d'instructeurs | Amount spent in SR. / Dépenses (en riyals) |
|---|---|---|---|---|
| 1 | **Brazil**/Brésil | Sponsorship prise en charge d'instructeurs | 4 | 14,140 |
| | **Total** | | 782 | 1,231,018 |


IIRO 000293

## Number of students sponsored by the Educational Welfare of the IIROSA in 1999/2000

Nombre d'étudiants pris en charge par la Direction de l' Education en l'an 1999/2000

### Asia:

| Country<br>Pays | Educational stages<br>Cycles scolaires | | | Specialization<br>Filiaires | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | University<br>universitaire | Secondary<br>secondaire | Elementary<br>primaire | Medicine<br>Médecine | Engineering<br>Ingéniorat S | Nat.sciences<br>ciences nat. | Cultural studies<br>Cultures | Social studies<br>Sociologie | Language<br>Langue |
| Uzbekistan<br>Ouzbékistan | 3 | | | 1 | | | 1 | 1 | 1 |
| Pakistan<br>Pakistan | 2 | | | | | | | | 1 |
| Thailand<br>Thaïlande | 88 | | | | | | 5 | | |
| Daghistan<br>Daghestan | 12 | 21 | 1 | | | | 12 | | |
| Russia<br>Russie | | | 1 | | | | | | |
| S. Arabia<br>A.Saoudite | | 1 | | | | | | | |
| Chechnya<br>Tchétchénie | 1 | 7 | | | | | 1 | | |
| China<br>Chine | 74 | | | | | | 2 | | |
| Tajikstan<br>Tadjikistan | 9 | 6 | | | | | 8 | 1 | |
| Palestine<br>Palestine | 3 | 1 | | 2 | | | 1 | | |
| Kirghizia<br>Kirghizistan | | 2 | | | | | | | |
| Kurdistan<br>Kurdistan (Iraq) | 50 | | | 9 | 12 | 6 | 15 | 8 | |
| Yemen<br>Yémen | 2 | | | | | | 1 | 1 | |

### Africa

| Country<br>Pays | Educational stages<br>Cycles scolaires | | | Specialization<br>Filiaires | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | University<br>universitaire | Secondary<br>secondaire | Elementary<br>primaire | Medicine<br>Médecine | Engineering<br>Ingéniorat S | Nat.sciences<br>ciences nat. | Cultural studies<br>Cultures | Social studies<br>Sociologie | Language<br>Langue |
| Ethiopia<br>Ethiopie | 2 | | | | | | | | |
| Eritrea<br>Erythrée | 3 | | | 2 | | 1 | | | |
| Uganda<br>Ouganda | 10 | | | 10 | | | | | |
| Burundi<br>Burundi | 6 | | | 2 | 1 | 1 | | 2 | |
| Chad<br>Tchad | 1 | | | | | | | | 1 |
| Somalia<br>Somalie | 38 | | | 2 | | | | 36 | |
| Total<br>Total général | 304 | 38 | 2 | 28 | 13 | 9 | 47 | 49 | 3 |

## Educational institutions supervised by the Educational Welfare 1999/2000

*Etablissements scolaires relevant dela Direction de l' Education*

### Asia — 1) Asie

| No. | Country<br>Pays | University<br>Université | College<br>Faculté | Institute<br>Institut | School<br>Ecole | Boarding<br>Internat |
|---|---|---|---|---|---|---|
| 1 | **Afghanistan**<br>Afghanistan | **Univ.\science & Tech**<br>Université des Sciences et de Technologie | | | | |
| 2 | **Indonesia**<br>Indonésie | | | **Al-Furqan**<br>Institut d'Al Furqane | | |
| 3 | **Bangladesh**<br>Bangladesh | | | | **6 Schools for the Biharis**<br>(6) Ecoles des Baharis | |
| 4 | **Thailand**<br>Thaïlande | | **Jala College**<br>Faculté de Pajala | **Cult.centr\north**<br>Centre Culturel du Nord | | |
| 5 | **Daghistan**<br>Daghestan | **Jamia Shafiei**<br>Université d' Ashafiyi | | | | |
| 6 | **Lebanon**<br>Liban | | | | **Abrar center**<br>Centre des Abrars | |
| 7 | **S. Arabia**<br>Arabie saoudite* | | | | **10 Schools***<br>Trousse scolaire** | |
| 8 | **Palestine**<br>Palestine | | | | **"The school bag program**<br>Trousse scolaire** | |

**_ Six schools for Burmese residents & four for residents of African descent.**
**** A program designed to provide Palestinian students in Jordan with school bags**

Africa
***Ecoles des comunautés Islamiques en Arabie saoudite (6)écoles des communautés birmanaises et (4) écoles des communautés africaines.**

### 2) Afrique

| No. | Country<br>Pays | University<br>Université | College<br>Faculté | Institute<br>Institut | School<br>Ecole | Hostels<br>Internat |
|---|---|---|---|---|---|---|
| 1 | **Ethiopia**<br>Ethiopie | | | | **Awalia**<br>Ecole Awaliya | |
| 2 | **Uganda**<br>Ouganda | | | **Bilal Rabah**<br>Institut Bilal | | |
| 3 | **Chad**<br>Tchad | **Kg. Faisal University**<br>Université du roi Faissal | | | | |
| 4 | **Senegal**<br>Sénégal | | | | **Darul Hikma complex**<br>Dar al Hikma | |
| 5 | **Sudan**<br>Soudan | | | **3 instits / south**<br>3 Instituts au Sud | | **2 Hostels in Khartoum**<br>2 Internats à Khartoum |
| 6 | **Somalia**<br>Somalie | | | | **UmQura/Taiba complexes**<br>Umm al Qura et Taïba | |
| 7 | **Kenya**<br>Kenya | | | | | |
| 8 | **Egypt**<br>Egypte | | **Tchs. training Mombassa**<br>Faculté de Formation d' enseignants à Mombassa | | | **Student lodgings**<br>Hébergement d'étudiants |
| 9 | **Nigeria**<br>Nigeria | | | | **Ibadan tchs. Rehab.instit.**<br>Institut de Formation d'enseignants à Ibadan | |















IIRO 000296

## Total expenditure of the educational care programs in 99/2000 (continents)

### Dépenses sur les programmes d'enseignement en l'an 99/2000 (selon les continents)




| Africa<br>Afrique | Asia<br>Asie | South America<br>Amérique du Sud. |
|---|---|---|
| 2,458,305 SR | 1,898,277 SR | 14,140 SR |

## Distribution of IIROSA preachers in 99/2000

### Répartition des prédicateurs sur les continents en l'an 99/2000




| Africa<br>Afrique | Asia<br>Asie | South America<br>Amérique du Sud. |
|---|---|---|
| 553 Instructors<br>553 Prédicateurs | 225 Instructors<br>225 Prédicateurs | 4 Instructors<br>4 Prédicateurs |

## Distribution of students in 99/2000 (continents)

**Répartition des Etudiants selon les continents en l'an 99/2000**








## Distribution of teachers in 99/2000 (continents)

**Répartition des enseignants selon les continents en l'an 99/2000**




## Distribution of Educational Institutions in 99/2000 (continents)

**Répartition des Etablissement scolaires selon les continents en l'an 99/2000**






# The Free Food Distribution Program

## Programme de Distribution de repas gratuits aux jeûneurs





## Programme de Distribution de repas gratuits aux jeûneurs

Avant l'avenement du mois de Ramadhan sacré de quelques jours, l'Organisme procède à l'équipement de certaines de ses structures de secours en vue de se préparer à parvenir jusqu'aux milliers de personnes à travers le monde notamment ceux qui sont victimes des catastrophes et d'autres sinistres, ceux qui souffrent de pauvreté ou autres nécessiteux. L'Organisme oeuvre par là à fournir des repas aux pauvres pendant le mois de Ramadhan, afin qu'ils sentent qu'ils ont des frères à travers le monde qui pensent à eux et ressentent à leurs égards de l'amour et de la solidarité.

**Réalisations:**

Ce programme de l'Organisme est devenu connu à travers de nombreuses communautés islamiques pauvres qui chaque année l'attendent avec impatience. Pour parer à cette grande demande l'Organisme a décidé d'élargir l'étendue des bénéficiaires de ce programme afin de toucher un plus grand nombre de musulmans. A cet effet, l'Organisme a mobilisé pour ce programme la somme de 3 080 000 riyals comme budget pour l'an 99\2000. Le programme a été effectivement exécuté à hauteur de 3 062 590 riyals dont ont bénéficié
1 200 000 personnes dans 66 pays à travers le monde répartis comme il suit:

- **33 Etats en Afrique à savoir:** Ethiopie, Erythrée, Ouganda, Burkina Faso, Tchad, Djibouti, Sénégal, Sierra Leone, Somalie, Egypte, Mozambique, Nigeria, Burundi, Bénin, Togo, Tanzanie, Gabon, Gambie, Afrique du Sud, Rwanda, Côte d'Ivoire, Soudan, Ghana, Guinée Bissau, Guinée, Cameroun, Congo Démocratique, Congo Brazzaville, Kenya, Mali, Maroc, Mauritanie, Niger dont ont bénéficié 535 000 personnes.
- **21 Etats en Asie à savoir;** Jordanie, Afghanistan, Pakistan, Bangladesh, Thaïlande, Philippines, Kurdistan (Iraq), Cachemire libre, Népal, Yémen, Azerbaïdjan, Indonésie, Sri Lanka, Chine populaire, Iraq, Viêtnam, Cambodge, Laos, Liban et Inde, dont ont bénéficié 575 000 personnes.
- **9 Etats en Europe, à savoir:** Albanie, Bosnie- Hérzégovine, Turquie, Kosovo, Belgique, Danemark, Autriche, Hollande, Sibérie dont ont bénéficiés 80 000 personnes.
- **Australie,** Papouasie-Nouvelle Guinée dont ont bénéficiés 7000 personnes et Guyane du Sud aux Caraïbes (3000 bénéficiaires)

## The Free Food Distribution Program



This program aims at providing thousands of poor and needy people with food, especially those in areas hit by natural or other forms of disasters.

**Achievements**

The food provision program of the IIROSA has become so popular to the extent that it is received with profound joy and happiness by the poor and the needy around the world. As a result, the budget allocated for the program in 1999/2000 was estimated at SR.3,080,000 out of which SR. 3, 062, 590 was spent to distribute food to about 1,200,000 persons in 66 various countries in Africa, Asia and Europe.

**Africa**

Free food was distributed to about 535,000 persons in the following countries:
Ethiopia, Eritrea, Uganda, Burkina Fasso, Chad, Djibouti, Senegal, Sierra Leone, Somalia. - 10 – Egypt, Mozambique, Nigeria, Burundi, Benin, Togo, Tnzania, Gabon, Gambia, South Africa 20- Rwanda, Cote d' Ivoir, Sudan, Ghana, Guinea-Bissau, Guinea, Cameroon, DRCongo, Congo Brazzaville, Kenya, Mali, Morocco, Mauritania and Niger



**Asia**

In Asia, food was distributed to about 575,000 persons in the following countries:
Jordan, Afghanistan, Pakistan, Bangladesh, Thailand, Philippines, Iraqi-Kurdistan, Azad Kashmir Nepal, Yemen, Azerbaijan, Indonesia, Sri Lanka, China, Iraq, Vietnam, Cambodia 18- Laos 19- Lebanon and India



**Europe**

In Europe, food was distributed to about 80,000 persons in the following countries:
Albania, Bosnia-Herzegovina, Turkey, Kosovo, Belgium, Denmark, Austria and etherlands 9- Siberia.

**Australia & Papua New Guinea**

About 7,000 persons received free food from the IIROSA and about 3000 in Guyana.









IIRO 000300

## Table showing total amount spent on the Free Food Distribution Program in 1999/2000

Total des dépenses sur le programme de Distribution de repas gratuits aux jeûneurs en l'an 99\2000 selon les continents

| No. | Continent<br>Continents | Allocation approved budget<br>Budgets | Actual expenditure<br>Dépenses réelles | Number of countries<br>Pays bénéficiaires |
|---|---|---|---|---|
| 1 | Asia<br>Asie | 1,330,000 | 1,261,250 | 21 |
| 2 | Africa<br>Afrique | 1,100,000 | 1,161,340 | 33 |
| 3 | Europe<br>Europe | 490,000 | 595,000 | 9 |
| 4 | The Americas<br>Amériques | 125,000 | 10,000 | 1 |
| 5 | Australia<br>Australie | 35,000 | 35,000 | 2 |
| | Total | 3,080,000 | 3,062,590 | 66 |

## Breakdown of amounts spent on food distribution program in 1999/2000

Dépenses sur le programme de Distribution de repas gratuits aux jeûneurs en Afrique en l'an 99\2000

### Africa

| No. | Country<br>Pays | Budget<br>Budgets | Amount spent<br>Dépenses réelles | Supervisor<br>Parties chargées de l'exécution, observations |
|---|---|---|---|---|
| 1 | Ethiopia<br>Ethiopie | 50,000 | 50,000 | IIROSA office<br>Bureau de l'Organisme en Ethiopie |
| 2 | Eritrea<br>Erythrée | | 31,340 | S. Arabian Embassy<br>Ambassade de l'Arabie saoudite en Erythrée |
| 3 | Uganda<br>Ouganda | 50,000 | 50,000 | IIROSA office<br>Bureau de l'Organisme en Ouganda |
| 4 | Burkina Fasso<br>Burkina Faso | 30,000 | 30,000 | IIROSA representative<br>Représentant de l'Organisme au Burkina Faso |
| 5 | Burundi<br>Burundi | 15,000 | 15,000 | IIROSA office<br>Représentant de l'Organisme au Burundi |
| 6 | Benin<br>Bénin | 15,000 | 15,000 | Faisal Cult.ural Center<br>Centre islamique Al Faissal au Bénin |
| 7 | Chad<br>Tchad | 100,000 | 100,000 | IIROSA office<br>Bureau de l'Organisme au Tchad |
| 8 | Tanzania<br>Tanzanie | 25,000 | 25,000 | IIROSA office<br>Bureau de l'Organisme en Tanzanie |
| 9 | Togo<br>Togo | 15,000 | 15,000 | Faisal Cult.ural Center<br>Centre islamique Al Faissal au Bénin |
| 10 | Gabon<br>Gabon | 15,000 | 15,000 | M.uslim W.orld L. officeeague<br>Bureau de la Rabita au Gabon |
| 11 | Gambia<br>Gambie | 20,000 | 20,000 | IIROSA office<br>Bureau de l'Organisme au Sénégal |
| 12 | South Africa<br>Afrique du Sud | 20,000 | 20,000 | Muslim. W.orld L.eague office<br>Bureau de la Rabita en Afrique du Sud |

