# EXHIBIT "83"

# Annual Report
# Rapport Annuel 2000 - 2001

MUSLIM WORLD LEGAUE

**INTL. ISLAMIC RELIEF ORG.**

THE KINGDOM OF SAUDI ARABIA



EXHIBIT
Basha-135
LVF 02-20-19
depobook.com

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

رابطة العالم الإسلامي
MUSLIM WORLD LEAGUE

INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

# CONTENTS
# CONTENUE


| | |
|---|---|
| FOREWORD | 8 |
| INTRODUCTION | |
| Domestic Offices | 14 |
| BUREAUX LOCAUX | |
| Summary of Accomplishments | 22 |
| Rapport succinct sur les Réalisations de la Direction des Programmes et des Projets | |
| Urgent Relief Department | 26 |
| Direction des Secours d'urgence | |
| Social Welfare Program | 36 |
| Programme de la Protection sociale | |
| Engineering Department (Cultural center and Well digging) | 44 |
| Direction du Génie civil (centres sociaux et puits) | |
| Health Care Program | 50 |
| Programme de la Protection sanitaire | |
| Educational Welfare Program | 56 |
| Programme des Services d'Education | |
| Teachers & Teaching Committee | 64 |
| Commission de Prédication et des Prédicateurs | |
| Qur'an Memorization Program | 70 |
| Programme de Mémorisation du Saint Coran (P.M.S.C) | |
| Human Resources Development Program | 78 |
| Programme du Developpement des Ressources Humaines (P.D.R.H) | |
| Ramadan Free Meal Program | 82 |
| Programme de Distribution de repas aux jeûneurs | |
| External Relations and Coordination with Islamic as well as International Institutions | 88 |
| Relations extérieures et coordination avec les Organisations internationales | |
| IIROSA's External Bureaus, External Programs | 94 |
| Les Bureaux, et les Programmes a L'etrnger | |









Muslim World League
International Islamic Relief Organisation, Saudi Arabia

**Dr. Abdullah Bin Abdul Mohsin Al-Turki**
Secretary-General of Muslim World League & Chairman of IIROSA's Executive Council

**Dr. Adnan Khalil Basha**
Secretary General of IIROSA

P.O. Box 14843, Jeddah 21434
Tel: 6515411 6512333
Fax: 6518491 Tlx: 606771 SERIATHA
E-mail: relief@iirosa.org


**IIROSA's DOMESTIC OFFICES TELEPHONE NUMBERS:**

| | |
|---|---|
| Jeddah [illegible] | Al-Taif [illegible] |
| Asir [illegible] | Al-Jouf [illegible] |
| Riyadh [illegible] | Women's Committee, Jeddah [illegible] |
| Al-Baha [illegible] | Dammam [illegible] |
| Makkah [illegible] | Jizan [illegible] |
| Al-Qassim [illegible] | Madina [illegible] |
| Jeddah Branch Office [illegible] | Najran [illegible] |
| [illegible] | Yanbu [illegible] |
| [illegible] | Hail [illegible] |


Designed and Directed by:
الشبكة العربية للنشر والتوزيع
P.O. Box 8003 JEDDAH 21482, KSA
Tel: 9662[illegible]
Fax: 9662[illegible] Ext. 298

# INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA ANNUAL REPORT

2000 - 2001

# RAPPORT ANNUEL DE L'ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS (O.I.I.S.)

Pour l'excercice 2000/2001



The Custodian of the Two Holy Mosques.
King Fahd bin Abdul Aziz
Le Serviteur des Deux Saintes Mosquées.
roi Fahd ben Abd Al-Aziz Al Saoud



HRH Prince Sultan bin Abdul Aziz.
Second Deputy Premier & Minister of
Defense and Aviation

Son altesse royale le prince
Sultan ben Abd Al-Aziz Al Saoud
Deuxième vice-président du Conseil des
Ministres et ministre de la Défense.



HRH Crown Prince Abdullah bin Abdul Aziz.
Deputy Premier and Commander of the
National Guard

Son altesse royale, prince
Abd-Allah ben Abd Al-Aziz Al Saoud
Prince héritier. Premier
Vice-président du Conseil des Ministres et
Chef de la Garde nationale

# FOREWORD

The International Islamic Relief Organization, Saudi Arabia (IIROSA) receives wholehearted support and encouragement from the people of Saudi Arabia, above all, the Custodian of the Two Holy Mosques, King Fahd bin Abdul Aziz , HRH Crown Prince Abdullah bin Abdul Aziz, the Deputy Premier and Commander of National Guard, HRH Prince Sultan bin Abdul Aziz, Second Deputy Premier & Minister of Defense and Aviation, the entire Royal Family, academicians, businessmen and philanthropists. It is largely due to this generous support of the people of Saudi Arabia that the IIROSA is able to carry out its humanitarian mission i.e. to supply food to the hungry, clothes to the unclothed, medical care to the sick, shelter for thousands of orphans, the homeless and tens of thousands of refugees worldwide.



**Emergence:**

The International Islamic Relief Organization, Saudi Arabia (IIROSA) is an offshoot of the Muslim World League. It came into existence on October 29, 1978 and the Royal approval No. 4834 was issued on 29/1/1979.



# INTRODUCTION

Louanges à Allah,Glorieux soit-Il, pour Ses bienfaits, nous Lui rendons grâce par ce qui Lui est digne, et que la Paix et la Bénédiction soient sur le dernier de Ses Prophètes, Muhammad envoyé comme miséricorde pour l'humanité entière. Lequel avait un coeur tendre pour les orphelins, les veuves et les pauvres. Il incitait ses compagnons à être tendres envers toute créature ayant une âme. Il a, en effet, dit dans un de ses nobles Hadithes: "*Une femme a été punie à cause d'un chat qu'elle avait emprisonné jusqu'à sa mort, elle entra alors en l'Enfer, elle ne l'a ni nourri, ni abreuvé en l'emprisonnant, ni laissé manger des miettes de la terre.*"Il a dit aussi (Paix et Bénédiction sur lui): "*Prenez protection contre l'Enfer ne serait-ce qu'avec une portion d'une datte*".

C'est à la lumière de ces orientions, que l'action islamique s'est mise en marche pour la coopération dans le bien.



L'Organisation Internationale Islamique de Secours (O.I.I.S.) du royaume d'Arabie Saoudite a été créee à la Mecque grâce à l'aide et aux encouragements des citoyens généreux de ce pays, à leur tête le roi Fahd ben Abdelaziz, le prince héritier Abd-Allah ben Abdelaziz,le prince Sultan ben Abdelaziz, les autres princes membres de la famille royale, les ministres, les intellectuels, les académiciens, les hommes d'affaires et l'ensemble du peuple saoudien bienfaiteur.

L'O.I.I.S. est issue de la Ligue Islamique Mondiale sur une décision de son Conseil constitutif lors de sa 20ème session tenue à la Mecque du 17 au 29 \10\1978 avec l'approbation du Gouvernement No 4834 du 29\1\1979.

Le Statut de O.I.I.S a été adopté par le Conseil constitutif de la Ligue Islamique Mondiale lors de sa 35 ème

**The Constitution:**

The constitution of the IIROSA was approved during the 35th session of the Constituent Council of the Muslim World League held in Holy Makkah between 7 - 10 December 1997.

**Objectives:**

The objectives of the IIROSA were determined as follows:

1- Providing distressed people struck by disaster anywhere, with relief items in times of emergency and disaster.

2- Providing necessary assistance to boost the morale of disaster victims and safeguard their entities and existence.

3- Taking interest in the development of the minority communities through education and other developmental programs.

4- Extending moral and material support to the poor and the needy.

5- Providing poor people, widows, the elderly, children and orphans with comprehensive welfare.




**Means of achievement:**

The means of achieving the objectives of the IIROSA include the following:

1- Collecting funds from businessmen and other donors, and recruiting volunteers to help further the goals of the IIROSA.

2- Using the mass media to reach out to donors.

3- Setting up educational institutions and vocational centers, organizing social, as well as training programs and offering scholarships.

4- Setting up and running hospitals and dispensaries where the need arises.

5- Setting up and running orphanages provided with educational facilities.

6- Coordinating and cooperating with

session tenue à La Mecque du 7 au 10\12\1997.



**Les objectifs de l'O.I.I.S:**

1- Porter secours aux sinistrés parmi les populations et les groupes de gens victimes de catastrophes où qu'ils se trouvent, notamment ceux frappés dans leur personne, dans leurs biens,dans leur foi ou dans leur liberté.

2- Porter secours aux nécessiteux pour les protéger des pires catastrophes, améliorer leurs conditions de vie et préserver leur identité voire leur existence.

3-Aider les minorités et développer leurs communautés et leurs sociétés à travers l'éducation et les autres programmes de promotion.

4- Apporter le soutien moral et l'appui matériel et financier aux pauvres et aux démunis.

5- Assurer une prise en charge complète autant que possible aux pauvres auxveuves, aux vieillards, aux enfants et aux orphelins.

**Les moyens de l'O.I.I.S:**

1- Donations des bienfaiteurs et des hommes riches, des hommes d'affaires et des hommes de coeurs charitables, Appels d'incitations aux actions bénévoles à travers l'effort et les contributions financières.



other relief organizations and international charity institutions.



**Administrative structure:**

The IIROSA consists of numerous departments:

**The Board of Directors:**

The Board of Directors is the highest policy-making body of the organization and its decisions are binding upon the executive body. The current chairman of the board is Dr. Abdullah bin Abdul Mohsin Al-Turki, Secretary General of the Muslim World League. The new Board of Directors, which was formed in 1995, consists of fifteen (15) members including members from Japan and Senegal. The IIRO is the Muslim World League's wing in the fields of relief operations, health care, education, development and economic and social welfare.

**The Secretariat General:**

The Secretariat General is the executive wing of the IIROSA. It is currently headed by the Secretary General, Dr. Adnan Khalil Basha, who attends the biannual meetings of the Constituent Council of the Muslim World League, and submits periodical reports on the activities of the



2- Entrer en contact avec les donateurs à travers les médias: radio, télévision, presse, livres, publications et autres.
3- Construction d'infrastructures, assistance et gestion d'instituts, d'écoles, d'établissements scolaires,de centres de formation, mise en oeuvre de programmes socio-professionnels et octroi de bourses scolaires pour des etudes dans des institutions scientifiques.
4- Construction et gestion d'hopitaux et de dispensaires dans les sociétés qui en ont le plus besoin.
5- Construction, assistance et gestion des orphelinats et prise en charge de l'éducation des orphelins et des orphelines.
6- Coordination et coopération avec les organismes de secours et les organisations internationales de charité.

L'O.I.I.S se compose de plusieurs appareils,le Conseil d'administration en est son autorité suprême, ses décisions sont mises en application par l'appareil


Dr. Abdullah bin Abdul Mohsin Al-Turki


Dr. Adnan Khalil Basha

exécutif.

L'O.I.I.S est présidée par le Secrétaire général de la Ligue islamique mondiale, Dr.Abd-Allah ben Abd Al-Muhsin Atturki qui est aussi président de son Conseil d'administration. L'O.I.I.S représente le bras droit de la Ligue dans les domaines de l'Education, du Secours, de la protection sanitaire, du développement économique et social dans les régions pauvres du monde musulman. L'Organisation est dotée d'une commission juridique pour contrôler ses activités.

Le Secrétariat général de l'O.I.I.S est son appareil exécutif et il est présidé par Dr. Adnan Ben Khalil Basha qui assiste aux réunions du Conseil constitutif de la Ligue islamique mondiale à laquelle il présente un rapport périodique sur les activités de l'Organisation.

Enfin, L'O.I.I.S s'est vue recompensée

organization.
Despite difficulties and hardships, the IIROSA spares no effort in reaching disaster areas to help the distressed, whether in the jungles, mountain tops or desert. However, the most difficult equation that faces the IIROSA as well as the other relief and charitable organizations is, how and when to transform contingency relief efforts into a sustained developmental effort. Moreover, it is wel-known that static programs are directly influenced by contingency relief operations that absorb large amounts of funds and deplete resources funding charitable efforts. Nevertheless, since both are considered as humanitarianduties, IIROSA and the other Islamic relief institutions are pursuing both courses.

**Recognition:**

During the year 2000-2001,the IIROSA



was the proud recipient of the following awards:

1- HRH Prince Muhammed bin Fahd bin Abdul Aziz's charitable efforts award 1999.

2- Letter of gratitude and appreciation received from the UNHCR for the relief efforts made during the Kosovo crisis (ref. No. EZT 3/3 dated 21/10/1999).

3- Letter of gratitude and appreciation for the IIROSA's assistance to Chechnyan refugees received from the NGOs coordinator at the UNHCR in Geneva (ref. No. 3/3 dated 30/12/1999.

4- Letter of gratitude and appreciation received from the Hon. Mr. Jose Efraimo, Minister of Justice, Government of Mozambique, for the efforts made during the disastrous floods in the country (ref. No....dated 23/3/2000.)



plusieurs fois pour ses efforts dans le cadre de ses activités. Elle a été ainsi distinguée comme il suit:

1- L'O.I.I.S a remporté, au mois de Dhul Qida 1420H (février 2000), le Prix du prince Mohamed ben Fahd ben Abd Al-Aziz pour les services et actions de bienfaisance.

2- L'O.I.I.S a reçu un méssage de remerciements et d'appréciation de la part de l'UNHCR (lettre No 3/3 EZT du 21/10/1999 correspondant au 12/7/1420pour les efforts déployés par l'Organisation en faveur des réfugiés deKosovo aux Balkans et dans d'autres régions du monde).

3- Le délégué coordinateur des organisations internationales non-gouvernementales au sein de l'UNHCR à Genève, a adressé un message de félicitation à L'O.I.I.S (message No 3/3 du 30/12/1999 correspondant au 22/9/1420 H pour les assistances offertes par L'O.I.I.S en vue d'apaiser les soufrances des déportés tchétchènes).

4- L'O.I.I.S a reçu, le 23/3/2000 correspondant au 17/12/1420H, un méssage de remerciements et d'appreciation de la part du ministre de la Justice du Mozambique, M. José Ibraimo pour les efforts de secours déployés par l'Organisation en faveur des victimes des inondations au Mozambique.



Relief food being unloraded by IIROSA for distribution among refugees and needy people in Afghanistan.

Dechagement des vivres de secours offerts par l'O.I.I.S/RA.S a distribuer aux refugiés et au peuple afghan indigent.



Urgent relief food offered by IIROSA to the poor, needy and displaced people is seen arranged for distribution in Eritrea.

Des vivres ( sous forme de secours d'urgence) offerts par O.I.I.S/RAS aux pauvres, aux indigents et aux personnes deplacées. On constate ici que les vivres sont correctement disposés en vue detre distribués (Erythre).



A man carried relief materials which was distributed by IIROSA in Sudan.

Un homme portant des articles de secours qui ont ete distribués par l'O.I.I.S/RAS au Sudan.





# Domestic Offices

# BUREAUX LOCAUX

# DOMESTIC OFFICES

THE International Islamic Relief Organization of Saudi Arabia keeping the traditions established by the founding father, King Abdul Aziz bin Abdur Rahman Al-Saud, Saudi Arabia has become one of the leading countries in the field of charity and humanitarian assistance. As such, the IIROSA has been very eager to present the citizens of Saudi Arabia with the opportunity of taking part in its charitable activities. To further this aim, 13 branch offices of the IIROSA have been opened in various parts of Saudi Arabia. In their turn, the 13 offices have opened scores of branch offictes in the provinces and major cities. All these offices have contributed effectively in fund-raising and implementing the organization's programs and projects around the world.

## 1- Al-Baha office:

Under the supervision and patronage of HRH Prince Muhammed bin Saud, Governor of Al-Baha and his Deputy, Prince Faisal bin Muhammad, Al-Baha office of IIROSA, which is directed by Mr. Ibrahim Saeed Hamdan was able to raise SR.5,117,574 during the fiscal year 2000-2001 for social welfare programs, urgent relief, cultural centers, health care, education, well digging, free meals in Ramadan and Sanabil Al-Khair programs in the following 10 countries:
Uganda, Bosnia-Herzegovina, Somalia, Palestine, Azad Kashmir, Chechnya, Sudan, Kosovo, Ethiopia and Mozambique.



HRH Prince Muhammed bin Saud

## (2)- Gizan office:

Through the constant instructions of HRH Prince Muhammed bin Nassir bin Abdul Aziz, Governor of Gizan region, and under the supervision of Sheikh Muhammed bin Hassan Al-Hazmi, the IIROSA offices in Gizan, Sabyah, Samta, Abu Areesh, Al-Darb and Beish, raised SR.6,973,434 during the fiscal year 2000-2001 for programs in favor of orphans, cultural centers, education, and urgent relief.



HRH Prince Muhammed bin Nassir

## 3- Al-Jouf office:

Under the supervision and patronage of HRH Prince Abdul Ilah bin Abdul Aziz, Governor of Al-Jouf, and through the efforts of director Mr. Fekhri bin Hammad Al-Shallal, the IIROSA office in Al-Jouf raised

# BUREAUX LOCAUX

EN harmenie avec les traditions mises en place par le Pére Fondatteur, roi Abdul Aziz Bin Abdour Rahman Al-Saud; Arabie Saudite est de venue l'un des pays cités en exemple dans le domaine de l'action bienfaisante et de secours humanitaire. C'est la raison pour la quelle, l'organisation Internationale Islamique de Secours en Arabie Saudite, O.I.I.S/AS tient à présenter au peuple Saudien l'opportunité qaui s'offre à lui de prendre part à ses activités de bienfaisance. Afin de rendre possible la réalisation de ce objectif, 13 bureaux de représntation ont été ouverts dans différentes parties en Arabie Saudite. A leur tour, les 13 bureaux ont ouvert plusieurs succursales dans les régions et villes principales en Arabie. Tous ces bureaux ont grandement contribué au financement et réalisation des programmes et projets de L'O.I.I.S à travers le monde.

## 1- Bureau de Bahha:

Sous les directives et l'encadrement du prince Mohamed Ben Saoud ben Abd Al Aziz, gouverneur de la région de Bahha et sous le patronage de son adjoint le prince Faissal ben Mohamed ben Saoud le bureau de Bahha a pu collecté, sous la direction de M. Ibrahim Saïd Hamdane, pour l'exercice 2000\2001, le montant de 5117574 riyals dont ont bénéficié les pays suivants: Ouganda, Bosnie-Hérzégovine, Somalie, Palestine, Cachemire, Tchétchénie, Soudan, Kosovo, Ethiopie et Mozambique.

## 2- Bureau de Jazan:

Sous les directives continues du prince Mohamed Ben Nasser ben Abd Al Aziz, gouverneur de la région de Jazan, les bureaux de l'O.I.I.S à Jazan, Sabiya, Samta, Abu Arich, Addarb et Bich dirigés par Cheikh Mohamed ben Hassan Al Hazimi ont pu collecter, pour l'exercice 2000\2001, le montant de 6 973434 riyals qui furent affectés aux programmes suivants: prise en charge d'orphelins, programmes d'éducation, secours d'urgence, construction de centres sociaux et d'éducation.

## 3- Bureau d'El Jouf:

Sous la supervision et le patronage du prince Abd El Ilah ben Abd Al Aziz.gouverneur de la région d'El Jouf, le bureau dirigé par M. Fakhri ben Hamad Ash Shallal a réussi à col

SR.1,275,388 in the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:
Jordan, Chechnya and Kosovo.


HRH Prince Abdul Ilah

lecter, pour l'exercice 1999\2000,le montant de 1275388 riyals dont ont bénéficié plusieurs pays dont notamment: la Jordanie, le Kosovo et la Tchétchénie. Les programmes et les prestations réalisés par ce Bureau a l'intention des musulmans de ces pays furent divers et multiples englobant: la protection sociale, les secours d'urgence, la construction de centres sociaux, la protection sanitaire etc...etc.

## 4- Riyadh office:

Under the generous patronage of both HRH Prince Salman bin Abdul Aziz, Governor of the Riyadh region and his deputy, Prince Satam bin Abdul Aziz, the Riyadh office, supervised by Mr. Ali bin Abdullah Al-Jurais was able to raise SR.34,094,750 in the year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, well digging, human resources development, educational care, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:
Bangladesh, Pakistan, Afghanistan, Lebanon, Azad Kashmir, Chechnya-Islamic Republics in Central Asia, Kosovo and Azerbaijan.


HRH Prince Salman bin Abdul Aziz

## 4- Bureau de Riyadh:

Sous le généreux patronage du prince Salman ben Abd Al Aziz, gouverneur de la région de Riyadh et grâce au suivi de son adjoint le prince Sattam ben Abd Al Aziz,le Bureau de Riyadh, dirigé par M. Ali ben Abd-Allah al Jariss a réussi à collecter, pour l'exercice 2000\2001, le montant de 34094750 riyals dont ont bénéficié neuf pays,à savoir: Bangladesh, Pakistan, Afghanistan, Liban, Cachemire, Tchétchénie, Kosovo, Azerbaidjan et les républiques islamiques de l'ex URSS.

A citer également le projet pionnier pris en charge par le Bureau de Riyadh,à savoir la gestion d'un centre culturel multiforme en plus de sa contribution au projet de l'aumône courante (épis du Bien).

## 5 - IIROSA offices in the Eastern Region:

Under the continuous patronage of HRH Prince Muhammed bin Fahd bin Abdul Aziz, Governor of the Eastern Province and his Deputy HRH Prince Saud bin Naif bin Abdul Aziz, the seven offices of the IIROSA in Dammam, Hasa, Jubail, Hafr Al-Batin, Ras Al-Tanura, Al-Khafji and Abqaiq, which are supervised by HH Prince Turki bin Jelawi Al-Saud raised SR 4,657,148 in the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:
Indonesia, India, Thailand, Philippines, Sudan, Chechnya and Kosovo.


HRH Prince Mohammed bin Fahd

## 5- Bureaux de la région de l'Est:

Sous le suivi continu du prince Mohamed Ben Fahd ben Abd Al Aziz, gouverneur de la région de l'Est et de son adjoint le prince Saoud Ben Naif ben Abd Al Aziz,les Bureaux de la région de l'Est, au nombre de 7 bureaux à savoir: Dammam, Al Ahsa, Jubail, Hafr al Batan, Ras Tanura, Al Khafji et Baqiq ont réussi,sous la direction du prince Turki ben Fahd ben Jalwi Al Saoud à collecter, pour l'exercice 2000\2001, le montant de 4657148 riyals dont ont bénéficié sept pays, à savoir:
Indonésie, Inde, Thaïlande, Philippines, Soudan, Kosovo et Tchétchénie, pour la realisation des programmes educationnels, culturels, de santé etc... tec...

## 6- IIROSA offices in the Asir Region:

Through the constant interest shown by HRH Prince Khalid Al-Faisal bin Abdul Aziz in IIROSA offices' activities in Abha, Khamis Mushait, the Military Base, Bisha, Namas, Al-Majardah, Balqarn, Daharan south,

## 6- Bureaux de la région de Assire:

Sous les directives continues du prince Khaled Al Faissal ben Abd Al Aziz, gouverneur de la région de Assire, les bureaux de l'O.I.I.S dans cette région au nombre de 14 bureaux: Abha, Khamis Mouchaït, la ville

Maha'il, Al-Wadiyain, Sarh, Ballasmar, Sha'bain and Baariq, which are directed by Mr. Muhammed Hamidi Al - Sarhani an amount of SR.28,582,840 was raised during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects, in addition to palm dates, various food items, medicine, medical equipment, new clothes and blankets distributed in Nigeria, Tchad, Chechnya and Kosovo. The Asir offices also participated in the consumer goods exhibition in Abha, and the book exhibition organized by Obaikan book shops in Asir.



HRH Prince Khalid Al Faisal

militaire, Bisha, Namas, El Moujarada, Balqarn, Dhahran al Janoub, Mouhaïl,Wadaïn, Assarh,Bellasmar, Chaabaïn et Bariq ont réussi sous la direction exécutive de M. Mohamed ben Houmaïdi Sarhani à collecter,pour l'exercice 2000\2001, le montant de 28582840 riyals dont ont bénéficié quatre pays,à savoir; Nigeria, Tchad, Tchétchénie et Kosovo et la province du Kurdistan.

Les programmes et les prestations réalisés par ce Bureau a l'intention des musulmans de ces pays furent divers et multiples et ont englobé; la protection sociale, les secours d'urgence, la construction de centres sociaux, la protection sanitaire, les programmes d'enseignement, l'éducation,les cours de lecture,le forage de puits, la promotion humaine, les distributions de repas aux jeûneurs durant le mois de Ramadhan, et autres.

## 7 - Al-Qasim offices:

### (i)- Buraida office:

HRH Prince Faisal bin Bandar bin Abdul Aziz, Governor of Al-Qasim Region has continued to patronize the activities of IIROSA, and through his support Buraida, Asyah, Bikairiah, Al-Ras, Riyadh Al-Khabra, Maznab and Oyoonm Al-Jawa branch offices were able to raise up to SR.5,664,135 in 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:

Somalia, Bosnia-Herzegovina, Eritrea, Palestine, Chechnya, Kosovo, Ethiopia and Sri Lanka.

In addition 21 containers carrying with food items and clothes were shipped for distribution in different countries . The Buraida office also held seven static and mobile exhibitions in collaboration with the Girl's Summer Homes and the Department of Education.

## 7-Bureau de la région d'El Qassim:

### 1) Le Bureau de Buraïda:

Sous le patronage permanent du prince Faissal ben Bandar ben Abd Al Aziz, gouverneur de la région d'El Qassim le Bureau de l'O.I.I.S de Buraïda auquel sont affiliés les bureaux annexes de; Assiah, Bakiria, Rass, Riyadh Khabra, Madhnab et Ouyoun Jawa', sous la direction du Dr. Souleymane ben Hamed Saqri, a pu collecter, pour l'exercice 2000\2001, le montant de 5664135 riyals dont ont bénéficié huit pays,à savoir; Somalie, Bosnie-Hérzégovine, Erythrée, Palestine,Tchétchénie, Kosovo, Sri Lanka et Ethiopie.



HRH Prince Faisal bin Bandar

Parmi les activités de ce Bureau on peut citer : l'envoi de 21 gros camions de dons en nature englobant divers produits alimentaires et vestimentaires. Le Bureau a,par ailleurs, organisé sept expositions fixes et mobiles avec les centres de vacances d'été et les auberges de vacances d'été pour jeunes filles en coordination avec la direction de l'éducation.

### (ii)- Enaiza office:

Under the patronage of HRH Prince Faisal bin Bandar bin Abdul Aziz, Governor of Al-Qasim Province extends to the Unaiza office, which is supervised by Sheikh Abdullah bin Hamad Al-Jabr. During the fiscal year 2000-2001, the Unaiza office raised an amount of SR.1,743,491 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging,

### 7-2) Le Bureau de Ounaïza:

Sous le patronage du prince Faissal ben Bandar ben Abd Al Aziz, gouverneur de la région d'El Qassim,le Bureau de Ounaïza dirigé par M. Abd-Allah ben Hamed Jabr, a pu collecté pour l'exercice 2000\2001, le montant de 1743491 riyals dont ont bénéficié quatre pays,à savoir; Kenya, Soudan, Tchétchénie et Kosovo. Les programmes

human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:

Kenya, Sudan, Chechnya and Kosovo. The Enaiza office also held exhibitions in various schools and shipped more than 500 tons of palm-dates, over 150 tons of clothes and about 30 tons of wheat to the organization's headquarters in Jeddah, in addition to school equipment.

## 8 - Madinah area offices:

### (i) Madinah office:

Under the supervision and the instructions of HRH Prince Muqrin bin Abdul Aziz, Governor of Madinah Provine, the Madinah office, which is directed by Dr. Hamza bin Zuhair Hafiz was able to raise SR.13,771,733 during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following 19 countries:



*HRH Prince Muqrin bin Abdul Aziz*

Albania, Bosnia-Herzegovina, Baluchistan, Palestine, Chechnya, Kosovo, Ethiopia, Turkistan, Mozambique, Senegal, Saudi Arabia, Mauritania, Yemen, Benin, Cote d'Ivoire, Gambia, Guinea, Central African Republic, Azad Kashmir and Malawi.

Three delegations representing the Madinah office also visited the headquarters and held discussions with the finance department and the social welfare department. The delegation also attended the meetings of the domestic offices, and visited Badr area to arrange the opening of a branch office in Badr. They attended the annual function of the Al-Qasim office and undertook three visits to Burkina Faso, Cote d' Ivoire and Azerbaijan for the purpose of delivering allocations for orphans. The Madinah office also held a one-week exhibition and five charity functions. One of the functions, which was held in collaboration with the World Assembly of Muslim Youth in support of the people of Chechnya raised an amount of SR.1,694,000. Besides, the Madinah office also activated the paper collection project, which collects two big truck loads of paper monthly, and yields an income, which is estimated at SR.10,000.

### (ii)- Yanbu office:

HRH Prince Muqrin bin Abdul Aziz's patronage of the activities of the IIROSA extends to the Yanbu office as well, under the directorship of Engineer Abdullah bin Ibrahim Al-

offerts par ce Bureau aux musulmans de ces pays ont englobé: la protection sociale, les secours d'urgence, la construction de centres sociaux,la protection sanitaire,les programmes d'enseignement,les cours de lecture,le forage de puits, la promotion humaine,les distributions de repas aux jeûneurs durant le mois de Ramadhan, le programme "épis du Bien". Le Bureau a organisé plusieurs expositions dans des écoles et envoyé plus de 500 tonnes dattes et plus de 150 tonnes de vêtements, 30 tonnes de blé ... etc..

## 8- Les deux Bureaux de la région de Médine

### 8-1 Bureau de Médine

Sous les directives et le haut patronage du prince Maqrin ben Abd Al Aziz,gouverneur de la région de Médine el Mounawwara,le bureaux de L'O.I.I.S à Médine dirigé par Dr. Hamza Zuhair Hafedh a pu collecter, pour l'exercice 2000\2001, le montant de 13771733 riyals dont ont bénéficié 19 pays,à savoir: Albanie, Bosnie Hérzégovine, Balustan, Palestine, Tchétchénie, Kosovo, Ethiopie, Turkistan, Mozambique, Arabie saoudite, Sénégal, Mauritanie, Yemen, Bénin, Guinée, Côte d'Ivoire, Gambie, Centrafrique, Malawi, et la province du Cachemire.

Parmi les activités de ce Bureau on peut citer: la protection sociale, les secours d'urgence, la construction de centres sociaux etc... etc...

Une visite a,également,été effectuée dans la province de Badr en vue de préparer l'inauguration d'un nouveau Bureau de l'O.I.I.S dans cette province. Une autre visite a été effectuée au Bureau d'El Qassime pour assister au festival annuel de celui-ci. Trois visites ont,également, été effectuées à l'étranger au Burkina Faso, en Côte d'Ivoire et en Azerbaidjan pour distribuer des dons aux orphelins. Par ailleurs, le Bureau a organisé une exposition d'une semaine et cinq fêtes de bienfaisance dont l'une avec la coopération de l'Agence mondial de la Jeunesse musulmane en solidarrité avec les musulmans de Tchétchénie et le montant collecté a l'occasion de cette fetectait de (1694000 riyals). Enfin, le Bureau a lancé une campagne de redynamisation de collecte de papier avec une moyenne de chargement de deux gros camions environ par mois d'une recette de (10000 riyals).

### 8-2) Bureau de Yanbou

Sous le haut patronage du prince Maqrin ben Abd Al Aziz,gouverneur de la région de Médine el Mounawwara,le Bureau de Yanbou, dirigé par l'ingénieur Abd-Allah Ibrahim Sharif, a pu collecter, pour

Sheriff. During the fiscal year 2000-2001, the Yanbu office was able to raise the amount of SR.4,990,822 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following 11 countries:
Bosnia-Herzegovina, Palestine, Chechnya, Kosovo, Ethiopia, Mozambique, Tajikstan, Somalia, Afghanistan, Malawi, India and Azad Kashmir.

## 9- Offices in the Makkah Province:

### (i)- Makkah office:

Thanks to the profound attention of HRH Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah Region, the Makkah office directed by Dr. Ahmed bin Naafea Al-Muraei, collected the sum of SR.10,557,152 during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following 19 countries:



HRH Prince Abdul Majeed bin Abdul Aziz

Chechnya, Kosovo, Bangladesh, Ethiopia, Eritrea, Somalia, Sudan, Yemen, Pakistan, Palestine, Philippines, Indonesia, Sri Lanka, Burma, Afghanistan, Bosnia-Herzegovina, Thailand, Nigeria, Turkey and Iraqi-Kurdistan.

