# EXHIBIT "84"

*39*
MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Secretary General's Office

Subject: ----

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. T/24
Date: 01/24/1421 AH
(04/29/2000 AD)

٩

**His Highness Emir Turki bin Fahd bin Jiluwi, may Allah bless him**
**The Regional Supervisor of the Organization's offices in the Eastern District**
**Their Highness the directors of the Organization's local offices, may Allah bless them**

May the peace, mercy, and blessings of Allah be upon you.

This is in reference to the Administrative Circular No. 1710, dated 11/05/1419 AH (02/21/1999 AD), regarding the permanent fund system for the administrative and operational expenses of the Organization's local and foreign offices, represented in the first entry: Salaries and Wages, and in the second entry: Operational Expenses such as the expenses of electricity, water, phone, rent, stationery, fuel, maintenance, etc. according to the approved budget of each office.

It has been noted that some offices were delayed in sending the actual expenses' vouchers for the first term from 07/01/1420 to 09/30/1420 AH (10/11/1999 – 01/07/2000 AD) until all the expenses' vouchers of that period were completed. This caused the delay in refunding the fund and in paying the salaries and operational expenses for the following months.

Therefore, please send the expenses' vouchers on a regular basis according to the monthly expenses of the office. Do not wait until the whole amount of the fund is spent as was previously the case. The office will be sent the fund monthly for the expenses. Thus, the office's operations may not delay, and the salaries and operational expenses may be paid regularly. If you have any question, please call or fax His Highness the Administrative Supervisor or the Secretary General to get explanation and answer.

Kindest regards

Secretary General
Dr. Adnan Khalil Basha [*Signed*]
01/21/1421 AH (04/26/2000 AD)

[**SEAL**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia, Main Office-1*]

- A copy shall be sent to the Financial Management for follow-up. A detailed report shall be sent monthly for each local and foreign office.

**Please quote ref. No. and date when replying** **[Duplicate Text]**

**[Duplicate Text]**
**Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ**

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub.: ............ الموضوع:

No : ....ث/ر/٢٤ :الرقم

Date : ١٤٢١/١/٢٤هـ :التاريخ

سمو الأمير / تركي بن فهد بن جلوي حفظه الله

المشرف الإقليمي على مكاتب الهيئة بالمنطقة الشرقية

أصحاب السعادة مديري مكاتب الهيئة المحلية حفظهم الله

السلام عليكم ورحمة الله وبركاته

إلحاقاً للتعميم الإداري رقم ١٧١٠ بتاريخ ١٤١٩/١١/٥هـ بخصوص نظام السلفة المستديمة للمصروفات الإدارية والتشغيلية لمكاتب الهيئة المحلية والخارجية والتي تتمثل في الباب الأول (الرواتب والأجور) والباب الثاني المصروفات التشغيلية مثل مصروفات الكهرباء والمياه والهاتف والإيجار والقرطاسية والمحروقات ومصروفات الصيانة .. إلخ طبقاً للميزانية المعتمدة لكل مكتب .

وحيث لوحظ تأخر بعض المكاتب في إرسال مستندات استعاضة السلفة بالمصروفات الفعلية للفترة الأولى من ١٤٢٠/٧/١ إلى ١٤٢٠/٩/٣٠هـ حتى يتم استكمال كافة مستندات صرف تلك الفترة مما يسبب تأخر استعاضة السلفة وتأخر صرف الرواتب والمصروفات التشغيلية للأشهر التالية .

لذا آمل إرسال مستندات الصرف أولاً بأول وفق ما يتم صرفه بالمكتب شهرياً وعدم الانتظار حتى يكتمل صرف جميع مبلغ السلفة كما كان يحدث سابقاً ليتم استعاضة وتعويض المكتب شهرياً عما صرف حتى لا تتعطل أعمال المكتب وموالاة صرف الرواتب والمصروفات التشغيلية بانتظام ، وفي حالة وجود أي استفسار فالرجاء الاتصال هاتفياً أو بالفاكس بسعادة المشرف المالي أو الأمين العام لإيضاح الأمر والإجابة على أي استفسار .

والله ولي التوفيق ،،،

الأمين العام

د. عدنان بن خليل باشا

– صورة للإدارة المالية لمتابعة ذلك والرفع شهرياً بتقرير مفصل عن كل مكتب محلي وخارجي .