# EXHIBIT "85"

# Annual Report
# Rapport Annuel
## 2001 - 2002

**MUSLIM WORLD LEAGUE**

## INTL. ISLAMIC RELIEF ORG.

**THE KINGDOM OF SAUDI ARABIA**



هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

# INDEX













| | |
|---|---|
| **Foreword**<br>**Introduction** | **3** |
| **IIROSA's Domestic Office Branches**<br>**Les Bureaux locaux** | **7** |
| **Achievements of the programs and projects sector**<br>**Réalisations de la Direction des Programmes et des Projets** | **15** |
| **Social Welfare**<br>**Programme de la Protection Sociale** | **21** |
| **Emergency Relief**<br>**Direction des Secours d'Urgence** | **27** |
| **Engineering Department (social & urban centers)**<br>**Direction du Génie Civil (centres sociaux, puits...)** | **33** |
| **Health Care Program**<br>**Programme de la Protection Sanitaire** | **41** |
| **Educational Welfare Program**<br>**Programme d'Enseignement** | **49** |
| **Instructors Program**<br>**Le Programme de l'Education et des Educateurs** | **61** |
| **Dissemination of Culture**<br>**Programme de Lecture** | **67** |
| **Seasonal Program**<br>**Les Projets Saisonniers** | **73** |
| **Human Sustainable Development Program**<br>**Programme de la Promotion Humaine** | **77** |
| **Personal Assistance**<br>**les Assistances Individuelles** | **83** |
| **External Relations**<br>**and coordination with other international organizations**<br>**Relations Extérieures**<br>**et coordination avec les organisations islamiques et internationales** | **87** |
| **Achievements in the various continents**<br>**Réalisations de l'OIIS à l'étranger** | **97** |



## FOREWORD

The International Islamic Relief Organization, Saudi Arabia (IIROSA) receives wholehearted support and encouragement from the people of Saudi Arabia, above all, King Fahd, the Custodian of the Two Holy Mosques, HRH Crown Prince, Prince Abdullah, the Deputy Premier and Commander of the National Guard, HRH Prince Sultan, the Second Deputy Premier and Minister of Defense and Aviation, the entire royal family, academicians, business-men and philanthropists.

It is largely due to this generous support of people of Saudi Arabia that the IIROSA is able to carry out its humanitarian mission i.e. to supply food to the hungry, clothes to unclothed, medical care for the sick, shelter for thousands of orphans, the homeless and tens of thousands of refugees worldwide.

## INTRODUCTION

L'Organisation Internationale Islamique de Secours (OIIS) d'Arabie Saudite bénéficie d'un soutien sincére et des encouragements de la part du peuple saudien, et surtout du Gardien des deux Saintes Mosquées, Roi Fahd Bin Abdoul Aziz, de Son Altesse Royale, Prince Abdallah, Prince Héritier, lé Vice Président du Conseil des Ministres, Commamdant de la Garde Nationale, de son Altesse Royale, Prince Soultan Bin Abdoul Aziz, 2é Vice Président du Conseil des Ministres et Ministre de la Défense et de l'Aviation, de la totalité de la famille Royale, des académiciens, des hommes d'affaires et des philanthropes.

C'est grâce, en grande partie, au soutien du peuple saudien que l'OIIS soit capable de mener à bien sa mission humanitaire, c'est à dire donner à manger à l'affamé, donner des habits à l'indigent qui en manque, apporter des soins médicaux au malade, prendre en charge des milliers d'orphelins, des sans-abris et des dizaines de milliers de refugiés de par le monde.

## Emergence:

The IIROSA is an offshoot of the Muslim World League. It came into existence following a decision adopted at the 20th session of the Constituent Council of the MWL, which was held in Makkah between 17 – 29 October, 1979. A royal decree ref. No. 4734 issued on 29 January 1979 approved the decision.

The IIROSA enjoys a legal personality and has its own organizational, administrative and financial existence according to its basic laws (constitution) and regulations.

The amended Statute (constitution) of the IIROSA was approved during the 37th session of the Constituent Council of the Muslim world League held in Makkah between 10 - 11 April 2002. The statute contains the following general policies, objectives and means:

## General Policies:

1. The IIROSA pursues its goals in accordance with the provisions of its statutes and bylaws.
2. The oganization is an indivisible entity and its secretariat general, domestic and external branch offices are guided by the designated mission, policies, aims, regulations and rules.
3. The organization depends as much as possible on the principle of self-reliance.
4. The organization maintains the highest standards of performance.
5. The organization uses its potentials to promote harmony in the various human societies.
6. The organization does not interfere in the internal affairs of other nations or organizations.
7. The organization endeavors to improve its income and protect its revenue against fluctuations.

## Objectives:

The organization strives to further the following objectives:

1. Providing relief materials to the victims of natural disasters, famine and flood.
2. Helping to develop educational and social life in the various societies.
3. Maintaining the confidence of the donors.
4. Maintaining strong ties with most influential peoples of the various societies.
5. Catering for the requirements of persons with special needs.
6. Promoting the spirit of volunteering and self-reliance in the underprivileged societies.
7. Cooperating and coordinating with other organizations and institutions with similar objectives within the host country and elsewhere.

## Means:

The means of achieving the objectives of the IIROSA include the following:

1. Collects funds from donors and urges young people for volunteer.
2. Provides all kinds of relief items and all forms of assistance to victims of disasters and other clamaties.

3-Setting up and running hospitals and other dispensaries where the need arises.

4. Sponsors orphans and building of orphanages as well as manages social centers to cater for their needs.
5. Carries out projects and programs ensuring income growth and furthering the objectives.

## The Financial System:

The Financial System consists of the following two types of supervision.

## Création :

L'Organisation Internationale Islamique de Secours est une organisation islamique de bienfaisance, issue de la Ligue islamique mondiale. De portée internationale, l'Organisation coopère avec des bienfaiteurs en vue de faire parvenir leurs dons à leurs frères nécessiteux et autres sinistrés dans le monde pour les secourir, apaiser leurs difficultés et développer leur société.

L'OIIS a été créée en vertu d'une décision du Conseil constitutif de la Ligue Islamique Mondiale lors de sa 20ème session en 1398 de Hégire (mille trois cent quatre vingt dix-huit) et conformément à l'approbation royale No 4734 du 30/2/1399 correspondant au 29/1/1979. Elle jouit d'une personnalité morale et est dotée d'un statut réglementaire, administratif et financier autonome dans le cadre des dispositions et des clauses de son Statut. Le Conseil constitutif de la Ligue Islamique Mondiale lors de sa 37ème session tenue à la Mecque du 10 au 11 avril 2002 a adopté le Statut amendé de l'OIIS portant sur les politiques générales, les objectifs et les moyens suivants:

## Politiques générales:

1-L'Organisation réalise ses objectifs et exerce ses activités conformément à la doctrine"d'Ahl Assuna Wal Jamaa".

2- L'Organisation est une seule entité indivisible, son Secrétariat général et ses Bureaux locaux et de l'étranger s'engagent à respecter la mission, les politiques, les objectifs, les moyens, les statuts, les règlements et les dispositions qui sont les siens et qui le régissent.

3- L'Organisation réalise, tant que possible, ses projets par ses propres moyens.

4-L'Organisation s'attelle à réaliser les meilleurs niveaux possibles de qualité dans ses prestations.

5-L'Organisation emploie ses potentialités pour renforcer les relations avec les autres sociétés.

6-L'Organisation ne s'ingère pas dans les affaires internes des Etats ou des organisations.

7-L'Organisation fait tout pour se doter des moyens nécessaires pour être à même de fructifier ses revenus pour épargner à ses recettes les turbulences et la stagnation.

## Objectifs:

L'Organisation s'attelle à la réalisation des objectifs suivants:

1- Aider les réfugiés et les sinistrés frappés par les catastrophes et les famines et leur apporter les secours nécessaires ; et ce à travers les différentes régions du monde.

2- Contribuer au développement des sociétés humaines sur les plans de l'enseignement, de la santé, de l'éducation, des services sociaux et autres .

3- Gagner la confiance des donateurs / bienfaiteurs et les pourvoyeurs de soutien.

4- Entourer de sollicitude l'élite influente dans les sociétés humaines.

5- S'occuper des nécessiteux notamment en matière d'enseignement et de formation professionnelle.

6- Cultiver l'esprit du volontariat et celui de compter sur soi dans les sociétés humaines.

7- Oeuvrer pour la coopération et la coordination avec les associations, les institutions et organisations poursuivant les mêmes objectifs aussi bien à l'intérieur du pays du siège qu'à l'étranger.

## Moyens:

L'Organisation met en oeuvre tous les moyens nécessaires à la réalisation de ses objectifs pourvu que ces moyens ne soient pas incompatible avec ses règlements.Parmi lesdits moyens on peut citer:

1- Collecter les donations des bienfaiteurs parmi les gouvernants, les hommes d'affaires, les citoyens et les hommes aux coeurs charitables ; et inciter les hommes à s'engager dans des actions de volontariat par l'effort personnel et les contributions financières.

2- Apporter des secours et des assistances aux nécessiteux et aux victimes de catastrophes et d'autres sinistres à tous les

## I: Before Disbursement:

This process aims at the following:

•Supervising the expenditure by following -up the implementation of the approved budget through auditing all the expenditure vouchers and making sure that they are connected to the specific items allocated in the budget before disbursement. It is also designed to ascertain that no disbursement connection is made concerning items which no funds have been allocated for, or for funds in excess of the approved allocation, before the necessary transfer is made through the approval of the competent official.

•Financial as well as administrative supervision by ascertaining that all pre-disbursement formalities that places liabilities on the organization are in accordance with the by-laws, regulations and instructions.

•Finalizing the financial procedure necessitating expenditure and rectifying the track of maturity according to the provisions of the financial regulation and accounting system.

•Making sure that the organization's financial and administrative rules and regulations are complied with.

•Studying the financial plans, policies and regulations in force, and evaluating the process of their implementation, as well as making proposals for enhancing those processes, or amending and adding certain items with the aim of insuring better performance and strengthening supervision.

•Reviewing new contracts before they are signed in order to ensure that the rights of the organization are protected.

## II: After Disbursement:

This department is directly under the Chairman of the Board of Directors. It is designed by the organization's constitution to achieve the following objectives:

•Examine and evaluate the adequacy and effectiveness of the voucher cycle, the systems of supervision, internal control and account books and records, and submit reports and proposals to both the board chairman and the secretary -general.

•Verify the accuracy of financial, mathematical and statistical statements and other relevant information extracted from the organization's books, records and documents.

•Verify the formalities of expenditure and payment and the accuracy of the accounting books and the entries therein.

•Verify the validity and sufficiency of documents relating to the processes of entries in accordance with the organization's by-laws, regulations and formalities.

•Verify the accuracy and adequacy of formalities and means of protecting the organization's properties.

•Compare actual statements of account with the estimated budget and report any discrepancies between the two after investigating the nature as well as the causes of the discrepancy and how to avoid it in the future.

•Submit quarterly reports of the organization's income and expenditure and whether they tally with the organization's estimated budget approved by the board of directors.

## III. Chartered Auditor

The chartered auditor is assigned by the board of directors to supervise the financial performance of the organization, and to present an independent and

niveaux de secours; humanitaires, services sociaux et sanitaires et programmes de développement , telle construction d'écoles.

3-Construire des hôpitaux, des cliniques et en assurer la gestion et le développement.

4-Prendre en charge des orphelins, construire et gérer des orphelinats et des centres sociaux.

5-Lancer des projets et des programmes pouvant aider l'Organisation à développer ses ressources et à réaliser ses objectifs. Le système financier de l'Organisation :

## 1- Le contrôle financier avant-décaissement,dont la visée est de :

- Contrôler les dépenses par le suivi de la mise en oeuvre du budget multiforme à travers la révision de tous les documents portant ordre de paiement tout en s'assurant ( avant le décaissement) qu'ils sont conformes aux chapitres qui leurs sont spécifiés dans le budget et non pas à des chapitres dépourvus de crédits ou de fonds supplémentaires aux crédits prévus, avant que les dispositions de leur transfert ne soient prises par l'autorité compétente .

- Procéder au contrôle financier et administratif en vue de s'assurer que les dispositions d'avant paiement, et celles qui engagent la responsabilité vis à vis aux autres, sont effectivement suivies conformément aux lois, aux règlements et aux instructions en vigueur.

- Compléter toutes les procédures financières impliquant le paiement et corriger les échéances conformément aux dispositions de la loi de finance et des règlements de comptabilité.

- Suivre les lois et les règlements de finance et d'administration en vigueur au sein de l'Organisation pour s'assurer de leur mise en application.

- Etudier les plans, les politiques et les dispositions financières en vigueur,corriger les procédures de leur mise en oeuvre ,formuler des suggestions à l'administration pour les améliorer et soumettre des propositions pour en amender certains articles ou en ajouter d'autres pour améliorer le rendement et parfaire davantage le contrôle.

- Réviser les nouveaux contrats avant de les signer pour s'assurer qu'ils comportent les clauses garantissant les intérêts et droits de l'Organisation.

## 2- Le contrôle intérieur après décaissement :

relevant du Président du Conseil d'Administration. Les Statuts de l'Organisation préconisent la mise en place d'un tel Système de contrôle financier dans le but de réaliser les objectifs suivants:

-Examiner les rapports financiers périodiques, les règlements d'enregistrement et de contrôle intérieur, les cahiers et les registres de la comptabilité de l'Organisation et les évaluer quant à leur efficacité et faisabilité et présenter des rapports là-dessus ; ainsi que de faire des propositions au Président et au Secrétaire général de l'Organisation.

- S'assurer de l'authenticité des documents financiers, des états de comptabilités et de statistiques et de toutes informations y afférentes puisées dans les livres, les registres et les documents de l'Organisation.

- S'assurer des procédures relatives aux dépenses et aux encaissements, de la bonne tenue des livres et des registres de comptabilité et des opérations d'enregistrements.

- S'assurer de l'authenticité et de la disponibilité du nombre requis de documents nécessaires aux enregistrements dans les livres de comptes conformément aux statuts, aux règlements et aux procédures d'usage de l'Organisation.

-S'assurer du respect des procédures et des moyens de protection des biens de l'Organisation.

- Comparer entre les états des comptes réels et les budgets prévisionnels en vue de présenter des rapports sur toutes les différences enregistrées, soit à la baisse ou à la hausse, et analyser leur nature et leurs causes afin de trouver les moyens de les éviter.

- Rédiger un rapport trimestriel sur les revenus et les dépenses de l'Organisation et sur leur concordance avec le budget prévisionnel adopté par le Conseil.

## 3- Le Réviseur légiste des comptes :

Il est désigné par le Conseil d'Administration pour vérifier la gestion financière de l'Organisation, et a pour objectifs de:

- Donner un avis technique neutre sur la justesse et la précision des données de comptabilité contenues dans les livres et les registres de l'Organisation,sur la concordance des renseignements donnés sur les états des finances avec ce qui est réellement prouvé dans les livres et les registres de l'Organisation,et sur

technical opinion concerning the validity and accuracy of the statements entered into the Organization's accounts books and records, and the extent to which the statements presented in the financial lists tally with the actual entries in those books and records as well as the extent of the accuracy with which those lists express the outcome of the organization's activities within the fiscal year, as well as its financial position at the end of the period in question.

The chartered auditor further may take the following measures:

a) Review and cross-check all the accounts books, records and vouchers to ascertain that they are both correct and adequate, and to seek statements and information as well as explanation he may deem necessary for his task.

b) Prevent or minimize the rate of errors in accounting.

c) Uncover mistakes made with regard to entries into the accounts books within the limits of what he discovers from his careful auditing of records and statements of account, and from the information he may receive from the financial department of the organization.

d) Review and verify the organization's assets as well as its liabilities.

e) Compare both the actions carried out and the financial actions taken, with the designated actions, and the accredited regulations, and show any violations.

f) Examine the closing account and prepare an analytical report of its contents, especially, in as much as expenditure, income, credits and trusts are concerned.

g) Submit periodical reports about the financial and accounting performance.

**The Board of Directors:** The Board of Directors of IIROSA is headed by Dr. Abdullah bin Abdul Mohsin Al-Turki, Secretary General of the Muslim World League. The IIROSA serves as the Leagues arm in matters relating to humanitarian activities such as relief, development, health care, education, and social welfare throughout the Muslim world and among the minority communities.

**The Secretariat -General:** The Secretariat General of IIROSA which serves as the executive wing of the Organization, is currently headed by the Secretary General, Dr. Adnan Khalil Basha, who submits periodical progress reports to the Constituent Council of the Muslim World League.

In order to get to the distressed persons, especially refugees and displaced people in the jungles, mountain tops and desert areas. The IIROSA is always prepared to encounter all kinds of hardships and obstacles. But, in view of the fact that fixed programs are directly affected by emergency relief programs that devour large parts of funds and consumes the sources of funding as well as the energy and efforts of the implementing personnel, there remains the difficult equation of how and when to transform emergency relief work into sustainable development program.

Nevertheless, IIROSA has always insisted on extending health care, emergency relief and social welfare assistance to people from all walks of life, regardless of race or creed. In fact the IIROSA has been acclaimed internationally, for not using creed or race as a basis of discriminating between people in need.

degré d'exactitude desdites états pour exprimer les résultats réels que l'Organisation a réalisés durant l'exercice écoulé et sur la situation financière de l'Organisation à la clôture de cette période.

Il lui appartient aussi de prendre les mesures suivantes :

a- Examiner tous les livres, registres et reçus, les analyser avec soin, s'assurer de leur authenticité et de leur nombre, réclamer de plus amples informations et explications qu'il jugera nécessaires et s'assurer quant à leur disponibilité ; et veiller à ce que les dites informations et explications soient authentifiées par l'autorité compétente.

b- Eliminer ou réduire les erreurs de comptabilité.

c- Relever les erreurs d'enregistrements à la lumière de la révision minutieuse des registres et des états de comptabilité ainsi que sur la base des renseignements qui lui parviennent de l'appareil financier de l'Organisation.

d- S'informer sur les avoirs de l'Organisation et s'assurer de ses engagements envers les autres.

e- Comparer les opérations réalisées et les comportements financiers d'une part avec les prévisions et les mesures prises en montrant les différences le cas échéant.

f- Etudier le compte final et rédiger un rapport comportant une analyse sur son contenu notamment en ce qui concerne les dépenses, les recettes, les crédits, les dépôts et les consignations.

g- Rédiger des rapports périodiques sur l'état des finances et de la comptabilité de l'Organisation.

Dr.Abdallah ben Abd Al-Muhsin Atturki, Secrétaire général de la Ligue islamique mondiale est le Président du Conseil d'Administration de l'OIIS( L'Organisation Internationale Islamique de Secours)qui est considéré comme étant le bras droit de la Ligue dans les domaines de l'éducation, du secours, du développement dans les secteurs de la santé, de l'enseignement et du développement socio-économique.

Le Secrétariat général est l'appareil exécutif de l'Organisation, il est présidé par Dr. Adnan Ben Khalil Basha.

L'Organisation affronte tous les obstacles dans le but d'atteindre les région sinistrées à travers le monde pour secourir les nécessiteux dont notamment, les réfugiés et les égarés en brousses , dans les jungles, sur les sommets de montagnes ou en plein désert parmi ceux qui dorment à même le sol et n'ont d'autre couverture que le ciel, n'ayant pas de quoi s'habiller, n'ayant pas de refuge pour s'y abriter ni de médicaments pour se soigner. A tous ceux là, l'Organisation offre des tentes, des médicaments et de la nourriture afin de faire revenir le sourire aux visages tristes, et l'espoir aux âmes épuisées.

Mais l'équation difficile à résoudre qui hante l'OIIS et les autres organisations caritatives de secours reste comment en quant pourra-t- on convertire des actions de secours d'urgence à des actions de développement durable? Cependant, le devoir religieux et humanitaire nous interpelle à secourir le nécessiteux, à sauver le noyé, à assister le malade et à nourrir l'affamé. L'OIIS s'attelle à aider et à assister tous les humains sans tenir compte de leurs différences de confessions, de couleurs ou d'idéologies que ce soit dans les domaines de la santé, du social, du secours d'urgence ou d'autres. Ses contributions dans les différentes manifestations internationales témoignent que l'OIIS ne différencie pas, dans ses actions, entre les humains sur des paramètres liées à la religion ou d'appartenance ethnique ; et ce conformément à une Hadith du prophète de l'Islam (Paix et Bénédiction sur lui) qui a dit " Il y a rétribution dans l'aide de toute créature vivante"

Toutefois, il y a lieu de souligner que les dépenses dans le domaine du secours humanitaire sont fabuleuses et les efforts considérables mais les problèmes des nécessiteux et leurs besoins demeurent sans limites.

# IIROSA's Domestic Office Branches

# Les Bureaux locaux

During the fiscal year 2001-2002, the IIROSA spent more than SR.124,000,000. This marvallous achievement was made possible by the creation of 18 domestic branches in the various parts of the Kingdom, which in their turn created many branch offices in the cities and towns to present the opportunity to more and more local peoples to contribute in funding the various projects and programs of the IIROSA worldwide.

## Al-Baha branch office:

Under the supervision and directives of HRH Prince Muhammed bin Saud, Governor of Al-Baha region and the patronage of his Deputy, HRH Prince Faisal bin Muhammad, the Al-Baha branch office which is managed by Mr. Ibrahim Saeed Hamdan, was able to raise the sum of SR.4,655,308.80, in the year 2001-2002 and implement the following programs of IIROSA:

- Subsidizing Social welfare programs providing emergency relief, health and educational care. It also digs wells in nine countriesincluidng Uganda, Occupied, Palestine, Bosnia–Herzegovina, Chechnya, Kosovo, Kurdistan, Azad Kashmir, Sri Lanka and Macedonia.
- Organizing an educational camp at Rawakh center in Al-Baha.
- Organizing a summer camp for 150 students.

Supervising two courses in Uganda.

## Gizan Office:

Through the constant instructions of HRH Prince Muhammed bin Nasir, Governor of the Gizan region, IIROSA offices in Gizan, Sabia, Abu Arish, Daarb and Beish, which are supervised by Sheikh Muhammed bin Hassan Al-Hazmi, collected SR.6,600,000 during the fiscal year 2001-2002 for the following programs:

- Social welfare, emergency relief, health care, educational welfare, free meals, meals for the pilgrims, human sustainable development, construction of social center and well digging in many countries.
- Holding an exhibition in Gizan and a charity bazzar in Sabia.
- Participation of the women's committee in a number of exhibitions.

## Al-Jouf Office:

Under the supervision and patronage of HRH Prince Abdul Ilah , Governor of Al-Jouf region, the IIROSA office, which is directed by Fakhri bin Hammad Al-Shallal, raised SR.1,374,644 during the fiscal year 2001 - 2002 for the following programs:

- Social welfare, emergency relief, health care, educational, free meals, meals for the pilgrims, human sustainable development, construction of social centers and well digging in many countries.
- Three trucks loads of new and used clothes, textile materi-

Durant l'exercice 2001/2002; L'OIIS a dépensé plus de 124.000.000 RS. Cette merveilleuse réalisation a pu être possible grâce la création de 18 bureaux locaux dans différentes parties du Royaume. A noter que lesdits bureaux locaux ont crée à leur tour beaucoup d'autres branches dans différentes villes et faubourgs, en vue de donner de la chance a plus de personnes a contribuer au financement des différents projets et programmes de L'OIIS.

## 1-Bureau de Bahha :

Sous les directives et l'encadrement du prince Mohamed Ben Saoud ben Abd Al Aziz, gouverneur de la région de Bahha et sous le patronage de son adjoint le prince Faissal ben Mohamed ben Saoud le Bureau de Bahha a pu sous la direction de M. Ibrahim Said Hamdane collecter, en l'an 2001\2002, le montant de 4 655308,80 riyals. Parmi les réalisations de ce Bureau, ce qui suit:

* Contribution au soutien des programmes de la protection sociale,des secours d'urgence, de la construction de centres sociaux, de la protection sanitaire, des programmes d'éducation, des cours de lecture, des distributions de repas aux jeûneurs et de forage de puits, dont ont bénéficié 9 pays, à savoir: Ouganda, Palestine Bosnie-Herzégovine, Tchétchénie, Kosovo, Kurdistan,Cachemire Sri Lanka et Macédoine.
* Organisation d'un camp pédagogique au centre de Rouakh dans la région de Bahha.
* Organisation d'un centre de vacances d'été regroupant 50 étudiants.
* Encadrement de deux stages de formation en Ouganda.

## 2- Bureau de Jazan:

Sous les directives du prince Mohamed Ben Nasser ben Abd Al Aziz, gouverneur de la région de Jazan, les Bureaux de l'OIMS à Jazan, Sabiya, Abu Arich, Addarb et Bich, dirigés par Cheikh Mohamed ben Hassan Al Hazimi ont pu collecter, en l'an 2001\2002, le montant de 6 600 000 riyals. Parmi les réalisations de ces Bureaux ce qui suit:

* Contribution au soutien des programmes de la protection sociale, des secours d'urgence, de la protection sanitaire, des programmes culturels, des programmes d'éducation, des cours de lecture, des distributions de repas aux jeûneurs, distribution du mouton de l'Aïd, de la distribution de repas aux pèlerins, de la promotion humaine, de construction de centres sociaux et de forage de puits dans plusieurs pays.
* Organisation de la Foire de Jazan et d'un marché caritatif à Sabiya.
* Participation de la commission des femmes à plusieurs expositions de la région.

## 3- Bureau d'El Jouf:

Sous la supervision et le patronage du prince Abdel Ilah ben Abd Al Aziz,gouverneur de la région d'El Jouf, le Bureau dirigé par M. Fakhri ben Hamad Ash Shallal a réussi à collecter, en l'an 2001\2002,le montant de 1 374 644 riyals . Parmi les réalisations de ce Bureau ce qui suit:

* Contribution au soutien des programmes de la protection sociale, des secours d'urgence, de la construction de centres sociaux, de la protection sanitaire, des programmes d'éducation, des cours de lecture, des distributions de repas aux jeûneurs et de forage de puits, des dons et des aumônes générales, des programmes "Epis du Bien", de la distribution du mouton de l'Aïd et de la distribution de repas aux pèlerins.
* Acheminement de donations en nature d'un poids de 3 camions lourds chargés de vêtements neufs et usés, de linges et de dattes dont ont bénéficié plusieurs pays dont notamment: la Jordanie, la Palestine, l'Afghanistan, le Kosovo et la Tchétchénie.

## 4-Bureau de Riyadh:

Sous le patronage du prince Salman ben Abd Al Aziz, gouverneur de la région de Riyadh et grâce au suivi de

al, mattresses and palm dates were sent to several countries including Jordan, Palestine, Afghanistan, Kosovo and Chechnya.

## Riyadh Office:

Under the generous patronage of HRH Prince Salman bin Abdul Aziz, Governor of Riyadh region and his Deputy, Prince Satam bin Abdul Aziz, the Riyadh office of the IIROSA, supervised by Mr. Ali bin Abdullah Al-Jurais raised SR.27,456,663 for the following programs:

- Social welfare, emergency relief, health care, educational, free meals, meals for the pilgrims, human sustainable development, construction of social centers and well digging and agricultural programs.
- Distribution of such items as rice, clothes, shoes, blankets, tents, medicine and medical materials worth SR.2,325,510 in Bangladesh, Pakistan, Afghanistan, Azad Kashmir, Chechnya, Lebanon, Azerbaijan, Central Asian Islamic Republics and Kosovo.
- Fifty nine advertisements, four billboards and ten media reports.
- Holding or taking part in 14 exhibitions.
- Visits to Pakistan, Bangladesh and Afghanistan.

## IIROSA offices in the Eastern Region:

Under the patronage of HRH Prince Muhammed bin Fahd, Governor of the Eastern region, and his Deputy HRH Prince Saud bin Naif , and through the management of HH Prince Turki bin Jelewi Al-Saud, the IIROSA offices in the Eastern region collected SR 4,382,000 in the year 2001-2002 to implement the following programs in eight countries:

- Social welfare, health care, educational, free meals, human sustainable development. The eight countries are: Kosovo, Sudan, Chechnya, Indonesia, India, Thailand, Philippines, and Ethiopia.
- Supervising tours of Indonesia, Jordan, India, Ethiopia, and Sudan.
- A refresher course was held in Bihar, India, and a caravan carrying relief items was arranged in Ogaden-Ethiopia.

## IIRO offices in the Asir region:

Thanks to continuous advices of HRH Prince Khalid Al-Faisal, Governor of the Asir region, and the efforts of the director Mr. Muhammed bin Hamidi Al-Sarhani, the twelve IIROSA offices in the Asir region collected SR16,293,386 in 2001-2002 for the following programs:

- Social welfare, emergency relief, health care, educational, free meals, well digging.
- Five countries including Kosovo, Chechnya, Iraqi-Kurdistan, Nigeria and Chad received material assistance worth

son adjoint le prince Sattam ben Abd Al Aziz,le Bureau de Riyadh, dirigé par M. Ali ben Abd-Allah al Jariss a réussi à collecter, en l'an 2001\2002, le montant de 27 456 663 riyals qui a contribué à soutenir plusieurs programmes de protection sociale,de secours d'urgence, de construction de centres sociaux, de protection sanitaire, de programmes d'éducation, de programmes culturels, de cours de lecture, de distributions de repas aux jeûneurs, de distribution de repas aux pèlerins, d'immolation de moutons de l'Aïd,de forage de puits, de promotion humaine et de réalisation de projets agricoles.

* Le Bureau a contribué aussi par des donations diverses englobant:(riz, vêtements, chaussures, couvertures, draps, tentes, médicaments,outils médicaux et autres) d'un montant de 2 325 510 riyals.

*9 pays ont bénéficié de ces donations dont: Bangladesh, Pakistan, Cachemire, Tchétchénie, Liban, Azerbaïdjan, les républiques d'Asie centrale et Kosovo.

* Le Bureau a publié 59 annonces de presse, 4 pancartes publicitaires et 10 rapports de presse.

* Le Bureau a organisé et participé à 14 expositions, organisé la foire du livre de l'étudiant de trois établissements scolaires.

* Les délégués du Bureau ont effectué des visites de travail dans 3 pays: Bangladesh, Pakistan et Afghanistan.

## 5- Bureaux de la région de l'Est:

Sous le patronage du prince Mohamed ben Fahd ben Abd Al Aziz, gouverneur de la région de l'Est, et grâce au suivi du prince Saoud ben Nayef ben Abd Al Aziz, les Bureaux de l'OIMS de cette région dirigés par le prince Turki ben Jalwi Al Saoud ont réussi à collecter en l'an 2001\2002 le montant de 4 382 000 riyals.

* Le Bureau régional de l'OIMS dans la ville de Dammam comprend 6 branches à savoir; les Bureaux des villes suivantes; Ahsa, Jubail, Havre al batan, Ras Tanoura, Khafji et Baquet.

* 8 pays ont bénéficié des activités de ces Bureaux, à savoir; Kosovo, Tchétchénie, Indonésie, Inde,Thaïlande, Philippines, Soudan et Ethiopie, à travers des programmes de soutien dans les domaines de la protection sociale, de secours d'urgence, de la protection sanitaire, des programmes d'éducation, des cours de lecture, des distributions de repas aux jeûneurs, de promotion humaine, de pris en en charge des pauvres de l'intérieur et des Awqafs.

* Les délégués de ce Bureau ont effectué des visites de travail dans 5 pays ; Indonésie, Jordanie, Inde, Ethiopie et Soudan pour encadrer la distribution des allocations aux orphelins et inspecter les projets de l'OIMS.

* Le Bureau a organisé un stage de formation dans la province de Bihar-Jar Ganj en Inde et a acheminé une campagne de secours d'urgence dans la région d'Ogaden en Ethiopie.

* Le Bureau a fait don de matériels de la Protection civile offerts par la société nationale du Fer et de la Fonte de Jubaïl à la Direction de la Protection civile du Soudan.

## 6- Bureaux de la région de Assire:

Sous les directives continues du prince Khaled Al Faissal ben Abd Al Aziz, gouverneur de la région de Assire, les Bureaux de l'OIMS dans cette région ont réussi sous la direction exécutive de M. Mohamed ben Houmaidi Sarhani à collecter, en l'an 2001\2002, le montant de 16 293 386 riyals.

Les Bureaux de l'OIMS au nombre de 14 Bureaux se trouvent dans les villes suivantes; Abha, Khamis Mouchaït, la ville militaire, Bisha, Namas, El Moujarada, Balqarn, Dhahran al Janoub, Mouhaïl,Wadaïn, Assarh,Bellasmar, Chaabaïn et Bariq

* Les Bureaux de la région de Assire ont contribué au soutien des programmes de la protection sociale,des secours d'urgence, de la construction de centres sociaux, de la protection sanitaire, des programmes d'éducation, des programmes culturels, des cours de lecture, des distributions de repas aux jeûneurs et de forage de puits.

* Les dons en espèces ont atteint le montant de 2 000 000 riyals

SR.2000,000.

• Participation in summer exhibitions and tourism promotion program in Asir.

•Representatives of IIROSA's Asir office took delivery of a hospital donated by Kaduna state of Nigeria and fully equipped it and received 64,000 square meters land donated by Kaduna state to build an urban center.

## Al-Qasim area:

Continued patronage by HRH Prince Faisal bin Bandar, Governor of Al-Qasim region helped IIROSA offices in the area to collect SR.4,230,222 during the fiscal year 2001-2002. IIROSA other branch offices in the area are located in Al-Asyah, Bikeria, Rass, Riyadh, Al-Khabra, Maznaab and Uyoon Al-Jawa. These offices are supervised by Dr. Sulaiman H. Al-Saqri. Programs implemented included:

• Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development programs in Kosovo, Chechnya, Ethiopia, Somalia, Eritrea, Bosnia–Herzegovina, Occupied Palestine, Afghanistan, Sri Lanka, Azad Kashmir, Indonesia, Sudan, Bangladesh, Tajikstan, Albania and Nepal.

• Officials from IIROSA office in Al-Qasim visited Sri Lanka three times, four teims to Ethiopia and Nepal.

• IIROSA's Al-Qasim office took part in a mobile exhibition in Occupied Palestine, Chechnya and Afghanistan.

### Unaiza office:

IIROSA office in Unaiza enjoys wholehearted support of HRH Prince Faisal bin Bandar, Governor of Al-Qasim region. The Unaiza office, which is under the supervision of Sheikh Abdullah bin Hamad Al-Jabr collected SR1,534,752 during the fiscal year 2001-2002. The amount was spent on the following programs:

• Social welfare, emergency relief, health care, educational, free meals and well digging.

• Three trucks loads of relief items were shipped to Afghan refugees.

• Free meal was provided in Kenya.

• Other programs were implemented in Sudan, Kosovo and Chechnya.

## Madina office:

Through the guidance of HRH Prince Miqrin bin Abdul Aziz, Governor of Madinah region, the IIROSA office which is under the supervision of Dr. Hamza bin Zuhair Hafiz collected SR.12,654,191 during the fiscal year 2001-2002. The amount was spent to implement the following programs:

• Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development in 20 countries including Chechnya, Kosovo, Bosnia-Herzegovina, Occupied Palestine Azad Kashmir, Ethiopiaa, Mozambique, Pakistan, Turkistan, Senegal, Saudi Arabia, Mauritania, Yemen, Benin, Cote d' Ivoir, Gambia,

dont ont bénéficié 5 pays, à savoir ; Kosovo,Tchétchénie, Kurdistan ; Nigeria et Tchad.

* Les Bureaux ont participé dans les foires d'été et les programmes de promotion du tourisme à Assire.

* Des délégués de ces Bureaux ont visité le Nigeria pour la réception de l'hôpital cédé par la province de Kaduna à l'OIMS pour être complètement équipé par le Bureau de Assire.

* Les bureaux de Assire ont bénéficié d'une parcelle de terrain cédée par la province de Kaduna d'une superficie de 64 000 m2 sur laquelle sera implanté un centre culturel en reconnaissance des activités de l'OIMS.

