# EXHIBIT "86"

**Muslim World League**
**International Islamic Relief Organization**
**The Kingdom of Saudi Arabia**
**Secretary General Office**

[Logo: International Islamic Relief Organization]

[Duplicate Text]

**No.**: 1729
**Date**: 27/11/1419 AH [15/03/1999 AD]

**Subject**:

-
- [Handwritten note: "No intervention in internal affairs"]
- [Handwritten note: "Illegible"]
- [Handwritten note: "No registrations submitted"]
- [Handwritten note: "No transferring from one bank to another"]

**Circular to**
**Managers of External Offices**

The Secretary General of the Organization presents his compliments and appreciation to the mangers of external offices and would like to remind about the regulations, instructions and rules the managers and employees of external offices and projects shall comply with. Kindly review, publicize, apply and comply with the following instructions as of the date herein, and confirm the same:

1. The Secretary General is the direct reference of the managers of external offices.
2. There should be a full compliance with the financial and administrative regulations and instructions issued by the Secretary General Office, and a written report should be prepared about the laws and instructions applicable in the hosting country whose applicable regulations are not compliant with the Organization's regulations, and wait for our instructions in this regard.
3. Not to leave the office for an internal or external journey unless after obtaining a prior written approval from the Secretary General.
4. Not to intervene in the internal affairs of the hosting country, take the side of any group, make any statement or publish any information through mass media.
5. Build strong relationships with local associations whose founders and members are of known of their trusted valid faith and inclinations and clean humanitarian and relief activities and build strong relationships with international relevant organizations after obtaining the written approval of the IIRO Secretariat General about each individual association or organization.
6. Not to give any promise or undertake to provide support or assistance to anyone.
7. Not to recommend, neither verbally nor in writing, any organization, individual or association. When receiving a written request for assistance, the office manager shall send the same to the Secretariat General together with his/her recommendation and shall not give a copy of such recommendation to the requester of such assistance.
8. Inform the Secretariat General of national and international donations received and deposited into the Office bank account and wait to receive the directives about how to dispose of such donations.
9. Not to assign, lease, grant or dispose of the Organization's movable or immovable properties.
10. Not to withdraw from the funds and balances of the Office for any reason whatsoever without obtaining the prior written approval of the IIRO Secretary General.
11. Not to borrow from the Organization's funds whether it is for him or for any other person inside or outside the Office for any reason whatsoever and under any item or balance.



Signature 11/29/1419 AH
(March 17, 1999 AD)

**Muslim World League**
**International Islamic Relief Organization**
**The Kingdom of Saudi Arabia**
**Secretary General Office**

[Logo: International Islamic Relief Organization]

[Duplicate Text]

**No.**: 1729
**Date**: 27/11/1419 AH [15/03/1999 AD]

**Subject**:

12. Not to approach any entity outside the country where office is based for any reason whatsoever without obtaining the prior written approval of the Secretary General.
13. Not to receive any delegations or provide them with any facilities unless after obtaining the prior written approval of the Secretary General.
14. Pay attention to the historical, scientific and media documentation of the Office activities, projects and programs.
15. Submit monthly reports about the performance of the Office and its programs, projects and employees.
16. Office employees shall comply with attendance sheet in all projects.
17. Pay attention to the Islamic appearance and manners in words and actions and encourage all employees to comply with the same.
18. Devote full attention to daily progress of the Office and its programs and projects and constantly try to improve his/her performance and the performance of employees.
19. Devote attention to personal and group safety of all employees, documents, properties, programs and projects.
20. Suggest the appointment, dismissal or movement of the employees of the Office, programs and projects provided that no new jobs are added to the organizational structure approved by the Head Office, and send the following documents in case of a request for appointment:
    - 20.1 Copy of educational certificates
    - 20.2 Copy of the candidate's passport after ensuring his/her religion.
    - 20.3 Recommendation certification from an Islamic association approved by the Organization
    - 20.4 Health fitness certificate issued by an officially approved medical entity.
    - 20.5 No criminal sentence in distrust or dishonor affairs
    - 20.6 No affiliation to any political party, organization or entity.
21. If an employee submits his/her resignation, the Secretariat General shall be informed of the same together with the full details of the employee and his/her job and the opinion of the Office on whether to accept his/her resignation or not.
22. Inform the Secretariat General at least six months before the date on which an employee of the Office turns sixty years of age.
23. Build strong relations of cooperation and collaboration with the Saudi Embassy.
24. Prepare an annual action plan for the Office and its programs and projects.



