# EXHIBIT "87"

[Illegible] 13:58 P INNOCENT TRADING SER FAX:6825550 P.001

In the Name of Allah, the Merciful, the Compassionate.

His Excellency Dr. Adnan bin Khalil Basha May Allah protect him

Secretary General of the International Islamic Relief Organization

May the peace, mercy and blessings of Allah be upon you.

With reference to your statement No. 100/1432/1424 of 6/6/1424 AH (5 August 2003), received on 4/7/1424 AH (June 8, 2003 AD) with regard to the content of the writ issued by the families of the victims of September 11, 2001, we inform you of the following:

445- The text claims that I used the organization to collect and launder funds for Al-Qaeda operations. First, they need to provide a proof for this matter. I challenge them to bring even a single person from whom I raised any funds in the name of the organization or another entity as I have never partaken in any fund-raising campaign whatsoever.

Second: I challenge anyone or any entity to provide any proof of my relationship with Al-Qaeda.

Third: Since they claimed the spending of 70% of the organization's funds on (The Moro Islamic Liberation Front and Abu Sayyaf), it is their duty to provide the proof of such amounts, even the proof of the provision of any amount of money to any of the alleged entities. Let them bring this member, whoever may be, to show us how they came up with such amounts and figures.

Four: Both of the work of the organization and my own work in the Philippines were not involved in any illegal activity whatsoever, and the Philippines, which is the concerned party, has not so far filed any case in this regard or other matters. I am also in possession of a certificate clearing my name from being on any list of those who were wanted or prosecuted in the Philippines up until 1997, that is after my incarceration in the United States and Jordan and being proven innocent in two years. (<u>A photocopy of which is attached</u>). If their claims were true and they had proof, I would not have been released from my imprisonments in the United States and Jordan until now. Note that the Philippines wished to have me extradited from the United States while prisoner there. The US government has asked them to provide evidence for their claims, but they failed to do so because they did not have any evidence.

Handwritten: unavailable

439 – Once more, I similarly request proof for the same claim whereby the organization's office branch in the Philippines has allegedly served as a hub to finance terrorism in the world. They need to bring one of those who were trained in the organization's office in the Philippines or show evidence of the office's support of any of the activities they claim.

Regarding the plot to kill president Clinton and the Pope, and the bombing of 12 American aircrafts, the main defendants in this case were arrested when I was a prisoner in the United States. They were investigated at that time and there was no proof of any relationship I had with them in this matter. These are nothing but fabrications taken from unsubstantiated news articles. I have repeatedly denied them in Philippine and other newspapers.

Summary: The organization's office and my work in the Philippines were entirely legal and they were under the oversight of the Saudi Embassy in direct cooperation with the Philippine governmental entities in particular the Philippine Department of Foreign Affairs, the Department of Social Affairs, the Police and the Philippine Army and the other relevant entities. All the allegations that were made are false and baseless and I do not have any relationship with any of the mentioned entities. The statement that the president of the Philippines sent me in 2001 before the attacks of September 11 demonstrate my attitude toward these groups. I have no relationship with Osama bin Laden except marriage kinship, and whoever was in Peshawar in 1986 and knows me and my relationship with Osama knows that I disagreed with him and that we parted ways since that date to the present.

Handwritten: To be requested

And Allah is the one sought for help against that which you describe… May Allah help us all to guard against these inventors of falsehood and in our victory against them. Indeed, He is Hearing and Responding.

Jamal Ahmed Khalifa

Illegible signature

4/7/1424 AH (June 8, 2003 AD)

01/09/

بسم الله الرحمن الرحيم

سعادة الدكتور / عدنان بن خليل باشا حفظه الله

الأمين العام لهيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله و بركاته وبعد

اشارة الى خطابكم رقم 100/ 1432 / 1424 بتاريخ 6 / 6 / 1424 و المستلم بتاريخ 4 / 7 / 1424 فيما يتعلق بما ورد في صحيفة الإدعاء المقدمة من اهالي ضحايا أحداث 11 سبتمبر 2001 نفيدكم بالتالي :

445 - جاء النص أنني استخدمت المنظمة لجمع المال و ابيضه من أجل عمليات القاعدة. أولا : هذا الأمر يحتاج منهم لدليل. و أنا أتحدى أن يأتوا ولو بشخص واحد يثبت أنني جمعت منه بإسم الهيئة أو غيرها أي أموال فلم أشارك في أي حملة جمع تبرعات على الإطلاق.

