# EXHIBIT “88”

From: I.R.I.C PHONE No. 63 2 521 29 14 Oct. 13 1994 1:54PM P01

[*Illegible Handwriting*]

In the name of Allah, the Gracious, the Merciful [Duplicate Text]

International Relation
& Information Center

No. 0230-94 Date: October 13, 1994

My dear brother Dr. Farid Qurashi, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

I have not seen you or heard your voice over the phone for a long time now, given your busyness and my negligence.

Anyways, I hope you receive my letter while you are doing well together with family members, children, and all your beloved ones. I am still in the Philippines committed on a full-time basis for my commercial business and focused on the success of the Da'wah center which is making continuous progress in calling the non-Muslims and informing, educating them afterwards. This is despite [the Da'wah center] is experiencing poor financial support these days and despite the groundless fabrications that appeared in the magazines and newspapers. The truth must appear, and Allah defends the believers. I want to bring you the good news that I filed a lawsuit in London against the first Arab magazine that wrote those fabrications. The lawyer is the best in Britain. After examining the lawsuit, he told me that we will considerably win it because we have the evidence and proof that refute all of those allegations. Allah is our helper. I do not want to involve you in my personal problems, but my sense of brotherhood and love toward you urged me to inform you of this. Also, you have received the fabrications about the Organization and about me in the Filipino newspapers. Do not worry yourself. This is just newspaper talk which has no proof in reality or with official agencies. Otherwise, I would not be able to enter the Philippines or practice my work in Manilla and in the south as well. I move freely and have not been subjected to any interrogation by any official or non-official agency. Our center holds seminars and activities with different government entitles. Next Saturday, Allah willing, we will hold a seminar on the crimes in the Philippines in partnership with the Security Division at Ministry

of Interior. Things are going well. It is said, “The dogs bark, but the caravan goes on.”

Lastly, I hope I did not waste your time. I am fully prepared to provide you with any services needed by you need or by the Organization. You can call me at any time at (0063912 – 3084113). I ask Allah to hear good news about your and from you. May Allah reward you.

Your brother
Mohammed Jamal Khalifa
[*Handwritten Signature*]

بسم الله الرحمن الرحيم

International Relation & Information Center

المركز العالمي للعلاقات والمعلومات

Date Oct. 13, 1994 التاريخ

NO. 0230-94 الرقم

أخي الفاضل / سعادة د. فريد قرشي

حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد

مضى زمن طويل ولم يشأ الله أن أحظى برؤيتكم أو سماع صوتكم عبر الهاتف وذلك لإنشغالكم وتقصيري .

على أية حال أرجو أن تصلكم رسالتي هذه وأنتم في أتم السعادة والهناء ، كذلك الحال للأهل والأبناء وجميع من تعزون وتحبون . أما أنا فلا أزال في الفلبين متفرغ لعملي التجاري ومركز على إنجاح مسيرة مركز الدعوة والذي يحقق تقدما مستمرا في مجال دعوة غير المسلمين وتوعيتهم وتعليمهم بعد ذلك ، وذلك بالرغم من أنه يعاني من ضعف في الدعم المالي هذه الأيام ، وبالرغم مما أثير من إفتراءات في المجلات والجرائد والتي لا أساس لها من الصحة . والحق لابد أن يظهر والله يدافع عن الذين آمنوا ، كما أبشرك بأني رفعت قضية في لندن على أول مجلة عربية كتبت تلك الإفتراءات والمحامي هو أفضل محامي في بريطانيا وبعد دراسته للقضية بشرني وبشكل كبير أننا سنكسبها لأن لدينا من الأدلة والإثباتات التي تدحض كل تلك الدعاوي والله المستعان . لا أريد أن أشغلك معي في مشاكلي الخاصة إلا أن إحساسي بأخوتي وحبي لشخصكم الكريم دفعني لاطلاعكم على ذلك ، كما وأنه وصلكم ما قيل عن الهيئة وعني في الجرائد الفلبينية من إفتراءات فلا تشغلن بالكم فإنما هي مجرد كلام جرائد لا أصل له في الحقيقة ولا لدى الجهات الرسمية و إلا لما إستطعت أنا الدخول في الفلبين أو زاوات عملي في مانيلا وفي الجنوب أيضا فأنا أغرك بحرية تامة ولم أتعرض ولا حتى لأي مسائلة من أي جهة رسمية أو غير رسمية ، بل مركزنا يقيم ندوات ونشاطات مع الجهات الحكومية المختلفة والسبت القادم أن شاء الله ستكون لدينا ندوة عن الجرائم في الفلبين بالإشتراك مع قسم الأمن في وزارة

الداخلية . فالأمور تسير على مايرام وكما يقولون القافلة تسير والكلاب تنبح .

أخيرا أرجو أنني لم أطل عليكم أنا على أتم الإستعداد لتقديم أي خدمات تحتاجونها أو الهيئة ويمكن الإتصال بي في أي وقت على الهاتف رقم ( ٣٠٨٤١١٢ـ٠٠٠٦٣٩١٢ ) والله أسأل أن نسمع منكم وعنكم كل خير وجزاكم الله خيرا .

أخوكم

محمد جمال خليفه

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210421_WNX

**Language**: Arabic > English

**Document title**: IIRO 3018-3019

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Apr 23, 2021 14:00 CDT)

**Date**: Apr 23, 2021