# EXHIBIT “89”

In the Name of Allah, the Beneficent, the Merciful

| Muslim World League<br>Makkah Al-Mukarramah<br><br>International Islamic Relief Organization | [logo]<br>International<br>Islamic Relief<br>Organization | MUSLIM WORLD LEAGUE<br>MAKKAH AL-MUKARRAMAH<br><br>INTERNATIONAL ISLAMIC RELIEF ORGANIZATION |
|---|---|---|
| Croatia – Bosnia & Herzegovina Office<br>Zagreb<br>Date: ____________<br>Ref. No.: ____________ | | CROATIA – BOSNIA & HERZEGOVINA OFFICE<br>ZAGREB<br>Date: ____________<br>Ref.: ____________ |

*Report about the Office's activities since its establishment on 5/1/1992 and until 11/30/1992*

**HE Dr. Abdullah Al-Abdan** **Supervisor of the Emergency Department**

**May Allah protect him**

Peace be upon you and Allah's mercy

We are sending you a brief report about the Zagreb Office's activities since its establishment at the beginning of May 1992 and until the date this report was prepared. We note that the International Islamic Relief Organization was the first organization to open its offices in Croatia to help the brethren in Bosnia, and that it was at the forefront in this field. The Bosnia and Herzegovina Office performed the following activities:

* Relief Activities:

1- Sending about 1,500 tons (one thousand five hundred tons) of foodstuffs each month to the stricken areas in Bosnia.

2- Opening three branch offices in Slovenia, Split and Rejekatom [phonetic], [and] distributing hundreds of tons of foodstuffs each month to the immigrant camps and compounds in Slovenia and Croatia – with quantities regularly estimated at about 200 tons per month.

3- Supporting about twenty thousand immigrants in Slovenia and Croatia. Indeed, the Organization periodically and regularly provides them with enough food and clothing. As per its understanding with the Croatian government, the Organization has sponsored several main camps in the city of Zagreb and its surrounding areas, as well as in the city of Split.

Zagreb camps: Dakovo Camp, which contains about 3,500 immigrants.
Spansko Camp, which contains about 550 immigrants.
Viaduct [phonetic] Camp, which contains about 90 immigrants.

In the Name of Allah, the Beneficent, the Merciful

Muslim World League
Makkah Al-Mukarramah

International Islamic Relief Organization

[logo]
International
Islamic Relief
Organization

MUSLIM WORLD LEAGUE
MAKKAH AL-MUKARRAMAH

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

Croatia – Bosnia & Herzegovina Office
Zagreb

Date: ______________________
Ref. No.: ___________________

CROATIA – BOSNIA & HERZEGOVINA OFFICE
ZAGREB

Date: ______________________
Ref.: _______________________

ADRESS: SAVSKA 28, 41000 ZAGREB, CROATIA – TEL.: (38) (041) 33 33 66; FAX.: 041/31 81 13

IIRO 13287

Yaron [phonetic] Camp, which contains about 100 immigrants.

Pioneer [phonetic] Camp, which contains about 110 immigrants.

These individuals are provided with two main meals each day.

4- The Organization sponsors about 370 families located in various residences, whereby it pays the rent on their homes and also regularly provides them with foodstuffs. These families include 1,500 immigrant women and children.

5- The Organization is preparing "in Zagreb" to visit a number of the beneficiaries of this assistance, so as to encompass about 10,000 people in the city of Zagreb alone. Key foodstuffs will be distributed to them, along with cleaning supplies and baby food, in boxes bearing the Organization's logos. The Organization has undertaken all procedures and made all preparations to begin this work on 12/01/1992, with Allah's permission.

6- The Organization has prepared forms for the sponsorship of immigrants' children in order to provide them with USD 50 per month per child in the form of food, clothing and school supplies. The number of children sponsored in Zagreb alone is about 1,000 children.

7- An office was opened in the city of Zenica, which will serve as the main distribution headquarters in central Bosnia. Moreover, 35 branches have been opened. They are distributed among the various regions of Bosnia, and they will be used to distribute rations and in-kind assistance based upon the number of residents located in the region and on a percentage basis.

