# EXHIBIT “90”

[logo] Muslim World League

# Muslim World League

## Secretariat General, Makkah al-Mukarramah

**Report by**

**The Secretariat General of the Muslim World League**

**Submitted to the Constituent Council**

**At its Thirty-Sixth Session**

**Held in Makkah al-Mukarramah**

**during the period 08/04-08/06/1421 AH**

**corresponding to 10/31-11/02/2000 AD**

# Part II

IIRO017415

EXHIBIT
tabbies
Turki-44
9/15/18 am

**Distribution and Subscriptions:**

The General Directorate of Information has undertaken the distribution and subscriptions mission as described below:

| Publication Title | No. of copies printed | No. of copies distributed | Subscriptions |
|---|---|---|---|
| MWL Journal | 12,000 per week | 8,000 | 5966 |
| Al-Rabita Magazine | 10,000 per month | 8,000 | 2,000 |
| Al-Rabita Magazine (English Ver.) | 6,000 per month | 4,000 | 2,000 |
| Dawat Al-Haq series | 76,000 | | 611 |
| Fiqh Council Magazine | 250 received | 217 | |
| Masjid Magazine | 500 received | 300 | |
| Annual calendar | 300 received | 200 | |
| Translations of the Quran | | 87,268 | |
| Books, Quran copies, Quran dictionaries and interpretation books | | 184,531 | |

Being aware of the dimensions and aspects of intellectual conflict between Islam and its opponents and enemies, the General Directorate of Information has remained faithful to its role in confronting all currents and protecting the thought of the Muslims from being contaminated by misguided and destructive ideas and ideologies.

IIRO017451

## General Directorate for Administrative and Financial Affairs

The General Directorate for Administrative and Financial Affairs serves as an assistant department that extends the personnel affairs services at the League, including training, skill development, issue of decisions regulating appointment, transfer, promotion, secondment and delegation, leaves and record closing. It further extends services related to financial affairs, including maintaining regular books and records for accounting purposes, such as booking, receiving, disbursing, collecting and securing supplies, and preparing budgets and final accounts according to the standards and regulations in force.

The enclosed statistical data reflects the Directorate's achievements during the period from Shaaban 1418 until Shaaban 1421 AH.

**MWL Employees and Workers (in service) as on 07/30/1420 AH [11/08/1999]**

| Employees | Secondments to MWL | Workers | Total | Secondments from MWL | In-service staff |
|---|---|---|---|---|---|
| 281 | 3 | 73 | 356 | 2 | 354 |

**New appointments during the period from 1418-1421 AH**

| MLW Secretariat General, Makkah al-Mukarramah | | | | | MWL Offices and Centers Abroad | |
|---|---|---|---|---|---|---|
| Employees | Workers | Consultants | Wage-based | Total | Employees and workers | Total |
| 69 | 14 | 18 | 9 | 109 | 58 | 58 |

**Staff members whose records have been closed**

| MLW Secretariat General, Makkah al-Mukarramah | | | | | | MWL Offices and Centers Abroad | |
|---|---|---|---|---|---|---|---|
| Employees | Instructors | Workers | Consultants | Wage-based | Total | Employees and workers | Total |
| 52 | 4 | 23 | 8 | 6 | 93 | 78 | 78 |

IIRO017452

No. of Personnel whose Records have been Closed

| Job title | Resignation | Regular age [i.e. for service-ending or retirement] | Death | Absence | Illness | Non-transfer of sponsorship [Kafala] | Termination | Expiry of employment term |
|---|---|---|---|---|---|---|---|---|
| Employees | 15 | 19 | 6 | 5 | 1 | 4 | 2 | - |
| Workers | 1 | 16 | 2 | 1 | - | 2 | - | - |
| Consultants | - | - | - | - | - | - | - | 8 |
| Wage-based | - | - | - | - | - | - | - | 6 |
| Institute instructors | 1 | 2 | - | - | 1 | - | - | - |
| Abroad | 10 | 7 | 2 | 59 | | | | |

MWL Revenues and Expenses during the Years 1417/18-1419/20

| **Revenues** | | | | **Expenses** | | | |
|---|---|---|---|---|---|---|---|
| Fiscal Year | Saudi Government Subsidy | Other revenues | Total revenues | Line I | Line II | Line III | Total expenses |
| 417/418 | 80,000,000.00 | 2,883,528.00 | 82,883,528.00 | 33,603,071.90 | 6,557,322.28 | 31,332,119.90 | 71,492,513.37 |
| 418/419 | 80,000,000.00 | 6,970,943.73 | 86,970,943.73 | 32,208,059.30 | 4,361,658.87 | 41,924,787.44 | 78,494,505.44 |
| 419/420 | 80,000,000.00 | 4,733,758.96 | 84,733,758.96 | 31,896,294.00 | 5,537,091.86 | 42,573,371.15 | 80,006,757.01 |
| Total | 240,000,000.00 | 14,588,230.69 | 254,588,230.69 | 97,707,424.70 | 16,456,073.11 | 115,830,278.49 | 229,993,775.82 |

IIRO017453