# EXHIBIT “92”

<table>
<tr><td colspan="2">Muslims World League<br>**International Islamic Relief Organization**<br>**In the Kingdom of Saudi Arabia**<br>Sponsorship / Department<br>…………………………..</td><td colspan="2">[Logo: International Islamic Relief Organization, In the Kingdom of Saudi Arabia]<br>**Memorandum for Presentation to the Secretary General**<br>**From Departments & Sponsorships**</td><td>Transaction No. ~~*1235*~~ *1235/* [illegible]<br>Date: *01/27/1422 AH* [04/21/2001]<br>Enclosures No.: ( )<br>**Form No. 1/100**</td></tr>
<tr><td colspan="3">**Sent by**: *Financial Supervisor*</td><td colspan="2">**Country**: Pakistan</td></tr>
<tr><td colspan="5">**Summary:** *Difficulty of meeting the requirements of the auditor assigned to audit the financial documents in the Office there [in Pakistan]*</td></tr>
<tr><td>**Consideration & Justifications:**<br><br>**Proposed Action:**</td><td colspan="4">*With reference to the Agreement concluded with the External Auditor Office in Pakistan and the perception we made at the beginning as we added a paragraph that obligates the External Auditor to attend to Jeddah in order to complete auditing the documents archived in the Financial Department; it was a good action made by us given the developments in the case based on the outcomes of the investigation carried out by the Office's employees. For example, certain invoices are forged with names of unreal companies. The team went to the addresses of these companies and shops and confirmed that they are unreal. Here, we can't through all accountants of the Financial Department and Sponsorships notice the foregoing due to the absence of field contact, in addition to the requirements of the auditor, as he requires reviewing all the documents of the sponsorships in light of the limited data and [illegible] that are continuously disrupted, and cardboard boxes of documents kept in my office within the case file.*</td></tr>
<tr><td colspan="2">**Name**</td><td colspan="2">**Signature:**</td><td>**Date: / /142 AH**</td></tr>
</table>

<table>
<tr><td colspan="2">**His Excellency** *Very urgent* **May Allah save him**</td></tr>
<tr><td>□ **No Problem**<br>□ **For agreement**<br>□ **For reconsideration**<br>□ **For preparing reply**<br>□ **For completing the necessary**<br>□ **For apology**<br>□ **For follow up**<br>□ **For archive**</td><td>*Dear Dr. Yousuf,*<br>*Kindly hold a meeting with Mr.* [illegible], *Mr. Bashawri, Mr. Sharaf, and Mr.* [illegible] *and provide your opinion in writing in light of the foregoing* [illegible] *to the External Accountant.*<br>*For follow up*<br>*01/29*<br>**Secretary General**<br>**Dr. Adnan bin Khalil Basha**</td></tr>
</table>

Note: The consideration enclosures shall be attached to the back of this memo directly. When this memo is insufficient for the consideration, a white paper containing the supplement shall be attached.

<table>
<tr><td colspan="2">Muslims World League<br>**International Islamic Relief Organization**<br>**In the Kingdom of Saudi Arabia**<br>Sponsorship / Department<br>…………………………..</td><td colspan="2">[Logo: International Islamic Relief Organization, In the Kingdom of Saudi Arabia]<br>**Memorandum for Presentation to the Secretary General**<br>**From Departments & Sponsorships**</td><td>Transaction No.<br>Date:<br>Enclosures No.: ( )<br><br>**Form No. 1/100**</td></tr>
<tr><td colspan="3">**Sent by**:</td><td colspan="2">**Country**:</td></tr>
<tr><td colspan="5">**Summary:**</td></tr>
<tr><td>**Consideration & Justifications:**<br><br><br><br><br><br><br>**Proposed Action:**</td><td colspan="4">*As well, the employees, either the secretary staff or auditors, have not enough time. Up to now, no transfer decision has been issued with respect to the group.*<br><br>*We don't deny or reduce the importance of the case, which involves millions of riyals. The estimated cost of the flight tickets and accommodation of the Office's delegates in Jeddah will not exceed tens of thousands. In addition, there will be quick response to the court with respect to the provision of evidence and supporting documents.*<br><br>*I hope your excellency approve the arrangement of the auditor's coming from Pakistan and allow them to personally review and copy the required documents. (Attached please find the sent report). May Allah reward you.*</td></tr>
<tr><td colspan="2">**Name:** *Abdul Aziz Bashawri*</td><td colspan="2">**Signature:** [signature]</td><td>**Date:** *01/27/*1422 **AH [04/21/2001]**</td></tr>
</table>

| **His Excellency** | **May Allah save him** |
|---|---|
| □ **No Problem**<br>□ **For agreement**<br>□ **For reconsideration**<br>□ **For preparing reply**<br>□ **For completing the necessary**<br>□ **For apology**<br>□ **For follow up**<br>□ **For archive** | **Secretary General**<br>**Dr. Adnan bin Khalil Basha** |

Note: The consideration enclosures shall be attached to the back of this memo directly. When this memo is insufficient for the consideration, a white paper containing the supplement shall be attached.

رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

الرعاية / الإدارة ..................

INT'L ISLAMIC RELIEF ORG. THE KINGDOM OF SAUDI ARABIA

رقم المعاملة : [illegible]

تاريخـها : / / ١٤٢٠هـ

عدد المرفقات (     )

# مذكرة عرض على الأمين العام من الإدارات والرعايات

نموذج رقم ١ / ١٠٠

الجهـة المرسلة : المشرف المالي     الدولة : الباكستان

ملخص الموضوع : [illegible]

الدراسة والمبررات : [illegible]

صورة [illegible]

الإجراء المقترح : [illegible]

الاسـم : [illegible]     التوقيع : [illegible]     التاريخ : / / ١٤٢٠هـ

سعـادة : [illegible]     حفظه الله

☐ لا مانـع

☐ للمفاهمة

☐ لإعادة الدراسة

☐ لإعـداد الـرد

☐ لإكمـال اللازم

☐ للإعتذار

☐ للمتابعة

☐ للحفـظ

[illegible]

الأمين العام

د. عدنان بن خليل باشا

IIRO031006

ملاحظة : توضع مرفقات الدراسة خلف هذه المذكرة مباشرة - عند عدم كفاية هذه المذكرة للدراسة ترفق ورقة بيضاء معها بالتكملة .

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

INT'L ISLAMIC RELIEF ORG. THE KINGDOM OF SAUDI ARABIA

الرعاية / الإدارة ..............................

الرقم : ..................
تاريخها : / / ١٤٢ هـ
عدد المرفقات ( )

## مذكرة عرض على الأمين العام من الإدارات والرعايات

نموذج رقم ١ / ١٠٠

الجهة المرسلة : .............................. الدولة : ..............................

ملخص الموضوع : ..............................

الدراسة والمبررات : وكذلك لعدم تفرغ الموظفين من أعمالهم السكرتارية والمراجعة والذي تشاهدونه لم يسمح حتى الآن بتغطية الحركة.

ونحن لا نشك أو نشكك في أهمية القضية التي تبلغ حجم المسؤولية بين مراجعة الزيارات، فلو حصلنا تغطية [illegible] وإقامة [illegible] الكتب عند تحديد الأجرة لا تتعدى عشرات الألوف [illegible] إلى البيانات [illegible] في الحال في تقديم الدولة والمنشآت [illegible].

الإجراء المقترح : أرجو من سعادتكم الموافقة على ترشيح مندوب [illegible] بعض البلدان [illegible] وكذلك [illegible] [illegible] (٣) [illegible]

الاسم : عبد العزيز [illegible] التوقيع : [signature] التاريخ : ٢٧/ ١ / ١٤٢٢هـ

سعادة : حفظه الله

- ☐ لا مانع
- ☐ للمفاهمة
- ☐ لإعادة الدراسة
- ☐ لإعداد الرد
- ☐ لإكمال اللازم
- ☐ للإعتذار
- ☐ للمتابعة
- ☐ للحفظ

الأمين العام

د. عدنان بن خليل باشا

ملاحظة : توضع مرفقات الدراسة خلف هذه المذكرة مباشرة – عند عدم كفاية هذه المذكرة للدراسة ترفق ورقة بيضاء معها بالتكملة.

IIRO031007

TRANSPERFECT

**CERTIFICATE OF TRANSLATION**

I, Jabber Mohammad, am fluent in the Arabic and English Languages, I have been translating documents for over 6 years and am competent to translate from Arabic to English. My qualifications include (a Bachelor's Degree in Languages and Translation, Azhar University in Cairo, Egypt (2011/12); Legal Translation Career Certificate, the American University in Cairo (2010); UN Manual Translation Career Certificate, the American University in Cairo (2011); and Print Media Translation Career Certificate, the American University in Cairo (2011)).

I hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached documents titled:

IIRO 311316.TIF
IIRO 287233.tif
IIRO 168291.pdf
IIRO 127895.pdf
IIRO 117362.jpg
IIRO 111029.jpg
IIRO 111020.jpg
IIRO 103718.jpg
IIRO 31160-31166.pdf
IIRO 31131.pdf
IIRO 31022-31023.pdf
IIRO 31006-31007.pdf
IIRO 16270-16276.pdf

Jabber Moha

Name: Jabber Mohammad

Date: 17 February 2019