# EXHIBIT "93"

MUSLIM WORLD LEAGUE
**INTL. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**
**Financial and Administrative Follow Up Department**

[Logo: Muslim World league, Intl. Islamic Relief Org., The Kingdom of Saudi Arabia]

Ref:
Date:

*A maximum limit must be estimated. 8/30*

Subject:
Corresponding to:

**Dear Dr. Mohammed Fedaa Al Din Bahgat** **May Allah save him**

**Peace, mercy and blessings of Allah be upon you;**

During the handover/takeover between the directors of Pakistan Office in late 1421 AH, the General Secretariat experienced difficulty in applying the mechanism under which the handover/takeover is conducted between the directors, the books and documents are reviewed, and the trial balance is checked, which is supposed to be provided by the financial official there [in Pakistan] along with the statements of the bank accounts, and with the settlement of their book accounts. It was found out that there was a manipulation that led to hiding the book system. As a result, the delegation formed for this task had to investigate the facts about the financial performance. The collected evidence indicated the existence of cheating, forgery and misuse of the IIRO's funds, which were used for the disbursement of private projects. Accordingly, the foregoing represents violations of the IIRO's financial and administrative regulations.

The issue was reported to the official authorities in Pakistan. The financial official there [in Pakistan] was arrested and he is under investigation with the reservation of the Office's director, who is of a Saudi origin. It was preferred that he faces the trial here until the irrefutable evidence that convict him are completed. As well, a Pakistani auditor was appointed to audit the Office's operations through contacting the banks in which the Office has accounts and reviewing the sponsorships existing in Pakistan. He submitted his report after his visit to the KSA, in which he reviewed certain documents. As well, an internal committee in the General Secretariat submitted a report, in which it recommended the appointment of an external auditor to complete auditing the rest documents, that should be audited to further ascertain cheating and forgery and detect more through the documentary review.

EXHIBIT
depobook.com
Basha-149
LVF 02-21-19

Please quote Ref. No. and date when replying.

Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SG
Email: relief@iirosa.org

MUSLIM WORLD LEAGUE
**INTL. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**
**Financial and Administrative Follow Up Department**

[Logo: Muslim World league, Intl. Islamic Relief Org., The Kingdom of Saudi Arabia]

Ref:
Date:

Subject:
Corresponding to:

Accordingly, we asked Osama A. El Khereiji Office, which is assigned to audit the accounts of the local offices, to make an offer to review the documents of Pakistan Office, which exceeds 31 cardboard boxes containing files and settlement entries for the term of the previous director. El Khereiji made its offer as per its advisory hour rate; namely, SAR 250 (two hundred and fifty Saudi riyals), provided that the audit team will be from the financial department, who will work under the supervision and monitoring of and as per a program prepared by the Office.

I hope you express your opinion and provide advice as there is a variation between the opinions of the Auditor before the disbursement and the Director of Financial and Administrative Follow-up with respect to the price offered by Osama A. El Khereiji Office.

**Your cooperation is appreciated.**

**May Allah reward you.**

[signature]

**Secretary General**
[signature]
**Adnan bin Khalil Basha**



Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SG
Email: relief@iirosa.org

MUSLIM WORLD LEAGUE
INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

INT'L ISLAMIC RELIEF ORG. THE KINGDOM OF SAUDI ARABIA

إدارة المتابعة المالية والإدارية

Sub. : الموضوع :

No : الرقم :

Date : التاريخ :

سعادة د / محمد فداء الدين بهجت حفظه الله

السلام عليكم ورحمة الله وبركاته

قابلت الأمانة العامة أثناء دور التسليم والاستلام مابين مدرائها بمكتب الباكستان في أواخر عام ١٤٢١هـ صعوبة في تطبيق الآلية التي يتم بموجبها الاستلام والتسليم مابين المدراء والاطلاع على السجلات والمستندات ومطابقة ميزان المراجعة والمفترض تقديمه من قبل المسؤول المالي هناك مع كشوفات الحسابات البنكية وتسوية حساباتها دفترياً حيث تبين أن هناك تلاعباً أدى إلى إخفاء المنظومة الدفترية اضطر على أثرها الوفد المشكل لهذه المهمة إلى تقصي الحقائق حول الأداء المالي ، فكانت الأدلة المجمعة تشير إلى وجود تحايل وتزوير وسوء استخدام لأموال الهيئة والتي كان يتم الصرف منها على مشاريع خاصة بما يعد مخالفات للوائح المالية والإدارية للهيئة .

