# EXHIBIT "95"

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Internal Auditor

[Duplicate Text]

Subject: ----

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

No. 116/8207
Date: 09/18/1425 AH
(11/01/2004 AD)

**His Excellency Mr. Fahd bin Mohamed Sanad Al Harbi, may Allah bless him**
**Manager of the Organization's Office in Indonesia**

May the peace, mercy, and blessings of Allah be upon you.

Subject: Draft of the Field Auditing Report of the Organization's Office in Indonesia

With reference to the field auditing carried out by our representative to your Office between 08/15/1425 to 08/26/1425 AH (09/30/2004 to 10/11/2004 AD), please find attached the initial draft of the report on the results of auditing and field inspection.

Please review and express your opinions on the notes contained in the report draft within 30 days from date, so we can do our study, prepare the final report, and submit it on the scheduled time.

Thank you for your kind cooperation.

Please accept my kindest regards.

Internal Auditor
09/18/1425 AH (11/01/2004 AD)
Mr. Ismail bin Hasan Mandoura
[Signed]

A copy, with greetings, shall be sent to His Excellency General Manager of the Organization

[**SEAL**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia, Secretariat General, 2*]

Muslim World League
International Islamic Relief Organization
Indonesia Office
Incoming
No. 7350/25
Date: 11/01/1425 AH
(12/13/2004 AD)
Agency: B (1)

[**Handwriting**: *Brother Yasser, please reply to the notes in the report*].

Please quote ref. No. and date when replying [Duplicate Text]

[Duplicate Text]

Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

D:\Mywork\1420\AUDITORS\STAFF\REPORT\OMAR\Indonesia_Vls.Doc

11/01/2004



EXHIBIT
HARBI 173

In the name of Allah, the Gracious, the Merciful

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Internal Auditor

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

**CONFIDENTIAL**

**THE INTERNAL AUDITOR'S REPORT ON THE FIELD AUDITING REPORT OF THE ORGANIZATION'S OFFICE IN INDONESIA**

**BETWEEN 08/15/1425 TO 08/26/1425 AH (09/30/2004 TO 10/11/2004 AD)**

D:\Mywork\1420\AUDITORS\STAFF\REPORT\COVER\COVER008.DOC

10/31/2004

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Internal Auditor

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

**CONTENTS OF REPORT**


| | Page |
|---|---|
| First: Introduction | 2 |
| Second: Objectives of the Field Auditing | 2 |
| Third: Notes of the Field Auditing | 2 |
| Fourth: Summary | 10 |
| Fifth: Opinion | 10 |
| Sixth: General Recommendations | 11 |

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE KINGDOM OF
SAUDI ARABIA
Internal Auditor

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

First: Introduction

The field auditing of the Organization's Office in Indonesia comes as a supplement to the documentary auditing carried out within the framework of the Internal Auditor's work plan for the fiscal year 1424/1425 AH (2003/2004 AD).

It is worth mentioning that the Office was opened in 1989, and was supervised by many managers, the latest of whom was Mr. Fahd bin Mohamed Sanad Al Harbi, who succeeded Mr. Fawzy bin Hasan Mohamed Jamal in accordance with the receipt and delivery minutes dated 07/21/1425 AH (09/06/2004 AD). The Office carries out the Organization's projects in Indonesia in the field of mosques, well digging, and orphan sponsorship (the orphans belonging to charitable associations). In the field of propagation, the number of propagators is 118, while we did not find any activity of health care, education care, or Holy Quran. However, there are memorization workshops across some institutes funded by the International Commission for the Holy Quran. The Office has a staff member appointed by the International Commission for the Holy Quran to oversee those workshops.

The Office has 8 employees, all of whom work under cooperation contracts except the accountant who works under a contract of employment.

The building occupied by the Office is leased by the League. Mr. Fahd Al Harbi manages the League's Office and the Organization's Office.

---

Second: Objectives of the Field Auditing:

The field auditing of the Organization's Office in Indonesia aims to:

- Examining and evaluating the accounting system;
- Examining the internal control system and verifying its procedures;
- Checking the entries and reviewing samples of key account fields;
- Verifying the existence of assets and the Office's possession of them; and
- Matching the payments sent from the Main Center to the Office and making sure they arrive and added to the bank account.

An integrated auditing program was prepared, which included survey lists to test, analyze, and accurately evaluate the systems, as well as identify their weaknesses and strengths. Also, lists were prepared to verify the actual existence of assets and acquisitions and the Office's possession of them.

---

Third: Notes of the Field Auditing:

1. The Accounting System: An examination of the accounting system existing in the Organization's Office in Indonesia and its ledger, we verified the following.
   a. The accountant does not use the double-entry method to state the financial records of the Office's transactions. He only uses the single-entry method, known as the daily record, and this of course has many disadvantages, the most important of which are the weakness of internal control, the complexity of extracting the auditing balances, the difficulty of detecting registration errors, etc.
   b. The Office did not use the serial accounting entries starting from No. (1) at the beginning of the fiscal year when stating the opening entry and ending with the entries of inventory settlements at the end of the year. Of course, the accountant did not use the daily entry records mentioned in the accounting manual for the foreign offices as approved by the Organization's Secretariat General.
   c. The Office uses the following ledgers:
      - Analytical ledger to follow up the disbursement of sponsorships in Dollars;

---

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Internal Auditor

[Logo: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

- Analytical ledger to follow up the disbursement of sponsorships in the local currency (Rupee); and
- Ledger to follow up the bank accounts.

**Recommendation:**

• The use of the double-entry method in stating the financial records in entries;

• The use of daily entry records according to the form contained in the accounting manual of the foreign offices. The Office can request daily entry records from the Financial Department of the Secretariat General in Jeddah. They are centrally printed and distributed to the local and foreign offices upon request.

• The necessity of using a general U.S. daily ledger of (16) fields, where the fields of accounts appear as follows:

| | | |
|---|---|---|
| - Fund | - Banks | - Administrative Affairs |
| - Social Care | - Health Care | - Engineering Care |
| - Program of the Holy Quran and Propagation | - Educational Care | - Seasonal Projects |
| - Pledges and Trusts | - Bank Interest | - Bank Fees and Taxes |

- Currency Exchange Differences
- Activity Cost (Mediation Account for monitoring the payments of sponsorships and programs)
- The General Ledger. This field is allocated to the accounts that have not been previously classified and non-recurring.

• Using assisting ledgers to analyze the main accounts or to collect more than one account in one ledger such as sponsorships, according to the discretion of the accountant in charge, including:

| | |
|---|---|
| - Bank assisting ledgers | - Administrative expenses analysis ledger |
| - Sponsorships and programs ledger | - Main Center's current ledger |

The following are examples of the accounting entries to clarify the transactions of stating the payments sent by the Secretariat General to implement the budgets of programs and sponsorships, in addition to the payments of the implementation of the administrative and operational expenses budget for the management of the Office, represented in the permanent advance and the reimbursements made during the fiscal year of expenses. Also, these examples clarify the Main Center's current account at the Office's accounting records and how it is closed in the updated account named as the activity account, which we intended to follow up the movement of all payments sent by the Secretariat General to various sponsorships and administrative affairs, and how to close all the vouchers sent from the Office to the Secretariat General to waive the trusts of sponsorships and the payment of the administrative expenses advance as well as the reimbursements. The following are examples of these entries:

• A payment is sent by the Secretariat General of Social Care and added to the bank account of the Office after deduction of bank fees. For example, when the amount transferred is $ 1,000 and the bank has a discount of $ 30, the prepayment shall be as follows:

| Credit | | |
|---|---|---|
| 1,000 | Bank Account | |
| | 970 | Account No. (060100411) Bank IFI<br>Net amount transferred to the social care |
| | 30 | Bank fees (of social care) |
| 1,000 | Activity Account (full amount transferred to social care) | |

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE KINGDOM OF
SAUDI ARABIA
Internal Auditor

[Duplicate Text]

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

Debit:
1,000 Main Center's current account
1,000 Social Care Account

(Proof of the right of the social care and charging it with the bank fees; proving the Main Center's credit in the full amount; proving it in the intermediary account – activity)

• When the sponsorship spends from its balance, the entry shall be as follows:

970 From the social care account
970 To the bank account No. (060100411)

(Proof of withdrawal from the bank for the social care with check No. ..........)

• Proof of charging the care with bank fees as follows:

30 From the social care account
30 To the bank account (bank fees)

• When sending the vouchers to the Secretariat General to waive the trust of the social care, the daily entry shall be as follows:

1,000 From the Main Center's current account
1,000 To the activity account (of the social care)

(Sending the vouchers of the social care in accordance with letter No. ...., dated....)

Transfer transactions to the assisting ledgers:

Bank Account No (060100411)

| | | | |
|---|---|---|---|
| 1,000 | To the social care account | 970 | From the social care account (Check No. ...........) |
| 970 | Account No. (060100411) | 30 | From the social car e account (bank fees) |
| 30 | Bank fees | | |
| 1,000 | | 1,000 | |

Main Center's Current Account

| | | | |
|---|---|---|---|
| 1,000 | To activity account (social) Sending vouchers to the Secretariat General | 1,000 | From activity account (social) Funding received from the Secretariat General |
| 1,000 | | 1,000 | |

Social Care Account

| | | | |
|---|---|---|---|
| 970 | To bank account | 1,000 | From the bank account |
| 30 | To bank account (bank fees) | | |
| 1,000 | | 1,000 | |

Activity Account

| | | | |
|---|---|---|---|
| 1,000 | To the Main Center's Account | 1,000 | From the Main Center's Account Vouchers sent to the Secretariat General |
| 1,000 | | 1,000 | |

• If a transfer is sent from the Secretariat General for the administrative and operational expenses of the Office (the permanent advance), according to the previous example, the entry shall be as follows:

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Internal Auditor

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

• <u>Credit:</u>

1,000 Bank account
  970 Account No. (060100411) Bank IFI
    Net transferred amount
  30 Bank Fees (Administrative Affairs)

1,000 Activity Account (full amount transferred to administrative affairs)
  <u>Debit</u>
  1,000 Main Center's Current Account
  1,000 Administrative Affairs Account

(Proof of the right of the administrative affairs and charging it with the bank fees; proving the Main Center's credit in the full amount; proving it in the activity account to follow-up the payment)

• <u>When the Administrative Affairs spends from its balance, the entry shall be as follows:</u>

970 From the Administrative Affairs account
  970 To the bank account No. (060100411)

(Proof of withdrawal to the Administrative Affairs with Check No. ................)

• <u>Proof of charging the Administrative Affairs with bank fees as follows:</u>

30 From the social car e account
  30 To the bank account (bank fees)

• <u>When sending vouchers to the Secretariat General to waive the trust of the Administrative Affairs, the daily entry shall be as follows:</u>

1,000 From the Main Center's Current Account
  1,000 To the Activity Account (Administrative)

(Sending vouchers of spending the administrative and operational expenses in accordance with letter No. ........., dated .......)

<u>Transfer transactions to the assisting ledgers:</u>

Bank Account No. (060100411)

| | | | |
|---|---|---|---|
| 1,000 | To the Administrative Affairs Account | 970 | From Administrative Affairs Account (Check No. .............) |
| 970 | Account No. (060100411) Transfer from the Secretariat General | 30 | From Administrative Affairs Account (Bank fees) |
| 30 | Bank fees | | |
| <u>1,000</u> | | <u>1,000</u> | |

Main Center's Current Account

| | | | |
|---|---|---|---|
| 1,000 | To Activity Account (Administrative) Sending vouchers to the Secretariat General | 1,000 | From Activity Account (Transfer to the Administrative Affairs) |
| <u>1,000</u> | | <u>1,000</u> | |

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Internal Auditor

[Logo: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

Administrative Affairs Account

| | | | |
|---|---|---|---|
| 970 | To Bank Account Check No. .......... | 970 | From Bank Account No. ....... |
| 30 | To Bank Account (Bank fees) | 30 | (Bank fees) |
| 1,000 | | 1,000 | |

Account Activity

| | | | |
|---|---|---|---|
| 1,000 | To Main Center's Account<br>Amount transferred from the Secretariat General to the Administrative Affairs | 1,000 | From Main Center's Account<br>Administrative Affairs vouchers sent |
| 1,000 | | 1,000 | |

This is a general framework that allows the accountant to regulate his accounts and control them in terms of the amounts received and spent, and for each program and sponsorship, with the possibility of matching the data with the Main Center at any time. The accountant can, as the case may be, increase or decrease the assisting ledger. The account is always in Dollars equivalent of the local currency, following the guidelines in the foreign offices manual as approved by the Secretariat General.

2. We could not match the balance of the Indonesia Office's current account No. 3701724, outstanding in the accounting records of the Financial Department, totaling SR 3,277,546.85, dated 06/30/1424 AH (08/29/2003 AD), because there is no current account for the Main Center in the accounting records of the Indonesia Office. Also, there is no accounting system enabling the implementation of any matching except for some payments sent to the Office from the Main Center during the auditing period (07/01/1423 – 06/30/1424 AH/09/08/2002 – 08/28/2003 AD). It has been verified that the Office received them by matching with the Office's bank account No. (060100411) in Bank IFI.

**Recommendation:**

• It is necessary to match the last period beginning from the date when Mr. Fawzy bin Hasan Mohamed Jamal took office. The basis is the delivery and receipt minutes prepared on the occasion of his taking office. The balances transferred from the previous period shall be addressed in the framework of the financial department's plan to settle the trusts.

