# EXHIBIT "96"

From: MULHAQ DINY Jakarta Phone number: 62 62 5251720 April 02 2002 01:05 pm P.1

# Meeting Minutes

At the request of the Minister of Islamic Affairs, Endowments, Call and Guidance, Sheikh Saleh bin Abdul Aziz bin Mohammed Al-Sheikh, reported to the religious annex in Jakarta dependent to the ministry on the formation of a committee headed by the office, and the membership of a representative from the Embassy of the Custodian of the Two Holy Mosques in Jakarta, the Director of the Office of the Two Holy Mosques charity Foundation in Jakarta, and the Director of the International Islamic Relief Office in Jakarta on the distribution of valuable financial aid of one million dollars donated by the Custodian of the Two Holy Mosques to those affected by the floods that swept the Indonesian state during Dhu'l-Qi'dah of 1422 Hijri year.

After seeing the situation through the media, and what the members of the Committee have seen, and the tragic situation witnessed by every visitor to Indonesia, as the neighborhoods have fully sunk, the water level exceeded more than three meters, and other neighborhoods have been severely damaged, as the supplies are damaged Completely drowned in the water, mixed with mud, became unfit for human use and raised with the ruins of the houses.

This has resulted in the emergence of diseases and epidemics, because of the pollution of the atmosphere of unpleasant odors, and the fact that many animals and rats have stung, and their decomposition and putrefaction caused the development of serious diseases.

Some important facilities such as hospitals, clinics and schools have not been spared.

In order to inform the Committee of this tragic situation, and in accordance with the instructions of the Minister informed to the Chairman of the Committee who carefully directed the work in the limitation of requirements, and the delivery of assistance to the deserved beneficiaries, as the honesty requires, in which the Committee was invited, taking into account the implementation of priorities, has done the following:

1 – Limitation of the affected neighborhoods.

2 – Forming sub-committees of the Saudi offices operating in Indonesia to find out the damages and limit it accurately. Other committees have been formed to evaluate the proposed aid.

3 – The competent health authority in the country has been addressed in the letter, number 35/4/8/5 in 13/1/1423 of the religious annex to know the diseases resulting from these floods.

4 – The members of the Committee met twice with a committee composed of the health authority in this regard, and the case has been studied.

In view of the foregoing, the Committee, after several meetings, considers the distribution of the amount as follows:

1. The allocation of "1.917.925000" one billion nine hundred and seventeen million nine hundred and twenty-five thousand rupees, equivalent to "213.103" two hundred and thirteen thousand and one hundred and three dollars, at the exchange rate of "9.500" nine thousand five hundred rupees to the dollar, to carry out vaccination of "21.000" twenty-one thousand people - three times for each person - with conducting an awareness campaign for citizens in the media for a week on ways to prevent diseases, as recommended by the Ministry of Health.

2. The allocation of "1.336.305000" one billion three hundred and thirty six million three hundred and five thousand rupees, equivalent to "148.478" one hundred forty-eight thousand four hundred and eighty-eight dollars, to buy the necessary needs of more than two thousand houses destroyed by water in more than fifteen residential districts.

These requirements are:

A – Beds

B – Plastic chairs

C – Wooden cupboard for clothes

D – School clothes for the children of damaged people

E – Cookers

F – Scholar notebooks and pens

G – Prayer rugs and veils

H – Little of plastic

I – Cooking utensils

3. The allocation of "1.100.000000" one Billion and one hundred million rupees, equivalent to "122.000" One hundred and twenty-two thousand dollars, to buy building materials to repair more than two thousand houses destroyed by water in more than fifteen residential districts.

The materials include:

A. Cement

B. Sands

C. Bricks

D. Wood

E. Screws

F. Zinc

G. Wooden regulations

H. Red Bricks

I. Bottles

4. The allocation of "300.000000" of three hundred million rupees, equivalent to "33.222" thirty-three thousands and two hundred and twenty-two dollars, the value of the entrepreneur's rent to repair the damaged houses, according to the expected price which was submitted by some contractors to the Commission.

