# EXHIBIT “97”

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Organization's Offices Services Department

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. 103/4042/25
Date: 05/11/1425 AH (06/29/2004 AD)

Subject: ----

**VERY URGENT**

**His Excellency the Manager of the Organization's Office in Indonesia, may Allah bless him**

**May the peace, mercy, and blessings of Allah be upon you.**

**Subject: The visit of a representative of the Secretariat General to the Indonesia Office**

Please be advised that accountant Omer Bashir Khalid, Sudanese-national, pursuant to his passport No. 4392592, whose photo is attached, is working for the Organization, and that the Organization wants to delegate him to the Office to audit the Office's accounts. The visit requires the prior approval of the Department General of Passports in Jakarta, Ministry of Justice, or Ministry of Foreign Affairs according to the update of the Consulate of Indonesia in Jeddah.

We hope that you will promptly contact one of the mentioned agencies regarding the permission for the visit of the person named above and update us with the approval or notify us about the results.

Kindest regards
**Manager of Offices Services Department**
**Mansour Mohamed Fattani [Signed]**

[**Handwriting**: *Brother Fayez, write a letter*]
A.M.A

[**SEAL:** *International Islamic Relief Organization in the Kingdom of Saudi Arabia, Secretariat General, 2*]

Muslim World League
International Islamic Relief Organization
Indonesia Office
Incoming
No. 608/25
Date: 05/25/1425 AH (07/13/2004 AD)
Agency: B (1)

Please quote ref. No. and date when replying [Duplicate Text]

[Duplicate Text]
Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 6518491 – 6512997
Email: relief@iirosa.org

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



EXHIBIT
tabbies
HARBI 172

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
ادارة خدمات المكاتب الهيئة

Sub. : الموضوع :

No : ٢٥/٤٠٤٢/١٠٢ : الرقم
Date : ١٤٢٢/٥/١١هـ : التاريخ

عاجل جداً

**سعادة مدير مكتب الهيئة في إندونيسيا** **حفظه الله**

**السلام عليكم ورحمة الله وبركاته**

**الموضوع: زيارة مندوب من الأمانة العامة إلى مكتب اندونيسيا**

أفيدكم بأن المحاسب المكرم/ عمر بشير خالد سوداني الجنسية بموجب جواز سفره رقم ٤٣٩٢٥٩٢ المرفق صورته يعمل لدى الهيئة وترغب إيفاده إلى المكتب للقيام بمرجعة حسابات المكتب ، وتتطلب الزيارة الحصول على الموافقة المسبقة من قبل الإدارة العامة للجوازات في جاكرتا أو من وزارة العدل أو من وزارة الخارجية ، حسب إفادة القنصلية الإندونيسية بجده.

آمل سرعة مراجعة إحدى الجهات المعنية المذكورة أعلاه بطلب الإذن على زيارة المذكور وموافاتنا بما يفيد الموافقة على ذلك أو إشعارنا بما يتم التوصل إليه .

والله الموفق ،،،

**مدير إدارة خدمات المكاتب**

**منصور محمد فطاني**

أ/م/ع

٢٥/٦٠٨
٢٥/٥/١٤٢٢هـ
(١) ب



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DocuSign Envelope ID: 2C60AAF9-6BD7-450B-B880-0C1EBECCE63F

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190308_5SM (Harbi)

**Language**: Arabic > English

**Document title**: IIRO 36869-36881

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience

**Signed**: Farah Alshekhli **Date**: March 15, 2019