# EXHIBIT “98”

Logo of SJRC

**Saudi Joint Relief Committee**

**Kosovo Regional Office**

THE SAUDI JOINT COMITTEE

REGIONAL OFFICE IN KOSOVO

Number: ......................

Date: ............................

[Duplicate English text]

## Memorandum of Understanding

On Thursday of 29/07/1421 A.H. (10/26/2000 A.D.) it was agreed between:

3) The Saudi Joint Committee represented by the Regional Director Doctor Fares bin Hadaj Al-Hadi as **The First Party**.

4) The International Islamic Relief Organization represented by the Organization's Director Mr. Saleh bin Ahmed Al-Dibani as **The Second Party**.

I.

The Headquarters building of the Saudi Committee is divided between the two parties starting from 11/01/2000 A.D.

II.

The southern part belongs to Regional Office with its ground and first floors, and the northern part belongs to the Relief Organization with its ground and first floors.

III.

The two parties equally share the rent of the building and all the other utility expenses such electricity, water, cleaning, heating, municipal services, and other services. In so doing, the Organization pays the specified amount to the Committee in the end of each month of the Gregorian calendar.

IV.

Each party is entitled to using the services available in the part that belongs to the other party if need be.

V.

Each party is responsible for the security and guarding of its own part.

The First Party
Regional Director of the Committee
Signed:
Doctor Fares bin Hadaj Al-Hadi

The Second Party
Director of the International Islamic Relief Organization
Signed:
Saleh bin Ahmed Al-Dibani

Kosovo - Prishtina Tel. 0038138 549 203 - 549 204 Fax. 549 211 TSt. 00871 762 154 270 Fax st. 00871 762 154 272

**www.sjrc.net Email: sjrckos@yahoo.com**

CONFIDENTIAL: This document is subject to a Protective Order Regrading confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern Distrcit of New York.

EXHIBIT 76
WIT: Al Obaidi
DATE: 1-21-19
C. Campbell, RDR CRR CSR #13921

SAUDI JOINT RELIEF COMMITTEE
KOSOVA REGIONAL OFFICE

SJRC

KOMITETI I BASHKUAR SAUDIT I NDIHMAVE
ZYRA RAJONALE NË KOSOVË

اللجنة السعودية المشتركة للإغاثة
المكتب الإقليمي بكوسوفا

الرقم: Number:

التاريخ: Date:

# مذكرة التفاهم

**إنه في يوم الخميس وتاريخ 29/7/1421هـ الموافق 26/10/2000م تم الإتفاق مابين:**

3) اللجنة السعودية المشتركة يمثلها المدير الإقليمي الدكتور/فارس بن هداج الهادي **كطرف أول.**

4) هيئة الإغاثة الإسلامية العالمية يمثلها مدير الهيئة السيد/صالح بن أحمد الذبياني **كطرف ثاني.**

**أولاً :**

يتم تقسيم مبنى مقر اللجنة السعودية بين الطرفين إبتداءً من 2000/11/1م .

***ثانياً :***

يكون القسم الجنوبي تابع للمكتب الإقليمي بدورية الأرضي والأول، ويكون القسم الشمالي تابع لهيئة الإغاثة بدورية الأرضي والأول.

**ثالثاً :**

يتحمل الطرفين إيجار المبنى وكامل مصروفات الخدمات الأخرى مثل الكهرباء والماء والنظافة والتدفئة والخدمات البلدية وخلافها مناصفة بالتساوي، ويتم ذلك بأن تدفع الهيئة المبلغ المحدد للجنة نهاية كل شهر ميلادي.

**رابعاً :**

لكل طرف الحق في إستخدام الخدمات الموجودة في القسم الخاص بالطرف الآخر إذا دعت الضرورة.

**خامساً :**

يكون كل طرف مسؤول عن الأمن والحراسة الخاص بالجزء التابع له.

الطرف الأول

**المدير الإقليمي للجنة**

**د. فارس بن هداج الهادي**

الطرف الثاني

**مدير هيئة الإغاثة الإسلامية العالمية**

**صالح بن أحمد الذبياني**

Kosova - prishtina Tel 0038138 549 203 - 549 204 Fax: 549 211 TSt. 00871 762 154 270 Fax st. 00871 762 154 272
www.sjrc.net Email: sjrckos @ yahoo.com

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 41030