# EXHIBIT “99”

INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE KINGDOM
OF SAUDI ARABIA
Albania Office

[Duplicate Text]

Subject: ----

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

No. 31/2/S
Date: 02/13/2002

[Handwriting: *Sent by fax*]
(IMPORTANT AND URGENT)

**His Highness Dr. Adnan Khalil Basha, may Allah bless him**
**Secretary General of the International Islamic Relief Organization**

**May the peace, mercy, and blessings of Allah be upon you.**
We ask Allah the almighty that you are doing well. Many happy returns of the day.

In reference to your Circular No. 265, dated 07/30/1422 AH (OCT 18th, 2001 AD), regarding the approved budget for the administrative expenses of the Albania Office for the year 1422/1423 AH (2001/2002 AD), our letter No. 188/11/S, dated 11/02/2001 AD, regarding questions on the said Circular, and our letter No. 188/11/S, dated 11/02/2001 AD, regarding the list of corresponding banks with which the Arab Albanian Islamic Bank is dealing.

You know what the office is going through. The authorities launched a raid against the office and took the vouchers, including the refunding vouchers. Despite the numerous follow-ups by the attorney and the contacts made by the Saudi Embassy in Albania, they did not return anything to date. This resulted in the delay in sending the refunding vouchers. We had to send a true copy of those vouchers, with the originals of the expenses' vouchers for the period following the raid via DHL in our letter No. 29/2/S, dated 02/11/2002 AD.

Therefore, please approve an eligible officer to transfer the funds of the administrative and operational expenses of the office for the first and second quarters of the current budget of the year 1422/1423 AH (2001/2002 AD). We hope that you may get this done as soon as possible, because there are no amounts for the administrative expenses.

Kindest regards
Manager of the Albania Office
Youssef bin Salem Alghanem [*Signed*]

---

Address: "Rruga e [Illegible] Tirana, Albania Tel. & Fax: 00355 42 33194
Email: iiroalbania@albaniaonline.net



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

ORGANIZATA ISLAMIKE BOTERORE E NDIHMAVE ARABIA SAUDITE ZYRA E SHQIPERISE

هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية مكتب ألبانيا

Lënda: ..............................: الموضوع

Nr.: ..........٣١ / ٢ / ص.......... الرقم

Date: م٢٠٠٢/٢/١٣...... التاريخ

ارسال بالفاكس

( هــــام وعــــاجل )

سعادة الدكتور/ عدنان بن خليل باشا (حفظه الله)

الأمين العام لهيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركاته ،،،

نرجو من الله تعالى أن تكونوا بخير حال فى دينكم ودنياكم و كل عام وأنتم بخير ،،،

إشارة إلى تعميم سعادتكم رقم ٢٦٥ بتاريخ ١٤٢٢/٧/٣٠ هـــ بخصوص الميزانية المعتمدة للمصاريف الإدارية لمكتب ألبانيا للعام ١٤٢٣/١٤٢٢ هـــ . وخطابنا رقم ١١/١٨٨/ص فى ٢٠٠١/١١/٢ م بخصوص التساؤلات حول التعميم المذكور .وخطابنا رقم ١١/١٨٨/ص فى ٢٠٠١/١١/٢ م بخصوص قائمة البنوك المراسلة التى يتعامل معها البنك العربى الألبانى الإسلامى .

نظرا لظروف المكتب التى تعلمونها والتى تتعلق بمداهمة المكتب من قبل السلطات وأخذ المستندات ومنها أصول مستندات إستعاضة السلفة ورغم المراجعات العديدة عن طريق المحامى وتدخل السفارة السعودية بألبانيا ولكن للآن لم يردوا لنا أى شئ مما أدى إلى تأخير إرسال مستندات الإستعاضة مما إضطرنا لإرسال صورة طبق الأصل من تلك المستندات مع أصول مستندات الصرف للفترة اللاحقة للمداهمة بالبريد السريع DHLضمن خطابنا رقم ٢/٢٩/ص فى ٢٠٠٢/٢/١١

لذا نرجوا من سعادتكم التكرم بتعميد من يلزم لتحويل مخصصات المصاريف الإدارية و التشغيلية للمكتب للربع الأول والثانى من الميزانية الحالية ١٤٢٣/١٤٢٢ هـــ آملين أن يكون ذلك عاجلا ما أمكن لعدم وجود مبالغ للمصاريف الإدارية.

وتفضلوا بقبول فائق الإحترام و التقدير ،،،

مدير مكتب ألبانيا

يوسف بن سالم الغانم

Adresa: "Rruga e Durrësit, Kompleksi "Karavan" U,3. E.2, Nr. 1 Tirana, Albania". Tel&Fax 00355 42 33194
Emial: iiroalbania@albaniaonline.net

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.