# EXHIBIT
# "100"

Total P. 01

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Financial Management

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplciate Text]

Subject: ----

No. 105/2072/23
Date: 02/16/1423 AH (April 29, 2002 AD)

((Very Urgent))

Your Highness, Manager of the organization's office in Albania, May Allah protect you

May the peace, mercy and blessings of Allah be upon you;

In reference to your letter no. 26/2/S dated 02/11/2002 AD, on the request to be compensated for the photocopying of the operational and administrative expenses documents of July and August, 2001 AD, totaling $5,702, we would like to let you know the following:

1- The office must prepare a statement of facts that is signed by the office manager and his employees stating that a raid was launched against the office on 10/04/2001 AD by the Albanian authorities and that they seized the office seal along with the original documents; or a police report of the incident, if any. Once this is provided, the necessary action will be taken regarding the copies of the documents sent by you, in light of that.
2- Listing the salary of the orphan's supervisor with the office salaries, the operative and administrative expenses, created some sort of confusion between the allowances of the different care entities.
3- The documents of each care entity and every financial period should be separated, and that's why the salaries of the orphans' official and employee for the months of July/August, 2001, totaling $600, were excluded, provided that it should be sent with the documents of the Social Care (the orphans) so it can be deducted from the funds registered on the office (Orphans). The salary of the mentioned employee should not be disbursed from the operational and administrative expenses.
4- It was noted that the stated amount of the telephone bills, according to the statement sent, are a little more that the amount that should be paid for the bill. Please, clarify.
5- The office always sends copies of power and water bills, but not the original. Please, clarify.

We hope to receive a prompt reply so we can complete your compensation.
Allah is the grantor of success.

Financial Director
Signed
02/16/1423 AH (April 29, 2002 AD)
Ghazi bin Hassan Arfasha

[**Stamp**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia - 2*]

(Illegible)

1423

[Signature]

12/16/23 AH (February 18, 2003 AD)

Please quote ref. No. and date when replying [Duplicate Text]

[Duplicate Text]
Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO 42373

[Illegible] IIRUR U 29-APR-2002

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

TOTAL P.01

MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الإدارة المالية

Sub. : ........................ :الموضوع

No ب٢/٢٠٧٢/١٠٥ الرقم

Date ١٤٢٢/٤/٢٦ التاريخ :

(( عاجــــل جـــــداً ))

سعادة مدير مكتب الهيئة في ألبانيا حفظه الله

السلام عليكم ورحمة الله وبركاته ..

بالإشـــارة إلى خطـــابكم رقـــم ٢/٢٦/ص فـــي ٢٠٠٢/٢/١١م والخاص بطلب استعاضة عن صور مســتندات المصـــاريف الإدارية والتشغيلية عن شهري يوليو / أغسطس لعام ٢٠٠١م بمبلغ ٥,٧٠٢$ دولار أمريكي نفيدكم بالآتي :

١- على المكتب إعداد محضر إثبات حالة موقع من مدير المكتب وموظفيه بوقوع مداهمة للمكتب بتاريخ ٢٠٠١/١٠/٤م من قبل السلطات الألبانية والاستيلاء على ختم المكتب والمستندات الأصلية أو محضر شــرطة بالواقعــة إن وجـد . وفور وصول المطلوب سيتم اتخاذ اللازم على ضوء ذلك نحو صور المستندات المرسلة منكم .

٢- إن إدراج راتـب مشـرف الأيتام ضمن رواتب المكتب الخاصة بالمصاريف الإدارية والتشغيلية جعل هناك نوع من الخلط بين مخصصات الرعايات المختلفة .

٣- يجــب أن يكون هناك فصل بين مستندات كل رعاية وكل فترة مالية على حده لذلك تم استبعاد رواتب مســئول وموظف الأيتام عن شهري يوليو / أغسطس لعام ٢٠٠١م بمبلغ ٦٠٠$ دولار أمريكي على أن يـتم إرســاله مع مستندات الرعاية الاجتماعية (الأيتام) حتى يتم إسقاطه من العهدة المسجلة على المكتب (أيتام) ويجب عدم صرف رواتبه من المصاريف الإدارية والتشغيلية .

٤- لوحــظ أن فواتير الهاتف حسب البيان المرسل تزيد زيادة بسيطة عن قيمة الفاتورة يرجى الإفادة عن ذلك أيضاً .

٥- دائماً يقوم المكتب بإرسال صور فواتير الكهرباء والمياه ولا يرسل الأصل نرجوا الإفادة عن ذلك.

نرجو سرعة الرد حتى نتمكن من استكمال الاستعاضة الخاصة بكم .

والله ولي التوفيق ،،،،

مدير الإدارة المالية

غازي بن حسن عرقشة

Please quote above ref. No. and date when replying. Pour répondre, Prière de citer la référence ci-dessus - citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الإلكتروني

29-APR-2002 14:09 P.01

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.