# EXHIBIT
# “101”

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

Subject: ----

No. 100/1223/1424
Date: 05/10/1424 AH
(07/10/2003 AD)

| |
|---|
| Muslim World League<br>General Incoming Communications<br>Incoming No. 8623<br>Date: 05/15/1424 AH (07/15/2003 AD)<br>Attachments: Minutes<br>[*Illegible*]: Secretary General |

***His Highness Dr. Abdallah bin Abdel Mohsen At-Turki, may Allah bless him***
***Secretary General of the Muslim World League and Organization's Chairman of the Board of Directors***

May the peace, mercy, and blessings of Allah be upon you

I am pleased to inform Your Highness that the Committee formed with your approval regarding the subject of the Regional Office in the Eastern District held a meeting at 10:00 PM, on 04/02-03/1424 AH (06/03-04/2003 AD), in the presence of the persons named below.

1. Dr. Abdelhamid bin Mohamed Al-Maajal, Executive Manager of the Organization's Offices in the Eastern District;
2. Mr. Abdullah bin Ahmed Bazara, Manager of the League's Independent Agencies Follow-up Department;
3. Mr. Saleh bin Abdullah Al-Saykhan, Manager of the Organization's Financial Department; and
4. Mr. Khalil Ibrahim, Manager of the Former Regional Supervisor's Office.

The meeting discussed the amounts spent by Mr. Khalil Ibrahim without documents according to the auditor's report. The auditor reported the following.

1. Mr. Khalil Ibrahim paid to the collaborators with the Organization for the Islamic projects and for the construction of mosques in cash without expenses' vouchers or orders;
2. When he left work, there were reports in files in a private room of the old building of which he did not know anything after leaving work;
3. He promised to call some persons he knows abroad with whom he was dealing to ask them for the expenses' vouchers;
4. The Committee met with His Highness Emir Turki bin Fahd bin Jiluwi, Supervisor of the Regional Office, on 04/02/1424 AH (06/03/2003 AD), before his resignation. The Committee discussed with His Highness the auditor's report. It has been agreed that Dr. Abdelhamid Al-Maajal shall update His Highness and Mr. Khalil Ibrahim in getting the available expenses' vouchers sent to both of them.

This is to update Your Highness with the actions taken by the Committee. A copy of the minutes is attached. Allah willing, the Committee's actions shall be followed up, and I will update you with the findings in due time.

With my kindest regards,
Secretary General
Dr. Adnan Khalil Basha [*Signed*]
05/09/1424 AH (07/09/2003 AD)

[**Handwriting**: *To be returned with greetings, follow-up shall go on, thank you 13/5*]

Please quote ref. No. and date when replying [Duplicate Text]

[Duplicate Text]

Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org



The dossier of the eastern district should also be sent to my office / illegible 5/14

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Email: finance@iirosa.org
Financial Department

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate text]

Subject: ----

No. ----
Date: ----

**((MEETING MINUTES))**

Praise be to Allah. May prayer and peace be upon our messenger, Mohamed bin Abdullah, and upon his household and companions.

Based on the direction of Your Highness, we are pleased to present the results of the attached minutes on our meeting with His Highness Emir Turki bin Fahd bin Jiluwi, dated 04/02-03/1424 AH (06/03-04/2003 AD), and Mr. Khalil Ibrahim, dated 04/29/1424 AH (06/30/2003 AD), at 09:30 PM in the presence of the persons named below.

1. Dr. Abdelhamid bin Mohamed Al-Maajal;
2. Mr. Abdullah bin Ahmed Bazara;
3. Mr. Saleh bin Abdullah Al-Saykhan; and
4. Mr. Khalil Ibrahim

The meeting discussed the amounts spent by Mr. Khalil Ibrahim without expenses' vouchers according to the report of auditor Osama Alkhariji. After long discussions, the following was found out.

1. Mr. Khalil Ibrahim paid to the collaborators with the Organization for the Islamic projects in cash without expenses' vouchers or orders;
2. When he left work, there were reports in files in a private room of the old building of which he did not know anything after leaving work and after the office was moved to the new headquarters;
3. He promised to call some persons he knows in the countries and organizations with whom he was dealing to ask them for the expenses' vouchers;
4. A meeting was held with His Highness Emir Turki bin Fahd, Supervisor of the Organization's Regional Office, dated 04/02/1424 AH (06/03/2003 AD). The Committee discussed the auditor's report with His Highness.

