# EXHIBIT
# “102”

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. 4/7620/24/24
Date: 11/14/1424 AH (01/07/2004 AD)

Subject: ______________

**CUSTODY DUE ON THE PHILIPPINES OFFICE**

**His Excellency Dr. Adnan bin Khalil Basha, may Allah bless him**
**Secretary General of the International Islamic Relief Organization**
May the peace, mercy, and blessings of Allah be upon you.

I have reviewed the letter of the Chairman of the Custodies Committee and the Supervisor of Social Care Department, His Excellency Dr. Salem bin Marzouq Al Harbi No. 4/7620/24, dated 10/23/[144] AH, and understood from this letter that there is a lack of clarity in the Philippines Office about the balances of custodies recorded on it.

Therefore, I suggest that a committee headed by His Excellency Dr. Salem Al Harbi with the membership of His Excellency Director of the Financial Department, His Excellency President of the Philippines Office, and His Excellency Mr. Atef Desouki, shall be formed to discuss all the custodies including the last five transactions and to issue a unified statement detailing the custodies recorded on the Philippines Office from 07/01/1419 AH (10/22/1998 AD) through 10/30/1422 AH (01/15/2002 AD).

I suggest that these custodies should be liquidated as soon as possible so that the problem of the Pakistan Office is not repeated.

Kindest regards,
Your brother
Dr. Tarek bin Hassan Kushk
[*Signed*]
11/14/1424 AH (01/07/2004 AD)
Advisor to the Secretary for Financial and Administrative Affairs

[**Handwriting**: *I agree to provide the result within two weeks from date*.]

- A copy of this document shall be sent to the file of the Advisor to the Secretary General for Financial Affairs

Address: P.O. Box 14843 Jeddah 21434 - Tel. 6512333 – 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
[Duplicate Text]

IIRO 59754

EXHIBIT 244 A. Dagirt 6.27.19 PENGAD 800-631-6989

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم: ٤/٢٠/٧٦٢٠/٤٤/٢٤
التاريخ: ١٤/١١/١٤٢٤هـ

الموضوع:

## الموضوع: العهدة على مكتب الفلبين

*سعادة الدكتور/ عدنان بن خليل باشا* *حفظه الله*

*الأمين العام لهيئة الإغاثة الإسلامية العالمية*

السلام عليكم ورحمة الله وبركاته

لقد اطلعت على خطاب رئيس لجنة العهد ومشرف الرعاية الاجتماعية سعادة الدكتور/ سالم بن مرزوق الحربي رقم ٤/٧٦٢٠/٢٤ في ٢٣/١٠/١٤٤هـ لقد فهمت من هذا الخطاب أن هناك عدم وضوح لدى مكتب الفلبين لأرصدة العهد المسجلة عليه.

لذا فإنني أقترح تكوين لجنة برئاسة سعادة الدكتور/ سالم الحربي وعضوية كل من سعادة مدير الإدارة المالية وسعادة رئيس مكتب الفلبين وسعادة الأستاذ/ عاطف دسوقي لمناقشة كافة العهد بما فيها المعاملات الخمس الأخيرة وإصدار بيان موحد يوضح بالتفصيل العهد المسجلة على مكتب الفلبين من ١/٧/١٤١٩هـ وحتى ٣٠/١٠/١٤٢٢هـ.

إنني أقترح تصفية هذه العهد في أسرع وقت ممكن حتى لا تتكرر مشكلة مكتب الباكستان.

*وتفضلوا سعادتكم بقبول فائق تقديري واحترامي*

أخوكم

د. طارق بن حسن كوشك

مستشار الأمين للشؤون المالية والإدارية

- صورة لملف سعادة مستشار الأمين العام للشؤون المالية.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190618_S8H (Abdelhadi Daguit Translations (#2))

**Language**: Arabic > English

**Document title**: IIRO 59754

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology.

**Signed**: Farah Alshekhli **Date**: June 18, 2019