# EXHIBIT

# “103”

Muslim World League (MWL)
**International Islamic Relief Organization (IIRO)**
**Kingdom of Saudi Arabia (KSA)**
**Emergency Relief Department**

[logo: International Islamic Relief Organization - Kingdom of Saudi Arabia]

Number: *500/6130/24*
Date: *8/8/1424 AH [October 4, 2003]*

Subject: ……………..

His Excellency the Director of the International Islamic Relief Organization Office in the Philippines
May Allah keep him safe

Peace, mercy, and the blessings of Allah be upon you,

The Emergency Relief Department sends its warmest greetings to your highness, wishing you continued success and correctness.

Kindly find attached a copy of the letter submitted by Hajj Murad Ibrahim, Chairman of the Moro Islamic Liberation Front (MILF) in the Philippines, to His Excellency the Secretary General of Muslim World League, received by the Secretariat General concerning providing aid and donations as a relief for the homeless Bangsa people who could not return to their regions.

Kindly review and provide us with the necessary study and your opinion on this request, as it is important to us.

Thank you. Your cooperation and concern are appreciated.
[signature] *03/08*

May Allah keep you safe and protect you,

Director of the Emergency Relief Department
[signature]
Fouad bin Abdullah Akbar

[stamp: International Islamic Relief Organization - Kingdom of Saudi Arabia – Secretariat General]

Please quote the above Reference No. and date when replying.

MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

رابطة العالم الإسلامي
**هيئة الإغاثة الإسلامية العالمية**
**بالمملكة العربية السعودية**

إدارة الإغاثة العاجلة

Sub. : ..................... : الموضوع

No : ٥٤/ ٦١٢٠ / ٥٠٠ : الرقم

Date : ١٤٢٤/٨/٨ : التاريخ

سعادة مدير مكتب الهيئة في الفلبين حفظه الله

السلام عليكم ورحمة الله وبركاته ،،،،

تهدي إدارة الإغاثة العاجلة أطيب تحياتها لسعادتكم متمنيةً لكم دوام التوفيق والسداد .

أرفق لكم صورة من الخطاب المقدم من الحاج مراد إبراهيم رئيس جبهة تحرير مورو الإسلامية في الفلبين والموجه لمعالي الأمين العام لرابطة العالم الإسلامي والوارد للأمانة العامة بشأن تقديم مساعدات وتبرعات لإغاثة المشردين من أهل بانجسا الذين لم يستطيعوا العودة إلى مناطقهم .

آمل التكرم بالاطلاع وموافاتنا بالدراسة اللازمة ومرئياتكم حيال طلب المذكور للأهمية .

شاكراً ومقدراً تعاونكم واهتمامكم

والله يحفظكم ويرعاكم ،،،

مدير إدارة الإغاثة العاجلة

فؤاد بن عبد الله آكبر



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax 6518491 - Tlx 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

04-OCT-2003 09:25 IIROR G 966 2 6512997 P.01

# CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Arabic to English and vice versa; and they have professionally translated the document referenced as **"IIRO 093331"** from Arabic to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: June 18, 2019

Wolf Markowitz

Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021