# EXHIBIT

# "104"

**In the name of Allah, the Most Merciful, Most Compassionate**

**Moro Islamic Liberation Front**
**(MILF)**
**Central Committee**
**Office of the Chairman**

[logo]

---

**Reference No. :** 012/M/003

**Date:** 27 Jumada Al-Akher 1424 AH [August 25, 2003]

**His Excellency Dr. Abdullah bin Abdul Mohsen Al-Turki,** **May Allah keep him safe**
**Secretary General of the Muslim World League**
**Makkah – Kingdom of Saudi Arabia**

Peace, mercy and the blessings of Allah be upon you,

We extend to you our best regards and best wishes for health and happiness, asking Allah to grant Your Excellency continuous success and rectitude, and to grant the Muslim World League further progress and prosperity.

With grief and pain, we are sad to inform you that the Chairman of the Moro Islamic Liberation Front, the fighter Sheikh Salamat Hashim, died on Sunday, 13 Jumada Awal 1424 AH corresponding to July 13, 2003 by a natural cause (heart attack).

We ask Allah to have mercy on the soul of the deceased and to accept him in his spacious paradise, and to grant his family, relatives, the Muslim Moro people and the Muslim nation patience and solace, (We belong to Allah and to Him we shall return).

We also inform you that the Central Committee of the Front held a meeting after the death of Sheikh Salamat Hisham attended by all the members of the Committee to choose a successor to the deceased in the presidency of the front. During this meeting, your brother, the undersigned, was chosen to be the new Chairman of the Moro Islamic Liberation Front as a successor to Sheikh Salamat Hashem, may Allah bless his soul.

We assure your Excellency that the new leadership of the Front will continue, with the help of Allah, the work and programs created by Sheikh Salamat Hashim, may Allah have mercy on him, and will follow, Allah willing, the approach taken by the deceased, i.e. the path of Sunnis.

The Muslim people of Bangsamoro are still suffering from oppression and persecution by the Philippine government. The government's armed forces continue to carry out military operations in various Muslim areas despite efforts to reach a cease-fire between the Islamic Front and the Philippine government. There are also a number of signed agreements between the two sides, but the Philippine government does not care about them and does not implement them on the ground.

Until now, a large number of the displaced Muslims and refugees have not returned to their areas for fear of being subjected to the brutal actions of the Philippine army, which is still present in Muslim areas. These Muslims have left their places, homes and possessions and moved elsewhere to save their lives, but are left without food, facing the risk of death from hunger and diseases - Allah forbid - for lack of food and medicine.

So we write to Your Excellency hoping that you would look upon these displaced people with mercy, and we have the honor to request that you open a bank account with the League at one of the accredited banks to receive special assistance and donations for them from their brothers in creed and faith.

We expect that the current situation in our region will continue because the Philippine government does not appear interested in finding suitable solutions to the just cause of the Bangsamoro people.

We would be remiss at the end of this letter if we did not express to you, and to the League in general, our deep thanks and appreciation for all the assistance the League is providing to the people of Bangsamoro. This assistance benefits the propagators, teachers, orphans and all of our Muslim people. We ask Allah to reward you with the best reward and to bless the efforts of the League to serve Islam and Muslims and to count these efforts within the good deeds of those who are in charge of them. May peace be upon our Prophet Muhammad and all of his family and companions.

Peace, mercy and the blessings of Allah be upon you,

Your brother in Allah,

[signature]

Hajj Murad Ibrahim

Chairman of Moro Islamic Liberation Front

[bilingual stamp: Moro Islamic Liberation Front]

[stamp: *12/2002 – 6/7/1424 AH [September 3, 2003]*] 2413246 / 23/7

2

Moro Islamic Liberation Front
(MILF)
Central Committee
Office of the Chairman

جبهة تحرير مورو الإسلامية
(م.ت.م.إ)
اللجنة المركزية
مكتب الرئيس

Ref. No. : الرقم الإشاري : ٠١٩/٣/٢٠٠٣
Date : التاريخ : ٢٧ جمادى الآخرة ١٤٢٤هـ

معالي الدكتور/ عبد الله بن عبد المحسن التركي حفظه الله تعالى
الأمين العام لرابطة العالم الإسلامي
مكة المكرمة – المملكة العربية السعودية

السلام عليكم ورحمة الله وبركاته

نهدي إليكم أطيب التحيات وأخلص التمنيات بموفور الصحة والسعادة ، داعين الله تعالى لمعاليكم دوام التوفيق والسداد ، ولرابطة العالم الإسلامي مزيدا من التقدم والإزدهار .

