# EXHIBIT

# “105”

Case 1:03-md-01570-GBD-SN Document 3838-3 Filed 01/20/18 Page 19 of 102

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub. : الموضوع :

No : ٢/٣/٣٦٧/٨/١٠٠ : الرقم
Date : ١٤٢١/١١/١٠هـ : التاريخ

سعادة الأستاذ/ رحمة الله بن عناية الله أحمد حفظه الله

مدير مكتب معالي الأمين العام لرابطة العالم الإسلامي

السلام عليكم ورحمة الله وبركاته ،،

إشارةً إلى خطابكم رقم ١٠١/١٠٥٧٥ وتاريخ ١٤٢١/١٠/٢٦هـ عطفاً على الخطاب الوارد للرابطة من سعادة الأستاذ/ ملا عبدالجليل (نائب وزير الخارجية وعضو مجلس الشورى بإمارة أفغانستان الاسلامية) بشأن تقديم العون الإغاثي والمادي للشعب الأفغاني .

عليه أرفق لكم تقريراً عما قدمته الهيئة لصالح الشعب الأفغاني خلال العام المالي ١٤٢٠هـ /١٤٢١هـ ، كما أود الإحاطة بان الأمانة العامة للهيئة تدرس إقامة مشاريع إغاثية لصالح المتضررين من الحرب في شمال أفغانستان وتشمل الاغاثة العاجلة والرعاية الصحية وحفر الآبار وبناء المساجد وكفالة الأيتام وحال توفر التبرعات المخصصة لذلك سيتم البدء في التنفيذ إن شاء الله تعالى .

نأمل من سعادتكم التفضل بالإطلاع والإحاطة ،،

والله يحفظكم ويرعاكم ،،

٢١/١٤٤٩٤
مع مرفقات

الأمين العام للهيئة

د. عدنان بن خليل باشا

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة
Please qoute above ref. No. and date when replying. Pour répondre, Prière de citer la date et la référence sus - citées

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

IIRO 096108

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
In Saudi Arabia
Pakistan Office
Islamabad

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان
إسلام آباد

Ref : ١٨/١٠٠٠٢ الرقم
Date : ٢٦/١٠/١٤٢١هـ التاريخ

سعادة مدير إدارة الإغاثة العاجلة
الأستاذ/ فؤاد عبدالله اكبر حفظه الله

السلام عليكم ورحمة الله وبركاته،،

تهديكم إدارة مكتب الهيئة بباكستان أطيب تحياتها ونسأل الله لكم دوام التوفيق والسداد.

إشارة إلى خطابكم رقم ٥٠٠/٨٦٤٤/٢١ بتاريخ ٢٦/١٠/١٤٢١هـ بخصوص طلب خطابات الشكر المقدمة من :

- سعادة نائب رئيس الوزراء ونائب رئيس المجلس التنفيذي بإمارة افغانستان الإسلامية.

- وسعادة الأمين العام لجمعية الهلال الأحمر الأفغاني لمقام خادم الحرمين الشريفين الملك فهد عبدالعزيز آل سعود حفظه الله لتوزيع التمور في أفغانستان لعام ١٤٢١هـ فإننا نرسل لسعادتكم صورة من الخطابين المذكورين كما ارسلنا أصل الخطابين إلى سفارة خادم الحرمين الشريفين في إسلام آباد وذلك بعد وصول الخطابين إلى مكتب الهيئة في باكستان مباشرة.

فنرجو من سعادتكم التكرم بالإطلاع

والله يحفظكم ويرعاكم

مدير المكتب
رحمة الله نذير خان

Address: H-8/1-Pitrus Bukhari Road- Opp. Shifa International, Hospital
P.O. Box : (18 50) -Tel : 449347 - 446856 - 435113 - 435114 / Fax : 449241.

Case 1:03-md-01570-GBD-SN Document 3838-5 Filed 01/20/18 Page 20 of 102

بسم الله الرحمن الرحيم

# دافغانستان اسلامی امارت

# Islamic Emirate of Afghanistan

No.

