# EXHIBIT

# “106”

[**Handwriting**: *Bosnia – 452/28/1*]

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Organization's Offices Department

Subject: ----

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. 100/179/103
Date: 01/20/1423 AH
(04/03/2002 AD)

**VERY URGENT FAX**

[**Handwriting**: *780/23*]

***His Highness Mr. Khalid bin Abdelrahman Alaqili, may Allah bless him***
***Manager of Organization's Office in Bosnia and Herzegovina***
May the peace, mercy, and blessings of Allah be upon you
***We ask Allah the Almighty that you are doing well.***

This is in reference to your letter, No. S/352/02, dated 03/20/2002 AD, regarding the circumstances of the amount deposited to the MEB Bank.

Please be advised that the Secretariat General had received a letter from the Organization's Office in Bosnia and Herzegovina, No. S/363/02, dated 03/27/2002 AD, attached with a letter of the Criminal Police No. 03/1.1-04-03.9264/01, dated 03/25/2002 AD, indicating the Criminal Police enquiry about the transfer of DM 71,863.74 Deutsche Mark to your personal account (a copy of the letter is attached for you).

For your review and accurate reply to the content of the Criminal Police letter mentioned above. It appears that it contradicts with your statement in your letter mentioned above.

[**Handwriting**: *Immediately*]

Kindest regards,
Secretary General
Dr. Adnan Khalil Basha [*Signed*]
01/19/1423 AH (04/02/2002 AD)

[**SEAL**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia, Secretariat General-1*]

**Handwriting**: Brother Hels, for the projects 29/1

[**Handwriting**: *For follow-up in 3 days*]

Please quote ref. No. and date when replying [Duplicate Text]

[Duplicate Text]
Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

Mohamed Hels
IIRO 097328

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Organization's Offices Department

Subject: ----

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. 100/2195/103
Date: 09/27/1422 AH
(12/13/2001 AD)

**FAX**

**His Highness Head of Organization's Office Department Committee in Bosnia and Herzegovina, may Allah bless him**

May the peace, mercy, and blessings of Allah be upon you
We ask Allah the Almighty that you are doing well.

This is in reference to your letter, No. S/299/1, dated 11/25/2001 AD, regarding the amount of 83,000.00 Deutsche Mark, transferred from the Organization's Office in Kosovo in the name of Mr. Ali Mizar, Syrian-national, to purchase a Jeep vehicle. The amount was deposited to the MEB Bank in Sarajevo. The receiver is Mr. Zayed Alaqili. The letter is sealed with the Organization's seal and signed by Mr. Saleh Aldhibani.

Please be advised that the Organization's Office in the Eastern District and the Organization's Office in Kosovo were asked about this subject, and they replied as follows.

**First: Reply from the Organization's Office in the Eastern District**. They stated that they did not transfer any amounts to Sarajevo, either in the name of Mr. Ali Mizar or any other person to purchase a vehicle. No letters were written in this regard. Mr. Ali Mizar had worked with the Organization during the first period of the relief of the people of Kosovo. At that time, there were no working banks to transfer any amounts to any parties. They also indicated that they did not know anything about Mr. Zayed Alaqili.

**Second: Reply from the Organization's Office in Kosovo**. They stated the following.

1. After checking the financial records of the Organization's Office in Kosovo, there was no money transfer with an amount of 83,000.00 Deutsche Mark to purchase a vehicle or something else from Bosnia and Herzegovina. Generally, no bank transactions were made between the Organization's Office in Kosovo and the Organization's Office in Bosnia and Herzegovina or with any other party with the amount mentioned. This is according to the financial records filed in the Office.
2. Mr. Ali Mizar had worked as an employee at the Organization's sub-office in the city of Peć from 08/04/1999 AD until he was terminated for downsizing on 04/30/2000 AD. The job description of the person mentioned did not require making money transfers or doing any purchases whatsoever.

