# EXHIBIT

# "107"

MUSLIM WORLD LEAGUE (MWL)

**International Islamic Relief Organization (IIRO)**

**KINGDOM OF SAUDI ARABIA (KSA)**

[logo: International Islamic Relief Organization – Kingdom of Saudi Arabia]

____________________________

**Office of the Secretary General**

Subject:________________________

Number : 897/100

Date: 26/10/1422 AH
[January 10, 2002]

***His Excellency the Supervisor of the Human Development Program*** ***May Allah keep him safe***

Peace, mercy and the blessings of Allah be upon you,

The delegation of the Moro Islamic Liberation Front, during its visit to the headquarters of the Secretariat General of the Organization, presented a draft budget for the program (Return and Rehabilitation of Evacuated Civilians from the Philippines) and requested the Organization's assistance.

I wish you to prepare a material that can be distributed to the local marketing offices to support the program.

***Allah is the one who grants success,***

**Secretary General**
**Dr. Adnan bin Khalil Basha**
[signature]

A copy for the confidential folder with the whole essence.
A copy for the Philippines folder.

*22/15178*

Please quote above Reference No. and date when replying.

Address: P.O. Box 14843 Jeddah 21434 – Tel.: 6512333 – 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ
Email: relief@iirosa.org

MUSLIM WORLD LEAGUE

INT'L. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

مكتب الأمين العام

Sub. : ________ : الموضوع

No : ١٠٠/٨٩٧ : الرقم

Date : ١٤٢٢/١٠/٢٦ : التاريخ

سعادة مشرف برنامج التنمية البشرية حفظه الله

السلام عليكم ورحمة الله وبركاته

قدم وفد جبهة تحرير مورو الإسلامية عند زيارته مقر الأمانة العامة للهيئة بتاريخ ١٤٢٢/٧/٦هـ مشروع ميزانية برنامج (عودة وإعادة تأهيل المدنيين الذين تم إجلاؤهم من الفلبين) وطلب مساعدة الهيئة لتنفيذه .

آمل إعداد مادة يمكن توزيعها على المكاتب المحلية للتسويق لدعم البرنامج .

والله ولي التوفيق ،،،

الأمين العام

د. عدنان بن خليل باشا

- صورة لملف السريات مع كامل الأساس .
- صورة لملف الفلبين .

٢٢/١٠١٧٨

الرجا - عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة Pour répondre, Prière de citer la date et la référence sus - citées Please qoute above ref. No. and date when replying.

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة اس جي

Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ

Email: relief@iirosa.org : البريد الالكتروني

وليد

**CERTIFIED TRANSLATION**

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Arabic to English and vice versa; and they have professionally translated the document referenced as **"IIRO 097450"** from Arabic to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: June 18, 2019

Wolf Markowitz

Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021