# EXHIBIT

# “108”

MUSLIM WORLD LEAGUE
**INTL. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**
**Financial and Administrative Follow Up Department**

[Logo: Muslim World league, Intl. Islamic Relief Org., The Kingdom of Saudi Arabia]

Ref: *136/100* *53/2*
Date: *02/09/1423 AH* [04/22/2002]

Subject:
Corresponding to:

**Dear Director of Financial Department** **May Allah save him**

**Peace, mercy and blessings of Allah be upon you;**

Whereas the IIRO assigned a local accounting and auditing office to audit the documents with the IIRO Office in Pakistan during the term of office of Mr. Moayad Al Botairi, based on the Investigation Committee's recommendations in Letter No. 1/124/23 on 01/02/1423 AH [03/16/2002];

Therefore, kindly count and prepare all documents received from Pakistan Office, which concerns (Pakistan – Afghanistan – Kashmir) during the term of office of the said person; namely as from the last quarter of 1415 AH till 12/30/1421 AH [03/25/2001] within one week as from the date of this letter. A coordination with the Administrative Services Department must be undertaken to transfer the documents to one of the rooms adjacent to the secretariat of the Secretary General Office. (The documents must be accompanied by the Handover/Takeover Minutes between H.E. Mr. Ibrahim Al Dhahar and Mr. Moayad Al Botairi).

**May Allah reward you;**

[signature] [signature]

**Secretary General**
[signature]
**Dr. Adnan bin Khalil Basha**

(Nasr) 23 Safar

Please quote Ref. No. and date when replying.

Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SG
Email: relief@iirosa.org

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
إدارة المتابعة المالية والإدارية

Sub. : ........ : الموضوع

No : ١٠/١٣٦ : الرقم
Date : ٩/٢/١٤٢٣هـ : التاريخ

سعادة مدير الإدارة المالية                    حفظه الله

السلام عليكم ورحمة الله وبركاته

نظراً لتكليف الهيئة أحد مكاتب المحاسبة والمراجعة المحليين لمراجعة مستندات عهدة مكتب الهيئة في باكستان خلال فترة إدارة الأخ / مؤيد البتيرى ، بناءاً على ماورد في توصيات لجنة التحقيق بالخطاب رقم ٢٣/١٢٤/١ فى ٢/١/١٤٢٣هـ .

لذا آمل حصر وتجهيز جميع المستندات الواردة من مكتب الباكستان والتي تخص ( باكستان ــ أفغانستان ــ كشمير ) خلال فترة إدارة المذكور والتي تبدأ اعتباراً من الربع الأخير من العام ١٤١٥هـ وحتى ٣٠/١٢/١٤٢١هـ وذلك خلال أسبوع من تاريخه ، على أن يتم التنسيق مع إدارة الخدمات الإدارية لنقلها إلى إحدى الغرف المجاورة لسكرتارية مكتب الأمين العام ( برفقه محضر الاستلام والتسليم مابين سعادة أ / إبراهيم الظهار والأستاذ / مؤيد البتيرى ) .

وجزاكم الله خيراً ،،،،

الأمين العام

د / عدنان بن خليل باشا

Please qoute above ref. No. and date when replying. Pour répondre, Prière de citer la date et la référence sus - citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان: ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون: ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس: ٦٥١٨٤٩١ - تلكس: ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

TRANSPERFECT

**CERTIFICATE OF TRANSLATION**

I, Jabber Mohammad, am fluent in the Arabic and English Languages, I have been translating documents for over 6 years and am competent to translate from Arabic to English. My qualifications include (a Bachelor's Degree in Languages and Translation, Azhar University in Cairo, Egypt (2011/12); Legal Translation Career Certificate, the American University in Cairo (2010); UN Manual Translation Career Certificate, the American University in Cairo (2011); and Print Media Translation Career Certificate, the American University in Cairo (2011)).

I hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached documents titled:

IIRO 311316.TIF
IIRO 287233.tif
IIRO 168291.pdf
IIRO 127895.pdf
IIRO 117362.jpg
IIRO 111029.jpg
IIRO 111020.jpg
IIRO 103718.jpg
IIRO 31160-31166.pdf
IIRO 31131.pdf
IIRO 31022-31023.pdf
IIRO 31006-31007.pdf
IIRO 16270-16276.pdf

Jabber Moha

______________

Name: Jabber Mohammad

Date: 17 February 2019