# EXHIBIT

# "109"

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

**INTERNAL MEMO**

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

Transaction No. 251/203
Date: 05/07/1419 AH (08/30/1998 AD)

*Mahmoud*

Form No. 2/100

| | |
|---|---|
| Sender: The Social Care Department | Country: ---- |
| Subject Summary: ---- | |

| Referral to: His Excellency the Director of the Educational Care Department, may Allah bless him | |
|---|---|
| ☐ Never mind<br>☐ For understanding<br>☐ For reference<br>☐ For review and direction<br>☐ For study and update<br>☐ For preparing the reply<br>☐ For completing the required<br>☐ For approval<br>☐ For apology<br>☐ For follow-up<br>☐ For archive | In pursuance of the directives of His Excellency the Secretary General to receive the report of my visit to the Philippines, please find attached a copy of the report.<br>We hope that Your Excellency will kindly assign an employee to study what concerns you and update us with your opinion.<br>May Allah bless you<br>Name: Dr. Salem Marzouk Al Harbi Signature: [signed] 05/07/1419 (August 30, 1998 AD) |

| Referral to: His Excellency the Secretary General, may Allah bless him | |
|---|---|
| ☐ Never mind<br>☐ For understanding<br>☐ For reference<br>☐ For review and direction<br>☐ For study and update<br>☐ For preparing the reply<br>☐ For completing the required<br>☐ For approval<br>☐ For apology<br>☐ For follow-up<br>☐ For archive | May the peace, mercy, and blessings of Allah be upon you.<br>This is with reference to the remarks of Your Excellency on the paragraph of the Care in the report of the visit of His Excellency the Supervisor of the Social Care Department and your inquiry about the Al Makhdoum University for Girls. Please note that the Al Makhdoum University for Girls is the same as the Islamic Institute in the Philippines, but it is commonly known among the Muslims in the city of Zamboanga as the Al Makhdoum University for Girls. The official name is the Islamic Institute in the Philippines. Also, we inform Your Excellency that the Educational Care Department has information about this university, and that we have already provided you with information about it. Now we are updating this information.<br>This is what is required to update Your Excellency.<br>Name: Signature: |

| Referral to: His Excellency the Secretary General, may Allah bless him | |
|---|---|
| ☐ Never mind<br>☐ For understanding<br>☐ For reference<br>☐ For review and direction<br>☐ For study and update<br>☐ For preparing the reply<br>☐ For completing the required<br>☐ For approval<br>☐ For apology<br>☐ For follow-up<br>☐ For archive | Also, we inform Your Excellency that the Educational Care Department has information about this university, and that we have already provided you with information about it. Now we are updating this information.<br>This is what is required to update Your Excellency.<br>Name: Dr. Saad Birki Al Massoudi Signature: [*Signed*]<br>Date: 06/01/1419 AH (09/23/1998 AD) |

*Hasan Aqily*

[**Handwriting**: *[Illegible] Please provide me with all the information that you know about the university or the institute, the volume of [Illegible], the schedule, and the budget*]

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

Social Care Department

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

4

[Duplicate Text]

No. 227/203
Date: 05/03/1419 AH (08/26/1998 AD)

Subject: _______________
_______________

**REPORT ON THE VISIT OF THE SUPERVISOR OF THE SOCIAL CARE DEPARTMENT TO THE PHILIPPINES BETWEEN 03/24-30/1419 AH (07/19-25/1998 AD)**

A visit was made to the Philippines between Saturday 03/24/1419 AH and Friday 03/30/1419 AH (07/19-25/1998 AD). The following cities were visited:

- The city of Cotabato, which is one and a half flight hours away from Manila. This city is inhabited by a mixture of Christians and Muslims, where the proportion of Muslims is about 40%;
- The city of Marawi which is five hours driving distance from the city of Kita; and
- The Organization's Office in the city of Manila. Several observations were noted, included as follows:

**First: The visit program and the steps of the delivery of allowances to the orphans**

1. The flight lasted 12 hours. It began at 10:00 PM on Friday 03/23/1419 AH (07/18/1998 AD) from Jeddah through Bangkok and ending in Manila;
2. The Acting Assisting Director of the Office was met with on Saturday, immediately after arrival, for four hours to develop the visit program and review the names and allowances of the orphans after deducting the administrative percentage of 3%;
3. It was noted that there was no prior preparation for the distribution of the orphans' allowances and that there was no plan for this purpose, as if the task was implemented for the first time;
4. The orphans are distributed in three areas:
   a. The suburbs of the city of Cotabato;
   b. The city of Marawi and its suburbs;
   c. The sporadic islands of Zamboanga
5. There are no orphans in Manila, despite the presence of Muslim orphans there;
6. The Director of the Jaber bin Abdullah Orphanage had been informed by the Acting Assistant Director of the Office to announce the dates of delivery of allowances to the orphans on the microphone before we arrived in Manila.

*Aqily w28*

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

Social Care Department

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. ____________
Date: __________

Subject: _____________
_____________

7. The orphans affiliated with families in Marawi were not notified about the dates of receiving their allowances. The Director of the Al Khansaa Orphanage did not do what he was asked to do over the phone because he did not receive the names of the orphans from the Manila Office by fax;
8. The Acting Assistant Director of the Office complained that it was difficult to contact the Zamboanga Islands to gather the orphans. Also, he was not sure of gathering the orphans although a text message was sent to a neighbor of the orphans' supervisors in that area.

**Second: Delivering the allowances of the orphans affiliated with families in Cotabato**

1. The Acting Assistant Director of the Office was requested to use the orphans' lists sent by the Financial Department of the Secretariat General, which were used for the first time [**Handwriting**: *Warning*];
2. The Office did not carry out the instructions of the Social Care Department to form the Tripartite Committee for the delivery of the allowances to the orphans. Also, the orphan's allowances were received by any person who would attend, whether an orphan, a provider, a friend, or a neighbor without scrutiny or control;
3. A tripartite committee consisting of the Acting Assistant Director of the Organization's Office, the Director of the Jaber bin Abdullah Orphanage, Mr. Abdalbadaa Mohammed, and Mr. Zainuddin Adel Fanjawilin, Supervisor of the Holy Quran memorization seminars in the city of Cotabato, was formed to deliver the orphans' allowances in Cotabato;
4. It was noted that the orphans affiliated with families gathered in the Jaber bin Abdullah Orphanage to receive their allowances without their providers;
5. Some orphans' providers attended without the orphans, and they were instructed to bring the orphans;
6. Many of the orphans who attended without their providers, and providers who attended without their orphans, returned without receiving their allowances. They got a new appointment for receiving their allowances after all the conditions are met;
7. Only three orphans who met the conditions received the allowances [**Handwriting**: *Of how many?*];
8. After returning from the city of Marawi, it was time to meet with the second batch of the orphans who did not receive their allowances in the maternity center. Only four orphans who attended with their providers received their allowances.

