# EXHIBIT

# “110”

**Muslim World League**
**International Islamic Relief Organization**
**Kingdom of Saudi Arabia**

Finance Department

[logo]
**Muslim World League**
**International Islamic Relief Organization**
**Kingdom of Saudi Arabia**

**MUSLIM WORLD LEAGUE**
**INTL. ISLAMIC RELIEF ORG.**
**KINGDOM OF SAUDI ARABIA**

**Ref. No.:** *100/1397/105*
**Date:** *7/3/1420 A.H.* [10/12/1999 A.H.]

**Subject:** ______________________________
: ______________________________

Urgent Fax

HE Mr. / Abdul Raouf Al-Sharman May Allah protect him

The Chairman of the Sarajevo Office Management Committee and the Social Care Coordinator

Peace be upon you and Allah's mercy and blessings…

This is in reference to the fax that was sent to the General Secretariat under No. 5295 on 05/19/1420 A.H. [08/30/1999 A.D.] regarding the office being robbed.

**First:** Based thereupon, we would like you to adhere to the following instructions:

1- Do not keep more than (200 marks) in local currency in the Office [cash] box to address miscellaneous expenses.

2- When disbursing allocations and [illegible], particularly the orphans' sponsorships, both within and outside the city of Sarajevo, you must adhere to the following rules and steps:

a- There must be coordination between the Care Coordinator, the [illegible] and the cashier to ensure [illegible] and return the rest of the sum, once the daily disbursement is completed, to bank account no. [illegible].

b- Receive and deliver [illegible] the orphans.

c- [illegible]

d- [illegible]

[signature]

---

[illegible]

IIRO 115124

**Muslim World League**
**International Islamic Relief Organization**
**Kingdom of Saudi Arabia**

Finance Department

[logo]
**Muslim World League**
**International Islamic Relief Organization**
**Kingdom of Saudi Arabia**

**MUSLIM WORLD LEAGUE**
**INTL. ISLAMIC RELIEF ORG.**
**KINGDOM OF SAUDI ARABIA**

**Ref. No.:** ____________________
**Date:** ________________________

**Subject:** ____________________________
: ____________________________

e- Notify the guardians of the orphans who have been allocated funds sufficiently in advance of the disbursement process so they can all be present at the places where these allocations are given to them.

3- Choose a specialized security company to guard the employees disbursing the orphans' allocations, both inside and outside the city of Sarajevo, and inform us of the security costs, provided that it [i.e. security] is only used during disbursement days, and provided that the security costs are deducted from the 3% withheld from of the orphans' sponsorships.

4- Install the safe in the wall or on a concrete base so it is difficult to move.

**Second:** You must tell the General Secretariat which papers, invoices and documents were stolen [illegible] as well as the cash sum.

**Third:** Since there are fixed assets and [illegible] while the Organization's delegation was present in Sarajevo during the period from [illegible] until 01/30/1420 A.H. [05/16/1999 A.D.], we hope these fixed assets will be [illegible] as soon as possible in accordance with the procedures followed to sell fixed assets at the General Secretariat [illegible] (Attached are the instructions for selling [illegible] the fixed assets).

Kindly perform the foregoing as soon as possible.

Allah is the source of success

[signature] [signature]

[illegible]

The Secretary General
[signature] *7/3*[/1420 A.H. - 10/12/1999 A.H.]
Dr. Adnan bin Khalil Basha

[seal: illegible]

[illegible]

INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الإدارة المالية

الرقم : حد/١/٧/١٣٩٧/١٠٥
التاريخ : ٣/٧/١٤٢٠هـ

الموضوع :

## فاكس عاجل

سعادة الأستاذ/ عبدالرؤوف الشرمان حفظه الله

رئيس لجنة تسيير مكتب سراييفو ومنسق الرعاية الاجتماعية

السلام عليكم ورحمة الله وبركاته ...

نشير إلى الفاكس الوارد إلى الأمانة العامة برقم ٥٢٩٠ في ١٩/٥/١٤٢٠هـ بشأن سرقة المكتب .

أولا : وبناء على ذلك نود منكم الالتزام بالتعليمات التالية :

١- لا يحتفظ في صندوق المكتب بمبالغ بالعملة المحلية تزيد عن ٢٠٠٠ مارك لمقابلة مصروفات النثرية .

٢- في حالة صرف المخصصات والتأكد [illegible] الأيتام [illegible] مؤسسة سراييفو [illegible] الإجراءات والخطوات التالية :

أ- يجب التحويل ما بين منسق الرعاية [illegible] وأمين الصندوق لتأمين المبلغ المطلوب صرفه يوميا وإعادة المتبقي من المبلغ بعد الانتهاء من الصرف اليومي إلى حساب البنك في نفس يوم الصرف .

ب- استلام وتسليم كشف الأيتام المسحوب من [illegible] للمسؤول عن عملية الصرف من جهة صرف مخصصات الأيتام .

ج- [illegible]

د- [illegible]

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم : ..........
التاريخ : ..........
الموضوع : ..........

هـ- يتم إشعار أولياء أمور الأيتام الذين لهم مخصصات مالية قبل عملية الصرف بفترة كافية حتى يمكن تواجدهم جميعاً في أماكن تسليمهم تلك المخصصات .

٣- اختيار شركة من شركات الأمن المتخصصة في الحراسة لتقوم بعملية حراسة الموظفين القائمين بأعمال صرف مخصصات الأيتام سواء في داخل مدينة سيراليون أو في خارجها وتزويدنا بتكلفة عملية الحراسة ولتكن خلال أيام الصرف فقط وعلى أن تخصم تكاليف الحراسة من نسبة الـ ٣ % التي تستقطع من كفالات الأيتام .

٤- تثبيت الخزانة في الحائط أو على قاعدة خرسانية بحيث يصعب نقلها .

ثانياً :- ضرورة موافاة الأمانة العامة عن ما هية الأوراق والفواتير والمستندات التي صرفت منها مبلغ الخزنة والمبلغ النقدي .

ثالثاً :- ونظراً لوجود أصول ثابتة وتخص ممتلكات الهيئة في مكاتب [illegible] تم بيعها خلال فترة تواجد وفد الهيئة في سيراليون في الفترة من [illegible] ١٤٢٠هـ حتى ٣٠/٦/١٤٢٠هـ لذلك نأمل سرعة [illegible] تلك الأصول الثابتة وفق الإجراءات [illegible] لبيع الأصول الثابتة بالأمانة العامة [illegible]
[illegible] منكم [illegible] .

والله ولي التوفيق

الأمين العام

د/ عدنان بن خليل باشا

TRANSPERFECT

**CERTIFICATE OF TRANSLATION**

I, Rasha Toppozada-Yow, am fluent in the Arabic and English Languages, I have been translating documents for over 15 years and am competent to translate from Arabic to English. My qualifications include BA in Economics (*Suma Cum Laude*) from American University in Cairo (AUC), Cairo, Egypt (6/93) and MA in Economics from New York University, New York, NY, Graduate School of Arts and Sciences (5/95).

I hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document titled:

**IIRO 115124-115125**

________________________
Rasha Toppozada-Yow
March 14, 2019