# EXHIBIT

# "111"

24/10

(handwritten) 13731

26/1

International Islamic Relief Organization in
the Kingdom of Saudi Arabia
Albania Office

*[Logo: International Islamic Relief Organization in the Kingdom of Saudi Arabia]*

Date: 12/17/2003 AD

Number: 307/238/100 [Stamp: Archives (1)]

**Your Highness, Dr. Adnan Khalil Basha** **May Allah protect you**

**Secretary General of the International Islamic Relief Organization**

May the peace, mercy and blessings of Allah be upon you,

Further,

**Subject: Public Relations with the Criminal Investigation Department**

I would like to inform your highness that I have visited the criminal investigation Department in Tirana as a courtesy on 02/16/2003 AD where I have met with the investigation officers who inspected the organization's office on 10/07/2003 including their chief. I was thankful and expressed my gratitude for returning our computer that was confiscated during that inspection. I explained to them that the organization's activities are limited to charitable and aid works like providing for orphans, and helping those in need, and that the organization is abiding completely by the rules of the host country, that it works hard to consider and respect the spirit and the letter of these rules, and that we wouldn't violate them on purpose at any rate. I also explained to them that the organization's doors will be open to them at any time and that the policy of the organization is characterized with clarity and transparency.

I have invited them for dinner, and told them that I will call them soon to set an appointment for that. To be honest, they appreciated that visit and told me that it was the first visit ever paid by a manager of one of the charitable organizations operating in Albania to their department. They thanked me a lot for it.

I would also like to inform your highness that they explained how their department is in dire need for a computer to be used for work and that they would like to submit a request to the organization in that regards. I explained to them that they should wait a little before submitting this request, until further notice from me, since I wanted to talk to your highness about it first, and to discuss the possibility of gifting them a computer that carries the organization's logo.

I believe, while the final word is yours, is that we should approve their request because public relations are very important with them. Hope that your highness will instruct us in this regard.

*Handwritten: Offices 21/10*

With all due respect, your highness;

Director of Albania and Kosovo offices

Signature

Nazeeh Ahmed Sindy

*Handwritten: Brother Hals.*
*To be studied.*

*Signature*

*24*

[Stamp: International Islamic Relief Organization

Administrative Communications

General Incoming Mail

Incoming mail no *17174* on *10/23/1424 AH (December 18, 2003 AD)*

*No* Attachments

Competent Authority : *Secretary General*

Address: "Rruga e Durresit, Kompleski "Karavan" U.3, E.2, Nr. [Illegible] Albania".

Tel & Fax: 00355 4 233194 Email: albania@iirosa.ne

Organizazata Islamike Boterore e Ndihmave
Arabia Saudite
Zyra e Shqiperise

هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية
مكتب البانيا

التاريخ : ٢٠٠٣/١٢/١٧

الرقم : ٠٠/٢٣٨/٣٠٧

**سعادة الدكتور / عدنان خليل باشا** **حفظه الله**
**الامين العام لهيئة الاغاثة الاسلامية**

السلام عليكم و رحمة الله و بركاته

بعد التحية ،

**الموضوع : العلاقات العامة مع ادارة المباحث الجنائية**

افيد سعادتكم باني قمت بزيارة مجاملة الى ادارة المباحث الجنائية في تيرانا بتاريخ ٢٠٠٣/١٢/١٦، حيث اجتمعت و قابلت ضباط المباحث الذين قامو بتفتيش مكتب الهيئة بتاريخ ٢٠٠٣/١٠/٧ بما في ذلك رئيسهم ، حيث عبرت لهم عن شكري و امتناني لاعادتهم لنا الكمبيوتر الذي صادروه منا اثناء ذلك التفتيش و اوضحت لهم ان نشاط الهيئة يقتصر على الاعمال الخيرية و الاغاثية مثل كفالة الايتام و مساعدة المحتاجين و ان الهيئة ملتزمة تماما بالامتثال لقوانين البلد المضيف و أنها تسعى جاهدة الى مراعاة و احترام نص و روح هذه القوانين واننا لن نخالفها عن قصد باي حال من الاحوال ، كما اوضحت لهم بان ابواب مكتب الهيئة مفتوحة لهم في اي وقت و ان سياسة الهيئة تمتاز بالوضوح و الشفافية .

و قد دعوتهم لتناول طعام العشاء و اخبرتهم بانني ساتصل بهم قريبا لكي أرتب معهم موعدا لذلك . و لا اخفي على سعادتكم بانهم قدروا كثيرا هذه الزيارة و اخبروني بان هذه اول زيارة يقوم بها احد مدراء الهيئات الخيرية العاملة في البانيا لادارتهم و شكروني كثيرا على ذلك .

كما افيد سعادتكم بانهم اخبروني بان ادارتهم بامس الحاجة الى كمبيوتريستخدمونه لأغراض العمل و انهم يرغبون في تقديم طلب الى الهيئة بذلك ، حيث اوضحت لهم بان يتريثوا قليلا في تقديم هذا الطلب و حتى اشعار آخرمني لهم بذلك، و ذلك لانني رغبت في التفاهم مع سعادتكم أولا في هذا الخصوص و بحث امكانية اهداء الهيئة لهم كمبيوتر يحمل شعار الهيئة عليه .

و أرى و الرأي لسعادتكم الموافقة على طلبهم هذا و ذلك من باب العلاقات العامة الهامة جدا معهم راجيا من سعادتكم توجيهنا بما ترونه في هذا الخصوص .

و تفضلوا سعادتكم بقبول فائق تحياتي و احترامي الكبير لكم ، ، ،

مدير مكتبي البانيا و كوسوفا

نزيه احمد سندي

هيئة الإغاثة الإسلامية العالمية
الوارد العام
الاتصالات الادارية
رقم الوارد ١٧١٧٤ التاريخ ١٤٢٤هـ

Adresa : " Rruga e Durresit , Kompleksi " Karavan " U.3, E. 2 , Nr. 1, Tirana , Albania ".
Tel & Fax: 00355 4 233194 . Email : albania@ifrosa.net