# EXHIBIT

# “112”

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
SUBJECT: Brother (Illegible) 2/15

*[Logo: INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA]*
Kosovo

(Duplicate Text)

Department Offices

No: 103/329/1424
Date: 02/08/1424 AH (April 11, 2003)

18/2 (Illegible) 24/1916

**Your Highness, Dr. Abdullah Bin Abdulmohsen Al-Turkey, Secretary General of the Muslim World League and the Organization's Director, May Allah Protect You**

**May the peace, mercy and blessings of Allah be upon you**

In reference to the letter of the organization's office in Kosovo, no. 365/27/103, dated 03/29/2003 AD, regarding the visit paid by French KFOR forces, operating within the NATO, to the organization's warehouses in Mitrovica, Kosovo;

I would like to inform your highness that some of the French KFOR forces, operating within the NATO, have visited the organization's warehouses in Mitrovica, Kosovo on Wednesday, 03/26/2003 AD. They requested a report on the organization's 2003 work plan from the official in charge of the warehouse. They also requested photocopies of the workers IDs. Same forces paid another visit on Thursday, 03/27/2003 AD, to inquire about the contents of the warehouse. The official in charge wasn't there at that time, therefore the officer promised to pay another visit in the next few days to get the 2003 workplan, and to inspect the warehouse that contains clothes, shoes, some other aid materials and cars that belong to the organization and the Joint Saudi Committee. It is expected that they will request to meet the office manager to be introduced to the current and future activities and the programs of the organization in the region. They have visited the warehouse four months ago and photocopied the ID cards of all Kosovan workers and the ID of the only Arab employee who is supervising the warehouse. They were provided back then with a copy of a report on the works and activities of the organization in Kosovo, translated into English.



Muhammed Hals

IIRO 122181

The Month of Safar
24 (Aprill 2003)

| | | |
|---|---|---|
| MUSLIM WORLD LEAGUE<br>INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA<br>Offices Administration | *[Logo: INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA]* | (Duplicate Text)<br><br>Department Offices |
| SUBJECT: _______________ | | No:<br>Date: |

Similar visits happened last year. Those visits were paid by the Italian forces observing Peć area until the Cultural Center of the organization where they requested similar information of the activities and programs of the organization, and they were provided with a copy of the report that was translated into English.

For your kind review and approval to inform the competent parties.

(Handwritten word: Hals)

With my best regards;

7/2

Secretary General

Dr. Adnan Khalil Basha

[Signature]

Please quote ref. No. and date when replying [Duplicate Text]

[Duplicate Text]

Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

Email: relief@iirosa.org

The month of Safar 24 (April 2003) Muhammed Hals

IIRO 122182

Case 1:03-md-01570-GBD-SN Document 12388-2 Filed 10/16/26 Page 4 of 5

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
إدارة المكاتب

كوسوفا

Sub. : الموضوع :

No ١٤٢٤/٢٢٩/١٠٢ الرقم :

Date : ١٤٢٤/٢/٨ التاريخ :

معالي الدكتور / عبد الله بن عبد المحسن التركي حفظه الله

الأمين العام لرابطة العالم الإسلامي ورئيس مجلس إدارة الهيئة

السلام عليكم ورحمة الله وبركاته

أشير إلى خطاب مكتب الهيئة في كوسوفا رقم ١٠٣/٢٧/٣٦٥ وتاريخ ٢٠٠٣/٣/٢٩م بشأن قيام قوات من الـ KFOR الفرنسية العاملة ضمن قوات الناتو بزيارة مستودعات الهيئة بمتروفيسا في كوسوفا .

وأحيط معاليكم بأن قوات من الـ KFOR الفرنسية العاملة ضمن قوات الناتو قامت بزيارة مستودعات الهيئة بمتروفيسا في كوسوفا يوم الأربعاء ٢٠٠٣/٣/٢٦م وطلبت من مسؤول المستودع تقريراً عن خطة عمل الهيئة للعام ٢٠٠٣م وصور بطاقات العمال ، وقامت نفس القوات بزيارة أخرى يوم الخميس ٢٠٠٣/٣/٢٧م بغرض الاستفسار عن محتويات المستودع (ولم يكن مسؤول المستودع موجوداً عندها) ووعد الضابط المسؤول بزيارة أخرى خلال الأيام القادمة للحصول على خطة عمل للعام ٢٠٠٣م ولتفتيش المستودع الذي يحتوي على ملابس وأحذية وبقايا مواد إغاثية أخرى وسيارات تتبع للهيئة وللجنة السعودية المشتركة. ومن المتوقع أن يطلبوا مقابلة مدير المكتب للتعرف على أنشطة وبرامج الهيئة الحالية والمستقبلية بالمنطقة . علماً بأنهم زاروا المستودع قبل أربعة أشهر وقاموا بتصوير البطاقات الشخصية لكل العمال الكوسوفيين وبطاقة الموظف العربي الوحيد المشرف على المستودع ، وقد تم تزويدهم وقتها بصورة من تقرير أعمال وأنشطة الهيئة في كوسوفا مترجماً إلى اللغة الإنجليزية .



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

شهر صفر ٢٤ محمد حاس

IIRO 122181

INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
إدارة المكاتب

Sub. : الموضوع :

No : الرقم :

Date : التاريخ :

وقد حدثت زيارات مماثلة في العام الماضي من القوات الإيطالية المشرفة على منطقة بيا إلى المركز الثقافي التابع للهيئة حيث طلبوا معلومات مماثلة عن أنشطة وبرامج الهيئة وتم تزويدهم بصورة من التقرير المترجم إلى اللغة الإنجليزية .

آمل من معاليكم التفضل بالإطلاع والموافقة على إحاطة الجهات المختصة بذلك .

وتقبلوا عاطر تحياتي وتقديري ،،

الأمين العام

د.عدنان بن خليل باشا



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

شهر صفر ٢٤ محمد حلس