# EXHIBIT

# “113”

| MUSLIM WORLD LEAGUE<br>INT'L. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA | [Logo] INT'L. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA |
| --- | --- |

Number: [blank] Subject: [blank]

Date: [blank] [blank line]

Decision Number (93) and date 7/7/1421 H

The Secretary General of the International Islamic Relief Organization in Saudi Arabia

- Based on the powers vested in him constitutionally
- In reference to administrative decision number (125) and dated 2/9/1416 H concerning the assignment of Mr. Mohammad Sidya Walad Sayyed Al Mokhtar, as Assistant Director of the Organization's office in Mauritania
- and wishing to improve the functioning of the external offices
- and as required by the interest of the work at the Organization

The following is Decided

First: Formation of a committee to manage the office of the Organization in Mauritania until further notice headed by Mr./Bin Omar Li, voluntarily seeking the pleasure of Allah and the membership of each of: -

1- Mr. Ahmed bin Gharamullah Alzahrani - Responsible for Islamic affairs in the Saudi Embassy, voluntarily seeking the pleasure of Allah

2- Mr. Mohammad Sidya Walad Sayyed Al Mokhtar - Acting Assistant Office Manager

Second: The functions and powers of the Committee are annexed to the resolution

Third: Cancellation of all signatures for the account of the Organization at the banks and the authorization of three signatures in the name of Mr. / Bin Omar Li (Main Signature) and Mr. Ahmed Gharamullah Alzahrani, and Mr. / Mohammad Sidya Walad Sayyed Mukhtar.

Fourth: No withdrawals or disbursements shall be made for the expenses of the Office, projects and programs except by direct and written authorization by the Secretary General, addressed to the specific bank and based on the letters of requests of the Chairman of the Committee attaching to it the minutes of the Committee detailing the areas of expenditure.

Fifth: This decision shall be effective from the date of its issuance to all relevant departments and sponsorships concerned with its implementation and compliance therewith.

[*illegible 4/7*] [*7 Signature 4*] and God is the victor… [*Signature*]

The Secretary General
[Signature*] 6/7*
h/q Dr. Adnan bin Khalil Basha

| MUSLIM WORLD LEAGUE<br>INT'L. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA<br>The Organization's Administrative Offices | [Logo] INT'L. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA |
|---|---|

Number: [blank] Subject: [blank]

Date: [blank] [blank line]

The duties and powers of the Administrative Committee formed to manage the office of the Organization in
As per the administrative decision number (93) dated 7/7/1421 H

1- Follow up on the work of the Organization and its various programs and implement them according to the plan endorsed by the General Secretariat.
2- The Committee shall receive the documents of the loan repayments according to the program and the project to be reviewed and audited by it and to be attached with a letter sent to the Secretariat and the Financial Administration indicating therein the number of transfer or check and attaching to it an indication of the exchange rate for the same payment.
3- Implementation of the administrative decisions that the General Secretariat issues.
4- The Chairman of the Committee shall address the General Secretariat and the local government ministries that are related to the functions of the office after preparing the minutes required by the Committee for any work that pertains to the office.
5- Administrative follow-up of all employees in the Organization's office and its various sectors, maintaining its book of attendance and submitting reports of that to the General Secretariat.
6- Conduct an extensive study of the current situation of all the work of the Organization and place futuristic scenarios in the light of a long-term strategic vision.
7- Refrain from appointing or transferring or dismissing employees or workers at the office until after submitting suggestions to the General Secretariat in Jeddah to obtain a written approval thereof.
8- The Committee shall be deemed to be in permanent session and the minutes of the meetings shall be submitted to the General Secretariat within two days of the meeting.
9- Supervising the work of the sector supervisors and evaluating their performance and submitting detailed reports to the General Secretariat regarding them.
10- Carrying out any other tasks required of the Committee by the Secretary General or his deputy.
11- The tasks of the Committee shall be terminated by a decision of the Secretary General when the decision to appoint the new administration is taken.
12- The Accountant shall be responsible for monitoring and controlling the revenues and expenses of programs and projects with financial revenues and writing a month report (illegible) the financial situation for each of them.
13- The necessity to preserve the assets and property of the Organization from negligence and not hand it over to any employee for personal use.
14- [illegible][illegible] or any other relief articles and prepare a plan for distribution in the names of the sites and [not] distribute until after obtaining a written approval from the General Secretariat.

29/4/[illegible] [signature] 7/7/ [1421] AG And God is the victor

EXHIBIT
depobook.com
Basha-140
LVF 02-21-19

Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ
[illegible] IIRO 129744

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub. : الموضوع : No : الرقم :

Date : التاريخ :

قرار رقم ( ) وتاريخ / / ١٤٢١هـ

إن الأمين العام لهيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية .

ــ بناء على الصلاحيات المخولة له نظاما .

ــ إشارة الى القرار الإداري رقم (١٢٥) وتاريخ ١٤١٦/٩/٢هـ بشأن تكليف الأستاذ / محمد سيديا ولد سيد المختار ، مساعدا لمدير مكتب الهيئة بالإنابة في موريتانيا .

