# EXHIBIT

# "114"

**The Rabita Trust**
**For Rehabilitation of**
**Stranded Pakistanis**

Motto of Pakistan **"**Iman, Ittihad, Nazm"
[Logo of Muslim World League]

**[Duplicate Text]**

480
-------------------------------------
26/7/1422 AH – 10/14/2001

**Mr. Wael bin Hamza Julaydan, the Secretary-General of The Rabita Trust for Rehabilitation of Stranded Pakistanis – may God protect you!**

May God's peace, mercy and blessings be upon you!

It gives me pleasure to send you the best greetings, praying to God the Almighty to clad you in the garb of wellbeing, honor, and empowerment.

I would like to inform you that some daily newspapers (photocopies are attached with this letter) have published the news of including the Rabita Trust among the organizations that support Osama Bin Laden or Al-Qaeda. We are amazed at the charges and rumors that these newspapers publish without any proof. The Rabita Trust's accounts are known since they were created, and until today. All expenses are likewise known. Also, the Pakistani government will be undertaking an audit for all the Rabita Trust's accounts in Pakistan in the next two days. This is to let you know, and we will be waiting for your instructions. Thanks for your kind cooperation.

**May God protect and keep you!**

**Office Director**
**[signed]**
**Rahmatallh Nazir Khan**

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

Muslim World League
International Islamic Relief Organization
In Saudi Arabia
Pakistan Office
Islamabad

*[Logo of the International Islamic Relief Organization In Saudi Arabia]*

[Duplicate Text]

Subject: -----------------------

Ref: 1/759
Date: 26/7/1422 AH – 10/14/2001

**Dr. Adnan Khalil Pasha, the Secretary-General of International Islamic Relief Organization – may God protect you!**

May God's peace, mercy and blessings be upon you!

It gives me pleasure to send you the best greetings, praying to God the Almighty to clad you in the garb of wellbeing, honor, and empowerment.

I would like to inform you that some daily newspapers (photocopies are attached with this letter) have published the news of including the Rabita Trust among the organizations that support Osama Bin Laden or Al-Qaeda. We are amazed at the charges and rumors that these newspapers publish without any proof. The Rabita Trust's accounts are known since they were created, and until today. All expenses are likewise known. Also, the Pakistani government will be undertaking an audit for all the Rabita Trust's accounts in Pakistan in the next two days. This is to let you know, and we will be waiting for your instructions. Thanks for your kind cooperation.

**May God protect and keep you!**

**Office Director**
**[signed]**
**Rahmatallh Nazir Khan**

Address: H-8/1 – Pitrus Bukhari Road – Opp. Shifa International Hospital Islamabad – Pakistan
P.O. Box: (18 50) Tel: (92 – 51) 4449347 – 4435113 – 4 – 4446856. Fax: (92 – 51) 4449241
E-mail: Islamic@isb.paknet.com.pk

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

October 12, 2001

**Pakistani Intelligence to spy on Wafa Islamiya, Rabita Trust, Afghanistan Sports Committee and Maktab-al-Khidmah**

**CIA starts spying on four Islamic organizations in Pakistan**

*These Islamic organizations are suspected to be associated with Osama Bin Laden and his organization and are collecting funds from other organizations around the world.*

*US has sent its agents namely "Dot Jones Publishing Company" to Pakistan to spy the four Islamic organizations, the information is being collected.*

CIA has assigned the task of spying to Pakistani Intelligence to spy on the four Islamic organizations. These four organizations are suspected to be associated with Osama Bin Laden and his organization Al-Qaeda and they are its subsidiary organizations. As per the sources, the four organizations, for which the CIA has assigned the task of spying on to Pakistani Intelligence, are Wafa Islamiya, Rabita Trust, Afghanistan Sports Committee and Maktab-al-Khidmah. These organizations strive to collect funds from other Islamic organizations around the world. in this regard to keep an eye on these organizations, CIA has deployed its agents in various Islamic countries …….{illegible}…. (*to be continued to 79 on page no. 6*)

