# EXHIBIT
# “115”

Muslim World League
International Islamic Relief
Organization
In Saudi Arabia
Pakistan Office
Islamabad

*[Logo of International Islamic Relief Organization In Saudi Arabia]*

[Duplicate Text]

Subject: ------------------------

Ref.: 1/761
Date: 26/7/1422 AH – 10/13/2001

**Dr. Adnan Khalil Pasha, the Secretary-General of the International Islamic Relief Organization—may God protect you!**

May God's peace, mercy and blessings be upon you!

It gives me pleasure to send you the best greetings, praying to God the Almighty to clad you in the garb of wellbeing, honor, and empowerment.

I would like to inform you that no single day passes by without a few journalists from Western countries coming to our offices. Some of them are reporters for television channels; others for European, American and Western newspapers. We have received instructions from the ambassador of the Custodian of the Two Holy Mosques in Islamabad Mr. Ali Awwad Asiri not to release any statements to the press or the television. We wanted to let you know that we abide by these instructions. If you advise otherwise, we hope that you will inform us. Thanks for your kind cooperation.

May God keep and protect you!

Office Director
[signed]
Rahmatallah Nazir Khan

---

Address: H-8/1 – Pitrus Bukhari Road – Opp. Shifa International Hospital Islamabad – Pakistan
P.O. Box: (18 50) Tel: (92 – 51) 4449347 – 4435113 – 4 – 4446856. Fax: (92 – 51) 4449241
E-mail: Islamic@isb.paknet.com.pk

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York. 

**The Rabita Trust for Rehabilitation of Stranded Pakistanis**

*Logo of the Muslim World League*

*Pakistan's Motto: Iman, Ittihad, Nazm*

Ref.: 841
Date: 26/7/1422 AH – 10/13/2001 AD

Mr. Wael bin Hamza Julaydan, the Secretary-General of the Rabita Trust for Rehabilitation of Stranded Pakistanis – may God protect you!

May God's peace, mercy and blessings be upon you!

It gives me pleasure to send you the best greetings, praying to God the Almighty to clad you in the garb of wellbeing, honor, and empowerment.

I would like to inform you that no single day passes by without a few journalists from Western countries coming to our offices. Some of them are reporters for television channels; others for European, American and Western newspapers. We have received instructions from the ambassador of the Custodian of the Two Holy Mosques in Islamabad Mr. Ali Awwad Asiri not to release any statements to the press or the television. We wanted to let you know that we abide by these instructions. If you advise otherwise, we hope that you will inform us. Thanks for your kind cooperation.

May God keep and protect you!

Office Director
[signed]
Rahmatallah Nazir Khan

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York. IIRO 149638

**Muslim World League** *[Duplicate Text]*
**-----------------------------**
**Islamabad – Pakistan**

Ref.: 1/482
Date: 26/7/1422 AH – 10/13/2001 AD
Encl: -------------------------------

Dr. Abdallah Ben Abdel Mohsen At-Turki, the Secretary-General of the Muslim World League—may God protect you!

May God's peace, mercy and blessings be upon you!

It gives me pleasure to send you the best greetings, praying to God the Almighty to clad you in the garb of wellbeing, honor, and empowerment.

I would like to inform you that no single day passes by without a few journalists from Western countries coming to our offices. Some of them are reporters for television channels; others for European, American and Western newspapers. We have received instructions from the ambassador of the Custodian of the Two Holy Mosques in Islamabad Mr. Ali Awwad Asiri not to release any statements to the press or the television. We wanted to let you know that we abide by these instructions. If you advise otherwise, we hope that you will inform us. Thanks for your kind cooperation.

May God keep and protect you!

Office Director
[signed]
Rahmatallah Nazir Khan

---

[Duplicate Text]
Pitrus Bukhari Road Sector H-8/1 Islamabad, Tel: 4435113 – 4449347 Fax: 4449241
Email Add. @mwl @isb, comsats.net.pk

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York. IIRO 149639

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
In Saudi Arabia
Pakistan Office
Islamabad

رابطة العالم الاسلامي
هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان
اسلام آباد

الموضوع :

Ref : ٧٦١/١ :الرقم
Date : 13.10.2001 ١٤٢٢/٧/٢٦ التاريخ

سعادة الدكتور عدنان خليل باشا حفظه الله

الأمين العام لهيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركات

يطيب لنا أن نهديكم عاطر التحيات وأطيب التهاني سائلاً المولى القدير أن يسربلكم بلباس العافية والعز والتمكين وبعد .

