# EXHIBIT
# “116”

*Sent by Fax.* [illegible]

[illegible]

*The Director General ,*
*International Islamic Relief Organization,*
*Islamabad office - Pakistan.*

*Peace, mercy and blessings of Allah be upon you.*

*Subject: Case of State V/S Amir Jasim.*

*Dear Sir,*

*We want to bring it your kind notice that some new events have arised which were unknown before, and if they could have been unveiled in time, Amir Jasim could not come out of Jail. The new fact found is that Amir Jasim burnt the record of IIRO on the orders of Moayad Al Butairi the then Director General of the office. Whereas the legal advisor has collected a lot of information in this regard which makes it imperative that he stays here so that further necessary action could be complete. His early departure from Pakistan may result in changing of evidence by the witnesses.*

*For this reason you are informed that Mr. Salama Misulam Quraani, the legal consultant should not leave Pakistan because his stay in Pakistan will greatly support the inquiry which will have a very good impact on the case.*

*Thanks and best regards,*

*Yours sincerely,*

*Shoukat Hayat (Sub Inspector)*
*Inquiry Officer*

IIRO 168291

EXHIBIT
Basha-151
LVF 02-21-19

*The Director General ,*
*International Islamic Relief Organization,*
*Islamabad office - Pakistan.*

السلام عليكم و رحمة الله و بركاته

*<u>Subject: Case of State V/S Amir Jasim.</u>*

*Dear Sir,*

*We want to bring it your kind notice that some new events have arised which were unknown before, and if they could have been unveiled in time, Amir Jasim could not come out of Jail. The new fact found is that Amir Jasim burnt the record of IIRO on the orders of Moayad Al Butairi the then Director General of the office. Whereas the legal advisor has collected a lot of information in this regard which makes it imperative that he stays here so that further necessary action could be complete. His early departure from Pakistan may result in changing of evidence by the witnesses.*

*For this reason you are informed that Mr. Salama Misulam Quraani, the legal consultant should not leave Pakistan because his stay in Pakistan will greatly support the inquiry which will have a very good impact on the case.*

*Thanks and best regards,*

*Yours sincerely,*

*Shoukat Hayat (Sub Inspector)*
*Inquiry Officer*

TRANSPERFECT

**CERTIFICATE OF TRANSLATION**

I, Jabber Mohammad, am fluent in the Arabic and English Languages, I have been translating documents for over 6 years and am competent to translate from Arabic to English. My qualifications include (a Bachelor's Degree in Languages and Translation, Azhar University in Cairo, Egypt (2011/12); Legal Translation Career Certificate, the American University in Cairo (2010); UN Manual Translation Career Certificate, the American University in Cairo (2011); and Print Media Translation Career Certificate, the American University in Cairo (2011)).

I hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached documents titled:

IIRO 311316.TIF
IIRO 287233.tif
IIRO 168291.pdf
IIRO 127895.pdf
IIRO 117362.jpg
IIRO 111029.jpg
IIRO 111020.jpg
IIRO 103718.jpg
IIRO 31160-31166.pdf
IIRO 31131.pdf
IIRO 31022-31023.pdf
IIRO 31006-31007.pdf
IIRO 16270-16276.pdf

Jabber Moha

Name: Jabber Mohammad

Date: 17 February 2019