# EXHIBIT

# “118”

بسم الله الرحمن الرحيم

*Royal Embassy of*
*Saudi Arabia*
*Bangkok*

سفارة المملكة العربية السعودية
بانكوك

**سعادة الدكتور/ عدنان خليل باشا الموقـــــــــر**

**الأمين العام لهيئة الإغاثة الاسلامية العالمية**

**السلام عليكم ورحمة الله وبركاته**

**أهنئكم بحلول شهر رمضان المبارك أعاده الله علينا وعليكم باليمن والبركات .**

**ويسرني أن أرفق لكم بطيه نص البيان الذي نشر في صحيفة the nation.**

**وتقبلوا خالص التحية والتقدير**

**القائم بالأعمال**

**وهيب بن محمد السهلي**

هيئة الإغاثة الإسلامية العالمية
الاتصالات الادارية
الوارد العام
رقم الوارد ٦٩٨٠١ التاريخ ١/ ٩/ ١٤٢١هـ
المرفقات بيانه
الجهة المختصة [illegible]

[illegible]

Case 1:03-md-01570-GBD-SN Document 12388-8 Filed 10/16/26 Page 3 of 3

# Islamic NGO defends its record of international aid

With reference to the article published in the *The Nation* on August 10 ["RP sees hand of Bin Laden"], I would like to state that it caused much anger and astonishment both within our organisation and among other organisations by whom we are known world-wide.

[In the *Agence France-Presse* story, the *Philippine Daily Inquirer* quoted a former member of the Abu Sayyaf guerrilla group as saying that Osama bin Laden and his brother-in-law Mohammad Jamal Khalifa set up the International Islamic Relief Organisation in 1992 as a front for funding extremist groups.]

The International Islamic Relief Organisation, Saudi Arabia (IIROSA) was established in 1978 as a humanitarian non-governmental, non-political and non-profit organisation. The IIROSA seeks to serve victims of natural disasters and wars, orphans, refugees and the destitute all over the world. Relief work is conducted on purely humanitarian grounds, without any distinction on the basis of ethnic, linguistic, or religious considerations. Some of the IIROSA relief programmes are therefore directed towards the provision of medical, educational, and social welfare services consistent with the social and cultural values of those who are in desperate need of them.

The IIROSA is an international organisation, which is recognised and respected by many international governmental organisations and NGOs. It is chairing the General Relief Committee (GRC) which comprises more than 70 major international Islamic and Arab relief organisations world wide.

In the field of humanitarian activities, the IIROSA is currently sponsoring 51,523 orphans worldwide, treated 1.5 million patients last year, established 110 dispensaries and polyclinics and sponsored 12,206 students and 886 teachers from different countries. In addition, IIROSA's emergency relief programme spent US$20,730,854 [Bt912,157,576] in 1999 on 35 urgent relief operations in 35 countries from which 21,486,178 people have benefited.

The IIROSA office was established in the Philippines in 1988. The IIROSA activities in the Philippines include running the Jabar Bin Abdullah orphanage in Cotabato city with an intake of 76 orphans and sponsoring 163 orphans living with relatives. In the field of health care, it is running Taiba dispensary in Cotabato City and Al Makhdoom dispensary in Zamboanga and one pharmacy. More than 15,315 patients have benefited from these projects. It is also extending financial assistance to educational centres in different places, which caters to more than 1,200 students.

The IIROSA, in cooperation with Philippines government official Dr Mahid M Mutilan, distributed large quantities of food and relief materials to the victims of fighting in southern Philippines. The relief items including rice, sugar, macaroni and soap were distributed to 30,000 families.

Regarding Mohammed Jamal Khalifa, he is no longer associated with IIROSA and left office in 1994.

**Dr Aduan Khalil Basha**
SECRETARY-GENERAL OF IIROSA

صحيفة النيشن
الخميس ٢٧/٨/١٤٢١هـ
الموافق ٢٣/١١/٢٠٠٠م