# EXHIBIT
# “119”

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Organization's Offices Administration

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

Subject: ----

No. 100/1520/103
Date: 07/07/1422 AH
(SEP 25, 2001 AD)

FOLLOW-UP LETTER

To His Highness the Ambassador of the Custodian of the Two Holy Mosques to Jordan, may Allah bless him

May the peace, mercy, and blessings of Allah be upon you

The International Islamic Relief Organization in the Kingdom of Saudi Arabia would like to thank you for your blessed efforts in serving Islam and the Muslims.

Commenting on the Organization's letter No. 100/1317/103, dated 06/08/1422 AH (AUG 28, 2001 AD), about opening an office of the Organization in Palestine, please share your opinion about the attitudes and affiliations of Mr. Ezzeddine Mohamed Awwad Al Tamimi and Mr. Jamal Mahmoud Khalil Abu Zarifa, both Palestinian-nationals, and whether they may be suitable to work at the Organization's office in Palestine.

May Allah protect you and keep you safe.
May the peace, mercy, and blessings of Allah be upon you
Secretary General
Of the International Islamic Relief Organization
In the Kingdom of Saudi Arabia
Dr. Adnan Khalil Basha [*Signed*]
07/06/1422 AH (SEP 24, 2001 AD)

[**SEAL**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia, Secretariat General-1*]

Please quote ref. No. and date when replying [Duplicate Text]

[Duplicate Text]
Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

Rajab 1422 AH

Mohammed Hels

IIRO 284660

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
إدارة مكاتب الهيئة

الرقم : ١٠٢/١٥٢٠/١٠٠ No :
التاريخ : ١٤٢٢/٧/٧ Date :

Sub. : الموضوع :

**خطاب تعقيبي**

سعادة سفير خادم الحرمين الشريفين في الأردن حفظه الله

السلام عليكم ورحمة الله وبركاته :

تشكر لكم هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية جهودكم المباركة في خدمة الإسلام والمسلمين .

تعقيباً على خطاب الهيئة رقم ١٠٠/١٣١٧/١٠٣ بتاريخ ١٤٢٢/٦/٨هـ بشأن موضوع فتح مكتب للهيئة في فلسطين .

آمل التفضل بالإفادة بمرئياتكم حيال ميول كل من الأستاذ/ عز الدين محمد عواد التميمي ، والأستاذ/ جمال محمود خليل أبو ظريفة فلسطيني الجنسية وانتماءاتهما وصلاحيتهما للعمل بمكتب الهيئة في فلسطين .

والله يحفظكم ويرعاكم . والسلام عليكم ورحمة الله وبركاته ،،،

الأمين العام
لهيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

٧/٦

د. عدنان بن خليل باشا

SECRETARIAT GENERAL

Please quote above ref. No. and date when replying. Pour répondre, Prière de citer la date et la référence sus - citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ – تليفون : ٦٥١٢٣٣٣ – ٦٥١٥٤١١ – فاكس : ٦٥١٨٤٩١ – تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

شير رجب ٢٢

محمد حلمي

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.