# EXHIBIT
# "120"

**Muslim World League**
International Islamic Relief Org.
The Kingdom of Saudi Arabia

International Islamic Relief Org.
The Kingdom of Saudi Arabia
[logo]
INT'L. ISLAMIC RELEIF ORG.
The Kingdom of Saudi Arabia

**Muslim World League**
INT'L. ISLAMIC RELEIF ORG.
The Kingdom of Saudi Arabia

No.: *100/1478/103* No.:
Date: *7/1/1422 A.H.* Date:
[09/18/2001 A.D.]

Subject: ____________ Sub.:
: __________________

*Fax*

**Very Important and Urgent**

**His Excellency Mr. / Ibrahim Bin Mohamed Al-Hibr May Allah protect him**
Religious Attaché to the Saudi Embassy in Addis Ababa
and Chairman of the Committee Supervising the Organization's Office in Ethiopia

**Peace be upon you and Allah's mercy and blessings**

This is in reference to the understandings that took place with you, and the desire to activate the Administrative Committee's role as well as have it acquire legal status in accordance with the laws and instructions in effect in Ethiopia.

Attached, please find a copy of our Letter No. 100/1230/124 dated 08/16/2001 A.D., as well as our Letter No. 100/1444/103 dated 09/13/2001 A.D., which were sent via express mail.

Kindly follow up with the competent authorities and inform us of the results you achieve.

[signature]
[illegible]

May Allah protect and bless you…

[signature]
[illegible]

**Secretary General**
[signature] *6/29*[/1422 A.H. – 9/16/2001 A.D.]
**Dr. Adnan Bin Khalil Basha**

[seal:] International Islamic Relief Organization
The Kingdom of Saudi Arabia
[logo]
International Islamic Relief Organization
The Kingdom of Saudi Arabia
Secretariat General
Secretariat General

H/Q

EXHIBIT
depobook.com
Basha-141
LVF 02-21-19

Please quote above ref. No. and date when replying. Please quote above ref. No. and date when replying. Please quote above ref. No. and date when replying.

Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 - 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ
Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 - 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ
Email: relief@iirosa.org: Email

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub. : الموضوع :

No : ١٠٢/١٤٢٨/١٠٠ : الرقم
Date : ١٤٢٢/٧/١ : التاريخ

هام وعاجل جداً

سعادة الأستاذ / إبراهيم بن محمد الحبر حفظه الله
الملحق الديني بالسفارة السعودية بأديس أبابا
ورئيس لجنة الإشراف على مكتب الهيئة في أثيوبيا

السلام عليكم ورحمة الله وبركاته

إشارة إلى التفاهمات التي تمت معكم ورغبة في تفعيل دور اللجنة الإدارية وإكسابها الصفة القانونية وفق الأنظمة والتعليمات المعمول بها داخل أثيوبيا .

نرفق لسعادتكم صورة من خطابنا رقم ١٠٠/١٢٣٠/١٢٤ بتاريخ ٢٠٠١/٨/١٦م وخطابنا رقم ١٠٠/١٤٤٤/١٠٣ بتاريخ ٢٠٠١/٩/١٣م والتي تم إرسالها بالبريد السريع .

نأمل تفضلكم بالمتابعة لدى الجهات المختصة وإفادتنا بماتتوصلون إليه من نتائج .

والله يحفظكم ويرعاكم ،،،

الأمين العام

د.عدنان بن خليل باشا

ح/ق

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة Please quote above ref. No. and date when replying Pour répondre, Prière de citer la date et la référence sus - citées

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.