# EXHIBIT
# "121"

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Organization's Offices Administration

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. 100/939/103
Date: 04/09/1421 AH
(JUL 12, 2000 AD)

Subject: ----

**FAX**

**To His Highness the Ambassador of the Custodian of the Two Holy Mosques to Moscow, may Allah bless him**

**May the peace, mercy, and blessings of Allah be upon you**

We ask Allah the Almighty that you are doing well.

According to the letter of our office in Azerbaijan, No. 144/F/20, dated 06/08/1420 AH (SEP 19, 1999 AD), the Organization was notified that its office in Makhachkala, the capital of the Republic of Dagestan, was closed with the sealing wax, and that some of the Organization's properties were confiscated. The Organization does not know what had happened regarding this to date.

Therefore, please update the Organization regarding this issue, particularly the status of the properties confiscated by the Russian authorities. Attached is a copy of the foregoing.

**Thank you for your cooperation.**

Secretary General
Of the International Islamic Relief Organization
In the Kingdom of Saudi Arabia
Adnan Khalil Basha [*Signed*]

[**SEAL**: *International Islamic Relief Organization, Main Office-1*]

Please quote ref. No. and date when replying [Duplicate Text]



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
إدارة مكاتب الهيئة

Sub.: الموضوع :

No : الرقم : ١٠٠/٩٩٩/١٠٢
Date : التاريخ : ٩/٤/١٤٢١هـ

فاكس

سعادة سفير خادم الحرمين الشريفين في موسكو حفظه الله

السلام عليكم ورحمة الله وبركاته :

أسأل المولى سبحانه وتعالى أن تكونوا بخير وعافية

سبق وأن أحيطت الهيئة علماً بإغلاق مكتبها في محج قلعة عاصمة جمهورية داغستان بالشمع الأحمر ومصادرة بعض ممتلكاتها وفق ما جاء بخطاب مكتبنا في أذربيجان رقم ١٤٤/ف/٢٠ بتاريخ ٨/٦/١٤٢٠هـ . وحيث أن الهيئة لا تعلم ما ذا تم حيال ذلك حتى الآن .

لذا أرجو تفضل سعادتكم بتزويد الهيئة بما استجد حيال ذلك وخاصة مصير ممتلكاتها المصادرة من قبل السلطات الروسية . أرفق لكم طياً صورة منها .

شاكرين لكم كريم تعاونكم ،

الأمين العام
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

عدنان بن خليل باشا

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

Please quote above ref. No. and date when replying. Pour répondre, Prière de citer la date et la référence sus - citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.