# EXHIBIT
# “122”

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

[Dulicate Text]

Subject: ----

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

No. 100/954/M/K
Date: 05/28/1419 AH
(SEP 20, 1998 AD)

**To His Highness the Undersecretary of Foreign Affairs, may Allah bless him**

May the peace, mercy, and blessings of Allah be upon you

The International Islamic Relief Organization in the Kingdom of Saudi Arabia sends Your Highness its kindest greetings and would like to thank the ministry for its cooperation with the Organization.

The Organization supports the Muslim orphans across the world, and this effort results in compensation and reward, as the eligible people get the support they need.

I ask Your Highness to kindly approve that the embassies of the Custodian of the Two Holy Mosques may supervise the delivery of the orphans' benefits in Ghana, Tanzania, Mali, and Mauritania through the committees formed by the Organization's offices in those countries to deliver the orphans' benefits and to pay the financial obligations.

Please approve and update me with what's going on. I ask Allah the almighty to reward you for this.

**May Allah protect you and keep you safe.**

Secretary General
Dr. Adnan Khalil Basha [*Signed*]

[**SEAL**: *International Islamic Relief Organization, Main Office-1*]

---

[Duplicate Text]
Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO 284963

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم : ت ١/٩٥٤/م ل
التاريخ : ٢٨/٥/١٤١٩هـ

الموضوع : ________

**معالي وكيل وزارة الخارجية** **حفظه الله**

السلام عليكم ورحمة الله وبركاته

تعرب هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية عن تقديرها لمعاليكم وتشكر لمقام الوزارة تعاونها مع الهيئة .

نظراً للأعمال التي تقوم بها الهيئة من كفالة أيتام المسلمين في دول العالم وما لهذا العمل من أجر وثواب ورغبة في وصول الكفالات إلى أصحابها .

أود من معاليكم التلطف بالموافقة على إشراف سفارات خادم الحرمين الشريفين على تسليم مخصصات الأيتام في كل من (غانا – تنزانيا – مالي – موريتانيا) على اللجان المشكلة من قبل مكاتب الهيئة بتلك الدول لتسليم مخصصات الأيتام وتسديد العهد المالية .

أمل التكرم بالموافقة وإفادتي بما يتم . سائلاً المولى عز وجل أن يجعل ذلك في موازين حسناتكم .

**والله يحفظكم ويرعاكم ،،،**

**الأمين العام**

**د. عدنان بن خليل باشا**

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
المركز الرئيسي

العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.