# EXHIBIT
# “123”

[**Handwriting**: *Terrorism file*]
[**Handwriting**: *A Copy was added to the Soliman Al Ali's file*]

In the name of Allah, the Gracious, the Merciful

Soliman Ali Al Ali, Ph.D. [Duplicate Text]

**His Highness Dr. Adnan Basha, may Allah bless him**
**Secretary General of the International Islamic Relief Organization**
May the peace, mercy, and blessings of Allah be upon you.

International Islamic Relief Organization
Secretary General's Office
Incoming No. 381/1423
Dated: 08/09/1423 AH (OCT 16, 2002 AD)

Please be advised that this is in reference to your letter about what the Organization's Office had been through in the United States, particularly the inspection issue.

Though this had happened five years ago, it took place as follows:

During the month of Ramadan, 1997 AD, some of the U.S. federal investigation forces launched a raid against the Organization's Office in the U.S. It was the beginning of the morning shift, and the officers had an order from the court to inspect the office and take all the required materials for more checking. All the computers of the Organization were confiscated. Also, some files related to the donors, invoices, and other things were confiscated. The Organization's attorney in Washington D.C., Mr. Michael Hadid, was contacted immediately. He appeared at once and discussed with the inspection team. They explained to him that they wanted to know everything that was going on in this charity organization, and that after a while we can restore everything they had taken. Two weeks later, they returned the computers to us, obviously after taking copies of all the files stored on the computers. No one of the employees was charged with anything at that time. The U.S. investigation forces did the same thing in the city of Chicago and with other charity organizations in other U.S. cities. However, our office worked after this incident for another year regularly. It was fundraising, making transfers, and offering help. In compliance with our wish, the office was officially closed. According to the testimony I had sent Your Highness in another letter, this is the information that I still remember from that time. Certainly, there are no papers or documents that prove my statement.

In the name of Allah, the Gracious, the Merciful

Soliman Ali Al Ali, Ph.D. [Duplicate Text]

Until now, there are no suspicions regarding the office before the September 11th attacks. Otherwise, they would not have allowed it to resume its business following the inspection incident and until the time of closure.

I hope this clarifies what had happened. Also, please contact me if you wanted to ask about other matters related to the Organization's Office in the United States. With my kindest regards.

May Allah bless and protect you.
Your brother
Soliman Ali Al Ali, Ph.D [Signed]

بسم الله الرحمن الرحيم

Solaiman 'Ali Al 'Ali, Ph.D. د. سليمان بن علي العلي

**سعادة د. عدنان باشا** **حفظه الله**

**الأمين العام لهيئة الإغاثة الإسلامية العالمية**

هيئة الإغاثة الإسلامية العالمية
مكتب الأمين العام
وارد برقم: ١٤٢٣/٣/٨١
بتاريخ: ٢٧/٨/٩ ١٤هـ

السلام عليكم ورحمة الله وبركاته،،

أفيد سعادتكم بناء على خطابكم والمتضمن معرفة ما حدث لمكتب الهيئة في أمريكا وبخصوص ما تعرض له من تفتيش .

وبالرغم من مرور خمس سنوات على هذا الأمر إلا أنه حدث كالتالي :

في رمضان عام ١٩٩٧م اقتحمت قوات من المباحث الفيدرالية مكتب الهيئة في أمريكا في بداية الدوام الصباحي وكان الموظفون على رأس العمل وكان معهم أمر من المحكمة بتفتيش المكتب وأخذ ما يرونه مناسباً لمزيد من التدقيق فتم مصادرة جميع كمبيوترات الهيئة كما تم مصادرة بعض الملفات المتعلقة بالمتبرعين والإيصالات وغيرها وعلى الفور تم الاتصال بمحامي الهيئة في واشنطن السيد/ مايكل حديد ، الذي حضر على الفور وتفاهم مع فريق المفتشين الذين أوضحوا له أنهم يريدون معرفة كل ما يجري في هذه الجمعية الخيرية وأنه بعد فترة يمكنكم استعادة كل ما أخذ وفعلاً بعد فترة أسبوعين أعادوا لنا الكمبيوترات وطبعاً بعدما أخذوا نسخة من جميع الملفات المخزنة في الكمبيوتر ولم يُتهم أحد من الموظفين بأي تهمة في ذلك الوقت وما فعلته المباحث الأمريكية مع مكتبنا كررته في مدينة شيكاغو مع جمعيات خيرية أخرى في مدن أمريكية أخرى ومع ذلك ظل المكتب يعمل بشكل نظامي بعد هذه الحادثة عاماً آخر فهو يجمع التبرعات ويحول ويساعد حتى تم إغلاق المكتب رسمياً برغبتنا وحسب الشهادة التي سبق أن أرسلتها لسعادتكم بخطاب آخر هذه هي المعلومات التي لا زالت عالقة في الذاكرة منذ ذلك الحين طبعاً لا يوجد أوراق أو مستندات يمكنني الاستناد

Solaiman 'Ali Al 'Ali, Ph.D.

د. سليمان بن علي العلي

عليها وحتى هذه اللحظة لا يوجد أي شبهات على المكتب قبل أحداث ١١ سبتمبر وإلا لما سمح له بمزاولة نشاطه من حادثة التفتيش وحتى وقت إغلاقه .

فأرجو أن يكون هذا فيه إيضاح لما حدث ، كما أرجو عدم التردد في الاتصال في حالة الاستفسار عن أمور أخرى تخص مكتب هيئة الإغاثة بأمريكا مع تمنياتي لسعادتكم بالتوفيق والسداد .

والله يحفظكم ويرعاكم ،،،

أخوكم

د . سليمان بن علي العلي