# EXHIBIT
# “124”

THE MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

[Logo: *International Islamic Relief Organization – Muslim World League]*

Subject: ____________

No: ____________
Date: ____________

## Minutes of the Third Meeting of the Organization's Executive Committee

## Monday, 11/20/1419 AH (March 8, 1999 AD)

Thankfully, the third meeting of the executive committee of the organization was held on Monday, 11/20/1419 AH, corresponding to 03/08/1999 AD, 9 am, at the headquarters of the organization's Secretariat General in Jeddah, and was presided by His Highness, the Secretary General of the Muslim World League, Director of the Organization, and Chairman of the executive Committee Dr. Abdullah Bin Saleh Al-Obaid. Their Eminence and Highness whose names are listed below were present:

| | | |
|---|---|---|
| 2- | Sheikh Ibrahim Muhammed Afandi | Member of the Board of Directors and member of the committee |
| 3- | Dr. Adnan bin Khalil Basha | Secretary General of the Organization and a member of the committee |
| 4- | Dr. Abdulrahman Habnaka Almaidany | Member of the Board of Directors and the Committee |
| 5- | Sheikh Hussein bin Ali Marfaq | Member of the Board of Directors and the Committee |
| 6- | Dr. Hassan Abdulqader Bahfdhallah | Secretary of the investment committee and a member of the committee |

**The following apologized for attending the meeting:**

| | | |
|---|---|---|
| 1- | Mr. Muhammed Ma'roof Alshaibany | Member of the Committee. Didn't attend the meeting because of his travelling. |
| 2- | Engineer Abdulqader Hafedh | Member of the Committee. Didn't attend the meeting because of his travelling. |

**The following attended the meeting**

| | | |
|---|---|---|
| 1- | Dr. Awadh Salama Alraheely | Internal controller of the organization |
| 2- | Mr. Hamooda Yahya Mahmood | Fact recorder |

## The Agenda

Signature

The meeting agenda, including the new issues, was reviewed and approved as follows:

1- Memorandum of work regulations related to volunteers and collaborators. 11/29



Address: P.O. Box 14843 Jeddah 21434 – Tel. 6515411 – Fax 6518491 – Tlx.: 606754 IGATHA SJ

[Duplicate Text]

EXHIBIT
depobook.com
Basha-156
LVF 02-21-19

IIRO 287007

THE MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE
KINGDOM OF SAUDI ARABIA
Subject: ____________

[Logo: *International Islamic Relief Organization – Muslim World League*]

No: ______________
Date: ______________

2- Review the issue of the fund of the projects executed by Aneza office in Sudan through Mr. Amro Zaid.
3- Review the issue of health care fund in Somalia, for the year 1415 AH (1995 AD), due to the circumstances of war, the non-existence of an office of the organization in northern Somalia, and the separation of its north from its south.
4- Review the issue of the fund of Mr. Wael Julaidan
5- The report of the financial administration on the local and foreign offices' funds, and the personal funds, according to the resolution of the executive committee in its second meeting on 10/15/1419 AH (February 2, 1999 AD).

**The New Subjects:**

6- Requesting to approve an additional budget for the fiscal year 1419\1420 AH (1999 - 2000 AD) for the projects supervised by Eastern district office outside the budget items.
7- Discussing the offer presented by Hamdi Abo Zaid office for administrative consultations to prepare a comprehensive study of the organization aiming at organizing, reforming and developing.
8- Discussing the concept provided by the office of Dr. Muhammed Feda' Al-deen Bahgat to develop work in financial administration.
9- Suggesting to add Mr. Wael Hamza Julaidan to the urgent aid committee.
10- Adding Dr. Awadh Alraheeli as a member of the executive committee.

