# EXHIBIT
# “125”

| Muslim World League<br>**International Islamic Relief Org.**<br>**The Kingdom of Saudi Arabia**<br>**Organization's Offices Dept.** | International Islamic Relief Org.<br>The Kingdom of Saudi Arabia<br>[logo]<br>INT'L. ISLAMIC RELEIF ORG.<br>The Kingdom of Saudi Arabia | MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELEIF ORG.**<br>**The Kingdom of Saudi Arabia** |
|---|---|---|

No.: No.: Subject: Sub.:
Date: Date:

**Administrative Decision No. (*185*) dated *11/3/1422*** [A.H. – 01/16/2002 A.D.]

- The Secretary General of the International Islamic Relief Organization in the Kingdom of Saudi Arabia,
- Based upon the authorities duly granted to him,
and the desire to improve the performance of the Organization's office in Chad by creating a management committee to oversee the activities of the Organization's office in Chad, and
- Based upon what is required in the Organization's best interest,

**<u>Hereby decides the following:</u>**

First: A management committee shall be created for the Organization's office in Chad until further notice. It shall consist of the following:

| | | |
|---|---|---|
| - Mr. / Jalwi Abdul Karim Al-Ashqar – Supervisor of the Islamic File at the Embassy | | Committee Chairman |
| - Mr. / Ajjal Ali Bakr | Office Director | Member |
| - Mr. / Abdul Rahman Youssef Saleh | Office Accountant | Member |

Second: The Committee's tasks and authorities are attached to the decision.
Third: All signatures on the Organization's accounts at the banks shall be annulled, and three authorized signatories shall be approved of Mr. / Jalwi Abdul Karim Al-Ashqar (primary signatory), Mr. / Ajjal Ali Bakr and Accountant / Abdul Rahman Youssef Saleh.
Fourth: No withdrawal and disbursement for the Office's expenses, projects and programs shall be allowed without direct and written approval from the Secretary General, which shall be sent to the bank concerned, and shall be based upon request letters from the Committee Chairman to which the Committee's minutes detailing the issues associated with the disbursement shall be attached.
Fifth: This decision shall go into effect as of its date of issue. Moreover, all relevant departments shall have to implement it and operate in accordance therewith.

Allah is the source of success…

[signature] *10/21*[/1422 A.H. – 1/5/2002 A.D.]

[signature] *10/22*[/1422 A.H. – 1/6/2002 A.D.]

**Secretary General**
[signature] *11/1*[/1422 A.H. - 1/14/2002 A.D.]
**Dr. Adnan Bin Khalil Basha**

[seal:] International Islamic Relief Organization
The Kingdom of Saudi Arabia
1 [logo] 1
INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA
**Secretariat General**
**Secretariat General**

Please quote above Ref. No. and date when replying. Please quote above Ref. No. and date when replying. Please quote above Ref. No. and date when replying.
Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 - 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ
Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 - 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ
Email: relief@iirosa.org: Email



EXHIBIT
depobook.com
Basha-139
LVF 02-21-19

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
ادارة مكاتب الهيئة

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

الرقم No :
التاريخ Date :
الموضوع Sub. :

# قرار إداري رقم (١٨٥) وتاريخ ٢/١١/١٤٢٢

ـ إن الأمين العام لهيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية .

ـ بناء على الصلاحيات المخولة له نظاما.

ورغبة في تحسين اداء العمل بمكتب الهيئة في تشاد من خلال تشكيل لجنة ادارة للاشراف على اعمال مكتب الهيئة في تشاد.

ـ وبناء على ما تقتضيه مصلحة العمل بالهيئة.

**يقرر مايلي**

اولا: تشكيل لجنة لادارة مكتب الهيئة في تشاد حتى اشعار أخر مكونة من :ـ

| | | |
|---|---|---|
| ـ الأستاذ/جلوي عبدالكريم الاشقر المسئول عن الملف الاسلامي بالسفارة | | رئيسا للجنة |
| ـ الأستاذ/عجال علي بكر | مدير المكتب | عضوا |
| ـ الأستاذ/ عبد الرحمن يوسف صالح | محاسب المكتب | عضوا |

ثانيا: مهام وصلاحيات اللجنة مرفقة بالقرار

ثالــثا: الغاء جميع التواقيع لحسابات الهيئة بالبنوك وتعميد ثلاثة تواقيع باسم الأستاذ/جلوي عبدالكريم الاشقر(توقيع رئيسي) والاستاذ/عجال علي بكر والمحاسب/عبد الرحمن يوسف صالح.

رابعــا لايــتم السحب والصرف على مصاريف المكتب والمشاريع والبرامج الا بموجب تعميد مباشر ومكتوب من الامين العام يوجه للبنك المخصص وبناء على خطابات طلب من رئيس اللجنة مرفق بها محضر اللجنة وموضحا فيه تفاصيل اوجه الصرف .

خامسا: يسري هذا القرار من تاريخ صدوره وعلى جميع الادارات ذات العلاقة تنفيذه والتمشي بموجبه.

والله الموفق،،،

الأمين العام

د.عدنان بن خليل باشا

SECRETARIAT GENERAL

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة Pour reponse: Prière de citer la date et la référence sus-citées Please quote above ref. No. and date when replying

العنوان ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تليفون ٦٥١٢٣٣٣ ٦٥١٥٤١١ فاكس ٦٥١٨٤٩١ تلكس ٦٠٦٧٥٤ اغاثة اس جي

Address : P.O.Box 14843 Jeddah 21434 Tel.: 6512333 - 6515411 - Fax. 6518491 Tlx. 606754 IGATHA SJ

Email: relief@iirosa.org البريد الالكتروني