# EXHIBIT

# “126”

Muslim World League
ITL. Islamic Relief Org.
Secretary General's office in
Saudi Arabia

No.
Date:

**Administrative decision No, 245 dated 27/09/1419 AH**

- Based on the authorities he is entitled to legally
- And with reference to the letter of his highness the Chairman of the board no. 117/17/M/K dated 23/04/1419 AH including a request to appoint Mr. Abdel-Samad bin Mohammad AlBaradi AlAnsari to work for the organization office in Albania.
- Based upon the approval of his highness Minister of Islamic affairs, waqfs, Da'wa and guidance dated 28/07/1419 AH
- And with reference to the resolution of the ministry no. 15046 dated 13/08/1419 AH which includes sending the above mentioned to work as the manager of the organization office in Albania for one year as of the date of starting work and with allowances determines
- And based on the requirements of the interest of the organization work

The secretary general for the International Islamic Relief Organization in Saudi Arabia decides the following:

1- Assigning Mr. Abdel-Samad bin Mohammad AlBaradi AlAnsari, Saudi to work for the organization office in Albania for one year as of the date of starting work.
2- The ministry is to bear all his salaries and allowances according to the ministry's resolution stated above
3- All regulations and instructions organizing work are to be observed by him, and he shall report to the General Secretary
4- All relevant administrations shall carry out this decision and work upon it.

Allah is the grantor of success

General Secretary
Of the World Islamic Relief Organization
In Saudi Arabia

Dr. Adnan Khalil Basha

EXHIBIT
depobook.com
Basha-145
LVF 02-21-19

Address: P.O. Box 14843 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الاغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

## قرار اداري رقم ( [illegible] ) بتاريخ ٢٧/٩/١٤١٩هـ

ان الأمين العام لهيئة الاغاثة الاسلامية العالمية بالمملكة العربية السعودية .

- بناء على الصلاحيات المخولة له نظاما .
- واشارة الى خطاب معالي رئيس مجلس الادارة رقم ١١٧/١٧/م/ك بتاريخ ٢٣/٤/١٤١٩هـ والمتضمن طلب اعارة الاستاذ / عبد الصمد بن محمد البرادعي الأنصاري ، للعمل مديرا لمكتب الهيئة في ألبانيا .
- وبناء على موافقة معالي وزير الشؤون الاسلامية والاوقاف والدعوة والارشاد شرحا بتاريخ ٢٨/٧/١٤١٩هـ ,
- واشارة لقرار الوزارة رقم (١٥٠٤٦) وتاريخ ١٣/٨/١٤١٩هـ والمتضمن إيفاد المذكور للعمل مديراً لمكتب الهيئة في ألبانيا لمدة سنة اعتبارا من تاريخ مباشرته ومع منحه جميع البدلات المقررة .
- وبناء على ما اقتضته مصلحة العمل بالهيئة .

يقرر مايلي :

١ – تكليف الأستاذ / عبد الصمد بن محمد البرادعي الأنصاري ، سعودي الجنسية ، للعمل بوظيفة مدير لمكتب الهيئة بألبانيا لمدة عام اعتبارا من تاريخ مباشرته للعمل .
٢ – تتحمل الوزارة صرف جميع رواتبه والبدلات وفقا لما نص عليه قرار الوزارة المشار اليه أعلاه .
٣ – يلتزم باللوائح والتعليمات المنظمة للعمل ، وتكون مرجعيته للأمين العام .
٤ – على الإدارات ذات العلاقة تنفيذ هذا القرار والتمشي بموجبه .

والله الموفق ،،،

الأمين العام
لهيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

د . عدنان بن خليل باشا

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