# EXHIBIT

# "127"

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA

[Duplicate Text]

Subject: ----

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

No. 100/665/M/K
Date: 03/10/1420 AH
(JUN 24, 1999 AD)

**His Highness Mr. Saud bin Abdullah bin Taleb, may Allah bless him**
**Counselor and Supervisor of the Administrative and Financial Affairs at the Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance**

May the peace, mercy, and blessings of Allah be upon you

The International Islamic Relief Organization in the Kingdom of Saudi Arabia is pleased to send you its greetings, and would like to thank you for your cooperation with the Organization. May Allah reward you bountifully.

This is with reference to the Administrative Decision No. 15046, dated 08/13/1419 AH (DEC 3, 1998 AD), regarding the delegation of Mr. Abdelsamad Mohamed Albaradei Alansari to work as a manager of the Organization's office in Albania for one year starting the date of commencement.

Please be advised that in terms of the requirements of work at the Organization, Mr. Abdelsamad Mohamed Baradei Alansari was moved from the Albania office to the Secretariat General in Jeddah starting 03/07/1420 AH (JUN 21, 1999 AD), in accordance with my letter No. 100/649/M/K, dated 03/06/1420 AH (JUN 20, 1999 AD). For your review and necessary action.

**Kindest regards**
Secretary General
Dr. Adnan Khalil Basha [*Signed*]

[**SEAL**: *International Islamic Relief Organization, Main Office-1*]

---

Address: P.O. Box 14843 Jeddah 21434 – Tel. 6512333/6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ
IIRO 287342

EXHIBIT
depobook.com
Basha-146
LVF 02-21-19

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم : ١٠٠/٦٦٥/م/ك
التاريخ : ١٠/٢/١٤٢٠هـ

الموضوع :

سعادة الأستاذ/ سعود بن عبدالله بن طالب حفظه الله
المستشار والمشرف على الشؤون الإدارية والمالية
بوزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد

السلام عليكم ورحمة الله وبركاته

تهدي لكم هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية أطيب تحياتها وتشكركم على تعاونكم معها فجزاكم الله خير الجزاء .

إشارة إلى القرار الإداري ذو الرقم ١٥٠٤٦ المؤرخ في ١٤١٩/٨/١٣هـ بإيفاد الأستاذ/ عبدالصمد محمد البرادعي الأنصاري للعمل مديراً لمكتب الهيئة في ألبانيا لمدة سنة اعتباراً من مباشرته .

أمل الإحاطة بأنه نظراً لما تقتضيه مصلحة العمل بالهيئة فقد تم نقل الأستاذ/ عبدالصمد بن محمد البرادعي الأنصاري من مكتب ألبانيا للعمل بالأمانة العامة بجدة اعتباراً من تاريخ ١٤٢٠/٣/٧هـ بموجب خطابي رقم ١٠٠/٦٤٩/م/ك بتاريخ ١٤٢٠/٣/٦هـ وذلك للإحاطة واتخاذ اللازم .

وتقبلوا عاطر تحياتي ،،،

الأمين العام

د. عدنان بن خليل باشا

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي