# EXHIBIT
# "129"

[*Bilingual Text*]
Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad, Afghanistan

[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Day: Tuesday
Date: 27/05/1415 AH [Corresponding to November 01, 1994 AD]

# DAILY MEALS SERVICE

[**STAMP**: *Financial Division – Reviewed*]

| No. of تعداد | Breakfast چای صبح | Lunch نان چاشت | Dinner نان شب | Total تعداد کل |
|---|---|---|---|---|
| Patient | 6/12 children | 6/12 children | 6/12 children | |
| Doctor | 1 | 1 | 1 | |
| Nurse | 3 | 3 | 3 | |
| Cleaner | 2 | 2 | 2 | |
| Attend | 15 | 15 | 15 | |
| Driver | 1 | 2 | 1 | |
| Guard | 10 | 10 | 10 | |
| Other Staff | 12 | 20 | 12 | |
| Total | 62 | 70 | 62 | |

# SPECIAL NOURISHMENT

| No تعداد | Normal نورمال | H.Prot پروتئی | Low Salt کم نمك | Diab مریض شکر | N.B.M روزه |
|---|---|---|---|---|---|
| Patient | 4 | 7 | 2 | | |

[*Foreign Language*]

[*Handwritten Signature*]
27/05/1415 AH [Corresponding to November 01, 1994 AD]

Fatima Al-Zahra Hospital

IIRO 215526

[*Bilingual Text*]
Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad, Afghanistan

[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Day: Thursday
Date: 29/05/1415 AH [Corresponding to November 02, 1994 AD]

# DAILY MEALS SERVICE

[**STAMP**: *Financial Division – Reviewed*]

| No. of تعداد | Breakfast چای صبح | Lunch نان چاشت | Dinner نان شب | Total تعداد کل |
|---|---|---|---|---|
| Patient | 7/11 children | 7/11 children | 7/11 children | 54 |
| Doctor | 1 | 1 | 1 | 3 |
| Nurse | 3 | 3 | 3 | 9 |
| Cleaner | 2 | 2 | 2 | 6 |
| Attend | 16 | 16 | 16 | 48 |
| Driver | 1 | 2 | 1 | 5 |
| Guard | 10 | 10 | 10 | 30 |
| Other Staff | 12 | 20 | 12 | 44 |
| Total | 63 | 71 | 63 | 197 |

# SPECIAL NOURISHMENT

| No تعداد | Normal نورمال | H.Prot پروتنی | Low Salt کم نمک | Diab مریض شکر | N.B.M روزه |
|---|---|---|---|---|---|
| Patient | 11 | 5 | 2 | | |

[*Handwritten Signature*]
29/05/1415 AH [Corresponding to November 02, 1994 AD]

Fatima Al-Zahra Hospital

[*Bilingual Text*]
Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad, Afghanistan

[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Day: Wednesday
Date: 28/05/1415 AH [Corresponding to November 01, 1994 AD]

## DAILY MEALS SERVICE

[**STAMP**: *Financial Division – Reviewed*]

| No. of تعداد | Breakfast چای صبح | Lunch نان چاشت | Dinner نان شب | Total تعداد کل |
|---|---|---|---|---|
| Patient | 6/14 children | 6/14 children | 6/14 children | 60 |
| Doctor | 1 | 1 | 1 | 3 |
| Nurse | 3 | 3 | 3 | 9 |
| Cleaner | 2 | 2 | 2 | 6 |
| Attend | 17 | 17 | 17 | 51 |
| Driver | 1 | 2 | 1 | 4 |
| Guard | 10 | 10 | 10 | 30 |
| Other Staff | 12 | 20 | 12 | 40 |
| Total | 66 | 75 | 66 | 207 |

## SPECIAL NOURISHMENT

| No تعداد | Normal نورمال | H.Prot پروتئی | Low Salt کم نمک | Diab مریض شکر | N.B.M روزه |
|---|---|---|---|---|---|
| Patient | 6 | 3 | 2 | | |

[*Foreign Language*] 8
[*Foreign Language*] 1

[*Handwritten Signature*]
28/05/1415 AH [Corresponding to November 01, 1994 AD]

Fatima Al-Zahra Hospital

[*Bilingual Text*]
Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad, Afghanistan

[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Day: Monday
Date: 26/05/1415 AH [Corresponding to October 31, 1994 AD]

## DAILY MEALS SERVICE

[**STAMP**: *Financial Division – Reviewed*]

| No. of تعداد | Breakfast چای صبح | Lunch نان چاشت | Dinner نان شب | Total تعداد کل |
|---|---|---|---|---|
| Patient | 9/14 children | 9/14 children | 9/14 children | |
| Doctor | 1 | 1 | 1 | |
| Nurse | 2 | 2 | 2 | |
| Cleaner | 3 | 3 | 3 | |
| Attend | 17 | 17 | 17 | |
| Driver | 1 | 2 | 1 | |
| Guard | 10 | 10 | 10 | |
| Other Staff | 12 | 20 | 12 | |
| Total | 70 | 78 | 70 | 218 |

## SPECIAL NOURISHMENT

| No تعداد | Normal نورمال | H.Prot پروتنی | Low Salt کم نمك | Diab مریض شکر | N.B.M روزه |
|---|---|---|---|---|---|
| Patient | 14 | 7 | 3 | | |

[*Foreign Language*]

[*Handwritten Signature*]
26/05/1415 AH [Corresponding to October 31, 1994 AD]

Fatima Al-Zahra Hospital

IIRO 215529

*Muslim World League*
INTERNATIONAL ISLAMIC RELIEF ORGANISATION
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad - Afghanistan

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
مستشفى السيدة فاطمة الزهراء
جلال آباد - أفغانستان

الإدارة المالية
روجع

# DAILY MEALS SERVICE

Day : الثلثاء
Date ١٤١٥/٥/٢٧هـ

| No. of تعداد | Breakfast چاى صبح | Lunch نان چاشت | Dinner نان شب | Total تعداد كل |
|---|---|---|---|---|
| Patient مريض | ٦+/١٢ اطفال | ٦/١٢ طفال | ٦/٤ طفال | |
| Doctor داكتر | ١ | ١ | ١ | |
| Nurse نرس | ٣ | ٣ | ٣ | |
| Cleaner خاله | ٢ | ٢ | ٢ | |
| Attend پيواز | ١٥ | ١٥ | ١٥ | |
| Driver درئيور | ١ | ٢ | ١ | |
| Guard انضباط | ١٠ | ١٠ | ١٠ | |
| Other Staff ديگر | ١٢ | ٢٠ | ١٢ | |
| Total تعداد كل | ٦٢ | ٧٠ | ٦٢ | |

## SPECIAL NOURISHMENT

| No تعداد | Normal نورمال | H.Prot پروتنى | Low Salt كم نمك | Diab مريض شكر | N.B.M روزه |
|---|---|---|---|---|---|
| Patient مريض | ٤ | ٧ | ٢ | | |

٥ سوپ

[illegible] 29/5/1415

Fatima Al-Zahra Hospital

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANISATION
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad - Afghanistan

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
مستشفى السيدة فاطمة الزهراء
جلال آباد – أفغانستان

