# EXHIBIT

# "130"

| Illegible | Amount in Marks | In Euro | Number of (Illegible) | Statement | Amount in Dollars |
|---|---|---|---|---|---|
| 229 | 632.14 | 323.21 | 1302 | Water bills for Pristina office, shared equally with the Saudi Joint Committee | 316.07 |
| 236 | 3178.4 | 1625.07 | 1456 | Electricity bills, shared equally with the Saudi Committee for the months 8, 9, 10, 11 / 2001 and 1, 2, 3, 4 / 2002 | 1589.18 |
| 238 | 166.95 | 85.36 | 1456 | Water bills, shared equally with the Saudi Joint Committee for the months 11 / 2001 and 1, 2, 3, / 2002 AD | 83.47482 |

Case 1:03-md-01570-GBD-SN Document 12389-10 Filed 10/16/26 Page 3 of 10

KINGDOM OF SAUDI ARABIA
OFFICE OF KOSOVA

المملكة العربية السعودية
مكتب كوسوفا

الرقم: ٥/ ت م/ ٢٠٠١
التاريخ: ٣١/ ٥/ ٢٠٠٢م

ج/ كشف المصروفات الإدارية

| المبلغ بالدولار | البيان | رقم الش | باليورو | المبلغ بالمارك | م |
|---|---|---|---|---|---|
| | عاشرا : الكهرباء والمياه | | | | |
| 112.5 | فاتورة كهرباء المركز الثقافي بيا عن شهر اكتوبر ٢٠٠١م | 1299 | 115 | 225 | 226 |
| 85.5 | فاتورة كهرباء المركز الثقافي بيا عن شهر نوفمبر ٢٠٠١م | 1299 | 87 | 171 | 227 |
| 39.565 | فاتورة الماء لمكتب والمركز الثقافي بيا عن شهر نوفمبر ٢٠٠١م | 1299 | 40 | 79.13 | 228 |
| 316.07 | فواتير المياه لمكتب برشتينا مناصفة مع اللجنة السعودية المشتركة | 1302 | 323.21 | 632.14 | 229 |
| 127.129 | فاتورة كهرباء المركز الثقافي بيا عن شهر ديسمبر ٢٠٠١م | 1420 | 130 | 254.26 | 230 |
| 107.5707 | فاتورة كهرباء المركز الثقافي بيا عن شهر يناير ٢٠٠٢م | 1420 | 110 | 215.14 | 231 |
| 97.7915 | فاتورة كهرباء المركز الثقافي بيا عن شهر فبراير ٢٠٠٢م | 1420 | 100 | 195.58 | 232 |
| 7.608179 | فاتورة الماء لمكتب والمركز الثقافي بيا عن شهر يناير ٢٠٠٢م | 1420 | 7.78 | 15.216 | 233 |
| 6.522693 | فاتورة الماء لمكتب والمركز الثقافي بيا عن شهر مارس ٢٠٠٢م | 1433 | 6.67 | 13.045 | 234 |
| 28.35954 | فاتورة كهرباء المركز الثقافي بيا عن شهر مارس ٢٠٠٢م | 1433 | 29 | 56.719 | 235 |
| 1589.18 | فواتير الكهرباء مناصفة مع اللجنة السعودية للشهور ٨،٩،١٠،١١/ ٢٠٠١م و ١،٢،٣،٤/ ٢٠٠٢م | 1456 | 1625.07 | 3178.4 | 236 |
| 518.999 | فاتورة كهرباء مكتب الحسابات سابقا(عيادة اللجنة السعودية حاليا)للفترة السابقة | 1456 | 530.72 | 1038 | 237 |
| 83.47482 | فواتير المياه مناصفة مع اللجنة السعودية المشتركة للشهور ١١/ ٢٠٠١م و ١،٢،٣/ ٢٠٠٢م | 1456 | 85.36 | 166.95 | 238 |
| | | | 3190.74 | 6240.5 | |

المدير

المحاسب:

العنوان:شارع لينين،مبنى نوفي دوم ،فاكس:٥٤٩٢٠٧ ٣٨ ٠٠٣٨١ ،هاتف:٥٤٩٢٩٦ ٣٨ ٠٠٣٨١ برشتينا ، كوسوفا
ADRESA:Re. E Leninit ,ndertesa e ish Novi Domit ,fax/tel:00381 38 549207 ,tel00381 38 549296 Prishtine , kosova

