# EXHIBIT
# "131"

Muslim World League
**INT'L ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

Sub:

No:
Date:

**Minutes of the Sixth Meeting of the IIROSA Board of Directors**

**Wednesday, 22/6/1421 A.H. corresponding to 20/9/2000 A.D.**

The sixth meeting of the IIROSA Board of Directors was held on Wednesday 22/6/1421 A.H. corresponding to 20/9/2000 A.D. at 11 am. The meeting, held at the headquarters of the IIROSA's General Secretariat in Jeddah, was headed by His Excellency Sheikh Ibrahim Mohamed Afandi, as His Excellency Secretary General of the Islamic World League and Chairman of the IIROSA's Board of Directors Abdullah Bin Saleh Al Obaidis was outside the kingdom. The meeting was attended by their excellences members of the IIROSA's Board of Directors whose names are mentioned below:

| | |
|---|---|
| 1- His Excellency Dr. Adnan bin Khalil Basha | Secretary General of the Muslim World League and an IIROSA board member |
| 2- His Excellency Sheikh Abdul Rahman Abdul Qader Faqih | IIROSA board member |
| 3- His Excellency Sheikh Hassan bin Ali Marfak | Member of the Constituent Assembly of the Muslim World League and an IIROSA board member |
| 4- His Excellency Dr. Abdul-Rahman Habanka al-Maydani | Member of the Constituent Assembly of the Muslim World League and an IIROSA board member |
| 5- His Excellency Mr. Ibrahim bin Mohammed Al Jomaih | IIROSA board member on behalf of the Sheikh Mohamed bin Abdullah Al Jomaih |



EXHIBIT
depobook.com
Basha-137
LVF 02-20-19

Muslim World League
**INT'L ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

| | |
|---|---|
| 6- His Excellency Dr. Hasan bin Ali Al Ahdal | Director General of Finance and Administration of the Muslim World League and an IIROSA board member |

7- His Excellency eng. Mohammed bin Abdullah Taibah authorized His Excellency Sheikh Ibrahim Mohamed Afandi to approve the decisions and recommendations agreed upon.

8- His Excellency eng. Mohammed bin Abdullah Al Debyban has discussed the balance sheet in the last meeting and he has no objection.

**The following apologized for the non-attendance**

| | |
|---|---|
| 1- His Excellency Sheikh Mostafa bin Mohamed Idris | Royal Court Advisor, Acting head of the Special Committee of the Council of Ministers and an IIROSA board member |
| 2- His Excellency Sheikh Mohamed bin Nasser Al Aboudi | Assistant Secretary General of the Muslim World League and an IIROSA board member for being abroad |

**The following did not show up:**

| | |
|---|---|
| 1- His Excellency Sheikh Abdul Rahman Yacoub | Member of the Constituent Assembly of the Muslim World League and an IIROSA board member |
| 2- His Excellency Sheikh Khalid Kiba | Member of the Constituent Assembly of the Muslim World League and an IIROSA board member |

**The meeting was also attended by:**

Muslim World League
**INT'L ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

| | |
|---|---|
| 1- His Excellency Dr. Awad bin Salama Al Rehaili | The IIROSA Internal Auditor |
| 2- His Excellency Dr. Yousef bin Abdullah Basudan | Director of Budget Management in IIROSA |

**<u>The Agenda:</u>**

The agenda was reviewed and approved to be as follows:

1- Discussing the approval of the estimated budget of the organization for the fiscal year 1421/1422 A.H.

2- Reviewing the minutes of the previous meeting to complete signatures.

3- Presenting the recommendation of the executive committee regarding the participation of the organization's local offices in the board meetings.

4- Whatever works arise.

At the beginning of the meeting, the members suggested that this meeting should be for preparations and listening to the budget explanation as well as answering the questions of the members on the budget and calling for another meeting to approve the budget. It was also suggested to continue discussion and take decision regarding it.

It has been clarified that the chairman of the board of directors agrees to the approval of the budget and has signed the minutes of the executive committee's meeting in which the budget was approved. It has been also clarified that that His Excellency eng. Mohammed bin Abdullah Taibah authorized in writing His Excellency Sheikh Ibrahim Mohamed Afandi to approve the agreed upon decisions and recommendations. Thus, the quorum of eight members was met this time to hold the meeting, unlike the previous

Muslim World League
**INT'L ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

meeting when the quorum was not met. In addition, His Excellency eng. Mohammed Al Debyban has no objection to the budget, but he asked for clarifications and received them.

