# EXHIBIT
# “133”

(CABINET DIVISION)

......

No.14/1/97-R&R

Islamabad, the 14th March, 2000

## CIRCULAR

Subject:- **COMPOSITION OF RABITA TRUST BOARD**

The revised and up-dated composition of Rabita Trust Board is circulated for information of all concerned.

(Muhammad Riaz Malik)
Section Officer
Tele: 9201492

1. Principal Secretary to the Chief Executive of Pakistan
2. Military Secretary to Governor Punjab, Lahore
3. Military Secretary to Governor Sindh, Karachi
4. P.S. to Minister for Finance, Revenue, Economic Affairs, Planning & Development and Statistics, Islamabad.
5. P.S. to Minister for Interior, Narcotics Control & Capital Administration & Development, Islamabad.
6. P.S. to Secretary Foreign Affairs Division, Islamabad
7. P.S. to Secretary Cabinet Division
8. Mr. Majid Nizami, Chairman, Pak. Citizens' National Committee, Lahore
9. Mr. Moaved A. Al-Butery, Project Director, Rabita Trust Board, Islamabad.

15/3/2000

GOVERNMENT OF PAKISTAN
CABINET SECRETARIAT
(CABINET DIVISION)

# COMPOSITION OF RABITA TRUST BOARD

| S.NO. | NAME & PORTFOLIO/DESIGNATION | POSITION IN THE BOARD |
|---|---|---|
| 1. | General Parvez Musharraf, Chief Executive, Islamic Republic of Pakistan | Chairman |
| 2. | H.R.H. Prince Talal Bin Abdul Aziz Al-Saud | Co-Chairman |
| 3. | H.E. Dr. Abdullah bin Saleh Al-Obaid Secretary General, Rabita al-Alam al Islami | Vice-Chairman |
| 4. | Mr. Shaukat Aziz Minister for Finance, Revenue, Economic Affairs, Planning & Development and Statistics | Vice Chairman |
| 5. | Lt. Gen. (R), Moin-ud-Din Haider, Minister for Interior, Narcotics Control and Capital Administration & Development | Member |
| 6. | Lt. Gen. Muhammad Safdar, HI (M), S Bt (Retd), Governor Punjab | Member |
| 7. | Air Marshal Azim Daud Pota, HI(M), SJ (Retd) Governor Sindh | Member |
| 8. | Mr. Wael Hamzah Jelaidan | Director General-cum-Secretary General |
| 9. | H.E. yousef Jasim Al-Hiji President, International Islamic Charity Organization, Kuwait | Member |
| 10. | H.E. Dr. Adnan Khalil Basha, Secretary General International Islamic Relief Organization, Jeddah | Member |
| 11. | H.E. Dr. Abdul Malik Al-Hamar, Advisor to the President of UAE, Abu Dubi | Member |
| 12. | H.E. Al-Sheikh Hamad Al-Zamil, President, Chamber of Commerce and Industries, Saudi Arabia | Member |
| 13. | Engineer Abdul Mohsin Al-Idris, Member, Chamber of Commerce and Industries, Riyadh, Saudi Arabia | Member |
| 14. | Mr. Majid Nizami, Chairman, Pak. Citizens' National Committee. | Member |
| 15. | Secretary Foreign Affairs | Member |
| 16. | Secretary Cabinet Division | Deputy Director General-cum-Deputy Secretary General |