# EXHIBIT

# “134”

# THE RABITA TRUST DEED

WHEREAS about a quarter of a million Pakistanis hereinafter called "the Stranded Pakistanis" are still lying stranded in Bangladesh.

AND WHEREAS the Rabita-al-Alam al-Islami (Muslim World League), in accordance with its constitution and declared policy of helping the distressed Muslims and in pursuance of the resolution of its Consituent Council, has accepted the financial responsibility for the transportation and rehabilitation of the Stranded Pakistanis, hereinafter called the "Rehabilitation Project",

AND WHEREAS to achieve this object of the Rehabilitation Project, the Rabita al-Alam al-Islami hereinafter called the "Founder", with the consent and cooperation of the Government of Pakistan, intends to establish a Trust,

AND WHEREAS the Trustees named hereinafter have agreed to become the Trustees of the Trust,

NOW, THEREFORE, this Deed witnesseth as agreed and declared and that the Founder and the Government of Pakistan hereby deliver, transfer and make over to the Trustees sums of Rs 50 million (Rupees fifty million) and Rs 250 million (Rupees two hundred and fifty million) as their respective initial contributions, making a total of Rs 300 million (Rupees three hundred million) to have and hold the same subject to the powers hereinafter contained and declared..

1. NAME AND HEAD OFFICE OF THE TRUST

(a) The Trust shall be called the "Rabita Trust for Rehabilitation of the Stranded Pakistanis"

EXHIBIT
Obaid-58
9/17/18 cwn

The head office of the Trust shall be located at Islamabad; provided that regional offices of the Trust may also be established at such other places within and outside Pakistan as may be determined by the Board of Trustees.

2. AIMS AND OBJECTS OF THE TRUST

The aims and objects of the Trust shall be :

(a) To arrange for transportation and repatriation of the Stranded Pakistanis from Bangladesh to Pakistan in such manner and through such measures as the Board of Trustees may deem proper and feasible:

Provided that transportation and rehabilitation of stranded Pakistanis will start as soon as an amount equivalent to half of the estimated cost of the project has been collected.

(b) To arrange for procurement of suitable sites and construction of such residential units, mosques and other ancillary structures and provision of amenities thereon, as may be considered appropriate by the Board of Trustees for such purpose.

(c) To arrange for maintenance of repatriates, for such period and on such scale as may be deemed necessary by the Board.

(d) To render to the repatriates such advice and assistance as may be deemed feasible and proper to enable them to become self-supporting citizens.

(e) To take all other steps considered necessary for or incidental to the implementation of the Rehabilitation Project.

3. BOARD OF TRUSTEES

(a) There shall be a Board of Trustees, hereinafter called the "Board",

initially consisting of twelve members, six from the Government of Pakistan and six from the Founder;

Provided that the Board may add to its initial members upto four more Trustees, two from each side.

(b) The Board shall initially consist of the following members:-

| Sl No. | Name | Designation |
|---|---|---|
| 1. | General Mohammad Zia-ul-Haq, President of the Islamic Republic of Pakistan | Chairman |
| 2. | H.R.H. Prince Talal bin Abdul Aziz | Co-Chairman |
| 3. | Dr Abdullah Omar Naseef, Secretary-General of the Rabita Al-Alam Al-Islami | Vice-Chairman |
| 4. | Sahabzada Yaqub Khan, Foreign Minister, Government of Pakistan | Vice-Chairman |
| 5. | Syed Amin Aqeel Attas, Assistant Secretary-General of Rabita Al-Alam Al-Islami | Director General-cum-Secretary General |
| 6. | Mr. Hasan Zaheer, Cabinet Secretary, Government of Pakistan | Deputy Director General-cum-Deputy Secretary-General |
| 7,8 & 9. | Three members to be nominated by the Rabita Al-Alam Al-Islami. | Members |
| 10. | Dr. Mahbubul Haq, Minister for Commerce, Finance & Economic Affairs and Planning & Development, Government of Pakistan. | Member |
| 11. | Malik Nasim Ahmed Aheer, Minister for Interior, Government of Pakistan. | Member |
| 12. | Maulana Muhammad Zafar Ahmad Ansari | Member |

(c) In case a vacancy occurs in the Board on account of any of the reasons enumerated

fill the vacancy, keeping in view the requirement of parity of representation between the Founder and the Government of Pakistan.

(d) Subject to provisions of the Trust Act, 1982 (II of 1982), the office of a Trustee shall be declared vacant by the Board on the happening of any of the following events:

(i) death;

(ii) resignation in writing addressed to and accepted by the Board;

(iii) having been adjudicated insolvent;

(iv) becoming of unsound mind;

(v) becoming incapable to act as Trustee due to ill health;

(vi) conviction for an offence involving moral turpitude; and

(vii) engagement in activities harmful or inimical to the objects of the Trust.

(e) No act or proceeding of the Board shall be invalid by reason only of the existence of a vacancy in its membership.

4. POWERS AND FUNCTIONS OF THE BOARD

(a) The Board shall administer and manage the Trust.

(b) The Board shall take all policy decisions in respect thereof.

(c) The Board shall launch a fund-raising campaign and receive all donations, gifts and other monetary contributions to meet the financial liabilities in respect of the Rehabilitation Project.

(d) The Board shall own and possess all properties, movable and immovable, cash, Government securities and shares of joint

(e) The Board shall, out of the Receipts, pay and defray all costs, charges and expenses incurred in respect of the implementation and efficient functioning of the Rehabilitation Project.

(f) The Board may appoint a Project Director and such other staff as it may deem necessary to ensure speedy and proper implementation of the Rehabilitation Project. The Project Director shall be responsible to the Director General-cum-Secretary-General.

(g) The Board shall have the power to spend and invest, in its discretion, the Trust Fund in the purchase of lands, buildings, building material and other articles and things considered necessary for the implementation of the Rehabilitation Project.

5. MEETINGS OF THE BOARD

(a) The Board shall meet ordinarily at the the head office, at least four times in a calendar year, to consider and dispose of all matters relating to the Trust: Provided that not more than one hundred and twenty days shall elapse between one meeting and the other.

(b) Meetings of the Board shall normally be convened by the Secretary-General with the approval of the Chairman/Co-Chairman by giving fourteen days clear notice in writing, to call such a meeting.

(c) An emergency meeting of the Board may be convened by the Secretary-General with the approval of the Chairman/Co-Chairman of the Board whenever deemed necessary, by giving three to seven days notice according to circumstances.

(d) A requsition meeting of the Board shall be convened by the Secretary-General by giving fourteen days clear notice, whenever a requisition stating the specific matter for which the meeting is required to be convened, is received by the Secretary-General, duly signed by six or more Trustees.

(e) All meetings of the Board shall be presided over by the Chairman or, in his absnece, by the Co-Chairman or a Vice-Chairman, or by one of the Trustees elected from amongst themselves to preside over the meeting.

(f) The decisions of the Board shall be expressed in terms of the opinion of the majority of the Trustees present and voting.

(g) In case of equality of votes, the person presiding over the meeting, shall have and exercise a casting vote.

6. QUORUM FOR THE MEETING

Six Trustees shall constitute the quorum for the meeting of the Board: Provided that at least three of them must be from amongst the representatives of the Founder and at least three from amongst the representatives of the Government of Pakistan.

7. MINUTES OF THE MEETING

Minutes of the proceedings of the meetings shall be recorded and kept by the Secretary-General of the Board and shall be signed by the person presiding over the meeting in a Minute Book to be maintained for that purpose.

8. TRUST FUND

The Trust Fund shall consist of the following :

(a) The token sum of Rs 50 million initially made over to the Trustees by the Founder.

(b) Such other sums as may be transferred to the Trust by the Founder from time to time.

(c) The sum of Rs 250.00 million donated by the President of Pakistan and the cost of land required for the accomplishment of the Rehabilitation Project to be donated by the Government of Pakistan.

(d) Donations, gifts, grants and other amounts and properties received by the Board from individuals, organizations, international agencies, governments and others.

(e) Dividends, income, bonuses and profits accruing to the Trust.

9. EXEMPTION FROM INCOME TAX

All contributions made to the Trust shall be exempt from income tax.

10. BANK ACCOUNT

All monies received by the Board on account of the Trust shall be deposited and maintained in the name of the Trust with any scheduled bank in Pakistan, provided that the Director General and Deputy Director General may keep in hand a revolving imprest within the respective ceilings as may be determined by the Board to meet the day-to-day expenses.

The account of the Trust shall be operated jointly by two out of four Trustees authorised by the Board who shall sign the cheques: Provided always that one of the two signatories to all cheques shall be a Trustee representing the Founder and the other signatory will be a Trustee representing the Government of Pakistan. The Board shall have the annual statement of Receipts and Expenditure of the Trust prepared and its accounts audited by the Auditor General of Pakistan.

11. DELEGATION OF POWERS

that the Board may set up for specific assignments or to any of its office bearers or Trustees to ensure proper and efficient implementation of the Rehabilitation Project.

12. SEAL OF THE TRUST

There shall be a seal of the Trust, duly approved by the Board, which shall be affixed to all documents executed in relation to the Trust. The seal shall remain in the custody of the Secretary-General.

13. POWER TO FRAME RULES AND REGULATIONS

The Board may frame rules and regulations for the administration and management of the Trust and the implementation of the Rehabilitation Project.

14. AMENDMENTS TO THE TRUST DEED

Amendments to the Trust Deed, within the framework of, and not inconsistent with the aims and objects of the Trust, may be made by a two-thirds majority of the total membership of the Board: Provided that a notice in this behalf alongwith a copy of the proposed amendment is duly furnished to the members of the Board at least twenty days before the date of the meeting.

15. TERMINATION OF THE TRUST AND DISPOSAL OF SURPLUS FUNDS

When, in the opinion of the Board, the Rehabilitation Project has been completed, it may decide to wind up the Trust. The surplus funds, after liquidation of debts and liabilities, if any, may be diverted towards relief and welfare projects for other distressed Muslims:

Provided that the decision for winding up as well as the diversion of surplus funds is taken by the votes of at least two-thirds of the total membership of the Board.

Signed at Islamabad on this 9th day of July, 1988/24th day of Ziqaad, 1408 H.