# EXHIBIT
# “135”

# Summary of Events

**After 11 September 2001**

1. Letter from the Cabinet Secretary, Government of Pakistan asking for (1)details of receipts in the Rabita Trust Fund since its inception with an initial amount of Rs. 300 Million (2) Details of Major Expense and (3)procedures and persons authorized to sanction expenditure from the Trust Fund. A reply was send on 1 October by the Project Director Rabita Trust giving details of all the major expenditures including the construction of 1000 flats and repatriation of 63 families, issuance of identification cards and administrative expenses. This letter also included account numbers and persons authorized to operate these accounts. **(Reference Documents: Letter of the Cabinet Secretary No. 14/1/97 dated 25 Sept 2001 and Project Director's reply No. 465 dated 1 October 2001)**

2. Received a letter from the Project Director Rabita Trust informing us that the Information Resource Center, U.S. Embassy has asked for information material about "Rabita Trust". Action Taken: The Project Director sent them a reply on the same date giving the details about the Trust. **(Reference Document: U.S. Information Resource Center, Letter dated 1 October, 2001)**

3. Received a letter from the Cabinet Division asking to (1) close the Lahore office, (2) terminate the services of the Deputy Project Director, (3) Joint operation of all the accounts of Rabita Trust and (4) Audit of the Rabita Trust fund since its inception. As a response, the Secretary General issued an Office Order and directed the Project Director (1) to close the Lahore Office, take the full charge of all the assets and documents, (2) Suspend of the services of the Deputy Project Director UNTIL THE AUDIT IS COMPLETED AND SUBSEQUENT TERMINATION OF HIS SERVICES, after the audit, (3) joint operation of Rabita Trust accounts (authorizations for the second signatory were attached) (4) The Lahore office account's signatory was changed from the Deputy Project Director to Project Director, Rabita Trust and his accountant to operate jointly. **(Reference Documents: Cabinet Secretary**

**Letter No. 14/1/97-ERC® dated 3 October 2001 and Secretary General's Office Order 3 October 2001).** Action taken: The Project Director took charge of the Lahore Office and the Deputy Project Director was suspended and authorization letters to the concerned banks were delivered for immediate action to operate the Trust accounts jointly.

4. Received a notification from the Cabinet Secretary, in which the new composition of the Rabita Trust Board from the Pakistani side with the Cabinet Secretary as the new Chairman of the Trust. It also said that the changes from the Rabita Alam Al-Islami will be informed later. **(Reference Document: Cabinet Division Letter No. 10/1/2000, dated 11 October 2001)**

5. Received a letter from the Cabinet Division, Director General ERC, in which he informed the Project Director that the DG ERC had been nominated the new Chairman of the Rabita Trust and subsequently, authorized by the Government of Pakistan to operate the Rabita Trust accounts jointly. **(Reference Document: Cabinet Secretary Letter No. 10/1/2000 dated 20 Oct 2001)**

6. Received a letter from the Cabinet Division in which they informed that Government of Pakistan has engaged a reputed Chartered Accountants firm to **audit the Rabita Trust funds**. Action taken: The Secretary General directed the Project Director to extend full cooperation to the Audit Team to complete the audit of the Rabita Trust Fund. **(Reference Document: Cabinet Division Letter No. 10/1/2000-R&R (ERC) dated 11 October 2001 and Secretary General's Memo No. RTJ/19/22 dated 14 October). Remarks: At present, the Audit Firm is carrying out the audit of accounts at Rabita Trust Office, Islamabad.**

7. Received a letter from the Cabinet Division asking for the list of equal number of trustees from Rabita Trust. **(Reference Document: Cabinet Secretary Letter dated 13 October, 2001).**