# EXHIBIT
# “141”

Muslim World League
**INT'L ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

No: Sub.:
Date:

**Minutes of the Eighth Meeting of the IIROSA Board of Directors**

**Sunday 4/3/1422 A.H. corresponding to 27/5/2001 A.D.**

The eighth meeting of the IIROSA Board of Directors was held on Sunday 4/3/1422 A.H. corresponding to 27/5/2001 A.D. at 10 am. The meeting, held at the headquarters of the IIROSA's General Secretariat in Jeddah, was headed by His Excellency Secretary General of the Islamic World League and Chairman of the IIROSA's Board of Directors Abdullah bin Abdulmohsen Al-Turki and attended by their excellences members of the IIROSA's Board of Directors whose names are mentioned below:

| | |
|---|---|
| 1- His Excellency Sheikh Mohamed bin Nasser Al Aboudi | Assistant Secretary General of the Muslim World League and an IIROSA board member |
| 2- His Excellency Dr. Adnan bin Khalil Basha | Secretary General of the Muslim World League and an IIROSA board member |
| 3- His Excellency Sheikh Ibrahim Mohamed Afandi | IIROSA board member |

Muslim World League
**INT'L ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

| | |
|---|---|
| 4- His Excellency Dr. Abdul-Rahman Habanka al-Maydani | Member of the Constituent Assembly of the Muslim World League and an IIROSA board member |
| 5- His Excellency Dr. Hasan bin Ali Al Ahdal | Director General of Finance and Administration of the Muslim World League and an IIROSA board member |
| 6-His Excellency eng. Mohammed bin Abdullah Al Debyban | IIROSA board member |

**The following apologized for the non-attendance**

| | |
|---|---|
| 1-His Excellency eng. Mohammed bin Abdullah Taibah | IIROSA board member – because the new round of the Shura Council has started |
| 2-His Excellency Sheikh Abdul Rahman Abdul Qader Faqih | IIROSA board member |
| 3-His Excellency SheikhHassan bin Ali Al Saeed Marfak | IIROSA board member – for a medical condition |
| 4-His Excellency Mr. Ibrahim bin Mohammed Al Jomaih | IIROSA board member – for attending a predetermined meeting |

**The following did not show up:**

Muslim World League
**INT'L ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

| | |
|---|---|
| 1- His Excellency Sheikh Mostafabin Mohamed Idris | Royal Court Advisor, Acting head of the Special Committee of the Council of Ministers and an IIROSA board member |
| 2- His Excellency Sheikh Abdul Rahman Yacoub | IIROSA board member |
| 3-His Excellency Sheikh Khalid Kiba | IIROSA board member |

**The meeting was also attended by:**

| | |
|---|---|
| 1-His Excellency Dr. Awad bin Salama Al Rehaili | The IIROSAInternal Auditors |
| 2-His Excellency Dr. Yousef Abdullah Basudan | Assistant Secretary General for the financial and administrative affairs |
| 3-His Excellency Dr. Hassan bin Abdul Qadir Bahefz Allah | Advisor to the Secretary General of the Muslim World League |
| 4-His Excellency eng. Abdul Qadir Othman Hafez | General Director of Sanabel El Khair Company |
| 5-His Excellency Mr. Samir bin Jameel Rady | Deputy General Director of Sanabel El Khair Company |

Muslim World League
**INT'L ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

**The Agenda:**

His Excellency the chairman has inaugurated the meeting, welcomed the attendants and reviewed the agenda. The issues regarding the Sanabel El Khair Company were listed in one item. The agenda was agreed as follows:

1- Discussing the proposed statute of the International Islamic Relief Organization.

2- Discussing the issues regarding the Sanabel El Khair Company.

3- Discussing the report of the IIROSA Secretary General on the activities of the organization during the fiscal year 1420/1421 AH.

4- Whatever works arise.

**The First Item: Discussing the proposed statute of the International Islamic Relief Organization**

The board has discussed the proposed statute of the International Islamic Relief Organization. His Excellency the chairman, has mentioned the stages of the statute consideration, starting from the proposals submitted by Hamdi Abu Zeid for Management Consultancy, the consideration of such proposals by the local offices and the general secretariat bodies, and discussing it in a wide-scale meeting a committee was formed to study and redraft the statute. The board members are requested to comment on the proposed statute. The chairman pointed out that the organization is still subject to the current statute and regulations until the new statute is approved and accordingly, the regulation will be amended.

**Resolution No. 68/8/2/22:**

Muslim World League
**INT'L ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

The board recommends approving the proposed statute after introducing the amendments stipulated by the members to be as the version attached hereto.

**The second Item: Discussing the issues regarding the Sanabel El Khair Company**

1- The notes of the organization's external auditor on the IIROSA transitional balance sheets of 1418 A.H. and 1419 A.H. regarding the Sanabel El Khair Company.

2- The details of purchasing Sanabel's scheme (1)

The board has reviewed the above-mentioned issues regarding the Sanabel El Khair Company and decided the following:

**Decision No. 69/8/2/22:**

A committee shall be formed to study the pending problems of Sanabel El Khair Company and the tumbled investment projects. The committee shall include the following members:

| | |
|---|---|
| 1- His Excellency Sheikh Abdul Rahman Faqih | IIROSA board member |
| 2- His Excellency Sheikh Ibrahim Afandi | IIROSA board member |
| 3 - His Excellency Mr. Ibrahim Al Jomaih | IIROSA board member |
| 4- His Excellency Dr. Hassan Bahefz Allah | Advisor to the Secretary General of the Muslim World League |
| 5- Attorney Mr. Ahmed Mazhar | Legal consultant |

The committee shall meet with the workers of Sanabel El Khair Company, and consider the tumbled investment projects, and shall provide recommendations to be presented to the board by the next board meeting. The committee shall have the right to seek the assistance of any consultants or professionals to complete its task.

**Decision No. 70/8/2/22:**

Muslim World League
**INT'L ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

The company board of directors shall be requested to provide a conception for the administrative development and reforms in the company and to set the strategies and principles in order to avoid negatives that occurred previously.

**Decision No. 71/8/2/22:**

Having a previous experience of following up and reporting on the issue, Board Member His Excellency Sheikh Abdul Rahman Faqih shall be entrusted with following up the issue with Sanabel El Khair Company to reevaluate the property and provide joint recommendations on what may be developed and on what shall be disposed according to the experts' opinion in this regard.

**The Third Item: Discussing the report of the IIROSA Secretary General for the year 1420/1421 A.H.**

The board has reviewed the report of the IIROSA Secretary General on the works and activities of the organization during the fiscal year 1420/1421 A.H. and has decided the following:

**Decision No. 72/8/2/22:**

The board has reviewed the report of the IIROSA Secretary General on the works and accomplishments of the organization during the fiscal year 1420/1421 A.H. The Secretary General was entrusted with providing applicable proposals to put an end to the inability of the financial management and staff to close and liquidate old accounts, and seek external bodies, if needed, to solve the management software problems and entrust the chairman with taking decisions on such proposals.

**Decision 73/8/2/22:**

Urging the committee, formed by the executive committee in its meeting No. (13) dated 13/2/1422 A.H. of His Excellency Assistant Secretary General for Finance and Administration, His Excellency the internal auditor and His Excellency the Financial Director, to prepare a report including the problems that prevent providing the financial statements required by the internal audit department and providing the proposal to solve such problems in a month from this date.


Address: P.O. Box 14843 Jeddah 21434 – Tel.: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ – Email: relief@iirosa.org

Muslim World League
**INT'L ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA

After discussing the agenda items, the members agreed upon fixing the date of the next meeting during the period from 1-3 Rajab 1422 A.H. corresponding to 18-20/9/2001 A.D. according to the schedules of the board members.

**Signatures of members**

| | |
|---|---|
| 1- His Excellency Dr. Abdullah bin Abdulmohsen Al-Turki | ................................ (Chairman of the board of directors). |
| 2- His Excellency Sheikh Mohamed bin Nasser Al Aboudi | .................................. (Board member) |
| 3- His Excellency Dr. Adnan bin Khalil Basha | .................................. (Board member) |
| 5- His Excellency Sheikh Ibrahim Mohamed Afandi | .................................. (Board member) |
| 6- His Excellency Dr. Abdul-RahmanHabanka al-Maydani | .................................. (Board member) |
| 7- His Excellency Dr. Hasan bin Ali Al Ahdal | .................................. (Board member) |
| 9- His Excellency eng. Mohammed bin Abdullah Al Debyban | .................................. (Board member) |

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. : الموضوع :

No : الرقم :

Date : التاريخ :

## محضر الاجتماع الثامن لمجلس إدارة الهيئة
## الأحد ١٤٢٢/٣/٤هـ الموافق ٢٠٠١/٥/٢٧م

تم بفضل الله عقد الاجتماع الثامن لمجلس إدارة الهيئة يوم الأحد ١٤٢٢/٣/٤هـ الموافق ٢٠٠١/٥/٢٧م في الساعة العاشرة صباحاً بمقر الأمانة العامة للهيئة بجدة برئاسة معالي الأمين العام لرابطة العالم الإسلامي ورئيس مجلس إدارة الهيئة الدكتور/ عبدالله بن عبدالمحسن التركي وبحضور أصحاب الفضيلة والمعالي والسعادة أعضاء المجلس الآتية أسماؤهم :

١- معالي الشيخ / محمد بن ناصر العبودي — الأمين العام المساعد لرابطة العالم الإسلامي عضو مجلس لإدارة .

٢- سعادة الدكتور/ عدنان بن خليل باشا — الأمين العام للهيئة وعضو مجلس الإدارة .

٣- سعادة الشيخ/ ابراهيم محمد أفندي — عضو مجلس الإدارة .

٤- فضيلة الدكتور/ عبدالرحمن حبنكة الميداني — عضو المجلس التأسيسي للرابطة عضو مجلس الإدارة .

٥- سعادة الدكتور/ حسن بن علي الأهدل — مدير عام الشؤون المالية والإدارية برابطة العالم الإسلامي وعضو مجلس الإدارة .

٦- سعادة المهندس/ محمد بن عبدالله الضبيبان — عضو مجلس إدارة الهيئة .

**واعتذر عن الحضور :**

١- معالي المهندس/ محمود بن عبدالله طيبة — عضو مجلس الإدارة نظراً لبدء الدورة الجديدة لمجلس الشورى.

٢- سعادة الشيخ/ عبدالرحمن عبدالقادر فقيه — عضو مجلس الإدارة.

٣- فضيلة الشيخ/ حسين بن علي سعيد مرفق — عضو مجلس الإدارة لظروف صحية .

٤- سعادة الأستاذ/ ابراهيم بن محمد الجميح — عضو مجلس الإدارة لارتباطه بموعد آخر مسبقاً .

**وتغيب عن عدم الحضور :**

١- معالي الشيخ/ مصطفى بن محمد إدريس — المستشار بالديوان الملكي والقائم بأعمال اللجنة الخاصة بمجلس الوزراء . عضو مجلس الإدارة .

٢- سعادة الشيخ/ عبدالرحمن يعقوب — عضو مجلس الإدارة.

٣- سعادة الشيخ/ خالد كيا — عضو مجلس الإدارة .



Please quote above ref. No. and date when replying. Pour répondre, Prière de citer la date et la référence sus-citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تلفون ٦٥١٢٣٣٣ - ٦٥١٥٤١١ فاكس ٦٥١٨٤٩١ - تلكس ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel., 6512333 - 6515411 - Fax: 6518491 - Tlx 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. : الموضوع :

No : الرقم :

Date : التاريخ :

كما حضر الاجتماع :

١- سعادة الدكتور/ عوض بن سلامه الرحيلي — المراقب الداخلي للهيئة .

٢- سعادة الدكتور/ يوسف عبدالله باسودان — مساعد الامين العام للشئون المالية والادارية .

٣- سعادة الدكتور/ حسن بن عبدالقادر باحفظ الله — مستشار الأمين العام لرابطة العالم الإسلامي .

٤- سعادة المهندس/ عبدالقادر عثمان حافظ — مدير عام شركة سنابل الخير .

٥- سعادة الأستاذ/ سمير بن جميل راضي — نائب مدير عام شركة سنابل الخير .

## جدول الأعمال :

افتتح معالي رئيس المجلس الاجتماع مرحباً بالحضور ثم استعرض جدول الأعمال ، وتم ضم الموضوعات الخاصة بشركة سنابل الخير تحت بند واحد وإقرار الجدول حسب الآتي :

١- مناقشة النظام الأساسي المقترح للهيئة .

٢- مناقشة المواضيع الخاصة بشركة سنابل الخير .

٣- مناقشة تقرير الأمين العام للهيئة عن أعمال نشاطات الهيئة خلال العام المالي المنصرم ١٤٢٠/١٤٢١هـ .

٤- ما يستجد من أعمال .

## البند الأول : مناقشة النظام الأساسي المقترح للهيئة

استعرض المجلس النظام الأساسي المقترح للهيئة ، حيث ذكر معالي الرئيس المراحل التي مرت بها دراسة هذا النظام ابتداء من مقترحات مكتب حمدي أبوزيد للاستشارات الإدارية ، ثم دراسته من قبل المكاتب المحلية وأجهزة الأمانة العامة ومناقشته في اجتماع موسع ، وشكلت لجنة لدراسته وإعادة صياغته ، ومطلوب من الإخوة أعضاء المجلس إبداء ملاحظاتهم عليه ، مشيراً إلى أن الهيئة مستمرة بنظامها ولوائحها الحالية حتى تتم إجازة النظام الأساسي المقترح ومن ثم يتم تعديل اللوائح على أساسه .

**القرار رقم ٢٢/٢/٨/٦٨ :**

يوصي المجلس بالموافقة على النظام الأساسي المقترح للهيئة بعد إدخال التعديلات التي تفضل بها الأعضاء ، وذلك وفق الصيغة المرفقة بالقرار .



Please quote above ref. No. and date when replying. Pour répondre. Priére de citer la date et la référence sus - citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة
العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تلفون : ٦٥١٢٣٣٣ ٦٥١٥٤١١ فاكس : ٦٥١٨٤٩١ تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address . P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

MWLIIRO-00016234

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub.: الموضوع :

No : الرقم :

Date : التاريخ :

البند الثاني : مناقشة المواضيع الخاصة بشركة سنابل الخير

١- ملاحظات المراجع الخارجي للهيئة على ميزانيتي الهيئة عن سنة ١٤١٨هـ و ١٤١٩هـ الانتقالية فيما يخص شركة سنابل الخير .

٢- تفاصيل شراء مخطط سنابل (١)

استعرض المجلس المواضيع الخاصة بشركة سنابل الخير الموضحة أعلاه وقرر مايلي :

**القرار رقم ٢٢/٢/٨/٦٩ :**

تكون لجنة لدراسة المشاكل العالقة لدى شركة سنابل الخير والمشاريع الاستثمارية المتعثرة تتكون من :

| | |
|---|---|
| ١- سعادة الشيخ/ عبدالرحمن فقيه | عضو مجلس الإدارة . |
| ٢- سعادة الشيخ/ ابراهيم أفندي | عضو مجلس الإدارة . |
| ٣- سعادة الأستاذ/ ابراهيم الجميح | عضو مجلس الإدارة . |
| ٤- سعادة الدكتور/ حسن باحفظ الله | مستشار الأمين العام للرابطة . |
| ٥- سعادة المحامي الأستاذ/ أحمد مظهر | مستشار قانوني . |

وذلك للاجتماع بالعاملين في شركة سنابل الخير والنظر في المشروعات الاستثمارية المتعثرة ، وتقديم توصياتها تمهيداً لعرضها على المجلس في اجتماعه القادم ، ولها أن تستعين بمن تراه من الاستشاريين والاختصاصيين لإنجاز مهمتها .

**القرار رقم ٢٢/٢/٨/٧٠ :**

يطلب من مجلس إدارة الشركة تقديم تصور للتطوير الإداري والإصلاح داخل الشركة ووضع الأسس والآليات الكفيلة بتفادي السلبيات التي وقعت في السابق .

**القرار رقم ٢٢/٢/٨/٧١ :**

يكلف سعادة عضو المجلس الشيخ/ عبدالرحمن فقيه بالمتابعة مع شركة سنابل الخير لاعادة تقويم العقارات وتقديم توصيات مشتركة بما يمكن تطويره وما يجب التخلص منه بناء على رأي الخبراء في هذا الشأن . حيث سبق لسعادته متابعة ملف الموضوع وتقديم تقرير بشأنه



Please quote above ref. No. and date when replying    Pour répondre, Prière de citer la date et la référence sus - citees    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تلفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ فاكس : ٦٥١٨٤٩١ تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address . P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email relief@iirosa.org البريد الالكتروني

MWLIIRO-00016235

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. : الموضوع :

No. : الرقم :

Date : التاريخ :

البند الثالث : مناقشة تقرير الأمين العام للهيئة عن سنة ١٤٢٠/١٤٢١هـ

استمع المجلس إلى تقرير الأمين العام للهيئة عن أعمال الهيئة ونشاطاتها خلال العام المالي ١٤٢٠/١٤٢١هـ وقرر ما يلي :

**القرار رقم ٢٢/٢/٨/٧٢ :**

استمع المجلس إلى تقرير الأمين العام للهيئة عن أعمال الهيئة وإنجازاتها للعام المالي ١٤٢٠/١٤٢١هـ، وكلف سعادته بتقديم مقترحات عملية لحل مشكلة عجز الإدارة المالية وموظفيها عن إقفال الحسابات القديمة وتصفيتها ، والاستعانة بجهات خارجية إذا اقتضى الأمر لحل مشاكل برامج الحاسب الآلي الخاص بالإدارة ، وتفويض الرئيس باتخاذ القرار بشأنها.

**القرار رقم ٢٢/٢/٨/٧٣ :**

حث اللجنة المشكلة من اللجنة التنفيذية في اجتماعها رقم ( ١٣ ) وتاريخ ١٤٢٢/٢/١٣هـ من سعادة مساعد الأمين العام للشؤون المالية والإدارية وسعادة المراقب الداخلي وسعادة المدير المالي على إعداد تقرير يتضمن المشاكل التي تحول دون تقديم البيانات المالية المطلوبة لجهاز المراقبة الداخلية والتصور المقترح لحل هذه المشاكل خلال شهر من تاريخه .

وبعد الانتهاء من النظر في موضوعات جدول الأعمال اتفق الأعضاء على تحديد موعد الاجتماع القادم خلال الفترة من ١-٣ رجب ١٤٢٢هـ الموافق للفترة من ١٨-٢٠/٩/٢٠٠١م حسب ظروف أعضاء المجلس .



Please quote above ref. No. and date when replying. Pour répondre, Prière de citer la date et la référence sus citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص ب ١٤٨٤٣ جدة ٢١٤٣٤ - تلفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. : الموضوع :

No : الرقم :

Date : التاريخ :

## تواقيع الأعضاء

١- معالي الدكتور/ عبدالله بن عبدالمحسن التركي .................................. (رئيس المجلس) .

٢- معالي الشيخ / محمد بن ناصر العبودي .................................. (عضو المجلس) .

٣- سعادة الدكتور/ عدنان بن خليل باشا .................................. (عضو المجلس) .

٥- سعادة الشيخ/ ابراهيم بن محمد أفندي .................................. (عضو المجلس) .

٦- فضيلة الدكتور/ عبدالرحمن حبنكة الميداني .................................. (عضو المجلس) .

٧- سعادة الدكتور/ حسن بن علي الأهدل .................................. (عضو المجلس) .

٩- سعادة المهندس/ محمد بن عبدالله الضبيبان .................................. (عضو المجلس) .



Please quote above ref. No. and date when replying Pour répondre, Prière de citer la date et la référence sus - citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص ب ١٤٨٤٣ جدة ٢١٤٣٤ تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني