# EXHIBIT
# "142"

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

Secretary General's Office

No.: _______________ Sub. _____________________________

Date: _______________ _____________________________

**Minutes of the Fifth Meeting of IIRO Board of Directors**

**Thursday, 01/08/1421 AH, corresponding to 04/13/2000**

With blessings of Allah, the Fifth Meeting of IIRO Board of Directors was held Thursday, 01/08/1421 AH, corresponding to 04/13/2000, at 11:00 AM, at the premises of the Secretariat General in Jeddah. HE MWL Secretary General and the Chairman of IIRO Board of Directors Dr. Abdullah bin Saleh Al-Obaid were busy with an urgent meeting abroad, HE Sheikh Mohammad bin Naser Al-Aboudi was authorized to chair the meeting. The meeting was attended by their Excellency and Eminence Members of the Board, namely:

1. HE Eng. Mahmoud bin Abdullah Tayba , Member of the Shura Council and Board of Directors
2. HE Dr. Adnan bin Khalil Basha , IIRO Secretary General and Member of the Board
3. HE Sheikh Abdul-Rahman Abdul-Qader Faqih, Member of the Board of Directors
4. HE Dr. Hassan bin Ali Al-Ahdal, Head of the Financial and Administrative Affairs at MWL, and Member of the Board of Directors.
5. HE Sheikh Hussein bin Ali Marfaq, Member of MWL Constituent Council and Board of Directors
6. HE Sheikh Ibrahim Mohammad Afandi, Member of the Board of Directors
7. HE Mr. Ibrahim bin Mohammad Al-Jumeih, Member of the Board of Directors, authorized representative of Sheikh Mohammad bin Abdullah Al-Jumeih
8. HE Eng. Mohammad bin Abdullah Al-Dhbayyan, Member of the Board of Directors

The following were absent:

1. HE Sheikh Mustafa bin Mohammad Edris, Consultant at the Royal Court and Acting Representative of the Council of Ministers Committee; Member of the Board of Directors
2. HE Dr. Abdurahman Habanka Al-Maydani, Member of MWL Constituent Council; Member of the Board of Directors for a medical condition.

[signature]



Please quote above ref. No. and date when replying.
Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ
E-mail: relief@iirosa.org

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

Secretary General's Office

No.: ______________ Sub. ___________________________

Date: ______________ ___________________________

The following were unable to attend the meeting:

1. HE Sheikh Abdurahman Yaqoub, Member of MWL Constituent Council; Member of the Board of Directors
2. HE Mr. Khaled Kiba, Member of MWL Constituent Council; Member of the Board of Directors

The Meeting was also attended by:

| | | |
|---|---|---|
| 1. | Dr. Awad bin Salameh Al-Ruhaili | IIRO Internal Auditor |
| 2. | Dr. Yousef bin Abdullah Basudan | IIRO Budget Director |
| 3. | HE Mr. Salem Salmi Ahmad Al-Sahafi | Representative of Sanabel Al-Khair Co. |
| 4. | HE Mr. Abdul-Mohsen Al-Qatami and Mr. Ihab Al-Bashir, Representatives of the Auditors Office-Arthur Anderson | |

**Approving the Meeting Agenda**

The Board reviewed the draft agenda and Mr. Ibrahim Al-Jumeih proposed to add the following topics under the "Any New Business" item:

1. Position of IIRO estimated budget for the year 1419/1420 AH
2. Sanabel Al-Khair

The agenda was approved as follows:

1. Presenting the minutes of the previous meetings No. 3 and 4 to complete the signing thereof.
2. Presenting the Follow-up Table of the Board Decisions' Implementation.
3. Representing the Auditors' report on IIRO balance sheet and closing accounts for the financial year 1418 AH for endorsement.
4. Presenting the estimated budget for the interim period for indorsement after being approved by the Executive Committee in its ninth meeting dated 12/21/1420 AH [03/27/2000].

[signature]





Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ
E-mail: relief@iirosa.org

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

Secretary General's Office

No.: _______________ Sub. ____________________________

Date: _______________ ____________________________

5. Presenting the auditor's report on IIRO balance sheet and closing accounts for the interim period from 01/01/1419 AH [04/27/1998] to 06/30/1419 AH [10/20/1998] for endorsement.
6. Presenting the budget classification study for endorsement, after being approved by the Executive Committee in its ninth meeting dated 12/21/1420 AH [03/27/2000].
7. Presenting the participation of a number of local offices in IIRO Board of Directors.
8. The position of IIRO estimated budget for the year 1419/1420 AH.
9. Sanabel Al-Khair.

**Item 1: Presenting the minutes of the previous two meetings to complete the signing thereof.**

The minutes of the previous meetings No. 3 and 4 were presented for the completion of their signing, as copies thereof were sent to the members of the Board under No. 100/1568/M/K to 100/1574/M/K dated 07/21/1420 AH. [10/30/1999]. The minutes were signed and returned.

**Decision No. 43/5/1/421**

The Board approved the minutes of the previous meetings No. 3 and N. 4 and the members signed them.

**Item 2: Presenting the Follow-up Table of the Board Decisions' Implementation.**

The Board presented the statement on following up the implementation of its previous decisions, which was prepared by IIRO Secretariat General. A number of questions were raised concerning the formation of the Investment Control Committee and the Development Committee, the decisions of the Executive Committee presented to the Board, together with the Orphans Committee report and the Sanabel Al-Khair land plans.., in addition to other topics. These questions and inquiries were answered by HE IIRO Secretary General. Sanabel Al-Khair topic captured the attention of the Board.

[signature]



Please quote above ref. No. and date when replying.
Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ
E-mail: relief@iirosa.org

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

Secretary General's Office

No.: _______________ Sub. ____________________________

Date: _______________ ____________________________

After presenting all Board decisions and the measures taken in their regard, the Board issued the following decisions:

**Decision No. 44/5/1/421:**

A Board meeting shall be dedicated to discuss Sanabel Al-Khair Co. affairs from all aspects given the importance of this topic. The Company shall prepare a comprehensive statement on all investments and the revaluation of lands. A preparatory committee shall be formed of the following Board members:

1. HE Sheikh Abdurahman Abdul-Qader Faqih
2. HE Sheikh Ibrahim Mohammad Afandi
3. HE Mr. Ibrahim Mohammad Al-Jumeih

With three members from Sanabel Al-Khair to be named in coordination with the Secretariat General and the Company to study the aforementioned Company statement and prepare for a mutual meeting between IIRO Board of Directors and the Company's Board of Directors to discuss this matter from all its aspect within one month from now.

**Decision No. 45/5/1/421:**

A committee of land experts shall be mandated to valuate and price the investment lands of Sanabel Al-Khair. The said Committee shall be formed of the following members:

1. HE Sheikh Saleh Al-Zamel
2. HE Sheikh Marei bin Mahfouth
3. HE Sheirf Mansour Abu Rayyash
4. HE Eng. Abdul-Aziz Ghandoura
5. HE Mr. Ali Bshawri

The Committee shall submit its report within one week from the signing of these Minutes via fax so that the preparatory committee can review it as part of the Company's comprehensive report to be submitted during the mutual meeting of IIRO and the Company's Boards of Directors, scheduled to be held within one month following the signing of these Minutes by fax.

**Decision No. 46/5/1/421:**

The Decisions of the Executive Committee shall be linked as part of the Board's topics.

[signature]



Please quote above ref. No. and date when replying.
Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ
E-mail: relief@iirosa.org

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

Secretary General's Office

No.: _______________ Sub. ____________________________

Date: _______________ ____________________________

**Decision No. 47/5/1/421:**

The Board urges its esteemed members to provide the Secretariat General with the names of their experienced and competent candidates for the membership of IIRO Development Committee.

**Decision No. 48/5/421:**

Amend the Board's Decision No. 36/3/6/420 on the Internal Auditor's attendance of the meetings of the Board of Directors and the Executive Committee to read as follows (The Board has decided to not include IIRO Internal Auditor to the membership of the Executive Committee to ensure the neutrality of his opinion. However, the Internal Auditor shall have the right to attend the meetings of the Executive Committee and the Board of Directors, discuss matters and express opinions without having the right to vote).

**Item 3: Representing the Auditors' report on IIRO balance sheet and closing accounts**

**for the [financial] year 1418 AH**

The Board listened to the comment raised by the Auditor on IIRO closing accounts for the year 1418 AH, after the issue of the audited accounts of Sanabel Al-Khair for the years 1418 AH and 1419 AH. The Auditor stated that the previous observations raised in the Company Auditor's Report as to IIRO balance sheet for the year 1418 AH have not changed in respect of Sanabel Al-Khair.

The IRRO Secretary General requested from the Board to resolve the issue either by separating IIRO accounts from the Company's accounts or taking any other measure as the Board deemed fit to enable the issue of the closing accounts as scheduled. HE Sheikh Mohammad Al-Abboudi added that work may not be disrupted for the sake of Sanabel Al-Khair accounts.

Sheikh Ibrahim Afandi proposed to approve the balance sheet together with the observations made in relation thereto. After resolving Sanabel Al-Khair issue, minutes can be prepared and attached to the balance sheet. The Board then issued the following decision:

**Decision No. 49/5/1/421:**

The Board approved the Auditors' Report on IIRO Balance Sheet and Closing Accounts for the year 1418 AH, inclusive of the observations contained in the Auditors' Report in respect of Sanabel Al-Khair, provided that IIRO Secretariat General should follow up with the Company in addressing the said observations, then present the matter to the Board to make sure that they have been duly addressed. Minutes can then be prepared and attached to the balance sheet.



Please quote above ref. No. and date when replying.
Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ
E-mail: relief@iirosa.org

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA
Secretary General's Office

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

No.: ______________ Sub. ____________________________

Date: ______________ ____________________________

**Item 4: Presenting the estimated budget for the interim period for endorsement 06/30/1419 AH [10/20/1998].**

The estimated budget for the interim period from 01/01/1419 AH [04/27/1998] to 06/30/1419 AH [10/20/1998] have already been presented before the Board in its First and Second Meetings, and referred to the Executive Committee for consideration and approval. The Executive Committee approved the estimated budget in its Ninth Meeting dated 12/21/1420 AH [03/27/2000], and recommended its endorsement by the Board.

The Board reviewed the budget and decided as follows:

**Decision No. 50/5/421**

The Board approved the estimated budget for the interim period from 01/01/1419 AH [04/27/1998] to 06/30/1419 AH [10/20/1998], according to the statements of total revenue and expenses and the detailed statements attached.

**Item 5: Presenting the Auditors' report on IIRO balance sheet and closing accounts for the interim period ending 06/30/1419 AH [10/20/1998]for endorsement.**

The Board reviewed the Auditors' Report on IIRO Balance Sheet and Closing Accounts for the interim period ended 06/30/1419 AH [10/20/1998].

The Board issued the following Decision:

**Decision No. 51/5/1/421**

The Board approved IIRO balance sheet and closing accounts for the interim period ending 06/30/1419 AH [10/20/1998], together with the observations thereon which are contained in the Auditors' report in respect of Sanabel Al-Khair Company, provided that IIRO Secretariat General should follow up with the Company in addressing the said observations, then present the matter to the Board to make sure that they have been duly addressed. Minutes can then be prepared and attached to the balance sheet.

**Decision No. 52/5/1/421:**

The Finance Department shall follow up the Auditor to apply the amendments proposed by the Members of the Board on the draft closing accounts for the interim period, and issue a final version thereof.



Please quote above ref. No. and date when replying.

Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ
E-mail: relief@iirosa.org

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA
Secretary General's Office

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

No.: _______________ Sub. ____________________________

Date: _______________ ____________________________

**Decision No. 53/5/1/421:**

The Board requests from HE the Chairman to discuss with HE Sheikh Saleh Kamel the possibility of compensating IIRO for the loss incurred as a result of the oil drill investment. The Board was previously informed that HE Sheikh Saleh Kamel guarantees any investment when the participation therein is made through Al-Barakah Company. The Chairman shall then report the results of the discussion to the Board.

**Item 6: Presenting the study on the classification of IIRO expenses**

The Board presented a study on the classification of IIRO expenses as per the five budget lines included in the financial regulation, and the incorporation of the media and public relations line in the local offices expenses under the title of "Resource Development". The Executive Committee approved the study in its Ninth Meeting dated 12/21/1420 AH [03/27/2000], and recommended its endorsement by the Board. After deliberation, the Board decided as follows:

**Decision No. 54/5/1/421:**

The Board reviewed IIRO expense classification study and approved it in principle, provided that members are given one month to inform IIRO Secretariat General of any observations they may have on the study within one month following the meeting. If no observations are received from members within one month, the study shall be considered approved and endorsed.

**Item 7: Presenting the participation of a number of local offices in IIRO Board of Directors and Executive Committee**

The Board reviewed the presentation memorandum on the wish expressed by IIRO local offices to participate in IIRO Board of Directors and Executive Committee. The Executive Committee recommended to realize this wish by giving the opportunity to participate in the Board and the Committee to four main offices. Some members still do not support the representation of the local offices in the Board given that they serve as executive bodies that may not control works it already participated in. HE Eng. Mahmoud Taybah proposed accepting their participation as controllers in the Executive Committee first for a probation period, after which their participation in the Board as controllers can be considered.



Please quote above ref. No. and date when replying.
Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ
E-mail: relief@iirosa.org

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA
Secretary General's Office

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

No.: _______________ Sub. _____________________________

Date: _______________ _____________________________

Sheikh Ibrahim Afandi explained that the staff in local offices face issues with donors. He stressed on the importance of their engagement in the decision-making process as it will make them more enthusiastic to implement the decision and will ignite their spirit. Moreover, many of them has started to move to other institutions.

HE Sheikh Al-Abboudi submitted three proposals:

1. Two of them can be added to the Board and four to the Executive Committee.
2. Two of them can be added to the Board as permanent members for two years, to be succeeded by another two.
3. They can be invited to Board meetings as consultants without having the right to vote.

The Board then issued the following decisions:

**Decision No. 55/5/1/421:**

The Board approved IIRO Local Offices' representation in the Executive Committee by two members with full, 1-year membership, after which they shall be replaced by another two members.

**Decision No. 56/5/1/421:**

The Board recommends to amend the Articles of Association, so that IIRO local offices are represented by two members in the Board of Directors. These members shall have the right to participate in discussions and express opinion, but may not vote. The representation shall be for one Board Cycle, and the members shall then be succeeded by another two. This experience shall be evaluated after one year from its application.

**Item 8: The position of IIRO estimated budget for the year 1419/1420 AH**

HE Mr. Ibrahim Mohammad Al-Jumeih, Member of the Board, requested to be informed of the position of IIRO general budget for the year 1419/1420 AH. IIRO Secretary General explained that the 19/20 AH Budget was still with the Chartered Accountant, and the reasons for non-submission were the delay in the issue of IIRO budget for 1418 AH and the interim budget. He then hoped to present them to the Board by the end of the current financial year.



Please quote above ref. No. and date when replying.
Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ
E-mail: relief@iirosa.org

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

Secretary General's Office

No.: _______________ Sub. ____________________________

Date: _______________ ____________________________

**Item 9: Sanabel Al-Khair**

This Item was discussed under the topics of Item 3.

[signature]

**With no further comments, the meeting was adjourned and the minutes were closed.**

1. Sheikh Mohammad bin Naser Al-Aboudi [signature] (Chairman of the Meeting)
2. HE Eng. Mahmoud bin Abdullah Tayba …………….. (Board Member)
3. HE Dr. Adnan bin Khalil Basha …………….. (Board Member)
4. HE Sheikh Abdurahman Abdul-Qader Faqih …………….. (Board Member)
5. HE Dr. Hassan bin Ali Al-Ahdal [signature] (Board Member)
6. HE Sheikh Hussein bin Ali Marfaq …………….. (Board Member)
7. HE Sheikh Ibrahim Mohammad Afandi …………….. (Board Member)
8. HE Mr. Ibrahim bin Mohammad Al-Jumeih …………….. (Board Member)
9. HE Eng. Mohammad bin Abdullah Al-Dhbayyan [signature] (Board Member)





Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ
E-mail: relief@iirosa.org

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. : الموضوع :

No. : الرقم :

Date : التاريخ :

## محضر الاجتماع الخامس لمجلس إدارة الهيئة

## الخميس ١٤٢١/١/٨هـ الموافق ٢٠٠٠/٤/١٣م

تم بفضل الله عقد الاجتماع الخامس لمجلس إدارة الهيئة يوم الخميس ١٤٢١/١/٨هـ الموافق ٢٠٠٠/٤/١٣م في الساعة الحادية عشرة صباحاً بمقر الأمانة العامة للهيئة بجدة، ونظراً لارتباط معالي الأمين العام لرابطة العالم الإسلامي ورئيس مجلس إدارة الهيئة الدكتور/ عبدالله بن صالح العبيد بموعد طارئ خارج المملكة فقد فوض معالي الشيخ/ محمد إبن ناصر العبودي لترأس الجلسة . وقد حضر الاجتماع أصحاب المعالي والفضيلة والسعادة أعضاء المجلس الآتية أسماؤهم :

| | |
|---|---|
| ١- معالي المهندس/ محمود بن عبدالله طيبة | عضو مجلس الشورى وعضو مجلس الإدارة . |
| ٢- سعادة الدكتور/ عدنان بن خليل باشا | الأمين العام للهيئة وعضو المجلس . |
| ٣- سعادة الشيخ/ عبدالرحمن عبدالقادر فقيه | عضو مجلس الإدارة . |
| ٤- سعادة الدكتور/ حسن بن علي الأهدل | مدير الشؤون المالية والإدارية برابطة العالم الإسلامي وعضو مجلس الإدارة . |
| ٥- فضيلة الشيخ/ حسين بن علي مرفق | عضو المجلس التأسيسي للرابطة وعضو مجس الإدارة . |
| ٦- سعادة الشيخ/ ابراهيم محمد أفندي | عضو مجلس الإدارة . |
| ٧- سعادة الأستاذ/ ابراهيم بن محمد الجميح | عضو مجلس الإدارة المفوض نيابة عن الشيخ محمد بن عبدالله الجميح . |
| ٨- سعادة المهندس/ محمد بن عبدالله الضبيبان | عضو مجلس الإدارة . |

**واعتذر عن الحضور :**

| | |
|---|---|
| ١- معالي الشيخ/ مصطفى بن محمد إدريس | المستشار بالديوان الملكي والقائم بأعمال اللجنة الخاصة بمجلس الوزراء . عضو مجلس الإدارة . |
| ٢- فضيلة الدكتور/ عبدالرحمن حبنكة الميداني | عضو المجلس التأسيسي للرابطة عضو مجلس الإدارة لظروف مرضية . |



Please qoute above ref. No. and date when replying. Pour répondre, Prière de citer la date et la référence sus - citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة
العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

MWLIIRO-00016247

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub. : الموضوع :

No : الرقم :

Date : التاريخ :

**ولم يتمكن من حضور الاجتماع :**

١- سعادة الشيخ/ عبدالرحمن يعقوب — عضو المجلس التأسيسي للرابطة وعضو مجلس الإدارة

٢- سعادة الأستاذ/ خالد كينا — عضو المجلس التأسيسي للرابطة وعضو مجلس الإدارة

**كما حضر الاجتماع :**

١- سعادة الدكتور/ عوض بن سلامه الرحيلي — المراقب الداخلي للهيئة .

٢- سعادة الدكتور/ يوسف بن عبدالله باسودان — مدير إدارة الميزانية بالهيئة .

٣- سعادة الأستاذ/ سالم سلمي أحمد الصحفي — مندوب شركة سنابل الخير .

٤- سعادة الأستاذين/ عبدالمحسن القطامي وإيهاب البشير — مندوبي مكتب المحاسب القانوني آرثر أندرسن .

**<u>إقرار جدول الأعمال :</u>**

استعرض المجلس مشروع جدول الأعمال واقترح الأستاذ/ ابراهيم الجميح إضافة الموضوعات الآتية إلى ما يستجد من أعمال :

١- موقف الميزانية التقديرية للهيئة لسنة ١٤١٩/١٤٢٠هـ .

٢- سنابل الخير .

وتم إقرار الجدول حسب التالي :

(١) عرض محضري الاجتماعين السابقين رقم ٣ ورقم ٤ لاستكمال تواقيعهما .

(٢) عرض جدول متابعة تنفيذ قرارات المجلس .

(٣) إعادة عرض تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن السنة المالية ١٤١٨هـ للمصادقة عليه .

(٤) عرض الميزانية التقديرية للفترة الانتقالية للمصادقة عليها بعد أن أجازتها اللجنة التنفيذية في اجتماعها التاسع بتاريخ ١٤٢٠/١٢/٢١هـ .



Please quote above ref. No. and date when replying. Pour répondre, Prière de citer la date et la référence sus - citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub. : الموضوع :

No : الرقم :

Date : التاريخ :

(٥) عرض تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن الفترة الانتقالية من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ للمصادقة عليه .

(٦) عرض دراسة تبويب الميزانية للمصادقة عليه بعد أن أجازتها اللجنة التنفيذية في اجتماعها التاسع بتاريخ ١٤٢٠/١٢/٢١هـ .

(٧) عرض موضوع مشاركة بعض المكاتب المحلية في مجلس إدارة الهيئة .

(٨) موقف الميزانية التقديرية للهيئة لسنة ١٤٢٠/١٤١٩هـ .

(٩) سنابل الخير .

## البند الأول : عرض المحضرين السابقين لاستكمال توقيعهما

تم عرض المحضرين السابقين رقم ٣ ورقم ٤ لاستكمال توقيعهما حيث سبق إرسال صورة منهما إلى أعضاء المجلس برقم ١٠٠/١٥٦٨/م/ك إلى رقم ١٠٠/١٥٧٤/م/ك وتاريخ ١٤٢٠/٧/٢١هـ وتم التوقيع عليها وإعادتها .

**القرار رقم ٤٢١/١/٥/٤٣ :**

أجاز المجلس محضري الاجتماعين السابقين رقم ٣ ورقم ٤ وتم التوقيع عليهما .

## البند الثاني : عرض جدول متابعة قرارات المجلس

استعرض المجلس بيان متابعة تنفيذ قراراته السابقة المعد من قبل الأمانة العامة للهيئة وطرحت عدة استفسارات تتعلق بتشكيل لجنة الرقابة على الاستثمار ولجنة التنمية وعرض قرارات اللجنة التنفيذية على المجلس وعرض تقرير لجنة الأيتام على المجلس ومخططات أراضي سنابل الخير .. وغيرها من الموضوعات أجاب عنها سعادة الأمين العام للهيئة وقد استحوذ موضوع سنابل الخير على اهتمام المجلس . وبعد استعراض جميع قرارات المجلس وما تم بشأنها اتخذ المجلس



Please qoute above ref. No. and date when replying. Pour répondre, Prière de citer la date et la référence sus - citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة
العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تلفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ فاكس : ٦٥١٨٤٩١ تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org البريد الالكتروني :

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub. : الموضوع : No : الرقم :
Date : التاريخ :

القرارات التالية :

**القرار رقم ٤٢١/١/٥/٤٤ :**

تخصص جلسة خاصة للمجلس لبحث موضوع شركة سنابل الخير من جميع جوانبه نظراً لأهميته ، على أن تعد الشركة بياناً شاملاً عن جميع الاستثمارات وإعادة تثمين الأراضي ، وتشكل لجنة تحضيرية من أصحاب السعادة أعضاء المجلس :

١- سعادة الشيخ/ عبدالرحمن عبدالقادر فقيه .

٢- سعادة الشيخ/ ابراهيم محمد أفندي .

٣- سعادة الأستاذ/ ابراهيم محمد الجميح .

مع ثلاثة أعضاء من شركة سنابل الخير يتم تحديدهم بالتنسيق بين الأمانة العامة والشركة يتولون دراسة بيان الشركة المشار إليه أعلاه والتحضير لاجتماع مشترك بين مجلس إدارة الهيئة ومجلس إدارة الشركة لبحث الموضوع من جميع جوانبه في خلال شهر من الآن .

**القرار رقم ٤٢١/١/٥/٤٥ :**

تكلف لجنة من خبراء الأراضي لتقويم وتثمين الأراضي الاستثمارية لسنابل الخير تتألف من :

١- سعادة الشيخ/ صالح الزامل .

٢- سعادة الشيخ/ مرعي بن محفوظ .

٣- سعادة الشريف/ منصور أبو رياش .

٤- سعادة المهندس/ عبدالعزيز غندورة .

٥- سعادة الأستاذ/ علي بشاوري .

لتقدم تقريرها خلال أسبوع من تاريخ توقيع هذا المحضر بالفاكس حتى تتمكن اللجنة التحضيرية من الاطلاع عليه ضمن البيان الشامل للشركة الذي سيقدم إلى الاجتماع المشترك لمجلسي إدارة الهيئة والشركة المقرر عقده خلال شهر من تاريخ توقيع هذا المحضر بالفاكس .

**القرار رقم ٤٢١/١/٥/٤٦ :**

تربط قرارات اللجنة التنفيذية ضمن موضوعات المجلس .



Please quote above ref. No. and date when replying. Pour répondre Prière de citer la date et la référence sus - citées الرجا ، عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ ٦٥١٥٤١١ فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org البريد الالكتروني :

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub. : الموضوع :
No : الرقم :
Date : التاريخ :

**القرار رقم ٤٢١/١/٥/٤٧ :**

يحث المجلس أعضاءه الموقرين على تزويد الأمانة العامة بالأسماء المرشحة من قبلهم والمشهود لها بالخبرة والكفاءة لعضوية لجنة التنمية بالهيئة .

**القرار رقم ٤٢١/١/٥/٤٨ :**

تعديل قرار المجلس رقم ٤٢٠/٦/٣/٣٦ الخاص بحضور المراقب الداخلي جلسات مجلس الإدارة واللجنة التنفيذية ليقرأ (قرر المجلس عدم إضافة المراقب الداخلي للهيئة إلى عضوية اللجنة التنفيذية تأكيداً لحيادية رأيه وله حق حضور اجتماعات اللجنة التنفيذية ومجلس الإدارة والمناقشة وإبداء الرأي دون أن يكون له حق التصويت) .

**البند الثالث : إعادة عرض تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن سنة ١٤١٨هـ**

استمع المجلس إلى تعليق مندوب المحاسب القانوني على الحسابات الختامية للهيئة عن سنة ١٤١٨هـ بعد صدور الحسابات المدققة لشركة سنابل الخير عن عامي ١٤١٨هـ و١٤١٩هـ . حيث ذكر أن تقرير مراجع الشركة أنه لم تتغير ملاحظاتهم السابقة على ميزانية الهيئة لسنة ١٤١٨هـ المتعلقة بسنابل الخير .

طلب الأمين العام للهيئة من المجلس إيجاد حل إما بفصل حسابات الهيئة عن حسابات الشركة أو ما يراه المجلس مناسباً حتى تصدر الحسابات الختامية في موعدها . وأضاف معالي الشيخ محمد العبودي أنه لا ينبغي تعطيل العمل لأجل حسابات سنابل الخير .

اقترح الشيخ ابراهيم أفندي الموافقة على الميزانية بملاحظاتها وبعد معالجة موضوع سنابل الخير يعمل محضر يرفق مع هذه الميزانية . ثم قرر المجلس ما يلي :

**القرار رقم ٤٢١/١/٥/٤٩ :**

وافق المجلس على تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن سنة ١٤١٨هـ بملاحظاتها الواردة في تقرير مراقب الحسابات والمتعلقة بشركة سنابل الخير على أن تتابع الأمانة العامة للهيئة مع الشركة استكمال الملاحظات والعرض على المجلس للتأكد من معالجتها وعمل محضر يرفق بهذه الميزانية .



Please qoute above ref. No. and date when replying. Pour répondre, Priére de citer la date et la référence sus - citéos الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub. : الموضوع :

No : الرقم :

Date : التاريخ :

**البند الرابع : عرض الميزانية التقديرية للفترة الانتقالية المنتهية في ١٤١٩/٦/٣٠هـ لإجازتها**

سبق أن عرضت الميزانية التقديرية للفترة الانتقالية للهيئة من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ عرضت على المجلس في اجتماعيه الأول والثاني وأحالها إلى اللجنة التنفيذية لدراستها وإجازتها . وقد أجازتها اللجنة التنفيذية في اجتماعها التاسع بتاريخ ١٤٢٠/١٢/٢١هـ وأوصت المجلس بالمصادقة عليها .

استعرض المجلس الميزانية وقرر ما يلي :

**القرار رقم ٤٢١/١/٥/٥٠ :**

وافق المجلس على الميزانية التقديرية للفترة الانتقالية للهيئة من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ وفق بيانات الإيرادات والمصروفات الإجمالية والبيانات التفصيلية المرفقة .

**البند الخامس : عرض تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن الفترة الانتقالية المنتهية في ١٤١٩/٦/٣٠هـ للمصادقة عليها**

استعرض المجلس تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن الفترة الانتقالية المنتهية في ١٤١٩/٦/٣٠هـ

وقد قرر المجلس ما يلي :

**القرار رقم ٤٢١/١/٥/٥١ :**

وافق المجلس على الميزانية العمومية والحسابات الختامية للفترة الانتقالية للهيئة المنتهية في ١٤١٩/٦/٣٠هـ بملاحظاتها الواردة في تقرير مراقب الحسابات والمتعلقة بشركة سنابل الخير على أن تتابع الأمانة العامة مع الشركة استكمال هذه الملاحظات والعرض على المجلس للتأكد من معالجتها وعمل محضر يرفق بهذه الميزانية .

**القرار رقم ٤٢١/١/٥/٥٢ :**

تكلف الإدارة المالية بمتابعة المحاسب القانوني لإجراء التعديلات التي تفضل بها أعضاء المجلس على مسودة الحسابات الختامية للفترة الانتقالية وأصدار النسخة النهائية .



Please quote above ref. No. and date when replying. Pour répondre, prière de citer la date et la référence sus - citées يرجى عند الرد الإشارة إلى رقم وتاريخ هذا الخطاب

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org البريد الالكتروني :

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. : الموضوع :

No : الرقم :

Date : التاريخ :

**القرار رقم ٤٢١/١/٥/٥٣ :**

يطلب المجلس من معالي الرئيس التفاهم مع سعادة الشيخ/ صالح كامل حول إمكانية تعويض الهيئة عن الخسارة الناتجة عن استثمار حفّار البترول حيث مما إلى علم المجلس أن سعادة الشيخ/ صالح كامل ضامن لأي استثمار تتم المشاركة فيه عن طريق شركة البركة ، والعرض على المجلس بالنتائج .

**البند السادس : عرض دراسة تبويب نفقات الهيئة**

استعرض المجلس دراسة تبويب نفقات الهيئة وفقاً لأبواب الميزانية الخمسة الواردة في اللائحة المالية مع دمج باب الإعلام والعلاقات العامة مع نفقات المكاتب المحلية تحت مسمى تنمية الموارد . وقد أجازت اللجنة التنفيذية الدراسة في اجتماعها التاسع بتاريخ ١٤٢٠/١٢/٢١هـ وأوصت المجلس بالمصادقة عليها وبعد المداولة قرر المجلس ما يلي :

**القرار رقم ٤٢١/١/٥/٥٤ :**

اطلع المجلس على دراسة تبويب نفقات الهيئة ووافق عليها من حيث المبدأ على أن يتم منح الأعضاء مهلة شهر لموافاة الأمانة العامة للهيئة بأي ملاحظات عليها خلال شهر من تاريخ انعقاد هذا الاجتماع وفي حالة عدم ورود ملاحظات من الأعضاء خلال مدة شهر تعتبر الدراسة مجازة ومصادق عليها .

**البند السابع : عرض موضوع مشاركة بعض المكاتب المحلية في مجلس إدارة الهيئة واللجنة التنفيذية**

استعرض المجلس مذكرة العرض الخاصة برغبة المكاتب المحلية للهيئة في أن يكون لها مشاركة في مجلس إدارة الهيئة وفي اللجنة التنفيذية ، وتوصية اللجنة التنفيذية بتحقيق هذه الرغبة بإتاحة الفرصة لأربع مكاتب رئيسية بالمشاركة في المجلس واللجنة . بعض الأعضاء لا يرون تمثيل المكاتب المحلية في المجلس باعتبارها أجهزة تنفيذية لا تراقب أعمالاً اشتركت فيها . واقترح معالي المهندس محمود طيبة قبول مشاركتهم كمراقبين في اللجنة التنفيذية أولاً لفترة تجريبية ثم ينظر في مشاركتهم في المجلس كمراقبين .



Please qoute above ref. No. and date when replying. Pour répondre, Prière de citer la date et la référence sus - citées يرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

MWLIIRO-00016253

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. : الموضوع :

No : الرقم :

Date : التاريخ :

أوضح الشيخ ابراهيم أفندي أن الإخوة في المكاتب المحلية يواجهون مشاكل مع المتبرعين ومشاركتهم في القرار تجعلهم أكثر حماساً لتنفيذه وترفع من الروح المعنوية لديهم وهذا شيء مهم وكثير منهم بدأ ينتقل إلى مؤسسات أخرى .

قدم معالي الشيخ العبودي ثلاثة اقتراحات :

١- أن يكون اثنان منهم في المجلس وأربعة في اللجنة التنفيذية .

٢- أن يكون اثنان منهم في المجلس كأعضاء دائمين لمدة سنتين ثم يعقبهما اثنان آخران .

٣- دعوتهم كمستشارين لحضور اجتماعات المجلس دون التصويت .

ثم قرر المجلس ما يلي :

**القرار رقم ٤٢١/١/٥/٥٥ :**

وافق المجلس على تمثيل المكاتب المحلية للهيئة بعضوين في اللجنة التنفيذية بكامل العضوية لمدة عام ثم يعقبهما اثنان آخران .

**القرار رقم ٤٢١/١/٥/٥٦ :**

يوصي المجلس بتعديل النظام الأساسي بحيث تمثل المكاتب المحلية للهيئة بعضوين في مجلس الإدارة يكون لهما حق المشاركة في النقاش وإبداء الرأي دون التصويت وذلك لمدة دورة واحدة للمجلس ثم يعقبهما اثنان آخران . على أن يتم تقويم هذه التجربة بعد مرور عام كامل على تطبيقها .

**البند الثامن : موقف الميزانية التقديرية للهيئة لسنة ١٤١٩/١٤٢٠هـ**

طلب سعادة عضو المجلس الأستاذ/ ابراهيم محمد الجميح معرفة موقف الموازنة العامة للهيئة لعام ١٤١٩/١٤٢٠هـ وأوضح الأمين العام للهيئة بأن ميزانية ١٩/٢٠هـ لدى المحاسب القانوني وأن أسباب عدم تقديمها هو تأخر صدور ميزانية الهيئة لعام ١٤١٨هـ والميزانية الانتقالية ونأمل في عرضها على المجلس في نهاية العام المالي الحالي بإذن الله .



Please qoute above ref. No. and date when replying. Pour repondre, Priere de citer la date et la référence sus citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ تلفون : ٦٥١٢٣٣٣ ٦٥١٥٤١١ فاكس : ٦٥١٨٤٩١ تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email. relief@iirosa.org : البريد الالكتروني

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. : الموضوع :

No. : الرقم :

Date : التاريخ :

## البند التاسع : سنابل الخير

تم بحث هذا البند ضمن موضوعات البند الثالث .

**وبهذا انتهى الاجتماع وأقفل المحضر . تواقيع الأعضاء**

١- الشيخ/ محمد بن ناصر العبودي ............ (رئيس الاجتماع) .

٢- معالي المهندس/ محمود بن عبدالله طيبة ............ (عضو المجلس) .

٣- سعادة الدكتور/ عدنان بن خليل باشا ............ (عضو المجلس) .

٤- سعادة الشيخ/ عبدالرحمن عبدالقادر فقيه ............ (عضو المجلس) .

٥- سعادة الدكتور/ حسن بن علي الأهدل ............ (عضو المجلس) .

٦- فضيلة الشيخ/ حسين بن علي مرفق ............ (عضو المجلس) .

٧- سعادة الشيخ/ ابراهيم محمد أفندي ............ (عضو المجلس) .

٨- سعادة الأستاذ/ ابراهيم بن محمد الجميح ............ (عضو المجلس) .

٩- سعادة المهندس/ محمد بن عبدالله الضبيبان ............ (عضو المجلس) .



Please qoute above ref. No. and date when replying. Pour répondre, Prière de citer la date et la référence sus - citées الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة.

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org البريد الالكتروني :