# EXHIBIT

# “143”

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

No.: _______________ Sub. ____________________________

Date: _______________ ____________________________

**Minutes of the Third Meeting of**

**IIRO Board of Directors**

**Wednesday, 06/19/1420 AH, corresponding to 09/29/1999 AD**

With blessings of Allah, the Third Meeting of IIRO Board of Directors was held Wednesday, 06/19/1420 AH, corresponding to 09/29/1999 AD, at 11:00 AM, at the premises of the Secretariat General in Jeddah. The meeting was chaired by HE MWL Secretary General and Chairman of IIRO Board of Directors, Dr. Abdullah bin Saleh Al-Obaid, in the presence of their Eminence and Excellency members of the Board of Directors, who are named hereunder:

1. HE Sheikh Mohammad bin Naser Al-Abboudi, Assistant Secretary General, Member of the Board of Directors
2. HE Eng. Mahmoud bin Abdullah Tayab, Member of the Shura Council and the Board of Directors
3. HE Dr. Adnan bin Khalil Basha, IIRO Secretary General, Member of the Board of Directors
4. HE Sheikh Abdurahman Abdul-Qader Faqih, Member of the Board of Directors
5. HE Dr. Hassan bin Ali Al-Ahdal, Director of Financial and Administrative Affairs- MWL, Member of the Board of Directors
6. HE Dr. Abdurahman Habanka Al-Maydani, Member of MWL Constituent Council, Member of the Board of Directors
7. HE Sheikh Ibrahim Mohammad Afandi, Member of the Board of Directors
8. HE Mr. Ibrahim bin Mohammad Al-Jumeih, Member of the Board of Directors, authorized representative of Sheikh Mohammad bin Abdullah Al-Jumeih
9. HE Eng. Mohammad bin Abdullah Al-Dhbeyban, Member of the Board of Directors

The following members were absent:

1. HE Sheikh Mustafa bin Mohammad Edris, Consultant at the Royal Court and Acting Representative of the Special Committee of the Council of Ministers; Member of the Board of Directors
2. HE Sheikh Hussein bin Ali Marfaq, Member of MWL Constituent Council and Board of Directors

[signature] [signature] [signature]



Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

No.: _______________ Sub. _____________________________

Date: _______________ _____________________________

**The following were unable to attend the meeting:**

1. HE Sheikh Abdul-Rahman Yaqoub, Member of the Constituent Council and the Board of Directors
2. HE Sheikh Khaled Kiba, Member of the Constituent Council and the Board of Directors

**Speech of HE Chairman of the Board of Directors**

HE MWL Secretary General and Chairman of IIRO Board of Directors, Dr. Abdullah bin Saleh Al-Obaid, delivered a speech at the beginning the meeting, in which he welcomed attending members.

His Excellency then went through the meeting agenda.

**Agenda**

The agenda was reviewed and then approved as follows:

1. Presenting the report of the Executive Committee on its activities during the period from 01/22/1420 AH [05/08/1999] to 06/19/1420 AH [09/29/1999].
2. Examining the Auditors' report on IIRO balance sheet and closing accounts for the financial year 1418 AH for endorsement after discussing and commenting on the said statements.
3. Discussing and approving IIRO budget for the financial year 1420/1421 AH.
4. Discussing the report of IIRO Secretary General on IIRO work and activities for the financial year 1419/1420 AH.
5. Examining the Executive Committee's Bylaw for approval after discussion and commenting.
6. Any new business:
    a. Requesting approval to the proposal to merge the Investment Committee with the Board of Directors of Sanabel Al-Khair Company and form a control committee to supervise the Company's investments.

**Item 1: Presenting the Report of the Executive Committee**

The Board listened to the report of the Executive Committee and approved it. Mr. Ibrahim Al-Jumeih proposed to review the agenda of the previous meeting at the beginning of each meeting as a reminder.

[signature] [signature] [signature]



Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

No.: _______________ Sub. ____________________________

Date: _______________ ____________________________

**First Decision:**

1.a The Executive Committee Report has been perused.

1.b The Board Agenda shall include a review of the previous meeting agenda.

**Item 2: Examining the Auditors' report on IIRO balance sheet and closing accounts for the financial year 1418 AH**

The Board reviewed the Auditors' report on the IIRO balance sheet and closing accounts for the financial year 1418 AH. HE Sheikh Mohammad Al-Aboudi commented on the Waqf topic, and said that it was a corporate ownership that the income generated therefrom must be included in the balance sheet only. As for the registration of the Company's properties and investments as a trust ownership, the term trust entails that such properties may not be disposed of. Therefore, another form must be considered.

Mr. Ibrahim Al-Jumeih inquired about the position of the Executive Committee as to the Auditor's Comments on. HE The Chairman of the Board answered that the Committee was informed of these comments, and that it is aware of the circumstances under which they were made. As for the non-audit of the Company's accounts, the Company's registration has not been renewed for two years. Therefore, the preparation of audited accounts could not be attained.

Sheikh Ibrahim Afandi was mandated to address these matters.

Sheikh Ibrahim Afandi explained that the Investment Committee took previously a decision to register the properties in the names of persons given the lack of a commercial register for the Company. The auditor faced a technical issue being that the registration of funds without relying on a budget for the Company created a problematic situation. HE the Chairman of the Board pointed out that the Company's ownership of properties was less than the capital. The solution is either to transfer the ownership to MWL, as previously agreed between the former MWL Secretary General Dr. Ahmad Mohammad Ali and the former IIRO Secretary General Dr. Farid Yasin Qurashi, or to keep the ownership with the Company as a trust. Sheikh Ibrahim Afandi and Eng. Mahmoud Tayba proposed to postpone the approval to the Auditor's Report pending the completion of its comments within the six-month period. The proposal was approved.

[signature] [signature] [signature]



Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ

No.: _______________ Sub. _____________________________

Date: _______________ _____________________________

**Second Decision:**

2. Postpone the consideration of the Auditor's Report for the financial year 1418 AH. IIRO Secretariat General shall follow up the processing of these comments with the Company and its chartered accountant. The Board recommends to address the legal issue relating to the Sanabel Al-Khair as soon as possible, take necessary action, and present the Company's financial position to identify and remedy weaknesses defects within six months following this meeting.

**Item 3: Discussing and approving IIRO Budget for the year 1420/1421 AH**

A number of members proposed to postpone the discussion IIRO estimated budget for the year 1420/1421 AH as they were unable to study it. HE Chairman of the Board explained that among the reasons that had led to the delay in sending the budget until the last week prior to the meeting date was the proposal of Sheikh Ibrahim Afandi to present the Resource Development as a separate budget line that includes the expenses of local offices, given that these offices are in charge of the collection of donations.

IIRO Secretary General Dr. Adnan Basha explained that this budget is only an estimation, and, in its entirety, it is similar to the previous one and presents nothing new. Members then exchanged views on either to approve or postpone the budget. HE Eng. Mahmoud Tayba proposed to postpone it until the next week. Sheikh Abdul-Rahman Faqih praised the proposal.

**Third Decision:**

3. Postpone the discussion of IIRO estimated budget for the year 1420/1421 AH to next Wednesday, 06/26/1420 AH, corresponding to 10/06/1999 AD for discussion and approval.

**Item 4: Discussing the Report of IIRO Secretary General on IIRO work and activities during the financial year 1419/1420 AH**

The Board listened to the Report of IIRO Secretary General on IIRO work and activities during the financial year 1419/1420 AH. HE Chairman of the Board pointed out that the Report is usually associated with the budget. Since the financial year has not ended yet, there are operations and expenses that have not yet been recorded.

HE Sheikh Mohammad Al-Abboudi praised the report and described it as comprehensive and detailed.

[signature] [signature] [signature]



Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

No.: _______________ Sub. _____________________________

Date: _______________ _____________________________

During deliberations, the members focused on the importance of media and the need to spend on it given the effect it has on the marketing of IIRO programs and projects, the need to pay attention to the human development projects and increase the support allocated to them given that they realize the sustainable development objectives and help beneficiaries depend on themselves in the future. IIRO Secretary General explained that the human development program is one of the programs that have been adopted by IIRO for years now, and it aims to turn the beneficiary into a productive person rather than a consumer. However, it is not popular among donors. As for media, local offices contribute to the media activity through the percentage allocated to it for the development of its resources.

HE the Chairman of the Board indicated that placing this activity under this name may not be suitable as the particulars of this program follow other programs, such as health, educational and social, and Quran memorization programs. If every program focused its efforts on this work, it would succeed. He also made reference to a previous decision by the Board to form a committee to undertake orphans affairs, and to present some of its work during the next meeting. The Board then issued the following decision:

**Fourth Decision:**

4.a Approve the Secretary General's report on IIRO work and activities during the financial year 1419/1420 AH.

b.4 The Board recommends to pay more attention to media affairs and IIRO media discourse, and to consult scholars in highlighting and shedding light on certain aspects and projects that usually do not win public attention, and explain their importance to people to attract donations.

4.c The Board recommends that the Orphans Committee, formed under its Decision No. 2.b dated 01/22/1420 AH [05/08/1999] submits a report on its work in the next meeting.

4.d The period covered by the report must be associated with the IIRO financial year.

**Item 5: Executive Committee Bylaw**

4.1 The Board discussed the Executive Committee's Bylaw and applied thereto the following amendments and additions:

1- Committee Name: Executive Committee

2- Number of Members: Eight members, chaired by MWL Secretary General and IIRO Chairman of the Board, without mentioning the names in the Bylaw.

[signature] [signature] [signature]



Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ

No.: _______________ Sub. ____________________________

Date: _______________ ____________________________

2- Committee Term: Committee membership term

4- The powers vested in the Executive Committee shall be as follows:

First: Consider urgent issues in order to take decisions and approve the matters it deems fit. In particular, the Executive Committee shall have the following powers:

a. Supervise the follow up of the implementation of IIRO programs approved in the budget.
b. Approve the new programs that are launched beyond the framework of the budget and are created during the financial year on urgent basis.
c. Approve the rules and procedures implemented by the Executive Department, taking into consideration the general policies approved by the Board of Directors.
d. Approve the establishment, merger and closure of IIRO local and international offices, as required to achieve work interest.
e. Approve the Secretariat General's nomination of the directors of local and international offices.
f. Present the decisions taken in respect of these matters to the Board of Directors in its next meeting.

Second: Raise recommendation to the Board of Directors as to the approval of IIRO estimated budget and closing accounts.

5- Committee Meetings:

- The meeting is deemed valid if attended by five members, provided that the Chairman or the Vice- Chairman is from among the attending members.
- If necessary, the Committee may take urgent decisions through passing to the Chairman and the members, provided that the approval of all members is approved.

6- Termination of the membership: Clause 2 shall be amended to read as follows: Commit anything that may cause material or moral damages to IIRO or exploit his membership to achieve personal gains.

7- General Provisions:

- The decisions of the Executive Committee may only be deemed valid if issued in writing and signed by the Chairman of the Meeting and attending members. The Secretary of the Committee shall prepare and maintain the signed minutes for the Committee meetings.
- This Bylaw shall enter into force as from 07/01/1419 AH [10/21/1998].

[signature] [signature] [signature]

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

No.: _______________ Sub. ____________________________

Date: _______________ ____________________________

The Board then decided as follows:

**Fifth Decision:**

5.a The Board approved the Bylaw of the Executive Committee as per the form attached to this Decision.

5.b The Board decided not to add IIRO internal auditor to the membership of the Executive Committee to ensure neutrality in his opinion. The Auditor; however, shall have the right to attend the meetings of the Executive Committee and the Board of Directors without having the right to vote.

**Item 6: Requesting approval to the proposal to merge the Investment Committee with the Board of Directors of Sanabel Al-Khair Company and form a control committee to supervise the Company's investments.**

The Board reviewed the memorandum submitted by HE the Chairman, stating that: (The IIRO Investment Committee considered in its most recent meeting dated 01/08/1420 AH [04/24/1999] a proposal to add the Investment Committee to the Board of Directors of Sanabel Al-Khair for Commercial and Industrial Investments Co. Limited, given that the Company is the entity concerned with the investments of IIRO and there is no need for the duplication of efforts and committees. HE Sheikh Ibrahim Afandi-Former Chairman of the Company's Board of Directors- proposed to form a control committee to supervise the Company investments. He also expressed desire to be part of the said Committee. This proposal was adopted by the Partners Assembly, and a decision was issued to add members of the Investment Committee to the Company's Board of Directors, accept the apology of Sheikh Ibrahim Afandi [i.e. for not accepting…] and appoint the Chairman of the Partners Assembly a chairman to the Company's Board of Directors. As the Investment Committee has been formed by a Board Decision, and the Board is the body concerned with the formation of committees, the esteemed Board may approve this proposal and form the proposed committee).

HE sheikh Mohammad Al-Abboudi proposed to maintain the Investment Committee but add two new members thereto to undertake the control and supervision task. Mr. Ibrahim Al-Jumeih proposed to approve the merger proposal given that it is made by the Partners' Assembly.

Sheikh Ibrahim Afandi explained that if the control [committee] is formed by the Company, it must report to the Company. If formed by the Board, it will report to the Board. After deliberation, the Board issued the following decision:

[signature] [signature] [signature]



Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

[logo:] International Islamic Relief Organization
The Kingdom of Saudi Arabia

No.: ______________ Sub. ____________________________

Date: ______________ ____________________________

Sixth Decision:

6- Approve the cancelation of the Investment Committee formed by the Board Decision No. 2/C/1 dated 07/01/1419 AH [10/21/1998]. The selection of the control body to supervise Sanabel Al-Khair operations shall be left to the Company.

**With no further comments, the meeting was adjourned.**

**Member Signatures**

1. Dr. Abdullah bin Saleh Al-Obaid [signature] (Chairman of the Meeting)
2. Sheikh Mohammad bin Naser Al-Aboudi [signature] (Board Member)
3. Eng. Mahmoud bin Abdullah Tayba [signature] (Board Member)
4. Dr. Adnan bin Khalil Basha [signature] (Board Member)
5. Sheikh Abdurahman Abdul-Qader Faqih [signature] (Board Member)
6. Dr. Hassan bin Ali Al-Ahdal [signature] (Board Member)
7. Dr. Abdul-Raman Habanka Al-Maydani (Board Member)
8. Sheikh Ibrahim Mohammad Afandi [signature] (Board Member)
9. Mr. Ibrahim bin Mohammad bin Abdullah Al-Jumeih [signature] (Board Member)
10. Eng. Mohammad bin Abdullah Al-Dhbeyban [signature] (Board Member)

[signature] [signature] [signature]



Address: P.O. Box 14843 Jeddah 21434- Tel.: 6512333 – 6515411 – Fax: 6518491- Tlx: 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

## محضر الاجتماع الثالث
## لمجلس إدارة الهيئة
## الأربعاء ١٤٢٠/٦/١٩هـ الموافق ١٩٩٩/٩/٢٩م

تم بفضل الله عقد الاجتماع الثالث لمجلس إدارة الهيئة يوم الأربعاء ١٤٢٠/٦/١٩هـ الموافق ١٩٩٩/٩/٢٩م الساعة الحادية عشرة صباحاً بمقر الأمانة العامة للهيئة بجدة ، برئاسة معالي الأمين العام لرابطة العالم الإسلامي رئيس مجلس إدارة الهيئة الدكتور عبدالله بن صالح العبيد وبحضور أصحاب المعالي والفضيلة والسعادة أعضاء المجلس الآتية أسماؤهم :

| | |
|---|---|
| ١- معالي الشيخ/ محمد بن ناصر العبودي | الأمين العام المساعد للرابطة عضو مجلس الإدارة. |
| ٢- معالي المهندس/ محمود بن عبدالله طيبة | عضو مجلس الشورى وعضو مجلس الإدارة . |
| ٣- سعادة الدكتور/ عدنان بن خليل باشا | الأمين العام للهيئة عضو مجلس الإدارة . |
| ٤- سعادة الشيخ/ عبدالرحمن عبدالقادر فقيه | عضو مجلس الإدارة . |
| ٥- سعادة الدكتور/ حسن بن علي الأهدل | مدير الشؤون المالية والإدارية برابطة العالم الإسلامي وعضو مجلس الإدارة . |
| ٦- فضيلة الدكتور/ عبدالرحمن حبنكة الميداني | عضو المجلس التأسيسي للرابطة عضو مجلس الإدارة |
| ٧- سعادة الشيخ/ إبراهيم محمد أفندي | عضو مجلس الإدارة . |
| ٨- سعادة الأستاذ/ إبراهيم بن محمد الجميح | عضو مجلس الإدارة المفوض نيابة عن الشيخ محمد العبدالله الجميح . |
| ٩- سعادة المهندس/ محمد بن عبدالله الضبيبان | عضو مجلس الإدارة . |

### واعتذر عن حضور الاجتماع :

| | |
|---|---|
| ١- معالي الشيخ/ مصطفى بن محمد إدريس | المستشار بالديوان الملكي والقائم بأعمال اللجنة الخاصة بمجلس الوزراء . عضو مجلس الإدارة . |
| ٢- فضيلة الشيخ/ حسين بن علي مرفق | عضو المجلس التأسيسي للرابطة وعضو مجلس الإدارة . |



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية

الرقم :

التاريخ :

الموضوع :

**ولم يتمكن من حضور الاجتماع :**

١- سعادة الشيخ/ عبدالرحمن يعقوب — عضو المجلس التأسيسي للرابطة وعضو مجلس الإدارة .

٢- سعادة الشيخ/ خالد كيبا — عضو المجلس التأسيسي للرابطة وعضو مجلس الإدارة .

## كلمة معالي رئيس مجلس الإدارة

ألقى معالي الأمين العام لرابطة العالم الإسلامي رئيس مجلس إدارة الهيئة الدكتور/ عبدالله بن صالح العبيد كلمة في بداية الاجتماع رحّب فيها بالأعضاء الحضور .

ثم استعرض معاليه جدول أعمال الاجتماع .

## جدول الأعمال

تم استعراض جدول الأعمال وتم إقراره حسب الآتي :

(١) عرض تقرير اللجنة التنفيذية عن أعمالها خلال الفترة من ١٤٢٠/١/٢٢هـ إلى ١٤٢٠/٦/١٩هـ .

(٢) دراسة تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن السنة المالية المنتهية ١٤١٨هـ والتصديق عليها بعد مناقشتها وإبداء الملاحظات عليها .

(٣) مناقشة وإقرار ميزانية الهيئة للعام المالي ١٤٢٠/١٤٢١هـ .

(٤) مناقشة تقرير الأمين العام للهيئة عن أعمال الهيئة ونشاطاتها للسنة المالية ١٤١٩/١٤٢٠هـ .

(٥) دراسة لائحة عمل اللجنة التنفيذية وإقرارها بعد مناقشتها وإبداء الملاحظات عليها .

(٦) ما يستجد من أعمال :

أ- طلب الموافقة على اقتراح دمج لجنة الاستثمار في مجلس إدارة شركة سنابل الخير وتشكيل لجنة رقابة على استثمارات الشركة .

## البند الأول : عرض تقرير اللجنة التنفيذية

استمع المجلس إلى تقرير اللجنة التنفيذية وتمت الموافقة عليه واقترح الأستاذ/ ابراهيم الجميح أن يتم في بداية كل اجتماع استعراض محضر الاجتماع السابق للتذكير به .



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

**القرار الأول :**

١/أ تمت الإحاطة بتقرير اللجنة التنفيذية .

١/ب يضمن جدول أعمال المجلس استعراض محضر الاجتماع السابق .

**البند الثاني : دراسة تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن السنة المالية المنتهية ١٤١٨هـ**

استعرض المجلس تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن السنة المالية المنتهية ١٤١٨هـ . وعلق معالي الشيخ محمد العبودي على موضوع الأوقاف وقال أنها ملكاً اعتبارياً يدخل ريعها فقط في الميزانية ، أما مايخص موضوع تسجيل العقارات والاستثمارات لدى الشركة كملكية أمانة فقال بأن الأمانة حسب المصطلح لا يجوز التصرف فيها ولهذا يحسن التفكير في صيغة أخرى .

وسأل الأستاذ ابراهيم الجميح عن موقف اللجنة التنفيذية من ملاحظات مراقب الحسابات وأجاب معالي رئيس المجلس أنه تمت إحاطة اللجنة بهذه الملاحظات وهي مدركة للظروف التي تمت فيها ، أما عدم تدقيق حسابات الشركة فهي منذ سنتين لم يجدد سجلها فما أمكن إعداد حسابات مدققة لها ، وكلف الشيخ ابراهيم أفندي بمعالجة هذه الأمور .

أوضح الشيخ ابراهيم أفندي بأن لجنة الاستثمار سابقاً اتخذت قراراً بتسجيل العقارات بأسماء أشخاص لعدم وجود سجل تجاري للشركة . وقد واجه المراجع القانوني مسألة فنية وهي أن تسجيل الأموال دون الاستناد إلى ميزانية للشركة فيه إشكالية ، وأشار معالي رئيس المجلس إلى أن الشركة تملكت دون رأس مال والحل إما أن تنقل الملكية للرابطة كما تم الاتفاق عليه سابقاً بين معالي أمين عام الرابطة السابق الدكتور أحمد محمد علي وبين سعادة أمين عام الهيئة السابق الدكتور فريد ياسين قرشي وإما أن تكون الملكية للشركة وتكون ملكية أمانة لديها . كما اقترح كل من الشيخ ابراهيم أفندي والمهندس محمود طيبة تأجيل الموافقة على تقرير مراقب الحسابات إلى حين استكمال ملاحظاته في خلال فترة ستة أشهر وتمت الموافقة على ذلك .



العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 · 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

**القرار الثاني :**

٢- يؤجل النظر في تقرير مراقب الحسابات عن السنة المالية ١٤١٨هـ وتكلف الأمانة العامة للهيئة بمتابعة استيفاء تلك الملاحظات مع الشركة ومحاسبها القانوني ، مع التوصية بضرورة معالجة الإشكال القانوني بالنسبة لشركة سنابل الخير وسرعة اتخاذ الإجراءات وإظهار الموقف المالي للشركة للتعرف على مواقع الخلل والضعف لمعالجتها وذلك في خلال فترة ستة أشهر من تاريخ هذا الاجتماع .

**البند الثالث : مناقشة وإقرار ميزانية الهيئة لعام ١٤٢٠/١٤٢١هـ**

اقترح بعض الأعضاء تأجيل مناقشة الميزانية التقديرية للهيئة للعام ١٤٢٠/١٤٢١هـ نظراً لعدم تمكنهم من دراستها . وأوضح معالي رئيس المجلس أن من أسباب تأخر إرسالها إلى الأسبوع الأخير من موعد الاجتماع هو اقتراح الشيخ ابراهيم أفندي بإظهار بند تنمية الموارد كباب مستقل في الميزانية يتضمن مصروفات المكاتب المحلية كونها القائمة على جمع التبرعات .

أوضح الأمين العام للهيئة الدكتور/ عدنان باشا أن هذه الميزانية تقديرية وهي في إجماليها جاءت على غرار الميزانية السابقة ولن يكون فيها جديد ، ثم تداول الأعضاء الرأي حول إجازة الميزانية أو تأجيلها واقترح معالي المهندس محمود طيبة تأجيلها إلى الأسبوع القادم وثنّى الشيخ عبدالرحمن فقيه على الاقتراح .

**القرار الثالث :**

٣- تؤجل مناقشة الميزانية التقديرية للهيئة لعام ١٤٢٠/١٤٢١هـ إلى يوم الأربعاء القادم ١٤٢٠/٦/٢٦هـ الموافق ١٩٩٩/١٠/٦م لمناقشتها وإقرارها .

**البند الرابع : مناقشة تقرير الأمين العام للهيئة عن أعمال الهيئة ونشاطاتها خلال العام المالي ١٤١٩/١٤٢٠هـ**

استمع المجلس إلى تقرير الأمين العام للهيئة عن أعمال الهيئة ونشاطاتها خلال العام المالي ١٤١٩/١٤٢٠هـ . وأشار معالي رئيس المجلس بأن التقرير يكون عادة مرتبطاً بالميزانية وحيث أن السنة المالية لم تنته فهناك أعمال ومصروفات لم تدون بعد .

أثنى معالي الشيخ/ محمد العبودي على التقرير ووصفه بأنه شامل ومفصل ، وقد ركز



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الموضوع :

الرقم :
التاريخ :

الأعضاء أثناء المداولة على أهمية الإعلام والصرف عليه لما له من أثر في تسويق برامج ومشاريع الهيئة وكذلك الاهتمام بمشاريع التنمية البشرية وزيادة الدعم المخصص لها باعتبارها محققه لأهداف التنمية المستدامة واعتماد المستفيدين على أنفسهم مستقبلاً . وأوضح الأمين العام للهيئة أن برنامج التنمية البشرية من البرامج التي تبنتها الهيئة منذ سنوات بحيث يصير الشخص منتجاً لا مستهلكاً إلا أن إقبال المتبرعين عليه ضعيف . أما الإعلام فإن المكاتب المحلية تشارك في القيام بالنشاط الإعلامي من خلال النسبة المستقطعة لها لتنمية مواردها .

وأشار معالي رئيس المجلس إلى أن وضع هذا النشاط تحت هذا الإسم قد لا يكون مناسباً لأن جزئيات هذا البرنامج تتبع لبرامج أخرى كالصحية ، والتعليمية والاجتماعية ، وتحفيظ القرآن الكريم ، ولو وضع كل برنامج جهده في هذا العمل لكان أنجح . مذكراً بقرار سابق للمجلس بتشكيل لجنة تُعنى بأمور الأيتام وطلب منها أن تقدم شيئاً عن أعمالها في الاجتماع القادم . ثم قرر المجلس ما يلي :

**القرار الرابع :**

٤/أ الموافقة على تقرير الأمين العام للهيئة عن أعمال الهيئة ونشاطاتها خلال العام المالي ١٤١٩/١٤٢٠هـ .

٤/ب يوصي المجلس بإعطاء المزيد من الاهتمام بالجانب الإعلامي والخطاب الإعلامي للهيئة واستطلاع رأي العلماء في إبراز بعض الجوانب والمشاريع التي لا تحظى باهتمام الجمهور وتسليط الضوء عليها ، وبيان أهميتها للناس من أجل التبرع لها .

٤/ج يوصي المجلس لجنة الأيتام المشكلة بقراره رقم ٢/ب وتاريخ ١٤٢٠/١/٢٢هـ أن تقدم تقريراً عن أعمالها في الاجتماع القادم .

٤/د أن ترتبط الفترة الزمنية للتقرير بالسنة المالية للهيئة .

**البند الخامس : لائحة عمل اللجنة التنفيذية**

ناقش المجلس لائحة عمل اللجنة التنفيذية وأدخل عليها التعديلات والإضافات التالية :

١- مسمى اللجنة : اللجنة التنفيذية .

٢- عدد أعضائها : ثمانية أعضاء يرأسهم أمين عام الرابطة ورئيس مجلس إدارة الهيئة دون ذكر الأسماء في اللائحة .



العنوان : ص . ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

٣- مدة اللجنة : مدة عضوية اللجنة .

٤- صلاحيات اللجنة التنفيذية تتكون كالتالي :

أولاً : النظر في القضايا العاجلة لاتخاذ القرارات وإجازة ما تراه مناسباً ولها على وجه الخصوص الصلاحيات التالية :

أ- الإشراف على متابعة تنفيذ برامج الهيئة المقرة في الميزانية .

ب- الموافقة على البرامج المستجدة خارج إطار الميزانية والتي تنشأ أثناء السنة المالية بصفة عاجلة .

ج- الموافقة على القواعد والإجراءات التي تنفذها الإدارة التنفيذية مع الأخذ في الاعتبار السياسات العامة التي أقرها مجلس الإدارة .

د- إقرار إنشاء ودمج وقفل مكاتب الهيئة بالداخل والخارج حسب ما تقتضيه مصلحة العمل.

هـ- اعتماد ترشيح الأمانة العامة لمديري المكاتب المحلية والخارجية .

و- عرض القرارات التي تتخذ في هذه القضايا على مجلس الإدارة في اجتماعه التالي .

ثانياً : التوصية لمجلس الإدارة بالموافقة على الميزانية التقديرية والحسابات الختامية للهيئة .

٥- اجتماعات اللجنة :

- يعتبر الاجتماع صحيحاً إذا حضره خمسة أعضاء بشرط أن يكون من بينهم الرئيس أو نائب الرئيس .

- يجوز للجنة عند الضرورة اتخاذ القرارات العاجلة عن طريق التمرير على الرئيس والأعضاء بشرط موافقة جميع الأعضاء .

٦- زوال العضوية : فقرة ٢ تعدل إلى : القيام بأي عمل من شأنه أن يلحق بالهيئة أضراراً مادية أو أدبية ، أو إذا استغل عضويته لغرض شخصي .

٧- في الأحكام العامة :

- لا تعتبر قرارات اللجنة التنفيذية صحيحة إلا إذا كانت مكتوبة وموقعة من رئيس الجلسة والأعضاء الحاضرين ، ويقوم أمين سر اللجنة بإعداد وحفظ محاضر اجتماعات اللجنة الموقعة .

- يعمل بهذه اللائحة اعتباراً من ١٤١٩/٧/١هـ .



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم : ....

التاريخ :

الموضوع :

ثم قرر المجلس ما يلي :

**القرار الخامس :**

٥/أ أجاز المجلس لائحة عمل اللجنة التنفيذية بصيغتها المرفقة بهذا القرار .

٥/ب قرر المجلس عدم إضافة المراقب الداخلي للهيئة إلى عضوية اللجنة التنفيذية تأكيداً لحيادية رأيه وله حق حضور اجتماعات اللجنة التنفيذية ومجلس الإدارة دون أن يكون له حق التصويت.

**البند السادس : طلب الموافقة على دمج لجنة الاستثمار في مجلس إدارة شركة سنابل الخير وتشكيل لجنة رقابية على استثمارات الشركة**

اطلع المجلس على المذكرة المقدمة من معالي رئيس المجلس والمتضمنة أن : (لجنة الاستثمار بالهيئة درست أثناء اجتماعها الأخير في ١٤٢٠/١/٨هـ اقتراحاً بإضافة لجنة الاستثمار إلى مجلس إدارة شركة سنابل الخير للاستثمارات التجارية والصناعية المحدودة وذلك لأن الشركة هي الجهة المعنية باستثمارات الهيئة ولا حاجة لازدواجية العمل وتكرار اللجان . وتم اقتراح سعادة الشيخ ابراهيم أفندي رئيس مجلس إدارة الشركة سابقاً تكوين لجنة رقابية على استثمارات الشركة كما أبدى رغبته في العمل في هذه اللجنة ، وحيث تم الأخذ بهذا الاقتراح من قبل جمعية الشركاء وصدر قرار بإضافة السادة أعضاء لجنة الاستثمار إلى مجلس إدارة الشركة مع قبول اعتذار الشيخ ابراهيم أفندي وتعيين رئيس جمعية الشركاء رئيساً لمجلس إدارة الشركة ، ونظراً لأن لجنة الاستثمار تشكلت بموجب قرار مجلس الإدارة وأن المجلس هو المعني بتشكيل اللجان فقد يرى المجلس الموقر الموافقة على هذا الاقتراح وتشكيل اللجنة المقترحة) .

اقترح معالي الشيخ/ محمد العبودي الإبقاء على لجنة الاستثمار مع إضافة عضوين جديدين لها يقومان بمهمة المراقبة ، واقترح الأستاذ/ ابراهيم الجميح الموافقة على اقتراح الدمج طالما أن جمعية الشركاء توصلت إليه .

وأوضح الشيخ ابراهيم أفندي بأن الرقابة إذا شكلت من قبل الشركة فإنها تقدم تقريرها للشركة ، وإذا تمت من قبل المجلس فهي تقدم تقريرها للمجلس . وبعد المداولة قرر المجلس ما يلي :



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الاسلامي
الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

**القرار السادس :**

٦- الموافقة على إلغاء لجنة الاستثمار المشكلة بقرار مجلس الإدارة رقم ٢/ج/١ وتاريخ ١٤١٩/٧/١هـ ويترك لشركة سنابل الخير اختيار جهاز رقابي عليها .

*وبهذا انتهى الاجتماع . وبالله التوفيق .* **توقيع الأعضاء**

(١) الدكتور عبدالله بن صالح العبيد ..........(رئيس مجلس الإدارة)

(٢) الشيخ/ محمد بن ناصر العبودي ..........(عضو المجلس)

(٣) المهندس/ محمود بن عبدالله طيبة ..........(عضو المجلس)

(٤) الدكتور/ عدنان بن خليل باشا ..........(عضو المجلس)

(٥) الشيخ/ عبدالرحمن عبدالقادر فقيه ..........(عضو المجلس)

(٦) الدكتور/ حسن بن علي الأهدل ..........(عضو المجلس)

(٧) الدكتور/ عبدالرحمن حبنكة الميداني ..........(عضو المجلس)

(٨) الشيخ/ إبراهيم محمد أفندي ..........(عضو المجلس)

(٩) الأستاذ/ إبراهيم بن محمد بن عبدالله الجميح ..........(عضو المجلس)

(١٠) المهندس/ محمد بن عبدالله الضبيبان ..........(عضو المجلس)



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ ت : ٦٥١٢٣٣٣ ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