# EXHIBIT

# “144”

MUSLIM WORLD LEAGUE
**INTL. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

[Logo: Muslim World league, Intl. Islamic Relief Org., The Kingdom of Saudi Arabia]

Ref: Subject:
Date: :

**Minutes of the Second Meeting of**

**The IIRO Board of Directors**

**Saturday, 01/22/1420 AH corresponding to 05/08/1999 AD**

The second meeting of the IIRO's Board of Directors was held on Saturday, 02/22/1420 AH corresponding to 05/08/1999 AD at 11:00 am at the headquarters of the IIRO's General Secretariat in Jeddah. It was presided over by H.E. Secretary General of the Muslim World League, the Chairman of the IIRO's Board of Directors, Dr. Abdullah bin Saleh Al Obaid. It was attended by their Eminence, Excellency and Grace members of the Board of Directors as follows:

1. His Eminence Sheikh Mohammed Naser Al Aboudi, the Assistant Secretary General of the MWL and member of the Board of Directors
2. His Eminence Engineer Mahmoud bin Abdullah Taiba, member of the Shura Council and member of the Board of Directors
3. His Excellency Sheikh Ibrahim Mohammed Afandi, member of the Board of Directors
4. His Excellency Dr. Adnan bin Khalil Basha, the IIRO's Secretary General and member of the Board of Directors
5. His Excellency Sheikh Abdul Rahman Abdul Qader Faqih, member of the Board of Directors
6. His Grace Sheikh Hussein bin Ali Morfeq, member of the MWL's Constituent Council and member of the Board of Directors
7. His Grace Dr. Abdul Rahman Habanka Al-Maidani, member of the MWL's Constituent Council and member of the Board of Directors
8. His Excellency Mr. Ibrahim bin Mohammed Al Jomaih, member of the Board of Directors on behalf of Sheikh Mohammed Al Jomaih
9. His Excellency Engineer Mohammed bin Abdullah Al Dhobaiban, member of the Board of Directors
10. His Excellency Dr. Hasan bin Ali Al Ahdal, Director of Financial and Administrative Affairs, Muslim World League, and member of the Board of Directors

**The following apologized for attending the meeting:**

1. His Eminence Sheikh Mustafa bin Mohammed Idris, the Advisor to the Royal Court, Acting Head of the Special Committee of the Council of Ministers, and member of the Board of Directors

[signature] [signature] [signature]


Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
**INTL. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

[Logo: Muslim World league, Intl. Islamic Relief Org., The Kingdom of Saudi Arabia]

Ref: Subject:
Date: :

**The following failed to attend the meeting:**

1. His Excellency Sheikh Abdul Rahman Yacoub, member of the MWL's Constituent Council, and member of the Board of Directors
2. His Excellency Sheikh Khalid Keba, member of the MWL's Constituent Council, and member of the Board of Directors

**Speech of His Excellency Chairman of the Board of Directors**

The Secretary General of the Muslim World League and the Chairman of the IIRO's Board of Directors, Dr. Abdullah bin Saleh Al Obaid gave a speech at the beginning of the meeting, in which he welcomed the attendees. As well, he welcomed the two members / His Excellency Engineer Mahmoud bin Abdullah Taiba and His Excellency Engineer Mohammed bin Abdullah Al Dhobaiban. He wished everyone success in their duties in serving Islam and Muslims.

Then, His Eminence reviewed the meeting agenda and asked members to express their opinions about the agenda items before initiating the discussion.

**AGENDA**

The agenda was reviewed and approved as follows:

(1) Discuss the Executive Committee Achievements Report during the period from 08/18/1419 [12/07/1998] AH to 01/22/1420 AH [05/08/1999]
(2) Discuss and approve the IIRO Secretary General's Report on the IIRO's Business and Activities during the transitional period from 01/01/1419 [04/28/1998] AH to 06/30/1419 AH [10/21/1998]
(3) Discuss and ratify the Auditor Report on the IIRO's Balance Sheet and Final Accounts for the fiscal year ending in 1418 AH
(4) Review and approve the budget for the transitional period from 01/01/1419 AH [04/28/1998] to 06/30/1419 AH [10/21/1998] and the measures taken to provide it
(5) Discuss and ratify the Auditor Report on the IIRO's Balance Sheet and the Final Accounts for the transitional period from 01/01/1419 AH [04/28/1998] to 06/30/1419 AH [10/21/1998]

[signature] [signature] [signature]


Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

(6) Discuss the minutes of the meeting of the Committee for selling “Our Children” Project dated 10/15/1419 AH [02/02/1999]
(7) Any other items that may arise.

**Item 1: Discuss the Executive Committee Achievements Report**

The BOD listened to the Executive Committee Achievements Report during the previous period from 08/18/1419 AH [12/07/1998] to 01/22/1420 AH [05/08/1999]. The report included the decisions taken on the matters referred thereto from the BOD and other matters referred thereto from the BOD’s Chairman and the Head of the Executive Committee.

After deliberation and discussion, the BOD decided the following:

**Decision 1:**

1.a. The BOD was informed of the Executive Committee Report during the previous period from 08/18/1419 AH [12/07/1998] to 01/22/1420 AH [05/08/1999] and asked the General Secretariat to provide the BOD members with the backgrounds of the Executive Committee’s decisions.
1.b. The BOD recommends intensifying the relief media effort and raising the people’s awareness of the importance of supporting relief issues.

**Item 2: Discuss the IIRO Secretary General’s Report on the IIRO’s Business and Activities**

The attendees listened to the IIRO Secretary General’s Report on the IIRO’s Business and Activities during the transitional period from 01/01/1419 AH [04/28/1998] to 06/30/1419 AH [10/21/1998]. After deliberation, the BOD Chairman indicated the necessity of coordination between the charity organizations in the field of orphan sponsorship. He proposed the formation of a committee to consider the orphan sponsorship status from all aspects,

[signature] [signature] [signature]


Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
**INTL. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

[Logo: Muslim World league, Intl. Islamic Relief Org., The Kingdom of Saudi Arabia]

Ref: Subject:
Date: :

so that the sponsorship will include the full care for orphans in terms of social, educational and health points. Members were agreeable with and upheld the proposal. Then, the BOD decided the following:

**Decision 2:**

2.a. The BOD passed the IIRO Secretary General's Report on the IIRO's Business and Activities during the transitional period from 01/01/1419 AH [04/28/1998] to 06/30/1419 AH [10/21/1998].

2.b. The BOD decided to form a committee under the presidency of His Eminence Member of the Board of Directors, Sheikh Mahmoud bin Abdullah Taiba, with membership of:

1. His Excellency Sheikh Abdul Rahman Abdul Qader Faqih, member of the Board of Directors
2. His Excellency Director of Mecca Charity Foundation, Engineer Mohammed bin Abdullah Al Dhobaiban
3. His Excellency IIRO's Supervisor of Social Care
4. His Excellency IIRO's Supervisor of Health Care
5. His Excellency IIRO's Supervisor of Quran Memorization Program
6. His Excellency IIRO's Supervisor of Human Development Program

This Committee shall be competent to address all orphan related matters starting from the identification of orphan selection standards and marketing their sponsorships to meeting their payments and providing care in all aspects.

**Item 3: Discuss the Auditor Report on the IIRO's Balance Sheet and Final Accounts for the fiscal year ending in 1418 AH**

The Chartered Accountant failed to provide the BOD with the Report on the IIRO's Balance Sheet and Final Accounts for the financial year ending on 1418 AH in this meeting and dispatched a representative to brief on the report and receive the inquiries from members. However, the BOD postponed the item and decided the following:

**Decision 3:**

2. Authorize the Executive Committee to discuss and pass the Auditor Report on the IIRO's Balance Sheet and Final Accounts for the fiscal year ending on 12/30/1418 AH [04/27/1998].

[signature] [signature] [signature]



Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

**<u>Item 4: Review the budget for the transitional period</u>**

The BOD reviewed the budget for the transitional period from 01/01/1419 AH [04/28/1998] to 06/30/1419 AH [10/21/1998] and the measures taken to provide it and decided to refer it to the Executive Committee.

**<u>Decision 4:</u>**

4. The budget for the transitional period from 01/01/1419 AH [04/28/1998] to 06/30/1419 AH [10/21/1998] shall be referred to the Executive Committee for consideration and approval.

**<u>Item 5: Discuss and ratify the Auditor Report on the IIRO's Balance Sheet and the Final Accounts for the transitional period</u>**

The Chartered Accountant failed to provide the BOD with the Report on the IIRO's Balance Sheet and Final Accounts for transitional period. The BOD decided the following:

**<u>Decision 5:</u>**

5. Authorize the Executive Committee to discuss and pass the Auditor Report on the IIRO's Balance Sheet and Final Accounts for the transitional period from 01/01/1419 AH [04/28/1998] to 06/30/1419 AH [10/21/1998].

**<u>Item 6: Discuss the minutes of the meeting of the Committee for selling "Our Children" Project</u>**

The BOD reviewed the minutes of the meeting of the Committee for selling "Our Children" Project, which consisted of the IIRO's Secretary General, the Secretary of the Investment Committee and the Supervisor of "Our Children" Project. The minutes was dated 10/15/1419 AH [02/01/1999]. The BOD discussed the financial obligations owed by the IIRO in case the project is not sold. The Secretary of the Investment Committee illustrated that the financial burdens will increase, and the project's purchasing value will decrease. During the discussion, he said that the achievement of the amounts paid by the IIRO may not be conditioned. As well, he said that he offered the project to more than one entity. The BOD decided the following:

[signature] [signature] [signature]

MUSLIM WORLD LEAGUE
**INTL. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

[Logo: Muslim World league, Intl. Islamic Relief Org., The Kingdom of Saudi Arabia]

Ref: Subject:
Date: :

**Decision 6:**

6. Approve selling "Our Children" Project as required for the IIRO's interest without conditioning that the value may not be less than the amount paid by the IIRO on the project.

**Next Meeting Date**

It was agreed to hold the next BOD's meeting on Wednesday, 06/20/1420 AH corresponding to 09/29/1999 AD at 11:00 am at the headquarters of the IIRO's General Secretariat in Jeddah.

May Allah grant us success

**Signatures of Members:**

| | | |
|---|---|---|
| (1) Dr. Abdullah bin Saleh Al Obaid | [signature] | (Chairman of the Board of Directors) |
| (2) Sheikh Mohammed Naser Al Aboudi | [signature] | (BOD Member) |
| (3) Engineer Mahmoud bin Abdullah Taiba | [signature] | (BOD Member) |
| (4) Sheikh Abdul Rahman Abdul Qader Faqih | [signature] | (BOD Member) |
| (5) Dr. Adnan bin Khalil Basha | [signature] | (BOD Member) |
| (6) Dr. Hasan bin Ali Al Ahdal | [signature] | (BOD Member) |


Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
**INTL. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

[Logo: Muslim World league, Intl. Islamic Relief Org., The Kingdom of Saudi Arabia]

Ref: Subject:
Date: :

**Signatures of members of the BOD on the minutes of the second meeting held on Saturday, 01/22/1420 AH corresponding to 05/08/1999 AD**

| | | |
|---|---|---|
| (7) Dr. Abdul Rahman Habanka Al-Maidani | [signature] | (BOD Member) |
| (8) Sheikh Hussein bin Ali Morfeq | [signature] | (BOD Member) |
| (9) Sheikh Ibrahim Mohammed Afandi | [signature] | (BOD Member) |
| (10) Mr. Ibrahim bin Mohammed Al Jomaih | [signature] | (BOD Member) |
| (11) Engineer Mohammed bin Abdullah Al Dhobaiban | [signature] | (BOD Member) |



Address: P.O. Box: 14843 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

**محضر الاجتماع الثاني**
**لمجلس إدارة الهيئة**
**السبت ١٤٢٠/١/٢٢هـ الموافق ١٩٩٩/٥/٨م**

تم بفضل الله عقد الاجتماع الثاني لمجلس إدارة الهيئة يوم السبت ١٤٢٠/١/٢٢هـ الموافق ١٩٩٩/٥/٨م الساعة الحادية عشرة صباحاً بمقر الأمانة العامة للهيئة بجدة ، برئاسة معالي الأمين العام لرابطة العالم الإسلامي رئيس مجلس إدارة الهيئة الدكتور عبدالله بن صالح العبيد وبحضور أصحاب المعالي والفضيلة والسعادة أعضاء المجلس الآتية أسماؤهم :

١- معالي الشيخ/ محمد بن ناصر العبودي — الأمين العام المساعد للرابطة عضو مجلس الإدارة.
٢- معالي المهندس/ محمود بن عبدالله طيبة — عضو مجلس الشورى وعضو مجلس الإدارة .
٣- سعادة الشيخ/ إبراهيم محمد أفندي — عضو مجلس الإدارة .
٤- سعادة الدكتور/ عدنان بن خليل باشا — الأمين العام للهيئة عضو مجلس الإدارة .
٥- سعادة الشيخ/ عبدالرحمن عبدالقادر فقيه — عضو مجلس الإدارة .
٦- فضيلة الشيخ/ حسين بن علي مرفق — عضو المجلس التأسيسي للرابطة وعضو مجلس الإدارة .
٧- فضيلة الدكتور/ عبدالرحمن حبنكة الميداني — عضو المجلس التأسيسي للرابطة عضو مجلس الإدارة
٨- سعادة الأستاذ/ إبراهيم بن محمد الجميح — عضو مجلس الإدارة نيابة عن الشيخ محمد الجميح .
٩- سعادة المهندس/ محمد بن عبدالله الضبيبان — عضو مجلس الإدارة .
١٠- سعادة الدكتور/ حسن بن علي الأهدل — مدير الشؤون المالية والإدارية برابطة العالم الإسلامي وعضو مجلس الإدارة .

**واعتذر عن حضور الاجتماع :**

١- معالي الشيخ/ مصطفى بن محمد إدريس — المستشار بالديوان الملكي والقائم بأعمال اللجنة الخاصة بمجلس الوزراء ، عضو مجلس الإدارة .



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

**ولم يتمكن من حضور الاجتماع :**

١- سعادة الشيخ/ عبدالرحمن يعقوب — عضو المجلس التأسيسي للرابطة وعضو مجلس الإدارة .

٢- سعادة الشيخ/ خالد كيبا — عضو المجلس التأسيسي للرابطة وعضو مجلس الإدارة .

## كلمة معالي رئيس مجلس الإدارة

ألقى معالي الأمين العام لرابطة العالم الإسلامي رئيس مجلس إدارة الهيئة الدكتور/ عبدالله بن صالح العبيد كلمة في بداية الاجتماع رحّب فيها بالأعضاء الحضور ، كما رحّب بعضوي المجلس معالي المهندس/ محمود بن عبدالله طيبة وسعادة المهندس/ محمد بن عبدالله الضبيبان وتمنى للجميع التوفيق في مهامهم في خدمة الإسلام والمسلمين .

ثم استعرض معاليه جدول أعمال الاجتماع وطلب من الأعضاء إبداء مرئياتهم حول موضوعاته قبل البدء في مناقشتها .

## جدول الأعمال

تم استعراض جدول الأعمال وتم إقراره حسب الآتي :

(١) مناقشة تقرير إنجازات اللجنة التنفيذية خلال الفترة من ١٤١٩/٨/١٨هـ إلى ١٤٢٠/١/٢٢هـ.

(٢) مناقشة تقرير الأمين العام للهيئة عن أعمال الهيئة ونشاطاتها خلال الفترة الانتقالية من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ وإقراره .

(٣) مناقشة تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن السنة المالية المنتهية ١٤١٨هـ والتصديق عليها .

(٤) الاطلاع على ميزانية الفترة الانتقالية من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ والتدابير المتخذة لتوفيرها وإقرارها .

(٥) مناقشة تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن الفترة الانتقالية من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ والتصديق عليها .



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

(٦) مناقشة محضر اجتماع لجنة بيع مشروع أطفالنا المؤرخ ١٤١٩/١٠/١٥هـ .
(٧) ما يستجد من أعمال .

**البند الأول : مناقشة تقرير إنجازات اللجنة التنفيذية**

استمع المجلس إلى تقرير إنجازات اللجنة التنفيذية خلال الفترة السابقة من ١٤١٩/٨/١٨هـ إلى ١٤٢٠/١/٢٢هـ وقد تضمن تقرير اللجنة القرارات المتخذة بشأن المواضيع المحالة إليها من المجلس ومواضيع أخرى محالة من رئيس المجلس ورئيس اللجنة التنفيذية .

وبعد المداولة والنقاش اتخذ المجلس القرار التالي .

**القرار الأول :**

١/أ أحيط المجلس علماً بتقرير اللجنة التنفيذية خلال الفترة السابقة من ١٤١٩/٨/١٨هـ إلى ١٤٢٠/١/٢٢هـ . وطلب من الأمانة العامة تزويد أعضاء المجلس بخلفيات قرارات اللجنة التنفيذية .

١/ب يوصي المجلس الهيئة بتكثيف العمل الإعلامي الإغاثي والاهتمام بتوعية المواطنين بأهمية دعم القضايا الإغاثية .

**البند الثاني : مناقشة تقرير الأمين العام عن أعمال الهيئة خلال الفترة الانتقالية**

استمع المجتمعون إلى تقرير الأمين العام للهيئة عن أعمال الهيئة ونشاطاتها خلال الفترة الانتقالية من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ وبعد التداول أشار معالي رئيس مجلس الإدارة إلى ضرورة التنسيق بين الهيئات الخيرية في مجال كفالة الأيتام واقترح تشكيل لجنة لدراسة وضع



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

كفالة الأيتام من جميع الجوانب بحيث تشمل الكفالة الرعاية الكاملة لليتيم اجتماعياً ودراسياً وصحياً وقد استحسن الأعضاء الاقتراح وأيّدوه . ثم قرر المجلس ما يلي :

**القرار الثاني :**

٢/أ أجاز المجلس تقرير الأمين العام عن أعمال الهيئة ونشاطاتها خلال الفترة الانتقالية لميزانية الهيئة من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ .

٢/ب قرر المجلس تشكيل لجنة برئاسة معالي عضو مجلس الإدارة الشيخ/ محمود بن عبدالله طيبة وعضوية كل من :

١- سعادة الشيخ / عبدالرحمن عبدالقادر فقيه عضو مجلس الإدارة .
٢- سعادة مدير مؤسسة مكة المكرمة الخيرية المهندس محمد بن عبدالله الضبيبان .
٣- سعادة مشرف الرعاية الاجتماعية بالهيئة .
٤- سعادة مشرف الرعاية الصحية بالهيئة .
٥- سعادة مشرف برنامج تحفيظ القرآن الكريم بالهيئة .
٦- سعادة مشرف برنامج التنمية البشرية بالهيئة .

تختص هذه اللجنة بتولي كل ما يتعلق بكفالة الأيتام ابتداءً من تحديد معايير اختيار الأيتام وتسويق كفالاتهم وانتهاء بالصرف عليهم ورعايتهم من جميع الجوانب .

**البند الثالث : مناقشة تقرير مراقب الحسابات**
**عن الميزانية العمومية والحسابات الختامية للهيئة عن ١٤١٨هـ**

لم يتمكن المحاسب القانوني من تقديم تقرير الميزانية العمومية والحسابات الختامية للهيئة عن السنة المالية المنتهية ١٤١٨هـ للمجلس في هذا الاجتماع وأوفد مندوبياً لإعطاء فكرة عن التقرير وتلقي الاستفسارات من الأعضاء ، إلا أن المجلس اكتفى بتأجيل الموضوع وقرر ما يلي :

**القرار الثالث :**

٣- تفويض اللجنة التنفيذية بمناقشة تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن السنة المالية المنتهية في ١٤١٨/١٢/٣٠هـ وإجازته .



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ ٦٥١٥٤١١ فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

**البند الرابع : الاطلاع على ميزانية الفترة الانتقالية**

اطلع المجلس على ميزانية الفترة الانتقالية من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ وعلى التدابير المتخذة لتوفيرها وقرر إحالتها إلى اللجنة التنفيذية .

**القرار الرابع :**

٤- تحال ميزانية الفترة الانتقالية من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ إلى اللجنة التنفيذية لدراستها وإقرارها .

**البند الخامس : مناقشة تقرير مراقب الحسابات عن ميزانية الهيئة وحساباتها الختامية للفترة الانتقالية**

لم يتمكن المحاسب القانوني من تقديم تقريره عن الميزانية العمومية والحسابات الختامية للهيئة عن الفترة الانتقالية لذا قرر المجلس ما يلي :

**القرار الخامس :**

٥- تخويل اللجنة التنفيذية بمناقشة تقرير مراقب الحسابات عن الميزانية العمومية والحسابات الختامية للهيئة عن الفترة الانتقالية من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ وإجازته .

**البند السادس : مناقشة محضر اجتماع لجنة بيع مشروع (أطفالنا)**

اطلع المجلس على محضر اجتماع اللجنة المكلفة بدراسة بيع مشروع (أطفالنا) المؤلفة من أمين عام الهيئة وأمين لجنة الاستثمار والمشرف على مشروع (أطفالنا) المؤرخ ١٤١٩/١٠/١٥هـ . وتمت مناقشة الالتزامات المالية المترتبة على الهيئة في حالة عدم بيع المشروع وأوضح أمين لجنة الاستثمار بأنه يترتب على ذلك تزايد الأعباء المالية وتناقص القيمة الشرائية للمشروع ، وذكر في النقاش عدم وضع شرط للبيع بتحقيق ما صرفته الهيئة على المشروع وكذلك عرض المشروع على أكثر من جهة .

ثم قرر المجلس ما يلي :



العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الاسلامي
هيئة الإغاثة الاسلامية العالمية
بالمملكة العربية السعودية

الرقم :
التاريخ :
الموضوع :

**القرار السادس :**

٦- الموافقة على بيع مشروع (أطفالنا) بحسب ما تقتضيه مصلحة الهيئة دون وضع شرط ألا تقل القيمة عما صرفته الهيئة على المشروع .

**موعد الاجتماع القادم**

تم الاتفاق على عقد الاجتماع القادم للمجلس يوم الأربعاء ١٤٢٠/٦/٢٠هـ الموافق ١٩٩٩/٩/٢٩م الساعة الحادية عشرة صباحاً بمقر الأمانة العامة للهيئة بجدة .

*وبالله التوفيق .*

**تواقيع الأعضاء**

(١) الدكتور عبدالله بن صالح العبيد ............ (رئيس مجلس الإدارة)

(٢) الشيخ/ محمد بن ناصر العبودي ............ (عضو المجلس)

(٣) المهندس/ محمود بن عبدالله طيبة ............ (عضو المجلس)

(٤) الشيخ/ عبدالرحمن عبدالقادر فقيه ............ (عضو المجلس)

(٥) الدكتور/ عدنان بن خليل باشا ............ (عضو المجلس)

(٦) الدكتور/ حسن بن علي الأهدل ............ (عضو المجلس)



العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

MUSLIM WORLD LEAGUE
**INTL. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

رابطة العالم الإسلامي
**هيئة الإغاثة الاسلامية العالمية**
**بالمملكة العربية السعودية**

الرقم :
التاريخ :
الموضوع :

**باقي تواقيع أعضاء مجلس إدارة الهيئة على محضر الاجتماع الثاني**
**المنعقد يوم السبت ٢٢/١/١٤٢٠هـ الموافق ٨/٥/١٩٩٩م**

(٧) الدكتور/ عبدالرحمن حبنكة الميداني ............................................(عضو المجلس)

(٨) الشيخ/ حسين بن علي مرفق ..........[redacted]......(عضو المجلس)

(٩) الشيخ/ إبراهيم محمد أفندي ............................................(عضو المجلس)

(١٠) الأستاذ/ إبراهيم بن محمد بن عبدالله الجميح ......[redacted]................(عضو المجلس)

(١١) المهندس/ محمد بن عبدالله الضبيبان ............................................(عضو المجلس)



العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