# EXHIBIT

# “145”

World Muslim Congress
(Motamar Al-Alam Al-Islami)
President's Office
Ref. No. [illegible]-103/3
Date: 10-17-94

In the Name of God, the Merciful, the Compassionate
I, Doctor Abdullah bin Omar Naseif,
Former President of King Abdul Aziz University at Jeddah,
Former President of the Supreme Council of the International Islamic Relief Organization, Former Secretary General of the Muslim World League,
Current President of the Islamic Conference,

Attest that I have known Mohammed Gamal Khalifah when he was a student at the university; and then when he was working as a director of the Muslim World League's office in Pakistan, and director of the Muslim World League's office in the Philippines and director of the Islamic Relief Organization's office in the Philippines; and have met him in my field visits and examined his efforts in the educational, relief, and humanitarian fields; and have known his opinions, thoughts, and personality; and from my long knowledge of these different fields, I have found Mr. Mohammed Gamal Khalifah to be a person characterized by a moderate thinking, correct path, affable treatment, truthful speech, proper characters and manners. He has clear contributions in caring for education, teachings of values, and providing charity to people. He is active in serving the needy and relieving the distressed. He focuses in his works and thoughts on humanitarian issues. He refuses violence and rejects extremism and terrorism.

I believe he is an example of a moderate Islamic personality who loves benevolence and rejects evil; and preaches Islam by example and affable oration. I do not know of what could denigrate his fairness and integrity, and what could question his handling and actions.

May Peace, God's Mercy and Blessings be upon you

President of the World Muslim Congress
[Signature]
Dr. Abdul Allah bin Omar Naseif

P.O. Box 20126, Jeddah 21455, Saudi Arabia
Tel: [telephone & fax numbers illegible]

*Translated from the Arabic Language on January 4, 1995, by:*
*Essam ElMahgoop, State Certified Court Interpreter.*

ARABIC TRANSLATION CENTER
مركز الترجمة العربية
State Certified Court Interpreters
World Trade Center, Suite 250-S
San Francisco, CA 94111
Tel. (415) 421-3448 FAX (415) 421-3244

EXHIBIT 2 2034

35471