# EXHIBIT
# “151”

MICHAEL SCHEUER

AUTHOR OF *IMPERIAL HUBRIS*

# OSAMA BIN LADEN



Case 1:03-md-01570-GBD-SN Document 12391-11 Filed 10/16/26 Page 3 of 4



Massoud gained as little power as possible because they feared he would work with the Iranians to spread Shia Tehran's influence in both Afghanistan and Central Asia. Bin Laden would stay involved in these negotiations—to a greater or lesser degree—until late in 1991, and his efforts reflected the belief formed in his youth that Muslims must unite to defeat their enemies.[118] Over the next few years, bin Laden would find that it was much easier to defeat a superpower than to form his fractious coreligionists into "one rank."

## Toward a Global Jihad

By 1989, Osama's experience in the Afghan jihad had deepened the militant Salifism with which he grew up and transformed him into an implacable opponent of those he deemed "the enemies of Islam," an assortment of foes he would itemize over the next seven years. The changes in Osama were noted by his mother. After he left for Afghanistan, Allia wrote, "the nightmare started."[119] Family members and friends noted Allia's growing fears for her son. "In the beginning of his path, being a mother, she was very concerned," her sister Laila Ghanem recalled in 2001. "But when she saw his conviction . . . she said, 'God protect him.'"[120]

Bin Laden himself was open about what the anti-Soviet jihad had meant to him and what he believed it should mean to all Muslims. "Thanks be to God for this great blessing," bin Laden said in 1988,

> the blessing of jihad in the cause of God—the peak of true Islam, which people in this age have forgotten is a religious duty. It is due to God's blessing that we are returning to jihad after long years of negligence and after the Islamic holy sites have been taken; Muslim women were taken prisoner; and their land and honor were violated. By God's blessing this banner is hoisted high as our Prophet, may God's peace and prayers be upon him, did earlier. God has blessed us with taking jihad in our hands in order to make up for our misdeeds when we abandoned religion in the past. Praise be to God for allowing us to perform jihad in Afghanistan as he did for the best of men, our Prophet, may God's peace and prayers be

upon him. . .
parts of the I
they are doi
cause of Go
hedin are th
prayers and
deter the inf

In but a few
that would chara
clear that the M
lims who have "
Jews, Zionists,
themselves on M
exploitation, and
because Muslim
through jihad. Bi
Lewis and other
Bin Laden's mes
those who help
and again to opp
The second
join or contribut
pied by Islam's e
an offensive jihad
what belongs or
those who violate
A third them
tine. Although he
passage, there se
refers to "Islamic
site then perceive
occupation of Jer
in Saudi Arabia,
noted in chapter
gious concerns in
Laden concerned

PEC-KSA000225

ıuse they feared he
n's influence in both
:ay involved in these
late in 1991, and his
that Muslims must
ːw years, bin Laden
ːrpower than to form

ɫ had deepened the
sformed him into an
ıemies of Islam," an
ːxt seven years. The
r he left for Afghani-
ımily members and
the beginning of his
ıer sister Laila Gha-
viction . . . she said,

ınti-Soviet jihad had
ıean to all Muslims.
ıden said in 1988,

the peak of true
:en is a religious
eturning to jihad
slamic holy sites
en prisoner; and
ıd's blessing this
God's peace and
blessed us with
for our misdeeds
ise be to God for
as he did for the
ɘ and prayers be



> upon him. . . . I would like to advise my brother Muslims in all parts of the East and West to take the initiative and leave what they are doing to assist in raising the banner of jihad for the cause of God. This banner is the best banner and the mujahedin are the best people. . . . May God accept our and your prayers and our urging of believers to perform jihad in order to deter the infidel forces and be truthful.[121]

In but a few sentences, bin Laden sketched out several themes that would characterize his future rhetoric and actions. First, he makes clear that the Muslim world's woes are the sole responsibility of Muslims who have "forgotten [jihad] is a religious duty." Yes, the Soviets, Jews, Zionists, Western Christians, and Arab tyrants have imposed themselves on Muslims through colonization, imperialism, economic exploitation, and repressive governance, but they have done so only because Muslims have not lived their faith and defended their ummah through jihad. Bin Laden's is a long way from the argument of Bernard Lewis and others who claim Muslims blame others for their failings. Bin Laden's message here and henceforth would always be "God helps those who help themselves," and he would return to this tenet again and again to oppose the Muslim world's defeatism.

The second theme is that it is a religious duty for all Muslims to join or contribute to a jihad to retake the holy places and lands occupied by Islam's enemies. Bin Laden is not calling on Muslims to wage an offensive jihad to add new territory to Islam, but, instead, to restore what belongs or once belonged to Islam and to exact retribution from those who violated Muslim land and honor.

A third theme—attendant to the second—is the recovery of Palestine. Although he does not mention Palestine by name in the foregoing passage, there seems no doubt he is talking about Jerusalem when he refers to "Islamic holy sites" taken from Muslims. In 1988, the only holy site then perceived by Muslims as occupied by infidels would be Israel's occupation of Jerusalem (the U.S.-led coalition did not establish a base in Saudi Arabia, of course, until August 1990). Palestine and al-Aqsa, as noted in chapter 1, were in the forefront of the young bin Laden's religious concerns in the 1970s. This argues against those who claim bin Laden concerned himself with Palestine only after the 9/11 attacks.