**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 23-cv-02845

# DECLARATION OF J. SCOTT TARBUTTON TRANSMITTING DOCUMENTS IN SUPPORT OF PLAINTIFFS' RULE 56.1 STATEMENT OF MATERIAL FACTS AND COUNTERSTATEMENTS AS TO DEFENDANTS MUSLIM WORLD LEAGUE AND INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

I, J. Scott Tarbutton, declare under penalty of perjury, as follows:

1. I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, a member of the law firm Cozen O'Connor, and a member of the Plaintiffs' Executive Committees in this MDL litigation.

2. I respectfully submit this Declaration to transmit to the Court the following documents in support of (1) Plaintiffs' Fed. R. Civ. P. 56.1 Statement of Material Facts as to Defendants Muslim World League and International Islamic Relief Organization; (2) Plaintiffs' Counterstatements to the Defendants' Rule 56.1 Statement of Facts; and (3) Plaintiffs' Opposition to the Defendants' April 15, 2026 Motions for Summary Judgment at ECF Nos. 11984-11987, 11988-1190, and 11992.

3. Attached hereto are true and correct copies of the following documents:

| Exhibits | Description |
|---|---|
| Ex. 1 | National Commission on Terrorist Attacks Upon the United States Final Report (a/k/a "9/11 Commission Final Report"). |
| Ex. 2 | Affirmation of Senator Joseph Robert "Bob" Kerrey, a Member of the 9/11 Commission, dated February 24, 2012 (MDL ECF No. 2927-4); Affirmation of Secretary John F. Lehman, a Member of the 9/11 Commission, dated February 3, 2015 (MDL ECF No. 2927-3); and Declaration of Richard Ben-Veniste, a Member of the 9/11 Commission, dated October 12, 2017 (MDL ECF No. 3783-3). |
| Ex. 3 | *Monograph on Terrorist Financing*, Staff Report to the 9/11 Commission (2004). |
| Ex. 4 | *Overview of the Enemy*, Staff Statement No. 15 to the 9/11 Commission (2004). |
| Ex. 5 | Collection of Media Reports – Daily News, *It's More than Just Who Plants the Explosives*, July 31, 1996; The Age, *Filipino Muslims Linked to Holy Warrior's Global Terror*, May 20, 1995; Frontline, *A Terrorist Plot Unearthed*, March 12, 1999; University of Pennsylvania-African Studies Center, *Horn of Africa: The Monthly Review, 19-10/98*; IPS-Inter Press Service, *Kenya: Gov't Shuts down Five Islamic Relief Agencies*, September 10, 1998; ITAR-TASS, *Russian Troops Find Arab, Bosnian Passports in Chechnya*, February 21, 2000; Japan Economic Newswire, *Bin Laden Providing Money, Military Aid to MILF: Report*, February 13, 1999; Philippine Daily Inquirer, *Front Page: Bin Laden Funds Abu Sayyaf Through Muslim Relief Group*, August 9, 2000; Philippine Daily Inquirer, *Front Page: Gemma Linked to Bin Laden Group Funding Sayyaf, MILF*, August 10, 2000; The U.N. Refugee Agency, *Human Rights Watch World Report 1999 – Kenya*, January 1, 1999; New York Times, *Some Charities Suspected of Terrorist Role*, February 19, 2000; The Times, *Terror by Degree*, October 18, 1997; The Indian Ocean Newsletter, *Banned Islamic NGOs*, September 12, 1998; U.S. News & World Report, *A Helping Hand From Saudi Arabia*, July 8, 1996; The Straits Times, *Osama Gave Funds to Abu Sayyaf: Manila*, August 10, 2000; Overseas Immigration News, *Immigration Claims Teacher Linked to Terrorists Alleged Al-Jihad Member: Egyptian Denies Allegations, is Appealing Legal Proceedings*, May 21, 1999. |
| Ex. 6 | Center for Contemporary Conflict, *Al Qaeda Finances and Funding to Affiliated Groups*, January 2005. |
| Ex. 7 | CIA Report, *How Bin Ladin Commands a Global Terrorist Network [REDACTED]*, January 27, 1999, CIA_00002-16. |
| Ex. 8 | CIA Report, *Al-Qa'ida in Sudan, 1992-1996: Old School Ties Lead Down Dangerous Paths*, March 10, 2003, CIA_00038-52. |

| | |
|---|---|
| Ex. 9 | CIA Report, *Sketch of a South Asia-Based Terrorist Training and Logistic Network*, December 1995, CIA_000058-62. |
| Ex. 10 | CIA Report, *Saudi-Based Financial Support for Terrorist Organizations*, November 14, 2002, CIA_00143-158. |
| Ex. 11 | CIA Report, *Identifying Al-Qa'ida's Donors and Fundraisers: A Status Report*, February 27, 2002, CIA_00193-199. |
| Ex. 12 | CIA Report, *Pursuing the Bin Laden Financial Target*, April 12, 2001, CIA_00201-208. |
| Ex. 13 | CIA Report, *Islamic Terrorists: Using Nongovernmental Organizations Extensively*, April 9, 1999, CIA_000210-236. |
| Ex. 14 | CIA Report, *Usama Bin Ladin's Finances: Some Estimates of Wealth, Income, and Expenditures*, November 17, 1998, CIA_00317-338. |
| Ex. 15 | CIA Report, *Terrorism: Usama Bin Ladin's Activities in Somalia and Sudanese NIF Support*, CIA_000347-350. |
| Ex. 16 | CIA Report, *Usama Bin Ladin: Al-Qa'ida's Business and Financial Links in Southeast Asia*," June 2002, CIA_000450-480. |
| Ex. 17 | CIA Report, *Usama Bin Ladin: Al-Qa'ida's Financial Facilitators [REDACTED]*, October 18, 2001, CIA_000500-563. |
| Ex. 18 | CIA Report, *Al-Qa'ida's Financial Ties to Islamic Youth Programs*, January 17, 2003, CIA_00681-701. |
| Ex. 19 | CIA Report, *Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions*, undated, CIA_00720-804. |
| Ex. 20 | CIA Report, *Usama Bin Ladin: Some Saudi Financial Ties Probably Intact*, January 11, 1999, CIA_00807-848. |
| Ex. 21 | CIA Report, *Al-Rajhi Bank: Conduit for Extremist Finance*, May 28, 2003, CIA-SUB_0001-6. |
| Ex. 22 | Declaration of Abdullah bin Saleh al Obaid, March 29, 2004 (Obaid 55). |
| Ex. 23 | Transcript, September 17, 2018 Deposition of Abdullah al Obaid (excerpts). |
| Ex. 24 | Transcript, September 15, 2018 Deposition of Dr. Abdullah al Turki (excerpts). |
| Ex. 25 | Transcript, June 21, 2019 Deposition of Abderraouf Khalaf al Shorman (excerpts). |
| Ex. 26 | Transcript, February 20, 2019 Deposition of Adnan Basha (excerpts). |

| | |
|---|---|
| Ex. 27 | Transcript, February 21, 2019 Deposition of Adnan Basha (excerpts). |
| Ex. 28 | Transcript, February 8, 2024 Deposition of Aimen Dean (excerpts). |
| Ex. 29 | Transcript, June 27, 2019 Deposition of Abdulhadi T. Daguit (excerpts). |
| Ex. 30 | Transcript, March 27, 2019 Deposition of Fahd Mohammad Sanad Al Harbi (excerpts). |
| Ex. 31 | *Assessment of Saudi Arabian Support to Terrorism and the Counterintelligence Threat to the United States*, December 2004, EO14040 3414-3442-UPDATED. |
| Ex. 32 | FBI Report, *Connections to the Attacks of September 11, 2001*, July 23, 2021, EO14040-003478-3608-UPDATED. |
| Ex. 33 | European Parliament, *The Involvement of Salafism/Wahhabism in the Support and Supply of Arms to Rebel Groups Around the World*, June 2013. |
| Ex. 34 | February 2, 2021 Rebuttal Expert Report of Jonathan M. Winer. |
| Ex. 35 | March 10, 2020 Expert Report of Evan Francois Kohlmann. |
| Ex. 36 | March 10, 2020 Expert Report of Jonathan M. Winer. |
| Ex. 37 | March 9, 2020 Expert Report of Dr. Matthew Levitt. |
| Ex. 38 | *Arabian Gulf Financial Sponsorship of Al-Qaida via U.S.-Based Banks, Corporations and Charities*, March 11, 2003, House Committee on Financial Services Subcommittee on Oversight and Investigations, FED-PEC 4297-4327. |
| Ex. 39 | Dore Gold, *Saudi Arabia's Dubious Denials of Involvement in International Terrorism*, FED-PEC 73721-73734. |
| Ex. 40 | Testimony of Steven Emerson and Jonathan Levine, *Terrorism Financing: Origination, Organization, and Prevention: Saudi Arabia, Terrorist Financing and the War on Terror*, July 31, 2003, FED-PEC 75156-75200. |
| Ex. 41 | The Straits Times, *Osama Gave Funds to Abu Sayyaf: Manila*, August 10, 2000, FED-PEC 90732-90733. |
| Ex. 42 | Gulf News, *Orphanages in Southern Philippines Under Probe*, February 10, 2001, FED-PEC 90753. |
| Ex. 43 | BBC News, *U.S. Fears Terrorist Attack in Kosovo*, April 3, 2000, FED-PEC 97363-97365. |
| Ex. 44 | Philippine Daily Inquirer, *Gemma Linked to Bin Laden Group Funding Sayyaf, MILF*, August 10, 2000, FED-PEC 10813-10815. |

| | |
|---|---|
| Ex. 45 | Tareekh Osama Document ("Golden Chain"), FED-PEC 134953-134955. |
| Ex. 46 | U.N. Security Council Letter dated 1 December 2003 from the Chairman of the Security Council Committee established pursuant to resolution 1267 (1999) concerning Al-Qaida and the Taliban and associated individuals and entities addressed to the President of the Security Council, December 2, 2003, FED-PEC 144926-145008. |
| Ex. 47 | JTF-GTMO Detainee Assessment, Mustafa Ait Idr, June 30, 2008, FED-PEC 197535-197548. |
| Ex. 48 | Philippine Daily Inquirer, *Bin Laden Funds Abu Sayyef Through Muslim Relief Group*, August 9, 2000, FED-PEC 201975-201978. |
| Ex. 49 | BBC Monitoring Asia Pacific, *Police Officer Claims Bin-Ladin's Network in Philippines Remains Intact*, September 20, 2001, FED-PEC 201984-201985. |
| Ex. 50 | U.S. Department of the Treasury Press Room, Treasury Designates Director, Branches of Charity Bankrolling Al Qaida Network, August 3, 2006, FED-PEC 202110-212112 (Basha 159). |
| Ex. 51 | MWL/IIRO Notification that Mohammed Jamal Khalifa is the Regional Director for the IIRO in South-East Asia, FED-PEC 202846-202847. |
| Ex. 52 | Curriculum, Institute of Dar al Imam al Shafi'i for Education, FED-PEC 202848-202852. |
| Ex. 53 | *Treasury Department Statement on the Designation of Wa'el Hamza Julidan*, September 6, 2002, FED-PEC 203469-203470. |
| Ex. 54 | Japan Economic Newswire, *Bin Laden Providing Money, Military Aid to MILF: Report*, February 13, 1999, FED-PEC 203704-203705. |
| Ex. 55 | *Frontline*, India's National Magazine, *A Terrorist Plot Unearthed*, March 12, 1999, FED-PEC 203706-203709. |
| Ex. 56 | U.S. Diplomatic Cable, *Terrorist Finance: Action Request for Senior Level Engagement on Terrorism Finance*, December 30, 2009, FED-PEC 210113-210118. |
| Ex. 57 | U.S. Diplomatic Cable, *OFAC Director Werner's Meetings with Finance Minister, Minister of Social Affairs, Central Bank Governor*, October 3, 2005, FED-PEC 210514-210517. |
| Ex. 58 | Philippines Intelligence Report, *Alleged Al Qaida Bombing Plot in Manila*, May 5, 2004, FED-PEC 210866-210867. |
| Ex. 59 | Philippines Intelligence Report, *MILF Linkages with Domestic and Foreign Non-Government and People Organizations (NGOs/POs)*, FED-PEC 211425-211465. |

| | |
|---|---|
| Ex. 60 | TAREEKHOSAMA/29/Tareekh Osama.91, FED-PEC 212268-212275. |
| Ex. 61 | TAREEKHOSAMA/49/Tareekh Osama.121, FED-PEC 212276-212281. |
| Ex. 62 | May 27, 2002 Report of the Bosnia and Herzegovina Financial Police, FED-PEC 212644-212646. |
| Ex. 63 | May 6, 2004 E.O. 13224 Designation of Al Haramain al Masjed al Aqsa, FED-PEC 213972-213977. |
| Ex. 64 | May 6, 2004 U.S. Treasury Department Press Center, *Treasury Designates Bosnian Charities Funneling Dollars to Al Qaida*, FED-PEC 213978-213979. |
| Ex. 65 | MWL structural chart identifying "The General Department for Media and Culture," FED-PEC 214874-214875. |
| Ex. 66 | Tareekh, Al Musadat 41, 41a, FED-PEC 215309-215312. |
| Ex. 67 | Tareekh Osama/30/Tareekh Osama 93, FED-PEC 215313-215314. |
| Ex. 68 | U.S. Department of the Treasury E.O. 13224 Designation of Rabita Trust, FED-PEC 215391-215394. |
| Ex. 69 | Department of Defense JTF-GTMO Matrix of Threat Indicators, FED-PEC 216815-216831. |
| Ex. 70 | U.S. Diplomatic Cable, *Terrorism Finance; Saudi Response of IIRO's Al-Mua'jjil Under 1267 Designation*, August 14, 2006, FED-PEC 220473-220474. |
| Ex. 71 | U.S. Diplomatic Cable, *Islamic NGOs in the Philippines*, May 23, 2005, FED-PEC 220479-220481. |
| Ex. 72 | U.S. Diplomatic Cable, Treasury Undersecretary Stuart Levey Visits Bahrain to Discuss AML/CFT Efforts, February 20, 2006, FED-PEC 220490-220491. |
| Ex. 73 | U.S. Diplomatic Cable, *APHSCI Townsend February 6 Meeting With Foreign Minister Prince Saud Al-Faisal*, February 24, 2007, FED-PEC 220503-220505. |
| Ex. 74 | U.S. Diplomatic Cable, *Macedonia: A/S O'Brien Visit Highlights Terrorism and Financing Issues*, August 22, 2007, FED-PEC 220506-220510. |
| Ex. 75 | U.S. Diplomatic Cable, *International Islamic Relief Organization (IIRO) Seeks to Access Funds Frozen by Islami Bank Bangladesh*, November 3, 2008, FED-PEC 220511-220513. |

| | |
|---|---|
| Ex. 76 | U.S. Diplomatic Cable, *International Islamic Relief Organization – Designated by UN 1267 and US Treasury – Issues Letter of Congratulations to President Obama*, March 3, 2009, FED-PEC 220514-220517. |
| Ex. 77 | U.S. Diplomatic cable, *IIRO Secretary General Talks of Saudi Programs and Expansions*, October 9, 2006, FED-PEC 220554-220557. |
| Ex. 78 | U.S. Diplomatic Cable, *Terrorism Finance; International Islamic Relief Organization*, June 2006, FED-PEC 220571-220572. |
| Ex. 79 | The Age, *Filipino Muslims Linked to Holy Warrior's Global Terror*, May 20, 1995. |
| Ex. 80 | IIRO 147. |
| Ex. 81 | IIRO 171-211. |
| Ex. 82 | IIRO 212-330. |
| Ex. 83 | IIRO 331-441. |
| Ex. 84 | IIRO 383. |
| Ex. 85 | IIRO 442-552. |
| Ex. 86 | IIRO 1219-1223. |
| Ex. 87 | IIRO 3010-3011. |
| Ex. 88 | IIRO 3018-3019. |
| Ex. 89 | IIRO 13287-13292. |
| Ex. 90 | IIRO 17415, 17451-17453. |
| Ex. 91 | IIRO 26468-26490. |
| Ex. 92 | IIRO 31006-31007. |
| Ex. 93 | IIRO 31022-31023. |
| Ex. 94 | IIRO 31160-31166. |
| Ex. 95 | IIRO 34989-35007. |
| Ex. 96 | IIRO 35077-35081. |
| Ex. 97 | IIRO 36875. |

| | |
|---|---|
| Ex. 98 | IIRO 41030. |
| Ex. 99 | IIRO 42360. |
| Ex. 100 | IIRO 42373. |
| Ex. 101 | IIRO 49708-49710. |
| Ex. 102 | IIRO 59754. |
| Ex. 103 | IIRO 93331. |
| Ex. 104 | IIRO 93332-93333. |
| Ex. 105 | IIRO 96108, 96075-76, 96114. |
| Ex. 106 | IIRO 97328-97330. |
| Ex. 107 | IIRO 97450. |
| Ex. 108 | IIRO 111020. |
| Ex. 109 | IIRO 111421-111431. |
| Ex. 110 | IIRO115124-11525. |
| Ex. 111 | IIRO 122003. |
| Ex. 112 | IIRO 122181-122182. |
| Ex. 113 | IIRO 129743-129744. |
| Ex. 114 | IIRO 149628, 149630, 149633-149636. |
| Ex. 115 | IIRO 149637-149639. |
| Ex. 116 | IIRO 168291. |
| Ex. 117 | IIRO 270967-2701042. |
| Ex. 118 | IIRO 279459-279460. |
| Ex. 119 | IIRO 284660. |
| Ex. 120 | IIRO 284663. |
| Ex. 121 | IIRO 284675. |

| | |
|---|---|
| Ex. 122 | IIRO 284963. |
| Ex. 123 | IIRO 285529-285530. |
| Ex. 124 | IIRO 287007-287013. |
| Ex. 125 | IIRO 287198. |
| Ex. 126 | IIRO 287341. |
| Ex. 127 | IIRO 287342. |
| Ex. 128 | IIRO 109118-109119. |
| Ex. 129 | IIRO 215526-215529, IIRO 126173-126176, IIRO 112761-112762, IIRO 112745-112748, IIRO 59410-59411, IIRO 108937, IIRO 105986. |
| Ex. 130 | IIRO 39085, 39086, 39278. |
| Ex. 131 | MWLIIRO 16243-16246. |
| Ex. 132 | Affidavit of Wael Hamza Jelaidan, MDL ECF No. 2702. |
| Ex. 133 | Jelaidan 016. |
| Ex. 134 | Jelaidan 017. |
| Ex. 135 | Jelaidan 020. |
| Ex. 136 | Jelaidan 022. |
| Ex. 137 | MWL 8434-8453. |
| Ex. 138 | MWL 15876-25877. |
| Ex. 139 | MWL 19138. |
| Ex. 140 | MWL 30817-30819. |
| Ex. 141 | MWLIIRO 16233-16237. |
| Ex. 142 | MWLIIRO 16247-16255. |
| Ex. 143 | MWLIIRO 16260-16267. |
| Ex. 144 | MWLIIRO 16270-16276. |
| Ex. 145 | BUR-PEC 25755. |

| | |
|---|---|
| Ex. 146 | Al-Obaid 0001-0005. |
| Ex. 147 | IIRO 149661. |
| Ex. 148 | U.S. Diplomatic Cable, *Terrorist Finance: Bosnia's Dirty Dozen*, November 2002, PEC-FOIA 4499-4503. |
| Ex. 149 | U.S. Diplomatic Cable, *Terrorist Finance: Dirty Dozen's Web of Deceit*, August 2003, PEC-FOIA 49927-49932. |
| Ex. 150 | U.N. Security Council, Second Report of the Monitoring Group on Sanctions Against Al-Qaida, the Taliban and Individuals and Entities Associated With Them ("Second Report"), December 2, 2003, PEC-KSA 108-190. |
| Ex. 151 | Michael Scheuer, *Osama Bin Laden*, 2011, PEC-KSA 224-226. |
| Ex. 152 | Lawrence Wright, *The Looming Tower: Al-Qaeda and the Road to 9/11*, 2007, PEC-KSA 227-230. |
| Ex. 153 | August 29, 2002 Interview with Jamal al Fadl, PEC-KSA 329-352. |
| Ex. 154 | 1996 Central Intelligence Agency Report, PEC-KSA 965-978. |
| Ex. 155 | U.S. Diplomatic Cable, *Terrorist Finance: Post-Vetting of Human Appeal International (HAI)*, February 13, 2007, PEC-KSA 1451-1452. |
| Ex. 156 | U.S. Diplomatic Cable, *Islamic NGOs in the Philippines*, May 23, 2005, PEC-KSA 1461-1463. |
| Ex. 157 | IIRO 149637-149639. |
| Ex. 158 | U.S. Diplomatic Cable, *Terrorist Finance: [REDACTED]*, June 2004, PEC-KSA 1464-1466. |
| Ex. 159 | U.S. Diplomatic Cable, *Terrorist Financing – [REDACTED] IIRO*, April 2004, PEC-KSA 1467-1470. |
| Ex. 160 | FBI 302 Cooperating Witness Statement of Jamal al Fadl, November 1996, PEC-KSA 2115-2132. |
| Ex. 161 | FBI 302 Cooperating Witness Statement of Jamal al Fadl, June 2, 2004, PEC-KSA 2133-2134. |
| Ex. 162 | Transcript Excerpts from Videotape Interviews of Jamal al Fadl, submitted as evidence in *United States v. Fazul Abdullah Mohammed, et al.*, Case No. 01-1535-cr(L), United States Second Circuit Court of Appeals, filed June 14, 2007, PEC-KSA 2135-2143. |

| | |
|---|---|
| Ex. 163 | FBI 302 Cooperating Witness Statement of Jamal al Fadl, January-February 1998, PEC-KSA 2144-2157. |
| Ex. 164 | State Department Letter, December 16, 1994 PEC-KSA 2260-2261. |
| Ex. 165 | State Department Letter, December 20, 1994, PEC-KSA 2262-2263. |
| Ex. 166 | U.S. Diplomatic Cable, *Arrest in U.S. of Terrorist Financier Muhammad Khalifah Now Under Indictment in Jordan*, December 1994, PEC-KSA 2264-2274. |
| Ex. 167 | U.S. Diplomatic Cable, *Official-Informal*, December 1994, PEC-KSA 2275-2276. |
| Ex. 168 | U.S. Diplomatic Cable, *Who Was Behind IPIL? No Shortage of Suspects*, April 1995, PEC-KSA 2277-2280. |
| Ex. 169 | U.S. Diplomatic Cable, *September 11: Working Together to Fight the Plague of Global Terrorism and the Case Against Al-Qa'ida*, October 2001, PEC-KSA 2281-2304. |
| Ex. 170 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Samir N. al Hasan (ISN No. 043), October 13, 2006, March 4, 2008, PEC-KSA 2437-2450 at 2437. |
| Ex. 171 | U.S. Department of Defense, JTF-GTMO Detainee Assessment, Detainee Abdallah Ibrahim al Rushaydan (September 10, 2004), PEC-KSA 2477-2488. |
| Ex. 172 | Declaration of Ali Ahmad Ali Hamad, March 4, 2008, PEC-KSA 3501-3510. |
| Ex. 173 | The Albanian High Order, PEC-KSA 3910-3913. |
| Ex. 174 | Declaration of Dr. Abdulrahman A. Al-Suwailem, PEC-KSA 3914-3964. |
| Ex. 175 | Fusion Taskforce, *Financing of Terrorism and Charities*, July 2003, PEC-KSA 3973-3997. |
| Ex. 176 | Transcript, International Criminal Tribunal for the Former Yugoslavia, Testimony of Ajman Awad, February 8, 2008, PEC-KSA 4364-4439. |
| Ex. 177 | Statement of Abdullah Al-Hashayka, PEC-KSA 1771. |
| Ex. 178 | The Times, *Terror by Degree*, October 18, 1997. |
| Ex. 179 | *Terrorism Financing: Origination, Organization, and Prevention*, Hearing Before the Committee on Governmental Affairs United States Senate (July 31, 2003) (MDL ECF No. 963-49). |
| Ex. 180 | U.S. Department of the Treasury, *Additional Designation Pursuant to E.O. 13224*, TREASURY00001-8. |

| | |
|---|---|
| Ex. 181 | U.S. Department of the Treasury, *Al-Haramain Islamic Foundation, Somalia*, TREASURY00030-36. |
| Ex. 182 | U.S. Department of the Treasury, *Additional Designations Pursuant to E.O. 13224: Dr. Abd Al Hamid Sulaiman Al-Mujil and International Islamic Relief Organization Philippines and Indonesia Branches*, TREASURY00102-121. |
| Ex. 183 | *U.S. v. Enaam M. Arnaout*, Case No. 02 CR 892, *Government's Evidentiary Proffer Supporting the Admissibility of Coconspirator Statements*, PEC-KSA 2014-2114. |
| Ex. 184 | Resume of Adnan Khalil Basha (Basha 0001). |
| Ex. 185 | IIRO 287559-287561. |
| Ex. 186 | Al-Sirat Al-Mustaqeem, *Interview with Sheikh al-Mujahideen Abu Abdel Aziz*, August 1994, PEC-KSA 894-906. |
| Ex. 187 | Jelaidan 009. |
| Ex. 188 | Arab News, *U.S. Urged to Give Sound Proof in Julaidan's Case*, September 8, 2002, MDL ECF No. 2989-13. |
| Ex. 189 | Transcript, September 14, 2018 Deposition of Dr. Abdullah al Turki (excerpts). |
| Ex. 190 | Transcript, September 18, 2018 Deposition of Dr. Abdullah al Obaid (excerpts). |
| Ex. 191 | Declaration of Abdulaziz H. al Fahad (MDL ECF No. 85-3). |
| Ex. 192 | Al Alam Al Islami, *Hailing the Kingdom's Ongoing Generous Support for the League*, FED-PEC 237301. |
| Ex. 193 | IIRO 285019. |
| Ex. 194 | Muslim World League Journal, *Rabita-Sponsored Auqaf Conference Resolutions*, September 1981. |
| Ex. 195 | Muslim World League Journal, *Jihad With Money in the Way of Allah*, July/August 1991. |
| Ex. 196 | Al Alam Al Islami, *The Lessons to be Learned from the Migration of the Prophet*, June 29, 1992. |
| Ex. 197 | Al Alam Al Islami, *More than a Million and a Half a Million of Martyrs and Thousands of Widows are the Price of Victory in Afghanistan*, August 31, 1992. |
| Ex. 198 | Al Alam Al Islami, *Calling For Their Victory in Their Jihad Against the Serbs: Bin Baz Called to the Islamic Governments and Peoples to Support the Muslims in Bosnia and Herzegovina*, November 2, 1992. |

| | |
|---|---|
| Ex. 199 | Muslim World League Journal, *Bosnia Issue Top of the Agenda, GCC Summit, MWL Meeting and Bosnia Solidarity Day*, January 1994. |
| Ex. 200 | Muslim World League Journal, *Latest Developments in Bosnia, Croatia's Stunning Success and its Implication*, September 1995. |
| Ex. 201 | Al Alam Al Islami, *Imam of Holy Haram Calls for Assistance to Kashmiris*, August-September 1993. |
| Ex. 202 | Muslim World Fiqh Council, *Fourth Resolution on Collection and Distribution of Zakah and Oshr in Pakistan*. |
| Ex. 203 | Muslim World Fiqh Council, *Seventh Resolution on Payment of Zakah's Portion of Mujahideen for Their Education, Health and Media Projects*. |
| Ex. 204 | United Nations Security Council Sanctions Committee Designation Summary, Islamic International Brigade ("IIB"), September 7, 2010. |
| Ex. 205 | IIRO 149628, 149630, 149633-149636. |
| Ex. 206 | IIRO 31131. |
| Ex. 207 | IIRO 59709. |
| Ex. 208 | February 2, 2021 Rebuttal Expert Report of Evan Francois Kohlmann. |
| Ex. 209 | CIA Report, *[REDACTED] Spectrum of Al-Qa'ida's Donors*, October 30, 2003, CIA_000659-667. |
| Ex. 210 | U.S. Department of the Treasury, *Al-Haramayn Islamic Foundation–Bosnia-Herzegovina*, TREASURY00009-11. |
| Ex. 211 | 2012 FBI Summary Report at 3-4 (MDL ECF No. 6292-1). |
| Ex. 212 | Muslim World League Journal, *Child Upbringing in Islam*, February 1994. |
| Ex. 213 | U.S. Department of the Treasury Press Release, *Treasury Designates Benevolence International Foundation and Related Entities as Financiers of Terrorism*, November 19, 2002, FED-PEC 3630-3631. |
| Ex. 214 | Interview with Dr. Abdullah bin Saleh al Obaid, Excerpt from the Muslim World League magazine, July 21-27, 1997, PEC-KSA 1796-1806. |
| Ex. 215 | U.S. Department of the Treasury Press Release, *Remarks by Treasury Secretary Paul O'Neill on New U.S.-Saudi Arabia Terrorist Financing Designations*, March 11, 2002 designation of Al Haramain's branches in Somalia and Bosnia-Herzegovina, FED-PEC 211887-211888. |

| | |
|---|---|
| Ex. 216 | U.S. Department of the Treasury Press Release, *Treasury Announces Joint Action With Saudi Arabia Against Four Branches of Al-Haramain in the Fight Against Terrorist Financing*, January 22, 2004 designation of Al Haramain's branches in Indonesia, Kenya, Tanzania, and Pakistan, FED-PEC 211876-211880. |
| Ex. 217 | U.S. Department of the Treasury Press Release, *Additional Al-Haramain Branches, Former Leader Designated by Treasury as Al Qaida Supporters, Treasury Marks Latest Action in Joint Designation with Saudi Arabia*, June 2, 2004 designation of Al Haramain's branches in Afghanistan, Albania, Bangladesh, Ethiopia, the Netherlands, and Aqil al Aqil, FED-PEC 56730-56734. |
| Ex. 218 | U.S. Department of the Treasury Press Release, *U.S.-Based Branch of Al Haramain Foundation Linked to Terror, Treasury Designates U.S. Branch, Director*, September 9, 2004 designation of Al Haramain's branches in the United States and Union of Comoros, and Soliman al Buthe, FED-PEC 211873-211875. |
| Ex. 219 | U.S. Department of the Treasury Press Release, *Treasury Designates Al Haramain Islamic Foundation*, June 19, 2008 designation of Al Haramain's Saudi headquarters and the entirety of the Al Haramain organization, FED-PEC 211881. |
| Ex. 220 | MWL 8516. |
| Ex. 221 | IIRO 34942-34943. |
| Ex. 222 | IIRO 120381-120384. |
| Ex. 223 | IIRO 54530-54533. |
| Ex. 224 | IIRO 120385-120396. |
| Ex. 225 | IIRO 68126-68127. |
| Ex. 226 | IIRO 68128-68129. |
| Ex. 227 | IIRO 125906. |
| Ex. 228 | IIRO 98574-98579. |
| Ex. 229 | U.S. Department of the Treasury, *Designation Pursuant to E.O. 13224*, TREASURY00055-86. |
| Ex. 230 | November 29, 2001 Letter from David F. Aufhauser, General Counsel, U.S. Department of the Treasury, PEC-KSA 4356-4359. |
| Ex. 231 | MWL 59176. |
| Ex. 232 | MWL 62668-62669. |

| | |
|---|---|
| Ex. 233 | U.S. Department of the Treasury, *Designation of Al-Haramain Foundation-Pakistan*, TREASURY00012-16. |
| Ex. 234 | U.S. Department of the Treasury, *Designation of Al-Haramain Foundation (AHF) branches in Afghanistan, Albania, Bangladesh, Ethiopia, and The Netherlands, and the AHF's leader Al-Aqil pursuant to the authorities of E.O. 13224*, TREASURY00017-29. |
| Ex. 235 | U.S. Department of the Treasury, *Designation of Al-Haramain Foundation (AHF) locations in the United States, the Comoros Islands, and AHF official Soliman Al-Buthe pursuant to the authorities of E.O. 13224*, TREASURY00037-54. |
| Ex. 236 | U.S. Department of the Treasury, *Additional Designations Pursuant to E.O. 13224: Al-Haramain, Indonesia*, TREASURY00087-92. |
| Ex. 237 | U.S. Department of the Treasury, *Additional Designations Pursuant to E.O. 13224: Al-Haramayn Kenya and Tanzania*, TREASURY00094-101. |
| Ex. 238 | CIA Report, *Al Haramain in Africa: Supporting Al-Ittihad Al-Islami and Other Terrorists*, March 22, 2002, CIA_000675-679. |
| Ex. 239 | CIA Report, *Al-Qa'ida Still Well Positioned to Recruit Terrorists [REDACTED]*, July 1, 2002, CIA_000178-189. |
| Ex. 240 | CIA Report, *Al-Haramain: Support for Extremists and Terrorists [REDACTED]*, August 28, 2002, CIA-SUB_0007-19. |
| Ex. 241 | Saudi White Paper, *The Kingdom of Saudi Arabia and Counterterrorism*, 2016. |
| Ex. 242 | March 10, 2020 Expert Report of Brian Michael Jenkins. |
| Ex. 243 | October 29, 2020 Expert Report of Victor D. Comras. |
| Ex. 244 | February 1, 2021 Expert Report of Jimmy Gurulė. |
| Ex. 245 | The Islamic Library, Lessons of Sheikh Saad Buraik, *Explaining the Meaning of Jihad for Support*. |
| Ex. 246 | Plaintiffs' Consolidated Statement of Material Facts Pursuant to Fed. R. Civ. P. 56.1 as to Defendants Muslim World League and International Islamic Relief Organization. |
| Ex. 247 | Plaintiffs' Counterstatement to Defendant International Islamic Relief Organization's Rule 56.1 Statement of Material Facts in Support of its Motion for Summary Judgment at ECF No. 11990. |
| Ex. 248 | Plaintiffs' Counterstatement to Defendant Muslim World League's Rule 56.1 Statement of Material Facts in Support of its Motion for Summary Judgment at ECF No. 11986. |

Executed in Washington, D.C. on October 16, 2026.

____________________________
J. Scott Tarbutton, Esq.

LEGAL\118656873\1