# EXHIBIT

# “162”

# 01-1535-cr(L)

**01-1550-cr(CON), 01-1553-cr(CON), 01-1571-cr(CON), 05-6149-cr (CON), 05-6704-cr (CON)**

*To Be Argued By:*
DAVID RASKIN
LESLIE C. BROWN

## United States Court of Appeals

**FOR THE SECOND CIRCUIT**

**Docket Nos. 01-1535-cr(L), 01-1550-cr(CON), 01-1553-cr(CON), 01-1571-cr(CON), 05-6149-cr(CON), 05-6704-cr(CON)**

UNITED STATES COURT OF APPEALS FILED JUN 14 2007 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT

UNITED STATES OF AMERICA,

*Appellee,*

—v.—

FAZUL ABDULLAH MOHAMMED, also known as Harun Fazhl, also known as Fazhl Abdullah, also known as Fazhl Khan; USAMA BIN LADEN, also known as Usamah Bin-Laden, also known as Shaykh Usamah Bin-Ladin, also known as Mujahid Shaykh, also known as Hajj, also known as Qaqa, also known as the Director;

*(caption continued inside front cover)*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**SUPPLEMENTAL APPENDIX**
**VOLUME II OF IV**
**(Pages SA-577 to SA-1164)**

MICHAEL J. GARCIA,
*United States Attorney for the Southern District of New York, Attorney for the United States of America.*

A: For experience, he's better than Madani al Tayyib. But, when Madani al Tayyib marriage Bin Laden uncle daughter, Madani al Tayyib became higher than him. But, for the experience, for how to run people, and that, Majid is much better.

Q: Okay.

MALE VOICE: Should I add that?

MALE VOICE: No. That's okay.

MALE VOICE: Okay.

Q: Do you know of anything regarding Al-Qaeda or Bin Laden opening up or operating a telecommunications company in Somalia?

A: No.

Q: Okay.

MALE VOICE: (Inaudible)

(Laughing)

Q: Are you familiar with the International Islamic Relief Organization? And, just translate that into Arabic for yourself.

A: Say it again?

Q: International.

A: Okay.

Q: Islamic.

A: Okay.

Q: Relief Organization.

A: Well, we talk I think before about that.

Q: Okay. Okay.

A: This is the - the - the one they got branch in Peshawar.

Q: Okay. (Inaudible) -

A: During the -

Q: What is called in Arabic?

A: (Hy-at Ali-rah-tah el Al-ah-meer). And, that time it's run by Saudi guy, his name Wael Jaladen.

MALE VOICE: Okay. So just write I-I-R-O run by Wael

A: Wael.

MALE VOICE: "W"?

MALE VOICE: Wael. "W", I think it's W-A-E-L.

MALE VOICE: Okay. Wael?

MALE VOICE: Jaladen. J-A-L-A-D-E-N. Jaladen. Okay.

MALE VOICE: Okay.

MALE VOICE: (Inaudible)

A: And, I remember -

Q: And he ran the Peshawar branch?

A: Yes. And, I remember in - in '89, the Al-Qaeda people, the (Abdullah Azam) people, the most - the most of Arab people, when they were in Afghanistan, they make the ID card from this relief. They give you picture. They make you, like, a teacher, or helper, or, uh, or guide, like that. So, that mean you can enter the border between Pakistan, Afghanistan easily with - with no problem.

Q: Right. Okay. But the (Moo-jah-deen) would use those ID cards to cross the border.

A: Oh, no - this is only for Arab people. The - the Afghani people, they don't need that. This is only for Arab people.

Q: Well, no, okay. Okay. For the Arab {Moo-jah-deen} -
A: Yes.
Q: - to go to Afghanistan.
A: Yes.
Q: So, they would go to the IIRO, and obtain ID cards to get across the border.
A: Yes. They got letter - they got letter from the Islamic International Relief. This letter go to Pakistan immigration. And, the Relief told immigration, "Those guys they work with aid with - under this Relief." So, they got visa for staying in Pakistan. And the same time, they got ID card from the relief organization.
Q: Now, that was everybody going through there. Because you said, uh, Azam -
A: Yes.
Q: - was sending his people there? And who else?
A: And - and Bin Laden people. Before the Al-Qaeda start, Bin Laden people, because Abu Hamman al Saudi Bin Laden office. They make letter to Wael Jaladen. And, Wael Jaladen, he make letter to immigration, Pakistan immigration, and he issue ID card.
Q: So were they affiliated with the - what was it called - Mektab al Khidemat?
A: Mektab al Khidemat, he don't - he don't issue this kind of stuff. Mektab al Khidemat just you go over there. Take three days. They give you new clothes. They give you direction, the

training, and the review. But they don't give you documentation for, like, immigration and like that stuff. They have -

Q: So, do they send people to IIRO?

A: Yes. You have to got letter from immigration from this office.

Q: Okay.

A: And also, the - the - some money from people from Gulf area to Bin Laden or to Azam go to this office. And, after that, they give it to Bin Laden or Azam.

Q: Okay. Now, with the IIRO, what was their cover? What kind of NGO was this?

A: It's - I - I believe -

Q: You said they were - they -

A: Yes -

Q: You said they were using ID cards for teachers. What else? Aid workers -

A: It's immigration - you know, if - if someone he's from Egypt. And, he can't travel around the world. And, he got Pakistan passport, or Afghani passport, or any other passport. When he go to this office, they don't give him hard time to write letter to any embassy in Pakistan. Like, if you want to go to England, or if you want to go to anywhere in the world. Those guys, they give him letter. That letter, it show this guy he work under this Relief. So he can got visa easy.

Q: Who ran that? Who ran the IIRO?

MALE VOICE: Jamal, you said Wael Jaladen.

A: In Peshawar, Wael Jaladen. And, later on -

Q: Is he a member of Al-Qaeda?

A: I - I don't believe that. He just help them. But, I don't think he's - when Al-Qaeda, when Bin Laden he, you know, bring everybody (inaudible) Al-Qaeda, I don't think he got (bayat) or he sign with them. But, he help them.

Q: Is he a member of - where is he from?

A: Saudi Arabia.

Q: Is he a member - is he a member of any group?

A: No. I - I don't think so. He just, you know, he like to help the group. He like Abdallah Azam people, he like to help the Afghani people.

Q: Okay.

MALE VOICE: (Inaudible) Mike, that last thing you (said) (inaudible).

MALE VOICE: Going to Wael Jaladen. He doesn't believe he's a member of Al-Qaeda, as an official member of Al-Qaeda. He didn't give bayat, B-A-Y-A-T. He's a Saudi, but he just was involved in - in helping the cause, you know, with people like Abdullah Azam?

MALE VOICE: Um-hm (yes). He's not an official member of Al-Qaeda.

MALE VOICE: Yeah. Okay.

MALE VOICE: At this point, there was no Al-Qaeda, right?

MALE VOICE: At this point, this is pre-Al-Qaeda, yeah.

MALE VOICE: So how could he be a member? So maybe he was a member of that?

MALE VOICE: He joined afterwards, he said. He doesn't know that he joined. Uh -

A: And, I - I - what I - what I - what I think, because Wael Jaladen, his organization under other organization in Saudi Arabia. It's called Ribeta al-Aram al-Islamyi, and that's not official, but it's similar like official.

Q: Okay. What's that in English? And was he associated with the Third World Relief?

A: The one in Bosnia?

MALE VOICE: (Inaudible)

Q: No, the one by the (Sah-kah-noe) brothers. The one in Croatia and Vienna.

A: I - I - I'm not sure. It's called Ribeta al-Aram al-Islamyi. But, I don't know what mean "Ribeta" in English.

Q: Okay.

MALE VOICE: Go ahead. Why don't you write this (inaudible).

Q: So, Jaladen also worked for a - how did you describe it (inaudible)?

A: Well, Ribeta al-Aram al-Islamyi, it's got difference organization, like the one run by Wael Jaladen. In other difference name. And the main office for Ribeta al-Aram al-Islamyi in Mecca. If you want to do operation helping people in

Afghanistan, they send money to Wael Jaladen in his own relief organization, or Indonesia, or Bosnia.

MARSHAL: Mike, the paperwork, it - the guy in the blue shirt - he's covering the speaker.

MALE VOICE: Sorry.

MARSHAL: That's okay.

Q: All right. Just spell that organization out slowly.

A: Okay. The first word is {Ribeta}, {Ribeta}.

MALE VOICE: {Rah-heeb}.

A: {Ribeta}.

MALE VOICE: {Ribeta}. R-I-B-E-T-A. Ribeta.

A: {Al-Aram}, mean international.

MALE VOICE: Alaram. A-L A-R-A-M.

MALE VOICE: {Aladen}

A: {Al-Aram}

MALE VOICE: {Al-Aram}. Alem. Al-Aram. A-R-A-M.

MALE VOICE: A-L hyphen A-R-A-M. Sorry Jamal.

A: That's okay.

MALE VOICE: Al-Aram.

A: Al-Islamyi

MALE VOICE: Al-Islamyi. A-L hyphen -

MALE VOICE: Is this the same name?

MALE VOICE: Yeah. Al Islamyi. I-S-L-A-M-Y-I. Islamyi.

MALE VOICE: "I"?

MALE VOICE: Put "Y-I". There's a "Y" in there somewhere.

Q: Oh, okay. Ribeta al-Aram al-Islamyi.

A: And, at that time, it's run by {Bren Sel-man} at that time.
Q: And, that was based out of Mecca, Saudi Arabia.
A: Yes. Yes.
Q: And, this - the IIRO is -
A: Under this.
Q: - associated - under that.
A: Yes.
Q: Okay. So, this - the Ribeta, is like a mother -
A: Yes, just like (inaudible).
Q: - like a mother NGO.
A: Yes.
Q: The mother of all NGOs.
A: Yes.
(Laughing)
Q: Okay.
MALE VOICE: All right. That's good enough for that.
Q: Baraka Company, what is that? Do you know what that is, Baraka?
A: I think Baraka Bank. Or Bank Al-Baraka.
Q: Bank Al-Baraka. That's okay, so number 12, just say Bank Al-Baraka}. He doesn't know Barakat Company. Familiar with Al-Baraka Bank. Or Bank of Al-Baraka. Whatever you -
Q: Is that based out of Sudan?
A: Yes.
Q: Baraka Bank?