# EXHIBIT

# “184”

# Resume

**Name: Adnan Khalil Basha**

**Place and date of Birth: Makkah, 19/04/1949**

**Social status: Married**

**Current position: Advisor at the Muslim World League**

**Academic Qualifications:**

- **BSc in English Language and Education, College of Education, King Abdul Aziz University, KSA, 1972.**
- **MSc in Management and Educational Planning, College of Education Umm Al Qura University, Makkah, KSA, 1984.**
- **PhD in Philosophy, Department of Politics and Contemporary History, College of Social Sciences and Arts, University of Salford, Britain, 1992.**

**Position at the Muslim World League:**

- **General Manager of the Secretary General's Office: 29/02/1980 – 31/08/1982.**
- **General Manager of the Secretariat General: 01/09/1982 – 23/05/1984.**
- **General Supervisor of the Public Relations and Information: 24/05/1984 – 23/06/1987.**
- **Assistant Secretary General for Education and Cultural Affairs: 24/06/1987 – 23/05/1989.**
- **Assistant Secretary General for Education and Culture: 24/05/1989 – 25/02/1992.**
- **Assistant Secretary General for Education and Culture and Acting Assistant Secretary General for Education: 25/12/1992 – 25/011997.**

**Positions in the Int'l Islamic Relief Organization:**

- **Secretary General: 26/01/1997/01/1997 – 01/01/2013.**

EXHIBIT
depobook.com
Basha-131
LVF 02-2019