# EXHIBIT

# “185”

The Muslim World League
**International Islamic Relief Organization**
In the Kingdom of Saudi Arabia
Internal Auditor

[Duplicate Text]

Report Contents


| | | Page |
|---|---|---|
| I. | Summary | 2 |
| II. | Introduction | 2 |
| III. | Audit Goals | 2 |
| IV. | Audit Scope | 3 |
| V. | Results and Notes of Documentary Audit | 3 |
| VI. | Notes of Field Visits | 9 |
| VII. | General Recommendations | 27 |

The Muslim World League
**International Islamic Relief Organization**
In the Kingdom of Saudi Arabia
Internal Auditor Body

[Duplicate Text]

I. Summary

The audit results and the document examination of the account of the organization's office in Jordan at the financial department in the main center show the existence of a debit balance of SR 10627822.00 as of 30/06/1419 AH (22 October 1998). The Results also show some violations of the financial regulations and rules related to the adequacy of necessary documents to conduct accounting entries; settlements and their regularity both in form and substance in addition to duplicate registration mistakes. Among the apparent violations is the disbursement of four-month salaries to the workers in the office in advance. Other notes will be mentioned in detail in the main body of the report.

The report also contains the results of the field visit that the body's delegate undertook to the organization's office in Jordan during the period between 02/03/1420 AH and 14/03/1420 AH (16 June 1999 – 28 June 1999), which points to shortcomings in the implementation of the organization's program there and resulted in a duplication of the disbursement of the allowances of orphans. The audit also revealed some violations of the financial regulations and instructions such as the use of personal accounts and checks for the payment of projects and programs there. Furthermore, the examination and audit revealed a procedural defect in the flow of funds from the local organization's office in the eastern region to implement the organization's projects that are overseen by the organization's office in Jordan, a lack of clarity in the mechanism of project and program implementation, the absence of oversight of these projects and programs by the organization's office in Jordan, and other notes that will be detailed in the report.

II. Introduction

The audit of the organization's office in Jordan is undertaken in the framework of a plan of action developed by the internal audit body for the fiscal year 1419/1420 AH (1998/1999).

The organization's office in Jordan was opened in 1409 AH (1989). It carries out all the different activities of the organization such as relief and social, health and educational services, and the Holy Quran. Moreover, it provides care for poor Syrian families who are residing in Jordan, but these activities have diminished and have become limited to orphan sponsoring and some seasonal projects. There has been a rotation among several directors and overseers in the management of the office, the most recent of whom is Professor Hussain Daifallah al Maliki who is the current director of the office.

III. Audit Goals

1- Verify the accuracy of the recorded amounts in the account of the organization's office in Jordan.
2- Verify that the followed disbursement procedures in the main center are in compliance with the defined authorities.
3- Confirm the accuracy of the exchange rates between the Saudi Riyal and the US Dollar against the Jordanian Dinar.
4- Confirm that the exchange was carried out in the specified manner and for the defined purpose.
5- Examine the accounting and the internal audit systems that are applied in the office.

IV. Scope of the Audit

The Muslim World League
**International Islamic Relief Organization**
In the Kingdom of Saudi Arabia
Internal Auditor Body

[Duplicate Text]

The audit of the office in Jordan revolves around the documents that are available in the archives of the financial department covering the period from 1410 AH until the end of 1418 AH (1990 – 1997) (record number 1689 on 29/12/1418 AH corresponding to April 27, 1998 AD). Random samples of expense items underwent audit and examination whereas transferred payments from the main center were completely audited. A field visit to the office was arranged between 02/03/1420 and 14/03/1420 AH (16 June 1999 – 28 June 1999) in order to examine and evaluate the documentary cycle, the accounting system, and the internal audit system of the office, in addition to the audit of bank accounts and actual payment transactions for the organization's programs and projects relative to nature.

V. Results and Notes of Documentary Audit

The results of the audit and the examination of some records that were randomly selected and that were distributed over the reporting period are as follows:

1- With the audit of record number (1614) on 27/10/1410 AH (23 May 1990) with the amount of (139,951) riyals, we realized that it was a payment of the custody of the organization's office in Jordan for the allowances of Palestinian camps in Jordan. These are (11) projects for which necessary regulatory documents were attached to pay for (8) projects. The following projects did not have payment supporting documents:

a) The establishment of an orphan center to provide educational services in Madaba Camp with the amount of:
2,582.160 Dinars / (13,833) Riyals
b) The purchase of school and food supplies for the needy in Madaba Camp with the amount of:
2,177.650 Dinars/ (11,666) Riyals
c) The establishment of a center for the Holy Quran in Jabal al-Nadif Camp with the amount of:
3,733.330 Dinars/ (20,000)

Total Amount: 08,493.14 Dinars/ (45,499) Riyals

The recommendation:

We recommend investigating the settlement reasons of the amount of (45,499) Riyals that is recorded as custody of the organization's office in Jordan without disbursement supporting documents. **(Attachment No. 1)**

2- With the audit of record number (1941) on 25/11/1410 AH (19 June 1990) with the amount of (172,800) Riyals, it was found to be a payment of the custody of the office to provide care for the Syrian families in need in Jordan for a period of (4) months as follows:

| | |
|---|---|
| Care for Syrian families | 168,000 Riyals |
| Salary of Mr. Abdullah al Shaikh | 4,800 Riyals |
| Salary of Mr. Abdusalam al Ashram | 4,800 Riyals |
| | ------------------- |
| | 177,600 Riyals |

The Muslim World League
Intl. Islamic Relief Org.
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراقب الداخلي

محتويات التقرير


| | | | الصفحة |
|---|---|---|---|
| أولاً | : | الخلاصة | 2 |
| ثانياً | : | المقدمة | 2 |
| ثالثاً | : | أهداف المراجعة | 2 |
| رابعاً | : | نطاق المراجعة . | 3 |
| خامساً | : | نتائج وملاحظات المراجعة المستندية | 3 |
| سادساً | : | ملاحظات الزيارة الميدانية | 9 |
| سابعاً | : | التوصيات العامة | 27 |

أولاً : الخلاصة :

تشير نتائج المراجعة والفحص المستندي لحساب مكتب الهيئة بالأردن لدى الإدارة المالية بالمركز الرئيسي إلى وجود رصيد مدين بلغ حتى نهاية 1419/06/30هـ مبلغ 10627822.10 ريال. كما تشير النتائج إلى وجود بعض المخالفات للأنظمة واللوائح المالية خاصة فيما يتعلق بكفاية المستندات اللازمة لإجراء القيود المحاسبية والتسويات ونظاميتها من حيث الشكل والمضمون . إضافة إلى أخطاء تكرار التسجيل . ومن التجاوزات الواضحة في تسلم العاملين بالمكتب لرواتب أربعة أشهر مقدماً ، وملاحظات أخرى سيرد ذكرها بالتفصيل في متن التقرير .

كما يتضمن التقرير نتائج الزيارة الميدانية التي قام بها مندوب الجهاز إلى مكتب الهيئة بالأردن في الفترة من 1420/03/02هـ إلى 1420/03/14هـ ، والتي تشير إلى وجود سلبيات في تنفيذ برامج الهيئة هناك ، مما نتج عنه وجود ازدواجية في صرف مخصصات الأيتام . كما كشفت عمليات المراجعة عن بعض المخالفات للأنظمة والتعليمات المالية ، كاستخدام الحسابات الشخصية وشيكاتها في تسديد دفعات المشاريع والبرامج هناك . كما تبيّن خلال الفحص والمراجعة وجود خلل إجرائي في إنسياب التمويل من مكتب الهيئة المحلي بالمنطقة الشرقية لتنفيذ مشاريع الهيئة التي يشرف عليها المكتب في الأردن ، وعدم وضوح آلية تنفيذ المشاريع والبرامج ، وانعدام الإشراف من قبل مكتب الهيئة بالأردن على تلك المشاريع والبرامج ، إلى غير ذلك من الملاحظات التي سترد مفصلة بالتقرير .

ثانياً : المقدمة :

تأتي مراجعة مكتب الهيئة بالأردن في إطار خطة العمل الموضوعة من قبل جهاز المراقب الداخلي للعام المالي 1420/1419هـ .

هذا وقد تم افتتاح مكتب الهيئة بالأردن في عام 1409هـ ، ويمارس المكتب كافة أنشطة الهيئة المختلفة في الإغاثة وخدمات الرعايات الاجتماعية والصحية والتعليمية والقرآن الكريم ، إضافة إلى رعاية الأسر السورية الفقيرة المقيمة في الأردن ، إلا أن هذه الأنشطة تقلصت وأصبحت تنحصر في كفالات الأيتام وبعض المشاريع الموسمية . وقد تناوب العديد من الأشخاص على إدارة المكتب من مديرين ومشرفين ، كان آخرهم الأستاذ/حسين ضيف الله المالكي المدير الحالي للمكتب .

ثالثاً : أهداف المراجعة :

1- التحقق من سلامة المبالغ المسجلة على حساب مكتب الهيئة بالأردن .
2- التحقق من أن إجراءات الصرف المتبعة في المركز الرئيسي تتفق مع الصلاحيات المحددة .
3- التأكد من صحة أسعار الصرف لكل من الريال والدولار مقابل الدينار الأردني .
4- التأكد من أن الصرف تم في الأوجه وعلى الأغراض المحددة .
5- فحص النظام المحاسبي ونظام الرقابة الداخلية المطبقة بالمكتب .

رابعاً : نطاق المراجعة :

تنصب مراجعة مكتب الأردن على المستندات الموجودة بالأرشيف لدى الإدارة المالية عن الفترة من عام 1410هـ وحتى نهاية عام 1418هـ (القيد رقم 1689 في 1418/12/29هـ) ، هذا وقد تم اختيار عينات عشوائية لبعض بنود المصروفات وإخضاعها لعمليات المراجعة والفحص ، أما بالنسبة للدفعات المحولة من المركز الرئيسي فقد أُخضعت للمراجعة الكاملة . كما تم ترتيب زيارة ميدانية للمكتب في الفترة من 1420/03/02 إلى 1420/03/14هـ بهدف دراسة الدورة المستندية والنظام المحاسبي ونظام الرقابة الداخلية للمكتب وتقييمه ، إلى جانب مراجعة الحسابات البنكية وعمليات الصرف الفعلي على برامج ومشاريع الهيئة على الطبيعة .

---

خامساً : نتائج وملاحظات المراجعة المستندية :

لقد تم اختيار بعض القيود بصورة عشوائية وموزعة على فترة التقرير وتم إخضاعها لعمليات المراجعة والفحص ، وكانت النتائج كالتالي :

**1-** بمراجعة القيد رقم ( 1614 ) في 1410/10/27هـ بمبلغ ( 139,951 ) ريالاً ، اتضح لنا أنه تسديد لعهدة مكتب الهيئة بالأردن لقاء مخصصات مخيمات فلسطينية بالأردن وهي عبارة عن (11) مشروع حيث تم إرفاق المستندات النظامية اللازمة لتسديد عدد ( 8 ) مشاريع ، ولم يتم إرفاق المستندات المؤيدة للصرف للمشاريع التالية :-

| | دينار | ريال |
|---|---|---|
| (أ) إنشاء مركز للأيتام للرعاية التعليمية بمخيم مأدبا بمبلغ | 2,582.160 | ( 13,833 ) |
| (ب) شراء لوازم مدرسية وتموينية للمحتاجين بمخيم مأدبا بمبلغ | 2,177.650 | ( 11,666 ) |
| (ج) إنشاء مقر للقرآن الكريم بمخيم جبل النظيف بمبلغ | 3,733.330 | ( 20,000 ) |
| بمبلغ إجمالي | 08,493.14 | ( 45,499 ) |

التوصية :

نوصي ببحث أسباب تسوية مبلغ ( 45,499 ) ريال والمسجلة عهدة على مكتب الهيئة بالأردن دون إرفاق المستندات المؤيدة للصرف . ( **المرفق رقم 1** )

**2-** بمراجع القيد رقم ( 1941 ) في 1410/11/25هـ بمبلغ ( 172,800 ) ريال تبيّن أنه تسديد لعهدة المكتب مقابل رعاية الأسر السورية المحتاجة بالأردن لمدة ( 4 ) أشهر كالتالي :

| | | |
|---|---|---|
| رعاية الأسر السورية | 168,000 | ريال |
| راتب السيد / عبدالله الشيخ | 4,800 | ريال |
| راتب السيد / عبدالسلام الأشرم | 4,800 | ريال |
| | 177,600 | ريال |