# EXHIBIT

# "186"

INTERVIEW:
With Comm. Abu Abdel Aziz 'Barbaros' (Bosnia)

TABLE OF CONTENTS

* Al-Sirat Al-Mustaqeem: Interview with Sheikh al-Mujahideen Abu Abdel Aziz
* Background
* Summary of Resources

--------------------------------------------------------------------------------
-----

SOURCE: Al-Sirat Al-Mustaqeem (The Straight Path)
ISSUE: No. 33, Safar 1415, August 1994
TITLE: Al-Sirat Al-Mustaqeem: Interview with Sheikh al-Mujahideen
Abu Abdel Aziz
INTERVIEWED BY: Tawfiq Tabib
Contact al-Sirat al-Mustaqeem for the original arabic text.
URL: http://www.assirat.org/mag/
Email: info@...

NOTE:

Translation includes:

* Glossary
* Background information
* A summary of resources (1992-1996)

TRANSLATION: MSANEWS;
TRANSLATION COMPLETED: December 2, 1995 in anticipation of our return.
UPDATE: MAY 1996;

--------------------------------------------------------------------------------
-----

The last visit of Abu Abdel Aziz to the US was to attend the third annual gathering of IANA (Islamic Assembly of North America), which was held from 21-25 December 1995, in Dearborn, Michigan. Call [IMG]chrome://skype_ff_extension/skin/numbers_button_skype_logo.png[/IMG](800) 994-IANA (or [IMG] chrome://skype_ff_extension/skin/numbers_button_skype_logo.png[/IMG]+1-313-667-0006 ), fax to (800) 998-IANA (or [IMG]chrome://skype_ff_extension/skin/numbers_button_skype_logo.png[/IMG]+1-313-667-0007 ), or email to: <Conf@...> for more information on the convention. Presently, Abu Abdel Aziz is know to be in detention in a Saudi Arabian prison. Other than this, we have no further information on his exact whereabout or condition.

For updates on "Jihad action" consult the homepage of CARE INTERNATIONAL, INC. or al-Hussam on-line (The Sword on-line) (http://www.cybercom.net/~cib/alhussam.htm) or e-mail them at < careboston@...>.

TEXT:

FOLLOWING its tradition of discussing (issues) with Ulema (scholars), students of (legal Islamic) knowledge and reformers, we present before the hands of the dear readers this interview. It is with one of the forerunners of Jihad in this era. Hiwar (dialogue) with Mujahideen is - with no doubt - one to which the soul longs, and for which one's mood relaxes. It is no doubt that Jihad has become in these days a grave accusation not only in the Arab and Western media, but also in the minds of many within the rank and file of the youth of Revivalist Islam. Their views and legal rulings are confused because of unclear experiments, and sometimes phony symbols.

Jihad remains (an authentic expression of Islam) for the people of (Islamic religious and legal) knowledge and the people of Jihad (Ahl al-Jihad); those who know the (legal) conditions of Jihad in the Qur'an, Sunnah and the understanding of the pious generations (as-Salaf as-Salih). Here is, my brother, the reader, the interview we conducted with Sheikh Abu Abdel Aziz.

THE BEGINNING

Q. To begin with, we would like to welcome the Mujahid Abu Abdel Aziz. We would like him to give us a brief overview of how he came to know Jihad. What are in your opinion the characteristics of the Mujahid in this time and era?

A. All grace be to Allah, as is due unto Him, and I bear witness that there is no one worthy of worship except Allah and that Muhammad is his slave and messenger. To begin with, I would like to thank the newsletter Al-Sirat al-Mustaqeem for its interest in Jihad and Mujahideen, and its interest to propagate (Islam) in this land, which is a land of Kufr (unbelief), and permissiveness. I would like to commend them for propagating (the right knowledge about Islam), especially reminding Muslims of their role in standing up to the propaganda of others (against them) in this land, so that the light of Islam and its purity become clear. May Allah reward you with the best.

Now, concerning the beginning of Jihad in my case, I was one of those who heard about Jihad in Afghanistan when it started. I used to hear about it, but was hesitant about (the purity and intention of) this Jihad. This -- and Allah knows best -- is most probably because we forgot the concept of Jihad in Islam. We became part of those who subscribe to the conception that Islam means Istislam (submission) and Salam (peace), and that Jihad was only prescribed at the dawn of Islam, and now it is history and that the present forum is one of call and propagation of the faith (Da`wah). This credo reached the point that the lights of Jihad, its rules and prescriptions (as detailed in the coded Islamic legal text), faded (and disappeared) from our daily reality in the Ummah (World Muslim Community). But Allah -- in His infinite wisdom and planning -- made it such that these brothers in Afghanistan declared Jihad (against the communist government and the Russian intruders) and revived this important element of Islam to teach people anew that Jihad means "to fight to make the word of Allah supreme and the word of the disbelievers low and despised." (Qur'an)

One of those who came to our land (presumably Saudi Arabia) was sheikh Dr. Abdallah Azzam -- may his soul rest in peace -- I heard him rallying the youth to come forth and (join him) to go to Afghanistan. This was in 1984 -- I think. I decided to go and check the matter for myself. This was, and all praise be to Allah, the beginning (of my journey with) Jihad. I am still following this same path. I have found that the best sacrifice we can offer for the sake of Allah, is our souls, then our possession. This is because Allah said in his holy book, "Behold, God has bought from the believers their lives and their possession, promising them paradise in return, (and so) they fight in God's cause, slay, and are slain: a promise which in truth He has willed upon Himself in (the words of) the Torah, the Gospel and the Qur'an. And who could be more faithful to his bond than God? Rejoice, then, in the bargain which you have made with Him: for this, this is is the triumph supreme!" (At-Tawbah 9:111)

Then the conquest of Kabul came, and we thanked Allah, praised be He. The joy of Jihad overwhelmed our hearts. The Prophet, peace be upon him, said, "The highest peak of Islam is Jihad." We were looking for Jihad (after Afghanistan). We found it in the Philippines, and in Kashmir. Only fifteen days lapsed (after the conquest of Kabul) and the crisis of Bosnia begun. This confirmed the saying of the Prophet (of Islam), peace and blessings be upon him, who said, "Indeed Jihad will continue till the day of Judgment." A new Jihad started in Bosnia, (we moved there), and we are with it, if Allah wills.

As to your question about the characteristics needed for someone to be a Mujahid, I say: Belief in Allah, praised be He (comes first). He should be in our sight, heart and mind. We have to make Jihad to make His word supreme, not for a nationalistic cause, a tribal cause, a group feeling or any other cause. This matter is of great importance in this era, especially since many groups fight and want to see to it that their fighting is Jihad and their dead ones are martyrs. We have to investigate this matter and see under what banner one fights.

THE MEDIA CAMPAIGN (AGAINST JIHAD)

Q. Within the context of the International media campaign against Jihad, how do you evaluate the Muslims' approach to Jihad, especially after the intended distortion of the Afghan experiment?

A. The main purpose of the International media campaign against Jihad is to

paint it with the trait of terrorism and things of that sort. (This is done) to push people away from it. They know that Muslims, if they hold tight to Jihad, will achieve the intended thrust which will make them reach whatever Allah wills. They know quite well that the Muslim zeal to Jihad stems from the belief that Allah is the sole source of victory, He will send His help from the sky and that if the Mujahid dies, his abode shall be the highest Firdaws (Peak of Paradise), among the prophets (Nabiyyin), the truthful (Siddiqin) and martyrs (Shuhada'), and those near to Allah, as Allah, praised be He, said, "They are with their Lord receiving their bounty (Rizq)." The media campaign wants to convince people and prove to them that the Jihad in Afghanistan failed, that the Afghan experiment is utter shame. This thesis is widespread whether you consider Western sources or the secular (Arab ones). The truth of the matter is that there is a confusion of facts. What is happening (today) in Kabul is erroneous, however it does not tarnish the brightness of Jihad and its necessity (as an Islamic injunction).

THE WESTERN MEDIA AND ABU ABDEL AZIZ

Q. Many people - especially in the West - came to know Abu Abdel Aziz through the Western media first. What do you think about the present Islamic media and their presence in Jihad battle-zones?

A. It is a pity that the media is in the hands of the West. They are far ahead of (official and otherwise) Islamic media; manifolds indeed. They have institutes teaching this art and they compete to obtain information and news, especially when it comes to Jihad. Westerners wanted to present Jihad and those participating in it and I am one of those they featured personally. This is a new breed for them, especially in the West. It is (also) because Bosnia is in the heart of Europe and from it Jihad was declared. The Islamic presence is very poor (in this journalistic domain). Most Muslims are content with translations and report what the Westerners themselves investigate. The events and analyses are not presented from an Islamic angle. We hope Muslim reporters come to us and research the events themselves and not stay behind their desks and simply translate reports and news. (They must investigate claims themselves).

HOW DID JIHAD START IN BOSNIA?

Q. In short, how did (your) Jihad start in Bosnia, and what is the truth to the existence of an Arab Mujahideen Brigade under your command? What is its role and what are its relations with the Bosnian government?

A. As I told you before, when Jihad in Afghanistan was over, with the conquest of Kabul, I went with four of those who participated in Afghanistan to Bosnia to check out the landscape. We wanted to see things with a closer eye. I wanted to find out the truth to what is reported by the Western media. And surely, as was reported, there was persecution of Bosnian Muslims. Many were slaughtered, others were killed, while others were forced to exile. The chastity of their women was infringed upon for the simple reason that they were Muslims. The Christians took advantage of the fact that the Muslims were defenseless with no arms. They recalled their age-old hatred. As to Arab Mujahideen (in Bosnia), they do not have a separate battalion. There is a battalion for non-Bosnian fighters. Arabs are a minority compared to those of the Mujahideen (gathered from around the World). This battalion is under a unified command and is called Kateebat al-Mujahideen (Mujahideen Battalion), Odred "El-Mudzahidin" as they call them in Bosnian. Militarily, it has a link to the Bosnian government under the general command of the Bosnian Armed Forces. It is in fact part of the seventh battalion (SEDMI KORPUS, ARMIJA REPUBLIKE BH) of the Bosnian Army.

I am a field commander under the "General Unified Armed Command". We have - and all grace be to Allah - full jurisdiction in the region we are responsible for (Editor's note: Mostly central Bosnia). The general command of the Muslim forces wants to see results, it does not dictate strategy or action.

THE MEETING WITH ULEMA

Q. We heard, and many brothers heard, that you met with prominent Ulema and scholars in the Muslim World and discussed with them the question of Jihad in Bosnia. Can you tell us some of their views and the issues you discussed?

A. First, we consider our scholars the light and guidance of Islam. They are the heirs of prophets (as the Hadith says, "warathat al-Anbiya"). Our duty is to seek knowledge from them and guidance from their scholarly light (sic). I - alhamdulillah - met several prominent Ulema. Among them Sheikh Nasir ad-Din al-Albani, Sheikh Abdel Aziz Bin Baz and Sheikh Muhammad Bin Otheimin and others in the Gulf area. Alhamdulillah, all grace be to Allah, they all support the religious dictum that "the fighting in Bosnia is a fight to make the word of Allah supreme and protect the chastity of Muslims. It is because Allah said (in his holy book), "Yet, if they ask you for succor against religious persecution, it is your duty to give [them] this succor." (Lit. "to succor them in religion", Qur'an, al-Anfal, 8:72). It is then our (religious) duty to defend our Muslim brethren wherever they are, as long as they are persecuted because they are Muslims and not for any other reason.

(You asked about) the circumstances of my meeting with Sheikh Nasir ad-Din al-Albani - may Allah protect him. (I must note) that he is one of the great Ulema of this time and one seeks guidance in the light of his knowledge and view. (I say) in my last meeting with him, he was supportive of Jihad in Bosnia-Herzeg (as a religious duty). However, he told us not to attack - that is we, the Arab Mujahideen - since we were the smaller host (Editor's note: In reference to King Saul and his army. Check Surah Baqarah (2: 250). "[Yet] those who knew with certainty that they were destined to meet God, replied: How often has a small host overcome a great host by God's leave! For God is with those who are patient in adversity.") (The Sheikh) was afraid we might get killed in large numbers if we engaged people in the fight. However, he requested that we dig in and be at the most advanced defense-lines (Khat ad-Difa` al-Awwal) to defend those persecuted. This is a brief summary of his view - may Allah protect him. The rest of the Ulema support Jihad by any means (defensive or offensive). You must understand that - militarily speaking - the number of those killed in defense is (far) higher than those killed in attack. This is due to the fact that in attack, clashes and skirmishes take place between Mujahideen and Kuffar (non-believers). The Kafir (unbeliever) does not throw himself arbitrarily in the cross-fire for fear of killing his companions. This fact lowers the number of the dead and this is the most important fact of the matter.

BETWEEN AFGHANISTAN AND BOSNIA

Q. People speak these days about Jihad. What comes in their minds though, is the in-fighting between different Islamist groups in Afghanistan. Do you think - based on your on-the-field-expertise and knowledge of Bosnia and Afghanistan - that Bosnia will, one day, become just another Afghanistan?

A. First, each crisis has its own circumstances and many reasons (which are not clear) as to why things happen the way they do. (For instance), what comes in the minds of many Muslim brothers when questioning the reasons for the in-fighting between the Islamists groups in Afghanistan: Could such a thing happen in Bosnia in the future? God forbid. I say: First, what is happening in Afghanistan is due to the absence of religious conscious and restraint (Wazi` Deeni) as the primary factor (for such a dire condition). This is what (salafist) Sheikh Nasir ad-Din al-Albani (of Jordan) recounted: "We were hesitant and afraid to spread the correct Sunni practice (Da`wa) within our brethren. We were afraid to cause a fitna, dissension, and clash between the different schools of jurisprudence." (Editorial note: Most Afghans are Hanafis. Sheikh al-Albani refers to Ahl al-Hadith school, mostly Hanbalite-Salafist understanding). (He used to say), "We were afraid to give religious injunctions (fatawa) and used to say: 'Let us wait until the Afghan crisis is over. We will spread the correct practice then'. We let each leader work according to his understanding and Ijtihad. The end result is what you see today. Each leader wants to prove that he is on the right path and the rest are wrong-doers." We ask Allah to end the Afghan crisis and have our brethren come together under one Majlis (council) and one government and ask Him to guide them to abide by the rules of the book of Allah and the tradition of His Messenger, instead of slaughter and warfare.

Now as to Bosnia and whether it would one day become another Afghanistan? I say: There is a clear distinction between the two cases. In Bosnia, there aren't many political parties. There is no tribal rivalry (as there is in Afghanistan). In Bosnia, all fight under one state, under one rule, that of the Bosnian Army and its general command. The sole supreme commander of chief is Dr. Ali Izzet (Begovic). He is also the president of the state. There is no need for disputes as those of the type in Afghanistan. All grace

be to Allah, alhamdulillah.

CAUSES FOR RIVALRY IN AFGHANISTAN

Q. Based on your connections and past participation in the Jihad in Afghanistan, what are the causes - in your view - for the rivalry that is going on there. How can Muslims elsewhere take lessons from the events on the Afghan battlefield.

A. (Of course), I have already answered this question. At least most of it. What we can learn from the Afghan experiment is that we should not allow parties to mushroom in one region. We should make people aware. We should educate people and remind them of Islam. We should show them how the Sahaba, the first disciples of the Prophet of Islam, may Allah be pleased with them, performed Jihad. Theirs was the true Jihad, the one that increases belief (Iman) and fear of the Almighty (Taqwa). This will not give chances for Satan to enter the hearts and create dissensions by highlighting the work of one party and dismissing the effort of another.

JIHAD IN KASHMIR

Q. We heard that you have strong connections in Kashmir. What is the latest from that battle front?

A. Jihad in Kashmir is still going on. It is healthy - alhamdulillah. Our Kashmiri brothers have achieved a lot. Some of our Mujahideen brethren, whether Arab or (Ajam non-Arab), such as the Pakistanis and our brethren from South-East Asia, have also helped. Their actions have been very successful, especially in the lands under Indian government control. Mujahideen execute hit-and-run operations. However there is a lack of support by Islamic governments and a lack of media coverage by Islamic outlets, on the level of atrocity and destruction by the non-believers in those lands: From killings to bulldozing to the burning of Muslims, sometimes alive, in public squares. Action is slow. There is also a lack of trained Jihadist cadres to stand to this dire situation. We ask Allah to give them and us success.

THE FUTURE OF JIHAD IN BOSNIA

Q. How do you perceive the future of Jihad in Bosnia, based on what has happened in the past and what is going on now? What are the best and worst case scenarios there?

A. Of course, knowledge of the future is with Allah. As to what we foresee based on our expertise and participation, in the past and now, I see that the future is for Jihad. Yes, Jihad in Bosnia should continue. This is because Westerners do not want Jihad to find a launching-board. We say to them what Allah said in His holy book, "If you champion Allah, Allah shall assuredly champion you and ground you feet." And He said, "It is our prerogative to champion the believers."

We have to strengthen our belief and the belief of our brethren the Bosnians by all means: through training, through education, through awareness programs and other means.

Now as to the best and worst case scenarios that things might turn out to: The best is the establishment of a state for the Muslims by any means and under any rule (religious or secular). When we went there, we did not go to train state employees and create cadres for it. We went to defend and champion our Muslim Brethren. The worst scenario is to have a mixed state or a mixed parliament or a mixed government between the Muslims and Christians as the case that happened in some Arab countries of having a Muslim president and a Christian vice-president or the opposite (Editor's note: the only such state in the Arab world is Lebanon).

WHAT ABOUT THE BOSNIAN PEOPLE?

Q. Based on your participation and long stay in Bosnia, how do you perceive the Bosnian Muslim people? What about their government? Do you think that the Christian onslaught has strengthened their attachment to their religion?

A. Concerning the Bosnian people, and this is not my view, but what our Muslim Brethren themselves say: They say that this is not a crisis (Azmah), but a blessing (Rahmah). 'If it were not for this, we would not have known Allah, glorious be He. We would not have known the road to the Mosque. Our men, women and children were loose morally and in their appearance, one could not distinguish the Muslim from the Christian. Muslim women were dressed, but were really exposed (Kasiyat-Ariyat). But now alhamdulillah, all grace be to Allah, our Mosques are full. Our women are wearing the complete Hijab' (Editor's note: commonly known as Niqab whereby women cover the body and face, as in Saudi Arabia and some Arab and Muslim countries). That is, they cover their faces completely. They are proud when they parade in the market-place or bazaar in it. The complete Hijab is something natural now. This, alhamdulillah, is due to Da`wa that our youth, the freelance Mujahideen, do in their spare time.

In general, commitment to religious doctrine and the return to Allah is fast in the midst of these Bosnians.

Now as to your question about the (Bosnian) government, I say: After my meeting with president Ali Izzet (Begovic) in the past, and according to what we hear and gather, the members of his government perform the five (obligatory) prayers. We, in general, do not expect them to be like the Sahaba, may Allah be pleased with them. These (Bosnian) people lived and knew nothing of the Deen (system and religion) and creed of Islam, except the name.

Qur'an and religious studies were absent during the communist days (of General Tito).

The Christian onslaught strengthened their attachment to their religious values. This is what they say: 'Our return to the Deen was caused by this onslaught.'

PEACE WITH THE CROATS

Q. What is the truth to reported peace with the Croats? How do you perceive the stands of America (US), Europe, Russia and the UN on the fighting in Bosnia?

A. We must seek the reasons and truth to this truce with the Croats. Once the Muslims made advances on the battlefield and got territory back from the Croats, they (Croats) latter betrayed the trust and joined with the Serbs to stab the Muslims in the back. Allah glorious be He, made it that the Muslims defeated the ambitions of the Croats. (Bosnian) Muslim Army forces backed by Kateebat al-Mujahideen were able to establish themselves in several Croat cities and villages. They were also able to siege other (localities) for extended periods. This lead Europe and America to rethink and assess this force which had established itself in Central Bosnia. This, of course, with the fact that all the roads were closed plus the imposition of sanctions. They realized that a truce between Croats and Muslims was necessary. They created a new formula and started to think of a "confederal" structure and union that will link Croats, Serbs and Muslims. They were successful in brokering a partial agreement between the Muslims and the Croats; this with the full backing of Europe, America, Russia and the UN. Muslims accepted the agreement with bitterness and compulsion. Lots of factors were involved: Harsh economic conditions with (for example) the price of 1 kg of sugar running at US$ 40 and a liter of Diesel at US$ 30! The agreement will be effective for one year. This will give time to the Muslims to weigh its positive and negative aspects.

Concerning (your inquiry) on the military options for American, European, Russian or UN forces (and their positioning on Bosnian soil). This runs counter to the Muslim interest. They aim to put a hindrance for Muslim advancement. These forces used the bombing of the Sarajevo central market, when a bomb fell in the heart of the Sarajevo Bazaar, as a means to curtail the Muslims. They declared Sarajevo a "safe heaven" and said that it would come under the control of the UN forces and ordered the Serbs to remove their heavy weapons from the center of Sarajevo to about 20 km off the city-limits. They demanded that Muslims deliver their heavy weaponry (to the UN). What happened is that the Serbs moved from Sarajevo to other cities and the same masquerade was played again. NATO and UN forces opened the roads for them to enter Gorazde, Bihac and other regions. When the Muslims tried to defend Gorazde (from falling), they were held back by UN forces. In general, what is happening is in accordance with what Allah said in his holy

book, "Christians and Jews will not be satisfied with you until you follow their ways."

MATERIAL SUPPORT

Q. A lot of noise and rambling is made when one talks of material support. Whether it is officially given by different governments or that offered by different philanthropic Islamic institutions. People question whether such money reaches the Mujahideen or those who need it most. Can you shed some light on this issue? What is the best way, in your view, to send help to fighters there?

A. Yes, dear brother! Many Muslim states collected material help, aired what is happening in Bosnia, created relief agencies in all Arab and Muslim lands. But did these agencies deliver this money or send it to fighters? I can assure you that no Muslim or Arab state delivered money or food for Mujahideen. Where did this money go? What is delivered to the Bosnian government directly? Did these agencies open their own refugee camps and offer food services for the needy in different regions? This, I can neither confirm nor deny. As for Mujahideen, it is a pity that no Muslim state wants to help or even deal with them. They are fought by these states and are considered terrorists. This is what they say. (Official) heads of relief agencies say that they do not want to deal with Mujahideen because they are terrorists. "All power and glory are to Allah" (for such accusations)!

Does any help reach us? Yes, from individuals. Our good brothers collect donations for us and bring them directly to us. We use these donations to buy food and clothing. May Allah reward them the best, Jazakum Allah Khayran. The best way to send donations - in my view - is for Islamic centers to deliver them directly, in the person of their Iman or Mosque official. He collects these donations and sends them personally to the Mujahideen (as a religious duty). Donations trough relief agencies or governments do not necessarily make it to Mujahideen, even if they are collected in their name (as is done in some countries).

A FINAL WORD

Q. Do you have a final issue you would like to address?

A. May Allah reward you the best. And this is not a final word, but a request and announcement. (I would like to say) that the number of Mujahideen in Bosnia is small. A very small number of brethren came from Muslim countries and despite their Islamic commitment, they have little religious knowledge to do Da`wa in the midst of these brothers and sisters. We need - and this is unfortunate - Ulema, scholars of Islam, in Bosnia. Believe me dear brother, until now, two years since we established our base there, there isn't a single scholar in our midst for us to seek his religious judgment. For the small number of youth that make it here, we ask them do Da`wa, and they reply, "We came seeking martyrdom. We did not come to sit in Mosques and public squares to teach people and educate them. We want the word of Allah to be supreme and the word of the dis-believers to be low and despised. All we wish for is a bullet that hits our chests through which we reach Shahada (the state of witness and martyrdom)." The other issue I would like to address is the question of material support. Again, I say that collections made in the name of Mujahideen, through official means, I have no knowledge of. You should consult with such institutions and agencies as to where the money goes. (Again) many relief agencies do not like to deal with the Mujahideen. They are afraid of "helping and assisting terrorists" as the saying goes.

Finally, I ask Allah to make you and I successful (in this world and the hereafter). I ask Him to help the workers and those who support this newsletter to perform their religious duty of Da`wa, to publicize Mujahideen news and Jihad, not just in Bosnia, but also in Kashmir, Tajikistan, Philippines and Armenia. Again thank you for your interest. Our final prayer, alhamdulillah, all grace to Allah, Lord of the worlds.

END OF TRANSLATION

------------------------------------------------------------------------------
----

GLOSSARY

Abd: Slave
Abu: Father
Ahl: People (pl. Aal as in Aal Saud, 'House of Saud'. Should not be confused with the article al- in Arabic which is the equivalent of 'the' in English, etc.)
Alhamdulillah: All praise is due to Allah
Alim: Scholar (pl. Ulema)
Allahu Akbar: God is great
Anfal: Loosely, it means war booty; accurately, it means bounty provided by God for submiting to His will.
Ansar: Champions
Aziz: Mighty-One
Deen: Religion or system by which one lives; (Related words: Madinah, Dayan,
etc.)
Da`wa: Call, propagation, proselytism, depending on the usage
Firdaws: Paradise (Word crept into Arabic from Persian predating the dawn of Islam)
Fatwa: Legal ruling (pl. fatawa)
Fitna: Discord; mischief in land.
Hadith: Sayings and practice of the prophet of Islam otherwise known as 'Sunnah'
Hijab: Veil
Hiwar: Dialogue
Istislam: Submission
Ijtihad: Legal reasoning done according to well established principles (five principles around which Islamic law or Sharia revolves;
accepted
by all schools of Islamic jurisprudence) and established norms (as defined by the practice and traditions of the different schools.)
Jihad: (Legal) Fighting to make the word of Allah supreme; (Lit.) To exert the utmost in ones cause;
Kafir: Disbeliever (Legal); The literal meaning disappeared with the advent of Islam. Many will not even recognize it if used in a literal context other than that defined by the religious law. Ibn Manzur has about 10 pages in his dictionary (Lisan al-Arab) explaining all the usages of this term. Relatred words: Kuffar, Kufr, Kafirun.
In her Islam and Democracy: Fear of the Modern World, Mernissi points

out for instance that, according to her own wording, 'the disturbing fact that,' in the language of the Arabs, the words for disbelief
(Kufr)
and intellect (Fikr) are anagrams. However, there is no linguistic proof to justify the derivation of one from the other. There are no connections between the two; this was her observation.
Kateeba: Battalion
Ma'sada: A lion's den (in the context of Ma'sadat al-Ansar)
Mujahid: One who performs Jihad (pl. Mujahideen)
Nabi: Prophet (pl. Anbiya, Nabiyyin)
Niqab: Type of Hijab that covers everything except the eyes, commonly known as Chador (which is the Persian word for tent)
Rahmah: Blessing
Rizq: Bounty
Shahid: Martyr (Leg.), Witness (Lit.)
Salaf: Predecessor (vs. Khalaf: Offspring); Salafism is a movement based on a "puritan" reading of the pious generation's understanding of Islam. The Salaf generations are well-defined in (Islamic) religious
law.
Salam: Peace
Sahaba: Early generation of Muslims
Siddiq: Truthful
Ummah: World Muslim Community
Urdu: Word of Turkish origin which originally meant "Army". It was the language of the standing army is Mogul India; a mixture of Arabic, Persian, Turkish (Mogul) with a Hindi base.

---

BACKGROUND INFORMATION

The first report to emerge on "Arab-Afghan" Mujahideen presence in Bosnia, was an interview accorded to Time Magazine by Comm. Abu Abdel Aziz

(Barbaros) in 1992. It included a picture of the commander in his henna-dyed beard and Afghan style fatigue. After Time, al-Sharq al-Awsat, the Saudi-owned, London-based daily run a front-page story on Abu Abdel Aziz and his activities in Bosnia. (A summary of the main points in al-Sharq al-Awsat's feature were reported by Reuters.) The al-Sharq al-Awsat story included an interview with the man and a short profile. It did not indicate his real name or country of origin. An extended translation of an interview accorded to a Pakistani Islamic journal was reproduced on the MSANEWS list about three years ago. The interview cited among other facts that Abu Abdel Aziz spoke perfect Urdu (Pakistan's official language). According to the interview Abu Abdel Aziz spent extended periods in Kashmir.

Abu Abdel Aziz's forces were, to the contrary of other Islamic freelancers, part of the seventh battalion of the Bosnian Army (SEDMI KORPUS, ARMIJA REPUBLIKE BH), The American Islamic Group (AIG) reproduced communiques of fighters on the ground. Defense & Foreign Affairs' Strategic Policy and Compass Newswire for their part argue that Islamist fighters were part of the 3rd corps. As many as 2,000 foreign Muslims fought along Bosnia's Muslims. For example, the "3 Korpus Odred el-Mudzahidin" battalion was 300 men strong (Compass, 25 Jan.)

Since 20,000 U.S. troops moved to serve as UN keepers in Bosnian fears have risen to possible "terrorist" attacks by various Islamist and other "rogue elements".

Trained in the use of automatic weapons, rocket-propelled grenades, and mortars, Islamic volunteers "played a key role in the campaign against Christian Serbs." (Compass, 25 Jan.) They played a "major role" in the 1994 capture of the city of Santici. Tension between "Mujahideen" and UN peace keeping forces have risen since November when a volunteer fighter was killed by a British soldier. US officials believe that the killing on November 19 of an American UN worker in Tuzla was a retaliation.

Croat soldiers killed five freelancers in December when they tried to crash through a roadblock.

About 8,000 soldiers, including units from the third corps, lined up in a local soccer field in Zenica (after the signing of the Dayton peace agreement) to welcome President Alija Izetbegovic. The troops chanted Islamic slogans as President Izetbegovic congratulated the third corps for its "valor and bravery," reported Doug Roberts, VOA's correspondent in Zenica, December 10.

The Bosnian government enticed many volunteers to marry Bosnian women and avoid deportation. The US for its part is pressing Turkey, Saudi Arabia its main "Muslim allies", to use their influence with the Bosnian government to get rid of the Islamist fighters (according to Compass Newswire sources.)

Two-hundred and fifty Mujahideen refused in mid-January to cross to Croatia for fear of reprisal. They were halted in Bihac as news that Croatian special police "in full-combat gear", were lying in wait for their arrival in 25 jeeps surfaced (Compass). Twenty left January 17 with their faces covered in order to avoid identification, on a flight from Zagreb to Istanbul. The rest were gathered in the Koprivna military cadet school north of Bihac, awaiting the end of their ordeal.

Intelligence Newsletter indicated in its 21 March 1996 issue that "300 Arab-Afghan" Mujahideen were flown from Sarajevo to Istanbul in groups of 5 or 10 over the last few months (Intel Newsletter info is based on Arab and Western Intelligence sources.) Many were welcomed by the Islamist Refah Party, and accommodated in various religious schools. The 300 unit was split into two groups. One was sent to Northern Cyprus for special Guerilla Warfare training (about 100). The other two hundred were flown to Jalalabad, Hikmatyar's stronghold, for an eventual transfer to Chechnya. According to the same byline, Turkey's MIT Intelligence Service played a "highly ambiguous role" in the transfer. The best of the Mujahideen were "creamed off" by MIT for sophisticated training (espionage, recruitment of agents, code). The same byline adds that they were "recruited to join the (Turkish) Naval Intelligence Service." According to Egyptian "intelligence" 50 left Tuzla on February 28 aboard a domestic Turkish airline bound for Albania. Algerians, Syrians and Saudis formed the core of this group.

"Arab-Afghans" have established their own network and charity organizations, including a certain "Islam sans Frontiere". Last year,

Taalat Fouad Kassem of the Gamaa Islamiyya, Egypt "disappeared" while on a routine mission to Bosnia for inspection. It is believed that the Croat government abducted him, in coordination with Egyptian intelligence (This is what AIG reported). Other visitors to the region include Kamareddine Kherbane, a FIS official, and an ex-Algerian air force pilot. On a fresher note, one of the five man killed in clashes with police in France and Belgium on March 29, French convert to Islam Christophe Caze, had traveled to Bosnia on a "humanitarian mission." (Compass, 1 April)

Egyptian Islamist columnist Fahmi Houidi called last year on Arab governments to repatriate the "road-warriors" of Islam on the premise that their threat was not directed against them but stemed from a pure religious fervor. In any case, many have been infiltrated by various Arab Intelligence. According to faithful sources, the most serious case was discovered when the late Sheikh Abdallah Azzam received a letter from a "repentant" Jordanian Intelligence operative on a trip to Northern Afghanistan in the late 80's. The whole staff in charge "Bayt al-Ansar" passport department in Peshawar was fired, "based on the recommendations of the repentant's letter". Most worked for the bosses "back home" and used to provide them with detailed information on who's who in the Sheikh's circle.

Yossef Bodansky (The Mubarak Assassination Attempt, Defense & Foreign Affairs' Strategic Policy July-August 1995) advanced a theory for the existence of a global "Islamist Internationale" hatched at last year's PAIC (Popular Arab Islamic Conference) gathering in Sudan , with the formation an internationalist "Armed Islamist Movement" (AIM) putting the fate of these freelancers in retrospect, as a sideline to the open forum. The theory, very entertaining as it might be, lacks hard evidence. Do not miss to read it.

-------------------------------------------------------------------------------
-----

SUMMARY OF RESOURCES (BY DATE)

SOURCE: COMPASS Newswire April 1, 1996
ARTICLE: ISLAMIST INVOLVEMENT MORE PLAUSIBLE IN NORTHERN FRANCE EVENTS
URL: http://www.fednews.com/compass.html
Email: <info@...>
Toll Free: [IMG]chrome://skype_ff_extension/skin/numbers_button_skype_logo.png[/IMG](800) 969-3677

SOURCE: Intelligence Newsletter 21 March, 1996
URL: http://www.indigo-net.com/
SECTION: THREAT ASSESSMENT; FUNDAMENTALISM; No. 284
ARTICLE: From Bosnia to Chechnya

SOURCE: Intelligence Newsletter 22 February, 1996
URL: http://www.indigo-net.com/
SECTION: WHO'S WHO; No. 284
ARTICLE: Issa Abdullah Ali (Bosnia)

SOURCE: Intelligence Newsletter 8 February, 1996
URL: http://www.indigo-net.com/
SECTION: THREAT ASSESSMENT; TERRORISM; No. 281

ARTICLE: Tracing al-Sarai's Background [Al-Sarai was head of the Mujahideen's main base in Pakistan, "Ma'sadat al-Ansar"]
SOURCE: Intelligence Newsletter 8 February, 1996

URL: http://www.indigo-net.com/
SECTION: SPOTLIGHT; No. 281
ARTICLE: Bosnia: When the Boomerang Returns

SOURCE: COMPASS Newswire January 25, 1996
ARTICLE: U.S. FEARS ISLAMIST ATTACK IN BOSNIA
URL: http://www.fednews.com/compass.html
Email: <info@...>
Toll Free: [IMG]chrome://skype_ff_extension/skin/numbers_button_skype_logo.png[/IMG](800) 969-3677

SOURCE: SOURCE: al-Hussam (The Sword) On-Line
ARTICLE: al-Hussam News for Friday November 24th 1995.
URL: http://www.cybercom.net/~cib/alhussam.htm
Email: <careboston@...>

SOURCE: Intelligence Newsletter November 23, 1995
URL: http://www.indigo-net.com/
SECTION: COMMUNITY WATCH; SAUDI ARABIA; No. 276
ARTICLE: Turki (al-Faisal) Appeals for Egypt's Help

SOURCE: Intelligence Newsletter November 23, 1995
URL: http://www.indigo-net.com/
SECTION: THREAT ASSESSMENT; TERRORISM; No. 276
ARTICLE: Egyptian Islamists Hit Back (Details on the killing of Alaa el Din Nazmi in Geneva on Nov. 13 and the embassy blast in Islamabad, Nov. 19)

SOURCE: Intelligence Newsletter October 26, 1995
URL: http://www.indigo-net.com/
SECTION: THREAT ASSESSMENT; TERRORISM; No. 274
ARTICLE: Political Backdrop to Paris Attacks

SOURCE: Defense & Foreign Affairs' Strategic Policy July-August 1995
SECTION: SPECIAL STUDIES; The Middle East; Pg. 12
ARTICLE: The Mubarak Assassination Attempt Takes the Islamists' War to Centre Stage
AUTHOR: Yossef Bodansky, Contributing Editor

SOURCE: Moneyclips, September 1, 1995
ARTICLE: QUESTIONS OF FAITH: Going for Jihad to Bosnia
SOURCE: SAUDI GAZETTE

SOURCE: Defense & Foreign Affairs' Strategic Policy May-June 1995
SECTION: SPECIAL STUDIES; Pg. 1
HEADLINE: The Massive Build-Up In Bosnia

SOURCE: Islam Report 30 May, 1995
ARTICLE: Bosnia Mujahideen Battalion: Mujahideen Battalion Communique No.1 and No.2, BATTLE OF THE MANIFEST VICTORY, The Lion-Bravery of BOSNIA)
AUTHOR: The American Islamic Group (AIG)
Email: <islam@...>

SOURCE: Islam Report 20 March, 1995
ARTICLE: Bosnia Mujahideen, "The Ansar", Prepare Trenches!
AUTHOR: The American Islamic Group (AIG)
Email: <islam@...>

SOURCE: THE DALLAS MORNING NEWS December 5, 1994, Monday, HOME FINAL EDITION
SECTION: NEWS; Pg. 10A
ARTICLE: Islamic radicals using aid to impose ideas on recipients, Bosnians say
AUTHOR: Alexandra Stiglmayer, Special Contributor to The Dallas Morning News

SOURCE: COMPASS Newswire OCTOBER 28, 1994
SECTION: IN THE NEWS
ARTICLE: ARAB VETERANS OF AFGHANISTAN WAR LEAD NEW ISLAMIC HOLY WAR
URL: http://www.fednews.com/compass.html
Email: <info@...>
Toll Free: [IMG]chrome://skype_ff_extension/skin/numbers_button_skype_logo.png[/IMG](800) 969-3677
Article is archived at the "Reference Center For Terrorism In India" site
URL: http://rbhatnagar.csm.uc.edu:8080/in...an_war_vetrans

SOURCE: The Times October 22, 1994
SECTION: Overseas news
ARTICLE: Islamic radicals offer pensions in return for jihad
AUTHOR: Anthony Loyd in Zenica

SOURCE: The Times October 21, 1994
SECTION: Overseas news
ARTICLE: Disciples of holy war answer call to fight and die
AUTHOR: Anthony Loyd in Zenica

SOURCE: The Reuter Library Report June 21, 1993
ARTICLE: AFGHANS TRAIN ARAB MILITANTS FOR WORLD "JIHAD"
AUTHOR: Suzy Price
DATELINE: KABUL, June 21

SOURCE: The Herald (Glasgow) April 17, 1993
SECTION: Pg. 11
ARTICLE: Storm-troopers of Islam
AUTHOR: Christopher Dobson

SOURCE: The Christian Science Monitor January 28, 1993
SECTION: THE WORLD; Pg. 6
ARTICLE: Bosnian Muslims Turn to Kuwait For Money, Arms
AUTHOR: Carol Berger, Staff writer of The Christian Science Monitor
HIGHLIGHT: A network of Arab contacts from Afghan war works to find support for Muslim brethren

SOURCE: Los Angeles Times December 14, 1992, Home Edition
SECTION: Part A; Page 1; Column 3; Foreign Desk
ARTICLE: ISLAMIC VOLUNTEERS RALLYING TO KILLING FIELDS OF BOSNIA
AUTHOR: KIM MURPHY, TIMES STAFF WRITER

SOURCE: The New York Times November 14, 1992, Late Edition
SECTION: Section 1; Page 5; Column 1; Foreign Desk
ARTICLE: Muslims From Abroad Join in War Against Serbs
By CHUCK SUDETIC, Special to The New York Times
DATELINE: HAN BILA, Bosnia and Herzegovina, Nov. 10

SOURCE: Summary of World Broadcasts October 19, 1992
ARTICLE: Tanjug reports Zagreb weekly's interview with "Mujahidin" leader in Bosnia (Interview with Abu Abdel Aziz in the Zagreb Weekly GLOBUS)

SOURCE: The Reuter Library Report September 23, 1992
ADVANCED-DATE: September 22, 1992
ARTICLE: Mujahideen commander preaches holy war in Bosnia
AUTHOR: Kurt Schork

SOURCE: The Daily Telegraph January 25, 1993
SECTION: INTERNATIONAL; Pg. 8
ARTICLE: Muslims turn to Kuwaitis for arms cash SANCTION BUSTING
AUTHOR: Carol Berger in Kuwait City

SOURCE: Reuters September 23, 1992
ARTICLE: Mujahideen commander preaches holy war in Bosnia
AUTHOR: Kurt Schork
DATELINE: MEHURICI, Bosnia

SOURCE: The Reuter Library Report September 10, 1992
ARTICLE: Mujahideen teach Bosnian Moslems Jihad
DATELINE: CAIRO, Sept 10

SOURCE: Sunday Times August 30, 1992
SECTION: Overseas news
ARTICLE: Arabs join in Bosnia battle
AUTHOR: Andrew Hogg, Zenica

---

OTHER OPEN SOURCE REFERENCES

SOURCE: Global Hindu Electronic Network: Bharat (India): Reference Center For Terrorism In India Try either one of the following URL's:
http://rbhatnagar.csm.uc.edu:8080/india_terrorism.html
http://129.137.65.180:8080/india_terrorism/

* * * * * * * * * *

Document includes the following eight papers:

* TASK FORCE ON TERRORISM & UNCONVENTIONAL WARFARE
(THE NEW ISLAMIST INTERNATIONAL)
House Republican Research Committee

* PAN-ISLAMIC FUNDAMENTALISM: EXPORTING TERROR
Excerpts from India Today

* Press Reports About Terrorism in India

* Press Reports About Afghan War Veterans in India

* PAKISTAN-BASED GROUPS TRAINS HOLY WARRIORS:
By HON. SHERROD BROWN

* PAKISTAN'S LINKS WITH FUNDAMENTALISM AND
INTERNATIONAL TERRORISM:
By HON PETER DEUTSCH

* H.Con.Res. 35: Bill Pakistan should be designated as a state sponsor of
Terrorism

* (YOSSEF) BODANSKY ON TERRORISM: Understated Brilliance
By Bernard J. Shapiro

* * * * * * * * * *

The FREEMAN CENTER FOR STRATEGIC STUDIES on the Jerusalem 1 Gopher contains
the following papers of Yossef Bodansky
URL: gopher://gopher.jer1.co.il/11/Politics/research/free

* Tehran, Baghdad & Damascus: The New Axis Pact - Part One
* Tehran, Baghdad & Damascus: The New Axis Pact - Part Two
* Iran, Syria and the Trail of the Counterfeit Money
* Terrorism and Islam - Understated Brilliance
* The Diminishing Hope for Peace
* Jerusalem in Context
* Between Washington, Jerusalem and Gaza - Part One
* Between Washington, Jerusalem and Gaza - Part Two
* Nov. 21, 1995: Peres and the New Middle East