# EXHIBIT

# “187”

THE RABITA TRUST
for Rehabilitation of
Stranded Pakistanis

وقف الرابطة
لإعادة توطين
الباكستانيين المقطوعين

Ref: ______________ الرقم 89

Date: ______________ التاريخ 10. 5. 2002

His Excellency,
The Cabinet Secretary,
Government of Pakistan,
Islamabad,

Your Excellency,

As you already know that the events of the 11th September have resulted in global changes in all directions. It has also affected Rabita Trust badly. The inclusion of Rabita Trust in the U.S. Treasury Department List, followed by the freezing of its accounts which has put the Rabita Trust in an embarrassing position.

According to the developments communicated to us by your good office during the last six months, we felt that it was necessary for us to consult a law firm in the Netherlands, to guide us on how to get the name of Rabita Trust removed from the list. They studied the events in detail, which led to the black listing of Rabita Trust and freezing of its accounts and subsequently, submitted a detailed research and recommendations.

Their suggestions are as follows:

1. Request must be submitted to the Director of the office of Foreign Assets Control (OFAC). It should be a simple letter from Rabita Trust stating that Trust wants its name to be removed from the list.

2. Consider legal action in Pakistan to get Rabita Trust removed from the list and accounts restored to normal.

In view of the above suggestions from our consultants, we request you to please let us know how we can adopt an effective and efficient strategy jointly to get the name of Rabita Trust removed from the "U.S. Treasury Department List". The audit of accounts has already been carried out and it must be quite clear by now to all the concerned that no monies were transferred or used other than what was needed or related to complete the project. If this statement is made clear to the concerned, then from our point of view, we should not wait any

شارع بطرس بخاري سيكتر ايج-٨/١ إسلام آباد هاتف: ٤٣٥١١٣-٤٣٥١١٤-٤٤٩٣٤٧-٤٤٦٨٥٦ فاكس: ٤٤٩٢٤١
Pitrus Bukhari Road Sector H-8/1 Islamabad, Tel: 435113-435114-449347-446856 Fax : 449241

THE RABITA TRUST
for Rehabilitation of
Stranded Pakistanis

وقف الرابطة
لإعادة توطين
الباكستانيين المقطوعين

Ref. ______ الرقم ______

Date ______ التاريخ ______

further and launch an effective campaign together, under the guidance of your good office and the competent legal advisors of the Government of Pakistan. We request the Government of Pakistan to take the leading role in this connection.

We are quite confident that His Excellency, President Parveez Musharraf who is clearly a patriotic Pakistani, will deal with this purely humanitarian issue in a similar way as he has dealt wisely with most sophisticated issues, on all the fronts. Once it is established that Rabita Trust has no connection with any terrorist activity, there is no justification to keep its name on the list. Therefore, we hope that the Government of Pakistan will take the necessary action to re-activate the project and allow the Trust to operate in accordance with the Rabita Deed.

Looking forward to receiving a favourable and prompt reply from your Excellency.

Truly yours,

Rahmat Ullah Nazir Khan,
Project Director

شارع بطرس بخاري سيكتر ايچ-٨/١ إسلام آباد هاتف: ٤٣٥١١٣-٤٣٥١١٤-٤٤٩٣٤٧-٤٤٦٨٥٦ فاكس: ٤٤٩٢٤١
Pitrus Bukhari Road Sector H-8/1 Islamabad, Tel: 435113-435114-449347-446856 Fax : 449241