# EXHIBIT

# “190”

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\- - -

In Re: : 03-MDL-1570 (GBD)(SN)
TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 :

\- - -

September 18, 2018
Volume II

\- - -

*This Transcript Contains Confidential Material*

Continued videotape deposition of DR. ABDULLAH AL OBAID, taken pursuant to notice, was held at Dispute Resolution Centre, 70 Fleet Street, London, EC4Y 1EU, beginning at 8:31 a.m., on the above date, before Amanda Dee Maslynsky-Miller, a Certified Realtime Reporter.

\- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

**Saudi Arabia?**
A. One individual, and that was the assistant secretary general.
**Q. Did any of the representatives in the Muslim World League's field offices have diplomatic passports, to your knowledge?**
A. I don't know. I don't know that. Because when they requested passports from the states, the states declined that.
**Q. Do I understand --**
MR. NASSAR: Objection to translation. He said the "state declined that." So when they requested passports from the states, the state declined that.
BY MR. CARTER:
**Q. Dr. Al Obaid, are you saying there were requests made of the Saudi government to issue diplomatic passports to other representatives of the Muslim World League?**
A. The request was made by the

former secretary general of the League.

**Q. Who was that?**

A. Dr. Abdullah Naseef.

**Q. You mentioned that the deputy secretary general of the Muslim World League also had a diplomatic passport when you were secretary general, correct?**

A. Yes.

**Q. And who was that?**

A. Sheikh Mohammed Al Abudi.

**Q. Do you know whether Mr. Al Abudi had ever held a position at the excellency or minister level of the Saudi government before becoming deputy secretary general of the Muslim World League?**

A. To my knowledge, when he was in the League, then he was at the rank of excellency.

**Q. Are you saying that he was given excellency status by the Saudi government in relation to his position within the Muslim World League?**