# EXHIBIT
# “201”

*And hold fast to the Bond of Allah all together, and be not divided among yourselves.* (Qur`an)

# THE MUSLIM WORLD

Read Qur`an
Qur`an Deptt. Muslim World League

A Weekly Newspaper Published by the Press and Publications Department, Muslim World League, Makkah al-Mukarramah.

Monday, 13 - 19 Rabi al-Awwal 1414H. 30 August - 5 September 1993

Vol. 29 - No. 1324 - Price 2 Saudi Riyals

*Shoura will discuss policy and planning*

## King Fahd ushers Kingdom to new era

**MWL Staff Writer**

Custodian of the Two Holy Mosques King Fahd bin Abdul Aziz ushered the kingdom to a new era with the announcement of rules and regulations for the Constituent Council (Shoura) on August 20 in Jeddah.

He also appointed 60 members of the Council whose terms of office will be four years with the possibility of further extensions and with effect from Rabi al-Awwal 3, 1414, AH (August 20, 1993). The President, Vice-President and the Secretary-General of the Shoura were appointed earlier.

The Council will meet at least once every two weeks to discuss the agenda distributed to members before the session is held.

The council will set up especialist committees from among its members to study a certain subject and submit its reports and recommendations on the subject.

The 60 members-council consists of personalities of international repute, including journalists, university professors, well-known ulama and diplomats.

Later, on August 23, King Fahd said that he will announce the new provincial system shortly, adding that it will reflect the "same precision and good selection."

Addressing a group of citizens who came to greet him last week, King Fahd said he had difficult times while selecting the 60 Shoura members from thousands of "competent and responsible" citizens. "Another selection of qualified people will be given opportunity if public interest demands so," he added.



*The Custodian of the Two Holy Mosques*



*Muhammad bin Jubair (Shoura's President)*



*Dr. Abdullah Omar Nasseef (Shoura's Vice-President)*

He said the Consultative Council (Shoura) was not a new development in the Kingdom. "Consultation has been the hall-mark of the country's policy ever since it was established," he added. The king said" he was always eager to know about the citizens' opinion on various matters in order to benefit from their suggestions and expertise.

Meanwhile, King Fahd in a reply cable to Sheikh Muhammad bin Ibrahim bin Jubair, President of the Shoura, hoped that the new consultative body would be effective in realizing its objectives. Jubair thanked the King for his confidence in him and other Shoura members.

"King Fahd has presented the Saudi people with valuable gifts that history would always remember them," he said referring to new administrative systems announced by the King.

The Council of Ministers described the Shoura as one "of the most important historic achievements" made by King Fahd.

### A new chapter in the history of the Kingdom

***Fozail Aqdas Ghazali***

On August 20, with his announcement of rules and regulations for the members of the Consultative Council (Shoura), Custodian of the Two Holy Mosques, King Fahd bin Abdul Aziz, ushered the Kingdom to a new era.

The 60 member-council consists of intellectuals of high repute who hail from all walks of life and represent almost all regions of the Kingdom. The council includes journalists, academicians, economists, policy makers, ulama and experienced diplomats.

But mere competency was not enough for those selected for the council. Apart from competency they need to be faithful to Islam and their country and represent it through their actions and deeds. It is mentioned in the Constitution for the cabinet ministers that they should bear good conduct and should not have committed any crime, either affecting the religion or public honour. Thus, the council consists of those personalities who come from good academic background and excellent conduct, being faithful to their religion, nation and people.

This council is entirely different from the senates and parliaments of various other countries where senators and members spend millions of dollars in campaigning and canvassing and make false promises to their people for getting elected to the senates and parliaments. Kidnapping of candidates just before a few days of election dates, casting of fake votes, booth capturing, seizing of ballot boxes and bribing the members of election commission for coming to power—are some of the major violations that take place every now and then during elections in many countries.

The selection of members of the Shoura is well-entrenched in the Shariah where it is clearly stipulated that they have to be learned men of high integrity, representing the cream of the society.

The Saudi experiment on the score conforms with this and will go a long way in serving good example for other Muslim countries.

In contrast, the majority of senators and parliamentarians are illiterate or semi literate and do not bear good conduct too. They always think of what they can snatch away from their nations, instead of thinking in terms of what services they can render to their nations. The democracy without sense of responsibility and education, represents hypocracy without limitation.

## Sao Tome & Principe Muslims seek assistance

Sao Tome & Principe, a small island in the Gulf of Guinea in the Atlantic Ocean facing Gabon, gained independence from Portugal in July 1975. With a total area of 964 square kilometers and a population of 120,000, it is the smallest country in Africa. Portuguese is the official language of the country whose main agricultural crops are the millet, coffee and cocoa. The country is situated between Cameroon to the north and Gabon to the south and its fiords are a source of ample finishing wealth.

Sao Tome & Principe had been colonized alternatively by the British, the French and the Portuguese during the past five centuries. Before independence about 18 years ago, there was no Islamic activities in the Island despite the fact that some Muslims had arrived in the country from Nigeria.

After independence, many Muslims have arrived in Sao Tome & Principe from Gabon and Cameroon. The country now has about 150 Muslim families, mostly living in the capital. These families formed an Islamic organization which has become an official forum for the Muslims there.

According to Muhammad Lima, a founding member, the organization is currently making efforts to build a mosque in the country. He said contacts to the effect were made with the Makkah-based Muslim World League.

The Muslims in Sao Tom & Principe need to know more about Islam and they also need all the help they could get from their brothers around the globe.

## Turkey to reconstruct Tokyo mosque

Turkey will reconstruct the Tokyo mosque, the Turkish state minister Akram Jihoun announced in Ankara on August 18. He said the decision was taken by the Turkish Council of Ministers.

The minister said the Turkish Government will send an architect to prepare the required plan for the reconstruction of the mosque with an specialized Japnese company.

Jihoun said the reconstruction of the mosque will began as soon as the required permission has been obtained from the concerned Japanese authorities.

A problem concerning the ownership of the land on which the mosque was built had impeded the reconstruction of the mosque. (IINA)

## Islamic book fair in US

An Islamic book fair will be organized in Philadelphia (United States) next month to acquaint the American people of the Islamic civilization. The fair is also aimed at creating some sort of rapprochement between the American citizens and the Arab and the Muslim community living in the United States.

Cultural activities, including lectures and debates, will be held during the show in which about 800 publishing houses are expected to participate (IINA)

## US official quits over Bosnia

**A State Department official who specializes in Eastern Europe resigned in Washington on August 23 saying he could no longer accept the U.S. support for genocide and aggression in Bosnia.**

**"Our policies are misguided, vacillating and dangerous," he said."**

**Stephen Walker, 30, is the fourth official to quit since last August to protest the Clinton Administration's approach to the conflict in the former Yugoslav republic.**

**He urged the arming of the Bosnian Government, the preservation of an undivided democratic state within the country's original borders, guarantees for the rights of all people in the region and the punishment of war criminals. Walker sent his letter to Secretary of State Warren Christopher: "I am leaving as my letter says, effective at noon today, because I can no longer countenance the U.S. support for a diplomatic process that legitimizes genocide and aggression," he wrote.**

## Pakistan develops super micro computer system

Pakistan has developed the first-ever Super-Micro Computer indigenously which has a very high performance ratio as compared to the American Cray Computer.

Well-known Pakistan Scientist Dr. Abdul Qadeer Khan disclosed it at the inaugural ceremony of the fourth All Pakistan Software Competition and Exhibition at Islamabad on July 29. Dr. Khan called upon the software developers to develop different types of software for their Super Computer.

The Super-Micro computer is based on Massively Parallel Processing (MPP) technique in which a number of transputers communicate serially. According to a rough estimate, the cost of module comprising five micro-processors comes around 1, 000 US dollars.

The Super Computer can be used for a variety of applications including complex system simulations, image processing etc.

Dr. A.Q. Khan said "unfortunately we are still dependent on imported software." "These imported" packages may be good but they have not been written for our environment," added the renowned scientist.

Dr. A. Q. Khan said "unfortunately we are still dependent on imported software." "These imported" packages may be good but they have not been written for our environment," added the renowned scientist.

He said some Asian countries are earning a lot of money through export of software and questioned, that, why we cannot do the same?

Dr. Qadeer invited software developers interested to work on Super Computers to develop software package for

He said some Asian countries are earning a lot of money through export of software and questioned, that, why we cannot do the same?

Dr. Qadeer invited software developers interested to work on Super Computers to develop software package for this computer. (Courtesy: Muslim World, Karachi)



*King Hassan Mosque – the world's largest after the Holy Harams in Makkah and Madinah.*

## King Hassan Mosque ready for inauguration today

It is designed to give worshipers the feeling that their place of prayer is floating on water.To top that, its minaret reaches taller than any other in the world. Now, after six years of round-the-clock working, the King Hassan II Mosque on the edge of the Atlantic Ocean, is finally complete.

"Apart from the Holy Haram in Makkah and the Prophet's Mosque in Madinah, it will be the biggest in the Islamic world and a jewel bestowed upon all Moroccans." King Hassan said in an appeal for public donations for the mosque five years ago.

Today, he will realize his dream when he inaugurates the huge mosque.

King Hassan II Mosque, which combines high-tech with ornate Muslim tradition, towers over the historic city of Casablanca.

King Hassan decided to build the mosque in memory of his father Muhammad V who died in Casablanca in 1961 but is buried in the capital Rabat.

Designed by Michel Pinseau, a personal friend of the king, the mosque can accommodate 75,000 worshipers inside its main hall.

A wide polished marble esplanade around the mosque can accommodate a further 75,000 worshipers.

The ceiling, at its highest point, rises 65 meters (213 feet) above the floor.The white and green minaret rises 200 meters (656 feet).

A laser on the top projects a 30 km (22 mile) beam east at night to show the way to Makkah.

A mechanically-operated roof opens in three minutes to transform the hall into an open-air assembly area.

More than 10,000 craftsmen have decorated the interior of the mosque with mosaics and cedarwood ceiling carvings. Some are embellished with gold leaf.A total of 2,500 pillars support the highly decorated ceiling of the main hall. Fifty huge candelabras of venetian crystal, each weighing over a ton, hang from the ceiling.

Hand-made plaster stucco and geometric designs adorn the enormous central prayer room.

There are 124 fountains spouting water night and day for ablution underneath it.

The mosque has two huge mezzanine reserved for women and two 'hammams', or steam baths—one for men and one for women.

A modern library, a religious school in adjacent buildings and parking space for more than 1,000 cars make up the complex. The French company Bouygues began work on the main building on Aug. 11, 1987. The mosque is one of the most ambitious civilian construction projects undertaken in Morocco, a nation of 26 million people, since independence in 1956. It is also one of the most expensive.

King Hassan launched a public subscription which raised more than three billion dirhams ($320 million) by the end of 1990. The 13 million contributors included 40,000 foreigners.

The Moroccan monarch contributed $800,000.

Officials have not revealed the final cost but experts estimate it could reach $500 million.

*Hekmatyar addresses press conference in Jeddah*

## Mujahideen committed to Makkah charter

**MWL Staff Writer**

The Afghan Mujahideen are committed to the Makkah charter, which was also signed by Saudi Arabia and Pakistan, Afghan Prime Minister Gulbuddin Hekmatyar told a press conference in Jeddah last Monday.

He expressed the hope that the agreement would be carried out and elections would be held in Afghanistan in anticipation of drafting a constitution.

He expressed confidence that Saudi brothers consider the Afghan cause and problem their own and care for them as they do for their own. He also expressed hope that the Saudi role at this stage would be as pioneering as it was in the period of Jihad.



*Afghan Prime Minister Hekmatyar addresses a press conference in Jeddah last Monday.*

The Afghan premier said his country had entered a new phase to build up an Islamic state, which was more difficult than fighting the Russian occupation, and expressed hope that the Afghan people would overcome the challenges and stressed that they are willing to make all necessary sacrifices to establish an Islamic regime in Afghanistan. He said the Afghan people were pinning their hopes on the Islamic nation to support them in this phase of reconstruction and the establishment of an Islamic state, as it did during the period of the Jihad.

He stressed that the Afghan people have fought a holy war against a common enemy of the Islamic nation and it cost them a lot of suffering more than 1.5 million martyrs and the displacement of more than six million people outside the country. He said the country was reduced to ruins and everything was devastated during that period. It would be cruel to leave the Afghan people to face this stage alone, he added.

Asked about the outcome of his meeting with the Custodian of the Two Holy Mosques, he described the meeting as cordial in which they discussed the latest developments in Afghanistan in detail, in addition to regional issues and the reconstruction of Afghanistan.

He said he discussed with Saudi ministers issues related to transportation roads, electricity and fuel projects in Afghanistan as well as the repatriation of Afghan refugees.

He added agreements on the repatriation of Afghan refugees had been signed with Pakistan and Iran and refugees will be allowed to return voluntarily if they wish. He said these agreements were concluded in coordination with the United Nations.

## Imam of Holy Haram calls for assistance to Kashmiris

Imam of the Holy Haram in Makkah, Shaikh Abdul Rahman Al-Sidais has asked the Islamic world in Makkah on August 24, to provide all out support to the Muslim people of the Occupied Kashmir who are suffering persecution under the Indian occupation. "The Islamic associations, Muslim relief organizations, scholars and the entire Muslim Ummah should all stand as one man for the support of the people of the Occupied Kashmir," he said.

"The Muslims should supply the Kashmiris with material and moral support, including money, military hardware and men in order to protect themselves against the heritic Indian occupation and regain all their legitimate rights," he said.

Shaikh Sidais recalled that statistics have said the number of victims in the Occupied Kashmir have reached 30,000 and said double this number of people were captivated. (IINA)

Printed at the Muslim World League Printing Press, Makkah