# EXHIBIT
# “202”

# The Fourth Resolution on Collection and Distribution of *Zakah* and *Oshr* in Pakistan

*All praise be to Almighty Allah.*
*Blessing and peace be on His Prophet Muhammad after whom there is no prophet, and on all those who followed his way of guidance.*

The Islamic Fiqh Council during its 8th session held at the headquarters of the Muslim World League in Makkah Mukarramah between 28 Rabi Al-Aakhir 1405H – 7 Jumad Al-Oula 1405H (18-29 January 1985) and on the basis of letter No. 4 / Political 36/38 dated 27 June 1983, enclosd with a question about the issue of 'Collection and Distribution of *Zakah* and *Oshr* in Pakistan, addressed by Consulate-General of Pakistan in Jeddah to His Eminence Sheikh Abdul Aziz Ibn Abdullah Ibn Baz, Chairman of the Council who referred it with his letter No. 2601/2 dated 16 Dhul Qa'dah 1403H to the Council looked into the translation of the question which sought a ruling on whether one of the eight funds of *Zakah* mentioned in the Qur'an *Fi Sabeelillah* (in the cause of Allah) is meant only for those who fight in the cause of Allah or it has a general meaning that covers every means of good work and public interest such as construction of mosques, inns, bridges, dissemination of knowledge, dispatch of preachers, etc.

After the discussion and deliberation on the issue, it appeared that there are two views among the Muslim scholars on this issue:

**The first view** confined the meaning of *Fi Sabeelillah* in the Qur'anic verse to those who fight in the cause of Allah. This view is subscribed by the majority of Muslim scholars, who

wanted to limit the *Fi Sabeelillah* fund of *Zakah* only to those *Mujahideen* who fight in the cause of Allah.

**The second view** is that *Fi Sabeelillah* is general and it covers all means of good work and public benefit for Muslims such as construction of mosques and their maintenance, establishment of schools, inns, bridges, opening of roads, preparation of war materials, dispatch of preachers, etc., which are benefitial for Islam and Muslims. This view was subscribed by a small number of the earlier scholars, however, in the later age it became the coice of many Muslim scholars.

After having deliberation on the issue and discussion of both views and their arguments, the Islamic Fiqh Council decided the following with a majority:

1. Since the second view has been subscribed by a group of Muslim scholars and it enjoys certain insight in some Qur'an verses like the saying of Almighty Allah: *"Those who spend their substance in the cause of Allah, and follow not up their gifts with reminders of their generosity or with injury – for them their reward is with their Lord; on them shall be no fear, nor shall they grieve."* (Qur'an, 2:262) In a Hadith, it has been reported that one man donated a camel in the cause of Allah and his wife wanted to perform the Hajj pilgrimage. Prophet Muhammad (peace be upon him) said to her: "Ride on it, because Hajj is in the cause of Allah." (*Sunan Abi Dawood*)

2. Since the purpose of armed *Jihad* is to raise the word of Almighty Allah high as this purpose is achieved through fighting in the cause of Allah, it is also achieved through the work of Da'wah to the religion of Almighty Allah, and preparation of preachers and their assistance in order to carry out their mission, so both kinds would be considered as *Jihad*. In a Hadith, Anas (may Allah be pleased with him) narrated

Prophet Muhammad (peace be upon him) as saying: "Strive hard against the Unbelievers with your money, life and tongue." (*Ahmad, Al-Nassa'i* and *Al-Hakim*)

3. Since Islam is under an ideological and intellectual onslaught by atheists, Jews, Christians and other enemies of this religion, and all of them enjoy moral and material support, therefore, it is the duty of Muslims as well to confront them with the same arms and equipments that are used against Islam.

4. Since the Muslim countries now have separate ministries for defence and there are financial allocations in the budget of every country for such purposes unlike *Jihad* with Da'wah as there are no allocations of assistance for it in most of the countries, therefore, the Council decided with an absolute majority to classify the Islamic Da'wah and anything that supports it as well as the activities related to it under the meaning of *Fi Sabeelillah* (in the cause of Allah) in the Qur'an.

**Chairman, Islamic Fiqh Council**
Abdul Aziz Ibn Abdullah Ibn Baz

**Deputy Chairman, Islamic Fiqh Council**
Dr. Abdullah Omar Naseef

**Members:**
Muhammad Ibn Jubair
Abdullah Abdurrahman Al-Bassam
Saleh Ibn Fauzan Al-Fauzan
Muhammad Ibn Abdullah Al-Subayil
Mustafa Ahmad Al-Zarqa
Muhammad Mahmood Al-Sawwaf
Saleh Ibn Othaimeen
Muhammad Rasheed Raghib Qabbani
Muhammad Shadhli Al-Neifer

Abu Bakr Mahmood Joomi
Dr. Ahmad Fahmi Abu Sinnah
Muhammad Habeeb Ibn Al-Khojah
Dr. Bakr Abdullah Abu Zaid
Mabrook Mas'ood Al-Awaadi
Muhammad Salem Abdul Wadood

**Note:** The following members could not attend the session:

Dr. Yusuf Abdullah Al-Qardhawi
Muhammad Rasheedi
Abdul Quddoos Al-Hashimi
Mahmood Sheith Khattab
Hasanain Muhammad Makhloof
Abul Hasan Ali Al-Nadwi