# EXHIBIT

# "203"

# The Seventh Resolution on Payment of Zakah's Portion of Mujahideen for Their Education, Health and Media Projects

*All praise be to Almighty Allah.*
*Blessing and peace be on His Prophet Muhammad after whom there is no prophet, and on all those who followed his way of guidance.*

The Islamic Fiqh Council during its 9th session held in Makkah Mukarramah between 12-19 Rajab 1406H looked into the question raised by the chairman of Islamic Da'wah Committee in the Social Reform Society, Kuwait about the permissibility of spending the Islamic Da'wah Committee's fund collected for Afghan Mujahideen to execute their educational, health and media projects, which Chairman of the Islamic Fiqh Council asked to be presented in this session.

The Council looked into replies given by some members on this question and reviewed its previous resolutions, as well as the resolutions of the Senior Scholars' Council in Saudi Arabia. After having a thorough discussion on the question, the Council decided that spending on the projects mentioned in the question is permissible from more than one aspect:

**First:**

In view of eligibility because of need, they – Mujahideen and Muhajireen – are poor, homeless or wayfarers. Even if they had land properties and real estates in their countries, now they have become wayfarers due to their eviction from their homeland and refuge. Spending on the poor and needy from the Zakah money is not confined to the provision of their food and clothing only. It also includes everything which suffices and meets the regular

needs of their life, such as healthcare programmes and educational institutions, which are considered the requirements of the present-day life.

Imam Al-Nawawi quoted his Shafe'i colleagues as saying: "The standard sufficiency of basic needs includes food, clothing, residence and everything that is inevitable for needy person and those who depend upon him for their expenses. (*Al-Majmou*, Vol.6, P.190)

His saying: "everything that is inevitable" has a general flexibility that covers needs which change with the change of time, place and situation such as educational and healthcare institutions in our age, which accomplish the preservation of soul and mind. They are also considered among the five necessities.

The Islamic Fiqh scholars have regarded marriage as one of things which accomplish the sufficiency. Books of learning for the learned are also among the things that accomplish the sufficiency.

It was stated in *Al-Insaf* that it is permissible for the poor to purchase books of learning which are necessary for him for the sake of his religion and his worldly life. (Vol.3, P.165, 218)

**Second:**

On the other hand, spending on the afore-said programmes is considered under the provision of *Fi Sabeelillah* (in the Cause of Allah) even if we look at its application on Jihad in the military terms, then also, Jihad today is no more confined to Mujahideen alone, but security of the internal front and its force have become an integral part of what is called today the military strategy.

Muhajireen with all their sufferings and tragedies are a consequence of war, hence, it is necessary to take care of them and provide them with everything that is needed for their adequate living, such as education of their children and their

healthcare so that Mujahideen are assured that their families behind them are not lost and they can continue their Jihad with strength and steadfastness. No doubt, any disturbance or weakness on this front will have a damaging impact on Jihad.

This view of ours is also supported by what has been mentioned in an authentic Hadith quoting Prophet Muhammad (peace be upon him) as saying: " Whoever supported the family of a Ghazi (fighter in the Cause of Allah) in a good manner, he in deed, fought (in the Cause of Allah). Hence, the care for the family of a Mujahid fighter has been regarded as fighting in Jihad, so there should be no doubt that spending in it comes under *'Jihad Fi Sabeelillah'* ( struggle in the Cause of Allah).

On the basis of this, some Islamic Fiqh scholars have stated that spending from the provision of *Fi Sabeelillah* would be made for Ghazi's expenses as well as expenses of his family covering the costs of their departure, stay and return. (*Al-Majmou*, Vol.6, P.227)

As regards media activity, it has become one of the tools of successful war in our age, as the military experts describe it. It has now become necessary for boosting the morale of Mujahideen and mobilizing them to fight in the Cause of Allah. It is also necessary in order to create hope and trust in those civilians and supporters who are behind them. It is also necessary for causing fear in the hearts of their enemies and sometimes victory comes through this fear. It is also necessary for mobilizing the public opinion to stand for them and support their cause.

The rule of Islamic Shari'ah lays down that whatever is necessary for accomplishment of a *Wajib*(duty) is also a *Wajib*, then it is one of kinds of Jihad with tongue which comes under

the framework of the Prophet's Hadith: "Strive hard against the Unbelievers with your money, life and tongue."

On the basis of this, the Council is of the view that it is permissible to spend the Zakah money on the needs mentioned in the question.

**Chairman, Islamic Fiqh Council**
Abdul Aziz Ibn Abdullah Ibn Baz

**Deputy Chairman, Islamic Fiqh Council**
Dr. Abdullah Omar Naseef

**Members:**
Muhammad Ibn Jubair
Abdullah Abdurrahman Al-Bassam
Saleh Ibn Fauzan Al-Fauzan
Muhammad Ibn Abdullah Al-Subayil
Mustafa Ahmad Al-Zarqa
Muhammad Mahmood Al-Sawwaf
Saleh Ibn Othaimeen
Muhammad Rasheed Raghib Qabbani
Muhammad Shadhli Al-Neifer
Abu Bakr Joomi
Dr. Ahmad Fahmi Abu Sinnah
Muhammad Habeeb Ibn Al-Khojah
Dr. Bakr Abdullah Abu Zaid
Dr. Yusuf Abdullah Al-Qardhawi
Muhammad Salem Abdul Wadood
Abul Hasan Ali Al-Nadwi

**Note:** The following members could not attend the session:

Abdul Quddoos Al-Hashimi
Mahmood Sheith Khattab
Hasanain Muhammad Makhloof
Mabrook Mas'ood Al-Awaadi