# EXHIBIT

# "207"

[handwritten text is indicated in *italics*]

[logo] Muslim World League Makkah al-Mukarramah- Saudi Arabia

Secretary General
(Private Office)

In the Name of Allah, the Most Gracious, the Most Compassionate

No.: *1/88/S*
Date: *07/24/1424 AH* [09/21/2003]
Encl.: */*

**(Strictly Confidential and Top Urgent)**

Subject: Request for a Report on the Director of the Islamic Relief Organization's Office in Jakarta

HE Secretary General of the International Islamic Relief Organization, May Allah protect him

May peace and blessings of Allah be upon you,,

In implementation of the directive of HE the Secretary General, may Allah protect him, kindly prepare a detailed report on the Director of the Islamic Relief Organization's Office in Jakarta, his activities, relationships with the employees, the Director of the League's Office there and other Islamic associations and organizations, his compliance with attendance hours, achievements, your observations on the said Director; if any, the remaining period of his term of office, and your feedback about him.

The Report will be forwarded to the attention of His Excellency (may Allah protect him) for further directives.

Sincere regards, and

May peace and blessings of Allah be upon you

[watermark: ISLAMIC WORLD LEAGUE]

Counsellor

General Supervisor of the Secretary General's Office

[signature]

Omar bin Suleiman Al-Hussain

*07/24/1424 AH* [09/21/2003]

AR/44

P.O. Box: 537- Cable: (Rabita- Makkah) – Telex: 540009 RABITA SJ [Arabic text equivalent: 540390 IWOSJ]- Fax: 5435183- Phone: 5446700

*Copy/with the original (closed envelop)* [to be kept in the] *IIRO File*

EXHIBIT
tabbies
Turki-46
9/15/18 am

IIRO 59709

مكة المكرمة - المملكة العربية السعودية
Makkah al-Mukarramah - Saudi Arabia

رابطة العالم الإسلامي
Muslim World League

No. س/٨٨/١ الرقم
Date ١٤٢٤/٧/٢٤هـ التاريخ
Encl. ——— المرفقات

بسم الله الرحمن الرحيم

الأمين العام
(المكتب الخاص)
Secretary-General
(Private Office)

**( سري للغاية ومستعجل جدا )**

الموضوع : طلب تقرير عن مدير مكتب هيئة الإغاثة الإسلامية في جاكرتا

سعادة الأمين العام لهيئة الإغاثة الإسلامية العالمية حفظه الله

سلام عليكم ورحمة الله وبركاته ، أما بعد :

فإنفاذاً لتوجيه معالي الأمين العام ( حفظه الله ) أرجو إعداد تقرير مفصل عن مدير مكتب هيئة الإغاثة الإسلامية في جاكرتا ونشاطه وعلاقاته مع الموظفين ، ومع كل من مدير مكتب الرابطة هناك ، والجمعيات والمنظمات الإسلامية الأخرى ، ومدى انضباطيته في الدوام ، ومنجزاته ، وهل لديكم ملاحظات عليه ، وكم بقي في مدة عمله هناك ؟ ومرئياتكم بشأنه .

وذلك لعرضه لأنظار معاليه انفاذاً لتوجيهاته ( حفظه الله ) .

ولكم تحياتي وتقديري ،،،

والسلام عليكم ورحمة الله وبركاته .

المستشار
والمشرف العام على مكتب الأمين العام

[signature]

عمر بن سليمان الحصين
١٤٢٤-٧-٢٤هـ

ع/ ٤٤١

ص.ب : ٥٣٧ - برقياً : رابطة مكة - تلكس : ٥٤٠٠٣٩ IWOSJ - فاكس : ٥٤٣٥١٨٣ - هاتف : ٥٤٤٦٧٠٠
P.O. Box : 537 - Cable : (Rabita- Makkah) - Telex : 540009 RABITA SJ - Fax : 5435183 - Phone : 5446700

صادر مع الرئاسي (ظرف مقفل) ملف هيئة الإغاثة