# EXHIBIT
# “221”

IIRO 34942 In the name of Allah, the Most Gracious, the Most Merciful

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
Manila, Philippines

[**Logo**: *International Islamic Relief Organization, Manila Office*]

[Duplicate Text]

No. 037/M
Date: 04/01/1413 AH (09/29/1992 AD)

No.___________
Date___________

His Excellency Assistant Director of the International Islamic Relief Organization's Office in the Philippines, Zakaria Mohamed Al Sheikh, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

We ask Allah the almighty that you are doing well. Based on our field visit to the city of Cagayan, where the Association of Scholars for the Islamic Da'wah in the Philippines is located, to take sufficient information about it and its supervisors, we inform you of the following.

1. The Association was founded in 1987, but its registration with the Government of the Philippines was delayed to 1992 due it its financial circumstances;
2. Mr. Mahmoud Mala Adelawi is the President of the Association. He is an activist of the Islamic Da'wah and a member of the Sunnah. We believe him to be so, and Allah only is the witness;
3. Mr. Mahmoud Mala Adelawi graduated from the Marawi Islamic Institute in the city of Marawi. He attended the Fourth General Conference of the Islamic Da'wah held in Tripoli, Libya, in 1990 with Dr. Mahied Motilan, the current governor of the Province of South Lanao. He was the delegate of Region No. 10 (City of Cagayan) and its suburbs;
4. They have nothing to do with the advocates of subversive thoughts such as Shiites and others. They are supported by most of the propagators of the General Presidency of the Departments of Scientific Research, Fatwa, Da'wah, and Guidance in Riyadh, the propagators of the Saudi Ministry of Education, and the propagators of the Islamic Da'wah Association in Libya;
5. The Association has significant Islamic propagation activities in the region, which are as follows:
   a. Supervising 13 mosques in the region and the Guru Islamic Institute, where Mr. Mahmoud Mala Adelawi is the Assistant Director and Student Affairs Supervisor;
   b. Organizing Islamic weekly seminars in cooperation with the Center of Muslim Youth in the Philippines, the propagators of the General Presidency of the Departments of Scientific Research, Fatwa, Da'wah, and Guidance in Riyadh, the propagators of the Saudi Ministry of Education, and the propagators of the Islamic Da'wah Association in Libya;
   c. Distributing the Friday preachers to 13 mosques in the region.
6. There are about 15,000 Muslims in the city of Cagayan;
7. We suggest assisting them in building an office for the Association in the city, to be a center for Islamic Da'wah in the region. We have asked them to study the costs of this project and then send them to the Organization's Office in Manila for consideration and submission to the competent authority.

EXHIBIT 239 A. Dagint 6.27.19
PENGAD 800-631-6989

8. Attached are a collection of photographs of the Association's office and some of its projects in the city;
9. This is the information that we collected about the Association, and only Allah know.

We ask Allah, the Wise and the Acquainted, to make our work honest for His holy face and to put it in the balance of our good deeds for a day when there will not benefit [anyone] wealth or children, but only one who comes to Allah with a sound heart.

Supervisor of the Social Care and Mosques
The International Islamic Relief Organization in the Philippines
04/01/1413 AH (09/29/1992 AD)
Abdel Hady Taher Dagit
[*Signed*]

[**SEAL**: *International Islamic Relief Organization, Manila Office*]

*// Ahd*

Note: Attached are the requests of the Association and some supporting documents.

*[handwritten text: I received the original*
*Anwar Merza*
*04/03/1413 AH (10/01/1992 AD)]*

IIRO 34942

بسم الله الرحمن الرحيم

**رابطة العالم الإسلامي**
هيئة الإغاثة الإسلامية العالمية
مانيلا - الفلبين

**Muslim World League**
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
MANILA, PHILIPPINES

Date: ..................
No. ..................

الرقم : ۰۳۷/م

التاريخ : ١ ربيع الثاني ١٤١٣ هـ

سعادة المدير المساعد لمكتب هيئة الاغاثة الاسلامية العالمية بالفلبين
**الشيخ / زكريا محمد الشيخ** **حفظه الله**

السلام عليكم ورحمة الله و بركاته و بعد :-

نرجو الله ان تكونوا بخير و احسن حال يحبه ربنا و يرضاه ، بناء على زيارتنا الميدانية لمدينة كاجاييان حيث تواجد رابطة العلماء للدعوة الاسلامية بالفلبين فيها ، و ذلك لاخذ المعلومات الوافية عنها و عن القائمين عليها ، نعلمكم بالاتي :-

١ ـ تاسست الجمعية في عام ١٩٨٧ م غير انه تاخر تسجيلها لدى الحكومة الفلبينية لعام ١٩٩٢ م لظروفها المالية ٠

٢ ـ يعتبر السيد / محمود مالا اديلاو رئيسا للجمعية ، و هو من النشطاء للدعوة الاسلامية و من اهل السنة و الجماعة نحسبه كذلك و لا نزكي على الله احدا ٠

٣ ـ كان السيد / محمود مالا اديلاو من خريجي معهد مراوى الاسلامية ـ مدينة مراوى ـ و حضر المؤتمر العام الرابع للدعوة الاسلامية المنعقد في طرابلس ليبيا في عام ١٩٩٠ م مع الدكتور مهيد موتيلان محافظ محافظة لاناو الجنوبي حاليا حيث كان مندوبا لاقليم رقم ١٠ ( مدينة كاجايان ) و ضواحيها ٠

٤ ـ لا يوجد لهم علاقة مع دعاة الافكار الهدامة كالشيعة وغيرها ، و يؤيدهم معظم الدعاة التابعين للرئاسة العامة لادارات البحوث العلمية و الافتاء و الدعوة و الارشاد بالرياض ، و دعاة و زارة المعارف السعودية ، و دعاة جمعية الدعوة الاسلامية في ليبيا ٠

٥ ـ توجد للجمعية نشاطات دعوية اسلامية ملموسة في المنطقة ، و هي كالتالي :-

ا ـ اشراف عدد ١٣ مسجد في المنطقة ، و معهد اسمه معهد غورو الاسلامية حيث يقوم السيد / محمود مالا اديلاو مديرا مساعدا و مشرفا لشؤون الطلاب في المعهد ٠

ب ـ اقامة الندوات الاسلامية الاسبوعية با لتعاون مع مركز الشباب المسلم بالفلبين و دعاة الرئاسة العامة لادارات البحوث العلمية و الافتاء و الدعوة و الارشاد بالرياض ، ودعاة وزارة المعارف السعودية و دعاة جمعية الدعوة الاسلامية في ليبيا ٠

ج ـ توزيع خطباء الجمعة الى ١٣ مسجد في المنطقة ٠

٦ ـ يوجد في المدينة ( كاجايان ) حوالى ١٥ الف مسلم ٠

٧ ـ نقترح مساعدتهم ببناء مكتب للجمعية في المدينة ليكون مركزا للدعوة الاسلامية في المنطقة وقد طلبنا منهم عمل دراسة عن تكاليف هذا المشروع و من ثم ارسالها الى مكتب الهيئة في مانيلا لدارستها و تقديمها الى الجهة المختصة ٠

٨- مرفق معه مجموعة من الصور الفوتوغرافية عن مكتب الجمعية و بعض مشاريعها فـــي المدينــة .

٩- هذا ما جمعنــا من معلومــات عن الجمعية و الله أعلــم .

ندعو الله العليم الخبير ان يجعل اعمالنا خالصا لوجهه الكريم و في ميزان حسناتنا يـــوم لا ينفع مل ولا بنــون الا من اتى الله بقلب سليم .

مسئول الرعاية الاجتماعية و المساجد بمكتب
هيئة الاغاثة الاسلامية العالمية بالفلبين

عبد الهادى طاهر داجيت

عهد //

ملحوظــة : مرفق لكم طيه طلبات من الجمعية و بعض الاوراق الثبوتية لها .

سلمت الأصل

١٤١٢/٤/٢هـ

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190605_G5Z (Abdelhadi Daguit)

**Language**: Arabic > English

**Document title**: IIRO 34942

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: Farah Alshekhli

**Date:** June 14, 2019

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190605_G5Z (Abdelhadi Daguit)

**Language**: Arabic > English

**Document title**: IIRO 34943

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: Farah Alshekhli

**Date:** June 14, 2019