# EXHIBIT

# “222”

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
IN THE KINGDOM OF SAUDI ARABIA
Bangladesh Office, Dhaka

[Duplicate Text]

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

Ref. 142/S. B./23
Date: 02/29/1423 AH (05/12/2002 AD)
Subject: Attaching periodic reports about propagators for three months, form January to the end of March 2002 AD

[**SEAL**: *Auto Archive – 1*]

**His Excellency Dr. Ahmed Nafei Al Murei, may Allah bless him**
Chief of the Daw'ah and Holy Quran Committee
May the peace, mercy, and blessings of Allah be upon you.

Please find attached in our letter the periodic reports about propagators (58 propagators and 3 supervisors) from 01/01/2002 to 03/31/2002 AD, along with a list of their names and file numbers.
For your review and update.

May Allah bless you.
Regional Manager of the Organization's Office in Bangladesh
Fahd Mohamed Sanad Al Harbi
[Signed]

[**Handwriting**: *To be archived in the Bangladesh file, with the report on each propagator in his file*]

International Islamic Relief Organization
Administrative Communications
General Incoming
Incoming No. 4017
Date: 03/07/1433 AH (05/19/2002 AD)
Attachments: List and report roster
Agency Concerned: Daw'ah and Holy Quran Committee

House: 48/E, Road: 13/C, Banani Model Town, Dhaka, Bangladesh, Tel. 8826130, 604193
Fax: 00880-2-8823995 [Duplicate Text]

IIRO 120381

EXHIBIT
HARBI 166

**LIST OF THE PROPAGATORS AFFILIATED WITH THE INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, BANGLADESH OFFICE**
**(61) STAFF MEMBERS INCLUDING (58) PROPAGATORS AND 3 SUPERVISORS**

| Ref. | Name | File No. | Hire Date | Notes |
|---|---|---|---|---|
| 1 | Abu Al-Qasim Mohamed Sufatallah | 1182 | 07/01/1420 AH (10/11/1999 AD) | |
| 2 | Abu Al-Hashim bin Shihab Al-Din | 1165 | 10/01/2000 AD | |
| 3 | Abu Taher Lotf Al-Haydar | 1194 | 07/01/1420 AH (10/11/1999 AD) | |
| 4 | Abu Naim Mohamed Abdulkarim | 1193 | 12/30/1420 AH (04/05/2000 AD) | |
| 5 | Abu Bakr Al-Siddik Abu Mansour | 1171 | 07/01/1420 AH (10/11/1999 AD) | |
| 6 | Abu Al Mansour Mohamed Abdelsattar | 603 | 07/01/1420 AH (10/11/1999 AD) | |
| 7 | Jasim Al-Din Ismail Al-Nadawi | 1195 | 07/01/1420 AH (10/11/1999 AD) | |
| 8 | Hafiz Mahmoud Al-Rahman Mulwi | 1198 | 07/01/1420 AH (10/11/1999 AD) | |
| 9 | Hussein bin Siri Ringib | 1200 | 07/01/1420 AH (10/11/1999 AD) | |
| 10 | Salim Al-Kalam bin Abdulhak | 1164 | 10/01/2001 AD | |
| 11 | Sheikh Mohamed Abdelhalim | 684 | 07/01/1420 AH (10/11/1999 AD) | |
| 12 | Damiruddin Shakerallah | 624 | 07/01/1420 AH (10/11/1999 AD) | |
| 13 | Abdulghaffar Abdullatif | 612 | 07/01/1420 AH (10/11/1999 AD) | |
| 14 | Ghulam Kadous Abdulnour | 618 | 07/01/1420 AH (10/11/1999 AD) | |
| 15 | Fadlelkaer Chaudhry | 634 | 07/01/1420 AH (10/11/1999 AD) | |
| 16 | Qadi Mohamed Abdulkhaliq | 1180 | 07/01/1420 AH (10/11/1999 AD) | |
| 17 | Mohamed Azadal Islam | 1174 | 07/01/1420 AH (10/11/1999 AD) | |
| 18 | Mohamed Abusaeed Shabdal Ali | 1183 | 07/01/1420 AH (10/11/1999 AD) | |
| 19 | Mohamed Abou El Hassan Mohamed | 94 | 07/01/1420 AH (10/11/1999 AD) | |
| 20 | Mohamed Aboulklam Fatawari | 118 | 07/01/1420 AH (10/11/1999 AD) | |
| 21 | Mohamed Abutaleb bin Muhairuddin | 1192 | 07/01/1420 AH (10/11/1999 AD) | |
| 22 | Mohamed Anis Al-Rahman bin | 1185 | 07/01/1420 AH (10/11/1999 AD) | |
| 23 | Mohamed Abulhashem Jihadi | 636 | 07/01/1420 AH (10/11/1999 AD) | |
| 24 | Mohamed Bahiseddien Mumtaz Ali | 1184 | 07/01/1420 AH (10/11/1999 AD) | |
| 25 | Mohamed Khalil Al-Rahman | 652 | 07/01/1420 AH (10/11/1999 AD) | |

**LIST OF THE PROPAGATORS AFFILIATED WITH THE INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, BANGLADESH OFFICE**
**(61) STAFF MEMBERS INCLUDING (58) PROPAGATORS AND 3 SUPERVISORS**

| Ref. | Name | File No. | Hire Date | Notes |
|---|---|---|---|---|
| 26 | Mohamed Zulfikar Shamsir | 1162 | 10/01/2001 AD | |
| 27 | Mohamed Reda Al-Karim Imdad Alhak | 1179 | 07/01/1420 AH (10/11/1999 AD) | |
| 28 | Mohamed Ruh Al-Amin Nur Mohamed | 79 | 07/01/1420 AH (10/11/1999 AD) | |
| 29 | Mohamed Sakwat Hussein | 1170 | 12/30/1420 AH (04/05/2000 AD) | |
| 30 | Mohamed Siraj Al-Islam Abd | 1189 | 07/01/1420 AH (10/11/1999 AD) | |
| 31 | Mohamed Saeed Al-Rahman Abu Al-Hassan | 659 | 07/01/1420 AH (10/11/1999 AD) | |
| 32 | Mohamed Saeed Al-Rahman Mohamed Khalil | 657 | 07/01/1420 AH (10/11/1999 AD) | |
| 33 | Mohamed Sakandar Ali Mohamed | 674 | 07/01/1420 AH (10/11/1999 AD) | |
| 34 | Mohamed Soliman Shams El Din | 1175 | 07/01/1420 AH (10/11/1999 AD) | |
| 35 | Mohamed Sherif Hussein Faydallah | 1178 | 07/01/1420 AH (10/11/1999 AD) | |
| 36 | Nur Al-Rashid Mohamed Abdelmalek | 1166 | 11/03/2001 AD | |
| 37 | Mohamed Abdelrahman Yousif (Supervisor of propagators) | 1191 | 07/01/1420 AH (10/11/1999 AD) | |
| 38 | Mohamed Abdelrazzak Nejm Al-Haq | 1190 | 07/01/1420 AH (10/11/1999 AD) | |
| 39 | Mohamed Abdelkader bin Afsar Al-Din (Supervisor of propagators) | 1159 | 09/01/2000 AD | |
| 40 | Mohamed Abdelkayyoum Siraj Al-Islam | 1168 | 07/01/1420 AH (10/11/1999 AD) | |
| 41 | Mohamed Abdullah Al-Mutasimbellah | 1203 | 07/01/1420 AH (10/11/1999 AD) | |
| 42 | Mohamed Abdelmalik Ikram Al-Haq | 1181 | 07/01/1420 AH (10/11/1999 AD) | |
| 43 | Mohamed Abdelmatin Abdelsattar | 1161 | 10/01/2000 AD | |
| 44 | Abdelbari Mizmil Haq | 1176 | 12/01/2001 AD | |
| 45 | Mohamed Atiq Al-Rahman | 1201 | 07/01/1420 AH (10/11/1999 AD) | |
| 46 | Mohamed Ali Nazir Ahmed | 1199 | 07/01/1420 AH (10/11/1999 AD) | |
| 47 | Mohamed Fadelalkrim Miyagi | 1187 | 07/01/1420 AH (10/11/1999 AD) | |
| 48 | Madthar Hussein | 107 | 07/01/1420 AH (10/11/1999 AD) | |
| 49 | Abdulkabir Abdulrahman (Supervisor of propagators) | 1160 | 08/01/2001 AD | |
| 50 | Mohamed Nasreldin Abdulmanan | 1173 | 07/01/1420 AH (10/11/1999 AD) | |
| 51 | Mohamed Nizamuddin Abdelkader | 1167 | 07/01/1420 AH (10/11/1999 AD) | |
| 52 | Mohamed Nazar Al-Islam | 1188 | 07/01/1420 AH (10/11/1999 AD) | |

**LIST OF THE PROPAGATORS AFFILIATED WITH THE INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, BANGLADESH OFFICE**
**(61) STAFF MEMBERS INCLUDING (58) PROPAGATORS AND 3 SUPERVISORS**

| Ref. | Name | File No. | Hire Date | Notes |
|---|---|---|---|---|
| 53 | Mohamed Nur Al-Eslam Abdeljabbar (1) | 604 | 07/01/1420 AH (10/11/1999 AD) | |
| 54 | Hafez Mohamed Nur Al-Eslam Abdeljabbar (2) | 1177 | 07/01/1420 AH (10/11/1999 AD) | |
| 55 | Mohamed Nouralhq Zulft Ali | 1197 | 12/30/1420 AH (04/05/2000 AD) | |
| 56 | Mohamed Harun Al-Rashid Amiruddin | 1186 | 07/01/1420 AH (10/11/1999 AD) | |
| 57 | Mohamed Harun Al-Rashid Tayeb Ali | 1172 | 07/01/1420 AH (10/11/1999 AD) | |
| 58 | Mohamed Younis Qadi Ghulam Qader | 1196 | 07/01/1420 AH (10/11/1999 AD) | |
| 59 | Mohamed Younis Abdelhalim | 1163 | 10/01/2001 AD | |
| 60 | Nazir Ahmed Dhil Al-Rahman | 660 | 07/01/1420 AH (10/11/1999 AD) | |
| 61 | Waliallah Abdulmuttalib | 1169 | 07/01/1420 AH (10/11/1999 AD) | |

IIRO 120384

The Muslim World League رابطة العالم الإسلامي
INTL ISLAMIC RELIEF ORG هيئة الإغاثة الإسلامية العالمية
IN SAUDI ARABIA بالمملكة العربية السعودية
BANGLADESH OFFICE - DHAKA مكتب بنغلادش – داكا

الرقم : ١٤٢٩/ص ب غ ٣/ع
التاريخ : ٢٩/ع/١٤٢٣هـ
الموضوع: إرفاق تقارير دوري للدعاة لثلاثة أشهر من شهر يناير إلي نهاية شهر مارس ٢٠٠٢م

الأرشيف الآلي (١)

**سعادة الدكتور / أحمد بن نافع المورعي** **حفظه الله ورعاه**
رئيس لجنة الدعوة والقرآن الكريم .

السلام عليكم ورحمة الله وبركاته .... وبعد ،

نرفق لسعادتكم طي خطابنا هذا تقارير دوري للدعــــاة عددهــــم (٥٨) داعيـــة و(٣) مشرفين اعتبارا للفـــترة مـــن ١/١/٢٠٠٢م إلي ٣١/٣/٢٠٠٢م مـــع قائمـــة أسمائهم ورقم ملفـــاقم .

نأمل الاطلاع والإحاطـــة .

والله يحفظكم ويرعاكم .

فهد محمد سند الحربي

المدير الإقليمي لمكتب الهيئة بنغلاديش.

تسدد وتحفظ بملف بنغلاديش وتقرير كل داعية بملفه

٤٠١٧ ٧ ٢ ٢٣
قائمة + لفة تقارير دورية للعرض لجنة الدعوة والقرآن الكريم

منزل : ٤٨/إي – شارع : ١٣/سي – مدينة بناني النموذجية – داكا – بنغلادش – هاتف : ٨٨٢٦١٣٠– ٦٠٤١٩٣ – فاكس : ٠٠٨٨٠-٢-٨٨٢٣٩٩٥
House: 48/E – Road: 13/C – Banani Model Town – Dhaka – BANGLADESH – Tel: 8826130 – 604193 – Fax: 00880-2-8823995

# قائمة أسماء الدعاة التابعين لهيئة الإغاثة الإسلامية العالمية

## مكتب بنغلاديش وعددهم (٦١) منهم (٥٨) داعية وثلاثة مشرفين

| م | أسماء الدعاة | رقم الملف | تاريخ التعيين | ملاحظات |
|---|---|---|---|---|
| ١ | أبو القاسم محمد صفات الله | ١١٨٢ | ١/٧/١٤٢٠هـ | |
| ٢ | أبو الهاشم بن شهاب الدين | ١١٦٥ | ١/١٠/٢٠٠٠ م | |
| ٣ | أبو طاهر لطف الحيدر | ١١٩٤ | ١/٧/١٤٢٠هـ | |
| ٤ | أبونعيم محمد عبد الكريم | ١١٩٣ | ٣٠/١٢/١٤٢٠هـ | |
| ٥ | أبوبكر الصديق أبي منصور | ١١٧١ | ١/٧/١٤٢٠هـ | |
| ٦ | أبو المنصور محمد عبد الستار | ٦٠٣ | ١/٧/١٤٢٠هـ | |
| ٧ | جسيم الدين إسماعيل الندوي | ١١٩٥ | ١/٧/١٤٢٠هـ | |
| ٨ | حافظ محمود الرحمن مولوي | ١١٩٨ | ١/٧/١٤٢٠هـ | |
| ٩ | حسين بن سري رنجيب | ١٢٠٠ | ١/٧/١٤٢٠هـ | |
| ١٠ | سليم الكلام بن عبد الحق | ١١٦٤ | ١/١٠/٢٠٠١م | |
| ١١ | شيخ محمد عبد الحليم | ٦٨٤ | ١/٧/١٤٢٠هـ | |
| ١٢ | ضمير الدين شاكر الله | ٦٢٤ | ١/٧/١٤٢٠هـ | |
| ١٣ | عبد الغفار عبد اللطيف | ٦١٢ | ١/٧/١٤٢٠هـ | |
| ١٤ | غلام قدوس عبد النور | ٦١٨ | ١/٧/١٤٢٠هـ | |
| ١٥ | فضل القادر شودورى | ٦٣٤ | ١/٧/١٤٢٠هـ | |
| ١٦ | قاضي محمد عبد الخالق | ١١٨٠ | ١/٧/١٤٢٠هـ | |
| ١٧ | محمد آزاد الإسلام | ١١٧٤ | ١/٧/١٤٢٠هـ | |
| ١٨ | محمد أبوسعيد شبدل علي | ١١٨٣ | ١/٧/١٤٢٠هـ | |
| ١٩ | محمد أبو الحسن محمد | ٩٤ | ١/٧/١٤٢٠هـ | |
| ٢٠ | محمد أبوالكلام فتواري | ١١٨ | ١/٧/١٤٢٠هـ | |
| ٢١ | محمد أبوطالب بن محير الدين | ١١٩٢ | ١/٧/١٤٢٠هـ | |
| ٢٢ | محمد أنيس الرحمن بن | ١١٨٥ | ١/٧/١٤٢٠هـ | |
| ٢٣ | محمد أبوالهاشم جهادي | ٦٣٦ | ١/٧/١٤٢٠هـ | |
| ٢٤ | محمد باحث الدين ممتاز علي | ١١٨٤ | ١/٧/١٤٢٠هـ | |
| ٢٥ | محمد خليل الرحمن | ٦٥٢ | ١/٧/١٤٢٠هـ | |

# قائمة أسماء الدعاة التابعين لهيئة الإغاثة الإسلامية العالمية

## مكتب بنغلاديش وعددهم (٦١) منهم (٥٨) داعية وثلاثة مشرفين

| | | | | |
|---|---|---|---|---|
| ٢٦ | محمد ذوالفقار شمشير | ١١٦٢ | ١/١٠/٢٠٠١م | |
| ٢٧ | محمد رضاء الكريم إمداد الحق | ١١٧٩ | ١/٧/١٤٢٠هـ | |
| ٢٨ | محمد روح الأمين نور محمد | ٧٩ | ١/٧/١٤٢٠هـ | |
| ٢٩ | محمد سخاوت حسين | ١١٧٠ | ٣٠/١٢/١٤٢٠هـ | |
| ٣٠ | محمد سراج الإسلام عبد | ١١٨٩ | ١/٧/١٤٢٠هـ | |
| ٣١ | محمد سعيد الرحمن أبوالحسن | ٦٥٩ | ١/٧/١٤٢٠هـ | |
| ٣٢ | محمد سعيد الرحمن محمد خليل | ٦٥٧ | ١/٧/١٤٢٠هـ | |
| ٣٣ | محمد سكندرعلي محمد | ٦٧٤ | ١/٧/١٤٢٠هـ | |
| ٣٤ | محمد سليمان شمس الدين | ١١٧٥ | ١/٧/١٤٢٠هـ | |
| ٣٥ | محمد شريف حسين فيض الله | ١١٧٨ | ١/٧/١٤٢٠هـ | |
| ٣٦ | نور الرشيد محمد عبد المالك | ١١٦٦ | ٣/١١/٢٠٠١م | |
| ٣٧ | محمد عبد الرحيم يوسف مشرف الدعاة | ١١٩١ | ١/٧/١٤٢٠هـ | |
| ٣٨ | محمد عبد الرزاق نجم الحق | ١١٩٠ | ١/٧/١٤٢٠هـ | |
| ٣٩ | محمد عبد القادر بن أفسر الدين مشرف الدعاة | ١١٥٩ | ١/٩/٢٠٠٠م | |
| ٤٠ | محمد عبد القيوم سراج الإسلام | ١١٦٨ | ١/٧/١٤٢٠هـ | |
| ٤١ | محمد عبد الله المعتصم بالله | ١٢٠٣ | ١/٧/١٤٢٠هـ | |
| ٤٢ | محمد عبد المالك إكرام الحق | ١١٨١ | ١/٧/١٤٢٠هـ | |
| ٤٣ | محمد عبدالمتين عبد الستار | ١١٦١ | ١/١٠/٢٠٠٠ م | |
| ٤٤ | عبد الباري مزمل حق | ١١٧٦ | ١/١٢/٢٠٠١م | |
| ٤٥ | محمد عتيق الرحمن | ١٢٠١ | ١/٧/١٤٢٠هـ | |
| ٤٦ | محمد علي نذير أحمد | ١١٩٩ | ١/٧/١٤٢٠هـ | |
| ٤٧ | محمد فضل الكريم مياجى | ١١٨٧ | ١/٧/١٤٢٠هـ | |
| ٤٨ | مدثر حسين | ١٠٧ | ١/٧/١٤٢٠هـ | |
| ٤٩ | عبد الكبير عبد الرحمن مشرف الدعاة | ١١٦٠ | ١/٨/٢٠٠١ م | |
| ٥٠ | محمد ناصر (الرحيم) عبد المنان | ١١٧٣ | ١/٧/١٤٢٠هـ | |
| ٥١ | محمد نظام الدين عبد القادر | ١١٦٧ | ١/٧/١٤٢٠هـ | |
| ٥٢ | محمد نظر الإسلام | ١١٨٨ | ١/٧/١٤٢٠هـ | |

## قائمة أسماء الدعاة التابعين لهيئة الإغاثة الإسلامية العالمية

## مكتب بنغلاديش وعددهم (٦١) منهم (٥٨) داعية وثلاثة مشرفين

| | | | | |
|---|---|---|---|---|
| ٥٣ | محمد نور الإسلام عبد الجبار ١ | ٦٠٤ | ١٤٢٠/٧/١هـ | |
| ٥٤ | حافظ محمد نورلإسلام عبد الجبار ٢ | ١١٧٧ | ١٤٢٠/٧/١هـ | |
| ٥٥ | محمد نور الحق زلفت علي | ١١٩٧ | ١٤٢٠/١٢/٣٠ هـ | |
| ٥٦ | محمد هارون الرشيد أمير الدين | ١١٨٦ | ١٤٢٠/٧/١هـ | |
| ٥٧ | محمد هارون الرشيد طيب علي | ١١٧٢ | ١٤٢٠/٧/١هـ | |
| ٥٨ | محمد يونس قاضي غلام قادر | ١١٩٦ | ١٤٢٠/٧/١هـ | |
| ٥٩ | محمد يونس عبد الحليم | ١١٦٣ | ٢٠٠١/١٠/١م | |
| ٦٠ | نذير أحمد ظل الرحمن | ٦٦٠ | ١٤٢٠/٧/١هـ | |
| ٦١ | ولي الله عبد المطلب | ١١٦٩ | ١٤٢٠/٧/١هـ | |

DocuSign Envelope ID: 2C60AAF9-6BD7-450B-B880-0C1EBECCE63F

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190308_5SM (Harbi)

**Language**: Arabic > English

**Document title**: IIRO 120381-120384

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience

**Signed**: Farah Alshekhli

**Date**: March 15, 2019