# EXHIBIT
# "223"

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA
Bangladesh Office - Dhaka

[Logo: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

[Duplicate Text]

No. 322/630/207
Date: 06/26/1424 AH (08/25/2003 AD)

Subject: Attaching periodic reports about propagators from April to June

His Excellency Dr. Ahmed Nafei Al Murei, may Allah bless him
Supervisor of the Holy Quran and Da'wah Program
May the peace, mercy, and blessings of Allah be upon you.
I ask Allah the gracious that you are doing well.

Please find attached to our letter periodic reports about the propagators (59 propagators and 3 supervisors), from 04/01/2003 to 06/31/2003 AD (April, May, and June).

Also, please find attached tables stating the names and data of propagators.

Please note that the propagators have not received their salaries for 7 months and they are in a desperate need to receive their dues.

Please assign the required employee to send their salaries for this period.

May Allah bless you
Manager of Bangladesh Regional Office
Fahd Mohamed Sanad Al Harbi
[Signed]

[**Handwriting**: *Brother Rafat, for the completion of what is required – 07/02/1424 AH (08/30/2003 AD)*]
[**Handwriting**: *The required was completed, Rafat, to be archived, Bangladesh Office*]

International Islamic Relief Organization
Administrative Communications
General Incoming
Incoming No. 11046
Date: 07/02/1424 AH (08/30/2003 AD)
Attachments: Reports on propagators
Agency Concerned: Holy Quran Program



EXHIBIT
tabbies
HARBI 167

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
IN THE KINGDOM OF SAUDI ARABIA
Bangladesh Office, Dhaka

[Duplicate Text]

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

Propagation and Propagators Program
List of the propagators affiliated with the Organization – 59 propagators and 3 supervisors
Dhaka, Bangladesh

| Ref. | Name | File No. | Hire Date | Workplace | Notes |
|---|---|---|---|---|---|
| 1 | Abu Al-Qasim Mohamed Sufatallah | 1182 | 07/01/1420 AH (10/11/1999 AD) | Dhaka | |
| 2 | Abu Al-Hashim bin Shihab Al-Din | 1165 | 10/01/2000 AD | Dhaka Office | |
| 3 | Abu Taher Lotf Al-Haydar | 1194 | 07/01/1420 AH (10/11/1999 AD) | Lakshmipur | |
| 4 | Abu Naim Mohamed Abdulkarim | 1193 | 12/30/1420 AH (04/05/2000 AD) | Bafang Gar | |
| 5 | Abu Bakr Al-Siddik Abu Al-Mansour | 1171 | 07/01/1420 AH (10/11/1999 AD) | Manikganj | |
| 6 | Abu Al Mansour Mohamed Abdelsattar | 603 | - | Kishoreganj | |
| 7 | Jasim Al-Din Ismail Al-Nadawi | 1195 | - | Chittagong | |
| 8 | Hafiz Mahmoud Al-Rahman | 1198 | - | Jhalokathi | |
| 9 | Hussein bin Siri Ringib | 1200 | - | Bakaluka | |
| 10 | Salim Al-Kalam bin Abdulhak | 1164 | 10/01/2001 AD | Cox's Bazar | |
| 11 | Sheikh Mohamed Abdelhalim | 684 | 07/01/1420 AH (10/11/1999 AD) | Barisal | |
| 12 | Damiruddin Shakerallah | 624 | - | Cox's Bazar | |
| 13 | Abdulghaffar Abdullatif | 612 | - | Faridpur | |
| 14 | Ghulam Kadous Abdulnour | 618 | - | Habiganj | |
| 15 | Fadlelkaer Chaudhry | 634 | - | Rangamati | |
| 16 | Qadi Mohamed Abdulkhaliq | 1180 | - | Munshiganj | |
| 17 | Mohamed Azadal Islam | 1174 | - | Gazipur | |
| 18 | Mohamed Abusaeed Shabdal Ali | 1183 | - | Narsingdi | |
| 19 | Mohamed Abou El Hassan Mohamed | 94 | - | Satkhira | |
| 20 | Mohamed Aboulklam Fatawari | 118 | - | Kustia | |
| 21 | Mohamed Abutaleb Muhairuddin | 1192 | - | Bagerhat | |
| 22 | Mohamed Anis Al-Rahman bin Ali | 1185 | - | Moulvibazar | |
| 23 | Mohamed Abulhashem Jihadi | 634 | - | Khagrachhari | |
| 24 | Mohamed Bahiseddien Mumtaz | 1184 | - | Sylhet | |

House: 48/E, Road: 13/C, Banani Model Town, Dhaka – Bangladesh – Tel. 8826130 – 9894349
Fax: 00880-2-9923995 [Duplicate Text]

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
IN THE KINGDOM OF SAUDI ARABIA
Bangladesh Office, Dhaka

[Duplicate Text]

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

Propagation and Propagators Program
List of the propagators affiliated with the Organization – 59 propagators and 3 supervisors
Dhaka, Bangladesh

| Ref. | Name | File No. | Hire Date | Workplace | Notes |
|---|---|---|---|---|---|
| 25 | Mohamed Omar bin Omar Hamza | 652 | 04/30/2003 AD | Khaliganj | |
| 26 | Mohamed Zulfikar Shamsir | 1162 | 10/01/2001 AD | Narail | |
| 27 | Mohamed Reda Al-Karim Imdad Alhak | 1179 | 07/01/1420 AH (10/11/1999 AD) | Ghofalpur | |
| 28 | Mohamed Ruh Al-Amin Nur Mohamed | 79 | - | Dhaka | |
| 29 | Mohamed Sakwat Hussein | 1170 | 12/30/1420 AH (04/05/2000 AD) | Jessore | |
| 30 | Mohamed Siraj Al-Islam | 1189 | 07/01/1420 AH (10/11/1999 AD) | Pabna | |
| 31 | Mohamed Saeed Al-Rahman Abu Al-Hassan | 659 | - | Natore | |
| 32 | Mohamed Saeed Al-Rahman Mohamed Khalil | 657 | 07/01/1420 AH (10/11/1999 AD) | Nbabganj | |
| 33 | Dr. Mohamed Sakandar Ali | 674 | - | Jhenaidah | |
| 34 | Mohamed Soliman Shams El Din | 1175 | - | Narayanganj | |
| 35 | Mohamed Sherif Hussein Faydallah | 1178 | - | Shariatpur | |
| 36 | Mohamed Muniralhq | 1166 | 02/01/2003 AD | Dhaka | |
| 37 | Mohamed Abdelrahim Yousif | 1191 | 07/01/1420 AH (10/11/1999 AD) | Dhaka | |
| 38 | Mohamed Abdulrazzaq Najmalhq | 1190 | - | Gaibandha | |
| 39 | Mohamed Abdelkader Afseraldin | 1159 | 09/01/2000 AD | Dhaka | |
| 40 | Mohamed Abdullah Al-Mutasimbellah | 1203 | 07/01/1420 AH (10/11/1999 AD) | Meherpur | |
| 41 | Mohamed Abdel-Wadood | 1181 | 09/01/2002 AD | Merpur | |
| 42 | Mohamed Abdelmattin Abdelsattar | 1161 | 10/01/2000 AD | Rangpur | |
| 43 | Abdalbari Mzamalhq | 1176 | 12/01/2001 AD | Dhaka | |
| 44 | Mohamed Atiq Al-Rahman | 1201 | 07/01/1420 AH (10/11/1999 AD) | Pirojpur | |
| 45 | Mohamed Abdulkhaliq | 1168 | 10/01/2002 AD | Sihamanj | |
| 46 | Mohamed Ali Nazir Ahmed | 1199 | 07/01/1420 AH (10/11/1999 AD) | Cox's Bazar | |
| 47 | Mohamed Fadelalkrim Miyagi | 1187 | - | Comilla | |

House: 48/E, Road: 13/C, Banani Model Town, Dhaka – Bangladesh – Tel. 8826130 – 9894349
Fax: 00880-2-9923995 [Duplicate Text]

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
IN THE KINGDOM OF SAUDI ARABIA
Bangladesh Office, Dhaka

[Duplicate Text]

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

Propagation and Propagators Program
List of the propagators affiliated with the Organization – 59 propagators and 3 supervisors
Dhaka, Bangladesh

| Ref. | Name | File No. | Hire Date | Workplace | Notes |
|---|---|---|---|---|---|
| 48 | Madthar Hussein | 107 | - | Khulna | |
| 49 | Abdulkabir Abdulrahman | 1160 | - | Dhaka | |
| 50 | Mohamed Nasreldin Abdulmanan | 1173 | - | Gazipur | |
| 51 | Mohamed Nizamuddin Abdelkader | 1167 | - | Dhaka | |
| 52 | Abdelsattar Mzamalhq | 1188 | 02/01/2003 AD | Narsingdi | |
| 53 | Mohamed Nur Al-Eslam Abdeljabbar (1) | 604 | 07/01/1420 AH (10/11/1999 AD) | Mumenshahi | |
| 54 | Hafez Mohamed Nur Al-Eslam Abdeljabbar (2) | 1177 | - | Gulshan Dhaka | |
| 55 | Mohamed Nouralhq Zulft Ali | 1197 | 12/30/1420 AH (04/05/2000 AD) | Jamalpur | |
| 56 | Mohamed Harun Al-Rashid Amiruddin | 1186 | 07/01/1420 AH (10/11/1999 AD) | Dhaka | |
| 57 | Mohamed Harun Al-Rashid Tayeb Ali | 1172 | - | Tangail | |
| 58 | Mohamed Younis Qadi Ghulam Qader | 1196 | - | Bandarban | |
| 59 | Mohamed Younis Abdelhalim | 1163 | 10/01/2001 AD | Cox's Bazar | |
| 60 | Nazir Ahmed Dhil Al-Rahman | 660 | 07/01/1420 AH (10/11/1999 AD) | Rajshahi | |
| 61 | Waliallah Abdulmuttalib | 1169 | - | Netrokona | |
| 62 | Hafez Mohamed Shams Al-Duha | - | 10/01/2002 AD | Dar El-Ehsan, Dhaka | |

House: 48/E, Road: 13/C, Banani Model Town, Dhaka – Bangladesh – Tel. 8826130 – 9894349
Fax: 00880-2-9923995 [Duplicate Text]

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA
BANGLADESH OFFICE

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب بنغلاديش- داكا

الرقم: ٣٢٢/٦٣٠/٠٧
التاريخ: ٢٦/٦/١٤٢٤هـ

الموضوع:- إرفاق تقارير دوري للدعاة
من شهر إبريل إلي يونيو ٢٠٠٣م

سعادة الدكتور / أحمد نافع المورعي حفظه الله و رعاه

مشرف برنامج القرآن الكريم و الدعوة

السلام عليكم و رحمة الله و بركاته .

فأدعو الله الكريم رب العرش العظيم لسعادتكم دوام العون و التوفيق و السداد .

نرفق لسعادتكم طي خطابنا هذا تقارير دوري للدعاة عدد (٥٩) داعيـــة و (٣) مشرف اعتبارا من ٢٠٠٣/٤/١م حتى ٢٠٠٣/٦/٣١م (إبريل ، مايو ، يونيو ).

و مرفق جداول بأسماء الدعاة و بياناتهم .

مع العلم أن الدعاة لم يستلموا رواتبهم منذ سبعة أشهر و هم بحاجة ماسة لاســـتلام مستحقاتهم .

آملين التكرم بتعميد من يلزم لإرسال رواتبهم عن هذه الفترة .

و الله يحفظكم و يرعاكم .

مدير مكتب بنغلاديش الإقليمي

فهد محمد سند الحربي

الوارد العام
رقم الوارد ١١٠٤٦ التاريخ ١٤٢٤/٧/٢
المرفقات تقارير
الجهة المختصة

فرمان ٧،٨،٠٢ : ٤٨/ إي، شارع ١٣/سي ، بناني ، داكا ، بنغلاديش ، هاتف: ٦٠٤١٩٣ ، ٦٠٤١٠٩ ، ٨٨٦١٣٠ ، فاكس: ٨٨٣٩٩٥
883995 HOUSE # 48/E, ROAD # 13/C, BANANI, DHAKA-1213, BANGLADESH, TEL: 604193, 604109, 886130, FAX:

The Muslim World League
INTL ISLAMIC RELIEF ORG
IN SAUDI ARABIA
BANGLADESH OFFICE - DHAKA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب بنغلادش – داكا

برنامج الدعوة والدعاة.

قائمة أسماء الدعاة التابعين للهيئة عددهم (٥٩) داعية و(٣) مشرف

دكا – بنجلاديش

| م | اسم الداعية | رقم الملف | تاريخ التعيين | مقر العمل | ملاحظات |
|---|---|---|---|---|---|
| ١ | أبو القاسم محمد صفات الله | ١١٨٢ | ١/٧/١٤٢٠هـ | داكا | |
| ٢ | أبو الهاشم بن شهاب الدين | ١١٦٥ | ١/١٠/٢٠٠٠م | مكتب داكا | |
| ٣ | أبو طاهر لطف الحيدر | ١١٩٤ | ١/٧/١٤٢٠هـ | لكهي فور | |
| ٤ | أبو نعيم محمد عبد الكريم | ١١٩٣ | ٣٠/١٢/١٤٢٠هـ | بقنجو غار | |
| ٥ | أبو بكر الصديق أبو المنصور | ١١٧١ | ١/٧/١٤٢٠هـ | مانيك غنج | |
| ٦ | أبو المنصور محمد عبد الستار | ٦٠٣ | " | كيشور غنج | |
| ٧ | جسيم الدين إسماعيل الندوي | ١١٩٥ | " | شيتاغونغ | |
| ٨ | حافظ محمود الرحمن | ١١٩٨ | " | جالو كاتي | |
| ٩ | حسين بن ميري رنجيت | ١٢٠٠ | " | بهالو كا | |
| ١٠ | سليم الكلام بن عبد الحق | ١١٦٤ | ١/١٠/٢٠٠١م | كوكسبازار | |
| ١١ | شيخ محمد عبد الحليم | ٦٨٤ | ١/٧/١٤٢٠هـ | بريشال | |
| ١٢ | ضمير الدين شاكر الله | ٦٢٤ | " | كوكسبازار | |
| ١٣ | عبد الغفار عبد اللطيف | ٦١٢ | " | فريد فور | |
| ١٤ | غلام قدوس عبد النور | ٦١٨ | " | حبيب غنج | |
| ١٥ | فضل القادر سودوري | ٦٣٤ | " | رانغاماتي | |
| ١٦ | قاضي محمد عبد الخالق | ١١٨٠ | " | منشي غنج | |
| ١٧ | محمد أزاد الإسلام | ١١٧٤ | " | غازيفور | |
| ١٨ | محمد أبو سعيد شبدل على | ١١٨٣ | " | نرشندي | |
| ١٩ | محمد أبو الحسن محمد | ٩٤ | " | ساتخيرا | |
| ٢٠ | محمد ابو الكلام فتواري | ١١٨ | " | كوستيا | |
| ٢١ | محمد أبو طالب محي الدين | ١١٩٢ | " | باغر هات | |
| ٢٢ | محمد أنيس الرحمن بن على | ١١٨٥ | " | مولوي بازار | |
| ٢٣ | محمد أبو الهاشم جهادي | ٦٣٤ | " | خغراصري | |
| ٢٤ | محمد باحث الدين ممتاز | ١١٨٤ | " | سلهت | |

منزل : ٤٨/إي – شارع : ١٣/سي – مدينة بناني العصرية – داكا – بنغلادش – هاتف : ٨٨٢٦١٣٠– ٩٨٩٤٣٤٩ – فاكس : ٠٠٨٨٠-٢-٨٨٢٣٩٩٥
House: 48/E – Road: 13/C – Banani Model Town – Dhaka – BANGLADESH – Tel: 8826130 –9894349– Fax: 00880-2-882399

INTL ISLAMIC RELIEF ORG
IN SAUDI ARABIA
BANGLADESH OFFICE - DHAKA

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب بنغلادش – داكا

برنـامج الدعوة والدعـاة .

قائمة أسماء الدعاة التابعين للهيئة عددهم (٥٩) داعية و(٣) مشرف

دكـا – بنجـلاديش

| م | اسم الداعية | رقم الملف | تاريخ التعيين | مقر العمل | ملاحظات |
|---|---|---|---|---|---|
| ٢٥ | محمد محمد عز حمزه | ٦٥٢ | ٢٠٠٣/٤/٣٠م | كالي غنج | |
| ٢٦ | محمد ذو الفقار شمسير | ١١٦٢ | ٢٠٠١/١٠/١م | نرائل | |
| ٢٧ | محمد رضاء الكريم إمداد الحق | ١١٧٩ | ١٤٢٠/٧/١هـ | غوفال فور | |
| ٢٨ | محمد روح الأمين نور محمد | ٧٩ | ٠ | داكا | |
| ٢٩ | محمد سخاوت حسين | ١١٧٠ | ١٤٢٠/١٢/٣٠هـ | جسور | |
| ٣٠ | محمد سراج الإسلام | ١١٨٩ | ١٤٢٠/٧/١هـ | فابنا | |
| ٣١ | محمد سعيد الرحمن أبو الحسن | ٦٥٩ | ٠ | ناتور | |
| ٣٢ | محمد سعيد الرحمن محمد خليل | ٦٥٧ | ١٤٢٠/٧/١هـ | نباب غنج | |
| ٣٣ | د/محمد سكندر علي | ٦٧٤ | ٠ | جيناائداه | |
| ٣٤ | محمد سليمان شمس الدين | ١١٧٥ | ٠ | نرائن غنج | |
| ٣٥ | محمد شريف حسين فيض الله | ١١٧٨ | ٠ | شريعت فور | |
| ٣٦ | محمد منير الحق | ١١٦٦ | ٢٠٠٣/٧/١م | داكا | |
| ٣٧ | محمد عبد الرحيم يوسف | ١١٩١ | ١٤٢٠/٧/١هـ | داكا | |
| ٣٨ | محمد عبد الرزاق نجم الحق | ١١٩٠ | ٠ | غائيبندة | |
| ٣٩ | محمد عبد القادر أفسر الدين | ١١٥٩ | ٢٠٠٠/٩/١م | داكا | |
| ٤٠ | محمد عبد الله المعتصم بالله | ١٢٠٣ | ١٤٢٠/٧/١هـ | مهر فور | |
| ٤١ | محمد عبد الودود | ١١٨١ | ٢٠٠٢/٩/١م | مير فور | |
| ٤٢ | محمد عبد المتين عبد الستار | ١١٦١ | ٢٠٠٠/١٠/١م | رنغفور | |
| ٤٣ | عبد الباري مزمل الحق | ١١٧٦ | ٢٠٠١/١٢/١م | داكا | |
| ٤٤ | محمد عتيق الرحمن | ١٢٠١ | ١٤٢٠/٧/١هـ | فيروج فور | |
| ٤٥ | محمد عبد الخالق | ١١٦٨ | ٢٠٠٢/١٠/١م | سنام غنج | |
| ٤٦ | محمد علي نذير أحمد | ١١٩٩ | ١٤٢٠/٧/١هـ | كوكسبازار | |
| ٤٧ | محمد فضل الكريم مياجي | ١١٨٧ | ٠ | كوملا | |

منزل : ٤٨/إي – شارع : ١٣/سي – مدينة بناني العصرية – داكا – بنغلادش – هاتف : ٨٨٢٦١٣٠– ٩٨٩٤٣٤٩ – فاكس : ٠٠٨٨٠-٢-٨٨٢٣٩٩٥
House: 48/E – Road: 13/C – Banani Model Town – Dhaka – BANGLADESH – Tel: 8826130 –9894349– Fax: 00880-2-8823995

The Muslim World League
INTL ISLAMIC RELIEF ORG
IN SAUDI ARABIA
BANGLADESH OFFICE - DHAKA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب بنغلادش – داكا

برنـــامج الدعوة والدعـــاة .

قائمة أسماء الدعاة التابعين للهيئة عددهم (٥٩ ) داعية و(٣) مشرف

دكـا – بنجـلاديش

| م | اسم الداعية | رقم الملف | تاريخ التعيين | مقر العمل | ملاحظات |
|---|---|---|---|---|---|
| ٤٨ | مدثر حسين | ١٠٧ | • | خولنا | |
| ٤٩ | عبد الكبير عبد الرحمن | ١١٦٠ | • | داكا | |
| ٥٠ | محمد ناصر الدين عبد المنان | ١١٧٣ | • | غازيفور | |
| ٥١ | محمد نظام الدين عبد القادر | ١١٦٧ | • | داكا | |
| ٥٢ | عبد الستار مزمل الحق | ١١٨٨ | ١/٢/٢٠٠٣م | نرشندي | |
| ٥٣ | محمد نور الإسلام عبد الجبار(١) | ٦٠٤ | ١/٧/١٤٢٠هـ | مومن شاهي | |
| ٥٤ | حافظ محمد نور الإسلام عبد الجبار (٢) | ١١٧٧ | • | غولشان داكا | |
| ٥٥ | محمد نور الحق زلفت على | ١١٩٧ | ٣٠/١٢/١٤٢٠هـ | جمال فور | |
| ٥٦ | محمد هزون الرشيد أمير الدين | ١١٨٦ | ١/٧/١٤٢٠هـ | داكا | |
| ٥٧ | محمد هزون الرشيد طيب على | ١١٧٢ | • | تنغانيل | |
| ٥٨ | محمد يونس قاضي غلام قادر | ١١٩٦ | • | بندربند | |
| ٥٩ | محمد يونس عبد الحليم | ١١٦٣ | ١/١٠/٢٠٠١م | كوكسبازار | |
| ٦٠ | نذير أحمد ظل الرحمن | ٦٦٠ | ١/٧/١٤٢٠هـ | راجشاهي | |
| ٦١ | ولى الله عبد المطلب | ١١٦٩ | • | نتروكونا | |
| ٦٢ | حافظ محمد شمس الضحي | – | ١/١٠/٢٠٠٢م | دار الإحسان داكا | |

منزل : ٤٨/إي – شارع : ١٣/سي – مدينة بناني العصرية – داكا – بنغلادش – هاتف : ٨٨٢٦١٣٠ –٩٨٩٤٣٤٩ – فاكس : ٠٠٨٨٠-٢-٨٨٢٣٩٩٥
House: 48/E – Road: 13/C – Banani Model Town – Dhaka – BANGLADESH – Tel: 8826130 –9894349– Fax: 00880-2-8823995

DocuSign Envelope ID: 2C60AAF9-6BD7-450B-B880-0C1EBECCE63F

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190308_5SM (Harbi)

**Language**: Arabic > English

**Document title**: IIRO 54529-54533

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience

**Signed**: Farah Alshekhli **Date**: March 15, 2019