# EXHIBIT

# “224”

**The Muslim World League** **[Duplicate Text]**
**International Islamic Relief Organization**
In Saudi Arabia
Bangladesh Office – Dhaka

[Computerized archive: 1]
[logo: **International Islamic Relief Organization**
**In the Kingdom of Saudi Arabia**]

Number: 375/SBK/23
Date: 22/5/1423 AH- 01 August, 2002 AD
Subject: Attaching the course documents and requesting reimbursement for the Office

**Dr. Ahamd bin Nafi' al-Muri'i**, Supervisor of the Noble Quran and Propagation Program, **may God keep and protect him!**

**Mr. Ghazi bin Hasan Arfashah**, Director of the Financial Department**, may God keep and protect him**!

May God's peace, mercy, and blessings be upon you!

I hereby attach for your excellency all the paperwork and documents related to the Shari'ah course that the Office held when Mr. Fawzi Muhammad Jamal was the office director. Since the course money was not received, the former office director disbursed the expenses for holding the course, which totaled 18458,21 Riyals from the Office's general account. Therefore, we hope that you will reimburse the Office. The correspondence related to this topic is hereby attached.

May God keep and preserve you!

Fahd Muhammad Sanad al-Harbi
[Signed]
Director of the Regional Office of Bangladesh

[Handwritten: Brother Ashraf, I want to know about this topic in detail. Signed!]
[Handwritten: To be submitted to the Shaykh for review]

General Incoming
International Islamic Relief Organization
Administrative Correspondence

Incoming no.: 8627. Date: 1/6/1423 AH-10 August, 2002
Attachments:
Responsible Committee: Propagation Committee

Propagation. Letter 020731M1003M

House: 48/E – Road: 13/C – Banani Model Town – Dhaka – Bangladesh – Tel: 8826130 – 604193 – Fax: 00880 -2-8823995 [Duplicate Text]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.



EXHIBIT
HARBI 168

**The Muslim World League**
**International Islamic Relief Organization**
In Saudi Arabia
Bangladesh Office – Dhaka

**[Duplicate Text]**

[logo: **International Islamic Relief Organization**
**In the Kingdom of Saudi Arabia**]

Number: 732/SBK/22
Date: 23/7/1422 AH-10 October, 2001
Subject: As regards holding the propagation course based on your request to expedite the date

**Dr. Ahmad bin Nafi' al-Muri'i,** President of the Committee for Propagation and Propagators, **may God keep and protect you!**

May God's peace, mercy, and blessings be upon you!
[Seal: Illegible text, No. 10557, 26 27, Propagation Committee]

This is in reference to your letter number 207/6195/22 dated 27/6/1422 AH -15 September, 2001 AD following our reply-letter number 574/SBK/22 dated 26/5/1422 AH -16 August, 2001 AD, which says that the Committee asked over the phone to adjourn the course because the Riyadh Office apologized for not sending participants at the time set by our Office, without obtaining an approval from the Committee. The Riyadh Office has linked its financial contribution to securing the course expenses with it taking part in the administrative supervision of the course and implementing its academic program, so that this would be one of the Office's achievements in serving Da'wa (propagation). This would make it difficult to consider reimbursing our Office for the course expenses indicated in our letter mentioned above.
We would like to inform you that the date of the course was expedited upon your request in:
Your letter number 207/3914/22 dated 14/4/1422 AH - 05 July, 2001 AD, in which it was written: "We hope that you will let us know as soon as possible of the suitable date for holding the course. Before that, take your time to prepare in the way that would ensure that the course will achieve its objectives."
And, in your letter number 207/4439/22 dated 1/5/1422 AH - 22 July, 2001 AD, in which it was written: "Since the summer holiday is almost over, the Committee for Propagation and Propagators is keen to hold the course as soon as possible to benefit from the professors who are free during the holiday. So please let us know as soon as possible of the suitable time to hold the course."
Based on these instructions, the course was set to be held the soonest, as reflected in our letter number 516/SFK/22 dated 7/5/1422 AH - 28 July, 2001 AD. The course was set to be held on Saturday 14 Jumada I, 1422 AH - 04 August, 2001 AD. This means that you were notified one week before the date, and also over the phone during the phone call between you and the Office director, Shaykh Fawzi bin Hasan bin Muhammad Jamal. Copies of the letters mentioned above are attached.

House: 48/E – Road: 13/C – Banani Model Town – Dhaka – Bangladesh – Tel: 8826130 – 604193 – Fax: 00880 -2-8823995 [Duplicate Text]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

**The Muslim World League**
**International Islamic Relief Organization**
In Saudi Arabia
Bangladesh Office – Dhaka

**[Duplicate Text]**

[logo: **International Islamic Relief Organization**
**In the Kingdom of Saudi Arabia**]

Number:
Date:
Subject

Your excellency, you were also informed in our letter number 540/SFK/22 dated 16/5/1422 AH - 06 August, 2001 AD that it is impossible for the Office to delay the course date, for scholars and propagators were already contacted by then and came from all over Bangladesh. Also, we arranged and coordinated with an Islamic institution, which cooperated with us on this course. Therefore, we hope that you will relieve our Office in Bangladesh of this commitment.

May God bless your charitable efforts and reward you.

Director of the Organization's office in Bangladesh
[Signed]
On his behalf:
Fawzi bin Hasan bin Muhammad Jamal

[Handwritten]: Brother Ra'fat 27/7 [signed]

House: 48/E – Road: 13/C – Banani Model Town – Dhaka – Bangladesh – Tel: 8826130 – 604193 – Fax: 00880 -2-8823995 [Duplicate Text]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

**Muslim World League**
**Islamic Relief Organization**
Kingdom of Saudi Arabia
Committee for Propagation and Propagators

[logo: **International Islamic Relief Organization In the Kingdom of Saudi**

**[Duplicate Text]**

Number: 207/4755/22
Date: 9/5/1422 AH-30 July, 2001

Subject: Concerning the training course program
[Handwritten: Bangladesh File]

**(Important Fax)**

**Director of the Organization's Office in Riyadh, may God protect you!**

**May God's peace, mercy, and blessings be upon you!**

**The Committee for Propagation and Propagators is pleased to send you its greetings and best wishes for permanent success in serving Islam and Muslims.**

In reference to your letter number 722/8/T dated 12/4/1422 AH-03 July, 2001 AD, about the request to provide you with the program that the Committee for Propagation and Propagators has prepared for the training course that is supposed to be held in Bangladesh, we enclosed the following items to you:

1. A copy of the letter coming from the Organization's Office in Bangladesh (correspondence number 6684/22) about the date the course starting which is Saturday 14/5/1422 AH - 04 August, 2001 AD.
2. The schedule suggested by the Committee for the propagators training course for a period of ten days (one page).
3. The curriculum suggested by the Committee for the propagators training course, including the targeted themes and the suggested items of the course (four pages).

In case you wish to change the course date, we hope that you will contact the Bangladesh office soon to coordinate with it, and let us know what you have agreed on. May God reward you.

**Please accept our respect and appreciation,**

President of the Committee for Propagation and Propagators
[Signed]
Dr. Ahmad bin Nafi' al-Muri'i

[Seal]: Islamic Relief Organization
Secretariat-General

Please quote above ref. No. and date when replying. [Duplicate Text]

[Duplicate Text]
Address: P.O.Box 14843 Jeddah 21434 – Tel.: 6512333 – 6515411 – Fax: 6518491 – Tlx: 60675754 IGATHA SJ
Email: relief@iirosa.org

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

**The Muslim World League**
**International Islamic Relief Organization**
In Saudi Arabia
Bangladesh Office – Dhaka [Logo]

[logo: **International Islamic Relief Organization In the Kingdom of Saudi Arabia**]

Number: 516/S.email.K/22
Date: 7/5/1422 AH - 28 July, 2001 AD
Subject: The Shari'ah course program for training imams and propagators in Bangladesh

**Your Excellency, Dr. Ahmad bin Nafi' al-Muri'i,** President of the Committee for Propagation and Propagators, **may God keep and protect you!**

May God's peace, mercy, and blessings be upon you!

The Department of Propagation and the Director of the Organization's Office in Bangladesh send you the best greetings and congratulations, praying that God grant you the best, and reward you for the good efforts you exert on the way to serving Islam, Muslims, and propagation all over the world.

We would like to inform you that it has been decided to hold the Shari'ah course for training imams and propagators at our Office as of Saturday 14 Jumada I, 1422 AH - 4 August, 2001 AD, based on the phone call between us and Mr. Ashraf Salem of the Propagation Committee in Jeddah.

We hope that the respected Shaykhs sent by you to give lectures will attend as of Wednesday 11/5/1422 AH - 1/8/2001 AD, so that we can rest assured that they have arrived, and to complete our arrangements with them.
We have prepared the site, the required program, and the local qualified lecturers who will cooperate with the Organization to implement the program.

Finally, we pray that God will give you guidance and success. May God's peace, mercy, and blessings be upon you!

Your brother,
Director of the Organization's Office in Bangladesh
Fawzi bin Hasan bin Muhammad Jamal

General Incoming
International Islamic Relief Organization
Administrative Correspondence

Incoming no.: 6684 Date: 8/5/1422 AH - 29 July, 2001AD
Attachments: Nil
Competent Party: Teachers Committee

House: 48/E – Road: 13/C – Banani Model Town – Dhaka – Bangladesh – Tel: 8826130 – 604193 – Fax: 00880 -2-8823995 [Duplicate Text]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

**International Islamic Relief Organization**
In Saudi Arabia
[Logo]

[logo: **International Islamic Relief Organization In the Kingdom of Saudi Arabia**]

**[Duplicate Text]**

Number:
Date: 14/4/1422 AH - 05 July, 2001 AD

Subject: Riyadh Office

[Handwritten Letter:]
Mr. Muhammad Al-Suwaylih has been contacted regarding the course that is supposed to be held in Bangladesh. He provided the following details:

- The Office has a teamwork to undertake the task, but it cannot identify the names before knowing the set date.
- The office is now developing a perspective for the course program, drawing on the broad lines sent by the Committee, some scholars in Riyadh, some of the Bengali students themselves, as well as the community awareness centers.
- The Office knows that this is the first course of its type. Given the late and quick preparation, all the desired objectives of the course might not be fulfilled. However, the course will definitely be useful to the participants. Also, it will be a useful experience for next times.
- He promised to keep us posted regarding everything that the Office decides concerning the course's academic and organizational programs.

[Dupicate Text]
Address: P.O.Box 14843 Jeddah 21434 – Tel.: 6512333 – 6515411 – Fax: 6518491 – Tlx: 60675754 IGATHA SJ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

[Illegible text]

**Muslim World League**
**International Islamic Relief Organization**
In Saudi Arabia
Riyadh Office
Department of Geographic Sectors

[logo: **International Islamic Relief Organization In the Kingdom of Saudi Arabia**]

**[Duplicate Text]**

Number: 722/8/T
Date: 12/4/1422 AH- 03 July, 2001

Subject: Regarding the training course
Attachments:

Dr. Ahamd bin Nafi' Al-Muri'i, President of the Committee for Propagation and Propagators at headquarters of the International Islamic Relief Organization

May God's peace, mercy, and blessings be upon you!

We would like to thank you for your blessed efforts in serving Islam and Muslims. We are writing this letter because we wish to know the program that has been prepared for the propagators training course that is supposed to be held by the organization in Bangladesh, as well as the date for holding this program, so we can take the necessary action in this regard.

May God keep and protect you!

Director of the International Islamic Relief Organization
Riyadh Office
[Signed]
Ali bin Abdullah Al-Jaris

General Incoming
International Islamic Relief Organization
Administrative Correspondence

Incoming no.: 5393 Date: 1/4/1422 - 22 June, 2001 AD
Attachments: Nil
Competent Party: Teachers Committee

The month of Rabi II, [Illegible year].

[Duplicate Text]
Tel: 4930033 – Fax: 4933733 – P.B. Box: 61261 – Riyadh: 11565 – Kingdom of Saudi Arabia

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

**Muslim World League**
**International Islamic Relief Organization**
The Kingdom of Saudi Arabia
Committee for Propagation and Propagators

[logo: **International Islamic Relief Organization In the Kingdom of Saudi Arabia**]

**[Duplicate Text]**

Number: 207/4439/22
Date: 1/5/1422 AH - 22 July, 2001 AD

Subject: Request for information about the expected date of the course

**(Important and Urgent Fax)**

**Director of the Organization's Office in Bangladesh, may God protect you!**

**May God's peace, mercy, and blessings be upon you!**

The Committee for Propagation and Propagators is pleased to send you its greetings, and wishes you the best for permanent success in serving Islam and Muslims.

In reference to your reply-letter number 461/SFK/22 dated 25/4/1422 AH - 16 July, 2001 requesting advice on the possibility of holding a training and qualifying course for the Organization's propagators in Bangladesh and the potential expenses of the course, we would like to inform you that the Committee has agreed to assign an amount of 25,000 (twenty-five thousand Saudi Riyals) to hold the course for ten days only. The number of attending propagators should not be less than one hundred, including mosque propagators and imams whom the Organization supports in Bangladesh, so that visitors will be able to meet them. The said cost should cover all the administrative and living expenses, the local lecturers' awards, costs of certificates, gifts, publications, and media (attached is a perspective on the cost break-down).

We also attach for you the items constituting the broad lines of the course, so as to arrange with two or three competent lecturers who can cooperate with whomever the Committee will send from the Kingdom to implement the course.
Since the summer holiday is almost over, the Committee for Propagation and Propagators is keen to hold the course as soon as possible to benefit from the professors who are free during the holiday. So please let us know as soon as possible of the suitable time to hold the course.

Please accept our respect and appreciation!

President of the Committee for Propagation and Propagators
[signed]
Dr. Ahmad bin Nafi' al-Muri'i

[Seal]: Islamic Relief Organization
Secretariat-General

Please quote above ref. No. and date when replying. [Duplicate Text]

[Duplicate Text]
Address: P.O.Box 14843 Jeddah 21434 – Tel.: 6512333 – 6515411 – Fax: 6518491 – Tlx: 60675754 IGATHA SJ
Email: relief@iirosa.org

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

**The Muslim World League**
**International Islamic Relief Organization**
In Saudi Arabia
Bangladesh Office – Dhaka

**[Duplicate Text]**
[logo: **International Islamic Relief Organization In the Kingdom of Saudi Arabia**]

General Incoming Mail
Administrative Correspondence
Incoming mail no. 6127 Date: 26/04/1422 - 17 July, 2001

Number: 461/SFK/22
Date: 25/4/1422 AH-16 July, 2001
Subject:

**Dr. Ahmad bin Nafi' Al-Muri'i,** President of the Committee for Propagation and Propagators, **may God protect you!**

May God's peace, mercy, and blessings be upon you!

The Office of the International Islamic Relief Organization sends you the best greetings and wishes you permanent success. May Allah makes our deeds and yours sincere for His sake, and inscribe them on sheets of light in our scales of reward in the Day of Judgment, the Day wherein neither wealth nor sons will avail, except him who brings to Allah a pure heart.

In reference to your letter number 207/3914/22 dated 4/4/1422 AH - 25 June, 2001 AD, regarding the request for advice on the expected date of the course, we would like to inform you that the course can be held in the summer of this year, as soon as possible, probably within two weeks after your kind approval in writing. Participants in the course should (Illegible) one hundred propagators: sixty-one from the Organization, and the rest should be full-time students. God willing, arrangements will be made to rent a place with halls that will accommodate this number. The teaching facilities will be procured at a suitable price, within five thousand riyals, including the site and lecture hall rentals. We will need food, (Illegible), transportation and gifts expenses as follows:

a) [Two halls?] for accommodation and lectures: 5000 Riyals
b) [Food?] for one hundred persons over fifteen days: 5x15-75x100= 7500 Riyals
c) (Illegible) two times during the course: 50X100= 5000 Riyals
d) Students' awards: 100x100 = 10000 Riyals
e) Teachers' awards: 10X500 = 5000 Riyals
f) Fees for workers, guards, and cooks = 2000 Riyals
g) Other expenses (print-outs, photocopies, boards, loud speakers) = 1500 Riyals

Total: 36,000 Saudi Riyals

House: 48/E – Road: 13/C – Banani Model Town – Dhaka – Bangladesh – Tel: 8826130 – 604193 – Fax: 00880 -2-8823995 [Duplicate Text]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

**[Duplicate Text]**

**The Muslim World League**
**International Islamic Relief Organization**
In Saudi Arabia
Bangladesh Office – Dhaka

[logo: **International Islamic Relief Organization In the Kingdom of Saudi Arabia**]

Number: 461/SFK
Date: 25/4/1422 AH - 16 July, 2001 AD
Subject:

- It would be good to offer some gifts, such as tapes, religious books, the Holy Quran, etc.
- Some local or native scholars could be recommended to teach in return for a symbolic award, as referenced above in point "d".

This is for your information. We look forward to your instructions. Thank you for your good cooperation. We pray that God the Almighty guide us all to goodness and success and keep us all from evils. May God bestow the best reward on you. Please accept my greetings and respect.

Your brother
Director of the Bangladesh Office
[Signed]
Fawzi bin Hasan bin Jamal

House: 48/E – Road: 13/C – Banani Model Town – Dhaka – Bangladesh – Tel: 8826130 – 604193 – Fax: 00880 -2-8823995 [Duplicate Text]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

**Muslim World League**
**International Islamic Relief Organization**
The Kingdom of Saudi Arabia
Committee for Propagation and Propagators

[logo: **International Islamic Relief Organization In the Kingdom of Saudi Arabia**]

**[Duplicate Text]**

Number: 207/3858/22
Date: 13/4/1422 AH - 04 July, 2001 AD
Subject: (Illegible handwritten text in a circle)

**Director of the Organization's Office in Bangladesh, may God protect you!**

**May God's peace, mercy, and blessings be upon you!**

**The Committee for Propagation and Propagators is pleased to send you its greetings and best wishes for permeant success in serving Islam and Muslims.**

In reference to your letter number 257/SFK dated 11/3/1422 - 03 June, 2001 AD that requests the approving of a financial aid to brother Muhammad Abd al-Qadir Afsar to help him get married, we thank you for the attention toward your personnel. We also pray that God will grant the said brother success and easiness. However, we are sorry that we cannot fulfill your request, because there is no item on the budget of the Committee for Propagation and Propagators that makes it possible.

Please accept our respect and appreciation.

President of the Committee for Propagation and Propagators
[Signed]
Dr. Ahmad bin Nafi' al-Muri'i

Please quote above ref. No. and date when replying. [Duplicate Text]

[Duplicate Text]
Address: P.O.Box 14843 Jeddah 21434 – Tel.: 6512333 – 6515411 – Fax: 6518491 – Tlx: 60675754 IGATHA SJ
Email: relief@iirosa.org

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

[logo: **International Islamic Relief Organization In the Kingdom of Saudi Arabia**]

**Muslim World League**
**International Islamic Relief Organization**
**The Kingdom of Saudi Arabia**
Committee for Propagation and Propagators

**[Duplicate Text]**

Number: 207/285/22
Date: 6/1/1422 AH - 31 March, 2001 AD

Subject:

**(Fax)**

**Director of the Organization's Office in Riyadh, may God protect you!**

**May God's peace, mercy, and blessings be upon you!**

**The Committee for Propagation and Propagators is pleased to send you its greetings and best wishes for permeant success in serving Islam and Muslims. Happy new Hijri year!**

This is in reference to your reply-letter number 2176/8/F dated 30/12/1421 AH - 25 March, 2001 AD concerning the request for advice on your Office's approval to fund, with an amount of 10,500 (ten thousand and five hundred Saudi Riyals), a training course that the Committee for Propagation and Propagators has suggested to hold for the propagators whom they support in Bangladesh.

We would like to thank you for your kind response to the Committee's request. We hope that you will notify us upon depositing the donation in the Secretariat-General's accounts. We also hope that you will recommend two scholars from the members of the branch Committee for Propagation in Riyadh to supervise the course. Please notify us of their names and the right date of their travel, so that we will be able to assign the Office to prepare for the course. We would like to tell you that the course curriculum consists of the provision of a detailed explanation of the items of "The Program and Plan of work of the Committee for Propagation" for the participating propagators. They will be tested in these items and their comprehension of the program will be evaluated.

**Please accept our respect and appreciation.**

**President of the Committee for Propagation and Propagators**
**[Signed]**
**Dr. Ahmad bin Nafi' Al-Muri'i**

[Seal]: International Islamic Relief Organization, Headquarters

Please quote above ref. No. and date when replying. [Duplicate Text]

[Duplicate Text]
Address: P.O.Box 14843 Jeddah 21434 – Tel.: 6512333 – 6515411 – Fax: 6518491 – Tlx: 60675754 IGATHA SJ
Email: relief@iirosa.org

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

١

The Muslim World League
INTL ISLAMIC RELIEF ORG.
IN SAUDI ARABIA
BANGLADESH OFFICE - DHAKA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب بنغلادش – داكا

الأرشيف الآلي ١

الرقم : ٣٧٥/ص ب غ ع
التاريخ : ٢٢/٥/١٤٢٣هـ
الموضوع: إرفاق سندات الدورة مع طلب تعويض المكتب عنها.

**سعادة الدكتور/ أحمد بن نافع المورعي** [مشرف برنامج القرآن الكريم والدعوة]**حفظه الله ورعاه**

**سعادة الأستاذ/ غازي بن حسن عرفشة** [مدير الإدارة المالية] **حفظه الله ورعاه**

السلام عليكم ورحمة الله وبركاته وبعد ،

أرفق لسعادتكم كافة الأوراق والمستندات الخاصة بإقامة الدورة الشرعية التي أقامها المكتب أثناء تولي الأستاذ/فوزي محمد جمال إدارة المكتب.ونظرًا لعدم وصول المبلغ الخاص بالدورة فقد قام مدير المكتب السابق بصرف تكاليف إقامة تلك الدورة والبالغ قيمتها ١٨٤٥٨,٢١ ريال من الحساب العام للمكتب.

لذا نأمل التكرم بتعويض المكتب عن هذا المبلغ.

ونرفق لسعادتكم المكاتبات التي دارت حول هذا الموضوع.

والله يحفظكم ويرعاكم.

للعرض على الشيخ

الوارد العام
٨٦٢٧ التاريخ ١/٦/١٤٢٣هـ
للمختص ... كات
لحين الحوار ...

فهد محمد سند الحربي

مدير مكتب بنجلاديش. الإقليمي

١٤٢١/... ش ع
أريد معرفة الموضوع
كاملًا

الدعوة خطاب ٢١ ٠٧ ٢٠م ٠٣ ٠١٠م

منزل : ٤٨/إي – شارع : ١٣/سي – مدينة بناني العصرية – داكا – بنغلادش – هاتف : ٨٨٢٦١٣٠ – ٦٠٤١٩٣ – فاكس : ٨٨٠٠–٢–٨٨٢٣٩٩٥
House: 48/E – Road: 13/C – Banani Model Town – Dhaka – BANGLADESH – Tel: 8826130 – 604193 – Fax: 00880-2-8823995

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

The Muslim World League
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA
BANGLADESH OFFICE - DHAKA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب بنغلادش – داكا

الرقم : ٧٣٢ / ص.ب.خ/٢٢

التاريخ : ٢٣/٧/٢٢

الموضوع: بخصوص البدأ في الدورة الدعوية بناء علي استعجالكم بسرعة تحديد الموعد

**سعادة الدكتور / أحمد بن نافع المورعي** **حفظه الله ورعاه**

رئيس لجنة الدعوة والدعاة

١٠٠٥٧

السلام عليكم ورحمة الله وبركاته وبعد ،،،

إشارة إلي خطابكم الكريم ذي الرقم ٢٠٧/٦١٩٥/٢٢ بتاريخ ١٤٢٢/٦/٢٧ هـ والمعطوف علي خطابنا الجوابي رقم ٥٧٤/ص ب خ /٢٢ بتاريخ ١٤٢٢/٥/٢٦ هـ والمفاد فيه بطلب اللجنة هاتفيا تأجيل الدورة نظرا لاعتذار مكتب الرياض عن إيفاد مشاركين في الموعد التي حدده مكتبنا دون الفصول علي موافقة من اللجنة حيث ربط مكتب الرياض مساهمته المالية في تأمين تكاليف الدورة بالمشاركة في الإشراف الإداري علي الدورة وتنفيذ برنامجها العلمي لتكون إحدي إنجازات المكتب لخدمة الدعوة مما يتعذر مع إمكانية النظر في تعويض مكتبنا عن نفقات الدورة المبنية في خطابنا المشار إليه أعلاه .

نفيد سعادتكم أنه تم الاستعجال في تحديد موعد الدورة ، وذلك بناء علي طلبكم الكريم بالخطابين ذي الرقم ٢٠٧/٣٩١٤/٢٢ في ١٤٢٢/٤/١٤ هـ حيث كتب بالنص الواحد " نأمل منكم التكرم بموافاتنا عاجلا بالموعد المناسب لإقامة الدورة علي أن يكون في أقرب فرصة ممكنة بعد أخذ الوقت اللازم لكم للقيام بالإعداد والتجهيز بالكيفية التي تؤمن نجاح الدورة في تحقيق أهدافها "

وفي خطابكم ذي الرقم ٢٠٧/٤٤٣٩/٢٢ في ١٤٢٢/٥/١ هـ حيث كتب بالنص " ونظرا لأن العطلة الصيفية أوشكت علي الانتهاء فإن " لجنة الدعوة والدعاة تحرص علي إقامة هذه الدورة في أقرب وقت للاستفادة من الأساتذة المتفرغين خلال عطلة الصيفية لذا نأمل التكرم بموافاتنا عاجلا بالموعد المناسب لإقامة الدورة في أقرب فرصة ممكنة "

وبناء علي هذه التوجيهات تم تحديد الموعد في أقرب فرصة وذلك بخطابنا ذي الرقم ٥١٦/ ص ف خ /٢٢ في ١٤٢٢/٥/٧ هـ حيث حدد موعد الدورة في يوم السبت ١٤ / جمادي الأولي ١٤٢٢ هـ أي تم إخطاركم قبل الموعد بأسبوع وكذلك بالمحادثة الهاتفية من سعادتكم وسعادة مدير المكتب الشيخ/ فوزي بن حسن بن محمد جمال ومرفق صور من الخطابات المذكورة أعلاه .

منزل : ٤٨/إي – شارع : ١٣/سي – مدينة بناني العصرية – داكا – بنغلادش – هاتف : ٨٨٢٦١٣٠ – ٦٠٤١٩٣ – فاكس : ٨٨٢٣٩٩٥-٢-٠٠٨٨٠
House: 48/E – Road: 13/C – Banani Model Town – Dhaka – BANGLADESH – Tel: 8826130 – 604193 – Fax: 00880-2-8823995

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

The Muslim World League
INTL ISLAMIC RELIEF ORG
IN SAUDI ARABIA
BANGLADESH OFFICE - DHAKA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب بنغلادش – داكا

الرقم :

التاريخ :

الموضوع:

وتم أيضا إبلاغ سعادتكم بخطابنا ذي الرقم ٥٤٠/ ص ف خ / ٢٢ بتاريخ ١٤٢٢/٥/١٦ هـ بعدم إمكانية المكتب تأخير موعد الدورة حيث تم الارتباط مع العلماء والدعاة وجاؤو من مختلف أنحاء بنغلاديش هذا بالإضافة أنه تم الإعداد والتنسيق مع إحدي المؤسسات الإسلامية وتعاونت معنا في هذه الدورة .

لذا نأمل التكرم بإنزال هذه العهدة عن مكتبنا في بنجلاديش .

بارك الله في جهودكم الخيرة وجزاكم الله خيرا .

مدير مكتب الهيئة بنغلاديش

فوزي بن حسن بن محمد جمال

منزل : ٤٨/إي – شارع : ١٣/سي – مدينة بناني النموذجية – داكا – بنغلاديش – هاتف : ٨٨٢٦١٣٠– ٦٠٤١٩٣ – فاكس : ٠٠٨٨٠-٢-٨٨٢٣٩٩٥
House: 48/E – Road: 13/C – Banani Model Town – Dhaka – BANGLADESH – Tel: 8826130 – 604193 – Fax: 00880-2-8823995

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

WORLD LEAGUE
ISLAMIC RELIEF ORG.
KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
لجنة الدعوة والدعاة

Sub. : الموضوع : بخصوص برنامج الدورة التدريبية

No ٢٢/٤٦٥٥/٢٧ : الرقم
Date ١٤٢٢/٥/٩هـ : التاريخ

(فاكس هام)

سعادة مدير مكتب الهيئة بالرياض حفظه الله

السلام عليكم ورحمة الله وبركاته

يطيب لـ"لجنة الدعوة والدعاة" أن تهديكم تحياتها مع أطيب أمنياتها لكم بدوام السداد والتوفيق في خدمة الإسلام والمسلمين .. وبعد :

فبالإشارة إلى خطابكم رقم ٧٢٢/٨/ط بتاريخ ١٤٢٢/٤/١٢هـ المتضمن طلب تزويدكم بالبرنامج المعد من قبل "لجنة الدعوة والدعاة" للدورة التدريبية المزمع إقامتها في بنجلاديش، نرفق لسعادتكم –طيًا– ما يلي :-

١- صورة الخطاب الوارد من مكتب الهيئة ببنجلاديش (بالمعاملة رقم ٢٢/٦٦٨٤) المتضمن تحديد موعد إقامة الدورة إعتبارًا من يوم السبت ١٤٢٢/٥/١٤هـ .

٢- الجدول المقترح من قبل اللجنة لدورة تأهيل الدعاة لمدة عشرة أيام (صفحة واحدة) .

٣- المنهج المقترح من قبل اللجنة لدورة تأهيل الدعاة مشتملاً على المحاور المستهدفة وعناصر الدورات المقترحة (أربعة صفحات) .

ونأمل في حالة رغبتكم في إدخال أي تعديلات على موعد الدورة التكرم بالاتصال عاجلا بمكتب بنجلاديش للتنسيق معه ، وإشعارنا بما يتم الاتفاق عليه ، وجزاكم الله خيرًا .

وتفضلوا بقبول فائق الاحترام والتقدير ،،،

رئيس لجنة الدعوة والدعاة

د. أحمد بن نافع المورعي



العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 120388

The Muslim World League
INTL ISLAMIC RELIEF ORG
IN SAUDI ARABIA
BANGLADESH OFFICE - DHAKA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب بنغلادش - داكا

الرقم : ٥١٦/ ص.أميل.خ/٢٢
التاريخ :١٤٢٢/٥/٧هـ
الموضوع: برنامج الدورة الشرعية لتأهيل الأئمة والدعاة ببنغلاديش

**سعادة الدكتور/ أحمد بن نافع المورعي** **حفظه الله ورعاه**

**رئيس لجنة الدعوة والدعاة**

السلام عليكم ورحمة الله وبركاته

وبعد :

يهديكم قسم الدعوة وإدارة مكتب الهيئة ببنغلاديش أسمى التحيات والتهانى . سائلين الله عز جل أن [redacted] على ما تبذلونه من جهد مشكور فى سبيل خدمة الدعوة والإسلام والمسلمين فى شتى بقاع المعمورة خير الجز[redacted] .

نفيدكم بأنه تقرر أن تقام الدورة الشرعية لتأهيل الأئمة والدعاة بمكتبنا اعتبارا من يوم السبت ١٤/جمادى الأولى١٤٢٢ هـ الموافق ٤أغسطس٢٠٠١ م وبناء علي الاتصال الهاتفى بيننا وبين الأستاذ/ أشرف سالم بمكتب لجنة الدعوة بجدة .

نرجو التكرم بحضور مشايخنا الكرام الذين سيحضرون من طرفكم لإلقاء المحاضرات اعتبار من يوم الأربعاء ١٤٢٢/٥/١١ الموافق ٢٠٠١/٨/١ م حتى نطمئن علي تواجدهم ولإتمام الترتيبات معهم .

علما بأننا قد أعددنا المكان والبرامج اللازمة والمحاضرين الأكفاء المحليين المطلوبين للتعاون مع الهيئة فى إنف البرنامج .

وأخيرا نسأل الله تعالي لكم التوفيق والسداد .والسلام عليكم ورحمة الله وبركاته

أخوكم
مدير مكتب الهيئة في بنجلاديش

فوزى بن حسن بن محمد جمال

هيئة الإغاثة الإسلامية العالمية
الاتصالات الادارية
الوارد العام
رقم الوارد ٦٦٨٤ التاريخ ٨/ ٥/ ١٤٢٢هـ
المرفقات ..... بدون .....
الجهة المختصة ..... لجنة الدعوة .....

منزل : ٤٨/إي – شارع : ١٣/سي – مدينة بناني العصرية – داكا – بنغلاديش – هاتف : ٨٨٢٦١٣٠– ٦٠٤١٩٣ – فاكس : ٠٠٨٨٠-٢-٨٨٢٣٩٩٥
House: 48/E – Road: 13/C – Banani Model Town – Dhaka – BANGLADESH – Tel: 8826130 – 604193 – Fax: 00880-2-8823995

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO
I.L. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم: ____________

الموضوع: مكتب الرياض

التاريخ: ١٤/٤/١٤٢٢هـ

تم الاتصال بالأستاذ / محمد الصويلح
بشأن الدورة المزمع إقامتها في بنجلاديش
وأفاد بما يلي :-

- المكتب لديه مزيد عمل سيقوم بالمهمة ولكنه لا يستطيع تحديد الأسماء قبل معرفة الموعد المحدد.
- المكتب يقوم الآن بوضع تصور لبرنامج الدورة مستفيداً من الخطوط العريضة التي أرسلتها اللجنة ومن بعض العلماء في الرياض ومن بعض طلاب العلم البنجاليين أنفسهم وكذلك مراكز توعية الجاليات
- يرى المكتب أن هذه الدورة الأولى من نوعها وفي ظل هذا التحضير المتأخر والسريع قد لا تحقق كل أهدافها المرجوة ولكنها بالتأكيد ستكون نافعة للحضور، كما سيستفاد منها كخبرة للمرات القادمة.
- وعد بتزويدنا بكل ما يتوصل إليه المكتب فيما يتعلق بالبرنامج العلمي والتنظيمي للدورة

العنوان: ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت: ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس: ٦٥١٨٤٩١ - تلكس: ٦٠٦٧٥٤ إغاثة إس جي
Address P.O Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx : 606754 IGATHA SJ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

Muslim World League
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA
Riyadh Office

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الرياض
إدارة القطاعات الخيرية

الرقم: ٣٢٧ / ٨ / ط
التاريخ: ١٨ / ٤ / ١٤٢٢هـ

الموضوع: [illegible]
المرفقات: [illegible]

سعادة الدكتور احمد بن نافع المورعي حفظه الله
رئيس لجنة الدعوة والدعاة بهيئة الإغاثة الإسلامية العالمية - المركز الرئيسي -
السلام عليكم ورحمة الله وبركاته ...

فيطيب لنا أن نشكر لكم جهودكم المباركة في خدمة الإسلام والمسلمين.

ونكتب لسعادتكم بشأن رغبتنا في معرفة البرنامج المعد للدورة التدريبية للدعاة والذي ترمع الهيئة إقامته في بنجلاديش، وكذلك موعد إقامة هذا البرنامج، لكي يتسنى لنا عمل مايلزم حيال ذلك.

والله يحفظكم ويرعاكم ...

مدير مكتب
هيئة الإغاثة الإسلامية العالمية بالرياض

علي بن عبدالله الجريس

| هيئة الإغاثة الإسلامية العالمية<br>الاتصالات الادارية | الوارد العام |
|---|---|
| رقم الوارد ...٥٢٩٩... التاريخ ١ / ٤ / ١٤٢٢هـ | |
| المرفقات ......بدون...... | |
| الجهة المختصة ......لجنة الدعاة...... | |

هاتف: ٤٩٣٠٠٢٣ - فاكس: ٤٩٣٣٧٢٢ - ص.ب: ٦١٢٦١ - الرياض: ١١٥٦٥ - المملكة العربية السعودية
Tel. 4930023 - Fax. 4933722 - P.O.Box. 61261 - Riyadh 11565 - Kingdom of Saudi Arabia

WORLD LEAGUE
ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
المملكة العربية السعودية
لجنة الدعوة والدعاة

الرقم : No.: ٩ / ٤٤ ٢٧ / ٩
التاريخ : Date: ١ / ٥ / ١٤٢٢

Sub.: الموضوع :
طلب الإفادة عن الموعد المتوقع للدورة

**( فاكس هام عاجل )**

سعادة مدير مكتب الهيئة في بنجلاديش حفظه الله

السلام عليكم ورحمة الله وبركاته

يطيب لـ"لجنة الدعوة والدعاة" أن تحييكم تحياتها مع أطيب أمنياتها لكم بدوام السداد والتوفيق في خدمة الإسلام والمسلمين وبعد :

فبالإشارة إلى خطابكم الجوابي رقم ٤٦١/ص ف خ/٢٢ بتاريخ ١٥/٤/١٤٢٢هـ المتضمن الإفادة عن إمكانية إقامة دورة لتدريب وتأهيل دعاة الهيئة في بنجلاديش ، مع بيان التكاليف المتوقعة للدورة .

نحيط سعادتكم بأن اللجنة وافقت على تخصيص مبلغ (٢٥,٠٠٠) خمسة وعشرين ألف ريال سعودي لإقامة الدورة لمدة عشرة أيام فقط على ألا يقل عدد الدعاة المشاركين عن مائة داعية على أن يكون الدعاة أئمة المساجد الذين تكفلهم الهيئة في بنجلاديش ليتمكن الزائرون من مقابلتهم ، وأن تشتمل التكلفة المشار إليها على جميع مصاريف الإدارة والإعاشة ومكافآت المحاضرين المحليين والتنقلات والهدايا والمطبوعات والإعلام (مرفق لكم تصور لتوزيع بنود التكلفة) .

كما نرفق لكم العناصر التي تمثل خطوطًا عريضة للدورة للاتفاق مع عدد اثنين أو ثلاثة من المحاضرين الأكفاء الذين يمكنهم التعاون مع من ستوفدهم اللجنة من المملكة لتنفيذ الدورة .

ونظرًا لأن العطلة الصيفية أوشكت على الانتهاء فإن "لجنة الدعوة والدعاة" تحرص على إقامة هذه الدورة في أقرب وقت للاستفادة من الأساتذة المتفرغين خلال العطلة الصيفية ، لهذا نأمل منكم التكرم بموافاتنا عاجلاً بالموعد المناسب لإقامة الدورة في أقرب فرصة ممكنة .

وتفضلوا بقبول فائق الاحترام والتقدير ،،،

رئيس لجنة الدعوة والدعاة

د. أحمد بن نافع المورعي

Please quote above ref. No. and date when replying — Pour répondre, Prière de citer la date et la référence sus - citées — عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
qaseem
Email: relief@iirosa.org : البريد الالكتروني

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

The Muslim World League
رابطة العالم الإسلامي
INTERNATIONAL ISLAMIC RELIEF ORG.
هيئة الإغاثة الإسلامية العالمية
IN SAUDI ARABIA
بالمملكة العربية السعودية
BANGLADESH OFFICE, DHAKA
مكتب بنغلاديش – داكا

المركز العام
الاتصالات الادارية
رقم الوارد ٦١٢٧ التاريخ ٢/٤/١٤٢٢هـ
المرفقات ...
الجهة المختصة ... مجلس الدعوة ...

الرقم : [illegible] / ص ـ ح ـ خ / ٢٢
التاريخ : ٢٥ / ٤ / ١٤٢٢هـ
الموضوع :

**سعادة الدكتور / أحمد بن غانم الموركي حفظه الله ورعاه**

رئيس لجنة الدعوة و الدعاة

السلام عليكم ورحمة الله وبركاته

يهديكم مكتب هيئة الإغاثة الإسلامية العالمية أطيب التحيات وأعطرها ويتمنى لكم دوام التوفيق و... يجعل أعمالنا وإياكم خالصة لوجهه تعالى ويجعلها في صحائف من نور في موازين الحسنات يوم لا ينفع مال ولا بنون إلا من أتى الله بقلب سليم ... أما بعد :

إشارة إلى خطابكم ذي الرقم ٢٠٧/٣٩١٤/٢٢ بتاريخ ٤/٤/١٤٢٢هـ بخصوص مشروع الإفادة عن الموعد المتوقع للدورة نفيد سعادتكم بإمكانية إقامة الدورة في صيف هذا العام وفي أقرب [illegible] أسبوعين بعد موافقتكم الكريمة وتعميدكم لنا خطيا وأن عدد المشاركين في الدورة سوف [illegible] داعية منهم ... من دعاة البيئة والباقون من طلاب العلم المتفرغين وسوف [illegible] ترتيب وتأجير أحد الأماكن والقاعات التي تتسع لهذا العدد وتجهيز لوازم التدريس بسعر مناسب [illegible] حدود [illegible] ألف ريال وتشمل أجرة المكان للسكن وقاعة المحاضرات وكذلك نحتاج إلى مصاريف الطعام [illegible] والهدايا وذلك كما يأتي :-

| | |
|---|---|
| [illegible] للسكن و المحاضرات | ٥٠٠٠ = ريال |
| [illegible] لمدة خمسة عشر يوما لمائة شخص | ١٥×٥ = ٧٥×١٠٠ = ٧٥٠٠ ريال |
| [illegible] المدرسين في الدورة | ٥٠×١٠٠ = ٥٠٠٠ ريال |
| [illegible] الطلبة | ١٠٠×١٠٠ = ١٠٠٠٠ ريال |
| هـ) مكافأة المدرسين | ١٠×٥٠٠ = ٥٠٠٠ ريال |
| [illegible] العاملين والحراس والطباخين | ٢٠٠٠ ريال |
| ز) [illegible] ونثريات أخرى (طبع وتصوير مذكرات ومواد [illegible]) | = [illegible] ريال |
| الإجمالي | = ٣٦٠٠٠ ريال سعودي |

House: 15 ... Model Town – ... Dhaka ... Tel: 8826130 – 604193 ...
... ٨٨٢٦١٣٠ – ٦٠٤١٩٣ ...

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

The Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORG.
IN SAUDI ARABIA
BANGLADESH OFFICE - DHAKA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب بنغلاديش – داكا

الرقم : ٤٦١ / ص ف / ع
التاريخ : ٢٥/٤/١٤٢٢ هـ
الموضوع :

• يستحسن تقديم بعض الهدايا من أشرطة وكتب دينية والقرآن الكريم وغيرذلك.
• يمكن ترشيح بعض العلماء من أبناء البلد أو المقيمين هنا ويمكن أيضا الأسماء في التدريس بمقابل مكافأة رمزية كما أشرنا إليه في فقرة (هـ)

هذا لإحاطة سعادتكم وبانتظار توجيهاتكم النيرة شاكرين لكم حسن تعاونكم [illegible]
نسأل الله سبحانه وتعالى أن يوفقنا وإياكم لما فيه الخير والصلاح [illegible]
أجمعين من كل شر ومكروه ، وجزاكم الله خير الجزاء ، وتقبلوا فائق تحياتي [illegible]

المخلص
مدير مكتب بنغلاديش
فوزي بن حسن [illegible]

منزل : ٤٨/إي – شارع ١٣/سي – مدينة بناني النموذجية – داكا – بنغلاديش – [illegible]
House: 48/E – Road: 13/C – Banani Model Town – D[illegible] – BANGLADESH – Tel: 8826120 – 604193 – Fax: 8[illegible]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
لجنة الدعوة والدعاة

Sub. : الموضوع :

No: ٤٤/ ٢٨٥٨/ ٢٠ الرقم
Date : ١٤٢٢/٤/١٣هـ التاريخ

سعادة مدير مكتب الهيئة في بنجلاديش حفظه الله

السلام عليكم ورحمة الله وبركاته

يطيب لـ"لجنة الدعوة والدعاة" أن تهديكم تحياتها مع أطيب أمنياتها لكم بدوام السداد والتوفيق في خدمة الإسلام والمسلمين وبعد :

فبالإشارة إلى خطابكم رقم ٢٥٧/ص ف خ بتاريخ ١٤٢٢/٣/١١هـ المتضمن طلب الموافقة على صرف مساعدة مالية للأخ / محمد عبد القادر أفسر لمساعدته في إتمام زواجه .

نشكر لسعادتكم حسن اهتمامكم بمنسوبيكم ونسأل الله للأخ الكريم التيسير والتوفيق ، ويؤسفنا أن نحيط سعادتكم بتعذر تلبية الطلب المشار إليه أعلاه نظرًا لعدم وجود بند في ميزانية "لجنة الدعوة والدعاة" يسمح بذلك .

وتفضلوا بقبول فائق الاحترام والتقدير ،،،

رئيس لجنة الدعوة والدعاة

د. أحمد بن نافع المورعي



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
لجنة الدعوة والدعاة

Sub. : الموضوع :

الرقم : ٢٧/٢٨٥/٢٢ No :

التاريخ : ٦/١/١٤٢٢هـ Date

( فاكس )

سعادة مدير مكتب الهيئة بالرياض حفظه الله

السلام عليكم ورحمة الله وبركاته

يطيب لـ"لجنة الدعوة والدعاة" أن تهديكم تحياتها مع أطيب أمنياتها لكم بدوام السداد والتوفيق في خدمة الإسلام والمسلمين ، مع تهنئتها لكم بحلول العام الهجري الجديد وبعد :

فبالإشارة إلى خطابكم الجوابي رقم (٢١٧٦/٨/ف) بتاريخ ١٤٢١/١٢/٣٠هـ ، المتضمن الإفادة بموافقة مكتبكم العامر على تمويل إقامة إحدى الدورات التدريبية التي اقترحتها "لجنة الدعوة والدعاة" للدعاة الذين تكفلهم الهيئة في بنجلاديش بتكلفة تقديرية تبلغ ١٠,٥٠٠ عشرة آلاف وخمسمائة ريال سعودي .

نشكر لكم حسن استجابتكم لطلب اللجنة ، ونأمل منكم المبادرة بإشعارنا فور إيداع مبلغ التبرع بحسابات الأمانة العامة ، كما نأمل التكرم بترشيح اثنين من طلاب العلم من الأخوة أعضاء لجنة الدعوة الفرعية بالرياض لتسند إليهم مهمة الإشراف ، على هذه الدورة ، على أن يتم إشعارنا باسميهما ، والموعد المناسب لهما للسفر لنتمكن من تكليف المكتب بالتحضير للدورة، ونفيدكم بأن منهج الدورات يتمثل في تقديم شرح تفصيلي للدعاة المشاركين لبنود "برنامج وخطة عمل لجنة الدعوة" ، ثم اختبارهم في تلك البنود وتقييم مستواهم وفقاً لمدى استيعابهم لهذا البرنامج.

وتفضلوا بقبول فائق الاحترام والتقدير ،،،

رئيس لجنة الدعوة والدعاة

د. أحمد بن نافع المورعي

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة Pour répondre, Prière de citer la date et la référence sus - citées Please qoute above ref. No. and date when replying

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DocuSign Envelope ID: 2C60AAF9-6BD7-450B-B880-0C1EBECCE63F

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190308_5SM (Harbi)

**Language**: Arabic > English

**Document title**: IIRO 120385-120396

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience

**Signed**: Farah Alshekhli

**Date**: March 15, 2019