# EXHIBIT
# “226”

**MUSLIM WORLD LEAGUE**
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE KINGDOM OF SAUDI ARABIA**

In the name of Allah, the Gracious, the Merciful

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

This paper and documents of this transaction may not be copied

**TRANSACTION PROCESS FORM**

Transaction No. 17774/25/25 Date: 11/08/1425 AH (12/20/2004 AD)

Transaction Subject: Delivering the allocations of the fiscal year 1424 – 1425 AH to propagator, Dr. Salaheddien Al-Nadawi

| Ref. | Department/ Division/ Agency Concerned | Receiver Name | Receipt Date | Receipt Time | Completion Date | Completion Time | Signature |
|---|---|---|---|---|---|---|---|
| 1 | Holy Quran and Da'wah Program | | / / AH | : | / / AH | : | |
| 2 | | | / / AH | : | / / AH | : | |
| 3 | | | / / AH | : | / / AH | : | |
| 4 | | | / / AH | : | / / AH | : | |
| 5 | | | / / AH | : | / / AH | : | |
| 6 | | | / / AH | : | / / AH | : | |
| 7 | | | / / AH | : | / / AH | : | |
| 8 | | | / / AH | : | / / AH | : | |
| 9 | | | / / AH | : | / / AH | : | |
| 10 | | | / / AH | : | / / AH | : | |
| 11 | | | / / AH | : | / / AH | : | |
| 12 | | | / / AH | : | / / AH | : | |
| 13 | | | / / AH | : | / / AH | : | |
| 14 | | | / / AH | : | / / AH | : | |
| 15 | | | / / AH | : | / / AH | : | |
| 16 | | | / / AH | : | / / AH | : | |
| 17 | | | / / AH | : | / / AH | : | |
| 18 | | | / / AH | : | / / AH | : | |
| 19 | | | / / AH | : | / / AH | : | |
| 20 | | | / / AH | : | / / AH | : | |

Transaction Archiving Classification (Note: The transaction will be only classified by the agency concerned in the end)

| a. | b. | c. | d. |
|---|---|---|---|
| Red | Green | Yellow ☑ | Blue |

Name: Rafat Signature: [Signed]

IIRO 68128

EXHIBIT
tabbies
HARBI 176

INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION IN THE KINGDOM
OF SAUDI ARABIA
Indonesia Office

[Duplicate Text]

[**Logo**: *International Islamic Relief Organization in the Kingdom of Saudi Arabia*]

No. 318/1064-25/207
Date: 11/08/1425 AH (12/20/2004 AD)

Subject: ----

**His Excellency Dr. Ahmed bin Mohamed Al Maghrabi, may Allah bless him**
**Manager of the Holy Quran and Da'wah Program**
**May the peace, mercy, and blessings of Allah be upon you.**

This is with reference to your letter No. 207/7763/25, dated 09/03/1425 AH (10/17/2004 AD), about delivering the full allocations of the fiscal year 1424 – 1425 AH to propagator, Dr. Salaheddien Al-Nadawi for the period from 08/29/2003 to 08/16/2004 AD.

Please be advised that Dr. Salaheddien Al-Nadawi appeared at the Office and asked about his late salaries. He did not receive a salary for more than four months. We are concerned that the previous problem may occur again.

Therefore, please authorize the required employee to send the salaries of propagator, Dr. Salaheddien Al-Nadawi for the period from 08/17/2004 AD to date.

**May Allah bless you**
Office Manager
Fahd bin Mohamed Sanad Al Harbi [Signed]

[Handwriting: *207/9485/25 – 11/11/1425 AH (12/23/2004 AD)*]

International Islamic Relief Organization
Administrative Communications
General Incoming
Incoming No. 17774
Date: 11/08/1425 AH (12/20/2004 AD)
Attachments: None
Agency Concerned: Da'wah

[**Handwriting**: *To be archived with the letter No.*]

Please quote ref. No. and date when replying [Duplicate Text]

Jl. Raya Cipinang Jaya No. 90 Jakarta Timur 13420 Indonesia P. O. Box 4563 Jakarta 12045
Tel. 021-85911532 Fax: 021 85911025 Email: indonesia@iirosa.net

بسم الله الرحمن الرحيم

ممنوع تصوير هذه الورقة
أو أي أوراق من هذا المعاملة

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

# استمارة سير معاملة

رقم المعاملة : ١٧٧٧٤ / ٢٥ / ٢٥ التاريخ : ٠٨-١١-١٤٢٥

موضوع المعاملة : بشأن تسليم الداعية الدكتور/صلاح الدين الندوي مخصصات السنة المالية ٢٤ / ١٤٢٥هـ

| م. | الإدارة /القسم الإدارة المعنية | اسم المستلم | تاريخ الاستلام | وقت الاستلام | تاريخ الإنجاز | وقت الإنجاز | التوقيع |
|---|---|---|---|---|---|---|---|
| ١ | برنامج القرآن الكريم والدعوة | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ٢ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ٣ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ٤ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ٥ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ٦ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ٧ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ٨ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ٩ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ١٠ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ١١ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ١٢ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ١٣ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ١٤ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ١٥ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ١٦ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ١٧ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ١٨ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ١٩ | | | / / ٢ هـ | : | / / ٢ هـ | : | |
| ٢٠ | | | / / ٢ هـ | : | / / ٢ هـ | : | |

تصنيف أرشفة المعاملة ( ملاحظة : يتم تصنيف المعاملة من الإدارة المعنية فقط فى النهاية).

أ أحمر ب أخضر ج أصفر ✓ د أزرق

الاسم : ........................................ التوقيع: ........................................

INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA
INDONESIA - OFFICE

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب – إندونيسيا

الرقم : ٢٥/٢٠٧ - ٣١٨/١٠٦٤
التاريخ : ٨/١١/١٤٢٥هـ
الموضوع :

سعادة مدير إدارة القرآن الكريم والدعوة حفظه الله
الدكتور / أحمد بن محمد المغربي

السلام عليكم ورحمة الله وبركاته

إشارة إلي خطاب سعادتكم رقم ٢٥/٧٧٦٣/٢٠٧ بتاريخ ١٤٢٥/٩/٣هـ بشأن تسليم الداعية الدكتور/ صلاح الدين الندوي مخصصات السنة المالية ١٤٢٥/٢٤هـ كاملة عن الفترة من ٢٠٠٣/٨/٢٩م وحتي ٢٠٠٤/٨/١٦م.
نفيد سعادتكم بأن الدكتور حضر للمكتب وبدأ يطالب بروانبه المتأخرة حيث أنه منذ أكثر من أربعة أشهر لم يستلم راتب ونحن نخشي أن تتكرر المشكلة السابقة ،
لذا نأمل من سعادتكم تعميد من يلزم بإرسال رواتب الداعية الدكتور / صلاح الدين الندوي عن الفترة من ٢٠٠٤/٨/١٧م وحتي الأن.

والله يحفظكم ويرعاكم،،،

مدير المكتب

فهد بن محمد سند الحربي

٢٥/٩٤٨٥/٢٠٧
١٤٢٥/١١/١١هـ

هيئة الإغاثة الإسلامية العالمية
الاتصالات الإدارية
رقم الوارد ١٧٧٧٤ التاريخ ٨ ١١ ١٤٢٥هـ
المرفقات بدون
الجهة المحال الدعوة

[illegible]

Please quote above ref. no. and date when replying

Jl. Raya Cipinang Jaya No. 90 Jakarta Timur 13420 Indonesia. PO. Box : 4563 Jakarta 12045
Telp. : 021-85911532 Fax. : 021-85911025 E-mail : indonesia@irosa.net

DocuSign Envelope ID: 2C60AAF9-6BD7-450B-B880-0C1EBECCE63F

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190308_5SM (Harbi)

**Language**: Arabic > English

**Document title**: IIRO 68128-68129

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience

**Signed**: Farah Alshekhli **Date**: March 15, 2019