# EXHIBIT
# “228”

**International Islamic Relief Organization**
**In Saudi Arabia**
Eastern Province

**[Logo: International Islamic Relief Organization in the Kingdome of Saudi**

**[Duplicate Text]**

In the Name of God, the Most Merciful, the Every Merciful
Praise be to God, the Lord of the worlds. Peace and blessings be upon God's trustworthy Messenger.

Number: 210/105/1255
Date: 17/10/1425 AH - 30 November, 2004 AD

Handwritten: 18/10

General Incoming
International Islamic Relief Organization
Administrative Correspondence
Incoming No.: 16431 Date: 18/10/1425 AH- 01 December, 2004 AD
Attachments: Data
Competent Party: Propagation

Mr. Fahd Al-Harbi, Director of the Organization's Office in Indonesia, may God protect you!
May God's peace, mercy, and blessings be upon you!

In reference to the letter of the Secretariat-General's Program for Holy Quran and Propagation number 207/8363 dated 25/9/1425 AH - 08 November, 2004 AD, we would like to inform you that the amount transferred to you (124800 Riyals) constitutes the financial guarantees for propagators in Indonesia.

Attached for you are their details. The amount is divided by 300 Riyals for each propagator (per month) for a period of eight months from 1/7/1424 AH - 29 August, 2003 AD – 30/2/1425 AH - 20 April, 2004 AD.

| Institution | Address | Propagators | Months | Monthly amount | Total |
|---|---|---|---|---|---|
| Al-Safwah | Jakarta | 27 | 8 | 300 | 64800 |
| Nida' Al-Fitra | Surabaya | 10 | 8 | 300 | 24000 |
| Al-Huda | Bogor | 15 | 8 | 300 | 36000 |
| Total | | 52 | | | 124800 |

Therefore, we hope that you will deliver the amount to the beneficiaries, provide the Program with relevant documents, and notify us of that in writing. Thanks for your kind cooperation.

May God's peace, mercy, and blessings be upon you!

Executive Director
[Signed]
Dr. Abdulhamid bin Sulayman Al-Mu'ajjal

Copy/The Holy Quran Program at the Secretariat
Copy/The Dammam Office

**[Seal]:** International Islamic Relief Organization In The Kingdom Saudi Arabia Eastern Province

**[Handwritten]:** The financial commitment has been paid as per record number 782 on 25/1/1426 AH - 06 March, 2005 AD. To be kept with Ra'fat, as the names and addresses of the propagators and directors of institutions whom the Organization deal with are there. To be referred to Brother Hasan. To be kept until the documents proving the settlement of the financial commitment arrive.

EXHIBIT
tabbies
HARBI 171

Care of Brother Muhammad Al-Ribaki, may God protect you!

May God's peace, mercy, and blessings be upon you!

Following are the names of the institutions and societies supported by the Organization:

| S. | Institution | Location | Director | Inst. Number | Director's phone |
|---|---|---|---|---|---|
| 1 | Al-Safwah Al-Islamiyyah Inst. | Jakarta | Abu Bakr Muhammad Al-Toy | 0062-2178836327 | 08161359190 |
| 2 | Al-Huda Inst. | Bogor | Iko Habib | --- | 08159930435 |
| 3 | Nida' Al-Fitra Inst. | Surabaya | Ayn Al-Haris Umar Al-Tayyib | 0062-315990122 | --- |

May God reward you!

May God's peace, mercy, and blessings be upon you!

90 Nov 04 (TUE) 14:19 INT' L ISLAMIC REFLIEF ORGANIZATION 00966 9 8420908 PAGE 5

Names of the propagators supported by the International Islamic Relief Organization
**Al-Huda Institution**

| No. | Names of the new propagators | Academic qualification | Certificate |
|---|---|---|---|
| 1 | Ibrahim bin Umar Bafadl | Graduate of the Institute of Islamic and Arabic Sciences, Jakarta | ✓ |
| 2 | Asif Johana | Graduate of the College of Propagation, Hidayah Institute, Tasikmalaya | |
| 3 | Anwar Sanusi | Graduate of the College of Propagation, Hidayah Institute, Bogor | |
| 4 | Unanj Wahid Al-Din | College of Education, Public University of Education, Bandung, 1999 | ✓ |
| 5 | Bardi Anwar Muhajir | College of Education, Higher Hidayah Institute, Bogor | |
| 6 | Bashir Handra Iskandar | College of the Principles of Religion and Propagation, Islamic University, Bandung | |
| 7 | Banjuwan Saroo Aaji Wibu | Al-Azhar University, Cairo | ✓ |
| 8 | Doctor Nudus Wartuno | College of Islamic Law, Public Islamic University, Bandung, 1998 | ✓ |
| 9 | Dudung Amandung Abdullah | College of Islamic Law, Public Islamic University, Bandung, 1998 | ✓ |
| 10 | Rahandra Maya | College of Propagation, Higher Institute of Islamic Propagation, Bogor | |
| 11 | Subatji | Al-Imam University, Jakarta | ✓ |
| 12 | Shishif Abd Al-Raziq | Graduate of the College of Propagation, Hidayah Institute, Bogor | |
| 13 | Arfin | Graduate of the College of Propagation, Hidayah Institute, Bogor | |
| 14 | Fakhri Fakhr Al-Din | Education, Hidayah Institute, 1998 | |
| 15 | Muhammad Shirbini | Islamic Law, Public Islamic University, Jakarta, 1995 | ✓ |

Number: 301/N-F/11/1424
Date: Friday 2 Dhul-Qa'dah 1424 AH –
25 December, 2003 AD

| |
|---|
| General Incoming<br>Dammam Office<br>Incoming No.: 352/DL/24<br>Received on: 11/11 |

**Shaykh Ghalib bin Muhammad Al-Mandil, Director of the International Islamic Relief Organization, Dammam Office – may God the Almighty protect you!**

May God's peace, mercy, and blessings be upon you!
We pray that the Almighty God perpetuate for you and us the blessing of faith, and make you and us among those who cooperate on charity and piety, and those who strive for the honor of Islam and Muslims.
These are the names and addresses of ten propagators affiliated with the Nida' Al-Fitrah center, arranged as follows:

| No. | Propagator's Name | Mosques where they work | Mosque Address | Mosque affiliation |
|---|---|---|---|---|
| 1 | Ridwan Abdulaziz | Al-Jariyat Al-Thalathah | Jln. Kedung Cowek 327 Surabaya | Not affiliated with the Organization |
| 2 | Ahmad Juhayni Jimin | Dar al-Fikr | Ma'had Darul Fikri Kauman Ponorogo | Not affiliated with the Organization |
| 3 | Qasman Abdulmujib | Nur Al-Iman | Jln. Pasir Raja 17 Sumampir Purwokerto | Not affiliated with the Organization |
| 4 | Abdulhamid Mashun | Uthman bin Affan | Jln. Munawwar Sidayau Gresik | Not affiliated with the Organization |
| 5 | Nur Qamari bin Salamat | Al-Istiqama | Desa Baron Timur Wajak Malang | Not affiliated with the Organization |
| 6 | Muhammad Shakur | Al-Ikhlas | Jln. Mertojoyo 2 Lowokwaru Malang | Not affiliated with the Organization |
| 7 | Ishaq Mannan Ghazali | Al-Furqan | Desa Karangle Grongok Purwokerto | Not affiliated with the Organization |
| 8 | Ahmad Sabhan | Dar Al-Hijra | Desa Balekambeng Trawas Mojokerto | Not affiliated with the Organization |
| 9 | Tanzil Al-Furqan | Al-Hikma | Perumaham Gungtung Batu Permai Jember | Not affiliated with the Organization |
| 10 | Agunj Stiwan | Nur Al-Huda | Desa Jaten Selogri Wonogiri | Not affiliated with the Organization |

We should not forget to thank you very much for the aid that you have offered, which is definitely useful for Islam and Muslims, and especially the propagators who invite people to believe in the unicity of God and keep God's word superior.
May God reward you for your continued attention and cooperation. May God have peace and mercy upon Prophet Muhammad, his companions, and family. And may God's peace, blessings, and mercy be upon you!

A list of the names of the propagators affiliated with the Islamic Safawa Institution supported by the International Islamic Relief Organization, Dammam Office Logo of IIRO

| No. | Propagators Names | Propagation Location | Qualification |
|---|---|---|---|
| 1 | Ibrahim Sa'id | Purwakarta, West Java | High school |
| 2 | Abu Qatada Suhirlan | Tasikmalaya, West Java | High school |
| 3 | Abu Markamad Khalis | Bekasi, West Java | University |
| 4 | Ahmad Khudari | Boyolali, Central Java | University |
| 5 | Aghwas Afandi | Temanggung, Central Java | Diploma |
| 6 | Aghwas Hasan Basri | Malang, East Java | Master |
| 7 | Ijhyu Sufarayujo | Jakarta, South | Master |
| 8 | Haris Budibatana | Semarang, Central Java | University |
| 9 | Hadith Baniran | Lampung, South Sumatra | Diploma |
| 10 | Husayn Zayn Al-Muttaqin | Garut, West Java | University |
| 11 | Hanif Al-Din Abdulmu'in | Madiun, East Java | Diploma |
| 12 | Khaled Shamhudi | Solo, Central Java | University |
| 13 | Dadi Farmadi | Jakarta, East | High school |
| 14 | Subakar Ahmad Siraj | Bekasi, West Java | Diploma |
| 15 | Abdullah Saleh Al-Hadrami | Malang, East Java | Diploma |
| 16 | Muhammad Taharu | Cirebon, West Java | University |
| 17 | Miftah Al-Rahman Majidi | Probolinggo, East Java | Diploma |
| 18 | Mahdi Zirr Hakim | Bekasi, West Java | Diploma |
| 19 | Harum Al-Rashid | Lumajang, East Java | Diploma |
| 20 | Hartunu Ahmad Ja'iz | Jakarta, South | University |
| 21 | Hashim Rifa'i | Kediri, West Java | High school |
| 22 | Wahy Indra | Bandung, West Java | University |
| 23 | Ahamd Fadila Barba' | Cilacap, Central Java | University |
| 24 | Asmuji Muhayyat | Cilacap, Central Java | University |
| 25 | Indanj Asmita | Cilacap, Central Java | University |
| 26 | Izz Al-Din Karimi | Cilacap, Central Java | University |
| 27 | Mahdari Aal Ahmad | Cilacap, Central Java | University |

IIRO 098578

**Muslim World League**
**International Islamic Relief Organization**
**The Kingdom of Saudi Arabia**
The Holy Quran and Propagation Program

**[Logo: International Islamic Relief Organization in the Kingdome of Saudi Arabia]**

**[Duplicate Text]**

Number: 207/8363/25
Date: 25/9/1425 AH - 08 November, 2004 AD

Subject: Request for a list of the names of the individuals deserving an amount of 22,083 Riyals

**The Executive Director of the Organization's office in the Eastern Province, may God protect you!**

**May God's peace, mercy, and blessings be upon you!**

**It pleases the Holy Quran and Propagation Program to send you greetings and wishes for perpetual success in serving Islam and Muslims.**

This is in reference to the incoming correspondence number 15507/25 dated 23/9/1425 AH - 06 November, 2004 from the Organization's office in Indonesia (a copy of the letter is attached) which requests a list of the names of the beneficiaries of 22,083 Riyals (voucher number 929 dated 12/10/1424 AH - 06 December, 2003 AD) as an initial payment for the Holy Quran and Propagation Program by the Organization's office in the Eastern Province.

We hope that you will provide the Organization's office in Indonesia with a list of the names of those who deserve the said amount, so that the office can take care of the necessary procedures. May God reward you.

May God accept your acts of worship.

Please accept my greetings

**Director of the Holy Quran and Propagation Program**
**[Signed]**
**Dr. Ahmad bin Muhammad Al-Maghrabi**
**Signed 25/09/1425 AH / November 8, 2004 AD**

[Seal]: International Islamic Relief organization
Kingdom of Saudi Arabia 2

Please quote above ref. No. and date when replying [Duplicate Text]

[Duplicate Text]
Address: P.O.Box 14843 Jeddah 21434 – Tel.: 6512333 – 6515411 – Fax: 6518491 – 6512997
Email: relif@iirosa.org

IIRO 098579

IIRO
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA
EASTERN PROVINCE

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربيـة السعوديـة
المنطقة الشرقية

هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية
INTL. ISLAMIC RELIEF ORG. THE KINGDOM OF SAUDI ARABIA

١٦٤٢١ ١٨/١٠/١٤٢٥
بيانات الدعوة

بسم الله الرحمن الرحيم

الحمد لله رب العالمين والصلاة والسلام على رسوله الأمين

الرقم : ٢١٠/٣٠٠/١٥٥٥

التاريخ : ١٧/١٠/١٤٢٥هـ

سعادة مدير مكتب الهيئة بأندونيسيا

الأستاذ / فهد العريبي حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد :

بالإشارة إلى خطاب برنامج القرآن الكريم والدعوة بالأمانة العامة رقم ٨٣٦٣/٢٠٧ في ١٤٢٥/٩/٢٥هـ نفيد سعادتكم بأن المبلغ المحول لكم وهو ١٢٤٨٠٠ ريال عبارة عن مستحقات كفالة الدعاة بأندونيسيا .

ومرفق لسعادتكم البيانات الخاصة بهم ، علماً بأن المبلغ مقسم على هؤلاء الدعاة بواقع ٣٠٠ ريال لكل داعية ( شهرياً ) لفترة ٨ شهور من ١٤٢٤/٧/١-١٤٢٥/٢/٣٠هـ .

| المؤسسة | العنوان | عدد الدعاة | عدد الأشهر | مقدار الكفالة الشهرية | الإجمالي |
|---|---|---|---|---|---|
| الصفوة | جاكرتا | ٢٧ | ٨ | ٣٠٠ | ٦٤٨٠٠ |
| نداء الفطرة | سورابايا | ١٠ | ٨ | ٣٠٠ | ٢٤٠٠٠ |
| الهدى | بوقور | ١٥ | ٨ | ٣٠٠ | ٣٦٠٠٠ |
| الإجمالي | | ٥٢ | | | ١٢٤٨٠٠ |

لذا نأمل من سعادتكم تسليم المبلغ إلى الجهات المستفيدة وتزويد البرنامج بالمستندات الخاصة بذلك وإفادتنا بذلك خطياً .

شاكرين ومقدرين حسن تعاونكم .

والسلام عليكم ورحمة الله وبركاته ،،،

المدير التنفيذي

د. عبدالحميد بن سليمان المجيل

هيئة الإغاثة الإسلامية العالمية
INTL. ISLAMIC RELIEF ORG. THE KINGDOM OF SAUDI ARABIA
REGIONAL OFFICE EASTERN PROVINCE

ص/ برنامج القرآن الكريم والدعوة .
ص/ مكتب الدمام .

الرباعي

عناية الأخ / محمد الرباكي                حفظه الله

السلام عليكم ورحمة الله وبركاته .. وبعد

أدناه بيان بأسماء المؤسسات والجمعيات المكفول لها دعاة من قبل الهيئة وهي كالتالي :ـــ

| ت | اسم المؤسسة | المقر | اسم مدير المؤسسة | رقم المؤسسة | رقم جوال المدير |
|---|---|---|---|---|---|
| ١. | مؤسسة الصفوة الإسلامية | جاكرتا | أبو بكر محمد التوي | ٠٠٦٢ ـــ ٢١٧٨٨٣٦٣٢٧ | ٠٨١٦١٣٥٩١٩٠ |
| ٢. | مؤسسة الهدى | بوجور | إيكو حبيب | ـــ | ٠٨١٥٩٩٣٠٤٣٥ |
| ٣. | مؤسسة نداء الفطرة | سورابايا | عين الحارس عمر الطيب | ٠٠٦٢ ـــ ٣١٥٩٩٠١٢٢ | ـــ |

وجزاكم الله خيراً

والسلام عليكم ورحمة الله وبركاته

اسماء الدعاة المكفولين من هيئة الإغـاثة الإسلامية العالمية

مؤسسة الهدى

| الرقم | اسماء الدعاة الجدد | المؤهل العلمي | شهادة |
|---|---|---|---|
| ١ | ابراهيم بن عمر بافضل | خريج التكميلي بمعهدالعلوم الإسلامية والعربية بجاكرتا | ✓ |
| ٢ | أسيف جورهانا | خريج كلية الدعوة بمعهد الهداية العالي بتاسيك ملايا | |
| ٣ | أنور سنوسي | خريج كلية الدعوة بمعهد الهداية العالي ببوقور | |
| ٤ | أوناتج واحد الدين | كلية التربية بجامعة التربية الحكومية بندونج ١٩٩٩ | ✓ |
| ٥ | باردي أنوار مهاجر | كلية التربية بالمعهد الهداية العالي ، بوقور | |
| ٦ | بشير هندرا اسكندر | كلية أصول الدين و الدعوة الجامعة الإسلامية بندونج | |
| ٧ | بانجون مداروو أجي ويبووو | جامعة الأزهر بالقاهرة | ✓ |
| ٨ | دكتورندوس وارتونو | كليةالشريعة بجامعة الإسلامية الحكومية بندونج ١٩٩٨ . | ✓ |
| ٩ | دودونج لمدونج عبد الله | كلية الشريعة بجامعة الإسلامية الحكومية ، بندونج ١٩٩٨ | ✓ |
| ١٠ | راهندرا مليا | كلية الدعوة بالمعهد العالي للدعوة الاسلامية، بوقور | |
| ١١ | سوباتجي | جامعة الإمام بجاكرتا | ✓ |
| ١٢ | شيشيف عبد الرزاق | خريج كلية الدعوة بمعهد الهداية العالي ببوقور | |
| ١٣ | عارفين | خريج كلية الدعوة بمعهد الهداية العالي ببوقور | |
| ١٤ | فخري فخر الدين | التربية بمعهد الهداية العالي ١٩٩٨ | |
| ١٥ | محمد شيربيني | الشريعة بجامعة الإسلامية الحكومية بجاكرتا ١٩٩٥ . | ✓ |

الوارد العـــام
مكتب الدمـــام
رقم الـوارد: [illegible]
تاريخ الإستلام: [illegible]

الرقم : ٣٠١ / ن – ف /١١/ ١٤٢٤

التاريخ : الجمعة، ٢ ذوالقعدة ١٤٢٤ هـ

سعادة / مدير هيئة الإغاثة الإسلامية العالمية مكتب الدمام

الشيخ غالب بن محمد المنديل حفظه الله تعالى

السلام عليكم ورحمة الله وبركاته، وبعد

نسأل الله سبحانه وتعالى أن يديم علينا وعليكم نعمة الإيمان وأن يجعلنا وإياكم من المتعاونين علـــى البـــر والتقوى ومن الساعين في عزة الإسلام والمسلمين.

فهذا عنوان المساجد كاملا لعشرة دعاة مركز نداء الفطرة، وعنوانها بالترتيب على النحو التالي :

| رقم | اسم الداعية | المسجد الذي يعمل به | عنوان المسجد كاملا | تبعية المسجد |
|---|---|---|---|---|
| ١ | رضوان عبد العزيز | الخاريات الثلاثة | شارع كيدونج جويك ٣٢٧ سورابايا<br>Jln Kedung Cowek 327 Surabaya | لا يتبع الهيئة |
| ٢ | أحمد جهيني جيمين | دار الفكر | معهد دار الفكر كومان فونوروكو<br>Ma'had Darul Fikri Kauman Ponorogo | لا يتبع الهيئة |
| ٣ | قسمان عبد المجيب | نور الإيمان | شارع فاسر راجا ١٧ سومفير فورووكرتو<br>Jln. Pasir Raja 17 Sumampir Purwokerto | لا يتبع الهيئة |
| ٤ | عبد الحميد مسحوق | عثمان بن عفان | شارع منور ١ سيدايو غرسيك<br>Jln. Munawwar 1 Sidayu Gresik | لا يتبع الهيئة |
| ٥ | نور قمري بن سلامت | الاستقامة | قرية بارون الشرقية واجاك مالانج<br>Desa Baron Timur Wajak Malang | لا يتبع الهيئة |
| ٦ | محمد شكور | الاخلاص | شارع مرتوجويو ٢ لووك وارو مالانج<br>Jln. Mertojoyo 2 Lowokwaru Malang | لا يتبع الهيئة |
| ٧ | إسحاق منان غزالي | الفرقان | قرية كرنج لو جيلونغوك فورووكرتو<br>Desa Karanglo Cilongok Purwokerto | لا يتبع الهيئة |
| ٨ | أحمد صبحان | دار الهجرة | قرية بالي كامبانج تراوس موجوكرتو<br>Desa Balekambang Trawas Mojokerto | لا يتبع الهيئة |
| ٩ | تنزيل الفرقان | الحكمة | قرية كونونغ باتو فرمي جمبر<br>Perumahan Gunung Batu Permai Jember | لا يتبع الهيئة |
| ١٠ | أغونج ستياوان | نور الهدى | قرية جاتين سيلوغيري ونوغيري<br>Desa Jaten Selogiri Wonogiri | لا يتبع الهيئة |

ثم لا ننسى أن نقدم جزيل الشكر إلى فضيلتكم على ما بذلتموه من المساعدات والدعم لما فيها من صلاح ومنافع للإسلام والمسلمين وخاصة للدعاة الذين يدعون الناس إلى توحيد الله وإعلاء كلمته.

وجزاكم الله خيرا على حسن اهتمامكم بنا وتعاونكم المستمر معنا وصلى الله على محمد وعلى آله وصحبه وسلم

والسلام عليكم ورحمة الله وبركاته.

# البيانات بأسماء دعاة مؤسسة الصفوة الإسلامية المكفولين
## من قبل هيئة الإغاثة الإسلامية العالمية بمكتب الدمام

| م | أسماء الدعاة | موقع الدعوة | المؤهل العلمي |
|---|---|---|---|
| ١. | إبراهيم سعيد | بوروأكرتا – جاوى الغربية | الثانوي |
| ٢. | أبو قتادة سوهيرلان | تاسيك مالايا – جاوى الغربية | الثانوي |
| ٣. | أبو مركماد صالحين | بكاسي – جاوى الغربية | الجامعي |
| ٤. | أحمد حضري | بوبولالي – جاوى الوسطى | الجامعي |
| ٥. | أغوس أفندي | تمانجونج – جاوى الوسطى | الدبلوم |
| ٦. | أغوس حسن بصري | مالانج – جاوى الشرقية | الماجستير |
| ٧. | جهيو سوفرايوجو | جاكرتا – الجنوبية | الماجستير |
| ٨. | حارس بوديانتا | سيمارانج – جاوى الوسطى | الجامعي |
| ٩. | حديث بايوان | لاموبج – سومطرة الجنوبية | الدبلوم |
| ١٠. | حسين زين المتقين | غاروت – جاوى الغربية | الجامعي |
| ١١. | حنيف الدين عبد المعين | ماديون – جاوى الشرقية | الدبلوم |
| ١٢. | خالد جهوردي | سولو – جاوى الوسطى | الجامعي |
| ١٣. | دادي فرمادي | جاكرتا – الشمالية | الثانوي |
| ١٤. | سوباكر أحمد سراج | بكاسي – جاوى الغربية | الدبلوم |
| ١٥. | عبد الله صالح الحضرمي | مالانج – جاوى الشرقية | الدبلوم |
| ١٦. | محمد طهارو | شوبون – جاوى الغربية | الجامعي |
| ١٧. | مفتاح الرحمن مجيدي | [illegible] – جاوى الشرقية | الدبلوم |
| ١٨. | مهدي زر حكيم | بكاسي – جاوى الغربية | الدبلوم |
| ١٩. | هارون الرشيد | لامونجان – جاوى الشرقية | الدبلوم |
| ٢٠. | هرتونو أحمد جائز | جاكرتا – الجنوبية | الجامعي |
| ٢١. | هاشم رفاعي | كديري – جاوى الشرقية | الثانوي |
| ٢٢. | وحي إندرا | باندونج – جاوى الغربية | الجامعي |
| ٢٣. | أحمد فضيلة بارباح | شيلاجب جاوى الوسطى | الجامعي |
| ٢٤. | أسوجي عيات | شيلاجب جاوى الوسطى | الجامعي |
| ٢٥. | أيدانيج أحمينا | شيلاجب جاوى الوسطى | الجامعي |
| ٢٦. | عز الدين كريمي | شيلاجب جاوى الوسطى | الجامعي |
| ٢٧. | محضري آل أحمد | شيلاجب جاوى الوسطى | الجامعي |

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
برنامج القرآن الكريم والدعوة

Sub.: الموضوع: طلب الإفادة عن بيان بأسماء الأشخاص المستحقين لمبلغ مقدار (٢٢,٠٨٣) ريال

No. الرقم ٢٥/١٨٢٦٢/٢٠٧

Date التاريخ ١٤٢٥/٩/٢٥

سعادة المدير التنفيذي على مكتب الهيئة بالمنطقة الشرقية حفظه الله

السلام عليكم ورحمة الله تعالى وبركاته

يطيب لـ" برنامج القرآن والدعوة " أن يهديكم تحياته وأمنياته لكم بدوام التوفيق والسداد في خدمة الإسلام والمسلمين ،،،وبعد

بالإشارة إلى المعاملة الواردة للبرنامج برقم ٢٥/١٥٥٠٧ تاريخ ١٤٢٥/٩/٢٣هـ، من مكتب الهيئة في دولة إندونيسيا (مرفق صورة الخطاب) والمتضمن طلب بيان بأسماء المستفيدين للاعتماد صرف رقم ٩٢٩ تاريخ ١٤٢٤/١٠/١٢هـ بمبلغ مستحق بقيمة (٢٢,٠٨٣) ريال وذلك كدفعة أولى من مشروعات القرآن الكريم والدعوة من مكتب الهيئة في المنطقة الشرقية .

آملين من سعادتكم التكرم بإفادة مكتب الهيئة بإندونيسيا عن بيان بأسماء الأشخاص الذين يستحقون المبلغ المذكور أعلاه لكي يتسنى للمكتب إكمال اللازم، وجزاكم الله خيراً .

تقبّل الله طاعتكم

وتقبلوا تحياتي،،،

مدير برنامج القرآن الكريم والدعوة

١٤٢٥/٩/٢٥

د. أحمد بن محمد المغربي



العنوان: ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون: ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس: ٦٥١٨٤٩١ - ٦٥١٢٩٩٧
Address: P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - 6512997
Email: relief@iirosa.org

DocuSign Envelope ID: 2C60AAF9-6BD7-450B-B880-0C1EBECCE63F

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190308_5SM (Harbi)

**Language**: Arabic > English

**Document title**: IIRO 98574-98579

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 12 years of experience

**Signed**: Farah Alshekhli **Date**: March 15, 2019