# EXHIBIT
# “231”

**Resolution No. (302/1067/Q) dated 05/08/1421AH**

The Secretary General of the Muslim World League,

Upon his authorities,

After consideration of article (16), paragraph (A) of the regulations of league's employees,

And upon the nomination of his Excellency Sheikh Abdul Aziz Bin Abdullah Al Sheikh, the Chairman of the constituent Assembly of the League of Dr. Abdullah Bin Abdulmohsen Al Turkey as the Secretary General of the League and upon the unanimous approval of members of the assembly,

**Resolves as follows:**

**First:**

Appointment of His Excellency Dr. Abdullah Bin Abdulmohsen Al Turkey as the Secretary General of the League in the rank of Minister No. (1) as of 08/08/1421AH.

**Second:**

All advantages of the rank shall be given to His Excellency regularly.

**Third:**

This resolution shall be informed to the concerned parties for execution.

**Allah is the Grantor of Success**

Secretary General

Dr. Abdullah Bin Saleh Al Obaid

Copy to our office to notify workers affairs to proceed.

Copy with compliments to:

- Office of the assistant Secretary General
- Copy to Office of the Assistant Secretary General of Mosques Affairs
- Copy to Office of the General Manager Da'wah and Education
- Copy to Office of the General Manager of Information
- Copy to Office of the General Manager of Administrative and Financial Affairs

EXHIBIT
tabbies
Turki - 35
9/14/18 am

- Copy to Department of Administrative Follow-up—original copy to Workers Affairs [illegible]- copy to workers affairs- employment (illegible)- copy to workers affairs [illegible]- Brother Omairi and brother Qorashee- copy to the above for approval of proceeding- copy to Riyadh office of the League by fax to notify workers affairs to proceed- copy to communications

<u>قرار رقم (٣٠٢/١٠٦٧/ق) وتاريخ ١٤٢١/٨/٥هـ</u>

إن الأمين العام لرابطة العالم الإسلامي ،
بناء على الصلاحيات المخولة لـــــه ،
وبعد الاطلاع على المادة(١٦) الفقرة(أ) من لائحة موظفي الرابطة ،
وبناء على ترشيح سماحة الشيخ عبدالعزيز بن عبدالله آل الشيخ رئيس المجلس التأسيسي للرابطة بتعيين معالي الدكتور عبدالله بن عبدالمحسن الـــتركي أمينـــاً عاماً للرابطة وموافقة أعضاء المجلس بالإجماع ٠

<u>يقرر ما يلي :</u>

<u>أولاً:</u>

تعيين معالي الدكتور عبدالله بن عبدالمحسن التركي أميناً عاماً للرابطـــة بمرتبة وزير رقم(١) اعتباراً من ١٤٢١/٨/٨هـ٠

<u>ثانياً:</u>

تصرف لمعاليه جميع مميزات المرتبة نظاماً ٠

<u>ثالثاً:</u>

يبلغ هذا القرار لمن يلزم لتنفيذه ٠

والله الموفق ،،،

الأمين العام

د٠عبد الله بن صالح العبيد

صورة لمكتبنا لاشعار شؤون العاملين بالمباشرة
ص مع التحية :
لمكتب الأمين العام المساعد
ص مكتب الأمين العام المساعد لشؤون المساجد
ص لمكتب مدير عام الدعوة والتعليم
ص لمكتب مدير عام الإعلام
ص لمكتب مدير عام الشؤون الإدارية والمالية
ص لإدارة المتابعة الإدارية - الاصل لشؤون العاملين الارشيف ملفه - ص لشؤون العاملين التوظيف عمر سميح- ص لشؤون العاملين التأديه الأخ العميري والأخ القرشـــي - ص للمدكـــور لاعتمـــاد المباشرة - ص لمكتب الرابطة بالرياض بالفاكس لاشعار شؤون العاملين بالمباشرة - ص للاتصالات