| No. | Country<br>Pays | Budget<br>Budgets | Amount spent<br>Dépenses réelles | Supervisor<br>Parties chargées de l'exécution, observations |
|---|---|---|---|---|
| 13 | **Djibouti**<br>Djibouti | 35,000 | 35,000 | **IIROSA office in Djibouyi**<br>Bureau de l'Organisme à Djibouti |
| 14 | **Rwanda**<br>Rwanda | 15,000 | 15,000 | **IIROSA office in Tanzania**<br>Bureau de l'Organisme en Tanzanie |
| 15 | **Côte d'Ivoire**<br>Côte d'Ivoire | 20,000 | 20,000 | **IIROSA representative in Côte d'Ivoire**<br>Représentant de l'Organisme en Côte d'Ivoire |
| 16 | **Senegal**<br>Sénégal | 5,000 | 5,000 | **IIROSA office in Senegal**<br>Bureau de l'Organisme au Sénégal |
| 17 | **Sudan**<br>Soudan | 7,000 | 7,000 | **IIROSA office in Sudan**<br>Bureau de l'Organisme au Soudan |
| 18 | **Sierre leone**<br>Sierra Leone | 35,000 | 35,000 | **IIROSA office in Senegal**<br>Bureau de l'Organisme au Sénégal |
| 19 | **Somalia**<br>Somalie | 35,000 | 35,000 | **IIROSA office in Djibouti**<br>Bureau de l'Organisme à Djibouti |
| 20 | **Ghana**<br>Ghana | 20,000 | 20,000 | **IIROSA representative in Ghana**<br>Représentant de l'Organisme au Ghana |
| 21 | **Guinea Bissau**<br>Guinée Bissau | 15,000 | 15,000 | **IIROSA office in Senegal**<br>Bureau de l'Organisme au Sénégal |
| 22 | **Guinea**<br>Guinée | 20,000 | 20,000 | **S. Arabian Embassy**<br>Ambassade de l'Arabie saoudite en guinée |
| 23 | **Cameroon**<br>Cameroun | 15,000 | 15,000 | **IIROSA office Chad**<br>Bureau de l'Organisme au Tchad |
| 24 | **Congo Brazavil**<br>Congo Brazzaville | 15,000 | 15,000 | **M WL office**<br>Bureau de la Rabita au Congo Brazzaville |
| 25 | **D.R. of Congo**<br>Congo Démocratique | 15,000 | 15,000 | **IIROSA office Tanz.**<br>Bureau de l'Organisme en Tanzanie |
| 26 | **Kenya**<br>Kenya | 60,000 | 60,000 | **IIROSA office**<br>Bureau de l'Organisme au Kenya |
| 27 | **Mali**<br>Mali | 35,000 | 35,000 | **S. Arabian Embassy**<br>Ambassade de l'Arabie saoudite au Mali |
| 28 | **Egypt**<br>Egypte | 25,000 | 25,000 | **IIROSA office**<br>Bureau de l'Organisme en Egypte |
| 29 | **Morocco**<br>Maroc | 20,000 | 20,000 | **S. Arabian Embassy**<br>Association culturelle de Tétouan |
| 30 | **Mauritania**<br>Mauritanie | 35,000 | 35,000 | **Tatwan Cult.ural Society**<br>Ambassade de l'Arabie saoudite en Mauritanie |
| 31 | **Mozambique**<br>Mozambique | 25,000 | 25,000 | **M.uslim World L.eague office**<br>Bureau de la Rabita au Mozambique |
| 32 | **Liberia**<br>Liberia | 15,000 | 15,000 | **No report**<br>non réception du rapport de 1999 |
| 33 | **Niger**<br>Niger | 20,000 | 20,000 | **Faisal Cultural Center**<br>Centre Al Faissal au Niger |
| 34 | **Nigeria**<br>Nigeria | 140,000 | 140,000 | **IIROSA office**<br>Bureau de l'Organisme au Nigeria |
| | **Total** | **1,100,000** | **1,161,340** | |

## Asia

## Asie

| No. | Country<br>Pays | Budget<br>Budgets | Amount spent<br>Dépenses réelles | Supervisor<br>Parties chargées de l'exécution . | Remarks<br>observations |
|---|---|---|---|---|---|
| 1 | **Jordan**<br>Jordanie | 60,000 | 60,000 | **IIROSA Jordan**<br>Bureau de l'Organisme en Jordanie | |
| 2 | **Afghanistan**<br>Afghanistan | 150,000 | 150,000 | **IIROSA Pakistan**<br>Bureau de l'Organisme au Pakistan | |
| 3 | **Indonesia**<br>Indonésie | 100, 000 | 100, 000 | **IIROSA office**<br>Bureau de l'Organisme en Indonésie | |
| 4 | **Cent. Asia Republics**<br>Rép. islamiques | 50,000 | 50,000 | **IIROSA Azerbaijan**<br>Bureau de l'Organisme en Azerbaïdjan | |
| 5 | **China**<br>Chine | 25,000 | 25,000 | **S. Arabia Embassy**<br>Ambassade de l'Arabie saoudite en Chine | |
| 6 | **Iraq**<br>Iraq | | 56,250 | **Humanitarian**<br>Fondation de secours humanitaire | |
| 7 | **Philippines**<br>Philippines | 50,000 | 20,000 | **IIROSA office**<br>Bureau de l'Organisme au Philippines | |
| 8 | **Yemen**<br>Yémen | 100, 000 | 100, 000 | **Sec.Gen, Advisor**<br>Conseiller du Secrétaire général au Yémen | |
| 9 | **Pakistan**<br>Pakistan | 120,000 | 120,000 | **IIROSA office**<br>Bureau de l'Organisme au Pakistan | |
| 10 | **Bangladesh**<br>Bangladesh | 120,000 | 120,000 | **IIROSA office**<br>Bureau de l'Organisme au Bangladesh | |
| 11 | **Thailand**<br>Thaïlande | 50,000 | 50,000 | **IIROSA office**<br>Bureau de l'Organisme en Thaïlande | |
| 12 | **Sri Lanka**<br>Sri Lanka | 40,000 | 60,000 | **IIROSA Qasim**<br>Bureau de l'Organisme dans la ville de Qassim | |
| 13 | **Palestine**<br>Palestine | 80, 000 | | non réception du rapport de 1999 | **No report** |
| 14 | **Vietnam**<br>Viêt-nam | 10,000 | 10,000 | **IIROSA Thailand**<br>Bureau de l'Organisme en Thaïlande | |
| 15 | **Kurdistan**<br>Kurdistan | 150,000 | 150,000 | **IIROSA office**<br>Bureau de l'Organisme au Kurdistan | |
| 16 | **Kashmir**<br>Cachemire libre | 50,000 | 50,000 | **IIROSA Pakistan**<br>Bureau de l'Organisme au Pakistan | |
| 17 | **Cambodia**<br>Cambodge | 20,000 | 20,000 | **IIROSA Thailand**<br>Bureau de l'Organisme en Thaïlande | |
| 18 | **Laos**<br>Laos | 10,000 | 10,000 | **IIROSA Thailand**<br>Bureau de l'Organisme en Thaïlande | |
| 19 | **Lebanon**<br>Liban | 50,000 | 15,000 | **Bait Zakat / Tripoli**<br>Dar Zakates à Tripoli | |
| 20 | **Nepal**<br>Népal | 35,000 | 35,000 | **IIROSA Buraida**<br>Bureau de l'Organisme dans la ville de Buraida | |
| 21 | **India**<br>Inde | 60,000 | 60,000 | **IIROSA India & 6 organizations***<br>Bureau de l'Organisme en Inde et 6 associations* | |
| | **Total** | 1,330,000 | 1,281,250 | | |

**The 6 other organizations are: Zahra Society for female orphans, Orphanages Coordinating Committee, Jamia Salehat, Darul Mussanifeen and Jamia Riyadhul Uloom.**

*** Associations chargées de l'exécution de ce programme en Inde: Association Azahra des orphelines, Commission de coordination avec les orphelinats, Université Assalihat, Dar Moussanafine,Université Riyadh al Ulum**

## Europe Europe

| No. | Country<br>Pays | Budget<br>Budgets | Amount spent<br>Dépenses réelles | Supervisor<br>Parties chargées de l'exécution | Remarks<br>observations |
|---|---|---|---|---|---|
| 1 | Albania<br>Albanie | 150,000 | 150,000 | IIROSA office<br>Bureau de l'Organisme en Albanie | |
| 2 | Spain<br>Espagne | 30,000 | | non réception du rapport de 1999 | No report |
| 3 | Bosnia-Herzegov<br>Bosnie | 100,000 | 100,000 | IIROSA office<br>Bureau de l'Organisme en Bosnie | |
| 4 | Kosovo<br>Kosovo | 100,000 | 150,000 | Kosovo relief Comm.<br>Comité de secours au peuple de Kosovo | |
| 5 | Italy<br>Italie | 20,000 | | non réception du rapport de 1999 | No report |
| 6 | Belgium<br>Belgique | 15,000 | 15,000 | Cultural Center<br>Centre culturel de Bruxelles | |
| 7 | Denmark<br>Danemark | 20,000 | 20,000 | Cultural Center<br>Centre culturel de Copenhague | |
| 8 | Turkey<br>Turquie | 35,000 | 100,000 | IIROSA office-south<br>Bureau de l'Organisme dans le Sud de la Turquie | |
| 9 | Austria<br>Autriche | | 20,000 | Cult. Center-Vienna<br>Centre culturel de Vienne | |
| 10 | Netherlands<br>Hollande | 20,000 | 20,000 | Cultural Center<br>Centre culturel en Hollande | |
| 11 | Siberia<br>Sibérie | 20,000 | 20,000 | IIROSA office-Russia<br>Bureau de la Rabita en Russie | |
| | Total | 490,000 | 595,000 | | |

## The Americas Amérique:

| No. | Country<br>Pays | Budget<br>Budgets | Amount spent<br>Dépenses réelles | Supervisor<br>Parties chargées de l'exécution | Comments<br>observations |
|---|---|---|---|---|---|
| 1 | Uruguay<br>Uruguay | 15,000 | | non réception du rapport de 1999 | No report |
| 2 | Argentine<br>Argentine | 25,000 | | non réception du rapport de 1999 | No report |
| 3 | Paraguay<br>Paraguay | 15,000 | | non réception du rapport de 1999 | No report |
| 4 | Bolivia<br>Bolivie | 15,000 | | non réception du rapport de 1999 | No report |
| 5 | Peru<br>Pérou | 15,000 | | non réception du rapport de 1999 | No report |
| 6 | Margarita Isl.<br>Marguerite | 15,000 | | Centre culturel de Bruxelles | No report |
| 7 | Canada<br>Canada | 15,000 | | Rabita office<br>Bureau de la Rabita au Canada | 1999 surplus<br>surplus de l'année1999 |
| 8 | South Guyana<br>Guyane du Sud | 10,000 | 10,000 | Central organization<br>Organisation islamique centrale de la Guyane du S. | |
| | Total | 125,000 | 10,000 | | |

## Australia Australie

| No | Country<br>Pays | Budget<br>Budgets | Amount spent<br>Dépenses réelles | Supervisor<br>Parties chargées de l'exécution |
|---|---|---|---|---|
| 1 | Australia<br>Australie | 20,000 | 20,000 | Rabita office<br>Bureau de la Rabita en Australie |
| 2 | Papua New Guinea<br>Papouasie-Nouvelle Guinée | 15,000 | 15,000 | Rabita office<br>Bureau de la Rabita en Australie |
| | Total | 35,000 | 35,000 | |

## Total expenditure of Free Food Programs in 99/2000 (continentally)

**Dépenses surle programme de Distribution de repas gratuits aux jeûneurs en l'an 99/2000 (selon les continents)**

| | | |
|---|---|---|
| Australia / Australie / 1% / 35,000 |  | Africa / Afrique / 38% / 1,161,340 |
| South America / Amérique du sud / 0% / 10,000 | | Asia / Asie / 42% / 1,261,250 |
| | | Europe / Europe / 19% / 595,000 |



## Total expenditure of Free Food Programs in 99/2000 (continentally)

**Dépenses globales surle programme de Distribution de repas gratuits aux jeûneurs en l'an 99/2000 (selon les continents)**





| Asia Asie | Africa Afrique | Europe Europe | Australia Australie | South America Amérique du sud |
|---|---|---|---|---|
| 1,261,250 SR | 1,161,340 SR | 595,000 SR | 35,000 SR | 10,000SR |









## Free food Distribution Program

* In the year 1999/2000, the IIROSA spent about SR. 3,062,590 on the free food distribution program
* 1,200,000 persons received free food distributed by the organization in 1999/2000.
* The program was implemented in 66 countries from Australia in the east to Guinea in the west.

## Programme de distribution de repas gratuits aux jeûneurs en l'an 99\2000

* L'OIMS a dépensé sur le programme de Distribution de repas gratuits aux jeûneurs la somme de 3 062 590 riyals)
* 1 200 000 personnes ont bénéficié de ce programme.
* Ce programme a été exécuté dans 66 Etats dont l'Australie et la Guyane du Sud.









IIRO 000306

# The Human Resources Development Program
## Programme de la promotion humaine



IIRO 000307

## The Human Resources Development Program

Through its Human Resources Development Program, the IIROSA has been able to establish and run a number of vocational training centers and institutes where poor and needy apprentices receive training various handicrafts and professions including, carpentry, blacksmithing, auto mechanism, electricity, sewing, computer and knitting.

### Objectives

The Human Resources Development Program aim at the following:



1-Provide vocational training to those orphans sponsored by the IIROSA as well as other needy and poor young persons.

2-Contribute in the development programs of poorer societies so as to facilitate tapping and exploitation of domestic resources, and to provide trainees with better job opportunities.

3- Help protect young people from drifting away into immoral or anti-social activities.

### Means of Achievement

1- Establishing, running and subsidizing vocational training centers.

2- Establishing, running and subsidizing centers for computer literacy, printing and secretarial tasks.

3-Providing widows and young women, especially orphans with training in various professions such as printing, sewing, textile and computer.

### Achievements

The Human Resources Development Program runs about 16 vocational training projects in 10 countries as follows:

Chad — One vocational center in Albania, one computer center in Uganda, one computer center in Nigeria, one center for printing and secretarial tasks.

A total of 11 sewing centers in Bangladesh, Tanzania, Djibouti, Somalia, Philippines, Mauritania, Mali and Nigeria.

The total expenditure in 1999/2000 was estimated at SR. 168,300. Besides, there are centers that have attained self-sufficiency status in Albania, Uganda and Chad. The vocational training centers have so far trained about 14,000 candidates.

## Programme de la promotion humaine

L'Organisme islamique mondial de Secours du royaume d'Arabie Saoudite s'est attelé, à travers des programmes de la promotion humaine à implanter, à appuyer et à gérer de nombreux centres et instituts professionnels pour qualifier et former les enfants des pauvres et des nécessiteux dans diverses professions ou métiers manuels tels que: la menuiserie, la soudure, la mécanique, l'électricité, la couture, le tricotage, l'informatique. Cela faisant l'Organisme aide les enfants pauvres à sortir des ténèbres de l'ignorance et du sous développement pour une meilleure et décente vie loin de l'humiliation de la mendicité et du chômage.

### Objectifs:

1-Former les orphelins pris en charge par l'Organisme surtout après leur sortie des



orphelinats ou lorsqu'ils dépassent l'âge limite de la prise en charge, et les autres enfants de pauvres à travers le monde, et ce en leur faisant apprendre des métiers utiles à même de leur offrir plus de chance de gagner leur vie de manière décente.

2- Participer au développement des sociétés pauvres pour leur permettre de mieux exploiter leurs ressources locales en plus de la possibilité d'offrir davantage d'opportunités d'emploi à ceux qui en sont plus qualifiés professionnellement.

3- Participer à l'émérgence d'une société pudique, et oeuvrer à réduire la dégradation des moeurs et combattre les problèmes sociaux résultant de la misère et du chômage.

### Moyens:

1- Création, assistance et gestion des centres de formation professionnelle en: menuiserie, éléctricité, soudure....etc.

2- Création,assistance et gestion des centres de formation en informatique, dactylographie et en secrétariat.

3- Formation des mères et des jeunes filles notamment les veuves et les orphelines dans les métiers de: couture, dactylographie, tissage, informatique, en particulier au sein des communautés déportées et pauvres.

### Réalisations:

Le programme supervise actuellement 16 projets professionnels dans 10 pays, dont:

- un centre de formation professionnelle au Tchad.
- 2 centres de formation en informatique en Albanie, en Ouganda et au Tchad.
- 1 centre de dactylographie et de secrétariat au Nigeria.
- 11 centres de couture et de tissage dans les pays suivants: Banglades, Tanzani, Djibouti, Somalie Philippines, Mauritanie, Mali (2 centres), Nigeria (4 centres)

L'Organisme a dépensé dans le cadre de ce programme 168 300 riyals en l'an 99\2000 à l'exception des projets autonomes à savoir : le Centre de formation en Informatique d'Albanie et le Centre Zeid Ben Thabit de formation en Informatique en Ouganda, et le Centre de formation en Informatique au Tchad remis à l'université du roi Faissal à N'djaména. Il y a lieu de signaler que plus de 14 milles élèves ont bénéficié des services de ces centres formation. Les responsables de ce programme se sont attelés à concrétiser le principe d'auto-suffisance dans la plupart de ces projets pionniers de sorte que ceux-ci arrivent de manière progressive à couvrir leurs propres budgets. D'autant que plusieurs de ces projets ont réalisé de grands succès dans ce domaine comme les centres d'informatique qui sont parvenus à gérer leur fonctionnement par leurs propres moyens. D'autres projets par contre, n'ont pu faire de même en raison d'insuffisance en donations.





IIRO 000308

**The actual expenditure of the Human Resources Development Program in 1999/2000**

Dépenses réelles sur les Projets de la Promotion humaine en l'an 99\2000

| No. | Country<br>Pays | Program<br>Projets | Apprentices<br>Nb. d'étudiants | Expenditure<br>dépenses<br>(riyals) | Remarks<br>Remarques |
|---|---|---|---|---|---|
| 1 | **Uganda**<br>Ouganda | **Zaid Center**<br>Centre de formation en Informatque "Zeid ben Thabit" à Kampala | 150 | -- | **Self-Sufficient**<br>Autosuffisance |
| 2 | **Albania**<br>Albanie | **TiranaComputer Center**<br>Centre de formation en Informatique à Tirana | 120 | -- | |
| 3 | **Bangladesh**<br>Bangladesh | **Asma Sewing Center**<br>Centre de couture et de broderie à Dacca | 65 | 21,400 | |
| 4 | **Chad**<br>Tchad | **Al-Madina Comp.Center & V.T.Institute**<br>Centre de couture et de broderie à Nj'aména | 100 | 27,440 | |
| | | Centre de formation en Informatique à Njaména | 250 | -- | **Handed over to King. Faisal Univ.**<br>remis à l'université du roi Faissal au Tchad |
| 5 | **Djibouti**<br>Djibouti | **Djibouti Sewing Center**<br>Centre de couture à Djibouti | 60 | 8,000 | |
| 6 | **Somalia**<br>Somalia | **Sewing Center**<br>Centre de couture à Mogadishu | 50 | 7,000 | |
| 7 | **Philippines**<br>Philippines | **Manila Sewing & Embroidery Center**<br>Centre de couture et de broderie à Manille | 50 | 3,900 | |
| 8 | **Mali**<br>Mali | **Sewing Center**<br>Centre de couture et de broderie à Gao et à Mopti | 70 | 27,720 | |
| 9 | **Mauritania**<br>Mauritanie | Women's Sewing & Textile Center<br>Centre de couture et de tissage à Nouakchott | 80 | 15,000 | |
| 10 | **Nigeria**<br>Nigeria | ***(4) Sewing & Textile Centers**<br>4 Centre de couture et de tissage à : Kaduna, Lagos, Alurn, Ibadan | 200 | 35,760 | |
| | | *** Printing & Secretarial Center**<br>Centre de formation en dactylographie et en secrétariat à Kaduna 300 | 70 | 22,080 | |
| | **Total** | **Total 16 Programs**<br>Total 16 Projets | 1,365 | 168,300 | |



## Total number of Human Development Program beneficiaries in 99/2000 (continentally)

### Nombre total de bénéficiaires des programmes de la promotion humaine en 99/2000 selon les continents

| | | | |
|---|---|---|---|
| Africa | Afrique | 83% | 1113 |
| Europe | Europe | 9% | 120 |
| Asia | Asie | 8% | 115 |




**Human Resources Development Program**

The Human Resources Development Program of the IIROSA supervises 16 vocational training programs including computer literacy and sewing.

The program's expenditure in 1999/2000 was estimated at SR. 168, 300

* About 1365 apprentices are reserving training at the IIROSA centers

* The projects of the Human Resources Development program are implemented in 10 countries.

**Programme de la promotion humaine**

* Prise en charge de 16 Projets de formation professionnelle: informatique, couture, broderie et tissage

* Dépenses de 168 300 riyals en l'an 99/2000, projets autonomes non inclus. *1365 étudiants dans les Centres de formation de l'Organisme. * 10 pays bénéficient des projets de ce Programme.

## Total number of Human Development Program beneficiaries in 99/2000 (According to the contries)

### Nombre total de bénéficiaires des programmes de la promotion humaine en 99/2000 selon les pays




| Chad<br>Tchad | Uganda<br>Ouganda | Albania<br>Albanie | Nigeria<br>Nigeria | Mauritania<br>Mauritanie | Mali<br>Mali | Bangladesh<br>Bangladesh | Djibouti<br>Djibouti | Philippines<br>Philippines |
|---|---|---|---|---|---|---|---|---|
| 350 | 150 | 120 | 100 | 80 | 70 | 65 | 60 | 50 |

# Relations with International Organizations
## Relations de L'OIMS avec les organisations internationales








Apart from heading the General Relief Committee of the International Islamic Council for Islamic propagation and Relief, the IIROSA is regarded as the largest relief organization in the developing world. As a matter of fact, this position has placed on the shoulders of the organization, the moral responsibility of enhancing its relations with all the international organizations that have similar ideals, and playing the role of coordinating their activities, especially, in the field of organizing relevant international conferences. So far, its strong ties with the other international relief organizations as well as its presence regionally and internationally have yielded very positive results in the field of relief operations around the world. For example, the International Islamic Relief Organization is involved with:

**1- The World Food Program:** The WFP provided the IIROSA with food items for distribution among refugees in Mali and Sierra Leone.

**2- The United Nations High Commission for Refugees:** In cooperation with the IIROSA , the UNHCR provided large amounts of such food items as maize and paid the expenses of transporting the items to IIROSA stores in Mali, Sierra Leone and Tanzania. Also, in cooperation with the UNHCR, the IIROSA distributed large quantities of blankets in the refugee camps in Azerbaijan.

**3- The United Nations International Children's Emergency Fund:** The IIROSA and the UNICEF worked together in supplying Iraqi-Kurdish refugees in northern Iraq with carpets, blankets and heaters, renovated a school building and installed a network of water supply.



**4-The World Health Organization:** In cooperation with the WHO, the IIROSA conducted a refresher course for traditional midwives in Afghanistan.

**5-CARE:** This organization which is based in the United States of America worked together with the IIROSA in building a food distribution center in Sierra Leone.

**6-HELP:** Through joint efforts between the IIROSA and this Germany based organization food and other relief items were distributed in the refugee camps in Azerbaijan.

**7- VISION International:** This US based organization worked together with the IIROSA in renovating residential structures at the No. 2 returning refugees camp at the Somkait area in Azerbaijan.

**8- IRD :-** Clothes and blankets were distributed to refugees in Azerbaijan through cooperation between the IIROSA and this American organization.

**9- OIC :** The IIROSA maintains close relations with this organization, and participates in its meetings as an observer. It also participated in the meeting organized by the OIC to urge charity organizations to extend humanitarian aid to the northern provinces of the Republic of Niger. In fact some of the programs of the IIROSA are funded by the solidarity



Dans le cadre de la grande extension des activités de l'Organisme et de la diversité de ses actions à travers le monde, il était indispensable à l'Organisme de développer davantage ses relations extérieures, faire connaître ses réalisations sur la scène mondiale et coopérer avec les Agences et Organisations internationales opérant dans les domaines du secours humanitaire. En plus de sa présidence de la Commission générale de Secours au Conseil islamique mondial de Prédication et de Secours, l'OIMS est considéré comme étant le plus grand Organisme de Secours du tiers monde. Cette spécificité lui donne une autre responsabilité morale impliquant de développer ses relations avec les autres organisations internationales de Secours notamment lorsqu'il s'agit de participer dans les conférences internationales ayant pour thèmes : les catastrophes, les réfugiés, la protection des enfants, des veuves, des vieillards et des handicapés...

En ayant l'honneur d'avoir son nom lié à celui du royaume d'Arabie saoudite cela a donné à l'Organisme des responsabilités plus lourdes pour que son rôle soit plus efficace, pour que ses activités soient plus concrètes et sa présence plus dynamique sur la scène des sinistres et des catastrophes au moment même de leur production car l'Arabie saoudite est notoirement connue en matière de secours et d'assistances humanitaires. Les relations de l'Organisme et sa présence sur les scènes régionale et internationale ont engendré beaucoup de résultats positifs en matière de secours humanitaire en faveur des pauvres et des nécessiteux à travers le monde. Ci-après et à titre d'exemple, les relations de coopération entre l'Organisme et les organisations régionales et internationales de secours humanitaire.

***1-Le Programme mondial de l'Alimentation.*** Cette Organisation a offert à l'Organisme des aides alimentaires en vue de leurs distributions dans les camps des réfugiés au Mali et Sierra Leone.

**2- L'UNHCR:** a coopéré avec l'Organisme dans le cadre des secours apportés aux réfugiés au Mali, en Sierra Leone et en Tanzanie, notamment en fournissant des quantités de produits alimentaires tels que le maïs et en prenant à sa charge les frais de transport jusqu'aux dépots de l'Organisme dans les régions de distribution et dans la fourniture de couvertures aux camps de réfugiés en Azerbaïdjan.

**3- l'UNICEF:** a coopéré avec l'Organisme dans le cadre de l'équipement de camps de sréfugiés kurdes irakiens dans le Nord de l'Irak en couvertures, en couches, en réchauds à pétrole, dans la restauration d'écoles et dans le raccordement de canaux d'eau potable.

**4- l'OMS:** a coopéré avec l'Organisme dans le cadre de l'organisation de stages de formation de sage-femmes traditionnelles en Afghanistan.

**5- CARE:** (Organisation américaine internationale) a coopéré avec l'Organisme dans le cadre de la construction d'un centre de distribution de nourritures au Sierra Leone.

**6- HELP:** (Organisation allemande internationale) a participé avec l'Organisme dans le cadre des opérations d'aides alimentaires dans les camps de l'Organisme abritant des réfugiés et des déportés en Azerbaïdjan.

**7- ARWA:**(Organisation américaine internationale) a coopéré avec l'Organisme dans le cadre de la restauration des locaux d'habitation du camp de réfugiés "Retour 2" dans la région de Soumkayit en Azerbaïdjan.

**8- IRD:** (Organisation américaine internationale) a coopéré avec l'Organisme dans le cadre de la fourniture de quantité de vêtements et

fund of the OIC

**10-The IDB:** There are many humanitarian aid programs that are being implemented through cooperation between the IIROSA and the IDB For example, certain health care facilities built by the IDB are run and supervised by the IIROSA, through which the IDB's financial grants were given to Rwandan refugees in Tanzania as well as to Chechniyan refugees.

**11-The ISESCO:** There is a mutual cooperation between the IIROSA and the ISESCO in the fields of information and participation in educational, cultural and scientific events of common interest such as conducting studies, publication of curricula and books and film production. The two organizations are also cooperating in organizing refresher courses and offering scholarships to needy students.

**12- The Iqra Charity Society:** This society works together with the IIROSA in subsidizing and running schools educating the Burmese refugees and the children of the African community resident in Makkah Al-Mukarramah.

**13-The ECOSOC:** The IIROSA is a category (1) member of the Economic and Social Council of the United Nations.

**14- The CONGO:** The IIROSA is also a member of the *Conference* of non Governmental Organizations which was established in 1948

**15- IOM:** The IIROSA is an observer at the International Immigration Organization.

**16- The ICVA :** IIROSA is an active participant in the annual meetings of the International Confederation of Voluntary Agencies.

**17- PARINAC:** The IIROSA has been elected to be the coordinator between the UNHCR and the PARinAC in the Middle Eastern region, and as such participates in the annual meetings of the UNHCR in Geneva.

18- The IIROSA is keen on participating in international charity and relief operations fairs, such as the international aid fair, which was held in Geneva between 6-8 October 1998, and the partnership between the UNHCR and the Non-Governmental Organizations fair, which was held in Geneva between 29/9 – 1/10/1999. Within this framework, the IIROSA has participated in the international fair for mutual help in the year 2000, which was held in New York between 31/5 – 1/6/2000

19- The headquarters of the IIROSA in Jeddah attracts visitors to Saudi Arabia, including delegations representing the various international relief organizations, university professors, delegates representing relief organizations from the developing countries, and some members of the diplomatic corps accredited to Saudi Arabia wishing to establish contacts between the IIROSA . And the relief organizations in their respective countries.

20-The IIROSA has been successful in initiating and running joint programs with the UNHCR, the WHO, the UNICEF and other international agencies in Africa and other regions of the world.

21-The IIROSA maintains excellent relations with the various non governmental international relief organizations, including the Center for Refugee Studies at Oxford, the Webster Center for the Study of Refugees in Switzerland, the OXFAM and Save the Children Organizations in Great Britain, the Norwegian Refugee Council in Oslo, the Danish Refugee Council Copenhagen, World Council on Religion and Peace in New York, SIDA in Canada and other concerned organizations.

















de couvertures aux camps des déportés en Azerbaïdjan

**9-OCI:** l'Organisme entretient de bonnes relations avec cette Organisation à travers sa qualité de membre observateur aux conférences de l'OCI, ses réunions de travail avec d'autres Organisme et associations de bienfaisance organisées par l'OCI en vue d'apporter des assistances aux régions sinistrées dans le Nord du Niger. Par ailleurs certains programmes de secours sont financés par le fonds de solidarité de l'OCI.

**10- BID:** Les relations entre l'Organisme et la BID sont multiples dans de nombreux projets liés aux assistances humanitaires. Dans ce cadre certains projets sanitaires lancés par la BID ont été confiés à l'Organisme pour leur mise en fonctionnement. L'Organisme se charge aussi de distribuer les assistances financières accordées par la Bid aux réfugiés rwandais en Tanzanie et aux déportés tchétchènes.

**11-ISESCO:** Coopère avec l'Organisme dans le cadre des échanges d'informations et d'invitations aux activités pédagogiques, culturelles et scientifiques d'intérêt commun, dans le cadre de l'élaboration d'études, de curriculum, de recherches, la publication de livres et la production de films. De même qu'elle coopère avec l'Organisme dans le cadre de l'organisation des stages de formation, l'octroi de bourses d'études universitaires aux étudiants et étudiantes issus de communautés minoritaires.

12- IQRA (Association saoudienne de bienfaisance): coopère avec l'Organisme dans le cadre de l'assistance et de la gestion des écoles des réfugiés birmans et des communautés africaines à La Mecque.

13-L'Organisme est membre avec le statut de premier degré à ECOSOC (Conseil économique et social des Nations unies)

14-L'Organisme est membre de la Conférence des Organisations de Secours non-gouvernementales (Congo) créée en 1948 lors de la création des Nations-unies

15-L'Organisme est membre observateur de l'Organisation mondiale de l'immigration (OMI).

16- L'Organisme participe aux réunions annuelles du Conseil mondial des Organisations Bénévoles non gouvernementales (ICVA).

17-L'Organisme a participé aux réunions de l'UNHCR à Genève dans le cadre de son partenariat avec le HCR appelé (PARINAC) représentant le Moyen Orient, l'Organisme ayant été élu coordinateur de liaison entre le HCR et l'ICVA dans la région du Moyen Orient.

18- L'Organisme participe aussi aux foires et expositions internationales et aux rencontres liées aux activités de bienfaisance et de Secours. L'Organisme a participé à l'exposition 98 des assistances internationales de Genève du 6 au 8 octobre 1998 et à l'exposition du partenariat entre la commission exécutive de l'UNHCR et les ONG organisée, à Genève du 29\9 au1\10\1999. L'Organisme a aussi participé à l'exposition mondiale du Secours mutuel de l'an 2000 organisée à New York du 31 \5\ au 1\6\2000 au salon de Jacob K.J. pavillon S302.

19- Le siège social de l'Organisme à Jeddah suscite l'intérêt des délégations en visite en Arabie saoudite. Le Secrétariat général de l'Organisme reçoit de nombreuses délégations des Organisations internationales de Secours, des Professeurs d'universités étrangères, des représentants d'associations, de centres et d' organisations arabes et islamiques durant toute l'année. Le siège de l'Organisme est également visité par les consuls des pays étrangers en vue d'établir des relations entre l'OIMS et les organismes de Secours des pays qu'ils représentent.

20-L'Organisme a des expériences réussies dans l'élaboration et la gestion de projets communs avec l'UNHCR, le Programme mondial de l'Alimentation, l'OMS, l'UNICEF, et les autres Organisations internationales en Afrique et dans d'autres régions du monde.

21-L'Organisme entretient de bonnes relations avec les organisations internationales de Secours non-gouvernementales dans différentes régions du monde tels : le Centre d'Etudes sur les Réfugiés à Oxford, le Centre Webster d'Etudes sur les réfugiés en Suisse, l'Organisation d'Oxfam et celle de la protection d'enfants en Grande Bretagne, le Conseil norvégien des réfugiés à Oslo, le Conseil danois des réfugiés, le Conseil mondial sur les Religions et la Paix à New - York, l'Organisation SIDA du Canada et les autres Organisations similaires.



IIRO 000313











# External Bureaus... Representatives... External Programs

## IIROSA Branch Offices in Africa

# Les Bureaux, les Représentation et les Programmes a l' etrnger

## Les Bureaux de Représentation de L'OIMS en Afrique






## External Bureaus... Representatives... External Programs
## Les Bureaux, les Représentations et les Programmes à l'étranger

The IIROSA has about 26 branch offices and 24 representatives around the world. These offices and representatives are playing a leading role in implementing, following up and evaluating the performance of the various cultural and social as well as health care and educational, developmental and relief programs. Besides, the IIROSA has established close contacts of cooperation and coordination with a number of governmental as well as non-governmental organizations at the local, regional and international levels, including such major organizations as World Food Program and the UNHCR.

In certain host countries in Africa, Asia, Europe and the Americas, the IIROSA enjoys diplomatic immunities and exemptions from customs duties. Besides, the IIROSA makes use of the facilities provided by the branch offices of the Muslim World League organization and the Saudi Arabian legations around the world in implementing its programs in places where it has no representatives.

### Africa

#### Ethiopia



In 1999/2000, the IIROSA in Ethiopia spent about SR.5,427, 883 *on the following programs:*

1- SR.2,614,940 in sponsoring 2,842 orphans, and running the Awalia orphanage in Addis Ababa.

2- SR.402,805 in running 4 dispensaries in Addis Ababa, Alecsau, Assaitta and Harar. Total number of patients treated was 126,600.

3- SR.419 279 in granting scholarships to 2 students and sponsoring 10 teachers, as well as subsidizing the Awalia school in Addis Ababa 2550 students receiving primary, elementary and secondary school education. Besides, there is an annual grant of US $100.000 from the Muslim World League and a further US$50, 000 from the Iqra Charity Foundation.

4- SR.1,917,376 in running 47 social centers and sponsoring a supervisor for the total number of 3500 students.

5- SR.50,000 in distributing food to about 25,000 persons.

6- SR.22,483 in distributing literature.

#### Eritrea



In 1999/2000, the IIROSA spent about SR.375,666 on the following programs:

1- SR.3228 in sponsoring 3 orphans.

2- SR.63,840 in sponsoring 19 teachers and offering scholarships to 3 students.

3- SR.277,258 in shipping 4 containers of clothes, food and blankets to about 21,000 victims of the Ethiopian – Eritrean war, and a further amount of SR.31,240 in food distribution.

#### Uganda



The IIROSA spent about SR.2,641,495 to implement the following programs in Uganda:

1- Running 2 orphanages in Aruwa and Luguo 613 orphans, and sponsoring 1,843 others living with relatives as well as a supervisor.

2- Running 2 dispensaries in Luguo 15,600 patients, and a cultural center in Aruwa.

3- Running the Bilal institute in Kampala 650 students, sponsoring a teacher and offering scholarships to 10 students.

4- Establishing 43 study centers serving 1200 students.

5- Building 6 social centers.

6- Providing literature.

7- Distributing food to about 25,000 persons.

Les Bureaux, les Représentations et les Programmes à l'étranger

Les bureaux, les représentations et les programmes exécutés à l'étranger de l'Organisme jouent un rôle primordial dans le suivi et la vérification de la bonne exécution des programmes de l'Organisme qu'ils soient sociaux, sanitaires, d'éducation, de développement ou de secours partout dans le monde. Le nombre des bureaux de l'Organisme à l'étranger est de 26 bureaux, les représentations de l'Organisme quant à elles sont au nombre de 24 à travers le monde. l'Organisme entretient de bonnes relations de coopération et de coordination avec de nombreuses organisations internationales, gouvernementales et non gouvernementales opérant dans les différentes régions du monde. Afin de veiller à ce que les fonds des donateurs bienfaiteurs arrivent effectivement aux projets auxquels il sont destinés.Et afin aussi, d'encadrer sur le terrain la réalisation de ces projets et autres programmes et de veiller à leur mise en fonctionnement de la manière la plus optimale possible.

Certains des bureaux implantés en Asie, en Afrique, en europe et en Amérique bénéficient de l'immunité diplomatique et de l'affranchissement douanier. Les représentations quant à elles jouent le même rôle des bureaux dans les régions où il n'existe pas encore de bureaux.

### Afrique:

#### Bureau d'Ethiopie:

Ce Bureau a dépensé en 99\2000 la somme de 5 427 883 riyals pour la réalisation des projets suivants:

-1-Prise en charge de 2843 orphelins et gestion de l'orphelinat d'Awalia (2614 940 riyals)

2-Gestion de 4 dispensaires à Adis Abeba, Alksou, Asayita, Harar où ont été admis (126 600 malades\ an) pour un montant de 403 805 riyals.

3- Bourses scolaires à 2 étudiants et prise en charge de 10 enseignants et appui à l'école d'Awalia à Adis Abeba (2550 élèves, primaire, moyen et secondaire) pour un montant de 419 279 riyals dont les dons annuels de 100 milles dollars de la Ligue islamique mondiale et de 50 milles dollars de l'Association Iqra.

4-Gestion de 47 centres scolaires (3500 élèves) et prise en charge d'un cadre pour un montant de 1 917 376 riyals.

5-Mise en oeuvre du programme distribution de repas gratuits aux jeûneurs (50 000 riyals) dont ont bénéficié (25 000 personnes).

6- Envoi de livres aux centres sociaux pour un montant global de 22 483 riyals.

#### Erythrée:

Le bureau d'Erythrée a bénéficié en 99\2000 d'un montant de (375 666 riyals) pour la réalisation des projets suivants:

1- Prise en charge de 3 orphelins (3228 riyals)

2- Prise en charge de19 enseignants et octroi de bourses scolaires à 3 étudiants (63 840 riyals.)

3-Acheminement de 4 conteneurs de produits alimentaires, vêtements, couvertures aux victimes de la guerre pour un montant global de 277 258 riyals dont ont bénéficiés 21 000 exilés.

4- Distribution de repas gratuits aux jeûneurs (31 340 riyals.)

#### Ouganda:

Ce bureau a bénéficié en 99\2000 d'un montant de (2 641 495 riyals) pour la réalisation des projets suivants:

1- Gestion de deux orphelinats à Arowa et au village de Logo et (613orphelins et orphelines) et prise en charge de(1843 orphelins et orphelines) vivant chez leur famille et prise en charge d'un coordinateur pour un montant global de (2 158 101 riyals)

2- Gestion de 2 dispensaires l'un au village de Logo et l'autre au centre social de la ville d'Arowa (15 600 malades\an) pour un montant global de (157 600 riyals.)

3- Gestion de l'institut "Bilal " à Kampala (650 étudiants et étudiantes), prise en charge d'un enseignant et octroi de bourses scolaires à10 étudiants pour un montant global de (113 740 riyals)

4- 42 classes d'étude (1200 élèves)pour un montant de (96 650 R)



IIRO 000316

8- Running and equipping the Zaid bin Thabit computer training center in Kampala 150 learners.



**Burundi**

In 1999/2000, the IIROSA spent SR.56,445 in Uganda on the following programs:

1- Sponsoring 2 teachers and 6 students.
2- Distributing food to about 7,000 persons.
3- Establishing 10 study centers serving 200 learners.
4- Sending literature.



**Benin**

In 1999/2000, the IIROSA transferred an amount of SR. 189, 617 to Benin for the following programs:

1- Sponsoring 3 orphans.
2- Running 2 dispensaries in Cotonou and Portonoveau (24, 600 patients treated within the period under review).
3- Sponsoring 3 teachers.
4- Distributing food to about 7500 people.
5- Providing urgent relief to refugees in Cotonou.



**Burkina Fasso**

*In the period between 1999/2000, the IIROSA transferred the sum of SR.1,315,979 to Burkina Fasso for the following programs:*

1- Providing urgent relief items to about 90,000 victims of famine, including 2 containers carrying palm-dates and medicine.
2- Sponsoring 657 orphans.
3- Running 6 dispensaries in Ouagadougou 3, Waihogou and Dori (about 53, 484 patients treated).
4- Distributing food to about 15,000 people.



**Chad**

During the period between 1999/2000, the IIROSA spent about SR.1,001,612 in Chad to implement the following programs:

1-Running the Darul Hanan orphanage in N'djamena 203 orphans, and sponsoring 491 others living with relatives.
4- Running the Al-Khair dispensary in N'djamena 59,600 patients.
5- Subsidizing King Faisal University in N'djamena 456 students, and sponsoring 15 instructors and offering scholarship to one student.
6- Establishing 32 study centers serving about 3000 learners.
7- Distributing food to about 35,000 persons.
8- Providing literature.
9- Running the secondary vocational training center in Ndjamena 100 learners.
10- Running the Al-Madina computer center 250 learners. The center has been so far handed over to the King Faisal University.



**Tanzania:**

The I.I.R.O. office in Tanzania spent the sum of SR. 516,135 in implementing the following programs:

1-Distributing palm-dates consignment and literature
7- Running the Darul Arqam orphanage in Dar-es-Salam (107 orphan), and sponsoring (92) others living with relatives
8- Running the Bilal bin Rabah dispensary in Dar-es-Salam

5- Appui à 5 centres sociaux(49 004 riyals)
6- Distribution de livres (16300 riyals)
7- Distribution de repas (50 000 R) dont ont bénéficié 25 000 P.
8- Gestion et équipement du Centre d'informatique" Zeid ben Thabit" à Kampala (150 étudiants).

**Burundi:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (56 445 riyals) pour la réalisation des projets suivants:

1- Prise en charge de 2 enseignants et de 6 étudiants (13 440 riyals)
2- Distribution de repas pour un montant de (15000 riyals) dont ont bénéficié (7 000 personnes)
3- Lancement de 10 classes d'étude (200 étudiants et étudiantes) pour un montant de 23 533 riyals.
4-Distribution de livres (4472 riyals)

**Bénin:**

Ce bureau a bénéficié en l' an 99\2000 d'un montant de (189 617 riyals) pour la réalisation des projets suivants:

1-Prise en charge de 3 orphelins(4406)
2-Gestion de 2 dispensaires l'un à Cotonou et l'autre à Porto-Novo (24600 malades \ an) pour un montant (156 561 riyals)
3-Prise en charge de 3 enseignants pour un montant(9900 riyals)
4-Distribution de repas (15 000 riyals) pour 7500 bénéficiaires.
5- Campagne de Secours d'urgence en faveur des réfugiés au Bénin pour un montant dee 3750 riyals.

**Burkina Faso**

*Ce bureau a bénéficié en l'an 99\2000 d'un montant de (1 315 979 riyals) pour la réalisation des projets suivants:*

1-Secours d'urgence aux victimes de la sécheresse,deux conteneurs de dattes et de médicaments d'un montant de (475 770 riyals) dont ont bénéficié (90 000 personnes)
2- Prise en charge de 657 orphelins et orphelines pour un montant de (53 213 riyals)
3-Gestion de 6 dispensaires dont trois à Ouagadogou et trois autres à Ouahijou, à Bobo-Dioulasso et à Douri (53 484 malades \ an) pour un montant de (271 996 riyals)
3-Distribution de repas pour un montant de (30 000 riyals) dont ont bénéficié 15 000 personnes.

**Tchad**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (1 001 612 riyals) pour la réalisation des projets suivants:

1-Gestion de l'orphelinat "dar al Hanan" à N'Djamena d'une capacité de 203 orphelins et orphelines et prise en charge de 491 orphelins et orphelines vivant avec leurs familles(697 727 riyals).
2- Gestion du dispensaire "El khair" à N'Djamena (59 600 malades par an) pour un montant de (45 750 riyals)
3- Assistance à l'Université du "roi Faissal" à N'Djamena(456 étudiants et étudiantes), prise en charge de 15 enseignants et octroi d'une bourses scolaire à 1 étudiant pour un montant de (104 520 R)
4- Appui aux centres et unité d'enseignement (3 000 élèves) et prise en charge d'un cadre pour un montant de (78 373 riyals)
5-Distribution de repas (100 000 riyals) dont ont bénéficié 35 000 personnes.
6-Distribution de livres (26 175 riyals)
7-Gestion d'un Institut secondaire de formation professionnelle à N'Djamena(100 étudiants)la durée des études y est de trois années au bout desquelles est décerné un diplôme professionnel (27 440 riyals).
8- Gestion du centre de formation en informatique "El Madina "à N'Djamena (250 étudiants); ce centre autonome a été remis à l'Université du roi Faissal à N'Djamena.

**Tanzanie:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (516 135 riyals) pour la réalisation des projets suivants:

1-Distribution de dattes et de livres (81 859 riyals)
2-Gestion de l'orphelinat "Dar al Arqam" à Dar Essalam d'une capacité de 107 orphelins et orphelines, et prise en charge de 92 orphelins et orphelines vivant avec leurs familles (182 840 riyals).

(60000 patients).
9- Establishing (22) study centers serving 1540 learners
10- Distributing food to about 13,500 persons

**Togo**

The Togolese office of the IIROSA spent about SR.67,185 on the following programs during the fiscal year 1999/2000:
1-Sponsoring 3 orphans.
4- Running a dispensary in the town of Sokode 60,000 patients annually.
5- Distributing food to about 7500 people.

**Gabon**

During the fiscal year 1999/2000, the IIROSA spent about SR. 35,000 to implement its food distribution scheme in Gabon about 15,000 persons.

**Gambia**

During the fiscal year 1999/2000, the IIROSA spent the sum of SR.335,596 on the following programs:
1- Sponsoring 198 orphans
2- Running a dental clinic and a dispensary Al-Salam in Serakunda 3180 patients.
3- Sponsoring 4 teachers.
4- Food distribution to about 15,000 persons.
5- Construction of two social centers.

**Comoro Islands**

During the fiscal year 1999/2000, the IIROSA spent the amount of SR.419,322 on the following programs:
1- Distribution of palm-dates.
2- Running 4 dispensaries in Moroni- Wachili-Neomacho and Tsembeho 39,390 patients.

**South Africa:**

In the year 1999/2000, the IIROSA spent about SR 20,000 on free food distribution program in South Africa.

**Djibouti**

In 1999/2000, the IIROSA spent about SR.501,680 to implement the following programs in Djibouti:
1- Shipping 6 containers of food items including palm-dates
6- Sponsoring 53 orphans.
7- Running a female sewing center in the capital Djibouti 60 apprentices.
8- Distributing food to about 17,500 persons.

**Rwanda:**

In the year 1999/2000, the IIROSA spent about SR.25,000 on free food distribution program to about 12,000 persons in Rwanda.

**Cote d' Ivoir**

During the year 1999/2000, About SR.127,733 was spent in Cote d' Ivoir for the following programs:
1- Sponsoring 121 Orphan.
2- Sponsoring 2 teachers and 9 instructors.
3- Free food distribution to about 6,000 persons.

**Senegal**

In 1999/2000, the Senegal office of the IIROSA spent about SR. 1,453,717 on the following programs:
1- Sponsoring 1158 orphans.
2- Running three dispensaries in Afia-Tias and Kolakh 45,000 patients.

3- Gestion du dispensaire Bilal ben Rabah à Dar Essalam (60 000 malades par an) pour un montant de (154 032 riyals)
4- Lancement de 22 centres et unités d'enseignement (1540 élèves) et prise en charge d'un cadre pour un montant de (72 404 riyals)
5-Distribution de repas (25 000 riyals) dont ont bénéficié (13 500 bénéficiaires)

**Togo:**

Ce bureau a bénéficié en l'an 99/2000 d'un montant de (67 185 riyals) pour la réalisation des projets suivants:
1-Prise en charge de 3 orphelins et orphelines (2550 riyals)
2-Gestion d'un dispensaire à Sokodé (60 000 malades\an) pour un montant de(49 635 riyals)
3- Distribution de repas (15 000 riyals) dont ont bénéficié (7500 bénéficiaires)

**Gabon:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (35 000 riyals) pour la distribution des dattes au Gabon dont ont bénéficié (10 000 personnes).

**Gambie:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (235 596 riyals) pour la réalisation des projets suivants:
1- Prise en charge de 198 orphelins et orphelines avec un montant de (182 037 riyals)
2-Gestion d'une clinique dentaire et du dispensaire "Assalam" à *Sarkonda* (3180 malades\an) pour un montant de (43 339 riyals)
3-Prise en charge de 9 enseignants (20 220 riyals)
4-Distribution de dattes (20 000 riyals) pour 15 000 bénéficiaires.
5- construction de 2 centre sociaux avec un montant de (70 000R)

**Comores:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (419 322 riyals) pour la réalisation des projets suivants:
1- Acheminement d'un conteneurs de dattes pour un montant global de (79 500 riyals).
2-Gestion de 4 dispensaires, à Moroni, à Wachili, à Nioumachou, à Tassambibo, (39 390 malades\an) pour un montant de (339 822R).

**Afrique du Sud:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (20 000 riyals) pour la distribution de dattes en Afrique du Sud, dont ont bénéficié (5000 personnes)

**Djibouti:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de(501 680 riyals) pour la réalisation des projets suivants:
1- Acheminement de 6 conteneurs de produits alimentaires et de dattes d'un montant global de(387 355 riyals)
2- Prise en charge de 53 orphelins et orphelines (71 325 riyals)
3-Gestion d'un centre de couture à Djibouti pour un montant de *(8000riyals) d'une capacité de 60 filles.*
4-Distribution de dattes (35 000 riyals) au bénéfice de 17 500 personnes.

**Rwanda:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (25 000 riyals) pour la distribution de dattes dont ont bénéficié 12 000 personnes.

**Côte d'Ivoire:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (127 733 riyals) pour la réalisation des projets suivants:
1- Prise en charge de 121 orphelins et orphelines (93 455 riyals)
2- Prise en charge de 3 enseignants (19 278 riyals)
3- Distribution de repas d'un montant de(15 000riyals) pour (6000 bénéficiaires)

**Sénégal:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (1 453 717 riyals) pour la réalisation des projets suivants:
1-Prise en charge de 1158 orphelins et orphelines et d'un coordinateur pour un montant de (1 023 694 riyals).
2-Gestion de 3 dispensaires: "El Afia", "Malek ben Anass" et

3- Free food distribution to about 27,500 persons.
4- Urgent relief to flood victims.
5- Building a social center.
6- Running the Darul Hikma complex in Dakar 450 students and sponsoring 6 instructors.

"Jamaate el Mouslimines" dont le nombre total de visiteurs a atteint 45 000 malades par an pour un montant (199 523 riyals)
3-Distribution de de repas (50 000 riyals) au bénéfice de 27 500 personnes.
4- Secours d'urgence aux victimes des inondations avec un montant de (37 500 riyals)
5-Construction d'un centre culturel avec un montant de (75 000 riyals)
6- Gestion du complexe "Dar el Hikma" à Dakar (450 élèves) et prise en charge de 6 enseignants pour un montant de (68 000 riyals)



**Sudan**

In 1999/2000, an amount of SR.5,933,164 was transferred to the Sudan office of the IIROSA to implement the following programs:
1- Shipment of 4 containers and the cargo of two airplanes consisting of palm-dates and other food items to the Eritrean refugees in eastern Sudan and the victims of floods in Dungula and Kadogli.
2- Sponsoring 2,571 orphans and 3 supervisors.
3- Running eight dispensaries, three pharmacies and nine clinics in Kasala, Port Sudan, Gadharif., Juba, Malakal, Sanakat, and Wao.
4- Running 3 institutes in Juba, Malakal and Wao in southern Sudan 2,103 students, as well as two university hostels for male and female students in Khartoum 120 students.
5- Digging and equipping one surface water-well.
6- Distributing free food to about 35,000 persons.
7- Running 40 study centers for about 2800 students.

**Soudan:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (5 933 164 riyals) pour la réalisation des projets suivants:
1- Acheminement de 4 conteneurs et un chargement de 2 avions de produits alimentaires pour les réfugiés d' Erythrée à l'Est du Soudan, et une opération de secours d'urgence à l'intention des sinistrés des inodations à Dunkala et à Kadaqli pour un montant global de (730 431 riyals)
2- Prise en charge de 2571 orphelins et orphelines et de 3 coordinateurs pour un montant de (2 308 397 riyals)
3-Gestion de 8 dispensaires dont deux à Kassala et deux autres à Port Soudan et un dispensaire à Gedaref, à Jouba, à Malakal et à Wawou, prise en charge de 9 cliniques dont six cliniques à Kassala et les autres à Sankit, 3 pharmacies à Port Soudan visités par (331 628 malades par an)
4- Gestion de 3 instituts au Sud du Soudan (Institut de Wawou, Institut de Jouba et institut de Malakal). 2 habitats universitaires un pour des étudiants et l'autre pour des étudiantes à Khartoum. Le nombre des étudiants dans les trois instituts est de 2103 étudiants et étudiantes et le nombre des résidents dans les deux cités universitaires est de 120 étudiants et étudiantes pour un montant de (160 000 riyals)
5-Forage et équipement d'un puit de surface pour un montant de (20 000 riyals)
6- Construction des centres sociaux (95 000 riyals) et forage et équipement d'un puits de surface (10 000 riyals)
7-Distribution de de repas d'un montant de (70 000 riyals) dont ont bénéficié (35 000 personnes)
8-Lancement de 40 unités d'enseignement (2800 élèves) pour un montant de (50 000 riyals)



**Sierra Leone**

In 1999/2000, the IIROSA spent about SR.118,174 in Sierra Leone as follows:
1- Running the Al-Shifa dispensary in Freetown 18,270 patients.
2- Sponsoring two instructors.
3- Joining the World Food Program in providing food to the victims of the civil war and providing an amount of SR.37,500 in urgent relief to about 5,000 persons.
4- Free food distribution to about 17,500 people.

**Sierra Leone:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (118 174 riyals) pour la réalisation des projets suivants:
1- Gestion d'un dispensaire (Shifa) à Freetown (18 270 patients par an) pour un montant de (44 306 riyals)
2- Prise en charge de 2 enseignants (1368 riyals)
3- Participation avec le Programme mondial de l'alimentation pour secourir les victimes de guerre en plus d'une assistance de secours d'urgence d'un montant de (37 500 riyals) dont ont bénéficié (5 000 personnes)
4-Distribution de de repas (35 000 riyals) dont ont bénéficié 17 500 personnes.



**Somalia**

In 1999/2000, the Somali branch office o-f the IIROSA spent about SR.6,289,939 on the following programs:
1- Shipping 21 containers carrying food items including palm-dates, textbooks, anti-cholera drugs, in addition to providing urgent relief to the victims of draught.
2- Sponsoring 3,197 orphans and two supervisors.
3- Running two dispensaries in Mogadishu north and5 Mogadishu south 18,000 patients.
4- Ru9nning the Ummal Qura and Taiba teaching complexes in Mogadishu and Baldwin 2,797 students and sponsoring 38 students and 61 instructors.
5- Running a female sewing center in Mogadishu about 50 female apprentice.
6- Free food distribution to about 27,000 persons.
7- Subsidizing about 75 study centers for about 7,500 learners.

**Somalie:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (6 289 939 riyals) pour la réalisation des projets suivants:
1- Acheminement de 21 conteneurs de dattes, de produits alimentaires, de livres scolaires et de médicaments pour lutter contre le choléra, en plus d'une assistance de secours d'urgence aux victimes de la secheresse d'un montant global de (2 121 079 riyals)
2- Prise en charge de 3197 orphelins et orphelines et de 2 coordinateurs pour un montant de (2 947 548 riyals)
3-Gestion de 2 dispensaires au nord et au sud de Mogadishu (18 000 malades par an) pour un montant de (68 000 riyals)
4-Mise en fonctionnement et Gestion de deux établissements scolaires comprenant les trois cycles:"Oumm al Qura" à Mogadishu et "Taiba" à Baldowine (2797 élèves) et prise en charge de 61 enseignants pour un montant de (877 376 riyals)
5-Gestion d'un centre de couture (50 filles) à Mogadishu pour un montant de (7 000 riyals)
6- Distribution de repas (55 000 riyals) dont ont bénéficié (27 000 personnes)
7- Appui aux programmes d'enseignement (75 classes pour 7500 élèves), avec la prise en charge d'un cadre pour un montant de (213 936 riyals)



IIRO 000319

**Ghana**

In the year 1999/2000, the IIROSA spent about SR.39,800 to:
1- Sponsor two teachers.
2- Free food distribution to about 17,000.
3- Urgent relief.

**Ghana:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (29 800) pour la réalisation des projets suivants:
1-Prise en charge de 2 enseignants(1050 riyals)
2- Distribution de repas (20 000 riyals) dont ont bénéficié (17 000 personnes)
3-Secours d'urgence aux victimes de la secheresse (18 750 riyals)

**Guinea-Bissau**

In 1999/2000, the IIROSA transferred an amount of SR.76,281 to implement the following programs in Guinea-Bissau:
1- Free food distribution program to about 7,000 people.
2- Sponsoring 79 orphans.

**Guinée Bissau:**

Ce pays a bénéficié en l'an 99\2000 d'un montant de (67 281) riyals) pour la réalisation des programmes suivants:
1-Distribution de repas (15 000 riyals) dont ont bénéficié (7000 personnes)
2- Prise en charge de 79 orphelins et orphelines pour un montant de (61 281 riyals)

**Guinea-Conakry**

In 1999/2000, the IIROSA spent about SR.20,558 on the following programs:
1- Sponsoring 4 teachers and 4 instructors.
2- Free food distribution to about 10,000 persons.
3- Sponsoring two orphans.

**Guinée:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (20 558 riyals) pour la réalisation des programmes suivants:
1-Prise en charge de 8 enseignants(19 068 riyals)
2- Distribution de repas (20 000 riyals) dont ont bénéficié (10 000 personnes)
3- Prise en charge de 2 orphelins (1490 riyals)

**Cameroon**

In the year 1999/2000, the IIROSA spent SR. 15,000 on free food distribution program to about 7500 people in Cameroon.

**Cameroun:**

Ce pays a bénéficié en l'an 99\2000 d'un montant de (15 000riyals) pour la distribution de de repas dont ont bénéficié 7500 personnes.

**Congo-Brazzaville**

In the year 1999/2000, the IIROSA spent SR.15,000 on free food distribution program to about 7500 people in this African country.

**Congo Brazzaville:**

Ce pays a bénéficié en l'an 99\2000 d'un montant de (15 000riyals) pour la distribution de de repas dont ont bénéficié 7500 personnes.

**Democratic Republic of Congo**

In the year 1999/2000, the IIROSA spent SR.25,000 on free food distribution program to about 1,200 people in the Congo.

**Congo démocratique:**

Ce pays a bénéficié en l'an 99\2000 d'un montant de (25 000riyals) pour la distribution de de repas dont ont bénéficié 12 000 personnes.

**Kenya**

In the year 1999/2000, the IIROSA spent SR.575,145 on the following programs:
1- Running the Kisumu Orphans Home 50 orphans, and sponsoring 94 orphans living with relative.
2- Running the Kisumu9 dispensary 9,000 patients.
3- Free food distribution to about 30,000 people.
4- Subsidizing the Teachers Training College in Mombassa 120 trainees.
5- Providing cultural literature.

**Kenya:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (575 145 riyals) pour la réalisation des programmes suivants:
1- Gestion d'un orphelinat à Kissoumou d'une capacité de 50 orphelins et orphelines, prise en charge 94 orphelins vivant avec leurs familles (200 617riyals)
2- Gestion du dispensaire de Kissoumou (9000 patients par an) pour un montant de (35 072 riyals)
3- Distribution de repas (60 000 riyals) dont ont bénéficié (30 000 personnes).
4- Assistance à l'école de formation d'enseignants à Mombassa (120 étudiants) pour un montant de (262 500 riyals)
- Distribution de livres (16 956 riyals)

**Liberia**

In the year 1999/2000, the IIROSA spent about SR.37,500 on urgent relief operations for the victims of the civil war in Liberia.

**Liberia:**

Ce pays a bénéficié en l'an 99\2000 d'un montant de (37 500 riyals) pour la mise en oeuvre d'un programme de secours d'urgence en faveur des victimes de la guerre.

**Mali**

In the year 1999/2000, the IIROSA spent about SR. 247, 524 on the following programs:
1- Sponsoring 118 orphans.
2- Sponsori0ng five teachers.
3- Running two female sewing centers in Mopti and Gao 70 apprentices
4- Free food5 distribution program to about 17, 500 persons

**Mali:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (247 524 riyals) pour la réalisation des programmes suivants:
1- Prise en charge de 118 orphelins et orphelines(128 304 riyals)
2-Prise en charge de 5 enseignants (56 500 riyals)
3-Gestion de deux centres de couture l'un à Mopti et l'autre à Gao, d'une capacité totale de 70 filles pour un montant de (27 720 riyals)
4-Distribution de repas (35 000 riyals) dont ont bénéficié (17 500 personnes)

**Madagascar**

In the year 1999/2000, the IIROSA spent about SR.2,493 to subsidize two study centers in Madagascar 150 learners.

**Madagascar:**

Ce pays a bénéficié en l'an 99\2000 d'un montant de (2493 riyals) pour l'organisation de 3 unités d'enseignement comprenant 150 élèves (filles et garçons)

**Egypt**

In 1999/2000, an amount of SR.2,858,025 was transferred to Egypt to implement the following programs:
1- Sponsoring 2,825 orphans and a supervisor
2- Free food distribution to about 16,000 people
3- Scholarships for 63 students from the Central Asian Republics

**Egypte:**

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (2 858 025 riyals) pour la réalisation des programmes suivants:
1- Prise en charge de 2825 orphelins et orphelines et un cadre d'orphelins (2 781 825 riyals)
2- Distribution de repas (25 000 riyals) à 16 000 bénéficiaires.


IIRO 000320

### Morocco

The IIROSA sent an amount of SR.732,828 to Morocco during the period 1999/2000 for the implementation of the following programs:
1- Sponsoring 489 orphans.
2- Free food distribution program to about 5,000 persons.

### Malawi

SR.99,960 was spent on running the Khalid bin Walid orphanage in Slima 100 orphans during the year 1999/2000.

### Mauritania

The branch office of the IIROSA in Mauritania spent about SR. 1,798,951 on the following programs during the period 1999/2000:
1- Running the Ali orphanage in Nouakchott 100 and sponsoring 475 orphans living with relatives, in addition to a coordinator.
2- Running the Arafat dispensary in the capital Nouakchott 56,200 patients.
3- Building 15 study centers for about 900 learners.
4- Running a female sewing center for about 80 apprentices.
5- Free food distribution to about 17,500.
6- Urgent relief operation to save the victims of floods.
7- Building 6 social centers, and digging 2 artesian water-wells.

### Mauritius

The sum of SR.43,535 was sent to Mauritius to sponsor 48 orphans.1

### Mozambique

The following programs costing about SR.416,875 were implemented in Mozambique in 1999/2000:
1- Free food distribution to about 12,500 persons.
2- Urgent relief operation to help about 900 victims of the floods.
3- Opening 15 study centers for about 750 learners.

### Niger

The IIROSA spent the sum of SR.111,165 in Niger during the period 1999/2000 to implement the following programs:
1- Running the Lamordi dispensary 4,560 patients annually.
2- Free food distribution program to about 10,000 people.

### Nigeria

The IIROSA spent the sum of SR.2,900,361 in Nigeria during the period 1999/2000 to implement the following programs:
1- Shipping and distributing palm-dates to about 320,000 persons
2- Sponsoring about 1400 orphans and a coordinator.
3- Running two clinics at Kaduna and Kalangou and a health acre coordinator.
4- Sponsoring 4 teachers, holding a refresher course and running the Ummal Qura Teachers institute in Ibadan and sponsoring 111 instructor.
5- Running four female sewing centers in Lagos, Ibadan, Ilorin and Kaduna for about 300 apprentices, and a center for printing and secretarial job in Kaduna 70 female apprentices.
6- Free food distribution program to about 55,000 people.
7- Building 6 social centers.
8- Digging one artesian and 10 surface water-wells.

3-Octroi de bourses scolaires à 63 étudiants et étudiantes venant de: Daghestan, Tadjikistan, Tchétchénie, Kirghizistan, Ouzbékistan avec un montant de (151 200 riyals) pour apprendre les sciences biologiques, les sciences politiques, l'économie...

### Maroc:

Ce bureau a bénéficié en l'an 99\2000 d'un montant de (732 828 riyals) pour la réalisation des programmes suivants:
1- Prise en charge de 489 orphelins et orphelines (722 828 riyals)
2- Distribution de repas (10 000 riyals) dont ont bénéficié 5000 personnes.

### Malawi:

Ce pays a bénéficié en l'an 99\2000 d'un montant de (99 960 riyals) pour la gestion de l'orphelinat "Khaled ben Walid"(100 orphelins et orphelines)

### Mauritanie:

Ce bureau a bénéficié en l'an 99\2000 d'une assistance de (1 789 951 riyals) pour la réalisation des programmes suivants:
1-Gestion de l'orphelinat Ali Ben Abi Taleb à Nouakchott d'une capacité de 100 orphelins, et orphelines et prise en charge de 475 orphelins et orphelines vivant chez leurs familles, et prise en charge d' un coordinateur (812 294riyals)
2- Gestion du dispensaire d'Arafat à Nouakchott (56 200 malades \ an) avec un montant de (42 150 riyals)
3- Construire 15 centres d'etudes pour 900 etudiants (es) et prise en charge d'un cadre avec un montant de (34 812 riyals)
4- Gestion d'un centre de couture (80 filles) à Nouakchott avec un montant de (15 000 riyals)
5-Distribution de repas (35 000 riyals) pour 17 500 bénéficiaires.
6- Campagne de Secours d'urgence en faveur des victimes des inondations avec un montant global de (44 695 riyals)
7-Construction de 6 centres sociaux (645 000 riyals) et forage de 2 puits artésiens avec un montant de (170 000 riyals)

### Maurice:

Ce pays a bénéficié en l'an 99\2000 d'un montant de (43 535 riyals) pour la prise en charge de 48 orphelins et orphelines.

### Mozambique:

Ce bureau a bénéficié en 99\2000 d'un montant de (416 875 riyals) pour la réalisation des programmes suivants:
1-Distribution de repas (25 000 riyals) dont ont bénéficié 12 500 personnes.
2 Campagne de Secours d'urgence aux victimes des inondations (375 000) dont ont bénéficié 9000 personnes.
3-Appui aux centres de services d'enseignement (750 élèves) avec un montant de (16 875 riyals)

### Niger:

Ce bureau a bénéficié en 99\2000 d'un montant de (111 165 riyals) pour la réalisation des programmes suivants:
1-Gestion du dispensaire de Lamordi (4560 malades \ an) avec un montant de (91 165 riyals)
2- Distribution de repas (20 000 riyals) dont ont bénéficié 10 000 personnes.

### Nigeria:

Ce bureau a bénéficié en 99\2000 d'un montant de (2 900 361 riyals) pour la réalisation des programmes suivants:
1- distribution de dattes (681 009 riyals) dont ont bénéficié (320 000 personnes)
2- Prise en charge de 1400 orphelins et orphelines et d'un coordinateur(1 155 110 riyals).
3-Gestion de deux cliniques à Kalanjou et à Kaduna dont ont bénéficié (36 800 malades) et prise en charge d'un coordinateur de santé (116 750 riyals)
4-Prise en charge de 4 enseignants, organisation des stages de formation, et gestion de l'Institut Oum el Qura de formation d' enseignants à Ibadan et prise en charge de 111 instituteurs (229 652 riyals)
5-Gestion de 4 centres de couture, à Lagos, Ibadan, Alourn et Kaduna (300 filles) et gestion d'un centre de dactylographie et de secrétariat à Kaduna (70 filles) avec une assistance de (57 840 riyals)
6- Distribution de repas (140 000 riyals) pour 55000 nécessiteux.
7- Construction de 6 centres sociaux (325 000riyals)
8- Forage d'un puit artésien et de 10 puits de surface(195 000 R.)

# External Bureaus... Representatives... External Programs

## IIROSA Branch Offices in Asia

# Les Bureaux, les Représentation et les Programmes a l' etrnger

## Les Bureaux de Représentation de L'OIMS en Asie






# Asia

### Jordan
The branch office of the IIROSA in Jordan spent about SR. 4,406,294 on the following programs during the period 1999/2000:
1- Sponsoring 4,589 orphans, a coordinator and three supervisors
2- Free food distribution to about 25,000 persons.
3-Winter provisions program for Palestinian refugees
4- Subsidizing 11 study centers together with 5 supervisors and 2,664 learners.
5-Subsidizing the vocational aid.

### Afghanistan
SR. 6,533,185 was spent by the IIROSA on the following programs in Afghanistan:
1- Distributing five containers of King Fahd's donation of palm-dates to about 305,9 to about 305,920 persons.
2- Running the Al-Bukhari orphanage in Jalalabad 503 orphans and sponsoring 5,909 others living with relatives and a coordinator.
3- Running the Jalalabad hospital, anti malaria and tuberculosis centers and nine clinics 296,194 patients annually.
4- Subsidizing the two branches of the University of Science and Technology in Jalalabad and Heart 260 students.
5- Opening 50 study circles 1,500 learners) and sponsoring a supervisor.
6- Free food distribution to about 100,000 people.
7- Building two social centers.

### Indonesia
The IIROSA transferred the sum of SR.2,886,217 to implement the following programs in Indonesia during the period 1999/2000:
1- Sponsoring 120 orphan, and running the Al-Furqan institute in Jirsik
2- Opening 33 study circles for about 1,650 learners and sponsoring one supervisor.
3- Building 82 social centers.
4- Free food distribution to about 40,000 persons.
5- Shipping about 1,589 kilograms of literature.
6- Sponsoring about 867 orphans and a supervisor.

### Pakistan
The IIROSA in Pakistan spent the sum of SR.4,193,480 during the period 1999/2000 to implement the following programs:
1- Shipment of 17 containers of King Fahd's donation of palm-dates to about 220,200 persons
2- Running four orphanages in Peshawar, Mansahar, Baharsamand and Gilgit 844 orphans in addition to about 406 orphans living with relatives and sponsoring a coordinator.
3- Running the Uhud hospital in Queta, the Badr Hospital in Peshawar, and two clinics in Miran Shah and Shimishm and sponsoring a coordinator 80,658 patients.
4- Sponsoring 28 instructors, eight teachers and two students.
5- Building nineteen social centers and digging one artesian and 19 surface water-wells.
6- Opening 56 study circles for about 1,230 students and sponsoring one supervisor.
7- Free food distribution to about 80,000.

# Asie

### Jordanie:
Ce bureau a bénéficié en 99\2000 d'un montant de (4 406 294 riyals) pour la réalisation des programmes suivants:
1- Prise en charge de 4589 orphelins et orphelines avec un coordinateur,et 3 encadreurs pour une assistance de (4 166 022 riyals)
2- Distribution de repas (60 000 riyals) dont ont bénéficié 25 000 nécessiteux.
3- Fourniture d'approvisionnements d'hiver pour les réfugiés palestiniens (40 272 riyals)
4- Appui à 11 centres d'enseignement (2664 élèves) avec 5 cadres (40 000 riyals)
5- Prise en charge de formation professionnelle (100 000 riyals)

### Afghanistan:
Ce bureau a bénéficié en 99\2000 d'une assistance de (6 533 185 riyals) pour la réalisation des programmes suivants:
1- Acheminement de 5 conteneurs de dattes offertes par le roi Fahd (343 923 riyals) dont ont bénéficié 305 920 personnes.
2- Gestion de l'orphelinat"El Boukhari" à Jalalabad d'une capacité de 503 orphelins et orphelines et prise en charge de 5909 orphelins et orphelines vivant avec leur familles avec un coordinateur (5 300 851 riyals)
3-Gestion de l'hôpital de Jalalabad, d'un centre de lutte contre la malaria, et d'un autre centre de lutte contre la tuberculose et de 9 cliniques dont le nombre de patients admis par an est de (296 194 personnes) avec une assistance de (345 161 riyals)
4- Gestion de l'université de Sciences et de Technologie avec ses deux branches à Jalalabad et à Hirat (260 étudiants) pour une assistance de (200 000 riyals)
5- Appui à 50 unités d'enseignement (1500 étudiants et étudiantes) et prise en charge d'un cadre pour une assistance de (122 250 riyals)
6- Distribution de repas (150 000 riyals) dont ont bénéficié 100 000 personnes.
7- Construction de 2 centres sociaux (71 000 riyals)

### Indonésie:
Ce bureau a bénéficié en 99\2000 d'une assistance de (2 886 217 riyals) pour la réalisation des programmes suivants:
1-Prise en charge de 120 instituteurs, gestion de l'Institut El Furqan à Jarsik (106 447 riyals)
2- Appui à 33 unités d'enseignement (1650 étudiants et étudiantes) et prise en charge d'un cadre pour une assistance de (37 467 riyals)
3- construction de 82 centres sociaux (2 089 200 riyals)
4- Distribution de repas (100 000 riyals) dont ont bénéficié (40 000 personnes)
5-Acheminement de 1589 kgs de livres d'un montant global de (59 573 R.)
6- Prise en charge de 867 orphelins et orphelines avec un cadre (493 530 R.)

### Pakistan:
Ce bureau a bénéficié en 99\2000 d'une assistance de (4 193 480 riyals) pour la réalisation des programmes suivants:
1-Acheminement de 17 conteneurs chargés de dattes offertes par le roi Fahd (1 198 735 riyals frais de frêt et de distribution compris) dont ont bénéficié (220 200 personnes)
2- Gestion de 4 orphelinats; "Omar ben Khattab" à Peshawar, " Dar al Barayime" à Minsahra, "Dar Samiya" et "Omar ben Yasser" à Jaljut (844 orphelins et orphelines) en plus de 406 orphelin (e)s vivant avec leurs familles, et prise en charge d'un cadre pour une assistance totale de (1 159 883 riyals)
3- Gestion de l'hôpital "Ouhed" à Kouita et d'un autre "Badr" à Peshawar et gestion de cliniques au village de Miran Shah et au village de Shamshatou (80 658 patients par an) prise en charge d'un coordinateur de santé pour une assistance globale de (481 482 riyals)
4- Prise en charge de 28 enseignants, de 8 instituteurs et de 2 étudiants pour une assistance de (89 400 riyals)
5- Construction de 19 centres sociaux (997 000 riyals) et forage d'un puits artésien et de 19 puits de surface (142 000 riyals)
6- Appui à 56 unités d'enseignement (1230 étudiants et étudiantes) et prise en charge d'un cadre (112 980 riyals)
7- Distribution de repas (120 000 riyals) dont ont bénéficié (80 000 personnes)

### Bangladesh

In 1999/2000 an amount of SR.9,589,113 was allocated for the following programs in Bangladesh:

1- Carrying out a number of relief operations, shipped 17 containers of King Fahd's donation o-f palm-dates, and providing the victims of floods with food items about 611,840 persons.

2- Running five orphanages in Dhaka, Rumkabalong, Cox Bazaar and Batilla 722 orphans, and sponsoring 1,720 orphans living with relatives and a coordinator.

3- Managing seven dispensaries in Cox Bazaar, Chitagong, Perriseri and Natrakuna, and a medical diagnosis center in Dhaka 33,478.

4- Running six schools for stranded Biharis ion Bangladesh 1,561 students, and sponsoring five teachers and 61 instructors.

5- Opening 30 study circles for about 1,800 learners.

6- Running the Asma female sewing center 65 apprentices.

7- Free food distribution to about 60,000 persons.

8- Building 118 social centers, and digging 31 artesian and 76 surface water-wells.

### Thailand

Between 1999/2000, the IIROSA office in Thailand spent about SR.1,130,988 on the following programs:

1- Distribution of two container loads of King Fahd's donation of palm-dates, and urgent relief operations in flood hit areas.

2- Running the Nafissa orphanage in Bangkok 112 orphans, and sponsoring 47 orphans living with relatives.

3- Offering scholarships to 88 students, running the Jala college 400 students and a cultural center in the north.

4- Free food distribution to about 15,000 persons.

5- Subsidizing a study circle for about 2,100 students, and sponsoring a supervisor.

6- Building four social centers, and digging three artesian and 15 surface water-wells.

### Azerbaijan

An amount of SR.4,691,357 was allocated for the IIROSA office in Baku to implement the following programs during 1999/2000:

1- Sponsoring 1,277 orphans and a coordinator.

2- Sponsoring five teachers in Azerbaijan and four in Daghistan, and subsidizing the Shaafei college in Daghistan, and offering scholarships to 63 Azeri students studying in Egypt.

3- Shipping two containers carrying blankets and running three refugee camps holding about 11,000 refugees.

4- Running three clinics and a dispensary in Ingushetia 78,282 patients.

5- Free food distribution to about 20,000 people.

6- Building five social centers.

### Sri Lanka

The Sri Lankan office of the IIROSA spent SR.292,313 to implement the following programs during 1999/2000:

1- Sponsoring 115 orphans.

2- Free food distribution to about 35,000 people.

3- Subsidizing fifteen study circles for about three hundred and fifty learners.

4- Delivering 67 kilograms of literature, and extending urgent financial assistance to 22 needy families

### Bangladesh:

Ce bureau a dépensé, en 99\2000, la somme de (9 589 113 riyals) pour la réalisation des programmes suivants:

1-Campagnes de secours d'urgence et acheminement de 17 conteneurs dans le cadre de la distribution de dattes offertes par le roi Fahd, distribution de produits alimentaires aux victimes des inondations (1 122 330 riyals) dont ont bénéficié 611 840 personnes.

2-Gestion de 5 orphelinats: "Ben Mubarak" et "Asmaa" à Dacca, "Abubakr Essadiq"

au village Abalong à 25 kms de la ville de Kukas Bazar, "Fatima " au village de Patila dans la province de May Ghing avec une capacité d'accueil de 722 orphelin (e) et prise en charge de 1720 orphelin (e)s vivant avec leurs familles, prise en charge d'un coordinateur pour une assistance de (2 893 694 riyals)

3-Gestion de 7 dispensaires dont deux à Kukas Bazar et trois dispensaires à Chitagong et un dispensaire à Birissiri Netroukouna et un centre médical à Dacca dont le nombre de patients admis par an est de (33 478 personnes) pour une assistance de (757 067 riyals)

4- Gestion de 6 écoles des Baharis (1561 élèves) ; "Adamji" (2 écoles) à Narayanganj dans la province de Dacca, "El Falah " à Khalaspoor, "Essalam"et "Outhmaniya" à Dacca, "Tamir el Milla"au Inghpoor, prise en charge 5 enseignants et 61 instructeurs pour une assistance de (219 225 riyals)

4-Appui à 30 unités d'enseignement (1800 étudiant (e)s) pour une assistance de (54 000 riyals)

5-Gestion d'un centre de couture "Asmaa" à Dacca (65 filles) (21 400 riyals).

6-Distribution de repas (120 000 riyals) dont ont bénéficié 60 000 persoennes.

8-Construction de 118 centres sociaux (3 938 897 riyals) , forage de 67 puits de surface et de 31 puits artésiens (462 500 riyals)

### Thaïlande:

Ce bureau a dépensé,en 99\2000,la somme de (1 130 988riyals)pour les programmes srivants:

1- Acheminement de 2 conteneurs de dattes offèrtes par le roi Fahd, et prestation de secours d'urgence aux victimes des inondations (188 996 riyals)

2-Gestion de l'orphelinat "Dar Nafissa" à Bangkok (112 orphelins et orphelines) et prise en charge de 47 orphelins et orphelines vivant avec leurs familles (323 882 riyals).

3-Octroi de bourses scolaires à 88 étudiant (e)s et gestion de la Faculté de Jala (400 étudiant (e)s) et gestion d'un centre social à Jala.

4- Distribution de repas (30 000 riyals) dont ont bénéficié 15 000 personnes.

5-Appui à 30unités d'enseignement (2100 étudiant (e)s) et prise en charge d'un coordinateur (54 750 riyals)

6- Construction de 4 centres sociaux (434 000 riyals) , forage de 3 puits artésiens et de15 puits de surface (76 000 riyals)

### Républiques d' Asie centrale Bureau de Bakou (Azerbaïdjan)

Ce bureau a dépensé, en 99\2000, la somme de (4 691 357riyals) pour la réalisation des programmes suivants:

1-Prise en charge de 1277 orphelins et orphelines avec un coordinateur (1 298 059 riyals)

2- Prise en charge de 9 enseignants dont 5 en Azerbaïdjan et 4 Daghestan, soutien accordé à l'université " Echafiyi"au Daghistan (243 600 riyals) et octroi de bourses scolaires à 63 étudiants de l' Azerbaïdjan en étude en Egypte.

3- Acheminement de 2 conteneurs chargés de couvertures,gestion et administration de 3 camps de réfugiés azerbaïdjanais comprenant la prestation de services médicaux et d'enseignement à plus de 11 milles réfugié (e)s (2 477 053 riyals)

4-Gestion de 3 cliniques et d'un dispensaire "al Ansar"à Angushia (78 282 patient (e)s par an) pour une assistance de (112 645 riyals)

5- Distribution de repas en Azerbaïdjan (50 000 riyals) pour 20 000 bénéficiaires.

6- Construction de 5 centres sociaux (510 000 riyals)

### Sri-Lanka:

Ce bureau a dépensé, en 99\2000, la somme de (292 313 riyals) pour les programmes suivants:

1-Prise en charge de 115 orphelins et orphelines (19 072 riyals)

2- Distribution de repas (60 000 riyals) pour 35 000 bénéficiaires.

3- soutien accordé aux unités d'enseignement (350 élèves) pour une assistance de (207 006 riyals)

4- Acheminement de 67 kgs de cartons contenant des livres, assistance à 22 familles sri-lankaises pauvres (6235 riyals)

**Saudi Arabia**

An amount of SR.1,046,581 was spent by the IIROSA in implement the following programs during 1999/2000:

1- Sponsoring 385 non-Saudi orphans.

2- Subsidizing four schools educating the children of the African community 4,500 students, and six schools for the Burmese community 7,600 students, and sponsoring six Burmese instructors and a female student.

3- Free distribution of about 44,634 kilograms of food and clothes to poor and needy expatriates.

**Syria**

TheIIROSA sponsored 12 orphans in Syrian during the period 1999/2000.

**China**

In 1999/2000, the sum of SR.28,000 was allocated for the implementation of the following programs in China:

1- Offering scholarships to two students and sponsoring 72 others.

2- Free food distribution to about 5,000 people.

**The Philippines**

The IIROSA office in the Philippines spent about SR.657,647 on the following programs:

1- Delivering three containers of King Fahd's donation of palm-dates, and providing urgent relief items to the victims of the internal conflicts and floods.

2- Running the Jabir orphanage in Cotabato 85 orphans, and sponsoring 183 orphans living with relatives, as well as a coordinator.

3- Running a female sewing center for fifty apprentices.

4- Free food distribution to about 4,000 persons.

**Palestine**

During the period 1999/2000, the sum of SR.2,028,663 was allocated for the implementation of the following programs in Palestine:

1- Offering scholarships to four students and providing school bags to Palestinian students.

2- Free food distribution program was not implemented due to lack of progress report.

3- Sponsoring 786 Orphans.

4- Implementing the winter provisions program in conjunction with the Zakat organization in Palestine.

5- Sponsoring 40 study circles for about 900 students.

**Vietnam**

In 1999/2000, the IIROSA spent the sum of SR.10,000 on free food distribution to 4,000 persons.

**Iraqi-Kurdistan**

In the year 1999/2000 the Kurdistan branch office of the IIROSA spent about SR.10,279,181 on the following programs:

1- Sponsoring 6,802 orphans and three supervisors.

2- Running three health care centers in Zaho and Arbil, and a clinic in Sayid Sadiq, as well as two central laboratories in Sulaimania and Dohuk 350,000 patients annually.

3- Sponsoring 15 teachers and 245 instructors and offering stipends to 50 students.

4- Free food distribution to about 50,000 people.

5- Construction of about seventy five social centers, and two water-wells.

***Royaume d'Arabie Saoudite:***

L'Organisme a dépensé à l'interieur du Royaume d'Arabie Saoudite,en 99\2000, la somme de (1 046 581) pour les programmes suivants:

1-Prise en charge de385 orphelins et orphelines (non saoudiens)de différentes nationalités (735 583 riyals).

2- Assistance à 4 écoles des communautés africaines (4500 élèves) et à 6 écoles des communautés birmanes (7600 étudiant (e)s) , prise en charge de 6 moniteurs de la communauté birmane et octroi d'une bourse scolaire à une étudiante pour une assistance totale de (204 813 riyals)

3- Distribution de 44 634 kgs de produits alimentaires et vêtements aux nécessiteux et indigents de diverses nationalités résidentes au royaume d'Arabie saoudite (106 185 riyals)

**Syrie:**

L'Organisme a dépensé en syrie, en 99\2000, la somme de (12 670 riyals) pour la prise en charge de 12 orphelins et orphelines. :

**Chine:**

Ce pays a bénéficié en 99\2000 d'une assistance de (28 000 riyals) pour les programmes suivants:

1-Octroi de bourses scolaires à 2 étudiants (3000 riyals) et engagement de prendre en charge 72 nouveaux étudiants.

2- Distribution de repas (25 000 riyals) dont ont bénéficié (5000 personnes)

**Philippines:**

Ce bureau a dépensé, en 99\2000, la somme de (657 647riyals) pour les programmes suivants:

1- Acheminement de 3 conteneurs de dattes offertes par le roi Fahd, une opération de secours d'urgence aux victimes des conflits internes pour un montant total de (245 861 riyals)

2-Gestion de l'orphelinat "Dar Jaber ben Abdallah" à Kotobato d'une capacité d'accueil de 85 orphelins et orphelines et prise en charge de 183 orphelines vivant avec leurs familles et d'un coordinateur (387 886 riyals)

3-Gestion d'un centre de couture et de broderie à Manilles (50 filles) pour une assistance de (3900 riyals).

4-Distribution de repas 20 000 riyals dont ont bénéficié 4000 riyals.

**Palestine:**

L'Organisme a accordé à la Palestine, en 99\2000, une assistance de (2 028 663 riyals) pour la réalisation des programmes suivants:

1- Octroi de bourses scolaires à 4 étudiants et fourniture de cartables scolaires aux élèves palestiniens en Jordanie (50 000 riyals).

2- Allocation d'un montant de (80 000 riyals) pour la distribution de repas en Palestines, mais ce programme n'a pas été mis en oeuvre du fait de non réception des rapports d'exécution du programme de l'année écoulée

3-Prise en charge de 786 orphelins et orphelines (1 428 663 riyals).

4- Mise en oeuvre du programme d'approvisionnement d'hiver à l'interieur de la Palestine avec le concours des associations palestiniennes de Zakates (125 000 riyals)

5- Appui à 50 unités d'enseignement (900 élèves) pour une assistance de (425 000 riyals)

**Viêt-nam:**

L'Organisme a dépensé au Viêt-nam, en 99\2000, (10 000 riyals) pour la mise en oeuvre du programme "Distribution de repas" gratuits aux jeûneurs dont ont bénéficié (4000 personnes)

**Kurdistan (Irak) :**

Ce bureau a dépensé, en 99\2000, la somme de (10 279 181 riyals) pour la réalisation des programmes suivants:

1- Prise en charge de 6802 orphelins et orphelines, d'un coordinateur et de 3 cadres pour une assistance de (5 908 253 riyals)

2-Gestion de 3 centres de santé à Zakho et à Arbil et d'une clinique de bienfaisance dans la région de Zaf, 2 laboratoires centraux à Sulaymaniya et à Duhuk (350 000 malades par an) pour une assistance de (552 911 riyals)

3-Prise en charge de 15 instituteurs et de 245 enseignants, octroi de bourses scolaires à 50 étudiant (e)s pour un montant global de (508 000 riyals)

4-Distribution de repas (150 000 riyals) dont ont bénéficié (50 000 personnes).

5-Construction de 50 centres sociaux (3 140 017 riyals) et forage de 2 puits de surface (20 000 riyals)



IIRO 000325

**Azad Kashmir**

In the year 1999/2000, the IIROSA sent an amount of SR. 275,395 to implement the following programs in Azad Kashmir:

1- Delivery and distribution of two container loads of King Fahd's donation of palm-dates in addition to relief items worth SR. 37,500 to the victims of the war.

2- Free food distribution to about 20,000 people.

3- Construction of two social centers.

**Sri Nagar (Kashmir)**

The amount of SR.762,716 allocated for running the four dispensaries in Kanjan, Manshawar, Suisbaj and Sipor as well the hospital in Sri Nagar during the period 1999/2000 was not spent due to the security and stability situations. But the free food distribution program was implemented, and about 26,000 people benefited.

**Cambodia**

In 1999/2000, an amount of SR.20,000 was transferred by the IIROSA to implement the free food distribution program in Cambodia. About 8,000 people benefited.

**Laos**

The IIROSA spent about SR.10,000 on free food distribution to about 4000 people in Laos during the period 1999/2000.

**Lebanon**

In 1999/2000, the IIROSA spent about SR.2,265,237 on the following programs in Lebanon:

1- Sponsoring 748 orphans.

2- Running the Shuhaim dispensary in the Al-Kharoub province, and three medical complexes in Balbek, Tripoli and Kora in western Biqa 28,250 patients annually.

3- Sponsoring two teachers.

4- Sponsoring 49 instructors.

5- Free food distribution to about 3000 persons.

6- Winter provisions program for war victims and needy students.

7- Operating four study circles for about 600 learners.

**Nepal**

The amount of SR.71,164 was spent in the period 1999/2000 to implement the following programs in Nepal:

1- Sponsoring thirty four orphans.

2- Sponsoring two teachers.

3- Free food distribution to about 9,000 persons.

**India**

During the fiscal year 1999/2000, the IIROSA spent about SR.2,701,407 to implement the following programs:

1- Sponsoring 595 orphans and a secretary.

2- Running the Al-Hayat hospital in Lucknow 37,912 patients annually.

3- Free food distribution to about 35,000 persons.

4- Winter supply program, and taking delivery and distributing 18 tons of palm-dates.

5- Construction of 52 social centers, and digging 34 surface water-wells.

**Yemen**

During the period 1999/2000, the IIROSA spent the sum of SR. 1,166,691 to implement the following programs in Yemen:

1- Sponsoring 1,011 orphans, and a coordinator.

2- Subsidizing Jabalah hospital in the Aeb region and Dhoha hospital in Hudaidah 13,890 patients.

3-Sponsoring seven teachers and a coordinator in the Eritrean refugee camps and offering scholarships to two students.

4- Free food distribution to about 35,000 people.



**Cachemire libre:**

Le Cachemire libre a bénéficié en 99\2000 d'une assistance de (275 395 riyals) pour les programmes suivants:

1-Acheminement de 2 conteneurs de dattes offertes par le roi Fahd (37 500 riyals), prestation de secours d'urgence aux victimes de la guerre dans la région (166 595 riyals)

2- Distribution de repas (50 000 riyals) dont ont bénéficié (20 000 personnes)

3- Construction de 2 centres sociaux (58 800 riyals)



**Cachemire Srinagar:**

Le Cachemire Srinagar a bénéficié en 99\2000 d'une assistance de (832 716 riyals) pour les programmes suivants:

1-Gestion d'un hôpital à Srinagar et de 4 dispensaires à Kanjan, à Manshawer, à Swispag, à Sipoor pour un montant de (762 716 riyals) cette assistance n'a pu être allouée pour des raisons d'insécurité et d'instabilité dans la région.

2- Distribution de repas (70 000 riyals) dont ont bénéficié 26 000 personnes.



**Cambodge:**

L'Organisme a accordé à ce pays en 99\2000 une assistance de (20 000 riyals) pour la mise en oeuvre d'un programme de distribution de repas (20 000riyals) dont ont bénéficié (8000 personnes)



**Laos:**

L'Organisme a accordé à ce pays en 99\2000 une assistance de (10 000 riyals) pour un programme de distribution de repas dont ont bénéficié (4000 personnes)



**Liban:**

Il a été accordé au Liban en 99\2000 une assistance de (2 265 237 riyals) pour les programmes suivants:

1- Prise en charge de 748 orphelins et orphelines (1 054 837 riyal)

2-Gestion du dispensaire "Chahim" au village de Chahim dans la région d'el Khroub et de 3 centres médicaux à Baalabek, à Tripoli\ el Koura et au Biqaa Ouest dont le nombre de ppatients par an est de (28 250 personnes) pour une assistance de (758 720 riyals)

3- Appui au Centre de " Abrar " au Biqaa Bir Ilyas et prise en charge de 2 instituteurs et de 49 enseignants pour une assistance de (88 302 R.)

4- Distribution de repas (15 000 riyals) dont ont bénéficié (3000 personnes)

5- Mise en oeuvre d'un programme d'approvisionnement d'hiver (128 000 riyals) en faveur des victimes de la guerre et des étudiants.

6- Mise en fonctionnement de 4 centres sociaux (600 élèves) avec une assistance de (348 250 riyals)



**Népal:**

Ce pays a bénéficié en 99\2000 d'une assistance de (71 164 riyals) pour la réalisation des projets suivants:

1- Prise en charge de 34orphelins et orphelines (31 364 riyals).

2-Prise en charge de 2 enseignants (4800 riyals)

3- Distribution de repas (35 000 riyals) dont ont bénéficié (9000 personnes)



**Inde:**

Ce pays a bénéficié en 99\2000 (2 701 407 riyals) pour les programmes suivants:

1-Prise en charge de 1595 orphelins et orphelines, d'un secrétaire et d'un chercheur pour une assistance totale de (1 338 597 riyals)

2- Gestion du dispensaire "Hayat" à Luknow, organisation de caravanes médicales dans la région de Luknow dont le nombre de patients examinés par an est de (37 912 personnes) pour une assistance de (133 750 riyals)

3-Distribution de repas (60 000 riyals) dont ont bénéficié (35 000 personnes)

4-Mise en oeuvre d'un programme d'approvisionnement d'hiver, acheminement, dédouanement, et distribution de 18 tonnes de dattes d'un montant total de (102 125 riyals)



**Yémen:**

Ce pays a bénéficié en 99\2000 d'une assistance de (1 166 691 riyals) pour la réalisation des projets suivants:

1-Prise en charge de 1011 orphelins et orphelines avec un coordinateur d' orphelins (902 577 riyals).

2- Assistance au dispensaire de Jabla dans la région d'Ibe et du dispensaire " Dhoha" à Hudaida (13 890 patient (e)s examinés par an) pour une assistance de (92 294 riyals)

3-Prise en charge de 7 enseignants pour les réfugiés erythréens et d'un coordinateur et octroi de 2 bourses scolaires pour une assis-

**Chechnya**
An integrated program was drawn up to spend the SR.26,434,674 donated for the relief of Chechniyan refugees in coordination with the Joint Saudi Arabian Committee for Chechnya.

## Europe

**Spain**
During the period 1999/2000, the IIROSA allocated SR.46,109 for Spain:
1- SR.16,109 was spent on sponsoring 17 orphans.
2- SR.30,000 for free food distribution program not implemented due to lack of progress report.

**Albania:**
During the period 1999/2000, the IIROSA spent SR.953,295 on the following programs in Albania:
1- Sponsoring 887 orphans.
2- Free food5 distribution to about 37,500 persons.
3- Operating a computer literacy center in Tirana 120 learners.

**Italy**
SR. 20,000 was allocated for Italy in 1999/2000, but was not spent due to lack of progress report

**Belgium**
The IIROSA spent about SR.15,000 to distribute free food to about 3,000 persons in Belgium.

**Bosnia-Herzegovina**
The IIROSA spent the sum of SR3,967,070 on the following programs in Bosnia-Herzegovina:
1- Sponsoring 1,776 orphans and a coordinator.
2- Running the Sarajevo dispensary, pharmacy and physiotherapy center 37,200 patients.
3- Free food distribution to about 17,500 persons.
4- Stipends to pensioners and the elderly, and membership dues to the coordinating council for relief.

**Turkey**
The IIROSA spent about SR.2,433,907 in Turkey during 1999/2000 as follows:
1- Sponsoring 96 orphans.
2- Free food distribution to about 20,000 people.
3- Shipping ten containers of relief items to the victims of the August 1999 earthquake.

**Denmark**
SR. 20,000 was spent on IIROSA free food distribution to about 4,000 persons.

**Kosovo**
During the period 1999/2000, the IIROSA spent about SR. 64,246,226 on the following programs in Kosovo:
1- Funds were allocated for urgent relief operations among the refugees in Kosovo, Albania and Macedonia
2- Shipment of 37 containers carrying 1,274,856 kilograms and freighting 31 flights of relief items to the Kosovan refugees.

tance de (71 820 riyals)
4- Distribution de repas (100 000 riyals) dont ont bénéficié (35 000 personnes).

**Tchétchénie:**
Les dons destiné au peuple de Tchétchénie à atteint la somme de (26 434 674 riyals). Un programme intégré a été mis en oeuvre pour distribuer ces dons aux réfugiés tchétchènes sous formes de secours d'urgence, de programmes de cultures, de santé, de promotion humaine et de protection sociale en coordinatin avec la Commission saoudienne commune de secours pour la Tchétchénie.

## Europe:

**Espagne:**
L'Organisme a financé Espagne, 99-2000 les deux projets suivants:
1-Prise en charge de 17 orphelins et orphelines (16 109 riyals).
2-Allocation d'un montant de 30 000 riyals pour la distribution de repas en Espagne mais ce programme n'a pas été réalisé en raison de la non réception des rapports d'exécution du programme de l'année écoulée.

**Albanie:**
Ce bureau a dépensé, en 99\2000, la somme de (953 295 riyals) pour les programmes suivants:
1-Prise en charge de 887 orphelins et orphelines (803 295 riyals)
2- Distribution de repas (150 000 riyals) dont ont bénéficié (37 500 personnes)
3-Gestion et mise en fonctionnement d'un centre autonome d'Informatique à Tirana (120 élèves)

**Italie:**
L'Organisme a dépensé en Italie, en 99\2000, la somme de (20 000 riyals) pour la mise en oeuvre d'un programme de distribution de repas en Italie mais ce programme n'a pas été réalisé en raison de la non réception des rapports d'exécution de du programme l'année écoulée.

**Belgique:**
L'Organisme a dépensé, en 99\2000, la somme de (15 000 riyals) pour la mise en oeuvre d'un programme de distribution de repas en Belgique dont ont bénéficié (3 000 personnes)

**Bosnie-Hérzégovine:**
L'Organisme a dépensé en Bosnie-Hérzégovine,en 99\2000, la somme de (3 967 070 riyals) pour la réalisation des programmes suivants:
1-Prise en charge de 1776 orphelins et orphelines avec un coordinateur (3 604 266 riyals)
2- Gestion d'un dispensaire, d'une pharmacie et d'un centre médical à Sarajevo (37 200 patient (e)s par an) pour une assistance de (165 150 riyals)
3-Mise en oeuvre d'un programme de distribution de repas (100 000 riyals) dont ont bénéficié (17 500 personnes).
4-Assistance aux retraités et participation aux Conseil de coordination du secours pour la Bosnie (97 654 riyals)

**Turquie:**
L'Organisme a dépensé en Turquie en 99\2000 la somme de (2 433 907 riyals) pour la réalisation des programmes suivants:
1-Prise en charge de 96 orphelins et orphelines (84 932 riyals)
2-Distribution de repas (100 000 R.) dont ont bénéficié (20 000 P.)
3- Acheminement de 10 conteneurs de produits de secours aux victimes du tremblement de terre du mois d'Aout 1999 pour un montant global de (2 248 975 riyals)

**Danemark:**
L'Organisme a dépensé au Danemark, en 99\2000, la somme de (20 000 riyals) pour la distribution de repas dont ont bénéficié (4000 personnes).

**Bureau du Kosovo:**
L'Organisme a dépensé,en 99\2000, la somme de (64 246 226 riyals) dans les programmes suivants:
1- Allocation de sommes d'argents pour la mise en oeuvre de campagnes de secours d'urgence en faveur des réfugiés kosovares au Kosovo, en Albanie, et en Macédoine et la reconstruction des maisons, des hôpitaux, des é coles et des centres sociaux, et la distribution des produits de secours d'urgence au Kosovo (45 982 213 r.)

including three transport vehicles and two ambulances and two jeeps.
3- Free food distribution to about 20,000 persons.

2- Acheminement de (1 274 856 kgs) de produits de secours divers au peuple Kosovares dans 37conteneurs de (20 pieds) et de 31 conteneurs de (40 pieds) en plus de 31 vols cargos dont le coût total est estimé à (17 267 448 riyals) plus les frais de frêt (846 565 riyals) pour l'acheminement de 7 véhicule dont 3 de transport et une ambulance et 2 Jeeps"Land cruiser "
3- Distribution de repas (150 000 riyals) dont ont bénéficié (20 000 personnes)

**Austria**
An amount of SR.20,000 was spent by the IIROSA on the free food distribution program to about 4,000 persons.

**Autriche:**
L'Organisme a dépensé dans ce pays, en 99\2000, la somme de (20 000 riyals) pour la mise en oeuvre d'un programme de distribution de repas dont ont bénéficié (4000 personnes)

**Netherlands**
An amount of SR.20,000 was spent by the IIROSA on the free food distribution program to about 4,000 persons.

**Hollande:**
L'Organisme a dépensé dans ce pays, en 99\2000, la somme de (20 000 riyals) pour la mise en oeuvre d'un programme de distribution de repas dont ont bénéficié (4000 personnes)

**Siberia**
An amount of SR.20,000 was spent by the IIROSA on the free food distribution program to about 4,000 persons.

**Sibérie:**
L'Organisme a dépensé en faveur de la Sibérie,en 99\2000, la somme de (20 000 riyals)
pour la mise en oeuvre d'un programme de distribution de repas dont ont bénéficié (4000 personnes)

**Latin America**
Although an allocation of SR.95,000 was made the free food distribution program in Argentine, Uruguay, Bolivia, Peru Margarita Island, the amount was not spent due to lack of progress reports.

**Amérique du Sud:**
L'Organisme a dépensé en 99\2000 pour la mise en oeuvre d'un programme de distribution de repas, les sommes de; (20 000 riyals) en Argentine, (15 000 riyals) en Uruguay, (15 000 riyals) en Bolivie, (15 000 riyals) au Pérou, (15 000 riyals) dans l'île de Marguerite, (10 000 riyals) en Guyane du Sud mais ce programmes n'a pu être exécuté en raison de la non réception des rapports de l'année écoulée.

**North America**
**Canada**
An amount of SR.10,000 allocated for free food distribution program was not spent due to lack of progress report.

**Amérique du Nord et Canada:**
**Canada:**
L'Organisme a en 99\2000, consacré à ce pays la somme de (10 000 riyals) pour la mise en oeuvre d'un programme de distribution de repas mais ce programme n'a pu être exécuté en raison de la non réception des rapport d'exécution du programme de l'année écoulée.

**Australia**
The IIROSA spent about SR.20,000 on free food distribution to about 7,000 persons.

**Australie:**
L'Organisme a dépensé en faveur de ce pays en 99\2000, la somme de (20 000 riyals)
pour la mise en oeuvre d'un programme de distribution de repas dont ont bénéficié (7000 personnes)

**Papua New Guinea**
An amount of SR.15,000 was spent on the IIROSA free food distribution to about 5,000 persons.

**Papouasie -Nouvelle Guinée:**
L'Organisme a dépensé en faveur de ce pays en 99\2000, la somme de (15 000 riyals) pour la mise en oeuvre d'un programme de distribution de repas dont ont bénéficié (5000 personnes)


IIRO 000328

The IIROSA appeals to all well wishers to help their needy and the poor throughout the world. Each drop of aid can save a soul.

Donations could be deposited in IIROSA's combined accounts at all branches of the Al-Rajhi Banking & Investment Company:

**Zakkah Account No:**
**77701**

**Immigrants, refugees, calamities' victims Account No:**
**77702**

**Orphans Account No:**
**77703**

**Sadaqa Account No:**
**77705**

**Sanabil Al-Khair Account No:**
**77707**

**Well Digging Account No:**
**9/77718**

**Propagation Knowledge Account No:**
**77720**

**Vocational Training Account No:**
**0/77770**

L'O.I.I.S lance un appel a tous les bienfaiteurs pour venir en aide aux necessiteux et aux pauvres a traves le monde.
Toute aide quelle que soit sa modicité peut sauver une vie

Les dons peuvent être déposés à l'un des comptes de L'O.I.S tous domiciliés à "Al Rajjhi Banking & Investment Company":

**Compte des Zakats**
**77701**

**Compte des emigres, des refugies et victimes des calamités naturelles**
**77702**

**Compte des orphalins**
**77703**

**Compte des Aumones**
**77705**

**Compte pour Sanabil Al-Khair**
**77707**

**Compte pour forage de puits**
**9/77718**

**Compte pour propagation de connaissances**
**77720**

**Compte pour la formation professionnelle**
**0/77770**



IIROSA's domestic offices telephone numbers

| | |
|---|---|
| Makkah | 5664449 |
| Madinah | 8221353 |
| Jeddah | 6514354 |
| Riyadh | 4930033 |
| Dammam | 8417009 |
| Abha | 2263333 |
| Al-Baha | 7252840 |
| Yanbu | 4224253 |
| Buraida | 3251035 |
| Unaiza | 3642613 |
| Al-Taif | 7384228 |
| Al-Jouf | 6245168 |
| Jizan | 3226241 |
| Najran | 5225408 |

INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORG.
SAUDI ARABIA

Ligue Islamique Mondiale
ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS
ROYAUME D' ARABIE SAOUDITE