### (ii)- Jeddah office:

Through HRH Prince Abdul Majeed bin Abdul Aziz's attention and the constant interest shown by HRH Prince Mish'al bin Majid bin Abdul Aziz, Governor of Jeddah, the IIROSA office in Jeddah, which is directed by Mr. Saleh Ahmed Ba-Abood raised the sum of SR.30,962,899 during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:
Kosovo, Pakistan, Egypt, Palestine, Yemen, Chechnya, Sudan, Tchad, Somalia, Djibouti, Uganda, Kashmir, Eritrea, Turkey, Albania, Afghanistan, Philippines, Burma, Bangladesh, Sri Lanka, Russia, Ethiopia, Mozambique, India, Indonesia, Nigeria, Thailand, Mauritania, Iraqi-Kurdistan, Azad Kashmir and the Tuareg region in Algeria as well as the Balkans.

L'exercice 2000\2001, le montant de 4990822 riyals dont ont bénéficié 11 pays.à savoir: Bosnie-Hérzégovine, Palestine, Tchétchénie, Kosovo, Ethiopie, Mozambique, Tadjikistan, Somalie, Afghanistan, Malawi, Inde et la province du Cachemire.
Les programmes offerts par ce Bureau aux musulmans de ces pays ont englobé: la protection sociale, les secours d'urgence, la construction de centres sociaux,la protection sanitaire, les programmes d'éducation ,les cours de lecture, le forage de puits, la promotion humaine, les aumônes,les distributions de repas aux jeûneurs durant le mois du Ramadhan.

## 9- Les Bureaux de la région de La Mecque

### I Bureau de La Mecque

Sous l'encadrement et le suivi du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque, le Bureau de l'O.I.I.S à La Mecque, dirigé par le Dr. Ahmed ben Nafa'a al Mouryi a pu collecter,pour l'exercice 1999\2000, le montant de 10557152 riyals dont ont bénéficié 19 pays,à savoir; Tchétchénie, Kosovo, Bangladesh, Ethiopie, Erythrée, Somalie, Soudan, Yemen, Pakistan, Palestine, Philippines, Indonésie, SriLanka, Birmanie, Afghanistan, Bosnie Hérzégovine, Thaïlande, Nigeria,Turquie et la province du Kurdistan.

### 9-2) Bureau de Djeddah:

Sous le haut patronage du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque, le Bureau de l'O.I.I.S à Djeddah,dirigé par M. Saleh Ahmed Baaboud, a pu sous le suivi et l'attention du prince Mash'al ben Majed ben Abd Al Aziz, gouverneur de Djeddah, collecter, pour l'exercice 2000\2001, le montant de 30962899 riyals dont ont bénéficié plusieurs pays,à savoir; Kosovo, Pakistan, Egypte, Palestine, Yemen, Tchétchénie, Soudan, Tchad, Somalie, Djibouti, Ouganda, Cachemire, Erythrée, Yougoslavie, Turquie, Albanie, Afghanistan, Philippines, Birmanie, Bangladesh, Sri Lanka, Russie, Ethiopie, Mozambique, Inde, Indonésie, Nigeria, Thaïlande, Mauritanie, la province du Kurdistan, la province du Cachemire et Algérie (région des Touaregs) et dans certaines régions des Balkans. Les montants collectés ont été affectés au financement des programmes de l'O.I.I.S.

### 9-3) Bureau de Taïf:

### (iii)- Taif office:

The IIROSA office in Taif, which is directed by Dr. Talal bin Obaid Zafar enjoys the wholehearted support of HRH Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah Province and Mr. Fahad bin Abdul Aziz bin Moamar, Mayor of Taif. During the fiscal year 2000-2001, the IIROSA office in Taif collected the sum of SR.5,925,542 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following 12 countries:

Comoro Islands, Somalia, Chechnya, Kosovo, Pakistan, Afghanistan, Nigeria, India, Nepal, Burundi, Rwanda, Ethiopia and Iraqi-Kurdistan. Besides, the Taif office also shipped food items such as palm-dates.

### (iv)- Women's Committee:

Supported by a number of their Royal Highnesses the Princesses, the IIROSA has been very keen in involving the female element in its activities. According to the Women's Committee in Jeddah which is directed by Mrs. Baheeja Ezzi was collected the sum of SR.4,072,793 during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following 33 countries: Gambia, Kosovo, Albania, Somalia, Sudan, Lebanon, Kenya, Mali, Afghanistan, Uganda, Ethiopia, Egypt, Syria, Bosnia-Herzegovina, Jordan, Ghana, Mauritania, Nigeria, Burkina Faso, Senegal, Bangladesh, Bulgaria, Tchad, Yemen, Eritrea, Mozambique, Malawi, Chechnya, Turkey, Palestine, Indonesia, Djibouti, Iraqi-Kurdistan and Azad Kashmir.

## 10- Najran office:

Thanks to the continuous instructions from HRH Prince Mish'al bin Saud bin Abdul Aziz, the Governor of Najran Province, the Najran office, which is directed by Sheikh Khalid Saud Al-Faris was able to raise SR.2,055,194 during the fiscal year 2000-2001 for soical welfare program, urgent relief operation, educational care, heatlh care, and cultural centers.



HRH Prince Mish'al bin Saud bin Abdul Aziz

Sous le haut patronage du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque, le Bureau de l'O.I.I.S à Taïf a pu, sous le suivi du gouverneur de Taif M.Fahd Ben Abd Al Aziz ben Moammar et la direction de M. Talal ben Obeid Dhafr, collecter, pour lexercice 2000\2001, le montant de 5925542 riyals dont ont bénéficié 12 pays,à savoir: Iles comores, Somalie, Tchétchénie, Kosovo, Pakistan, Afghanistan, Nigeria, Inde, Népal, Burundi, Rwanda, Ethiopie et la province du Kurdisan.

Parmi les activités du Bureau on peut aussi citer: sociale, les secours d'urgence, la construction de centres sociaux,les programmes d'éducation, les cours de lecture,le forage de puits le programme "épis du Bien". Le Bureau a,par ailleurs, distribué une grande quantité de dattes et de produits alimentaires.

### 9-4) La Commission des femmes :

L'O.I.I.S a tenu à faire participer les femmes dans ses efforts,ce domaine a bénéficier du haut patronage de plusieurs princesses. La Commission sous la direction de Mme Bahija Bahaa Azzi a pu collecter, pour l'exercice 2000\2001, le montant de 4072793 riyals dont ont bénéficié 33 pays,à savoir; Gambie, Kosovo, Albanie, Somalie, Soudan, Liban, Kenya, Mali, Afghanistan, Ouganda, Ethiopie, Egypte, Syrie, Bosnie-Hérzégovine, Jordanie, Ghana, Mauritanie, Nigeria, Burkina Faso, Sénégal, Bangladesh, Bulgarie, Tchad, Yemen, Erythree, Mozambique, Malawi, Tchétchénie, Turquie, Palestine, Indonésie, Djibouti et les provinces du Kurdistan et du Cachemire.

Les programmes offerts par ce Bureau aux musulmans de ces pays ont été divers et ont englobé: la protection sociale, les secours d'urgence, la construction de centres sociaux, la protection sanitaire,les programmes d'enseignement etc..etc...

## 10- Bureau à Najran

Sous les orientations permanentes du prince Mashaal ben Saoud ben Abd Al Aziz, gouverneur de la région de Najran, le Bureau de l'O.I.IS à Najran, dirigé par Cheikh Khaled Saoud Fares, a pu collecter, pour l'exercice 2000\2001,le montant de 2055194 riyals qui ont été affecté aux programmes suivants: Prise en charge d'orphelins, secours d'urgence, construction de centres sociaux et cours de lecture.



The IIROSA received HRH Prince Muhammed bin Fahad's award for charity work.

L'OI.I.S remporte le prix du prince Mohammed Ben Fahd pour les services rendus aux actions de bienfaisance



HRH Prince Abdul Majeed Bin Abdul Aziz, Governor of Makkah, left, is seen with Dr. Abdullah Bin Abdul Mohsen Al-Turki, Secretary-General of the Muslim World League and Chairman of the IIROSA's Executive Council, 2nd left, at the Sanabel Al-Khair fund-raising fuction in Jeddah.

Son Altesse Royale, Abdoul Majeed Ben Abdoul Aziz, governeur de la Mecque ( a gauche); on le voit ici en compagnie de Dr. Abdallah Ben Abdoul Mohsen Al-Tourki, Secretaire General de la Ligue Islamique Mondiale et president du Conseil Executif de l'O.I.I.S/A.S ( 2e a gauche), c'etait lors de la fete de Sanabel Al-Khair pour la collecte de dons, qui a ete organisee a Jeddah.



Part of the activities of the domestic officesduring annual fund-raising cevent in Unaiza.

Aspect des activités des Bureaux locaux lors des cérémonies annuelles de collecte de dons



# Summary of Accomplishments
# Rapport succinct sur les Réalisations de la Direction des Programmes et des Projets

THE International Islamic Relief Organization of Saudi Arabia aims basically at providing the distressed with relief items and consoling the grieved. It strives to provide food, medicine and clothes to the poor and the needy, and give shelter, as well as social and educational welfare and health care, to persons displaced by war, natural disasters such as earthquakes, floods, and famine.
It is always in touch with donors, and coordinates with other charity organizations at the local, regional and international levels in providing humanitarian services without prejudice or discrimination.
The following are the IIROSA'S accomplishments in the various spheres of humanitarian services:
The IIROSAS spent about SR.137, 266,018 on various programs in the fiscal year 2000-2001.
The IIROSA runs about 2,190 projects.
The projects and programs of the IIROSA cover 86 countries.
More than 10,788,026 persons benefited from these projects.

L'O.I.I.S du royaume d'Arabie saoudite s'élance de la terre des deux Saintes mosquées, inspiré par l'exemple du Prophète (Pbsl) à secourir le nécessiteux, à sauvegarder le noyé et a réconforter le sinistré. Dans ce cadre, l'O.I.I.S s'est engagé à distribuer de la nourriture,des médicaments, et des vêtements aux pauvres, aux misérables et aux nécessiteux,à secourir les orphelins, à soigner les malades, et à assurer un abri décent aux réfugié et autres exilés du fait de la guerre, des catastrophes naturelles,des inondations, des séismes, de la famine ou de la sécheresse à travers des aides humanitaires et sociales ou à travers des programmes d'enseignement, de santé et de développement.
Cela faisant, l'O.I.I.S jette de solides ponts de solidarité avec les généreux donateurs et bienfaiteurs et coordonne ses efforts avec les agences et organisations de charité aux niveaux local, régional et international au service de l'humanité loin de tout extrémisme, d'opportunisme ou de ségrégation. En vérité,cela lui a valu le respect et l'estime de tous.
Voici maintenant un aperçu sur les réalisations de l'O.I.I.S à travers ses différentes actions humanitaires:
- 137266018 riyals ont été dépensés par l'O.I.I.S pour financer ses différents programmes pour l'exercice 1999\2000.
- 2190 projets ont été gérés par l'O.I.I.S pour l'exercice 1999\2000.
- 86 pays dans le monde ont bénéficie des projets et programmes de l'O.I.I.S à travers le monde pour l'exercice 1999\2000.
- 10788026 personnes ont bénéficié des programmes et des projets de l'O.I.I.S pour l'exercice 2000\2001.

An Afghan refugee receives blanket from IIROSA's staff member at one of the border towns of Afghanistan

Un refugié afghan reçoit un paquet de produits alimentaires des mains du directeur de l'O.I.I.S/RAS, dans l'un des villages frontaliers en Afghnistan.



**Table No. (1) shows the amounts of money spent on the various programs and projects according to type of welfare**

**Tableau No (1) Volume des dépenses sur les différents programmes et projets de l'O.I.IS pour l'exercice 2000\2001 selon les programmes**

| No. | Program/welfare<br>Programmes | No. of projects<br>Nombre de projets | Beneficiaries<br>Nombre de bénéficiaires | Countries<br>Pays | Amounts-Riyals<br>Dépenses (riyals) |
|---|---|---|---|---|---|
| 1 | Urgent relief<br>Secours d'urgence | 39<br>39 projets de secours | 7,601,420<br>7601420 bénéficiaires | 39<br>39 pays | 67,621,823 |
| 2 | Social welfare<br>Protection sociale | 53+21 orphans<br>53+21 projets d'orphelins | 36,360<br>36360 bénéficiaires | 53<br>53 pays | 36,908,220 |
| 3 | Cultural centers<br>Construction de centres sociaux | 375<br>375 centres sociaux | 59,800<br>59800 bénéficiaires | 20<br>20 pays | 13,138,338 |
| 4 | Health care<br>Protection sanitaire | 104<br>104 projets sanitaires | 1,711,938<br>1711938 malades | 29<br>29 pays | 8,210282 |
| 5 | Educational care<br>Programmes d'éducation | 58<br>58 institutions scolaires | 266 students + 83 teachers 26,887 students<br>266 étudiants et 82 enseignant(e)s et 26887 élèves | 40<br>40 pays | 3,701,523 |
| 6 | Teaching<br>Commission de Prédication et des Prédicateurs | 674<br>674 projets d'éducation | 674<br>674 éducateurs | 18<br>18 pays | 1,546,999 |
| 7 | Qur'an circles<br>Cours de lecture | 570<br>570 [illegible] | 33,884<br>33884 étudiant(e)s | 21<br>21 pays | 3,098,433 |
| 8 | Ramadan free meal<br>Programme de distribution de repas | 66<br>66 projets de distribution de repas | 1,200,000<br>1200000 personnes | 66<br>66 pays | 3,062,590 |
| 9 | Well digging<br>Forage de puits | 38+197 Well digging<br>38 puits artésiens et 197 puits de surface | 115,400<br>115400 personnes | 4<br>4 pays | 763,450 |
| 10 | Human resources dev.<br>Promotion humaine | 15 vocational training centers<br>15 centres de formation professionnelle | 1315<br>1315 étudiant(e)s | 9<br>9 pays | 214,360 |
| | Total<br>Total général | 2,190<br>2190 projets | 10,788,026<br>10788026 personnes | 86<br>86 pays | 137,266,018 |



IIROSA-built refugees camp for Afghan people.

L'O.I.I.S avait construit un camps de refugiés à l'intention du peuple afghan.

**Table No. 2 shows the amounts of money spent on the various programs and projects continentally**
**Tableau No (2) volume des dépenses (en riyals) sur les différents programmes et projets de l'O.I.I.S pour l'exercice 1999\2000 selon les continents**

| No | Activity<br>Programmes | Asia<br>Asie | Africa<br>Afrique | Europe<br>Europe | South America<br>Amérique latine | Australia<br>Australie | Total |
|---|---|---|---|---|---|---|---|
| 1 | Urgent relief<br>Secours d'urgence | 33,938,632,82 | 17,286,599 | 16,396,590,18 | - | - | 67,621,823 |
| 2 | Social welfare<br>Protection sociale | 20,677,964 | 12,976,000 | 3,254,256 | - | -- | 36,908,220 |
| 3 | Cultural centers<br>Construction de centres sociaux | 10,403,834 | 2,734,504 | - | - | - | 13,138,338 |
| 4 | Health care<br>Protection sanitaire | 3,135,001 | 4,925,817 | 149,464 | - | - | 3,701,523 |
| 5 | Educational welfare<br>Programmes d'éducation | 19,137,000 | 1,786,317 | 3,506 | - | - | 3,701,523 |
| 6 | Instructors<br>C.P.P* | 979,766 | 544,694 | - | 22,539 | - | 1,546,999 |
| 7 | Qur'an circles<br>Cours de lecture | 1,372,714 | 710,719 | 15,000 | - | - | 2,098,433 |
| 8 | Ramadan meals<br>Repas de Ramadan | 1,281,250 | 1,161,340 | 575,000 | 10,000 | 35,000 | 3,062,590 |
| 9 | Well digging<br>Forage de puits | 753,450 | 10,000 | - | - | - | 763,450 |
| 10 | Human resources<br>Promotion humaine | 21,400 | 155,960 | 37,000 | - | - | 214,360 |
| | Total<br>Total général | 74,477,712,82 | 42,289,950 | 20,430,816,18 | 32,539 | 35,000 | 137,266,018 |

* Commission de Prédication et des Prédicateurs





IIROSA-sponsored orphans in Bosnia.
Un orphalinat pris en chrage par l'O.I.I.S/RAS.


IIRO 000352



# Urgent Relief Department
# Direction des Secours d'urgence

# URGENT RELIEF DEPARTMENT

DURING the fiscal year 2000-2001, the IIROSA spent about SR. 67,621,823 both in cash and kind (including palm-dates donated by King Fahd bin Abdul Aziz) on urgent relief operations.

• The IIROSA also shipped about 5,056,023 kilograms of relief items to the needy around the world including palm-dates donated by King Fahd bin Abdul Aziz.

• It also shipped about 3,496,430 kilograms of King Fahd's donation of palm-dates worth SR.10,489,290 including shipping costs of about SR.1,766,429 to the various parts of the world.

• In the year 2000-2001, about 7,601,420 persons in 39 countries benefited from the urgent relief program.

• About 6,896,784 persons received free gifts of palm-dates donated by King Fahd bin Abdul Aziz.

• The organization also shipped about 8,904 kilograms of cartons containing educational literature to about 555 teachers and 33,535 learners of IIROSA's centers around the world.

• The year 2000-2001 was characterized by crisis and disasters befalling a number of third world countries:

1)- War: In Chechnya, Palestine, Eritrea-Ethiopian, Azad Kashmir, Sierra Leone, Southern Sudan, Southern Philippines and Indonesia.

2)- Famine and draught: During the year 2000-2001, many people and livestock died in south east Asia and East Africa as a result of draught and famine, which posed a serious threat to human beings and animals alike.

3)- Floods: In Sudan, Bangladesh and Mozambique, floods caused enormous damage to life and property. In fact a strong relationship has been established between famine and poverty on the one hand, and internal conflicts and border wars on the other, with the resultant instability and lack of security which are inconducive with farming and other aspects of development. Therefore, the IIROSA raised this question during the meeting of the constituent body of the Islamic World Council on Da'wa and Relief, which was held in Cairo to discuss and examine all aspects of the problem, and find ways and means of confronting it either by charity organizations or governments.



# DIRECTION DES SECOURS D'URGENCE

L'O.I.I.S a dépensé la somme de 76621823 riyals pour financer les programmes des secours d'urgence pour l'exercice 1999\2000 en nature et en espèces dont la distribution de dattes offertes par le roi Fahd. (voir tableau 2 et 3).

• 5056023 kgs de produits de secours ont été acheminés par l'O.I.I.S aux nécessiteux dans diverses régions du monde pour l'exercice 1999\2000 dont les dattes offertes par le roi Fahd.

• 3496430 kgs de dattes offertes par roi Fahd ont été acheminés et distribués aux nécessiteux à travers le monde pour l'exercice 1999\2000 d'une valeur de 10489290 riyals avec des charges de transport d'une valeur de 1766429 riyals. (voir tableau 1)

• 7601420 personnes ont bénéficié des programmes des secours d'urgence, pour l'exercice 1999\2000,dans 39 pays.

• 6896784 personnes ont bénéficié de la distribution de dattes offertes par roi Fahd l'année passée.

• 8904 kgs de cartons de livres ont été distribués aux centres et cercles de lecture affiliés à l'O.I.I.S à l'étranger dont ont bénéficié 555 enseignants et 33535 élèves.

L'exercice 2000\2001 a été marqué par le phénomène de crises et de catastrophes dans certains pays dont notamment:

1) Guerres et conflits:dans les regions et pays suivants: Tchétchénie, Palestine, Ethiopie, Erythrée, Cachemire, Sierra Leone, Sud Soudan, Sud Philippines, Indonésie.

2) Secheresses: La secheresse a frappé un certains nombre de pays à travers le monde, notamment dans le Sud-Est asiatique, les régions de l'Est et du Sud de l'Asie et les régions d'Afrique orientale.

3) Inondations: Des inondations ont frappé plusieurs regions à travers le monde causant la perte de plusieurs vies humaines et d'un grand nombre de têtes de bétails, provoquant des dégats matériels considérables, mettant en danger la vie de millions de personnes et menaçant des régions entières de disparition, notamment au Mozambique, au Soudan et au Bangladesh.

Cela a poussé l'O.I.I.S à soumettre cet état de fait à *la réunion* de l'assemblée constitutive de l'Organisme islamique mondial pour l'Education et le Secours tenue au Caire du 7 au 6-8\9\2000 pour permettre aux interéssés qu'ils soient individus, centres de recherches spécialisés ou centres d'études de catastrophes d'explorer, de débattre et d'étudier ce problème en vue de tirer la sonnette *d'alarme avant qu'il ne soit trop tard*, afin de montrer les conséquences qui en résultent à présent et à l'avenir, et afin de trouver les meilleurs moyens d'y faire face et de proposer les solutions qui s'im-

## King Fahd bin Abdul Aziz's donation of palm-dates:

The IIROSA was assigned the responsibility of distributing the King Fahd's gift of palm dates to more than 6,896,784 the poor and nedy in the poor countries. The distribution was carried out successfully by the organization despite the some times adverse circumstances of war, lack of security, rough terain. In many cases, Saudi Arabian diplomatic missions took part in the distribution in the following countries:

posent.

**Dattes offertes par roi Fahd:**
L'O.I.I.S a bénéficié, pour la onzième fois consécutive,depuis 1988 ,de la confiance du roi Fahd pour distribuer son cadeau sous forme de dattes offertes aux milliers de pauvres, nécessiteux, réfugiés, déportés, exilés, orphelins, vieillards, handicapés, veuves et à toutes les catégories de démunis dans les pays pauvres. Bien que ce cadeau ne représente qu'une partie modeste des dons du roi Fahd aux pauvres à travers le monde, les bénéficiaires (6896784 personnes) l'ont reçue avec beaucoup joie. Les ambassades d'Arabie saoudite ont contribué aux operations de distribution de ces dattes notamment dans les pays suivants:

### Table (1) showing the distribution of King Fahd's donation of palm-dates
### Tableau (1) Distribution des dattes offertes par roi Fahd.

| Nr | Country / Pays | Containers / Nombre de conteneurs | Quantity / Quantité de cartons | Weight/ Kg / Poids /kgs | Amount/ SR. / Valeur/ riyals | Shipping/SR / Fret/riyals | Beneficiaries / Bénéficiaires |
|---|---|---|---|---|---|---|---|
| 1 | Eritrea / Erythrée | 8 | 14,448 | [illegible] | 433,440 | 47250 | 305,920 |
| 2 | Afghanistan / Afghanistan | 16 | 28,502 | [illegible] | 882,780 | [illegible] | 588,520 |
| 3 | Pakistan / Pakistan | 28 | 51,840 | [illegible] | 1,555,200 | [illegible] | 1,036,800 |
| 4 | Bangladesh / Bangladesh | 16 | 30,592 | [illegible] | 917,760 | [illegible] | 611,840 |
| 5 | Thailand / Thaïlande | [illegible] | 3832 | [illegible] | 114,960 | [illegible] | 114,960 |
| 6 | Gambia / Gambie | 1 | 1000 | [illegible] | 60,000 | [illegible] | 45,000 |
| 7 | Djibouti / Djibouti | 8 | 14,448 | [illegible] | 433,440 | [illegible] | 288,960 |
| 8 | Senegal / Sénégal | [illegible] | 2000 | [illegible] | 120,000 | [illegible] | 90,000 |
| 9 | Sudan / Soudan | [illegible] | 33,187 | [illegible] | 1,136,610 | [illegible] | 757,340 |
| 10 | Sierra Leone / Sierra Leone | 15 | 15000 | [illegible] | 900,000 | [illegible] | 600,000 |
| 11 | Somalia / Somalie | [illegible] | 37,508 | [illegible] | 1,275,240 | [illegible] | 850,160 |
| 12 | Ghana / Ghana | [illegible] | 2000 | [illegible] | 120,000 | [illegible] | 80,000 |
| 13 | Rep. of Guinea / Guinée | [illegible] | 12000 | [illegible] | 720,000 | [illegible] | 480,000 |
| 14 | Philippines / Philippines | 15 | 27,420 | [illegible] | 822,600 | [illegible] | 548,400 |
| 15 | Azad Kashmir / Cachemire | [illegible] | 9,242 | [illegible] | 277,260 | [illegible] | 18,484 |
| 16 | Liberia / Liberia | 12 | 12000 | [illegible] | 720,000 | [illegible] | 480,000 |
| | Total | [illegible] | 295,019 | [illegible] | 10,189,290 | [illegible] | 6,896,784 |

**King Fahd's donation of palm-dates**
**Graphique montrant les poids (kgs) des dattes offertes par roi Fahd**



**Table (2) shows the total amount (cash / kind) the IIROSA spent on urgent relief operations During the period between 2000- 2001**

**Tableau No (2): Dépenses totales de l'O.I.I.S pour les secours d'urgence en nature et en espèces pour la période du 11\10\1999 au 29\9\2000 selon les continents**

| | Continent Continents | Countries Nombre de pays | Kilograms Poids en kgs | Amount /SR Valeur en riyals | Shipping/SR Frêt en riyals | Containers [illegible] | | Cash/SR Montants en riyals | Total [illegible] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 20 feet | 40 feet | | |
| 1 | Africa Afrique | 23 | 3,111,736 | 12009,895 | 1,893,195 | 160 | | 3,383,509 | 17,296,599 |
| 2 | Asia Asie | 13 | 1,661,762 | 6,705,279 | 643,152 | 84 | 3 | 26,499,701,82 | 32,9038,632,82 |
| 3 | Europe Europe | 7 | 282,525 | 5,563,073 | 396,565 | 37 | 1 | 10,426,953,18 | 16,296,598,18 |
| | Total | 43 | 5,056,023 | 34,368,246 | 2,932912 | 281 | 1 | 40,320,165 | 67,631,823 |

**Percentage of amounts spent on urgent relief operations within the period 2000 - 2001**

**Montants des dépenses sur le programme des secours d'urgence pour la période allant du 11\10\1999 au 29\9\2000**






Palm-dates gifted by King Fahd Bin Abdul Aziz of Saudi Arabia to IIROSA for distribution to the poor and needy in Liberia.

Des dattes offertes par Roi Fahd à l'O.I.I.S/RAS pour être distribuees aux pauvres et aux necessiteux au Liberia.




An Afghan refugeè receives blanket from IIROSA's staff member at one of the border towns of Afghanistan.

Un refugié afghan recevant une converture des mains du personnel de l'O.I.I.S /RAS ; dans l'un des villages frontaliers en Afghanistan.

## Table (3) shows expenditure (cash/kind) on urgent relief operations worldwide in 2000-2001

## Tableau No (3) Dépenses pour le programme des secours d'urgence en nature et en espèces dans divers pays pour l'exercice 2000/2001

| No. | Country / Pays | Kilograms / Poids en kgs | Amount/SR / Valeur en riyals | Costs / Frêt en riyals | Containers - Nombre de conteneurs: 20 pieds | Containers - Nombre de conteneurs: 40 pieds | Cash / Montants en riyals | Total/SR / Total des dépenses en |
|---|---|---|---|---|---|---|---|---|
| 1 | Azerbaijan / Azerbaidjan | 51490 | 1863264 | 48685 | - | 3 | 1226075 | 3,138,024 |
| 2 | Ethiopia / Ethiopie | 382705 | 836960 | 170356 | 15 | - | 704053 | 1,711,369 |
| 3 | Eritrea / Erythrée | 278418 | 1342083 | | 16 | - | 750000 | 2,189,586 |
| 4 | Jordan / Jordanie | 35 | 3750 | 95503 | - | - | 5782 | 9232 |
| 5 | Afghanistan / Afghanistan | 290004 | 896380 | 700 | 16 | - | 75000 | 1,118,909 |
| 6 | Indonesia / Indonésie | 1631 | 56550 | 147529 | - | - | | 63554 |
| 7 | Uganda / Ouganda | 590 | 17350 | 7001 | - | | | 20318 |
| 8 | Pakistan / Pakistan | 520021 | 1598950 | 2969 | 28 | - | 112500 | 1,883,617 |
| 9 | Bosnia-Herzegovina / Bosnie-H | | - | 125167 | - | | 97651 | 97,654 |
| 10 | Bangladesh / Bangladesh | 147566 | 1030530 | | 18 | | | 1,133,385 |
| 11 | Benin / Bénin | 35 | 3750 | 102955 | | | 22500 | 27,385 |
| 12 | Burundi / Burundi | 195 | 896380 | 1175 | - | | | 7,472 |
| 13 | Thailand / Thailande | 28500 | 56550 | 1872 | 2 | - | 50000 | 188996 |
| 14 | Tchad / Tchad | 17775 | 17350 | 11830 | 2 | | | 210,407 |
| 15 | Tanzania / Tanzanie | 50251 | 1598950 | 50157 | 1 | | | 85877 |
| 16 | Gambia / Gambie | 30000 | 60000 | 13733 | 1 | | | 73,500 |
| 17 | Comoros / Comores | 30000 | 62000 | 14500 | 1 | | | 79,500 |
| 18 | Djibouti / Djibouti | 135370 | 1030115 | 17000 | 18 | | | 1,166,013 |
| 19 | Saudi Arabia / A. Saoudite | 10631 | 606185 | 135928 | | | 11750000 | 11,356,185 |
| 20 | Senegal / Sénégal | 30015 | 123750 | | 2 | | 15000 | 181,970 |
| 21 | Sudan / Soudan | 677000 | 3002475 | 34770 | 15 | | 957188 | 4408191 |
| 22 | Switzerland / Suisse | | | 110508 | | | 27000 | 27000 |
| 23 | Sierra Leone / Sierra Leone | 300000 | 900000 | | 15 | | 37500 | 1148137 |
| 24 | Sri Lanka / Sri Lanka | 117 | 6150 | 700037 | | | 1125 | 10890 |
| 25 | Chechnya / Tchétchénie | | | 615 | | | 12290550 | 12291550 |
| 26 | Somalia / Somalie | 615635 | 2511238 | | 35 | | 775000 | 3111057 |
| 27 | Ghana / Ghana | 50000 | 179973 | 171000 | 3 | | 18750 | 231160 |
| 28 | Re. of Guinea / Guinée | 200445 | 857105 | 55137 | 13 | | | 1038167 |
| 29 | Philippines / Philippines | 272105 | 834600 | 162062 | 15 | | 1167500 | 2108021 |
| 30 | Azad Kashmir / Cachemire | 92150 | 277260 | 110857 | 5 | | 17500 | 351100 |
| 31 | Kosovo / Kosovo | 282525 | 5563072 | 36530 | 37 | 1 | 10080713 | 16139850 |
| 32 | Kenya / Kenya | 509 | 1655 | 246565 | - | | 11730 | 30177 |
| 33 | Liberia / Liberia | 200000 | 745 | 1582 | 12 | | 37500 | 877875 |
| 34 | Mali / Mali | 15 | 3750 | 120375 | | | | 4195 |
| 35 | Mauritania / Mauritanie | 205 | 8550 | 745 | 29.55 | | 37500 | 49005 |
| 36 | Mozambique / Mozambique | | | 7955 | - | | 135000 | 375000 |
| 37 | Niger / Niger | | - | | - | | 30000 | 30000 |
| 38 | Nigeria / Nigeria | 5.10 | 98750 | | | -- | | 104330 |
| 39 | India / Inde | | - | 5580 | - | - | 11635 | 11625 |
| 40 | Operational, promotional, packaging, transport and staff wages / Dépenses de fonctionnement, d'activités promotionnelles, d'emballage, de transport, et salaires du personnel | | | | | | 544910 | 544910 |
| | Total | 5056023 | 24768746 | 2032912 | 290 | 4 | 40320165 | 67621823 |

**Amounts spent (cash & kind) in Asia from 2000-2001**

**Dépenses de l'O.I.I.S pour les secours d'urgence en nature et en espèces en Asie pour la période allant du 2000 au 2001**




**Amounts spent (cash & kind) in Africa from 2000-2001**

**Dépenses de l'O.I.I.S pour les secours d'urgence en nature et en espèces en Afrique pour la période allant du 2000 au 2001**




## Kosovo Relief operation 2000 - 2001

Following the worst incidents of aggression directed by the Serbs against the Muslims of Kosovo, the IIROSA was the first Arab-Islamic relief organization to carry out urgent relief operations amongst the people of Kosovo. On 1998, IIROSA opened the first center to receive Kosovo refugees at the Albanian border town of Kokis. As of 1999 the IIROSA has spent the sum of SR64,246,226 in cash and kind on the relief operations in Kosovo, which were carried out in three phases. The first two phases were implemented during the first half of 1999, first to receive and shelter to Kosovo refugees reaching Albania, and then to help the refugees return home after the end of the hostilities. The third phase is still under implementation in Kosovo according to the following plans:

**2000\2001 l'année de secours du Kosovo**

Suite aux événements tragiques et aux actes de destructions,de massacres et de déportations perpétrés par les Serbes contre le peuple de Kosovo, l'O.I.I.S fut la première organisation arabe et musulmane à avoir mené en date du 9\4\1999 une campagne de secours d'urgence en faveur des réfugiés kosovars à Kukes, première région d'accueil des kosovars en terre albanaise. L'O.I.I.S a poursuivi ensuite ses services de secours en faveur des kosovars au point que ces assistances, en nature et en espèces, ont atteint la somme de 64246226 riyals saoudiens au 6\4\2000. Ces assistances ont été menées sur trois phases dont deux ont été exécutées dans la première moitié de l'année 2000.

### La troisième phase:

Réalisations de l'O.I.I.S à l'intérieur du Kosovo après le retour des réfugiés.

Dans le cadre de sa contribution pour la réhabilitation et la reconstruction du Kosovo l'O.I.I.S a mobilisé la somme de 11041158 dollars répartis selon le tableau suivant:

Phase Three: After the return of the refugees to Kosovo: The IIRO allocated the sum of US $ 11,041,158 for rehabilitation and reconstruction projects according to the table (4) below:

Tableau No (4) Plan de réhabilitation et de reconstruction

| No. | Statement<br>Programmes | Cost/ US$<br>Dépenses en dollars | Remarks<br>Observations |
|---|---|---|---|
| 1 | Cultural centers<br>Centres sociaux | 1790539 | [illegible] |
| 2 | Homes<br>Maisons | 2432400 | [illegible] |
| 3 | Education<br>Education | 3778376 | [illegible] |
| 4 | Health<br>Santé | 1446843 | [illegible] |
| 5 | Social welfare<br>Protection sociale | 1131000 | [illegible] |
| 6 | Agriculture<br>Agriculture | 300000 | [illegible] |
| 7 | Media & Culture<br>Information et Culture | 162000 | [illegible] |
| | Total | 11,041,158 | |

### I: Cultural centers reconstruction and renovation:

It is estimated that about 150 cultural centers (50% of the total) were damaged during the Serbian aggression against Kosovo. There are also a number of endowment properties that require renovation and a fixed source of income.

Haji Vasil and Essa Bey Cultural center in Metrovice have been renovated, while two cultural centers have been built in Kodar Tremvi Baradi Amal districts of Prestina, and yet another cultural center and teachers' quarters in Fuceri.

### II. Homes renovation:

Fifty seven homes were renovated and constructed in Metrovice, while 17 homes were renovated in Bia and yet another home in Djakova, as well as 43 homes in Jashari village where the anti Serbia occupation resistance movement began.

### III. Educational activities:

Six primary as well as a secondary school were renovated, and completely new school was built in Pristina.

A 450 meters long flood water control canal has been built to the advantage of about 30,000 people mostly







### 1) Reconstruction et restauration des centres sociaux:

- Il y a environ (150) centres sociaux endommagés soit 50% du nombre total des centres sociaux, en plus d'un certain nombre d'immeubles appartenant aux Awqafs (Habous) endommagés qui ont besoin d'être restaurés. De même qu'il faut leur garantir une source de revenus stables pour mieux financer leurs activités.

- Restauration de deux centres sociaux, celui de Hagy Wassal et de Issa Beck à Mitrovitsa.

- Construction de deux centres sociaux, celui de Kuder Trimfi et de Baradhi Amal à Pristina et d'un autre à Fuchtri ainsi qu' un logement pour son directeur.

### 2) Restauration des maisons:

Restauration et construction de (57) maisons dans la province de Mitrovitsa, de (17) maisons dans la province de Biya, d'une maison dans la province de Jakova et de (34) maisons dans le village de la famille de Yachari d'où avait débuté le mouvement de résistance contre la domination serbe.

### 3) Activités de l'O.I.I.S dans le domaine de l'éducation:

- Restauration de (6) écoles


IIRO 000359

students, at the cost of forty eight thousand (48,000) German Marks. In all, about 116 schools in 15 towns were destroyed *during the Serbian* aggression. 66 were totally damaged, while 23 were partially damaged. The furniture and other equipment in about 33 schools were stolen; while 13 school buildings were converted into army barracks, and destroyed before fleeing.

• Seventy teachers were given sponsorship.

• 25 copies of primary and secondary school textbooks were printed, and 21 books in the Kosovo language have been approved for printing.

• 2,000 school bags containing all what a student needs were distributed to orphan students.

• Students hostel was rented for the female students of Aladdin school.

• IIROSA signed an agreement with the educational department on cooperation in the field of education.

• About 150 students staying in the student's hostel have been given a stipend of 70 Deutch Marks a month.

• 100 Deutch Marks is paid monthly as student's registration fees at the Islamic College.

• Ten computer systems were purchased for Aladdin school

• Female instructors were appointed at a monthly salary of US$200, and an additional $100 to secure presents for the students.

### iv: Cultural Activities:

• A ten-day refresher course in specialized subjects was held for a number of students.

• Copies of the scripture and other booklets were distributed at Bia districts.

• Daily lessons for the staff and the volunteers working with IIROSA.

• Maintenance of the Metrovice cultural center.

• Giving material assistance to the regular participants in the lessons given in the cultural center.

• About 150 instructors have been sponsored by IIROSA, at a monthly salary of US $250 for university graduates, and US $ 200 for non-graduates.

• 115,000 copies of various books were printed and about 215,000 Albanian books were insured.

• A study is under way to provide every Albanian home with a library containing a set of about fourteen books.

### v: Health care:

• Subsidizing and providing the central pharmacy in Metrovice with necessary medicine.

• Providing some handicapped Kosovo inhabitants with wheel chairs.





primaries et d'un lycée et construction d'une autre école dans la province de Pristina.

- Construction d'un aquaduc pour l'évacuation des eaux de torrents et de pluies d'une longueur de 450 metres d'un coût de 48000 Marks allemand dont bénéficieront 30000 personnes, les écoliers en particulier.

- Il existe 116 écoles endommagées par la guerre dans 15 villes du Kosovo dont 46 écoles complètements détruites, 23 écoles partiellement détruites, 34 écoles dépouillées de leurs mobiliers et d'autres équipements et 13 écoles utilisées comme casernes par les soldats serbes durant la guerre puis dilapidées après leur évacuation. L'O.I.I.S aura à jouer un grand rôle pour leur réhabilitation.

- Prise en charge de (70) directeurs de centres sociaux dans les régions relevant de l'O.I.I.S à Pristina, Mitrovitsa.

- Impression de 25000 exemplaires de manuels scolaires du primaire et du secondaire et accord de principe pour l'impression prochaine de 21 autres livres en langue kosovare.

- Fourniture de (2000) cartables scolaires portant le sigle de l'O.I.I.S remplis d'affaires scolaires aux ecoliers orphelins et autres nécessiteux.

- Location d'une habitation pour les étudiantes de l'école Alaa Eddine de concert avec la chefferie locale.

- Signature d'un accord de coopération entre l'O.I.I.S et l'autorité locale de Kosovo dans le domaine de l'éducation.

- Octroi d'une bourse scolaire mensuelle d'un montant de 70 Marks aux étudiants internes seulement dont le nombre a atteint aujourd'hui 150 étudiants. La somme à eté remise à la direction de ladite école

- Paiement des frais d'inscription des étudiants à la faculté locale d'un montant mensuel de (100 Marks) en fonction d'une liste nominale des étudiants effectivement inscrits.

- Achat de 10 ordinateurs pour l'école Alaa Eddine.

- Recrutement d'enseignantes avec une prime mensuelle de 200 dollars en plus de l'achat de cadeaux pour les étudiant(e)s pour un montant de 100 dollars.

### 4) Activités d'éducation:

- Organisation d'un stage de 10 jours pour des étudiants dans les domaines de l'éducation et de la bonne morale.

- Distribution par le Bureau de l'O.I.I.S à Biya, de livres et de brochures d'information.

- Organisation de cours quotidiens de lecture pour le personel et les agents coopérants dans le Bureau de l'O.I.I.S au Kosovo.

- Restauration de l'éléctricité dans la mosquée de Mitrovitsa, participation à l'élaboration du sermon de Vendredi (Khutba) et organisation de cours de recitation du Saint coran.

- Octroi d'assistances aux étudiants persévérants aux cours de recitation du saint coran.

- Le nombre de cadres, d'éducateurs et d'enseignants pris en charge par l'O.I.I.S a atteint (170) personnes.les universitaires bénéficient d'une prime men-

• Renovating three hospitals and rehabilitating maternity sections.
• Providing hospitals with desperately needed 3,000 bedsheets, 3,000, blankets and 3,000 pillows.
• Setting up at least one primary health care center in every region.
• Providing psychotherapy in collaboration with the experts of International Association of Trauma and Psychological Pressure, and Kosovo Institute of Mental Health, and the Kosovo *Trauma and Psychological* Pressure Union.
• IIROSA signed a Memorandum of Understanding to secure medical equipment worth one million Saudi Riyals for *Prestina hospital.*









### VI: Social welfare:

• The IIROSA has sponsored 3,000 orphans, and is running an orphanage in Metrovice coordination with the municipality. It is also holding rehabilitation courses for those mothers in charge of orphans.

### VII: Development Projects (agricultural):

• The IIROSA has provided 10 tractors, enhanced seeds and other agricultural equipment to ten villages, and insured plastic coverings for *green houses in about* 30 villages respectively.

### VIII: Subsidizing media projects:

• Including the radio station and a translation center.

### XI: Relief activities

• The IIROSA distributed about 6,467 baskets of food to about 32,335 persons in *Klina, Dushan, Stok and Bia* and the remote villages.
• During the Eid festival of 1999 IIROSA distributed about 12,320 kilograms of presents to 16,920 children.
• During the above mentioned period, *IIROSA* distributed 49,840 kilograms of milk to the handicapped, the invalid and orphans and the underprivileged families, in addition to about 1,20,000 kilograms of garments and clothes, bedsheets, cooking utensils and shoes.
• The overall weight of material assistance sent by the IIROSA was estimated at about 2,82,525 kilograms including medicine, medical equipment, detergents, food, milk, palm-dates, tents, blankets, clothes, 2 land cruiser jeeps, public address systems

suelle de 250 dollars et les non universitaires de 200 dollars chacun.
- Distribution aux réfugiés de 2800 livres en langue Albanaise.
- Impression de 115000 livres d'éducation et fourniture de 215000 livres scolaires en langue albanaise.
- D'autres livres sont actuellement en cours d'examen en vue d'être imprimés dans la deuxième phase de cette opération dont le but est de constituer une bibliothèque dans chaque maison kosovare.

### 5) Activités de l'O.I.I.S dans le secteur de la santé:

- Appui à la pharmacie centrale de la ville de Mitrovitsa à travers la fourniture des médicaments nécessaires.
- Fourniture de fauteuils roulants à certains handicapés kosovars.
- Restauration de 3 hôpitaux et réhabilitation des services de maternités.
- Fourniture de 3000 draps, de 3000 couvertures et de 3000 oreillés aux hôpitaux qui en ont cruellement besoin.
- Prestation des services de soins de santé primaires dans un centre de santé par province en moyenne.
- Mise en oeuvre du projet de traitement des malades souffrant des problèmes psychiques en coopération avec l'Union internationale des Experts en chocs et en dépressions psychiques et avec l'Institut de la santé psychique du Kosovo et l'Union kosovare des Experts en chocs et en dépressions psychiques..
- Signature par l'O.I.I.S d'un accord d'entente avec l'hôpital de Pristina pour la fourniture d'équipements médicaux pour *un montant* de 1 million de riyals saoudiens.

### 6) activités de l'O.I.I.S dans le domaine de la protection sociale:

- Prise en charge de 3000 orphelins et orphelines et gestion d'un orphelinat à Mitrovitsa en coopération avec l'autorité locale et la municipalité de cette ville, et organisation de stages pour la réhabilitation des mères d'orphelins.

### 7) Projets de développement (agricole):

- Fourniture de tracteurs et de matériels agricoles, des semences et d'engrais pour (10) villages, et des toiles en plastique pour des unités agricoles sous serres pour (30) villages.

### 8) Appuis aux projets culturels:

Appui à une station de radiodiffusion, à des pro-

and computers. These were dispatched by cargo, through one 40-foot container and thirty seven 20-foot containers. Besides, the IIROSA spent about SR.150,000 to provide free meal during the month of Ramadan 2000.

• Representing King Fahd bin Abdul Aziz of Saudi Arabia, His Excellency Dr. Ibrahim bin Ali Al-Namlah, Minister of Labour and Social Affairs, paid a five day visit to Kosovo, during which he opened IIROSA projects in Kosovo including HRH Prince Naif bin Abdul Aziz's village out of which 43 homes were renovated by the IIROSA, at a cost of about 13,50,000 German Marks. A cultural center was also built at Vosteri at a cost of SR.1,000,000, and an teachers quarters was constructed at a cost of SR. 1,40,000. SR.3,50,000 was also spent on building the Sulaiman Reza primary school, and German Marks 48,000 was spent on the construction of a 450 flood water canal on the Fush-Kosovo road used by some 30,000 persons including students.



A picture shows IIROSA offers relief food to the Kosovo refugees in Albania.

La photo ci dessous : l'O.I.I.S/RAS en train d'offrir des aides d'urgence aux refugiés Kosovears en Albanie.

grammes radio-diffusés et à un centre de traduction.

### 9) Activités de secours:

- Distribution par l'O.I.I.S de 6467 paniers alimentaires dans les villes de Klina Duchan, Stuk et Biya notamment dans les quartiers et villages avoisinants. 32335 personnes ont profite de ces panieys alimentaires
- Distribution par l'O.I.I.S de 12320 kgs de cadeaux aux enfants à l'occasion de la fête de l'Aïd al Fitr de 1420H (8\1\2000) dont ont bénéficié 16920 enfants.
- Distribution par l'O.I.I.S de 49840 litres de laits aux familles des handicapés, des vieillards, d'orphelins et de pauvres, en plus de quantités de vêtements, de tissus de draps, d'ustensiles ménagers et de chaussures d'un poids total de 120000 kgs.
- Le poids total des assistances en nature affrétées de Djeddah au Kosovo a atteint 282525 kgs comprenant: des médicaments,des appareils et des produits sanitaires, des produits d'hygiène, des produits alimentaires, du lait, des tentes, des couvertures, des vêtements, des ustensiles ménagers, deux véhicules Jeep Land Cruiser, des tapis et des microphones, des ordinateurs, d'un chargement de 38 conteneurs dont un conteneur de (40 pieds) et 37 autres de (20 pieds) affrêtés par mer.
- Allocation d'un montant de 150000 riyals pour l'exécution du programme "repas du Jeûneur" durant le mois de Ramadhan 1420H (décembre1999).

Le représentant du roi Fahd, le ministre des Affaires sociales le docteur Ibrahim ben Ali Namla a inauguré lors de sa visite au Kosovo du 12-16\2\1421H (6-10\5\2001) un certains nombre de projets de l'O.I.I.S dont le village du prince Nayef où l'O.I.I.S a restauré 43 maisons d'un coût d'un million 350 Marks allemands. De même qu'il y a construit un centre social d'un coût d'un million de riyals saoudiens et un logement pour son directeur pour un montant de 140000 riyals saoudiens, l'école primaire "Slimane Ridha" d'un coût de 350000 riyals saoudiens, un aqueduc d'évacuation d'eaux des torrents et des pluies qui innondent la seule route conduisant vers Fuch Kosovo d'une longueur de 450 metres pour un montant de 48000 Marks allemands dont ont bénéficié 30000 personnes notamment les élèves du cycle primaire vu leurs déplacements quotidiens en provenance et envers les écoles.

**Amounts spent on Kosovo relief operations in (reconstruction & rehabilitation) in US$**

**Dépenses sur les programmes de secours au Kosovo en dollars (construction et réhabilitation)**






# Social Welfare Program

# Programme de la Protection sociale

DURING the fiscal year 2000 - 2001, the IIROSA spent an estimated SR. 36,908,220.

• About 36,360 orphans were sponsored worldwide.

• The IIROSA runs 21 orphanages in Asia and Africa.

• About 21 supervisors and coordinators help the IIROSA in sponsoring the orphans.

• IIRO SA sponsored orphans are accommodaed in 53 African, Asian and European countries.

The Social Welfare Department carries out a number of programs with the aim of helping the distressed and underprivileged classes in our societies, especially those deprived of parental care. At the top of these programs is the orphan sponsorship program, which, besides providing maximum care to the orphans, aims at preparing the orphan professionally to face the tough realities of life. Accordingly, the Social Welfare Department has joind hands with the Department of Human Resources Development in providing the orphans with vocational training that would help them earn a decent living, and protect them against poverty and begging. It also cooperates with the Education Department in helping the orphans acquire knowledge in the various fields. Moreover, in order to ease the financial burden of families taking care of orphans, small scale projects such as sheep breeding and poultry farming and the cow dairy farm have been established to help these families secure fixed income to take care of the orphans. Besides, mothers taking care of orphans are trained in certain trades such as embroidery and sewing to help them make ends meet decently. IIROSA plans opening social welfare centers to take care of children from all aspects, such as health, education and talent development.

**Projects undertaken by the Department of Social Welfare:**

*1- Sponsorship of orphans living with relatives:*

Under this scheme, the orphan receives the amount allocated by his sponsor while he continues to live with his relatives.

*2- Establishing and running orphanages:*



Les dépenses sur les orphelins ont atteint, pour l'exercice 1999\2000,le montant de 36908220 riyals saudiens.

- Le nombre d'orphelins pris en charge, pour l'exercice 1999\2000, par l'O.I.I.S a atteint 36360 orphelin(e)s.

- L'O.I.I.S assure la gestion de 21 orphelinats en Asie et en Afrique.

- L'O.I.I.S dispose de 28 encadreurs et coordinateurs d'orphelins à l'étranger.

- Les orphelins pris en charge par l'O.I.I.S sont éparpiés entre 53 pays en Afrique, en Asie et en Europe.

La Direction de la Protection sociale s'attelle à réaliser un certains nombre de programmes visant à apporter des services d'assistance et de secours aux communautés pauvres,nécessiteuses et déshérités dans les sociétés des pays en développement dont notamment les orphelins. La prise en charge et la protection des orphelins se trouve en tête de ces programmes. En plus de la prise en charge complète des orphelins et de l'intérêt particulier qu'il leur accorde en vue de les sauvegarder de l'abandon,le programme de la Protection sociale de concert avec le programme de la Promotion humaine au niveau de l'O.I.I.S s'attelle aussi à leur assurer une formation professionnelle en vue de leur faire acquérir un métier à même de leur permettre d'exercer un travail honorable et de les éloigner de la pauvreté et de la mendicité.Il leur assure aussi,en coopération avec le programme pédagogique de l'O.I.I.S l'accès à un enseignement régulier.

En vue de trouver des ressources financières pour aider les familles d'orphelins dans leurs charges vis-à vis de leurs enfants, l'O.I.I.S a lancé au profit de ces familles des petits projets d'investissements pour leur permettre d'en tirer profit et pouvoir ainsi subvenir aux besoins des orphelins. A citer à titre d'exemple, les projets d'élevage ovin, d'aviculture,d'élevage de vaches laitières...etc. L'O.I.I.S tend également à améliorer les conditions de vie des mères d'orphelins à travers des stages de formation professionnelle depuis certains métiers tels que la broderie et la couture afin de leur permettre de gagner honorablement leur vie.

L'O.I.I.S a, par ailleurs,mis en place des centres d'action sociale pour prendre en charge les enfants orphelins depuis leur bas âge dans le cadre de la protection sanitaire,des activités pédagogiques et de la promotion des vocations.

Programmes de la Direction de la Protection sociale ayant besoin de marketing

*1- Programme de prise en charge d'orphelins vivant avec leur famille (orphelins de famille)*

Il s'agit d'un programme qui permet de prendre en charge l'orphelin tout en le laissant vivre au sein de sa famille. Le montant de cette prise en charge est fixé en fonction du niveau de vie dans chaque pays. Le rôle de l'O.I.I.S dans le cadre de ce programme ne se limite pas à remettre seulement l'allocation de prise en charge offerte par le bienfaiteur à l'orphelin mais le dépasse bien au-delà et englobe l'ancadrement de l'orphelin sur les plans pédagogique,sanitaire, social et professionnel. En plus, la famille de l'orphelin est également aidée par l'Organisation, à travers les orientations et les services d'assistances qui lui sont proposés en vue d'améliorer le niveau de ses revenus à travers la formation de la mère de l'orphelin ou de sa soeur qui sont en mesure de travailler dans des centres de formation professionnelle pour femmes,affiliés aux centres sociaux de la protection et de la réhabilitation des orphelins de l'O.I.I.S.

2- Programme de Construction et de Gestion d'orphelinats:

Ce programme veille à la protection des orphelins (privés de pères et de mères ou ceux dont les conditions de leurs familles ne permettent pas de leurs assurer un développement de vie normal et une éducation moralement saine) dans des orphelinats ou dans des camps de réfugiés où leur sont accordés dif-



IIRO 000364

This scheme provides orphanages that take care of those orphans who have lost both parents or those whose families are unable to bring the up in a proper manner due to circumstances.

*3- Subsidizing orphanages run by other charity organizations:*

This scheme provides material as well as moral assistance to charitable and humanitarian organizations through sponsorship by the IIROSA.

*4- The deprived child welfare:*

This scheme aims at providing children who have lost their parents either through natural causes or through disaster and war with care inside social centers, where they receive all kinds of care: from shelter and clothing to vocational training.

*5- Opening and running social xenters for the well-being and rehabilitation of orphans:*

The idea of the social center is based on the concept of providing the orphan with the services and the guidance and instructions he needs, while keeping him with his family, so long as the family is socially and economically capable of taking care of him and bringing him up in a proper way.

*6- Subsequent stage care:*

The role of this scheme starts after the orphan has reached the age of fifteen and his sponsorship comes to an end. Under this scheme, the orphan continues to receive attention, either with regard to theoretical education or vocational training.

*7- The orphan festival present:*

This scheme aims at playing the role of the parents in bringing happiness to the orphan during festivities such as the Eid-ul-Fitr and Eid-ul-Adh'ha. It also aims at making the orphan conscious of the fact that society is a closely knitted society.







férentes formes de protection: pédagogique, sanitaire, sociale,culturelle...et ce en plus des programmes de formation professionnelle elabores par l'O.I.I.S à leur intention.

3- Programme de soutien aux orphelinats relevant d'autres organismes de bienfaisance

Ce programme vise comme son nom l'indique à apporter des assistances matérielles aux organisations humanitaires et de bienfaisance gérant des orphelinats ou des abris pour orphelins et ce à travers la prise en charge par l'O.I.I.S de plusieurs de leurs orphelins.

4- Programme de protection de l'enfant désherité

Ce programme concerne les enfants privés de familles parmi ceux ayant perdu leur père ou mère suite à une mort naturelle ou résultant d'une catastrophe ou d'une conséquence de guerre, et permet d'accueillir des orphelins dans un cadre épris d'affection et de sécurité dans des orphelinats ou des centres sociaux spéciaux où ils leur sont accordés toutes les formes de protection à commencer par l'abri, la nourriture et les vêtements en passant par l'éducation ou la formation professionnelle.

5-Programme de construction et de gestion de centres sociaux de protection et de réhabilitation pour orphelins. L'idée de centre social s'appuie sur le principe d'apporter à l'orphelin tout ce dont il a besoin comme services et orientations tout en le laissant vivre au sein de sa famille si les conditions socio-économiques de celle-ci permettent de lui garantir une protection adéquate et de l'élever dans de bonnes conditions conformes aux principes et aux valeurs de la société. L'orphelin bénéficie dans ces centres, en plus d'une allocation financière (allocation de prise en charge) de nombreux services complémentaires en matière d'éducation, d'enseignement, de santé ou de protection sociale, culturelle, professionnelle et de loisirs). Ces services ne se limitent pas seulement à l'orphelin mais touchent également sa famille (mère, frères et soeurs).

6- Programme de la protection postérieure

Ce programme s'interesse à l'orphelin(e) et suit l'évolution de ses conditions générales et particulières. Il permet de lui apporter une assistance matérielle et une orientation psychique,pédagogique, professionnelle et sociale dans la phase qui suit l'âge de 15 ans.C'est d'ailleurs, à cet âge là que doit prendre fin légalement la prise en charge de l'orphelin(e). Ce programme se base sur la vérité selon laquelle l'âge de 15 ans n'est pas l'âge de la maturité spirituelle ou affective de l'adolescent(e). Partant, abandonner l'orphelin(e) à cet âge critique risque de l'exposer aux dérives et aux déviations, Si cela arriverait par malheur cela ruinerait tous les efforts consentis pour l'orphelin(e) lors des premières phases de sa vie. Grâce à ce programme, il est possible de continuer la prise en charge de l'orphelin(e) et de poursuivre les efforts avec lui\elle où qu'il se trouve selon ses aptitudes mentales et physiques et en fonction des études de son choix (enseignement général ou une formation professionnelle) jusqu'à ce que l'orphlin devienne adulte et soit à même de subvenir à soit besoins par lui-mêmes.

7- Programme de visites aux orphelins

Ce programme tend à introduire la joie dans les coeurs des orphelins à l'occasion des jours de fêtes pour compenser leur manque d'affection maternelle ou paternelle, et les sensibiliser sur la solidarité et la sympathie de la société à leur égard.

**Table (1) showing the total number of orphans, orphanages and supervisors and the amounts spent on them continentally during 2000 - 2001**
**Tableau No (1) Nombre total d'orphelins, d'orphelinats et d'encadreurs et dépenses de l'O.I.I.S pour l'exercice 2000\2001 selon les continents**

| No. | Continent<br>Continents | Orphanages<br>Orphelinats | Number of orphans<br>Nombre d'orphelins de familles et d'orphelinats | Supervisors<br>Nombre d'encadreurs | Countries<br>Nombre de pays | Amounts in SR<br>Dépenses en riyals |
|---|---|---|---|---|---|---|
| 1 | Asia<br>Asie | 13 | 20,655 | 16 | 19 | 20,677,964 |
| 2 | Africa<br>Afrique | 8 | 13,569 | 11 | 29 | 12,976,000 |
| 3 | Europe<br>Europe | - | 2136 | 1 | 5 | 3,254,256 |
| | Total | 21 | 36360 | 28 | 53 | 26,908,220 |

**Table (2) shows programs fulfilled by the Social Welfare Department in Asia during the year 2000-2001**
**Tableau No (2) Réalisations des Programmes de la Protection sociale en Asie pour l'exercice 2000\2001**

| No. | Asian countries<br>Pays | Family orphans/orphanages/supervisors<br>orphelins de familles, orphelinats et encadreurs | Number of orphans<br>Nombre d'orphelins | Amount in SR<br>Dépenses en riyals |
|---|---|---|---|---|
| 1 | Jordan<br>Jordanie | Family orphans<br>orphelins de familles | 3103 | 2,831,276 |
| | | (1) coordinator and (3) supervisors<br>Un coordinateur et 3 encadreurs | | 49,200 |
| | Total<br>Total | | 3103 | 2,880,476 |
| 2 | Afghanistan<br>Afghanistan | - Family orphans<br>Orphelins de familles | 3162 | |
| | | Imam Bukhari orphanage<br>- Orphelinat d'Al Bukhari à Jalalabad | 503 | |
| | | - Welfare Coordinator<br>Coordinateur de la protection sociale | - | 27264 |
| | Total<br>Total | | 3665 | 3,302114 |
| 3 | Indonesia<br>Indonésie | Allocations for family orphans curtailed<br>La prise en charge d'orphelins est suspendue pour non communication de rapports | | |
| | | Supervisor<br>Un encadreur d'orphelins | | 10800 |
| | Internal orphans<br>Orphelins de l'intérieur | Family orphans<br>Orphelins de familles | 393 | 694,227 |
| 4 | Pakistan<br>Pakistan | Family orphans<br>Orphelins de familles | 485 | 423,914 |
| | | Omar bin Khattab orphanage -Peshawar<br>Orphelinat Omar Ibn Al Khattab à Peshawar | 354 | 358360 |
| | | Al-Baraim orphanage-Mansahar<br>Orphelinat Dar Al Baraim à Mansahar | 250 | 255000 |
| | | Somaiyah orphanage -Gail Guit<br>Orphelinat "Sumaya" à Jilgit | 119 | 122400 |
| | | Ammar bin Yasser orphanage-Calicut<br>Orphelinat "Amar ben Yasser" à calicut | 120 | 122400 |
| | Total<br>Total | | 1328 | 1282074 |
| 5 | Bangladesh<br>Bangladesh | Family orphans<br>Orphelins de familles | 791 | 677091 |
| | | Peri Seri orphanage-Dhaka<br>Orphelinat "Bari Siri" à Dacca | 178 | 150620 |
| | | Abdullah bin Mubarak orphanage -Dhaka<br>Orphelinat "Ben Mubarak" à Dacca | 217 | 209780 |
| | | Asma bint Abu Bakr orphanage-Dhaka<br>Orphelinat "Asma bint Abubakr" à Dacca | 158 | 134980 |
| | | Abu Bakr Siddique orphanage- Rumkaba<br>Orphelinat "Abubakr Assadiq" au village de Rum Kaba à 25 kms de Kala Bazar | 61 | 54740 |
| | | Fatma Zahraa orphanage - Maiging<br>Orphelinat "Fatima Zahra" au village de Patila dans la province de Maymaing | 108 | 104720 |
| | | Coordinator<br>Un encadreur d'orphelins | - | 12000 |
| | Total<br>Total | | 1513 | 1,343,931 |

| No. | Asian countries continued | Family orphans/orphanages/supervisors | Orphans | Amount spent in SR. |
|---|---|---|---|---|
| 6 | Thailand<br>Thaïlande | * Family orphans<br>Orphelins de familles | 49 | 54110 |
| | | * Sayida Nafisa orphanage- Bangkok<br>Orphelinat "Sayida Nafissa" à Bangkok | 112 | 171360 |
| | total<br>Total | | 161 | 225470 |
| 7 | Azerbaijan<br>Azerbaidjan | Family orphans<br>Orphelins de familles | 532 | 521438 |
| | | Supervisor<br>Un coordinateur d'orphelins | - | 22500 |
| | total<br>Total | | 532 | 543938 |
| 8 | Sri Lanka<br>Sri Lanka | Family orphans<br>Orphelins de familles | 74 | 48291 |
| 9 | Syria<br>Syrie | Family orphans<br>Orphelins de familles | 13 | 12013 |
| 10 | Philippine<br>Philippines | Family orphans<br>Orphelins de familles | - | - |
| | | Jabir Abdullah orphanage- Cotabato<br>Orphelinat "Jaber ben abdallah" à Kotabato | 85 | 183600 |
| | | Supervisor<br>Un cadre d'orphelins | - | 18000 |
| | total<br>Total | | 85 | 201600 |
| 11 | Palestine<br>Palestine | Family orphans<br>Orphelins de familles | 1910 | 3020021 |
| | | Al-Quds orphanage<br>Orphelinat "Al Quds" | 990 | 1000000 |
| | total<br>Total | | 2900 | 4020021 |
| 12 | Iraqi-Kurdistan<br>Iraqi-Kurdistan | Family orphans<br>Orphelins de familles | 4118 | 3504543 |
| | | Coordinator and three supervisors<br>Un coordinateur et 3 encadreurs | | 24876 |
| | total<br>Total | | 4118 | 3529419 |
| 13 | Azad Kashmir<br>Cachemire libre | Family orphans<br>Orphelins de familles | 62 | 60768 |
| 14 | Lebanon<br>Liban | Family orphans<br>Orphelins de familles | 648 | 844041 |
| 15 | Nepal<br>Nepal | Family orphans<br>Orphelins de familles | 73 | 17182 |
| 16 | India<br>Inde | Family orphans<br>Orphelins de familles | 924 | 735644 |
| | | Researcher & a Secretary<br>Un chercheur et un secrétaire | - | 11250 |
| | total<br>Total | | 924 | 735644 |
| 17 | Yemen<br>Yemen | Family orphans<br>Orphelins de familles | 1123 | 911735 |
| | | Coordinator<br>Un coordinateur d'orphelins | | 14220 |
| | total<br>Total | | 1123 | 925955 |
| | Grand total<br>Total général | 12 orphanages & 16 supervisor & coordinator<br>12 orphelinats et 16 encadreurs et coordinateurs | 20655 | 20677964 |



IIROSA distributes educational books to students in Tuzla, Bosnia.
L'O.I.I.S distribue des livres scolaires à des et eleves à Tuzla (Bosnie).



A student looks book provided by IIROSA in Tuzla, Bosnia.
Un eleve est en train feuilleter un livre offert par l'O.I.I.S /RAS (Tuzla, Bosnie).

## Table shows(3) Social Welfare Programs in Africa 2000-2001
## Tableau No (3) Réalisations des Programmes de la Protection sociale en Afrique pour l'exercice 2000\2001

| No. | Countries / Pays | orphelins de famille/ orphelinats/ cadres | Number of o orphans / orphelins | Amount in SR. / dépenses (riyals) |
|---|---|---|---|---|
| 1 | Ethiopia / Ethiopie | -orphelinat "Awaliya" à Adis Abeba | 57 | 81600 |
| | Total / Total | | 57 | 81600 |
| 2 | Eritrea / Erythrée | -orphelins de famille | 3 | 2281 |
| 3 | Uganda / Ouganda | -orphelins de famille | 1682 | 1355002 |
| | | -orphelinat "Logo " au village de Logo | 463 | 463420 |
| | | -orphelinat "Arwa" à Arwa | 150 | 153000 |
| | | -un moniteur | - | 9630 |
| | Total / Total | | 2295 | 1981052 |
| 4 | Burkina Faso / Burkina Faso | -orphelins de famille | 401 | 322537 |
| 5 | Benin / Bénin | -orphelins de famille | 3 | 3301 |
| 6 | Tchad / Tchad | -orphelins de famille | 664 | 507092 |
| | | -orphelinat " Hanan " à N'Djamena | 200 | 225020 |
| | | -un moniteur | | 7200 |
| | Total / Total | | 864 | 7 39312 |
| 7 | Tanzania / Tanzanie | -orphelins de famille | 86 | 70444 |
| | | -orphelinat "Al Arqam" à Dar Essalem | 107 | 101660 |
| | Total / Total | | 193 | 17 2104 |
| 8 | Togo / Togo | -orphelins de famille | 6 | 3267 |
| 9 | Gambia / Gambie | -orphelins de famille | 113 | 130540 |
| 10 | Djibouti / Djibouti | -orphelins de famille | 40 | 50282 |
| 11 | Cote d' Ivoire / Côte d' Ivoire | -orphelins de famille | 56 | 42262 |
| 12 | Senegal / Sénégal | -orphelins de famille | 809 | 681326 |
| | | -un coordinateur et un moniteur | | 26400 |
| | Total / Total | | 809 | 707726 |




IIROSA-sponsored orphans in Bosnia-Hercegovina.
Des orphelins pris en charge par l'O.I.I.S/RAS en Bosnie Herzogovine.

| NO. | African countries covered | Family orphans/orphanages/supervisors | Orphans | Amount spent in SR. |
|---|---|---|---|---|
| 13 | Sudan | Family orphan<br>-orphelins de famille | 1940 | 1866615 |
| | | (3) Supervisors<br>-3 moniteurs | - | 13680 |
| | Total | | 1940 | 1880295 |
| 14 | Somalia | Family orphans<br>-orphelins de famille | 2168 | 2160671 |
| | | Supervisor<br>-un moniteur | | 16800 |
| | Total | -orphelins de famille | 2168 | 2177471 |
| 15 | Guinea-Bissau | Family orphans<br>-orphelins de famille | 46 | 35985 |
| 16 | Rep. Of Guinea | Family orphans<br>-orphelins de famille | 1 | 290 |
| 17 | Kenya | Family orphans<br>- orphelinat "Kissoumou" à Kissoumou | 62 | 79929 |
| | | Kisumu orphanage, Kisumu | 50 | 76500 |
| | Total | -orphelins de famille (1) | 112 | 156429 |
| 18 | Mali | Family orphans<br>-orphelins de famille (1) | 56 | 103728 |
| 19 | Egypt | Family orphans<br>-un moniteur (1) | 2351 | 2118914 |
| | | Supervisor | | 9000 |
| | Total | -orphelins de famille (1) | 2351 | 2127914 |
| 20 | Morocco | Family orphans<br>-orphelinat "Khalid ben el Walid" à Salima | 414 | 681741 |
| 21 | Malawi | Khalid b. Walid orphanage - Sleema<br>-orphelins de famille (1) | 100 | 102000 |
| 22 | Mauritania | Family orphans<br>-orphelinat "Ali ben Abi Taleb "à Nouakchott | 590 | 544859 |
| | | Ali b. Abu Talib orphanage-Nouakchott<br>-un moniteurs | 100 | 153000 |
| | | Supervisor | | 10800 |
| | Total | -orphelins de famille | 690 | 708659 |
| 23 | Mauritius | Family orphans<br>-orphelins de famille | 45 | 30793 |
| 24 | Nigeria | Family orphans<br>-un moniteur | 771 | 568866 |
| | | Supervisor<br>-orphelins de famille | | 6000 |
| | Total | -orphelins de famille | 771 | 574866 |
| 25 | Tunisia | Family orphans<br>-orphelins de famille | 2 | 2151 |
| 26 | Zambia | Family orphans<br>-orphelins de famille | 6 | 3666 |
| 27 | Ghana | Family orphans<br>-orphelins de famille | 33 | 40541 |
| 28 | Niger | Family orphans<br>8 orphelinats et 11 moniteurs | 2 | 1522 |
| 29 | Mozambique | Family orphans | 121 | 111685 |
| | Grand total | Eight orphanages & eleven supervisors | 13589 | 12976000 |

**Table No. 4 shwos Social Welfare Programs in Europe 2000-2001**
**Tableau No (4) Réalisations des Programmes de la Protection sociale en Europe pour l'exercice 2000\2001**

| No. | Country<br>Pays d'Europe | Family orphans/ orphanages/Supervisors<br>Orphelins\ Orphelinats\ Cadres | Orphans<br>Nb. d'orphelins | Amount spent in SR<br>Dépenses (riyals) |
|---|---|---|---|---|
| 1 | Spain<br>Espagne | Family orphans<br>Orphelins de famille | 11 | 9416 |
| 2 | Albania<br>Albanie | Family orphans<br>Orphelins de famille | 800 | 707788 |
| 3 | Italy<br>Italie | Family orphans<br>Orphelins de famille | 1 | 5264 |
| 4 | Bosnia-Herzegovina<br>Bosnie-Herzégovine | Family orphans<br>Orphelins de famille | 1321 | 2501101 |
| | | Supervisor<br>Un moniteur | - | 26160 |
| | Total | | 1321 | 2527261 |
| 5 | Greece<br>Grèce | Family orphans<br>Orphelins de famille | 2 | 4527 |
| | Grand total<br>Total | Supervisor<br>Un moniteur | 2136<br>2136 orphelin(e)s | 3254256 SR<br>riyals |

**Percentage of amounts spent on orphans in 2000 - 2001**
**Dépenses en faveur des orphelins pour exercice 2000\2001**




**Percentage of the distribution of IIROSA sponsored orphans worldwide 2000 - 2001**
**Taux de distribution des orphelins pris en charge par l'O.I.I.S pour l'exercice 2000\2001**





# The Engineering Department

(Cultural Center and Well Digging)

# Direction du Génie civil

(centres sociaux et puits)

# THE ENGINEERING DEPARTMENT (CULTURAL CENTER & WELL DIGGING)
# DIRECTION DU GÉNIE CIVIL (centres sociaux et puits)

IIROSA's Engineering department builds a cultural center everyday.

• IIROSA spent SR. 13,901,788 on cultural centers construction and well digging in 2000-2001.

• SR.13,138,338 spent in building 375 cultural centers in 2000-2001.

• SR.763,450 spent in digging 235 surface and artesian wells.

Therefore, it is not strange that the Engineering Department of the IIROSA should undertake the task of cultural centers construction wherever the need arises. Moreover, apart from other construction works, such as hospitals, dispensaries and schools, the engineering department also oversees the processes of well digging in famine struck areas as follows:

During the fiscal year 2000-2001 the Engineering Department built about 375 cultural centers costing about SR. 13,138,338, that is at the rate of a cultural center each and everyday. Out of the total number of these cultural centers 319 were built in eight Asian countries at the cost of SR.10,403,834 for about 47,650 peoples, as well as 56 cultural centers in 12 African countries at the cost of SR.2,734,504 for about 12,240 peoples.

During the same period, 235 surface and artesian wells were dug at the cost of SR. 763,450. 234 wells were dug in three Asian countries for about 115,200 persons, and a surface well was dug in the African republic of Niger, for about 200 persons.

L'O.I.I.S a dépensé, pour exercice 1999\2000,la somme de 13901788 riyals dans le domaine de la construction de centres sociaux et le forage des puits.

• L'O.I.I.S a construit 375 centres sociaux, pour l'exercice 1999\2000,pour un coût de 13138338 riyals.

• L'O.I.I.S a réalisé le forage et l'équipement de 235 puits artésiens et de surface pour un coût de 763 450 riyals pour l'exercice 2000\2001.

La Direction du Génie civil:

La Direction du Génie civil s'attelle à la construction de centres sociaux dans les pays qui en ont le plus besoin et dans les régions des communautés minoritaires de même qu'elle s'attelle au forage de puits (artésiens et de surface) dans les régions arides menacées par la sécheresse en plus d'autres projets d'infrastructures; hôpitaux, dispensaires, écoles, orphelinats et cela grâce aux dons des bienfaiteurs du royaume d'Arabie saoudite.

Réalisations: La Direction du Génie civil de l'O.I.IS a construit 375 centres sociaux, pour l'exercice 2000\2001, pour un coût total de 13 138 338 riyals soit, en moyenne, la construction d'un centre social par jour. Ainsi 319 centres sociaux construits dans 8 pays d'Asie pour un coût total de 10403834 riyals dont ont bénéficié 47560: personnes et 56 centres sociaux dans 12 pays d'Afrique pour un coût total de 2734504 riyals dont ont bénéficié 12240 personnes.

Par ailleurs, l'O.I.I.S a réalisé, pour l'exercice 2000\200, le forage et l'équipement de 235 puits artésiens et de surface pour un coût total de 763450 riyals dont 234 puits dans 3 pays d'Asie dont ont bénéficié 115200 personnes et un seul puits de surface en Afrique au Niger dont ont bénéficié 200 personnes.



IIROSA-built cultural center in Iraqi-Kurdistan.

Un Centre Culturel Construit par l'O.I.I.S/RAS Iraqi-Krudistan.



IIRO000372

## The Engineering Department: Cultural center construction projects Completed by the Engineering Dept. in 2000-2001

## Tableau No (1) Réalisations de la Direction du génie civil en construction de centres sociaux pour l'excercice 2000\2001

| No. | Country<br>Pays | Cultural centers<br>Nombre de centres sociaux | Amount in SR<br>Coût (riyals) | Number of persons<br>Nombre de bénéficiaires |
|---|---|---|---|---|
| 1 | Azerbaijan<br>Azerbaidjan | 5 | 510000 | 1600 |
| 2 | Indonesia<br>Indonésie | 79 | 1989200 | 10560 |
| 3 | Pakistan<br>Pakistan | 14 | 745000 | 2400 |
| 4 | Bangladesh<br>Bangladesh | 99 | 2827697 | 11360 |
| 5 | Thailand<br>Thaïlande | 4 | 434000 | 1120 |
| 6 | Iraqi - Kurdistan<br>Kurdistan | 90 | 3324017 | 17760 |
| 7 | India<br>Inde | 27 | 478620 | 2560 |
| 8 | Yemen<br>Yemen | 1 | 95300 | 200 |
| Total | | 319 | 10403834 | 47560 |
| 9 | Uganda<br>Ouganda | 6 | 490004 | 2560 |
| 10 | Burkina Faso<br>Burkina Faso | 2 | 100000 | 320 |
| 11 | Tchad<br>Tchad | 20 | 589000 | 3840 |
| 12 | Gambia<br>Gambie | 1 | 75000 | 240 |
| 13 | Senegal<br>Sénégal | 1 | 75000 | 240 |
| 14 | Sudan<br>Soudan | 1 | 237000 | 480 |
| 15 | Guinea-Bissau<br>Guinée Bissau | 1 | 50000 | 160 |
| 16 | Cameroon<br>Cameroun | 10 | 263500 | 1680 |
| 17 | Mali<br>Mali | 1 | 75000 | 240 |
| 18 | Mauritania<br>Mauritanie | 4 | 305000 | 960 |
| 19 | Niger<br>Niger | 2 | 100000 | 320 |
| 20 | Nigeria<br>Nigeria | 7 | 375000 | 1200 |
| Total | | 56 | 2734504 | 12240 |
| Total | | 375<br>375 centres sociaux | 13138338 SR<br>13 138 338 riyals | 59800<br>59 800 bénéficiaires * |

* Le nombre des bénéficiaires a été calculé comme suit: le total des dépenses sur les centres sociaux du pays, coût de construction d'un metre carré 0,6 du metre carré du bénéficiaires = nombre des bénéficiaires.

## Well digging project completed by the Engineering Department in 2000-2001

### Tableau No (2) Réalisations de la Direction du génie civil en forage de puits pour l'exercice 2000\2001

| No. | Country<br>Pays | Artesian well<br>Puits artésiens | Surface well<br>Puits de surface | Total<br>Total des puits | Amount in SR.<br>Coût (riyals) | Beneficiaries<br>Nombre de bénéficiaires |
|---|---|---|---|---|---|---|
| 1 | Bangladesh<br>Bangladesh | 38 | 109 | 147 | 609000 | 97800 |
| 2 | Iraqi - Kurdistan<br>Kurdistan | - | 15 | 15 | 73950 | 3000 |
| 3 | Niger<br>Niger | - | 1 | 1 | 10000 | 200 |
| 4 | India<br>Inde | - | 72 | 72 | 70500 | 14400 |
| | Total | 38 | 197 | 235 | 763450 | 115400<br>115 400 * |

Le nombre de bénéficiaires a été calculé sur la base de 200 bénéficiaires pour chaque puits de surface et 2000 bénéficiaires pour chaque puits artésiens pour augmenter la puissance de production des puits artésiens.

## Number of Cultural centers built in Asia & Africa during the year 2000 - 2001

## Nombre de centres sociaux construits en Asie et en Afrique pour l'excercice 2000\2001



**Table (3) shows list of the value of cultural centers & well digging**
**Tableau No (3) Coûts de construction des centres sociaux et de forage de puits pour l'excercice 2000\2001**

| No. | Country / Pays | Cultural center values according to space shown below / Coût des centres sociaux selon les superficies | | | | | Bore holes / Puits | | OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|
| | | 100 sqm | 150 sqm | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| **Asia - Asie** | | | | | | | | | |
| 1 | Bangladesh Bangladesh | 40000 | 60000 | 80000 | 100000 | 160000 | 2000 | 10000 | |
| 2 | Kurdistan Kurdistan(Iraq) | 30000 | 45000 | 60000 | 75000 | 120000 | | 70000 | |
| 3 | Philippines Philippines | 80000 | 115000 | 140000 | 175000 | 265500 | 600 | - | |
| 4 | Sri Lanka Sri Lanka | 35000 | 50000 | 70000 | 85000 | 140000 | 8000 | 9000 | |
| 5 | Pakistan Pakistan | 50000 | 75000 | 10000 | 125000 | 200000 | 3000 | 85000 | |
| 6 | Thailand Thaïlande | 70000 | 105000 | 140000 | 175000 | 280000 | 5000 | 18000 | |
| 7 | Indonesia Indonésie | 30000 | 45000 | 60000 | 75000 | 120000 | 2000 | 5500 | |
| 8 | Tartaristan Tatarstan | 45000 | 70000 | 90000 | 115000 | 180000 | | - | |
| **Africa - Afrique** | | | | | | | | | |
| 1 | Ethiopia Ethiopie | 160000 | 240000 | 320000 | 400000 | 640000 | 15000 | 60000 | |
| 2 | Uganda Ouganda | 60000 | 90000 | 120000 | 150000 | 240000 | 25000 | - | |
| 3 | Sudan Soudan | 80000 | 120000 | 160000 | 200000 | 320000 | - | - | |
| 4 | Senegal Sénégal | 50000 | 75000 | 100000 | 125000 | 200000 | 8000 | - | |
| 5 | Cameroon Cameroun | 25000 | 38000 | 50000 | 63000 | 100000 | - | - | |
| 6 | Tchad Tchad | 25000 | 38000 | 50000 | 63000 | 100000 | - | - | |
| 7 | Tanzania Tanzanie | 100000 | 150000 | 200000 | 250000 | 400000 | 5000 | 50000 | |
| 8 | Mauritania Mauritanie | 70000 | 105000 | 140000 | 175000 | 280000 | 80000 | 265000 | |
| 9 | Nigeria Nigeria | 50000 | 75000 | 100000 | 125000 | 200000 | 2000 | 145000 | |

Les coûts ont été calculés sur la base des rapports communiqués par les Bureaux de l'O.I.I.S à l'étranger, ces coûts sont revus chaque année.

**Percentage of IIROSA's cultural centers in Asia & Africa during the year 2000 - 2001**




**Percentage of beneficiaries of IIROSA's cultural center projects in Asia & Africa during the year 2000 - 2001**

**Taux de construction des centres sociaux en Asie et en Afrique pour l'excercice 2000/2001**





# The Health Care Program

# Programme de la Protection sanitaire

THE IIROSA is running and taking care of about 104 health care projects worldwide, including hospitals, dispensaries, clinic and specialized centers in 29 countries.

• During the year 2000 - 2001 about 1,711,938 patients were visited at the IIROSA health facilities.

• During the fiscal year 2000-2001, the IIROSA spent about SR.8,210,282 on health care projects. Out of this sum, SR. 5,761,251, Or 70 percent of the health care budget came from the nominal income of the health care projects.

Millions of people are dying every year due to disease and lack of medical care, or because of inability to bear the costs of medical treatment. In the developing countries, generations of children are deprived of immunization at an early age, while horrible wars destroy lives and left many others either maimed or disabled.

As a result, acting in accordance with its sense of humanitarian duty, the IIROSA, through its health care program has been acting vigorously to provide medical services as well as primary health care facilities in many parts of the world. Accordingly, has been able to spare the lives of tens of thousands of the victims of disasters and wars, and other ailments in the various parts of the world.

L'O.I.I.S assure la gestion et le suivi de 104 structures de santé qui lui sont affiliés à travers le monde entre hôpitaux, dispensaires, cliniques et centres sanitaires spécialisés dans 29 pays.

- 1711938 patient(e)s avaient profité, pour l'exercice 1999\2000, des services ces programmes sanitaires.

- L'O.I.I.S a dépensé sur les structures de santé, pour l'exercice 2000\2001,le montant de 8210282 riyals dont 5761251 riyals provenant des revenus réalisés par de ses infrastructuresde santé, soit 70% du budget de la protection sanitaire.

- Des millions de personnes meurent chaque années dans de nombreux pays en développement ou dans les communautés pauvres à cause de maladies et d'épidémies, du manque de protection sanitaire,de l'incapacité de payer les charges de soins ou d'acheter les médicaments nécessaires, ou à cause de la privation des nouvelles générations du vaccin dans leur enfance. Les guerres sous toutes leurs formes viennent à leur tour enlever la vie à des millions de personnes laissant parmi les survivants d'autres victimes entre blessés,malades ou handicapés pour multiplier encore plus les drames et les misères des plus démunis de ceux qui en souffrent.

Conscient de son son devoir humanitaire, la Direction de la protection sanitaire de l'O.I.I.S oeuvre par tous ses moyens en vue d'offrir des services médicaux, de soins de sané. Elle a pu ainsi apporter sa contribution pour sauver la vie à de dizaines de milliers de personnes victimes de catastrophes, de guerres ou d'épidémies dans diverses régions du monde.



A doctor hands over medicine to a patient at IIROSA-built Al-Afia polyclinic in Uganda.

Un docteur remet des medicametns à un patient au dispensaire Al-Afia qui a ele construit par l'O.I.I.S en Uganda.



IIRO 000378

**Table (1) showing a summary of the Health Care projects during the year 2000 - 2001**

**Tableau (1) Résumé des des structures de santé relevant du Departement de la Protection Saintaire pour l'exercice 2000\2001, selon les continents**

| Continent Continents | Staff Nombre de fonctionaires | Hospitals Hôpitaux | Dispensary dispensaires | Clinics Cliniques | Clinic complex Groupes de cliniques | Med. cnter Centres sanitaires | Pharmacy pharmacies | Other program Autres * programmes | Program total Total des programmes | Bneficiary Nombre de bénéficiaires | Total spent Total des dépenses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Asia Asie | 343 | 6 | 14 | 17 | 3 | 4 | 1 | 4 | 49 | 757330 | 3135001 |
| Africa Afrique | 367 | | 36 | 10 | 2 | - | 3 | 1 | 52 | 893408 | 4925817 |
| Europe Europe | 20 | - | 1 | - | - | 1 | 1 | | 3 | 61200 | 149464 |
| Total | 730 | 6 | 51 | 27 | 5 | 5 | 5 | 5 | 104 | 1,711,938 | 8210282 |

**• Other programs include the following:**

1- Inoculation campaign in Afghanistan.
2- Anti-malaria campaign in Afghanistan.
3- Treatment of major health cases in Palestine.
4- Medical caravans in India.
5- Nutrition center at Aright dispensary in Nouakchott.

**• * Parmi les autres programmes on peut citer:**

1-Programme de vaccination en Afghanistan
2- Programme anti-malaria en Afghanistan
3- Traitement des grandes maladies en palestine
4- Caravanes médicales en Inde
5-Centre d'alimentation au dispensaire "Arafat" en Mauritanie

**Health Care Program around the world during the year 2000 - 2001**
**Programmes de la Protection sanitaire dans le monde pour l'exercice 2000\2001**



**Table (2) shows Health Care Programs in Asia during the year 2000 - 2001**
**Tableau No (2) structures de sante pour l'exercice 2000\2001**

| No. | Country Pays | Number of projects Nombre de projets | Beneficiaries Nombre de bénéficiaires | Staff - Nombre de fonctionnaires médecins patients techniciens | Amount spent in SR Dépenses en riyals |
|---|---|---|---|---|---|
| 1 | Afghanistan Afghanistan | 13 | 251825 | 106 | 257379 |
| 2 | Pakistan Pakistan | 4 | 75665 | 55 | 411913 |
| 3 | Bangladesh Bangladesh | 7 | 32257 | 25 | 757067 |
| 4 | Azerbaijan Azerbaidjan | 4 | 20277 | 34 | 101636 |
| 5 | Philippines Philippines | 2 | - | 15 | 99753 |
| 6 | Iraqi - Kurdistan Kurdistan | 7 | 295100 | 16 | 438822 |
| 7 | Lebanon Liban | 4 | 29021 | 15 | 785720 |
| 8 | India Inde | 2 | 39295 | 10 | 98320 |
| 9 | Yemen Yemen | 2 | 13890 | 6 | 89855 |
| 10 | Thailand Thaïlande | 1 | - | 1 | 14583 |
| 11 | Palestine Palestine | 1 | - | - | 49500 |
| 12 | Indonesia Indonésie | 2 | - | 8 | 30453 |
| | Total | 49 | 757330 | 343 | 3135001 |

**Table (3) showing Health Care Programs in Africa during the year 2000 - 2001**
**Tableau No (3) Projets sanitaires en Afrique en l'an 2000 - 2001**

| No. | Country<br>Pays | Number of projects<br>Nombre destructures | Beneficiaries<br>Nombre de bénéficiaires | Staff - Nombre de fonctionaires<br>[illegible] | Amount spent in SR.<br>Dépenses en riyals |
|---|---|---|---|---|---|
| 1 | Ethiopia<br>Ethiopie | 4 | 128000 | 72 | 480577 |
| 2 | Uganda<br>Ouganda | 2 | 12700 | 15 | 134848 |
| 3 | Benin<br>Bénin | 2 | 20400 | 6 | 183500 |
| 4 | Burkina Faso<br>Burkina Faso | 6 | 43360 | 20 | 143178 |
| 5 | Gambia<br>Gambie | 2 | 7200 | 7 | 80174 |
| 6 | Comoros<br>Comores | 4 | 52600 | 29 | 283572 |
| 7 | Senegal<br>Sénégal | 3 | 57660 | 27 | 280018 |
| 8 | Sudan<br>Soudan | 18 | 340628 | 63 | 2522336 |
| 9 | Somalia<br>Somalie | 2 | - | 8 | 110449 |
| 10 | Nigeria<br>Nigeria | 2 | 41200 | 63 | 119929 |
| 11 | Niger<br>Niger | 1 | 4560 | 3 | 118821 |
| 12 | Tchad<br>Thad | 1 | 50100 | 7 | 59919 |
| 13 | Kenya<br>Kenya | 1 | 7800 | 6 | 35072 |
| 14 | Tanzania<br>Tanzanie | 1 | 40000 | 21 | 154032 |
| 15 | Togo<br>Togo | 1 | 9500 | 4 | 64321 |
| 16 | Mauritania<br>Mauritanie | 2 | 5670567000 | 12 | 55071 |
| | Total | 52 | 893408 | 363 | 4925817 |

**Table (3) shows the number of Health Care projects in Europe during the year 2000 - 2001**
**Tableau No (4) structures de sante pour l'exercice 2000\2001**

| No. | Country<br>Pays | Number of projects<br>Nombre de structures | Beneficiaries<br>Nombre de bénéficiaires | Staff - Nombre de fonctionaires<br>[illegible] | Amounts spent SR.<br>Dépenses en riyals |
|---|---|---|---|---|---|
| 1 | Bosnia-Herzegovina<br>Bosnie-Hérzégovine | 3 | 61200 | 20 | 149464 |

The Health Care Program percentage of amounts spent on Health Care Programs worldwide in the year 2000 - 2001

Taux des dépenses sur les projets sanitaires pour l'exercice 2000\2001




Percentage of minimal income Of Health Care Programs as compared to subsidies sent by The Health Care Program in 2000- 2001

Taux des revenus symboliques par rapport aux assistances mises en place pour l'exercice 2000\2001




Percentage of beneficiaries of IIROSA Health Care Programs worldwide during 2000-2001

Taux des bénéficiaires des services de santé de l'O.I.I.S pour l'exercice 2000\2001






IIRO 000382



# The Educational Welfare Program

# Programme des Services d'Education

THE IIROSA spent about SR.5,248,522 on educational and teaching efforts.

• IIROSA offers scholarships and stipends to about 266 students.
• IIROSA sponsors about 82 teachers.
• IIROSA patronizes about 66 educational institutions around the world.
• About 26,887 students and pupils were covered by IIROSA's educational welfare program.
• About 40 different countries are benefitted from the educational activities of the IIROSA.

Despite the increasing world concern about education, millions of peoples in Asia and Africa are still deprived of the opportunities to acquire education because of the economic circumstances prevailing in these two continents.

It is this reality that has prompted the IIROSA to take upon its shoulders, the responsibility of contributing vigorously to the educational programs in the various countries. The organization has built a number of schools and universities in the various parts of the world, sponsored teachers and instructors and placed hundreds of poor and needy students under its scholarship and stipend schemes.

*L'O.I.I.S a dépensé, pour l'exercice 2000\2001,la somme de 5248522 riyals pour le P.S.E.*

*programme d'Enseignement.*

*• 266 étudiant(e)s bénéficient de bourses scolaires ou d'assistances financières de l'O.I.I.S.*
*• L'O.I.I.S encadre 38 établissements scolaires à travers le monde.*
*• 26887 étudiant(e)s bénéficient des services des établissements scolaires de l'O.I.I.S.*
*• 40 pays à travers le monde bénéficient des services du P.S.E. de l'O.I.I.S.*



Children getting education in a school sponsored by IIROSA in Tchad.

Des enfants recevant une education dans une école prise en charge par l'O.I.I.S au Tchad.

**Table (1) summary of the Educational Welfare Programs in the various continents during the year 2000- 2001**
**Résumé des Projets du Programme d'Enseignement et de la Commission d'Education pour l'exercice 2000\2001 par continents**

| No. | Continent Continents | Number of instructors Nb. d'éducateurs | No. of students on scholarships Nb. d'éducateurs | No. of teachers Nb. d'étudiants boursiés | No. of institutions Nb. d'enseignant(e)s | Students in the educational institutions Nb d'Etablissements scolaires | Actual amount spent dépenses réelles |
|---|---|---|---|---|---|---|---|
| 1 | Asia Asie | 446 | 203 | 35 | 23 | 15051 | 2893466 |
| 2 | Africa Afrique | 224 | 61 | 47 | 15 | 11836 | 2329011 |
| 3 | Americas Amérique | 4 | - | - | - | - | 22539 |
| 4 | Europe Europe | - | 2 | - | - | - | 3506 |
| | Total | 674 | 266 | 82 | 38 | 26887 | 5248522 |




Amounts spent on educational programs continentally in 2000-2001

Dépenses sur les projets du P.S.E pour l'exercice 2000\2001 par continents




Beneficiaries of IIROSA Educational Programs during the year 2000- 2001

Nombre de bénéficiaires des Programmes d'Enseignement et d'Éducation pour l'exercice 1999\2000

**Table (2) showing Educational Welfare Programs in Asia 2000-2001**
**Tableau (2) Projets du P.S.E en Asie pour l'exercice 2000\2001**

| No. | Country Pays | Instructors Educateurs | pihsralohcs no stnedutS Etudiants boursiés | Teachers Enseignant(e)s | Educational institutions Etablissements scolaires | Students in educational institutions [illegible] | Amounts spent in SR dépenses réelles |
|---|---|---|---|---|---|---|---|
| 1 | Azerbaijan Azerbaïdjan | - | - | 4 | - | - | 38200 |
| 2 | Jordan Jordanie | - | 71 | - | - | - | 19436 |
| 3 | Afghanistan Afghanistan | - | - | - | 2 | 260 | 146110 |
| 4 | Indonesia Indonésie | - | - | - | 1 | 163 | 263720 |
| 5 | Uzbekistan Ouzbékistan | - | 2 | - | - | - | 4667 |
| 6 | Pakistan Pakistan | 28 | 3 | - | - | - | 89883 |
| 7 | Bangladesh Bangladesh | 61 | - | 5 | 6 | 1561 | 256113 |
| 8 | Thailand Thaïlande | - | 5 | - | 2 | 506 | 653487 |
| 9 | Daghistan Daghestan | - | 82 | - | - | - | 65333 |
| 10 | Saudia Arabia A.Saoudite | 6 | 3 | - | 10 | 12100 | 151600 |
| 11 | Sri Lanka Sri Lanka | Valeur d'un autobus pour les besoins d'un programme d'éducation | | | | | 25500 |
| 12 | Chechnya Tchétchénie | - | 4 | - | - | - | 9333 |
| 13 | China Chine | - | 47 | - | - | - | 58193 |
| 14 | Tajikstan Tadjikistan | - | 41 | - | - | - | 32667 |
| 15 | Kirghizia Kirghizistan | - | 2 | - | - | - | 4667 |
| 16 | Iraqi - Kurdistan Kurdistan(Ira) | 245 | 05 | 15 | - | - | 584972 |
| 17 | Lebanon Liban | 49 | - | 2 | 2 | 461 | 275341 |
| 18 | Malaysia Malaysie | - | 2 | - | - | - | 2630 |
| 19 | Nepal Népal | - | - | 2 | - | - | 4800 |
| 20 | India Inde | 57 | - | - | - | - | 136989 |
| 21 | Yemen Yemen | - | - | 7 | - | - | 69825 |
| | Total | 446 | 302 | 35 | 23 | 15051 | 2893466 |

Children getting education in a school sponsored by IIROSA in Somalia.

Des enfants recevant une education dans une école prise en charge par l'O.I.I.S (Somalie).



**Table (3) shows Educational Welfare Programs in Africa 2000-2001**
**Tableau No (3) Projets du P.S.E. en Afrique pour l'exercice 2000-2001**

| No. | Country Pays | Instructors Éducateurs | Students on scholarship Etudiants boursiés | Teachers Enseignant(e)s | Educational institutions Etablissements scolaires | Students in educational institutions Elèves d'établissement scolaires | Amounts spent in SR. dépenses réelles |
|---|---|---|---|---|---|---|---|
| 1 | Ethiopia Ethiopie | 9 | 2 | - | 2 | 2555 | 315023 |
| 2 | Eritrea Erythrée | - | 3 | 20 | - | - | 67057 |
| 3 | Uganda Ouganda | - | 10 | 1 | 1 | 850 | 79056 |
| 4 | Benin Bénin | - | - | 3 | - | - | 9625 |
| 5 | Burundi Burundi | - | 6 | 2 | - | - | 10378 |
| 6 | Tchad Tchad | 15 | - | - | 1 | 456 | 46025 |
| 7 | Gambia Gambie | 4 | - | 4 | - | - | 20273 |
| 8 | Cote d' Ivoire Côte d'Ivoire | 9 | - | 3 | - | - | 29211 |
| 9 | Senegal Sénégal | 6 | - | - | 1 | 450 | 72215 |
| 10 | Sudan Soudan | - | 1 | - | 4 | 2499 | 335927 |
| 11 | Sierra Leone Sierra Leone | 2 | - | - | - | - | 684 |
| 12 | Somalia Somalie | 61 | 38 | - | 2 | 4100 | 659444 |
| 13 | Ghana Ghana | 2 | - | - | - | - | 1315 |
| 14 | Guinea-Bissau Guinée Bissau | 1 | - | - | - | - | 2658 |
| 15 | Rep. Of Guinea Guinée | 4 | - | 4 | - | - | 20366 |
| 16 | Kenya Kenya | - | - | - | 1 | 120 | 262500 |
| 17 | Mali Mali | - | - | 5 | - | - | 21875 |
| 18 | Egypt Egypte | - | 1 | 1 | 1 | 171 | 24183 |
| 29 | Nigeria Nigeria | 111 | - | 4 | 2 | 635 | 351196 |
| Total | | 224 | 61 | 47 | 15 | 11836 | 2329011 |

**Table (4) shows Educational Welfare Programs in Europe & Latin America during the year 2000-2001**
**Tableau No (4) Projets du P.S.E en Europe et en Amérique latine pour l'exercice 2000\2001**

| No. | Country Pays | Instructors Educateurs | Scholarship students Etudiants boursiés | Teachers Enseignant(e)s | Institutions Etablissements scolaires | Students in the institutions Elèves d'établissement scolaires | Expenditure in SR. Dépenses réelles |
|---|---|---|---|---|---|---|---|
| 1 | Albania Albanie | - | 2 | - | - | - | 3506 |
| 2 | Brazil Brésil | 4 | - | - | - | - | 22539 |
| Total | | 674 | 266 | 82 | 38 | 26887 | 5248522 |

**Percentage of IIROSA teachers distributed continentally**
**Taux de distribution des enseignants de l'O.I.I.S selon les continents pour l'exercice 2000\2001**






Children getting education in a school sponsored by IIROSA in Somalia.

Des enfants recevant une education dans une école prise en charge par l'O.I.I.S (Somalie).




# Teachers & Teaching Committee

# Commission de l'Enseignement et des Enseignants (C.E.E)

IN the year 2000 – 2001 the IIROSA spent about SR.1,546,999 on Teachers and Teaching Committee.

• In the year 2000 – 2001, there were about 674 teachers under IIROSA supervision.

Recently, a committee on Teachers and Teaching comprising highly qualified academicians has been formed to undertake the following tasks:



1- Field inspection of teachers at their outposts and evaluation of teaching and teachers' efforts.
2- Submit proposals regarding lectures, symposia and refresher courses designed to improve the performance of teachers.
3- Lay down a criteria for the appointment of teachers and recommend termination of the contracts of unqualified teachers.
4- Propose useful books for the teachers.
5- Strengthen the ties of cooperation and coordination between scholars, students and teachers.
6- Propose appointment of teachers in the IIROSA - built cultural centers.
7- Revise the syllabus within the school curricula of IIROSA schools and projects and proposes texts and references
8- Propose subsidizing and strengthening IIROSA's contact with the teaching institutions.
9- Boost the status of IIROSA's website on the Internet.
10- Propose printing useful books in several languages for the purpose of education.
11- Invite parties interested in teaching to join IIROSA's teaching education, social welfare and health care activities.
12- Propose ways and means of supporting the various aspects of teaching and fund its programs as well as develop its resources.

**The Teachers and Teaching Committee:**

The IIROSA has allocated a substantial budget suitable for the noble tasks and mission of the committee for the year 2000 – 2001 (Saudi Riyals 4,700,090).

The budget is intended to help insure distribution of literature, audio-visual cassettes

L'O.I.I.S a dépensé, pour l'exercice 2000\2001, la somme de: 1546999 riyals sur les programmes l'enseignement. Pour l'exercice 2000\2001, l'O.I.I.S a pris en charge 674 enseignants.

Ainsi une commission d' enseignement et des prédicateurs comptant a son sein des academiciens hautement qualifiés a été constituée. La commission a été chargée de la mission que voila:

1- Visiter les enseignants sur leur lieu de travail en vue d'inspecter leurs activités.
2- Proposer des conférences, des colloques et des stages de formation en vue de valoriser les efforts des enseignants de l'O.I.I.S en service a l'etranger.
3-Proposer la candidature des enseignants selon les critères suggérés par la commission et recommender l'arrêt des services de ceux qui ne répondent pas aux critères.
4- Proposer la lecture et la distribution des livres bénéfiques aux prédicateurs en vue de relever le niveau d'aptitude professonnelle.
5- Intensifier les liens de coopération et de coordination entre les etudiants les predicateurs et les imams les savants, les étudiants, les éducateurs et les cadres.
6- Proposer le recrutement de' enseignants pour servir dans les centres sociaux construits par l'O.I.I.S à l'étranger.
7- Réviser les matieres éducatives des programmes scolaires enseignés dans les écoles de l'O.I.I.S et suggérer des textes et des références le cas échéant.
8- Octroyer des assistances aux associations éducatives des et prévoir de leur rendre des visites en vue de renforcer les relations de coopération avec elles.
9- Profiter du site d'internet de l'O.I.I.S.
10- Proposer la publication des livres axés sur l'education et leur traduction
11- Inviter les personnalités S'interessant à l'education à participer aux activités de l'O.I.I.S en matière d'education, de secours, de services sanitaires et d'actions sociales.
12- Proposer des voies et des moyens necessaires pour appuyer les activités educatives dans toutes ses formes, financer ses programmes et développer ses ressources.

**(C.E.E)**

L'O.I.I.S a octroyé pour l'exercice 2000\2001 à la C.P.P. un budget important conforme à sa noble mission qui se chiffrait à 4700090 riyals.

L'objectife visé était de garantir la distribution de publications et de cassettes audios et l'organisation de stages de formation axés sur l'éducation dont les résultats auront, des

and organizing refresher courses. Moreover, in addition to sponsoring the teachers 30 books written by Saudi Arabian scholars in the Arabic language and translated into several languages have been distributed. It is hoped that 100,000 copies would be distributed in many countries at the cost of between half Riyal and three Riyals (SR.05-3) per copy including distribution costs.

In view of the wide-spread illiteracy in the societies, the committee designed a parallel program of distributing recorded cassettes containing the topics discussed in the printed material at the average cost of SR. 2 per cassette.

effets positifs sur la consolidation des efforts de l'O.I.I.S dans le domaine de prédication. En plus de la prise en charge des prédicateurs, l'O.I.I.S a procédé à la distribution de 30 livrets écrits par des Oulemas saoudiens dans différents aspects d'enseignement en langue arabe et dans les langues des pays dans lesquels seront distribués ces livrets à raison de 100000 copies de chaque, avec un coût moyen allant d'un riyal à trois riyals chacun y compris les frais de distribution.



**Total number of teachers in the various continents**
**Nombre total des enseignants à travers les continents**

| No. | Continent<br>Continents | Number of Countries<br>Nombre de Pays | Number of Teachers<br>Nombre d'éducateurs | Amount spent in SR.<br>Dépenses \riyals |
|---|---|---|---|---|
| 1 | Asia<br>Asie | 6 | 446 | 979766 |
| 2 | Africa<br>Afrique | 11 | 224 | 544694 |
| 3 | South America<br>Amérique latine | 1 | 4 | 22539 |
| Total | | 18 | 674 | 1546999 |

**PROGRAMS ACCOMPLISHED BY THE TEACHERS AND TEACHING COMMITTEE DURING THE PERIOD 2000-2001**
**Réalisations de la C.E.E. pour l'exercice du 2000-2001**

## I- Asia - Asie

| No. | Country<br>Pays | Number of Teachers<br>Nombre d'éducateurs | Amount spent in SR.<br>Dépenses \riyals |
|---|---|---|---|
| 1 | Pakistan<br>Pakistan | 28 | 86818 |
| 2 | Bangladesh<br>Bangladesh | 61 | 209110 |
| 3 | Burmese Community Preachers in Saudi Arabia<br>A. Saoudite | 6 | 43200 |
| 4 | Kurdistan<br>Kurdisan (Iraq) | 245 | 428750 |
| 5 | Lebanon<br>Liban | 49 | 74899 |
| 6 | India<br>Inde | 57 | 136989 |
| | Total | 446 | 979766 |

## II – Africa - Afrique

| No. | Country<br>Pays | Number of Teachers<br>Nombre d'éducateurs | Amount spent in SR.<br>Dépenses \riyals |
|---|---|---|---|
| 1 | Ethiopia<br>Ethiopie | 10 | 25308 |
| 2 | Tchad<br>Tchad | 15 | 62375 |
| 3 | Gambia<br>Gambie | 4 | 7880 |
| 4 | Cote d' Ivoire<br>Côte d'Ivoire | 9 | 11872 |
| 5 | Senegal<br>Sénégal | 6 | 9481 |
| 6 | Sierra Leone<br>Sierra Leone | 2 | 684 |
| 7 | Somalia<br>Somalie | 61 | 166965 |
| 8 | Ghana<br>Ghana | 2 | 629 |
| 9 | Guinea-Bissau<br>Guinée Bissau | 1 | 2658 |
| 10 | Republic of Guinea<br>Guinée | 4 | 5997 |
| 11 | Nigeria<br>Nigeria | 111 | 250845 |
| | Total | 225 | 544694 |

## III- South America - Amérique latine

| No. | Country<br>Pays | Number of Teachers<br>Nombre d' enseignants | Amount spent in SR.<br>Dépenses \riyals |
|---|---|---|---|
| 1 | Brazil<br>Brésil | 4 | 22539 |
| | Grand total<br>Total général | 674 | 1546999 |

**Distribution of teachers continentally in 2000/-2001**
**Distribution des enseignants par continents pour l'exercice 2000\2001**




**Percentage of the distribution of teachers continentally in 2000-2001**
**Taux de distribution des enseignants par continents pour l'exercice 2000\2001**











# Qur'an Memorization Program

# Programme de Mémorisation du Saint Coran (P.M.S.C)

DURING the year 2000-2001, IIROSA spent SR.2,098,433 on Qur'an memorization program

• The Qur'an Memorization Program supervises 570 Qur'an centers worldwide and 33,884 reciters have benefitted from these programs.
• About 21 Asian and Africa nations are included in the Qur'an memorization program.

**Tours and competitions:**

Officials representing the Qur'an memorization program have visited Thailand, Ethiopia, Kenya, Tanzania, Pakistan and Bangladesh to help enhance the performance of the Qur'an memorization centers. As a result, activities at the Qur'an memorization centers in the Philippines have resumed. Fifty learners are expected to complete the memorization process every year.
Moreover, Qur'an memorization competitions were held in Afghanistan, Pakistan, Bangladesh, Thailand, the Philippines, Uganda and Tanzania.

**Newly Established Qur'an Memorization Centers.**

Within the same period, the Qur'an memorization program took over the supervision of new Qur'an memorization circles in Jordan, Indonesia, Palestine, Lebanon, India, Sudan, Madagascar and Mozambique.

L'O.I.I.S a dépensé la somme de 2098433 riyals pour les besoins du P.M.S.C.

• Le Programme assure la gestion de 570 centres et cercles coraniques pour un effectif total 33884 élèves.
• 21 pays en Afrique et en Asie bénéficient du programme des services du P.M.S.C/O.I.I.S.

**Visites et concours:**

Les délégués du P.M.S.C. ont effectué des visites d'inspection et de travail dans plusieurs pays: Thaïlande, Ethiopie, Kenya, Tanzanie,Pakistan et Bangladesh. Des concours ont été organisés et les lauréats ont éte recompensés.
Il a été également procédé à la réouverture de 2 centres coraniques aux Philippines. Des concours ont été organisés au niveau local dans plusieurs pays dont Afghanistan, Pakistan, Bangladesh,Thaïlande,Philippines, Ouganda et Tanzanie.

**Nouveaux centres et cercles coraniques:**

Les délégués du P.M.S.C ont procédé aussi, durant la même année, à l'inauguration de nouveaux centres et cercles coraniques en Jordanie, Indonésie, Palestine, Liban, Inde, soudan Madagascar et Mozambique.




Former Pakistan President Mohammed Rafiq Tarar receives the IIROSA shield from Dr. Adnan Khalil Basha, Secretary-General of IIROSA.
L'AncienPresident Pakistanais, Mohammad Rafiq Tarar recevant le bouclier de l'O.I.I.S/A.S. des mains du Secretaire General de l'Organisation, Dr. Adnan Khalil Basha.

**Table (1) shows the number of Qur'an memorization centers and the learners during the year 2000 - 2001**

**Tableau No (1): Cercles et centres coraniques et nombre d'élèves pour l'exercice 2000\2001**

| No. | Country<br>Pays | No. of Centers & Circles<br>Cercles et centres | No. of learners<br>Nombre d' élèves | No. of staff<br>Nombre de personnel | Amount spent in SR.<br>Dépenses en riyals |
|---|---|---|---|---|---|
| 1 | Ethiopia<br>Ethiopie | 47<br>47 cercles coraniques | 3500 | 47<br>47 enseignants + un cadre | 65415 |
| 2 | Uganda<br>Ouganda | 42<br>42 cercles coraniques | 1200 | 42<br>42 enseignants | 103869 |
| 3 | Burundi<br>Burundi | 10<br>10 cercles coraniques | 200 | 10<br>10 enseignants | 23733 |
| 4 | Tchad<br>Tchad | 32<br>32 cercles coraniques | 3000 | 32<br>32 enseignants+ un cadre | 109267 |
| 5 | Tanzania<br>Tanzanie | 22<br>22 cercles coraniques | 1540 | 22<br>22 enseignants | 65415 |
| 6 | Sudan<br>Soudan | 40<br>40 cercles coraniques | 2800 | 40<br>40 enseignants | 10000 |
| 7 | Somalia<br>Somalie | 75<br>75 cercles coraniques | 7500 | 75<br>75 enseignants+ un cadre | 260191 |
| 8 | Madagascar<br>Madagascar | 3<br>3 cercles coraniques | 150 | 3<br>3 enseignants | 2493 |
| 9 | Mauritania<br>Mauritanie | 15<br>15 cercles coraniques | 900 | 15<br>15 enseignants+ un cadre | 53461 |
| 10 | Mozambique<br>Mozambique | 15<br>15 cercles coraniques | 500 | 15<br>15 enseignants | 16875 |
| 11 | Jordan<br>Jordanie | 11 cercles coraniques | 2664 | 22<br>22 enseignants | 49652 |
| 12 | Afghanistan<br>Afghanistan | 11<br>50 cercles coraniques | 1500 | 50<br>50 enseignants+un cadre | 143121 |
| 13 | Indonesia<br>Indonésie | 50<br>33 cercles coraniques | 1650 | 50<br>50 enseignants+un cadre | 20667 |
| 14 | Pakistan<br>Pakistan | 33<br>56 cercles coraniques | 1230 | 56<br>56 enseignants+un cadre | 190820 |
| 15 | Bangladesh<br>Bangladesh | 56<br>30 cercles coraniques | 1800 | 30<br>30 enseignants | 71200 |
| 16 | Bosnia – Hrzgovina<br>Bosnie-Herzégovine | 30<br>Appui à un concours de récitation du Saint Coran | - | - | 15000 |
| 17 | Thailand<br>Thaïlande | Qur'an mem. Competition<br>30 cercles coraniques | 2100 | 30<br>30 enseignants | 102825 |
| 18 | Sri Lanka<br>Sri Lanka | 30<br>15 cercles coraniques | 350 | 15<br>15 enseignants | 41745 |
| 19 | Palestine<br>Palestine | 15<br>40 cercles coraniques | 900 | 40<br>40 enseignants | 598958 |
| 20 | Lebanon<br>Liban | 40<br>4 centres coraniques | 400 | 8<br>8 enseignants | 143726 |
| 21 | India<br>Inde | 4<br>Appui à un cercle coraniques | - | -<br>- | 1000 |
| Total | | Qur'an circles subsidized 570<br>570 cercles et centre coraniques | 33884 | 592<br>592 enseignants | 2098433 |

**Table (2) shows carton weights of copies of Holy Qur'an shipped to Qur'an centers during the year 2000-2001**

**Tableau No(2) Poids des cartons de livres enoyes aux cercles coraniques pour l'exercice 2000\2001**

| No. | Country<br>Pays | Kilograms<br>Poids en kgs | Costs in SR.<br>Dépenses en riyals | Beneficiaries - Nombre de bénéficiaires | |
|---|---|---|---|---|---|
| | | | | Teachers - Enseignants | Students - élèves |
| 1 | Ethiopia<br>Ethiopie | 490 | 1853 | 47 | 1350 |
| 2 | Indonesia<br>Indonésie | 1589 | 6773 | 33 | 2300 |
| 3 | Afghanistan<br>Afghanistan | 544 | 1586 | 50 | 1500 |
| 4 | Uganda<br>Ouganda | 485 | 2700 | 42 | 1260 |
| 5 | Pakistan<br>Pakistan | 1576 | 3980 | 41 | 4100 |
| 6 | Bangladesh<br>Bangladesh | 576 | 1480 | 30 | 4500 |
| 7 | Burundi<br>Burundi | 195 | 1872 | 10 | 500 |
| 8 | Thailand<br>Thaïlande | 261 | 1086 | 70 | 2100 |
| 9 | Tchad<br>Tchad | 730 | 6975 | 32 | 3200 |
| 10 | Tanzania<br>Tanzanie | 345 | 2110 | 22 | 1100 |
| 11 | Sri Lanka<br>Sri Lanka | 67 | 410 | 15 | 525 |
| 12 | Somalia<br>Somalie | 1037 | 5508 | 75 | 7500 |
| 13 | Philippines<br>Philippines | 295 | 1984 | 40 | 1200 |
| 14 | Kenya<br>Kenya | 464 | 1664 | 37 | 1850 |
| 15 | Mauritania<br>Mauritanie | 250 | 2395 | 11 | 550 |
| Total | | 8904<br>8904 kgs | 42376 | 555 | 33535 |



IIROSA-built orphanage King Faisal University in Tchad.
L'Universite Roi Faisal Construite par l'O.I.I.S/A.S au Tchad.



IIROSA-built orphanage center in Ethiopia.
Un orphalinat construit par l'O.I.I.S/A.S en Ethiopie.

**Amount spent on the Qur'an Memorization Program during the year 2000-2001**
**Depenses pour les besoins du P.M.C.S pour l'exercice 2000-2001**




**Kilogram weights of cartons containing copies of the Qur'an shipped to Qur'an memorization centers and centers in 2000-2001**
**Poids en kgs des cartons aux centres et aux cercles coraniques pour l'exercice 2000- 2001**



**Percentage of actual amounts spent on Qur'an memorization program during the year 2000 - 2001**

**Les Dépenses pour les besoins du P.M.S.C pour l'exercice 2000\2001**




**Percentage of learners enrolled in the Qur'an memorization program during the year 2000 - 2001**

**Taux des élèves du P.M.S.C en Asie et en Afrique pour l'exercice 2000\2001**





IIROSA-sponsored students listen Quran memorization lecture in Philippines.

Des élèves pris en charge par l'O.I.I.S\RAS s'instruisent en siuvant un cours de memorisation du Saint Coran (Philippines)



IIROSA-sponsored students listen Quran memorization lecture in Somalia

Des élèves pris en charge par l'O.I.I.S\RAS s'instruisent en siuvant un cours de memorisation du Saint Coran (Somalie)



A young girl holding a wooden plate on which Quran verses are written, in Somalia.

Une jeune fille tient une petite planche de bois tenant lieu d'ardoise sur la quelle sont ecrits quelques versets ceraniques.



IIROSA-sponsored student recites Quran in Bangladesh.

Des eleves pris en charge par l'O.I.I.S\RAS récitent du coran (Bangladesh)



IIROSA-sponsored students attend Quran memorization lecture in Indonesia.

Des eleves pris en charge par l'O.I.I.S suivent un cours de memorisation du saint Coran (Indonésie)



IIRO 000402



# The Human Resources Development Program

# Programme du Developpement des Ressources Humaines (P.D.R.H)

THIS program, initiated by the IIROSA, supervises more than 15 vocational training projects including computer literacy and sewing.

• The amount of money spent on the program during the year 2000 - 2001 is estimated at SR.214,360.

• The total number of male and female learners was 1,315.

• The program covered nine countries.

The importance of education as a backbone of real development, the IIROSA through its Human Resources Development Program been establishing, subsidizing and running a number of vocational training centers and institutes in various parts of the world. Poor and needy students are trained at these centers and institutes to become carpenters, blacksmiths, auto mechanics, electricians, tailors, knitters and computer literates.

Programme du Devloppement des Ressources Humaines de L'O.I.I.S dirige 15 programmes de formation professionnelle, en'informatique et de couture à travers le monde.

- Le P.D.R.H a dépensé pour l'exercice 2000\2001 la somme de 214 360 riyals pour les besoins des projets developpement des ressources humaines.

- Le nombre des stagiaires garçons et filles confondus a atteint 1315 élèves.

- 9 pays ont bénéficié des des structures de P.D.R.H.

Consciente de l'importance de la formation en tant que facteur essentiel du vrai développement, l'O.I.I.S du royaume d'Arabie Saoudite s'est attelée,à travers des programmes de la promotion humaine, à implanter, à appuyer et à gérer de nombreux centres et instituts formation professionnelle pour former les enfants des pauvres et des nécessiteux dans diverses professions ou métiers manuels tels que: la menuiserie, la soudure, la mécanique, l'éléctricité, la couture, le tricotage, l'informatique.

L'O.I.I.S tend à travers ces programmes à aider ces enfants pauvres à sortir des ténèbres de l'ignorance et du sous développement pour une meilleure et décente vie loin de l'humiliation de la mendicité et du chômage.



IIROSA-established human sustainable development project in Egypt.

Un projet de developpement mis en place par l'O.I.I.S\RAS (Egypte)



IIRO 000404

## This table shows the achievements of the Human Resources Development Program during the year 2000-2001
## Réalisations du P.D.R.H pour l'exercice 2000\2001

| No. | Country<br>Pays | Project<br>Nombre de projets | Beneficiaries<br>Bénéficiaires | Staff<br>Personnel | Amounts spent in SR.<br>Dépenses (riyals) |
|---|---|---|---|---|---|
| 1 | Albania<br>Albanie | Computer literacy center<br>Centre de formation en Informatique | 120 | | 37000 |
| 2 | Uganda<br>Ouganda | Computer literacy center<br>Centre de formation en Informatique | 150 | | 13000 |
| 3 | Bangladesh<br>Bangladesh | Asma sewing center<br>Centre "Asma" de couture | 65 | 5 | 21400 |
| 4 | Tchad<br>Tchad | Vocational training institute<br>Institut secondaire de formation professionnelle | 100 | 5 | 27400 |
| | | Al-Madina computer center<br>Centre "Madina" de formation en Informatique * | 250 | - | Self-reliant<br>autonome |
| 5 | Djibouti<br>Djibouti | Sewing and fabrics center<br>Centre de couture et de tissage | 60 | 1 | 8000 |
| 6 | Somalia<br>Somalie | Sewing and fabrics center<br>Centre de couture et de tissage | 50 | 1 | 7000 |
| 7 | Mali<br>Mali | Fatma sewing center<br>Centre "Fatima" de couture | 40 | 4 | 12360 |
| | | Khadijah sewing center<br>Centre "Khadija" de couture | 30 | 5 | 15360 |
| 8 | Mauritania<br>Mauritanie | Ummahat sewing center<br>Centre "Oumahat al mouminine" de couture | 80 | 3 | 15000 |
| 9 | Nigeria<br>Nigeria | Printing & secretarial center – Kaduna<br>Centre de formation en secrétariat et en dactylographie à Kaduna | 80 | 7 | 22080 |
| | | Sewing training center-Kaduna<br>Centre de couture à Kaduna | 70 | 6 | 11640 |
| | | Sewing training center- Lagos<br>Centre de couture à Lagos | 75 | 6 | 10020 |
| | | Sewing training center- Ilorin<br>Centre de couture à Alurn | 75 | 4 | 8340 |
| | | Sewing training center- Ibadan<br>Centre de couture à Ibadan | 60 | 3 | 7560 |
| Total | | 15<br>15 | 1315 | | 216160 |

* Le centre "Madina" de formation en Informatique a été remis à l'Université du roi Faissal au profit des étudiants universitaires.





A tailoring center established by IIROSA in Bangladesh.

Un centre de couture mis en plce par l'O.I.I.S\RAS au Bangladesh.

**Beneficiaries of the Human Resources Development Program during the year 2000 - 2001**

**Nombre des bénéficiaires du Programme de la Promotion humaine pour l'exercice 2000\2001**




**Percentage of beneficiaries of the Human Resources Development Program in 2000-2001**

**Taux des bénéficiaires des services du P.D.R.H et du Programme de la Promotion humaine pour l'exercice 2000\2001**






IIRO 000406



# Ramadan Free Meal Program

# Programme de Distribution de repas aux jeûneurs

# RAMADAN FREE MEAL PROGRAM PROGRAMME DE DISTRIBUTION DE REPAS AUX JEÛNEURS

FREE Meal Program in the Fasting month of Ramadan.

• In the year 2000 - 2001, the IIROSA spent about SR.3,062,590 in providing people fasting during the month of Ramadan with free meals to break their fasting.

• About 1,200,000 persons have benefited from these program.

• The program was implemented in about 66 countries extending from Australia in the east to South Guyana in the west.



Shortly before the advent of the month of Ramadan, the IIROSA sets the ball rolling in preparation to provide free meals to thousands of peoples observing the Ramadan fasting around the world, especially those in areas affected by natural disasters and calamities as well as those afflicted with poverty.

In fact the program has become so popular among many underprivileged societies in the world, where people joyously await the arrival and the beginning of the program every year.

L'O.I.I.S a dépensé la somme de 3 062 590 riyals pour le Programme de Distribution de repas aux jeûneurs pour l'exercice 2000\2001.

• 1200 000 jeûneurs et jeûneuses ont bénéficié du Programme de Distribution de repas aux jeûneurs pour l'exercice 2000\2001.

• Le Programme de Distribution de repas aux jeûneurs a été mis en oeuvre dans 66 pays de l'Australie à l'Est jusqu'en Guinée à l'Ouest.

Avant l'avénement du mois béni du Ramadhan de quelques jours, l'O.I.I.S



procède à l'équipement de certaines de ses structures de secours en vue de se préparer pour avoir acces aux milliers de personnes à travers le monde notamment ceux qui sont victimes des catastrophes et d'autres sinistres, ceux qui souffrent de pauvreté ou autres nécessiteux. L'O.I.I.S oeuvre par là à fournir des repas aux pauvres pendant le mois du Ramadhan afin qu'ils sentent qu'ils ont des frères à travers le monde qui pensent à eux et ressentent à leurs égards de l'amour et de la solidarité.

Ce programme de l'O.I.I.S est devenu notoire auprès de nombreuses communautés minoritaires pauvres qui l'attendent chaque année avec une grande impatience et une joie immense.

**Table (1) shows total amount spent on the Ramadan Free Meal Program during the year 2000-2001 continentally.**

**Tableau No (1) Total des dépenses pour le besoin du programme de Distribution de repas aux jeûneurs pour l'exercice 2000\2001 selon les continents**

| No. | Continent<br>Continent | Actual expenditure<br>Dépenses réelles | Beneficiary countries<br>Pays bénéficiaires | Beneficiaries<br>Nombre de bénéficiaires |
|---|---|---|---|---|
| 1 | Asia<br>Afrique | 1161340 | 33 | 535000 |
| 2 | Africa<br>Asie | 1281250 | 21 | 576500 |
| 3 | Europe<br>Europe | 575000 | 8 | 78500 |
| 4 | The Americas<br>Amériques | 10000 | 2 | 3000 |
| 5 | Australia<br>Australie | 35000 | 2 | 7000 |
| Total | | 2062590 | 66 | 1200000 |



IIRO 000408

**Table (2) shows African countries that benefited from the Ramadan Free Meal Program in the year 2000-2001**

**Tableau No (2) Dépenses effectuees pour les besoins du programme de Distribution de repas aux jeûneurs en Afrique pour l'exercice 2000/2001**

| No. | Country<br>Pays | Amount spent<br>Dépenses réelles | Beneficiaries<br>Nombre de bénéficiaires |
|---|---|---|---|
| 1 | Ethiopia<br>Ethiopie | 50000 | 10000 |
| 2 | Eritrea<br>Erythrée | 30340 | * |
| 3 | Uganda<br>Ouganda | 50000 | 20000 |
| 4 | Burkina Faso<br>Burkina Faso | 30000 | 20000 |
| 5 | Burundi<br>Burundi | 15000 | 7000 |
| 6 | Benin<br>Bénin | 15000 | 6000 |
| 7 | Tchad<br>Tchad | 100000 | 45000 |
| 8 | Tanzania<br>Tanzanie | 25000 | 12000 |
| 9 | Togo<br>Togo | 15000 | 8000 |
| 10 | Gabon<br>Gabon | 35000 | 17500 |
| 11 | Gambia<br>Gambie | 20000 | 10000 |
| 12 | South Africa<br>Afrique du Sud | 20000 | 10000 |
| 13 | Djibouti<br>Djibouti | 35000 | 17000 |
| 14 | Rwanda<br>Rwanda | 25000 | 12000 |
| 15 | Cote d' Ivoire<br>Côte d'Ivoire | 15000 | 7500 |
| 16 | Senegal<br>Sénégal | 50000 | 25000 |
| 17 | Sudan<br>Soudan | 70000 | 35000 |
| 18 | Sierra Leone<br>Sierra Leone | 35000 | 17500 |
| 19 | Somalia<br>Somalie | 55000 | 25000 |
| 20 | Ghana<br>Ghana | 30000 | 18000 |
| 21 | Guinea - Bissau<br>Guinée Bissau | 15000 | 10000 |
| 22 | Republic of Guinea<br>Guinée | 20000 | 10000 |
| 23 | Cameroon<br>Cameroun | 15000 | 10000 |
| 24 | Congo Brazzaville<br>Congo Brazzaville | 15000 | 7500 |
| 25 | D.Republic of Congo<br>Congo Démocratique | 25000 | 12500 |
| 26 | Kenya<br>Kenya | 60000 | 30000 |
| 27 | Mali<br>Mali | 35000 | 17500 |
| 28 | Egypt<br>Egypte | 25000 | 12500 |
| 29 | Morocco<br>Maroc | 10000 | 5000 |
| 30 | Mauritania<br>Mauritanie | 35000 | 17500 |
| 31 | Mozambique<br>Mozambique | 25000 | 12500 |
| 32 | Niger<br>Niger | 20000 | 10000 |
| 33 | Nigeria<br>Nigeria | 140000 | 60000 |
| Total | | 1161340 | 535000 |

**Table (3) shows Asian countries that benefited from the Ramadan Free Meal Program in the year 2000- 2001**

**Tableau No (3) Dépenses sur le programme de Distribution de repas aux jeûneurs en Asie pour l'exercice 20002001**

| No. | Country<br>Pays | Amount spent in SR.<br>Dépenses réelles | Beneficiaries<br>Nombre de bénéficiaires |
|---|---|---|---|
| 1 | Jordan<br>Jordanie | 60000 | 17000 |
| 2 | Afghanistn<br>Afghanistan | 150000 | 95000 |
| 3 | Indonesia<br>Indonésie | 100000 | 50000 |
| 4 | Pakistan<br>Pakistan | 120000 | 65000 |
| 5 | Bangladesh<br>Bangladesh | 120000 | 60000 |
| 6 | Thailand<br>Thaïlande | 50000 | 15000 |
| 7 | Isl. Reps./ Central Asia<br>Rép. islamiques | 50000 | 7000 |
| 8 | Siberia<br>Sibérie | 20000 | 1500 |
| 9 | Sri Lanka<br>Sri Lanka | 60000 | 35000 |
| 10 | Peoples Republic of China<br>Chine populaire | 25000 | 7000 |
| 11 | Iraq<br>Iraq | 56250 | 28000 |
| 12 | Philippines<br>Philippines | 20000 | 8000 |
| 13 | Vietnam<br>Viêt-nam | 10000 | 4000 |
| 14 | Iraqi - Kurdistan<br>Kurdisan | 150000 | 75000 |
| 15 | Azad Kashmir<br>Cachemire libre | 50000 | 20000 |
| 16 | Cambodia<br>Cambodge | 20000 | 8000 |
| 17 | Lebanon<br>Liban | 15000 | 3000 |
| 18 | Nepal<br>Népal | 35000 | 12000 |
| 19 | India<br>Inde* | 60000 | 30000 |
| 20 | Laos<br>Laos | 10000 | 4000 |
| 21 | Yemen<br>Yemen | 100000 | 32000 |
| Total | | 1281250 | 576500 |

* Associations chargées de l'exécution de ce programme en Inde: Association Azahra des orphelines, Commission de coordination avec les orphelinats, Université Assalihat, Dar Moussanafine.Université de Riyadh al Ulum.

**Table (4) shows European countries that benefited from the Ramadan Free Meal Program in the year 2000-2001**
**Tableau No (4) Pays européens bénéficiaires du programme de Distribution de repas aux jeûneurs pour l'exercice 2000\2001**

| No. | Country<br>Pays | Amounts spent in SR<br>Dépenses réelles | Beneficiaries<br>Nombre de bénéficiaires |
|---|---|---|---|
| 1 | Albania<br>Albanie | 150000 | 22000 |
| 2 | Bosnia-Herzegovina<br>Bosnie-Hérzégovine | 100000 | 14000 |
| 3 | Belgium<br>Belgique | 15000 | 2000 |
| 4 | Turkey<br>Turquie | 100000 | 15000 |
| 5 | Denmark<br>Danemark | 200000 | 2000 |
| 6 | Kosovo<br>Kosovo | 150000 | 20000 |
| 7 | Austria<br>Autriche | 200000 | 1500 |
| 8 | Holland<br>Hollande | 200000 | 2000 |
| Total | | 575000 | 78500 |

**Table (5)-showing countries in the Americas that benefited from the Ramadan Free Meal Program in the year 2000 - 2001**
**Tableau No (5) Pays d'Amérique bénéficiaires du programme de Distribution de repas aux jeûneurs pour l'exercice 2000\2001**

| No. | Country<br>Pays | Amount spent in SR.<br>Dépenses réelles | Beneficiaries<br>Nombre de bénéficiaires |
|---|---|---|---|
| 1 | Southern Guyana<br>Guinée du Sud | 10000 | 2000 |
| 2 | Canada<br>Canada | Surplus since 1419<br>Excédent de l'année écoulée 2000) | 1000 |
| Total | | 10000 | 3000 |

**Table (6) shows countries that benefited from the Ramadan Free Meal Program in the Australian continent in the year 2000 - 2001**
**Tableau No (6) Pays bénéficiaires du programme de Distribution de repas aux jeûneurs en Australie pour l'exercice 2000\2001**

| No. | Country<br>Pays | Amounts spent in SR.<br>Dépenses réelles | Beneficiaries<br>Nombre de bénéficiaires |
|---|---|---|---|
| 1 | Australia<br>Australie | 20000 | 4000 |
| 2 | Papua New Guinea<br>Papouasie-Nouvelle Guinée | 15000 | 3000 |
| Total | | 35000 | 7000 |

**Statement of the beneficiaries of the Free Meal Program In the various continents in the year 2000-2001**

**Nombres personnes de bénéficiaires du Programme de Distribution de repas aux jeûneurs selon les continents**




**Percentage of the amounts spent on the Free Meal Program continentally in the year 2000-2001**

**Depenses effectuees pour les besoins du Programme de Distribution de repas aux jeûneurs pour exercice 2000\2001 selon les continents**






IIROSA supplies free meals to the poor and needy people in India.
L'O.I.I.S\RAS sert des repas gratuits aux pauvres et aux nécessiteux (Inde)



IIROSA supplies free meals to the poor and needy people in Pakistan.
L'O.I.I.S\RAS sert des repas gratuits aux pauvres et sux nécessiteux (Pakistan)



IIRO 000412



# External Relations and Coordination with Islamic as well as International Institutions

# Relations extérieures et coordination avec les Organisations internationales

FIRST Membership of the International Voluntary and Umbrella Institutions and Organizations working in the Field of Relief Operations at the International Fora.
Relations with other International Organizations:

The IIROSA is very keen on maintaining excellent working relations with other international bodies with similar objectives. Thus its Bulletins are issued in the various languages of the world, and it participates constantly, and presents working papers to the various international fora and the United Nations conferences on relief issues.



***Memberships:***

The International Islamic Relief Organization is a member of the following organizations:

1- International Islamic Council for Da'wa (Isl. Propagation) and Relief.

2- Heads the General Committee on Relief at the International Islamic Council on Da'wa and Relief.

3- The Economic and Social Council of the UN.

4- Conference of the Non-Governmental Organizations. (CONGO).

5- International Organization on Migration. (IOM).

6- International Council of Voluntary Organizations. (ICVA).

7- Organization of the Islamic Conference. (OIC).

8- Saudi Arabian Joint Relief Committee for Kosovo, Turkey and Chechnya.

9- Member of the domestic committees supporting relief and other humanitarian activities.



Adhésion de l'O.I.I.S aux Agences et organisations de secours internationales
L'O.I.I.S à travers ses activités ainsi que sa réputation internationale est liée au nom du royaume d'Arabie saoudite. Cela est en lui-même un grand honneur pour l'O.I.I.S qui a toujours veillé à affirmer cette verité et ce à travers ses publications en différentes langues étrangères et ses documents de travail présentés lors des réunions internationales et conférences des Nation unies sur le Secours et autres thèmes, afin de mettre en relief le rôle pionnier du royaume d'Arabie saoudite tant au niveau de son gouvernement que de son peuple dans les domaines d'appui et d'assistances aux actions de bienfaisance, de charité et d'aide humanitaire dans le monde. L'O.I.I.S est l'une des organisations internationales de secours qui sont invités à participer aux réunions des Nations unies sur les questions de réfugiés, de la maternité, de l'enfance, des catastrophes et de Secours.

L'O.I.I.S est:

1- Membre de l'Organisation islamique mondial pour l'Education et le Secours.

2- Membre de certains comités de l'Organisation islamique mondiale pour l'Education et le Secours et préside son comité de secours général.

3- Membre du Conseil économique et social de l'ONU (ECOSOC).

4- Membre de la Conférence des Organisations non gouvernementales (CONGO).

5- Membre observateur de l'Organisation mondiale de l'Immigration (OIM).

6- Membre du Conseil mondiale des organisations bénévoles (ICVA).

7- Membre observateur de l'Organisation de la Conférence islamique (OCI).

8- Membre du comité mixte saoudien de secours pour le Kosovo, la Turquie et la Tchétchénie.

9-Membre des comités mixtes locaux composés de Gouvernorats des 13 régions du royaume d'Arabie saoudite de solidarité avec la Palestine.

***II) Coopération avec les organisations internationales pour l'exécution des programmes communs en faveur des réfugiés.***

L'O.I.I.S a des liens de coopération avec les organisations suivantes:

1- Programme mondial de l'Alimentation.

2- UNHCR: (Le Haut commissariat pour les réfugiés des Nations unies).

3- UNICEF (Le Fonds des Nations unies pour l'enfance).

4- OMS: (l'Organisation mondiale de la


IIRO 000414

***Second: Joint operations with other international organizations:***

The IIROSA is actively cooperates with the following international organization in the field of humanitarian and relief operations:

1- World Food Program of the United Nations. (WFP).

2- United Nations High Commission for Refugees. (UNHCR).

3-United Nations International Children's Emergency Fund. (UNICEF).

4- World Health Organization. (WHO).

5- SIDA in Canada.



***Third: Cooperation with other Islamic Institutions and Organizations:***

1- The International Islamic Council on Da'wa and Relief, Cairo

The IIROSA heads the General Relief Committee. and is a member of many other committees as well as the constituent body and the presidential council.



2- Organization of the Islamic Conference:

The IIROSA maintains strong ties of cooperation with the OIC. As an observer at the OIC. IIROSA participates both in the Islamic summit conferences and the Foreign Ministers' conference, during which its Secretary General submits reports concerning the relief operations of the organization in particular, and in his capacity as the president of the General Relief Committee, also submits reports on the relief activities of the Islamic relief organizations in general. Apart from its strong relations with the Islamic Solidarity Fund of the OIC. the IIROSA also participates in the meetings of the Committee on Coordination of Islamic Action of the OIC.







3- Islamic Development Bank: There are strong cooperation between the IIROSA and the Islamic Development Bank as regards the management of certain projects of the IDB. Accordingly, the IIROSA is running the health care as well as the educational projects

Santé).

SIDA du Canada, et autres Organisations similaires.

***III) Coopération avec les Organisations islamiques:***

1- L'Organisation islamique mondial pour l'Education et le Secours - Le Caire.

L'O.I.I.S préside un des comités permanents de cette organisation (Comité de secours général) et est également membre d'autres comités, elle participe aussi aux réunions du Conseil constitutif et du Conseil de la présidence de Cette organisation.

2- L'OCI: L'O.I.I.S entretient des relations étroites de coopération avec l'Organisation de la Conférence Islamique, et participe aux sommets islamiques et aux conférences des ministres des Affaires étrangères des pays islamiques. Dans le cadre des réunions de travail du comité de coordination de l'action islamique relevant de l'OCI.le Secrétaire général de l'O.I.I.S a présenté des rapports sur les activités de l'O.I.I.S de manière générale et sur celles des organisations de secours islamiques de manière particulière en sa qualité de président du Comité de secours général. L'O.I.I.S a,aussi, des liens étroits de coopération avec le Fonds de Solidarité islamique de l'OCI lequel octroie quelques assistances aux projets de secours.

3- BID: Il existe une coopération étroite et permanente entre l'O.I.I.S et la Banque Islamique de Développement dans la gestion de certains projets mis en oeuvre pa la Banque. Dans ce cadre l'O.I.I.S assure la supervision sur certains programmes de santé et d'éducation en Somalie et au Kenya. L'O.I.I.S se charge aussi de distribuer les assistances financières accordées par la BID aux réfugiés rwandais et aux

of the IDB in Kenya and Somalia, and implements the Bank's grants to Rwandan refugees in Tanzania and also to Chechnyan refugees. The IIROSA also distributed 5,000 heads of sacrificial meat supplied by the IDB in Lebanon.

4- ISESCO: The IIROSA is actively interacting with the Islamic Educational Scientific and Cultural Organization in the field of information, participation in educational, scientific and cultural events, studies, curricula and research, films and books, refresher courses for teachers, and scholarship grants to students from the Islamic minority communities.

5- Iqra Charity Society: This society works together with the IIROSA in subsidizing and running the schools of both the Burmese refugees and the children of the African community in Makkah Al-Mukarramah. The IIROSA contributes the sum of SR.100,000 to each of the two schools while Iqra supervises and runs them.

***Fourth: The AActivities of the General Relief Committee and Coordination between member organizations:***

The IIROSA heads the General Relief Committee of the International Islamic Council on Da'wa and Relief and coordinates between the member organizations. Thanks to its efforts in this regard, Islamic relief organizations are now more willing to coordinate and cooperate among themselves in the various aspects of relief activities.

***Fifth: Conferences, research and working papers:***

*(A) – Conferences:*

1-IIROSA participated in the 27th conference of the International Federation of Red Crescent and Red Cross Societies which was held in Geneva between the 31st of October and the 11th of November 1999.

2- IIROSA participated in the International Conference on Refugees, which was held in Azerbaijan on 18/5/2000. The conference was inaugurated by Deputy Premier Ali Hasanov

3- IIROSA took part in symposium organized by non-profit and technology institutions in Beirut between 12-13/6/2000.

4- IIROSA participated in the meetings of the General Assembly of the Conference of Non





déportés tchétchènes. De même qu'il a distribué cinq milles carcasses de moutons offerts au Liban par la BID.

4- ISESCO: L'O.I.I.S coopère avec l'Organisation Islamique pour l'Education,les Sciences et la Culture dans le cadre des échanges d'informations et d'invitations aux activités pédagogiques, culturelles et scientifiques d'intérêt commun, dans le cadre de l'élaboration d'études, de curriculum et de recherches, la publication de livres et la production de films, l'organisation de stages de formation, l'octroi de bourses d'études universitaires aux étudiants et étudiantes issus des communautés minoritaires.

5- IQRA: (Association saoudienne de Bienfaisance): L'O.I.I.S coopère avec cette Association dans le cadre de l'assistance et de la gestion des écoles des réfugiés birmans et des communautés africaines dans la ville de Mecque.Dans ce cadre, l'O.I.I.S apporte une assistance de cent milles riyals pour chacune de ces communautés alors que l'Association prend en charge la gestion et le fonctionement des écoles.

***IV) Activités du comité de secours général et les efforts de coordination entre les organisations membres:***

L'O.I.I.S préside le Comité de secours général de l'Organisation islamique mondial pour l'Education et le Secours et se charge des missions de coordination entre les organisations membres.Les organisations islamiques de secours accordent aujourd'hui plus d'importance à la coordination et à la coopération entre-elles que ce soit dans le cadre des échanges d'expériences,des participations aux réunions et aux conférences internationales ou du financement de projets communs au service des réfugiés ou des déportés dans le monde.

***V) Conférence, recherches et documents de travail.***

1- Conférences:

L'O.I.I.S a participé à la 27ème conférence de l'Union internationale des Associations du croissant rouge et de la croix rouge tenue à Genève du 31\10\ au 5\11\1999 correspondant au 22-27\7\1420H.

-L'O.I.I.S a participé à la conférence internationale sur les réfugiés tenue en



IIRO 000416

Governmental Organizations, which was held in Vienna between 5-8 November 2000. The organization gained 41 out of the 58 votes cast during the meetings.

5- The Secretary General of the IIROSA took part in the meetings of the Constituent body of the International Islamic Council on Da'wa and Relief, which was held in Cairo, between 7-7/9/2000. During the meetings, the participants lauded the efforts of the General Relief Committee as per the following recommendation: "The Constituent Body hereby applauds the efforts made by the General Relief Committee in the various fields of its activities, and reaffirms the importance of coordinating these efforts. The Constituent Body also calls upon member organizations to urge their branch offices and general committees in emergency areas, especially in the Central Asian countries, the Balkan and the Horn-of-Africa to coordinate their efforts with those of similar organizations in these areas, and to inform the General Relief Committee about these activities with a view of complementing the image of the Islamic relief efforts."



***(B)- Research***

(1)- IIROSA submitted a paper on: "International Islamic Relief Organization of Saudi Arabia Against Christianization in Africa" to the 8th symposium of the committee on teaching which was held in Makkah during the month of Ramadan of the year 1999 under the patronage of HRH Prince Bandar bin Salman bin Muhammed Al-Saud.



(2)- IIROSA has prepared a paper to be submitted to the first conference on Awqaf (Islamic endowments) in Saudi Arabia. The paper is entitled: "Endowment…its concept, shapes and functions under the Islamic law".

(3)- During the conference on voluntary efforts and security which was held in Riyadh under the auspices of the Naif Academy of Security Sciences between 25-27/9/2000, IIROSA submitted a paper on "Voluntary Work in Islam and the Role of the Islamic Organization in Comprehensible Development."

(4)- IIROSA has prepared a paper to be submitted to the Fourth General Islamic Conference to be held by the Muslim World League under the theme of "The Muslim Community and Globalization" early 2002.

Azerbaidjan le 18\5\2000 correspondant au 14\2\1421H inaugurée par M. Ali Hasnov, Vice Premier ministre d'Azerbaidjan et président du comité gouvernemental chargé des Affaires des réfugiés et des déportés.

-L'O.I.I.S a participé au symposium des Associations non lucratives et technologiques, tenu à Beyrouth du 12-13\6\2000 correspondant au 10-11\3\1421H à l'invitation des Institutions de la Protection sociale du Liban et le Secrétariat général de la Conférence arabe de Bienfaisance.

- L'O.I.I.S a participé aux réunions de l'Assemblée générale de la Conférence des Organisations non-gouvernementales (Congo) tenue à Vienne du 5-8\11\2000 correspondant au 9-12\8\1421H. Au cours de cette conférence, l'O.I.I.S a été élue-membre du bureau permanent de cette conférence par 41 voix sur 58 voix. Cette élection est d'autant plus significative car ce bureau ne comptait aucun représentant arabe ou musulman.

- Le Secrétaire général de l'O.I.I.S, en sa qualité de président du comité de secours général a participé aux réunions de l'Assemblée constitutive de l'Organisation islamique mondiale pour l'Education et le Secours tenues au Caire du 6-7\9\2000 correspondant au 8-9\6\1421H. L'Assemblée constitutive a rendu hommage aux efforts du comité de secours général dans son communiqué final: "L'Assemblée constitutive rend hommage aux efforts du comité de secours général dans ses divers domaines d'activités et souligne la nécessité de coopération dans le cadre de ces efforts. Elle appelle les organisations membres d'inciter leurs bureaux et leurs comités généraux dans les régions de secours d'urgence notamment dans les pays d'Asie centrale, dans la région des Balkans et dans la région de la Corne de l'Afrique à la nécessité de coordination avec les organisations similaires se trouvant dans la même région et de tenir le comité de secours général informé de leurs activités afin que les efforts de l'action de secours soient complémentaires".

2- Recherches:

- L'O.I.I.S a préparé une recherche sur les "Awqafs" (biens immobiliers cédés par des

***Sixth: Participation in international fairs***

In its vital to get involved in all charitable efforts, IIROSA has been participating in international fairs that are held in connection with charity and relief efforts as follows:

• The International Aid & Trade 98, which was held in Geneva between 6-8 October 1998.

• The Fair on Partnership between the Executive Committee of the UNHCR and the Non-Governmental Organizations, which was held in Geneva between 29/9-1/10/1999.

• The International Aid & Trade fair on mutual assistance, which was held in New York between 31/5 -1/6/2000. IIROSA displayed some of its literature and reports concerning its activities in three languages, namely, Arabic, English and French.

morts aux services de charité) leur significations, leurs formes et leurs fonctions dans la législation islamique. Cette recherche devait être presentée à la première conférence sur les Awqafs qui devait se au royaume d'Arabie saoudite à l'Université de La Mecque, mais la Conférence a été reportée à une date ultérieure.

- L'O.I.I.S a élaboré une étude sur le volontariat en Islam et le rôle des organisations islamiques dans le développement global, présentée à la Conférence sur le volontariat et la sécurité dans les pays arabes sous le thème (la sécurité est l'affaire de tous) tenue du 25-27\9\2000 correspondant au 27-29\6\1421H à Riyadh sous le patronage de l'Académie Nayef des Sciences de sécurité.

***VI) Participation aux expositions internationales:***

L'O.I.I.S a participé aux foires, aux expositions internationales et aux rencontres liées aux activités de Bienfaisance et de Secours. L'O.I.I.S a participé à l'exposition 98 sur les Assistances internationales à Genève du 6 au 8 octobre 1998 et à l'exposition du partenariat entre la commission exécutive de l'UNHCR et les ONG organisée à Genève du 29\9 au 1\10\1999. L'O.I.I.S a aussi participé à l'exposition mondiale sur le Secours mutuel de l'an 2000 organisée à New York du 31\5\ au 1\6\2000 au salon de Jacob.K.J. pavillon S302,au cours de laquelle il a exposé certaines de ses publications et autres brochures et rapports sur ses activités en arabe, en anglais et en français.









IIRO 000418



# IIROSA's Accomplishments in the Provinces:
# Réalisations de l'O.I.I.S dans le monde



A photo shows a truck with palm dates gifted by King Fahd Bin Abdul Aziz, the Custodian of the Two Holy Mosques to IIROSA for distribution to the poor and needy people in Eritrea.

Une photo moutrant un camion transportant des dattes offertes par Roi Fahd Bin Abdoul Aziz, le Serviteur des Deux Saintes Mosquées a l'O.I.I.S/RAS pour etre distribuées aux pauvres et aux necessiteux en Erythré.

# First: Asia

## 1- Azerbaijan:



During the year 2000 - 2001 IIROSA office in the Republic of Azerbaijan spent about SR.4,381,898 in running three clinics and a medical center, sponsoring 535 orphans and providing free meals during the month of Ramadan, building five cultural centers, subsidizing four teachers and running three refugee camps.

## 2- Jordan:



In the year 2000 - 2001, the IIROSA spent SR.3,018,796 on the following programs in Jordan:

1-Sponsoring 3,103 orphans, providing free meals in Ramadan, offering scholarships to 17 students and distributing palm-dates donated by King Fahd bin Abdul Aziz.

## 3- Afghanistan:

In the year 2000-2001, the IIROSA spent SR. 5,117,633, on the following programs in Afghanistan.

# I) Asie:

## 1- Azerbaidjan:

Le bureau d'Azerbaïdjan a dépensé, pour l'exercice 2000\2002, la somme de (4381898 riyals) pour la réalisation des programmes suivants:

- Gestion de 3 cliniques et d'un centre médical, prise en charge de 535 orphelins et orphelines, distribution de repas aux jeûneurs, construction de cinq centres sociaux, prise en charge de 4 enseignants et gestion de 3 camps de réfugiés.

## 2- Jordanie:

Le bureau de la Jordanie a dépensé,pour l'exercice 2000\2002, la somme de (3018796 riyals) pour la réalisation des programmes suivants: prise en charge de 3103 orphelins et orphelines, distribution de repas aux jeûneurs, gestion de 11 centres coraniques, octroi de boursesd'etudes à 11 étudiants et distribution de dattes offertes par roi Fahd.

## 3- Afghanistan:

L'O.I.I.S a dépensé pour l' Afghanistan,pour l'exercice 2000\2001, la somme de (5117633 riyals) pour la

Running a hospital and ten clinics, implementing two inoculation programs against malaria, sponsoring 3,665 orphans, subsidizing an orphanage, providing free meals in Ramadan, and the Islamic University of Science and Technology, providing urgent relief to draught victims and shipping 16 containers of palm-dates donated by King Fahd bin Abdul Aziz.

### 4- Indonesia:

In the year 2000-2001, IIROSA spent about SR.2,478,394 on the following programs in Indonesia:
Running two dispensaries, one institute, Free meals in Ramadan, constructing of 79 cultural centers, sponsoring of 3,665 male and female orphans and patronizing a supervisor.

### 5- Uzbekistan:

During the year 2000 - 2001, IIROSA offered scholarships to two Uzbek students from different Uzbek colleges, at the cost of SR4,667.

### 6- Pakistan:

In the year 2000-2001, IIROSA spent SR.4,723,307 on the following programs in Pakistan:
Running two hospitals and two clinics, sponsoring 1,328 orphans, 28 instructors, subsidizing four orphanages, free meals in Ramadan, constructing 14 cultural centers, sponsoring two students, providing urgent relief to draught victims and shippied 28 containers of palm-dates donated by King Fahd bin Abdul Aziz.

### 7- Bangladesh:

In the year 2000 - 2000, IIROSA spent SR.7,139,793 on the following programs in Bangladesh:
Running seven dispensaries, six primary schools, sponsoring 1,513 orphans, subsidizing five orphanages and a sewing and embroidery center, free meals in Ramadan, sponsors 61 instructors, five teachers, constructing 99 cultural centers, digging 147 wells, shipped 16 containers of palm-dates donated by King Fahd bin Abdul Aziz and 60 cartons containing literature.

### 8- Thailand:

In the year 2000-2001, IIROSA spent SR.1,669,361 on the following programs in Thailand:
1- Running a clinic, the Jala Islamic College, the Islamic Center of the North,

réalisation des programmes suivants: gestion d'un hôpital et de 10 cliniques, mise en oeuvre de deux programmes de vaccination et de lutte contre le malaria, prise en charge de 3665 orphelins et orphelines, appui à un orphelinat, appui à 50 cercles coranique, assistances à l'Université des sciences et de technologies, et Acheminement de 16 conteneurs de dattes offertes par roi Fahd etc...

### 4-Indonésie:

Le bureau d'Indonésie a dépensé, pour l'exercice 2000\2001, la somme de (2478394 riyals) pour la réalisation des programmes suivants: gestion de deux dispensaires et d'un institut secondaire, distribution de repas aux jeûneurs, prise en charge de 3665 orphelins et orphelines, construction de 79 centres sociaux

### 5- Ouzbékistan:

L'O.I.I.S a octroyé deux bourses d'etudes à deux étudiants Ouzbèkes, pour l'exercice 2000\2001, pour un montant de (4667 riyals)

### 6- Pakistan:

Le bureau du Pakistan a dépensé,pour l'exercice 2000\2001, la somme de (4723307 riyals) pour la réalisation des programmes suivants:gestion de deux hôpitaux et de deux cliniques, prise en charge de 1328 orphelins et orphelines, assistances à 4 orphelinats, distribution de repas aux jeûneurs, prise en charge de 28 éducateurs, construction de 14 centres sociaux et acheminement de 28 conteneurs de dattes offertes par roi Fahd.

### 7- Bangladesh:

Le bureau du Bangladesh a dépensé, pour l'exercice 2000\2001, la somme de (7139793 riyals) pour la réalisation des programmes suivants, gestion de 7 dispensaires et de 6 écoles primaires, prise en charge de 1513 orphelins assistances à 5 orphelinats, distribution de repas aux jeûneurs, apui à 30 cercles coraniques, acheminement de 2 conteneurs de secours, de 16 conteneurs de dattes offertes par roi Fahd et de 60 cartons de livres ... etc.

### 8- Thaïlande:

Le bureau de Thaïlande a dépensé, pour l'exercice 2000\2001, la somme de (1669361 riyals) pour la réalisation des programmes suivants: gestion d'une clinique, de l'Université de Jala et d'un













sponsoring 161 orphans, subsidizing an orphanage, free meals in Ramadan, building four cultural centers in addition to urgent relief operations among the victims of the floods that affected the southern parts of the country.

### 9- Daghistan:

In the year 2000-2001, IIROSA spent SR.65.333 on sponsoring of 28 Daghistani students.



### 10- Sri Lanka:

In the year 2000-2001, IIROSA spent SR.186,426 on the following programs in Sri Lanka:
Sponsoring 74 orphans (male & female), Ramadan free meal program to the needy and poor people, purchasing of a bus for instructors and assisting 22 needy families.

### 11- Saudi Arabia:

In the year 2000-2001, IIROSA spent SR.11,507,785 on the following programs in Saudi Arabia:
Subsidizing six schools belonging to the Burmese community and four schools belonging to the African community, patronizing six Burmese instructors, sponsoring three students. It also extended financial assistance to the poor and needy expatriate families and distribution of 44,634 kilograms of foodstuff and clothes through the Women's Committee and other charity organizations.



### 12- Siberia:

In the year 2000-2001, IIROSA spent SR.20,000 providing Ramadan Free Meal to more than 15,000 people, including poor, refugees, orphans and needy in Siberia.



### 13- Chechnya:

In the year 2000 - 2001, IIROSA spent SR.12,300,883 on the following programs:
Distributing 100 tons of food items including rice, wheat flour, sugar, cooking oil, macroni, milk powder, 54,150 food baskets, 7,000 health items, children and women's materials, 21,360 blankets, constructing four cultural centers for Chechnya refugees in Azerbaijan with relief items including food, clothes and blankets. It also provided medicines and artificial limbs to the poor and needy people in Azerbaijan.

Lycée au Nord, prise en charge de 161 orphelins et orphelines, assistances à un orphelinat, distribution de repas aux jeûneurs, construction de 4 centres sociaux ...etc.

### 9- Daghestan:

L'O.I.I.S a pris en charge, pour l'exercice 2000\2001, 28 étudiants du Daghestanpour un montant de (65333 riyals)

### 10- Sri-Lanka:

Ce bureau a dépensé, pour l'exercice 2000\2002, la somme de (186426 riyals) pour la réalisation des programmes suivants, prise en charge de 74 orphelins et orphelines, distribution de repas aux jeûneurs, acquisition d'un autobus pour transporter des prédicateurs ...etc.

### 11- Royaume d'Arabie Saoudite:

L'O.I.I.S a dépensé à l'intérieur du royaume d'Arabie Saoudite, pour l'exercice 2000\2001, la somme de (11507785 riyals) pour la réalisation des programmes suivants: gestion de 6 écoles de la communauté birmane et de 4 écoles des communautés africaines, prise en charge de 6 prédicateurs de la communauté birmane et octroi d'une bourse d'etudesà 3 étudiants, assistances financières aux familles pauvres résidentes en Arabie saoudite et non résidentes, distribution de 44634 kgs de produits alimentaires et de vêtements remis par les Comités des femmes.

### 12- Sibérie:

L'O.I.I.S a mis en oeuvre un programme de distribution de repas aux jeûneurs en Sibérie, pour l'exercice 2000\2001,pour un montant de (20,000 riyals) dont ont bénéficié 15,000 personnes.

### 13- Tchétchénie:

L'O.I.I.S a dépensé, pour l'exercice 2000\2001, un programme de secours pour les réfugiés tchétchènes d'un montant de (12300833 RS) pour la réalisation des programmes suivants: distribution de 100 tonnes de produits alimentairres et de 54510 paniers de nourritures et de 7000 sacs de produits sanitaires et d'articles divers nécessaires aux femmes et aux enfants dont 21360 couvertures, construction de 4 centres sociaux pour les réfugiés tchétchènes en Azerbaidjan ...etc.

**14- China:**

In the year 2000 - 2001, IIROSA spent SR.83,193 in China, to support 74 students and to implement free meal program for 7,000 persons during the month of Ramadan

**15- Tajikstan:**

In the year 2000 - 2001, IIROSA spent SR.32,667 to sponsor fourteen students, ( male and female).

**16- Iraq:**

In the year 2000 -2001, IIROSA allocated an amount of SR.56,250 for Free Meal Program that was set up to the benefit of 28,000 persons during the holy month of Ramadan.

**17- Philippines:**

In the year 2000 - 2001, IIROSA spent SR.2,249,374 on running two dispensaries and sponsoring 80 orphans, in addition to providing free meals during the holy month of Ramadan, carrying out relief operations among the victims of the civil war and refugges, distributing 15 containers of palm-dates donated by King Fahd bin Abdul Aziz and 295 kilograms of literature to different schools and colleges..

**18- Palestine:**

In the year 2000 - 2001, IIROSA spent SR.4,618,979 to sponsor 2,890 orphans ( male and female) and subsidize one orphanage.

**19- Vietnam:**

In the year 2000 - 2001, IIROSA spent an amount of SR.10,000 on providing more than 4,000 needy peoples with Free Meals during the holy month of Ramadan.

**20- Kirghizia:**

In the year 2000 - 2001, IIROSA spent SR.4,667 to sponsor two students from Kirghizia.

**21- Iraqi-Kurdistan:**

In the year 2000 - 2001, IIROSA spent an amount of SR.8,101,180 on running six health care projects, sponsoring 4,118 orphans ( male & female), providing free meal to the poor and needy peoples dur-

**14- Chine:**

L'O.I.I.S a affecté en Chine, pour l'exercice 2000\2001, la somme de (83193 riyals)pour la prise en charge de 74 étudiants et la mise en oeuvre d'un programme de distribution de repas aux jeûneurs dont ont bénéficié 7000 personnes.

**15- Tadjikistan:**

L'O.I.I.S a affecté au Tadjikistan,pour l'exercice 2000\2001, la somme de (32667 riyals) pour la prise en charge de 14 étudiants.

**16- Iraq:**

L'O.I.I.S a affecté en Iraq,pour l'exercice 2000\2001, la somme de (56250 riyals) pour la mise en oeuvre d'un programme de distribution de repas aux jeûneurs dont ont bénéficié 28000 personnes.

**17- Philippines:**

Le bureau des Philippines a dépensé,pour l'exercice 2000\2001, la somme de (2249374 riyals) pour la réalisation des programmes suivants: gestion de 2 dispensaires, prise en charge de 85 orphelins et orphelines et appui à un orphelinat, distribution de repas aux jeûneurs, campagne de secours en faveur des victimes de la guerre civile, acheminement de 15 conteneurs de dattes offertes par roi Fahd et de 295 kgs de cartons contenant des livres.

**18- Palestine:**

L'O.I.I.S a dépensé en faveur de la Palestine, pour l'exercice 2000\2001, la somme de (4618979 RS) pour la prise en charge de 2890 orphelins et appui à un orphelinat.

**19-Viêt-nam:**

L'O.I.I.S a dépensé au Viêt-nam, pour l'exercice 2000\2001, la somme de (10000 riyals) pour le programme de distribution de repas aux jeûneurs (4000 personnes).

**20- Kirghizia:**

L'O.I.I.S a dépensé au Kirghizia, pour l'exercice 2000\2001, la somme de (4667 riyals) pour la prise en charge de 2 étudiants.

**21-Kurdistan (Irak):**

Le bureau du Kurdisan a dépensé, pour l'exercice 2000\2001, la somme de (8101180 riyals) pour la réalisation des programmes suivants: gestion de 6 projets sanitaires, prise en charge de 4118

ing the holy month of Ramadan, constructing of 90 cultural centers, digging 15 wells, sponsoring of 245 instructors and 15 teachers and offering scholarships to 50 students from different schools and colleges.

**22- Azad Kashmir:**

In the year 2000 - 2001, IIROSA spent an amount of SR.461,868 on sponsoring of more than 62 orphans, providing free meals during the month of Ramadan and urgent relief items to the victims of the conflict between India and Kashmir as well as shipped five containers of palm-dates donated by King Fahd Bin Abdul Aziz.



**23- Cambodia:**

In the year 2000 - 2001, IIROSA spent an amount of SR.20,000 to provide 8,000 persons with free meals during the holy month of Ramadan.



**24- Laos:**

In the year 2000 - 2001, IIROSA spent an amount of SR.10,000 to provide 4,000 poor and needy people with free meals during the month of Ramadan.



**25- Lebanon:**

In the year 2000 - 2001, IIROSA spent an amount of SR.2,063,828 on the following programs:

Running three clinic complexes, a dispensary, an institute, two secondary schools, sponsoring 648 orphans, providing free meals during the month of Ramadan and sponsors 49 instructors and two teachers.



**26- Malaysia:**

In the year 2000 - 2001, IIROSA spent an amount of SR.2,630 to sponsor two students.



**27- Nepal:**

In the year 2000 - 2001, IIROSA spent an amount of SR.56,982 to sponsor 23 orphans (female & males), and two teachers as well as provide free meals to more than 1,200 to the needy and poor people during the holy month of Ramadan.

**28- India:**

In the year 2000 - 2001, IIROSA spent an amount of SR.1,601,698 to run a hos-

orphelins et orphelines, distribution de repas aux jeûneurs, construction de 90 centres sociaux et forage et équipement de 15 puits, prise en charge de 245 prédicateurs et de 15 enseignants et octroi de bourses d'etudes à 50 étudiants.

**22-Cachemire (Srinagar):**

Le Cachemire libre a bénéficié, pour l'exercice 2000\2001, d'une assistance de (461868 riyals) pour la réalisation des pro grammes suivants: prise en charge de 62 orphelins et orphelines, distribution de repas aux jeûneurs, campagne de secours d'urgence aux déportés de guerre entre l'Inde et le Cachemire, acheminement de 5 conteneurs de dattes offertes par roi Fahd.

**23-Cambodge:**

L'O.I.I.S a accordé à ce pays,pour l'exercice 2000\2001, une assistance de (20000 RS) pour la mise en oeuvre d'un programme de distribution de repas (20000 RS) dont ont bénéficié (8000 personnes)

**24-Laos:**

L'O.I.I.S a accordé à ce pays, pour l'exercice 2000\2001, une assistance de (10000 riyals) pour un programme de distribution de repas dont ont bénéficié (4000 personnes).

**25-Liban:**

L'O.I.I.S a accordé au Liban, pour l'exercice 1999\2000, une assistance de (2063828 riyals) pour la réalisation des programmes suivants: gestion de 3 centres médicaux, d'un dispensaire, d'un Institut et d'un Lycéem prise en charge de 648 orphelins et orphelines, distribution de repas aux jeûneurs, appui à 4 Centres coraniques...etc.

**26- Malaisie:**

L'O.I.I.S a accordé, pour l'exercice 2000\2001, des bourse d'études à deux étudiants malaisiens pour un montant de (2630 riyals).

**27- Népal:**

L'O.I.I.S a accordé à ce pays, pour l'exercice 2000\2001,une assistance de (56982 RS) pour la réalisation des programmes suivants: prise en charge de 23 orphelins, prise en charge de 2 enseignants (4800 riyals), distribution de repas à 1200 jeûneurs.

**28- Inde:**

L'O.I.I.S à dépensé en Inde, pour l'exercice 2000\2001, la somme de (1601698

pital and medical convoys, sponsor 924 orphans, provide free meals in Ramadan, build 27 cultural centers, dig 72 wells, sponsor 57 instructors and distribute 18 tons of palm-dates to the needy, poor, destitute and displaced people which was donated by King Fahad bin Abdul Aziz Al-Saud.

**29- Yemen:**

In the year 2000 - 2001, IIROSA spent an amount of SR.1,280,935 to sponsor 1,123 orphans, run two dispensaries, patronize seven teachers, build one cultural center and provide 32,000 persons with free meals during the month of Ramadan.

## Second: Africa

**1- Ethiopia:**

In the year 2000 - 2001, IIROSA spent an amount of SR.2,703,984 to run four dispensaries, a school, one training institute, sponsor 57 orphans (male & female), subsidize an orphanage, provide free meals in Ramadan, and sponsor nine instructors, extend financial assistance to two students, provide victims of the famine with urgent relief items, shipped 15 containers of foodstuff and 655 cartons containing educationary materials.

**2- Eritrea:**

In the year 2000-2001, IIROSA spent an amount of SR2,258,924 to sponsor three orphans, three students and 20 teachers, carry out relief operations among the displaced inside the country, and the refugees in eastern Sudan. Sixteen (16) containers containing palm-dates donated by King Fahd bin Abdul Aziz, including different food items milk, blankets and carpets were shipped to the country, while another eight containers were shipped to IIROSA established two refugee camps in Kalsa and Alafa. More than 1500 refugees have benefitted from these urgent relief aid

**3- Uganda:**

In the year 2000 - 2001, IIROSA spent an amount of SR.2,872,147 to run two dispensaries and one institute, sponsor 2,295 orphans, extend financial assistance to two orphanages and a sewing and computer center, provide free meals during the holy month of Ramadan, build six cultural centers, sponsor one teacher, offer scholarships to ten students (female & male) and shipped more than 530 cartons of educational literature.

riyals) pour la réalisation des programmes suivants: gestion d'un hôpital et des campagnes médicales, prise en charge de 924 orphelins et orphelines., distribution de repas aux jeûneurs, construction de 27 centres sociauxet forage et équipement 72 puits, prise en charge de 57 prédicateurs, distribution de 18 tonnes de dattes.



**29- Yemen:**

L'O.I.I.S à dépensé au Yemen, pour l'exercice 2000\2001, la somme de (1280935 riyals) pour prise en charge de 1123 orphelins, gestion de 2 dispensaires et prise en charge de de 7 enseignants, construction d'un centre social, distribution de repas à 3200 jeûneurs.



## II) Afrique:

**1-Ethiopie:**

Le bureau de l'Ethiopie a dépensé, pour l'exercice 2000\2001, la somme de (2703984 riyals) pour la gestion de 4 dispensaires,d'une école et d'un Institut scientifique, prise en charge de 57 orphelins et gestion d'un orphelinat, distribution de repas aux jeûneurs, appui à 47 cercles de lecture, prise en charge de 9 prédicateurs et octroi d'une bourse d'études à 2 étudiants, campagnes de secours à l'intention des victimes de la secheresse ...etc.



**2- Erythrée:**

L'O.I.I.S a dépensé en Erythrée, pour l'exercice 2000\2001, la somme de (225894 riyals) pour la réalisation des programmes suivants: prise en charge de 3 orphelins,de 3 étudiants et de 20 enseignants, campagnes de secours aux déportés de la guerre réfugiés à l'intérieur de l'Erythrée et aux réfugiés d'Erythrée à l'Est du Soudan (1500 refugiés) acheminement,à l'intérieur de l'Erythrée,de 16 conteneurs, dont 8 chargés de dattes offertes par roi Fahd et 8 conteneurs chargés de produits alimentaires,lait, couvertures...etc.



**3- Ouganda:**

Le bureau d'Ouganda a dépensé, pour l'exercice 2000\2001, une somme de (2872147 riyals) pour la réalisation des programmes suivants:gestion de 2 dispensaires, d'un Institut (de cycles moyen et secondaire), prise en charge de 2295 orphelins et orphelines et d'un orphelinat, d'un centre de formation d'informatique, distribution de repas aux jeûneurs, construction de 6 centres socix aux, prise en charge d'un enseignant et octroi de bourses d'etudes à 10 étudiants... etc.





**4- Benin:**

In the year 2000-2001, IIROSA spent an amount of SR.238,811 to run two dispensaries, sponsor three orphans, provide free meals in the holy month of Ramadan, sponsor three teachers, provide urgent relief assistance to the victims of the outbreak of fire in Gaqinmin, assist eight families in rebuilding of their huts as well as 74 refugees from Tchad and dispatch a computer system to IIROSA office.



**5- Burkina Faso:**

In the year 2000 - 2001, IIROSA spent an amount of SR.695,715 to run six dispensaries, sponsor 401 orphans (male & female) , provide free meals during the holy month of Ramadan and build two cultural centers.



**6- Burundi:**

In the year 2000 - 2001, IIROSA spent SR.56,583, to offer scholarships to six students, provide free meals in Ramadan and ship 195 kilograms of educational literature.



**7- Tchad:**

In the year 2000 - 2001, IIROSA spent an amount of SR.1,943,705 to run a dispensary and the King Faisal University, sponsor 867 orphans ( male & female), subsidize an orphanage and a vocational training and computer centers, provide free meals during the holy month of Ramadan, sponsor 15 instructors, build 20 cultural centers, shipped two containers of clothes and carpets to cultural centers and cartons containing 775 kilograms of educational literature.



**8- Tanzania:**

In the year 2000 - 2001, IIROSA spent an amount of SR.502,428 to run a dispensary and sponsorse193 orphans, patronize an orphanage, provide free meals in Ramadan, and shipped a container containing palm-dates and cartons of eucational literature weighing about 390 kilograms.

**4- Bénin:**

L'O.I.I.S a dépensé au Bénin, pour l'exercice 2000\2001, la somme de (238811 riyals) pour la : gestion de 2 dispensaires, prise en charge de 3 orphelins, distribution de repas aux jeûneurs, prise en charge de 3 enseignants, porter secours aux victimes d'un incendie dans le village de Ghinine, assistances accordées à 8 familles pour reconstruire leur maisons brulées, assistances à 74 réfugiés tchadien, acquisition d'un ordinateur pour le bureau de l'O.I.I.S au Bénin.

**5- Burkina Faso:**

L'O.I.I. S a dépensé au Burkina Faso, pour l'exercice 2000\2001, la somme de (795715 riyals) pour la réalisation des programmes suivants: gestion de 6 dispensaires, prise en charge de 401 orphelins, distribution de repas aux jeûneurs, onstruction de 2 centres sociaux.

**6- Burundi:**

Le bureau du Burundi a dépensé,pour l'exercice 2000\2001, la somme de (56583 riyals) pour la prise en charge de 2 enseignants, octroi de bourses d'etudes à 6 étudiants, distribution de repas aux jeûneurs, acheminement de 195 kgs de carton de livres.

**7- Tchad:**

Le bureau de Tchad a dépensé, pour l'exercice 2000\2001, la somme de (1943705 riyals) pour la gestion d'un dispensaire et de l'Université du roi Faissal, la prise en charge de 867 orphelins et appui à un orphelinat, à un centre de formation professionnelle et à un centre de formation en informatique, distribution de repas aux jeûneurs, prise en charge de15 prédicateurs, construction de 20 centres sociaux, acheminement de 2 conteneurs de vêtements et de couvertures a des centres cultur els et de 770 kilograms de cartons de livres.

**8- Tanzanie:**

Le bureau de Tanzanie a dépensé, pour l'exercice 2000\2001, la somme de (502428 riyals) pour la gestion d'un dispensaire et prise en charge de 193 orphelins et orphelines et d'un orphelinat, distribution de repas aux jeûneurs, prise en charge de 22 cercles coraniques, acheminement d'un conteneur de dattes et 390 kgs de cartons de livres.

**9- Togo:**

In the year 2000 - 2001, IIROSA spent an amount of SR.82,588 to run a dispensary, sponsorfour orphans and provide free meal in Ramadan.

**10- Tunisia:**

In the year 2000 - 2001, IIROSA spent an amount of SR.2,151 to sponsor two orphans.

**11- Gabon:**

In the year 2000 - 2001, IIROSA spent an amount of SR.35,000 to provide free meals to about 17,500 persons during the holy month of Ramadan.

**12- Gambia:**

In the year 2000 - 2001, IIROSA spent an amount of SR.399,487 to run a dispensary and a dental clinic, sponsor 145 orphans, provide free meals during the holy month of Ramadan, patronize four instructors and four teachers, construct a cultural and ship a container of palm-dates donated by King Fahd bin Abdul Aziz.

**13- Comoro Island:**

In the year 2000 - 2001 IIROSA spent an amount of SR.363,072 to run four dispensaries and ship a container of palm-dates donated by King Fahd bin Abdul Aziz.

**14- South Africa:**

In the year 2000 - 2001, IIROSA spent an amount of SR. 20,000 to provide 10,000 persons with free meals during the month of Ramadan.

**15- Djibouti:**

In the year 2000 - 2001, IIROSA spent an amount of SR.1,259,325 to sponsor 41 orphans, run a sewing center, provide free meals during the holy month of Ramadan and ship 18 containers of palm-dates donated by King Fahd bin Abdul Aziz..

**16- Rwanda:**

In the year 2000 - 2001, IIROSA spent an amount of SR.25,000 to provide 12,000



**9- Togo:**

L'O.I.iS a dépensé au Togo, pour l'exercice 2000\2001, la somme de (82588 riyals) pour la gestion d'un dispensaire, prise en charge de 4 orphelins et distribution de repas aux jeûneurs.



**10-Tunisie:**

L'O.I.I.S a pris en charge, pour l'exercice 2000\2001, 2 orphelins pour une assistance de (2151 riyals).



**11-Gabon:**

L'O.I.I.S a dépensé au Gabon, pour l'exercice 2000\2001, la somme de (35000 riyals) pour l'exécution d'un programme de distribution de repas aux jeûneurs dont ont bénéficié 17500 personnes.



**12-Gambie:**

L'O.I.I.S a dépensé en Gambie, pour l'exercice 2000\2001, la somme de (399487 riyals)pour la gestion d'un dispensaire et d'une clinique dentaire, prise en charge de 145 orphelins et orphelines, distribution de repas aux jeûneurs, prise en charge de 4 prédicateurs et de 4 enseignants, construction d'un centre social, acheminement d'un conteneur de dattes offertes par roi Fahd.



**13- Comores:**

L'O.I.I.S a dépensé aux Comores pour l'exercice 2000\2001, la somme de (363072 riyals) pour la gestion de 4 dispensaires, acheminement d'un conteneurs de dattes.



**14-Afrique du Sud:**

L'O.I.I.S a dépensé en Afrique du Sud,pour l'exercice 2000\2001, la somme de (20000 riyals) pour l'exécution d'un programme de distribution de repas aux jeûneurs dont ont bénéficié 10 000 personnes.



**15-Djibouti:**

L'O.I.I.S a dépensé au Djibouti, pour l'exercice 2000\2001, la somme de (1259325 riyals) pour la prise en charge de 41 orphelins et , gestion d'un centre de couture, distribution de repas aux jeûneurs, acheminement de 18 conteneurs de produits alimentaires (dattes et lait) dont 8 offerts par roi Fahd.

**16- Rwanda:**

L'O.I.I.S a dépensé au Rwanda, pour

l'exercice 2000\2001, la somme de (25000 riyals)pour l'exécution d'un pro-



needy and poor people with free meals during the holy month of Ramadan

### 17- Zambia:



In the year 2000 - 2001, IIROSA spent an amount of SR.3,666 to sponsor six orphans.

### 18- Cote d'Ivoire:



In the year 2000 - 2001, IIROSA spent SR.86,473 to sponsor 48 orphans, provide free meals in Ramadan and patronize nine instructors and three teachers.

### 19- Senegal:



In the year 2000 - 2001, IIROSA spent an amount of SR.1,360448 to run three dispensaries, sponsor 809 orphans, run a primary education institute, provide free meals in Ramadan, sponsor six instructors, build one cultural center, shipped urgent relief items to flood victims and shipped two containers of palm-dates donated by King Fahd bin Abdul Aziz.

### 20- Sudan:



In the year 2000 - 2001, IIROSA spent an amount of SR.8,381,413 to run eight dispensaries and eight clinics as well as three pharmacies, three institutes in the south consisting of primary, elementary and secondary school levels, a students hostel in Khartoum, sponsor 1,940 orphans (male & female), provide free meals during the holy month of Ramadan, build a cultural center, distributed relief materials to the victims of the war in the south and the victims of the floods in the north, shipped 35 containers of relief items including 20 containers of palm-dates donated by King Fahad bin Abdul Aziz . It also shipped educational literature, carpets and one electric generator to an educational institute in Malakal.

### 21- Sierra Leone:



In the year 2000 - 2001, IIROSA spent an amount of SR.1,184,121 to sponsor two instructors, provide free meals during the holy month of Ramadan, provide victims of the civil war with urgent relief, open a refugee camp for 7,000 refugees in Freetown, distributed seed, fertilizers and other agricultural equipments to more than 500 families and shipped 15 containers of palm-dates donated by King Fahad bin Abdul Aziz.

gramme de distribution de repas a 12000 jeûneurs.

### 17- Zambie:

L'O.I.I.S a pris en charge, pour l'exercice 2000\2001, 6 orphelins en Zambie pour une assistance de (3666 riyals)

### 18- Côte d'Ivoire:

L'O.I.I.S a dépensé en Côte d'Ivoire, pour l'exercice 2000\2001, la somme de (86 473 riyals) pour la prise en charge de 58 orphelins, prise en charge de 9 prédicateurs et 3 enseignants...etc.

### 19- Sénégal:

Le bureau du Sénégal a dépensé,pour l'exercice 2000\2001, la somme de (1360448 ryals) pour la gestion de 3 dispensaires et prise en charge de 809 orphelins et orphelines, gestion d'une école primaire ( Dar al Hikma), distribution de repas aux jeûneurs, prise en charge de 6 prédicateurs, construction d'un centre social, campagne de secours aux victimes d'inondations... etc.

### 20- Soudan:

Le bureau du soudan a dépensé,pour l'exercice 2000\2001, la somme de (8 381 413 ryals) pour la gestion de 8 dispensaires, de 7 cliniques,de 3 pharmacies et de 3 instituts scolaires(primaire, moyen et secondaire) au Sud du pays, gestion d'un habitat pour étudiants à Khartoum, prise en charge de 1940 orphelins et orphelines, distribution de repas aux jeûneurs, gestion de 40 cercles coraniques, construction d'un centre social, campagnes de secours aux victimes fuyant la guerre aux Sud et les victimes d'inondations aux Nord, acheminement de 35 conteneurs de produits de secours dont 20 conteneurs de dattes offertes par roi Fahd, envoi de livres, de couvertures et d'un groupe electrogéne à l' Institut de Malkal.

### 21-Sierra Leone:

Le bureau de la Sierra Leone a dépensé, pour l'exercice 2000\2001, la somme de (1184121 ryals) pour la prise en charge de 2 prédicateurs et distribution de repas aux jeûneurs, campagne de secours secours d'urgence aux victimes fuyant la guerre, et gestion d'un camp de réfugiés à Freetown (7000 personnes), distribution de semences, d'engrais et de matériels agricoles à 500 familles d'agriculteurs...ect.

### 22- Somalia:

In the year 2000 - 2001, IIROSA spent an amount of SR.6,380,612 to run two dispensaries and two Taiba educational complexes consisting of primary, elementary and secondary levels of education, ship educational literature and other school materials, sponsor 2,168 orphans ( male and female) and a sewing center, provid free meals during the holy month of Ramadan, and sponsor 61 instructors, extend scholarships for 38 students, distribut relief materials for the victims of the famine and draught, launch anti-cholera campaigns, ship 35 containers of relief items, about 15 of them carrying palm-dates donated by King Fahd bin Abdul Aziz. In addition to two shipments of relief items sent by IIROSA office in Sharjah and also dig several artesian and surface wells.

### 23- Ghana:

In the year 2000 - 2001, IIROSA spent an amount of SR.305,330 to sponsor 38 orphans, provide free meals during holy month of Ramadan, sponsor two instructors, help Sierra Leonean refugees in Ghana and ship three containers of palm-dates donated by King Fahd bin Abdul Aziz.

### 24- Guinea – Bissau:

In the year 2000 - 2001, IIROSA spent an amount of SR.103,643 to sponsor 46 orphans, patronize an instructor, build a cultural center and provide free meals during the month of Ramadan.

### 25- Republic of Guinea:

In the year 2000 - 2001, IIROSA spent an amount of SR.1,058,823 to patronize four instructors and four teachers, sponsor one orphan, provide free meals during the holy month of Ramadan, help Sierra Leonean refugees in Guinea, ship 12 containers of palm-dates donated by King Fahd bin Abdul Aziz and ship a container with rice and educational materials in the refugee camps.

### 22-Somalie:

Le bureau de la Somalie a dépensé,pour l'exercice 2000\2001, la somme de (6380612 ryals) pour la gestion de 2 dispensaires, et deux établissements scolaires de "Taïba" comprenant les trois cycles d'enseignement ( primaire,moyen et secondaire). Envoi de livres et d'articles scolaires, prise en charge de 2168 orphelins et orphelines, gestion d'un centre de couture distribution de repas aux jeûneurs et 2 coordinateurs pour un cout de (2947548 riyals), prise en charge de 75 cercles coraniques, prise en charge 61 prédicateurs, octroi de bourses d'etudes à 37 étudiants, campagnes de secours au profit des victimes de la secheresse et campagne de lutte contre le choléra, acheminement de 35 conteneurs de produits alimentaires dont 15 conteneurs de dattes offertes par roi Fahd ... etc.



### 23- Ghana:

L'O.I.I.S a dépensé au Ghana,pour l'exercice 2000\2001, la somme de (305330 riyals) pour la prise en charge de 38 orphelins, distribution de repas aux jeûneurs, prise en charge de 2 éducateurs, campagne Secours d'urgence a l'intention des réfugiés Sierra Léonais au Ghana, acheminement de 3 conteneurs de dattes offertes par roi Fahd.



### 24- Guinée Bissau:

L'O.I.I.S a dépensé en Guinée Bissau pour l'exercice 2000\2001, la somme de (103643 riyals) pour la prise en charge de 46 orphelin(e) et d'un prédicateur, construction d'un centre social et distribution de repas aux jeûneurs.



### 25- Guinée:

L'O.I.I.S a dépensé en Guinée, pour l'exercice 2000\2001, la somme de (1058823 riyals) pour la prise en charge de 4 prédicateurs, de 4 enseignants et d'un seul orphelin, distribution de repas aux jeûneurs, campagne de secours d'urgence aux réfugiés de Sierra Leone en Guinée, acheminement de 12 conteneurs de dattes offertes par roi Fahd en plus d'un autre conteneur de vivres(riz) et de livres dans le cadre du programme des secours d'urgence dans le camps des réfugiés.





### 26- Cameroon

In the year 2000 - 2001, IIROSA spent an amount of SR. 278,500 to build ten cultural centers and provide free meals to about 7,500 persons during the fasting month of Ramadan.

### 26- Cameroun:

L'O.I.I.S a dépensé au Cameroun, pour l'exercice 2000\2001, la somme de (278500 riyals) pour la construction de 10 centres sociaux et distribution de repas aux jeûneurs dont ont bénéficié 7500 personnes.



### 27- Republic of Congo – Brazzaville:

In the year 2000 - 2001, IIROSA spent an amount of SR. 15,000 to provide 7,500 persons with free meals during the month of Ramadan.

### 27- Congo brazzaville:

L'O.I.I.S a dépensé au Congo brazzaville, pour l'exercice 2000\2001, la somme de(15000 riyals) pour la distribution de repas aux jeûneurs dont ont bénéficié 7500 personnes.



### 28- Democratic Republic of Congo:

In the year 2000 - 2001, IIROSA spent an amount of SR. 25,000 to provide 12,500 persons with free meals during the month of Ramadan.

### 28- Congo démocratique:

L'O.I.I.S a dépensé au Congo démocratique,pour l'exercice 2000\2001, la somme de (25000 riyals) pour la distribution de repas aux jeûneurs dont ont bénéficié 12500 personnes.



### 29- Kenya:

In the year 2000 - 2001, IIROSA spent an amount of SR.544,178 to run a dispensary, the teachers Training College in Mombassa, sponsor 112 orphans, subsidize an orphanage, provide free meals during the holy month of Ramadan, ship cartons of educational literature weighing 509 kilograms and a computer system, and paid amounts due to the joint cooperative project with the World Food Program, (WFP).

### 29- Kenya:

L'O.I.I.S a dépensé au Kenya,pour l'exercice 2000\2001, la somme de (544178 riyals) pour la gestion d'un dispensaire et d'une école de formation d'enseignants à Mombassa, prise en charge de 112 orphelin(e)s et gestion d'un orphelinat, distribution de repas aux jeûneurs, acheminement de 509 kgs de cartons de livres et fourniture d'un ordinateur, paiement des sommes d'argents dues au projet de coopération commune avec le Programme mondial de l'alimentation.



### 30- Liberia:

In the year 2000 - 2001, IIROSA, in cooperation with Prince Saud bin Bandar Islamic society spent an amount of SR. 877,875 to provide about 3,000 victims of the civil war with relief items, and to distribute twelve containers of palm-dates donated by King Fahd bin Abdul Aziz to 48,000 needy, poor, refugees and destitutes.

### 30- Liberia:

L'O.I.I.S a dépensé au Liberia,pour l'exercice 2000\2001, la somme de (877875 riyals) pour la campagne de secours aux victimes des conflits internes au Liberia avec la coopération de l'Association du prince Saoud ben Bandar au Liberia dont ont bénéficié 3000 personnes environ, acheminement de 12conteneurs de dattes offertes par roi Fahd dont ont bénéficié 480000 personnes.



### 31- Mali:

In the year 2000 - 2001, IIROSA spent an amount of SR.267,818 to sponsor 86 orphans, run two sewing centers, provide free meals in Ramadan, build a cultural center, sponsor five teachers and sent a computer system to the urgent relief program.

### 31- Mali:

L'O.I.I.S a dépensé au Mali, pour l'exercice 2000\2001, la somme de (267818 riyals) pour la prise en charge de 87 orphelins et orphelines, distribution de repas aux jeûneurs, construction d'un centre social, prise en charge de 5 enseignants, fourniture d'un ordinateur au Programme de secours d'urgence.

### 32- Madagascar:

In the year 2000 - 2001, IIROSA spent an amount of SR.2,493 to run three Qur'an memorizations centers.

### 33- Egypt:

In the year 2000 - 2001, IIROSA spent an amount of SR.2,177,097 to run four buildings housing which accommodates more than 171 persons. IIROSA also sponsors students of Al-Azhar University, 2,351 orphans ( male and female), provid free meals in Ramadan, patronize one teacher and one student studying at the expense of King Fahd bin Abdul Aziz .

### 34- Morocco:

In the year 2000 - 2001, IIROSAS spent SR. 691,741 to sponsor 414 orphans and provid free meals during the month of Ramadan.

### 35- Malawi:

In the year 2000 - 2001, IIROSA spent SR.102,000 to sponsor 100 orphans and subsidize an orphanage.

### 36- Mauritania:

In the year 2000 - 2001, IIROSA spent an amount of SR.1,221,196 to run a dispensary and a nutrition center, sponsor 490 orphans ( male & female), subsidize one orphanage, run a sewing and fabrics center, provide free meals during the holy month of Ramadan, build four cultural centers. provide victims of the floods with urgent relief items and ship cartons containing educational materials weighing 295 kilograms and computer system.

### 37- Mauritius:

In the year 2000 - 2001, IIROSA spent an amont of SR.30,793 to sponsor 45 orphans.

### 38- Mozambique:

In the year 2000 - 2001 IIROSA spent an amount of SR.528,560 to sponsor 121 orphans ( female & male), provid free meals during the holy month of Ramadan, and carry out relief operations among the victims of the floods in different places.

### 32- Madagascar:



L'O.I.I.S a dépensé au Madagascar, pour l'exercice 2000\2001, la somme de (2493 riyals) pour la gestion de 3 cercles coraniques.

### 33- Egypte:



Le bureau de l'Egypte a dépensé, pour l'exercice 2000\2001, la somme de (2177097 ryals) pour la gestion de 4 immeubles d'hébergement de (171 étudiant(e)s) étudiants de l'Université d'al Azhar pris en charge par l'O.I.I.S, dont 13 étudiant(e)s résident avec leurs familles, prise en charge de 2351 orphelins et orphelines, distribution de repas aux jeûneurs, prise en charge d'un enseignant et d'un étudiant bénéficiant d'une bourse d'etudes du roi Fahd.

### 34- Maroc:



L'O.I.I.S a dépensé au Maroc, pour l'exercice 2000\2001, la somme de (691741 riyals) pour la prise en charge de 414 orphelins et orphelines.

### 35- Malawi:



L'O.I.I.S a dépensé au Malawi,en l'an 1999\2000,la somme de (102000 riyals) pour la prise en charge de 100 orphelins et orphelines.

### 36- Mauritanie:



Le bureau de la Mauritanie a dépensé, pour l'exercice 2000\2001, la somme de (1221196 ryals) pour la- gestion d'un dispensaire et d'un centre d'alimentation, prise en charge de 490 orphelins et orphelines et appui à un orphelinat, gestion d'un centre de couture et de tissage, distribution de repas aux jeûneurs, prise en charge de 15 cercles coraniques et construction de 4 centres sociaux, campagne de secours d'urgence au profit des victimes d'inondations, envoi de 295 cartons de livres et fourniture d'un ordinateur.

### 37-Iles Maurice:



L'O.I.I.S a dépensé aux Ile Maurice,pour l'exercice 2000\2001, la somme de (30793 riyals) pour la prise en charge de 45 orphelins et orphelines.

### 38- Mozambique:



L'O.I.I.S a dépensé au Mozambique, pour l'exercice 2000\2001, la somme de (528560 riyals) pour la prise en charge de 121 orphelins et orphelines, distribution de repas aux jeûneurs, prise en charge de 15 cercles coraniques campagne de secours d'urgence au profit des victimes des inondations.



### 39- Niger:

In the year 2000 - 2001, IIRO spent an amount of SR. 280,343 to run a dispensary, sponsor two orphans, provid free meals during the holy month of Ramadan, build two cultural centers dig a well and distribut 360 tons of flour to more than 267 families and provid flood victims with urgent relief including rice, wheat flour, cooking oil, sugar, soap milk powder, macroni and clothes.



### 40- Nigeria:

In the year 2000 - 2001, IIROSA spent an amount of SR.1,723,161 to run two clinics and a teachers training institute, organize new courses for government school teachers, open four sewing and fabrics centers, one printing and secretarial center, sponsor 771 orphans ( male & female), provide free meal during the holy month of Ramadan, sponsor 111 instructors and four teachers, build seven cultural centers and ship 540 kilograms of medicine and medical equipment.

## Third: Europe



### 1- Spain:

In the year 2000 - 2001, IIROSA spent an amount of SR.9,416 to sponsor 11 orphans.



### 2- Albania:

In the year 2000 - 2001, IIROSA spent SR.898,294 to sponsor 800 orphans, run a computer literacy center, provide free meals in Ramadan and offer scholarships to two students.



### 3- Italy:

In the year 2000 - 2001 IIROSA spent an amount of SR.5,264 to sponsor one orphan.



### 4- Bosnia- Herzegovina:

In the year 2000 - 2001 IIROSA spent an amount of SR.2,889,379 to run a dispensary, a pharmacy and physiotherapy center, sponsor 1,321 orphans ( male & female), contribute in reconstructing the

### 39- Niger:

L'O.I.I.S a dépensé au Niger, pour l'exercice 2000\2001, la somme de (280343 riyals) pour la gestion d'un dispensaire, prise en charge de 2 orphelins, distribution de repas aux jeûneurs, construction de 2 centres sociaux et forage et équipement d'un puits, campagne de secours d'urgence au profit des victimes des inondations (distribution de 360 tonnes de millets pour 267 familles).

### 40- Nigeria:

Le bureau du Nigeria a dépensé, pour l'exercice 2000\2001, la somme de (1723161 riyals) pour la gestion de deux cliniques et d'un Institut de formation d' enseignants, organisation de stages de formation pour les enseignants du gouvernement, prise en charge de 4 centres de couture et de tissage et d'un centre de dactylographie et de secrétariat, prise en charge de 771 orphelin(e)s et de 111 prédicateurs et de 4 enseignants, construction de 7 centres sociaux, envoi de 540 kgs de médicaments et de matériels sanitaires.

## III) Europe:

### 1- Espagne:

L'O.I.I.S a financé en Espagne, pour l'exercice 2000\2001, la prise en charge de 11 orphelin(e)s pour un montant de (9416 riyals)

### 2- Albanie:

Le bureau de l'Albanie a dépensé, pour l'exercice 2000\2001, la somme de (898294 riyals) pour la prise en charge de 800 orphelins et orphelines, gestion d'un centre de formation en Informatique, distribution de repas aux jeûneurs, octroi de bourses scolaires à 2 étudiants.

### 3- Italie:

L'O.I.I.S a financé en Italie, pour l'exercice 2000\2001, la prise en charge d'un orphelin pour un montant de (52464 riyals)

### 4- Bosnie-Hérzégovine:

L'O.I.I.S a dépensé en Bosnie-Hérzégovine,pour l'exercice 2000\2001, la somme de (2889379 riyals) pour la gestion d'un dispensaire, d'une pharmacie et d'un centre médical, prise en charge de 1321 orphelins et orphelines, organisation d'un concours de recitation

homes of destitute Bosnian people and provid urgent relief to more than 1,500 old age persons and pensioners at Djep Gorazde, pay the subscription fees of the coordination council for the relief of the people of Bosnia.

**5- Belgium:**

In the year 2000 - 2001, IIROSA spent SR.15,000 to provide 2,000 persons with free meals during the month of Ramadan.

**6- Turkey:**

In the year 2000 - 2001, IIROSA spent SR.100,000 to provide 15,000 persons with free meals during the month of Ramadan

**7- Denmark:**

In the year 2000 - 2001, IIROSA spent an amount of SR. 20,000 to provide 2,000 persons free meals during the holy month of Ramadan.

**8- Switzerland:**

In the year 2000 - 2001, IIROSA spent an amount of SR.27,000 on its representative in Geneva in order to maintain direct relations with the UNHCR, the ICVA and the ECOSOC as well as other international organizations concerned with humanitarian services.

**9-Kosovo:**

In the year 2000 - 2001, IIROSA spent an amount of SR.16,289,850 to distribute 49,840 liters of milk to the handicapped, the elderly, orphans, poor and needy families as well as 12,320 kilograms of presents to Kosovo children on the occasion of the Eid festivals. Moreover, IIROSA distributed large amounts of foodstuff including kitchen utensils, shoes, ready-made garments, clothes and bedsheets weighing about 120,000 kilograms, and shipped 38 containers carrying medicines

du Saint Coran et participation dans la reconstruction des maisons de réfugiés déportés, octroi d'une assistance de secours d'urgence a de 1500 familles et vieillards et de retraités dans la région de Goradja et paiement des droits de participation du Conseil de coordination pour le secours du peuple bosniaque.

**5- Belgique:**



L'O.I.I.S a financé en Belgique, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (15000 riyals) dont ont bénéficié 2000 personnes.

**6- Turquie:**



L'O.I.I.S a financé en Turquie, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (100000 riyals) dont ont bénéficié 15 000 personnes.

**7- Danemark:**



L'O.I.I.S a financé au Danemark, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (20000 riyals) dont ont bénéficié 2000 personnes.

**8- Suisse:**



L'O.I.I.S a dépensé, pour l'excercice 2000/2001, une somme de 27000 SR sur son bureau de représentation à Genève afin promouvoir une relation directe avec HCR, ICVA et Conseil économique et social des Nations unies et autres organisations concernées par l'aide humanitaire.

**9- Kosovo:**

L'O.I.I.S a dépensé au Kosovo, pour l'exercice 2000\2001, la somme de (16289850 riyals) pour la distribution de 49840 litres de lait pour les handicapés,les vieillards, les orphelins, les familles pauvres, les maternités,les camps de réfugiés,les hôpitaux et les centres de sante, distribution de 12320 kgs de cadeaux aux enfants et aux orphelins du Kosovo à l'occasion de la fête de l'Aid, distribution de produits alimentaires, ustensiles ménagers, chaussures, vêtements neufs, tissus et couvertures d'un poid de 120000kgs, acheminement de 38 conteneurs (d'un poid total de 282525 kgs)chargés de médicaments, d'appareils et d'équipements sanitaires, d'articles d'hygiène, des vivres, de lait,

and medical equipment, detergents, foodstuff and milk, tents, blankets, clothes, kitchen utensils, two vehicles (land cruiser jeeps), carpets for the cultural center, public address systems and computer systems weighing 282,525 in ToTo. Besides, IIROSA spent an amount of SR.150,000 to provide free meals during the holy month of Ramadan.



### 10- Austria:

In the year 1200 - 2001, IIROSA spent an amount of SR.20,000 to provide 1,500 persons with free meals during the month of Ramadan.



### 11- The Netherlands:

In the year 2000 - 2001, IIROSA spent an amount of SR.20,000 to provide 2,000 persons with free meals during the fasting month of Ramadan.



### 12 - Greece:

In the year 2000 - 2001, IIROSA spent an amount of SR.4,527 to sponsor three orphans.

## Fourth: The Americas:



### 1- Brazil:

In the year 2000 - 2001, IIROSA spent an amount of SR. 22,539 to sponsor four instructors.



### 3- South Guyana:

In the year 2000 - 2001, IIROSA spent an amount of SR10,000 to provide 2,000 persons with free meals during the holy month of Ramadan.



### 4- Canada:

In the year 2000 - 2001, IIROSA spent an amount of SR.15,000 to provide 1,000 persons with free meals during the fasting month of Ramadan.

de couvertures, de tentes, de vêtements, d'ustensiles ménagers, 2 véhicules "Jeep Land cruiser",d'équipements de sonori sation et de tapis aux centres sociaux et d'un micro-ordinateur. distribution de repas aux jeûneurs pour un montant de 150000 riyals, inauguration de quelques projets de l'O.I.I.S par le Dr. Ali Annamla ministre saoudien du Travail et des Affaires sociales, lors de sa visite au Kosovo le correspondant au 6-10\5\2001, notamment au village du prince Nayef où l'O.I.I.S a restauré 34 maisons, le centre social de Fuchtri.

### 10- Autriche:

L'O.I.I.S a financé en Autriche, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (20000 riyals) dont ont bénéficié 1500 personnes.

### 11- Hollande:

L'O.I.I.S a financé en Hollande, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (20000 riyals) dont ont bénéficié 2000 personnes.

### 12- Grèce:

L'O.I.I.S a financé en Grèce, pour l'exercice 2000\2001, la prise en charge de 3 orphelins pour un montant de (4527 riyals).

## IV) Amérique du Sud:

### 1- Brésil:

L'O.I.I.S a financé au Brésil,pour l'exercice 2000\2001, la prise en charge de 4 éducateurs pour un montant de (22539 riyals)

### 2- Guyane du Sud:

L'O.I.I.S a financé en Guyane du Sud,pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (10000 riyals) dont ont bénéficié 2000 personnes.

### 3- Canada:

L'O.I.I.S a financé au Canada, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (15000 riyals) dont ont bénéficié 1000 personnes.

## Fifth: Australia:

### 1- Australia:

In the year 2000 - 2001 IIROSA spent SR 20,000 to provide 4,000 persons with free meals in Ramadan.

### 2- Papua New Guinea:

In the year 2000-2001 IIROSA spent an amount of SR. 15,000 to provide 3,000 needy, poor, orphans, refugees and destitute with free meals during the holy month of Ramadan.

## V) Australie:

### 1- Australie:

L'O.I.I.S a financé en Australie,pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (20000 riyals) dont ont bénéficié 4000 personnes.

### 2- Papouasie - Nouvelle Guinée:

L'O.I.I.S a financé en Nouvelle Guinée, pour l'exercice 2000\2001, un programme de distribution de repas aux jeûneurs pour un montant de (15000 riyals) dont ont bénéficié 3000 personnes.





International Islamic Relief Organization of Saudi Arabia
Appeals to well wishers all over the world to come to the aid
of their brothers and sisters worldwide.
Every drop of sacrifice would yield good and be useful.

Donation may be deposited through the following IIROSA unified accounts at
Al-Rajhi Company for Banking and Investment

L'ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS
du royaume d'Arabie saoudite
appelle tous les Musulmans à aider leurs frères et soeurs à travers le monde
Un don fut-il une goutte d'eau est toujours le bienvenu
Les dons sont versés dans les comptes de l'O.I.I.S suivants dans toutes les branches de la Banque d'Investissements d'Arrajhi

| | |
|---|---|
| Sadaqa and General Donations | Compte des donations et des aumônes générales |
| 7/77700 | 7/77700 |
| Zakat | Compte de Zakat |
| 5/77701 | 5/77701 |
| Refugees & Disaster victims | Compte des réfugiés et des victimes des catastrophes |
| 3/77702 | 3/77702 |
| Orphans | Compte des orphelins |
| 1/77703 | 1/77703 |
| Treatment by Sadaqa | Compte de la cure avec les aumônes |
| 6/77705 | 6/77705 |
| Schools and Qur'an memorization | Compte des ecoles et des cours de lecture |
| 4/77706 | 4/77706 |
| Sanabi Al-Khair | Compte des epis du Bien |
| 2/77707 | 2/77707 |
| Cultural centers | Compte des Centres sociaux |
| 4/77792 | 4/77792 |
| Well Digging | Compte des puits |
| 9/77718 | 9/77718 |
| Useful Knowledge | Compte de la science utile |
| 5/77720 | 5/77720 |
| Vocational Training | Compte de la formation professionnelle |
| 0/77770 | 0/77770 |
| Free Meals in Ramadan | Compte de distribution des repas du ramadan |
| 4/77730 | 4/77730 |
| Sacrificial Ram | Compte du mouton de l'Aid |
| 2/77750 | 2/77750 |
| Needy Families in Saudi Arabia | Compte des familles pauvres en Arabie saoudite |
| 0/77713 | 0/77713 |

International Islamic Relief Organization of Saudi Arabia
Appeals to Muslims all over the world to come to the aid
Of their brothers and sisters worldwide.
Every drop of sacrifice would yield good and be useful.

Donation may be deposited through the following IIROSA unified accounts at
Al-Rajhi Company for Banking and Investment

L'ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS
du royaume d'Arabie saoudite
appelle tous les Musulmans à aider leurs frères et soeurs à travers le monde
Un don fut-il une goutte d'eau est toujours le bienvenu
Les dons sont versés dans les comptes de l'O.I.I.S suivants dans toutes les branches de la Banque d'Investissements d'Arrajhi

| | |
|---|---|
| Sadaqa and General Donations | Compte des donations et des aumônes générales |
| 7/77700 | 7/77700 |
| Zakat | Compte de Zakat |
| 5/77701 | 5/77701 |
| Refugees & Disaster victims | Compte des réfugiés et des victimes des catastrophes |
| 3/77702 | 3/77702 |
| Orphans | Compte des orphelins |
| 1/77703 | 1/77703 |
| Treatment by Sadaqa | Compte de la cure avec les aumônes |
| 6/77705 | 6/77705 |
| Schools & Qur'an Memorization | Compte des ecoles et des cours de lecture |
| 4/77706 | 4/77706 |
| Sanabi Al-Khair | Compte des epis du Bien |
| 2/77707 | 2/77707 |
| Cultural Centers | Compte des Centres sociaux |
| 4/77792 | 4/77792 |
| Well Digging | Compte des puits |
| 9/77718 | 9/77718 |
| Useful Knowledge | Compte de la science utile |
| 5/77720 | 5/77720 |
| Vocational Training | Compte de la formation professionnelle |
| 0/77770 | 0/77770 |
| Free Meals in Ramadan | Compte de distribution des repas du ramadan |
| 4/77730 | 4/77730 |
| Sacrificial Ram | Compte du mouton de l'Aid |
| 2/77750 | 2/77750 |
| Needy Families in Saudi Arabia | Compte des familles pauvres en Arabie saoudite |
| 0/77713 | 0/77713 |

IIRO 000436

## Donation Form

I have the honor to support IIROSA's programs aimed at catering for needy people and alleviating their suffering

**I am glad to donate SR** [ ]

**Name:** ..........

**Address:** ..........

..........

**Tel:** [ ]

**Signature:** [ ]

## Coupon pour Donateur

Je suis heureux de contribuer aux projets de l'O.I.I.S dont l'objectif est de subvenir aux besoins des musulmans.

Je suis heureux de faire un don d'un montant de [ ]

**Nom du donateur:** ..........

**Nom de la donatrice:** ..........

**Adresse:** ..........

..........

**Téléphone:** [ ]

**Signature:** [ ]

A/C No. For Sadaqa and General Alms

Compte des donations et des aumônes générales

# 77700

For further information, please contact us at:
P.O.Box. 1285, Jeddah-21431
Tel: 6512333/6515411
Fax: 6518491 – TLX: 606754 Igatha SJ
E-mail: relif@iirosa.org
*Or at any of the following branches of IIROSA*
Riyadh: 4930033 – Makkah: 5664449
Jeddah: 6514353/ Womens Committee: 6611921
Taif: 7384228 – Madina: 8221353- Yanbu: 3224253
Dammam: 8429758 – Hail: 348977 Al-Jouf: 6245168
Buraida: 3251035 – Enaiza: 3642613- Abha: 2263333
Al-Baha: 7252840 – Gizan: 3226241 – Najran: 5225408

Pour plus d'informations sur les activités de l'O.I.I.S veuillez nous contacter à l'adressse suivante:
B.P 1285 Djeddah 21431
Téléphone: 65 15 411 \ 65 12 333
Fax:65 18 491, Telex:606754 Ighatha S.G.
E-mail: relif@ iirosa.org
Ou aux bureaux de l'O.I.I.S suivants:
Riyadh:4939933- La Mecque: 5664449
Djeddah:6514353- Comité des femmes à Djeddah:6611921- Taif:7384228- Médine:8221353
Yanbou:3224253- Dammam:8429758- Hail:3489770
Al Jouf:6245168- Buraida:3251035-Ounaiza:3642613- Abha:2263333- Al Baha:7252840
Jizan:3226241-Najran:5225408

## Donation Form

I have the honor to support IIROSA's programs aimed at catering for needy people and alleviating their suffering

**I am glad to donate SR** [ ]

**Name:** ..........

**Address:** ..........

..........

**Tel:** [ ]

**Signature:** [ ]

## Coupon pour Donateur

Je suis heureux de contribuer aux projets de l'O.I.I.S dont l'objectif est de subvenir aux besoins des musulmans.

Je suis heureux de faire un don d'un montant de [ ]

**Nom du donateur:** ..........

**Nom de la donatrice:** ..........

**Adresse:** ..........

..........

**Téléphone:** [ ]

**Signature:** [ ]

A/C No. For Sadaqa and General Alms

Compte des donations et des aumônes générales

# 77700

For further information, please contact us at:
P.O.Box. 1285, Jeddah-21431
Tel: 6512333/6515411
Fax: 6518491 – TLX: 606754 Igatha SJ
E-mail: relif@iirosa.org
Or at any of the following branches of IIROSA
Riyadh: 4930033 – Makkah: 5664449
Jeddah: 6514353/ Women's Committee: 6611921
Taif: 7384228 – Madinah: 8221353- Yanbu: 3224253
Dammam: 8429758 – Hail: 348977 Al-Jouf: 6245168
Buraida: 3251035 – Enaiza: 3642613- Abha: 2263333
Al-Baha: 7252840 – Gizan: 3226241 – Najran: 5225408

Pour plus d'informations sur les activités de l'O.I.I.S veuillez nous contacter à l'adressse suivante:
B.P 1285 Djeddah 21431
Téléphone: 65 15 411 \ 65 12 333
Fax:65 18 491, Telex:606754 Ighatha S.G.
E-mail: relif@ iirosa.org
Ou aux bureaux de l'O.I.I.S suivants:
Riyadh:4939933- La Mecque: 5664449
Djeddah:6514353- Comité des femmes à Djeddah:6611921- Taif:7384228- Médine:8221353
Yanbou:3224253- Dammam:8429758- Hail:3489770
Al Jouf:6245168- Buraida:3251035-Ounaiza:3642613- Abha:2263333- Al Baha:7252840
Jizan:3226241-Najran:5225408

هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية

INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

International Islamic Relief Organization of Saudi Arabia
Appeals to well wishersall over the world to come to the aid
of their brothers and sisters worldwide.
Every drop of sacrifice would yield good and be useful.

Donation may be deposited through the following IIROSA unified accounts at
Al-Rajhi Company for Banking and Investment

L'ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS
du royaume d'Arabie saoudite
appelle tous les Musulmans à aider leurs frères et soeurs à travers le monde
Un don fût-il une goutte d'eau est toujours le bienvenu
Les dons sont virés dans les comptes de l'O.I.I.S suivants dans toutes les branches de la
Banque d'Investissements d'Alrajhi

| | |
|---|---|
| Sadaqa and General Donations<br>7/77700 | Compte des donations et des aumônes générales<br>7/77700 |
| Zakat<br>5/77701 | Compte de Zakat<br>5/77701 |
| Refugees & Disaster victims<br>3/77702 | [illegible]<br>3/77702 |
| Orphans<br>1/77703 | Compte des orphelins<br>1/77703 |
| Treatment by Sadaqa<br>6/77705 | Compte de la cure avec les aumônes<br>6/77705 |
| Schools and Qur'an memorization<br>4/77706 | Compte des écoles et des cours de lecture<br>4/77706 |
| Sanabl Al-Khair<br>2/77707 | Compte des epis du Bien<br>2/77707 |
| Cultural centers<br>4/77792 | Compte des Centres sociaux<br>4/77792 |
| Well Digging<br>9/77718 | Compte des puits<br>9/77718 |
| Useful Knowledge<br>5/77720 | Compte de la science utile<br>5/77720 |
| Vocational Training<br>0/77770 | Compte de la formation professionnelle<br>0/77770 |
| Free Meals in Ramadan<br>4/77730 | [illegible]<br>4/77730 |
| Sacrificial Ram<br>2/77750 | Compte du mouton de l'Aïd<br>2/77750 |
| Needy Families in Saudi Arabia<br>0/77713 | Compte des familles pauvres en Arabie saoudite<br>0/77713 |

هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية

INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

International Islamic Relief Organization of Saudi Arabia
Appeals to Muslims all over the world to come to the aid
Of their brothers and sisters worldwide.
Every drop of sacrifice would yield good and be useful.

Donation may be deposited through the following IIROSA unified accounts at
Al-Rajhi Company for Banking and Investment

L'ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS
du royaume d'Arabie saoudite
appelle tous les Musulmans à aider leurs frères et soeurs à travers le monde
Un don fût-il une goutte d'eau est toujours le bienvenu
Les dons sont virés dans les comptes de l'O.I.I.S suivants dans toutes les branches de la
Banque d'Investissements d'Alrajhi

| | |
|---|---|
| Sadaqa and General Donations<br>7/77700 | Compte des donations et des aumônes générales<br>7/77700 |
| Zakat<br>5/77701 | Compte de Zakat<br>5/77701 |
| Refugees & Disaster victims<br>3/77702 | [illegible]<br>3/77702 |
| Orphans<br>1/77703 | Compte des orphelins<br>1/77703 |
| Treatment by Sadaqa<br>6/77705 | Compte de la cure avec les aumônes<br>6/77705 |
| Schools & Qur'an Memorization<br>4/77706 | Compte des écoles et des cours de lecture<br>4/77706 |
| Sanabl Al-Khair<br>2/77707 | Compte des epis du Bien<br>2/77707 |
| Cultural Centers<br>4/77792 | Compte des Centres sociaux<br>4/77792 |
| Well Digging<br>9/77718 | Compte des puits<br>9/77718 |
| Useful Knowledge<br>5/77720 | Compte de la science utile<br>5/77720 |
| Vocational Training<br>0/77770 | Compte de la formation professionnelle<br>0/77770 |
| Free Meals in Ramadan<br>4/77730 | [illegible]<br>4/77730 |
| Sacrificial Ram<br>2/77750 | Compte du mouton de l'Aïd<br>2/77750 |
| Needy Families in Saudi Arabia<br>0/77713 | Compte des familles pauvres en Arabie saoudite<br>0/77713 |

## Donation Form

I have the honor to support IIROSA's programs aimed at catering for needy people and alleviating their suffering

**I am glad to donate SR** [ ]

**Name:**..........................................................................

**Address:**......................................................................

..........................................................................................

**Tel**: [ ]

**Signature:** [ ]

## Coupon pour Donateur

Je suis heureux de contribuer aux projets de l'O.I.I.S dont l'objectif est de subvenir aux besoins des musulmans.

Je suis heureux de faire un don d'un montant de [ ]

**Nom du donateur:**..........................................................

**Nom de la donatrice:**......................................................

**Adresse:**..........................................................................

..........................................................................................

**Téléphone:** [ ]

**Signature:** [ ]

A/C No. For Sadaqa and General Alms

Compte des donations et des aumônes generales

# 77700

For further information, please contact us at:
P.O.Box. 1285, Jeddah-21431
Tel: 6512333/6515411
Fax: 6518491 – TLX: 606754 Igatha SJ
*E-mail: relif @iirosa.org*
Or at any of the following branches of IIROSA
Riyadh: 4930033 – Makkah: 5664449
Jeddah: 6514353/ Womens Committee: 6611921
Taif: 7384228 – Madina: 8221353- Yanbu: 3224253
Dammam: 8429758 – Hail: 348977-Al-Jouf: 6245168
Buraida: 3251035 – Enaiza: 3642613- Abha: 2263333
Al-Baha: 7252840 – Gizan: 3226241 – Najran: 5225408

Pour plus d'informations sur les activités de l'O.I.I.S veuillez nous contacter à l'adresse suivante:
B.P 1285 Djeddah 21431
Téléphone: 65 15 411 \ 65 12 333
Fax:65 18 491, Telex:606754 Ighatha S.G.
E-mail: relif@ iirosa.org
Ou aux bureaux de l'O.I.I.S suivants:
Riyadh:4939933- La Mecque: 5664449
Djeddah:6514353- Comité des femmes à Djeddah:661921- Taif:7384228-
Médine:8221353
Yanbou:3224253- Dammam:8429758- Hail:3489770
Al Jouf:6245168- Buraida:3251035-Ounaiza:3642613- Abha:2263333- Al Baha:7252840
Jizan:3226241-Najran:5225408


## Donation Form

I have the honor to support IIROSA's programs aimed at catering for needy people and alleviating their suffering

**I am glad to donate SR** [ ]

**Name:**..........................................................................

**Address:**......................................................................

..........................................................................................

**Tel**: [ ]

**Signature:** [ ]

## Coupon pour Donateur

Je suis heureux de contribuer aux projets de l'O.I.I.S dont l'objectif est de subvenir aux besoins des musulmans.

Je suis heureux de faire un don d'un montant de [ ]

**Nom du donateur:**..........................................................

**Nom de la donatrice:**......................................................

**Adresse:**..........................................................................

..........................................................................................

**Téléphone:** [ ]

**Signature:** [ ]

A/C No. For Sadaqa and General Alms

Compte des donations et des aumônes generales

# 77700

For further information, please contact us at:
P.O.Box. 1285, Jeddah-21431
Tel: 6512333/6515411
Fax: 6518491 – TLX: 606754 Igatha SJ
E-mail: relif @iirosa.org
Or at any of the following branches of IIROSA
Riyadh: 4930033 – Makkah: 5664449
Jeddah: 6514353/ Women's Committee: 6611921
Taif: 7384228 – Madinah: 8221353- Yanbu: 3224253
Dammam: 8429758 – Hail: 348977-Al-Jouf: 6245168
Buraida: 3251035 – Enaiza: 3642613- Abha: 2263333
Al-Baha: 7252840 – Gizan: 3226241 – Najran: 5225408

Pour plus d'informations sur les activités de l'O.I.I.S veuillez nous contacter à l'adresse suivante:
B.P 1285 Djeddah 21431
Téléphone: 65 15 411 \ 65 12 333
Fax:65 18 491, Telex:606754 Ighatha S.G.
E-mail: relif@ iirosa.org
Ou aux bureaux de l'O.I.I.S suivants:
Riyadh:4939933- La Mecque: 5664449
Djeddah:6514353- Comité des femmes à Djeddah:6611921- Taif:7384228-
Médine:8221353
Yanbou:3224253- Dammam:8429758- Hail:3489770
Al Jouf:6245168- Buraida:3251035-Ounaiza:3642613- Abha:2263333- Al Baha:7252840
Jizan:3226241-Najran:5225408

هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية

INT'L. ISLAMIC RELIEF ORG. THE KINGDOM OF SAUDI ARABIA

International Islamic Relief Organization of Saudi Arabia
Appeals to Muslims all over the world to come to the aid
Of their brothers and sisters worldwide.
Every drop of sacrifice would yield good and be useful.

Donation may be deposited through the following *IIRO unified accounts* at
Al-Rajhi Company for Banking and Investment

L'ORGANISME ISLAMIQUE MONDIAL DE SECOURS
*du royaume d'Arabie saoudite*
appelle tous les Musulmans à aider leurs frères et sœurs à travers le monde.
Un don fût-il une goutte d'eau est toujours le bienvenu
Les dons sont virés dans les comptes suivants de l'OIMS dans toutes les branches de la
Banque d'Investissements d'Arrajhi

| | |
|---|---|
| Sadaqa and General Donations | Compte des donations et des aumônes générales |
| **7/77700** | **7/77700** |
| Zakat | Compte de Zakat |
| **5/77701** | **5/77701** |
| Refugees & Disaster Victims | Compte des réfugiés et des victimes de catastrophe |
| **3/77702** | **3/77702** |
| Orphans | Compte des orphelins |
| **1/77703** | **1/77703** |
| Treatment by Sadaqa | Compte de la cure avec les aumônes |
| **6/77705** | **6/77705** |
| Schools & Qur'an Memorization | Compte des écoles et des cours de lecture |
| **4/77706** | **4/77706** |
| Sanabi Al-Khair | Compte des épis du Bien |
| **2/77707** | **2/77707** |
| Cultural Centers | Compte des Centres sociaux |
| **4/77792** | **4/77792** |
| Well Digging | Compte des puits |
| **9/77718** | **9/77718** |
| Useful Knowledge | Compte de la science utile |
| **5/77720** | **5/77720** |
| Vocational Training | Compte de la formation professionnelle |
| **0/77770** | **0/77770** |
| Free Meals in Ramadan | Compte de distribution de repas au ramadan |
| **4/77730** | **4/77730** |
| Sacrificial Ram | Compte du mouton de l'Aïd |
| **2/77750** | **2/77750** |
| Needy Families in Saudi Arabia | Compte des familles pauvres en Arabie saoudite |
| **0/77713** | **0/77713** |

هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية

INT'L. ISLAMIC RELIEF ORG. THE KINGDOM OF SAUDI ARABIA

International Islamic Relief Organization of Saudi Arabia
Appeals to Muslims all over the world to come to the aid
Of their brothers and sisters worldwide.
Every drop of sacrifice would yield good and be useful.

Donation may be deposited through the following IIRO unified accounts at
Al-Rajhi Company for Banking and Investment

L'ORGANISME ISLAMIQUE MONDIAL DE SECOURS
du royaume d'Arabie saoudite
appelle tous les Musulmans à aider leurs frères et sœurs à travers le monde.
Un don fût-il une goutte d'eau est toujours le bienvenu
Les dons sont virés dans les comptes suivants de l'OIMS dans toutes les branches de la
Banque d'Investissements d'Arrajhi

| | |
|---|---|
| Sadaqa and General Donations | Compte des donations et des aumônes générales |
| 7/77700 | 7/77700 |
| Zakat | Compte de Zakat |
| 5/77701 | 5/77701 |
| Refugees & Disaster Victims | Compte des réfugiés et des victimes de catastrophe |
| 3/77702 | 3/77702 |
| Orphans | Compte des orphelins |
| 1/77703 | 1/77703 |
| Treatment by Sadaqa | Compte de la cure avec les aumônes |
| 6/77705 | 6/77705 |
| Schools & Qur'an memorization | Compte des écoles et des cours de lecture |
| 4/77706 | 4/77706 |
| Sanabi Al-Khair | Compte des épis du Bien |
| 2/77707 | 2/77707 |
| Cultural centers | Compte des Centres sociaux |
| 4/77792 | 4/77792 |
| Well Digging | Compte des puits |
| 9/77718 | 9/77718 |
| Useful Knowledge | Compte de la science utile |
| 5/77720 | 5/77720 |
| Vocational Training | Compte de la formation professionnelle |
| 0/77770 | 0/77770 |
| Free Meals in Ramadan | Compte de distribution de repas au ramadan |
| 4/77730 | 4/77730 |
| Sacrificial Ram | Compte du mouton de l'Aïd |
| 2/77750 | 2/77750 |
| Needy Families in Saudi Arabia | Compte des familles pauvres en Arabie saoudite |
| 0/77713 | 0/77713 |

IIRO 000440


زكاتكم
إغاثتكم
٢,٥٪
أنقذ نفسك
تتجه للفقراء والمساكين فيما يأتي:
علم ينتفع به
التداوي بالصدقة
الأيتام
مدارس وخلاوي القرآن الكريم
التدريب المهني
المهاجرين واللاجئين
ارسل مساعدتك لحساب ٧٧٧٠١ لدى جميع فروع شركة الراجحي
والبنك الأهلي التجاري
وبنك الرياض
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA
ص.ب ١٢٨٥ جـدة ٢١٤٣١ هـاتـف : ٦٥١٢٣٣٣ فاكس : ٦٥١٨٤٩١ البريد الإلكتروني : relief@iirosa.org
الرياض : ٤٩٣٠٠٣٣ – مكة المكرمة : ٥٦٦٤٤٤٩ – المدينة المنورة : ٨٢٢١٣٥٣ – جدة : ٦٥٧٤٠٠٠ – الدمام : ٨٤١٧٠٠٩ – أبها : ٢٢٦٣٣٣٣ – الطائف : ٧٣٨٤٢٢٨
بريدة : ٣٢٥١٠٣٥ – الباحة : ٧٢٥٢٨٤٠ – جيزان : ٣١٧٥٩٣٠ – نجران : ٥٢٢٥٤٠٨ – عنيزة : ٣٦٤٢٦١٣ – ينبع : ٣٢٢٤٢٥٣ – الجوف : ٦٢٤٥١٦٨