## Région d'El Qassim:

### 7) Le Bureau de Buraïda :

Sous le patronage permanent du prince Faissal ben Bandar ben Abd Al Aziz, gouverneur de la région d'El Qassim, le Bureau de l'OIMS de Buraïda auquel sont affiliés les Bureaux annexes de: Assiah, Bakiria, Arrass, Riyadh Khabra, Madhnab et Ouyoun Jawa, sous la direction du Dr. Souleymane ben Hamed Saqri, a pu collecter, en l'an 2001\2002, le montant de 4 230 222 riyals

* 16 pays ont bénéficié des programmes de ce Bureau, à savoir; Kosovo, Ethiopie, Somalie, Erythrée, Bosnie-Herzégovine, Palestine, Afghanistan Sri Lanka, Cachemire,Indonésie, Soudan, Tadjikistan, Albanie et Nepal. Les programmes et les prestations offerts par ce Bureau aux musulmans de ces pays furent divers et multiples et ont englobé ; la protection sociale, les secours d'urgence, la construction de centres sociaux, la protection sanitaire, les programmes d'enseignement, l'éducation, les cours de lecture, les distributions de repas aux jeûneurs, le forage de puits et la promotion humaine.

* Les délégués de ce Bureau ont visité trois fois le Sri Lanka et quatre fois l'Ethiopie pour y organiser des stages de formation. De même qu'ils ont visité le Népal pour suivre les activités des éducateurs.

* Le Bureau a participé à plusieurs expositions itinérantes sur la Palestine, la Tchétchénie et l'Afghanistan.

### 7) Le Bureau de Ounaïza:

Le patronage du prince Faissal ben Bandar ben Abd Al Aziz, gouverneur de la région d'El Qassim s'est étendu jusqu'au Bureau de Ounaïza, dirigé par M. Abd-Allah ben Hamed Al Jabr. Ce Bureau a pu collecter ,en l'an 2001\2002, le montant de 1 534 752 riyals dont l'utilisation a contribué aux activités suivantes:

* Soutien aux programmes; de la protection sociale, des secours d'urgence, de construction de centres sociaux,de l'enseignement, des cours de lecture, de distribution de repas aux jeûneurs, de distribution de mouton de l'Aïd et de forage de puits.

* Acheminement de produits de secours d'un poids de trois camions lourds chargés de vêtements, de dattes et de couvertures aux réfugiés d'Afghanistan.

* Mise en oeuvre d'un programme de distributions de repas aux jeûneurs et organisation d'un stage formation au Kenya.

4 pays ont bénéficié de ces programmes, à savoir : Kenya, Soudan Kosovo et Tchétchénie.

## Région de Médine el Mounawwara

### 9- Bureau de Médine el Mounawwara

Sous les directives et le haut patronage du prince Maqrin ben Abd Al Aziz, gouverneur de la région de Médine el Mounawwara, le Bureaux de l'OIMS à Médine dirigé par le Dr. Hamza ben Zuhair Hafedh a pu collecter, en l'an 2001\2002,le montant de 12 654 191 riyals pour soutenir les programmes suivants ;

* la protection sociale, les secours d'urgence, la construction de 3 centres

Guinea, Central African Republic and Malawi.

- Participation in a camp during spring .
- Computer literacy courses organized by the women's committee.
- Inspection tour of West African countries.

## Yanbu office:

The patronage of HRH Prince Miqrin bin Abdul Aziz, Governor of Madinah region extends to the Yanbu office of the IIROSA, which is directed by Engineer Abdullah bin Ibrahim Al-Sherif. During the fiscal year 2001-2002, the Yanbu office was collected SR 4,175,782 to implement the following programs:

- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development.

## Makkah area:

Under the constant supervision of HRH Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah region, IIROSA office in Makkah and its director Dr. Ahmed bin Nafea Al-Mawraei collected SR110,077,378 during the fiscal year 2001-2002. The amount was spent on the following programs:

- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development.
- Participation in 14 exhibitions and organizing of four charity weeks.
- Field tour of Albania.

In all, the efforts of the IIROSA in this regard covered the following 24 countries:

Macedonia, Albania, Turkey, Thailand, Bosnia-Herzegovina, India, Afghanistan, Burma, Sri Lanka, Indonesia, Philippines, Occupied Palestine, Pakistan, Yemen, Iraqi-Kurdistan, Somalia, Eritrea, Ethiopia, Bangladesh, Chechnya, Azad Kashmir, Sudan, Djibouti and Kosovo.

## Jeddah office:

HRH Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah region, extends his kind patronage to the IIROSA in Jeddah. Indeed through the keen interest of HRH Prince Mish'al bin Majid, Governor of Jeddah, and under the supervision of its director Mr. Saleh Baboud, IIROSA's Jeddah office collected SR. 29,708,981 for the following programs:

- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development.
- Providing the poor and the needy around the world with five containers and 215 medium trucks loads of

sociaux respectivement au Burkina Faso, au Niger et en Gambie.

* Le forage de 10 puits en Guinée et d'un puits au Niger.
* La participation au camp du commandement du bien et à l'exposition de soutien à l'Intifadha d'El Aqsa.
* La commission des femmes a organisé des stages de formations en informatique et en langue anglaise.
* Les délégués de ce Bureau ont visité certains pays d'Afrique à deux reprises pour distribuer des dons destinés aux orphelins et inspecter des projets de l'OIMS.

20 pays ont bénéficié des programmes de ce Bureau, à savoir : Tchétchénie, Kosovo, les pays des Balkans, Bosnie-Herzégovine, Palestine, Cachemire, Ethiopie, Mozambique, Pakistan, Turkestan, Sénégal, Arabie Saoudite, Mauritanie, Yémen, Bénin, Côte d'Ivoire, Gambie, Guinée, Centre Afrique et Malawi.

## 10-Bureau de Yanbou:

Le patronage du prince Maqrin ben Abd Al Aziz,gouverneur de la région de Médine el Mounawwara s'étend jusqu'au Bureau de Yanbou, dirigé par l'ingénieur Abd-Allah Ibrahim Sharif, qui pu collecter,en l'an 2001\2002, le montant de 4 175 782 822 riyals.

Ce Bureau a contribué au soutien des programmes suivants; la protection sociale, les secours d'urgence, la protection sanitaire,les programmes d'enseignement,les programmes d'éducation et des éducateurs, les cours de lecture, les distributions de repas aux jeûneurs, le programme du mouton de l'Aïd, la construction de centres sociaux, le forage de puits et les programmes de la promotion humaine.

## Région de La Mecque:

### 11- Bureau de La Mecque

Sous l'encadrement et le suivi du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque el Moukarramah, le Bureau de l'OIMS de La Mecque, dirigé par le Dr. Ahmed ben Nafa'a al Mouryi a pu collecter, en l'an 2001\2002, le montant de 10 077 378 riyals. Ce montant a contribué au soutien des programmes suivants :

* La protection sociale, le secours d'urgence, la construction de centres sociaux, la protection sanitaire, l'enseignement, l'éducation, les cours de lecture, les distributions de repas aux jeûneurs et le forage de puits.
* Des dons ont été collectés englobant, des draps, des oreillés, des tapis, des couvertures, des butanes à gaz,des congélateurs, des vêtements, des tentes et des chaussures d'un poids de trois camions lourds (Mercedes) et de deux véhicules land Rover ( Dyna ).
* Le Bureau a participé à 14 expositions et a organisé 4 semaines d'actions caritatives.
* Les délégués de ce Bureau ont visité l'Albanie pour inspecter des projets et distribuer des dons aux orphelins.
* 19 pays ont bénéficié des programmes de ce Bureau, à savoir : Kosovo,Cachemire,Tchétchénie,Bangladesh,Ethiopie,Erythrée,Somalie, Soudan,Djibouti,Yemen,Kurdistan,Yemen,Pakistan,Palestine,Philippine s,Indonésie, Sri Lanka, Myanmar (Birmanie), Afghanistan, Inde, Bosnie-Herzégovine, Thailande, Turquie, Albanie et Macédoine.

## 12- Bureau de Djeddah :

Sous le haut patronage du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque el Moukarramah, le Bureau de l'OIMS à Djeddah,dirigé par M. Saleh Ahmed Baaboud, a pu sous le suivi et l'attention du prince Mash'al ben Majed ben Abd Al Aziz, gouverneur de Djeddah, collecter,en l'an 2001\2002,le montant de 29 708 981 riyals.

* Ce montant a contribué au soutien des programmes suivants : protection sociale, secours d'urgence, construction de centres sociaux, protection sanitaire, enseignement, éducation, cours de lecture, distributions de repas aux jeûneurs, forage de puits et promotion humaine.
* Les dons en nature ont atteint le chargement de 5 conteneurs de 40 pieds et le chargement de 215 véhicules (Dyna) contenant des vêtements prêt à porter neufs, des



readymade garments, used clothes, material and blankets.
- A permanent exhibition hall was set up at the premises of IIROSA's Jeddah office.
- An exhibition of teaching aids was organized at the premises.
- IIROSA's Jeddah office partipated in 25 exhibitions and festivals.

Countries covered by the programs including Kosovo, Pakistan, Egypt, Palestine, Yemen, Chechnya, Sudan, Chad, Somalia, Djibouti, Uganda, Azad Kashmir, Eritrea Yugoslavia, Turkey, Albania, Afghanistan, Philippines, Burma, Bangladesh, Sri Lanka, Russia, Kurdistan, the Tuaregs in Algeria, Ethiopia, Mozambique, Indonesia, Nigeria, Thailand and Mauritania.

## Taif office:

IIROSA's office in Taif also enjoys the support of both HRH Prince Abdul Majeed bin Abndul Aziz, Governor of Makkah, and Honorable Mayor of Taif, Mr. Fahad A. A. Moamar. The IIROSA's Taif office directed by Dr. Talal O. Zafar collected SR5,997,296 for the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development.
- Bazaars organized by the women's committee.

Summer camps.
- Community service programs including computer literacy courses.

The Women's Committee:

The IIROSA takes keen interest in women's participation in its efforts. Hence, the formation of the Women's Committees in Jeddah and elsewhere in the Kingdom.

During the fiscal year 2001-2002, the Women's Committee in Jeddah helped implement in the following programs:
- Orphan sponsorship (526 orphans).
- Construction of nine social centers.
- Digging seven surface and two artesian wells.
- Social welfare, emergency relief, health care, educational, free meals, well digging, pilgrim's meal and human sustainable development.
- Distribution of 22 cartons of clothes, 595 cartons of foodstuf to needy families in Jeddah.
- Shipping quantities of rice to Afghanistan, and clothes to Occupied Palestine.

## Najran office:

Thanks to the kind patronage of HRH Prince Mish'al bin Saud, Governor of Najran region, and the efforts of its Director, Sheikh Khalid Saud Faris, the IIROSA office collected SR.1,652,114 during the fiscal year 2001-2002 to implement the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging, pilgrims meal, Zakat distribution, school bags to the poor, seasonal present for orphans, free Eid clothes and human sustainable development in these six countries: Palestine, Afghanistan, Yemen, Chechnya, Azad Kashmir,

tissus, des vêtements usés, des couvertures et autres.

* 32 pays ont bénéficié de ces programmes, à savoir : Kosovo,Pakistan,Egypte,Palestine,Yémen,Tchétchénie,Soudan,Tchad,Somalie,Djibouti,Ouganda,Cachemire,Erythrée,Yougoslavie,Turquie,Albanie,Afghanistan, Philippines, Birmanie, Bangladesh, Sri Lanka, Russie, Ethiopie, Mozambique, Inde, Indonésie, Nigeria, Thaïlande, Mauritanie, Kurdistan, Cachemire, Algérie ( région des Touaregs ) et dans certaines régions des Balkans.

* Organisation d'une exposition permanente au Bureau pour recevoir les visiteurs.

* Le Bureau a organisé la 2ème exposition sur les moyens de l'éducation en coordination avec la direction d'Information et des Relations publiques.

* Le Bureau a participé à 25 expositions et festivals dans les écoles, les Universités et les marchés publiques.

## 13- Bureau de Taïf :

Sous le haut patronage du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque el Moukarramah,le Bureau de l'OIMS à Taïf a pu, sous le suivi du gouverneur de Taïf, M.Fahd Ben Abd Al Aziz ben Moammar et la direction de M. Talal ben Obeid Dhafr, collecter,en l'an 2001\2002, le montant de 5 997 296 riyals.

* La Commission des femmes de Taïf relevant de ce Bureau a organisé 5 marchés caritatifs dans les villes de loisirs.

* Le Bureau a participé au camps de vacance du Comité "commandement du bien et interdiction du mal ".

* Le Bureau a mis en oeuvre plusieurs programmes au service de la population de Taïf dont des stages de formation en Informatique.

* Les activités réalisées concernent les programmes suivants : protection sociale, secours d'urgence, construction de centres sociaux, protection sanitaire, enseignement, éducation, cours de lecture et distributions de repas aux jeûneurs.

## 14-La Commission des femmes de Djeddah :

L'OIMS a tenu à faire participer les femmes dans ses efforts de la manière suivante:

* Participation au financement des programmes suivants : prise en charge de 526 orphelins, construction de 9 centres sociaux, forage de 7 puits de surface et de 2 puits artésiens, réalisation de 10 projets sanitaires, appui aux projets de la protection sociale, de secours d'urgence, de l'enseignement, des cours de lecture, de distribution de repas aux jeûneurs, du mouton de l'Aïd et de distribution de repas aux pèlerins.

* Distribution de 22 cartons de vêtements et de 595 cartons de produits alimentaires aux familles pauvres de Djeddah.

* Participation à l'envoi de quantités de riz en Afghanistan et des vêtements et de tissus en Palestine.

## 10-Bureau de Najran:

Sous les orientations du prince Mashaal ben Saoud ben Abd Al Aziz, gouverneur de la région de Najran, le Bureau de l'OIMS à Najran, dirigé par Cheikh Khaled Saoud Al Fares, a pu collecter,en l'an 2001\2002, le montant de 1 652 114 riyals.

* Ce montant a contribué au soutien des programmes suivants : protection sociale, secours d'urgence, protection sanitaire, immolation de moutons au Yémen, distribution de repas aux pèlerins, distribution de repas aux jeûneurs, distribution de la Zakate d'El Fitr à l'intérieur de la région de Najran, forage de puits, cours de lecture, construction de centres sociaux, distribution de cartables scolaires aux enfants pauvres, dons aux orphelins le jour de l'Aïd et distribution de vêtements de l'Aïd aux familles nécessiteuses à l'intérieur de la région de Najran, distribution de livres et de cassettes aux cen-

Macedonia and some African countries.

- Distribution of certificates of recognition to leading contributors.
- The new three offices were opened in the following localities:
- Tabuk, Hail and Northern Frontiers.

tres sociaux, aux départements gouvernementaux et aux particuliers, distribution des dons et des aumônes, et mise en oeuvre des programmes "Epis du Bien".

* 6 pays ont bénéficié des dons de ce Bureau, à savoir; Palestine, Afghanistan,Yémen,Tchétchénie, Cachemire, Macédoine et certains pays d'Afrique.
* Le Bureau a participé à deux campagnes du Serviteur des deux Saintes Mosquée destinées à venir en aide aux peuples de la Palestine et de l'Afghanistan.
* Le prince Mashaal ben Saoud ben Abd Al Aziz a donné ses directives pour l'aménagement d'un terrain pour servir de siège permanent à l'Organisme.
* Le Prince a aussi inauguré l'ouverture du siège de l'Organisme et de son exposition permanente à Najran.
* Le Prince a également approuvé la composition des membres du Conseil consultatif du Bureau sous la présidence du Cheikh Shafaq ben Abd Al Aziz Al Shafaq, juge au tribunal de grande instance dans la région de Najran.
* Le Bureau à organisé une réception en l'honneur des grands donateurs auxquels ont été remis des certificats de reconnaissance par le prince Mashaal ben Saoud ben Abd Al Aziz.

## Ouverture prochaine de 3 nouveaux Bureaux de l'OIIS pour l'exercice 2001\2002, à savoir:

* Bureau de Tabouk sous le patronage du Prince Bandar ben Sultan,gouverneur de la région.
* Bureau de Hail sous le patronage du Prince Saoud ben Abd Al Muhsin, gouverneur de la région.
* Bureau des frontières du Nord sous le patronage du Prince Abd-Allah ben Abd Al Aziz ben Messa'ad, gouverneur de la région.




# Achievements of the programs and projects sector

# Réalisations de la Direction des Programmes et des Projets



Following is a statement of IIROSA's achievements in the various humanitarian fields during the fiscal year 2001-2002:

| | |
|---|---|
| Total amount IIROSA Spent on various programs | SR.124, 746,929 |
| Projects under IIROSA management | 2,882 |
| Number of beneficiaries of IIROSA's programs | SR. 4, 331,342 |
| Amount spent in Asia | SR.72,422,870 |
| Amount spent in Africa | SR.44,875,863 |
| Amount spent in Europe | SR. 7,232,024 |
| Amount spent in South America | SR. 151, 136 |
| Amount spent in Australia | SR. 65, 000 |

Orphan sponsorship was at the top of the five major programs sponsored by the IIROSA during the fiscal year 2001-2002.

Amounts spent on the various welfare programs are as shown below:

| | |
|---|---|
| 1- Social welfare | SR. 44,000,000 |
| 2- Emergency relief | SR. 33,000,000 |
| 3- Engineering projects | SR. 22,000,000 |
| 4- Health care | SR. 8,000,000 |
| 5- Educational welfare | SR. 4,000,000 |

Details follow in due course.

Secourir le nécessiteux, sauvegarder le noyé, réconforter le sinistré, nourrir l'affamé apporter assistance aux malades, fournir des vêtements, assurer un abri décent aux réfugiés et procurer du travail aux familles pauvres sont parmi les actions que l'Organisme Islamique Mondiale de Secours du royaume d'Arabie saoudite s'attelle à accomplir, grâce en particulier aux bienfaiteurs, aux autorités gouvernementales ainsi qu'au peuple de ce pays béni qui lui ont apporté tout les soutiens et appuis nécessaires et lui ont prodigué conseils et orientations.

Voici maintenant un aperçu sur les réalisations de l'OIMS à travers ses différentes actions humanitaires au cours de l'an 2001\2002:

* 124 746 929 riyals ont été dépensés par l'OIMS pour financer ses différents programmes
* 2882 projets sont gérés par l'OIMS.
* 95 pays à travers le monde ont bénéficié des projets et des programmes de l'OIMS.
* 4 331 342 personnes ont bénéficié des projets et des programmes de l'OIMS.
* 72 422 870 riyals ont été dépensés par l'OIMS pour ses programmes en Asie.
* 44 875 863 riyals ont été dépensés par l'OIMS pour ses programmes en Afrique.
* 7232 024 riyals ont été dépensés par l'OIMS pour ses programmes en Europe.
* 151136 riyals ont été dépensés par l'OIMS pour ses programmes en Amérique latine.
* 65000 riyals ont été dépensés par l'OIMS pour ses programmes en Australie.

La prise en charge des orphelins a été à la tête de la liste des cinq plus importants programmes de l'OIMS en termes de dépenses en l'an 2001\2002. Les dépenses sur les programmes de l'OIMS furent comme il suit :

1- Protection sociale plus de 44 millions de riyals.
2- Secours d'urgence plus de 32 millions de riyals.
3- Projets de génie civil (construction de centres, forage de puits ) plus de 22 millions de riyals.
4- Protection sanitaire plus de 8 millions de riyals.
5- Enseignement plus de 4 millions de riyals.

De plus amples détails seront clarifiés ci-après

Achievements of the programs and projects sector

Réalisations de la Direction des Programmes et des Projets



## Table No. 1
## Projects, Expenditure and Beneficiaries 2001-2002
### Volume des dépenses et nombre de projets et de bénéficiaires pour l'exercice 2001\2002 selon les programmes

| No. | Program<br>Programmes | projects<br>Nombre de projets | Beneficiaries<br>Nombre de bénéficiaires | Countries<br>Pays | Expenditure/ SR.<br>Dépenses(riyals) |
|---|---|---|---|---|---|
| 1 | Social welfare<br>Protection sociale | 52 + 20 orphanages<br>52 projets et 20 orphelinats | 39941 | 52 | 44071593 |
| 2 | Emergency relief<br>Secours d'urgence | 32 | 620400 | 32 | 32286989 |
| 3 | Eng. Dept.<br>Génie civil | | | | |
| | Social centers<br>Projets de centres sociaux | 420 | 77330 | 20 | 17805335 |
| | Wells<br>Projets de puits | 413 | 167200 | 16 | 1728502 |
| | Other projects<br>Autres projets d'infrastructure | 12 | 61914 | 8 | 3412044 |
| 4 | Heaalth care<br>Protection sanitaire | 119 | 1658044 | 33 | 8832203 |
| 5 | Educational<br>Programmes d'enseignement | 37 | 381 students<br>étudiants | 43 | 4592722 |
| | | | 85 teachers<br>enseignant(e)s | | |
| | | | 31710 students<br>élèves (filles et garçons) des établissements scolaires | | |
| 6 | Free meals<br>Programme de distribution de repas aux jeûneurs | 68 | 681300200 | 68 | 3069500 |
| 7 | Social programs<br>Programme de l'éducation et des éducateurs | 19 | 1049 | 29 | 2697984 |
| 8 | Cultural orientation<br>Cours de lecture | 712 | 36905 | 24 | 2119059 |
| 9 | Personal assistance<br>Programme d'assistances individuelles | 31 | 6833 | 31 | 2043193 |
| 10 | Human Development<br>Programme de la Promotion humaine | 21 | 1350 | 15 | 428081 |
| | Grand total<br>Total général | 2882 | 4331342 | 95 | 124746929 |



## Percentage of amounts spent on programs and projects 2001-2002
## Taux des dépenses pour les programmes et les projets pour l'exercice 2000\2001

| | |
|---|---|
| Social welfare | 35% |
| Protection Sociale | |
| Emergency relief | 26% |
| Secous d'urgence | |
| Eng. Dept. | 18% |
| Génie Civil | |
| Health care | 7% |
| Protection sanitaire | |
| Education | 4% |
| Amérique latine | |
| Free meal | 2% |
| Enseignement | |
| Social programs | 2% |
| Repas du jeûneur | |
| Cultural orientation | 2% |
| Education et educateur | |
| Personal assistance | 2% |
| Cours de lecture | |
| Eid al adha | 1% |
| Aide individuelle | |
| Human sustainable development | 1% |
| Mouton de l'Aïd | |
| Protection sociale | |






IIRO 000458



## Table No. 2

**Statement of amounts spent on programs and projects in the various continents 2001 - 2002**

**volume des dépenses (en riyals ) des programmes et des projets pour l'exercice 2001\2002 selon les continents**

| No. | Activity<br>Programmes | Asia<br>Asie | Africa<br>Afrique | Europe<br>Europe | South America<br>Amérique latine | Australia<br>Australie | Total<br>Total |
|---|---|---|---|---|---|---|---|
| 1 | Social welfare<br>Protection sociale | 21363115 | 17836539 | 4871939 | | | 44071593 |
| 2 | Emergency relief<br>Secours d'urgence | 20662987 | 10485626 | 1138376 | | | 32286989 |
| 3 | Eng. Dept.<br>Génie civil | | | | | | |
| | Social centers<br>Projets de centres sociaux | 13339237 | 4466098 | | | | 17805335 |
| | Wells<br>Projets de puits | 1274502 | 454000 | | | | 1728502 |
| | Other const. projects<br>Autres projets d'infrastructure * | 3122462 | 289582 | | | | 3412044 |
| 4 | Health care<br>Protection sanitaire | 3737980 | 4960064 | 134159 | | | 8832203 |
| 5 | Education<br>Programmes d'enseignement | 1979040 | 2613682 | | | | 4592722 |
| 6 | Free meal<br>Programme de distribution de repas aux jeûneurs | 1293750 | 1017000 | 583750 | 110000 | 65000 | 3069500 |
| 7 | Social programs<br>Programme de l'éducation et des éducateurs | 1899684 | 757164 | | 41136 | | 2697984 |
| 8 | Cultural orientation<br>Cours de lecture | 1361720 | 757339 | | | | 2119059 |
| 9 | Personal assistance<br>Programme d'assistances individuelles | 1208732 | 458161 | 376300 | | | 2043193 |
| 10 | Human Sus. Dev.<br>Programme de la Promotion humaine | 180273 | 210308 | 376300 | | | 428081 |
| | **Grand total**<br>**Total général** | 72422870 | 44875863 | 7232024 | 151136 | 65000 | 124746929 |

* Autres projets d'infrastructure : orphelinats,dispensaires, centres de civilisation



IIRO 000459



**Percentage of amounts spent in the various continents 2001 - 2002**
**Taux des dépenses par continent pour l'exercice 2000\2001**





# Social Welfare

# Programme de la Protection Sociale

The social welfare program of the IIRO undertakes the following:

- Running and operating orphanages capable of providing educational, health care and cultural programs and activities.
- Extending assistance to orphanages supervised by other organizations.
- Sponsors orphans living with relatives
- Creates and manages service centers for orphans including general supervision.
- Caters for the needs of deprived children separated from their parents either by war or by forceful eviction from their homes.
- Provides 'subsequent attention' to orphans over fifteen years of age.

## Achievements

During 2001-2002

| | | |
|---|---|---|
| • Amounts spent on orphans | SR | 44,071,593 |
| • Number of orphans | SR | 39,941 |

- Active orphanages 20 (12 in Asia) and (8 in Africa)
- Orphan supervisors and coordinators recruited 28.
- The IIROSA sponsored orphans 51 Asian, African and European countries.

* La Direction de la Protection sociale s'attelle à réaliser les programmes suivants:
* Création et gestion des orphelinats et rendre disponible la prise en charge des orphelins et des orphelines en matière d'éducation, d'enseignement, de santé, de culture et de loisirs et leur permettre l'accès aux centres de formation professionnelle en vue de préparer les orphelins et les orphelines à la phase qui suit leur prise en charge.
* Appui aux orphelinats relevant de certaines associations caritatives dignes de confiance.
* Prise en charge d'orphelins vivant avec leurs familles.
* Création et gestion de centres de prestation de services à orphelin en vue d'offrir des services et des programmes culturels et de loisirs à l'orphelin en dehors des heures scolaires, de suivre ses comportements et sa condition physique et de prodiguer des conseils à ses parents tout en le laissant avec sa famille sans le dissocier de son environnement tant que la situation sociale de la famille lui permet d'en prendre soin.
* Protection de l'enfant privé: ce programme permet d'accueillir les enfants séparés de leur familles pour des raisons de guerre, d'exile forcé ou de catastrophes et dont la mort des parents n'est pas connue avec certitude pour les considérer comme orphelins. Ce programme met à leur disposition un climat de sécurité dans des orphelinats ou des centres de prestations sociales spécialisées pour les sauver de l'abandon, de la dérive ou d'être exploités par les milieux de criminalité, de la débauche et des comportements pervers et immoraux.
* Programme de la protection postérieure: s'intéresse aux orphelins ayant dépassé l'âge de 15 ans, étape où l'orphelin ou l'orpheline n'atteint pas encore sa pleine maturité d'esprit et d'affection. Partant, abandonner les orphelins à cet âge critique risque de les exposer aux dérives et aux déviations. Si cela arriverait par malheur cela ruinerait tous les efforts consentis avec eux lors des premières phases de leur vie. C'est pourquoi l'OIMS s'attelle à les prendre en charge dans un de ses programmes d'éducation ou de promotion humaine. Ils seront alors orientés soit à l'enseignement théorique soit à la formation professionnelle selon les aptitudes mentales et les tendances naturelles personnelles de chacun d'eux.

## Réalisations de la Protection sociale

* Les dépenses destinées aux orphelins ont atteint,en l'an 2001\2002,le montant de 44 071 593 riyals saoudiens
* Le nombre d'orphelins pris en charge, en l'an 2001\2002, par l'OIMS a atteint 39 941 orphelin(e)s.
* L'OIMS assure la gestion de 20 orphelinats,12 en Asie et 8 en Afrique.
* L'OIMS a nommé 28 encadreurs et coordinateurs d'orphelins à l'étranger.
* Les orphelins pris en charge par l'OIMS se répartissent à travers 51 pays en Afrique, en Asie et en Europe.



**Table No. 3**
**Table showing the total number of orphans, orphanges and supervisors in the various continents. The amounts spent on them during the fiscal year 2001 - 2002**
**Nombre total d'orphelins, d'orphelinats et d'encadreurs et dépenses de l'OIMS en l'an 2001\2002 selon les continents**

| No. | Continents Continents | Orphanages Orphelinats | Orphans Ophelins | Supervisors encadreurs | Countries de pays | Amounts in SR. Dépenses en riyals |
|---|---|---|---|---|---|---|
| 1 | Asia Asie | 12 | 18282 | 16 | 18 | 31,363,115 |
| 2 | Africa Afrique | 8 | 18024 | 11 | 28 | 17,836,539 |
| 3 | Europe Europe | - | 3635 | 1 | 5 | 4,871,939 |
| Grand total Total général | | 20 | 39941 | 28 | 51 | 44,071,593 |

**Asian countries:** Azerbaijan, Jordan, Afghanistan, Indonesia, Pakistan, Bangladesh, Thailand, Sri Lanka, Syria, Philippines Occupied Palestine, Kurdistan, Azad Kashmir, Lebanon, Yemen, India and Nepal.

**African countries:** Ethiopia, Eritrea, Uganda, Burkina Faso, Benin, Chad, Tanzania, Togo, Tunis, Gambia, Djibouti, Zambia, Cote d'Ivoire-Senegal, Sudan, Somalia, Ghana, Guinea, Kenya, Mali, Egypt, Morocco, Malawi, Mauritania, Mauritius, Mozambique, Niger and Nigeria.

**Europe:** Spain, Albania, Bosnia-Herzegovina, Kosovo and Greece.

* **Les pays d'Asie sont:** Azerbaïdjan, Jordanie, Afghanistan, Indonésie, Pakistan, Bangladesh, Thaïlande, Sri Lanka, Syrie, Philippines, Palestine, Kurdistan, Cachemire libre, Liban, Népal, Inde et Yémen.

* **Les pays d'Afrique sont :** Ethiopie,Erythrée, Ouganda, Burkina Faso,Bénin, Tchad, Tanzanie, Togo, Tunisie, Gambie, Djibouti, Zambie, Côte d'Ivoire, Sénégal, Soudan, Somalie, Ghana, Guinée, Kenya, Mali, Egypte, Maroc, Malawi, Mauritanie, Maurice, Mozambique, Niger et Nigeria.

* **Les pays d'Europe sont :** Espagne, Albanie, Bosnie-Herzégovine,Kosovo et Grèce.






IIRO 000463

## Table No. 4
## Orphanages in Asia:
## Orphelinats d'Asie:

| No. | Orphanage<br>Nom de l'orphelinat | Town/Village<br>Ville ou village | Country<br>Pays |
|---|---|---|---|
| 1 | Imam Bukhari<br>Imam Boukhari | Jalalabad<br>Jalalabad | Afghanistan<br>Afghanistan |
| 2 | Al-Bara'im<br>Al Barayim | Mansaharah<br>Mansahra | Pakistan<br>Pakistan |
| 3 | Sumaiyah<br>Soumeya | Guilguit<br>Jaljut | India<br>Pakistan |
| 4 | Ammar bin Yassir<br>Ammar ben Yasser | Calicut<br>Calcut | Pakistan<br>Pakistan |
| 5 | Omar bin Khattab<br>Omar ben Al Khattab | Peshawar<br>Peshawer | Pakistan<br>Pakistan |
| 6 | Abu Bakr Siddique<br>Abu Bakr Assadiq | Romer village<br>Village de Rumarkaba à | Bangladesh<br>Bangladesh |
| 7 | Asma bint Abu Bakar<br>Asm'a bint Abibakr | Dhaka<br>Dacca | Bangladesh<br>Bangladesh |
| 8 | Periseri<br>Beri Seri | Dhaka<br>Dacca | Bangladesh<br>Bangladesh |
| 9 | Abdullah bin Mubarak<br>Abd-Allah ben Mubarak | Dhaka<br>Dacca | Bangladesh<br>Bangladesh |
| 10 | Fatma Zahra'a<br>Fatima Zahr'a | Batila village<br>Village Patila, province de May Gange | Bangladesh<br>Bangladesh |
| 11 | Jabir bin Abdullah<br>Jaber ben Abd-Allah | Cotabato<br>Catabatu | Philippines<br>Philippines |
| 12 | Sayida Naftissa<br>Sayida Nafissa | Bankok<br>Bangkok | Thailand<br>Thaïlande |

## Table No. 5
## Orphanages in Africa
## Orphelinats d'Afrique :

| No. | Orphanage<br>Nom de l'orphelinat | Town/Village<br>Ville ou village | Country<br>Pays |
|---|---|---|---|
| 1 | Awwalia<br>Awaliya | Addis Ababa<br>à Adis Abeba | Ethiopia<br>Ethiopie |
| 2 | Aruwa<br>Arwa | Aruwa<br>Arwa | Uganda<br>Ouganda |
| 3 | Lugo<br>Logo | Lugo<br>Village de Logo | Uganda<br>Ouganda |
| 4 | Hanan<br>Al Hanan | Ndjamena<br>N'djaména | Chad<br>Tchad |
| 5 | Arqam<br>Al Arqam | Dar-es-Salam<br>Dar Essalam | Tanzania<br>Tanzanie |
| 6 | Kisumu<br>Kissoumou | Kisumu<br>Kissoumou | Kenya<br>Kenya |
| 7 | Khalid bin Walid<br>Khaled ben Al Walid | Salima<br>Slima | Malawi<br>Malawi |
| 8 | Ali bin Abu Talib<br>Ali ben Abi Taleb | Nouakchot<br>Nouackchott | Mauritania<br>Mauritanie |



**Chart showing percentage of amounts spent on orphanages in the various continents 2001 - 2002**
**Dépenses en faveur des orphelins pour l'exercice 2001\2002 selon les continents**






## Chart showing number of IIROSA sponsored orphans in the various continents 2001- 2002

## Taux de distribution des orphelins pris en charge par l'OIIS pour l'exercice 2001/2002








# Emergency Relief

# Direction des Secours d'Urgence

**The fiscal year 2001-2002 faced a number of crisis and disasters in various countries such as:**

1- Wars in Palestine, Chechnya, Macedonia, Southern Philippines, Indonesia, Southern Sudan and Democratic Republic of Congo.

2- Draught and famine in Afghanistan, Asia, Ethiopia, Chad, Niger and Mali in Africa.

3- Floods in Sudan, Pakistan and Bangladesh.

4- Earthquakes and volcanoes: Thousands of people were killed as a result of earthquakes and volcano eruptions, which also caused substantial material damage in Gujarat state of India, Northern Afghanistan, and Kivu province of the DR of Congo.

The Engineering Department lived up to expectations during these calamities. It went to the rescue of thousands of displaced people and refugees in full force, providing them with food, medicine, clothes, blankets, tents and potable water.

## Achievement:

* Total expenditure of the emergency relief program during the year 2001-2002 including the value of palm dates donated by King Fahd, the Custodian of the Two Holy Mosques was estimated at: SR.32,286,989

* Volume of relief items shipped including palm-dates donated : 2,649,008 kg.

* Volume and value of palm dates donated by King Fahd to the needy in Afghanistan and Pakistan:810,000kg. Valued at: SR.2,430,000

* Shipping : SR. 402,469

* 620,400 persons in 33 countries benefited from the emergency relief program in the year 2001-2002

* 810,000 persons, including Afghan and Kashmiri refugees and drought victims in Pakistan received palm dates donated by King Fahd during the year 2000-2002.

**L'exercice financier de l'an 2001\2002 a été marqué par des crises et des catastrophes dans plusieurs pays à travers le monde:**

1) Les guerres : ont causé la mort de plusieurs personnes et occasionné de vastes destructions et dégâts matériels dans certains pays et régions, tels que : Palestine, Tchétchénie, Macédoine, Sud des Philippines, Indonésie, Sud Soudan et Congo démocratique.

2) Les sécheresses: ont frappé un certain nombre de pays à travers le monde dont l'Afghanistan est le pays le plus touché en Asie, alors que l'Ethiopie, le Tchad, le Niger et le Mali en sont les plus touchés en Afrique.

3) Les inondations : dues aux fortes averses de pluies ont causé la perte de plusieurs vies humaines et provoqué de considérables dégâts matériels comme au Soudan, au Pakistan et au Bangladesh.

4) Les séismes et les volcans : ont causé la mort de milliers de personnes en plus des dégâts matériels considérables tels les tremblements de terre à Kujarat en Inde et au nord de l'Afghanistan et le volcan du Kivo au Congo démocratique.

## Réalisations des secours d'urgence:

* 32 286 989 riyals ont été dépensés par l'OIMS dans le cadre du Programme des secours d'urgence en l'an 2001\2002 en espèces et en natures dont la valeur des dattes offertes par le roi Fahd.

* 2 649 008 kgs de produits de secours ont été acheminés par l'OIMS aux nécessiteux à travers le monde en l'an 2001\2002 dont la valeur des dattes offertes par le roi Fahd.

* 810 000 kgs de dattes offerts par le roi Fahd ont été distribués par l'OIMS aux nécessiteux au Pakistan et au réfugiés afghans en l'an 2001\2002 dont la valeur a atteint 3 430 000 riyals en plus du coût de fret et de distribution d'un montant de 402 469 riyals.

* 620 400 personnes ont bénéficié du Programme de secours d'urgence en l'an 2001\2002 dans 32 pays à travers le monde.

* 81 000 personnes ont bénéficié de la distribution des dattes offertes par le roi Fahd en l'an 2001\2002 entre réfugiés afghans, nécessiteux du Cachemire et victimes de la sécheresse au Pakistan.



## Table No. 6

## Total expenditure of emergency relief programs in the continents 2001-2002

## Dépenses totales de l'OIIS pour les secours d'urgence en nature et en espèces pour l'exercice 2001\2002 par continents

| No. | Continents<br>Continents | Items shipped<br>Produits acheminés en nature<br>weight<br>Poids\kgs | value<br>Valeur en riyals | Costs<br>Coût du fret | Containrs.<br>Nb de conteneurs | Cash<br>Montants en espèces (riyals) | Total<br>dépenses totales (riyals) |
|---|---|---|---|---|---|---|---|
| 1 | Asia<br>Asie | 1248324 | 6592000 | 612,882 | 70 | 13475324 | 20662987 |
| 2 | Africa<br>Afrique | 1400684 | 6031027 | 1231369 | 98 | 3223230 | 10485626 |
| 3 | Europe<br>Europe | - | | - | - | 1138376 | 1138376 |
| Total | | 2649008 | 12623027 | 1844251 | 168 | 17819711 | 32286989 |

## Table No. 7

## Amounts spent on emergency relief programs in the various countries in 2001-2002

## Dépenses totales pour les secours d'urgence en nature et en espèces pour l'exercice 2001\2002 par pays

| No. | Continent<br>Continents | Items shipped<br>Produits acheminés en nature<br>weight<br>Poids\kgs | value<br>Valeur en riyals | Costs<br>Coût du fret | Containrs.<br>Nb de conteneurs | Cash<br>Montants en espèces (riyals) | Total<br>dépenses totales (riyals) |
|---|---|---|---|---|---|---|---|
| 1 | Ethiopia<br>Ethiopie | - | - | - | - | 52819 | 52819 |
| 2 | Azerbaijan<br>Azerbaïdjan | 576 | 97107 | 7656 | - | 1085623 | 1190386 |
| 3 | Eritrea<br>Erythrée | 65331 | 450560 | 84675 | 10 | - | 535235 |
| 4 | Afghanistan<br>Afghanistan | 179431 | 1891375 | 75900 | 11 | 622538 | 2589813 |
| 5 | Indonesia<br>Indonésie | 125 | 4800 | 676 | - | 528750 | 534226 |
| 6 | Pakistan<br>Pakistan | 810993 | 2516000 | 405964 | 45 | 15000 | 2936964 |
| 7 | Bangladesh<br>Bangladesh | 172571 | 642169 | 67186 | 9 | 15000 | 859355 |
| 8 | Bosnia<br>Bosnie-Herzégovine | - | - | - | - | 146250 | 146250 |
| 9 | Burkina Faso<br>Burkina Faso | - | - | - | - | 87941 | 87941 |
| 10 | Burundi<br>Burundi | - | - | - | - | 37500 | 37500 |
| 11 | Chad<br>Tchad | 11630 | 136660 | 45500 | 2 | 207693 | 389853 |
| 12 | Tanzania<br>Tanzanie | 37720 | 129030 | 36442 | 3 | 12645 | 178117 |
| 13 | Gambia<br>Gambie | 20626 | 90000 | 21110 | 1 | - | 111110 |



## Table No. 7

### Amounts spent on emergency relief programs in the various countries in 2001-2002

### Dépenses totales pour les secours d'urgence en nature et en espèces pour l'exercice 2001\2002 par pays

| No. | Continent<br>Continents | Items shipped<br>Produits acheminés en nature<br>weight<br>Poids\kgs | <br><br>value<br>Valeur en riyals | <br><br>Costs<br>Coût du fret | Containrs.<br>Nb de conteneurs | Cash<br>Montants en espèces (riyals) | Total<br>dépenses totales (riyals) |
|---|---|---|---|---|---|---|---|
| 14 | Djibouti<br>Djibouti | 143084 | 518037 | 82974 | 9 | - | 601011 |
| 15 | Saud Arbia<br>Arabie Saoudite | 21468 | 255338 | - | - | - | 255338 |
| 16 | Senegal<br>Sénégal | 53600 | 174400 | 58967 | 4 | 37500 | 270867 |
| 17 | Sudan<br>Soudan | 130 | 4500 | - | - | 1879460 | 1883960 |
| 18 | Switzerland<br>Suisse | - | - | - | - | 2700 | 27000 |
| 19 | Sierra Leone<br>Sierra Leone | 300000 | 900000 | 255937 | 15 | 20000 | 1175937 |
| 20 | Sri Lanka<br>Sri Lanka | - | - | - | - | 112500 | 112500 |
| 21 | Chechnya<br>Tchétchénie | - | - | - | - | 221250 | 221250 |
| 22 | Somalia<br>Somalie | 714563 | 3399640 | 603839 | 50 | 128773 | 4132252 |
| 23 | Ghana<br>Ghana | 15700 | 148300 | 34050 | 2 | - | 182350 |
| 24 | Guinea<br>Guinée | 42300 | 79900 | 7875 | 2 | 56250 | 144025 |
| 25 | Palestine<br>Palestine | 63160 | 1185211 | 55500 | 5 | 9086480 | 10327191 |
| 26 | Azad Kashmir<br>Cachemire | - | - | - | - | 56250 | 56250 |
| 27 | Congo<br>Congo | - | - | - | - | 121358 | 121358 |
| 28 | Kosovo<br>Kosovo | - | - | - | - | 563657 | 563657 |
| 29 | Mali<br>Mali | - | - | - | - | 96806 | 96806 |
| 30 | Macedonia<br>Macédoine | - | - | - | - | 352706 | 352706 |
| 31 | Niger<br>Niger | - | - | - | - | 94378 | 94378 |
| 32 | India<br>Inde | - | - | - | - | 799500 | 799500 |
| 33 | Labour, advertisements and packaging costs<br>Dépenses de fonctionnement,frais des annonces et des produits de chargement et d'emballage | | | | | 1219084 | 1219084 |
| | **Total<br>Total** | **2649008** | **12623027** | **1844251** | **168** | **17819711** | **32286989** |





IIRO 000470

Chart showing volume of material shipped to Asia and Africa during the year 2001 - 2002
Taux de distribution des orphelins pris en charge par l'OIIS pour l'exercice 2001/2002








IIRO 000471

**Percent of amounts spent on Emergency Relief in each continent 2001 - 2002**
**Taux des dépenses en Secours d'urgence par continent pour l'exercice 2001\2002**








# Engineering Department(social & urban centers)

# Direction du Génie Civil (centres sociaux, puits… )

The Engineering Department uses the donations made by benefactors in Saudi Arabia to construct Social centers, digging wells especially in areas hit by drought and famine. The department also undertakes the construction of hospitals and dispensareis as well as all types of schools and orphanges.

## Achievements:

- The Engineering Department builds about 35 social centers .
- During the year 2001-2002, the department spent about SR.22,945,881 in building social centers, orphanages, dispensaries and urban centers as well as in digging wells around the world.
- During the year 2001-2002, the department spent about SR.17,805,335 to build 420 social and urban centers in favour of about 77,330 persons.
- The department also spent an amount of about SR.1,728,502 to dig both surface and artesian wells for about 167,200 persons.
- Other construction projects were carried out during the same period at a cost of SR.3,412,044 in favour of about 61,914 individuals.

La Direction du Génie civil:
La Direction du Génie civil s'attelle à la construction de centres sociaux dans les pays qui en ont le plus besoin en réponse aux volontés des donateurs bienfaiteurs. Les travaux de constructions sont effectués par des entrepreneurs suivant un mécanisme agrée qui tient compte des droits des donateurs et de la qualité d'exécution. Des rapports sur le déroulements des travaux et les phases de construction sont envoyés aux donateurs auxquels il sera remis aussi un rapport final après l'exécution des travaux, accompagné de photos fixes et mobiles.

L'OIIS s'attelle également au forage de puits d'eau potable dans les régions sinistrées par des catastrophes et de sécheresses et dans les camps de réfugiés où les sources en eaux sont minimes, et ce à travers le forage de puits (artésiens et de surface). L'OIIS effectue aussi des travaux de raccordement des canalisations d'eau pour alimenter en eau potable les pauvres et les nécessiteux dans les régions qui en ont besoin.

## Réalisations:

La Direction du Génie civil de l'OIIS a construit 35 centres sociaux par mois soit une moyenne d'un centre par jour.
* 22 945 881 riyals ont été dépensés par l'OIIS en l'an 2001\2002 dans le cadre des constructions de centres sociaux, de forage de puits, de construction d'orphelinats, de dispensaires et de centres de civilisation.
*420 centres sociaux ont été construits en l'an 2001\2002 pour un coût de 17 805 335 riyals dont ont bénéficié 77330 personnes.
* 413 puits artésiens et de surface ont été réalisés et équipés en l'an 2001\2002 pour un coût de 1 728 502 riyals, dont ont bénéficié 167200 personnes
*12 autres projets d'infrastructure ont été réalisés en l'an 2001\2002 pour un coût de 3 412 044 riyals, dont ont bénéficié 61914 personnes.

**Table No. 8**
**Total amount spent on engineering projects in 2001-2002**

| No. | Continent Continents | Social centers-SR. Centres sociaux | boreholes -SR. Puits | Other s -SR. Autres projets d'infrastructures | Total in SR. Total (riyals) |
|---|---|---|---|---|---|
| 1 | Asia Asie | 13339237 | 1274502 | 3122462 | 17736201 |
| 2 | Africa Afrique | 4466098 | 454000 | 289582 | 5209680 |
| | Total Total | 17805335 | 1728502 | 3412044 | 22945881 |





IIRO 000474

## Table No. 9
## Engineering Department's achievements 2001 - 2002
### Réalisations de la Direction du Génie civil en construction de centres sociaux pour l'exercice 2001\2002

| Continent | Country / Pays | Social & urban centers / Centres sociaux | | | Beneficiary / Nombre de bénéficiaires | SR. / Coût en riyals |
|---|---|---|---|---|---|---|
| | | Built / construction | Subsidized/complitd / Appui et finition | Total / Total | | |
| ASIA | Azerbaijan / Azerbaïdjan | 5 | | 5 | 1377 | 459170 |
| | Afghanistan / Afghanistan | 4 | | 4 | 450 | 144000 |
| | Indonesia / Indonésie | 55 | | 55 | 9928 | 1985600 |
| | Pakistan / Pakistan | 13 | | 13 | 2587 | 862466 |
| | Bangladesh / Bangladesh | 64 | | 64 | 10998 | 2932900 |
| | Sri Lanka / Sri-Lanka | 16 | | 16 | 3663 | 854701 |
| | Kurdistan / Kurdistan | 150 | | 150 | 27580 | 5515900 |
| | Azad Kashmir / Cachemire | 3 | | 3 | 600 | 200000 |
| | India / Inde | 12 | | 12 | 1923 | 384500 |
| | Total / Total d'Asie | 322 | | 322 | 59106 | 13339237 |
| AFRICA | Eritrea / Erythrée | | 1 | 1 | 562 | 100000 |
| | Uganda / Ouganda | 6 | | 6 | 1324 | 309010 |
| | Brkna Faso / Burkina Faso | 4 | | 4 | 1395 | 465000 |
| | Chad / Tchad | 30 | | 30 | 4431 | 1034000 |
| | Gambia / Gambie | 2 | | 2 | 429 | 143000 |
| | Senegal / Sénégal | 3 | | 3 | 582 | 194088 |
| | Sudan / Soudan | 1 | 1 | 2 | 180 | 95000 |
| | Cameroon / Cameroun | 31 | | 31 | 5706 | 951000 |
| | Kenya / Kenya | 2 | | 2 | 450 | 120000 |
| | M auritania / Mauritanie | 13 | | 13 | 2580 | 860000 |
| | Niger / Niger | 4 | | 4 | 585 | 195000 |
| | Total / Total d'Afrique | 96 | 2 | 98 | 18224 | 4466098 |
| **Grand total / Total général** | | **418** | **2** | **420** | **77330** | **17805335** |





IIRO 000475

## Table No. 10
## Engineering Department's Wells 2001 - 2002
## Réalisations par la Direction du Génie civil de forage de puits pour l'exercice 2001\2002

| Continent | Country<br>Pays | Borehole<br>Puits<br>Artesian<br>artésiens | Surface<br>de surface | Total<br>Total | Beneficiary<br>Nombre de bénéficiaires | SR.<br>Coût en riyals |
|---|---|---|---|---|---|---|
| ASIA | Afghanistan<br>Afghanistan | | 23 | 23 | 46000 | 72500 |
| | Indonesia<br>Indonésie | 28 | 52 | 80 | 66400 | 252850 |
| | Pakistan<br>Pakistan | 1 | 129 | 230 | 27800 | 442147 |
| | Bangladesh<br>Bangladesh | 11 | 68 | 79 | 35600 | 243000 |
| | Thailand<br>Thaïlande | 2 | 33 | 35 | 10600 | 97000 |
| | Sri Lanka<br>Sri Lanka | | 7 | 7 | 1400 | 66135 |
| | Philippines<br>Philippines | | 8 | 8 | 1600 | 48000 |
| | Kurdistan<br>Kurdistan | | 1 | 1 | 200 | 15370 |
| | Kashmir<br>Cachemire | | 6 | 6 | 1200 | 19500 |
| | India<br>Inde | 1 | 3 | 4 | 2600 | 18000 |
| | Total<br>Total d'Asie | 43 | 330 | 373 | 152000 | 1274502 |
| AFRICA | Uganda<br>Ouganda | 2 | | 2 | 4000 | 85000 |
| | Sudan<br>Soudan | | 1 | 1 | 200 | 20000 |
| | Ghana<br>Ghana | | 9 | 9 | 1800 | 44000 |
| | Mauritania<br>Mauritanie | 1 | | 1 | 2000 | 85000 |
| | Niger<br>Niger | 1 | 1 | 2 | 2200 | 95000 |
| | Nigeria<br>Nigeria | | 25 | 25 | 5000 | 125000 |
| | Total<br>Total d'Afrique | 4 | 36 | 40 | 15200 | 454000 |
| Grand total<br>Total général | | 47 | 366 | 413 | 167200 | 1728502 |



## Chart showing projects accomplished by the Engineering Department 2001 - 2002
## Réalisations de la Direction du Génie Civil pour l'exercice 2001\2002






## Engineering Departments accomplishment 2001 - 2002
## Réalisations de la Direction du Génie Civil pour l'exercice 2001\2002






## Table No. 11
## Engineering Department's other projects 2001 - 2002
### Réalisations par la Direction du Génie civil d'autres projets d'infrastructures pour l'exercice 2001\2002

| Continent | Country<br>Pays | Type of Project<br>Nom du projet | Location<br>Sites | Beneficiaries<br>bénéficiaires | Amounts in SR.<br>Dépenses en riyals |
|---|---|---|---|---|---|
| ASIA | Azerbaijan<br>Azerbaïdjan | Orphanage<br>Orphelinat | Cheki<br>Shaki | 250 | 633837 |
| | | Urban center<br>Centre de civilisation | Ebsheron/Baku<br>Province d'Epshron,Bakou | 8000 | 511875 |
| | | Agric.Investment<br>Projet agricole d'investissement | Kordaser<br>Province de Kurdassire | 13000 | 225000 |
| | Pakistan<br>Pakistan | Orphanage<br>Orphelinat | Islamabad<br>Islamabad | 600 | 250000 |
| | Bangladesh<br>Bangladesh | A. Jehan orphanage<br>Orphelinat Ahmed Jihan | Netunnagar –Shabbar –Dhaka<br>Netoun Najr,Shahar, Dakka | 66 | 400000 |
| | | Orphanage<br>Orphelinat, exposition de | Netunnagar –Shabbar –Dhaka<br>Netoun Najr,Shahar, Dakka | 72 | 600000 |
| | Kurdistan<br>Kurdistan | Urben Center<br>Centre de civilisation | Sirwan, Province de Halabja, Suleymaniya | 7000 | 280000 |
| | | Rahma Dispensary<br>Dispensaires | Zaho – Duhok<br>Région de Bidar et centre de Barzan-Zakho- Dohok | 1000 | 90000 |
| | Kashmir<br>Cachemire | Urban center<br>Centre de civilisation | (pending)<br>(achat de terrain) | | 131750 |
| | Total<br>Total d'Asie | Nine (9) project<br>9 projets | | 29988 | 3122462 |
| AFRICA | Burkina Faso<br>Burkina Faso | Omar bin Khattab orphan center<br>Centre Omar ben El Khattab de services pour les orphelins | Ouahijou – Yatinga provnce<br>wahidjouya,province de Yatanga | 726 | 150000 |
| | Tanzania<br>Tanzanie | Maternity and paediatric unit<br>Unité de maternité et d'enfance | Tandika via Dar-es-Salam<br>Tandika-Timiki-Dar Essalam | 31200 | 90000 |
| | Niger<br>Niger | IIRO dispensary wall<br>Mur du dispensaire de l'Organisme | Lamordi<br>Lamourdi | | 49582 |
| | Total<br>Total d'Afrique | Three (3) projects<br>3 projets | | 31,926 | 289582 |
| | **Grand total**<br>**Total général** | **Twelve (12) projects**<br>**12 projets** | | **61914000** | **3412044** |





IIRO 000479

## Table No.12

## Social centers & boreholes........Market value

## Tableau des coût de réalisation des centres sociaux et des puits pour l'exercice 2001\2002

| | country<br>Pays | Value according to space<br>Coût des centres sociaux par superficie | | | | | Value of Boreholes<br>Coût des puits | | Remarks<br>Remarques |
|---|---|---|---|---|---|---|---|---|---|
| | | 100sq.meters<br>100 m2 | 150sq.meters<br>150 m2 | 200sq.meters<br>200 m2 | 250sq.meters<br>250 m2 | 400sq.meters<br>400 m2 | Surface<br>de surface | Artesian<br>artésiens | |
| ASIA | Jordan<br>Jordanie | 65000 | 95000 | 125000 | 155000 | 250000 | 20000 | | |
| | Azerbaijan<br>Azerbaidjan | 82000 | 123000 | 164000 | 205000 | 238000 | 5000 | 25000 | |
| | Afghanistan<br>Afghanistan | 50000 | 75000 | 100000 | 125000 | 200000 | 3000 | 85000 | |
| | Pakistan<br>Pakistan | 50000 | 75000 | 100000 | 125000 | 200000 | 3000 | 85000 | |
| | Bangladesh<br>Bangladesh | 40000 | 60000 | 80000 | 100000 | 160000 | 5000 | 10000 | |
| | Thailand<br>Thaïlande | 70000 | 105000 | 140000 | 17500000 | 5000 | 18000 | | |
| | Sri Lanka<br>Sri Lanka | 35000 | 50000 | 70000 | 85000 | 140000 | 8000 | 9000 | Toit de métal et de zinc |
| | Philippines<br>Philippines | 90000 | 135000 | 180000 | 225000 | 360000 | 6000 | | |
| | Kurdistan<br>Kurdistan | 36000 | 54000 | 72000 | 90000 | 144000 | 10000 | 15000 | |
| | Azad Kashmir<br>Cachemire | 50000 | 75000 | 100000 | 125000 | 200000 | 3000 | 85000 | |
| | Yemen<br>Yemen | 80000 | 120000 | 160000 | 200000 | 320000 | | 60000 | |
| AFRICA | Uganda<br>Ouganda | 72000 | 120000 | 160000 | 180000 | 288000 | 8000 | 30000 | Toit de métal et de zinc |
| | Brk. Faso<br>Burkina Faso | 50000 | 75000 | 100000 | 125000 | 200000 | 10000 | | |
| | Chad<br>Tchad | 50000 | 75000 | 100000 | 125000 | | 15000 | | Toit de métal et de zinc |
| | Senegal<br>Sénégal | 50000 | 75000 | 100000 | 125000 | 200000 | 8000 | | |
| | Sudan<br>Soudan | 80000 | 120000 | 160000 | 200000 | 320000 | | | |
| | Cameroon<br>Cameroun | | 45000 | 60000 | 75000 | 120000 | 15000 | | Toit de métal et de zin |
| | Mauritania<br>Mauritanie | 70000 | 105000 | 140000 | 175000 | 280000 | 80000 | 265000 | |
| | Niger<br>Niger | 50000 | 75000 | 100000 | 125000 | 200000 | 10000 | | |
| | Nigeria<br>Nigeria | 50000 | 75000 | 100000 | 125000 | 200000 | 8000 | 145000 | Toit de métal et de zinc |
| | Bosnia<br>Bosnie | 155000 | 232000 | 310000 | 387500 | 620000 | | | |

N.B. Value include implementation, supervision and follow up fees.
* Estimated period of implementation is between one and two years, according to circumstances.
* Value determined according to reports received from IIROSA representatives in the respective countries.

*Remarques: Les coûts comprennent les travaux d'exécution, d'encadrement et de suivi. La durée de réalisation d'un centre social varie entre un à deux ans selon les conditions de chaque pays.Les coût sont fixés en fonction des rapports envoyés par les Bureaux de l'Organisme dans ces pays.





# Health-Care Program

# Programme de la Protection Sanitaire

Millions of people dying everyday because disease and lack of medical care or inability to bear the costs of medical treatment in the development countries, generations of children are deprived of immunization at an early age, while horrible wars destroy lives and leaves many others either maimed or disabled. Hence, IIROSA concern with health care matters, and its eagerness to build and operate dispensaries, hospitals and clinics around the world. The organization has even gone as far as sending medical convoys to treat the poor and the needy and inoculate children in the remote areas.

## The Health Care Program's accomplishments:

- During the fiscal year 2001-2002 IIROSA spent SR.8,832,203 on Health Care programs. SR.5,660,184 came from the minimal fees collected by the health Care projects, while SR.3,172,019 was covered by the Health Care budget.
- There are 119 health care projects including hospitals, dispensaries, clinic and pharmacies supervised by IIROSA.
- 1,658,044 persons were given treatment at the medical facilities operate by IIROSA.
- 33 countries are playing host to IIROSA medical facilities including seven. IIROSA operated hospitals, three subsidized hospitals in Palestine, 59 dispensaries, 29 clinics, five clinic complexes, five specialist medical centers, four pharmacies and seven other health care programs in Afghanistan, India, Cambodia, Azerbaijan, Bangladesh and Mauritania.
- The IIROSA Health Care program gave financial assistance to treat certain cases in Jordan, Sudan, Somalia, Palestine, Mali, Egypt and Yemen in addition to one case in Al-Jouf area in Saudi Arabia. The total amount spent in this regard was estimated at SR.23,900.

Des millions de personnes meurent chaque année à cause de maladies et d'épidémies, du manque de protection sanitaire,de l'incapacité de payer les charges de soins ou d'acheter les médicaments nécessaires, ou à cause de la privation des nouvelles générations du vaccin dans leur enfance. Les guerres sous toutes leurs formes abjectes viennent à leur tour enlever la vie à des millions de personnes laissant parmi les survivants d'autres victimes entre blessés,malades ou handicapés pour multiplier encore plus les drames et les misères de ceux qui en souffrent. L'OIMS oeuvre à travers son Programme de la protection sanitaire à implanter, à gérer des hôpitaux, des dispensaires et des cliniques et à les pourvoir en équipements nécessaires; laboratoires,radios laser, appareils des soins dentaires et d'ophtalmologie et en unités d'accouchement, en plus de l'envoi de caravanes médicales dans les régions éloignées pour y mener des campagnes de vaccination, de contrôles médicaux et soigner les malades pauvres incapables de payer les frais de déplacements pour aller se faire soigner dans des hôpitaux en ville.

Cependant les besoins en services de la protection sanitaire pour les malades et les blessés, en programmes de lutte contre les épidémies, en programmes de vaccination, de médecine préventive et aux services d'hygiène de l'environnement demeurent toujours beaucoup plus importants que les moyens disponibles.

## Réalisations de la Protection sanitaire:

* 8 832 203 riyals ont été dépensés par l'OIMS pour les programmes sanitaires en l'an 20001\2002 dont un montant de 5 660 184 riyals provenant des revenus symboliques de certains projets sanitaires et 3 172 019 riyals comme soutien accordé par le budget de la Protection sanitaire.
* 119 projets sanitaires ont été réalisés par l'OIMS en l'an 2001\2002 entre hôpitaux, dispensaires, cliniques, centres spécialisés et pharmacies.
* 1 658 044 patient(e)s ont bénéficié des services de santé de l'OIMS en l'an 2001\2002.
* Les projets de santé de l'OIMS sont répartis dans 33 pays à travers le monde comprenant; 7 hôpitaux, 3 dispensaires subventionnés en Palestine, 59 dispensaires, 29 clinique, 5 groupes de cliniques, 5 centres médicaux spécialisés, 4 pharmacies, 7 autres programmes sanitaires ( programmes de vaccination, lutte contre la Malaria en Afghanistan, des caravanes médicales en Inde et au Cambodge, un centre d'accouchement en Azerbaidjan, un service de chirurgie dentaire au Bangladesh, un centre d'alimentation dans le dispensaire "Arafat" en Mauritanie )
* L'OIMS a accordé en l'an 2001\2002 des assistances financières dans le cadre du Programme de la Protection sanitaire à des malades à titre individuel dans les pays suivants: Jordanie,Soudan, Somalie, Palestine, Mali, Egypte et Yémen en plus d'un cas individuel dans la région du Jouf en Arabie saoudite dont le mentant total s'élève à 23 900 riyals.



## Table No. 13
## Health-care projects in the various continents (2001 – 2002)
## Projets de la Protection sanitaire,pour l'exercice 2001\2002, selon les continents

| Continent / Continents | Countries / Pays | Hospitals / Hôpitaux | Dispensaries / Dispensaires | Clinics / Cliniques | Poly clinics / Groupes de cliniques | Med. Centers / Centres sanitaires | Pharmacy / pharmacies | Other programs / Autres programmes | Program total / Total des programmes | Staff / Fonctionnaires | Patients / bénéficiaires | Total expenditure / Total des dépenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * Africa / Afrique | 17 | 1 | 36 | 10 | 2 | - | 3 | 1 | 53 | 244 | 893408 | 4960064 |
| ** Asia / Asie | 15 | 9 | 22 | 19 | 3 | 4 | 1 | 6 | 64 | 374 | 738436 | 3737980 |
| *** Europe / Europe | 1 | - | 1 | - | - | 1 | - | - | 2 | 19 | 2600 | 134159 |
| Total / Total | 33 | 10 | 59 | 29 | 5 | 5 | 4 | 7 | 119 | 637 | 1658044 | 8832203 |





IIRO 000483

## Table No. 14

## Medicine and Medical donated to charity organizations and IIROSA branch offices 2001-2002
## Médicaments et certains appareils médicaux offerts aux associations caritatives et aux Bureaux de l'OIIS pour l'exercice 2001\2002

| No. | Beneficiary<br>bénéficiaires | Country<br>Pays | Cartons<br>cartons | Type<br>Description | Kilograms<br>Poids\kgs | Amount in SR.<br>Valeurs approximative en riyals |
|---|---|---|---|---|---|---|
| 1 | Jericho-hospital<br>Hôpital national de Galilée | Palestine<br>Palestine | - | Ambulance<br>Ambulance | - | 590278 |
| 2 | Razi hospital<br>Hôpital Arrazi | Palestine<br>Palestine | - | Ambulance<br>Ambulance | - | 590278 |
| 3 | Salam hospital<br>Hôpital Assalam de Khan Younes | Palestine<br>Palestine | - | Ambulance<br>Ambulance | - | 590278 |
| 4 | Tolkarm<br>Medic. center<br>Centre médical comité de Zakat de Toulkarm | Palestine<br>Palestine | - | Ambulance<br>Ambulance | - | 590278 |
| 5 | Palestine Red Crescent<br>Croissant rouge palestinien | Palestine<br>Palestine | - | Ambulance<br>Ambulance | - | 590278 |
| 6 | Mansoor charity clinic<br>Cliniques al Mansour de charité | Saudi Arabia<br>Arabie Saoudite | 134 | Medicine<br>Médicaments divers | 1850 | 61300 |
| 7 | Makkah charity org.<br>Association Al Bir de La Mecque | Saudi Arabia<br>Arabie Saoudite | 119 | Medicine<br>Médicaments divers | 2020 | 56500 |
| 8 | Jeddah charity org.<br>Association Al Birr<br>de Djeddah | Saudi Arabia<br>Arabie Saoudite | 100 | Medicine<br>Médicaments divers | 1200 | 45000 |
| 9 | IIROSA office<br>Centre de l'OIMS à Bakou | Azerbaijn<br>Azerbaidjan | 71 | Medicine<br>Médicaments divers | 923 | 35500 |
| 10 | Tuti Charity center<br>Centre caritatif "Touti" | Sudan<br>Soudan | 10 | Medicine<br>Médicaments divers | 130 | 4500 |
| 11 | Khair Med. Center<br>Centre médical "Al Khair" | Chad<br>Tchad | 2 | Med. Equipment<br>Appareils médicaux | 20 | 1360 |
| 12 | IIRO office<br>Bureau de l'OIMS | Somalia<br>Somalie | 3 | Med. Equipment<br>Appareils médicaux | 45 | 3670 |
| 13 | IIROSA office<br>Bureau de l'OIMS | Gambia<br>Gambie | 1 | Dental unit<br>Unité de dentiste | 393 | 25000 |
| 14 | IIROSA office<br>Bureau de l'OIMS | Pakistan<br>Pakistan | 1<br>10 | Dental unit<br>Unité de dentiste<br>Med. Supplies<br>Appareils médicaux | 675 | 35300 |
| | Total<br>Total | - | - | - | 7256 | 564520 |



## IIRO Health Care programs around the world 2001-2002
## Programmes de la Protection sanitaire dans le monde pour l'exercice 2001\2002






**Actual expenditure of the Health Care programs in the continents 2001- 2002**
**Dépenses réelles des projets de santé pour l'exercice 2001\2002 par continents (en riyals)**






## Beneficiaries of IIROSA Health Care Program 2001-2002
## Nombre des bénéficiaires des projets de santé par continents pour l'exercice 2001\2002






هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



# Educational Welfare Program

# Programme d'Enseignement

In view of widespread illiteracy in many societies in Asia and Africa, the IIROSA decided to help disseminate education in those societies. Consequently, it has been building, subsidizing and operating a number of educational institutions, offering sponsorship to teachers and scholarships to hundreds of needy students in the two continents.

## Accomplishment 2001-2002:

| | |
|---|---|
| * Estimated expenditure of the program | SR. 4,592,722 |
| * Number of students under IIROSA scholarship | 381 |
| * Number of teachers sponsored by IIROSA | 85 |
| * Educational institutions and students hostels sponsored by IIROSA | 37 |
| * Students receiving services provided by the Educational Welfare program | 31,710 |
| * Quantity of textbooks sent to various institution world-wide | 32,100 kgs. |
| * Countries covered by the activities of the Educational Welfare program | 43 |
| * Refresher courses held for 284 teachers in the government schools | 3 |

L'OIMS s'est attelé à prendre en charge la mission de contribuer à propager l'enseignement dans le monde à travers la construction, le soutien et la gestion de nombreuses écoles, instituts et universités, en plus de la prise en charge des enseignants, l'octroi de bourses scolaires à des centaines d'étudiants dans diverses spécialités dont les sociétés ont grand besoin. Les assistances de l'OIMS ont donné jusqu'à ce jour de nombreux bons resultats.

## Les réalisations du Programme d'enseignement :

* 4 092 722 riyals ont été dépensés par l'OIMS dans le cadre du Programme d'enseignement en l'an 2001\2002.
* 381 étudiant(e)s bénéficient de bourses ou d'assistances scolaires de l'OIMS.
* 85 enseignants sont pris en charge par l'OIMS.
* 37 Établissements scolaires sont pris en charge par l'OIMS à travers le monde dont 29 écoles et instituts, 3 facultés universitaires, 1 université avec deux branches, 1 institut supérieur de post graduation et 2 cités universitaires.
* 31 710 étudiant(e)s ont bénéficié,en l'an 2001\2002, des services des établissements scolaires relevant de l'OIMS.
* 32 100 kgs de livres scolaires ont été distribués par l'OIMS en l'an 2001\2002.
* 43 pays bénéficient du Programme d'enseignement de l'OIMS.
* 3 stages de formation pour enseignants ont été organisés par l'OIMS en l'an 2001\2002 dont ont bénéficié 284 enseignants gouvernementaux.





IIRO 000489

Table No. 14

Table showing summary of projects implemented in the continents 2001 - 2002

Résumé des Projets du Programme d'Enseignement pour l'exercice 2001\2002 par continents

| No. | Country / Pays | Students under scholarship / Nombre d'étudiants boursiés | No of teachers / Nombre d'enseignant(e)s | No of institutions / Nombed 'Etablissements scolaires | No of students / Nb. d'étudiant(e)s d'établissements scolaires | Actual expenditure –SR. / Dépenses réelles |
|---|---|---|---|---|---|---|
| 1 | Africa / Afrique | 71 | 45 | 17 | 11720 | 2,613,682 |
| 2 | Asia / Asie | 310 | 40 | 20 | 19,990 | 1,979,040 |
| | **Total / Total** | **381** | **85** | **37** | **31,710** | **4,592,722** |

Table No. 15

Educational Welfare projects in various countries 2001 - 2002

I – Africa:(Afrique)

Les projets du Programme d'enseignement pour l'exercice 2001\2002 par continents

| No. | Country / Pays | Students under scholarship / Nombre d'étudiants boursiés | No of teachers / Nombre d'enseignant(e)s | No of institutions / Nombed 'Etablissements scolaires | No of students / Nb. d'étudiant(e)s d'établissements scolaires | Actual expenditure –SR. / Dépenses réelles |
|---|---|---|---|---|---|---|
| 1 | Ethopia / Ethiopie | 2 | — | 1 | 2315 | 562,481 |
| 2 | Eritrea / Erythrée | 5 | 20 | – | — | 69,800 |
| 3 | Uganda / Ouganda | 10 | 1 | 1 | 850 | 118,106 |
| 4 | Benin / Bénin | – | 3 | – | – | 9625 |
| 5 | Burundi / Burundi | 6 | 2 | – | – | 13,067 |
| 6 | Chad / Tchad | – | – | 1 | 456 | 170,139 |
| 7 | Togo / Togo | 1 | – | – | – | 2333 |
| 8 | Gambia / Gambie | – | 3 | – | – | 10,800 |
| 9 | Comoro / Iles Comores | 1 | – | – | – | 1400 |
| 10 | Cote d'Ivoir / Côte d'Ivoire | – | 3 | – | – | 10,500 |
| 11 | Senegal / Sénégal | – | – | 1 | 450 | 66,111 |
| 12 | Sudan / Soudan | 1 | – | 7 | 2,739 | 347,045 |
| 13 | Somalia / Somalie | 41 | – | 2 | 4100 | 748,006 |
| 14 | Guinea / Guinée | – | 4 | – | – | 17,208 |
| 15 | Cameroon / Cameroun | 1 | – | – | – | 1400 |
| 16 | Kenya / Kenya | – | – | 1 | 120 | 255,209 |
| 17 | Congo / Congo | 1 | – | – | – | 1400 |
| 18 | Mali / Mali | – | 5 | – | – | 21,875 |
| 19 | Egypt / Egypte | 2 | 1 | 1 | | 31,232 |
| 20 | Nigeria / Nigeria | — | 3 | 2 | 519 | 155,945 |
| | **Total / Total** | **71** | **45** | **17** | **11,720** | **2,613,682** |

**Table No. 15**

**Educational Welfare projects in various countries 2001 - 2002**

**I – Asia:(Asie)** **Les projets du Programme d'enseignement pour l'exercice 2001\2002 par continents**

| No. | Country<br>Pays | Students under scholarship<br>Nombre d'étudiants boursiés | No of teachers<br>Nombre d'enseignant(e)s | No of institutions<br>Nombred 'Etablissements scolaires | No of students<br>Nb. d'étudiant(e)s d'établissements scolaires | Actual expenditure –SR.<br>Dépenses réelles |
|---|---|---|---|---|---|---|
| 1 | Azerbaijan<br>Azerbaïdjan | 10 | 2 | – | – | 71,545 |
| 2 | Jordan<br>Jordanie | 13 | – | – | – | 48,611 |
| 3 | Afghanistan<br>Afghanistan | – | — | 1 | 300 | 194,445 |
| 4 | Indonesia<br>Indonésie | – | – | 1 | 163 | 116,667 |
| 5 | Uzbekistan<br>Ouzbékistan | 4 | – | – | – | 7692 |
| 6 | Pakistan<br>Pakistan | – | 8 | 1 | 1 | 203,200 |
| 7 | Bangladesh<br>Bangladesh | – | 5 | 6 | 768 | 105,234 |
| 8 | Burma<br>Myanmar | 11 | – | 6 | 1561 | 103,500 |
| 9 | Thailand<br>Thaïlande | 75 | – | 1 | 12,531 | 520,961 |
| 10 | Turkmenistan<br>Turkmenistan | 5 | – | – | 506 | 9615 |
| 11 | Daghistan<br>Daghestan | 24 | – | – | – | 46,152 |
| 12 | Saudi Arabia<br>Communautés en A.Saoudite | 3 | – | 4 | 4,161 | 108,400 |
| 13 | Chechnya<br>Tchétchénie | 3 | – | – | – | 5769 |
| 14 | China<br>Chine | 57 | – | – | – | 204,751 |
| 15 | Tajikstan<br>Tadjikistan | 21 | – | – | – | 40,383 |
| 16 | Palestine<br>Palestine | 3 | – | – | – | 3889 |
| 17 | Kirghizia | 6 | – | – | – | 11,538 |
| 18 | Kazakhistan<br>Kazakhstan | 21 | – | – | – | 40,383 |
| 19 | Kurditan<br>Kurdistan(Irak) | 50 | 15 | – | – | 65,139 |
| 20 | Lebanon<br>Liban | – | 2 | – | – | 5833 |
| 21 | Malaysia<br>Malaysie | 2 | – | – | – | 3500 |
| 22 | Nepal<br>Népal | 2 | 2 | – | – | 5833 |
| 23 | Yemen<br>Yemen | – | 6 | – | – | 56,000 |
| | **Total**<br>**Total** | **310** | **40** | **20** | **19,990** | **1,979,040** |



IIRO 000491

## Table No. 17
## Number of IIROSA sponsored students 2001 - 2002
## Etudiants pris en charge dans le cadre du Programme d'Enseignement pour l'exercice 2001\2002

| No. | Nationality Pays | Educational level Cycles scolaires | | Fields of specialization Spécialités | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | University universitaire | Secondary secondaire | Medicine médecine | Engineering ingénieurat | Natural sciences science nat | Islamic studies études de civilisation | Social sciences sociologie | Arabic language langue arabe | Total Total |
| | **I: Asia (Asie)** | | | | | | | | | |
| 1 | Jordan Jordanie | 1 | 12 | _ | _ | _ | 1 | _ | _ | 13 |
| 2 | Azerbaijan Azerbaïdjan | 10 | _ | _ | 5 | _ | _ | 5 | _ | 10 |
| 3 | Uzbekistan Ouzbékistan | 3 | 1 | _ | _ | _ | 1 | 1 | 1 | 4 |
| 4 | Burma Myanmar | 11 | _ | 1 | _ | _ | 9 | _ | 1 | 11 |
| 5 | Thailand Thaïlande | 5 | 70 | _ | _ | _ | 5 | _ | _ | 75 |
| 6 | Turkmenistan Turkmenistan | 4 | 1 | _ | _ | _ | 2 | _ | 2 | 5 |
| 7 | Daghistan Daghestan | 15 | 9 | _ | _ | _ | 14 | _ | 1 | 24 |
| 8 | Saudi Arabia A. Saoudite | 2 | 1 | _ | _ | _ | _ | 2 | _ | 3 |
| 9 | Chechnya Tchétchénie | 3 | _ | _ | _ | _ | 3 | _ | _ | 3 |
| 10 | China Chine | 57 | _ | _ | _ | 3 | 41 | 4 | 9 | 57 |
| 11 | Tajekistan Tadjikistan | 7 | 14 | _ | _ | _ | 7 | _ | _ | 21 |
| 12 | Palestine Palestine | 3 | _ | _ | _ | _ | _ | 3 | _ | 3 |
| 13 | Kirghizia Kirghizistan | 3 | 3 | _ | _ | _ | 3 | _ | _ | 6 |
| 14 | Kazakhstan Kazakhstan | _ | 21 | _ | _ | _ | _ | _ | _ | 21 |
| 15 | Kurdistan Kurdistan (Irak) | 50 | _ | 9 | 12 | 6 | 15 | 8 | _ | 50 |
| 16 | Malaysia Malaysie | 2 | _ | _ | _ | _ | 2 | _ | _ | 2 |
| 17 | Nepal Népal | 2 | _ | 2 | _ | _ | _ | _ | _ | 2 |
| | **II: Africa (Afrique)** | | | | | | | | | |
| 1 | Ethiopia Ethiopie | 2 | _ | _ | _ | 1 | 1 | _ | _ | 2 |
| 2 | Eritrea Erythrée | 5 | _ | 2 | _ | 1 | _ | 2 | _ | 5 |
| 3 | Uganda Ouganda | 10 | _ | 10 | _ | _ | _ | _ | _ | 10 |
| 4 | Burundi Burundi | 6 | _ | 2 | 1 | 1 | _ | 2 | _ | 6 |
| 5 | Togo Togo | 1 | _ | _ | _ | _ | 1 | _ | _ | 1 |
| 6 | Comoro Ile comores | 1 | _ | _ | _ | _ | 1 | _ | _ | 1 |
| 7 | Sudan Soudan | 1 | _ | _ | 1 | _ | _ | _ | _ | 1 |
| 8 | Somalia Somalie | 41 | _ | _ | _ | 3 | 8 | 27 | 3 | 41 |
| 9 | Cameroon Cameroun | _ | 1 | _ | _ | _ | _ | _ | _ | 1 |
| 10 | Congo Congo | _ | 1 | _ | _ | _ | _ | _ | _ | 1 |
| 11 | Egypt Egypte | 2 | _ | _ | _ | _ | 1 | 1 | _ | 2 |
| **Total** | **Total final** | **247** | **134** | **26** | **19** | **15** | **115** | **55** | **17** | **381** |



**Africa**

| No. | Country<br>Pays | Program<br>Etablissements scolaires | Educational level<br>Cycles d'études | No. of students<br>Nombre d'étudiants | Specialixzation<br>Spécialités |
|---|---|---|---|---|---|
| 1 | Ethiopia<br>Ethiopie | Awwalia school<br>Ecole Awaliya | Primary/elementary/secondary<br>Primaire, moyen et secondaire | 2315 | |
| 2 | Uganda<br>Ouganda | Bilal institute<br>Institut "Bilal" | Elementary/secondary<br>Moyen et secondaire | 850 | |
| 3 | Chad<br>Tchad | Computer eng. college<br>Faculté d'Ingéniorat en micro-ordinateur | University<br>Universitaire | 456<br>456 | Computer engineering<br>Ingéniorat en micro-ordinateur |
| 4 | Senegal<br>Sénégal | Daul Hikma complexe<br>Ecole "Dar al Hikma" | Creche/primary<br>Primaire Crèche et | 450 | |
| 5 | Sudan<br>Soudan | Bilal students hostel<br>Internat "Bilal" de garçons | Secondary<br>Secondaire | 58 | |
| | | Malakal institute<br>Institut "Malkal" | Primary/Elementary<br>Primaire, moyen et | 985 | |
| | | Wao institute<br>Institut scientifique de "Wawou" | Primary/elementary/secondary<br>Primaire, moyen et secondaire | 466 | |
| | | Juba institute<br>Institut scientifique de "Juba" | Primary/elementary/secondary<br>Primaire, moyen et secondaire | 1060 | |
| | | Post graduate institute<br>Institut d'Etudes supérieures | University<br>Universitaire | 90 | |
| | | Arabic language institute<br>Institut de langue arabe | Secondary<br>Secondaire | 80 | |
| 6 | Somalia<br>Somalie | Ummul Qura complex<br>Centre Umm al Qura | Primary/Elementary/Secondary<br>Primaire, moyen et secondaire | 3000 | |
| | | Taiba complex<br>Centre Taiba d'enseignement | Primary/elementary/secondry<br>Primaire, moyen et secondaire | 1100 | |
| 7 | Kenya<br>Kenya | Mombasa teavchers training college<br>Faculté pour la Formation d'enseignants à Mombassa | University<br>Universitaire | 120 | |
| 8 | Egypt<br>Egypte | Students hostel<br>Cité d'hébergement d'étudiants | University<br>Universitaire | 171 | |
| 9 | Nigeria<br>Nigeria | Ummul Qura teachers institute<br>Institut Oum al Qura pour la Formation d'enseignants | Post-secondary<br>Post- secondaire | 235 | |
| | | Refresher courses for teachers<br>Stage de formation pour les enseignants | | 284 | |

**Asia**
**Asie**

| No. | Country<br>Pays | Program<br>Etablissements scolaires | Educational level<br>Cycles d'études | No. of students<br>Nombre d'étudiants | Specialixzation<br>Spécialités |
|---|---|---|---|---|---|
| 10 | Afghanistan<br>Afghanistan | University of Science & Technology<br>Université des Sciences et de Technologies avec ses deux branches | University<br>Universitaire | 300 | Langue arabe, économie |
| 11 | Indonesia<br>Indonésie | Al-Furqan<br>Institut d'Al Furqane | Secondry<br>Secondaire | 163 | |
| 12 | Pakistan<br>Pakistan | Jamia Al-Atharia<br>Université d'Archéologie | Secondary<br>Secondaire | 768 | |
| 13 | Bangladesh<br>Bangladesh | Ta'mir Mila school<br>Ecole Tamir Mila | Creche/Primary<br>Crèche et primaire | 320 | |
| | | Adamji school 1<br>Ecole Adamji (1) | Creche/primary<br>Crèche et primaire | 190 | |
| | | Adamjee school 2<br>Ecole Adamji (2) | Creche/primary<br>Crèche et primaire | 177 | |
| | | Falah academy<br>Ecole académique "al Falah" | Creche/primary<br>Crèche et primaire | 330 | |
| | | Othmanian school<br>Ecole al Outhmaniya à Mirbarka | Creche/primary<br>Crèche et primaire | 363 | |
| | | Dar-es-Salam school<br>Ecole Dar assalam | Creche/primary<br>Crèche et primaire | 181 | |
| 14 | Burma<br>Myanmar | 6 Burmese community school – Makkah<br>6 écoles pour la communauté birmane à La Mecque | Primary/elementary/secondary<br>Primaire, moyen et secondaire | 12,531 | |
| 15 | Thailand<br>Thaïlande | Jala college<br>Faculté de Pajala | University<br>Universitaire | 506 | Langue arabe |
| 16 | Saudi Arabia<br>Arabie Saoudite* | 4 schools for Africn community<br>(4) Ecoles pour les communautés | Primary/ elementary/secondary<br>Primaire, moyen et secondaire | 4161 | |
| | Total<br>Total général | | | 31[illegible] | |



IIRO 000493

## Distribution of educational institutions 2001-2002
## Distrubution des Etablissements Scolaires






## Chart showing sponsored teachers 2001 - 2002
## Une graphique montrant les enseghants pris en charge pour l'excercice 2001/2002






## Number of scholarships in Africa 2001 - 2002








IIRO 000496

Number of scholarships in Asia 2001 - 2002






**Percentage of IIROSA Educational Welfare projects in Asia & Africa**
**Expenditure during the year 2001 - 2002**








# Instructors Program

## Le Programme de l'Education et des Educateurs

## Instructor sponsorship:

1- This program sponsors more than 904 instructors worldwide. Their performance are closely followed up and evaluated. They participate in refresher courses every year. So far, 19 refresher courses have been held during the year 2001 - 2002. 1,049 instructors from seven African countries, four Asian countris and two European countries participated in the refresher courses. (See table 2).

## 2- Printing and distributing literature:

More than 100,000 copies of literature on various subjects have been printed and distributed at a cost of SR.107,500.

## 3- Recorded Cassettes:

More than 24,000 cassettes were distributed in 2001 - 2002.

## 1)Prise en charge des éducateurs :

Le Programme de l'Education et des Educateurs prend en charge 904 éducateurs à travers le monde.Il suit et évalue leurs performances et organise pour eux des stages de formation. Le Programme a organisé 19 stages de formation et de recyclage pour les éducateurs pour l'exercice 2001\2002 dont ont bénéficié 1049 éducateurs de 7 pays d'Afrique et de 4 pays d'Asie et de 2 pays d'Europe (voir tableau No 19).

## 2)Publication et Distribution de livres:

Plus de 100 000 copies de 14 titres parmi les livres publiés par des erudits saudiens dans les différents domaines de l'éducation ont été publiés et distribués pour un total de 103 milles copies dont le coût total a atteint 107 500 riyals saoudiens avec une moyenne de 10 milles copies environ de chaque livre.

## 3)Distribution de cassettes:

Vu la propagation de l'analphabétisme dans les sociétés musulmanes et l'incapacité de nombreux musulmans de pouvoir bénéficier des publications distribuées, le Programme de l'Education et des Educateurs a accordé une importance particulière à la distribution de cassettes audio d'éducation contenant les mêmes sujets que ceux des publications distribuées. Dans ce cadre le Programme de l'Education et des Educateurs a procédé à la distribution de 24 000 cassettes pour l'exercice 2001\2002.






IIRO 000500

## Achievements:

During the year 2001-2002 IIROSA allocated the sum of SR.2,697,984 for the instructors program and sponsored about 904 instructors from 26 countries as follows:

618 in Asia;
282 in Africa;
4 in South America.

During the same period, IIROSA printed and distributed 103,000 copies of literatures and 24,000 cassettes and organized 19 refresher courses for 1,049 instructors from 13 countries.

## Réalisations du Programme de l'Education et des Educateurs:

* 2 697 984 riyals est le budget du Programme de l'Education et des Educateurs pour l'exercice 2001\2002.
* 904 éducateurs ont été pris en charge par l'O.I.I.S pour l'exercice 2001\2002 dans 26 pays dont 618 des pays d'Asie et 282 des pays d'Afrique et 4 des pays d'Amérique du Sud.
* 103 000 copies de livrets d'éducation rédigés par des érudits saoudiens ont été publiés et distribués au cours l'exercice 2001\2002.
* 24 000 cassettes audio ont été distribuées durant ce même exercice.
* 19 stages de formation et de recyclage ont été organisés au cours de l'exercice 2001\2002 dont ont bénéficié 1049 éducateurs dans 13 pays.

### Table No.19
### Instructors Program's performance in the various continents 2001 - 2002
### Tableau No (19): Réalisations du Programme de l'Education et des Educateurs pour l'exercice 2001\2002( par continents)

| No. | Continent Continents | Countries Pays | Instructors Educateurs | Refresher courses Stages de formation | Ref. Course Participants Bénéficiaires des stages de formation | Expenditure Dépenses en riyals |
|---|---|---|---|---|---|---|
| 1 | Asia Asie | 10 | 618 | 10 | 494 | 1899684 |
| 2 | Africa Afrique | 16 | 282 | 7 | 450 | 757164 |
| 3 | South America Amérique du Sud | 1 | 4 | - | - | 41136 |
| 4 | Europe Europe | 2 | - | 2 | 105 | - |
| | Total Total | 29 | 904 | 19 | 1049 | 2697984 |





IIRO 000501

## Table No.20
## Performance of the insructors program in the various countries during the year 2001 - 2002
## Tableau No (20): Réalisations du Programme de l'Education et des Educateurs pour l'exercice 2001\2002 (par continents)

| No. | Country<br>Pays | No. of instructors<br>Educateurs | Stipends<br>Stages de formation | Refresher courses<br>Bénéficiaires des stages de formation | Course participants<br>Dépenses en riyals |
|---|---|---|---|---|---|
| 1 | Ethiopia<br>Ethiopie | 9 | 27360 | 4 | 200 |
| 2 | Albania<br>Albanie | - | - | 1 | 65 |
| 3 | Indonesia<br>Indonésie | 29 | 86556 | 7 | 264 |
| 4 | Uganda<br>Ouganda | - | - | 1 | 120 |
| 5 | Pakistan<br>Pakistan | 28 | 99528 | 1* | 75 |
| 6 | Brazil<br>Brésil | 4 | 41136 | - | |
| 7 | Bangladesh<br>Bangladesh | 61 | 323200 | 1 | 115 |
| 8 | Benin<br>Bénin | 2 | 13716 | - | |
| 9 | Burkina Faso<br>Burkina Faso | 4 | 10644 | - | |
| 10 | Burma<br>Myanmar | 13 | 93600 | - | |
| 11 | Thailand<br>Thailande | 39 | 186528 | - | |
| 12 | Chad<br>Tchad | 15 | 67500 | - | |
| 13 | Gambia<br>Gambie | 4 | 10944 | 1* | 50 |
| 14 | Cote d'Ivoire<br>Côte d'Ivoire | 8 | 27888 | - | |
| 15 | Senegaal<br>Sénégal | 6 | 16416 | - | |
| 16 | Sudan<br>Soudan | 58 | 136800 | - | |
| 17 | Sierra Leone<br>Sierra Leone | 2 | 5472 | - | |
| 18 | Sri Lanka<br>Sri Lanka | 30 | 72600 | - | |
| 19 | Somalia<br>Somalie | 61 | 164160 | 1 | 40 |
| 20 | Ghana<br>Ghana | 2 | 5472 | 1 | 80 |
| 21 | Guibnea-Bissau<br>Guinée Bissau | 1 | 2736 | - | |
| 22 | Guinea<br>Guinée | 3 | 10944 | - | |
| 23 | Kurdistan<br>Kurdistan | 245 | 441000 | - | |
| 24 | Kosovo<br>Kosovo | - | - | 1 | 40 |
| 25 | Lebanon<br>Liban | 29 | 203040 | - | |
| 26 | Liberia<br>Liberia | 1 | 5472 | - | |
| 27 | Nepal<br>Népal | 38 | 136800 | - | |
| 28 | Nigeria<br>Nigeria | 106 | 251640 | - | |
| 29 | India<br>Inde | 106 | 356832 | - | |
| | Total<br>Total général | 904 | 2697984 | 19 | 1049 |

Les pays sont classés selon l'ordre alphabétique arabe.
* ont bénéficié du stage de formation au Pakistan les éducateurs et enseignants de l'O.I.I.S du Pakistan et de l'Afghanistan.
* ont bénéficié du stage de formation en Gambie les éducateurs et enseignants de l'O.I.I.S de Gambie, du Sénégal et de la Guinée Bissau.



IIRO 000502

Number of IIROSA sponsored Instructors worldwide
Nombre d'éducateurs pris en charge par l'O.I.I.S à travers le monde






## Expenditure of the instructors program 2001 – 2002
## Dépenses sur les projets du Programme de l'Education pour l'exercice 2001\2002






هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



# Dissemination of Culture

# Programme de Lecture

## Achievements during 2001 - 2002

The amount spent by IIROSA to operate cultural centers worldwide was ............. SR. 2.119,059

Total number of cultural centers operated by IIROSA cultural program.........712 (36,905 participants) IIROSA operates cultural centers in 24 countries in Africa and Asia.

Out of the above amount, SR.1,361,720 was spent in 13 Asian countries with about 409 centers and 14.765 participants, while SR.757,339 was spent in 11 African countries with about 303 centers and 22,140 participants.

## Réalisations du Programme de Lecture:

* Le Programme de Lecture a dépensé 2 119 05 riyals pour la gestion des centres et des cercles de lecture pour l'exercice 2001\2002.

* Le Programme de Lecture encadre 712 centres et cercles de lecture d'une capacité de 36 905 élèves.

* 24 pays d'Afrique et d'Asie bénéficient du Programme de Lecture de l'OIIS.

Le Programme supervise actuellement,avec l'appui des bienfaiteurs et des philanthropes de ce pays, 712 centres et cercles de lecture dirigés par un nombre équivalent d'enseignants et de 15 encadreurs. 36 905 élèves de 24 pays bénéficient de ce programme. Les dépenses de ce programme ont atteint pour l'exercice 2001\2002 un montant de 2 119 059 riyals dont un montant de 1 361 720 riyals en faveur de 13 pays d'Asie couvrant 409 cercles et centres de lecture dans lesquels étudient 14 765 élèves (filles et garcons confondus) et un montant de 757 339 riyals en faveur de 11 pays d'Afrique couvrant 303 cercles et centres de lecture dans lesquels étudient 22 140 élèves (filles et garçons. confondus)



## Performance:

Officials incharge of the Cultural Program visited Ethiopia, Philippines and Bangladesh to evaluate performance and opened new centers in Kurdistan and Cameroon as well as organized refresher courses in Tanzania, Bangladesh and the Philippines.

## Activités du Programme :

Les délégués du Programme ont effectué des visites de travail en Ethiopie, aux Philippines et au Bangladesh en vue de promouvoir les performances des cercles et des centres de lecture visités. De même qu'ils ont procédé à l'ouverture de nouveaux cercles et centres de lecture au Kurdistan et au Cameroun,organisé des concours de lecture en Tanzanie et lancé des stages de formation d'enseignants de lecture au Bangladesh et aux Philippines.

## Nouveaux cercles et centres de lecture :

Le Programme a inauguré au cours de l'exercice 2001\2002 de nouveaux cercles et centres de lecture au Kurdistan et au Cameroun.

## Concours de lecture :

Des concours de lecture ont été organisés en Tanzanie.

## Stages de formation :

Des stages de formation d'enseignants de lecture ont été organisés au Bangladesh et aux Philippines.

### Table No. 21
### Expenditure and number of cultural centers, participants, instructors and supervisors in the various continents:
### Dépenses totales du Programme de lecture, nombre des centres et des cercles de lecture et nombre des élèves et des enseignants pour l'exercice 2001\2002 par continents

| Continent<br>Continents | No. of cultural centers<br>Nombre de centres et de cercles | Participants<br>Nombre d'élèves | Instructors<br>Nombre d'enseignants | Expenditure in SR.<br>Total des dépensesen riyals |
|---|---|---|---|---|
| Asia<br>Asie | 409 | 14765 | 348 | 1361m720 |
| Africa<br>Afrique | 303 | 22140 | 217 | 757339 |
| **Total<br>Total** | **712** | **36905** | **565** | **2119059** |



## Table No.22

## Table shows total amounts spent on the Cultural Program 2001 - 2002

## Dépenses totales effectuées dans le cadre du Programme de lecture pour l'exercice 2001\2002

| No. | Country<br>Pays | Number of centers<br>Nombre de centres et de cercles | No. of participants<br>Nombre d'élèves | Instructors+Superviosors<br>Nombre d'enseignants | Expenditure in SR.<br>Total des dépenses en riyals |
|---|---|---|---|---|---|
| | | | Asia | | |
| 1 | Indonesia<br>Indonésie | 33 | 1650 | 34 | 18333 |
| 2 | Afghanistan<br>Afghanistan | 50 | 1500 | 51 | 202159 |
| 3 | Jordan<br>Jordanie | 11 | 2664 | - | 12083 |
| 4 | India<br>Inde | - | - | - | 55877 |
| 5 | Philippines<br>Philippines | 40 | 950 | 41 | 4700 |
| 6 | Pakistan<br>Pakistan | 56 | 1230 | 57 | 144524 |
| 7 | Bangladesh<br>Bangladesh | 30 | 1800 | 31 | 131100 |
| 8 | Thailand<br>Thaïlande | 30 | 2100 | 31 | 24729 |
| 9 | Palestine<br>Palestine | 40 | 900 | - | 322916 |
| 10 | Sri Lanka<br>Sri Lanka | 15 | 350 | - | 31395 |
| 11 | Kurdistan<br>Kurdistan | 100 | 1221 | 103 | 57838 |
| 12 | Cambodia<br>Cambodge | - | - | - | 8400 |
| 13 | Lebanon<br>Liban | 4 | 400 | - | 347665 |
| | Total<br>Total | 409 | 14765 | 348 | 1361720 |
| | | | Africa | | |
| 14 | Ethiopia<br>Ethiopie | 47 | 3500 | 48 | 254241 |
| 15 | Uganda<br>Ouganda | 42 | 1200 | - | 104577 |
| 16 | Sudan<br>Soudan | 40 | 2800 | - | 20785 |
| 17 | Somalia<br>Somalie | 75 | 7500 | 76 | 22798 |
| 18 | Burundi<br>Burundi | 10 | 200 | - | 25531 |
| 19 | Chad<br>Tchad | 32 | 3000 | 33 | 109915 |
| 20 | Cameroon<br>Cameroun | 20 | 1500 | 21 | 52237 |
| 21 | Mauritania<br>Mauritanie | 15 | 900 | 16 | 40522 |
| 22 | Tanzania<br>Tanzaie | 22 | 1540 | 23 | 72334 |
| 23 | Kenya<br>Kenya | - | - | - | 1410 |
| 24 | Guinea<br>Guinée | - | - | - | 52989 |
| | Total<br>Total | 303 | 22140 | 217 | 757339 |
| | Grand total<br>Total général | 712 | 36905 | 565 | 2119059 |



**Percentage of participants in the Cultural Programs in Asia & Africa 2001 - 2002**
**Taux des élèves du Programme de Lecture en Asie et en Afrique pour l'exercice 2001\2002**






**Percentage of actual expenditure of the Cultural Program 2001 - 2002**
**Taux des dépenses réelles du Programme de Lecture pour l'excercice 2000\2001**








# Seasonal Programs

# Les Projets Saisonniers

During important seasons and festivals people around the world place the plight of their deprived brethren at the top of their considerations. IIROSA is no exception in this regard. It has created the following seasonal programs to share the happines of the festivals with the deprived sectors of the various communities.

## 1- Free Meals:

This program vital aim of reaching thousands of needy observers of the fasting around the world. As a matter of fact, the program takes particular interest in peoples suffering from the consequences of disasters and calamities and refugees.

Achievements in 2001-2002

- Estimated expenditure of the program: SR.3,069,500
- Number of beneficiaries of the program: 1,300,200
- Number of countries covered by the program: 68

Countries: From Fiji in the East, and Peru in the West, to South Africa in the South and Siberia in the North.

## 1-le Programme de Distribution de repas aux jeûneurs:

Avant le début du mois de Ramadhan sacré de quelques jours, l'OIIS a pris l'habitude, tous les ans de prendre les mesures nécessaires en vue de povoir avoir accès aux milliers de jeûneurs à travers le monde ; notamment ceux qui sont victimes des catastrophes ou d'autres sinistrés, ceux qui souffrent de pauvreté et les autres nécessiteux. L'OIIS oeuvre par là à distribuer des repas aux pauvres pour concrétiser le sens de la solidarité pendant ce mois sacré.

Réalisations du Programme de Distribution de repas aux jeûneurs

* L'OIIS a dépensé la somme de 3 069 500 riyals pour le Programme de Distribution de repas aux jeûneurs pour l'exercice 2001\2002.
* 1 300 200 jeûneurs et jeûneuses ont bénéficié du Programme de Distribution de repas aux jeûneurs pour l'exercice 2001\2002.
*Le Programme de Distribution de repas aux jeûneurs a été réalisé dans 68 pays au cours de l'exercice 2001\2002; de Fidji à l'Est juqu'au Pérou à l'Ouest et de l'Afrique du Sud au sud jusqu'en Sibérie au nord.

### Table No. 23
### Total expenditure and number of beneficiaries
### Total des dépenses pour le Programme de Distribution de repas aux jeûneurs pour l'exercice 2001\2002 et nombre des bénéficiaires durant le mois de Ramadhan

| No. | Continent<br>Continents | No. of countries<br>Pays bénéficiaires | Beneficiaries<br>Nombre de bénéficiaires | Actual expenditure in SR.<br>Dépenses réelles |
|---|---|---|---|---|
| 1 | Asia<br>Asie | 17 | 589000 | 1293750 |
| 2 | Africa<br>Afrique | 31 | 587000 | 1017000 |
| 3 | Europe<br>Europe | 9 | 88700 | 583750 |
| 4 | Americas<br>Amériques | 7 | 22000 | 110000 |
| 5 | Australia<br>Australie | 4 | 13500 | 65000 |
| | Total<br>Total | 68 | 1300200 | 3069500 |



## Percentage of actual expenditure of the program 2001 - 2002
## Taux des dépenses pour le Programme de Distribution de repas aux Jeûneurs






**Beneficiaries of the Free Meal**
**Nombre des bénéficiaires du Programme de Distribution de repas aux jeûneurs pendant le Ramadhan au cours de l'exercice 2001\2002**








# Human Sustainable Development Program

# Programme de la Promotion Humaine

Helping to develop the underprivilged communities is one of the priorities of IIROSA. Hence, in order to achieve this goal, IIROSA has established a number of vocational training centers and institututes to train the underprivileged sectors of the various societies in trade that could help them earn decent living. By concentrating on this area, IIROSA hopes to help young people belonging to these sectors overcome the consequences of ignorance, unemployment, mendicancy and poverty.

## Achievement:

* Amount spent on the program SR. 428,081
* Number of vocational training programs 21
* Beneficiaries of IIROSA vocational training 1350
* Countries with IIROSA training facilities 15

There are 13 vocational training programs in eight African countries, with about 880 learners, and an estimated expenditure of SR.210,308, while there are six programs in five Asian countries, with about 225 learners and an estimated expenditure of SR.180,273, and finally, there are two programs in two European countries with about 245 learners and an estimated expenditure of SR. 37,500. Notably, due to shortage of funds, these vocational training centers are still far from being self sufficient.

Le développement des sociétés pauvres fait partie des principales préoccupations de l'OIIS qui s'attelle à lancer, à soutenir et à gérer de nombreux centres et instituts de formation professionnelle pour former les enfants et les filles des pauvres et des nécessiteux dans divers professions et métiers manuels tels que la menuiserie, la mécanique,l'électricité, la couture, le tricotage, l'informatique et la dactylographie, la secrétariat. En maitrisant de tels métiers les jeunes filles et jeunes garçons pourront s'éloigner de l'ignorance, du sous développement,du chômage et de la mendicité et avoir accès à une vie décente et honorable et pourrons aussi participer au processus du développement dans leurs pays respéctifs.

## Réalisations du Programme de la Promotion humaine:

* 428 081 riyals ont été dépensés pour réaliser le Programme de la Promotion humaine.
* 21 projets professionnels sont gérés par l'OIIS ; des projets qui couvrent entre autre, l'informatique, dactylographie, secrétariat, la ture ...etc.
* 15 pays bénéficient du Programme de la formation professionnelle.

Le Programme supervise 21 projets professionnels répartis dans 15 pays à travers le monde ainsi qu'il suit:

* 8 pays d'Afrique qui abritent 13 centres de formation professionnelle;qui ont bénéficié d'une assistance de 210.308 riyals pour une capacité de 880 élèves.
* 5 pays d'Asie où se trouvent 6 centres de formation professionnelle ayant bénéficié d'une assistance de 180 273 riyals pour une capacité de 225 élèves.
* 2 pays d'Europe où se trouvent 2 centres de formation professionnelle ayant bénéficié d'une assistance de 37 500 riyals pour une capacité de 245 élèves.A noter que ces centres de formation professionnelle ne bénéficient qque d'un maigre budget du fait que les dons destinés à ce programmesont insuffisants , et ne pouvant permettre lesdits centers d'être autosuffisants financièrement.

### Table No. 25
### IIROSA's Vocational Training Centers Worldwide
### les centres de formation professionnelle relevant de l'OIIS dans le monde

| No. | Continent Continents | Country Pays bénéficiaires | Project Nombre de projets | Teacher Nombre d' élèves | Min. income Revenus symboliques | Program expenditure Assistances accordées par le Programme | Total Dépenses totales |
|---|---|---|---|---|---|---|---|
| 1 | Africa Afrique | 8 | 13 | 880 | 13000 | 197308 | 210308 |
| 2 | Asia Asie | 5 | 6 | 225 | -- | 180273 | 180273 |
| 3 | Europe Europe | 2 | 2 | 245 | 37500 | --- | 37500 |
| | Grand total Total général | 15 | 21 | 1350 | 50500 | 377581 | 428081 |



## Table No. 24

## Actual Expenditure of the Human SustainableDevelopment Program in 2001 -2002

## Dépenses réelles en faveur des projets de la Promotion humaine agréés pour l'exercice2001/2002

**Vocational Training Centers in Africa:**
**Centres de formation professionnelle en Afrique :**

| No. | Country<br>Pays | Center<br>Nom du projet | Learners<br>d'élèves | Nominal fees<br>Revenus | Expenditure<br>Assistances du | Total expenditure<br>Dépenses | Remarks<br>Observations |
|---|---|---|---|---|---|---|---|
| 1 | Uganda<br>Ouganda | Zaid bin Thabit<br>Centre" Zeid ben Thabit "d'informatique à Kampala | 150 | 13000 | -- | 13000 | Self suffient |
| 2 | Chad<br>Tchad | Voc: Institute<br>Institut secondaire de formation professionnelle à N'jaména | 100 | | 26678 | 26678 | |
| 3 | Djibouti<br>Djibouti | Sewing center<br>Centre de couture à Djibouti | 60 | | 7778 | 7778 | |
| 4 | Somalia<br>Somalie | Sewing center<br>Centre de couture à Mogadishiu | 50 | | 6805 | 6805 | |
| 5 | Mali<br>Mali | Sewing center<br>Centres de couture et de broderie à Gao et à Mopti | 70 | | 26949 | 26949 | |
| 6 | Mauritania<br>Mauritanie | Sewing center<br>Centre"Umahat al Mu'minine "de couture à Nouakchott | 80 | | 14584 | 14584 | |
| 7 | Nigeria<br>Nigeria | 4 centers Kaduna-Jos-Ilorin-Ibadan<br>4 Centres de couture et de tissage à Kaduna,Lagos,Alurn, Ibadan Centre de dactylographie et de secrétariat à Kaduna | 300 | | 34767 | 34767 | |
| 8 | Ghana<br>Ghana | Computr center-Accra<br>Centre de formation en Informatique à Accra | -- | | 58280 | 58280 | Amount spent on the center Montant dépensé pour couvrir le |
| | Grand Total<br>Total général | 13 | 880 | 13,000 | 197308 | 210,308 | |

**Vocational Training Centers in Asia:**
**Centres de formation professionnelle en Asie:**

| No. | Country<br>Pays | Center<br>Nom du projet | Learners<br>d'élèves | Nominal fees<br>Revenus | Expenditure<br>Assistances du | Total expenditure<br>Dépenses | Remarks<br>Observations |
|---|---|---|---|---|---|---|---|
| 1 | Jordan<br>Jordanie | Sewing center- Nizal<br>Centre de formation de couture au quartier de Nazal | 35 | --- | --- | --- | |
| 2 | Pakistan<br>Pakistan | Comput. center-Peshawar<br>Centre de formation en Informatique à Peshawer | --- | --- | 71000 | 71000 | |
| 3 | Bangladesh<br>Bangladesh | Asma sewing center-Dhaka<br>Centre " Asma Bint AbuBakr " de couture et de broderie à Dacca | 130 | --- | 21806 | 21806 | |
| 4 | Sri Lanka<br>Sri Lanka | 2 comput. centers<br>2 Centres de formation en Informatique à Putalam et à Maonila | --- | --- | 72300 | 72300 | |
| 5 | Philippine<br>Philippines | Maternity home-Manila<br>Maternité et crèche à Manilles | 60 | | 15167 | 15167 | |
| | Total<br>Total | 6 | 225 | --- | 180273 | 180273 | |

**Vocational Training Centers in Europe:**
**Centres de formation professionnelle en Europe:**

| No. | Country<br>Pays | Center<br>Nom du projet | Learners<br>d'élèves | Nominal fees<br>Revenus | Expenditure<br>Assistances du | Total expenditure<br>Dépenses | Remarks<br>Observations |
|---|---|---|---|---|---|---|---|
| 1 | Spain<br>Espagne | Sewing center-Madrid<br>Centre de formation de couture à Madrid | 125 | --- | --- | --- | |
| 2 | Albania<br>Albanie | Computer center- Tirana<br>Centre de formation en Informatique à Tirana | 120 | 37500 | --- | 37500 | |
| | Total<br>Total | 2 | 245 | 37500 | --- | 37500 | |



## Actual expenditure of the Human Sustainable Development Program 2001- 2002






**Chart showing number of learners in Asia & Africa in 2001 - 2002**
**Nombre d'élèves en Asie, en Afrique et en Europe pour l'exercice 2001/2002**








# Personal Assistance

# les Assistances Individuelles

There are times when poor, needy and sick persons, or destitued way-farers approach IIROSA for assistance. Each case is reviewed accordingly, and the required assistance is given out to the concerned individual.

In the year 2001-2002, a total of SR 2,043,193 was spent from the Zakat (alms dues) funds and alms items, to assist about 6,833 individuals from Asia, Africa and Europe.

## Achievement:

| | |
|---|---|
| * Total amount of assistance given to individuals from Asia | SR.1,208,732 |
| * Total amount of assistance given to indivbiduals from Africa | SR. 458, 161 |
| * Total amount of assistance given to indivbiduals from Europe | SR. 376, 300 |
| * Grand total spent in assisting individuals: | SR. 2,043, 193 |
| * Number of beneficiaries: | 6833 |

L'OIIS est sollicitée par certains nécessiteux, les pauvres , les indigents, les malades,les handicappés et les voyageurs sans resssources qui lui demandent aide et assistance. Le montant des assistances qui leur ont été accordées dans le courant de l'exercice 2001\2002 est à l'ordre de : 2 043 193 riyals, un montant qui a été prélevé du chapitre des Zakates et des aumônes. A noter que 6833 personnes de différentes nationalités (d'Asie,d'Afrique et d'Europe) ont bénéficié de cette assistance.

## Réalisations du Programme des Assistances individuelles :

* 1208732 riyals est le montant des assistances accordées aux nécessiteux d'Asie dans le courant de l'exercice 2000\2001.
* 458161 riyals est le montant des assistances accordées aux nécessiteux d'Afrique dans le courant de l'exercice 2001\2002.
* 376300 riyals est le montant des assistances accordées aux nécessiteux d'Europe pour l'exercice 2001\2002.
* 2043193 riyals est le montant total des assistances individuelles pour l'exercice 2001\2002.
* 6833 personnes ont bénéficié des assistances individuelles dans le courant de l'exercice 2001\2002.

### Table No. 27
### Beneficiaries of the Personal Assistance Program

| Continent<br>continent | Beneficiaries<br>Nombre des bénéficiaires | Amounts spent in SR.<br>Dépenses en riyals |
|---|---|---|
| Asia<br>Asie | 4042 Persons<br>personnes | SR.1208732 |
| Africa<br>Afrique | 15132 Persons<br>personnes | SR.458161 |
| Europe<br>Europe | 1259 Persons<br>personnes | SR.376300 |
| Total<br>Total | 20433 | SR.2043193 |





IIRO 000521

Case 1:03-md-01570-GBD-SN Document 12385-5 Filed 10/16/26 Page 82 of 112



## Beneficiaries of the Personal Assistance Program 2001 - 2002
## Dépenses réelles sur les projets de la Promotions humaines pour l'exercice 2001/2002








IIRO 000522

## Percentage of expenditure of the Personal Assistance Program 2001 - 2002
## Nombre des bénéficiaires du Programme des Assistances individuelles









# External Relations

## and coordination with other international organizations

# Relations Extérieures

## et coordination avec les organisations islamiques et internationales



## 1. Membership to international, regional and umbrella relief organizations and institutions.

The International Islamic Relief Organization, Saudi Arabia, (IIROSA) is an active, reputable and vital member of the world relief system. As such it attends the UN's meetings and conferences concerning such issues as asylum seeking, maternity cases, children and disaster, and maintains active relations with the UN and other international organizations as follows:

1. Member of the Constituent Body of the Int'l. Islamic Counil for Da'wa and Relief.
2. Member of the presidential body of the Int'l. Islamic. Council for Da'wa and Relief.
3. Member of various committees of the IICDR and head of its General Relief Committee.
4. Member of the Islamic Coordinating Councils for relife organizations working in Pakistan, Azerbaijan, Bosnia–Herzegovina, Albania, Gaza and Sudan.
5. Member of the Economic and Social Council of the United Nations (ECOSOC).
6. Member of the Board of Conference on Non-Governmental Organisations (CONGO).
7. Enjoys observer status with the International Organization for Migration (IOM).
8. Member of the Executive Committee of the Geneva-based International Council of Voluntary Agency (ICVA).
9. IIROSA coordinates the efforts of the UNHCR and ICVA in the Middle East and attends PARinAC meetings --- a partnership between UNHCR and other voluntary organizations.
10. Member of the Arab Network of Non-Governmental Organizations.
11. Member of the Arab Council for Children and Development.
12. Member of the Arab Network for Gulf -based Organizations.
13. IIROSA maintains close relations with the Organization of the Islamic Conference (OIC) and participates in its meetings as an observer.
14. Member of the OIC Coordinating Committee for Islamic Action.

## I) Adhésion de l'OIIS aux Agences et associations de volontariat interntionales et régionales et aux organisations internationales de secours:

L'OIIS, par ses activités et sa réputation internationale, est liée au nom du royaume d'Arabie saoudite. Cela est en lui-même un grand honneur pour l'OIIS qui tient toujours à affirmer cette vérité, et ce, à travers ses publications en différentes langues étrangères et ses documents de travail souvent présentés lors des réunions internationales et conférences des Nation unies sur le Secours et autres, afin de mettre en relief le rôle pionnier du royaume d'Arabie saoudite tant au niveau de sa direction, de son gouvernement que de de son peuple dans les domaines d'appui et d'assistance aux actions caritatives et d'aide humanitaire de par le monde.

L'OIIS est un membre efficace du système international. de secours. Elle a un poidss, une réputation et un rôle international à faire valoir. Elle est ainsi l'une des organisations internationales de secours qui sont invitées à participer aux réunions des Nations unies sur les questions des réfugiés, de la maternité, de l'enfance, des catastrophes, d'assistances et de secours. L'importance de la participation de l'OIIS dans de tels événements internationaux met en exèrgue l'apport saoudien en matière de secours et d'aide humanitaire.

Nous produisons ci-après une breve présentation des relations liant l'OIIS aux agences onusiennes ; ainsi ses relations avec les autres organisations internationales:

L'OIIS est :

1- Membre du Conseil constitutif del'Organisation Islamique Mondiale pour l'Education et le Secours

2- Membre de la Présidence de l'Organisation islamique monddiale pour l'Education et le Secours me..

3-Membre de certains comités permanents de l'Organisation islamique mondiale pour l'Education et le Secours (comité de l'Enseignement, comité de l'Education, comité de l'Information et du Suivi, comité de la Presse et de la Diffusion, comité de la Jeunesse, comité de Jérusalem et de la Palestine comité islamique mondial de la femme et de l'enfance) et en préside le comité de secours général.

4- Membre des Conseils islamiques de coordination des organisations de secours au Pakistan, Bosnie-Herzégovine, Azerbaidjan, Albanie, Ghaza et Soudan.

5- Membre du Conseil économique et social de l'ONU (ECOSOC)

6- Membre de la Conférence des Organisations non gouvernementales (CONGO) créée en 1948 avec la création de l'ONU et est membre de son Conseil d'administration.

7- Membre observateur de l'Organisation internationale de l'Immigration (IOM). l'OIIS est la première organisation islamique à devenir membre de cette organisation.

8-Membre du Conseil mondial des Associations de volontariat (ICVA) dont le siège est à Genève.

9- L'OIIS assure la coordination entre le Haut commissariat des Nation unies pour les réfugiés (et le Conseil mondial des Associations de volontariat (ICVA) pour le Moyen Orient et participe aux réunions de partenariat (Parinac ) entre le UNHCR) Commissariat et les associations de



15. An observer at the IDO.
16. Member of the Joint Committee on Relief for Kosovo and Chechnya.
17. Member of the Saudi Arabian Committee for Al-Quds (Jerusalem).
18. Member of various humanitarian committees in the 13 administrative regions of Saudi Arabia.
19. Member of Saudi Arabia Joint Committee for Afghanistan.

## II: Cooperation and coordination with other intnational agencies:

### (I) Cooperation with UN agencies to implement joint refugee Projects:

1. World Food Program: This organization provided the IIROSA with food materials for distribution among refugees in Mali, Sierra Leone and Tanzania and keeping with continuing cooperation between the two organization. It received the Director of the World Food Program at its premises in Jeddah and handed over him with IIROSA proposals.

2. The United Nations High Commission for Refugees: Cooperated with the IIROSA to deliver large amounts of food items such as maize to refugees stationed in Mali, Sierra Leone and Tanzania. UNHCR paid the expenses of transporting the food items to IIROSA's warehouses in the affected areas and joined IIROSA in distributing large quantities of blankets in the IIROSA supervised refugee camps in Azerbaijan. IIROSA provided $10,000 to the UNHCR to distribute blankets to Afghan refugees in Pakistan. (see UNHCR records in Geneva).

3. United Nations International Children's Emergency Fund:
The IIROSA and the UNICEF worked together in supplying Kurdish refugees in Northern Iraq with carpets, blankets and heaters, as wellas renovated a school building and installed water supply network.

4. World Health Organization:
In cooperation with WHO, IIROSA conducted three courses to improve the performance of traditional midwives in Balakh, Mazar-e-Sherif and Jaojazan areas of Afghanistan. Thirty six midwives attended the courses which lasted for four months from 15/12/1999 to

Volontariat.
10- Membre du Réseau arabe des organisations nationales.
11- Membre du Conseil arabe pour l'enfant et le développement.
12- Membre du Réseau arabe des organisations du Golfe.
13-Membre observateur de l'Organisation de la Conférence islamique.
14- Membre du Comité de coordination de l'action islamique issu de l'Organisation de la Conférence islamique.
15-Membre observateur de l'Organisation de l'éducation islamique.
16-Membre du Comité mixte saoudien de secours pour le Kosovo et la Tchétchénie.
17-Membre du Comité saoudien pour la sauvegarde de la mosquée d'El Quds.
18-Membre des Comités mixtes locaux de solidarité avec la Palestine, composés des Gouvernorats des 13 régions du royaume d'Arabie saoudite.
19- Membre du comité mixte saoudien de secours pour l'Afghanistan.

## II) Coopération et coordination avec les Organisations islamiques et internationales:

### I) Coopération avec les Agences onusiennes pour exécuter des projets communs en faveur des réfugiés

1-Programme Alimentaire Mondial (le PAM) : Ce Programme a fourni des assistances alimentaires à l'OIIS afin qu'elle les distribue dans des camps de réfugiés au Mali, en Sierra Leone et en Tanzanie. Cette coopération se poursuit toujours avec le PAM en Sierra Leone. Par ailleurs, une réunion s'est tenue avec le directeur de ce Programme pour le Proche Orient et l'Afrique au siège de l'Organisation dans le courant du mois de Chaabane 1422 H ; au cours de laquelle Monsueur le directeur de du PAM a entendu les propositions de l'Organisaion liées à la coopération avec ce Programme.

2- UNHCR: ( Le Haut commissariat des Nations unies pour les réfugiés): a eu à coopérer avec l'OIIS pour secourir les réfugiés au Mali, en Sierra Leone et en Tanzanie ,... et ce en lui fournissant des quantités de produits alimentaires ( maïs ) tout en prenant en charge les frais de transport desdits produits vers les dépots de l'OIIS se trouvant dans les zones de distribution. Il a aussi coopéré avec l'Organisation en lui fournissant des lots de couvertures à l'intention des camps des réfugiés d'Azerbaïdjan encadrés par l'OIIS. Par ailleurs, l'Organisation a accordé au UNHCR une assistance financière en vue de la fourniture de couvertures aux réfugiés afghans au Pakistan pour un montant de 10 000 $ US. Ce don est enregistré officiellement dans les cahiers de l'UNHCR à Genève.

3-UNICEF( Le Fonds des Nations unies pour l'enfance) a eu à coopéer avec l'OIIS pour s l'équipement des camps de réfugiés kurdes au nord de l'Irak en literies,fourniture de couvertures, réchauds ainsi que :dans le domaine de la restauration des écoles et les travaux de raccordement des canalisations d'eau.

4- OMS: ( l'Organisation mondiale de la Santé) a eu à coopérer avec l'OIIS pour l'organisation de 3 stages de formation de sages femmes (traditionnelles) dans le but de réduire les cas de décès parmi les mères enceintes et les enfants nouveaux nés et en vue de former des accoucheuses capables de faire des accouchements de façon saine et sûre :et capables de diagnostiquer les cas d'anomalies pendant la grossesse, la gestation et l'accouchement. Ce Programme a été exécuté dans la province de Balkh dans la région de Mazar Charif; province de

15/4/2000 and extended medical facilities to more than 20,000 pregnant women and 25,000 children under the age of five years. (WHO report sent to IIROSA).

## II. Cooperation with intrnational non-governmental orghanizations joint refugees programs:

1. CARE: This organization which is based in the United States worked together with the IIROSA in building a food distribution center in Sierra Leone.

2. HELP: Through joint efforts between the IIROSA and Germany-based organization distributed food and other relief items in the refugee camps in Somalia and Azerbaijan.

3. VISION: The US-based international organization worked together with the IIROSA in renovating residential structures at the No.2 returning refugees camp at the Somkait area in Azerbaijan.

4. IRD: Clothes and blankets were distributed to refugees in Azerbaijan through joint efforts between the IIROSA and American-based IRD organization.

## III. Participation in international fairs:

IIROSA shows particular interest in fairs organized by international charity and relief organizations, such as:

A. The International Aid & Trade Fair:
Which was held in Geneva between 6-8 October 1998, and the joint fair organized by the UNHCR and the Non-Governmental Organizations in Geneva between 29/9 – 1/10/1999.

B. International Fair for Mutual Help 2000:
Which was held at Jacob Javits Conference Hall in New York between 31/5 – 1/6/2000

C. Trade and Assistance Fair 2001:
Which was held in New York on 21 June, 2001.

## IV. Cooperation with other Islamic organizations and institutions:

### 1. Muslim World League:

The IIROSA is the League's active wing where relief, health care, eduational, economic and social development is concerned. It is also a brilliant façade and a major wing of non-govermental relief efforts in Saudi Arabia. For example, the Awalia School in Addis Ababa, Ethiopia is operate by the IIROSA on behalf of the both League and the Iqra Charity Society and in fact shares the same office

Jawazjan au nord de l'Afghanistan.Les 3 stages ont duré 4 mois, du 15\12\1999 au 15\4\2000.A noter que 36 sages femmes ont pu ainsi être formées dans le cadre de ce Programme dont ont bénéficié 20 000 femmes en âge de procréation et 25 000 enfants de moins de 5 ans selon le rapport de l'OMS envoyé à l'OIIS.

## 2) Coopération avec les Organisations internationales non gouvernementales dans le cadre de la réalisation des projets communs à l'intention des réfugiés :

1- CARE (une ONG américaine) a eu à coopérer avec l'OIIS dans le cadre de la construction d'un centre de distribution de nourritures en Sierra Leone.

2- HELP(une ONG allemande) a eu à coopérer avec l'OIIS dans le cadre de la distribution
des aides alimentaires aux camps de réfugiés et d'exilés en Azerbaïdjan et précédemment en Somalie.

3- ARWA (une ONG américaine) a eu à coopérer avec l'OIIS dans le cadre de la restauration d'immeubles d'habitation dans le camp du retour (2) dans la région de Sumakayite en Azerbaïdjan.

4-IRD (une ONG américaine)a eu à coopérer avec l'OIIS pour la fourniture de vêtements et de couvertures aux amps de réfugiés en Azerbaïdjan.

5- Participation aux expositions internationales :

a) L'OIIS a participé à l'exposition 98 sur les Assistances internationales à Genève du 6 au 8 octobre 1998 et à l'exposition du partenariat entre la commission exécutive de l'UNHCR et les ONG ;exposition organisée à Genève du 29\9 au1\10\1999.

b) L'OIIS a participé à l'exposition mondiale sur le Secours mutuel de l'an 2000 organisée à New York du 31 \5\ au 1\6\2000 au salon de Jacob.K.J. pavillon S302,au cours de cette exposition,l'OIIS a eu à présenter une partie de ses publications, brochures et rapports sur ses activités ;et ce en arabe, en anglais et en français.

c) L'OIIS avait participé aussi à l'exposition sur le commerce et les assistances de 2001 organisée à New York le 21\6\2001.

## 3) Coopération avec les autres organisations et lamiques:

### 1- Ligue Islamique Mondiale :

Le Secrétaire général de la Ligue Islamique Mondiale préside le Conseil d'Administration de l'OIIS:qui est. considérée comme le bras droit de la Ligue en en matière de Secours et de Développement dans les secteurs de la santé, de l'éducation et les domaines de l'économie et du social dans les régions où les besoins se font sentir aussi bien dans les pays islamiques que les milieux des minorities musulmanes En outre, l'OIIS représente l'image éclatante et le bras principal du secours populaire du royaume d'Arabie saoudite.

Par ailleurs,l'OIIS assure la gestion de l'école Awaliya à addis Abeba grâce à l'aide financiée de la Ligue Islamique Mondiale et l'Association caritative "Iqra". L'Organisation opère aussi dans certains pays en etroite collaboration avec la Ligue sous le toît d'un même Bureau comme c'est le cas au Pakistan, en Indonésie et en Jordanie. L'OIIS fait recourt aux bureaux de la Ligue dans les pays où il ne dispose pas de représentation pour encadrer les programmes saisonniers tels que la distribution de repas aux jeûneurs et la distribution de dattes offertes par roi Fahd. Le Secrétaire général de l'OIIS assiste,par ailleurs, aux travaux du Conseil constitutif de la Ligue et présente à cette occasion un rapport sur les activités de l'Organisation.

with the League in certain countries, including Pakistan, Indonesia and Jordan. Moreover, in places where IIROSA has no mission, it depends on the League's branch offices in supervising such seasonal programs as distribution of free meals and King Fahd bin Abdul Aziz's donation of palm dates. Furthermore, the Secretary-General of IIROSA attends the meetings of the Constituent Council of the League and submits progress reports.

### 1. International Islamic Council for Da'wa and Relief:

IIROSA heads one of the permanent committees of the IICDR (General Committee) and enjoys membership to several others. It is represented at the meetings of both the 'Constituent Body' and 'Presidential Body' of the IICDR and coordinate the efforts of the Islamic relief organizations. It also submits the Secretary-General of the IICDR with copies of its ordinary and circular letters addressed to relief organization when disaster strikes, and provides the IICDR with periodical reports concerning coordination and joint activities of the member organizations of the 'General Committee'.

### 3. Organization of the Islamic Conference:

IIROSA maintains close relations with the OIC and participates in its meetings as an observer. It also attends the 'Summit' conferences of the heads of state as well as the meetings of the Foreign Ministers of the member countries of OIC. In his capacity as the head of the 'General Committee', the Secretary-General of IIROSA submits periodical reports concerning its activities as well as those of the other Islamic relief organizations. Moreover, IIROSA attends the meetings of such agencies of the OIC as 'ISESCO', and the Islamic Action Committee formed by the OIC. In fact some of the programs of the IROSA are funded by the solidarity fund of the OIC.

### 4. Islamic Development Bank:

There is close cooperation between IDB and IIROSA, certain programs of the IDB are operate by IIROSA, e.g. IDB Health care and educational programs in Kenya and Somalia. It also delivered IDB grants to Rwandan and Chechnyan refugees.

### 5. slamic Educational, Scientific and Cultural Organization (ISESCO):

IIROSA maintains mutual cooperation with ISESCO by virtue of which IIROSA and ISESCO exchange informa-

### 2- Organisation Islamique Mondial pour l'Education et le Secours - Le Caire

L'OIIS preside l' un des comités permanents de cette organisation (Comité de secours général) tout comme elle est membre d'autres comités. Elle participe aussi aux réunions du Conseil constitutif et du Conseil de la présidence de cette Organisation, à travers lesquelles sont coordonnées les actions des organisations islamiques de secours et autres selon les compétence de chacun desdits conseils. L'OIIS communique au Secrétaire général de cette Organisation des copies des lettres et des correspondances envoyées aux organisations de secours membres concernées par l'aide aux victimes des catastrophes.L'OIIS envoie aussi aux assises de cette Organisation des rapports périodiques sur les opérations de coordination et les activités communes des organisations membres du Comité de secours général.

### 3- OCI :

L'OIIS entretient des relations étroites de coopération avec l'Organisation de la Conférence Islamique et participe aux sommets islamiques et aux conférences des ministres des Affaires étrangères des pays islamiques. Dans le cadre des réunions de travail du comité de coordination de l'action islamique relevant de l'OCI, le Secrétaire général de l'OIIS a présenté des rapports sur les activités de l'OIIS en générale et sur celles des organisations de secours islamiques en particulier .En sa qualité de président du Comité de secours général, l'OIIS assiste également aux réunions des agencies spécialisés de de l'OCI, telle que l'ISESCO et des comités techniques constitués par l'OCI à l'image du comité de coordination de l'action islamique. Par ailleurs, l'OIIS a des liens étroits de coopération avec le Fonds de Solidarité islamique relevant de l'OCI lequel lui a souvent accordé son soutien en vue de réaliser des projets de secours.

### 4- BID :

Il existe une coopération étroite et permanente entre l'OIIS et la Banque Islamique de Développement dans la gestion de certains projets mis en place par cette dernière. Dans ce cadre,l'OIIS assure la supervision de certains programmes de santé et d'éducation en Somalie et au Kenya,tout comme elle charge de distribuer les aides financières accordées par la BID aux réfugiés rwandais et aux déportés tchétchènes. De même qu'elle a distribué cinq milles carcasses de moutons offertes au Liban par la BID.

### 5- ISESCO:

L'OIIS coopère avec l'Organisation Islamique pour l'Education,les Sciences et la Culture dans le cadre des échanges d'informations et d'invitations ainsi des questions ayant rapports avec les activités pédagogiques, culturelles et scientifiques d'intérêt commun, et dans le cadre de l'élaboration d'études,de curriculum,de recherches, la publication de livres et la production de films,l'organisation de stages de formation, l'octroi de bourses d'études universitaires aux étudiants et étudiantes issus des communautés des minorités musulmanes .

### 6- IQRA :

(Association caritative saoudienne): L'OIIS coopère avec cette Association dans le cadre de l'assistance et la gestion des écoles des réfugiés birmans et des communautés africaines dans la ville de La Mecque.Dans ce cadre, l'OIIS apporte uns outien de cent milles riyals pour chacune de ces communautés alors que l'Association se charge de la gestion et du fonctionement des écoles.

tion and participate in educational, cultural and scientific events of common interest. Joint efforts are made by the two organizations to conduct studies, publish curricula and books, and produce films. Likewise, the two organizations jointly organize courses and offer scholarships to needy students.

### 6. Iqra Charity Society:

This society works together with the IIROSA in subsidizing and operating schools for Burmese refugees and members of the African community residents in Makkah Al-Mukarramah. IIROSA donates morethan SR.200,000, while Iqra assumes a supervisory role.

## III: Conferences attended and research works prepared by IIROSA.

### A. Conferences:

1-November 5–8/2000: IIROSA attended the meetings of the General Assembly of the Conference on Non-Govermental Organizations (CONGO) and was elected to the Bureau of the CONGO, as the only Arab and Islamic Member of that Bureau with a margin of 41 out of 51 votes. Subsequently, IIROSA received a letter of congratulation dated 27/11/2000 from Ms. Renate Blum, head of the CONGO.

2. May 15/2001: OIC invited IIROSA to participate in the first meeting of donors which was held in Doha-Qatar to raise funds for the return of about 1,135,000 refugees from Bosnia – Herzegovina.

3. July 3-5, 2001: IIROSA attended the regional meeting of the United Nations High Commission for Refugees which was held in Cairo, Egypt to discuss relevant issues such as:

a) The need to stregthen and consolidate the system of international protection in the region.

b) The concept of irregular movements of people.

c) Sharing international responsibility by enhancing the capabilities of first countries of asylum.

4. 21/6/2001: IIROSA attended the International Aid & Trade fair and conference on mutual assistance which was held in New York to introduce the role of Islamic charity organizations in the field of relief operations.

### B. Research:

1. During the first conference on Waqfs (Endowments)

## III) Conférences et recherches :

### 1)Conférences:

1-L'OIIS a participé aux réunions de l'Assemblée générale de la Conférence des Organisations non-gouvernementales (Congo) tenue à Vienne du 5 au 8\11\2000 correspondant au 9-12\8\1421 H. Au cours de cette conférence, l'OIIS a été élue membre du Bureau permanent de cette conférence par 41 voix sur 58 voix. Cette élection est d'autant plus significative que ce Bureau ne comptait aucun représentant arabe ou musulman alors qu'il compte à son sein (comme membres) d'autres organisations d'obédience religieuse et idéologique différentes. L'OIIS a reçu une lettre de la part de la présidente du C.O.N.G.O en date du 27\11\2000 dans laquelle elle félicitait tous les membres de cette Conférence pour avoir élu l'OIIS comme membre de son Conseil d'administration.L'OIIS a participé à la 27ème conférence de l'Union internationale des Associations du croissant rouge et de la croix rouge tenue à Genève du 31\10\ au 5\11\1999.

2- L'OIIS a participé à la 1ère conférence des Donateurs aux Fonds pour le Retour des Réfugiés bosniaques dont le nombre dépasse (1 135 000 personnes )conférence tenue à Doha le 15\5\2001 correspondant au 21\2\1422 H sur invitation (lettre No 1466\201 OIC\POL du 7\52001) de l'OCI.

3- L'OIMS a participé à la réunion régionale de l'UNHCR tenue au Caire du 3 au 5\7\2001 à laquelle ont assisté des délégué venus du siège de l'UNHCR de Genève en plus des représentants des gouvernements arabes et des ONG; pour examiner un certains nombre de questions afférentes aux activités de l'UNHCR, telles :

1- L'appui accordé au renforcement du système de la protection internationale dans la région.

2- Le concept des mouvements irréguliers des populations humaines.

3- La responsabilité internationale commune liée au renforcement des potentialités des premiers pays d'asile.

4- L'OIS a participé à l'Exposition internationale sur l'aide mutuelle de l'an 2001, tenue à New York le 21\6\2001.Tout comme elle a participé à la conférence internationale organisée en marge de cette manifestation pour faire connaître le rôle du royaume d'Arabie saoudite et de sa contribution à renforcer les actions caritatives et humanitaires dans le monde à travers l'OIIS.

### 2) Recherches:

- L'OIIS a présenté une etude bien documenté sur les "Awqafs" ( biens immobiliers cédés par des morts aux services de charité ) leurs significations, leurs formes et leurs fonctions dans la législation islamique, à la première conférence sur les Awqafs au royaume d'Arabie saoudite tenue à l'université "Oumm el Qura" de La Mecque.

-L'OIIS a présenté 7 etudes à la conférence organisée sous le thème (Effort du royaume d'Arabie saoudite en matière de secours et d'aide humanitaire)à l'occasion de la commémoration du centième anniversaires de de la création du Royaum d'Arabie Saudite; des etudes axéee sur les thèmes que sont :

a- approche islamique de l'action de secours.

b- caractéristiques de l'action de secours saoudienne.

c- l'action de secours ; sa conception, ses objectifs, sa légitimité et ses domaines.

d- organisation des actions de secours et la coordination entre les organisatios de secours.



which was organized by the Ummal Qura University in Makkah, IIROSA presented a paper on the "Concept and Function of Awqaf according to Sharia (Islamic Law)".

2. IIROSA presented the following six papers during the conference which was held to commemorate the one hundredth anniversary of the birth of the Kingdom of Saudi Arabia. The six papers are:

i. Islamic view concerning Relief Operations.

ii. The Characteristics of Saudi Arabian Relief Operations.

iii. Relief Operation- Concept, goals, legitimacy and areas.

iv. Coordinaing Relief Operations within the Islamic Relief Organizations.

v. Saudi Arabian Relief Efforts in one hundred years.

vi. Horizons of Saudi Arabian Relief Operations 'Futuristic Vision'.

Furthermore IIROSA prepared the following papers:

1."Contemplation of the Progress of the Dialogue of Civilizations"

2. "Saudi Arabia at the Sevice of the Youth".

3."The Role of King Fahd in the Relief and the Humanitarian Fields"Acknowledgement: IIROSA received several letters of gratitude from prominent organizations and personalities, including the following:

**1. United Nations High Commission for Refugees:**

The Head of UNHCR mission in Riyadh, Saudi Arabia sent a letter dated 4/6/2001 to IIROSA. The letter was attached with another letter addressed to IIROSA by Mr. Rudfolf Everets, Deputy Presdent of the Departmnt in charge of Donor Relations and Resource Mobilization of the UNHCR in which he expressed his gratitude to IIROSA for helping to support UNHCR's program aimed at alleviating the suffering of Afghans taking shelter in Pakistan. IIROSA had provided funds to procure and distribute blankets and bedsheets among the Afghans.

**2. Governor of Northern Kordofan region of Sudan:**

In his letter addressed to IIROSA branch office in Obaiyid, the Governor of Northern Kurdofan province, Mr. Othman Al-Hadi Ibrahim thanked the 'Organization' for initiating a campaign against the epidemic of malaria in Obaiyid. The campaign which started on 22/8/2001

e- effort saoudien en matière d'action de secours pendent 100 ans.

f- perspective de l'action de secours saoudienne -vision d'avenir-

3- L'OIIS a élaboré une etude intitulée " Lecture dans le processus du dialogue des civilisations "

4- L'OIIS a réalisé une etude intitulée" Le Royaume d'Arabie saoudite au service de la jeunesse;son rôle"

5- L'OIIS a réalisé une etude intitulée " Le Serviteur des Deux Saintes Mosquées et son rôle dans l'action du secours et d'aide humanitaire" ;etude présentée à la conférence organisée sur le thème: "Le Serviteur des Deux Saintes Mosquées et l'action caritative"

## IV) Lettres de remerciement:

**1- Le Haut commissariat des Nations unies pour les réfugiés (UNHCR) à Genève magnifie la contribution de l'OIIS:**

L'OIIS a reçu une lettre du président de la mission de l'UNHCR à Riyadh en date du 4\6\2001 ( correspondant au 12\3\1422 H ) assortie d'un message, daté du 29\5\2001 du Vice président de la Direction des relations avec les donateurs, et de la mobilisation des ressources de l'UNHCR à Genève, dans lequel il remercie l'OIIS pour l'appui qu'elle apporte à son programme, sous forme d'assistances aux réfugiés afghans au Pakistan, pour alléger leurs soufrences .Ce n'est pas tout car l'OIIS a aussi distribué des matelas et des couvertures à ces réfugiés.Le vice président de l'UNHCR a, par ailleurs, indiqué que cette contribution a été enregistrée dans les cahiers financiers du HCR au nom de l'OIIS.A noter que dans le message accompagnant ledit enregistrement on peut lire notamment: " "Nous tenons à cet effet à exprimer nos sincères remerciements et profonde gratitude pour cette généreuse initiative dans laquelle nous décelons un début prometteur d'actions humanitaires conjointes entre l'UNHCR et l'OIIS d'autant plus que le dénominateur commun entre nous est de secourir les nécessiteux ; les réfugiés et les déportés en leur apportant toute aide possible.

2- Le Bureau de l'OIIS dans la ville d'Abyadh au Soudan a reçu un message de remerciement et de considération du Gouverneur de la province du nord de Kurdofan, M. Othman al-Hadi Ibrahim, dans lequel ce dernier a exprimé la reconnaissance de son pays et des habitants de la ville d'Abyadh et de sa gratitude personnelle pour la campagne d'hygiène écologique menée par l'OIIS dans ladite localité pour lutter contre la malaria qui sévissait dans cette ville durant ces quelques dernières années notamment en période d'automne, ce qui a suscité une préoccupation majeure auprès aussi bien des populations des autorités locales; et ce du fait de l'ampleur des victimes et des décès enregistrés. C'est ce qui a poussé l'OIIS à organiser ladite campagne qualifiée par les responsables soudanais de treé importante,voire de vitale. Cette campagne a commencé le 22\8\2001 correspondant au 22\5\1421 H. Son plan d'action consistait à fournir des barils de produits désinfectants (Plathine)pour arroser les maisons et les marécages affectés. Parallèlement à cela une campagne de sensibilisation sanitaire a été menée auprès des populations . L'OIIS a organisé aussi plusieurs réunions d'explication dans les écoles et les instituts de la région. Des dépliants et des brochures d'information sur l'épidémie et les voies et moyens de s'en protéger ont été également distribués aux populations. La campagne s'est poursuivie durant trois mois sous la supervision et le suivi du Bureau de l'OIIS dans la région de l'Est du royaume d'Arabie saoudite.





IIRO 000530

aimed at making large quantities of pelathene insecticide available for the purpose of spraying dwelling places and lagoons. This campaign carried out for three months and went on hand in hand with an awreness campaign through seminars and pamphlet distribution.

### 3. The Canadian Ambassador praises IIROSA's efforts:

During his visit to IIROSA's headquarters in Jeddah, the Canadian Ambassador to Saudi Arabia, Mr. Melvin McDonald lauded IIROSA's efforts to provide humanitarian services to people in need.

### 4. UNHCR says: Saudi Arabia's institutions are at the forefront of help-givers:

In its report on partnership between the UNHCR and the Non-Governmental Organizations which was discussed in Tunisia in the year 2000, the UN agency described IIROSA as one of the largest non-governmental institutions in Saudi Arabia providing humanitarian aid around the globe. The report point out that in the year 1998 alone, IIROSA spent moer than $3 million on relief operations. According to the report, the Joint Saudi Arabian Committee, which is an umbrella institution embracing IIROSA, the Saudi Arabian Red Crescent, World Assembly of Muslim Youth, Al-Harmain Charity Foundation and the Islamic Waqf (endowment) Foundation fully participated in ensuring humanitarian aid during the Kosovo crisis where it spent about US dollars 41,500,000.

### 5. Thailand's Consul lauds Saudi Arabia's concern for the wretched of the world:

Thailand's Consul Mr. Makatama expressed his gratitude and appreciation for the gigantic efforts being made by IIROSA to help the poor, the needy, refugees, displaced people, orphans and the disabled worldwide. During his visit to the headquarters of IIROSA, the Consul emphasized that IIROSA's humanitarian assistance in the fields of health care, education and social welfare and relief goes a long way to express Saudi Arabia's concern towards the poor and the needy in the world.

### 6. Deputy Prime Minitser of Afghanistan thanks IIROSA:

A letter from the Director of IIROSA's branch office in Islamabad (ref. 805/12 dated 13/10/2000) was enclosed

### 3- l'Ambassadeur canadien rend hommage à l'OIIS pour ses efforts de secours.

L'Ambassadeur canadien auprès du royaume d'Arabie saoudite M. Mac Donald a rendu un vibrant hommage à l'OIIS pour ses actions humanitaires à l'intention des nécessiteux à travers le monde C'était lors de sa rencontre avec le Secrétaire général de l'OIIS.Le diplomate canadien n'apas aussi manqué à exprimé ses remerciements et considérations à l'endroit des philanthropes d'Arabie saoudite pour leur prise en charge des difficultés des pauvres et des indigents en général à travers le monde.

### 4-Selon le HCR, les organisations saoudiennes sont les principaux pourvoyeurs d'assistances humanitaires dans le monde:

Dans le rapport de l'UNHCR discuté, le 14\8\1421 H. à Tunis pour entrevoir un partenariat et une meilleure coopération entre le HCR et les ONG, il y indiqué que l'OIIS du royaume d'Arabie saoudite était l'une des grandes ONG saoudiennes qui se trouve dans le peleton de tête de ceux qui apportent le plus de contributions aux programmes d'aide humanitaire à travers les différentes régions du monde. Le rapport souligne aussi que cette organisation avait dépensé en 1998 l'équivalent de 3 millions de dollars rien que pour les actions de secours.

Le rapport évoque également le Comité saoudien mixte créé en 1999 qui est le trait d'union entre les organisations saoudiennes non gouvernementales opérant à l'échelle mondiale, dont l'OIIS, le Croissant rouge saoudien, l'Assemblée mondiale de la Jeunesse musulmane, la Fondation caritative des Deux saintes Mosquées et la Fondation des Legs islamiques. Ce Comité,poursuit le rapport, a contribué pleinement à la fourniture d'aides humanitaires lors de la crise du Kosovo au point que cette contribution avait atteint la somme de 41,5 millions de dollars américains.

### 5- Le Consul thaïlandais rend hommage à l'intérêt dont témoigne le Royaum d'Arabie Saudite aux nécessiteux de par le monde.

Le Consul général de la Thaïlande accrédité à Jeddah, a exprimé ses vifs remerciements et sincères considérations à l'endroit de l'OIIS pour ses grands efforts d'aides aux pauvres,aux nécessiteux aux réfugiés, aux déportés, aux orphelins, aux personnes âgées, aux handicappés de par le monde. Le Consul thaïlandais avait déclaré le 24\8\1421 H, lors de sa visite au siège de l'OIIS à Jeddah que : "les aides humanitaires fournies par l'OIIS à l'ensemble des indigents, notamment les aides fournies sous formes de soins de santé, de programmes d'éducation, d'actions sociales et de secours marquent clairement la grande importance que le peuple saoudien généreux accorde à l'aide aux personnes démunies.

### 6- Le Vice président du Conseil des ministres afghans remercie l'OIIS:

L'OIIS a reçu une lettre(,lettre No 805\12 datée du 13\10\1421 H.) de son Bureau au Pakistan annexée d'un message du Vice président du Conseil des ministres afghans et président du Conseil exécutif du gouvernement en Afghanistan et d'une lettre du Secrétaire général du Croissant rouge afghan dans lesquelles ils ont exprimé leurs remerciements et leur considération au Serviteur des Deux Saintes Mosquées roi Fahd et à l'OIIS pour la distribution de grandes quantités de dattes



with two other letters from the Deputy Prime Minister of Afghanistan and the Secretary-General of the Afghani Red Crescent Society. Both the Premires and the Secretary General were praised for IIROSA's distribution of King Fahd's donation of palm dates to the people of Afghanistan.

### 7. Muslim World League lauds IIROSA

In a letter to the Secretary-General of IIROSA (ref. 202/10196 dated 18/10/2000), the Assistant Secretary-General of the Muslim World League conveyed the gratiude and appreciation of the members of the Constituent Council which was held its 36th session between 4-6/2000, for the benevolent efforts of IIROSA in various spheres of life.

### 8. Coordinator of Sierra Leone's NCRSR expresses his gratitude to IIROSA:

In a letter addressed to IIROSA on 22/10/2000, Mr. Frances Moijo, Coordinator of the National Committee for Recontruction, Settlement and Rehabilitation expressed the gratitude of the people and the government of Sierra Leone to the people and government of Saudi Arabia for donating 15 containers of palm dates.

### 9. Official Gazette in the Republi of Guinea praises IIROSA's efforts:

In its issue (No. 5554) dated 5/2/2001, the official newspaper in the Republic of Guinea lauded the efforts made by IIROSA in distributing food to the poor in various parts of the country. In all, IIROSA distributed 240 tons palm dates donated by King Fahd and 630 bags of rice.

### 10. Somali leader praised King Fahd's donations:

During the opening ceremony of the second session of the Somali Parliament, H.E. Mr. Kassim Sal'lat, President of the Republic of Somalia, lauded the efforts made by certain countries and organizations to alleviate the sufferings of the Somali people. Mr. Sal'lat made special reference to the government and people of Saudi Arabia for continuing to generously assist the people of Somalia. During the ceremony, IIROSA distributed large quantities of palm dates donated by King Fahd of Saudi Arabia.

### 11. Ghana praises the Kingdom's assistance and support:

en Afghanistan.

### 7- Le Conseil Constitutif de la Ligue Islamique Mondiale remercie l'OIIS :

L'OIIS a reçu une lettre du Secrétaire général adjoint de la Ligue Islamique Mondiale(lettre No 202\10196 datée du 18\10\1421 H) dont le massage est comme suit :: " Le Conseil Constitutif de la Ligue Islamique Mondiale, lors de sa 36e session tenue du 4 au 6 Shaaban 1421 H à La Mecque, après avoir examiné le rappor des activités de l'OIIS relevant de la Ligue dans les domaines de; l'éducation de la construction de centres sociaux, le forage de puits, les programmes de lecture, la prise en charge d'orphelins, les programmes sociaux, sanitaires, scolaires, de secours d'urgence, de distribution de repas gratuits aux jeûneurs, et les activités de ses Bureaux à l'intérieur et à l'extérieur, le Conseil tient à exprimer ses remerciements aux responsables de l'OIIS et aux donateurs philanthropes tout en leur souhaitant plein de succès dans leurs activités d'avenir.

### 8- Le coordinateur de la commission nationale pour la reconstruction et la réhabilitation de la Sierra Leone remercie l'OIIS :

L'OIIS a reçu, le 22\10\1421 H un telegramme de la part de Monsieur M.Francis Muwijo , le coordinateur de la commission nationale pour la reconstruction, et la réhabilitation de la Sierra Leone, une lettre dans laquelle il a exprimé au nom du gouvernement et du peuple de la république de Sierra Leone ses remerciements et ses considérations au gouvernement et au peuple du royaume d'Arabie saoudite pour leurs généreux cadeaux consistant de 15 conteneurs de dattes. Il prie Dieu ,Glorieux soit-Il, de perréniser Ses bienfaits sur le royaume d'Arabie saoudite, de le guider au progrès et à la prospérité . Une copie de ce message à été envoyée au Président de la république de la Sierra Leone et à son ministre des Affaires étrangères.

### 9- Le Journal officiel de la République de Guinée rend hommage à l'OIIS :

Le Journal officiel "La Liberté" publié en Guinée a, dans son édition No 5554 du 5\2\2001, rendu hommage à l'OIIS pour la distribution de grandes quantités de produits alimentaires aux nécessiteux des régions litorales,centrales et forestières en République de Guinée. Il a fait état de la distribution par l'OIIS de 240 tonnes de dattes offertes par roi Fahd aux réfugiés et déportés fuyant la guerre dans les régions litorales et forestières;tout comme il a fait etat de la distribution de 630 sacs de riz aux déportés de la région litorale et centrale . Le journal a tenu à exprimer ses remerciements et considérations au royaume d'Arabie saoudite , à son gouvernement, à son peuple et à l'OIIS. Ces marques d'estimes ont été expérimée dans la letter du Vice ministre des Affaires étrangères chargé des affaires politiques, lettre No 128540\6\23\97datée du 18\11\1421 H adressée au Secrétaire général adjoint de la Ligue Islamique Mondiale, remise par la Ligue à l'OIIS;letter don't le numéro de bordereau est 421\11940 du 24\11\1421 H.

### 10- Son Excellence le président somalien remercie roi Fahd lors d'une séance parlementaire:

Son Eexcellence, M. Kassem Slat, président de la Somalie a ; lors de l'ouverture de la deuxième session du parlement somalien le 17\2\2001,





The government of Ghana praised the Kingdom of Saudi Arabia for the substantial humanitarian and relief assistance and support it extended to the people of Ghana. Saudi Arabia donated large amounts of palm-dates donated by King Fahd, digging fifteen wells in northern Ghana, sponsored a number of teachers and distributed large quantities of food in drought stricken areas. Moreover, IIROSA distributed free meals.

### 12. Sheikh Ibrahima Diop lauds IIROSA:

During a visit to the headquarters of IIROSA, the Secretary-General of the Morocco-Senegal Islamic Scholars League, Mr. Ibrahim Mahmoud Diop paid tribute to IIROSA for its keen interest in the plight of the poor, the destitute, refugees, orphans, the elderly and persons with special needs.

### 13. Eidtor-in-Chief of Al-Taqwa magazine of Lebanon lauds IIROSA's pioneering role:

The Editor-in-Chief of the Lebanese magazine Al-Taqwa, Sheikh Mazhar bin Muhammed Al-Hamaoui praised IIROSA for its pioneering role in the field of extending assistance to the underprivileged evrywhere in the world. Sheikh Al-Hamaoui who visited IIROSA headquarters on 6/1/2001, made special reference in this regard to IIROSA humanitarian activities in Southern Lebanon.

rendu hommage aux Etats et organisations qui ont deployé d'énormes efforts afin de contribuer à sortir le peuple somalien de ses tourmentes, tels les pays ayant accueilli des réfugiés somaliens ou ceux ayant fourni des efforts louables pour rassembler le peuple somalien et aider à la réussite de la reconciliation nationale en Somalie., il a dans ce cadre notamment présenté ses vifs remerciement et sincères considérations au roi Fahd, au royaume d'Arabie saoudite et à son peuple pour les assistances généreuses permanentes qu'ils n' ont jamais cessé d'apporter au peuple somalien en vue de la reconstruction de la Somalie. La cérémonie d'ouverture de la session parlementaire a coïncidé avec la distribution par l'OIIS de grandes quantités de dattes offertes par roi Fahd ; c'était dans le courant du mois de Dhul Qida 1421 H.

### 11- Le Ghana rend hommage à l'Arabie saoudite pour son soutien permanent au peuple ghanéen:

Le gouvernement et les media ghanéens ont rendu un vibrant hommage au Royaume d'Arabie saoudite pour son soutien permanet au peuple ghanéen;et ce dans tous les domaines . Il a été rapporté dans un rapport envoyé au Secrétaire général de l'OIIS que le gouvernement du Ghana et son peuple rendent prticulièrement pour son action humanitaire permanet à l'endroit du peuple ghanéen dans les domains que sont, aide et secours humanitaire don't les derniers actes en date sont la distribution de quantités de dattes offertes par roi Fahd , le forage de 15 puits de surface dans les régions du nord du Ghana, la prise en charge d'un certain nombre d'enseignants, la distribution de produits alimentaires aux victimes de la sècheresse et la réalisation d'un programme de distribution de repas gratuits aux jeûneurs.

### 12- Le Secrétaire général de la Ligue des Oulémas du Maroc et du Sénégal saluent les efforts de l'OIIS pour venire en aide aux musulms:

Le Secrétaire général de la Ligue des Oulémas du Maroc et du Sénégal, Cheikh Ibrahim Mahmoud Diop a salué, lors de sa visite au siège de l'OIIS à Jeddah, les efforts que cette dernière deploie toujours pour venir en aide aux pauvres,aux nécessiteux , aux réfugiés , aux déportés , aux orphelins, aux personnes âgées et aux handicappés partout dans le monde.Il aussi rendu un vibrant hommage aux bienfaiteurs saoudiens pour le rôle important qui est le leur dans l'action humanitaire internationale; priant Dieu ,Glorieux soit-Il, de les rétribuer pour leurs bonnes oeuvres.

### 13- Le rédacteur en chef du magazine libanais "Attaqwa" salue de rôle pionnier de l'OIIS:

Le rédacteur en chef du magazine libanais "Attaqwa", Cheikh Madhhar ben Mohamed Al-Hamoui a salué,lors de sa rencontre, le 6\1\1421 H, avec le Secrétaire général de l'OIIS à son siège à Jeddah, le rôle pionnier de l'OIIS dans l'aide aux pauvres ,aux nécessiteux,aux réfugiés et aux orphelins à travers le monde. De même qu'il a rendu hommage aux efforts de l'OIIS au Liban en général et au sud du liban en particulier.






# Achievements in the various continents

# Réalisations de l'OIIS à l'étranger

## I -Asia

**1. Azerbaijan:**

During the fiscal year 2001-2002 'IIROSA' office in Baku, Azerbaijan spent SR.4.232.559 to implement the following programs:

- Sponsoring 658 orphans (SR 673.367)
- Distribution of 576 kilograms of relief items and operating three refugee camps sheltering about 9,300 persons at the cost of SR.1,190.386.
- Building five Social centers patronized by 1,377 persons at a cost of SR.459,170.
- Building an orphanage for 250 orphans in Sheki at a cost of SR.633.837.
- Building an urban center at Abcheron, patronized by about 8,000 persons at a cost of SR.511.875.
- Initiating an agro-investment project at Kordasir for about 1,300 refugees at a cost of SR.225,000.
- Operating three clinics and a maternity home at a cost of SR.148,629.
- Sponsoring ten students and two at a cost of SR.71.545.
- Providing 7,000 persons with free meal at a cost of SR.50,000.

**2. Jordan:**

During the fiscal year 2001 - 2002, the Jordan branch office of the IIROSA spent about SR. 5,415,164 on the following programs:

- Sponsoring 3600 orphans at a cost of SR.5.294.470.
- Sponsoring 13 students at a cost of SR.48,611.
- Patronizing 11 cultural centers at a cost of SR.1,283 (2664 participants).
- Providing 1,700 persons with free meals at a cost of SR 60,000.
- Taking charge of a tailoring center in the An-Nazla district at a cost of SR. 24,800.

**3. Afghanistan:**

During the fiscal year 2001-2002 IIROSA spent about SR.4,203,704 on the following programs in Afghanistan:

- Operating Al-Bukhari orphanage in Jalalabad at a cost of SR.537.264. (500 orphans)
- Relief item shipped in 11 containers and launching of emergency relief campaigns at a cost of SR.2.589.813.
- Building four social centers for 450 persons at a cost of SR.144,000.
- Digging 23 surface wells for 46,000 persons at a cost of SR.72.500.
- Operating the Jalalabad hospital, in addition to nine clinics in Ligman, Kunnar, Nangahar, and carried out two anti-malaria and tuberculosis programs for 200,208 patients at a cost of SR. 313,523.
- Sponsoring 300 students at a cost of SR.194.445.
- Patronizing 50 cultural centers at a cost of SR.202,159. (1500 participants + 50 teachers and supervisors)
- Free meals distribution for 100,000 people.



## I ) Asie :

**1- Bureau d'Azerbaidjan :**

Le Bureau d'Azerbaidjan a dépensé,pour l'exercie 2001\2002, la somme de (4 232 559 riyals ) pour la réalisation des programmes suivants :

- Prise en charge de 658 orphelins (filles et garçons confondus) pour un montant de 673 367 riyals.
- Distribution d'un chargement de 576 kgs de dons en nature;ainsi que la gestion de 3 camps de réfugiés azerbaidjanais d'une capacité de 9300 réfugiés pour un montant de 1 190 386 riyals.
- Construction de cinq centres sociaux pour un montant de 459 170 riyals dont ont bénéficié 1377 personnes.
- Construction d'un orphelinat dans la province de Shiki pour un montant de 633 837 riyals dont ont bénéficié 250 orphelins (filles et garçons confondus).
- Construction d'un centre urbain dans la province de Ibchrone - Bakou pour un montant de 511 875 riyals dont ont bénéficié 8000 personnes.
- Réalisation d'un projet agricole dans la province de Kurdasire pour un montant de 225 000 riyals dont ont bénéficié 1300 réfugiés(homes et femmes).
- Gestion de 3 cliniques et d'un centre d'accouchement pour un montant de 148 629 riyals dont ont bénéficié 26 064 patients (homes et femmes)..
- Prise en charge de 10 étudiants et de 2 enseignants pour un montant de 71 545 riyals.
- Distribution de repas aux jeûneurs pour un montant de 50 000 riyals dont ont bénéficié 7000 jeûneurs et jeûneuses.

**2- Bureau de Jordanie :**

Le Bureau de la Jordanie a dépensé, pour l'exercice 2001\2002, la somme de (5 415 164 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 3600 orphelins (filles et garçons confodus) pour un montant de 5 294 470 riyals.
- Prise en charge de 13 étudiants pour un montant de 48 611 riyals.
- Gestion de 11 centres de lecture d'une capacité de 2664 élèves entre filles et garçons pour un montant de 12 083 riyals.
- Distribution de repas aux jeûneurs pour un montant de 60 000 riyals dont ont bénéficié 1700 jeûneurs (homes et femmes).
- Recéption d'un centre de formation de couture dans le quartier de Nazal à Amman en fin d'année (une assistance de 24 800 riyals lui a été allouée; une somme tirée du budget de 2001\2002)

**3- Afghanistan :**

L'OIIS a dépensé pour l'Afghanistu pour l'exercice 2001\2002, la somme de (4 203 704 riyals) pour la réalisation des programmes suivants :

- Gestion de l'orphelinat "Imam Bukhari" à Jalalabad d'une capacité de 500 orphelins (filles et garcons confondus) pour un montant de 537 264 riyals.
- Distribution d'un chargement de 11 conteneurs de produits de secours en nature en plus des sommes d'argent en espèces pour lencement des campagnes de secours d'urgence pour un montant de 2 58 813 riyals.
- Construction de 4 centres sociaux pour un montant de 144 000 riyals dont ont bénéficié 450 personnes.
- Forage de 23 puits de surface pour un montant de 72 500 riyals dont ont bénéficié 46 000 personnes.
- Gestion de l'hôpital de Jalalabad et de 9 cliniques dans les villes de : Lughman, Konr et Nanjarhar et la mise en place de 2 programmes de vaccination et de lutte contre la Malaria et autres épidémies pour un montant de 313 523 riyals dont ont bénéficié 200 208 patients.
- Prise en charge de 300 étudiants pour un montant de 194 445 riyals.



IIRO 000535

### 4. Indonesia:

During the fiscal year 2001 - 2002, Indonesia branch office of IIROSA spent about SR.3,725,350 to implement the following programs:

- Sponsoring 406 orphans at a cost of SR.715,656.
- Distribution of 125 kg. of emergency relief items at cost a cost of SR.534,226.
- Building 55 social centers for 9,928 persons at a cost of SR.1,985,600.
- Digging 80 artesian and surface wells at a cost of SR. 252,850.
- Operating a dispensary at a cost of SR.15,462.
- Sponsoring 29 instructors and arranged seven refresher courses for 264 participants at SR. 86,556.
- Operating Al-Furqan Institute at a cost of SR.116,667. (163 students)
- Subsidizing 33 cultural centers at a cost of SR. 18,333. (1650 participants and 34 instructors)

### 5. Pakistan:

During the fiscal year 2001 - 2002, the Pakistan branch office of IIROSA spent the sum of SR. 46,296,171 to implement the following programs:

Operating the following orphanages at a cost of SR.856,800.

1. Omar bin Khattab orphanage, Peshawar.
2. Al-Baraem orphanage, Mansahar.
3. Sumaiyah orphanage, Guilgit.
4. Amar bin Yasir orphanage, Calicut.

(Total strength of orphans 840)

- Distribution of 45 containers loads of relief items and emergency relief operations at a cost of SR 2, 936,964.
- Building 13 social centers at a cost of SR.862,466. (2,587 participants)
- Digging 130 wells at a cost of SR.442,147. (about 27,800 beneficiaries)
- Building an orphanage in Islamabad for 600 orphans at a cost of SR.350,000.
- Operating two hospitals and two clinics at a cost of SR.109,542. (75,393 patients)
- Sponsoring eight teachers at a cost of SR.4,800.
- Operating the Athariah University at a cost of SR.198,400. (768 students)
- Sponsoring 2 instructors and arranged a refresher course for 75 instructors at a cost of SR. 99,528.
- Subsidizing 56 cultural centers at a cost of SR.144,524. (1,230 participants + 57 teachers and supervisors)
- Free meals distributin for 80,000 persons at a cost of SR.120,000.
- Setting up a computer literacy center at a cost of SR.71,000.

### 6. Bangladesh:

The total amount of allocated for humanitarian programs by IIROSA in n Bangladesh during the fiscal year 2001 - 2002 was SR.7,726,242.

- Prise en charge de 3665 orphelins (filles et garçons).
- Encadrement de 50 cercles de lecture d'une capacité de 1500 élèves entre filles et garçons pour un montant de 202 159 riyals et de 51 enseignants et autres cadres.
- Distribution de repas aux jeûneurs pour un montant de 150 000 riyals dont ont bénéficié 100 000 jeûneurs et jeûneuses.

### 4-Bureau d'Indonésie :

Le Bureau d'Indonésie a dépensé, pour l'exercice 2001\2002, la somme de (3 725 350 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 406 orphelins(filles et garçons) pour un montant de 715 656 riyals.
- Distribution de 120 kgs de produits de secours en nature en plus de l'organisation de campagnes de secours d'urgence pour un montant de 534 226 riyals.
- Construction de 55 centres sociaux pour un montant de 1 985 600 riyals dont ont bénéficié 9928 personnes.
- Forage de 80 puits artésiens et puits de surface pour un montant de 252 850 riyals dont ont bénéficié 66 400 personnes.
- Gestion d'un dispensaire pour un montant de 15 462 riyals.
- Prise en charge de 29 éducateurs et l'organisation de 7 stages de recyclage pour les éducateurs, dont ont bénéficié 264 éducateurs pour un montant de 86 556 riyals.
- Gestion de l'Institut " Al Furqane" pour un montant de 116 667 riyals, d'une capacité de 163 élèves entre filles et garçons.
- Encadrement de 33 cercles de lecture d'une capacité de 1650 élèves entre filles et garçons et de 34 enseignants et enseignantes et autres cadres pour un montant de 18 333 riyals.

### 5- Bureau du Pakistan :

Le Bureau du Pakistan a dépensé,pour l'exercice 2001\2002, la somme de (6 296 171 riyals) pour la réalisation des programmes suivants :

- Gestion de 4 orphelinats d'une capacité de 840 orphelins(filles et garcons), pour un montant de 856 800 riyals.Les orphalinats concernés sont les suivants: :

1-orphelinat " Omar Ben Al Khattab"à Peshawer.
2- orphelinat "Al Barayim" à Mansahrah.
3-orphelinat " Sumayya" à Galgut.
4- orphelinat "Omar Ben Yasser " à Calcut

- Distribution de chargement de 45 conteneurs de produits de secours en nature en plus d'unesomme de 2 936 964 riyals pour l'organisation de campagnes de secours d'urgence
- Construction de 13 centres sociaux pour un montant de 862 466 riyals dont ont bénéficié 2587 personnes.
- Forage de 130 puits de surface pour un montant de 442 147 riyals dont ont bénéficié 27 800 personnes.
- Création d'un orphelinat à Islamabad pour un montant de 250 000 riyals dont ont bénéficié 600 orphelins.
- Gestion de deux hôpitaux et de deux cliniques pour un montant de 109 542 riyals dont ont bénéficié 75 393 patients( homes et femmes).
- Prise en charge de 8 enseignants pour un montant de 4 800 riyals.
- Gestion de l'université d'Archéologie,d'une capacité de 768 étudiants( filles et garcons confondus) pour un montant de 198 400 riyals
- Prise en charge de 28 éducateurs et l'organisation d'un stage de recyclage pour les éducateurs pour un montant de 99 528 riyals dont ont bénéficié 75 éducateurs.
- Encadrement de 56 centres de lecture d'une capacité de 1230 élèves entre filles et garçons et de 57 enseignants et autres cadres pour un montant de 144 524 riyals
- Distribution de repas aux jeûneurs pour un montant de 120 000 riyals dont ont bénéficié 80 000 jeûneurs et jeûneuses.
- Immolation de moutons de l'Aïd pour un montant de 200 000 riyals dont ont bénéficié

**The following programs were implemented:**

- Sponsoring 792 orphans living with relatives and operating the following five orphanages with a total strength of 566 orphans at SR. 1,313,445.

1. Fatma Zahra'a orphanage at Batilla village.
2. Abu Bakr Siddique orphanage at Rumkaba village.
3. Abdullah bin Mubarak orphanage in Dhaka.
4. Asma bint Abu Bakar orphanage in Dhaka.

- Distribution of nine containers loads of relief items and carrying out emergency relief operations at a cost of SR.859,355.
- Building 64 social centers which accommodates more than 10,998 persons at SR.2,932,900.
- Digging 79 artesian and surface wells at SR.243,000. (35,600 beneficiaries)
- Setting up Ahmed Jehan orphanage and another at Jewels center in Dhaka at SR.1000,000. (138 orphans)
- Operating six dispensaries, two clinics, a medical diagnosis center and a surgical camp for ophthalmologists at a cost of SR. 551,102. (42,477 patients)
- Sponsoring five teachers at a cost of SR.105,234.
- Sponsoring 61 instructors and organizing of a refreshger course of 115 instructors at a cost of SR.323,200.
- Sponsoring 30 cultural centers at a cost of SR.131,100. (1800 participants + 31 instructors)
- Free food distribution to more than 60,000 persons at SR 95,000.
- Subsidizng Asma bint Abu Bakr tailoring center in Dhaka at a cost of SR.21,806.

**7. Burmese community in Saudi Arabia:**

During the fiscal year 2001-2002, IIROSA spent more than SR.197,100 to sponsor 13 instructors and 11 students.

**8. Thailand:**

During the fiscal year 2001 -2002, IIROSA branch office in Thailand spent about SR.1,050,116 to implement the following programs:

- Sponsoring 34 orphans living with their relatives and operating the Nafissah orphanage in Bangkok at a cost of SR.216,315. (112 orphans)
- Digging 35 artesian and surface wells at a cost of SR 97,000. (10,600 beneficiaries)
- Operating a clinic at a cost of SR.14,583.
- Sponsoring 75 students at a cost of SR.520,961.
- Sponsoring 39 instructors at a cost of SR.186,528.
- Subsidizing thirty 30 cultural centers at a cost of SR.24,729. (2100 students + 31 instructors)

**9. Turkmenistan:**

During the fiscal year 2001 - 2002, IIROSA sponsored five students from Turkmenistan at a cost of SR.9,615.

**10. Daghistan:**

During the fiscal year 2001 – 2002 IIROSA offered scholarships to 24 students from Daghistan at a cost of SR.46,152.

**11. Sri Lanka:**

50 000 personnes.

- Création d'un centre de formation en Informatique pour un montant de 71 000 riyals.

**6- Bureau du Bangladesh :**

l'Organisation a consacré à son Bureau au Bangladesh, pour l'exercice 2001\2002, la somme de (7 726 242 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 792 orphelins (filles et garçons confondus) vivant avec leur famille et gestion de 5 orphelinats d'une capacité de 566 orphelins pour un montant de 1 313 445 riyals, il s'agit de :

1- orphelinat "Fatma zahra" au village de Patila.
2- orphelinat "Abubakr Assadiq" au village de Rum Kaba.
3- orphelinat "Abd-Allah ben Mubarak" à Dacca.
4- orphelinat "Asma bint Abubakr" à Dacca.

- Distribution du chargement de 9 conteneurs de produits de secours en nature en plus de l'organisation de campagnes de secours d'urgence pour un montant de 859 355 riyals.
- Construction de 64 centres sociaux pour un montant de 2 932 900 riyals dont ont bénéficié 10 998 personnes.
- Forage de 79 puits artésiens et puits de surface pour un montant de 243 000 riyals dont ont bénéficié 35 600 personnes.
- Construction de l'orphelinat "Ahmed Jihan" et de l'orphelinat "la maison des bijoux et des pierres précieuses" à Dahka, d'une capacité de 138 orphelins pour un montant de 1 000 000 riyals.
- Gestion de 6 dispensaires, de 2 cliniques, d'un centre de contrôle médical et d'un camp de chirurgie ophtalmologique pour un montant de 551 102 riyals dont ont bénéficié 42 477 patients(homes et femmes).
- Prise en charge de 5 enseignants pour un montant de 105 234 riyals.
- Encadrement de 61 éducateurs et organisation d'un stage de recyclage pour les éducateurs pour un montant de 232 200 riyals dont ont bénéficié 115 éducateurs
- Encadrement de 30 cercles de lecture pour un montant de 131 100 riyals d'une capacité de 1800 élèves entre filles et garçons et de 31 enseignant(e)s et autres cadres.
- Distribution de repas aux jeûneurs pour un montant de 90 000 riyals dont ont bénéficié 60 000 jeûneurs(es)
- Immolation de moutons de l'Aïd pour un montant de 150 000 riyals dont ont bénéficié 20 000 personnes.
- Encadrement du centre de "Asma bint Abubakr" de formation en couture et broderie de Dahka d'une capacité de 130 filles pour un montant de 21 806 riyals.

**7- Myanmar :**

L'Organisation a distribué pour l'exercie 2001\2002, la somme de 197 100 riyals à la communauté birmane résidant en Arabie Saudite pour la prise en charge de 13 éducateurs et de 11 étudiants.

**8- Bureau de Thaïlande :**

L'Organisation a accordé à son Bureau en Thaïlande,pour l'exercice 2001\2002, la somme de 1 050 116 riyals pour la réalisation des programmes suivants :

- Prise en charge de 34 orphelins(es) vivant avec leur famille; ainsi la gestion de l'orphelinat "Sayida Nafissa" à Bangkok d'une capacité de 112 orphelins(es) pour un montant de 216 315 riyals.
- Forage de 35 puits artésiens et de surface pour un montant de 97 000 riyals dont ont bénéficié 10 600 personnes.
- Gestion d'une clinique pour un montant de 14 583 riyals.
- Prise en charge de 75 étudiants pour un montant de 520 961 riyals.
- Encadrement de 39 éducateurs pour un montant de 186 528 riyals.
- Encadrement de 30 cercles de lecture d'une capacité de 2100 élèves entre filles et garçons et de 31 enseignants(es) et autres cadres pour un montant de 24 729 riyals.

IIROSA allocated SR.1,430,998 for the following programs in Sri Lanka during the fiscal year 2001 - 2002

- Sponsoringt 80 orphans at a cost of SR.123,367.
- Launching an emergency relief operation at a cost of SR.112,500.
- Building 16 social centers at a cost of SR 854,701. (3663 patronizers)
- Digging seven surface wells at a cost of SR 66,135. (1400 beneficiaries)
- Sponsoring 30 instructors at a cost of SR.72,600.
- Subsidizing 15 cultural centers at a cost of SR.31,395. (350 patronizers)
- Free meal distribution to the needy and poor people at a cost of SR.60,000.
- Establishing two computer centers at Putlam and Maonela at a cost of SR72,300.

**12. Syria :**

- During the fiscal year 2001 – 2002, IIROSA sponsored 11 Syrian orphans at a cost of SR. 10,157.

**13. Saudi Arabia:**

During the fiscal year 2001–2002, IIROSA spent about SR.515,538 to implement the following programs:

- Operateninbg four African community schools at a cost of SR.93,239.
- Sponsoring three students at a cost of SR 4,161.
- Providing Al-Mansoor welfare clinics in Makkah with 134 cartons of medicine, weighing 1,850 kg and worth SR.61,300.
- Supplying Makkah charity society with 119 cartons of medicine weighing about 2,020 kg at a cost of SR.56,500.
- Supplying Jeddah charity society with 100 cartons of medicine weighing about 1,200 kgs and worth SR.45,000.
- Provioding a local welfare society with 2,10,468 kgs of food stuff and clothes worth SR. 255,338 for distribution among poor families.

**14. Siberia:**

In the year 2001-2002 IIROSA, spent about SR.20,000 to provide about 2,000 persons with free meals in Siberia.

**15. Chechnya:**

During the fiscal year 2001-2002, IIROSA allocated SR.297,019 for the following programs:

- Providing Chechnyan refugees in Azerbaijan with relief items worth SR 221,250.
- Sponsoring three students at a cost of SR.5,769.
- Providing 9,000 persons with free meals at a cost of SR.70,000.

**16. China:**

IIROSA sponsored 75 students in 2001-2002 at cost of SR.204,751.

**17. Tajikstan:**

- In the year 2001-2002, IIROSA spent about SR 59,133 for the following programs:
- Sponsoring 21 students at a cost of SR.40,383.
- Providing 4,000 persons with free meals at a cost opf

**9- Turkménistan:**

L'Organisation a pris en charge 5 étudiants du Turkménistan,pour l'exercice 2001\2002, pour un montant de 9615 riyals.

**10-Daghestan :**

L'Organisation a pris en charge 24 étudiants du Daghestan, pour l'exercice 2001\2002, pour un montant de 46 152 riyals.

**11- Sri-Lanka:**

L'Organisation a dépensé à travers sa représentation au Sri Lanka, pour l'exercice 2001\2002, la somme de (1 430 998 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 80 orphelins(es)
- Organisation d'une campagne de secours d'urgence pour un montant de 112 500 riyals.
- Construction de 16 centres sociaux pour un montant global de 854 701 riyals dont ont bénéficié 3663 personnes.
- Forage de 7 puits de surface pour un montant global de 66 135 riyals dont ont bénéficié 1400 personnes.
- Encadrement de 30 éducateurs pour un montant de 72 600 riyals.
- Encadrement de 15 cercles de lecture d'une capacité de 350 élèves entre filles et garçons pour un montant de 31 395 riyals.
- Distribution de repas aux jeûneurs pour un montant de 60 000 riyals dont ont bénéficié
35 000 jeûneurs et jeûneuses.
- Création de 2 centres de formation en informatique dans les ville de Putlam et Mawnilla pour un montant de 72 300 riyals.

**12- La Syrie :**

L'Organisation a pris en charge 11 orphelins(es) en Syrie, pour l'exercice 2001\2002, pour un montant de (10 157 riyals)

**13- Royaume d'Arabie Saoudite :**

L'Organisation a dépensé pour le besoin de activités à l'intérieur du royaume d'Arabie Saoudite, pour l'exercice 2001\2002, la somme de (515 538 riyals ) pour la réalisation des programmes suivants :

- Gestion de 4 écoles de la communauté africaine pour un montant de 93 239 riyals.
- Prise en charge de 3 étudiants pour un montant de 4161 riyals.
- Fourniture aux cliniques caritatives " Al Mansour " à La Mecque de 134 cartons de médicaments divers d'un poids de 1850 kgs d'une valeurs de 56 500 riyals.
- Fourniture à l'Associations caritative "Al Birr" ( La Bienfaisance ) de La Mecque de 119 cartons de médicaments divers d'un poids de 2020 kgs d'une valeur de 56 500 riyals.
- Fourniture à l'Associations caritative "Al Birr" ( La Bienfaisance ) de Djeddah de 100 cartons de médicaments divers d'un poids de 1200 kgs d'une valeur de 45 000 riyals.
- Distribution de 21 468 kgs de produits alimentaires et effets vestimentaires aux familles pauvres à travers les associations caritatives locales d'une valeur de 255 338 riyals.

**14- Sibérie :**

L'OIIS a mis en place un programme de distribution de repas aux jeûneurs en Sibérie, pour l'exercice 2001\2002 pour un montant de (20 000 riyals ) dont ont bénéficié 2000 jeûneurs et jeûneuses.

**15- Tchétchénie:**

L'OIIS a consenti pour l'exercice 2001\2002, la somme de (297 019 riyals) pour la réalisation des programmes suivants :

- Organisation de campagnes de secours d'urgence en faveur des réfugiés tchétchènes au Daghestan pour un montant de 221 250 riyals.
- Prise en charge de 3 étudiants pour un montant de 5769 riyals.
- Distribution de repas aux jeûneurs pour un montant de 70 000 riyals dont ont bénéficié 9000 jeûneurs et jeûneuses.

**16- Chine:**

L'OIIS a pris en charge,pour l'exercice 2001\2002, 75 étudiants(es) chinois pour un montant de (204 751 riyals)

**17- Tadjikistan :**

SR.18,750.

**18. Iraqi-Kurdistan :**

- IIROSA branch office in Iraqi-Kurdistan received the sum of SR.13,050,240 in 2001-2002 to implement the following programs:
- Sponsoring about 5,377 orphans, a coordinator and three supervisors at a cost of SR. 5,946,171.
- Building 150 social centers at a cost of SR.5,515,900. (27,580 patronizers)
- Digging a surface well at a cost of SR.15,370.
- Opening a dispensary at Baidar in the Dahuk Province at a cost of SR.90,000. (1000 patients)
- Opening a civic center at Sirwan in the Halabcha area at a cost of SR.280,000. (7000 patients)
-Operating welfare clinics and health care centers as well as two central laboratories at a cost of SR.438,822. (290,600 patients)
- Sponsoring 15 teachers and 50 students at a cost of SR. 65,139.
- Sponsoring 245 instructors at a cost of SR.441,000.
- Subsidizing 100 cultural centers at a cost of SR.57,838. (1221 patronizers + 103 instructors)
- Providing 75,000) persons with free meals at a cost of SR.150,000.

**19. Kirghizia:**

In the year 2001-2002, IIROSA sponsored six students from Kirghizia at a cost of SR.11,538.

**20. Occupied Palestine:**

During the fiscal year 2001-2002, IIROSA spent about SR.13,606,345 to implement a number of relief programs in Occupied Palestine as follows:

- Sponsoring 2,663 orphans at a cost of SR2,554,703 and a further SR.175,000 worth of clothes and Eid presents.
- Extending emergency relief to victims of aggression.
- Subsidizing societies undertaking the supervision of camps, villages and dispensaries at a cost of SR.1,875,000.
- Supplying hospitals and dispensaries with mediccine at a cost of SR.1,875,000.
- Operating 3 hospitals, a dispensary and a medical center at a cost of SR.764,415.
- Distribution of five containers loads of such relief items as blankets, clothes, medicine and literature, in addition to proividing the Palestinian community in Jordan with four ambulances at a total cost of SR.1,240,711.
- Paying tuition fees for university students and subsidizing laid off workers inside the Green Line at a cost of SR.1,878,889.
- Supplying winter provisions at a cost of SR.100,000.
- Donated five ambulances to five hospitals at a cost of SR.296,390.
- Subsidizing 40 cultural centers at cost of SR.322,916. (900 patronizers)
- Providing 70,000 persons with free meals at a cost of

L'OIIS a dépensé au Tadjikistan. 2001\2002, la somme de (59 133 riyals )pour la réalisation des programmes suivants :

- Prise en charge de 21 étudiants(es) pour un montant de (40 383 riyals )
- Distribution de repas aux jeûneurs pour un montant de (18 750 riyals ) dont ont bénéficié 4000 jeûneurs et jeûneuses.

**18- Bureau du Kurdistan (Iraq):**

L'OIIS a accordé à son Bureau du Kurdistan (Iraq), 2001\2002, la somme de
(13 050 240 riyals ) pour la réalisation des programmes suivants :

- Prise en charge de 5377 orphelins(es), de 3 encadreurs d'orphelins et d'un coordinateur pour un montant de (5 946 171 riyals )
- Construction de 150 centres sociaux pour un montant de (5 515 900 riyals ) dont ont bénéficié 27580 personnes.
- Forage d'un puits de surface pour un montant de (15 370 riyals) dont ont bénéficié 200 personnes.
- Création du dispensaire "Arrahma" dans la région de Bidar, province de Dahok pour un montant de (90 000 riyals ) dont ont bénéficié 1000 personnes.
- Création d'un centre urbain dans la ville de Sarwan, province de Halabja pour un montant de ( 280 000 riyals) dont ont bénéficié 7000 personnes.
- Gestion de cliniques caritatives,de 3 centres médicaux et de 2 boulangeries centrales pour un montant de (438 822 riyals) dont ont bénéficié 290 600 personnes.
- Prise en charge de 15 enseignants(es) et de 50 étudiants(es) pour un montant de ( 65 139 riyals)
- Encadrement de 100 cercles de lecture d'une capacité de 1221 élèves entre filles et garçons et de 103 enseignants(es) pour un montant de (57 838 riyals )
- Distribution de repas aux jeûneurs pour un montant de (150 000 riyals) dont ont bénéficié 75 000 jeûneurs(es).

**19- Kirghizistan :**

L'OIIS a pris en charge, pour l'exercice 2001\2002, 6 étudiants du Kirghizistan pour un montant de (11 538 riyals)

**20- Palestine:**

Lorsque éclata l'Intifadha, en l'an 2000, l'OIIS s'est empressée de suivre de près les conditions déplorables qui existaient en Palestine suite aux agressions israéliennes contre le peuple palestinien et ce qu'elles ont engendré comme personnes tuées ou blessées et provoqué comme dégats matériels. L'OIIS entama alors grâce à l'aide de Dieu d'abord ensuite à la coopération de ses Bureaux locaux, à son comité central et à la participation des bienfaiteurs parmi les habitants de ce pays béni, la mise en place de plusieurs programmes de secours pour venir en aide aux nécessiteux. Dans ce cadre, l'OIIS a dépensé, pour l'exercice 2001\2002, la somme de (13 606 345 riyals ) pour la réalisation des programmes suivants :

- Prise en charge de 2663 orphelins(es) pour un montant de (2 554 703 riyals) en plus d'une somme de (175 000 riyals ) sous forme de vêtements et assistances de l'Aïd pour les orphelins.
- Organisation de campagnes de secours d'urgence à l'intention des victimes de l'Intifadha pour un montant de (1 238 321 riyals )
- Appuis aux associations encadrant certains camps et villages palestiniens et aux dispensaires gérés par celles-ci pour un montant de (1 875 000 riyals)
- Appuis aux hôpitaux et aux dispensaires en médicaments et appareils médicaux pour un montant de (1 875 000 riyals)
- Gestion de 3 hôpitaux, d'un dispensaire et d'un centre médical, à savoir : (l'hôpital " Al Ahli" à Hébron, l'hôpital " Maqassid al Kaïr" à Jérusalem, l'hôpital " Arrazi" à Jénine, un centre médical à Ghaza et le dispensaire "Attadhamonn" à Naplouse) pour un montant de ( 764 415 riyals)
- Distribution du chargement de 5 conteneurs de produits de secours

SR.785,000.

**21. Philippines:**

- The IIROSA branch office in the Philippines spent more than SR.349,835 in the year 2001-2002 to implement the following programs:
- Operating J. Abdullah orphanage at Cotabatu City for 120 orphans at a cost of SR.140,400.
- Digging eight surface wells at a cost of SR.48,000. (1600 beneficiaries)
- operating two dispensaries and a clinic at a cost of SR.59,294.
- Subsidiazing 40 cultural centers at a cost of SR 4,700. (950 patronizers+ 41 instructors)
- Providing 20,000 persons with free meals at a cost of SR.50,000.
- Subsidizing a maternity home in Manila at a cost of SR.15,167.

**22. Azad Kashmir:**

In Azad Kashmir, IIROSA spent about SR.499,900 in 2001-2002 to implement these programs:
- Sponsoring (77) orphans at a cvost of SR. 42,400.
- Emergency relief operation in the Azad Kashmiri refugee camps in Pakistan at a cost of SR. 56,250.
- Building two civic centers at a cost of SR.200,000. (600 patronizers).
- Digging six surface wells at a cost of SR.19,500. (1,200 beneficiaries).
- Purchasing of land to build an urban center at a cost of SR.131,750.
- Providing 20,000 persons with free meals at a cost of SR.50,000.

**23. Kazakhistan:**

IIROSA spent SR.40,383 in Kazakhistan to sponsor 21 students in 2001-2002.

**24 . Cambodia:**

In 2001-2002, IIROSA spent SR.21,733 to subsidize cultural centers and operate medical caravans in Cambodia.

**25. Lebanon:**

IIROSA spent SR.2,030,990 in 2001-2002 to implement the following porgrams:
- Sponsor 833 orphans at a cost of SR.1,380,452.
- Operate three medical complexes and a dispensary at a cost of SR.17,500. (49,544 patients)
- Sponsor s two students at a cost of SR.5,833.
- Sponsor s 29 instructors at a cost of SR203,040.
- Subsidize four cultural centers at a cost of SR.347,665. (400 patronizers)
- Providing 10,000 persons with free meals at a cost of SR.50,000.

**26. Malaysia:**

IIROSA sponsored two students at a cost of SR.3,500 in 2001-2002.

**27. Nepal:**

In 2001-2002, IIROSA spent SR.203,379 to implement these

comprenant des; couvertures, vêtements, tissus, médicaments et livres en plus de 4 ambulances pour les réfugiés palestiniens en Jordanie, pour un montant total de (1 240 711 riyals)
- Paiement des frais de scolarité pour certains étudiants universitaires et leur encadrement, assistances aux ouvriers en chômage à l'intérieur de la ligne verte, pour un montant de ( 1 878 889 riyals)
- Assistance d'hiver pour un montant de (100 000 riyals)
- Fourniture de 5 ambulances à des hôpitaux en Palestine, à savoir : (l'hôpital " Al Ahli" à Hébron, l'hôpital "Arrazi" à Jénine, l'hôpital "Assalam" à Khan Younes, le centre médical à Tulkarm et le croissant rouge palestinien, d'une valeur de (296 390 riyals )
- Encadrement de 40 cercles de lecture d'une capacité de 900 élèves entre filles et garçons pour un montant de (322 916 riyals )
- Distribution de repas aux jeûneurs pour un montant de (785 000 riyals ) dont ont bénéficié 70 000 jeûneurs et jeûneuses.

**21- Bureau des Philippines :**

Le Bureau de l'OIIS aux Philippines a dépensé, pour l'exercice 2001\2002, la somme de ( 349 835 riyals) pour la réalisation des programmes suivants :
- Gestion de l'orphelinat "Jaber ben Abd-Allah " à Kutabato d'une capacité de 120 orphelins(es) et prise en charge d'un coordinateur d'orphelins pour un montant de ( 140 400 riyals)
- Forage de 8 puits de surface pour un montant global de (48 000 riyals) dont ont bénéficié 1600 personnes.
- Gestion de 2 dispensaires et d'une clinique pour un montant de ( 59 294 riyals)
- Encadrement de 40 cercles de lecture d'une capacité de 950 élèves entre filles et garçons et de 41 enseignants(es) pour un montant de (4 700 riyals )
- Distribution de repas aux jeûneurs pour un montant de ( 50 000 riyals ) dont ont bénéficié 20 000 jeûneurs(es).
- Encadrement d'une maternité d'une capacité de 60 enfants à Manilles pour un montant de (15 167 riyals)

**22- Azad Cachemire :**

L'OIIS a dépensé en Azad Cachemire, pour l'exercice 2001\2002, la somme de (499 900 riyals) pour la réalisation des programmes suivants :
- Prise en charge de 77 orphelins(es) pour un montant de ( 42 400 riyals)
- Organisation de campagnes de secours à l'intention des réfugiés cachemiris au Pakistan pour un montant de ( 56 250 riyals)
- Construction de 3 centres sociaux pour un montant de (200 000 riyals) dont ont bénéficié 600 personnes.
- Forage de 6 puits de surface pour un montant de (19 500 riyals) dont ont bénéficié 1200 personnes.
- Achat d'une parcelle de terrain pour la construction d'un centre urbain pour un montant de (131 750 riyals)
- Distribution de repas aux jeûneurs pour un montant de (50 000 riyals ) dont ont bénéficié 20 000 jeûneurs(es).

**23- Kazakhstan:**

L'OIIS a pris en charge,pour l'exercice 2001\2002, 21 étudiants(es) du Kazakhstan pour un montant de (40 383 riyals)

**24-Cambodge:**

L'OIIS a dépensé pour l'exercice 2001\2002 la somme de (21 733 riyals) pour soutenir des cercles de lecture et mener des campagnes médicales au Cambodge.

**25-Liban :**

L'OIIS a accordé au Liban, 2001\2002,une assistance de (2 030 990 riyals ) pour la réalisation des programmes suivants :
- Prise en charge de 833 orphelins(es) pour un montant de ( 1 380 452 riyals).
- Gestion de 3 groupes de cliniques et d'un dispensaire pour un montant de ( 17 500riyals)
dont ont bénéficié 49 544 patients(es).

programs in Nepal:
- Sponsoring 18 orphans at a cost of SR.10,746.
- Sponsoring two students at a cost of SR.5,833.
- Sponsoring 38 instructors at a cost of SR.136,800.
- Providing 15,000 persons with free meals at a cost of SR.50,000.

**28. India:**

In 2001-2002, IIROSA transferred SR3,195,379 to its branch office in India for the implementation of the following programs:
- Sponsoring 1,212 orphans at a cost of SR.1,299,261.
- Launching emergency relief operation in Gujarat state at a cost of SR.799,500.
- Building 12 civic centers at a cost of SR 384,500. (1,923 patronizers)
- Digging four wells at a cost of SR.18,000. (2,600 beneficiaries).
-Operating a hospital, a dispensary and medical convoys at SR.71,666. (34,883 patients).
- Sponsoring 106 instructors at a cost of SR356,832.
- Subsidizing a number of cultural centes at a cost of SR.55,877
- Providing 30,000 persons with free meals at a cost of SR.60,000.

**29. Yemen:**

The sum of SR.1,492,414 was allocated for the following programs in Yemen during the fiscal year 2001-2002:
- Sponsoring 1,156 orphans at a cost of SR.1,155,800.
- Operating a hospital and a dispensary at a cost of SR.96,714. (19,267 patients)
- Sponsoring six students at a cost of SR.56,000.
- Providing 35,000 persons with free meals at a cost of SR.100,000.

## II – Africa

### 1. Ethiopia:

In the year 2001-2002, IIROSA spent about SR.2,244,797 to implement the following programs in Ethiopia:
- Sponsoring 1,560 orphans living with their relatives and operating the Awwalia orphanage in Addis Ababa at a cost of SR.802,370. (80 orphans)
- Carrying out relief operations at a cost of SR.52,819.
-Operating four dispensaries in Addis Ababa, Asaita, Harar and Alekso at a cost of SR 505,526. (134, 400 patients)
-Operating the Awwalia school in Addis Ababa (for 2,315 students) and sponsoring two students at a cost of SR562,481.
- Sponsoring nine instructors, and organizing four refresher courses ( for 200 candidates) at a cost of SR.27,360.
- Subsidizing 47 cultural centers at a cost of SR.254,241. (3,500 patronizers and 48 instructors)
- Providing 17 persons with free meal at a cost of SR.40,000.

### 2. Eritrea:

In the year 2001-2002, IIROSA spent about SR.794,651 to implement the following programs in Eritrea:

-Prise en charge de de 2 étudiants pour un montant de ( 5 833 riyals)
- Encadrement de 4 centres de lecture d'une capacité de 400 élèves entre filles et garçons
pour un montant de (347 665 riyals)
- Distribution de repas aux jeûneurs pour un montant de (50 000 riyals ) dont ont bénéficié
10 000 jeûneurs(es).

**26- Malaisie:**

L'OIIS a accordé pour l'exercice 2001\2002, 2 bourse d'études à deux étudiants de la Malaisie pour un montant de (3500 riyals ).

**27- Népal:**

L'OIIS a accorde à ce pays, pour l'exercice 2001\2002 une assistance de (203 379 riyals ) pour la réalisation des programmes suivants :
- Prise en charge de 18 orphelins(es) pour un montant de ( 10 746 riyals)
- Prise en charge de 2 étudiants pour un montant de (5 833 riyals)
- Prise en charge de 38 éducateurs pour un montant de (136 800 riyals)
- Distribution de repas aux jeûneurs pour un montant de (50 000 riyals) dont ont bénéficié 15 000 jeûneurs(es).

**28- Inde:**

L'OIIS à dépensé en Inde, pour l'exercice 2001\2002, la somme de (3 195 636 riyals ) pour la réalisation des programmes suivants :
- Prise en charge de 1212 orphelins(es) pour un montant de (1 299 261 riyals)
- Campagne de secours d'urgence aux victimes de séismes dans la province de Gujerat pour un montant de (799 500 riyals)
- Construction de 12 centres sociaux pour un montant de (384 500 riyals) dont ont bénéficié 1923 personnes.
- Forage de 4 puits pour un montant de (18 000 riyals ) dont ont bénéficié 2 600 personnes.
- Gestion d'un hôpital, d'un dispensaire et organisation des campagnes médicales pour un montant de ( 71 666 riyals) dont ont bénéficié 34 883 patients et patientes.
- Prise en charge de 106 enseignants pour un montant de (356 832 riyals)
- Encadrement d'un certain nombre de cercles de lecture pour un montant de (55877 riyals) - Distribution de repas aux jeûneurs pour un montant de (60 000 riyals ) dont ont bénéficié 30 000 jeûneurs(es).

**29- Yémen:**

L'OIIS a consenti pour le Yemen, pour l'exercicee 2001\2002, la somme de (1 492 414 riyals ) pour la réalisation des programmes suivants :
- Prise en charge de 1156 orphelins(es) et d'un coordinateur pour un montant de ( 1 155 800 riyals)
- Gestion d'un hôpital et d'un dispensaire pour un montant de ( 96 714 riyals) dont ont bénéficié 19 267 patients(es).
- Prise en charge de 6 étudiants pour un montant de ( 56 000 riyals)
- Distribution de repas aux jeûneurs pour un montant de (100 000 riyals) dont ont bénéficié 35 000 jeûneurs(es).

## II ) Afrique :

### 1- Bureau d'Ethiopie :

L'OIIS a dépensé à travers son Bureau en Ethiopie, pour l'exercice 2001\2002, la somme de (2 244 797 riyals) pour la réalisation des programmes suivants :
- Prise en charge de 1560 orphelins(es) vivant avec leur famille et gestion de l'orphelinat "Awaliya" à Adis Abeba d'une capacité de 80 orphelins(filles et garcons) pour un montant de ( 802 370 riyals).
- Mise en oeuvre d'une campagne de secours pour un montant de ( 52 819 riyals)
- Gestion de 4 dispensaires dans les villes d'Adis Abeba, Harare, Asayita et Alkso pour un montant de (505 526 riyals) dont ont bénéficié 134 400 patients(es).

- Sponsoring three orphans at a cost of SR.2,276.
- Distributing of ten containers loads of relief items including blankets, tents, shoes and water cannisters at a cost of SR.535,235.
- Building one social center at a cost of SR.100,000. (562 patronizers)
- Sponsoring 20 teachers and five students at a cost of SR 69,800.
- Providing 13,000 persons with free meals at a cost of SR.31,340.

**3. Uganda:**

In the year 2000-2002, IIROSA spent about SR.3,446,425 to implement the following programs in Uganda:

- Operating two orphanages at Aruwa and Luiogo ( with strength of 600 orphans) and sponsoring 2,022 orphans living with relatives at a cost of SR.2,558,287.
- Building six social centers at a cost of SR.309,010. (1,324 patronizers)
- Digging two artesian wells at a cost of SR 85,000. (4,000 beneficiaries)
- Operating two dispensaries at Aruwa and Luogo at a cost of SR.171,445. (8,400 patients)
- Sponsoring ten students and a teacher at a cost of SR.118,106.
- Subsidizing 42 cultural centers at a cost of SR.104,577. (1,200 patronizers)
- Providing 20,000 persons with free meal at a cost of SR.50,000.
- Operating Zaid bin Thabit computer center in Kampala with the capacity of 150 students.

**4. Benin:**

In the year 2001-2002, IIROSA spent about SR.243,750 to implement the following programs in Benin:

- Sponsoring three orphans at a cost of SR.4,403.
- Operating two dispensaries in Cotonou and Porto Noveau at a cost of SR.24,400. (201,006 patients)
- Sponsoring three teachers at a cost of SR 9,625.
- Sponsoring two instructors at a cost of SR.13,716.
- Providing 7,000 persons with free meal at a cost of SR.15,000.

**5. Burkina Faso:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.1,510,065 to implement the following programs in Burkina Faso:

- Sponsoring 463 orphans at a cost of SR.510,849.
- Emergency relief operation for famine victims in Bedogou at a cost of SR.87,941.
- Build four social centers at a cost of SR.465,000. (1395 patronizers)
- Build an orphan center at Ouaihigou for 726 orphans at a cost of SR.150,000.
- Operate six dispensaries at Ouaihigou, Dori, Bobodiolasso and Ouagadougou at a cost of SR. 243,631. (52,600 patients)

- Gestion de l'école "Awaliya" à Adis Abeba d'une capacité de 2315 élèves entres filles et garçons et prise en charge de 2 étudiants pour un montant de ( 562 481 riyals)
- Prise en charge de 9 éducateurs et organisation de 4 stages de recyclage dont ont bénéficié 200 éducateurs pour un montant de ( 27 360 riyals)
- Encadrement de 47 cercles de lecture d'une capacité de 3500 élèves entre filles et garçons et prise en charge de 48 enseignants(es) pour un montant de (254 241 riyals )
- Distribution de repas aux jeûneurs pour un montant de (40 000 riyals) dont ont bénéficié 17 000 jeûneurs(es).

**2- Erythrée:**

L'OIIS a dépensé en Erythrée, pour l'exercice 2001\2002, la somme de (794 651 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 3 orphelins pour un montant de (2276 riyals)
- Distribution du chargement de 10 conteneurs de produits de secours comprenant des; couvertures, tentes, vêtements, souliers et des citernes pour un montant de (535 235 riyals)
- Construction d'un centre social pour un montant de ( 100 000 riyals) dont ont bénéficié 562 personnes.
- Prise en charge de 20 enseignants et de 5 étudiants pour un montant de (69 800 riyals)
- Distribution de repas aux jeûneurs pour un montant de (31 340 riyals) dont ont bénéficié 13 000 jeûneurs(es).

**3- Bureau de l'Ouganda :**

l'OIIS a consacré au Bureau de l'Ouganda, pour l'exercice 2001\2002, la somme de 3 446 425 riyals pour la réalisation des programmes suivants :

- Gestion de 2 orphelinats dans la ville de Arwa et le village de Logo d'une capacité de 600 orphelins(es) et prise en charge de 2022 orphelins(es) vivant avec leur famille pour un montant de (2 558 287 riyals)
- Construction de 6 centres sociaux pour un montant de ( 309 010 riyals) dont ont bénéficié 1324 personnes.
- Forage de 2 puits artésiens pour un montant de (85 000 riyals ) dont ont bénéficié 4000 personnes.
- Gestion de 2 dispensaires l'un dans la ville de Arwa et l'autre au village de Logo pour un montant de ( 171 445 riyals) dont ont bénéficié 8400 patients(es).
- Prise en charge de 10 étudiants et d'un enseignant pour un montant de (118 106 riyals)
- Encadrement de 42 cercles de lecture d'une capacité de 1200 élèves entre filles et garçons pour un montant de (104 577 riyals )
- Distribution de repas aux jeûneurs pour un montant de (50 000 riyals) dont ont bénéficié 20 000 jeûneurs(es).
- Gestion du centre " Zeid ben Thabet " de formation en Informatique à Kampala ,d'une capacité de 150 élèves ( autofinancé)

**4- Représentation l'OIIS au Bénin :**

L'OIIS a consenti pour sa representation au Bénin, pour l'excercice 2001\2002, la somme de (243 750 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 3 orphelins pour un montant de (4403 riyals)
- Gestion de 2 dispensaires, l'un dans la ville de Cotonou et l'autre à Porto Novo pour un montant de ( 201 006 riyals) dont ont bénéficié 24 400 patients(es).
- Prise en charge de 3 enseignants pour un montant de ( 9625 riyals)
- Prise en charge de 2 éducateurs pour un montant de ( 13 716riyals)
- Distribution de repas aux jeûneurs pour un montant de (15 000 riyals) dont ont bénéficié 7 000 jeûneurs(es).

**5- Représentation de l'OIIS au Burkina Faso :**

L'OIIS a dépensé à travers sa representation au Burkina Faso, 2001\2002, la somme de (1 510 065 riyals) pour la réalisation des

- Sponsor four instructors at a cost of SR.10,644.
- Provide 15,000 persons with free meals at a cost of SR.30,000.

**6. Burundi:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.1,510,065 to implement the following progams in Burundi:

- Launch relief campaign for the victims of the civil war at a cost of SR.37,500.
- Sponsor two teachers and six students at a cost of SR.13, 067.
- Subsidize ten cultural centers at a cost of SR.25,531. (200 patronizers)
- Provide 7,000 persons with free meals at a cost of SR.15,000.

**7. Chad:**

During the year 2001-2002, IIROSA spent an estimated SR.3,157,777 to implement the following programs in Chad:.

- Sponsor 883 orphans living with relatives and operate an orphanage in Ndjamina with 200 orphans at a cost of SR.1,121,255.
- Distribute two container with clothes, blankets and medical equipments as well as launch a relief operation among the victims of drought and famine in the Ndjamina, Bilal area at a cost of SR. 389,853.
- Build 30 social centers at a cost of SR.1,034,000. (4,431 patronizers)
- Operate the Al-Khair dispensary in Ndjamina at a cost of SR.112,077, (48,000 patients) and supply one health center with two cartons of medical equipments at a cost of SR.1,360.
- Subsidize Computer Engineering College at a cost of SR.170,139. (456 students)
- Sponsor 15) instructors at a cost of SR 67,500.

Subsidize 32 cultural centers at a cost of SR.109,915. (3,000 patronizers + 33 instructors)

- Provbide 50,000 persons with free meals at a cost of SR.100,000.

-Operate a Vocational Training Center at a cost of SR 26,678. (100 learners).

**8. Tanzania:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR 758,998 in Tanzania to implement the following programs:

- Sponsor 98 orphans living with relatives and operate an orphanage in Dar-es-Salam with 96 orphans at a cost of SR 239,515.
- Distribute three containers loads of clothes and palm dates at a cost of SR.165,472 and pay World Food Program the sum of SR.12,645 for distributing food items to the victims of famine.
- Set up a maternity unit at Tandika at a cost of SR.90,000. (31,200 patients)

-Operate the Bilal dispensary in Dar-es-Salam at a cost of

programmes suivants :

- Prise en charge de 463 orphelins pour un montant de ( 510 849 riyals)
- Mise sur pied d'une campagne de secours d'urgence à l'intention des victimes de la secheresse dans la province de Biguidou pour un montant de ( 87 941 riyals)
- Construction de 4 centres sociaux pour un montant de (465 000 riyals) dont ont bénéficié 1395 personnes.
- Construction du centre "Omar ben El Khattab" de prestation de services à l'intention des orphelins de la ville de Ouahigoya d'une capacité d'accueil de 726 orphelins(es) pour un montant de (150 000 riyals)
- Gestion de 6 dispensaires dans les villes de Ouahigou, Douri, Bobo-Dioulasso et Oungadougou pour un montant de (150 000 riyals) dont ont bénéficié 52 600 patients(es).
- Prise en charge de 6 éducateurs pour un montant de ( 10 644riyals)
- Distribution de repas aux jeûneurs pour un montant de (30 000 riyals) dont ont bénéficié 15 000 jeûneurs(es).

**6- Burundi :**

L'OIIS a consenti pour le Burundi,pour l'exercice 2001\2002, la somme de (91 098 riyals) pour la réalisation des programmes suivants :

- Mise en oeuvre d'une campagne de secours d'urgence en faveur des réfugiés du camp de Butréré pour un montant de ( 37 500 riyals)
- Prise en charge de 2 enseignants et de 6 étudiants pour un montant de ( 13 067 riyals)
- Encadrement de 10 cercles de lecture d'une capacité d'accueil de 200 élèves entre filles et garçons pour un montant de (25 531 riyals )
- Distribution de repas aux jeûneurs pour un montant de (15 000 riyals ) dont ont bénéficié 7 000 jeûneurs(es).

**7-Bureau du Tchad:**

L'OIIS a consacré pour son Bureau au Tchad, 2000\2001, la somme de (3 157 777 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 83 orphelins(es) vivant avec leur famille et gestion d'un orphelinat à N'jaména d'une capacité d'accueil de 200 orphelins(es) pour un montant de ( 1 121 255 riyals)
- Distribution du charghement de 2 conteneurs chargés de: vêtements, couvertures,appareils médicaux et mise en oeuvre d'une campagne de secours en faveur des victimes de la sécheresse et de la famine dans la région de N'djaména Bilal pour un montant de ( 389 853 riyals)
- Construction de 30 centres sociaux pour un montant de (1 034 000 riyals) dont ont bénéficié 4431 personnes.
- Gestion du dispensaire " El Khaïr" à N'Djaména pour un montant de ( 112 077 riyals) dont ont bénéficié 48 000 patients et fourniture de 2 cartons contenant du matériel médical à un centre de santé pour un montant de ( 1360 riyals)
- Appui à la Faculté d'Informatique d'une capacité d'accueil de 456 étudiants(garcons et filles confondus) pour un montant de ( 170 139 riyals)
- Prise en charge de 15 éducateurs pour un montant de ( 67 500 riyals)
- Encadrement de 32 cercles de lecture d'une capacité d'accueil de 3000 élèves entre filles et gaçons, et 33 enseignant(es) et autres cadres pour un montant de (109 915 riyals )
- Distribution de repas aux jeûneurs pour un montant de (100 000 riyals) dont ont bénéficié 50 000 jeûneurs(es)
- Immolation de moutons de l'Aïd pour un montant de (25 000 riyals ) dont ont bénéficié 5000 personnes.
- Gestion d'un Institut secondaire de formation professionnelle à N'Djaména d'une capacité d'accueil de 100 étudiants pour un montant de ( 26 678 riyals )

**8- Bureau de Tanzanie:**

SR. 54,032. (40,000 patients)

- Subsidize 22 cultural centerts at a cost of SR.72,334. (1,540 patroizers + 23 instructors)
- Providing 12,000 persons with free merals at a cost of SR.25,000.

**9. Togo:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.91,404,065 in the Republic of Togo to implement the following programs:

- Sponsor eleven orphans at a cost of SR 9,750.
- Operate a dispensary at the town of Sokode at a cost of SR.64,321. (9,500 patients)
- Sponsor one student at a cost of SR.2,333.
- Provide 7,500 persons with free meals at a cost of SR.15,000.

**10. Tunisia:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.7,982 in Tuisia to implement the following program:

- Sponsor six orphans.

**11. Gabon:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR10,000 to provide 5,000 persons with free meals.

**12. Gambia:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR 645,623 to implement the following progams in Gambia:

- Sponsor 250 orphans at a cost of SR.269,601.
- Distribute one container load of palm dates and a dental care unit at a cost of SR.111,110.
- Build two social centers at a cost of SR.143,000. (429 patronizers)
- Operate a dispensary and a dental clinic and supply a clinic with medical equipments at a cost of SR.80,168. (10,800 patients)
- Sponsor three students at a cost of SR.10,800.
- Sponsor four instructors at a cost of SR.10,944.
- Provide 10,000 peoples with free meals at a cost of SR.20,000.

**13. Comoros:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.34,925 to implement the following programs in Comoros:

- Operate three dispensaries at Washili, Tsembehu, Neumachu at a cost of SR.113,525. (44,200 patients)
- Offer scholarship to one student at a cost of SR.1400.

**14-. Republic of South Africa:**

- During the fiscal year 2001-2002, IIROSA spent an estimated SR 20,000 to provide 8,000 peoples with free meals.

**15. Djibouti:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.838,456 to implement the following the programs:

- Sponsor 206 orphans at a cost of SR183,382.
- Distribute nine containers loads of relief items including palm dates, clothes, kitchen utensils, matresses and bedsheets at a

L'OIIS a consenti pour son Bureau en Tanzanie, pour l'exercice 2001\2002, la somme de (758 998 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 98 orphelins(garcons et filles) vivant avec leur famille et gestion d'un orphelinat à Dar es-Salaam d'une capacité d'accueil de orphelins(garcons et filles) pour un montant de (239 515 riyals)
- Distribution du chargement de 3 conteneurs composé de: vêtements et de dattes d'une valeur de (165 472 riyals) et paiement des montants dus par le Bureau au Programme Alimentaire Mondial(le PAM) d'un montant de (12 645 riyals);et ce dans le cadre de la coopération entre le PAM et le Bureau dans la distribution de produits alimentaires envoyés aux victimes de la sécheresse.
- Création d'une unité de maternité et d'enfance dans la ville de Tandika d'une capacité d'accueil de 31 200 personnes pour un montant de ( 90 000 riyals)
- Gestion du dispensaire " Bilal ben Rabah" à Dar es-Salaam pour un montant de ( 154 032 riyals) dont ont bénéficié 40 000 patients(es).
- Encadrement de 22 cercles de lecture d'une capacité de 1540 élèves entre filles et garçons et prise en charge de 23 enseignants(es) pour un montant de (72 334 riyals )
- Distribution de repas aux jeûneurs pour un montant de (25 000 riyals) dont ont bénéficié 12 000 jeûneurs(es).

**9- Togo:**

L'OIIS a dépensé au Togo, pour l'exercice 2001\2002, la somme de (91 404 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 11 orphelins(garcons et filles) pour un montant de
( 9750 riyals)
- Gestion d'un dispensaire à Sokodé pour un montant de ( 64 321 riyals) dont ont bénéficié 9500 patients(es).
- Prise en charge d'un étudiant pour un montant de ( 2333 riyals)
- Distribution de repas aux jeûneurs pour un montant de (15 000 riyals) dont ont bénéficié 7500 jeûneurs(es).

**10-Tunisie:**

L'OIIS a pris en chargepour l'exercice 2001\2002, 6 orphelins pour une assistance de (7982 riyals)

**11-Gabon :**

L'OIIS a mis en place au Gabon, pour l'exercice 2001\2002, un programme de distribution de repas aux jeûneurs pour un montant de (10 000 riyals ) dont ont bénéficié 5000 jeûneurs(es).

**12- Bureau de la Gambie :**

L'OIIS a dépensé en Gambie, pour l'exercice 2001\2002, la somme de (645 623 riyals) pour la réalisation des projets suivants :

- Prise en charge de 250 orphelins(garçons et filles) pour un montant de (269 601 riyals)
- Distribution du chargement d'un conteneur de dattes et d'une unité dentaire pour le besoin des programmes de l'Organisation pour un montant de ( 111 110 riyals)
- Construction de 2 centres sociaux pour un montant de (143 000 riyals) dont ont bénéficié 429 personnes.
- Gestion d'un dispensaire et d'une clinique dentiste et fournituredu materiel médical à la clinique pour un montant de (80 168 riyals) dont ont bénéficié 10800 patients(es).
- Prise en charge de 3 étudiants pour un montant de ( 10 800 riyals)
- Prise en charge de 4 éducateurs pour un montant de ( 10 944 riyals)
- Distribution de repas aux jeûneurs pour un montant de (20 000 riyals) dont ont bénéficié 10 000 jeûneurs(es).

**13- Les Comores:**

L'OIIS a dépensé aux Comores, pour l'exercice 2001\2002, la somme de ( 34 925 riyals ) pour la réalisation des projets suivants :

- Gestion de 4 dispensaires dans les villes de Ouachili, Tesembihou, Nioumachou pour un montant de (113 525 riyals ) dont ont bénéficié 44 200 patients(es)

cost of SR.601,011.

- Provide 17,000 peoples with free meals at a cost of SR.35,000.

- Subsidize a seweing center in the capital Djibouti at a cost of SR7,778. (60 apprentices)

**16. Rwanda:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.15,000 to provide free meals to more than 6,500 persons with free meals.

**17. Zambia:**

- During the fiscal year 2001-2002, IIROSA spent an estimated SR7,008 to sponsor eight orphans.

**18. Cote d'Ivoire:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.134,288 to implement the folloiwng programs:

- Sponsor 102 orphans at a cost of SR.95,901.
- Offer scholarships to three students at a cost of SR.10,500.
- Sponsor eight instructors at a cost of SR.27,888.

**19. Senegal:**

- During the fiscal year 2001-2002, IIROSA spent an estimated SR.1,898,166 in Senegal to implement the following programs:

- Sponsor 986 orphans, one supervisor and a coordinator at a cost of SR1,202,490.
- Distribute four containers loads of palm dates and clothes as well as 32 tons of rice and three tons of sugar in Southern Senegal at a cost of SR.270,867.
- Build three social centers at a cost of SR.194,088. (582 patronizers)
- Operate three dispensaries at a cost of SR 264,226. (57,660 patients)
- Subsidize Dar-ul-Hikma educational complex at a cost of SR.66,111. (450 students)
- Sponsor six instructors at a cost of SR.16,416.
- Provide 25,000 persons with free meals at a cost of SR 50,.000.

**20. Sudan:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.8,680,415 in Sudan to implement the following progams:

- Sponsor 2,193 orphans and three supervisors at a cost of SR.2,354,189.
- Launch a relief operation to help refugees in Southern Sudan, Darfor and Bahr El-Ghazal provinces and the victims of floods in the northern, the Blue Nile and Kassala provinces and providing West African students with foodstuff at a cost of SR.1,883,960.
- Build and subsidize two social centers at a cost of SR 95,000. (180 patronizers)
- Dig a surface wells at a cost of SR 20,000. (200 beneficiaries)
- Operate eight dispensaries including two in Kassal, two in Port Sudan, one in Al-Gadharif , one in Juba, one in Malakal and one in Wao. It also operate nine clinics incluidng six in Kassola and three in Sinkat. Three pharmacies in port Sudan

- Octroi d'une bourse scolaire d'un montant de (1400 riyals) à un étudiant.

**14-Afrique du Sud:**

L'OIIS a mis en place en Afrique du Sud, pour l'exercice 2001\2002, un programme de distribution de repas aux jeûneurs pour un montant de (20 000 riyals ) dont ont bénéficié 8000 jeûneurs(es).

**15-Bureau de Djibouti:**

L'OIIS a accordé à Djibouti, 2001\2002, la somme de (838 456 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 206 orphelins (filles et garçons) pour un montant de ( 183 382 riyals)
- Distribution du chargement de 9 conteneurs de produits de secours composés de dattes, vêtements,vaisselles et draps pour un montant de ( 601 011 riyals)
- Distribution de repas aux jeûneurs pour un montant de (35 000 riyals) dont ont bénéficié 17 000 jeûneurs(es).
- Soutien accordé à un centre de formation de couture d'une capacité d'accueil de 60 élèves dans la capitale Djibouti; pour un montant de ( 7 778 riyals).

**16-Rwanda:**

L'OIIS a mis en place au Rwanda, pour l'exercice 2001\2002, un programme de distribution de repas aux jeûneurs pour un montant de (15 000 riyals ) dont ont bénéficié 6500 jeûneurs(es).

**17- Zambie:**

L'OIS a pris en charge, 2001\2002, 8 orphelins en Zambie; pour une assistance de (7008 riyals ).

**18- Côte d'Ivoire:**

L'OIIS a dépensé en Côte d'Ivoire, pour l'exercice 2001\2002, la somme de (134 288 riyals) pour la réalisation des projets suivants :

- Prise en charge de 102 orphelins(es) pour un montant de ( 95 901 riyals)
- Octroi d'une bourse scolaire à 3 étudiants pour un montant de ( 10 500 riyals)
- Prise en charge de 8 éducateurs pour un montant de ( 27 888 riyals).

**19-Bureau du Sénégal:**

l'OIIS a cosenti à son Bureau du Sénégal, pour l'exercice 2001\2002, la somme de (1 898 166 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 986 orphelins(es), d'un coordinateur et d'un encadreur d'orphelins pour un montant de ( 1 202 490 riyals)
- Distribution du chargement de 4 conteneurs chargés de dattes et de vêtements; et distribution de 32 tonnes de riz et de 3 tonnes de sucre aux réfugiés du sud du Sénégal pour un montant de (270 867 riyals)
- Construction de 3 centres sociaux pour un montant de (194 088 riyals) dont ont bénéficié 582 personnes.
- Gestion de 3 dispensaires pour un montant de (264 226 riyals) dont ont bénéficié 57 660 patients(es).
- Soutien accordé au complexe scolaire de " Dar al Hikma" d'une capacité d'accueil de 450 élèves entre filles et garçons; pour un montant de ( 66 111 riyals).
- Distribution de repas aux jeûneurs.
- Prise en charge de 6 éducateurs pour un montant de ( 16 416 riyals)
- Distribution de repas aux jeûneurs pour un montant de (50 000 riyals) dont ont bénéficié 25 000 jeûneurs(es)

**20- Bureau du Soudan:**

l'OIIS a consenti à son Bureau au Soudan, pour l'exercice 2001\2002, la somme de (8 680 415 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 2193 orphelins(es) et de 3 encadreurs pour un montant de ( 2 354 189 riyals).
- Organiser une campagne de secours à l'intention des réfugiés du sud du Soudan et dans les provinces de Darfour et de Bahr el-Ghazal et des victimes des inondations dans les régions du nord, du Nil bleu

at a cost of SR. 2,522,336. (331,628 patients) The Tutsi Welfare Clinic in the capital Khartoum received ten cartons of medicine worth SR.4,500.

- Operate five educational institutes in Malakal, Wao and Juba as well as one students hostel at a cost of SR 347,045. (2739 students)
- Sponsor 58 instructors at a cost of SR.136,800.
- Subsidize 40 cultural centers at a cost of SR.20,785. (2,800 patronizers)
- Provide 40,000 pertsons with free meals at a cost of SR.70,000.

**21. Sierra Leone:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.1,216,409 in Sierra Leone to implement the following progragms:

- Distribute fifteen containers loads of palm dates, join the World Food Program to manage a refugee camp sheltering about 14,000 refugees and lamch an emergency relief operatioon for Siera Leonean refugees in Mauritania at a cost of SR.1,175,937.
- Sponsor two instructors at a cost of SR.5,472.
- Provide 17,000 individuals with free meals at a cost of SR.35,000.

**22. Somalia:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.7,605,598 in Somalia to implement the following programs:

- Sponsor 2,660 orphans and two supervisors at a cost of SR.2,486,586.
- Distribute 50 containers loads of relief items to victims of famine at a cost of SR.4,132,252.
- Operate two dispensaries in north and south of Mogadishu (21,000 patients) at a cost of SR. 88,526, and supply IIROSA office with three cartons of medical equipments worth SR.3,670.
- Sponsor 41 students and subsidize Ummal Qura and Taiba educationmal institutes at a cost of SR 748,006. (4100 students)
- Sponsor 61 instructors and organizer a refresher course for 40 instructors at a cost of SR.164,160.
- Subsidize 75 cultural centers at a cost of SR 22,798. (7500 patronizers + 76 instructors)
- Provide 30,000 persons with free meals at a cost of SR.5,500.
- Subsidize a sewing center in Mogadishu (50 female apprentices) at a cost of SR. 6805

**23. Ghana:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.349,354 in Ghana to implement the following programs:

- Sponsor 35 orphans at a cost of SR 29,252.
- Distribute two containers loads of clothes at a cost of SR.182,350.

et de la province de Kassala et l'achat des produits alimentaires pour les
étudiants de l'Afrique de l'Ouest au Soudan: pour un montant de (1 883 960 riyals)

- Construction et soutenir finacièrement 2 centres sociaux pour un montant de (95 000 riyals) dont ont bénéficié 180 personnes.
- Forage d'un puits de surface pour un montant de (20 000 riyals) dont ont bénéficié 200 personnes.
- Gestion de 8 dispensaires dont 2 à Kassala et les autres à Sankate et de 3 pharmacies à Port Soudan, pour un montant de ( 2 522 336 riyals) dont ont bénéficié 331 628 patients(es) et fourniture de 10 cartons de médicaments divers pour un montant de ( 4500 riyals) à l'association caritative "Touti" à Khartoum
- Gestion de 5 instituts scolaires ( Institut"Malkal", Institut scientifique "Wawou", Institut scientifique "Juba", Institut d'Etudes supérieures, Institut de langue arabe et d'une cité
d'internat, le nombre des étudiants de ces 5 Instituts et de l'internat est de 2739 étudiants(es), pour un montant de ( 347 045 riyals).
- Prise en charge de 58 éducateurs pour un montant de (136 800 riyals)
- Encadrement de 40 cercles de lecture d'une capacité de 2800 élèves entre filles et garçons pour un montant de (20 785 riyals )
- Distribution de repas aux jeûneurs pour un montant de (70 000 riyals) dont ont bénéficié 40 000 jeûneurs(es).

**21-Sierra Leone:**

L'OIIS a consenti pour la Sierra Leone, pour l'exercice 2001\2002, la somme de (1 216 409 riyals) pour la réalisation des programmes suivants :

- Distribution du chargement de 15 conteneurs de 20 pieds de dattes, et gestion d'un camp de réfugiés d'une capacité d'accueil de 1400 personnes en Sierra Leone avec la coopération du Programme alimentaire mondial, en plus de l'organisation d'une campagne de secours d'urgence aux réfugiés sierra léonais en Mauritanie pour un montant de ( 1 175 937 riyals)
- Prise en charge de 2 éducateurs pour un montant de ( 5 472 riyals)
- Distribution de repas aux jeûneurs pour un montant de (35 000 riyals) dont ont bénéficié 17 000 jeûneurs(es).

**22- Bureau de la Somalie :**

L'OIIS consenti pour le Bureau de la Somalie, 2001\2002, la somme de (7 605 598 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 2660 orphelins(es) et de 2 encadreurs pour un montant de ( 2 486 586 riyals)
- Distribution du chargement de 50 conteneurs de produits alimentaires, et mise en oeuvre d'une campagne de secours en faveur des victimes de la secheresse dont ont fait l'objet la plupart des région de ce pays, pour un montant de (4 132 252 riyals)
- Gestion de 2 dispensaires, l'un au nord et l'autre au sud de Mogadishiu pour un montant de ( 88 526 riyals) dont ont bénéficié 21 000 patients(es) et la fourniture de 3 cartons d'outils médicaux au Bureau de l'Organisation d'un montant de (3670 riyals )
- Prise en charge de 41 étudiants(es) et un soutien accordé à 2 complexes scolaires ( Oum El Qura et Taiba) d'une capacité d'accueil de 4100 élèves pour un montant de (748 006 riyals)
- Prise en charge de 61 éducateurs et organisation d'un stage de recyclage dont ont bénéficié 40 éducateurs pour un montant de (164 160 riyals)
- Encadrement de 75 cercles de lecture d'une capacité de 7500 élèves entre filles et garçons et prise en charge de 76 enseignants(es) pour un montant de (22 798 riyals )
- Distribution de repas aux jeûneurs pour un montant de (5500) riyals ) dont ont bénéficié 30 000 jeûneurs(es).
- Soutien accordé à un centre de formation de couture à Mogadishu d'une capacité d'accueil de 50 filles pour un montant de (6805 riyals).

**23- Ghana :**

- Dig nine surface wells at a cost of SR.44,000. (1800 beneficiaries)
- Sponsor two instructors at a cost of SR.5,472.
- Provide 18,000 individuals with free meals at a cost of SR.30,000.
- Establish a computer literacy center at a cost of SR58,280.

**24. Guinea-Conakry:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.291,238, in Guinea to impement the following porgrams:
- Sponsor 61 orphans at a cost of SR.66,072.
- Distribute two container loads of rice weighing about 42,300 kilograms and launch an emergency relief operation on the Liberian border at a cost of SR.144,025.
- Sponsor four teachers at a cost of SR.17,208.
- Sponsor three instructors at a cost of SR.10,944.
- Subsidize a refresher course at a cost of SR.52,989.

**25. Guinea-Bissau:**

During the fiscal year 2001-2002, IIROSA spent SR.17,736 in Bissau to implement the following programs:
- Sponsor an instructor at a cost of SR 2,736.
- Provide 10,000 persons with free meals at a cost of SR.15,000.

**26. Kenya:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.649,883 in Kenya to implement the following programs:
- Sponsor eighty 88 orphans and operate an orphanage in Kisumu at a cost of SR. 182,264. (50 orphans)
- Build two scial centers at a cost of SR.120,000. (450 patronizers)
- Operate a dispensary at Kisumu at a cost of SR.36,000. (7800 patients)
- Running a teachrs training college at Mombasa with strength of 120 students at a cost of SR. 255,209.
- Distribute literature material at a cost of SR.141.
- Provide 30,000 persons with free meals at a cost of SR.55,000.

**27. Mali:**

During the fiscal year 2001-2002, IIROSA spent SR. 314,161 in Mali to implement the following programs:
- Sponsor 138 orphans at a cost of SR.13,531.
- Launch an emergency relief operation for flood victims at a cost of SR.96,806.
- Sponsor five teachers at a cost of SR.21,875.
- Provide 17,500 with free meals at a cost of SR.35,000.
- Subsidize two sewing centers in Gao and Mopti with 70 apprentices at a cost of SR26,949.

**28. Egypt:**

During the fiscal year 2001-2002, IIROSA spent an estimated SR.3,194,492 in Egypt to implement the following programs:
- Sponsor 2,927 orphans and a supervisor at a cost of SR.3,113,260.
- Offer scholarship to two students at a cost of SR.31,232.

L'OIIS a dépensé au Ghana, pour l'exercice 2001\2002, la somme de (349 354 riyals) pour la réalisation des programmes suivants :
- Prise en charge de 35 orphelins(es) pour un montant de (29 252 riyals)
- Distribution du chargement de 2 conteneurs de vêtements d'un montant de (182 350 riyals)
- Forage de 9 puits de surface pour un montant de (44 000 riyals) dont ont bénéficié 1800 personnes.
- Encadrement de 2 éducateurs pour un montant de (5472 riyals)
- Distribution de repas aux jeûneurs pour un montant de (30 000 riyals) dont ont bénéficié 18 000 jeûneurs(es).
-Création d'un centre de formation en informatique pour un montant de (58 280 riyals)

**25-Guinée:**

L'OIIS a dépensé en Guinée, pour l'exercice 2001\2002, la somme de (291 238 riyals) pour la réalisation des programmes suivants :
- Prise en charge de 61 orphelins(es) pour un montant de (66 072 riyals)
- Distribution de la cargaison de 2 conteneurs chargés de 940 paquets de riz d'un poids total de 42 300 kgs et organisation d'une campagne de secours en faveur des victimes fuyant la guerre aux frontières avec le Libéria ;pour un montant de (144 025 riyals)
- Prise en charge de 4 enseignants pour un montant de (17 208 riyals)
- Prise en charge de 3 éducateurs pour un montant de (10 944 riyals)
- Appui à un concours culturel pour un montant de (52 989 riyals).

**26-Guinée Bissau:**

L'OIIS a dépensé en Guinée Bissau, pour l'exercice 2001\2002, la somme de (17 736 riyals) pour la réalisation des programmes suivants:
- Prise en charge d'un éducateur pour un montant de (2 736 riyals)
- Distribution de repas aux jeûneurs pour un montant de (15 000 riyals) dont ont bénéficié 10 000 jeûneurs(es).

**27- Bureau du Kenya:**

L'OIIS a consacré au Bureau du Kenya, pour l'exercice 2001\2002, la somme de (649 883 riyals) pour la réalisation des programmes suivants :
- Prise en charge de 88 orphelins(es) et gestion d'un orphelinat dans la ville de Kissomo d'une capacité d'accueil de 50 orphelins(es) pour un montant de (182 264 riyals)
- Construction de 2 centres sociaux pour un montant de (120 000 riyals) dont ont bénéficié 450 personnes.
- Gestion du dispensaire de Kissomo pour un montant de (36 000 riyals) dont ont bénéficié 7800 patients(es).
- Gestion de la Faculté de formation des maîtres d'écoles à Mombassa d'une capacité d'accueil de 120 étudiants pour un montant de ( 255 209 riyals)
- Impression de livres pour un montant de ( 1410 riyals)
- Distribution de repas aux jeûneurs pour un montant de (55 000 riyals) dont ont bénéficié 30 000 jeûneurs(es).

**28-Bureau du Mali :**

Le Bureau du Mali a dépensé, pour l'exercice 2001\2002, la somme de (314 161 riyals) pour la réalisation des programmes suivants :
- Prise en charge de 138 orphelins(es) pour un montant de ( 133 531 riyals)
- Organiser une campagne de secours en faveur des victimes des inondations pour un montant de ( 96 806 riyals)
- Prise en charge de 5 enseignants pour un montant de (21 875 riyals)
- Distribution de repas aux jeûneurs pour un montant de (35 000 riyals) dont ont bénéficié 17 500 jeûneurs(es).
- Encadrement de 2 centres de formation de couture et de broderie dans les villes de Gao et Mopti d'une capacité d'accueil de 70 filles pour un montant de (16 949 riyals).

- Provide 12,500 persons with free meals at a cost of SR.25,000.

**29. Cameroon:**

In fiscal year 2001-2002, IIROSA spent an estimated SR.1,044,637 in Cameroon to implement the following programs:

- Build 31 social centers at a cost of SR.951,000. (5706 patronizers)
- Sponsr one student at a cost of SR.1400.
- Subsidize twenty cultural centerts at a cost of SR.52,237. (1500 patronizers + 21 instructors)
- Provide 15,000 persons with free meals at a cost of SR.25,000.

**30. Congo (Brazzaville):**

In fiscal year 2001-2002, IIROSA spent an estimated SR.15,000 in Congo-Brazzaville to implement the following program:

- Provide 7500 persons with free meals at a cost of SR15,000.

**31. Democratic Repyblic of Congo:**

In fiscal year 2001-2002, IIROSA spent an estimated SR.121,358 in the Democratic Republic of Congo to:

- Launch relief operations among the Congolese refugees taking shelter in the Central African Republic, Eastern Congo and Burundi.

**32. Liberia:**

In fiscal year 2001-2002, IIROSA spent an estimated SR.5472 in Liberia to sponsor one instructor.

**33. Morocco:**

In fiscal year 2001-2002, IIROSA spent an estimated SR.579,454 in Morocco to implement the following porgrams:

- Sponsor 501 orphans at a cost of SR.559,454.
- Provide 10,000 persons with free meals at a cost of SR.20,000.

**35. Malawi:**

In fiscal year 2001-2002, IIROSA spent an estimated SR.34,000 in Malawi to operate the Khalid bin Walid orphanage in Saleema (100 orphans).

**36. Mauritania:**

In fiscal year 2001-2002, IIROSA spent an estimated SR.1,878,883 in Mauritania to implement the following programs:

- Sponsor 565 orphans living with relatives and operate the Ali bin Abu Talib orphanage in the capital Nouakchott with capacity of 100 orphans at a cost of SR.758,706.
- Build thirteen social centers at a cost of SR 860,000. (2580 patronizers)
- Dig one artesian well at a cost of SR 85,000. (2000 beneficiaries)
- Operate the Arafat dispensary in Nouakchott at a cost of SR.55,071. (56,700 patients)
- Subsidize 15 cultural centers at a cost of SR.40,522. (900 patronizers + 16 instructors)
- Provide 17,500 persons with free meals at a cost of

**29- Bureau de d'Egypte:**

Le Bureau d' Egypte a dépensé, pour l'exercice 2001\2002, la somme de (3 194 492 riyals) pour la réalisation des programmes suivants

- Prise en charge de 2927 orphelins(es) et d'un cadre d'orphelins pour un montant de ( 3 113 260 riyals)
- Octroi de bourses scolaires à 2 étudiants et prise en charge d'un enseignant pour un montant de (31 232 riyals)
- Distribution de repas aux jeûneurs pour un montant de (25 000 riyals) dont ont bénéficié 12 500 jeûneurs et jeûneuses

**30-Cameroun:**

L'OIIS a dépensé au Cameroun, pour l'exercice 2001\2002, la somme de (1 044 637 riyals) pour la réalisation des programmes suivants :

- Construction de 31 centres sociaux pour un montant de ( 951 000 riyals) dont ont bénéficié 5706 personnes.
- Prise en charge d'un étudiant pour un montant de (1400 riyals)
- Encadrement de 20 cercles de lecture d'une capacité de 1500 élèves entre filles et garçons et prise en charge de 21 enseignants(es) pour un montant de (52 237 riyals )
- Distribution de repas aux jeûneurs pour un montant de (25 000 riyals) dont ont bénéficié 15 000 jeûneurs(es).

**31- Congo brazzaville:**

L'OIIS a dépensé au Congo brazzaville, pour l'execice 2001\2002, la somme de (15 000 riyals)

pour la mise en oeuvre d'un programme de distribution de repas aux jeûneurs dont ont bénéficié 7500 jeûneurs(es).

**32-République de Congo Démocratique:**

L'OIIS a dépensé au Congo démocratique, pour l'exercice 2001\2002, la somme de (121 358 riyals) pour mener une campagnes de secours à l'est du Congo et au Burundi; l'intention des réfugiés congolais en Centreafrique, .

**33- Liberia:**

L'OIIS a dépensé au Liberia, pour l'exercice 2001\2002, la somme de (5472 riyals) pour la prise en charge d'un éducateur.

**35- Maroc:**

L'OIIS a dépensé au Maroc, pour l'exercice 2001\2002, la somme de (579 454 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 501 orphelins(es) pour un montant de ( 559 454 riyals)
- Distribution de repas aux jeûneurs pour un montant de (20 000 riyals) dont ont bénéficié 10 000 jeûneurs(es).

**36- Malawi:**

L'OIIS a dépensé au Malawi, pour l'exercice 2001\2002, la somme de (34 000 riyals) pour la gestion de l'orphelinat "Khaled ben el-Oualid "d'une capacité d'accueil de 100 orphelins(es).

**37- Bureau de la Mauritanie:**

L'OIIS a consenti à son Bureau en Mauritanie, 2001\2002,la somme de (1 878 883 ryals) pour la réalisation des programmes suivants :

- Prise en charge de 565 orphelins(es) vivant avec leur famille et gestion de l'orphelinat " Ali ben Abi Taleb " à Nouakchott d'une capacité
d'accueil de 100 orphelins(es) pour un montant de ( 758 706 riyals)
- Construction de 13 centres sociaux pour un montant de (860 000 riyals) dont ont bénéficié 2580 personnes.
- Forage d'un puits artésien pour un montant de (85 000 riyals) dont ont bénéficié 2000 personnes.
- Gestion de l'hôpital "Arafat" à Nouakchott pour un montant de (55 071 riyals) dont ont bénéficié 56 700 patients(es)
- Encadrement de 15 cercles de lecture d'une capacité de 900 élèves entre filles et garçons et prise en charge de 16 enseignants(es) pour un montant de (40 522 riyals)
- Distribution de repas aux jeûneurs pour un montant de (35 000 riyals) dont ont bénéficié 17 500 jeûneurs(es)
- Gestion du centre " Oummahat al Mu'minine" de couture et de tis-

SR.35,000.

- Operate the Oummahat sewing center at a cost of SR.14,584. (80 female apprentices)

**37. Mauritius:**

In fiscal year 2001-2002, IIROSA spent an estimated SR.51,519 in Mauritius to sponsor 47 orphans.

**38. Mozambique:**

In fiscal year 2001-2002, IIROSA spent an estimated SR.101,196 in Mozambique to implement the following programs:

- Sponsor 131 orphans at a cost of SR.70,196.
- Provide 12,500 persons with free meals at a cost of SR.25,000.

**39. Niger:**

In fiscal year 2001-2002, IIROSA spent an estimated SR.574,660 in Niger to implement the following programs:

- Sponsor two orphans at a cost of SR.1879.
- Relief operation for victims of famine at a cost of SR 94,378.
- Build four social centers at a cost of SR.195,000. (585 patronizers)
- Dig one artesian and one surface wells at a cost of SR.95,000. (2200 beneficiaries)
- Fence IIROSA's dispensary at Lamordi at a cost of SR 49,582.
- Operate the Lamordi dispensary at a cost of SR.118,821. (4560 patients)
- Provide 10,000 persons with free meals at a cost of SR.20,000.

**40. Nigeria:**

In fiscal year 2001-2002, IIROSA spent an estimated SR.1,914,267 to implement the following programs:

- Sponsor 849 orphans at a cost of SR.890,562.
- Dig 25 surface wells at a cost of SR.125,000. (5000 beneficiaries)
- Operate two clinics at Kaduna and Kalangu at a cost of SR.229,353. (41,200 patients)

Sponsor three teachers and organizing a refresher course for 284 language teachers, and operate the Ummal Qura Teachers Training Institute in Ibadan withs capacity of 235 students at a cost of SR155,945.

- Sponsor 106 instructors at a cost of SR.251,640.
- Provide 11,000 persons with free meals at SR.137,000.
- Operate four sewing centers in Kaduna, Lagos, Ilorin and Ibadan at a cost of SR.34,767. (300 female apprentices).

## III. Europe

**1. Spain:**

During the fiscal year 2001-2002, IIROSA allocated the sum of SR16,264 to sponsor 19 orphans, and operate a tailoring center in Madrid with strength of 125 female apprentices.

**2. Albania:**

During the fiscal year 2001-2002, IIROSA allocated the sum of SR710,166 to implement the following programs in Albania.

sage à Nouakchott d'une capacité d'accueil de 80 filles pour un montant de (14 584 riyals).

**38-Iles Maurice:**

L'OIIS a dépensé aux Iles Maurice, pour l'exercice 2000\2001, la somme de (51 519 riyals) pour la prise en charge de 47 orphelins(es).

**39- Mozambique:**

L'OIIS a dépensé en Mozambique, pour l'exercice 2001\2002, la somme de (41 000 riyals) pour la réalisation des programmes suivants

- Prise en charge de 131 orphelins(es) pour un montant de (70 196 riyals)
- Distribution de repas aux jeûneurs pour un montant de (25 000 riyals) dont ont bénéficié 12 500 jeûneurs(es).

**40- Bureau du Niger:**

L'OIIS a consenti pour le Bureau du Niger, pour l'exercice 2001\2002, la somme de (574 660 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 2 orphelins pour un montant de (1879 riyals)
-Organiser une campagne de secours en faveur des victimes de la sécheresse pour un montant de (94 378 riyals)
- Construction de 4 centres sociaux pour un montant de (195 000 riyals) dont ont bénéficié 585 personnes.
- Forage de 2 puits, un puits de surface et un autre artésien pour un montant de (95 500 riyals) dont ont bénéficié 2200 personnes.
- Construction d'un mur autour du dispensaire de l'OIIS à Lamordi pour un montant de (49 582 riyals)
- Gestion du dispensaire de Lamordi pour un montant de (118 821 riyals) dont ont bénéficié 4560 patients(es).
- Distribution de repas aux jeûneurs pour un montant de (20 000 riyals) dont ont bénéficié 10 000 jeûneurs(es).

**41- Bureau du Nigeria:**

L'OIIS a envoyé à son Bureau au Nigéria, pour l'exercice 2001\2002, la somme de (1 914 267 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 849 orphelins(es) et d'un aide orphelins pour un montant de (890 562 riyals)
- Forage de 25 puits de surface pour un montant de (125 000 riyals) dont ont bénéficié 5000 personnes.
- Gestion de deux cliniques, à Kaduna et à Kalonjo pour un montant de (229 353 riyals) dont ont bénéficié 41200 patients(es).
- Prise en charge de 3 enseignants et organisation de stage de formation pour les enseignants en langue arabe (284 stagiaires) et gestion de l'Institut "Oum el Qura" pour la formation d'enseignants à Ibadan (235 étudiants) pour un montant de (155 945 riyals)
- Prise en charge de 106 éducateurs pour un montant de ( 251 640 riyals)
- Distribution de repas aux jeûneurs pour un montant de (137 000 riyals) dont ont bénéficié 11 200 jeûneurs(es).
- Gestion de 4 centres de formation de couture et de tissage dans les villes de ; Kaduna, Lagos, Aloorn, Ibadan d'une capacité totale d'accueil de 300 filles pour un montant de (34 767 riyals).

## III) Europe:

**1-Espagne :**

L'OIIS a financé en Espagne, pour l'exercice 2001\2002, la prise en charge de 19 orphelins(es) pour un montant de (16 264 riyals) . A noter qu'un centre de formation en couture d'une capacité d'accueil de 125 filles a été réceptionné à Madrid à la fin de l'exercice 2000\2001.

**2- Bureau d'Albanie:**

L'OIIS a accordé à son Bureau en Albanie la somme de (710 166 riyals), , pour l'execice 2000\2001 ; pour la réalisation des programmes

- Sponsoring 688 orphans at a cost of SR.595,166.
- Providing 22,000 persons with free meals at a cost of SR.115,000.
- Operating a computer literacy center in Tirana with strength of 120 learners at a cost of SR. 37,500.

**3. Britain:**

During the fiscal year 2001-2002, IIROSA allocated the sum of SR.20,000 to provide 2500 persons with free meals.

**4. Belgium:**

During the fiscal year 2001-2002, IIROSA allocated the sum of SR.15,000 to provide 2,000 persons with free meals.

**5. Bosnia-Herzegovina:**

During the fiscal year ( 2000-2001) IIROSA allocated the sum of SR.3,669,089 to implement the following programs:

- Sponsor 1800 orphans and a supervisor at a cost of SR.3,188,680.
- Relief operations in favor of returning refugees at a cost of SR.146,250.
- Operate the New Town dispensary and the physiotherapy center at a cost of SR. 134,159. (26,200 patients)
- Provide 30,000 persons with free meals at a cost of SR.200,000.

**6. Turkey:**

During the fiscal year 2001-2002 IIROSA allocated the sum of SR.55,000 to provide 10,000 persons with free meals.

**7. Denmark :**

During the fiscal year 2001-2002, IIROSA allocated the sum of SR.20,000 to provide about 2,500 persons with free meals.

**8. Sweden:**

During the fiscal year 2001-2002, IIROSA allocated the sum of SR.18,750 to provide about 2,200 persons with free meals.

**9. Switzerland:**

In order to maintain closer contacts with the major humanitarian orgamnizations such as the United Nations High Commission for Refugees, International Council of Voluntary Agency and other organization with similar objectives, IIROSA is keeping a representative in Geneva for that purpose. During the fisdcal year 2001-2002, the representative received about SR.27,000 as remuneration.

**10. Kosovo:**

In continuation of its efforts to provide the people of Kosovo with relief items, IIROSA spent the sum of SR.1,818,546 during the fiscal year 2001-2002, IIROSA to implement the following programs:

- Sponsoring 1,122 orphans at a cost of SR.1,064,889.
- Providing poor and needy families eleven locations with relief items at a cost of SR.563,657.
- Providing about 15,000 persons with free meals at a cost of SR.100,000.

**11. Macedonia:**

During the fiscal year 2001-2002, IIROSA allocated the sum of SR.352,706 to provide Macedonian refgugees in Kosovo with relief item.

suivants:

- Prise en charge de 688 orphelins(es) pour un montant de (595 166 riyals )
- Distribution de repas aux jeûneurs pour un montant de (115 000 riyals) dont ont bénéficié 22 000 jeûneurs(es).
- Gestion d'un centre de formation en informatique à Tirana d'une capacité d'accueil de 120 élèves pour une assistance de (37 500 riyals)

**3- Grande Bretagne:**

L'OIIS a; pour l'exercice 2001\2002; mis en place en Grande Bretagne, , un programme de distribution de repas aux jeûneurs pour un montant de (20 000 riyals ) dont ont bénéficié 2500 jeûneurs(es).

**4- Belgique:**

L'OIIS a financé en Belgique, pour l'exercice 2001\2002, un programme de distribution de repas aux jeûneurs d'un montant de (15 000 riyals) dont ont bénéficié 2000 personnes.

**5-Bosnie-Herzégovine:**

L'OIIS a; pour l'execice 2001\2002;consenti une contribution de(3 669 089 riyals) à son Bureau en Bosnie-Herzégovine, , pour la réalisation des programmes suivants :

- Prise en charge de 1800 orphelins(es) et d'un aide orphelins pour un montant de (3 188 680 riyals ).
- Organisation d'une campagne de secours pour les déportés de retour en Bosnie-Herzégovine pour un montant de ( 146 250 riyals).
- Gestion d'un dispensaire et d'un centre médical dans la nouvelle ville de Sarajevo pour un montant de ( 134 159 riyals) dont ont bénéficié 26 200 patients(es).
- Distribution de repas aux jeûneurs d'un montant de (200 000 riyals) dont ont bénéficié 30 000 personnes.

**6- Turquie:**

L'OIIS a financé en Turquie, pour l'exercice 2001\2002, un programme de distribution de repas aux jeûneurs d'un montant de ( 55 000 riyals) dont ont bénéficié 10 000 personnes.

**7- Danemark:**

L'OIIS a financé au Danemark, pour l'exercice 2001\2002, un programme de distribution de repas aux jeûneurs d'un montant de (20 000 riyals) dont ont bénéficié 2500 personnes.

**8- Suède :**

L'OIIS a financé en Suède, pour l'exercice 2001\2002, un programme de distribution de repas aux jeûneurs d'un montant de (18 750 riyals) dont ont bénéficié 2200 personnes.

**9- Suisse:**

L'OIIS a tenu à avoir une représentation permanente à Genève afin de promouvoir une relation directe avec l'UNHCR,l'ICVA et les autres importantes organisations internationales similaires. Dans ce cadre, l'OIIS a débloqué,pour l'exercice 2001\2002, la somme de (27 000 riyals ) pour les frais de son représentant à Genève.

**10- Bureau du Kosovo:**

L'OIIS poursuit ses actions humanitaires en faveur du peuple du Kosovo à travers son Bureau sur place. Dans ce cadre le montant global des assistances que l'OIIS a accordé au Kosovo ont atteint, pour l'exercice 2001\2002, la somme de ( 1 818 546 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 1122 orphelins(es) pour un montant de (1 064 889 riyals )
- Organisation d'une campagne de secours en faveur des familles pauvres et nécessiteuses dans 11 régions, à savoir: Pristina, Biya, Mitrovitsa, Askandray, Klina, Astuk, Klokovats, Podiyev, Fuch Kosovo, Oblic et Katchanik. Ainsi que venir en aide aux réfugiés kosovars en Belgrade pour un montant de (563 657 riyals )
- Distribution de repas aux jeûneurs d'un montant de (100 000 riyals) dont ont bénéficié 15 000 jeûneurs(es).

**11- Macédoine:**

L'OIIS a organisé pour l'exercice 2001\2002,une campagne d'actions

**12. Netherlands:**

During the fiscal year 2001-2002, an amount of SR.20,000 was spent by IIROSA to provide 2500 persons with free meals.

**13. Greece:**

During the fiscal yerar 2001-2002, IIROSA spent an amount of SR.4,940 to sponsor six orphans in this country.

## IV. South America

In the year 2001-2002, IIROSA spent about SR.110,000 to distribute free meals in many South American countries as follows:

1- Uruguay: 3,000 people received free meals at a cost of SR 15,000.

2- Argentine: 5,000 people received free meals at a cost of SR 25,000.

3- Paraguay: 3,000 people received free meals at a cost of SR.15,000.

4- Bolivia: 3,000 people received free meals at a cost of SR.15,000.

5- Peru: 3,000 people received free meals at a cost of SR.15,000.

6- Margreta Isl. 3,000 people received free meals at a cost of SR.15,000.

7- Guyana: 2,000 people received free meals at a cost of SR.10,000.

## V. Australia

In the fiscal year 2001-2002, IIROSA spent SR.65,000 to provide free meals in the following countries:

1 - Australia: 4,000 persons received free meals at a cost of SR.20,000.

2- Papua New Guinea: 3,000 persons received free meals at a cost of SR.15,000.

3- Fiji Islands: 4,000 persons received free meals at a cost of SR.20,000.

4- Vanualivo Isl.: 2,500 persons received free meals at a cost of SR.10,000.

humanitaires pour venir en aide aux Macédoniens réfugiés au Kosovo pour un montant de (352 706 riyals ).

**12- Hollande:**

L'OIIS a financé en Hollande, pour l'exercice 2001\2002, un programme de distribution de repas aux jeûneurs pour un montant de (20 000 riyals) dont ont bénéficié 2500 personnes.

**13- Grèce:**

L'OIIS a pris en charge,pour l'exercice 2001\2002 6 orphelins en Grèce pour un montant de (4940 riyals).

## IV) Amérique du Sud :

L'OIIS a financé en Amérique du Sud, pour l'exercice 2001\2002, des programmes de distribution de repas aux jeûneurs d'un montant de (110 000 riyals) dans les pays suivants:

1-Uruguay : pour un montant de ( 15 000 riyals) dont ont bénéficié 3000 jeûneurs(es).

2-Argentine : pour un montant de ( 25 000 riyals) dont ont bénéficié 5000 jeûneurs(es).

3-Paraguay: pour un montant de ( 15 000 riyals) dont ont bénéficié 3000 jeûneurs(es).

4-Bolivie: pour un montant de ( 15 000 riyals) dont ont bénéficié 3000 jeûneurs(es).

5-Pérou: pour un montant de ( 15 000 riyals) dont ont bénéficié 3000 jeûneurs(es).

6-Ile de Margarita: pour un montant de ( 15 000 riyals) dont ont bénéficié 3000 jeûneurs(es).

7- Guyane du Sud : pour un montant de ( 10 000 riyals) dont ont bénéficié 3000 jeûneurs(es).

## V) Australie:

**1-Australie :**

L'OIIS a financé, pour l'exercice 2001\2002, des programmes de distribution de repas aux jeûneurs d'un montant de (65 000 riyals) dans certains pays de ce continent, à savoir:

1-Australie : pour un montant de (20 000 riyals) dont ont bénéficié 4000 jeûneurs(es).

2- Papouasie-Nouvelle-Guinée : pour un montant de (15 000 riyals) dont ont bénéficié 3000 jeûneurs(es).

3- Fidji : pour un montant de (20 000 riyals) dont ont bénéficié 4000 jeûneurs(es).

4- Ile de Vanua Levu : pour un montant de ( 10 000 riyals) dont ont bénéficié 2500 jeûneurs(es).



هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية

INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

**Donation may be deposited through the following (IIROSA) unified accounts at:**
**Al- Rajhi Banking & Investment Corporation and National Commercial Bank.**

**Sadqa and General Donations**
**Account No. 77700**

**Zakah**
**Account No. 77701**

**Refugees & Immigrants**
**Account No. 77702**

**Orphans**
**Account No. 77703**

**Disease Treatment by Sadqa**
**Account No. 77705**

**Schools & Qur'an Memorization**
**Account No. 77706**

**Well Digging**
**Account No. 77718**

**Useful Knowledge**
**Account No. 77720**

**Free Meals in Ramadan**
**Account No. 77730**

**Vocational Training**
**Account No. 77770**

**Dawa Committee**
**Account No. 77772**

P.O.Box 1285 Jeddah 21421 Tel. 6512333 Fax 6518491 e-mail: relief@iirosa.org
Riyadh Tel. 4930033 - Makkah Tel. 5664449 - Madinah Tel. 8221353 - Jeddah Tel. 6574000 - Dammam Tel. 8417009
Abha Tel. 2263333 - Taif Tel. 7384228 - Buraidah Tel. 3251035 - Al-Baha Tel. 7252840 - Gizan Tel. 3175930
Najran Tel. 5225408 - Onaiza Tel. 3642613 - Yanbu Tel. 3224253 - Al-Jouf Tel. 6245168

**www.iirosa.org**