Signature
(Illegible date)

**Muslim World League**
**International Islamic Relief Organization**
**The Kingdom of Saudi Arabia**
**Secretary General Office**

[Logo: International Islamic Relief Organization]

[Duplicate Text]

**No.**: 1729
**Date**: 27/11/1419 AH [15/03/1999 AD]

**Subject**:

25. Grant annual vacation for employees after determining the rotation schedule so that work does not stop due to vacations.
26. Not to open any bank account unless after obtaining the prior approval of the Secretary General.
27. Not to enter any investment or commercial projects.
28. Not to work in the Organization and practice any other profession in the same time.
29. Not to request or accept any donations, tips, gifts or fees for himself in his official capacity from any entity.
30. Not to keep for himself the original or copy of any official document related to the Organization.
31. Annually submit a copy of his passport to the Personnel Department in the Secretariat General.
32. Not to participate in any conference, course or activity unless after obtaining the prior written approval of the Secretariat General and shall submit a written report about the same if obtained the approval for participation.
33. Prepare employees annual performance reports and submit them to the Secretariat General.
34. Provide the Personnel Department in the Secretariat General with updated details and information of all employees at the beginning of each year especially in case of resignation or appointment.
35. Prepare a statement at the end of each year to be signed by all employees of the Office stating that they have received their salaries and entitlements.
36. Following up the request for supporting any approval or any verbal or telephone order issued by the Secretariat General with a written order within one week.
37. The Secretariat General is the only entity authorized to issue appointment, movement, delegation, dismissal and annual vacation decisions for the employees of the Office and its projects and programs.
38. Prepare annual estimative budget of the Office and its programs.
39. Not to conclude any contracts or agreements that might create a material or moral obligation on the Organization unless after obtaining the prior written approval of the Secretary General.
40. Not to reclassify any items and spend each amount of money on the purpose it was disbursed for only.
41. Settle custodies and loans transferred to the Office or programs in accordance with the provisions and conditions of the Organization Financial Regulations and instructions and orders communicated thereto by the Financial Department in the Secretariat General.
42. Not to spend from the incomes of self-sufficient programs and projects unless after obtaining the prior written approval of the Secretariat General and after stating the spending reasons and the amounts.

[Duplicate Text] ]Address: P.O. Box 14843 Jeddah 21434 – Tel: 8512333 – 6515411 – Fax: 6518491 – Telex 606754 IGATHA SJ

Signature Signature

**Muslim World League**
**International Islamic Relief Organization**
**The Kingdom of Saudi Arabia**
**Secretary General Office**

[Logo: International Islamic Relief Organization]

[Duplicate Text]

**No.**: 1729
**Date**: 27/11/1419 AH [15/03/1999 AD]

**Subject**:

43. Pay successive field visits to the projects and programs outside the Office and inside the hosting country only in direct coordination with the care entities and office department in the Secretariat General after determining the visit purpose and duration and submitting a report about it.
44. Provide all facilities to the Organization official delegated to the Office who are required to carry out a certain duty or review the Office activities and enable them to carry out their duties easily and comfortably.
45. Not to disclose confidential information or photocopy transactions or letters.
46. In case of misappropriation and embezzlement – God forbids:
    - 46.1 Report the same to the nearest police station.
    - 46.2 Prepare a report signed by the Office Manager and Financial Officer stating the misappropriated or embezzled amount of money, allocation or program, embezzling person and his/her job title and attach the documents and bank statements supporting the incident.
    - 46.3 Send a translated copy of the said report and police report together with the original reports duly signed by the Office Manager and supporting documents to the Secretariat General.
    - 46.4 Follow up with the Police Station and update the Secretariat General with the results reached by the investigators.
47. In case of raid or insecurity – God forbids:
    - 47.1 Prepare a report on the damaged and stolen things duly signed by the Office Manager and employees.
    - 47.2 Liaise with the Saudi Embassy in the hosting country and provide them with a copy of the incident report.
    - 47.3 Inform the Secretariat General with the incident.
    - 47.4 Wait for directives and instructions from the Secretariat General and the Embassy.
48. In case of fires – God forbids:
    - 48.1 Obtain and translate the fire report from the Fire Control Department.
    - 48.2 Prepare an internal report about the damaged and missing items duly signed by the Office Manager and employees.
    - 48.3 Identify the fire cause.
    - 48.4 Inform the Secretariat General within the first hours of the fire.

[Duplicate Text] Address: P.O. Box 14843 Jeddah 21434 – Tel: 8512333 – 6515411 – Fax: 6518491 – Telex 606754 IGATHA SJ

Signature 11/26 Signature

**Muslim World League**
**International Islamic Relief Organization**
**The Kingdom of Saudi Arabia**
**Secretary General Office**

[Logo: International Islamic Relief Organization]

[Duplicate Text]

**No.**: 1729
**Date**: 27/11/1419 AH [15/03/1999 AD]

**Subject**:

49. In case of closing down the Office:
    49.1 Inform the Secretariat General of the host government instructions to close down the Office.
    49.2 Inform the nearest Saudi Embassy.
    49.3 Prepare reports about the assets and cash available in the bank and the Office Fund.
    49.4 Prepare repots about the custodies and loans registered against employees and settle them if possible.
    49.5 Prepare a list of the payables and receivables of the Office.
    49.6 Make a list of the documents and fax it to the Secretariat General and keep the documents into packs so as to dispatch them to the Secretariat General.
    49.7 Request the Secretariat General to liaise with banks, cancel the signatures of the signatory authorized to withdraw therefrom and freeze the funds until further notice from the Secretary General to withdraw the balance and transfer it to the Secretariat General and obtain bank statements and bank account closure certificates.
50. In the circumstances and cases not covered in these instructions, the external Office Manager shall inform the Secretariat General of the same in writing and obtain written instructions about them.

You are kindly requested to comply with these rules and implement them in an accurate manner.
May Allah grant you success!

Secretary General
International Islamic Relief Organization
The Kingdom of Saudi Arabia
Dr. Adnan bin Khalil Basha
[Signature]
[Stamp of the main office (1) of the International Islamic Relief Organization]

[Duplicate Text] Address: P.O. Box 14843 Jeddah 21434 – Tel: 8512333 – 6515411 – Fax: 6518491 – Telex 606754 IGATHA SJ

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

E
G.

الرقم : ١٧٢٩
التاريخ : ٢٧/١١/١٤١٩هـ

الموضوع

# تعميم
## لمديري المكاتب الخارجية

يهدي الأمين العام للهيئة أطيب تحياته للأخوة مديري المكاتب الخارجية ورغبة في التذكير بالنظم والتعليمات والقواعد الواجب الإلتزام بها من قبل مدير مكتب الهيئة الخارجي ومنسوبي المكتب والبرامج والمشاريع التابعة للهيئة آمل الاطلاع وتعميم هذه التعليمات على كل فرد من منسوبي الهيئة وتوقيعهم بالعمل والتقيد به اعتباراً من تاريخه والإفادة بما يتم : -

١- الأمين العام هو المرجع المباشر لمدير المكتب الخارجي.

٢- الإلتزام التام باللوائح المالية والإدارية والتعليمات الصادرة من الأمانة العامة والإبلاغ خطياً عن النظم والتعليمات المعمول بها في الدولة المضيفة التي لا تتفق مع اللوائح المعمول بها في الهيئة وانتظار التعليمات الخطية بشأنها.

٣- عدم مغادرة المكتب لرحلة داخلية أو خارجية إلا بإذن خطي مسبق من الأمين العام للهيئة.

٤- عدم التدخل في الشؤون الداخلية للدولة المضيفة أو التحيز لأي فئة أو الإدلاء بأي تصريح أو نشر معلومات عبر وسائل الإعلام.

٥- إقامة علاقات وثيقة مع الجمعيات المحلية الموثوق بسلامة معتقد وميول مؤسسها وأعضائها ونظافة نشاطها الإغاثي والإنساني وكذلك المنظمات الدولية ذات العلاقة بعد الحصول على الموافقة الخطية من الأمانة العامة لكل جمعية أو منظمة على حدة.

٦- عدم الإلتزام بأي وعد أو نفقة أو مساعدة لأي كان.

٧- عدم التوصية خطياً أو شفهياً لأي منظمة أو فرد أو جمعية وعند تلقي طلبات خطية للمساعدة يلتزم مدير المكتب بإرسالها للأمانة العامة مرفقة بتوصياته، ودون أن تسلم لمقدمها صورة منها.

٨- اخطار الأمانة العامة عن التبرعات المحلية والخارجية التي يتلقاها المكتب وإيداعها بحسابات المكتب البنكية والحصول على التوجيه عن كيفية التصرف فيها.

٩- عدم التنازل أو التأجير أو الوهب أو التصرف في ممتلكات الهيئة الثابتة أو المنقولة.

١٠- عدم السحب من أموال وأرصدة المكتب لأي سبب كان دون الحصول على إذن خطي مسبق من الأمين العام للهيئة.

١١- عدم الإقتراض من أموال الهيئة له أو لأي شخص من داخل المكتب أو خارجه لأي سبب ومن أي بند أو رصيد.

١/٥

العنوان : ص . ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الاغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

رقم : ..........
تاريخ : ..........

الموضوع : ..........
: ..........

١٢- عدم مخاطبة أي جهات خارج دولة مقر المكتب لأي سبب كان دون الحصول على موافقة خطية مسبقة من الأمين العام.

١٣- عدم استقبال أي وفود أو تقديم أي تسهيلات لها ما لم يحصل على موافقة خطية مسبقة من الأمين العام.

١٤- الإهتمام بجانب التوثيق التاريخي والعلمي والإعلامي لأنشطة المكتب ومشاريعه وبرامجه.

١٥- تقديم تقارير شهرية عن الأداء للمكتب والبرامج والمشاريع والعاملين بها.

١٦- الإلتزام بدفاتر تسجيل الدوام والخروج لكل العاملين في كل المكتب والمشاريع.

١٧- الإهتمام بالمظهر والخلق الإسلامي في القول والعمل وحث كافة العاملين معه على الإلتزام بذلك.

١٨- الإهتمام والحرص الكاملين بسير العمل اليومي للمكتب والبرامج والمشاريع والعاملين بها وتجويد الأداء له ولكل العاملين.

١٩- الإهتمام والمحافظة على الأمن الشخصي والجماعي له وللعاملين والوثائق وللممتلكات والبرامج والمشاريع.

٢٠- اقتراح تعيين أو فصل أو نقل العاملين بالمكتب والبرامج والمشاريع مع عدم إحداث أو إضافة وظيفة جديدة على الهيكل الوظيفي المعتمد من المقر الرئيسي مع إرسال المستندات التالية عند طلب التعيين : -

٢٠-١- صورة المؤهلات التعليمية.

٢٠-٢- صورة جواز سفره والتأكد من ديانته.

٢٠-٣- شهادة تزكية من جمعية إسلامية معتمدة لدى الهيئة.

٢٠-٤- شهادة اللياقة الصحية صادرة من جهة طبية معتمدة رسمياً.

٢٠-٥- عدم وجود حكم جنائي في أمور مخلة بالشرف أو الأمانة.

٢٠-٦- عدم الإنتماء لجهة أو منظمة أو حزب سياسي.

٢١- في حالة تقديم أحد الموظفين استقالته يرفع عنها للأمانة العامة مع بيانات كاملة عن الموظف والعمل الذي يقوم به مشفوعاً برأي المكتب في قبول الاستقالة من عدمه.

٢٢- إبلاغ الأمانة العامة قبل بلوغ أحد من منسوبي المكتب سن الستين قبل ذلك بستة أشهر على الأقل.

٢٣- إقامة علاقات وثيقة وتعاون وتنسيق مع السفارة السعودية.

٢٤- إعداد خطة عمل سنوية للمكتب والبرامج والمشاريع.



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
P.O. Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

الرقم : ..................  الموضوع : ..................
التاريخ : ..................  : ..................

٢٥- منح الأجازات السنوية للعاملين بعد تحديد جدول مناوبة بحيث لا يتعطل العمل بسببه.

٢٦- عدم فتح أي حساب بنكي إلا بموافقة مسبقة من الأمين العام.

٢٧- عدم الدخول في أي مشاريع استثمارية أو تجارية.

٢٨- عدم الجمع بين العمل بالهيئة وممارسة مهنة أخرى.

٢٩- عدم طلب أو قبول أي تبرع أو إكرامية أو هدية أو قيمة أتعاب لشخصه بصفته الوظيفية من أية جهة.

٣٠- عدم الإحتفاظ لنفسه بأصل أو صورة لأية وثيقة رسمية تتعلق بالعمل.

٣١- تقديم صورة من جواز السفر سنوياً لشؤون الموظفين بالأمانة العامة.

٣٢- عدم المشاركة في أي مؤتمر أو دورة أو نشاط مالم يحصل على موافقة خطية مسبقة من الأمين العام مع الإلتزام بتقديم تقرير خطي عند حصوله على الموافقة بالحضور.

٣٣- إعداد تقارير أداء للعاملين سنوياً وإرسالها للأمانة العامة.

٣٤- تزويد شؤون الموظفين بالأمانة العامة ببيانات ومعلومات حديثة كاملة لجميع العاملين مع كل عام جديد وخاصة في حالة الاستقالة أو طلب التعيين.

٣٥- عمل بيان سنوي في نهاية كل سنة يوقع عليه جميع الموظفين والمستخدمين بالمكتب باستلامهم لجميع مستحقاتهم من رواتب.

٣٦- متابعة طلب تعزيز أية موافقة أو أمر شفهي أو هاتفي صادر من الأمين العام للهيئة بأمر كتابي خلال أسبوع.

٣٧- الأمانة العامة هي الجهة الوحيدة المخولة بإصدار قرارات التعيين والنقل والإنتداب وإنهاء الخدمة والأجازة السنوية لمنسوبي المكتب وما يتبعه من مشاريع وبرامج.

٣٨- إعداد الميزانية التقديرية السنوية للمكتب لكل برنامج.

٣٩- عدم إبرام عقود أو إتفاقيات يترتب عليها إلتزام مادي أو معنوي تجاه الهيئة إلا بموافقة خطية مسبقة من الأمين العام.

٤٠- عدم المناقلة من بند لبند والتقيد بالصرف لكل مبلغ حسب الغرض المخصص له.

٤١- الإلتزام بتسوية العهد والسلف المحولة للمكتب أو البرامج وفق قواعد ونصوص اللائحة المالية للهيئة وما يبلغ به من تعليمات وأوامر من الإدارة المالية بالأمانة العامة.

٤٢- الإلتزام بعدم الصرف من دخول المشاريع والبرامج المكتفية ذاتياً إلا بإذن خطي مسبق من الأمين العام بعد إيضاح أوجه الصرف وأرقامه.



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

الرقم : ................ الموضوع : ................
التاريخ : ................ : ................

٤٣- الإلتزام بالزيارات الميدانية المتوالية لبرامج والمشاريع الموجودة خارج مقر المكتب وداخل دولة المقر فقط بالتنسيق المباشر مع الرعايات وإدارة المكاتب بالأمانة العامة بعد تحديد الهدف من الزيارة ومدتها وتقديم تقرير عنها.

٤٤- تقديم كافة التسهيلات لمنسوبي الهيئة الذين يوفدون رسمياً للمكتب لأداء مهمة أو الاطلاع على نشاط المكتب بما يمكنهم من أداء مهمتهم بسهولة ويسر.

٤٥- عدم البوح بأسرار العمل أو تصوير المعاملات أو الخطابات.

٤٦- في حالة الإختلاس والسرقة لا قدر الله تعالى : -

٤٦-١- إبلاغ أقرب مركز بوليس من المكتب.

٤٦-٢- إعداد محضر موقع من قبل مدير المكتب والمسؤول المالي بتحديد المبلغ المسروق أو المختلس ومن أي مخصص أو برنامج والشخص المختلس وتوصيفه الوظيفي وإرفاق الوثائق والكشوف البنكية التي تدل على الواقعة.

٤٦-٣- إحاطة الأمانة العامة بصورة من البلاغ وصورة من محضر البوليس مترجماً مع إرفاق أصل المحضر الموقع من قبل مدير المكتب مؤيداً بالمستندات.

٤٦-٤- متابعة مركز البوليس وإحاطة الأمانة العامة بآخر النتائج بالنتائج التي توصل إليها البحث والتقصي.

٤٧- في حالة المداهمة أو فقدان الأمن لا قدر الله تعالى : -

٤٧-١- إعداد محضر بالتلفيات والمسروقات في الموقع موقّع من قبل مدير المكتب وجميع المسؤولين.

٤٧-٢- الإتصال بالسفارة السعودية بدولة المقر، مصطحباً محضر الواقعة.

٤٧-٣- احاطة الأمانة العامة بالواقعة.

٤٧-٤- انتظار التوجيهات والتعليمات من الأمانة العامة والسفارة.

٤٨- في حالة الحرائق لا قدر الله تعالى : -

٤٨-١- الحصول على محضر من مكافحة الحريق وترجمته إلى العربية.

٤٨-٢- عمل محضر داخلي بالتلفيات والمفقودات بالموقع موقّع من قبل مدير المكتب والمسؤولين به.

٤٨-٣- تحديد أسباب الحريق.

٤٨-٤- إشعار الأمانة العامة خلال الساعات الأولى لحدوث الحريق.



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

الرقم : ____________
التاريخ : ____________
الموضوع : ____________

٤٩- في حالة إغلاق المكتب : -

٤٩-١- إحاطة الأمانة العامة بتعليمات الحكومة المضيفة بإغلاق المكتب.

٤٩-٢- إبلاغ أقرب سفارة لحكومة المملكة العربية السعودية.

٤٩-٣- عمل محاضر جرد للأصول والنقدية الموجودة بالبنك وصندوق المكتب.

٤٩-٤- عمل محضر للعهد والسلف المسجلة على الموظفين ومحاولة تصفيتها إن أمكن.

٤٩-٥- اعداد قائمة بالمستحقات على المكتب أو ماله لدى الغير.

٤٩-٦- حصر المستندات في قوائم وإرسالها بالفاكس للأمانة العامة ووضعها في كراتين توطئة لإرسالها للأمانة العامة.

٤٩-٧- الطلب من الأمانة العامة لمخاطبة البنوك وإلغاء التواقيع المخول لها بالسحب وتجميد الأموال حتى إشعار آخر من قبل الأمين العام بسحب الرصيد وتحويله إلى الأمانة العامة والحصول على كشوف بنكية وشهادة تقفيل الحسابات المفتوحة.

٥٠- في الأحوال والظروف التي لم تعالجها هذه التعليمات على مدير المكتب الخارجي إبلاغ الأمانة العامة بها خطياً والحصول على تعليمات خطية بشأنها.

نأمل الإلتزام التام بهذه القواعد ومراعاة الدقة في تنفيذها.

والله يوفقكم،،،

الأمين العام
لهيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

د. عدنان بن خليل باشا

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

د/ ٥

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