ثانيا : أتحدى أن يثبت أي شخص أو جهة بوجود أي علاقة لي بتنظيم القاعدة .

ثالثا : بما أنهم ادعوا صرف 70 % من أموال الهيئة لجماعة ( جبهة تحرير مورو الإسلامية و أبو سياف ) فعليهم تقديم دليل يثبت هذه النسب ، بل اثبات تقديم أي مبلغ لأي جهة كانت من هذه الجهات المزعومة. و من هو هذا العضو المذكور فليأتوا به لنرى كيف وصل الى هذه النسب و الأرقام.

رابعا : أعمال الهيئة و أعمالي الخاصة في الفلبين لم ترتبط بأي عمل غير قانوني على الإطلاق و لم ترفع الفلبين وهي صاحبة الشأن أي قضية بهذا الخصوص أو غيره الى هذا الوقت كما أن لدي شهادة تثبت عدم وجود اسمي في أي لائحة من لوائح المطلوبين أو المقام عليهم دعوى في الفلبين حتى عام 1997 أي بعد سجني في امريكا و الأردن و ظهور براءتي بسنتين. ( مرفق صورة منها ) . فلو كان ما يقولونه صحيح و لديهم عليه دليل لما خرجت من سجن أمريكا أو الأردن الى الآن. علما بأن الفلبين أبدت رغبتها في أن يتم تسفيري من أمريكا اليها عندما كنت سجينا في أمريكا و قد طلبت الحكومة المريكية منهم أدلة على ادعاءاتهم إلا أنهم لم يقدموا أي دليل لأنهم لا يملكون أي دليل.

439 – مرة أخرى نفس الإدعاء و أنا أطالب بنفس الطلب وهو الدليل على هذا الإدعاء و الذي يدعون فيه أن فرع مكتب الهيئة في الفلبين عمل كمركز لتمويل الإرهاب في العالم عليهم أن يأتوا بواحد من هؤلاء الذين تدربوا في مكتب الهيئة في الفلبين أو دليل دعم المكتب لأي من هذه الأعمال التي يدعونها.

فيما يتعلق بالمؤامرة التي يدعونها لإغتيال الرئيس كلنتن و البابا و تفجير 12 طائرة أمريكية فإنه تم القاء القبض على المتهمين الرئيسيين لهذه القضية عندما كنت سجينا في أمريكا و تم التحقيق معهم في تلك الأثناء و لم تثبت أي علاقة لي معهم في هذا

الخصوص فما هذه إلا افتراءات أخذت من مقالات صحفية لا تستند إلى أي دليل يذكر. و قد نفيت ذلك مراراً في الصحف الفلبينية وغيرها.

الخلاصة : إن مكتب الهيئة و أعمالي في الفلبين كانت كلها قانونية و تحت بصر و سمع السفارة السعودية و بالتعاون المباشر مع الجهات الفلبينية الحكومية و بالأخص وزارة الخارجية الفلبينية و وزارة الشؤون الإجتماعية و البوليس و الجيش الفلبيني و غيرها من الجهات المعنية، و كل ما قيل من ادعاءات فهو باطل لا أساس له من الصحة و لا علاقة لي بأي جهة من الجهات المذكورة و لعل الخطاب الذي أرسلته الى رئيسة الفلبين سنة 2001 قبل أحداث 11 سبتمبر يبين بوضوح موقفي من هذه الجماعات . و لا علاقة لي بأسامة بن لادن ألا المصاهرة فقط بل كل من كان في بيشاور سنة 1986 و يعرفني و يعرف علاقتي بأسامة يعرف أنني أختلفت معه و افترقنا منذ ذلك التاريخ و الى الآن .

هذا و الله المستعان على ما يصفون ... أعاننا الله جميعاً على رد هؤلاء المفترين و نصرنا عليهم انه سميع مجيب .

جمال أحمد خليفة

٤/٧/٢٠٠٤م

١٤٢٥/١