In the Name of Allah, the Beneficent, the Merciful

Muslim World League
Makkah Al-Mukarramah

International Islamic Relief Organization

[logo]
International
Islamic Relief
Organization

MUSLIM WORLD LEAGUE
MAKKAH AL-MUKARRAMAH

INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

Croatia – Bosnia & Herzegovina Office
Zagreb

Date: ________________________
Ref. No.: ______________________

CROATIA – BOSNIA & HERZEGOVINA OFFICE
ZAGREB

Date: ________________________
Ref.: _________________________

ADRESS: SAVSKA 28, 41000 ZAGREB, CROATIA – TEL.: (38) (041) 33 33 66; FAX.: 041/31 81 13

In the Name of Allah, the Beneficent, the Merciful

Muslim World League
Makkah Al-Mukarramah

International Islamic Relief Organization

[logo]
International
Islamic Relief
Organization

MUSLIM WORLD LEAGUE
MAKKAH AL-MUKARRAMAH

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

Croatia – Bosnia & Herzegovina Office
Zagreb
Date: ______________________
Ref. No.: ___________________

CROATIA – BOSNIA & HERZEGOVINA OFFICE
ZAGREB
Date: ______________________
Ref.: ______________________

8- Since the Organization is the only one having this staff and this precise distribution system encompassing all safe areas in Bosnia, some entities and organizations have provided assistance estimated at hundreds of tons of foodstuffs and asked that it be distributed through the Organization and individuals internally [i.e. inside the country].

These organizations are: The Islamic Development Bank, the High Commission, and Al-Marhama in Zagreb.

9- The Organization has also provided tens of tons of medications to hospitals within Bosnia.

10- Moreover, the Organization has distributed 12 ambulances coming from some Islamic organizations among the hospitals internally [i.e. inside the country].

11- About 40,000 blankets were distributed to immigrants within Bosnia.

* As for the educational and cultural field:

The Organization has performed the following activities:

1- It has distributed close to 150 imams and teachers among the areas of immigrant compounds and camps in order to maintain this population's morals and education.

2- The Organization held a two-week educational course for teachers, and it was attended by about 80 teachers.

3- The Organization printed a number of books in the Bosnian language and distributed them among immigrants internally [i.e. inside the country] and abroad. These books are as follows:

In the Name of Allah, the Beneficent, the Merciful

Muslim World League
Makkah Al-Mukarramah

International Islamic Relief Organization

[logo]
International
Islamic Relief
Organization

MUSLIM WORLD LEAGUE
MAKKAH AL-MUKARRAMAH

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

Croatia – Bosnia & Herzegovina Office
Zagreb

Date: ______________________

Ref. No.: ____________________

CROATIA – BOSNIA & HERZEGOVINA OFFICE
ZAGREB

Date: ______________________

Ref.: ______________________

ADRESS: SAVSKA 28, 41000 ZAGREB, CROATIA – TEL.: (38) (041) 33 33 66; FAX.: 041/31 81 13

IIRO 13289

In the Name of Allah, the Beneficent, the Merciful

Muslim World League
Makkah Al-Mukarramah

International Islamic Relief Organization

[logo]
International
Islamic Relief
Organization

MUSLIM WORLD LEAGUE
MAKKAH AL-MUKARRAMAH

INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

Croatia – Bosnia & Herzegovina Office
Zagreb

CROATIA – BOSNIA & HERZEGOVINA OFFICE
ZAGREB

Date: ______________________
Ref. No.: ____________________

Date: ______________________
Ref.: ______________________

(1) - UPUTE U VJERU to teach prayer to children and adults (100,000 copies).

(2) - SUFARA to teach correct recitation of the Quran (40,000 copies).

(3) - TALIMUL-ISLAM – Teachings of Islam (30,000 copies).

(4) - The Organization distributed large numbers of Qurans in Arabic as well as Qurans interpreted in the Bosnian language.

4- About 250 students graduated from the Shariah sciences program at the summer school that was organized by the Organization and that was held for about two full months from 07/15 to 09/15 during summer break.

5- A Shariah sciences school was opened at the Islamic Center in Zagreb, and to date 700 students have enrolled therein. They will be receiving Shariah science classes on the weekends (Saturday and Sunday), and there will be about one hundred students during the week.

6- Shariah-compliant clothing and head coverings were distributed to all women who come to Friday prayer at the mosque.

7- About 1,500 Shariah-compliant clothing was distributed to women in the various camps.

* In the health field:

1- About three months ago, about 8 female doctors and 8 female nurses were hired to work with the Organization in order to perform health monitoring and provide treatment to the immigrants in their compounds and camps. It was agreed that Humanitarian Relief, which is affiliated with the Egyptian Medical Syndicate, will secure medications for these doctors in a quantity sufficient for all immigrants in Zagreb and its surrounding areas, thus participating in this good effort by the Organization.

ADRESS: SAVSKA 28, 41000 ZAGREB, CROATIA – TEL.: (38) (041) 33 33 66; FAX.: 041/31 81 13

In the Name of Allah, the Beneficent, the Merciful

| Muslim World League<br>Makkah Al-Mukarramah<br><br>International Islamic Relief Organization | [logo]<br>International<br>Islamic Relief<br>Organization | MUSLIM WORLD LEAGUE<br>MAKKAH AL-MUKARRAMAH<br><br>INTERNATIONAL ISLAMIC RELIEF<br>ORGANIZATION |
|---|---|---|
| Croatia – Bosnia & Herzegovina Office<br>Zagreb<br>Date: ______________________<br>Ref. No.: ____________________ | | CROATIA – BOSNIA & HERZEGOVINA OFFICE<br>ZAGREB<br>Date: ______________________<br>Ref.: ______________________ |

In the Name of Allah, the Beneficent, the Merciful

Muslim World League
Makkah Al-Mukarramah

International Islamic Relief Organization

[logo]
International
Islamic Relief
Organization

MUSLIM WORLD LEAGUE
MAKKAH AL-MUKARRAMAH

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

Croatia – Bosnia & Herzegovina Office
Zagreb

Date: ______________________

Ref. No.: ____________________

CROATIA – BOSNIA & HERZEGOVINA OFFICE
ZAGREB

Date: ______________________

Ref.: ______________________

2- The female doctors are providing health awareness to immigrants via lectures and lessons.

* In the media field:

The Organization's office has performed the following activities:

1- Producing and copying close to 120 video films depicting the tragedy of the Muslim people in Bosnia on a monthly basis, and gifting them to guests and some VIPs interested in this issue.

2- Producing about 60 photo albums on a monthly basis and distributing them among guests. They [i.e. the photos] show the massacres and destruction that the people have suffered.

3- Preparing maps of and information about Bosnia indicating its population and geographical features.

4- Airing a daily news broadcast reporting the latest news in Bosnia.

5- Airing a weekly broadcast containing some analysis and commentary by some officials in Croatia and Bosnia.

[6-] Holding a photo exhibition in Zagreb showing the tragedy in Bosnia which was attended by a number of Bosnian and Croatian VIPs.

7- Covering the Organization's activities in the relief and humanitarian fields and videotaping them.

* As for the Organization's activity in the field of coordinating between Islamic and humanitarian organizations operating in the area, [it was as follows]:

In the Name of Allah, the Beneficent, the Merciful

Muslim World League
Makkah Al-Mukarramah

International Islamic Relief Organization

[logo]
International
Islamic Relief
Organization

MUSLIM WORLD LEAGUE
MAKKAH AL-MUKARRAMAH

INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

Croatia – Bosnia & Herzegovina Office
Zagreb

Date: ______________________

Ref. No.: ____________________

CROATIA – BOSNIA & HERZEGOVINA OFFICE
ZAGREB

Date: ______________________

Ref.: ______________________

ADRESS: SAVSKA 28, 41000 ZAGREB, CROATIA – TEL.: (38) (041) 33 33 66; FAX.: 041/31 81 13

IIRO 13291

In the Name of Allah, the Beneficent, the Merciful

Muslim World League
Makkah Al-Mukarramah

International Islamic Relief Organization

[logo]
International
Islamic Relief
Organization

MUSLIM WORLD LEAGUE
MAKKAH AL-MUKARRAMAH

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

Croatia – Bosnia & Herzegovina Office
Zagreb
Date: ______________________
Ref. No.: ___________________

CROATIA – BOSNIA & HERZEGOVINA OFFICE
ZAGREB
Date: ______________________
Ref.: _______________________

(1) The Organization called for the creation of a coordination council to coordinate among the organizations so as to prevent conflicts and duplication in the work and serve the immigrants and Muslims in Bosnia as best as possible.

(2) Mr. Zaher Abdul Aziz, the Supervisor of the Organization's offices in Bosnia, Herzegovina, Croatia and Slovenia, was elected chairman of this council due to his [typo: activity [i.e. productivity]] and good management and planning [skills]. Indeed, he has the trust of the vast majority of organizations, which total about 20 organizations or committees.

(3) In addition, the Organization was elected as Chairman of the Da'wah and Education Committee due to the Organization's distinguished activity in this field.

The Organization has performed many different activities that are too numerous to mention.

May Allah grant you and us success in what He wishes and what pleases Him…

Director of the Zagreb Office

Dr. Emad El-Din Mohammed

[seal:] International Islamic Relief Organization
Muslim World League
[logo]
[signature]

In the Name of Allah, the Beneficent, the Merciful

| Muslim World League<br>Makkah Al-Mukarramah<br><br>International Islamic Relief Organization | [logo]<br>International<br>Islamic Relief<br>Organization | MUSLIM WORLD LEAGUE<br>MAKKAH AL-MUKARRAMAH<br><br>INTERNATIONAL ISLAMIC RELIEF ORGANIZATION |
|---|---|---|
| Croatia – Bosnia & Herzegovina Office<br>Zagreb | | CROATIA – BOSNIA & HERZEGOVINA OFFICE<br>ZAGREB |
| Date: ______________________<br>Ref. No.: ___________________ | | Date: ______________________<br>Ref.: ______________________ |

ADRESS: SAVSKA 28, 41000 ZAGREB, CROATIA – TEL.: (38) (041) 33 33 66; FAX.: 041/31 81 13

IIRO 13292

بسم الله الرحمن الرحيم

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH

رابطة العالم الاسلامي
مكه المكرمه

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

هيئة الإغاثة الإسلامية العالمية

CROATIA – BOSNIA & HERZEGOVINA OFFICE
ZAGREB

مكتب كرواتيا والبوسنة والهرسك
زاغرب

التاريخ : تقرير عن نشاطات المكتب منذ تأسيسه في ١٩٩٢/٥/١ وحتى ١٩٩٢/١١/٣٠

Date: ......

الرقم ......

Ref.: ......

سعادة الدكتور عبد الله العبدان مشرف ادارة الطوارىء
حفظه الله

السلام عليكم ورحمة الله

نرسل لكم تقريرا مختصرا عن نشاطات مكتب زاغرب منذ بداية تأسيسه في مطلع مايو ١٩٩٢ وحتى تاريخ اعداد هذا التقرير ، وننبه هنا ان هيئة الاغاثة الاسلامية العالمية كانت اول هيئة تفتح مكاتبها في كرواتيا لمساعدة الاخوة في البوسنة · حيث كانت صاحبة السبق في هذا المجال · وقد قام مكتب البوسنة والهرسك بالنشاطات التالية :ـ

* النشاطات الاغاثية :

١ ـ ارسال ما يقارب ١٥٠٠ طن " الف وخمسمائة طن " من المواد الغذائية شهريا الى المناطق المنكوبة في البوسنة ·

٢ ـ افتتاح ثلاث مكاتب فرعية في سلوفينيا وسبليت وريبيكاوتم توزيع مئات من الاطنان من المواد الغذائية شهريا على المخيمات وتجمعات المهاجرين في سلوفينيا وكرواتيا ـ وتقدر الكميات بحوالي ٢٠٠ طن شهريا بشكل غير دوري ·

٣ ـ تمت اعالة حوالي عشرين الف مهاجر في سلوفينيا وكرواتيا بحيث تقدم لهم الهيئة الطعام الكافي وكذلك الملابس بشكل دوري ومنتظم · حيث كفلت الهيئة بالتفاهم مع الحكومة الكرواتية عدة مخيمات رئيسية في مدينة زاغرب وما حولها و كذلك مدينة سبليت ·

مخيمات زاغرب : مخيم جاكوفو وفيه حوالي ٣٥٠٠ مهاجر ·
مخيم شبانسكو وفيه حوالي ٥٥٠ مهاجر ·
مخيم فيادوكت وفيه حوالي ٩٠ مهاجر ·

بسم الله الرحمن الرحيم


MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

CROATIA – BOSNIA & HERZEGOVINA OFFICE
ZAGREB

رابطة العالم الاسلامي
مكه المكرمه

هيئة الإغاثة الإسلامية العالمية

مكتب كرواتيا و البوسنة و الهرسك
زاغرب


Date:..................... التاريخ : .....................

Ref.:..................... الرقم : .....................

مخيم يارون وفيه حوالي ١٠٠ مهاجر .

مخيم بيونير وفيه حوالي ١١٠ مهاجر .

بحيث يقدم لهؤلاء وجبتين رئيسيتين يوميا .

٤ ـ تكفل الهيئة حوالي ٣٧٠ عائلة موجودين في سكنات متفرقة بحيث تدفع عنهم اجرة بيوتهم وتقدم لهم المواد الغذائية بشكل دوري كذلك " وتضم هذه العائلات ١٥٠٠ مهاجرا ما بين طفل وامراة " .

٥ ـ وتستعد الهيئة "في زاغرب" لزيارة عدد المستفيدين من هذه المساعدات ليشمل حوالي ١٠ آلاف نسمه في مدينة زاغرب وحدها بحيث يتم توزيع المواد الغذائية الرئيسية عليهم وكذلك مواد النظافة وغذاء الاطفال وذلك في صناديق مطبوع عليها شعارات الهيئة ، وقد اتخذت الهيئة جميع الاجراءات والاستعدادات للشروع في هذا العمل في ١٩٩٢\١٢\١ باذن الله .

٦ ـ اعدت الهيئة استمارات لكفالة اطفال المهاجرين بحيث تقدم لهم ما مجموعه ٥٠ دولار شهريا لكل طفل على شكل اطعمه والبسه ومتطلبات مدرسية ، وبلغ عدد الاطفال المكفولين في زاغرب وحدها حوالي ١٠٠٠ طفل .

٧ ـ تم افتتاح مكتب في زينيتسا بحيث يكون فيه المركز الرئيسي للتوزيع في وسط البوسنة . وتم فتح ٣٥ مركز فرعي موزع على المناطق المختلفة في داخل البوسنة بحيث تتم عن طريقها توزيع المواد التموينية والمساعدات العينيه بحسب عدد السكان المتواجدين في المنطقة وبنسبة مئوية .

ADRESS: SAVSKA 28, 41000 ZAGREB, CROATIA – TEL.: (38) (041) 33 33 66; FAX.: 041/31 81 13

بسم الله الرحمن الرحيم

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

CROATIA - BOSNIA & HERZEGOVINA OFFICE
ZAGREB

رابطة العالم الاسلامي
مكه المكرمه

هيئة الإغاثة الإسلامية العالمية

مكتب كرواتيا والبوسنة والهرسك
زاغرب

Date:______________ التاريخ : ______________

Ref.:______________ الرقم : ______________

٨ ـ وبما ان الهيئة هي الوحيدة التي لها هذه الكوادر وهذا النظام الدقيق في التوزيع بحيث يشمل كل المناطق الآمنة في البوسنة . فقد قدمت بعض الجهات والهيئات مساعدات تقدر بمئات الاطنان من( المواد الغذائية وطلبت ان توزعها عن طريق الهيئة واشخاص في الداخل .

وهذه الهيئات هي : البنك الاسلامي للتنمية ، الهيئة العليا ، المرحمة في زاغرب .

٩ ـ وقدمت الهيئة عشرات الاطنان من الادوية كذلك للمستشفيات داخل البوسنة .

١٠ ـ وزعت الهيئة كذلك ١٢ سيارة اسعاف كانت قادمة من بعض الهيئات الاسلامية على المستشفيات في الداخل .

١١ ـ تم توزيع حوالي ٤٠ الف بطانية على المهاجرين داخل البوسنة . )

* اما في المجال التربوي الثقافي :

فقد قامت الهيئة بالنشاطات التالية :

١ ـ توزيع ما يقرب ١٥٠ اماما ومعلمة على مناطق تجمعات المهاجرين ومخيماتهم للحفاظ على اخلاق هذا الشعب وثقافته .

٢ ـ عقدت الهيئة دورة تثقيفيه للمعلمين والمعلمات استمرت اسبوعين وحضرها حوالي ٨٠ معلم ومعلمة .

٣ ـ قامت الهيئة بطباعة عدد من الكتب باللغة البوسنوية ووزعتها على المهاجرين في الداخل والخارج وهذه الكتب كما يلي :

بسم الله الرحمن الرحيم

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH

رابطة العالم الاسلامي
مكه المكرمه

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

هيئة الإغاثة الإسلامية العالمية

CROATIA – BOSNIA & HERZEGOVINA OFFICE
ZAGREB

مكتب كرواتيا والبوسنة والهرسك
زاغرب

Date:..................... التاريخ :.....................

Ref.:..................... الرقم .....................

( ١ ) ـ UPUTE U VJERU لتعليم الصلاة للصغار والكبار عدد ( مئة الف نسخة ).

( ٢ ) ـ SUFARA لتعليم تلاوة القرآن التلاوة الصحيحة عدد ( ٤٠ الف نسخة ).

( ٣ ) ـ TALIMUL-ISLAM تعاليم الاسلام عدد ( ٣٠ الف نسخة ).

( ٤ ) ـ وقد وزعت الهيئة اعداد كبيرة من المصاحف باللغة العربية والمصاحف المفسرة باللغة البوسنوية كذلك.

٤ ـ تم تخريج حوالى ٢٥٠ طالبا وطالبة تلقوا العلوم الشرعية فى المدرسة الصيفية التى اعدتها الهيئة واستمرت حوالى شهرين كاملين ٧\١٥ وحتى ٩\١٥ اثناء العطلة الصيفية.

٥ ـ تم افتتاح مدرسة للعلوم الشرعية فى المركز الاسلامى فى زاغرب وبلغ عدد المسجلين فيها حتى الآن ٧٠٠ طالب وطالبة ـ بحيث يتلقون العلوم الشرعية فى عطلة الاسبوع " يومى السبت والاحد " وحوالى مئة طالب على مدار الاسبوع.

٦ ـ تم توزيع اللباس الشرعى وغطاء الرأس على جميع النساء اللواتى يحضرن صلاة الجمعة فى المسجد.

٧ ـ تم توزيع حوالى ١٥٠٠ لباس شرعى على النساء فى المخيمات المختلفة

* فى المجال الصحى :

١ ـ تم توظيف حوالى ٨ طبيبات و٨ ممرضات للعمل مع الهيئة منذ حوالى ٣ شهور للقيام بالاشراف الصحى والمعالجة لجميع المهاجرين فى اماكن تجمعاتهم ومخيماتهم. وقد اتفق على ان تقوم الاغاثة الانسانية والتابعة لنقابة الاطباء فى مصر بتامين الادوية لهؤلاء الاطباء بحيث تكفى لجميع المهاجرين فى زاغرب وما حولها. مشاركة منها بهذا

بسم الله الرحمن الرحيم

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH

رابطة العالم الاسلامي
مكه المكرمه

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

هيئة الإغاثة الإسلامية العالمية

CROATIA - BOSNIA & HERZEGOVINA OFFICE
ZAGREB

مكتب كرواتيا والبوسنة والهرسك
زاغرب

Date:

التاريخ :

Ref.:

الرقم :

الجهد الطيب للهيئة

٢ ـ وتقوم الطبيبات بالتوعية الصحية للمهاجرين بواسطة بعض المحاضرات والدروس .

* في المجال الاعلامي :

فقد قام مكتب الهيئة بالنشاطات التالية : ـ

١ ـ انتاج ونسخ ما يقرب من ١٢٠ فيلم فيديو تصور مأساة الشعب المسلم في البوسنة شهريا واهدائها للضيوف وبعض الشخصيات المهتمة بهذه القضية .

٢ ـ انتاج حوالي ٦٠ البوم من الصور الفوتوغرافية شهريا وتوزيعها على الضيوف كذلك " تبين المذابح والدمار الذي تعرض له هذا الشعب "

٣ ـ عمل الخرائط والبيانات للبوسنة توضح التركيبة السكانية والجغرافية فيها .

٤ ـ اصدار نشرة اخبارية يومية توضح آخر الاخبار في البوسنة .

٥ ـ اصدار نشرة اسبوعية وتحتوي على بعض التحليلات والتعليقات لبعض المسئولين في كرواتيا والبوسنة .

عمل معرض للصور في زاغرب لتوضيح مأساة البوسنة . وحضره عدد من الشخصيات البوسنوية والكرواتية .

٧ ـ تغطية نشاطات الهيئة في المجالات الاغاثية والانسانية . وتصويرها بالفيديو .

* اما عن نشاط الهيئة في المجال التنسيقي بين الهيئات الاسلامية و الانسانية العاملة في الساحة : ـ

بسم الله الرحمن الرحيم

رابطة العالم الاسلامي
مكه المكرمه

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH

هيئة الإغاثة الإسلامية العالمية

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

مكتب كرواتيا والبوسنة والهرسك
زاغرب

CROATIA – BOSNIA & HERZEGOVINA OFFICE
ZAGREB

التاريخ : ................ Date: ................

الرقم : ................ Ref.: ................

( ١ ) ـ فقد دعت الهيئة الى تكوين مجلس تنسيقى للتنسيق بين الهيئات لمنع التضارب و الازدواجية فى الاعمال . وخدمة المهاجرين والمسلمين فى البوسنة على اكمل وجه .

( ٢ ) ـ وقد تم انتخاب الاستاذ زاهر عبد العزيز المشرف على مكاتب الهيئة فى البوسنة والهرسك وكرواتيا وسلوفينيا رئيسا لهذا المجلس لما يتصف به من نشاك وحسن ادارة وتخطيط بحيث نال ثقة الغالبية العظمى من الهيئات والبالغ عددها حوالى ٢٠ هيئة او لجنة .

( ٣ ) ـ وقد تم انتخاب الهيئة كذلك كرئيس للجنة الدعوة والتربية لنشاط الهيئة المتميز فى هذا المجال .

وهناك الكثير من النشاطات المتفرقة التى قامت الهيئة بها لا يتسع المجال لذكرها .

وفقنا الله واياكم لما يحب ويرضى .

مدير مكتب زاغرب

د . عماد الدين محمد

[stamp: INTERNATIONAL ISLAMIC RELIEF ORGANIZATION / هيئة الإغاثة الإسلامية العالمية] [signature]

ADRESS: SAVSKA 28, 41000 ZAGREB, CROATIA – TEL.: (38) (041) 33 33 66; FAX.: 041/31 81 13

TRANSPERFECT

**CERTIFICATE OF TRANSLATION**

I, Rasha Toppozada-Yow, am fluent in the Arabic and English Languages, I have been translating documents for over 15 years and am competent to translate from Arabic to English. My qualifications include BA in Economics (*Suma Cum Laude*) from American University in Cairo (AUC), Cairo, Egypt (6/93) and MA in Economics from New York University, New York, NY, Graduate School of Arts and Sciences (5/95).

I hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document titled:

**IIRO 13287-13292**

________________________

Rasha Toppozada-Yow
March 14, 2019