وبلغت الجهات الرسمية بالباكستان ، واعتقل المسؤول المالي هناك رهن التحقيق مع التحفظ على مدير المكتب وهو سعودي الأصل وفضلنا محاكمته هنا ريثما تكتمل الأدلة الدامغة في إدانته ، كما عين مراجع حسابات باكستاني لمراجعة عمليات المكتب من خلال الاتصالات البنكية المفتوح بها حسابات المكتب وكذلك مراجعة الرعايات الموجودة بالباكستان وقدم تقريره بعد زيارة للمملكة والتي تمت فيها مراجعة بعض المستندات ، كما تم الرفع لنا من قبل لجنة داخلية بالأمانة العامة والتي أوصت بضرورة تعيين مراجع حسابات خارجي يستكمل مراجعة بقية المستندات والتي يجب مراجعتها لمزيد من التأكد مما حدث من تحايل وتزوير والكشف عن المزيد من ذلك من خلال المراجعة المستندية .

لذلك طلبنا من مكتب سعادة أ / أسامة الخريجي المكلف بمراجعة حسابات المكاتب المحلية تقديم عرض مراجعة مستندات عهدة مكتب الباكستان والتي تربو على ٣١ كرتوناً بها ملفات



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ – تليفون : ٦٥١٢٣٣٣ – ٦٥١٥٤١١ – فاكس : ٦٥١٨٤٩١ – تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

MUSLIM WORLD LEAGUE
INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
إدارة المتابعة المالية والإدارية

Sub. : ................ : الموضوع

No : ................ : الرقم

Date : ................ : التاريخ

وقيود تسوية على فترة المدير السابق ، حيث قدم عرضه على أساس سعر الساعة الاستشارية للمكتب بـ ٢٥٠ ريال ( مائتين وخمسون ريالاً ) على أن يكون فريق المراجعة من موظفي الإدارة المالية والذين سوف يعملون تحت إشراف المكتب وبموجب برنامج معد من قبلهم وتحت متابعتهم .

آمل من سعادتكم إبداء الرأي والنصيحة حيث تباينت المرئيات عند كل من سعادة المراقب المالي قبل الصرف بالنيابة وسعادة مدير إدارة المتابعة المالية والإدارية فيما يتعلق بالسعر الذي قدمه مكتب سعادة أ / أسامة الخرجي .

شاكرين لكم حسن تعاونكم .

وجزاكم الله خيراً ،،،

الأمين العام

د / عدنان بن خليل باشا

TRANSPERFECT

# CERTIFICATE OF TRANSLATION

I, Jabber Mohammad, am fluent in the Arabic and English Languages, I have been translating documents for over 6 years and am competent to translate from Arabic to English. My qualifications include (a Bachelor's Degree in Languages and Translation, Azhar University in Cairo, Egypt (2011/12); Legal Translation Career Certificate, the American University in Cairo (2010); UN Manual Translation Career Certificate, the American University in Cairo (2011); and Print Media Translation Career Certificate, the American University in Cairo (2011)).

I hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached documents titled:

IIRO 311316.TIF
IIRO 287233.tif
IIRO 168291.pdf
IIRO 127895.pdf
IIRO 117362.jpg
IIRO 111029.jpg
IIRO 111020.jpg
IIRO 103718.jpg
IIRO 31160-31166.pdf
IIRO 31131.pdf
IIRO 31022-31023.pdf
IIRO 31006-31007.pdf
IIRO 16270-16276.pdf

Jabber Moha

Name: Jabber Mohammad

Date: 17 February 2019