3. After analyzing the Indonesia Office's current account No. (3701724) at the financial records, and calculating the cost No. (724), we verified that the amounts transferred to the Office from the Secretariat General and the financial provisions from the currency exchange differences during the auditing period (07/01/1423 – 06/30/1424 AH/09/08/2002 – 08/28/2003 AD), as distributed according to the sponsorships and programs, were as follows:

Table No. (1)

| Ref. | Statement | Amounts transferred from the Secretariat General | Financial provisions from currency exchange differences | Total |
|---|---|---|---|---|
| 1 | Administrative and operational expenses of the Office | 112,934.00* | 47,971.00 | 160,905 |
| 2 | Mosques and wells | 2,460,263.08 | - | 2,460,263.08 |
| 3 | Propagation and propagators | 120,368.06 | - | 120,368.06 |
| 4 | Social Care | 1,012,032.12 | - | 1,012,032.12 |
| 5 | Holy Quran workshops | - | - | - |
| 6 | Emergency relief | - | - | - |
| 7 | Providing the fasting with meals | 100,000.01 | 50,000.00 | 150,000.01 |
| 8 | Feast ram | 50,000.02 | - | 50,000.02 |
| Total | | 3,855,597.29 | 97,971 | 3,953,568.29 |

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Internal Auditor

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

* The amount includes SR 101,324 of reimbursements during the period, of which an amount of SR 2,372 transferred on 06/05/2003 AD and not entered under the costs of the Indonesia Office No. 724 in the financial records.

**Notes:**

Reviewing the auditing balance prepared by the Indonesia Office accountant for the period between 07/01/1423 – 06/30/1424 AH (09/08/2002 – 08/29/2003 AD), noting that the balance is in Dollars, we verified the following notes:

a. The balance of the Administrative Affairs account in the Office shows an excess in expenditure of $29,345.41, equivalent to SR 110,045.29. What is the source of fund of this expenditure?
b. We find that the credit amount during the balance period for the Administrative Affairs is $ 40,084.90, equivalent to SR 150,318.37, while the amounts transferred to the Administrative Affairs from the Secretariat General plus the financial provisions amounted to SR 160,905. What is the explanation of difference?
c. If we add the engineering care with the mosques and wells, we find that there is an excess in expenditure of $ 772.48, equivalent to SR 2,896.80, by adding the credit balance of the mosques and wells ($254,914.37) and the debit balance of the engineering care ($ 1,440), the balance will be a credit of $253,474.37. The credit is: $ 664,987.67 + 9,461.37 = $ 674,449.04, while the debit is $ 918,541.16 + 10,154.73 = $ 928,695.89. Thus, the excess is as follows:

| | |
|---|---|
| Balance of 07/01/1423 AH (09/08/2002 AD), credit: | $ 253,474.37 |
| Credit during the period: | $ 674,449.04 |
| | $ 927,923.41 |
| Debit during the period: | $ 928,695.89 |
| Excess in expenditure: | $ 772.48, equivalent to SR 2,896,80 |

d. Amounts transferred to mosques, wells, and engineering care from the Secretariat General during the period is SR 2,460,263.08, while the credit during the same period from the auditing balance is $ 674,449.04, equivalent to SR 2,529,183.90. What is the source of this increase?
e. Amounts transferred from the Secretariat General to the Social Care during the period amounted to SR 1,012,032.12, while the credit during the same period from the balance is $ 408,520.32, equivalent to SR 1,531,951.20. Where did this large increase which amounted to SR 519,919.08 come from?
f. We found from the auditing balance that the 'Halaqat and Khalawi' program amounted in credit to $ 9,411.74, equivalent to SR 35,294.02. The Secretariat General did not transfer any amounts to this program during the period at the end of which the auditing balance was made. Where did the refund come from? Or, what is the explanation of this credit?
g. The credit of the emergency relief program through the auditing balance showed an amount of $ 10,588, equivalent to SR 39,705. The Secretariat General did not transfer any amounts during the auditing period to this program. What is the explanation of this credit during this period?

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE KINGDOM OF
SAUDI ARABIA
Internal Auditor

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

h. The auditing balance showed that the credit of the program of providing the fasting with meals and the feast ream program totaled $ 40,000.01, equivalent to SR 150,000.03, while the amounts transferred from the Secretariat General plus the financial provisions from the currency exchange differences, totaled SR 200,000.02. Why was the full amount not recorded in both sides of credit and debit if the amount has been disbursed in full on the implementation of the projects. Otherwise, what is the explanation?

i. The expenditure from the currency exchange differences account in the balance was $ 33,024, equivalent to SR 123,840, while the total financial provisions with the currency exchange differences was SR 97,971 during the period (Table No. 1) above. What are the details of the increase in the expenditure and the financial provisions?

**Recommendation:**

- Answering all the previous queries in detail, supported by backup documents.

4. Reviewing the USD Dollar account of the Indonesia Office, No. (060100411) at Bank IFI, we found out that there are amounts on this account from the Organization's Local Office in the Eastern District during the period from 07/01/1423 to 06/30/1424 AH (09/08/2002 – 08/29/2003 AD), totaling $ 383,663.76, equivalent to SR 1,438,739.10 for the implementation of the projects of mosques, wells, orphans, and charitable organizations in Indonesia. The details of the amounts received and disbursed are in the following table:

Table No. (2)

| Ref. | Months | Amounts in USD | | Remaining Balance |
|---|---|---|---|---|
| | | Received | Disbursed | |
| 1 | October 2002 | 145,76 | 2,343.76 | (2,198) |
| 2 | December 2002 | 3,370.00 | - | 3,370 |
| 3 | February 2003 | 45,304.00 | 45,303.98* | 0.02 |
| 4 | March 2003 | 37,081.00 | - | 37,081 |
| 5 | April 2003 | 60,303.00 | 66,153.14 | (5,850.14) |
| 6 | May 2003 | 158,769.00 | 101,374.10 | 57,426.5 |
| 7 | June 2003 | 51,904.00 | 110,374.10 | (58,470.10) |
| 8 | July 2003 | 26,787.00 | 32,527.90 | (5,740.90) |
| 9 | August 2003 | - | 15,253.00* | (15,253) |
| Total | | 383,663.76 | 373,298.38 | 10,365.38 |

* including amounts disbursed from Bank IFI (The Rupee account).

**Notes:**

a. From Table (2) above, it is clear that the balance of the Eastern District Office's account remaining on 06/30/1424 AH (08/29/2003 AD) is $ 10,365.38, while the balance is $ 4,364.17. What is the reason for the difference and what is its explanation? Please provide the backup documents.

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE KINGDOM OF
SAUDI ARABIA
Internal Auditor

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

b. The balance of the Dollar bank account with Bank IFI is $ 4,830.51, while the remaining balance of the Eastern District Office in the same account is $ 10,365.38 in Table No. (2) above.

**Recommendation:**

- It is necessary to clarify the reasons for the difference of these balances, supported by the backup documents;
- It is necessary to implement all the projects of the Organization in Indonesia through the Organization's Office to ensure control and verify the application of standards.

5. By extrapolating the auditing balance being studied, we found out that the total bank balances in all accounts, whether in Rupee or in Dollars, and in all banks amounted to $ 33,807.36 on 06/30/1424 AH (08/29/2003 AD). The credit accounts amounted to $ 66,042.24. The details of the balances are as follows:

| | | |
|---|---|---|
| Mosques and wells | 1,360.88 | Dollars |
| Holy Quran Program | 329.59 | Dollars |
| Social Care | 31,731.72 | Dollars |
| Eastern District Office | 4,364.17 | Dollars |
| Interest Account in Dollars | 26,499.34 | Dollars |
| Interest Account in Rupee | 1,722.98 | Dollars |
| Currency exchange differences | 33.56 | Dollars |
| Total | 66,042.24 | Dollars |

It is clear that the deficit of the balance of the bank accounts is the difference between the total dues of the sponsorships stated above and the bank balances shown in the balance, as follows:

| | |
|---|---|
| - Credit balances to sponsorships | $ 66,042.24 |
| - Bank balances | $ 33,807.36 |
| - Deficit | $ 32,234.88 |

This corresponds the total excesses in the balance. (Attachment 1)

**Recommendation:**

- Clarifying how the dues of sponsorships and programs, totaling $ 66,042.24 will be secured.

6. Reviewing Account No. (060100411) of the Indonesia Office with Bank IFI, we found out that the amounts transferred from the Secretariat General during the reporting period amounted to SR 3,855,597.28 (Attachment 2)

**Notes:**

a. The Bank deducted an amount of $ 1,579.98, equivalent to SR 5,924.92, as bank fees and added to the Office's net account after deduction of these fees;

b. The Office accountant did not deal with the amounts deducted as bank fees. He only registered the net in favor of the Office, and this large difference makes the Office's trust not fully refundable.

**Recommendation:**

- Preparing a settlement equivalent to $ 1,509.98 in the bank fees account;
- Registering all fees deducted by the Bank during the previous and subsequent periods to the auditing period.

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Internal Auditor

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

7. While matching the payments transferred from the Secretariat General to the Office, we found out that there is an amount of $ 631.69, equivalent to SR 2,372, was added to the Office's Bank Account No. (060100411) with Bank IFI. (Attachment No. 3)

**Note:**

a. The amount was not recorded by the Financial Department on the Indonesia Office in its cost account No. (724) but on the Organization's general account No. (2442), dated 04/10/1424 AH (06/11/2003 AD)

**Recommendation:**

• Preparing a corrective entry at the Financial Department to list the amount in the cost center of the Indonesia Office.

**Fourth: Conclusion:**

The results of the field auditing of the Organization's Office in Indonesia indicate that there are notes regarding the accounting system and other notes regarding the matching of balances. Some of the other notes are as follows:

1. The Office does not use the systematic accounting entries based on the double-entry method, but uses the single-entry registration;
2. There is no ledger that meets the need for the effective accounting system;
3. The Office records the payments received from the Secretariat General in Dollars instead of recording them in the local currency;
4. The Office did not record any currency exchange differences during the reporting period (07/01/1423 - 06/30/1424 AH/09/08/2002 – 08/29/2003 AD);
5. The Office records the payments transferred to the Office from the Secretariat General in the net value without recording the amounts deducted by the Bank as bank fees;
6. We could not match the debit balance of the Office of SR 3,277,546.85 in the Financial Department's records in the Main Center because there is no current account in the Office for the Main Center;
7. The Office received an amount of SR 1,438,739.10 transferred from the Organization's Local Office in the Eastern District on the Office's Dollar account No. (06100411) with Bank IFI in Jakarta;
8. The excesses in expenditure on administrative affairs during the reporting period amounted to SR 110,045.29 according to the sponsorships and other programs account;
9. The Office spent an amount of SR 25,869 from the currency exchange differences without authorization from the officer in charge;
10. There is a deficit of $ 6,001.21 in the Eastern District account as apparent in the auditing balance;
11. The Office does not have a register to organize, classify, and number the assets.

**Fifth: Opinion:**

The results of the field auditing indicate that there is no accounting system and that the recording is done in the single-entry method, which is only used in small individual businesses. Therefore, the Office needs to design an accounting system suitable for its activity and needs a ledger that meets the requirements of work.

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Internal Auditor

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

**Sixth: General Recommendations:**

In addition to the recommendations to each note, we summarize the main recommendations to be guided by for the development and control of performance, in the following points:

1. It is necessary to prepare an accounting system as applicable in the financial department of the Organization's Secretariat General and its local and foreign offices;
2. Using a general U.S. daily ledger and its assisting analytical ledgers;
3. Committing to open a current account for the Main Center at the Office's accounting records to facilitate the continuous matching operations;
4. It is necessary to correct the apparent differences in the auditing balance and explain its reasons, as well as providing us with the updates;
5. It is necessary to record all the bank fees deducted by the Bank on the transferred amounts;
6. It is necessary to regularly inform the Secretariat General of any amounts transferred to the Office from the Organization's Local Office in the Eastern District or from any other agency;
7. Recording any amounts transferred to the Office from any agency other than the Main Center in the pledges account so that they can be dealt with apart from the accounts of the Office;
8. It is necessary to record the accounts in the local currency to be consistent with the backup documents that are always in the country's local currency;
9. It is necessary not to spend from the accounts of currency exchange differences and bank interests except by authorization by the His Excellency the Organization's Secretary General;
10. Addressing the apparent deficit in the balance of the Eastern District Office as contained in the auditing balance and providing us with the update;
11. Replying to the draft of this report within the specified period so that we can submit on the schedule time.

Attachment (1)
Number of pages: 1

**The Auditing Balance between 07/01/1423 – 06/30/1424 AH (09/08/2002 – 08/29/2003 AD)**

| Statement | Balance 07/01/1423 AH (09/08/2002 AD) | | | | Annual Movement | | | | Closing Balance 06/30/1424 AH (08/29/2003 AD) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Debit | | Credit | | Debit | | Credit | | Debit | | Credit | |
| Secretariat General | | | | | | | | | | | | |
| Administrative affairs | 82 | 10,800 | | | 49 | 58,629 | 90 | 40,084 | 41 | 29,345 | | |
| Mosques and wells | | | 37 | 254,914 | 16 | 918,541 | 67 | 664,987 | | | 88 | 1,360 |
| Engineering care | 00 | 1,440 | | | 73 | 10,154 | 37 | 9,461 | 36 | 2,133 | | |
| Holy Quran and Propagation Program | | | 34 | 590 | 53 | 32,255 | 78 | 31,994 | | | 59 | 329 |
| Social Care | | | 69 | 603 | 29 | 377,392 | 32 | 408,520 | | | 72 | 31,731 |
| Halaqat and Khalawi | | | 87 | 19,737 | 72 | 29,905 | 74 | 9,411 | 11 | 756 | | |
| Urgent Relief | | | 29 | 3,367 | 29 | 13,955 | 00 | 10,588 | | | | |
| Providing the fasting with meal and the feast ram | | | | | 01 | 40,000 | 01 | 40,000 | | | | |
| Total Secretariat General | 82 | 12,240 | 56 | 279,213 | 22 | 1,480,834 | 79 | 1,215,048 | 88 | 32,234 | 19 | 33,422 |
| The Eastern District in Dammam | | | | | 62 | 402,092 | 79 | 406,456 | | | 17 | 4,364 |
| Total Eastern District account | | | | | 62 | 402,092 | 79 | 406,456 | | | 17 | 4,364 |
| Sub accounts | | | | | | | | | | | | |
| Interest balance in Dollars | | | 48 | 22,257 | 97 | 1,728 | 83 | 5,970 | | | 34 | 26,499 |
| Interest balance in Rupee | | | 91 | 1,138 | 58 | 228 | 65 | 812 | | | 98 | 1,722 |
| Currency exchange differences balance | | | 56 | 33,057 | 00 | 33,024 | | | | | 56 | 33 |
| Total sub accounts | | | 95 | 56,453 | 55 | 34,981 | 48 | 6,783 | | | 88 | 28,255 |
| Bank accounts | | | | | | | | | | | | |
| Bank Mandiri Dollars | 74 | 23 | | | 07 | 00 | 81 | 23 | | | | |
| Bank Mandiri Rupee | 33 | 326 | | | | 0 | 13 | 31 | 20 | 295 | | |
| Bank IFI Dollars | 51 | 322,286 | | | 01 | 1,450,610 | 01 | 1,768,066 | 51 | 4,830 | | |
| Bank IFI Rupee | 11 | 790 | | | 31 | 307,717 | 34 | 286,284 | 08 | 22,223 | | |
| Treasury Account | | | | | 80 | 24,496 | 23 | 18,038 | 57 | 6,458 | | |
| Total banks account | 69 | 323,426 | | | 19 | 1,782,824 | 52 | 2,072,443 | 36 | 33,807 | | |
| | 51 | 335,667 | 51 | 335,667 | 58 | 3,700,732 | 58 | 3,700,732 | 24 | 66,042 | 24 | 66,042 |

886,

8565

8,712,5 the average

IIRO 35002

Attachment (2)

Number of pages: 2

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE KINGDOM OF
SAUDI ARABIA
Internal Auditor

[Logo: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

**The amounts transferred to the Indonesia Office**
**Between 07/01/1423 – 06/30/1424 AH (09/08/2002 – 08/29/2003 AD)**

| Statement | Transfer Date | Amount | | Bank Fees | Net | |
|---|---|---|---|---|---|---|
| | | Dollars | Riyals | | Dollars | Riyals |
| Last payment to build (3) mosques | 09/30/2002 | 9,066.78 | 34,000.01 | 30 | 9,036.67 | 33,887.51 |
| Complete payment to drill (27) artesian wells | 09/30/2002 | 32,980.00 | 123,675.00 | 36 | 32,944.00 | 123,540.00 |
| Complete payment to drill (15) artesian wells and (53) surface wells | 10/01/2002 | 29,988.00 | 112,455.00 | 36 | 29,952.00 | 112,320.00 |
| Second payment to build (27) mosques | 10/08/2002 | 35,376.00 | 132,660.00 | 36 | 35,340.00 | 132,525.00 |
| Second payment to build mosques | 10/11/2002 | 77,843.02 | 20,758.14 | 30 | 20,728.14 | 77,730.52 |
| Last payment to build (9) mosques | 10/11/2002 | 9,107.20 | 34,152.00 | 30 | 9,077.20 | 34,039.50 |
| Net payment to build (51) mosque | 10/11/2002 | 9,520.00 | 35,700.00 | 30 | 9,490.00 | 35,587.50 |
| Dedicated to providing the fasting with meals for the year 1423 AH | 10/28/2002 | 26,666.67 | 100,000.01 | 36 | 26,630.67 | 99,865.01 |
| 60% of the building of (35) mosques | 11/08/2002 | 132,091.74 | 459,344.02 | 36 | 132,055.74 | 495,209.02 |
| Orphans Supervisor Salary 02/01 – 09/07/2003 AD | 11/14/2002 | 2,314.67 | 8,680.01 | 30 | 2,284.67 | 8,567.51 |
| 60% of the cost of building 11 mosques | 11/27/2002 | 44,879.99 | 186,299.99 | 124.74 | 44,755.25 | 167,832.18 |
| Sponsorship of Propagators' Supervisor (03/03 - 09/07/2002 AD) | 12/24/2002 | 1,695.47 | 6,358.01 | 30 | 1,665.47 | 6,245.51 |
| Reimbursement for the salaries of September and October 2002 | 01/09/2003 | 2,120.00 | 7,950.00 | 30 | 2,090.00 | 7,837.50 |
| Dedicated to the implementation of the feast ram program for the year 1423 AH | 01/27/2003 | 13,333.34 | 50,000.02 | 30 | 13,303.34 | 49,884.52 |
| Reimbursement for the salaries of November 2002 | 01/27/2003 | 4,500.00 | 1,200.00 | 25 | 1,175.00 | 4,406.25 |
| Reimbursement for the salaries of December 2002 | 01/27/2003 | 4,500.00 | 1,200.00 | 25 | 1,175.00 | 4,406.25 |
| Reimbursement for the salaries of November 2002 | 01/28/2003 | 117.60 | 441.00 | 23 | 94.60 | 354.75 |
| Reimbursement for the salaries of October and November 2002 | 01/28/2003 | 647.47 | 2,428.01 | 25 | 622.47 | 2,334.26 |
| Reimbursement for the salaries of November 2002 | 01/29/2003 | 656.00 | 2,460.00 | 30 | 626.00 | 2,347.50 |
| Orphans Supervisor Salary 09/08 – 12/31/2002 | 02/03/2003 | 1,205.34 | 4,520.02 | 25 | 1,180.34 | 4,426.27 |
| Orphans sponsorship from 03/01/1422 to 06/30/1422 AH (05/24/2001 – 09/19/2001 AD) | 02/03/2003 | 48,104.02 | 12,827.74 | 30 | 12,797.74 | 47,991.52 |
| Feast gratuity for (17) orphans for previous years | 02/04/2003 | 860.54 | 3,227.02 | 35 | 825.54 | 3,095.77 |
| Last payment to sponsor orphans 1422/1423 AH | 02/04/2003 | 57,381.60 | 215,181.00 | 36 | 57,345.60 | 215,046.00 |
| Second payment to sponsor orphans 11/01/1423 – 02/30/1423 AH (01/04/2003 – 05/13/2002 AD) | 02/04/2003 | 76,929.34 | 288,485.02 | 36 | 76,893.34 | 288,350.02 |
| Orphans sponsorship from 10/01/1422 – 10/30/1422 AH (12/07/2001 – 01/15/2002 AD) | 02/04/2003 | 115,952.54 | 434,822.02 | 36 | 115,916.54 | 434,687.02 |
| Sponsorship of propagator Salaheddine Al-Nadawi 09/08/2002 – 12/31/2002 AD | 02/28/2003 | 4,896.54 | 18,362.02 | 30 | 4,866.54 | 18,249.52 |
| Sponsorship of propagator Salaheddine Al-Nadawi 04/01/2002 – 09/07/2002 AD | 02/28/2003 | 6,803.47 | 25,513.01 | 30 | 6,773.47 | 25,400.51 |
| Sponsorship of propagators and propagators' supervisor | 03/05/2003 | 18,702.67 | 70,135.01 | 43.37 | 18,659.30 | 69,972.37 |
| Salary of orphans' accounts officer | 03/06/2003 | 803.47 | 3,013.01 | 42.87 | 760.60 | 2,852.25 |
| Reimbursement for the salaries of January 2003 | 03/12/2003 | 1,200.00 | 4,500.00 | 30 | 1,170.00 | 4,388.50 |
| The salary of engineer Xuanto | 04/08/2003 | 2,515.74 | 9,434.03 | 30 | 2,485.74 | 9,321.52 |
| The salaries of the orphans' supervisor and accounts officer | 05/05/2003 | 1,600.00 | 6,000.00 | 42 | 1,558.00 | 5,842.50 |
| | | 675,397.95 | 2,532,742.28 | 1,118.98 | 674,278.97 | 2,528,543.06 |

09/04/1425 AH (10/18/2004 AD)

D:\Mywork\1420\AUDITORS\STAFF\REPORT\OMAR\Indonesia_Vls.Doc

IIRO 35003

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Internal Auditor

[Duplicate Text]

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

| Statement | Transfer Date | Amount | | Bank Fees | Net | |
|---|---|---|---|---|---|---|
| | | Dollars | Riyals | | Dollars | Riyals |
| Previous | | 675,397.95 | 2,532,742.28 | 1,118.98 | 674,278.97 | 2,528,543.06 |
| Reimbursement for the salaries of March 2003 | 05/07/2003 | 3,689.60 | 13,836.00 | 30 | 3,659.60 | 13,723.50 |
| Reimbursement for the manager's salaries (Fawzi) | 05/07/2003 | 11,866.93 | 44,500.99 | 30 | 11,836.93 | 44,388.49 |
| 30% of the cost of building (35) mosques | 05/07/2003 | 64,224.00 | 240,840.00 | 30 | 64,194.00 | 240,727.50 |
| 30% of the cost of building (35) mosques | 05/09/2003 | 64,224.00 | 240,840.00 | 30 | 64,194.00 | 240,727.50 |
| 30% of the cost of building (16) mosques | 05/13/2003 | 30,667.20 | 115,002.00 | 30 | 30,637.20 | 114,889.50 |
| Costs of drilling (37) surface wells | 05/20/2003 | 6,591.47 | 24,718.01 | 30 | 6,561.47 | 24,605.51 |
| Travel tickets for the manager (Fawzi) | 05/20/2003 | 3,096.00 | 11,610.00 | 30 | 3,066.00 | 11,497.50 |
| Last payment to drill (9) wells | 05/20/2003 | 4,352.00 | 16,320.00 | 30 | 4,322.00 | 16,207.50 |
| Second payment to build (6) mosques | 05/20/2003 | 11,281.07 | 42,304.01 | 30 | 11,251.07 | 42,191.51 |
| Second payment to build (3) mosques and last payment to build (17) mosques | 05/20/2003 | 54,550.80 | 204,153.00 | 30 | 54,410.80 | 204,040.50 |
| Second payment to build (3) mosques and last payment to build (17) mosques | 05/20/2003 | 28,656.00 | 107,460.00 | 30 | 28,626.00 | 107,347.50 |
| Second payment to build (14) mosques | 05/23/2003 | 52,294.13 | 196,102.99 | 30 | 52,258.13 | 195,967.99 |
| Reimbursement for the salaries of April 2003 | 06/03/2003 | 3,689.60 | 13,836.00 | 30 | 3,659.60 | 13,723.50 |
| Payment to build (3) mosques | 06/27/2003 | 13,056.00 | 48,960.00 | 30 | 13,026.00 | 48,847.50 |
| Reimbursement for the salaries from 02/01/2003 – 03/28/2003 AD | 06/10/2003 | 631.69 | 2,372.00 | 35 | 596.69 | 2,240.57 |
| | | 1,028,158.44 | 3,855,597.28 | 1,579.98 | 1,026,578.46 | 3,849,669.13 |

* Bank fees are related to the two mentioned amounts were recorded.

Attachment No. (3)
No. of pages: 3

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Financial Department

[Logo: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. 105/3095/24 Subject: ----
Date: 04/09/1424 AH (06/10/2003 AD)

His Excellency the Manager of the Organization's Office in Indonesia, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

Attached is transfer No. ......., dated 06/06/2003 AD, of $ 631.69 (Only six hundred thirty-one Dollars and 69/100), equivalent to SR 2,372.

This is for paying the remaining amount of the reimbursement of the permanent advance for administrative and operational expenses for the year 1423/1424 AH (2002/2003) with the total expenditures (salaries and wages) from 02/01/2003 to 03/28/2003 AD.

We hope that you will notify us by fax No. 6512885 that you receive the amount as soon as you receive it, supported by the receipt voucher indicating that you registered it in your records. Please send the backup documents indicating the expenditure.

We do thank you and appreciate your kind cooperation with us.

Please accept our kindest regards

**Manager of the Financial Department**
**Saleh bin Abdullah Al Saykhan [Signed]**
**04/07/1424 AH (06/08/2003 AD)**

**[SEAL: *International Islamic Relief Organization in the Kingdom of Saudi Arabia, Secretariat General, 2*]**

**Muslim World League**
**International Islamic Relief Organization**
**Indonesia Office**
**Incoming**
**No. 174/24**
**Date: 04/11/1424 AH**
**(06/12/2003 AD)**
**Agency: (12)**

Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 651891 – Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

[Illegible date] IIROR O 699 2 6512997 P. 01

TOTAL P.02

Al Rajhi Banking & Investment Corp.

**Customer Advise for Banking & Transactions**

| | | |
|---|---|---|
| Cash 6 | 05/06/03 | 15 |

**Electronic Transfer**

Remitter Data
- Membership: 78561
- Short English: Intl. Islamic Relief Organization
- Short Arabic" Relief Organization (illegible)
- Current Account: 20600-001-0006080085381
- Phone: 6512333

Beneficiary Data
- Beneficiary Sequence: 57
- Short Name: International Islamic Relief Organization
- Current Account: 060 1001411
- Address 1: Indonesia
- Address 2:
- City:
- Phone:
- Bank: Bank IFI
- Branch: Plaza Bapindo Tower 11 Ground Fl. JL
- Address/City: Jend Suoirman Kav54-55 Jakarta 12190
- Bank Country: Indonesia

Order Data
- Amount: 631.69 USD – United Stated Dollars
- [*Illegible*] Fee:
- Transfer Fee:
- Equivalent: 2,372.00 SR Saudi Riyal
- Exchange Rate: 3.754999 Value Rate: 06/03
- Remitter to: Others
- Beneficiary:

Your unique reference number for this payment is: PON/1440500/20
Please quote only number per any correspondence related to your payment
[*Illegible*] 0000000606
We confirm the accuracy of the [*Illegible*] on this form. I/We exempt Al Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and/or transmission [*Illegible*] failure and from any [*Illegible*] and/or misunderstanding by third party. I approved [*Illegible*] of any amounts from the transfer value (as commissions or charges or others) due to any party in relation to this transfer. The Corp. reserves the right to cancel the transfer if customer declines to respond to [*Illegible*] other [*Illegible*] the first inquiry. Further, customer shall incur [*Illegible*].

Remitter Signature

Teller's Signature [Duplicate Text]

Branch Stamp [Duplicate Text]

01-Jun-2003 07:57 IIROR O 699 2 6512997 P. 02

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
IN THE KINGDOM OF SAUDI ARABIA
Financial Department

Printed on 09/03/1425 AH (10/17/2004 AD)
Page: 1

Daily Entries
***************
Payments

| Entry No. 2442/2 | | | Check No. Transfer | | Date: 04/10/1424 AH (06/11/2003 AD) |
|---|---|---|---|---|---|
| Ref. | Debit | Credit | Country | Code | Account No./Name |
| 1 | 2,372.00 | 0.00 | W/o | W/o | 6001001 Organization General |
| 2 | 0.00 | 2,372.00 | W/o | W/o | 2203005 Al Rajhi Al Ruweis Sadka |
| | 2,372.00 | 2,372.00 | Total Entry | | |

Explanation of the entry: Payment of the remaining part for the reimbursement of the Indonesia Office, which was previously registered in entry No. 2282, Account: 06/06/2003 AD

| | | | | |
|---|---|---|---|---|
| 01-Jun-2003 | 07:56 | IIROR O | 699 2 6512997 | P. 01 |

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

Sub. : الموضوع :

الرقم : ١١٦/ ٢٥٠/ ٨٥ No
التاريخ ١٤٢٥/٩/١٨ Date :

سعادة الأستاذ / فهد بن محمد سند الجربي حفظه الله
مدير مكتب الهيئة في إندونيسيا

السلام عليكم ورحمة الله وبركاته ،،،

الموضوع : مسودة تقرير المراجعة الميدانية لمكتب الهيئة بإندونيسيا

إشارة إلى المراجعة الميدانية التي قام بها مندوبنا لمكتبكم خلال الفترة من ١٤٢٥/٠٨/١٥هـ إلى ١٤٢٥/٠٨/٢٦هـ ، تجدون برفقه مسودة التقرير الأولية لما أسفرت عنه نتائج المراجعة والفحص الميداني .

نأمل الإطلاع وإبداء مرئياتكم حول ما جاء في مسودة التقرير من ملاحظات ، وذلك خلال ثلاثين يوماً من تاريخه ، لكي يتسنى لنا الدراسة وإعداد التقرير النهائي ورفعه في الوقت المحدد .

شاكرين لكم كريم تعاونكم ،،،

وتقبلوا خالص تحياتي وتقديري ،،،

المراقب الداخلي

١٤٢٥/٩/١٨

أ. إسماعيل بن حسن مندورة

صورة مع التحية لسعادة أمين عام الهيئة .

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
الرقم: ٢٥/٧٣٥
التاريخ: ١٤٢٥/١١/١هـ
(١)

الأخ / ياسر
للرد على الملاحظات بالتقرير



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
D:\MYWORK\1420\AUDITORS\MANAGER\MESS\MESS OUT OFF\O.DOC Email: relief@iirosa.org : البريد الالكتروني

٢٠٠٤/١١/٠١

IIRO 34989

بسم الله الرحمن الرحيم

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
**هيئة الإغاثة الإسلامية العالمية**
بالمملكة العربية السعودية
جهاز المراجع الداخلي

# سري

# تقرير جهاز المراجع الداخلي عن المراجعة الميدانية لمكتب الهيئة في إندونيسيا

## خلال الفترة
## من ١٥/٠٨/١٤٢٥هـ إلى ٢٦/٠٨/١٤٢٥هـ

The Muslim World League
Intl. Islamic Relief Org.
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

# محتويـــــات التـقـــــريـــــــر


| | الصفحة |
|---|---|
| أولاً : المقدمة . | ٢ |
| ثانياً : أهداف المراجعة الميدانية . | ٢ |
| ثالثاً : ملاحظات المراجعة الميدانية . | ٢ |
| رابعاً : الخلاصة . | ١٠ |
| خامساً : الرأي . | ١٠ |
| سادساً : التوصيات العامة . | ١١ |

The Muslim World League
Intl. Islamic Relief Org.
In Saudi Arabia
Internal Auditor

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

## أولاً : المقدمة :

تأتي المراجعة الميدانية لمكتب الهيئة في إندونيسيا استكمالاً للمراجعة المستندية التي تمت في إطار خطة عمل جهاز المراجع الداخلي للعام المالي ٢٤/١٤٢٥هـ .

ومما يجدر ذكره أن المكتب افتتح في عام ١٩٨٩م وتعاقب عليه عدة مدراء آخرهم الأستاذ / فهد بن محمد سند الحربي الذي استلم المكتب من الأستاذ / فوزي بن حسن محمد جمال بموجب محضر الاستلام والتسليم المعد في ١٤٢٥/٠٧/٢١هـ . ويطلع المكتب بتنفيذ مشاريع الهيئة في دولة إندونيسيا في مجال المساجد وحفر الآبار وكفالة الأيتام (أيتام يتبعون لجمعيات ومؤسسات خيرية) ، أما في مجال الدعوة فإن عدد الدعاة (١١٨) داعية ، بينما لم نجد نشاطاً للرعاية الصحية ولا الرعاية التعليمية ولا القرآن الكريم ، إلا أنه توجد حلقات تحفيظ عبر بعض المعاهد تمول من قبل الهيئة العالمية للقرآن الكريم . ويوجد بالمكتب موظف معين من قبل الهيئة العالمية للقرآن الكريم يشرف على تلك الحلقات .

هذا ويعمل بالمكتب عدد (٨) موظفين جميعهم يعملون بموجب عقود تعاون ما عدا المحاسب فيعمل بموجب عقد عمل .

والمبنى الذي يشغله المكتب مؤجر من قبل الرابطة ، ويقوم الأستاذ / فهد الحربي بإدارة مكتبي الرابطة والهيئة .

## ثانياً : أهداف المراجعة الميدانية :

تهدف المراجعة الميدانية لمكتب الهيئة في إندونيسيات إلى :

- فحص النظام المحاسبي وتقييمه .
- فحص نظام الرقابة الداخلية والتحقق من إجراءاتها .
- الفحص القيدي ومراجعة عينات من عناصر الحسابات الرئيسية .
- التحقق من وجود الأصول وملكيتها للمكتب .
- مطابقة الدفعات المرسلة من المركز الرئيسي إلى المكتب والتأكد من وصولها وإضافتها إلى حساب المكتب البنكي .

هذا وقد أُعد برنامجاً متكاملاً للمراجعة اشتمل على قوائم استقصاء لاختبار وتحليل الأنظمة وتقييمها بدقة وتحديد مواطن الضعف والقوة فيها ، كما أعدت قوائم للتحقق من الوجود الفعلي للأصول والمقتنيات وملكيتها للمكتب .

## ثالثاً : ملاحظات المراجعة الميدانية :

١- النظام المحاسبي : بفحص النظام المحاسبي القائم في مكتب الهيئة بإندونيسيا ومجموعته الدفترية تبيّن لنا الآتي :

أ - لا يستخدم المحاسب نظرية القيد المزدوج في إثبات الأحداث المالية لعمليات المكتب ، بل يقوم فقط باستخدام القيد المفرد - ما يتعارف عليه باليومية الزفرة - وهذا بالطبع له سلبيات كثيرة من أهمها إضعاف الرقابة الداخلية وتعقيد استخراج موازين المراجعة وصعوبة اكتشاف أخطاء التسجيل و ........ إلخ .

ب - لم يستخدم المكتب القيود المحاسبية التسلسلية التي تبدأ من رقم (١) في بداية العام المالي عند إثبات القيد الافتتاحي وتنتهي بقيود التسويات الجردية نهاية العام . وبالطبع لم يستخدم المحاسب سندات قيود اليومية الواردة بالدليل المحاسبي للمكاتب الخارجية المعتمد من قبل الأمانة العامة للهيئة .

جـ - يستخدم المكتب الدفاتر الآتي :

- دفتر تحليلي لمتابعة صرف الرعايات بالدولار .

- دفتر تحليلي لمتابعة صرف الرعايات بالعملة المحلية (الروبية) .
- دفتر لمتابعة حركة الحسابات البنكية .

**التوصية :**

- استخدام نظرية القيد المزدوج في إثبات الأحداث المالية قيدياً .
- استخدام سندات قيود اليومية وفقاً للنموذج الوارد في الدليل المحاسبي للمكاتب الخارجية ، ويمكن للمكتب طلب دفاتر سندات قيود اليومية من الإدارة المالية بالأمانة العامة بجدة ، حيث تطبع مركزياً وتوزع على المكاتب المحلية والخارجية حسب الطلب .
- ضرورة استخدام دفتر يومية عامة أمريكية (١٦) خانة تكون عناصر الحسابات على خاناته كالآتي :

| | | |
|---|---|---|
| - الصندوق . | - البنوك . | - الشؤون الإدارية . |
| - الرعاية الاجتماعية . | - الرعاية الصحية . | - الرعاية الهندسية . |
| - برنامج القرآن الكريم والدعوة . | - الرعاية التعليمية . | - المشاريع الموسمية . |
| - عهد وأمانات . | - الفوائد البنكية . | - الرسوم البنكية والضرائب . |
| - فروقات العملة . | - تكلفة النشاط (حـ/وسيط لمراقبة دفعات الرعايات والبرامج) . | |

- الأستاذ العام ويخصص هذه الخانة للحسابات التي لم يرد تصنيفها فيما سبق والغير متكررة .

- استخدام دفاتر أستاذ مساعدة لتحليل الحسابات الرئيسية أو جمع أكثر من حساب في دفتر واحد كالرعايات مثلاً وبحسب تقدير المحاسب القائم بالعمل ومنها :

| | |
|---|---|
| - دفتر مساعد البنوك . | - دفتر تحليل المصروفات الإدارية . |
| - دفتر الرعايات والبرامج . | - دفتر جاري المركز الرئيسي . |

وفيما يلي نماذج من القيود المحاسبية لتوضيح عمليات إثبات الدفعات المرسلة من الأمانة العامة لتنفيذ ميزانيات البرامج والرعايات ، وكذلك دفعات تنفيذ ميزانية المصروفات الإدارية والتشغيلية لإدارة المكتب والمتمثلة في السلفة المستديمة والاستعاضات التي تتم خلال السنة المالية للمصروفات ، وكذلك توضيح حساب المركز الرئيسي الجاري لدى سجلات المكتب المحاسبية وكيفية إقفاله في الحساب المستحدث الذي سميناه حساب النشاط والذي قصدنا منه متابعة حركة كل الدفعات المرسلة من الأمانة العامة للرعايات المختلفة والشؤون الإدارية ، وكذلك إقفال كل مستندات الصرف التي ترسل من المكتب للأمانة العامة لإسقاط عهد الرعايات وسداد سلفة المصروفات الإدارية وكذلك الاستعاضات ، وفيما يلي نتناول نماذج من هذه القيود :

- عند وصول دفعة مرسلة من الأمانة العامة للرعاية الاجتماعية وإضافتها إلى حساب المكتب البنكي بعد خصم الرسوم البنكية ، فمثلاً المبلغ المحوّل ١٠٠٠ دولار وقام البنك بخصم ٣٠ دولار يكون قيد الإثبات كالتالي :

  - <u>من مذكورين :</u>

١٠٠٠ حـ/البنك .

٩٧٠ الحساب رقم (٠٦٠١٠٠٤١١) بنك إيفي
صافي المبلغ المحوّل لصالح الرعاية الاجتماعية .

٣٠ الرسوم البنكية (الخاصة بالرعاية الاجتماعية)

١٠٠٠ حـ/النشاط (كامل المبلغ المحوّل لصالح الاجتماعية)

The Muslim World League
Intl. Islamic Relief Org.
In Saudi Arabia
*Internal Auditor*

رابطـة العـالـم الإسـلامـي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

إلى مذكورين :

١٠٠٠ حـ/جاري المركز الرئيسي .

١٠٠٠ حـ/الرعاية الاجتماعية .

(إثبات حق الرعاية الاجتماعية وتحميلها بالرسوم البنكية وإثبات دائنية المركز الرئيسي بكامل المبلغ ، وكذلك إثباته في الحساب الوسيط - النشاط - ) .

- عندما تقوم الرعاية بالصرف من رصيدها يكون القيد كالتالي :

٩٧٠ من حـ/الرعاية الاجتماعية .

٩٧٠ إلى حـ/البنك رقم (٠٦٠١٠٠٤١١) .

(إثبات السحب من البنك للصرف على الرعاية الاجتماعية بالشيك رقم .......... )

- إثبات تحميل الرعاية برسوم البنك كالتالي :

٣٠ من حـ/الرعاية الاجتماعية .

٣٠ إلى حـ/البنك (رسوم بنكية) .

- عند إرسال مستندات الصرف للأمانة العامة لإسقاط عهدة الرعاية الاجتماعية يكون قيد اليومية كالآتي :

١٠٠٠ من حـ/جاري المركز الرئيسي

١٠٠٠ إلى حـ/النشاط (خاص بالرعاية الاجتماعية) .

(إرسال مستندات صرف خاصة بالرعاية الاجتماعية بموجب الخطاب رقم ..... وتاريخ ...... ) .

عمليات الترحيل إلى الدفاتر المساعدة :

حـ/البنك رقم (٠٦٠١٠٠٤١١)

| | | | |
|---|---|---|---|
| ١٠٠٠ | إلى حـ/الرعاية الاجتماعية<br>٩٧٠ حـ/رقم (٠٦٠١٠٠٤١١)<br>٣٠ رسوم بنكية | ٩٧٠ | من حـ/الرعاية الاجتماعية (شيك رقم .....) |
| | | ٣٠ | من حـ/الرعاية الاجتماعية (م. بنكية) |
| ١٠٠٠ | | ١٠٠٠ | |

حـ/جاري المركز الرئيسي

| | | | |
|---|---|---|---|
| ١٠٠٠ | إلى حـ/النشاط (اجتماعية)<br>إرسال مستندات الصرف إلى الأمانة العامة | ١٠٠٠ | من حـ/النشاط (اجتماعية)<br>التمويل الوارد من الأمانة العامة |
| ١٠٠٠ | | ١٠٠٠ | |

حـ/الرعاية الاجتماعية

| | | | |
|---|---|---|---|
| ٩٧٠ | إلى حـ/البنك | ١٠٠٠ | من حـ/البنك |
| ٣٠ | إلى حـ/البنك (م. بنكية) | | |
| ١٠٠٠ | | ١٠٠٠ | |

حـ/النشاط

| | | | |
|---|---|---|---|
| ١٠٠٠ | إلى حـ/المركز الرئيسي | ١٠٠٠ | من حـ/المركز الرئيسي<br>(المستندات المرسلة للأمانة العامة) |
| ١٠٠٠ | | ١٠٠٠ | |

- في حالة وصول تحويل مرسل من الأمانة العامة لصالح المصروفات الإدارية والتشغيلية للمكتب (السلفة المستديمة) وبنفس المثال السابق يكون القيد كالآتي :

- من مذكورين :

١٠٠٠ حـ/البنك .

٩٧٠ الحساب رقم (٠٦٠١٠٠٤١١) ببنك إيفي

صافي المبلغ المحوّل .

٣٠ الرسوم البنكية (الخاصة بالشؤون الإدارية)

١٠٠٠ حـ/النشاط (كامل المبلغ المحوّل للشؤون الإدارية)

إلى مذكورين :

١٠٠٠ حـ/جاري المركز الرئيسي

١٠٠٠ حـ/الشؤون الإدارية .

(إثبات حق الشؤون الإدارية وتحميلها بالرسوم البنكية وإثبات دائنية المركز الرئيسي بكامل المبلغ ، وكذلك إثباته في حـ/النشاط لمتابعة تسديده ) .

- عندما تقوم الشؤون الإدارية بالصرف من رصيدها يكون القيد كالتالي :

٩٧٠ من حـ/الشؤون الإدارية .

٩٧٠ إلى حـ/البنك رقم (٠٦٠١٠٠٤١١) .

(إثبات السحب لصالح الشؤون الإدارية بالشيك رقم .......... )

- إثبات تحميل الشؤون الإدارية بالرسوم البنكية كالتالي :

٣٠ من حـ/الرعاية الاجتماعية .

٣٠ إلى حـ/البنك (رسوم بنكية) .

- عند إرسال مستندات الصرف للأمانة العامة لإسقاط عهدة الشؤون الإدارية يكون قيد اليومية كالآتي :

١٠٠٠ من حـ/جاري المركز الرئيسي

١٠٠٠ إلى حـ/النشاط (خاص بالإدارية)

(إرسال مستندات صرف المصروفات الإدارية والتشغيلية بموجب الخطاب رقم .......... وتاريخ ........ ) .

عمليات الترحيل إلى الدفاتر المساعدة :

حـ/البنك رقم (٠٦٠١٠٠٤١١)

| | | | |
|---|---|---|---|
| ١٠٠٠ | إلى حـ/الشؤون الإدارية<br>٩٧٠ حـ/رقم (٠٦٠١٠٠٤١١)<br>تحويل من الأمانة العامة<br>٣٠ رسوم بنكية | ٩٧٠<br>٣٠ | من حـ/الشؤون الإدارية (شيك رقم .....)<br>من حـ/الشؤون الإدارية (م. بنكية) |
| ١٠٠٠ | | ١٠٠٠ | |

حـ/جاري المركز الرئيسي

| | | | |
|---|---|---|---|
| ١٠٠٠ | إلى حـ/النشاط (الإدارية)<br>إرسال المستندات للأمانة العامة | ١٠٠٠ | من حـ/النشاط (التحويل الوارد للإدارية) |
| ١٠٠٠ | | ١٠٠٠ | |

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
**هيئة الإغاثة الإسلامية العالمية**
بالمملكة العربية السعودية
جهاز المراجع الداخلي

حـ/الشؤون الإدارية

| | | | |
|---|---|---|---|
| ٩٧٠ | إلى حـ/البنك شيك رقم ... | ١٠٠٠ | ٩٧٠ من حـ/البنك حـ/رقم ..... |
| ٣٠ | إلى حـ/البنك (م. بنكية) | | ٣٠ (الرسوم البنكية) |
| ١٠٠٠ | | ١٠٠٠ | |

حـ/النشاط

| | | | |
|---|---|---|---|
| ١٠٠٠ | إلى حـ/المركز الرئيسي<br>المبلغ المحول من الأمانة العام للإدارية | ١٠٠٠ | من حـ/المركز الرئيسي<br>المستندات المرسلة الخاصة بالإدارية |
| ١٠٠٠ | | ١٠٠٠ | |

ويعتبر هذا إطاراً عاماً لنظام يمكّن المحاسب من ضبط حساباته وإحكام الرقابة عليها من حيث المبالغ الواردة والمنصرفة وما يخص كل برنامج ورعاية ، وإمكانية المطابقة مع المركز الرئيسي في أي وقت . ويمكن للمحاسب بحسب الحال أن يزيد أو ينقص من المجموعة الدفترية المساعدة . كما أن الحساب دائماً يكون بالمعادل للدولار من العملة المحلية متبعاً في ذلك الضوابط الواردة في دليل المكاتب الخارجية المعتمد من قبل الأمانة العامة .

٢- لم نتمكن من مطابقة رصيد حساب مكتب إندونيسيا الجاري رقم (٣٧٠١٧٢٤) المدين بسجلات الإدارة المالية والبالغ ٣،٢٧٧،٥٤٦،٨٥ ريال في ١٤٢٤/٠٦/٣٠هـ ، وذلك لعدم وجود حساب جاري للمركز الرئيسي بسجلات مكتب إندونيسيا المحاسبية فضلاً عن عدم وجود نظام محاسبي يمكّن من إجراء أي نوع من المطابقة اللهم إلا مطابقة الدفعات التي أرسلت للمكتب من المركز الرئيسي خلال فترة المراجعة (١٤٢٣/٠٧/٠١هـ - ١٤٢٤/٠٦/٣٠هـ) فهذه تم التحقق من وصولها للمكتب عبر المطابقة مع حساب المكتب البنكي رقم (٠٦٠١٠٠٤١١) ببنك إيفي .

**التوصية :**

- ضرورة مطابقة الفترة الأخيرة التي تبدأ من تاريخ استلام الأستاذ / فوزي بن محمد جمال ويكون الأساس محضر التسليم والاستلام الذي أعد بمناسبة استلامه للمكتب وتعالج الأرصدة المرحلة من الفترة السابقة في إطار خطة الإدارة المالية لتسوية العهد .

٣- بتحليل حساب مكتب إندونيسيا الجاري بسجلات المالية رقم (٣٧٠١٧٢٤) وحساب التكلفة رقم (٧٢٤) تبيّن لنا أن المبالغ المحوّلة للمكتب من الأمانة العامة والتعميدات بالصرف من فروق العملة خلال فترة المراجعة (١٤٢٣/٠٧/٠١هـ ٠٦/٣٠/١٤٢٤هـ) موزعة حسب الرعايات والبرامج كانت كالتالي :

جدول رقم (١)

| م | البيـــان | المبالغ المحوّلة من الأمانة العامة | التعميدات بالصرف من فروق العملة | الإجمالي |
|---|---|---|---|---|
| ١ | مصاريف المكتب الإدارية والتشغيلية | * ١١٢،٩٣٤,٠٠ | ٤٧،٩٧١,٠٠ | ١٦٠،٩٠٥ |
| ٢ | المساجد والآبار | ٢،٤٦٠،٢٦٣,٠٨ | – | ٢،٤٦٠،٢٦٣,٠٨ |
| ٣ | الدعوة والدعاة | ١٢٠،٣٦٨,٠٦ | – | ١٢٠،٣٦٨,٠٦ |
| ٤ | الرعاية الاجتماعية | ١،٠١٢،٠٣٢,١٢ | – | ١،٠١٢،٠٣٢,١٢ |
| ٥ | حلقات القرآن الكريم | – | – | – |
| ٦ | الإغاثة العاجلة | – | – | – |
| ٧ | إفطار صائم | ١٠٠،٠٠٠,٠١ | ٥٠،٠٠٠,٠٠ | ١٥٠،٠٠٠,٠١ |
| ٨ | كبش العيد | ٥٠،٠٠٠,٠٢ | – | ٥٠،٠٠٠,٠٢ |
| | الإجمـــــالـــي | ٣،٨٥٥،٥٩٧,٢٩ | ٩٧،٩٧١ | ٣،٩٥٣،٥٦٨,٢٩ |

The Muslim World League
Intl. Islamic Relief Org.
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

* المبلغ يتضمن ١٠١،٣٢٤ ريال استعاضات خلال الفترة منها مبلغ ٢،٣٧٢ ريال حولت في ٢٠٠٣/٠٦/٠٥م ولم تسجل في مركز التكلفة الخاص بمكتب إندونيسيا رقم (٧٢٤) بسجلات المالية .

## الملاحظات :

باستعراض ميزان المراجعة المعد من قبل محاسب مكتب إندونيسيا عن الفترة من (١٤٢٣/٠٧/٠١هـ حتى ١٤٢٤/٠٦/٣٠هـ) علماً بأن الميزان بالدولار تبيّنت لنا الملاحظات التالية :

أ – يوضح رصيد حساب الشؤون الإدارية بالمكتب تجاوزاً في الصرف بمبلغ ٢٩،٣٤٥,٤١ دولار أي ما يعادل ١١٠،٠٤٥,٢٩ ريال ، فمن أين تم تمويل هذا الصرف .

ب – نجد أن مبلغ الحركة الدائنة خلال فترة الميزان للشؤون الإدارية ٤٠،٠٨٤,٩٠ دولار أي ما يعادل ١٥٠،٣١٨,٣٧ ريال بينما المبالغ المحوّلة للشؤون الإدارية من الأمانة العامة زائداً التعميدات بلغت ١٦٠،٩٠٥ ريال فما هو تفسير الفرق ؟ .

جـ – إذا أضفنا الرعاية الهندسية مع المساجد والآبار لوجدنا أن هناك تجاوزاً في الصرف مبلغ ٧٧٢,٤٨ دولار أي ما يعادل ٢،٨٩٦,٨٠ ريال ، وذلك بضم رصيد الميزان للمساجد والآبار الدائن (٢٥٤,٩١٤,٣٧) دولار ، ورصيد الرعاية الهندسية المدين (١،٤٤٠) دولار إلى بعضهما ليصبح رصيدهما دائن بمبلغ (٢٥٣،٤٧٤,٣٧) دولار ، وكذلك ضم الحركة الدائنة إلى بعضهما :

٦٦٤،٩٨٧,٦٧ + ٩،٤٦١,٣٧ = ٦٧٤،٤٤٩,٠٤ دولار ، بينما الحركة المدينة تساوي :

٩١٨،٥٤١,١٦ + ١٠،١٥٤,٧٣ = ٩٢٨،٦٩٥,٨٩ دولار وبذلك يكون التجاوز على النحو التالي :

| | | | |
|---|---|---|---|
| رصيد ١٤٢٣/٠٧/٠١هـ الدائن | : | ٢٥٣،٤٧٤,٣٧ | دولار |
| الحركة الدائنة خلال الفترة | : | ٦٧٤،٤٤٩,٠٤ | دولار |
| | | ٩٢٧،٩٢٣,٤١ | دولار |
| الحركة المدينة خلال الفترة | : | ٩٢٨،٦٩٥,٨٩ | دولار |
| التجاوز في الصرف | : | (٧٧٢,٤٨) | دولار ويعادل ٢،٨٩٦,٨٠ ريال |

د – المبالغ المحوّلة للمساجد والآبار والهندسية من الأمانة العامة خلال الفترة ٢،٤٦٠،٢٦٣,٠٨ ريال ، بينما الحركة الدائنة خلال نفس الفترة من واقع ميزان المراجعة ٦٧٤،٤٤٩,٠٤ دولار أي ما يعادل ٢,٥٢٩,١٨٣,٩٠ ريال ، فما هو مصدر هذه الزيادة ؟ .

هـ – المبالغ المحوّلة من الأمانة العامة للرعاية الاجتماعية خلال الفترة بلغت ١،٠١٢،٠٣٢,١٢ ريال ، بينما بلغت الحركة الدائنة خلال نفس الفترة من واقع الميزان ٤٠٨،٥٢٠,٣٢ دولار أي ما يعادل ١،٥٣١،٩٥١,٢٠ ريال ، فمن أين هذه الزيادة الكبيرة التي بلغت ٥١٩،٩١٩,٠٨ ريال ؟

و – تبيّن لنا من ميزان المراجعة أن برنامج حلقات وخلاوي قد بلغت حركة حسابه الدائنة ٩،٤١١,٧٤ دولار أي ما يعادل ٣٥،٢٩٤,٠٢ ريال ، علماً بأن الأمانة العامة لم تحوّل أي مبالغ لهذا البرنامج خلال الفترة المعد في نهايتها ميزان المراجعة ، فمن أين تم التمويل ؟ أو ما تفسير هذه الحركة الدائنة ؟

ز – ظهر في الحركة الدائنة لبرنامج الإغاثة العاجلة من خلال ميزان المراجعة مبلغ ١٠،٥٨٨ دولار أي ما يعادل ٣٩،٧٠٥ ريال ، علماً بأن الأمانة العامة لم تحوّل لصالح البرنامج أي مبالغ خلال الفترة محل المراجعة ، فما تفسير هذه الحركة الدائنة خلال هذه الفترة ؟



IIRO 34997

حـ - ظهر من خلال ميزان المراجعة أن الحركة الدائنة لبرنامجي إفطار صائم وكبش العيد قد بلغت ٤٠،٠٠٠,٠١ دولار أي ما يعادل ١٥٠،٠٠٠,٠٣ ريال ، بينما المبالغ المحوّلة من الأمانة العامة زائداً التعميد بالصرف من فروق العملة بلغ إجماليه ٢٠٠،٠٠٠,٠٢ ريال ، فلماذا لم يسجل المبلغ بالكامل في جانبي الحركة الدائنة والمدينة ، إذا كان المبلغ قد صرف على تنفيذ المشاريع بالكامل ، وإلا فما هو التفسير ؟ .

ط - الصرف الذي ظهر من حساب فروق العملة بالميزان بلغ ٣٣،٠٢٤ دولار أي ما يعادل ١٢٣،٨٤٠ ريال بينما كان إجمالي التعميدات بالصرف من حساب فروق العملة كان ٩٧،٩٧١ ريال خلال الفترة (الجدول رقم ١) أعلاه ، فما هي تفاصيل الزيادة في الصرف والتعميد بذلك ؟

## التوصية :

- الإجابة على جميع الاستفسارات الواردة مسبقاً بالتفصيل مدعماً بالأوراق الثبوتية .

٤ - بمراجعة حساب مكتب إندونيسيا رقم (٠٦٠١٠٠٤١١) بالدولار في بنك إيفي تبيّن لنا أن هناك مبالغ محوّلة على هذا الحساب من مكتب الهيئة المحلي بالشرقية خلال الفترة من (١٤٢٣/٠٧/٠١هـ حتى ١٤٢٤/٠٦/٣٠هـ) بلغت ٣٨٣،٦٦٣,٧٦ دولار أي ما يعادل ١،٤٣٨،٧٣٩,١٠ ريال لصالح تنفيذ مشاريع مساجد وآبار وأيتام جمعيات ومؤسسات خيرية بإندونيسيا ، وتفاصيل المبالغ الواردة والمنصرف منها بالجدول التالي :

جدول رقم (٢)

المبالغ الواردة لحساب مكتب إندونيسيا من مكتب الشرقية

والمنصرف منها (بالدولار) خلال الفترة من (١٤٢٣/٠٧/٠١هـ - ١٤٢٤/٠٦/٣٠هـ)

| م | الشهور | المبالغ بالدولار | | الرصيد المتبقي |
|---|---|---|---|---|
| | | الواردة | المنصرفة | |
| ١ | أكتوبر ٢٠٠٢م | ١٤٥,٧٦ | ٢،٣٤٣,٧٦ | (٢،١٩٨) |
| ٢ | ديسمبر ٢٠٠٢م | ٣،٣٧٠,٠٠ | – | ٣،٣٧٠ |
| ٣ | فبراير ٢٠٠٣م | ٤٥،٣٠٤,٠٠ | * ٤٥،٣٠٣,٩٨ | ٠,٠٢ |
| ٤ | مارس ٢٠٠٣م | ٣٧،٠٨١,٠٠ | – | ٣٧،٠٨١ |
| ٥ | إبريل ٢٠٠٣م | ٦٠،٣٠٣,٠٠ | ٦٦،١٥٣,١٤ | (٥،٨٥٠,١٤) |
| ٦ | مايو ٢٠٠٣م | ١٥٨،٧٦٩,٠٠ | ١٠١،٣٤٢,٥٠ | ٥٧،٤٢٦,٥ |
| ٧ | يونيو ٢٠٠٣م | ٥١،٩٠٤,٠٠ | ١١٠،٣٧٤,١٠ | (٥٨،٤٧٠,١٠) |
| ٨ | يوليو ٢٠٠٣م | ٢٦،٧٨٧,٠٠ | ٣٢،٥٢٧,٩٠ | (٥،٧٤٠,٩٠) |
| ٩ | أغسطس ٢٠٠٣م | – | * ١٥،٢٥٣,٠٠ | (١٥،٢٥٣) |
| | الإجمـالـي | ٣٨٣،٦٦٣,٧٦ | ٣٧٣،٢٩٨,٣٨ | ١٠،٣٦٥,٣٨ |

* من ضمنها مبالغ منصرفة من بنك إيفي (حساب الروبية) .

## الملاحظات :

أ - من الجدول (٢) أعلاه يتضح أن رصيد حساب مكتب الشرقية المتبقي في ١٤٢٤/٠٦/٣٠هـ ١٠،٣٦٥,٣٨ دولار ، بينما الرصيد الظاهر في الميزان ٤،٣٦٤,١٧ دولار ، فما سبب الاختلاف وما تفسيره ؟ مدعماً بالأوراق الثبوتية .

ب - رصيد حساب بنك إيفي (دولار) من خلال الميزان ٤،٨٣٠,٥١ دولار بينما الرصيد المتبقي لمكتب الشرقية في نفس الحساب ١٠،٣٦٥,٣٨ دولار من خلال الجدول (٢) أعلاه .

**التوصية :**

- ضرورة إيضاح أسباب اختلاف هذه الأرصدة مدعماً بالأوراق الثبوتية .
- ضرورة تنفيذ كل مشاريع الهيئة في إندونيسيا عبر مكتب الهيئة لضمان الرقابة والتأكد من تطبيق المعايير .

٥- باستقراء ميزان المراجعة محل الدراسة تبيّن لنا أن مجموع الأرصدة البنكية في كل الحسابات روبية كانت أم دولار وفي كل البنوك بلغت في ١٤٢٤/٠٦/٣٠هـ ٣٣،٨٠٧,٣٦ دولار بينما الحسابات الدائنة بلغت ٦٦،٠٤٢,٢٤ دولار ، تفاصيلها كما وردت في الميزان كالآتي :

| | | | |
|---|---|---|---|
| - المساجد والآبار | : | ١،٣٦٠,٨٨ | دولار |
| - برنامج القرآن الكريم | : | ٣٢٩,٥٩ | دولار |
| - الرعاية الاجتماعية | : | ٣١،٧٣١,٧٢ | دولار |
| - مكتب الشرقية | : | ٤،٣٦٤,١٧ | دولار |
| - حساب الفوائد بالدولار | : | ٢٦،٤٩٩,٣٤ | دولار |
| - حساب الفوائد بالروبية | : | ١،٧٢٢,٩٨ | دولار |
| - حساب فروق العملة | : | ٣٣,٥٦ | دولار |
| الإجمالي | : | ٦٦،٠٤٢,٢٤ | دولار |

وواضح أن عجز رصيد الحسابات البنكية هو الفرق بين إجمالي مستحقات الرعايات الموضحة بعاليه والأرصدة البنكية الظاهرة بالميزان وهو كالآتي :

| | | | |
|---|---|---|---|
| - الأرصدة الدائنة للرعايات | : | ٦٦،٠٤٢,٢٤ | دولار |
| - الأرصدة البنكية | : | ٣٣،٨٠٧,٣٦ | دولار |
| العجز | : | (٣٢،٢٣٤,٨٨) | دولار |

وهو يساوي إجمالي التجاوزات الواردة بالميزان . (المرفق رقم ١)

**التوصية :**

- إيضاح الكيفية التي ستؤمن بها استحقاقات الرعايات والبرامج البالغة ٦٦،٠٤٢,٢٤ دولار .

٦- بمراجعة حساب مكتب إندونيسيا البنكي رقم (٠٦٠١٠٠٤١١) دولار بنك إيفي تبيّن لنا أن المبالغ المحوّلة من الأمانة العامة خلال فترة التقرير بلغت ٣،٨٥٥،٥٩٧,٢٨ ريال . (المرفق رقم ٢)

**الملاحظات :**

أ - قام البنك بخصم مبلغ ١،٥٧٩,٩٨ دولار أي ما يعادل ٥،٩٢٤,٩٢ ريال كرسوم بنكية وأضاف إلى حساب المكتب الصافي بعد خصم هذه الرسوم .

ب - لم يعالج محاسب المكتب المبالغ المخصومة كرسوم بنكية بل اكتفى بتسجيل الصافي لصالح المكتب ، وهذا الفرق كبير يجعل عهدة المكتب غير قابلة للتسديد بالكامل .

**التوصية :**

- إعداد تسوية بما يعادل مبلغ ١،٥٠٩,٩٨ دولار في حساب المصروفات البنكية .
- مراعاة تسجيل كافة الرسوم التي يخصمها البنك خلال الفترات السابقة واللاحقة على فترة المراجعة .

٧- تبيّن لنا أثناء مطابقة الدفعات المحوّلة من الأمانة العامة للمكتب وجود مبلغ ٦٣١,٦٩ دولار وتعادل ٢،٣٧٢ ريال مضافة إلى حساب المكتب البنكي رقم (٠٦٠١٠٠٤١١) دولار في بنك إيفي . (المرفق رقم ٣)

**الملاحظة :**

أ - المبلغ لم تسجله الإدارة المالية على مكتب إندونيسيا في حساب مركز التكلفة الخاص بها رقم (٧٢٤) بل سجل على حساب عام الهيئة بالقيد رقم (٢٤٤٢) وتاريخ ١٤٢٤/٠٤/١٠هـ .

**التوصية :**

- إعداد قيد تصحيحي بالإدارة المالية لتحميل المبلغ على مركز التكلفة الخاص بمكتب إندونيسيا .

---

## رابعاً : الخـلاصة :

تشير نتائج المراجعة الميدانية لمكتب الهيئة في دولة إندونيسيا إلى وجود ملاحظات تتعلق بالنظام المحاسبي وأخرى بمطابقة الأرصدة وملاحظات أخرى مختلفة نذكر منها على سبيل المثال :

١- لا يستخدم المكتب القيود المحاسبية النظامية التي ترتكز على نظرية القيد المزدوج ، بل يستخدم التسجيل المفرد .

٢- لا توجد المجموعة الدفترية التي تلبي حاجة النظام المحاسبي الفعّال .

٣- يقوم المكتب بتسجيل الدفعات المستلمة من الأمانة العامة بالدولار بدلاً من تسجيلها بالعملة المحلية .

٤- لم يقم المكتب بتسجيل أي فروقات أسعار عملة خلال فترة التقرير (١٤٢٣/٠٧/٠١هـ = ١٤٢٤/٠٦/٣٠هـ) .

٥- يسجل المكتب الدفعات المحوّلة له من الأمانة العامة بالصافي دون أن يسجل المبالغ التي يخصمها البنك لقاء الرسوم البنكية .

٦- لم نتمكن من مطابقة رصيد المكتب المدين بـ ٣،٢٧٧،٥٤٦,٨٥ ريال في سجلات الإدارة المالية بالمركز الرئيسي لعدم وجود حساب جاري بالمكتب للمركز الرئيسي .

٧- قام المكتب باستلام مبلغ ١،٤٣٨،٧٣٩,١٠ ريال محوّلة من مكتب الهيئة المحلي بالشرقية على حسابه رقم (٠٦٠١٠٤١١) دولار ببنك إيفي بجاكرتا .

٨- بلغت التجاوزات في الصرف على الشؤون الإدارية خلال فترة التقرير ١١٠،٠٤٥,٢٩ ريال على حساب الرعايات والبرامج الأخرى .

٩- قام المكتب بصرف مبلغ ٢٥،٨٦٩ ريال من فروقات العملة بدون تعميد من صاحب الصلاحية .

١٠- يوجد عجز مقداره ٦،٠٠١,٢١ دولار في حساب مكتب الشرقية الظاهر بميزان المراجعة .

١١- لا يوجد بالمكتب سجل للأصول ينظمها ويصنفها ويرقمها .

---

## خامساً : الرأي :

نتائج المراجعة الميدانية تشير إلى عدم وجود نظام محاسبي وأن القيد يتم بطريقة القيد المفرد الذي لا يستخدم إلا في الأعمال الفردية الصغيرة ، لذلك يحتاج المكتب إلى تصميم نظام محاسبي يتناسب مع نشاطه وتُعد له مجموعة دفترية تفي بمتطلبات العمل .

سادساً : التوصيات العامة :

إضافة إلى ما أوردناه من توصيات قرين كل ملاحظة نجمل ذلك تلخيصاً لأهم التوصيات كي يتم الاسترشاد بها في تطوير الأداء وضبطه وإحكام الرقابة عليه في النقاط التالية :

(١) ضرورة إعداد نظام محاسبي وفقاً لما هو معمول به في الإدارة المالية بالأمانة العامة للهيئة ومكاتبها المحلية والخارجية .

(٢) استخدام اليومية العامة الأمريكية ومجموعتها المساعدة من الدفاتر التحليلية .

(٣) الالتزام بفتح حساب جاري للمركز الرئيسي بسجلات المكتب المحاسبية حتى تسهل عمليات المطابقة المستمرة .

(٤) ضرورة تصحيح الاختلافات الظاهرة في ميزان المراجعة وإيضاح أسبابها وموافاتنا بما يفيد ذلك .

(٥) ضرورة تسجيل كافة الرسوم البنكية التي يخصمها البنك من المبالغ المحوّلة .

(٦) ضرورة إبلاغ الأمانة العامة بأي مبالغ تحوّل للمكتب من مكتب الهيئة المحلي بالشرقية أو أي جهة أخرى أول بأول .

(٧) تسجيل أي مبالغ تحوّل للمكتب من أي جهة غير المركز الرئيسي في حساب الأمانات حتى يمكن التعامل معها بمعزل عن حسابات المكتب .

(٨) ضرورة تسجيل الحسابات بالعملة المحلية ليتوافق ذلك مع المستندات الثبوتية التي تكون دائماً بعملة البلد المحلية .

(٩) ضرورة الالتزام بعدم الصرف من حسابات فروق العملة والفوائد البنكية إلا بتعميد من سعادة أمين عام الهيئة .

(١٠) معالجة العجز الظاهر برصيد حساب مكتب الشرقية الوارد بميزان المراجعة وموافاتنا بما يفيد ذلك .

(١١) الرد على مسودة هذا التقرير في غضون الفترة المحددة حتى يتسنى لنا الرفع في الموعد المحدد .

مرفق رقم ( ١ )
عدد الصفحات ١

IIRO 35002

## ميزان المراجعة عن الفترة من ١/٧/١٤٢٣هـ وحتي٣٠/٦/١٤٢٤هـ

| البيــان | رصيد ١/٧/٢٣هـ مدين | | رصيد ١/٧/٢٣هـ دائن | | الحركة السنوية مدين | | الحركة السنوية دائن | | الرصيد الختامي ٣٠/٦/٢٤هـ مدين | | الرصيد الختامي ٣٠/٦/٢٤هـ دائن | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| الأمانة العامة | | | | | | | | | | | | |
| شئون إدارية | ٨٢ | ١٠,٨٠٠ | | | ٤٩ | ٥٨,٦٢٩ | ٩٠ | ٤٠,٠٨٤ | ٤١ | ٢٩,٣٤٥ | | |
| مساجد وآبار | | | ٣٧ | ٢٥٤,٩١٤ | ١٦ | ٩١٨,٥٤١ | ٦٧ | ٦٦٤,٩٨٧ | | | ٨٨ | ١,٣٦٠ |
| رعاية هندسية | ٠٠ | ١,٤٤٠ | | | ٧٣ | ١٠,١٥٤ | ٣٧ | ٩,٤٦١ | ٣٦ | ٢١٣٣ | | |
| برنامج القرآن الكريم والدعوة | | | ٣٤ | ٥٩٠ | ٥٣ | ٣٢,٢٥٥ | ٧٨ | ٣١,٩٩٤ | | | ٥٩ | ٣٢٩ |
| رعاية إجتماعية | | | ٦٩ | ٦٠٣ | ٢٩ | ٣٧٧,٣٩٢ | ٣٢ | ٤٠٨,٥٢٠ | | | ٧٢ | ٣١,٧٣١ |
| حلقات وخلاوي | | | ٨٧ | ١٩,٧٣٧ | ٧٢ | ٢٩,٩٠٥ | ٧٤ | ٩,٤١١ | ١١ | ٧٥٦ | | |
| إغاثة عاجلة | | | ٢٩ | ٣,٣٦٧ | ٢٩ | ١٣,٩٥٥ | ٠٠ | ١٠,٥٨٨ | | | | |
| إفطار صائم وكبش العيد | | | | | ٠١ | ٤٠,٠٠٠ | ٠١ | ٤٠,٠٠٠ | | | | |
| إجمالي حساب الأمانة العامة | ٨٢ | ١٢,٢٤٠ | ٥٦ | ٢٧٩,٢١٣ | ٢٢ | ١,٤٨٠,٨٣٤ | ٧٩ | ١,٢١٥,٠٤٨ | ٨٨ | ٣٢,٢٣٤ | ١٩ | ٣٣,٤٢٢ |
| المنطقة الشرقية بالدمام | | | | | ٦٢ | ٤٠٢,٠٩٢ | ٧٩ | ٤٠٦,٤٥٦ | | | ١٧ | ٤,٣٦٤ |
| إجمالي حساب المنطقة الشرقية | | | | | ٦٢ | ٤٠٢,٠٩٢ | ٧٩ | ٤٠٦,٤٥٦ | | | ١٧ | ٤,٣٦٤ |
| حسابات فرعية | | | | | | | | | | | | |
| حساب الفوائد بالدولار | | | ٤٨ | ٢٢,٢٥٧ | ٩٧ | ١,٧٢٨ | ٨٣ | ٥,٩٧٠ | | | ٣٤ | ٢٦,٤٩٩ |
| حساب الفوائد بالروبية | | | ٩١ | ١,١٣٨ | ٥٨ | ٢٢٨ | ٦٥ | ٨١٢ | | | ٩٨ | ١,٧٢٢ |
| حساب فروق العملة | | | ٥٦ | ٣٣,٠٥٧ | ٠٠ | ٣٣,٠٢٤ | | | | | ٥٦ | ٣٣ |
| إجمالي الحسابات الفرعية | | | ٩٥ | ٥٦,٤٥٣ | ٥٥ | ٣٤,٩٨١ | ٤٨ | ٦,٧٨٣ | | | ٨٨ | ٢٨,٢٥٥ |
| حسابات البنوك | | | | | | | | | | | | |
| بنك مانديري دولار | ٧٤ | ٢٣ | | | ٠٧ | ٠٠ | ٨١ | ٢٣ | | | | |
| سعر الصرف بنك مانديري روبية | ٣٣ | ؟ ٣٢٦ | | | | ٠ | ١٣ | ٣١ | ٢٠ | ؟ ٢٩٥ | | |
| بنك إيفي دولار | ٥١ | ٣٢٢,٢٨٦ | | | ٠١ | ١,٤٥٠,٦١٠ | ٠١ | ١,٧٦٨,٠٦٦ | ٥١٧ | ٤,٨٣٠ | | |
| سعر الصرف ؟ بنك إيفي روبية | ١١ | ؟ ٧٩٠ | | | ٣١ | ٣٠٧,٧١٧ | ٣٤ | ٢٨٦,٢٨٤ | ٠٨ | ؟ ٢٢,٢٢٣ | | |
| حساب الخزينة | | | | | ٨٠ | ٢٤,٤٩٦ | ٢٣ | ١٨,٠٣٨ | ٥٧ | ٦,٤٥٨ | | |
| إجمالي حسابات البنوك | ٦٩ | ٣٢٣,٤٢٦ | | | ١٩ | ١,٧٨٢,٨٢٤ | ٥٢ | ٢,٠٧٢,٤٤٣ | ٣٦ | ٣٣,٨٠٧ | | |
| | ٥١ | ٣٣٥,٦٦٧ | ٥١ | ٣٣٥,٦٦٧ | ٥٨ | ٣,٧٠٠,٧٣٢ | ٥٨ | ٣,٧٠٠,٧٣٢ | ٢٤ | ٦٦,٠٤٢ | ٢٤ | ٦٦,٠٤٢ |

٨٨٦٠
٨٥٦٥
المتوسط ٨٧١٢م

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

مرفق رقم ( ٢ )
عدد الصفحات ...... ٢
الم الإسلامي
إسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

# المبالغ المحولة لمكتب إندونيسيا خلال الفترة
## من ١٤٢٣/٠٧/٠١هـ إلى ١٤٢٤/٠٦/٣٠هـ

| البيان | تاريخ التحويل | المبلغ | | الرسوم البنكية | الصافي | |
|---|---|---|---|---|---|---|
| | | بالريال | بالدولار | | دولار | ريال |
| دفعة نهائية لبناء (٣) مساجد | ٢٠٠٢/٠٩/٣٠ | ٣٤٠،٠٠٠,٠١ | ٩،٠٦٦,٦٧ | ٣٠ | ٩،٠٣٦,٦٧ | ٣٣،٨٨٧,٥١ |
| الدفعة الكاملة لحفر (٢٧) بئر ارتوازي | ٢٠٠٢/٠٩/٣٠ | ١٢٣،٦٧٥,٠٠ | ٣٢،٩٨٠,٠٠ | ٣٦ | ٣٢،٩٤٤,٠٠ | ١٢٣،٥٤٠,٠٠ |
| دفعة كاملة لحفر (١٥) بئر ارتوازي و (٥٣) سطحي | ٢٠٠٢/١٠/٠١ | ١١٢،٤٥٥,٠٠ | ٢٩،٩٨٨,٠٠ | ٣٦ | ٢٩،٩٥٢,٠٠ | ١١٢،٣٢٠,٠٠ |
| الدفعة الثانية لبناء (٢٧) مسجد | ٢٠٠٢/١٠/٠٨ | ١٣٢،٦٦٠,٠٠ | ٣٥،٣٧٦,٠٠ | ٣٦ | ٣٥،٣٤٠,٠٠ | ١٣٢،٥٢٥,٠٠ |
| دفعة ثانية لبناء مساجد | ٢٠٠٢/١٠/١١ | ٧٧،٨٤٣,٠٢ | ٢٠،٧٥٨,١٤ | ٣٠ | ٢٠،٧٢٨,١٤ | ٧٧،٧٣٠,٥٢ |
| الدفعة النهائية لبناء (٩) مساجد | ٢٠٠٢/١٠/١١ | ٣٤،١٥٢,٠٠ | ٩،١٠٧,٢٠ | ٣٠ | ٩،٠٧٧,٢٠ | ٣٤،٠٣٩,٥٠ |
| صافي دفعة لبناء (٥١) مسجد | ٢٠٠٢/١٠/١١ | ٣٥،٧٠٠,٠٠ | ٩،٥٢٠,٠٠ | ٣٠ | ٩،٤٩٠,٠٠ | ٣٥،٥٨٧,٥٠ |
| مخصص إفطار صائم لسنة(١٤٢٣هـ) | ٢٠٠٢/١٠/٢٨ | ١٠٠،٠٠٠,٠١ | ٢٦،٦٦٦,٦٧ | ٣٦ | ٢٦،٦٣٠,٦٧ | ٩٩،٨٦٥,٠١ |
| ٦٠٪ من بناء عدد (٣٥) مسجد | ٢٠٠٢/١١/٠٨ | ٤٩٥،٣٤٤,٠٢ | ١٣٢،٠٩١,٧٤ | ٣٦ | ١٣٢،٠٥٥,٧٤ | ٤٩٥،٢٠٩,٠٢ |
| راتب مشرف الأيتام ٢٠٠٢/٠١ - ٢٠٠٢/٠٩/٠٧ | ٢٠٠٢/١١/١٤ | ٨،٦٨٠,٠١ | ٢،٣١٤,٦٧ | ٣٠ | ٢،٢٨٤,٦٧ | ٨،٥٦٧,٥١ |
| ٦٠٪ من تكاليف بناء (١١) مسجد | ٢٠٠٢/١١/٢٧ | ١٦٨،٢٩٩,٩٩ | ٤٤،٨٧٩,٩٩ | ١٢٤,٧٤ | ٤٤،٧٥٥,٢٥ | ١٦٧،٨٣٢,١٨ |
| كفالة مشرف الدعاة (٢٠٠٢/٠٣ - ٢٠٠٢/٠٩/٠٧م) | ٢٠٠٢/١٢/٢٤ | ٦،٣٥٨,٠١ | ١،٦٩٥,٤٧ | ٣٠ | ١،٦٦٥,٤٧ | ٦،٢٤٥,٥١ |
| استعاضة رواتب سبتمبر وأكتوبر ٢٠٠٢م | ٢٠٠٣/٠١/٠٩ | ٧،٩٥٠,٠٠ | ٢،١٢٠,٠٠ | ٣٠ | ٢،٠٩٠,٠٠ | ٧،٨٣٧,٥٠ |
| مخصص تنفيذ برنامج كبش العيد لسنة(١٤٢٣هـ) | ٢٠٠٣/٠١/٢٧ | ٥٠،٠٠٠,٠٢ | ١٣،٣٣٣,٣٤ | ٣٠ | ١٣،٣٠٣,٣٤ | ٤٩،٨٨٤,٥٢ |
| استعاضة رواتب نوفمبر ٢٠٠٢م | ٢٠٠٣/٠١/٢٧ | ٤،٥٠٠,٠٠ | ١،٢٠٠,٠٠ | ٢٥ | ١،١٧٥,٠٠ | ٤،٤٠٦,٢٥ |
| استعاضة رواتب ديسمبر ٢٠٠٢م | ٢٠٠٣/٠١/٢٧ | ٤،٥٠٠,٠٠ | ١،٢٠٠,٠٠ | ٢٥ | ١،١٧٥,٠٠ | ٤،٤٠٦,٢٥ |
| استعاضة م. ت. لشهر ٢٠٠٢/١١م | ٢٠٠٣/٠١/٢٨ | ٤٤١,٠٠ | ١١٧,٦٠ | ٢٣ | ٩٤,٦٠ | ٣٥٤,٧٥ |
| استعاضة م. ت. لشهري ١٠ و ٢٠٠٢/١١م | ٢٠٠٣/٠١/٢٨ | ٢،٤٢٨,٠١ | ٦٤٧,٤٧ | ٢٥ | ٦٢٢,٤٧ | ٢،٣٣٤,٢٦ |
| استعاضة م. ت. في نوفمبر ٢٠٠٢م | ٢٠٠٣/٠١/٢٩ | ٢،٤٦٠,٠٠ | ٦٥٦,٠٠ | ٣٠ | ٦٢٦,٠٠ | ٢،٣٤٧,٥٠ |
| راتب مشرف الأيتام من ٠٩/٠٨ - ٢٠٠٢/١٢/٣١م | ٢٠٠٣/٠٢/٠٣ | ٤،٥٢٠,٠٢ | ١،٢٠٥,٣٤ | ٢٥ | ١،١٨٠,٣٤ | ٤،٤٢٦,٢٧ |
| كفالة أيتام من ٢٢/٠٣/٠١ - ٢٢/٠٦/٣٠ | ٢٠٠٣/٠٢/٠٣ | ٤٨،١٠٤,٠٢ | ١٢،٨٢٧,٧٤ | ٣٠ | ١٢،٧٩٧,٧٤ | ٤٧،٩٩١,٥٢ |
| عيدية عدد (١٧) يتيم لسنوات سابقة | ٢٠٠٣/٠٢/٠٤ | ٣،٢٢٧,٠٢ | ٨٦٠,٥٤ | ٣٥ | ٨٢٥,٥٤ | ٣،٠٩٥,٧٧ |
| دفعة أخيرة لكفالة أيتام ٢٣/٢٢ | ٢٠٠٣/٠٢/٠٤ | ٢١٥،١٨١,٠٠ | ٥٧،٣٨١,٦٠ | ٣٦ | ٥٧،٣٤٥,٦٠ | ٢١٥،٠٤٦,٠٠ |
| دفعة ثانية لكفالة أيتام ١١/٠١ - ٢٣/٠٢/٣٠ | ٢٠٠٣/٠٢/٠٤ | ٢٨٨،٤٨٥,٠٢ | ٧٦،٩٢٩,٣٤ | ٣٦ | ٧٦،٨٩٣,٣٤ | ٢٨٨،٣٥٠,٠٢ |
| كفالة أيتام من ١٠/٠١ - ٢٢/١٠/٣٠ | ٢٠٠٣/٠٢/٠٤ | ٤٣٤،٨٢٢,٠٢ | ١١٥،٩٥٢,٥٤ | ٣٦ | ١١٥،٩١٦,٥٤ | ٤٣٤،٦٨٧,٠٢ |
| كفالة الداعية صلاح الدين الندوي ٠٩/٠٨ - ٢٠٠٢/١٢/٣١م | ٢٠٠٣/٠٢/٢٨ | ١٨،٣٦٢,٠٢ | ٤،٨٩٦,٥٤ | ٣٠ | ٤،٨٦٦,٥٤ | ١٨،٢٤٩,٥٢ |
| كفالة الداعية صلاح الدين الندوي ٠٤/٠١ - ٢٠٠٢/٠٩/٠٧م | ٢٠٠٣/٠٢/٢٨ | ٢٥،٥١٣,٠١ | ٦،٨٠٣,٤٧ | ٣٠ | ٦،٧٧٣,٤٧ | ٢٥،٤٠٠,٥١ |
| كفالة دعاة ومشرف دعاة | ٢٠٠٣/٠٣/٠٥ | ٧٠،١٣٥,٠١ | ١٨،٧٠٢,٦٧ | ٤٣,٣٧ | ١٨،٦٥٩,٣٠ | ٦٩،٩٧٢,٣٧ |
| راتب كاتب حسابات الأيتام | ٢٠٠٣/٠٣/٠٦ | ٣،٠١٣,٠١ | ٨٠٣,٤٧ | ٤٢,٨٧ | ٧٦٠,٦٠ | ٢،٨٥٢,٢٥ |
| استعاضة رواتب يناير ٢٠٠٣م | ٢٠٠٣/٠٣/١٢ | ٤،٥٠٠,٠٠ | ١،٢٠٠,٠٠ | ٣٠ | ١،١٧٠,٠٠ | ٤،٣٨٧,٥٠ |
| راتب المهندس كسوانتو | ٢٠٠٣/٠٤/٠٨ | ٩،٤٣٤,٠٣ | ٢،٥١٥,٧٤ | ٣٠ | ٢،٤٨٥,٧٤ | ٩،٣٢١,٥٢ |
| رواتب مشرف الأيتام وكاتب الحسابات | ٢٠٠٣/٠٥/٠٥ | ٦،٠٠٠,٠٠ | ١،٦٠٠,٠٠ | ٤٢ | ١،٥٥٨,٠٠ | ٥،٨٤٢,٥٠ |
| | | ٢،٥٣٢،٧٤٢,٢٨ | ٦٧٥،٣٩٧,٩٥ | ١،١١٨,٩٨ | ٦٧٤،٢٧٨,٨٧ | ٢،٥٢٨،٥٤٣,٠٦ |

D:\Mywork\1420\AUDITORS\STAFF\REPORT\OMAR\Indonesia_Table.Doc

١٤٢٥/٠٩/٠٤هـ

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
**هيئة الإغاثة الإسلامية العالمية**
**بالمملكة العربية السعودية**
جهاز المراجع الداخلي

| البيـــــــان | تاريخ التحويل | المبلغ | | الرسوم البنكية | الصافي | |
|---|---|---|---|---|---|---|
| | | بالريال | بالدولار | | دولار | ريال |
| مـا قبـلـه | | ٢،٥٣٢،٧٤٢,٢٨ | ٦٧٥،٣٩٧,٩٥ | ١،١١٨,٩٨ | ٦٧٤،٢٧٨,٩٧ | ٢،٥٢٨،٥٤٣,٠٦ |
| استعاضة رواتب مارس ٢٠٠٣م | ٢٠٠٣/٠٥/٠٧ | ١٣،٨٣٦,٠٠ | ٣،٦٨٩,٦٠ | ٣٠ | ٣،٦٥٩,٦٠ | ١٣،٧٢٣,٥٠ |
| استعاضة رواتب المدير (فوزي) | ٢٠٠٣/٠٥/٠٧ | ٤٤،٥٠٠,٩٩ | ١١،٨٦٦,٩٣ | • ٣٠ | ١١،٨٣٦,٩٣ | ٤٤،٣٨٨,٤٩ |
| ٣٠٪ من تكاليف بناء (٣٥) مسجد | ٢٠٠٣/٠٥/٠٧ | ٢٤٠،٨٤٠,٠٠ | ٦٤،٢٢٤,٠٠ | ٣٠ | ٦٤،١٩٤,٠٠ | ٢٤٠،٧٢٧,٥٠ |
| ٣٠٪ من تكاليف بناء (٣٥) مسجد | ٢٠٠٣/٠٥/٠٩ | ٢٤٠،٨٤٠,٠٠ | ٦٤،٢٢٤,٠٠ | ٣٠ | ٦٤،١٩٤,٠٠ | ٢٤٠،٧٢٧,٥٠ |
| ٣٠٪ من تكاليف بناء (١٦) مسجد | ٢٠٠٣/٠٥/١٣ | ١١٥،٠٠٢,٠٠ | ٣٠،٦٦٧,٢٠ | ٣٠ | ٣٠،٦٣٧,٢٠ | ١١٤،٨٨٩,٥٠ |
| تكاليف حفر (٣٧) بئر سطحي | ٢٠٠٣/٠٥/٢٠ | ٢٤،٧١٨,٠١ | ٦،٥٩١,٤٧ | ٣٠ | ٦،٥٦١,٤٧ | ٢٤،٦٠٥,٥١ |
| تذاكر سفر للمدير (فوزي) | ٢٠٠٣/٠٥/٢٠ | ١١،٦١٠,٠٠ | ٣،٠٩٦,٠٠ | ٣٠ | ٣،٠٦٦,٠٠ | ١١،٤٩٧,٥٠ |
| دفعة نهائية لحفر عدد (٩) آبار | ٢٠٠٣/٠٥/٢٠ | ١٦،٣٢٠,٠٠ | ٤،٣٥٢,٠٠ | ٣٠ | ٤،٣٢٢,٠٠ | ١٦،٢٠٧,٥٠ |
| دفعة ثانية من تكاليف بناء (٦) مساجد | ٢٠٠٣/٠٥/٢٠ | ٤٢،٣٠٤,٠١ | ١١،٢٨١,٠٧ | • ٣٠ | ١١،٢٥١,٠٧ | ٤٢،١٩١,٥١ |
| دفعة ثانية من تكاليف (٣) مساجد ونهائية (١٧) مسجد | ٢٠٠٣/٠٥/٢٠ | ٢٠٤،١٥٣,٠٠ | ٥٤،٤٤٠,٨٠ | ٣٠ | ٥٤،٤١٠,٨٠ | ٢٠٤،٠٤٠,٥٠ |
| دفعة ثانية من تكاليف (٣) مساجد ونهائية (١٧) مسجد | ٢٠٠٣/٠٥/٢٠ | ١٠٧،٤٦٠,٠٠ | ٢٨،٦٥٦,٠٠ | ٣٠ | ٢٨،٦٢٦,٠٠ | ١٠٧،٣٤٧,٥٠ |
| دفعة ثانية من تكاليف بناء (١٤) مسجد | ٢٠٠٣/٠٥/٢٣ | ١٩٦،١٠٢,٩٩ | ٥٢،٢٩٤,١٣ | ٣٦ | ٥٢،٢٥٨,١٣ | ١٩٥،٩٦٧,٩٩ |
| استعاضة رواتب إبريل ٢٠٠٣م | ٢٠٠٣/٠٦/٠٣ | ١٣،٨٣٦,٠٠ | ٣،٦٨٩,٦٠ | ٣٠ | ٣،٦٥٩,٦٠ | ١٣،٧٢٣,٥٠ |
| دفعة من تكلفة بناء (٣) مساجد | ٢٠٠٣/٠٦/٢٧ | ٤٨،٩٦٠,٠٠ | ١٣،٠٥٦,٠٠ | ٣٠ | ١٣،٠٢٦,٠٠ | ٤٨،٨٤٧,٥٠ |
| استعاضة رواتب من ٠٢/٠١ – ٢٠٠٣/٠٣/٢٨م | ٢٠٠٣/٠٦/١٠ | ٢،٣٧٢,٠٠ | ٦٣١,٦٩ | ٣٥ | ٥٩٦,٦٩ | ٢،٢٤٠,٥٧ |
| | | ٣،٨٥٥،٥٩٧,٢٨ | ١،٠٢٨،١٥٨,٤٤ | ١،٥٧٩,٩٨ | ١،٠٢٦،٥٧٨,٤٦ | ٣،٨٤٩،٦٦٩,١٣ |

• الرسوم البنكية بالنسبة للمبلغين المشار إليهما تم تسجيلهما .

مرفق رقم ( ٣ )
عدد الصفحات ......٣......

رابطة العالم الإسلامي
**هيئة الإغاثة الاسلامية العالمية**
**بالمملكة العربية السعودية**
الادارة المالية

MUSLIM WORLD LEAGUE
**INTL. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

الرقم : ٤٢/٢٠٨٥/١٠٥
التاريخ : ٩/٤/١٤٢٤هـ

الموضوع :

سعادة / مدير مكتب الهيئة في الشيشان حفظه الله

السلام عليكم ورحمة الله وبركاته .. وبعد :

مرفق طيه حوالة رقم ---- بتاريخ ٦/٦/٢٠٠٣م
بمبلغ ٦٣١,٦٩ (فقط ستمائة وواحد وثلاثون و٦٩ سنت دولار أمريكي)
بما يعادل مبلغ ٢٣٧٢ بالريال السعودي .
وذلك عبارة عن صرف الجزء المتبقي من قيمة اشتراكات الشبكة المشتركة للمصاريف الادارية والتشغيلية لمكتب بالمصروفات العملية (الرواتب والديون) من الفترة من ١/٨/٢٠٠٢م حتى ٣١/٣/٢٠٠٣م

نأمل التكرم بإشعارنا بالفاكس رقم ٦٥١٢٨٨٥ عن وصول المبلغ فور إستلامكم له ، مؤيداً بسند القبض الدال على تسجيله في سجلاتكم ، وإرسال المستندات الثبوتيه الداله على الصرف .

شاكرين ومقدرين حسن تعاونكم معنا ،،

وتقبلوا فائق التحيات ،،،

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
الرقم ١٧٠٤٤
التاريخ ١١/٤/١٤٢٤هـ

مدير الادارة المالية
(توقيع)
٤/٤/١٤٢٤هـ
صالح بن عبدالله الصيخان

Address: P.O. Box 14843 Jeddah 21434 - Tel. 6512333 - 6513411 - Fax 6518491 - Tlx. 606784 IGATHA SJ

966 2 6512997 P.01

IIRO 35005

TOTAL P.02

اشعار العميل لعملية/عمليات مصرفية
CUSTOMER ADVISE FOR BANKING TRANSACTIONS

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.

Cash 6 | 05/06/03 | 15

## Electronic Transfer

**Remitter Data**

| | |
|---|---|
| *Membership:* | 78561 |
| *Short English:* | INTL ISLAMIC RELIEF ORGANISATION |
| *Short Arabic:* | هيئة الاغاثة بالجبيل المصروفات الا |
| *Current Account:* | 20600-001-0006080085381 |
| *Phone:* | 6512333 |

**Beneficiary Data**

| | |
|---|---|
| *Benef. Sequence:* | 57 |
| *Short Name:* | INTERNATIONAL ISLAMIC RELIEF ORGANI |
| *Current Account:* | 060 100141 1 |
| *Address1:* | INDONESIA |
| *Address2:* | |
| *City:* | |
| *Phone:* | |
| *Bank:* | BANK IFI |
| *Branch:* | PLAZA BAPINDO TOWER 11 GROUND FL JL |
| *Address/City:* | JEND SUDIRMAN KAV54-55 JAKARTA12190 |
| *Bank Country:* | indonesia |

**Order Data**

| | | | |
|---|---|---|---|
| *Amount:* | | 631.69 USD - United States Dollar | |
| *Same Fee:* | | | |
| *Transfer Fee:* | | | |
| *Equivalent:* | | 2,372.00 SAR - Saudi Riyal | |
| *Exchange rate:* | 3.754999 | *Value date:* | 05/06/03 |
| *Remitter to Beneficiary:* | OTHERS | | |

*Your unique reference number for this payment is: PON/14405401 20h*

*Please quote this number for any Correspondence related to your Payment.*

*SEQ: 000000000606*

We confirm the accuracy of the details quoted on this form. I/We exempt Al Rajhi Banking&Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by the third party. I approve deduction of any amounts from the transfer value (as commissions or charges or others) due to any party in relation to this transfer. The Corp. reserves the right to cancel the transfer if customer declines to respond to the corp. after ten days since the first inquiry. Further, customer shall incur all costs.

Remitter Signature.

.................................................

TELLER'S SIGNITURE ............ توقيع الصراف

BRANCH STAMP ختم الفرع

966 2 6512997 P.02

IIROR 0 18-JUN-2003 07:52

هيئة الإغاثة الإسلامية العالمية	طبع في ٠٣/٠٩/٢٥
بالمملكة العربية السعودية	صفحة ١
الإدارة المالية

طبع القيود اليومية
********************
(مدفوعات بنوعيه)

رقم القيد : ٢٤٤٢ / ٢ رقم الشيك :حوالة تاريخ :١٠/٠٤/٢٤

| م | مدين | دائن | الدولة | الكود | رقم & اسم الحساب |
|---|---|---|---|---|---|
| ١ | ٢٣٧٢.٠٠ | ٠.٠٠ | بدون | بدون | ٦٠٠١٠٠١ عام الهيئة |
| ٢ | ٠.٠٠ | ٢٣٧٢.٠٠ | بدون | بدون | ٢٢٠٣٠٠٥ الراجحي الرويس صدقا |
| | ٢٣٧٢.٠٠ | ٢٣٧٢.٠٠ | اجمالي القيد | | |

شرح القيد :صرف الجزء المتبقي من قيمة استعاضة مكتب اندونيسيا
والتي سبق قيدها بالقيد رقم ٢٨٢٢ ح:٦/٦/٢٠٠٣م

10-JUN-2003 07:56 IIROR.O 966 2 6512997 P.01

DocuSign Envelope ID: 2C60AAF9-6BD7-450B-B880-0C1EBECCE63F

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190308_5SM (Harbi)

**Language**: Arabic > English

**Document title**: IIRO 34989 to 35007

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience

**Signed**: Farah Alshekhli **Date**: March 15, 2019