5. The allocation of "3.139.500000" of three billion and ninety-nine million and five hundred thousand rupees, equivalent to "348.833" three hundred forty-eight thousand and eight hundred and thirty-three dollars, to build 260 houses completely destroyed, which the one costs "12.075000" twelve million seventy-five thousand rupees, equivalent to "1342" thousand and three hundred and forty-two dollars, including all facilities, while the size of a house is 25 $m^2$ in a land area of 60 $m^2$.

6. The allocation of "180.000000" of one hundred and eighty million rupees, equivalent to "20.000" twenty thousand dollars, to help the Islamic

Hospital in Jakarta, which provides free services to poor people who are unable to pay the fees, in order to purchase some medical equipment instead of those damaged by the rainwater leakage to the rooms in it the old medical equipment was located.

7. The allocation of "489.100000" of four hundred and ninety-nine million and one hundred thousand rupees, equivalent to "54.344" fifty-four thousand three hundred and forty-four dollars, to rebuild mosques, chapels and institutes destroyed by the floods:

A. Al Taqwa Chapel

B. Noor Al Huda Chapel

C. Noor Al Hedaya Chapel

D. Noor Al Hedaya Chapel

E. El Hedaya Mosque

F. Institute of students' kindergarten

G. Nour El Iman Mosque

H. Mosque of Jihad

8. The allocation of (450.000.000) four hundred and fifty million rupees, equivalent to (50,000) fifty thousand dollars, for the restoration of the Islamic Research Center damaged by rain.

9. The allocation of (90.000.000) ninety million rupees, equivalent to (10,000) ten thousand dollars, for administrative supplies in order to follow up the implementation of the proposed projects, including the following:

A. Employee Rewards.

B. Engineers Rewards.

C. Rewards of drivers.

D. Fuels.

E. Paintings.

After distribution of the funds, the Committee considered the following:

1. To give publicity to these projects in various media to highlight part of our blessed nation's services to the nation of Islam, and to answer many questions from associations and Muslims about the role of Saudi Arabia in Indonesia to help them in this ordeal. The suspicious associations and

organizations have done a fraction of this effort, and used mass media for their dubious goals.

2. To execute these projects under the direct supervision of the Commission, in cooperation with the official Indonesian authorities, each in its own right. The medical campaign will be in cooperation with the Ministry of Health, and the relief campaigns will be in cooperation with the relevant ministries.

3. The provision of food aid should be dispensed with for the end of the ordeal, because there is no need for it, as these aids are quickly consumed. Saudi relief organizations played a prominent role in this area during the ordeal, such as the Al-Haramain Charitable Foundation and the International Islamic Relief Institution.

4. The formation of a committee to approve the disbursement of amounts on the allocated items after the approval of the Minister of Islamic Affairs, Endowments, Dawa'a and Guidance, consisting of

Members of the Committee in addition to the Accountant of the Office of the Religious Attaché by virtue of his specialization, and the disbursement shall be according to the stages of completion of the work.

5. Upon disbursement of the funds, the concerned committee shall restrain all expenses, according to complete and accurate data and invoices, to be submitted to the Minister of Islamic Affairs, Endowments, Dawa'a and Guidance, to pay the deposited pledge.

6. The Committee confirms that the beneficiary of the assistance shall not be offered any monetary amount, but the matter needed to assist him.

And at the end of the meeting minutes report, we cannot but extend our sincere thanks and appreciation to the Custodian of the Two Holy Mosques, may God preserve him and his family, and we pray to God Almighty to reward him for his unsurprising generosity, and to keep his majesty for the Islamic nation.

Thanks and prayers are extended to the Minister of Islamic Affairs, Endowments, Dawa'a and Guidance, for his efforts to achieve this generous aid.

**God bless our Prophet Muhammad and his family and companions**

**Committee members**

| Member of the Embassy | Director of Al-Haramain Charity Office in Jakarta | Director of the Office of the International Islamic Relief Organization in Jakarta |
|---|---|---|
| **Nasser Bin Ali Al-Huti** | **Ahmed Bin Ali Al-Amudi** | **Fawzi Bin Hassan Jamal** |

Chairman of the Committee

Religious Attaché in Jakarta

**Ibrahim Bin Sulaiman**

# محضر اجتماع

**الحمد لله وحده، والصلاة والسلام على من لا نبي بعده،**

**نبينا محمد وعلى آله وصحبه أجمعين،**

**وبعد،**

فبناء على طلب معالي وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد الشيخ صالح بن عبد العزيز بن محمد آل الشيخ، والمبلّغ للملحق الديني بجاكرتا التابع للوزارة بشأن تكوين لجنة برئاسة المكتب وعضوية مندوب من سفارة خادم الحرمين الشريفين بجاكرتا، ومدير مكتب مؤسسة الحرمين الخيرية بجاكرتا، ومدير مكتب هيئة الإغاثة الإسلامية العالمية بجاكرتا بشأن توزيع المساعدة المالية القيمة وقدرها مليون دولار تبرعا من خادم الحرمين الشريفين – حفظه الله – للمتضررين من السيول التي اجتاحت دولة إندونيسيا الشقيقة خلال شهر ذي القعدة من علم ١٤٢٢ .

وبعد الاطلاع على حالة الوضع من خلال وسائل الإعلام وما عايشه أعضاء اللجنة وشاهده كل زائر لإندونيسيا من الوضع المأساوي، حيث إن أحياء قد غرقت بأكملها وتجاوز منسوب الماء فيها أكثر من ثلاثة أمتار، وأحياء أخرى تضررت تضرر بالغا حيث إن المستلزمات الموجودة فيها أصبحت تالفة تماما لغرقها في المياه واختلاطها بالطين ولا تصلح للاستعمال الآدمي وقد تم رفعها مع أنقاض المنازل .

وقد نتج عن ذلك ظهور الأمراض والأوبئة بسبب تلوث الجو من الروائح الكريهة وكون كثيرا من الحيوانات والجراذي قد نفقت وتسبب تحللها وتعفنها في نشوء مثل تلك الأمراض الخطيرة . كما أن بعضا من المرافق المهمة كالمستشفيات والمستوصفات والمدارس لم تسلم من تلك الأضرار .

ولمعرفة اللجنة بهذه الحالة المأساوية وتمشيا مع توجيه معالي الوزير المبلّغ إلى رئيس اللجنة الذي وجه بدقة العمل بحصر المتطلبات وإيصال المساعدات إلى مستحقيها حسب ما تتطلبها الأمانة التي استرعت اللجنة فيها، مع مراعاة تنفيذ الأولويات، فقد عُمل ما يلي :

١. حصر الأحياء المتضررة .
٢. تشكيل لجان فرعية من المكاتب السعودية العاملة في إندونيسيا للوقوف على الأضرار وحصرها بدقة . كما تشكلت لجان أخرى لتسعير المساعدات المقترح تقديمها .



IIRO 35077

٣. تمت مخاطبة الجهة الصحية المختصة في البلد كما في خطاب الملحق الديني رقم ٥/٨/٤/٣٥ في ١٤٢٣/١/١٣ لمعرفة الأمراض الناتجة عن تلك الفيضانات .

٤. وقد اجتمع أعضاء اللجنة مرتين مع لجنة مشكلة من الجهة الصحية لهذا الخصوص، وقد تمت دراسة الحالة .

وبناء على ما تقدم فإن اللجنة وبعد جلسات عديدة ترى توزيع المبلغ كما يلي :

١. تخصيص مبلغ قدره ( ١،٩١٧،٩٢٥،٠٠٠ ) مليار وتسعمائة وسبعة عشر مليونا وتسعمائة وخمسة وعشرون ألف روبية، ما يعادل ( ٢١٣،١٠٣ ) مائتان وثلاثة عشر ألفا ومائة وثلاثة دولار، بسعر الصرف ( ٩،٥٠٠ ) تسعة آلاف وخمسمائة روبية للدولار، من أجل القيام بحملة تطعيم لعدد ( ٢١،٠٠٠ ) واحد وعشرين ألف شخص ثلاث مرات لكل واحد، مع القيام بحملة توعية للمواطنين في وسائل الإعلام لمدة أسبوع عن طرق الوقاية من الأمراض، حسب التصور المقترح من وزارة الصحة .

٢. تخصيص مبلغ قدره ( ١،٣٣٦،٣٠٥،٠٠٠ ) مليار وثلاثمائة وستة وثلاثون مليونا وثلاثمائة وخمسة آلاف روبية، ما يعادل ( ١٤٨،٤٧٨ ) مائة وثمانية وأربعون ألفا وأربعمائة وثمانية وسبعون دولارا، لشراء حاجيات المنازل الضرورية للمنازل التي دمرتها المياه، وعددها أكثر من ألفي منزل، في أكثر من خمسة عشر حي سكني . وهذه الحاجيات هي :

أ. فرش النوم .
ب. كراسي بلاستيكية .
ج. دواليب خشبية للملابس .
د. ملابس مدرسية لأبناء المتضررين .
هـ. بوتوجازات .
و. دفاتر واقلام مدرسية .
ز. سجاد وخمر للصلاة .
ح. [illegible] من البلاستيك .
ط. أواني الطبخ والأكل .

٣. تخصيص مبلغ قدره ( ١،١٠٠،٠٠٠،٠٠٠ ) مليار ومائة مليون روبية، ما يعادل ( ١٢٢،٠٠٠ ) مائة واثنان وعشرون ألف دولار، لشراء مواد بناء لترميم المساكن المتضررة من السيول والتي تتجاوز ألفي منزل، في أكثر من خمسة عشر حي . والمواد تشمل :

أ. الاسمنت .

ب. رمال .

ج. قراميط .

د. أخشاب .

هـ. مسامير .

و. زنك .

ز. لوائح خشبية .

ح. طوب أحمر .

ط. زجاجات .

٤. تخصيص مبلغ قدره ( ٣٠٠،٠٠٠،٠٠٠ ) ثلاثمائة مليون روبية، ما يعادل ( ٣٣،٢٢٢ ) ثلاثة وثلاثون ألفا ومائتان واثنان وعشرون دولار، قيمة أجرة المقاول لإصلاح التلفيات في البيوت المتضررة، حسب السعر المتوقع لذلك، والذي تقدم به إلى اللجنة بعض المقاولين .

٥. تخصيص مبلغ قدره ( ٣،١٣٩،٥٠٠،٠٠٠ ) ثلاثة مليارات ومائة وتسعة وثلاثون مليونا وخمسمائة ألف روبية، ما يعادل ( ٣٤٨،٨٣٣ ) ثلاثمائة وثمانية وأربعون ألفا وثمانمائة وثلاثة وثلاثون دولارا، وذلك لبناء عدد ( ٢٦٠ ) منزلا تهدمت بالكامل، حيث إن تكلفة المنزل الواحد ( ١٢،٠٧٥،٠٠٠ ) اثنا عشر مليونا وخمسة وسبعون ألف روبية، ما يعادل ( ١،٣٤٢ ) ألف وثلاثمائة واثنان وأربعون دولار للمنزل الواحد، شاملة جميع المرافق . ومساحة المنزل الواحد : ٢٥م٢، في أرض مساحتها : ٦٠م٢ .

٦. تخصيص مبلغ قدره ( ١٨٠،٠٠٠،٠٠٠ ) مائة وثمانون مليون روبية، ما يعادل ( ٢٠،٠٠٠ ) عشرون ألف دولار، لمساعدة المستشفى الإسلامي بجاكرتا الذي يقدم خدمات مجانية للمساكين غير القادرين على دفع الرسوم، وذلك من أجل شراء بعض الأجهزة الطبية التي تضررت نتيجة تسرب مياه الأمطار إلى الغرف الموجودة فيها .

٧. تخصيص مبلغ قدره ( ٤٨٩،١٠٠،٠٠٠ ) أربعمائة وتسعة وثمانون مليونا ومائة ألف روبية، ما يعادل ( ٥٤،٣٤٤ ) أربعة وخمسون ألفا وثلاثمائة وأربعة وأربعون دولار، لإعادة بناء المساجد و المصليات والمعاهد التي تهدمت نتيجة السيول، وهي.

أ. مصلى التقوى .

ب. مصلى نور الهدى .

ج. مصلى نور الهداية .

د. مصلى نور الهداية .



IIRO 35079

هـ. مسجد الهداية .

و. معهد روضة المتقين .

ز. مسجد نور الإيمان .

ح. مسجد الجهاد .

٨. تخصيص مبلغ قدره ( ٤٥٠،٠٠٠،٠٠٠ ) أربعمائة وخمسون مليون روبية، ما يعادل ( ٥٠،٠٠٠ ) خمسون ألف دولار، وذلك لترميم مركز البحوث الإسلامية الذي تضرر من الأمطار .

٩. تخصيص مبلغ قدره ( ٩٠،٠٠٠،٠٠٠ ) تسعون مليون روبية، ما يعادل ( ١٠،٠٠٠ ) عشرة آلاف دولار، للمستلزمات الإدارية لمتابعة تنفيذ المشاريع المقترحة، شاملة ما يلي :

أ. مكافآت العاملين .

ب. مكافآت المهندسين .

ج. مكافآت السائقين .

د. المحروقات .

هـ. اللوحات .

وقد رأت اللجنة بعد توزيع المبالغ، مراعاة ما يلي :

١. محاولة تفعيل هذه المشاريع في شتى وسائل الإعلام لإبراز جزء مما تقوم به دولتنا المباركة من خدمات دولة لأمة الإسلام، وإجابة كثير من استفسارات الجمعيات والإخوة المسلمين في إندونيسيا عن دور المملكة العربية السعودية في مساعدتهم في هذه المحنة، حيث إن الجمعيات والمنظمات المشبوهة قامت بجزء يسير من مثل هذا الجهد وقد استخدمت الدعايات الإعلامية الضخمة من أجل أهدافهم المشبوهة .

٢. أن يتم القيام بتنفيذ هذه المشاريع بالإشراف المباشر من اللجنة بالتعاون مع الجهات الإندونيسية الرسمية، كل فيما يخصه، فالحملة الطبية بالتعاون مع وزارة الصحة، والحملات الإغاثية بالتعاون مع الوزارات المختصة .

٣. أن يتم صرف النظر عن تقديم المساعدات الغذائية لانتهاء المحنة والحاجة إليها، ولكونها سريعة الاستهلاك، وقد قامت المؤسسات الإغاثية السعودية بدور بارز في هذا المجال إبان المحنة، مثل مؤسسة الحرمين الخيرية وهيئة الإغاثة الإسلامية العالمية .

٤. تكوين لجنة مالية لاعتماد صرف المبالغ على البنود المخصصة بعد موافقة معالي وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد، وتكون من

أعضاء اللجنة بالإضافة إلى محاسب مكتب الملحق الديني بحكم تخصصه، ويكون الصرف حسب مراحل إنجاز العمل .

٥. عند صرف المبالغ المالية يجب على اللجنة المخصصة تقييد جميع المصروفات وفق بيانات وفواتير متكاملة ودقيقة لرفعها إلى معالي وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد لتسديد العهدة المصروفة .

٦. تؤكد اللجنة على عدم تسليم المستفيد من المساعدة أي مبلغ مالي نقدي، بل تؤمن له الحاجة المراد مساعدته بها .

وفي ختام المحضر لا يسعنا إلا أن نتقدم بخالص الشكر والتقدير إلى مقام خادم الحرمين الشريفين – حفظه الله – ونبتهل إلى الله عز وجل أن يجزيه خير الجزاء والمثوبة على تبرعه السخي غير المستغرب منه، وجعله ذخرا لأمة الإسلام، وأن يحفظ به البلاد والعباد . والشكر والدعاء موصولان إلى معالي وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد على تبنيه السعي لتحقيق هذه المساعدات الكريمة .

**هذا، وصلى الله وسلم على نبينا محمد وآله وصحبه أجمعين**

**أعضاء اللجنة**

| | | |
|---|---|---|
| عضو من السفارة | مدير مكتب<br>مؤسسة الحرمين الخيرية بجاكرتا | مدير مكتب<br>هيئة الإغاثة الإسلامية العالمية بجاكرتا |
| ناصر بن علي الحوطي | أحمد بن علي العامودي | فوزي بن حسن جمال |

**رئيس اللجنة**
**الملحق الديني بجاكرتا**

**إبراهيم بن سليمان النغيمشي**



IIRO 35081