Handwritten: Illegible

**MUSLIM WORLD LEAGUE**
**International Islamic Relief Organization**
**in the Kingdom of Saudi Arabia**
**Financial Department**
E-Mail: finance@iirosa.org

**[Duplicate Text]**

No.: Sub.:

Date:

His Excellency Doctor Abdelhamid Al-Maajal and Professor Khalil Ibrahim, should be followed up on regarding presenting the documents of the custodies that were disbursed for both.

**Recommendations:**

The committee pursues its follow-up of this subject with Doctor Abdelhamid Al-Maajal and Professor Khalil Ibrahim to obtain any documents that could reduce the paid amounts from the custodies without disbursement supporting documents.

Allah is who bestows success…

**Director of the Financial Department**
**International Islamic Relief Organization**
**Signed: Saleh bin Abdullah Al-Saykhan**

**Director General for The Follow-Up on the**
**Affairs of Independent Organizations**
**at the Muslim World League**
**Signed: Abdullah bin Ahmed Bazara**



[Duplicate Text]
Address: P.O.BOX 14843 Jeddah 21434 – Tel.: 6512333 – 6515411 – Fax: 6518491 – 6512997
Email: relief@iirosa.org

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub.: الموضوع:

No: ١٤٢٤/٢٢٣/١٠ الرقم:

Date: ١٤٢٤/٥/١٠ التاريخ:

٨٦٢٢ ١٥/٥/١٤٢٤ محضر لاجتماع

***معالي الدكتور/ عبدالله بن عبدالمحسن التركي حفظه الله***
***الأمين العام لرابطة العالم الإسلامي ورئيس مجلس إدارة الهيئة***

السلام عليكم ورحمة الله وبركاته وبعد

فيسرني أن أفيد معاليكم بأن اللجنة المكونة بموافقتكم بشأن موضوع المكتب الإقليمي بالمنطقة الشرقية اجتمعت في تمام الساعة العاشرة ليلاً بتاريخ ٢-٣/٤/١٤٢٤هـ بحضور كل من:

١- الدكتور/ عبدالحميد بن محمد المعجل- المدير التنفيذي لمكاتب الهيئة بالشرقية.
٢- الأستاذ/ عبدالله بن أحمد بازرعة- مدير إدارة متابعة الهيئات المستقلة بالرابطة.
٣- الأستاذ/ صالح بن عبدالله الصبحان- مدير الإدارة المالية بالهيئة.
٤- الأستاذ/ خليل ابراهيم – (مدير مكتب سمو المشرف الإقليمي السابق).

وخلال الاجتماع تمت مناقشة المبالغ التي صرفها الأستاذ/ خليل ابراهيم بدون مستندات حسبما ورد في تقرير المحاسب القانوني. وقد أفاد بالآتي:

١- كان يصرف المبالغ للمتعاونين مع الهيئة مساعدات للمشاريع الإسلامية وبناء المساجد نقداً بدون مستندات أو أوامر صرف.
٢- أفاد بأنه عندما ترك العمل كانت توجد تقارير في ملفات بغرفة خاصة في المبنى القديم ولا يعلم عنها بعد تركه العمل.
٣- وعد بأنه سوف يتصل بأشخاص يعرفهم بالخارج كان يتعامل معهم لمطالبتهم بالمستندات المؤيدة للصرف.
٤- كما سبق للجنة أن اجتمعت مع سمو الأمير تركي بن فهد بن جلوي المشرف على المكتب الإقليمي بتاريخ ٢/٤/١٤٢٤هـ قبل تقديم استقالته وناقشت مع سموه ما ورد في تقرير المحاسب القانوني. وتم الاتفاق على أن يتولى سعادة الدكتور/ عبدالحميد المعجل متابعة سموه والأستاذ/ خليل ابراهيم في إحضار ما يمكن إحضاره من مستندات للعهد التي صرفت لهما.

أحببت إحاطة معاليكم حفظكم الله بما توصلت إليه اللجنة من خطوات. مرفق لكم نسخة من المحضر. وبعون الله تعالى سوف تتم متابعة أعمال اللجنة وسأرفع لكم ما يتم التوصل إليه في حينه.

***وتقبلوا معاليكم عاطر تحياتي وتقديري ،،،***

الأمين العام

د. عدنان بن خليل باشا

يعاد لهم مع الشكر والتقدير وحث المتابعة ... المنابع وشكراً [illegible]

[illegible]



وليد خطابات ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ – تليفون: ٦٥١٢٣٣٣ – ٦٥١٥٤١١ – فاكس: ٦٥١٨٤٩١ – تلكس: ٦٠٦٧٥٤ إغاثة إس جي
Address: P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org :البريد الالكتروني

PHONE No. : 6512885 Jul.03 2003 9:11AM P11

MUSLIM WORLD LEAGUE
INT'L . ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA
E-Mail: finance@iirosa.org

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الإدارة المالية

Sub. : الموضوع :

No : الرقـم :
Date : التاريخ :

((محضر اجتماع))

الحمد لله والصلاة والسلام على سيدنا محمد بن عبدالله وعلى آله وصحبه وسلم وبعد:

بناءً على توجيه سعادتكم يسرنا أن رفع لكم نتائج المحضر المرفق عنت لنتائج اجتماعنا بسمو الأمير/ تركي بن فهد بن جلوي في ٢-٣/٤/١٤٢٤هـ والأخ/ خليل إبراهيم في ٢٩/٤/١٤٢٤هـ والذي عقد الساعة التاسعة والنصف مساءً بحضور كل من:-

أ- الدكتور/ عبدالحميد بن محمد المعجل.
ب- الأستاذ/ عبدالله بن أحمد بازرعة.
ج- الأستاذ/ صالح بن عبدالله الصيخان.
د- الأستاذ/ خليل إبراهيم

وخلال الاجتماع تمت مناقشة المبالغ التي صرفها الأستاذ/ خليل إبراهيم بدون مستندات كما ورد في تقرير مكتب المحاسب القانوني/ أسامة الخريجي وبعد مناقشات استغرقت وقتاً طويلاً تم التوصل إلى الآتي:

١- كان يصرف المبالغ للمتعاونين مع الهيئة والمشاريع الإسلامية نقداً بدون إيصالات استلام أو أوامر صرف.
٢- أفاد أنه عندما ترك العمل بالهيئة كانت توجد تقارير في ملفات بغرفة خاصة في المبنى القديم لا يعلم عنها بعد تركه العمل ونقل المكتب إلى مقره الجديد.
٣- وعد بأنه سوف يتصل بأشخاص يعرفهم في الدول والمنظمات التي كان يتعامل معها لمطالبتهم بالمستندات المؤيدة للصرف.
٤- سبق أن عقد اجتماع مع سمو الأمير تركي بن فهد المشرف على المكتب الإقليمي للهيئة في ٢/٤/١٤٢٤هـ ونوقش مع سموه ما ورد في تقرير المحاسب القانوني وتم الاتفاق على أن يتولى

Please quote reference No. and date when replying — Pour répondre, Prière de citer la date et la référence sus-citée — الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة
العنوان: ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تليفون: ٦٥١٢٣٣٣ - ٦٥١٥٤١١ ، فاكس: ٦٥١٨٤٩١ ، ٦٥١٢٩٩٧
Address : P.O.BOX 14843 Jeddah 21434 - Tel : 6612333 - 6515411 Fax : 6518491 - 6512997
Email : relif@iirosa.org : البريد الإلكتروني

06-JUL-03 12:52 MUSLIM WORLD 6160095 PAGE: 2

PHONE No. : 6512885 Jul.03 2003 9:12AM P02

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA
E-Mail: finance@iirosa.org

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الإدارة المالية

Sub.: الموضوع

No.: الرقم

Date: التاريخ

سعادة الدكتور/ عبدالحميد المعجل متابعة سموه والأستاذ/ خليل إبراهيم في إحضار ما يمكن إحضاره من مستندات للعهد التي صرفت لهما.

التوصيات:

استمرار اللجنة في متابعة هذا الموضوع مع الدكتور/ عبدالحميد المعجل والأستاذ/ خليل إبراهيم للحصول على أي مستندات قد تخفض المبالغ المسددة من العهد دون مستندات تثبت الصرف.

وبالله التوفيق،،،

مدير الإدارة المالية
بهيئة الإغاثة الإسلامية العالمية
صالح بن عبدالله الصيخان

مدير عام متابعة شئون الهيئات المستقلة
برابطة العالم الإسلامي
عبدالله بن أحمد بازرعة

Please quote above ref. No. and date when replying — Pour répondre Prière de citer la date et la référence sus citées — الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان: ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون: ٦٥١٢٣٣٣ - ٦٥١٥٤١١ فاكس: ٦٥١٨٤٩١ - ٦٥١٢٩٩٧
Address: P.O.BOX 14843 Jeddah 21434 Tel.: 6612333 - 6615411 - Fax: 6518491 - 6512997
Email: relif@iirosa.org البريد الإلكتروني

PAGE: 4 5608919 MUSLIM WORLD 05-JUL-03 12:52