وبمزيد من الحزن والألم نحيط معاليكم علما بوفاة رئيس جبهة تحرير مورو الإسلامية الشيخ المجاهد/ سلامات هاشم في يوم الأحد ١٣ جمادى الأولى ١٤٢٤هـ الموافق ١٣ يوليو ٢٠٠٣م بوفاة طبيعية ( أزمة قلبية ) .

ونسأل الله تعالى أن يتغمد الفقيد بواسع رحمته وأن يدخله فسيح جناته وأن يلهم أهله وذويه وشعب مورو المسلم والأمة الإسلامية الصبر والسلوان ، ( إنا لله وإنا إليه راجعون ) .

كما نحيط معاليكم أيضا بأن اللجنة المركزية للجبهة قد عقدت بعد وفاة الشيخ/ سلامات هاشم اجتماعا حضره جميع أعضاء اللجنة لاختيار من سيخلف الفقيد في رئاسة الجبهة ، هذا وقد تم خلال هذا الإجتماع اختيار أخيكم الفقير إلى عفو ربه والموقع أدناه رئيسا جديدا لجبهة تحرير مورو الإسلامية خلفا للشيخ/ سلامات هاشم رحمه الله تعالى .

ونؤكد لمعاليكم بأن القيادة الجديدة للجبهة ستواصل بعون الله تعالى وتوفيقه الأعمال والبرامج التي رسمها لها الشيخ/ سلامات هاشم رحمه الله تعالى ، وتسير إن شاء الله تعالى على المنهج الذي سلكه الفقيد وهو منهج أهل السنة والجماعة .

إن شعب بانجسا مورو المسلم مازال يتعرض حتى الآن لأنواع الظلم والإضطهاد من قبل الحكومة الفلبينية وإن قواتها المسلحة لا تزال تقوم بعمليات عسكرية في مختلف مناطق المسلمين بالرغم من وجود [illegible] إطلاق النار بين الجبهة الإسلامية والحكومة الفلبينية ، كما أن هناك عددا من الإتفاقيات الموقعة بين الجانبين ، ولكن الحكومة الفلبينية لا تهتم بها ولا تطبقها في أرض الواقع .

وحتى الآن هناك عدد كبير من المسلمين المشردين واللاجئين لم يعودوا إلى مساكنهم خوفا من تعرضهم لأعمال الجيش الفلبيني الوحشية الذي مازال يتواجد في مناطق المسلمين ،

04-OCT-2003 05:28 IIROP 0 966 2 6512997 P.02

IIRO 093332

04-OCT-2003 09:26 IIROR O 966 2 6512997 P.03

وهؤلاء المسلمون تركوا أماكنهم ومنازلهم وممتلكاتهم إلى أماكن أخرى حفاظا على أرواحهم ولا يجدون فيها ما يسد الرمق ، وهم يتعرضون لخطر الموت من جوع ومرض – لا قدر الله – لعدم توفر الغذاء والدواء .

لذا نكتب إلى معاليكم آملين منكم النظر إلى هؤلاء المشردين بعين الرحمة والشفقة ، ونتشرف إلى معاليكم بطلب فتح حساب بنكي لدى الرابطة في أحد البنوك المعتمدة ، لتلقي مساعدات وتبرعات خاصة لهؤلاء المشردين من إخوتهم في العقيدة والإيمان .

ونحن نتوقع أن الوضع الراهن في منطقتنا سوف يستمر لأن الحكومة الفلبينية يبدو أنها لا تهتم بإيجاد حلول مناسبة لقضية بانجسا مورو العادلة .

ولا يفوتنا في ختام رسالتنا هذه إلى معاليكم أن نعبر لكم وللرابطة بشكل عام عن الشكر الجزيل والتقدير العميق على جميع ما تقدمه الرابطة لشعب بانجسا مورو من مساعدات يستفيد منها الدعاة والمدرسون والأيتام وأفراد شعبنا المسلم ، ونسأل الله تعالى أن يجزيكم عنا وعن الإسلام خير الجزاء وأن يبارك في جهود الرابطة لخدمة الإسلام والمسلمين وأن يجعلها في موازين حسنات القائمين عليها ، وصلى الله على نبينا محمد وعلى آله وصحبه أجمعين .

والسلام عليكم ورحمة الله وبركاته .

أخوكم في الله

الحاج مراد إبراهيم

رئيس جبهة تحرير مورو الإسلامية

MORO ISLAMIC LIBERATION FRONT — CENTRAL COMMITTEE

TOTAL P.03

**CERTIFIED TRANSLATION**

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Arabic to English and vice versa; and they have professionally translated the document referenced as **"IIRO093332_ IIRO093333"** from Arabic to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: June 18, 2019

Wolf Markowitz

Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021