Date: 16-12-2000 /٩/١٤٢١ هـ

## خطاب شكر

الحمد لله رب العالمين و السلام على سيد نا محمد وعلى آله وصحبه اجمعين

و بعد

فان نائب رئيس الوزراء و نائب رئيس المجلس التنفيذى بامارة افغانستان الاسلامية يقدم اسمى الشكر و التقدير الى خادم الحرمين الشريفين الملك فهد بن عبدالعزيز حفظه الله و رعاه و الشعب السعودي باهداء التمور التى وصلت الى الشعب الافغانى عن طريق هيئة الاغاثة الاسلامية العالمية بالمملكة العربية السعوديه مكتب باكستان

لعام ١٤٢١ هـ.ق مثل السنوات الماضية و كما تم توزيعها عن طريق جمعية هلال الاحمر الافغانى بامارة افغانستان الاسلامية بالتنسيق الكامل و المشاركة مع الاخ القارى نور الزمان شرافت مشرف مشاريع الهيئة فى افغانستان فى المناطق المتضررة بالجفاف و القحط و الفقر مثل ولاية ننگرهار و ولاية قندهار و ماحولها و ولاية كابل و غيرها من المناطق المحتاجة و المتضررة بالجفاف و كما نشكر المملكة العربية السعودية حكومة و شعباً على وقوفهم الدائم الى جانب الشعب الافغانى و ذلك بتقديمهم كل نوع من المساعدات اليهم فى الحالات الصعبة التى يعانى فيها الشعب الافغانى المسلم من الفقر والقحط و الجفاف و نسال الله تعالى دوام الامن و الاستقرار فى المملكة العربية السعودية املين الله عز و جل طول العمر و الصحة و العافية لخادم الحرمين الشريفين و ان يوفقه لخدمة الاسلام و المسلمين و كما نشكر هيئة الاغاثة الاسلامية العالمية مكتب باكستان على تقديم المساعدات التى تقدمها الهيئة منذ زمن طويل الى شعبنا الفقير و لا يمكن ان ينسى الجهود التى تبذلها الهيئة فى شتى المجالات من التسجيل فى صفحات التاريخ الافغانى.

و صلى الله تعالى على خير خلقه محمد و آله و صحبه اجمعين .

الحاج ملا محمد حسن اخند

نائب رئيس الوزراء و نائب رئيس المجلس التنفيذى بامارة افغانستان الاسلامية

Case 1:03-md-01570-GBD-SN Document 3838-3 Filed 01/26/18 Page 21 of 102

أفغانستان

MUSLIM WORLD LEAGUE
INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub. : الموضوع

No : ٢١/٨٦٤٢/٥٠ الرقم
Date : ٢٦/١٠/١٤٢١هـ التاريخ

فاكس

سعادة مدير مكتب الهيئة في باكستان حفظه الله

السلام عليكم ورحمة الله وبركاته ..

أهديكم أجمل تحياتي متمنياً لكم دوام التوفيق والسداد ،،

إشارة إلى خطابكم رقم ١٢/٨٠٥ وتاريخ ١٣/١٠/١٤٢١هـ المرفق به صورة من خطاب الشكر المقدم من سعادة الأمين العام لجمعية الهلال الأحمر الأفغاني بأفغانستان لمقام خادم الحرمين الشريفين الملك فهد بن عبد العزيز ال سعود يحفظه الله لتوزيع التمور في أفغانستان الإسلامية .

حيث أشرتم في خطابكم أعلاه إلى خطاب شكر من نائب رئيس مجلس الوزراء ورئيس المجلس التنفيذي بإمارة أفغانستان على هدية المليك المفدى ولم يصلنا هذا الخطاب .

أمل التكرم إرسال أصل الخطابين وذلك للأهمية .

وتقبلوا خالص تحياتي .

مدير إدارة الإغاثة العاجلة

فؤاد عبد الله أكبر

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة Pour reponse Priere de citer la date et la reference sus-citees Please quote our ref. No. and date when replying

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس ٦٠٦٧٥٤ إغاثة اس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org البريد الالكتروني

Case 1:03-md-01570-GBD-SN Document 3838-3 Filed 01/20/18 Page 22 of 102

| MUSLIM WORLD LEAGUE<br>INTL. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA | [LOGO of]<br>INTL. ISLAMIC RELIEF ORG<br>THE KINGDOM OF SAUDI ARABIA |
|---|---|

Number: 100/2678/M/K
Date : 10/11/1421 H

Subject: [blank]
: [blank line]

His Excellency Mr. Rahmatullah bin Inayatullah Ahmad    God bless him

Director of the Office of the Secretary General of the Muslim World League

Peace and Allah's Mercy and His blessings be upon you

In reference to your letter number 101/10575 dated 26/10/1421 H and further to the incoming letter addressed to the League from His Excellency Mr. Mulla Abdel Jalil (Deputy Minister of Foreign Affairs and member of the Consultative Council in the Islamic Emirate of Afghanistan) on the provision of relief and material aid to the Afghan people.

Based on it I attached herewith a report about what the Commission offered in favour of the Afghan people during the fiscal year 1420 H/ 1421 H, and I would also like to note that the General Secretariat of the Commission is considering the establishment of relief projects for the benefit of those affected by the war in Northern Afghanistan and includes urgent relief and medical care and the drilling of wells and building mosques and sponsoring orphans and as soon as the allocated donations are available, implementation will start God Almighty willing.

We hope your Excellency will peruse (the letter) and advise,

May God protect you and bless you,

*21/13494*
*With attachments*

[Logo: INTL. ISLAMIC RELIEF ORG.
Main Office (1)]

General Secretary of the Commission

Dr. Adnan Bin Khalil Basha

Please quote above ref No. and date when replying

Address: P.O Box 14843 Jeddah 21434 - Tel: 6512333 – 6515411 – FAX: 6518491 – TLX: 606754 IGHATHA SJ
Email: relief@iirosa.org

IIRO 096108

Case 1:03-md-01570-GBD-SN Document 3893-3 Filed 01/26/18 Page 29 of 102

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
In the Kingdom of Saudi Arabia
Pakistan Office
Islamabad

[LOGO of] INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

*Pakistan*

Number: 1002/18
Date : /12/1421 H

Subject: [blank]
: [blank line]

[Stamp: INTL. ISLAMIC RELIEF ORG.] General
Incoming – Administrative Communications
Subject: [blank]
Incoming No.: 15626
Attachments: 2 letters of thanks
Party of Interest: Urgent Relief

His Excellency the Director of Emergency Relief
Mr./ Fouad Abdullah Akbar

Peace and Allah's Mercy and His blessings be upon you.

The Management of the Bureau of the Commission in Pakistan presents to you its kindest regards and asks God for continuous success and fulfillment for you.

In reference to your letter number 500/8644/21 dated 26/10/1421 H with regards to requesting the Letters of Thanks present by:

- His Excellency the Deputy Prime Minister and Deputy Chairman of the Executive Council of the Islamic Emirate of Afghanistan
- And His Excellency the General Secretary of the Afghani Red Crescent Society in Afghanistan to the Custodian of the Two Holy Mosques King Fahd bin Abdel Aziz Al Saud, may Allah bless him for the distribution of dates in Afghanistan for the year 1421 H we hereby send to your Excellency a copy of the two mentioned letters and have sent the two original letters to the Embassy of the Custodian of the Two Holy Mosques in Islamabad which was directly after the two letters arrived at the Commission's Office in Pakistan.

We hope your Excellency will kindly peruse

May God protect you and bless you

[Signature]

Bureau Manager
[Signature]

[Stamp: INTL. ISLAMIC RELIEF ORG. Pakistan Office] [Stamp: electronic archives 4] Rahmatullah Natheer Khan

Address: H-8/1 Pitrus Bukhari Street – Opp. Shifa International Hospital, P.O. Box (1850)
Islamabad – Pakistan - Tel: 449347 – 446856 – 435113 -435114 / Fax: 449241 (92-51)

In the name of Allah, Most Merciful, Most Compassionate

Islamic Emirate of Afghanistan

No. [blank]

[illegible] 20/9/1421 AH

Date: 16/12/2000

# Letter of Thanks

Praise be to Allah the Lord of the Worlds and may the peace of Allah be upon our prophet Muhammad and upon all his family and companions

And as to what follows

The Deputy Prime Minister and Deputy Chairman of the Executive Council of the Islamic Emirate of Afghanistan present most sublime thanks and appreciation to the Custodian of the Two Holy Mosques King Fahd bin Abdel Aziz God bless him and the Saudi people for the gift of dates that arrived for the Afghan people through the International Islamic Relief Organization in the Kingdom of Saudi Arabia Pakistan Office.

For the year 1421 H such as the past years and it has been distributed by the Afghan Red Crescent Society in the Islamic Emirate of Afghanistan in full coordination and participation with the reader Noor El Zaman Sharafat Director of the Commission's projects in Afghanistan in areas affected by drought and aridness and poverty such as the state of Nangarhar, and the state of Kandahar, the surrounding area, and the state of Kabul and other areas in need who are affected by the drought. We also thank the Government and the people of Saudi Arabia for their constant support of the Afghan people by providing them with all kinds of assistance in difficult situations that the Afghan Muslim people suffer from such as poverty and aridness and drought and ask God the Almighty for the security and stability of the Kingdom of Saudi Arabia anticipating of God Almighty a long life and health and well-being to the Custodian of the Two Holy Mosques and to bless him to serve Islam and Muslims. We also thank the International Islamic Relief Organization - Pakistan office for providing the assistance that the Commission has provided for a very long time to our poor people and we cannot forget the efforts that the Commission exerts in various fields to register in the pages of Afghan history.

God the Almighty bless his best creation Muhammad and upon all his family and companions

Haj Mulla Muhammad Hasan Akhnad

Deputy Prime Minister and Deputy Chairman of the Executive Council of the Islamic Emirate if Afghanistan

[Signature]

Case 1:03-md-01570-GBD-SN Document 3858-3 Filed 01/26/18 Page 29 of 102

| MUSLIM WORLD LEAGUE<br>INTL. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA | [LOGO of]<br>INTL. ISLAMIC RELIEF ORG<br>THE KINGDOM OF SAUDI ARABIA |
|---|---|

Number: 500/8643/21
Date : 26/10/1421 H

Subject: [blank]
: [blank line]

Fax

His Excellency the Director of the Bureau of the Commission in Pakistan may Allah bless him

Peace and God's Mercy and His blessings be upon you.
I present to you the most beautiful greetings and wish you continuous success and fulfillment,

In reference to your letter number 805/12 and dated 13/10/1421 H attached to which a copy of the Letter of Thanks presented by His Excellency the General Secretary of the Afghani Red Crescent Society in Afghanistan to the Custodian of the Two Holy Mosques King Fahd bin Abdel Aziz Al Saoud, may Allah bless him for the distribution of dates in Islamic Afghanistan.

Wherein you referred in your above letter to the Letter of Thanks from the Deputy Prime Minister and Chairman of the Executive Council of the Emirate of Afghanistan for the gift of the cherished King and we have not received this letter.

I hope you kindly send the two original letters, seeing their importance.

And accept my sincerest regards.

Director of Emergency Relief

[Signature]

Fouad Abdullah Akbar

Please quote above ref No. and date when replying

Address: P.O Box 14843 Jeddah 21434 - Tel: 6512333 – 6515411 – FAX: 6518491 – TLX: 606754 IGHATHA SJ
Email: relief@iirosa.org