Please quote ref. No. and date when replying [Duplicate Text]

[Duplicate Text]
Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

Mohamed Hels
IIRO 097329

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Organization's Offices Department

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

Subject: ----

No. ----
Date: ----

3. The Organization's Office in Kosovo indicated that they did not know anything about Mr. Zayed Alaqili, who was mentioned in the letter, and that he did not have any contractual file with the Organization's Office in Kosovo.
4. Regarding the letter of the Organization's Office in Kosovo, as mentioned in your letter, the outgoing records and the files at the Organization's Office in Kosovo were reviewed for the whole previous period. They did not find any letter regarding the mentioned subject. According to your statement, the letter in question was written in Bosnian, while everything that is issued by the Organization's Office in Kosovo is written in Arabic, English, or Albanian only.

I hope you may review the foregoing and update the agencies concerned in Bosnia and Herzegovina about what is mentioned above regarding this subject. Please update the Organization with your actions. [**Handwriting**: *Provide a copy of the documents that you had reviewed at the court, and the legal consultation about what can be done according to the statements above*]

Kindest regards,
Secretary General
Dr. Adnan Khalil Basha [*Signed*]
09/25/1422 AH (12/11/2001 AD)

[**SEAL**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia, Secretariat General-1*]

Please quote ref. No. and date when replying [Duplicate Text]

---

[Duplicate Text]
Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

22nd of the month of Ramadhan

Mohamed Hels
IIRO 097330

Jukiceva 144, 71000 Sarajevo BIH, Tel. Fax 0038733/665-147, 201-081, 654-739

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
إدارة مكاتب الهيئة

الرقم : ١٠٠/١٧٩/١٠٢ No :

التاريخ : ١٤٢٣/١/٢٠هـ Date :

Sub. : الموضوع :

**فاكس عاجل جداً**

سعادة الأستاذ/ خالد بن عبد الرحمن العقيلي حفظه الله

مدير مكتب الهيئة في البوسنة والهرسك

السلام عليكم ورحمة الله وبركاته :

أرجو الله العلي القدير أن تكونوا على خير حال كما يحب ربنا ويرضى

إشارة إلى خطابكم رقم س/٠٢/٣٥٢ بتاريخ ٢٠٠٢/٣/٢٠ بشأن موضوع الملابسات المتعلقة بالمبلغ المودع في بنك ( MEB ) .

نفيدكم أنه ورد للأمانة العامة خطاب من مكتب الهيئة في البوسنة والهرسك رقم س/٠٢/٣٦٣ وتاريخ ٢٠٠٢/٣/٢٧م مرفقاً به خطاب الشرطة الجنائية رقم 03/1.1-04-03.9264/01 وتاريخ ٢٠٠٢/٣/٢٥م بشأن استفسار الشرطة الجنائية عن موضوع تحويل مبلغ (٧١,٨٦٣/٧٤) مارك ألماني إلى حساب سعادتكم الشخصي ( مرفق لكم صورة منه ) .

آمل منكم الاطلاع والرد بدقة على ما جاء في خطاب الشرطة الجنائية المشار إليه أعلاه حيث أنه ــ كما يبدو ــ يتناقض مع إفادتكم بخطابكم المشار إليه بعاليه فوراً

والله ولي التوفيق ،،

الأمين العام

عدنان خليل باشا



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

IIRO 097328

MUSLIM WORLD LEAGUE
T'L. ISLAMIC RELIEF ORG.
E KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
إدارة مكاتب الهيئة

الموضوع : ______ :Sub.

الرقم : ١٠٠/٢١٩٥/١٠٢ : No

التاريخ : ١٤٢٢/٩/٢٧ : Date

فاكس

سعادة رئيس لجنة إدارة مكتب الهيئة في البوسنة والهرسك حفظه الله

السلام عليكم ورحمة الله وبركاته

نسأل المولى سبحانه وتعالى أن تكونوا بخير وعافية

إشـــارة إلى خطابكم رقم س/١/٢٩٩ بتاريخ ٢٠٠١/١١/٢٥م بشأن موضوع مبلغ (٨٣,٠٠٠) مارك ألماني تم تحويله من مكتب الهيئة بكوسوفو باسم السيد/ علي ميزر سوري الجنسية لشراء سيارة نجيب حيث قام بـــايداع المبـــلغ في بـــنك MEB في سرايفو والمسلم هو السيد/ زايد العقيلي مختوم بختم الهيئة وموقع بإسم الأستاذ/صالح الذيباني .

نفيدكـــم أنه تم الاستفسار عن هذا الموضوع من كل من مكتب الهيئة بالمنطقة الشرقية ومكتب الهيئة في كوسوفا وجاء ردهما على النحو التالي :

أولاً : رد مكـــتب الهيئة بالمنطقة الشرقية : أفاد أنه لم يتم تحويل أي مبالغ إلى سرايفو سواءً باسم السيد/ علي ميزر أو غيره لشراء سيارة . كما لم يتم كتابة خطابات بهذا الشأن . والسيد علي ميزر قد عمل مع الهيئة في الفـــترة الأولى لإغاثة شعب كوسوفا . مع العلم بأنه في ذلك الوقت لم يكن هناك بنوك عاملة لتحويل أي مبالغ لأي جهة . أما بالنسبة للسيد/ زايد العقيلي لا يعرفون عنه شيئا .

ثانياً : مكتب الهيئة في كوسوفا : أفاد المكتب بما يلي :

١) رجع إلى السجلات المالية الخاصة بمكتب الهيئة في كوسوفا لم يجد أي حوالة مالية بمبلغ (٨٣,٠٠٠) مارك ألمـــاني لشراء سيارة أو غير ذلك من البوسنة والهرسك . وعموماً لم تجري أي عمليات مالية مصرفية بين مكـــتب الهيـــئة في كوسوفا ومكتب الهيئة في البوسنة والهرسك أو غيره من الجهات بالمبلغ المذكور وفق السجلات المالية المحفوظة بالمكتب .

٢) أما ما يخص السيد/علي ميزر فهو كان يعمل موظفاً بمكتب الهيئة الفرعي بمدينة بيا وذلك في الفترة من ٤/ ٩٩/٨م إلى أن أنهيت خدماته لتقليص العمل في ٢٠٠٠/٤/٣٠م وطبيعة عمل المذكور لم تكن تقتضي عمل حوالات مالية أو القيام بمشتريات من أي نوع كانت .



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

شهر رمضان المبارك ٢٢ عبد حلمي

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
إدارة مكاتب الهيئة

Sub. : ________ : الموضوع

________ :

No : ________ : الرقم

Date : ________ : التاريخ

٣) أمـــا السيد/ زايد العقيلي المذكور في الخطاب فإن مكتب كوسوفا لا يعرف عنه شيئا وليس له أي ملف تعاملي مع مكتب الهيئة في كوسوفا .

٤) فـــيما يخص خطاب مكتب الهيئة في كوسوفا المشار إليه في خطابكم فقد تمت مراجعة سجلات الصادر والمـــلفات بمكتب الهيئة في كوسوفا لكل الفترة السابقة فلم يجدوا أي خطاب بالمعنى المذكور . علماً أن وفـــق إفادتكم فإن الخطاب المعني مكتوب باللغة البوسنية بينما كل ما يصدر عن مكتب الهيئة في كوسوفا يكون باللغة العربية أو الإنجليزية أو الألبانية فقط لا غير .

آمـــل مـــنكم الإطلاع وإفادة الجهات المختصة في البوسنة والهرسك بما ذكر أعلاه بشأن هذا الموضوع وموافاة الهيئة بما تتخذونه من إجراءات حيال هذا الموضوع

والله يحفظكم ويرعاكم

الأمين العام

د. عدنان بن خليل باشا

هيئة الإغاثة الإسلامية العالمية
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA
الأمانة العامة
SECRETARIAT GENERAL



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

JUKICEVA 144, 71000 SARAJEVO - B I H, TEL/FAX 0038733 / 665-147 , 201-081 , 654-739

IIRO 097330

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190204_ZRF (Adnan Basha Deposition)

**Language**: Arabic > English

**Document title:** IIRO 97328-97330

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience, Certified in Medical Terminology

**Signed**: Farah Al Sheikhly

**Date**: March 20, 2018