**Third: Visit to the Jaber bin Abdullah Orphanage**

The Jaber bin Abdullah Orphanage, which is located 15 km away from the city of Cotabato, was visited during the delivery of allowances to the orphans affiliated with families. The following observations were recorded:

1. The Orphanage consists of two buildings, where one of them is 100 meters away from the other. They are separated by dense trees;

*Aqily w28*

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

Social Care Department

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Tex]

No. _______________
Date: _____________

Subject: _______________
_______________

2. These two buildings are located on a large area. Also, a mosque was built on this land by one of the donors, in addition to a residence housing to a worker at the Holy Quran memorization;
3. One of the two buildings, overlooking the main street, was allocated for boys, and the other one was allocated for girls;
4. Each building consists of four classrooms in addition to a dining hall with a kitchen in the ground floor. The upper floor consists of four halls that accommodate 12 bunk beds and three rooms for the male and female social workers in each building;
5. The Orphanage is managed by a middle school graduate, assisted at the boys' section by a social worker who teaches Arabic, a guard, a worker, and a cook;
   The girls' section is supervised by a female social worker who teaches Arabic and the Holy Quran, a female cook, and a female worker;
6. The files of the orphans in the Orphanage are incomplete [**Handwriting**: *Warning*] and lack the documentation for the birth of the orphans, the death of their parents, and pictures of the orphans;
7. The Orphanage's record at the Secretariat General's Social Care Department indicates that there are (80) eighty male and female orphans, but there are actually 22 female orphans and 23 male orphans after matching the files with the male and female orphans in the Orphanage [**Handwriting**: *Where are the others? Who was receiving their allowances? And where are their payments? Financially?*];
8. The orphans are studying in the school of Ibn Taymiyah in the morning. It focuses on teaching the Islamic sciences and Arabic language, and it is supervised by Mr. Saud Al Awashn from the Kingdom of Saudi Arabia;
9. The level of memorizing the chapters of the Holy Quran among the orphans is weak. Also, the Arabic language level among the young and old orphans is weak, although they are studying in a school focusing on the Islamic sciences and Arabic language and taking supplementary classes in the evening;
10. The female orphans are studying in the morning in a regular school and take supplementary evening classes in Arabic language and the Holy Quran;
11. The level of the female orphans in the memorization of the Holy Quran is better than the level of the male orphans, and their Orphanage is more organized and arranged;
12. The general level of education is weak and does not qualify the orphans to socialize with the community with knowledge. Also, the social supervision is almost absent [**Handwriting**: *Apart from the name, the Orphanage did not achieve the purpose*].

**Fourth: Visit to the Al Khansaa Orphanage:**

The Al Khansaa Orphanage in the city of Marawi was visited. The following observations were recorded:

*Aqily w28*

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

Social Care Department

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. ----
Date: ---- Subject: ----

1. There were military barricades and checkpoints along the road to Marawi;
2. The Director of the Al Khansaa Orphanage, who manages the Orphanage of the female orphans supported by the Bayt Al-Zakah in Kuwait, was met with;
3. The female orphans at the Al Khansaa Orphanage, who are registered by the Social Care Department from the year 1417 AH (1996 AD), were not present because their allowances were suspended to date [**Handwriting**: *Who suspended them, and why?*];
4. The Al Khansaa Orphanage was built by the International Islamic Relief Organization [**Handwriting**: *Where is the property deed?*];
5. The Orphanage for females, affiliated with the Bayt Al-Zakah, was built on the same land where the Al Khansaa Orphanage is located [**Handwriting**: *How?*];
6. The female orphans of the Bayt Al-Zakah are in their own Orphanage. They study in the Ibn Sina Comprehensive School;
7. Ibn Sina Comprehensive School was mostly built by the International Islamic Relief Organization [**Handwriting**: *The property deed*];
8. This school is the best school in Marawi, where male and female students from kindergarten to high school study the modern sciences in addition to the Arabic language and Islamic sciences;
9. The study in this school is for fees paid by the male or female student's guardian [**Handwriting**: *Who receives these fees and how much?*];
10. The educational level at this school is good, and it was noted for good organization and arrangement;
11. The Director of the Orphanage lives in the Al Khansaa Orphanage with his family [**Handwriting**: *To be deducted from his salary*]. Also, some female teachers who work at the Bayt Al-Zakah's Orphanage for female live there [**Handwriting**: *How? For free?*].

**Fifth: Observations on the orphans affiliated with families**

1. There are no completed files for the orphans at the Organization's Office except for a small number of the orphans' files in Cotabato [**Handwriting**: *Warning*];
2. The orphans affiliated with families in Marawi and Zamboanga did not receive their allowances from year 1417 AH (1996 AD), although the allowances were sent to the Office as follows [**Handwriting**: *Why? And where are these allowances*]:
   a. The first payment in year 1417 AH (1996 AD), in our letter No. 4209/17, dated 09/23/1417 AH (02/01/1997 AD);
   b. The second and third payments in year 1417 AH (1996 AD), in our letter No. 203/2481/18, dated 04/15/1418 AH (08/20/1997 AD);
3. Reviewing the allowances of the orphans sent by the Social Care Department to the Office indicates the following:
   a. **A donation dedicated to the Al Khansaa Orphanage**. Sending our letter No. 203/4725/18, dated 08/06/1418 AH (12/07/1997 AD). It was handed over to the Director of the Al Khansaa Orphanage without checking the presence of the female orphans [**Handwriting**: *Who handed it over? And how? Must return immediately*];

*Aqily w28*

Address: P.O. Box 14843 Jeddah 21434 - Tel. 6512333 – 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
[Duplicate Text]

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

Social Care Department

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. ----
Date: ----

Subject: ----

b. **Allowances of the orphans for year 1417 AH (1996 AD)**: The vast majority of the orphans of Cotabato received their allowances in full, while the orphans of Zamboanga did not receive their allowances [**Handwriting**: *Where did their allowances go?*] because the Acting Assistant Director of the Organization's Office claimed that any transfer to the Organization's account in Zamboanga will freeze in the bank as a result of the lawsuit against the Office [**Handwriting**: *Details*]. Also, he stated that he had no power to deduct any amount from the orphans' allowances for transportation [**Handwriting**: *Who asked you for directive regarding this?*].
The orphans of Marawi, whether the orphans affiliated with families or the orphans of the Al Khansaa Orphanage, did not receive their allowances during year 1417 AH (1996 AD).
The Acting Assistant Director of the Office claimed that there were security disturbances in the area and that he had no power to deduct any amount from the orphans' allowances for transportation as well [**Handwriting**: *Has he notified you about this? And where is this money?*].

c. Allowances of the orphans for the first payment of year 1418 AH (1997 AD) shall be under the same rules as the previous payments.

d. **Allowances of the Imam Shafi'i Orphanage**: This Orphanage is located in Zamboanga, and its funding was stopped by the end of year 1416 AH (1995 AD). Its orphans were transferred to orphans affiliated with families. The Orphanage was closed because the Ahl al-Hadith Association, the owner of the Orphanage's land, took over the Orphanage. The Association was represented by Mr. Mehdi Bajnida and the Director of the Orphanage at that time. The court had ruled against the Organization in favor of the Association and obligated the Organization to pay the salaries of the teachers.
The last payment of ($56,666), equivalent to (SR 212,497), representing the budget of the Orphanage until 12/30/1416 AH (05/19/1996 AD) was paid and sent in a bank transfer, dated 03/17/1996 AD. From this payment, the Office only delivered SR 25,525 distributed to 81 orphans for two months of Muharram and Safar 1417 AH (April and May 1998 AD). The remaining amount is still in the Office [**Handwriting**: *To be returned immediately*].

4. The current method of educating the orphans does not serve them at all because it isolates them from the society where they live. There is no recognized certificate with which they can complete their studies after leaving the Orphanage. The poor level of teaching the Arabic language and the memorization of the Holy Quran did not achieve the desired goals. This is according to the statement of those supervising these programs. [**Handwriting**: *Regular education + evening education Arabic and Quran*]

**Sixth: General Observations**

1. The administrative situation in the Office is poor and of low level, since all the employees are executives without exception. The best of these executives, Mr. Abdel Hady Dagit, who is the Acting Assistant Director of the Office supervising public relations, secretarial affairs, and printing, is active and needs to be directed.

*Aqily w28*

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

Social Care Department

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. ----
Date: ----

Subject: ----

2. The Office needs a decision-maker who has the ability to develop work and improve the method of task implementation and work distribution;
3. In addition to brother Abdel Hady Dagit, two persons work at the Social Care Department, Section of orphans affiliated with families. One of them, who is Mr. Sedek Taha, works at the Office. His abilities are limited. He does not know the Arabic language and does not leave Manila;
   The other one is Mr. Abdulrahman Abraham, who works in Zamboanga. Mr. Abdel Hady Dagit complains about his weak abilities as he does not hold any academic qualifications. [**Handwriting**: *To be terminated immediately*].
4. Four other employees work at the Office:
   a. The accounts clerk;
   b. The coordinator of education and seminars of the Holy Quran memorization;
   c. Mr. Ramiel Alonto, the coordinator of the health affairs. He does not play any role at all and does not do any work. I found him asleep in the Office during one of our visits. He also asks to be responsible for the financial affairs [**Handwriting**: *To be terminated*]; and
   d. The office boy

**5. The Health programs in the Philippines:**

a. A health clinic in the city of Cotabato [**Handwriting**: (*Illegible*)], where a small number of patients are treated;

b. A medical pharmacy: It has been recently equipped with some medical supplies, though some medicines prepared to be sent to the pharmacy were not sent to date. This pharmacy is located on a busy public street and two ladies work there [**Handwriting**: *?*];

c. The Al Makhdoum medical clinic and pharmacy is located in Zamboanga, as reported by the Acting Assistant Director of the Office. I could not visit it.

6**. Educational Programs**: The Educational Care Department does not have any activities or programs except for the Islamic Institute in the Philippines [**Handwriting**: *What about the Al Makhdoum University for Girls?*], in Zamboanga, which is supported by the Organization's Office in the Eastern Province and directly supervised by them [**Handwriting**: *?*];

7. **Maternity and Childhood House in the Philippines**: It is a hall in the ground floor consisting of 3 sewing machines and a hall in the upper floor consisting of 2 sewing machines. There are two sewing female workers without any work [**Handwriting**: *Human development*] with a guard. The brothers in the Philippines Office reported that work has been stopped as a result of delayed budget of the center affiliated with the Secretariat General's human development program.

*Aqily w28*

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

Social Care Department

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. ----
Date: ----

Subject: ----

**Recommendations:**

1. The recommendations of the minutes of the meeting with the Assistant Director of the Organization's Office in the Philippines, dated 03/30/1419 AH (07/25/1998 AD), shall be taken into account;
2. The Office shall be obliged to introduce the orphans into a regular school providing modern sciences, offer them supplementary classes, and teach them Arabic language and Holy Quran memorization at night in the Orphanage [**Handwriting**: *The Orphanage needs a separate study and an assessment of the human cost*];
3. A study shall be prepared to rehabilitate the orphans professionally in accordance with the familiar trades in the country;
4. ✓The services of the Sedek Taha, Assistant Director of the Orphans in the Office, and Mr. Abdulrahman Abraham, the Orphans' Supervisor in Zamboanga, shall be terminated;
5. ✓The services of Mr. Ramiel Alonto, the health officer in the Office, shall be terminated;
6. ✓A Director who can make decisions shall be appointed for the Office. Preferably, he shall be Saudi. We propose Mr. Hamoud Al Lahim, Director of the League's Office in the Philippines;
7. ✓A specialized accountant who can complete all the outstanding transactions of the Office shall be appointed for the Office;
8. <u>An</u> attempt shall be made to restore the Al Khansaa Orphanage and take out the Orphanage's Director from its residence. The female orphans shall be returned to the Orphanage according to the appropriate number of the Orphanage's capacity [**Handwriting**: *Details*];
9. <u>An</u> attempt shall be made not to bother the Director of the Al Khansaa Orphanage so that the Orphanage's building is not taken over by him or by the Islamic Youth Center in the Philippines, as what happened to the **Imam Shafi'i Orphanage** [**Handwriting**: *Details*];
10. The Office shall commit to directly supervise the Orphanages affiliated with the Organization and shall follow up on their work.

Kindest regards,
Dr. Salem Marzouk Al Harbi
[*Signed*]
05/01/1419 AH (08/24/1998 AD)

[**Handwriting**: *A relevant copy shall be sent to each competent care department to study and return with opinion. As for the notes written in each section, they shall return to me after getting them complete. Thank you*]

*Aqily w28*

IIRO

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

The Philippines Office

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. ----
Date: ----

Subject:

MEETING MINUTES

On 03/30/1419 AH (07/24/1998 AD), a meeting was held between Dr. Salem Marzouk Al Harbi, Supervisor of the Social Care Department at the Secretariat General's International Islamic Relief Organization in the Kingdom of Saudi Arabia, and Mr. Abdel Hady Dagit, Assistant Director of the Office of the International Islamic Relief Organization in the Philippines Office. They agreed as follows:

1. All orphans in the Philippines shall be collected according to the father's death certificate, a certificate certified by an imam or a propagator in the region and the heads of the Islamic associations known to the Office, and the orphan's age shall be confirmed, no later than eight weeks from the date of the minutes;
2. The files of the orphans at the Organization's Office shall be completed personally, with copies of the father's death certificate and birth certificate and all reports on the orphan's status;
3. The orphans who do not have the required documents shall be excluded, and no case shall be documented after two months;
4. When a custody is paid from the orphans' allowances, this shall be clarified in the payment voucher prepared by the Financial Department of the Secretariat General under the subject of payment. Also, the type of payment (orphans affiliated with families or orphans residing at orphanages) shall be mentioned. The name of the area where the orphans live, and the number of the group shown in the orphans' lists sent by the Social Care Department of the Secretariat General shall be mentioned. The payment period, number, and date, and the number of orphans to receive their allowances shall be noted. The name of the custody recipient shall be also clarified, and they shall sign a voucher indicating that they had received the payment. This shall be done according to the orphans' lists and signatures and the signature of members of the committee formed in this regard;
5. A committee shall be formed of three persons to deliver the orphans' allowances, indicating their names on the lists and their signatures. This shall be certified by the orphan's officer, the Director of the Office, and then shall be stamped with the Office seal;
6. The orphans' identities shall be verified according to their pictures in their files at the time of delivery;
7. The provider shall attend with the orphan at the time of receiving the allowances, and shall sign the list, write their name and type of relationship. This shall match the original form previously sent to the Social Care Department;
8. The delivery of the orphans' allowances shall be done according to the lists sent by the Financial Department, indicating the orphan's name, number, and the amount paid to the orphan in the local currency and the dollar. The orphan's provider shall sign, indicate their name, and clarify the type of relationship to the orphan. The names of the members of the committee that delivers the orphans' allowances shall be added. The orphans' officer and the Acting Assistant Director of the Office shall certify. The previous system, represented in the orphan's signing the receipt voucher without indicating their number, full name, or provider, shall be cancelled.



[*Signature*] IIRO-088

101 Heart Tower Bldg., 108 Valero St., Salcedo Vill., 1227 Makati City, Philippines
Tel Nos. 8137021/8137023 Fax 8191652

IIRO

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

The Philippines Office

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. ----
Date: ----
[**Handwriting**: *The Care in Jeddah shall be notified about the names of the orphans who left the Orphanage or did not go to receive their payments immediately*]

9. The terms of paying the orphans' administrative expenses of (3%) shall be complied with, and the required documents shall be attached;
10. Ensuring that the female orphans are in the Al Khansaa Orphanage, and following up on their stay in the Orphanage constantly;
11. The Director of the Orphanage shall not deliver the allowances of the female orphans who are not found in the Orphanage;
12. The female orphans who left the Al Khansaa Orphanage [**Handwriting**: *Why did they leave?*] shall be treated as the orphans affiliated with families and shall receive the full allowances for the period from 01/01/1417 AH (05/19/1996 AD) to the end of 12/30/1418 AH (04/28/1998 AD) after the completion and continuation of the conditions of payment by a committee formed of Mr. Abdel Hady Dagit, Acting Assistant Director of the Office, Mr. Mukhtar Hussein Amfasu, the Orphans' Supervisor at the Youth Center in the Philippines, and Mr. Abdul Samad Janalan, Supervisor of the Holy Quran memorization seminars in the city of Marawi who works at the Holy Quran Section of the Secretariat General, on 08/01/1998 AD. The allowances of the orphans in Marawi who could not gather on the time of the visit shall be delivered after meeting the conditions previously set by the aforementioned committee;
13. It is necessary to notify the Social Care Department about the names and numbers of the orphans who did not receive their allowances, and the amount of each orphan. The payment date and the total remaining amounts shall be noted. The Office shall not dispose of the remaining orphans' allowances;
14. The allowances of the orphans of Zamboanga, which are listed as custody in the Office's account, shall be delivered from 01/01/1417 AH (05/19/1996 AD) to 12/30/1418 AH (04/28/1998 AD) by a committee formed of Mr. Abdel Hady Taher Dagit, Mr. Luqman Mohammad Sandai, a teacher at the Holy Quran seminars, and Mr. Abdulrahman Abraham, Assistant Supervisor of the orphans in Zamboanga. They cannot be assembled in one place during the visit as they are located in scattered and remote islands;
15. The orphans of Cotabato who did not attend to receive their allowances shall receive them by a committee formed of Mr. Abdel Hady Taher Dagit, Acting Assistant Director of the Office, Mr. Abdul Badea Mohammed Ali, Director of the Jaber Orphanage, and Mr. Zainuddin Adel Fanjawilin, Supervisor of the Holy Quran memorizations seminars in the city of Cotabato;
16. The Office shall be given a chance to complete the delivery of all orphans' allowances for the remaining payments, complete the remaining reports, and pay the custody for a period of eight weeks from the date of the minutes;
17. The orphans' allowances may not be delivered to the providers in the absence of the orphans, and the orphans may not receive their allowances in the absence of their providers;
18. No other party except for the provider, whether a relative or a neighbor, may receive the orphans' allowances;
19. The Office shall prepare a representation form to be used when the provider cannot attend. The provider shall sign this representation form in front of the Acting Assistant Director of the Office;



[*Signature*] IIRO-088

IIRO

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

The Philippines Office

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. ----
Date: ----

Subject: ----

20. The allowances of the orphans who leave the Jaber bin Abdullah Orphanage shall not be paid to the Director of the Orphanage but shall remain as custody in the Office. The Social Care Department shall be notified about this soon to take the appropriate decision and follow up on the presence of the male and female orphans in the Orphanage;
21. Documents, qualifications, as well as financial and administrative reports on the performance of employees working at the Social Care Department shall be filed within a month;
22. A realistic report shall be presented on the Orphanage's budget, and educational programs shall be provided to the male and female orphans in the Jaber bin Abdullah Orphanage;
23. The Office shall keep an amount of seventy-six thousand and nine hundred seventy-five Saudi Riyals as a custody, remaining from the closed budget of the Imam Shafi'i Orphanage for the year 1417 AH (1996 AD) (one hundred and two thousand and five hundred) Saudi Riyals after the deduction of what was paid to the orphans, 81 orphans, by 2,202 (two thousand two hundred and two) Filipino Peso for each orphan for two months of Muharram and Safar 1417 AH (May and June 1996).

The payment documents shall be filed to the Social Care Department of the Secretariat General for examination, deducting the accepted items from the custody, and taking the appropriate decision regarding the remaining amount.

The minutes was made by the grace and help of Allah, and it was well intended,,,

Dr. Salem Marzouk Al Harbi
Supervisor of the Social Care Department
Secretariat General of the International Islamic Relief Organization in the Kingdom of Saudi Arabia
[*Signed*]

Abdel Hady Dagit
Acting Assistant Director of the Organization's Office in the Philippine and Supervisor of the Orphans in the Philippines
[*Signed*]

[**SEAL**: *International Islamic Relief Organization, Philippine's Office*]

IIRO-088



101 Heart Tower Bldg., 108 Valero St., Salcedo Vill., 1227 Makati City, Philippines
Tel Nos. 8137021/8137023 Fax 8191652

**هيئة الإغاثة الإسلامية العالمية**
**بالمملكة العربية السعودية**
**مذكرة داخلية**

رقم المعاملة: ٢٥١ / ٢٠٣

التاريخ: ٧ / ٥ / ١٤١٩هـ

محمود

الجهة المرسلة: الرعاية الاجتماعية ..... الدولة: .....

ملخص الموضوع: .....

إحالة الى: سعادة مشرف الرعاية التعليمية ..... حفظه الله

تمشياً لتوجيهات سعادة الوكيل [illegible] بشأن تحويل تقرير
زيارتي الى دولة الفلبين [illegible]
لسعادتكم صورة من التقرير.
آمل من سعادتكم [illegible] بدراسة ما يخصكم
والإفادة [illegible]
ولكم تحياتي

- لامانع
- للمفاهمة
- للإحاطة
- للإطلاع والتوجيه
- للدراسة والإفادة
- لإعداد الرد
- لإكمال اللازم
- للإعتماد
- للإعتذار
- للمتابعة
- للحفظ

الاسم: د/ سالم مرزوق [illegible] ..... التوقيع: [signature]

إحالة الى: سعادة الأمين العام ..... حفظه الله

السلام عليكم ورحمة الله وبركاته .. بعد التحية والتقدير
فبالإشارة الى ملاحظات سعادتكم على الفقرة الخامسة [illegible] في تقرير
زيارة سعادة مشرف الرعاية الاجتماعية واستفسار سعادتكم عن جامعة
المحروم للبنات .. نفيد سعادتكم بأن جامعة المحروم للبنات هي
نفسها معهد الفلبين الإسلامي إلا أن المتداول بين المسلمين في مدينة
زامبوانجا اسم "جامعة المحروم" والاسم الرسمي هو معهد الفلبين
الإسلامي .... كما نفيد سعادتكم بأنه لدى الرعاية

- لامانع
- للمفاهمة
- للإحاطة
- للإطلاع والتوجيه
- للدراسة والإفادة
- لإعداد الرد
- لإكمال اللازم
- للإعتماد
- للإعتذار
- للمتابعة
- للحفظ

الاسم ..... التوقيع .....

إحالة الى: ..... حفظه الله

التعليمية معلومات عن هذه الجامعة وسبق أن رفعنا
لسعادتكم طرفاً منها وفي الآن بصدد تحديث هذه
المعلومات.
وهذا ما لزم إفادة سعادتكم به

- لامانع
- للمفاهمة
- للإحاطة
- للإطلاع والتوجيه
- للدراسة والإفادة
- لإعداد الرد
- لإكمال اللازم
- للإعتماد
- للإعتذار
- للمتابعة
- للحفظ

الاسم: د. سعد [illegible] ..... التوقيع: [signature] ٦/١

حسن عقيلي

[illegible] أن تمويل [illegible] عن [illegible]
[illegible] الشرقية وجدوله [illegible]

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الاغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرعاية الاجتماعية

الرقم : ٢٢٧ / ٢٠٣

التاريخ : ٣ / ٥ / ١٤١٩ هـ

الموضوع :

## تقرير عن زيارة مشرف الرعاية الاجتماعية
## للفلبين مابين ٢٤-٣٠ ربيع الاول ١٤١٩هـ

تم زيارة الفلبين مابين يوم السبت الموافق ١٤١٩/٣/٢٤هـ ويوم الجمعة الموافق ١٤١٩/٣/٣٠هـ
ولقد تم زيارة كل من :

- مدينة كوتاباتو والتي تبعد عن مانيلا ساعة ونصف بالطائرة ويقطن هذه المدينة خليط من النصارى والمسلمين تبلغ نسبة المسلمين فيها حوالي ٤٠٪
- مدينة واوي والتي تبعد عن مدينة كيتا خمسة ساعات بالسيارة
- مكتب الهيئة بمدينة مانيلا ولقد سجل العديد من الملاحظات ادرجها على النحو التالي:

**اولاً : برنامج الزيارة وخطوات تسليم الايتام مخصصاتهم**

١- استغرقت الرحلة ١٢ ساعة والتي بدأت الساعة العاشرة ليلاً من يوم الجمعة ١٤١٩/٣/٢٣هـ من مدينة جدة مروراً بمدينة بانكوك ومنتهية بمدينة مانيلا .

٢- تم الالتقاء بمساعد مدير المكتب بالانابة يوم السبت بعد الوصول مباشرة ولمدة اربع ساعات لوضع برنامج الزيارة ومراجعة اسماء الايتام ومخصصاتهم بعد استقطاع النسبة الادارية ٣٪

٣- لوحظ انه لم يكن هناك اعداد مسبق لتوزيع مخصصات الايتام ولاتوجد خطة لهذا الغرض وكأن المهمة تنفذ لأول مرة .

٤- يتوزع الايتام في ثلاثة مناطق

أ- ضواحي مدينة كتاباتو

ب - مدينة مراوي وضواحيها

ج - جزر زامبونجا المتفرقة .

٥- لايوجد ايتام في مدينة مانيلا على الرغم من وجود ايتام مسلمين فيها

٦- تم ابلاغ مدير دار جابر بن عبدالله من قبل مساعد مدير المكتب بالانابة للاعلان عن من مواعيد استلام الايتام مخصصاتهم بواسطة المذياع وذلك قبل وصولنا الى مانيلا

w28 عقيلي

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرعاية الاجتماعية

الرقم : ________ الموضوع : ________

التاريخ : ________ : ________

٧ـ لم يتم الاعلان لأيتام الاسر في مراوي عن مواعيد استلام مخصصاتهم و لم ينفذ مدير دار الخنساء ماطلب منه بالهاتف لعدم وصول اسماء الايتام اليه من مكتب مانيلا بواسطة الفاكس .

٨ـ اشتكى مساعد مدير المكتب بالانابة من صعوبة الاتصال بجزر زامبونجا لتجميع الايتام كما انه غير متأكد من تجمع الايتام على الرغم من ارسال رسالة هاتفية لاحد جيران مشرف الايتام في تلك المنطقة

**ثانياً: تسليم مخصصات ايتام الاسر في كوتاباتو**

١ـ طلب من مساعد مدير المكتب بالانابة استخدام كشوف الايتام المرسلة من قبل الادارة المالية بالامانة العامة والتي استخدمت لأول مرة

٢ـ لم ينفذ المكتب تعليمات الرعاية الاجتماعية في تكوين اللجنة الثلاثية لتسليم الايتام مخصصاتهم من قبل كما انه كان يستلم مخصص اليتيم أي شخص يحضر سواء اكان يتيم او معيل او صديق أوجار دون تدقيق وضبط .

٣ـ تم تكوين لجنة ثلاثية مكونة من مساعد مدير مكتب الهيئة بالانابة ومدير دار جابربن عبدا لله والاستاذ عبدالبديع محمد والاستاذ زين الدين عادل فنجاويلان مشرف حلقات تحفيظ القرآن الكريم بمدينة كوتاباتو لتسليم مخصصات الايتام في كوتاباتو .

٤ـ لوحظ ان أيتام الاسر المجتمعين في دار جابر بن عبدا لله لاستلام مخصصاتهم بدون معيليهم

٥ـ حضر بعض معيلي الايتام بدون الايتام ولقد تم توجيههم باحضار الايتام .

٦ـ عاد كثيرمن الايتام حضروا بدون معيليهم اومعيلين بدون ايتامهم دون ان يستلموا مخصصاتهم وحدد لهم موعداً جديداً لاستلام مخصصاتهم بعد استيفاء جميع الشروط

٧ـ لم يستلم المخصصات من الايتام الا ثلاثة ايتام فقط انطبقت عليهم الشروط

٨ـ بعد العودة من مدينة مراوي كان الموعد مع الدفعة الثانية من الايتام الذين لم يستلموا مخصصاتهم في مركز دار الامومة ولقد استلم فقط اربعة ايتام حضروا مع معيليهم .

**ثالثاً: زيارة دار جابر بن عبدا لله**

تم زيارة دار جابر بن عبدا لله التي تبعد ١٥كم عن مدينة كوتاباتو اثناء تسليم ايتام الاسر مخصصاتهم ولقد سجلت الملاحظات التالية :

١ـ تتكون الدار من مبنيين يبعد احدهما عن الاخر ١٠٠م ويفصلهما اشجار كثيفة

w28 عقيلي

العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطـة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الرعاية الاجتماعية

الرقم : ____________ الموضوع : ____________

التاريخ : ____________ : ____________

٢- يقعان هذان المبنيان على مساحة كبيرة من الارض ولقد بني ايضاً في هـذه الارض مسجد بواسطة احد اهل الخير بالاضافة الى سكن لاحد العاملين في تحفيظ القرآن الكريم .

٣- خصص احد المبنيين والموجود على الشارع العام للاولاد والاخر خصص للبنات.

٤- يتكون كل مبنى من اربعة فصول دراسية بالاضافة الى قاعة للطعام بمطبخ في الدور الارضي أما الدور العلوي فيتكون من اربع قاعات تتسع لاثني عشر سرير ذات طابقين بالاضافة الى ثلاث غرف للمشرفين والمشرفات الاجتماعيين في كل مبنى .

٥- يدير الدار احد خريجي الكلية المتوسطة ويعاونه في قسم الاولاد ، مشرف اجتماعي يقوم بتدريس اللغة العربية وحارس ومستخدم وطباخ .

اما قسم الفتيات فيشرف عليه مشرفةاجتماعية تقوم بتدريس اللغة العربية والقرآن الكريم بالاضافة الى طباخة ومستخدمة .

٦- ملفات الايتام في الدار غير مكتملة وينقصها الاوراق الثبوتية لميلاد الايتام ووفاة الاباء وصور الايتام

٧ - سجل الدار بالرعاية الاجتماعية بالامانة العامة يشير الى وجود (٨٠) ثمانون يتيماً ويتيمة ولكن الموجود فعليا ٢٢ يتيمة و٢٣ يتيما بعد مطابقة الملفات مع الايتام واليتيمات الموجودين في الدار .

٨- الايتام يدرسون في مدرسة ابن تيمية صباحاً والتي تركز في تعليمها على العلوم الاسلامية واللغة العربية . ويشرف عليها السيد سعود العوشن من المملكة العربية السعودية .

٩- مستوى الايتام في حفظ سور القرآن الكريم الصغيرة ضعيف بالاضافة لضعف مستوى اللغة العربية عند صغيرهم وكبيرهم على الرغم من انهم يدرسون في مدرسة تركز على العلوم الاسلامية واللغة العربية كما انهم يأخذوا دروس تقوية في المساء .

١٠- اليتيمات يدرسن صباحاً في مدرسة نظامية ويأخذن مساءاً دروس تقوية في اللغة العربية والقرآن الكريم

١١- مستوى اليتمات في حفظ القرآن الكريم افضل من مستوى الايتام كما أن دارهن اكثر تنظيماً وترتيباً.

١٢- المستوى العام للتعليم ضعيف ولايؤهل الايتام للخروج للمجتمع بسلاح العلم كما ان الاشراف الاجتماعي يكاد يكون معدوماً .

**رابعاً: زيارة دار الخنساء :**

تم زيارة دار الخنساء في مدينة مراوي ولقد سجلت الملاحظات التالية :

w28 عقيلي

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطــة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرعاية الاجتماعية

الرقم : ______ الموضوع : ______
التاريخ : ______

١- كان هناك متاريس عسكرية ونقاط تفتيش على طول الطريق الى مراوي .

٢- تم مقابلة مدير دار الخنساء والذي يقوم بادارة دار اليتيمات المكفولات من قبل بيت الزكاة بالكويت

٣- لاأثر لوجود اليتيمات في دار الخنساء والمسجلين لـدى الرعاية ابتداءاً من عام ١٤١٧هـ وذلك نظراً لايقاف صرف مخصصاتهم حتى الان .

٤- تم بناء دار الخنساء من قبل هيئة الاغاثة الاسلامية

٥ - تم بناء دار اليتيمات التابع لبيت الزكاة على نفس الارض التي بها دار الخنساء .

٦- يتيمات بيت الزكاة موجودات في الدار الخاصة بهن ويدرسن في مدرسة ابن سيناء الشاملة .

٧- مدرسة ابن سيناء الشاملة تم بناء غالبية مبانيها بواسطة هيئة الاغاثة الاسلامية .

٨- تعتبر هذه المدرسة افضل مدرسة في مراوي يدرس فيها الطلاب والطالبات من الروضة الى الثانوية العلوم العصرية بالاضافة الى اللغة العربية والعلوم الاسلامية .

٩- الدراسة في هذه المدرسة برسوم يتكفل بدفعها ولي امر الطالب او الطالبة .

١٠- المستوى التعليمي في هذه المدرسة جيد ولقد لوحظ حسن التنظيم والترتيب فيها .

١١- يسكن مدير الدار في دار الخنساء مع اسرته كما يسكن ايضاً بعض المدرسات التي يعملن في دار يتيمات بيت الزكاة .

**خامساً : ملاحظات على ايتام الاسر :**

١- لاتوجد ملفات مكتملة للايتام لدى مكتب الهيئة باستثناء عدد بسيط من ملفات الايتام في كوتاباتو

٢- لم يستلم ايتام الاسر في مراوي وزامبوبنجا مخصصاتهم ابتداءاً من عام ١٤١٧هـ على الرغم من ان المخصصات ارسلت الى المكتب على النحو التالي :

ا - الدفعة الاولى عام ١٤١٧هـ بخطابنا رقم ١٧/٤٢٠٩ بتاريخ ١٤١٧/٩/٢٣هـ .

ب - الدفعة الثانية والثالثة عام ١٤١٧هـ بخطابنا رقم ١٨/٢٤٨١/٢٠٣ بتاريخ ١٤١٨/٤/١٥هـ

٣- بمراجعة مخصصات الايتام المرسلة من الرعاية الاجتماعية الى المكتب والتي كانت على النحوالتالي :

**أ - تبرع مخصص لدار الخنساء** ارسال خطابنا رقم ١٨/٤٧٢٥/٢٠٣ بتاريخ ١٤١٨/٨/٦هـ ولقد سلم لمدير دار الخنساء دون التحقق من وجود اليتيمات

w28 عقيلي

العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الرعاية الاجتماعية

الرقم :

التاريخ :

الموضوع :

ب ـ **مخصصات الايتام لعام ١٤١٧هـ :** استلم الغالبية العظمى من ايتام كوتاباتو مخصصاتهم كاملة اما ايتام زامبونجا فلم يستلموا مخصصاتهم لتعذر مساعد مدير مكتب الهيئة بالانابة بأن اي تحويل الى حساب الهيئة في زامبونجا سيتم تجميده في البنك نتيجة للدعوى القضائية على المكتب كما انه أفاد بأنه ليست لديه صلاحية باستقطاع أي مبلغ من مخصصات الايتام للتنقلات

اما ايتام مراوي سواء ايتام الاسر او ايتام دار الخنساء فلم يستلموا مخصصاتهم خلال عام ١٤١٧هـ .

وقد احتج مساعد مدير المكتب بالانابة بوجود اضطرابات امنية في المنطقة كما انه لايوجد لديه صلاحية بخصم اي مبلغ من مخصصات الايتام للتنقلات ايضاً .

ج ـ مخصصات الايتام للدفعة الاولى من عام ١٤١٨هـ ينطبق عليها ما انطبق على الدفع السابقة .

د ـ **مخصصات دار الامام الشافعي :** تقع هذه الدار في زامبونجا ولقد توقف الصرف عنها بنهاية عام ١٤١٦هـ وحول ايتامها الى ايتام اسر واغلقت نتيجة لاستيلاء جمعية اهل الحديث مالكة ارض الدار عليها والتي يمثلها السيد مهدي باجنيدا ومدير الدار في ذلك الوقت بعد ان حكمت المحكمة على الهيئة لصالح الجمعية والزام الهيئة بدفع رواتب المدرسين .

ولقد صرف آخر دفعة (٥٦,٦٦٦) ستة وخمسون الف وستمائة وستة وستون دولاراً بما يعادل مبلغ (٢١٢,٤٩٧) مائتان واثنا عشر الفاً واربعمائة وسبعة وتسعون ريالاً وتمثل ميزانية الدار حتى ١٤١٦/١٢/٣٠هـ وارسلت بحوالة بنكية بتاريخ ١٩٩٦/٣/١٧م ولم يسلم المكتب من هذه الدفعة الا خمسة وعشرون الف وخمسمائة وخمسة وعشرون ريالاً وزعت على ٨١يتيماً عن شهري محرم وصفر ١٤١٧هـ والباقي لازال لدى المكتب

٤ ـ الاسلوب المتبع حالياً في تعليم الايتام لايخدم اطلاقاً اليتيم لانه عزل اليتيم عن المجتمع الذي يعيش فيه بعدم وجود شهادة معترف بها يستطيع ان يكمل فيها دراسته بعد خروجه من الدار كما ان المستوى الضعيف لتعليم اللغة العربية وتحفيظ القرآن الكريم لم يحقق الاهداف المرجوة منه كما افاد القائمين على هذه البرامج

**سادساً: ملاحظات عامة**

١ـ الوضع الاداري في المكتب ضعيف ومتدني المستوى حيث ان جميع العاملين بدون استثناء تنفيذيين وافضل هؤلاء التنفيذيين السيد/عبدالهادي داجييت الذي يقوم بدور مساعد مدير المكتب بالانابة والعلاقات العامة والسكرتارية والطباعة فهو طاقة عمل تحتاج الى توجيه .

w28 عقيلي

العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

رابطـــة العـالـم الاسـلامـي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

الرعاية الاجتماعية

الرقـم : ____________ الموضوع : ____________

التاريخ : ____________ : ____________

٢ـ المكتب يحتاج الى صاحب القرار الذي لديه المقدره على تطوير العمل وتحسين اسلوب تنفيذ المهام وتوزيع العمل .

٣ـ يعمل في الرعاية الاجتماعية قسم أيتام الاسر بالاضافة الى الاخ عبدالهادي داجييت اثنان احدهما في المكتب وهو السيد صديق طه وامكانياته محدودة ولايجيد العربية كما انه لايخرج من مانيلا .

أما الاخر فهو السيد عبدالرحمن ابراهام ويعمل في زامبونجا ويشتكي السيد عبدالهادي داجييت من ضعف امكانياته كما انه ليس لديه مؤهلات علمية .

٤ـ يعمل ايضاً في المكتب اربعة موظفين اخرين .

أ ـ كاتب الحسابات

ب ـ منسق التعليم وخلقات تحفيظ القرآن الكريم

ج ـ منسق الصحية السيد راميل الونتو وهذا لادور لـه اطلاقاً ولايقوم بأي عمل فلقد وجدته نائماً في المكتب في احد زياراتنا للمكتب كما انه يطالب بأن يكون مسؤولاً عن الامور المالية

د ـ فراش المكتب

**٥ ـ البرامج الصحية في الفلبين :**

أـ عيادة طبية في مدينة كوتاباتو والتي يرتادها عدد بسيط من المرضى

ب ـ صيدلية طبية : ولقد جهزت حديثاً بعض المتسلزمات الطبية على الرغم من عدم وصول الادوية الطبية حتى الان والتي جهزت لارسالها للصيدلية . تقع هـذه الصيدليـة على شـارع عـام حيـوي كمـا يعمـل بهـذه الصيدلية سيدتين .

ج ـ توجد في زامبونجا عيادة وصيدلية المخدوم الطبية كما افـاد مساعد مدير المكتـب بالانابـة و لم استطع زيارتها .

**٦ـ البرامج التعليمية** : لاتوجد للرعاية التعليمية اي انشـطة اوبرامـج باستثناء المعهـد الاسلامي الفلبيني في زامبونجا المدعوم من قبل مكتب الهيئة بالمنطقة الشرقية ويتم الاشراف عليه مباشرة من قبلهم .

٧ ـ **دار الامومة والطفولة بالفلبين** : عبارة عن قاعة بالدور الارضي يوجد بها ٣ ماكينات خياطة وقاعة بـالدور العلوي يوجد بها ٢ ماكينة خياطة ويوجد عدد عاملتي خياطة بدون اي عمل مع حارس وافاد الاخوة بمكتب الفلبين ان العمل قد توقف نتيجة تأخير ميزانية المركز التابع لبرنامج التنمية البشرية بالامانة العامة .

العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرعاية الاجتماعية

الرقم : ____________ الموضوع : ____________

التاريخ : ____________ : ____________

**التوصيات :**

١ - الاخذ بالاعتبار توصيات محضر الاجتماع مع مساعد مدير مكتب الهيئة بالفلبين المنعقد بتاريخ ٣٠ ربيع الاول ١٤١٩هـ .

٢ - الزام المكتب بادخال ايتام الدار في مدرسة نظامية تدرس العلوم العصرية واعطائهم دروس تقوية مع تدريسهم اللغة العربية وتحفيظ القرآن الكريم مساءاً في الدار . الدار تحتاج الى دراسة متخصصة وتقويم [illegible]

٣ - اعداد دراسة لتأهيل الايتام مهنياً بما يتلائم والحرف والمألوفة في البلد .

٤- انهاء خدمات كل من صديق طه مساعد مسؤول الايتام في المكتب والسيد/عبدالرحمن ابراهام مشرف الايتام في زامبونجا

٥ - انهاء خدمات السيد / راميل النونتو المسؤول الصحي بالمكتب

٦ - تعيين مدير للمكتب يكون لديه مقدرة على اتخاذ القرار ويفضل ان يكون سعودي الجنسية ونقترح السيد حمود اللاحم مدير مكتب الرابطة بالفلبين

٧- تعيين محاسب متخصص للمكتب يستطيع ان ينهي جميع معاملات المكتب المعلقة .

٨- محاولة استعادة دار الخنساء واخراج مدير الدار من سكنها وذلك باعادة اليتيمات الى الدار وبالعدد المناسب للطاقة الاستيعابية للدار .

٩- محاولة عدم اثارة مدير دار الخنساء حتى لايتم الاستيلاء على مبنى الدار من قبله وقبل مركز الشباب الاسلامي بالفلبين كما حدث لدار الامام الشافعي .

١٠- لابد ان يلتزم المكتب بالاشراف على الدور التابعة للهيئة اشرافاً مباشراً ومتابعة العمل بها .

والله يحفظكم ويرعاكم ،،،

[illegible]

مشرف الرعاية الاجتماعية
[signature]
د. سالم مرزوق الحربي
١٤١٩/٥/١هـ

[signature]

IIRO
INT'L ISLAMIC RELIEF ORG.
IN SAUDI ARABIA
PHILIPPINE OFFICE

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الفلبين

الرقم : ..........
التاريخ : ..........

الموضوع : محضر إجتماع.

إنه في يوم ٣٠ ربيع الأول ١٤١٩هـ الموافق ٢٤ يوليو ١٩٩٨م تم الإجتماع بين كل من مشرف الرعاية الإجتماعية بالأمانة العامة لهيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية الدكتور/ سالم مرزوق الحربي ومساعد مدير مكتب هيئة الإغاثة الإسلامية العالمية - مكتب الفلبين- الأخ/ عبد الهادي طاهر داجيت، وتم الإتفاق بما يلي:-

١-إعادة التأكد من يتم جميع الأيتام في الفلبين بواسطة شهادة وفاة الأب أو شهادة مصدقة من إمام أو داعية في المنطقة ورؤساء الجمعيات الإسلامية المعروفة لدى المكتب مع التثبت من عمر اليتيم أيضا في مدة أقصاها ثمانية أسابيع من تاريخ المحضر.

٢-ضرورة إستكمال ملفات الأيتام لدى مكتب الهيئة بصورة شخصية للأيتام وصور من مستندات شهادة وفاة الأب وشهادة الميلاد وجميع التقارير عن حالة اليتيم.

٣-يتم إستبعاد الأيتام الذين لا تتوفر لهم المستندات المطلوبة ولا توثق حالة يتمهم بعد مرور شهرين.

٤-عند صرف عهدة من مخصصات الأيتام لابد من إيضاح في سند الصرف المعد من قبل الإدارة المالية بالأمانة العامة تحت بند موضوع الصرف، نوعية الصرف ( أيتام أسر أو أيتام دار) ويذكر إسم المنطقة التي فيها الأيتام ورقم المجموعة الموضحة في كشوف الأيتام المرسلة من قبل الرعاية الإجتماعية بالأمانة العامة، كما يوضح فترة الدفعة ورقمها وتاريخها وعدد الأيتام المراد تسليم مخصصاتهم، ويوضح أيضا إسم مستلم العهدة ويوقع على سند بالإستلام للمبلغ ويسدده حسب كشوف الأيتام وتواقيعهم وتوقيع أعضاء اللجنة المكونة بهذا الخصوص.

٥-ضرورة تكوين لجنة من ثلاثة أشخاص لتسليم مخصصات الأيتام مع ذكر أسماءهم في الكشوف وتواقيعهم ويصدق من مسؤول الأيتام ومدير المكتب ثم يختم بختم المكتب.

٦-ضرورة التأكد من شخصية الأيتام بالمطابقة مع صورهم الموجودة في ملفاتهم عند التسليم.

٧-ضرورة حضور المعيل مع اليتيم عند تسليم مخصصات الأيتام وتوقيعه على الكشف مع كتابة إسمه ونوع القرابة وبما يطابق الإستمارة الأصلية المرسلة مسبقا للرعاية الإجتماعية.

٨- يتم الإلتزام بصرف مخصصات الأيتام طبقا للكشوف المرسلة من الإدارة المالية مع إيضاح إسم اليتيم ورقمه والمبلغ المسلم له بالعملة المحلية وبالدولار مع توقيع معيل اليتيم وإسمه وتوضيح نوع قرابته لليتيم وإضافة أسماء أعضاء اللجنة المسلمة للأيتام مخصصاتهم وتصديق مسؤول الأيتام ومساعد مدير مكتب الهيئة بالنيابة مع إلغاء النظام السابق المتمثل في توقيع اليتيم على سند إستلام دون توضيح رقمه أو إسمه كاملا وإسم معيله.



IIRO-088

101 Heart Tower Bldg., 108 Valero St., Salcedo Vill., 1227 Makati City, Philippines
Tel. 8137021 / 8137023 Fax 8191652

IIRO
INT'L ISLAMIC RELIEF ORG
IN SAUDI ARABIA
PHILIPPINE OFFICE

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الفلبين

الرقم :
التاريخ :

تم إستلام ... الأيتام والمبالغ الذين خرجوا ... كف ...

وإرفاق المستندات المطلوبة ... صرف المصاريف الإدارية للأيتام (٣٪) وإرفاق المستندات المطلوبة.

٩-ضرورة الإلتزام ببنود صرف المصاريف الإدارية للأيتام (٣٪) وإرفاق المستندات المطلوبة.
١٠-التأكد من وجود اليتيمات في دار الخنساء ومتابعة بقائهن في الدار بإستمرار.
١١-لا يتم تسليم مدير الدار مخصصات اليتيمات الغير موجودات في الدار.
١٢-يعامل اليتيمات اللاتي خرجن من دار الخنساء معاملة أيتام الأسر ويسلمن كامل المخصصات عن الفترة من ١/١/١٤١٧هـ إلى نهاية ١٤١٨/١٢/٣٠هـ بعد إستكمال شروط الكفالة وإستمرارها بواسطة لجنة مكونة من الأستاذ/ عبد الهادي طاهر داجيت مساعد مدير المكتب بالنيابة ومشرف أيتام مركز الشباب بالفلبين الأستاذ/ مختار حسين أمفاسو ومشرف حلقات تحفيظ القرآن الكريم بمدينة مراوي الموظف بإدارة القرآن الكريم بالأمانة العامة الأستاذ/ عبد الصمد جنالان في يوم ١ من أغسطس ١٩٩٨م، كما يتم تسليم مخصصات أيتام مراوي الذين تعذر تجمعهم في الوقت المحدد للزيارة بعد تحقيق الشروط السابقة من قبل اللجنة الآنفة الذكر. لماذا خرجن؟

١٣-ضرورة إشعار الرعاية الإجتماعية بأسماء الأيتام وأرقامهم الذين لم يستلموا مخصصاتهم ومبلغ كل يتيم مع إيضاح تاريخ الدفعة وإجمالي المبالغ المتبقية مع الإلتزام بعدم التصرف في ما تبقى من مخصصات الأيتام من قبل المكتب.
١٤-يتم تسليم مخصصات أيتام زامبوانجا من ١/١/١٤١٧هـ إلى نهاية ١٤١٨/١٢/٣٠هـ والموجودة أمانة في حساب المكتب بواسطة لجنة مكونة من الأستاذ/ عبد الهادي طاهر داجيت، والأستاذ / لقمان محمد سانداي المدرس بحلقات القرآن الكريم وعبد الرحمن أبرهام مساعد مشرف الأيتام في مناطق زامبوانجانظرا لتعذر تجميعهم في مكان واحد أثناء الزيارة لتواجدهم في جزر متفرقة ومتنائية.
١٥-يتم تسليم مخصصات أيتام كوتاباتو الذين لم يحضروا لإستلام مخصصاتهم بواسطة لجنة مكونة من الأستاذ/ عبد الهادي طاهر داجيت مساعد مدير المكتب بالإنابة، الأستاذ/ عبد البديع محمد علي مدير دار جابر بن عبد الله للأيتام، والأستاذ/ زين الدين عادل فنجاويلان مشرف حلقات تحفيظ القرآن الكريم بمدينة كوتاباتو.
١٦- يمنح المكتب فرصة لإنهاء تسليم جميع مخصصات الأيتام للدفع المتبقية وإنهاء التقارير اللازمة وتسديد العهدة فترة تقدر بـ ٨ أسابيع من تاريخ المحضر.
١٧-عدم تسليم مخصصات الأيتام للمعيلين دون حضور الأيتام معهم او تسليم الأيتام مخصصاتهم دون حضور معيليهم معهم.
١٨-عدم تسليم أي طرف آخر غير المعيل مخصصات الأيتام سواءا كان قريبا او جارا.
١٩-يتم إعداد نموذج وكالة من قبل المكتب لإستخدامها عند تعذر حضور المعيل على أن يوقع المعيل على هذه الوكالة حضوريا أمام مساعد مدير المكتب بالنيابة.



IIRO-088

101 Heart Tower Bldg., 108 Valero St., Salcedo Vill., 1227 Makati City, Philippines
Tel. 8137021 / 8137023 Fax. 8191652

IIRO
INT'L ISLAMIC RELIEF ORG
IN SAUDI ARABIA
PHILIPPINE OFFICE

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الفلبين

الرقم :
التاريخ :
الموضوع :

٢٠-لا تصرف مستحقات الأيتام الذين يتركون دار جابر بن عبد الله للأيتام لمدير الدار وتبقى مستحقاتهم أمانة لدى المكتب على أن تشعر الرعاية الإجتماعية بذلك سريعا لإتخاذ القرار المناسب ومتابعة تواجد اليتيمات والأيتام في الدار.

٢١-تقديم أوراق ومؤهلات وتقارير مالية وإدارية عن أداء الموظفين العاملين في الرعاية الإجتماعية خلال شهر .

٢٢-تقديم تقرير واقعي عن ميزانية الدار والبرامج التعليمية والتربوية المقدمة لأيتام ويتيمات دار جابر بن عبد الله.

٢٣- يحفظ كأمانة لدى المكتب مبلغ وقدره ستة وسبعون ألف وتسعمائة وخمسة وسبعون ريال سعودي المتبقي من ميزانية دار الإمام الشافعي المغلقة عن عام ١٤١٧هـ ( فقط مائة وإثنان ألف وخمسمائة ريال سعودي ) بعد إستقطاع ما صرف للأيتام وعددهم ٨١ يتيما بواقع ٢٢٠٢ ( فقط الفان ومائتان وإثنان بيسو فلبيني ) لكل يتيم عن شهري محرم وصفر ١٤١٧هـ. وترفع مستندات الصرف للرعاية الإجتماعية بالأمانة العامة لدراستها وإسقاط المقبول منها من العهدة وإتخاذ القرار المناسب في المبلغ المتبقي.

وتم المحضر بحمد الله وتوفيقه، والله من وراء القصد .،،،

الدكتور/ سالم مرزوق الحربي
مشرف الرعاية الإجتماعية
بالأمانة العامة لهيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

عبد الهادي طاهرداجيت
مساعد مدير مكتب الهيئة بالفلبين بالإنابة
ومسؤول الأيتام في الفلبين



101 Heart Tower Bldg., 108 Valero St., Salcedo Vill., 1227 Makati City, Philippines
Tel. 8137021 / 8137023 Fax 8191652

IIRO-088

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190618_S8H (Abdelhadi Daguit Translations (#2))

**Language**: Arabic > English

**Document title**: IIRO 111421

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology.

**Signed**: Farah Alshekhli **Date**: June 18, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190618_S8H (Abdelhadi Daguit Translations (#2))

**Language**: Arabic > English

**Document title**: IIRO 111422

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology.

**Signed**: Farah Alshekhli **Date**: June 18, 2019

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190618_S8H (Abdelhadi Daguit Translations (#2))

**Language**: Arabic > English

**Document title**: IIRO 111423

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology.

**Signed**: Farah Alshekhli **Date**: June 18, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190618_S8H (Abdelhadi Daguit Translations (#2))

**Language**: Arabic > English

**Document title**: IIRO 111424

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology.

**Signed**: Farah Alshekhli **Date**: June 18, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190618_S8H (Abdelhadi Daguit Translations (#2))

**Language**: Arabic > English

**Document title**: IIRO 111425

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology.

**Signed**: Farah Alshekhli **Date**: June 18, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190618_S8H (Abdelhadi Daguit Translations (#2))

**Language**: Arabic > English

**Document title**: IIRO 111426

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology.

**Signed**: Farah Alshekhli **Date**: June 18, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190618_S8H (Abdelhadi Daguit Translations (#2))

**Language**: Arabic > English

**Document title**: IIRO 111427

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology.

**Signed**: Farah Alshekhli **Date**: June 18, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190618_S8H (Abdelhadi Daguit Translations (#2))

**Language**: Arabic > English

**Document title**: IIRO 111428

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology.

**Signed**: Farah Alshekhli **Date**: June 18, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190618_S8H (Abdelhadi Daguit Translations (#2))

**Language**: Arabic > English

**Document title**: IIRO 111429

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology.

**Signed**: Farah Alshekhli **Date**: June 18, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190618_S8H (Abdelhadi Daguit Translations (#2))

**Language**: Arabic > English

**Document title**: IIRO 111430

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology.

**Signed**: Farah Alshekhli **Date**: June 18, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190618_S8H (Abdelhadi Daguit Translations (#2))

**Language**: Arabic > English

**Document title**: IIRO 111431

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology.

**Signed**: Farah Alshekhli **Date**: June 18, 2019