ــ ورغبة في تحسين سير العمل بالمكاتب الخارجية .

ــ وبناء على ما أقتضته مصلحة العمل بالهيئة .

يقرر مايلي :

أولا : تشكيل لجنة لإدارة مكتب الهيئة في موريتانيا حتى إشعار آخر برئاسة الأستاذ / بن عمر لي ، تطوعا لوجه الله تعالى وعضوية كل من :-

١ــ الأستاذ / أحمد بن غرم الله الزهراني ــ مسئول الشئون الإسلامية بالسفارة السعودية ، تطوعا لوجه الله تعالى .

٢ــ الأستاذ / محمد سيديا ولد سيد المختار ــ مساعد مدير المكتب بالإنابة .

ثانيا : مهام وصلاحيات اللجنة مرفقة بالقرار .

ثالثا : إلغاء جميع التواقيع لحسابات الهيئة بالبنوك وتعميد ثلاثة تواقيع باسم الأستاذ / بن عمر لي (توقيع رئيسي) و الأستاذ / أحمد غرم الله الزهراني ، والأستاذ / محمد سيديا ولد سيد المختار .

رابعا : لايتم السحب والصرف على مصاريف المكتب والمشاريع والبرامج إلا بموجب تعميد مباشر ومكتوب من الأمين العام يوجه للبنك المختص وبناء على خطابات طلب من رئيس اللجنة مرفق بها محضر اللجنة وموضحا فيه تفاصيل أوجه الصرف .

خامسا : يسري هذا القرار من تاريخ صدوره وعلى جميع الإدارات والرعايات ذات العلاقة تنفيذه والتمشي بموجبه

والله الموفق ،،،

الأمين العام

د.عدنان بن خليل باشا

ح/ق

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
إدارة مكاتب الهيئة

...LD LEAGUE
...LAMIC RELIEF ORG.
...KINGDOM OF SAUDI ARABIA

الرقم : ____________ الموضوع : ____________

التاريخ : ____________ : ____________

## مهام وصلاحيات اللجنة الإدارية المشكلة لإدارة مكتب الهيئة في

## بموجب القرار الإداري رقم ( ٩٣ ) وتاريخ ٧ / ٧ / ١٤٢١هـ

١ ـ متابعة أعمال الهيئة وبرامجها المختلفة وتنفيذها حسب الخطة المعتمدة من الأمانة العامة .

٢ ـ تقوم اللجنة باستلام مستندات تسديدات العهد حسب البرامج والمشاريع ومراجعتها والتحقق من قبلها على أن يتم إرفاقها ضمن خطاب يرسل إلى الأمانة العامة والإدارة المالية مشيراً فيه إلى رقم الحوالة أو الشيك ومرفقاً به ما يشير إلى سعر الصرف لنفس الدفعة .

٣ ـ تنفيذ القرارات الإدارية التي تصدرها الأمانة العامة .

٤ ـ يقوم رئيس اللجنة بمخاطبة الأمانة العامة والوزارات الحكومية المحلية التي لها علاقة بأعمال المكتب بعد إعداد محاضر المطلوبة من قبل اللجنة لأي أعمال تخص المكتب .

٥ ـ المتابعة الإدارية لجميع العاملين في مكتب الهيئة وقطاعاته المختلفة ومسك دفتر الدوام الخاص به ورفع التقارير بذلك للأمانة العامة .

٦ ـ عمل دراسة مستفيضة للوضع الحالي لكافة أعمال الهيئة ووضع التصورات المستقبلية في ضوء نظرة إستراتيجية بعيدة المدى .

٧ ـ عدم تعيين أو نقل أو فصل موظفين أو عاملين بالمكتب إلا بعد رفع الاقتراحات إلى الأمانة العامة بجدة لأخذ الموافقة الخطية على ذلك .

٨ ـ تعتبر اللجنة في حالة انعقاد دائم مع رفع محاضر الاجتماعات إلى الأمانة العامة خلال يومين من الاجتماع .

٩ ـ الإشراف على عمل وتقييم أداء مشرفي القطاعات ورفع تقارير مفصلة عنهم للأمانة العامة .

١٠ ـ القيام بأي مهام أخرى تطلب من اللجنة بواسطة الأمين العام أو من ينيبه .

١١ ـ تنتهي مهام اللجنة بقرار من الأمين العام عند اتخاذ القرار بتعيين الإدارة الجديدة .

١٢ ـ يكلف المحاسب بمتابعة ومراقبة إيرادات ومصاريف البرامج والمشاريع ذات الإيرادات المالية وكتابة تقرير شهري متضمناً الموقف المالي لكل منهما .

١٣ ـ ضرورة المحافظة على أصول وأملاك الهيئة من الإهمال وعدم تسليمها إلى أي موظف للاستعمال الشخصي

١٤ ـ فسح التمور وأية مواد إغاثية أخرى وإعداد خطة لتوزيع بأسماء المناطق وعدم التوزيع إلا بعد الحصول على موافقة خطية بذلك من الأمانة العامة

والله الموفق ،،

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٢٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21424 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