| | | |
|---|---|---|
| **Religious organizations are using Afghanistan for their political benefits.**<br>*Jihad is obligatory on every Muslim. Avoid war to gain political power in the country.*<br>*Creating disturbances is not in the interest of the country this is what political and social personalities of Kamra …*<br>The activists of religious and social organizations should not use Afghanistan for their political benefits as doing this is considered to be against the interest of Pakistan. These were the views of social and political personalities who participated *(to be continued to 41 on page no. 6)* | ……{illegible}….. | **Brutal killing of a 6-year-old child in Jand police station area**<br>*The Killers cut the body of innocent Bilal into small pieces and threw it into different places. An FIR has been registered.*<br>There has been a brutal killing in Jand police station area of a 6-year-old boy who was killed and cut into small pieces and threw into different places. As per the details available Malik Zakir Hussain son of Muhammad Khan has reported in the police station of Jand that……….<br>*(to be continued to 46 on page no. 6)* |
| Role of Sybco systems in the development of information in Pakistan is commendable<br>Rural areas apart from big cities are target area for our projects: says Sardar Tariq *(to be continued to 42 on page no. 6)* | | Attock police recover drugs in big amount<br>……{illegible}…..<br>*(to be continued to 58 on page no. 6)* |

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York. IIRO 149633

**Continued _______ 45**

{illegible}

**Continued _______ 46**

I am the speaker of Jaferiya mosque at Canal. The son of my nephew Fakhar Abbasi, Bilal Abbasi aged 6 has disappeared since October 2. We lodged a FIR with the police and all the relatives were looking for him. Yesterday, Azhar Abbasi, Hafeez Abbasi and Zorar Hussain said that as they were passing by the Haveli of Syed Ghulam Shah, there was some smell around. When they reached there, they found a human head at the roof of Faisal Ali. They further found an upper part of the body in the lobby of the Haveli but there were no legs or hands with the body. Azhar Abbas recognized the pair of chappals of his brother Bilal which was lying there. We have no enmity with anyone. The police of Jand station is carrying out the investigation.

**Continued _______ 60**

Sardar Ghulam Abbas is a very kind man. He made a historical decision to give us the lost ground and building of the school back. All the teachers, children and parents are very happy with this decision of Sardar Ghulam Abbas and they paid their sincere tribute to him.

**Continued _______ 61**

The US attack is an open brutality that must be condemned as much as possible. US will be defeated in Afghanistan at any cost. Taliban are very confident and they are full of zeal and zest. Inshallah, they will attain success one day. He said while talking to local journalists. He further stated that religious leaders should not propagate negatively in the country, instead they should show their solidarity with the government.

**Continued _______ 62**

It has been converted to Sector office yesterday. zonal head Raja Zafar Shaan made a visit to Chakwal. On this occasion, he talked to the journalists and said that there is no place for any corrupt people in the administration and an investigation has been started against Khalid Mahmood.

**Continued _______ 72**

these organizations include Lashkar-e-Jhangvi, Sipah-e-Muhammad which are banned by government, and Sipah-e-Sahaba (renamed to Millat-e-Islamia and now known as Ahle Sunnat Wal Jamaat). The police have asked for the progress report of all the cases on the activists of these organizations registered under this article between January 1997 and August 2001.

**Continued _______ 73**

……started living in Sargodha. Yesterday some guests namely Nusrat, Malik, Ramzan Khan, Riyaz and Roshan Bibi came to visit Sarang's place. In his absence they said to the wife of Sarang, namely Kaneez, that her mother is seriously ill and she wants to see her. The suspects persuaded Kaneez and took her to an unknown place. When Sarang came to know about it he along with some of his family members went to the suspects and requested that they return his wife. The suspects initially promised to do so but later they refused. On the request of Sarang the police have registered an FIR against them.

**Continued _______ 74**

SP of Attock has given special instructions to deal with any possible disturbance and to stop the protest of people he has drawn strategies. On the other hand, police have been deployed at different places of Attock.

**Continued _______75**

May Allah grant him a place in paradise and grant the survivors patience.

**Continued _______ 78**

{illegible}

**Continued _______ 79**

These agents will collect information. According to the sources, and their assets will be frozen once the information about these organizations is collected.

**Continued _______ 80**

If the treatment was started on time there would have been a possibility of Survival for the patient. The survivors have requested from the Minister of Health that the officials of social security Hospital be suspended for this criminal negligence.

**Continued _______ 81**

Expressing his concerns over the current deteriorating situation of Pakistan he said that in this situation the nation should stick together and face this challenge collectively.

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York. 

## Jang Daily Newspaper – Rawalpindi

Number 283 Date: Rajab 25, 1422 AH (October 13, 2001 AD) Page 43

# Jaish-e-Mohammed on US List of Terrorist Organizations

**The new list containing 37 individuals and Organizations include 3 Pakistani organizations**

*The Assets of all individuals and organizations on the list will be frozen. The list includes Haji Abdul Mannan, Al Rashid Trust and Rabita Trust of Pakistan.*

*The new list includes 18 most wanted people: Secretary of the Treasury*

*The assets worth 24 million dollars are still frozen till now: Bush*

Washington (Radio Report/Jang News) US has released a list of 37 more pro-terrorism individuals and organizations. The assets of these people and organizations will be frozen. As per the reports of BBC, the list includes four Pakistani organizations. The radio announced that this list includes the name of Jaish-e-Mohammad. The remaining three names are Haji Abdul Mannan who operates a company namely Al-Qadir Trading in Quetta, Mufti Rasheed who is associated with “Al Rashid Trust” of Karachi, and Rabita Trust which is headquartered in Pakistan. With this, the number of pro-terrorism suspects has reached 266.

US Secretary of the Treasury Paul Henry O’Neill stated in a press briefing that US has taken these steps as part of the economic warfare. Out of these 37 names 18 are on the FBI’s list of most wanted terrorists, and they are suspected to be associated with Osama Bin Laden and his organization Al-Qaeda. US President Bush said that assets worth 24 million dollars of the people associated with terrorism had been frozen by various countries around the world and further steps are to be taken in this regard. He further stated that around hundred countries have assured their cooperation on the issue. An Indian daily has also claimed that the new list included the Rabita Trust and some other Pakistani organizations. According to US officials this list may be further expanded.

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York. 

**(Handwritten text) Translation of the Daily Jang's report on the Rabita Trust**

Washington - (radio report): The American administration has issued a new list of the organizations, institutions, and individuals that support international terrorism. The list includes 37 of these organizations and individuals. The accounts and properties of these organizations and individuals shall be frozen. According to the BBC, the new list includes four Pakistani organizations/institutions. The BBC says that these Pakistani organizations comprise, among others, the Jaysh Muhammad (Muhammad's Army) organization and the Rabita Trust institution. Among the names included on the list are Hajj Abdel-Mannan (the owner of Al-Qader for Trade, Quetta) and Mufi Rashid Ahmad (an affiliate of Al-Rashid Trust, Karachi). It should be mentioned that the offices of the Rabita Trust and Al-Rashid Trust exist in Pakistan. The resources of the Ministry of Finance mentioned that the individuals and organizations included on the new list have been found either responsible for funding terrorists or terrorist operations, or suspected of protecting and supporting terrorism.

The new list is the result of the coordination and joint efforts of the American and British intelligence agencies. As such, the number of organizations and individuals included on the American lists of terrorists is now 66. It has been reported by American sources that the inclusion of more names on the list is possible.

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York. 

**THE RABITA TRUST**
**for Rehabilitation of Stranded Pakistanis**

[redacted]

**وقف الرابطة**
**لإعادة توطين الباكستانيين المقطوعين**

٤٨٠
٢٦/٧/١٤٢٢هـ

سعادة الأستاذ/ وائل بن حمزة جليدان حفظه الله

الأمين العام لوقف الرابطة لإعادة توطين الباكستانيين المقطوعين

السلام عليكم ورحمة الله وبركات

يطيب لنا أن نهديكم عاطر التحيات وأطيب التهاني سائلاً المولى القدير أن يسربكم بلباس العافية والعز والتمكين وبعد .

أفيد سعادتكم أن بعض الصحف اليومية والمرفقة صورتها بالخطاب أصدرت خبر بإدراج وقف الرابطة ضمن المنظمات التي تدعم أسامة بن لادن أو القاعدة ونحن نستغرب لهذه الاتهامات والاشاعات التي تصدرها هذه الصحف دون وجود أي دليل على ذلك. وأن حسابات أوقاف الرابطة معلومة ومعروفة منذ إنشائها حتى اليوم وكل المصاريف معلومة وكما أن الحكومة الباكستانية بصدد إجراء تدقيق على جميع حسابات أوقاف الرابطة في الباكستان خلال اليومين القادمين. هذا لاحاطتكم بذلك ونحن بانتظار توجيهاتكم. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم ،،،

مدير المكتب

رحمة الله نذير خان

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149628

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
In Saudi Arabia
Pakistan Office
Islamabad

رابطة العالم الاسلامي
هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان
اسلام آباد

الموضوع :

Ref : ٧٥٩/١ :الرقم
Date : ٢٦/٧/١٤٢٢هـ :التاريخ

سعادة الدكتور/عدنان خليل باشا حفظه الله

الأمين العام لهيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركات

يطيب لنا أن نهديكم عاطر التحيات وأطيب التهاني سائلاً المولى القدير أن يسربكم بلباس العافية والعز والتمكين وبعد .

أفـيد سعادتكم أن بعض الصحف اليومية والمرفقة صورتها بالخطاب أصدرت خبر بـإدراج وقف الرابطة ضمن المنظمات التي تدعم أسامة بن لادن أو القاعدة ونحن نستغرب لهذه الاتهامات والاشاعات التي تصدرها هذه الصحف دون وجود أي دليل على ذلك. وأن حسابات أوقاف الرابطة معلومة ومعروفة منذ إنشائها حتى اليوم وكل المصـاريف معلومـة وكما أن الحكومة الباكستانية بصدد إجراء تدقيق على جميع حسـابات أوقاف الرابطة في الباكستان خلال اليومين القادمين. هذا لاحاطتكم بذلك ونحن بانتظار توجيهاتكم. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم ،،،

مدير المكتب

رحمة الله نذير خان

Address: H-8/1 - Pitrus Bukhari Road - Opp. Shifa International Hospital Islamabad - Pakistan
P. O. Box: (18 50) Tel : (92 - 51) 4449347 - 4435113 - 4 - 4446856, Fax : (92-51) 4449241
E-mail : islamic@isb.paknet.com.pk.

العنوان: اتش ٨/١ شارع بطرس بخاري. مقابل مستشفى الشفاء انترناشونال
ص.ب: (١٨٥٠) اسلام آباد. باكستان
هاتف: ٤٤٤٩٣٤٧ـ ٤٤٣٥١١٣ـ٤ ـ ٤٤٤٦٨٥٦ . فاكس: (٩٢.٥١) ٤٤٤٩٢٤١

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

جمعۃ المبارک 12 اکتوبر 2001ء

وفاق اسلامی، رابطہ ٹرسٹ، افغانستان اسپورٹس کمیٹی اور مکتب الخدمت کی سراغ رسانی کا کام پاکستان کے حساس اداروں کے سپرد

# CIA نے پاکستان میں 4 اسلامی تنظیموں کی نگرانی شروع کردی

ان چار اسلامی تنظیموں پر شبہ ظاہر کیا گیا ہے کہ یہ اسامہ بن لادن کی تنظیم القائدہ سے منسلک ہیں اور دنیا بھر میں دیگر تنظیموں سے فنڈز اکٹھا کرتی ہیں

امریکی سی آئی اے نے چاروں تنظیموں کی سراغ رسانی کیلئے "ڈاؤ جونز پبلشنگ کمپنی" کے نام سے پاکستان میں اپنے ایجنٹ بھیج دیئے، کوائف اکٹھے کرنے کا کام شروع

بقیہ نمبر 79 صفحہ 6 پر

## مذہبی جماعتیں افغانستان کی آڑ میں سیاسی دکانیں چمکانے میں مصروف ہیں

جہاد ہر مسلمان پر فرض ہے، ملک میں اقتدار حاصل کرنے کیلئے جنگ لڑنے سے پرہیز کیا جائے

ملک کے مفاد میں نہیں، کامرہ کی سیاسی اور سماجی شخصیات کا اظہار خیال

بقیہ نمبر 41 صفحہ 6 پر

## ... میں آج امریکہ مخالف مظاہرے ہوں گے

بقیہ نمبر 56 صفحہ 6 پر

## تھانہ جنڈ کے علاقہ میں 6 سالہ بچے کا وحشیانہ قتل

سفاک قاتلوں نے معصوم بلال کی نعش کے ٹکڑے کرکے مختلف جگہوں پر پھینک دیئے، مقدمہ درج

بقیہ نمبر 46 صفحہ 6 پر

## پاکستان میں انفارمیشن کے فروغ میں سائبر سسٹمز کا کردار قابل تحسین ہے

بڑے شہروں کے ساتھ دیہی علاقے بھی ہمارے پراجیکٹس کے ٹارگٹ ایریا ہوں گے، سردار طارق

بقیہ نمبر 42 صفحہ 6 پر

### ادبی ثقافتی تنظیم سانول سنگت پاکستان اجلاس

پاکستان بائینڈ شو کی تیاریاں

بقیہ نمبر 57 صفحہ 6 پر

### اٹک پولیس نے بھاری مقدار میں چرس برآمد کرلی

بقیہ نمبر 58 صفحہ 6 پر

### کمانڈنٹ آرٹلری سنٹر

اٹک کی مختلف علماء کرام سے ملاقات

بقیہ نمبر 59 صفحہ 6 پر

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

بقیہ 45

[illegible] کے مطابق پرائمری ٹیچرز ایسوسی ایشن کے صدر [illegible] لامین بیگ کے بیان کے مطابق ایسوسی ایشن کے ایک وفد نے ڈی سی او اٹک کو اپنے مطالبات پیش کیے جس پر انہوں نے موقع پر ڈی ڈی او کو ہدایات دیں اور بورڈ آف ریونیو کی چٹھی نمبر d.o.no.7804-7804-1060 کے مطابق اب پہلے رجسٹری اور بعد میں ٹیکس وصول کیا جائے گا جس سے ٹھیکیداروں کی من مانیوں سے عوام کو چھٹکارا حاصل ہو گیا ہے۔ اب وہ وثیقہ نویس سہولت فراہم کی گئی ہے۔ سب رجسٹرار سے پہلے رجسٹری کریں گے اور وہاں پر تحصیلدار کا آدمی کار جسٹری رسید دینے کا مجاز ہو گا اس طرح پرانا فرسودہ طریقہ کار ختم ہو گیا ہے۔

بقیہ 46

مسجد جعفریہ موضع گیتال میں خطیب ہوں میرے بھانجے فخر عباس کا چھ سالہ لڑکا بلال عباس دو اکتوبر سے گھر سے غائب تھا جسکی اطلاع پولیس کو دے دی گئی تھی تمام رشتہ دار اسے تلاش کرتے رہے گزشتہ روز اظہر عباس عقیل عباس اور زوار حسین نے بتایا کہ سید غلام شاہ کی حویلی کے پاس سے گزرتے تو بو آرہی تھی جب ہم وہاں پہنچے تو نصل الٰہی کی چھت کے اوپر انسانی کھوپڑی پڑی ہوئی تھی اور سید غلام شاہ کی غیر آباد حویلی کے صحن میں ایک طرف انسانی لاش کا اوپر والا دھڑ پڑا تھا ٹانگیں اور بازو موجود نہ تھے [illegible] چپل کا جوڑا پڑا تھا جو ہم نے شناخت کر لیا اظہر عباس نے بتایا یہ جوڑا چپل اور لاش اسکے گمشدہ بھائی بلال عباس کی ہے [illegible] کسی کے ساتھ کوئی دشمنی نہ ہے پولیس تھانہ جنڈ مصروف تفتیش ہے۔

[illegible] علماء کرام شامل تھے کمانڈنٹ [illegible] سے ملاقات کے دوران علماء کرام سے اپیل کی کہ وہ موجودہ نازک وقت بھی اتحاد و یکجہتی کے فروغ کیلئے اپنا کردار ادا کریں۔

بقیہ 60

ناظم سردار غلام عباس عوام دوست ہیں انہوں نے ہمارے سکول کا کھویا ہوا گراؤنڈ اور بلڈنگ ہمیں دوبارہ واپس دلا کر تاریخی فیصلہ کیا ہے اور احسان کیا ہے ہمارے سکول کے اساتذہ، بچے اور والدین سردار غلام عباس کے اس فیصلے پر انہیں خراج تحسین پیش کرتے ہیں۔

بقیہ 61

امریکی حملہ سراسر علی جارحیت ہے جس کی جتنی بھی مذمت کی جائے کم ہے امریکہ چاہے جتنا بھی بارود افغانستان پر برسالے اسے بالآخر ایک دن منہ کی کھانا پڑے گی طالبان کے حوصلے بلند اور جذبے جوان ہیں۔ انشاء اللہ کامیابی ان کا مقدر بنے گی ان خیالات کا اظہار انہوں نے گزشتہ روز مقامی صحافیوں سے ایک ملاقات کے دوران کیا انہوں نے کہا کہ دینی جماعتوں کے رہنماؤں کو چاہیے کہ وہ ملک میں افراتفری پھیلانے کی بجائے حکومت سے یکجہتی کا اظہار کریں۔

بقیہ 62

ختم کر کے سیکٹر آفس میں تبدیل کر دیا گیا گزشتہ روز سب زونل ہیڈ راجہ ظفر شان نے چکوال کو دورہ کیا اس موقع پر صحافیوں سے باتیں کرتے ہوئے انہوں نے کہا کہ ادارہ میں کسی بھی کرپٹ شخص کے لیے کوئی جگہ نہیں خالد محمود کے خلاف تحقیقات شروع کر دی گئی ہیں۔

بقیہ 72

تنظیموں میں لشکر جھنگوی اور سپاہ محمد جن پر حکومت نے پابندی عائد کر رکھی ہے کے علاوہ سپاہ صحابہ شامل ہے پولیس کو حکم دیا گیا ہے کہ جنوری 1997ء سے اگست 2001ء تک ان تنظیموں کے کارکنوں کیخلاف مذکورہ دفعہ کے تحت تھانوں میں جتنے مقدمات درج ہوئے ہیں۔ انکی تفصیل اور پراگریس سے آگاہ کیا جائے۔

بقیہ 73

سرگودھا میں جا کر رہنے لگی گزشتہ روز مسمی سارنگ کے ہاں مہمان نصرت، فلک، رمضان، خان اور ریاض اور مسماۃ روشن مائی زوجہ رمضان مہمان بن کر آئے اس کی غیر موجودگی میں اس کی [illegible] مساۃ کنیز سے کہا کہ تمہاری والدہ سخت بیمار ہیں تمہیں بلا رہی ہیں نیز ملزمان ورغلا پھسلا کر مساۃ کنیز کو لے کر نامعلوم مقام پر چلے گئے مسمی سارنگ کو معلوم ہوا تو وہ برادری کے لوگوں کو لے کر ملزمان کے پاس گیا منت سماجت کے بعد اپنی [illegible] کی واپسی کا مطالبہ کیا ملزمان نے پہلے تو واپس کرنے کا وعدہ کیا لیکن اب صاف انکار کر دیا سارنگ کی درخواست پر پولیس نے مقدمہ درج کر لیا۔

بقیہ 74

ایس پی اٹک نے خصوصی ہدایات جاری کر دی ہیں اور کسی بھی ممکنہ گڑبڑ اور عوام کے احتجاج کو روکنے کیلئے حکمت عملی طے کی گئی ادھر اٹک ضلع بھر کے مختلف اہم مقامات پر پولیس کے دستے تعینات کر دیئے گئے ہیں۔

بقیہ 75

الفردوس میں جگہ عطا فرمائے اور لواحقین کو صبر جمیل عطا فرمائے۔

بقیہ 78

[illegible] نے سرکاری ترجمان کے حوالے سے [illegible] پھیلانے کی کوشش کی ہے [illegible] وضاحت کرتے ہوئے کہا کہ [illegible] انہوں نے حکومت پاکستان کے اس موقف کا اظہار کیا تھا جس میں کہا گیا تھا کہ پاکستان امریکی افواج کو صرف معلومات فضائی روابط اور لاجسٹک سہولتیں فراہم کرے گا انہوں نے یہ وضاحت بھی کی تھی کہ افغانستان میں مقررہ اہداف پر حملہ کرنے کی غرض سے کئی جنگی جہاز نے پاکستان سے پرواز نہیں کی۔ ترجمان نے ذرائع ابلاغ کو نصیحت کی [illegible] سرکاری ترجمان سے کوئی بیان منسوب کرتے ہوئے [illegible] پوری احتیاط برتیں کیونکہ کوئی غلط خبر منسلک کرنے یا کسی واقعہ کی تاویل کرنے یا غیر متعلقہ حوالہ دینے سے [illegible] پریشانی اور غلط فہمی پھیلتی ہے۔

بقیہ 79

کے نام پر چندہ اکٹھا کرنے کے بارے میں معلومات اکٹھی کرنے میں سرگرم ہیں ذرائع کے مطابق ان چاروں تنظیموں کے بارے میں کوائف اکٹھے کرنے کے بعد ان کے اثاثہ جات کو منجمد کیا جا رہا ہے۔

بقیہ 80

وقت پر علاج شروع ہوتا تو مریضہ کی جان بچ سکتی تھی لواحقین نے [illegible] صحت سے مطالبہ کیا ہے کہ اس مجرمانہ غفلت پر [illegible] ہسپتال کے عملہ کو معطل کر کے قرار واقعی سزا دی جائے

بقیہ 81

پاکستان ملک کی موجودہ بگڑتی ہوئی صورتحال پر [illegible] تشویش کا اظہار کرتے ہوئے کہا ہے کہ اس نازک [illegible] پوری قوم کو متحد اور ثابت قدم رہ کر یہ چیلنج کا مقابلہ کرنا ہو

بقیہ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

THE DAILY JANG

روزنامہ جنگ راولپنڈی

بانی ٥ میر خلیل الرحمٰن

جلد 43 | ہفتہ 25 رجب المرجب 1422ھ 13 اکتوبر 2001ء 28 اسوج 2058ب | نمبر 283

# جیش محمد سمیت دہشتگرد تنظیمیں امریکی فہرست میں شامل

## 3 پاکستانی تنظیموں سمیت 37 جماعتوں و افراد کی نئی لسٹ

### فہرست میں شامل تمام افراد اور تنظیموں کے اثاثے منجمد کر دیئے جائینگے، پاکستان کے حاجی عبدالمنان، الرشید ٹرسٹ اور رابطہ ٹرسٹ کے نام شامل ہیں

### نئے ناموں میں 18 انتہائی مطلوب افراد کی فہرست میں شامل ہیں، امریکی وزیر خزانہ، 2 کروڑ 40 لاکھ ڈالر کے اثاثے منجمد ہو چکے، بش

واشنگٹن (ریڈیو رپورٹ / جنگ نیوز) امریکا نے دہشت گردی کی حمایت کرنے والے مزید 37 افراد اور تنظیموں کی فہرست جاری کردی ہے جن کے اثاثے منجمد کیے جائیں گے۔ بی بی سی کے مطابق اس فہرست میں 4 پاکستانی تنظیمیں شامل ہیں۔ ریڈیو نے بتایا کہ اس فہرست میں جیش محمد کا نام بھی شامل ہے جب کہ باقی 3 ناموں میں حاجی عبدالمنان کا نام ہے جو کوئٹہ میں القادر ٹریڈرز کے نام سے کمپنی چلاتے ہیں۔ مفتی رشید صاحب کا نام ہے جو "الرشید ٹرسٹ" کراچی سے منسلک ہیں اور رابطہ ٹرسٹ ہے جس کے دفاتر پاکستان میں ہیں۔ اس امریکی اقدام سے ایسی تنظیموں اور اشخاص کی تعداد 66 ہوگئی ہے جن پر دہشت گردی کی حمایت کا شبہ ہے۔ امریکی وزیر

باقی صفحہ 7 کالم 4 پر

بقیہ | دہشت گرد تنظیمیں

خزانہ پال اونیل نے پریس بریفنگ میں بتایا کہ امریکا نے مالیاتی جنگ کے سلسلے میں یہ قدم اٹھایا ہے 37 نئے ناموں میں سے 18 نام ایسے ہیں جو ایف بی آئی کی انتہائی مطلوب دہشت گردوں کی فہرست میں شامل ہیں اور جن کے بارے میں شبہ ہے کہ ان کے اسامہ بن لادن اور ان کی تنظیم القاعدہ سے روابط ہیں۔ صدر بش نے بتایا کہ دنیا کے مختلف ممالک نے دہشت گردی سے تعلق رکھنے والے افراد کے 2 کروڑ 40 لاکھ ڈالر کے اثاثے منجمد کر دیئے ہیں اور اس سلسلے میں ابھی مزید پیشرفت کی جائے گی۔ انہوں نے بتایا کہ اس سلسلے میں 100 ممالک نے تعاون کا یقین دلایا ہے۔ ایک بھارتی اخبار نے دعویٰ کیا کہ نئی امریکی فہرست میں رابطہ ٹرسٹ سمیت کئی پاکستانی تنظیموں کے نام بھی شامل ہیں۔ امریکی حکام کے مطابق اس فہرست کو مزید توسیع بھی دی جا سکتی ہے۔

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

ترجمة لجريدة جنك ـــــ من المقال الصادر حول وقف الرابطة

واشنطن (تقرير إذاعة) أصدرت الإدارة الأمريكية قائمة جديدة للمنظمات و المؤسسات و الأفراد الموالية /الموالون للإرهاب الدولي و تشتمل القائمة لعدد ٣٧ من المنظمات و الأفراد. و يتم تجميد حسابات و ممتلكات هزه المنظمات و الأفراد لاحقا و وقفا لإذاعة بي بي سي فان قائمة الجديدة تشتمل على أربع منظمات / مؤسسات باكستانية. و أفادت بي بي سي أن من بين المؤسسات الباكستانية منظمة جيش محمد و (مؤسسة) وقف الرابطة و أما الأفراد المندرجة أسماءهم ضمن القائمة فهم الحاج عبدالمنان ، صاحب مؤسسة القادر للتجارة، كويتا. ومفتي رشيد أحمد المنتمي إلى وقف الرشيد، كرأتشي. علما بأن مؤسسة وقف الرابطة و مؤسسة وقف الرشيد مكاتبها موجودة في باكستان و قالت مصادر وزارة المالية أن الأفراد و المنظمات المشمولة في القائمة الجديدة وجدت إما مسؤولة عن تمويل الإرهابيين و عمليات الإرهاب و إما لأنها مشتبهة فيها بحماية و دعم الإرهاب.

و القائمة الجديدة نتيجة تنسيق و جهود مشتركة وكالات الاستخبارات الأمريكية و البريطانية. و بهذا وصل عدد المنظمات / الأفراد المندرجة أسماءها/ أسماءهم في قوائم الإرهابيين الأمريكية إلى ٦٦. ونقل عن مصادر أمريكية أن إدراج المزيد من الأسماء في القائمة أمر وارد.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190204_ZRF (Adnan Basha Deposition)

**Document title**:

IIRO 149628.tif
IIRO 149630.tif
IIRO 149633.tif
IIRO 149634.tif
IIRO 149635.tif
IIRO 149636.tif

**Language**: English > Arabic

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: Farah Alshekhli **Reissued on:** 7/16/2019