أفيد سعادتكم ما من يوم إلا ويأتي على باب مكتبنا بعض الصحفيين من الدول الغربية بعضهم مندوبين لمحطات تلفزيونية وبعضهم مندوبين لصحف أوروبية وأمريكية وغربية. ونحن لدينا تعليمات من سعادة سفير خادم الحرمين الشريفين في إسلام آباد الأستاذ علي عواض عسيري بعدم إعطاء أي تصريحات صحفية أو تلفزيونية لأي جهة. ونحن ملتزمون بهذه التعليمات وأحببنا أن نحيطكم علماً بذلك. ونأمل توجيهنا إذا كنتم ترون غير ذلك. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم ،،،

مدير المكتب

رحمة الله نذير خان

Address: H-8/1 - Pitrus Bukhari Road - Opp. Shifa International Hospital Islamabad - Pakistan
P. O. Box: (18 50) Tel : (92 - 51) 4449347 - 4435113 - 4 - 4446856, Fax : (92-51) 4449241
E-mail : islamic@isb.paknet.com.pk.

العنوان: اتش ٨/ ١ شارع بطرس بخاري - مقابل مستشفى الشفاء انترناشونال
ص.ب: (١٨٥٠) اسلام آباد - باكستان
هاتف: ٤٤٤٩٣٤٧ - ٤٤٣٥١١٣ - ٤ - ٤٤٤٦٨٥٦ - فاكس: (٩٢-٥١) ٤٤٤٩٢٤١

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

THE RABITA TRUST
for Rehabilitation of
Stranded Pakistanis
[redacted]

وقف الرابطة
لإعادة توطين
الباكستانيين المقطوعين

481
٢٦/٧/١٤٢٢هـ
13.10.2001

سعادة الأستاذ/ وائل بن حمزة جليدان حفظه الله
الأمين العام لوقف الرابطة لإعادة توطين الباكستانيين المقطوعين

السلام عليكم ورحمة الله وبركات

يطيب لنا أن نهديكم عاطر التحيات وأطيب التهاني سائلا المولى القدير أن يسربكم بلباس العافية والعز والتمكين وبعد .

أفيد سعادتكم ما من يوم إلا ويأتي على باب مكتبنا بعض الصحفيين من الدول الغربية بعضهم مندوبين لمحطات تلفزيونية وبعضهم مندوبين لصحف أوروبية وأمريكية وغربية. ونحن لدينا تعليمات من سعادة سفير خادم الحرمين الشريفين في إسلام آباد الأستاذ علي عواض عسيري بعدم إعطاء أي تصريحات صحفية أو تلفزيونية لأي جهة. ونحن ملتزمون بهذه التعليمات وأحببنا أن نحيطكم علماً بذلك. ونأمل توجيهنا إذا كنتم ترون غير ذلك. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم ،،،

مدير المكتب
رحمة الله نذير خان

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

**Muslim World League** — **رابطة العالم الإسلامي**
**Islamabad - Pakistan** — **إسلام آباد - باكستان**

Ref: ٤٨٢/١ :الرقم
Date: 13-10-2001 ٢٦/٧/١٤٢٢ :التاريخ
Encl: :المرفقات

معالي الدكتور عبدالله عبدالمحسن التركي حفظه الله

الأمين العام لرابطة العالم الإسلامي

السلام عليكم ورحمة الله وبركات

يطيب لنا أن نهديكم عاطر التحيات وأطيب التهاني سائلاً المولى القدير أن يسربكم بلباس العافية والعز والتمكين وبعد .

أفيد معاليكم ما من يوم إلا ويأتي على باب مكتبنا بعض الصحفيين من الدول الغربية بعضهم مندوبين لمحطات تلفزيونية وبعضهم مندوبين لصحف أوروبية وأمريكية وغربية. ونحن لدينا تعليمات من سعادة سفير خادم الحرمين الشريفين في إسلام آباد الأستاذ علي عواض عسيري بعدم إعطاء أي تصريحات صحفية أو تلفزيونية لأي جهة. ونحن ملتزمون بهذه التعليمات وأحببنا أن نحيطكم علماً بذلك. ونأمل توجيهنا إذا كنتم ترون غير ذلك. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم ،،،

مدير المكتب

رحمة الله نذير خان

شارع بطرس بخاري سيكثر ايچ (١/٨) إسلام آباد هاتف : ٤٤٣٥١١٣ - ٤٤٣٥١١٤ - ٤٤٤٩٣٤٧ فاكس : ٤٤٤٩٢٤١
Pitrus Bukhari Road Sector H-8/1 Islamabad, Tel : 4435113 - 4435114 - 4449347 Fax : 4449241
Emile Add. @ mwl @ isb, comsats. net. pk

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190204_ZRF (Adnan Basha Deposition)

**Document title**:

IIRO 149637.tif
IIRO 149638.tif
IIRO 149639.tif

**Language**: English > Arabic

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: Farah Alshekhli

**Reissued on:** 7/16/2019