**First Term: Presenting the Memorandum of work regulations related to volunteers and collaborators**

The committee reviewed the memorandum of work regulations related to volunteers and collaborators, and decided the following:

**First Resolution:**

1- His Highness, Dr. Awadh Alraheeli, and His Highness the legal counselor Ahmed Ezzat to be mandated to study the memorandum of the work regulations related to volunteers and collaborators and to use the code of behavior list project that was previously prepared, taken that Dr. Awadh Alraheeli should receive the notes of the executive committee members on this issue, then prepare a draft list to be provided for the committee in the next meeting. (Handwritten: 11/29)



Address: P.O. Box 14843 Jeddah 21434 – Tel. 6515411 – Fax 6518491 – Tlx.: 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE
KINGDOM OF SAUDI ARABIA

[Logo: *International Islamic Relief Organization – Muslim World League]*

Subject: ____________

No: ____________
Date: ____________

**Second Term: Review the issue of the fund of the projects executed by Aneza office in Sudan through Mr. Amro Zaid**

The committee reviewed the issue of the fund of projects executed by Aneza office in Sudan through Mr. Amro Zaid and decided the following:

**Second Resolution:**

2/A: A committee shall be formed for the funds, and shall include the following members:

1- Mr. Muhammed Ma'roof Alshaibany.
2- Dr. Hassan Abdulqader Bahfdhallah.
3- Dr. Awadh Salama Alraheely.

This committee shall be mandated to study personal funds cases and the funds of local and foreign offices, and decide about them.

2/B: The organization's General Secretariat shall be mandated to investigate, with the accountant of Kassala Office in Sudan, the issue of the projects' fund related to Aneza office, and to complete the notes in the memorandum of the organization's legal counselor, then to submit the results to the funds committee.

**Third Term: Review the issue of health care fund in Somalia, for the year 1415 AH (1995 AD)**

The committee reviewed the report of His Highness the internal controller regarding the health care funds in Somalia for the year 1415 AH (1995 AD), the accompanying circumstances of war, the non-existence of an office of the organization in northern Somalia, and the separation of its north from its south.....etc., and has decided the following:

**Third Resolution:**

3- The issue of the health care fund in Somalia for the year 1415 AH (1995 AD) should be referred to the funds committee to study it, and decide about it.

[Handwritten: 11/29 (with signature)]



Address: P.O. Box 14843 Jeddah 21434 – Tel. 6515411 – Fax 6518491 – Tlx.: 606754 IGATHA SJ

[Duplicate Text] IIRO 287009

THE MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE
KINGDOM OF SAUDI ARABIA
[Logo: *International Islamic Relief Organization – Muslim World League]*

Subject: ____________

No: ____________
Date: ____________

**Fourth Term: Review the issue of the fund of Mr. Wael Julaidan**

The committee reviewed the issue of the fund of Mr. Wael Julaidan and decided the following:

**Fourth Resolution:**

4- The issue of the fund of Mr. Wael Julaidan should be referred to the funds' committee to study and decide about it.

**Fifth Terms: The report of the financial administration on the local and foreign offices' funds**

The committee reviewed the report of the financial administration on the local and foreign funds according to the decision of the executive committee in its second meeting on 10/15/1419 AH (February 2, 1999 AD) and decided the following:

**Fifth Resolution:**

5- The report of the financial administration on the personal funds, and the funds of the local and foreign offices, shall be referred to the funds' committee to decide what it sees regarding it.

**The New Subjects**

**Sixth Term: 6- Requesting to approve an additional budget for the fiscal year 1419\1420 AH (1999 - 2000 AD) for the projects of Eastern district office**

The committee reviewed a memorandum requesting to approve an additional budget for the fiscal year 1419\1420 AH (1999 - 2000 AD) for the projects supervised by the Eastern district office, outside the budget items. There is a number of projects being financed directly by the Eastern district office without the Care entity and the Secretariat General knowing about it. The office was convinced to list these projects within the organization's budget for the year 1419/1420 AH (1999 - 2000 AD) that amounts in total to SAR 11,551,900. Details of the aforementioned are annexed to the memo.

**Sixth Resolution:**

6/A: Agreeing to adopt the additional budget for the fiscal year 1419/1420 AH (1999 - 2000 AD) provided by the eastern region for the projects of the office in (Thailand – Indonesia – Jordan - Pakistan Baltistan - Palestine – Lebanon – India – Sudan – Egypt – Philippines – Ethiopia), that amounts in total to SAR 11,551,900.

[Handwritten: 11/29]



Address: P.O. Box 14843 Jeddah 21434 – Tel. 6515411 – Fax 6518491 – Tlx.: 606754 IGATHA SJ

[Duplicate Text]

THE MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE
KINGDOM OF SAUDI ARABIA

[Logo: *International Islamic Relief Organization – Muslim World League]*

Subject: ____________

No: ____________
Date: ____________

6/B: Members of the executive committee thanks His Highness the regional supervisor of the eastern region for his cooperation with the General Secretariat in listing and executing the organization's projects abroad within the organization's budget for the current fiscal year of 1419/1420 AH (1999 - 2000 AD). The committee believes it is a good sign and hopes it will continue for it is beneficial for the humanitarian, aid and propagation works that need to be integrated according to the mechanism of coordination between the Secretariat General and the foreign and local offices.

**Terms Seven and Eight: Discussing the offer presented by Hamdi Abo Zaid office for administrative consultations and the concept provided by the office of Dr. Muhammed Feda' Al-deen Bahgat to develop work in financial administration**

The committee reviewed the offer presented by Hamdi Abo Zaid office for administrative consultations to prepare a comprehensive study of the organization aiming at organizing, reforming and developing in collaboration with the office of Mr. Ismael Sajeeni. The scope of the study shall include the following most important elements:

1- Financial and Administrative Organization
2- Computer System
3- Policies for developing the organization's resources
4- Proposals for growing and developing the training unit
5- Proposals for the system and control of monitoring in the organization.
6- Simplifying main procedures and establishing their own guidelines

The committee has also reviewed the concept provided by the office of Dr. Muhammed Feda' Al-deen Bahgat (Legal Accountants and Auditors) to develop the work in the financial administration, evaluate the competency of those working in the offices, and to completely supervise the work of the financial administration in the organization. The following has been decided:

**Seventh Resolution:**

7: A committee shall be formed of:

1- Sheikh Ibrahim Muhammed Afandi
2- Dr. Adnan Bin Khalil Basha
3- Mr. Muhammed Ma'roof Alshaibany (handwritten 11/29)



Address: P.O. Box 14843 Jeddah 21434 – Tel. 6515411 – Fax 6518491 – Tlx.: 606754 IGATHA SJ

[Duplicate Text]

THE MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE
KINGDOM OF SAUDI ARABIA

[Logo: *International Islamic Relief Organization – Muslim World League]*

Subject: ____________

No: ______________
Date: _____________

The committee shall be mandated to meet with the brothers: Mr. Hamdi Abo Zaid, Mr. Ismael Sajeeni, and Dr. Muhammed Feda' Al-deen Bahgat to discuss with them the offer provided by them to organize and develop the organization works, and the concept provided by Dr. Muhammed Feda' Al-deen Bahgat to develop the works of the financial administration, and to research the possibility of including Dr. Muhammed Feda' in the financial aspect of the study, and to agree on the scope of work of each of them and the related financial cost.

In addition to that, the subject of computer programs proposed to be applied, of which cost was not included within the study expenses, should be researched with the offices of Hamdi Abo Zaid and Ismael Sajeeni, and a suitable decision should be made in that regard.

**Term Nine: Suggesting to add Mr. Wael Hamza Julaidan to the urgent aid committee**

The committee discussed adding Mr. Wael Hamza Julaidan as a member to the urgent aid committee provided that he should become the Secretary General.

The members heard details like the size of the organization in terms of urgent aid outside, and its budget compared to the remaining programs, and highlighted the importance of supporting the organization's efforts in the area of urgent aid, and to nominate people who are interested in this area to become members of the urgent aid committee, like Dr. Abdulazeez Abdullah Jifry.

**Ninth Resolution:**

9- Agreeing to nominate Mr. Wael Hamza Julaidan and Dr. Abdulazeez Abdullah Jifry to become members of the urgent aid committee, and that Mr. Wael Julaidan should become the Secretary General.

**Term Ten: Nominating Internal Controller of the Organization to Become Member of Executive Committee**

The committee discussed the proposal of His Highness, the president, to add the internal controller of the organization, Dr. Awadh Alraheely, as a member of the executive committee, occupying the same job, as it is important to have someone with financial experience as a member of the committee, and decided the following:

[Handwritten: 11/29]



Address: P.O. Box 14843 Jeddah 21434 – Tel. 6515411 – Fax 6518491 – Tlx.: 606754 IGATHA SJ

[Duplicate Text] IIRO 287012

THE MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE
KINGDOM OF SAUDI ARABIA

[Logo: *International Islamic Relief Organization – Muslim World League]*

Subject: ____________

No: ______________
Date: _____________

**Tenth Resolution:**

10- Agreeing to include the organization's internal controller as a member of the executive committee, and for him to occupy the same job.

It was noted, at the end of the meeting, that the Board of Directors is going to hold a meeting on the first week of Muharram, 1420 AH (April, 1999 AD).

With this, the meeting was ended, and the session was adjourned on 11 am sharp.

Allah is the grantor of success.

**Members' Signatures**

| | | | |
|---|---|---|---|
| (1) | Dr. Abdullah Bin Saleh Al-Obaid | Signed | Chairman of the Committee |
| (2) | Sheikh Ibrahim Muhammed Afandi | Signed 19 / 11 / 29 | Council Member |
| (3) | Dr. Adnan bin Khalil Basha | Signed | Committee Member |
| (4) | Dr. Abdulrahman Habnaka Almaidany | Signed 12 / 26/ 1419 AH (April 13, 1999 AD) | Committee Member |
| (5) | Sheikh Hussein bin Ali Marfaq | Signed | Committee Member |
| (6) | Dr. Hassan Abdulqader Bahfdhallah | Signed | Committee Member |

رابطـة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

الرقـم : ____________ الموضوع : ____________

التاريخ : ____________ : ____________

## محضر الاجتماع الثالث للجنة التنفيذية للهيئة

## الاثنين ٢٠/١١/١٤١٩هـ

تم بفضل الله عقد الاجتماع الثالث للجنة التنفيذية للهيئة يوم الاثنين ٢٠/١١/ ١٤١٩هـ الموافق ١٩٩٩/٣/٨م الساعة التاسعة صباحاً بمقر الأمانة العامة للهيئة بجدة ، برئاسة معالي الأمين العام لرابطة العالم الإسلامي رئيس مجلس إدارة الهيئة ورئيس اللجنة التنفيذية الدكتور عبدالله بن صالح العبيد وبحضور أصحاب الفضيلة والسعادة أعضاء اللجنة الآتية أسماؤهم :

| | |
|---|---|
| ٢- الشيخ/ ابراهيم محمد أفندي | عضو مجلس الإدارة وعضو اللجنة |
| ٣- الدكتور/ عدنان بن خليل باشا | الأمين العام للهيئة عضو اللجنة |
| ٤- الدكتور/ عبدالرحمن حبنكة الميداني | عضو مجلس الإدارة وعضو اللجنة |
| ٥- الشيخ/ حسين بن علي مرفق | عضو مجلس الإدارة وعضو اللجنة |
| ٦- الدكتور/ حسن عبدالقادر باحفظ الله | أمين لجنة الاستثمار وعضو اللجنة |

**واعتذر عن حضور الاجتماع :**

| | |
|---|---|
| ١- الأستاذ/ محمد معروف الشيباني | عضو اللجنة لسفره . |
| ٢- المهندس/ عبدالقادر حافظ | عضو اللجنة لسفره . |

**كما حضر الاجتماع كل من :**

| | |
|---|---|
| ١- الدكتور/ عوض سلامه الرحيلي | المراقب الداخلي للهيئة . |
| ٢- الأستاذ/ حموده يحيى محمود | مسجل وقائع الجلسة . |

## جدول الأعمال

تم استعراض جدول أعمال الاجتماع بما في ذلك الموضوعات التي استجدت وتم اقراره حسب الآتي :

١- مذكرة ضوابط عمل المتطوعين والمتعاونين .



العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

الرقم :
التاريخ :
الموضوع :
:

٢- عرض موضوع عهدة المشاريع التي نفذها مكتب عنيزة في السودان عن طريق الأستاذ عمرو زيد .

٣- عرض موضوع عهدة الرعاية الصحية في الصومال عن سنة ١٤١٥هـ نظراً لظروف الحرب وعدم وجود مكتب للهيئة في شمال الصومال وانفصال شماله عن جنوبه .

٤- عرض موضوع عهدة السيد/ وائل جليدان .

٥- تقرير الادارة المالية عن عهد المكاتب المحلية والخارجية والعهد الشخصية حسب قرار اللجنة التنفيذية في اجتماعها الثاني بتاريخ ١٥/١٠/١٤١٩هـ .

**ما استجد من أعمال :**

٦- طلب الموافقة على اعتماد ميزانية إلحاقية للعام المالي ١٤١٩/١٤٢٠هـ خاصة بالمشاريع التي يشرف عليها مكتب الشرقية خارج بنود الميزانية .

٧- مناقشة العرض المقدم من مكتب حمدي أبو زيد للاستشارات الإدارية لإعداد دراسة شاملة عن الهيئة بهدف التنظيم والإصلاح والتطوير .

٨- مناقشة التصور المقدم من مكتب الدكتور/ محمد فداء الدين بهجت لتطوير العمل بالإدارة المالية .

٩- اقتراح بإضافة اسم الأستاذ وائل حمزه جليدان إلى لجنة الإغاثة العاجلة .

١٠- ضم الدكتور عوض الرحيلي لعضوية اللجنة التنفيذية .

**البند الأول :-عرض مذكرة ضوابط عمل المتطوعين والمتعاونين**

استعرضت اللجنة مذكرة ضوابط عمل المتطوعين والمتعاونين وقررت ما يلي :

**القرار الأول :**

١- يكلف سعادة الدكتور عوض الرحيلي وسعادة المستشار القانوني أحمد عزت بدراسة مذكرة ضوابط المتطوعين والمتعاونين والاستفادة من مشروع لائحة السلوك والأخلاقيات التي سبق إعدادها . على أن يستقبل الدكتور عوض الرحيلي ملاحظات أعضاء اللجنة التنفيذية حول هذا الموضوع ومن ثم يعدا مشروع لائحة يقدم للجنة في اجتماعها القادم .



العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم :

التاريخ :

الموضوع :

**البند الثاني : عرض موضوع عهدة المشاريع التي نفذها مكتب عنيزة في السودان عن طريق الأستاذ عمرو زيد**

استعرضت اللجنة موضوع عهدة المشاريع التي نفذها مكتب عنيزة في السودان عن طريق الأستاذ عمرو زيد وقررت ما يلي :

**القرار الثاني :**

٢/أ تشكل لجنة للعهد من :

١- الأستاذ محمد معروف الشيباني .

٢- الدكتور حسن عبدالقادر باحفظ الله .

٣- الدكتور عوض سلامه الرحيلي .

تفوض هذه اللجنة بدراسة حالات العهد الشخصية وعهد المكاتب المحلية والخارجية والبت فيها .

٢/ب تكلف الأمانة العامة للهيئة بالتحقيق مع محاسب مكتب كسلا بالسودان في موضوع عهدة المشاريع الخاصة بمكتب عنيزة واستكمال الملاحظات الواردة بمذكرة المستشار القانوني للهيئة ومن ثم الرفع بالنتائج للجنة العهد .

**البند الثالث : عرض موضوع عهدة الرعاية الصحية في الصومال عن سنة ١٤١٥هـ**

استعرضت اللجنة تقرير سعادة المراقب الداخلي حول عهدة الرعاية الصحية في الصومال عن سنة ١٤١٥هـ وملابساتها ظروف الحرب وعدم وجود مكتب للهيئة في شمال الصومال وانفصال شماله عن جنوبه .... الخ وقررت ما يلي :

**القرار الثالث :**

٣- يحال موضوع عهدة الرعاية الصحية في الصومال لسنة ١٤١٥هـ إلى لجنة العهد لدرسته والبت فيه .



العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

IIRO 287009

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الموضوع : ــــــــــــ
: ــــــــــــ
الرقم : ــــــــــــ
التاريخ : ــــــــــــ

**البند الرابع :ـعرض موضوع عهدة السيد/ وائل جليدان**

استعرضت اللجنة موضوع عهدة السيد/ وائل حمزه جليدان وقررت ما يلي :

**القرار الرابع :**

٤- يحال موضوع عهدة السيد/ وائل حمزه جليدان إلى لجنة العهد لدراسته والبت فيه .

**البند الخامس : تقرير الإدارة المالية عن عهد المكاتب المحلية والخارجية**

استعرضت اللجنة تقرير الإدارة المالية عن عهد المكاتب المحلية والخارجية والعهد الشخصية حسب قرار اللجنة التنفيذية في اجتماعها الثاني بتاريخ ١٥/١٠/١٤١٩هـ وقررت ما يلي :

**القرار الخامس :**

٥- يحال تقرير الإدارة المالية عن عهد المكاتب المحلية والخارجية والعهد الشخصية إلى لجنة العهد واتخاذ ما تراه بشأنه .

**ما استجد من أعمال**

**البند السادس :ـطلب الموافقة على اعتماد ميزانية إلحاقية للعام المالي ١٤١٩/١٤٢٠هـ خاصة بمشاريع مكتب الشرقية**

استعرضت اللجنة المذكرة الخاصة بطلب اعتماد ميزانية إلحاقية للعام المالي ١٤١٩/١٤٢٠هـ خاصة بالمشاريع التي يشرف عليها مكتب المنطقة الشرقية خارج بنود الميزانية ، حيث أن هناك عدد من المشاريع يتم تمويلها مباشرة من قبل مكتب الشرقية دون عليم الأمانة العامة والرعاية ، وقد تم إقناع المكتب بإدراج هذه المشاريع في ميزانية الهيئة لعام ١٤١٩/١٤٢٠هـ والتي يبلغ إجمالي تكاليفها (١١٫٥٥١٫٩٠٠) ريال تفاصيلها مرفقة بالمذكرة .

**القرار السادس :**

٦/أ الموافقة على اعتماد الميزانية الإلحاقية للعام المالي ١٤١٩/١٤٢٠هـ المقدمة من مكتب المنطقة الشرقية لمشاريع المكتب في (تايلند - أندونيسيا - الأردن - باكستان بلتستان - فلسطين - لبنان - الهند - السودان - مصر - الفلبين - أثيوبيا) والبالغ إجمالي تكاليفها (١١٫٥٥١٫٩٠٠) ريال .



العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الموضوع :
الرقم :
التاريخ :

٦/ب يوجه أعضاء اللجنة التنفيذية شكرهم لسمو المشرف الإقليمي على مكتب المنطقة الشرقية لحسن تعاونه مع الأمانة العامة في إدراج وتنفيذ مشاريع الهيئة في الخارج ضمن ميزانية الهيئة للعام المالي الحالي ١٤١٩/١٤٢٠هـ وتعده مؤشراً جيداً تأمل استمراره لما فيه مصلحة العمل الدعوي والإغاثي والانساني المطلوب تكامله وفق آلية التنسيق بين الأمانة العامة والمكاتب المحلية والخارجية .

**<u>البندان السابع والثامن : مناقشة العرض المقدم من مكتب حمدي أبو زيد للاستشارات الإدارية والتصور المقدم من مكتب الدكتور/ محمد فداء الدين بهجت لتطوير العمل بالإدارة المالية .</u>**

استعرضت اللجنة العرض المقدم من مكتب الأستاذ حمدي أبو زيد للاستشارات الإدارية لعمل دراسة شاملة عن الهيئة بهدف التنظيم والإصلاح والتطوير وذلك بالاشتراك مع مكتب الأستاذ إسماعيل سجيني حيث يشمل نطاق الدراسة أهم العناصر التالية :

١- التنظيم الإداري والمالي .
٢- نظام الحاسب الآلي .
٣- سياسيات تنمية موارد الهيئة .
٤- مقترحات تنمية وتطوير جهاز التدريب .
٥- مقترحات نظام وتنظيم الرقابة في الهيئة .
٦- تبسيط الإجراءات الرئيسية ووضع دليل خاص بها .

كما استعرضت اللجنة التصور المقدم الدكتور محمد فداء بهجت (محاسبون ومراجعون قانونيون) لتطوير العمل بالإدارة المالية وتقييم كفاءة العاملين بالمكاتب والإشراف التام على عمل الإدارة المالية بالهيئة . ثم قرروا ما يلي :

**<u>القرار السابع :</u>**

٧- تكلف لجنة من :

١- الشيخ ابراهيم بن محمد أفندي .
٢- الدكتور عدنان بن خليل باشا .
٣- الأستاذ محمد بن معروف الشيباني .



العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس: ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

IIRO 287011

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

وتفوض اللجنة بالاجتماع بالأخوة الأستاذ حمدي أبو زيد والأستاذ إسماعيل سجيني والدكتور محمد فداء بهجت للتفاهم معهم حول العرض المقدم منهما لتنظيم وتطوير أعمال الهيئة والتصور المقدم من الدكتور محمد فداء الدين بهجت لتطوير أعمال الإدارة المالية وبحث إمكانية اشراك الدكتور محمد فداء في الدراسة بالجانب المالي والاتفاق على نطاق عمل كل منهم والتكلفة المالية له .

إضافة إلى بحث موضوع برامج الحاسب الآلي المقترح تطبيقها مع مكتبي حمدي أبو زيد وإسماعيل سجيني التي لم تدرج تكلفتها ضمن تكاليف الدراسة . واتخاذ القرار المناسب .

**<u>البند التاسع : اقتراح بإضافة اسم الأستاذ وائل حمزه جليدان إلى لجنة الإغاثة العاجلة</u>**

ناقشت اللجنة اقتراح إضافة إسم الأستاذ وائل حمزه جليدان إلى عضوية لجنة الإغاثة العاجلة على أن يتولى أمانة اللجنة .

واستمع الأعضاء إلى حجم تواجد الهيئة كإغاثة عاجلة في الخارج وإلى نسبة ميزانيتها إلى بقية البرامج وأكدوا على أهمية دعم جهود الهيئة في مجال الإغاثة العاجلة وعلى ترشيح أشخاص لهم اهتمام في هذا الجانب لعضوية لجنة الإغاثة العاجلة مثل سعادة الدكتور عبدالعزيز عبدالله جفري .

**<u>القرار التاسع :</u>**

٩- الموافقة على ترشيح الأستاذ وائل حمزه جليدان والدكتور عبدالعزيز عبدالله جفري إلى عضوية لجنة الإغاثة العاجلة ويتولى الأستاذ وائل جليدان أمانة اللجنة .

**<u>البند العاشر : ترشيح المراقب الداخلي للهيئة لعضوية اللجنة التنفيذية</u>**

ناقشت اللجنة اقتراح معالي الرئيس بإضافة المراقب الداخلي للهيئة الدكتور عوض الرحيلي إلى عضوية اللجنة التنفيذية بوظيفته نظراً لما تقتضيه المصلحة من وجود شخص مالي في عضوية اللجنة . ثم قررت ما يلي :



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الموضوع :
:

الرقم :
التاريخ :

**القرار العاشر :**

١٠- الموافقة على ضم المراقب الداخلي للهيئة إلى عضوية اللجنة التنفيذية بوظيفته .

وفي نهاية الاجتماع تم التنويه بأنه سيعقد اجتماع مجلس الإدارة في الأسبوع الأول من محرم ١٤٢٠هـ .

*وبهذا انتهى الاجتماع ورفعت الجلسة في تمام الساعة الحادية عشرة صباحاً .*

*وبالله التوفيق .*

**تواقيع الأعضاء**

(١) الدكتور عبدالله بن صالح العبيد ........................(رئيس اللجنة)

(٢) الشيخ ابراهيم محمد أفندي ........................(عضو المجلس)

(٣) الدكتور عدنان بن خليل باشا ........................(عضو اللجنة)

(٤) الدكتور عبدالرحمن حبنكة الميداني ........................(عضو اللجنة)

(٥) الشيخ حسين بن علي مرفق ........................(عضو اللجنة)

(٦) الدكتور حسن عبدالقادر باحفظ الله ........................(عضو اللجنة)



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