الإدارة المالية
روجع

# DAILY MEALS SERVICE

Day : الخميس
Date ١٤١٥/٥/٢٩هـ

| No. of تعداد | Breakfast چای صبح | Lunch نان چاشت | Dinner نان شب | Total تعداد کل |
|---|---|---|---|---|
| Patient مریض | ٧/١١ اطفال | ٧/١١ اطفال | ٧/١١ اطفال | ٥٤ |
| Doctor داکتر | ١ | ١ | ١ | ٣ |
| Nurse نرس | ٣ | ٣ | ٣ | ٩ |
| Cleaner خاله | ٢ | ٢ | ٢ | ٦ |
| Attend پیواز | ١٦ | ١٦ | ١٦ | ٤٨ |
| Driver درئیور | ١ | ٢ | ١ | ٥ |
| Guard انضباط | ١٠ | ١٠ | ١٠ | ٣٠ |
| Other Staff دیگر | ١٢ | ٢٠ | ١٢ | ٤٤ |
| Total تعداد کل | ٦٣ | ٧١ | ٦٣ | ١٩٧ |

## SPECIAL NOURISHMENT

| No تعداد | Normal نورمال | H.Prot پروتئی | Low Salt کم نمک | Diab مریض شکر | N.B.M روزه |
|---|---|---|---|---|---|
| Patient مریض | ١١ | ٥ | ٢ | | |

29/5/1415

Fatima Al-Zahra Hospital

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANISATION
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad - Afghanistan

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
مستشفى السيدة فاطمة الزهراء
جلال آباد – أفغانستان

الإدارة المالية
روجع

# DAILY MEALS SERVICE

Day : الاربعاء
Date : ٢٨/٥/١٤٢٥هـ

| No. of تعداد | Breakfast چای صبح | Lunch نان چاشت | Dinner نان شب | Total تعداد کل |
|---|---|---|---|---|
| Patient مریض | ٦/١٤ اطفال | ٦/١٤ اطفال | ٦/١٤ اطفال | ٦٠ |
| Doctor داکتر | ١ | ١ | ١ | ٣ |
| Nurse نرس | ٣ | ٣ | ٣ | ٩ |
| Cleaner خاله | ٢ | ٢ | ٢ | ٦ |
| Attend پیواز | ١٧ | ١٧ | ١٧ | ٥١ |
| Driver درئیور | ١ | ٢ | ١ | ٤ |
| Guard انضباط | ١٠ | ١٠ | ١٠ | ٣٠ |
| Other Staff دیگر | ١٢ | ٢٠ | ١٢ | ٤٤ |
| Total تعداد کل | ٦٦ | ٧٥ | ٦٦ | ٢٠٧ |

## SPECIAL NOURISHMENT

| No تعداد | Normal نورمال | H.Prot پروتئی | Low Salt کم نمک | Diab مریض شکر | N.B.M روزه |
|---|---|---|---|---|---|
| Patient مریض | ٦ | ٣ | ٢ | | |

غذائی نرم ٨
غذائی مایع ١

Fatima Al-Zahra Hospital
٢٨/٥/١٤٢٥هـ

*Muslim World League*
INTERNATIONAL ISLAMIC RELIEF ORGANISATION
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad - Afghanistan

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
مستشفى السيدة فاطمة الزهراء
جلال آباد – أفغانستان

الإدارة المالية
روجع

# DAILY MEALS SERVICE

Day : الأثنين
Date : ٢٦/٥/١٤١٥هـ

| No. of تعداد | Breakfast چای صبح | Lunch نان چاشت | Dinner نان شب | Total تعداد کل |
|---|---|---|---|---|
| Patient مریض | ٩ / ١٤ اطفال | ٩ / ١٤ اطفال | ٩ / ١٤ اطفال | |
| Doctor داکتر | ١ | ١ | ١ | |
| Nurse نرس | ٢ | ٢ | ٢ | |
| Cleaner خاله | ٣ | ٣ | ٣ | |
| Attend پیواز | ١٧ | ١٧ | ١٧ | |
| Driver درئیور | ١ | ٢ | ١ | |
| Guard انضباط | ١٠ | ١٠ | ١٠ | |
| Other Staff دیگر | ١٢ | ٢٠ | ١٢ | |
| Total تعداد کل | ٧٠ | ٧٨ | ٧٠ | ٢١٨ |

## SPECIAL NOURISHMENT

| No تعداد | Normal نورمال | H.Prot پروتنی | Low Salt کم نمك | Diab مریض شکر | N.B.M روزه |
|---|---|---|---|---|---|
| Patient مریض | ١٤ | ٧ | ٢ | | |

١ غذائی نرم

٢٦/٥/١٤١٥

Fatima Al-Zahra Hospital

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 2024012315U**

**Language**: Arabic > English

**Document title**: IIRO 215526-215529

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli* **Date**: 31/01/2024

**FATMA AL-ZAHRAA HOSPITAL, JALALABAD, AFGHANISTAN:**

Fatma Al-Zahraa Hospital is one of the most important and largest health projects affiliated with the International Islamic Relief Organization in the city of Jalalabad, Afghanistan. This hospital includes the following departments:

OUTPATIENT CLINIC:

1. Obstetrics and Gynecology
2. Internal Medicine
3. Surgery
4. Pediatrics
5. Dental
6. Radiology Department
7. Outpatient Clinic Pharmacy
8. Vaccination Center
9. Emergency Department for Women

INPATIENT CLINIC DEPARTMENTS:

Department of Internal Medicine for Women
Department of Surgery for Women
Department of Obstetrics and Gynecology
Pediatrics Department
Surgery Department
Intensive Care Unit [ICU] Department
Blood Bank
Heart Examination Room
Laboratory Department

**MOST IMPORTANT NOTES AND POINTS:**

- The furniture in the Outpatient Clinic is in poor condition.
- In the region and suburbs of Jalalabad, there are power outages most of the time. When we get there, the situation is no different. There was a power outage two days after we arrived there. The hospital has a large electric generator, thank Allah, but they do not have the budget to buy fuel/diesel.
- There is also the problem of lack of water due to the breakdown of the machine drawing water from the well or the tank.
- The necessary medications are not available.
- Medical devices and equipment are unusable.
- The dental device/machine is very old, and some of its devices are broken.

- The X-ray device/machine is very old, small in size, and unusable.
- The electrocardiogram (ECG) device is very old and does not contain ECG paper.
- The anesthesia device in the operations [surgery] room is unusable.
- There are no oxygen tubes in the Internal Medicine Department or in the operations [surgery] room.
- In the Inpatient Clinic, the devices are not sufficient for treatment.
- The Outpatient Clinic, the Internal Medicine Department, and the Surgery Department for Men are not arranged.
- The sewage pipes are broken and as a result the rotten water gets in the hospital.
- There is unnecessary intervention by the officials of the University Hospital affiliated with the Afghan government to take control of the rooms of Fatma Al-Zahraa Hospital, which causes many problems in the hospital's management.
- The University Hospital has begun constructing a good building in front of the main door of Fatma Al-Zahraa Hospital.
- The University Hospital's workers block the water, and this causes dirt in the hospital and affects the trees and flowers in the hospital yard.
- The number of patients in the Inpatient Clinic and the Outpatient Clinic is very little compared to the size of the building and the number of workers in it, due to the lack of continuous provision of medications and operational expenses.

**NEEDS**

- Maintenance of the Outpatient Clinic.
- Continuously providing the necessary medications monthly.
- Giving medications to patients for free, because the area is poor, and the patients cannot afford to buy medications. In addition, the Afghan refugees in Pakistan have begun to return to their country, and their economic situation is very bad. Most patients are widows and orphans due to the current war and the previous wars.
- The hospital is in urgent need of hiring a specialist obstetrician and gynecologist because the hospital was built to care for women and children. After communicating with some doctors and others, [it was found out that] the number of female surgical specialists is very little. Therefore, they are demanding salaries higher than the proposed salary for this position with us. Another reason is that the other international organizations pay higher salaries than ours.
- Hiring workers to the vacant jobs in the hospital. Increasing the salaries of workers, or at least paying their salaries monthly without delay, because the charitable and humanitarian organizations…

- … pay salaries higher than ours, and they also provide free medical facilitations to their workers. Some workers left work on the Organization's projects and began working with other organizations for this reason.
- The hospital is in urgent need of hiring some specialists. Experienced specialists cannot be hired at the salaries being paid at our health projects.
- Maintenance of medical devices or purchasing new devices.
- Purchasing an ultrasound device.
- Purchasing medical devices and equipment for the Maternity Department (incubator and nebulizer).
- Organizing the Inpatient Clinic and the Internal Medicine Department for Men.
- Opening the Orthopedic Department, the Ear, Nose and Throat Department, and the Vision Department.
- [Sending] a letter to the Afghan government and the director of the University Hospital requesting not to interfere in the internal affairs of Fatma Al-Zahraa Hospital and not to take control of its rooms.
- Paying attention to the cleanliness of the hospital and providing it with materials is very necessary.
- Purchasing and maintaining the hospital's furniture.
- Purchasing a respiratory device.

The hospital needs a cardio monitor "for the intensive (health) care room".

**<u>AUDITING THE ACCOUNTS:</u>**

- When distributing the salaries and after auditing and comparing with the attendance and absence record, we found that the salaries are received by payees.
- The hospital's revenues/income are only from the outpatient clinic fees, which is (3,000 Afghanis), which is equivalent to four and a half Pakistani rupees from each patient.
- The fixed assets were compared with their list, and everything was present.
- The medication record is not in order because the medication employee and the warehouse do not pay attention to reviewing the records.
- We received the original bills and documents for the past year from the hospital's accountant. After inquiring from him, he replied that Al-Qari Nur Al-Zaman was handing over the accounts to us and was receiving them from us, and he did not ask us for the documents.
- There were minor mistakes, and we knew about the mistakes and about the correct way to arrange the records and accounts.

**MEETING WITH THE UNIVERSITY HOSPITAL'S OFFICIALS:**
According to the directions of His Excellency the Office Director, Mr. Rahmatullah Nazir Khan, the committee was formed to meet with the University Hospital's officials. The following are the names of the members of the committee formed for this purpose:

1. Dr. Fath Mohamed Barasha — Health Care Coordinator;
2. Dr. Shah Mohamed Sajid — Director of Fatma Al-Zahraa Hospital;
3. Al-Qari Nur Al-Zaman — Supervisor of the Quran Seminars;
4. Mr. Mohamed Bilal Ahmed — Auditor of the Organization's Office, Islamabad;
5. Mr. Mohamed Youssef Al-Balush — Assistant Health Care Coordinator

Details of the points discussed with the University Hospital's officials are enclosed herewith with this report.

**SUGGESTIONS:**
In light of the precise study and meeting with the government officials, we believe that the problems and the intervention will continue on the part of the University Hospital's officials. Therefore, we suggest transferring this hospital to another city (such as Kabul, Kandahar, Herat) and other poor areas that are in urgent need of the provision of medical and health services. There are many hospitals and clinics in Jalalabad that provide medical services.

Please review this and kindly take action as you deem appropriate.
May Allah bless you.

| | | |
|---|---|---|
| [*Handwritten Signature*] | [*Handwritten Signature*] | [*Handwritten Signature*] |
| Dr. Fath Mohamed Barasha | Bilal Ahmed | Youssef Al-Balush |
| Health Care Coordinator | Auditor | Assistant Health Care Coordinator |

## مستتشفى فاطمة الزهراء جلال اباد افغانستان:

مستشفى فاطمة الزهراء هو من اهم و اكبر المشاريع الصحية التابعة لهيئة الاغاثة الإسلامية العالمية داخل افغانستان في مدينة جلال اباد . و تشمل هذه المستشفى على الاقسام التالية :

عيادة خارجية :

١- ولادة و امراض النساء
٢- الباطنة
٣- جراحة
٤- الاطفال
٥- الاسنان
٦- قسم الاشعة
٧- صدلية للعيادات الخارجية
٨- مركز التطعيم
٩- قسم الطوارءي للنساء

اقسام الداخلية

قسم الباطنة للنساء
قسم الجراحة للنساء
قسم الولادة و الامراض النساء
قسم الاطفال
قسم الجراحة
قسم الرعاية المكثفة (ICU)
بنك الدم
غرفة فحوصات القلب
قسم المختبر

اهم الملاحظات و النقاط :

- الاثاث في عيادة خارجية في حالة سيئة
- في منطقة جلال اباد و نواحيها تعطل الكهرباء في معظم الاوقات. و عند وصولنا الى هناك الحالة ليست مختلفة. تعطلت الكهرباء بعد يومين من وصولنا الى هناك و ان المستشفى لديها موكد كهربائي كبير و الحمدلله و لكن ليس لديهم الميزانية لشراء وقود/ ديزل.
- كما توجد مشكلة قلة الماء بسبب التعطل الماكينة لسحب الماء من البئر او خزان .
- لاتوجد الادوية الضرورية .
- الاجهزة و المعدات الطبية غير صالحة للاستعمال
- جهاز / ماكينة الاسنان قديمة جداً بعض الاجهزة مكسورة فيها

- جهاز/ ماكينة الاشعة قديمةجداًصغيرة الحجم غير صالحة للإستعمال
- جهاز رسم القلب(**ECG**) قديمة جداً و لاتوجد فيها اوراق تخطيط القلب.
- جهاز للتخدير في غرفة العمليات غير صالحة للإستعمال.
- لاتوجد انابيب الاكسيجين في قسم الداخلية وفي غرفة العمليات.
- في قسم عيادةالداخلية الاجهرةغيركافية للعلاج.
- عيادة خارجية و قسم باطنة و الجراحة للرجال غير مرتب.
- ماسورات ماء المجاري مكسورة و بسببها يدخل الماء المتعفن في المستشفى.
- تدخل غير ضروري من مسوؤلي مستشفي الجامعة التابعة للحكومة الافغانية سيطرة علي غرف المستشفى فاطمة الزهراء. وذلك يسبب الى مشاكل عديدة في إدارة المستشفى.
- ان مستشفى الجامعة قد بدات ببناء مبنى جيد امام باب الرئيسي لمستشفى فاطمة الزهراء .
- العاملين في مستشفى الجامعة يسدون الماء و ذلك يسبب الوساخة في المستشفى اضافة يؤثر الاشجار و الورود في ساحة المستشفى.
- عدد المراجعين في عيادتي الداخلية و الخارجية قلية جداً مقابل ضخامة المبنى و عدد العاملين فيه و ذلك بعدم توفير الادوية و مصاريف التشغيلية مع الاستمرار.

## احتياجات

- صيانة عيادة الخارجية.
- توفير الادوية الضرورية شهرياً مع الاستمرار.
- اعطاء الادودية للمرضى مجاناً و ذلك لان المنطقة فقيرة و المراجعين لا يسطتعيون شراء الادوية.اضافة ً ان اللاجيين الافغانيين في باكستان قد بداؤ بلعودة الى بلادهم ووضعهم الا قتصادي سيئة جداً و ان اكثرية المراجعين ارامل و ايتام بسبب الحرب الحالي و الحروب السابقة.
- المستشفى في حاجة ماسة للتعيين دكتورة اخصائية لامراض النساء و الولادة لان المستشفى قد ينبي للرعاية الصحية للنساء و الاطفال. و بعد الاتصال مع عدد اطباء و غيرهم ان هناك عدد الاخصائيات جراحة قليل جداً. لذا هن يطالبون رواتب زيادة عن الراتب المقترح لهذا الوظيفة لدينا.و سبب الثاني هو ان المنظمات الدولية اخرى تصرف رواتب اكثر من رواتبنا.
- تعيين العاملين على الوظائف الشاغرة في المستشفى.وتزويد رواتب العاملين او على الاقل صرف الرواتبهم شهرياً بلا تاخير.لان المو سسأت الخيريةو الانسانية

تصرف الرواتب اكثر من الرواتبنا كما يوفرون التسهيلات الطبية مجاناً لعامليهم.و بعض العاملين تركوا العمل من مشاريع الهيئة و باشروا العمل في مؤسسات اخرى بهذا السبب.

- المستشفى في امس الحاجة بتعيين بعض إخصائيين. ولا يمكن الحصول على الاخصائيين ذو خبرة على رواتب التي يتم صرفها في مشاريعنا الصحية.
- صيانة اجهزة طبية او شراء اجهزة جديدة.
- شراء جهاز التراساوند.
- شراء اجهزة و معدات طبية لقسم الولادة(انكيوبيتر و نيوبليزر)
- تنظيم عيادة الداخلية و قسم الداخلي للرجال.
- فتح قسم الاعظام و قسم الاتف و اذن و الحنجرة و قسم العيون.
- خطاب إلىالحكومة الافغانية و مدير مستشفىالجامعة بعدم تدخل في شوؤن الداخلية لمستشفى فاطمة الزهراء و السيطرة على غرفها.
- الاهتمام بنظافة المستشفى و توفير المواد لها ضرورية جداً.
- شراء و صيانة اثاث المستشفى.
- شراء جهاز التنفسي.

المستشفى بحاجة الى كارديو مونيتر "لغرفة الرعاية (الصحية) المكثفة".

## تدقيق الحسابات :

- عند توزيع الرواتب و بعد التدقيق و المقارنة مع سجل الحضور و الغياب وجدنا بان الرواتب تصل الى مستحقيها.
- عوائد / الدخل المستشفى هو فقط من رسوم العيادة الخارجية و هو( ٣٠٠٠افغاني ) ما يعادل اربعة و نصف روبية باكستانية من كل مراجع.
- تم مقارنة الاصول الثابتة مع قائمتها و كان حسب كل شيء موجود.
- سجل الادوية ليست مرتبة لان مسوؤل الادوية و المستودع لا يهتم بمراجعة السجلات.
- استلمنا فواتير و مستندات الاصلية لسنة المنصرمة من محاسب المستشفى. و بعد الاستفسار منه اجابنا بان القاري نور الزمان كان يسلم لنا الحسابات و يستلم مننا. و هو لم يطلب منا المستندات.
- كان هناك اخطاء بسيطة وقد علمنه عن الاخطاء وعن الطريقة الصحيحة لترتيب السجلات و الحسابات.

## الاجتماع مع مسوؤلي مستشفى الجامعة:

حسب توجهات سعدة مدير المكتب الاستاذ رحمة الله نزير خان تم تكوين اللجنة للاجتماع مع مسوؤلي مستشفى الجامعة. و التالية اسماء اعضاء اللجنة المكونة لهذا الغرض:

| | |
|---|---|
| ١- دكتور فتح محمد براشا | منسق الرعاية الصحية |
| ٢- دكتور شاه محمد ساجد | مدير مستشفى فاطمة الزهراء |
| ٣- القاري نور الزمان | مشرف حلقات القران |
| ٤- الاستاذ محمد بلال احمد | مدقق مكتب الهيئة اسلام اباد |
| ٥- الاستاذ محمد يوسف البلوش | مساعد منسق الرعاية الصحية |

تفصيل عن نقاط التي نوقشت مع مسوؤلي مستشفى الجامعة مرفقة مع هذا التقرير.

## اقتراحات :

و في ضوء الدراسة الدقيقة و الاجتماع مع مسوؤلي الحكومة نرى ان المشاكل وتدخل ستستمر من قبل مسوؤلى مستشفة الجامعة لذا نقترح بنقل هذا مستشفى الى مدينة اخرى (مثلاً كابل قندهار هرات) و غيرها من المناطق الفقيرة التي هى بأمس بحاجة لتوفير الخدمات الطبية و الصحية . حيث ان في جلال اباد مستشفيات و عيادات كثيرة التي تقدم الخدمات الطبية.

نرجوا الاطلاع و التكرم باجراءت كما ترونه مناسباً.

و الله من وراء القصد و الهادي إلى سواء السبيل

| | | |
|---|---|---|
| د. فتح محمد براشا | بلال احمد | يوسف البلوش |
| منسق العاية الصحية | مدقق | م.منسق الرعاية الصحية |

GLOBO®

TRANSLATION CERTIFICATION STATEMENT

**Project: 2024012315U**

**Language**: Arabic > English

**Document title**: IIRO 126173-126176

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli **Date**: 31/01/2024

ISLAMIC COORDINATION COUNCIL
Secretarial General

مجلس التنسيق الإسلامي
الأمانة العامة

**Brief information on ICC member organizations' Health Services in Afghanistan, October 16, 2001**

ICC member organizations have considerable capacity undertaking long term health services in Afghanistan as well as for Afghan refugees in Pakistan. The health services in Afghanistan comprises various facilities according to the need of Afghan civilian e.g, in urban and very remote rural areas.
The distribution of ICC member organizations' health facilities in various parts of Afghanistan are summarized as follows:

| | |
|---|---|
| **Fatima Al- Zahra, Hospital (IIRO)** | Jalalabad, Ningrahar |
| **Nadwa General, Hospital (WAMY)** | Chamkani, Paktia |
| **Al Sharan Hospital (LDI)** | Sharan, Paktika |
| **Al Ghazali Hospital (LDI)** | Tangi Saydan, Wardak |
| **Kuwait Al-Khair Hospital (LDI)** | Saycdabad, Wardak |
| **Paraplegic Center (KJRC)** | Kabul city |
| **Physiotherapy Center (female children) KJRC** | Kabul, city |
| **Orthopedic workshop (KJRC)** | Khost |
| **Eight (8) Institutional Feeding Program Centers for malnourished children, lactating and expecting mothers (ISRA)** | Jalalabad, Logar, Khost |
| **Five(5) BHUs (ISRA)** | Azra, Logar |
| **Two (2) BHUs (ISRA)** | Tizin, Kabul |
| **One (1) BHU (ISRA)** | Mehtarlam, Laghman |
| **One (1) BHU (ISRA)** | Asaadabad, Kunar |
| **One (1) BHU (ISRA)** | Khost |
| **One (1) BHU (ISRA)** | Baraki Barak, Logar |
| **Two (2) BHUs (ISRA)** | Jalalabad, Rodat, Ning. |
| **One (1) H. Clinic (ISRA)** | Dam Kelai, Kunar |
| **Two (2) Dental clinics (ISRA)** | Azro, Logar |
| **One (1) Dental Clinic (ISRA)** | Jalalabad, Ningrahar |
| **Three (3) H. Clinics (IIRO)** | Laghman |
| **Three (3) H. Clinics (IIRO)** | Nangrahar |
| **Two (2) H. Clinics (IIRO)** | Kunar |
| **TB Control Program (IIRO)** | Jalalabad, Nangrahar |
| **Malaria Control Program (IIRO)** | Jalalabad, Nangrahar |

**Codes:**

- KJRC Kuwait Joint Relief Committee
- IIRO International Islamic Relief Organization
- ISRA Islamic Relief Agency
- LDI Lajnat Al Da'wa Al-Islamiah
- WAMY World Assembly of Muslim Youth

**GUL HAJI PLAZA, FLAT No: 409, FOURTH FLOOR, UNIVERSITY ROAD**
**TEL/FAX: 092 91 45342, P.O. BOX (887) U.T. PESHAWAR, PAKISTAN**
**E-mail: iccpsh@brain.net.pk**

**ISLAMIC COORDINATION COUNCIL**

**ICC**

مجلس التنسيق الإسلامي

الأمانة العامة

| No | Organization | Director | Tel. No. | Fax No. | PO.Box |
|---|---|---|---|---|---|
| 1 | Islamic Coordination Council (ICC) | Dr. Ahmad Jan Ahmad | 45342 | 45342 | 782 UT |
| 2 | Saudi Red Crescent Society (SRCS) | Shiekh Saleh Muhammad Al- Dhaif | 840207 / 840213 | 840587 | 347 UT |
| 3 | Kuwait Joint Relief Committee (KJRC) | Abdul Salam Al-Sharif | 841306 / 844653-4 / 840345 | 840521 | 782 UT |
| 4 | Islamic Relief Agency (ISRA) | Jaffar Ahmad Abdullah Maki | 844662 / 840365/ 844961 | 840429 | 887 UT |
| 5 | Lajnat Al- Da'wah Al- Islamiah (LDI) | Muzamil Mohammad Mahjoob | 285970-1,.285979-82 | 285983 | 906 UT |
| 6 | World Assembly of Muslim Youth (WAMY) | Mohammad Mustafa Mohammad | 840249 / 43713 / 45428 | 840385 | 1055 UT |
| 7 | Afghan Support Committee (ASC) | Abul Haris | 228334 -36 | 229230 | 861 UT |
| 8 | Afghanistan Recon. Consultant-Organization (ARCON | Dr. Ahmad Farid Mustafa | 840241 | 840241 | 991 UT |
| 9 | AL-Madina AL-Munawarah Intl Charity Trust (MMIC | Fathi Ramazan Shaheen | 263298 | 263299 | 317 UT |
| 10 | Qatar Charitable Society (QCS) | Sulaiman Al- Hawamedah | 051 2828183, 2825172 | 051 2272265 | 2207 Isb. |
| 11 | AL-Haramain and AL- Masjed Aqsa Cha. Foundation | Abu Abdurrahman | 0995 655125 | 0995 655501 | 68 Haripur |
| 12 | International Islamic Relief Organization (IIRO) | Rahmatullah Nazir Khan | 051 4435113-4, 4449347 | 051 4449241 | 1850 Is. |
| 13 | Humanitarian Medical Relief Body (HMRB) | Haji Barakat Shah | 44811 | 44811 | 1012 UT |

ISLAMIC COORDINATION COUNCIL
Secretarial General

مجلس التنسيق الإسلامي
الأمانة العامة

Date : June 4, 2001
Ref. No. : 81/icc-apb

**Dr. Viktor Matz**
**The Chairman, APB**
**Islamabad**

Subject: <u>**Information on ICC member Organization activities**</u>

Dear Matz,

Hereby I forward the required information about ICC members activities in Afghanistan as well as in Pakistan. Its hoped that it will be usefull and informative.

Withe best wishes,

*Dr. Ahmad Jan Ahmad*
*Executive Coordinator, ICC*

GUL HAJI PLAZA FLAT No: 409 FOURTH FLOOR, UNIVERSITY ROAD

**ICC member organizations are as follows:**

1- Saudi Red Crescent Society (SRCS)
2- Kuwait Joint Relief Committee (KJRC)
3- International Islamic Relief Organization (IIRO)
4- Islamic Relief Agency (ISRA)
5- Lajnat Al Dawa Al-Islamiah (LDI)
6- World Assembly of Muslim Youth (WAMY)
7- Jamiat Ihya Ul Turath Al-Islamia (Afghan Support Committee) ASC
8- Afghan Reconstruction Consultant Organization ( ARCON)
9- Al-Madinah Al Munawarah International Charity Trust (MMICT)
10- Al-Haramai wal Masajed Aqsa Charitable Foundation (HMACF)
11- Qatar Charitable Society (QCS)
12- Humanitarian Medical Relief Body (HMRB)

**2. Source of funding:**

The source of ICC members fund is the respected States while a great percentage is contributed by the philanthropist who are their traditional donors in Middle East countries.

ICC members are running a number of long-term programs for Afghan refugees in Pakistan as well as in Afghanistan, some of them are as follows:

- **In Pakistan:**

**Health Sector:**

The health facilities currently run by ICC members are as follows:

| Facility | Location & Address |
|---|---|
| **In Pakistan :** | |
| Kuwait Hospital (KJRC) | Opposite Abdarah Chawk, Peshawar |
| SRCS TB hospital | Kacha Ghari, Peshawar |
| Al Nafisi Surgical Hosp. | Sadah, Kurm Agency, NWFP |
| Bader (women) Hosp(IIRO) | Peshawar |
| Eight BHUs (KJRC) | Akora, Jalala, Khairabad |
| Three BHUs (LDI) | Khyber Agency, Badabera, New Shamshatoo |
| One (1)clinic (QCS) | Rawelpindi |
| One (1)clinic (ISRA) | Peshawar |
| ***In Afghanistan:*** | |
| Fatimah Alzahra Hosp(IIRO). | Jalalabad, Ningrahar |

| | |
|---|---|
| Nadwa General, Hospital (WAMY) | Chamkani, Paktia |
| Al Sharan Hospital (LDI) | Sharan, Paktika |
| Al Ghazali Hospital (LDI) | Tangi Saydan, Wardak |
| Kuwait Al-Khair Hospital (LDI) | Sayedabad, Wardakh |
| Paraplegic Center (KJRC) | Kabul city |
| Two MCH clinics (ISRA) | Jalalabad, Logar |
| Physio center(Female & Children) KJRC | Kabul. |
| Orthopedic workshop (KJRC) | Khost |
| Eight (8) Institutional Feeding Program's Centers for malnourished children, lactating and expecting mothers (ISRA) | Jalalabad, Logar, Khost |
| Five(5) BHUs (ISRA) | Azra, Logar |
| Two (2) BHUs (ISRA) | Tizin, Kabul |
| One (1) BHU (ISRA) | Mehtarlam, Laghman |
| One (1) BHU (ISRA) | Asaadabad, Kunar |
| One (1) BHU (ISRA) | Khost |
| One (1) BHU (ISRA) | Baraki barak, Logar |
| Three (3) BHUs (ISRA) | Jalalabad, Rodat, Gorake, Ning. |
| One (1) clinic (ISRA) | Dam Kilai, Kunar |
| One (1) dental clinic (ISRA) | Jalalabad, Ningrahar |

**Education Sector:**

- University of Sciences and Technology with two branches one in Herat and the other in Jalalabad.
- University of Arabic Language in Peshawar.
- 76 High , Secondary and primary schools sponsored by LDI 46 are in Pakistan and 30 out of them in Afghanistan with 29204 students ( girls and boys).
- Higher Institute for Teachers' Training (WAMY) in Peshawar.
- ISRA runs 6 primary schools Khost, Logar,Ningrahar, Laghman and Kunar provinces.

**Social Welfare Program:**

**In Afghanistan:**

ICC members support some 15,000 orphans and widows in Afghanistan. as well with distribution of monthly allowance more than Rs. 1300 to each family.

- One orphanage for boys (ASC) in Badakhshan
- One orphanage for girls (ASC) in Badakhshan
- Dar ul Arqam for boys (WAMY) in Kunar
- Nadwa Center (orphanage)(WAMY) in Jalalabad
- Eight Schools for Orphans in Jalalabad, Wardak, Kabul and Logar

**In Pakistan:**

- Dar Rabi wal Hajeri, Orphanage and School, (ASC), Pubi
- Madina International School (girls & boys) (MMICT), Chamkani
- Dar ul Anjal (girls and boys) HMACF, Haripur
- Dar [illegible]nar [illegible]hata[illegible] [illegible]RO), Chamkani
- Habiburrahman (QCS), Jalalabad
- Omar bin Khatab (QCS), Laghman
- Orphanage and school (ASC), Chakdara
- Nine (12) orphan Centers in Pakistan
- VTCs for boys (ISRA) in Jalalabad and 2 (LDI) in Pakistan.

**Agriculture and Rural Development:**

establishment of nurseries for providing suppling of citrus, peaches, almond, apple, grapes and forestry nurseries especially for the rehabilitation of eastern citrus area.

Some ICC members are working in Agriculture and Irrigation sectors, they have horticulture, and improved seeds multiplication program for Afghan farmers. ISRA provides improved seeds and fertilizers on credit basis.

**Provision of Drinking Water:**

Thousands of shallow wells have been dug by ICC members in Afghanistan as well as in Pakistan which can easily be noticed at different locations in provinces e.g. LDI dug 1605 in Pak. and 875 shallow wells in Afghanistan and distributed 250 water coolers to schools, mosques and hospitals. 28 Tube-wells in Pakistan and 8 in Afghanistan

**Under process:**

More than 300 shallow wells most of them for IDPs are under process in Afghanistan as well as in Pakistan.

**Construction:**

KJRC constructed 150 houses in earthquake stricken area in Badakhshan, LDI providing shelters to poor families and ISRA is constructing shelter to IDPs in Afghanistan.

More than 450 mosques have constructed and 82 other are under construction in Pakistan and Afghanistan.

**Emergency Relief:**

**Food Security:**

More than 50,000 IDP families have received food packages from WAMY, KJRC, ISRA, Islamic relief (UK) and IIRO in Herat and Kandahar IDP camps.

Five (5) bakeries (run by LDI in Pakistan, distributed bread loaves (US$ 137,927), to refugees and needy Pakistanis and fulfilled emergency relief worth in US $ 50,372,870).

[*Bilingual Text*]
Muslim World League
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION
In Saudi Arabia
Pakistan Office
Islamabad

[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Ref. No. 320/88/204 Subject: ----
Date: 19/01/1424 AH [Corresponding to March 22, 2003 AD]

**STAMP**
International Islamic Relief Organization
General Inbound
Administrative Communications
Inbound No. 2233
Date: 04/02/1424 AH [Corresponding to April 06, 2003 AD]
Attachments: Supportive documents
Agency Concerned: Engineering Division

His Excellency: Director of the Engineering Division at the Secretariat General, may Allah bless him
Engineer: Adnan bin Abdullah Bakri
[**Handwriting**: *The documents were sent to the concerned care divisions. To be archived*] [*Handwritten Signature*]
May the peace, mercy, and blessings of Allah be upon you.
The International Islamic Relief Organization's Office is sending you the warmest greetings, asking Allah the almighty to lead you and us to do good deeds, abandon evil deeds, love the poor, and help us avoid visible and invisible seditions. Amen.

This is with reference to Your Excellency's letter No. 204/10324/23, dated 16/10/1423 AH [Corresponding to December 21, 2002 AD], regarding the guidelines of His Excellency the Secretary General to follow up with the external offices to register the Organization's property in terms of land, facilities, and assets. We are sending the supportive documents of the Organization's ownership of the following projects to Your Excellency.

**First: Social Care**

| No. | Project | Location | Attachments |
|---|---|---|---|
| 1 | Social Care Office | Head Office | Asset inventory statement |
| 2 | Ali bin Abi Talib House | Islamabad | Contract of granting the land to the Muslim World League + asset inventory statement |
| 3 | Omar bin Al-Khattab House | Peshawar | Contract of granting the land + asset inventory statement |
| 4 | Al-Baraim [Sprouts] House | Mansehra | Land purchasing contract + asset inventory statement |
| 5 | Summayah House | Gilgit | Building lease contract + asset inventory statement |
| 6 | Ammar bin Yassir House | Gilgit | Building lease contract + asset inventory statement |
| 7 | Al-Imam Al-Bukhari House | Jalalabad | Building turnover agreement + asset inventory statement |

**Second: Health Care**

| No. | Project | Location | Attachments |
|---|---|---|---|
| 1 | Uhad Hospital | Quetta | Lease contract + asset inventory statement |
| 2 | Fatma Al-Zahraa Hospital | Jalalabad | [*Truncated Text*] + asset inventory statement |

[*Bilingual Text*]
Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
In Saudi Arabia
Pakistan Office
Islamabad

[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Ref. No. 320/203
Date: ----

Subject: ----

| | | | |
|---|---|---|---|
| 3 | Badr Hospital | Peshawar | Lease contract + asset inventory statement |
| 4 | Shamashtu Clinic | Peshawar | Asset inventory statement |
| 5 | Al-Khaleej [Gulf] Medical Center | Rawalpindi | Lease contract + asset inventory statement |
| 6 | Health Care Office | Head Office | Asset inventory statement |

**Third: Education Care**

| No. | Project | Location | Attachments |
|---|---|---|---|
| 1 | Archaeological University | Jhelum | Building contract + asset inventory statement |

**Fourth: The Studio**

| No. | Project | Location | Attachments |
|---|---|---|---|
| 1 | The Studio | Head Office | Asset inventory statement |

May Allah the almighty record your good deeds and reward you bountifully. Please accept my kindest regards.

Office Director
Rahmatullah Nazir Khan
[*Handwritten Signature*]

[*Bilingual Text*]
Address: H - 8/1- Pitrus Bukhari Road - Opp. Shifa International Hospital P.O. Box: (1850) Islamabad, Pakistan
Tel: 4449347 - 4435113 – 4446856 Fax: (92-51) 4449241
E-mail: Islamic@isb.paknet.com.pk. & mwl@isb.comsats.net.pk

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
In Saudi Arabia
Pakistan Office/Islamabad

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان/إسلام آباد

هيئة الإغاثة الإسلامية العالمية الاتصالات الادارية الوارد العام
رقم الوارد ٢٢٢٧ التاريخ ٢٤/٤/١٤٢٤هـ
المرفقات أوراق الثبوتية
الجهة المختصة الهندسة

الموضوع:

Ref: ٢٠٤/ ٨٨ /٣٢٠ :الرقم

Date: 22.3.2003 ١٤٢٤/١/١٩ :التاريخ

**سعادة مدير الإدارة الهندسية بالأمانة العامة**

**المهندس / عدنان بن عبد الله بكري** **حفظه الله**

- تحال لسعادة م/... المختصة
- يحفظ

السلام عليكم ورحمة الله وبركاته

يهديكم مكتب هيئة الإغاثة الإسلامية العالمية أطيب التحيات سائلا المولى ﷻ أن يوفقنا وإياكم

لفعل الخيرات وترك المنكرات وحب المساكين وأن يجنبنا الفتن ما ظهر منها وما بطن آمين

إشارة إلى خطاب سعادتكم رقم: ٢٣/١٠٣٢٤/٢٠٤ بتاريخ: ١٤٢٣/١٠/١٦هـ بخصوص توجيهات سعادة الأمين العام لمتابعة المكاتب الخارجية لتسجيل ممتلكات الهيئة من أراضي ومنشآت وأصول، نرسل لسعادتكم أوراق الثبوتية لملكية الهيئة للمشاريع التالية:

**أولا/ الرعاية الاجتماعية**

| م | المشروع | الموقع | المرفقات |
|---|---|---|---|
| ١ | مكتب الرعاية الاجتماعية | المكتب الرئيسي | كشف جرد الأصول |
| ٢ | دار علي بن أبي طالب رضي الله عنه | إسلام آباد | عقد هبة الأرض للرابطة + كشف جرد الأصول |
| ٣ | دار عمر بن الخطاب رضي الله عنه | بشاور | عقد هبة الأرض + كشف جرد الأصول |
| ٤ | دار البراعم | مانسهره | عقد شراء الأرض + كشف جرد الأصول |
| ٥ | دار سمية | جلجت | عقد إيجار المبنى + كشف جرد الأصول |
| ٦ | دار عمار بن ياسر | جلجت | عقد إيجار المبنى + كشف جرد الأصول |
| ٧ | دار الإمام البخاري (رح) | جلال آباد | اتفاق تسليم المبنى + كشف جرد الأصول |

**ثانيا/ الرعاية الصحية**

| م | المشروع | الموقع | المرفقات |
|---|---|---|---|
| ١ | مستشفى أجد | كويتا | عقد الإيجار + كشف جرد الأصول |
| ٢ | مستشفى فاطمة الزهراء | جلال آباد | [illegible] + كشف جرد الأصول |

P.O. Bukhari Road- Opp Shifa International Hospital Islamabad Pakistan
Islamabad Pakistan – Tel: (92-51) 4449347 – 4435113-4 – 4446856, Fax: 4449241
islamic@isb.paknet.com.pk. & mwl@isb.comsats.net.pk

اتشر ١/٨ شارع بطرس بخاري – مقابل مستشفى الشفاء انترناشيونال ص.ب:(١٨٥٠) إسلام آباد – باكستان
هاتف: ٤٤٤٩٣٤٧ – ٤٤٣٥١١٣ – ٤٤٤٦٨٥٦، فاكس: ٤٤٤٩٢٤١(٩٢-٥١)
E-mail: Islamic@isb.paknet.com.pk. & mwl@isb.comsats.net.pk

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
In Saudi Arabia
Pakistan Office/Islamabad

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان/إسلام آباد

الرقم: ٣٢٠/ ٢٠٣/ Ref:
الموضوع:
التاريخ: Date:

| | | | |
|---|---|---|---|
| ٣ | مستشفى بدر | بشاور | عقد الإيجار + كشف جرد الأصول |
| ٤ | عيادة شمشتو | بشاور | كشف جرد الأصول |
| ٥ | مركز الخليج الطبي | راولبندي | عقد الإيجار + كشف جرد الأصول |
| ٦ | مكتب الرعاية الصحية | المركز الرئيسي | كشف جرد الأصول |

**ثالثا: الرعاية التعليمية**

| م | المشروع | الموقع | المرفقات |
|---|---|---|---|
| ١ | الجامعة الأثرية | جهلم | عقد المبنى + كشف جرد الأصول |

**رابعا: الاستديو**

| م | المشروع | الموقع | المرفقات |
|---|---|---|---|
| ١ | الاستديو | المكتب الرئيسي | كشف جرد الاصول |

وسائلين الله ﷻ أن يجعل ما تقدمونه في صحائف من نور في موازين حسناتكم وصحائف

أعمالكم وجزاءكم خير الجزاء وتقبلوا فائق تحياتي وتقديري ودمتم؛؛؛؛

**مدير المكتب**

**رحمة الله نذير خان**

8/1 – Pitrus Bukhari Road- Opp Shifa International Hospital Islamabad Pakistan
Box: (1850) Islamabad Pakistan – Tel: (92-51) 4449347 – 4435113-4 – 4446856, Fax: 4449241
E-mail: Islamic@isb.paknet.com.pk. & mwl@isb.comsats.net.pk

اتش ١/٨ شارع بطرس بخاري – مقابل مستشفى الشفاء انترناشيونال ص-ب:(١٨٥٠) إسلام آباد – باكستان
هاتف: ٤٤٤٩٣٤٧ – ٤٤٣٥١١٣ – ٤٤٤٦٨٥٦، فاكس: ٤٤٤٩٢٤١(٩٢-٥١)
E-mail: Islamic@isb.paknet.com.pk. & mwl@isb.comsats.net.pk

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 2024012315U**

**Language**: Arabic > English

**Document title**: IIRO 59410-59411

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli* **Date**: 31/01/2024

TOTAL P.01

[*Bilingual Text*]
MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
THE KINGDOM OF SAUDI ARABIA
Offices Division

[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Ref. No. 103/250/1424 Subject: ----
Date: 28/01/1424 AH [Corresponding to March 31, 2003 AD]
His Excellency: Director of the Organization's Office in Pakistan, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.
We ask Allah the almighty that you are doing well.

This is with reference to your letter No. 320/77/202, dated 19/01/1424 AH [Corresponding to March 22, 2003 AD], about the request to terminate the services of Dr. Shams Al-Rahman bin Samandar Khan, who is a doctor at Fatma Al-Zahraa Hospital in Jalalabad for violating the Organization's regulations and bylaws.

We approve of terminating the services of Dr. Shams Al-Rahman bin Samandar Khan, who is a doctor at Fatma Al-Zahraa Hospital in Jalalabad. I hereby authorize you to issue a decision to terminate his services and to ask him to hand over his financial and in-kind obligations before being discharged. Please update me on the procedures being taken according to the Organization's applicable bylaws and regulations.

[*Handwritten Signature*]

**STAMP**
Muslim World League
International Islamic Relief Organization
Regional Office – Pakistan
------------ Inbound ------------
No. 93
Date: 29/01/1424 AH [Corresponding to April 01, 2003 AD]
Agency Concerned: ----

Kindest regards,
Secretary General
Dr. Adnan bin Khalil Basha
[*Handwritten Signature*]

[*Handwriting*]
CC: Archives Division;
Mr. Youssef Balushi – to do what is required;
[*Illegible*] file;
March 31, 2003 AD

[**STAMP**: *INTERNATIONAL ISLAMIC RELIEF ORGANIZATION – THE KINGDOM OF SAUDI ARABIA – SECRETARIAT GENERAL – 1*]

[*Bilingual Text*]
Please quote above ref. No. and date when replying.
Address: P.O. Box 14843 Jeddah 21434 Tel. 6512333 – 6515411 – Fax: 6518491 – Telex: 606754 IGHATHA SJ
Email: relief@iirosa.org
Muharram 1424 AH [Corresponding to March 04, 2003 – April 02, 2003 AD]
Mohamed Hals

31-MAR-2003 11:29 IIROR O 966 2 6512997 P.01

TOTAL P.01

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
إدارة المكاتب

Sub. : ــــــــــ : الموضوع

No : ١٤٢٤/٢٥٠/١٠٢ : الرقم
Date : ١٤٢٤/٧/٢٨هـ : التاريخ

سعادة مدير مكتب الهيئة باكستان                حفظه الله

السلام عليكم ورحمة الله وبركاته

نسأل المولى سبحانه وتعالى أن تكونوا بخير وعافية

إشارة إلى خطابكم رقم ٢٠٢/٧٧/٣٢٠ وتاريخ ١٤٢٤/١/١٩هـ بشأن طلب إنهاء خدمات الدكتور/ شمس الرحمن بن سمندر خان ، الطبيب بمستشفى فاطمة الزهراء بجلال آباد لتجاوزه أنظمة ولوائح الهيئة

لا مانع من إنهاء خدمات الدكتور/ شمس الرحمن بن سمندر خان ، الطبيب بمستشفى فاطمة الزهراء بجلال آباد وأفوضكم بإصدار قرار إنهاء خدماته ومطالبته بتسليم ما عليه من عهد مالية وعينية قبل إخلاء طرفه وموافاتي بما يتم اتخاذه من إجراءات وفق اللوائح والأنظمة المعتمدة بالهيئة .

والله ولي التوفيق ،،

الأمين العام

د. عدنان بن خليل باشا

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
المكتب الإقليمي - باكستان
الوارد
الرقم: ٩٣
التاريخ: ١٤٢٤/٧/٢٩هـ

INT'L ISLAMIC RELIEF ORG. — الأمانة العامة — SECRETARIAT GENERAL

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة
Please qoute above ref. No. and date when replying.
Pour répondre, Prière de citer la date et la référence sus-citées

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

31-MAR-2003 11:29 IIROR O 966 2 6512937 P.01

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 2024012315U**

**Language**: Arabic > English

**Document title**: IIRO 108937

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli* **Date**: 31/01/2024

TOTAL P.01

[*Bilingual Text*]
MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
THE KINGDOM OF SAUDI ARABIA
Health Care
No. 202/1218/1424
Date: 10/05/1424 AH
[Corresponding to July 10, 2003 AD]

[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Subject: ----

**Fax**

His Excellency: Director of the Organization's Office in Pakistan, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

This is with reference to your letter No. 320/642/202, dated 28/04/1424 AH [Corresponding to June 28, 2003 AD], about your request for approval to buy fuel for the electric generator at Fatma Al-Zahraa Hospital in Jalalabad for the period between July 01, 2003 AD until September 30, 2003 AD in an amount of 20,000.00 Pakistani rupee which is equivalent to 1,300.00 Saudi riyal.

Please note that according to the allocated amount in the estimated budget to the hospital for the fiscal year 1423/1424 AH (2002/2003 AD), we approve paying an amount of 1,300.00 Saudi riyal which is equivalent to 20,000.00 Pakistani rupee to buy fuel for the electric generator at Fatma Al-Zahraa Hospital in Jalalabad from the surplus revenue of Al-Khaleej [Gulf] Medical Center in Pakistan. Please send me the original documents proving the payment.

Kindest regards,
Secretary General
Dr. Adnan bin Khalil Basha
[*Handwritten Signature*]

[**STAMP**: *INTERNATIONAL ISLAMIC RELIEF ORGANIZATION – THE KINGDOM OF SAUDI ARABIA – SECRETARIAT GENERAL – 1*]
[*Handwriting*]

CC: Archives Division;
Health Care Section at the Office – July 14, 2003 AD
Financial Division

**STAMP**
Muslim World League
International Islamic Relief Organization
Regional Office – Pakistan
------------ Inbound ------------
No. 434
Date: 14/05/1424 AH [Corresponding to July 14, 2003 AD]
To [Agency]: ----

[*Bilingual Text*]
Please quote above ref. No. and date when replying.

Address: P.O. Box 14843 Jeddah 21434 Tel. 6512333 – 6515411 – Fax: 6518491 – 6512997
Email: relief@iirosa.org

12-JUL-2003 12:28 IIROSA ... P.01

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الرعاية الصحية

Sub. : الموضوع :

No الرقم : ١٤٢٤/١٨/٩٤٤/ص

Date : التاريخ : ١٤٢٤/٥/١٩هـ

فاكس

سعادة/مدير مكتب الهيئة في الباكستان حفظه الله

السلام عليكم ورحمة الله وبركاته

إشارة إلى خطابكم رقم ٢٠٢/٦٤٢/٣٢٠ في ١٤٢٤/٤/٢٨هـ بخصوص طلبكم الموافقة على شراء محروقات للمولد الكهربائي بمستشفى فاطمة الزهراء بجلال اباد للفترة من ١/ ٢٠٠٣/٧م حتى ٢٠٠٣/٩/٣٠م بمبلغ ٢٠,٠٠٠ ألف روبية باكستانية ما يعادل ١٣٠٠ ريال سعودي.

أفيدكم علماً بأنه وحسب المعتمد بالميزانية التقديرية للمستشفى للعام المالي ٢٤/٢٣هـ لا مانع لدينا من صرف مبلغ ١٣٠٠ ريال سعودي يعادل ٢٠,٠٠٠ ألف روبية باكستانية لصالح شراء محروقات للمولد الكهربائي بمستشفى فاطمة الزهراء بجلال آباد من فوائض إيرادات مركز الخليج الطبي بباكستان، وموافاتي بالمستندات الأصلية الدالة على الصرف.

وتقبلوا عاطر تحياتي،،،

الأمين العام

د. عدنان بن خليل باشا

SECRETARIAT GENERAL الأمانة العامة

صورة لـ ... صورة ... الرعاية الصحية ... ١٣/٥/١٤٢٤

صورة للملف

رابطة العالم الإسلامي هيئة الإغاثة الإسلامية العالمية ... الوارد
الرقم: ٤٣٢
التاريخ: ١٤٢٤/٥/١٩هـ



العنوان: ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون: ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس: ٦٥١٨٤٩١ - ٦٥١٢٩٩٧
Address :P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997
Email : relif@iirosa.org : البريد الإلكتروني

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 2024012315U**

**Language**: Arabic > English

**Document title**: IIRO 105986

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli **Date**: 31/01/2024