{Duplicate Text already in English to left}

Kingdom of Saudi Arabia
Office of Kosova

No.: 5/TM/2001
Date: 05/ 31 /2002

**Statement of Administrative Expenses**

| No. | Amount in Mark | In Euro | Purchase Order No. | Statement | Amount In Dollar |
|---|---|---|---|---|---|
| | | | | Eleven: Internet | |
| 239 | 583.1 | 298.134 | 1456 | Internet bill shared equally with the Joint Saudi Committee for September 2001 | 291.55 |
| 240 | 670.57 | 342.854 | 1456 | Internet bill shared equally with the Joint Saudi Committee for October 2001 | 335.2825 |
| 241 | 670.57 | 342.854 | 1456 | Internet bill shared equally with the Joint Saudi Committee for November 2001 | 335.2825 |
| 242 | 670.57 | 342.854 | 1456 | Internet bill shared equally with the Joint Saudi Committee for December 2001 | 335.2825 |
| 243 | 670.57 | 342.854 | 1456 | Internet bill shared equally with the Joint Saudi Committee for January 2002 | 335.2825 |
| 244 | 670.26 | 342.7 | 1456 | Internet bill shared equally with the Joint Saudi Committee for January 2002 | 335.1315 |
| 245 | 670.26 | 342.7 | 1456 | Internet bill shared equally with the Joint Saudi Committee for February 2002 | 335.1315 |
| 246 | 670.26 | 342.7 | 1456 | Internet bill shared equally with the Joint Saudi Committee for March 2002 | 335.1315 |
| 247 | 670.26 | 342.7 | 1456 | Internet bill shared equally with the Joint Saudi Committee for April 2002 | 335.1315 |
| | | | | | |
| | | | | | |
| | 5946.4 | 3040.35 | | | |

Accountant
[Signature]

Address: E Leninit Street, Novi Domit Building, Tel: 0038138549296, Fax: 0038138549207, Pristina, Kosovo
ADDRESS: Re. e Leninit, ndërtesa e ish Novi Domit. fax tel: 00381 38 549207, tel: 0081 38 549296 Prishtine, kosova

KINGDOM OF SAUDI ARABIA
OFFICE OF KOSOVA

بالمملكة العربية السعودية
مكتب كوسوفا

الرقم: ٥/ت م/٢٠٠١
التاريخ: ٣١/٥/ ٢٠٠٢م

ج/ كشف المصروفات الإدارية

| المبلغ بالدولار | البيان | رقم اذن ال | باليورو | المبلغ بالمار | [illegible] |
|---|---|---|---|---|---|
| | احدي عشر : الانترنت | | | | |
| 291.55 | فاتورة الانترنت مناصفة مع اللجنة السعودية المشتركة لشهر سبتمبر ٢٠٠١م | 1456 | 298.134 | 583.1 | 239 |
| 335.2825 | فاتورة الانترنت مناصفة مع اللجنة السعودية المشتركة لشهر اكتوبر ٢٠٠١م | 1456 | 342.854 | 670.57 | 240 |
| 335.2825 | فاتورة الانترنت مناصفة مع اللجنة السعودية المشتركة لشهر نوفمبر ٢٠٠١م | 1456 | 342.854 | 670.57 | 241 |
| 335.2825 | فاتورة الانترنت مناصفة مع اللجنة السعودية المشتركة لشهر ديسمبر ٢٠٠١م | 1456 | 342.854 | 670.57 | 242 |
| 335.2825 | فاتورة الانترنت مناصفة مع اللجنة السعودية المشتركة لشهر يناير ٢٠٠٢م | 1456 | 342.854 | 670.57 | 243 |
| 335.1315 | فاتورة الانترنت مناصفة مع اللجنة السعودية المشتركة لشهر يناير ٢٠٠٢م | 1456 | 342.7 | 670.26 | 244 |
| 335.1315 | فاتورة الانترنت مناصفة مع اللجنة السعودية المشتركة لشهر فبراير ٢٠٠٢م | 1456 | 342.7 | 670.26 | 245 |
| 335.1315 | فاتورة الانترنت مناصفة مع اللجنة السعودية المشتركة لشهر مارس ٢٠٠٢م | 1456 | 342.7 | 670.26 | 246 |
| 335.1315 | فاتورة الانترنت مناصفة مع اللجنة السعودية المشتركة لشهر ابريل ٢٠٠٢م | 1456 | 342.7 | 670.26 | 247 |
| | | | 3040.35 | 5946.4 | |

المدير:

المحاسب

العنوان:شارع لينين,مبنى نوفي دوم ,فاكس:٠٠٣٨١ ٣٨ ٥٤٩٢٠٧ ,هتف:٠٠٣٨١ ٣٨ ٥٤٩٢٩٦ برشتينا , كوسوفا
ADRESA/Re. E Leninit ,ndertesa e ish Novi Domit ,fax/tel:00381 38 549207 ,tel00381 38 549296 Prishtine , kosova

KINGDOM OF SAUDI ARABIA

OFFICE OF KOSOVA

Number: 4/T M /2001

Date: 12/10/2001

[Same text already in English]

Statement of Administrative Expenses

| M | Amount in Marks | Funding Authorization Number | Statement | Amount in Dollars |
|---|---|---|---|---|
| | | | TEN: Electricity and Water | |
| 220 | 54 | 1024 | Water Bill of the Office and Biba Cultural Center for the period 05 /01 – 06 /30 / 2001 | 27 |
| 221 | 537.5 | 1123 | Electricity bill of Pristina Office for March 2001 (50:50 cost-sharing with the Saudi Committee) | 268.75 |
| 222 | 587 | 1123 | Electricity bill of Pristina Office for April 2001 (50:50 cost-sharing with the Saudi Committee) | 293.5 |
| 223 | 326 | 1123 | Electricity bill of Pristina Office for May 2001 (50:50 cost-sharing with the Saudi Committee) | 163 |
| 224 | 347.5 | 1123 | Electricity bill of Pristina Office for June 2001 (50:50 cost-sharing with the Saudi Committee) | 173.75 |
| 225 | 305 | 1123 | Electricity bill of Pristina Office for July 2001 (50:50 cost-sharing with the Saudi Committee) | 152.5 |
| 226 | 30 | 1123 | Water bill of the Office and the Cultural Center and the Center of [Illegible] in Pristina (50:50 cost-sharing with the Saudi Committee) | 15 |
| 227 | 98 | 1152 | Electricity bill of Biba Cultural Center for the period 1/7-1/9 / 2001 | 49 |
| 228 | 11.5 | 1152 | Water Bill of Biba Cultural Center for the period 1/7-31/7 / 2001 | 5.75 |
| 229 | 195 | 1217 | Electricity bill of Biba Cultural Center for the period 1/9-1/10 / 2001 | 97.5 |
| 230 | 35.31 | 1217 | Electricity bill of Biba Cultural Center for the period 1/9-30/9 / 2001 | 17.655 |
| | | | | |
| | | | | |
| | | | | |
| | 2526.81 | | | |

The Accountant

Signature: [Illegible]

[Illegible]

Signature: [Illegible]

0013838, Phone: 00381 38 549296 Pristina, Kosovo

ADDRESS: Re. E Leninit, ndërtesa ish Novi Domit. fax/tel:

KINGDOM OF SAUDI ARABIA
OFFICE OF KOSOVA

بالمملكة العربية السعودية
مكتب كوسوفا

الرقم: ٤/ت د/٢٠٠١
التاريخ: ١٠/١٢/ ٢٠٠١م

ج/ كشف المصروفات الادارية

| م | المبلغ بالمارك | رقم اذن الصرف | البيان | المبلغ بالدولار |
|---|---|---|---|---|
| | | | عاشرا : الكهرباء والمياه | |
| 220 | 54 | 1024 | فاتورة مياه مكتب ومركز بيا الثقافي للفترة من ١/٥-٣٠/٦/ ٢٠٠١م | 27 |
| 221 | 537.5 | 1123 | فاتورة كهرباء مكتب برشتينا لشهر مارس ٢٠٠١م(مناصفة مع اللجنة السعودية) | 268.75 |
| 222 | 587 | 1123 | فاتورة كهرباء مكتب برشتينا لشهر ابريل ٢٠٠١م(مناصفة مع اللجنة السعودية) | 293.5 |
| 223 | 326 | 1123 | فاتورة كهرباء مكتب برشتينا لشهر مايو ٢٠٠١م(مناصفة مع اللجنة السعودية) | 163 |
| 224 | 347.5 | 1123 | فاتورة كهرباء مكتب برشتينا لشهر يونيو ٢٠٠١م(مناصفة مع اللجنة السعودية) | 173.75 |
| 225 | 305 | 1123 | فاتورة كهرباء مكتب برشتينا لشهر يوليو ٢٠٠١م(مناصفة مع اللجنة السعودية) | 152.5 |
| 226 | 30 | 1123 | فاتورة مياه مكتب والمركز الثقافي ومركز القرآن برشتينا (مناصفة مع اللجنة السعودية) | 15 |
| 227 | 98 | 1152 | فاتورة كهرباء المركز الثقافي بيا للفترة من ١/٧-١/٩/ ٢٠٠١م | 49 |
| 228 | 11.5 | 1152 | فاتورة مياه المركز الثقافي بيا للفترة من ١/٧-٣١/٨/ ٢٠٠١م | 5.75 |
| 229 | 195 | 1217 | فاتورة كهرباء المركز الثقافي بيا للفترة من ١/٩-١/١٠/ ٢٠٠١م | 97.5 |
| 230 | 35.31 | 1217 | فاتورة كهرباء المركز الثقافي بيا للفترة من ١/٩-٣٠/٩/ ٢٠٠١م | 17.655 |
| | 2526.81 | | | |

المحاسب

٣٨١٠٠٣٨ ٠٠، هاتف: ٥٤٩٢٩٦ ٣٨ ٠٠٣٨١ برشتينا، كوسوفا
ADRESA:Re. E Leninit ,ndertesa e ish Novi Domit ,fax/tel:003

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20190111_B6H (WTC Litigation)**

**Language**: Arabic > English

**Document title**:
IIRO 39085

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli **Reissued on:** November 19, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20190111_B6H (WTC Litigation)**

**Language**: Arabic > English

**Document title**:
IIRO 39086

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli **Reissued on:** November 19, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project: 20190111_B6H (WTC Litigation)**

**Language**: Arabic > English

**Document title**:
IIRO 39278

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli

**Reissued on:** November 19, 2019