Accordingly, the board has started the discussion of the agenda that was limited to the estimated budget of the organization for the fiscal year 1421/1422 A.H. The other agenda items were postponed to the next meeting.

**Discussing and approving the estimated budget of the organization for the fiscal year 1421/1422 A.H.**

The board has reviewed the estimated budget of the organization for the fiscal year 1421/1422 A.H. His Excellency Sheikh Ibrahim Mohamed Afandi said that there is no need for annoyance as the current financial controls and planning are good when compared to the previous times. He attributed such to the efforts exerted by His Excellency Abdullah Al Obaid and His Excellency Dr. Adnan Basha. He affirmed that what was mentioned in the estimated budget will not be paid if there are no donations, pointing out that everything is linked with the donations for such items. He said "I would love to assure the board that there is a consultant who is entrusted with reorganize all structures of the organization," and pointed out that the consultant is about to finish his task and will submit the report to the organization to be considered and to approve what is in the best interest of the organization. He said that the participation of two representatives of the executive committees in the board meetings will have a positive role.

After discussion, His Excellency Mr. Ibrahim Al Jomaih suggested approving the budget. The board decided the following:

**Decision No. 59/5/1/421:**

Approving the estimated budget of the organization for the fiscal year 1421/1422 A.H., including its general items and attached detailed data, that reached (SR 158,567,000) provided that the payments from the general reserves shall be made by an approval of the executive committee.

**The meeting has been wrapped up and the minutes were closed**


Address: P.O. Box 14843 Jeddah 21434 – Tel.: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ – Email: relief@iirosa.org

Muslim World League
**INT'L ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

**Signatures of members**

1- His Excellency Dr. Abdullah Bin Saleh Al Obaid ................................ (Chairman of the board of directors).

| | |
|---|---|
| 2- His Excellency eng. Mohammed bin Abdullah Taibah | .................................. (Board member) |
| 3- His Excellency Sheikh Ibrahim Mohamed Afandi | .................................. (Board member) |
| 4-His Excellency Dr. Adnan bin Khalil Basha | .................................. (Board member) |
| 5- His Excellency Sheikh Abdul Rahman Abdul Qader Faqih | .................................. (Board member) |
| 6- His Excellency Sheikh Hassan bin Ali Al Saeed Marfak | .................................. (Board member) |
| 7- His Excellency Dr. Abdul-Rahman Habanka al-Maydani | .................................. (Board member) |
| 8- His Excellency Mr. Ibrahim bin Mohammed Al Jomaih | .................................. (Board member) |
| 9- His Excellency eng. Mohammed bin Abdullah Al Debyban | .................................. (Board member) |
| 10- His Excellency Dr. Hasan bin Ali Al Ahdal | .................................. (Board member) |

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub.: الموضوع :

No.: الرقم :

Date: التاريخ :

## محضر الاجتماع السادس لمجلس إدارة الهيئة
## الأربعاء ٢٢/٦/١٤٢١هـ الموافق ٢٠/٩/٢٠٠٠م

تم بفضل الله عقد الاجتماع السادس لمجلس إدارة الهيئة يوم الأربعاء ٢٢/٦/١٤٢١هـ الموافق ٢٠/٩/٢٠٠٠م في الساعة الحادية عشرة صباحاً بمقر الأمانة العامة للهيئة بجدة، ونظراً لوجود معالي الأمين العام لرابطة العالم الإسلامي ورئيس مجلس إدارة الهيئة الدكتور/ عبدالله بن صالح العبيد خارج المملكة فقد ترأس الجلسة سعادة الشيخ/ ابراهيم محمد أفندي . وقد حضر الاجتماع أصحاب المعالي والفضيلة والسعادة أعضاء المجلس الآتية أسماؤهم :

١- سعادة الدكتور/ عدنان بن خليل باشا — الأمين العام للهيئة وعضو المجلس .
٢- سعادة الشيخ/ عبدالرحمن عبدالقادر فقيه — عضو مجلس الإدارة .
٣- فضيلة الشيخ/ حسين بن علي مرفق — عضو المجلس التأسيسي للرابطة وعضو مجلس الإدارة .
٤- فضيلة الدكتور/ عبدالرحمن حبنكة الميداني — عضو المجلس التأسيسي للرابطة عضو مجلس الإدارة .
٥- سعادة الأستاذ/ ابراهيم بن محمد الجميح — عضو مجلس الإدارة المفوض نيابة عن الشيخ محمد بن عبدالله الجميح .
٦- سعادة الدكتور/ حسن بن علي الأهدل — مدير الشؤون المالية والإدارية برابطة العالم الإسلامي وعضو مجلس الإدارة .
٧- وفوض معالي المهندس/ محمود بن عبدالله طيبة سعادة الشيخ ابراهيم محمد أفندي بالموافقة على ما يتم التوصل إليه من قرارات وتوصيات .
٨- ناقش سعادة المهندس/ محمد بن عبدالله الضبيان الميزانية في الجلسة الماضية وليس لديه اعتراض عليها .

واعتذر عن الحضور :

١- معالي الشيخ/ مصطفى بن محمد إدريس — المستشار بالديوان الملكي والقائم بأعمال اللجنة الخاصة بمجلس الوزراء . عضو مجلس الإدارة .
٢- معالي الشيخ / محمد بن ناصر العبودي — الأمين العام المساعد لرابطة العالم الإسلامي وعضو مجلس الإدارة لسفره .



Please quote above ref. No. and date when replying — Pour répondre Prière de citer la date et la référence ci-dessus — الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تلفون ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ تلكس ٦٠٦٧٥٤ إغاثة إس جي
Address P.O.Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax 6518491 - Tlx 606754 IGATHA SJ
Email: relief@iirosa.org البريد الالكتروني

MWLIIRO-00016243

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الاغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. : الموضوع :

No : الرقم :

Date : التاريخ :

ولم يتمكن من حضور الاجتماع :

١- سعادة الشيخ/ عبدالرحمن يعقوب — عضو المجلس التأسيسي للرابطة وعضو مجلس الإدارة

٢- سعادة الأستاذ/ خالد كيبا — عضو المجلس التأسيسي للرابطة وعضو مجلس الإدارة

كما حضر الاجتماع :

١- سعادة الدكتور/ عوض بن سلامه الرحيلي — المراقب الداخلي للهيئة .

٢- سعادة الدكتور/ يوسف بن عبدالله باسودان — مدير إدارة الميزانية بالهيئة .

## جدول الأعمال :

تم استعراض جدول الأعمال وتم إقراره حسب التالي :

١- مناقشة إقرار الميزانية التقديرية للهيئة للعام المالي ١٤٢١/١٤٢٢هـ .

٢- عرض محضر الاجتماع السابق لاستكمال تواقيعه .

٣- عرض توصية اللجنة التنفيذية فيما يخص مشاركة المكاتب المحلية للهيئة في اجتماعات مجلس الإدارة .

٤- ما يستجد من أعمال .

( ٢ )



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تلفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ فاكس : ٦٥١٨٤٩١ تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 Fax 6518491 Tlx 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

MWLIIRO-00016244

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. : الموضوع :

No. : الرقم :

Date : التاريخ

تداول الأعضاء في بداية الاجتماع أن يكون هذا الاجتماع للتحضير والاستماع إلى شرح الميزانية والرد على أسئلة أصحاب الفضيلة والسعادة أعضاء المجلس حولها والدعوة لاجتماع آخر لإجازتها ، أو الاستمرار في المناقشة واتخاذ قرار بشأنها . وتم التوضيح بأن معالي رئيس المجلس موافق على إقرار الميزانية وموقع على محضر إجازتها في اللجنة التنفيذية ، كما أن معالي المهندس محمود طيبة فوض سعادة الشيخ ابراهيم أفندي خطياً بالموافقة على ما يتم التوصل إليه من قرارات وتوصيات وبهذا يتوفر العدد المطلوب ثمانية أعضاء لعقد الجلسة الثانية بعد الجلسة التي لم يتوفر فيها النصاب ، كما أن سعادة المهندس محمد الضبيبان ليس لديه اعتراض على الميزانية وإنما طلب إيضاحات وتم الرد عليها .

وعليه بدأ المجلس مناقشة جدول الأعمال التي اقتصرت على الميزانية التقديرية للهيئة للعام المالي ١٤٢٢/١٤٢١هـ ، وتأجيل باقي بنود جدول الأعمال إلى الاجتماع القادم .

## مناقشة وإقرار الميزانية التقديرية للهيئة للعام ١٤٢٢/٢١هـ

استعرض المجلس الميزانية التقديرية للهيئة للعام ١٤٢٢/١٤٢١هـ .
وقد عقب الشيخ ابراهيم أفندي وقال أنه لا يرى ما يدعو للانزعاج وأن الضبط والربط والتخطيط المالي الموجود الآن جيد بالمقارنة مع السابق ويرجع هذا إلى جهود معالي الدكتور عبدالله العبيد وسعادة الدكتور عدنان باشا جزاهم الله خيراً . وأحب أن أؤكد أن ما ورد من تقديرات في الميزانية لن يصرف منه شيء في حالة عدم وجود تبرع فالأمر كله مربوط بالتبرعات التي ترد لهذه البنود . كما أحب أن أطمئن المجلس بأن هناك استشاري مكلف بإعادة التنظيم لجميع هياكل الهيئة أوشك على الانتهاء من مهمته وسيقدم تقريره للمجلس لدراسته وإجازة ما يراه أصلح للهيئة كما أن مشاركة المكاتب المحلية بعضوين في اللجنة التنفيذية وفي اجتماعات مجلس الإدارة سيكون لها أثر إيجابي أيضاً .
وبعد المداولة والنقاش اقترح سعادة الأستاذ/ ابراهيم الجميح إجازة الميزانية وقرر المجلس ما يلي :

**القرار رقم ٤٢١/١/٥/٥٩ :**

الموافقة على الميزانية التقديرية للهيئة للعام المالي ١٤٢٢/١٤٢١هـ وفق بنودها الإجمالية وبياناتها التفصيلية المرفقة والبالغة (١٥٨,٥٦٧,٠٠٠) ريال على أن يقيد الصرف من بند الاحتياطي العام بموافقة اللجنة التنفيذية .



Please quote above ref. No. and date when replying — Pour réponse prière de rappeler la réf. et la date — الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة
العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ هاتف ٦٥١٢٣٣٣ - ٦٥١٥٤١١ فاكس ٦٥١٨٤٩١ تلكس ٦٠٦٧٥٤ إغاثة اس جي
Address : P.O Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 Fax 6518491 - Tlx 606754 IGATHA SJ
Email relief@ rosa.org البريد الإلكتروني

MWLIIRO-00016245

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. : الموضوع

No : الرقم :

Date : التاريخ

وبهذا انتهى الاجتماع وأقفل المحضر .

تواقيع الأعضاء

١- معالي الدكتور/ عبدالله بن صالح العبيد ................................ (رئيس المجلس) .

٢- معالي المهندس/ محمود بن عبدالله طيبة ................................ (عضو المجلس) .

٣- سعادة الشيخ/ ابراهيم محمد أفندي ................................ (رئيس الاجتماع) .

٤- سعادة الدكتور/ عدنان بن خليل باشا ................................ (عضو المجلس) .

٥- سعادة الشيخ/ عبدالرحمن عبدالقادر فقيه ................................ (عضو المجلس) .

٦- فضيلة الشيخ/ حسين بن علي مرفق ................................ (عضو المجلس) .

٧- فضيلة الدكتور/ عبدالرحمن حبنكة الميداني ................................ (عضو المجلس) .

٨- سعادة الأستاذ/ ابراهيم بن محمد الجميح ................................ (عضو المجلس) .

٩- سعادة المهندس/ محمد بن عبدالله الضبيبان ................................ (عضو المجلس) .

١٠- سعادة الدكتور/ حسن بن علي الأهدل ................................ (عضو المجلس) .



Please quote above ref. No. and date when replying   Pour repondre, Priere de citer la date et la référence sus-cirées   الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة
العنوان ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تلفون ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ تلكس ٦٠٦٧٥٤ إغاثة إس جي
Address . P.O.Box 14843 Jeddah 21434 Tel. 6512333 - 6515411 - Fax 6518491 - Tlx 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني