# EXHIBIT

# "232"

[handwritten text is indicated in *italics*]

In the name of Allah, the Most Gracious, the Most Compassionate
"And hold firmly to the rope of Allah all together and do not become divided"

Muslim World League
(Makkah- Al-Mukarramah)
Nairobi Office

*Copy/General File*

Ref.: *168*
Date: *3/25/1418 AH*
*7/29/1997 AD*

Minutes of the second Meeting of the Editorial Committee on the Issue of the Saudi Coordinating Council Newsletter

The Second Meeting of the Editorial Committee was held Wednesday, 03/19/1418 AH, corresponding to 07/23/1997 AD, at 11:00 AM, at the premises of the Office of the Embassy of the Custodian of the Two Holy Mosques in Nairobi to discuss the issue of the Saudi Coordinating Council Newsletter. The meeting was chaired by HE Mr. Fahad bin Mohammad Al-Sabbagh/ Head of Islamic Affairs at the Embassy.

The meeting was attended by the following:

- HE Mr. Msa'ed Al-Marwani/ Head of Media Affairs at the Embassy
- HE Mr. Haji Abdullah Abdul-Hamid/ MWL Office Director
- HE Mr. Hussameddin Yousef Al-Tayyeb- Assistant to MWL Office Director
- Mr. Mohammad Abdullah Saleh/ Representative of the World Assembly of Muslim Youth Office
- Mr. Ali Sankar/ Representative of the Islam Forum Office
- Mr. Mahmoud Khleif/ Representative of the International Islamic Relief Organization Office

The representative of HE the Religious Attaché and the representative of HE Ibrahim Al-Ibrahim Charitable Institution's Office Director were unable to attend the meeting due to being busy in preparing for the closing ceremony of the First Session of the Islamic and Arab Sciences, organized by the Ministry of Islamic Affairs, Waqf, Dawah and Guidance, in the Kingdom of Saudi Arabia in cooperation with the Ibrahim Al-Ibrahim Charitable Institution. The representative of the Office of the Two Holy Mosques Institution's Office was also absent during the said meeting.

The purpose of the meeting was to deliver and discuss the newsletter's content. As such, the newsletter's content prepared by the MWL Office and the Ibrahim Al-Ibrahim Charitable Institution as agreed was delivered to the Saudi Coordinating Council, noting that the Saudi institutions are required to submit the content they wish to publish on a 3.5 inch disk to HE the Chief Editor to facilitate technical production. The information respecting the said institutions was discussed during the meeting.

The Head of Islamic Affairs at the Embassy proposed to translate the content to be published into Arabic, in addition to the English content, and deliver the same to the Coordinator of the Saudi Coordinating Council for distribution among all members. Each institution then should propose the amendments it deems necessary and provide feedback, if any, concerning the newsletter's content, which will be distributed in the future.

He then added that the Arabic content of the Embassy's newsletter was ready, and that it would be translated into English as soon as possible and presented to HE the Ambassador upon his return from vacation for guidance.

000/02

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

[handwritten text is indicated in *italics*]

In the name of Allah, the Most Gracious, the Most Compassionate
"And hold firmly to the rope of Allah all together and do not become divided"

Muslim World League
(Makkah- Al-Mukarramah)
Nairobi Office
Ref.: …………………………………
Date: ………………………………..

(2)

The representative of the Assembly explained that the newsletter's content is ready and that it was in his possession, but could not save it on the floppy disk as agreed.
The representative of the Organization's Office stated that the newsletter's content would be ready within one week given that the Office was busy with a visiting delegation from Saudi Arabia.

The representative of the Islam Forum Office explained that the newsletter material was ready and saved on PC, and proposed to allocate a fixed salary to HE Mr. Al-Amin Kima'ei to undertake the duties of the Chief Editor after the issue of the First Issue, considering his experience in this area especially that he previously worked with *Nation* newspaper, and his articles are always published in *Nation* Newspaper on Sundays, in addition to other articles in *TAIFA* newspaper on Fridays.
The MWL Office Director expressed a comment and requested presenting the final printing cost to the Council again for further review. He further proposed to consider the proposal of the Forum Office's representative to allocate a fixed rate to the Chief Editor. He also stated that he requested from MWL competent authorities to approve contribution to the newsletter issue cost, and notified them that the amount would not exceed USD 100, based on the initial cost. Therefore, it would be difficult for him [to ensure contribution] if the amount exceeds USD 100.
HE the Head of Islamic Affairs at the Embassy requested to remind the Office of HE Religious Attaché of the proposal that the *Special Report* content be about his office; in which case the Office should shed light on its activities, projects, general work…. The Council's Coordinator requested to require Saudi institutions to confirm the receipt of fax messages or letters sent on the holding of the Council's meetings. He further proposed to prepare several topics, whenever possible, and send them to the Editorial Board. This will give the Board several options if the content prepared for the newsletter is insufficient.
MWL representative proposed that the full news on the First Session of the Islamic and Arab Sciences organized by the Ministry of Islamic Affairs in the Kingdom, in cooperation with the Ibrahim Al-Ibrahim Charitable Institution, be announced on the *General News* page, noting that the said session was held during the period from Tuesday, 03/11/1418 AH to Thursday, 03/20/1418 AH, corresponding to 07/15-24/1997 AD in Nairobi.
At the end of the meeting, the Committee appealed to all respective entities to expedite the delivery of the newsletter content and ensure submission within ten days, starting from 07/23/1997 AD to concerned parties, provided the Committee meets again Tuesday, 04/02/1418 AH, corresponding to 08/05/1997 AD, at 11:00 AM, at the premises of the Office of the Embassy of the Custodian of the Two Holy Mosques in Nairobi, which hosts the meeting.

Haji Abdullah Abdul-Hamid
MWL Office Director
Coordinator of the Saudi Coordinating Council

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York. 

بسم الله الرحمن الرحيم
واعتصموا بحبل الله جميعاً ولا تفرقوا

**Muslim World League**
(Makkah-Al-Mukarramah)
Nairobi Office

رابطة العالم الإسلامي
(مكة المكرمة)
مكتب نيروبي

حمود/الملف العام

Ref. No. ____

Date ____

الرقم ١٦٨
التاريخ ١٤١٨/٤/٢٥هـ
١٩٩٧/٨/٢٩م

محضر الاجتماع الثاني للجنة هيئة التحرير لاصدار نشرة المجلس التنسيقي السعـــودي .

تم في يوم الاربعاء ١٤١٨/٣/١٩هـ الموافق ١٩٩٧/٧/٢٣م في تمام الساعة ١١:٠٠ قبل الظهر في مقر مكتب سفارة خادم الحرمين الشريفين بنيروبي الاجتماع الثاني للجنة هيئـــــــة التحرير لاصدار نشرة المجلس التنسيقي السعودي برئاسة سعادة الأستاذ/ فهد بـــــــن محمد الصباغ / المسئول عن الشئون الاسلامية بالسفارة .

وقد حضر الاجتماع السادة الآتيـــة اسماءهم :ـــ

- سعادة الأستاذ/مساعد المرواني / المسئول عن الشئون الاعلامية بالسفارة .
- سعادة الأستاذ/حاجي عبدالله عبدالحميد/ مديـر مكتب رابطة العالم الاسـلامـي .
- سعادة الأستاذ/ حسام الدين يوسف الطيب - مساعد مدير مكتب الرابطـة .
- السيد/محمد عبدالله صالح / ممثل مكتب الندوة العالمية للشباب الاسلامـي .
- السيد/ علي سنكـــــر/ ممثل مكتـب المنتدى الاسلامـي .
- السيد/محمود خليف / ممثل مكتب هيئة الاغاثة الاسلامية العالميـــة .

ولم يتمكن ممثل مكتب سعادة الملحق الديني وممثل مكتب سعادة مدير مكتب مؤسسة ابراهيم الابراهيم الخيرية من الحضور لانشغالهما في اعداد حفل اختتام الدورة الاولى للعلوم الشرعية والعربية التي تنظمها وزارة الشئون الاسلامية والاوقاف والدعوة والارشاد بالمملكة العربيةالسعودية بالتعاون مع مؤسسة ابراهيم الابراهيم الخيرية . وقد غاب ممثل مكتب مؤسسة الحرمين الخيرية عن الاجتماع المذكور .

وكان هدف الاجتماع هو تسليم مادة النشرة ومناقشتها، وقد تم تسليم مادة النشرة المعدة من قبـــل مكتب رابطة العالم الاسلامي ومؤسسة ابراهيم الابراهيم الخيرية حسب الاتفاق في المجلسالتنسيقي السعودي حيث تلتزم المؤسسات السعودية بتقديم اعمالها المراد نشرها مطبوعة على دسك كمبيوتـر ٣,٥ بوصة الى سعادة مدير التحرير ، وذلك لتسهيل مهمة لاخراج الفني ، وتم مناقشة المعلوما ت الخاصة بهاتين المؤسستين المذكورتيـــن .

واقترح مسئول الشئون الاسلامية بالسفارة أن تترجم المادة المراد نشرها الى اللغة العربية بجانـــب المادة باللغة الانجليزية وتسلـم الى منسق المجلس التنسيقي السعودي لتوزيعها الى جميع الاعضاء وعلى كل مؤسسة ابداء التعديلات التي تراها مناسبة والملاحظات ان وجدت في مادة النشرة التيسيتم توزيعها في المستقبل .

ثم أضاف بأن مادة النشرة الخاصة بالسفارة جاهزةباللغة العربية وسيتم ترجمتهاالىاللغة الانجليزية فيأقرب فرصة ممكنة وعرضها الى سعادة السفير بعد عودته من الاجازة لاعطاء التوجيهات اللازمة .



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

بسم الله الرحمن الرحيم

واعتصموا بحبل الله جميعاً ولا تفرقوا

| | |
|---|---|
| **Muslim World League** | رابطة العالم الإسلامي |
| (Makkah-Al-Mukarramah) | (مكة المكرمة) |
| Nairobi Office | مكتب نيروبي |

Ref. No. ________ الرقم ________

Date ________ التاريخ ________

( ٢ )

كما بين ممثل مكتب الندوة بأن مادة النشرة جاهزة معه الا انه لم يتمكن من ادخالها في دسك كمبيوتر كما هو متفق عليه ·

وأفاد ممثل مكتب الهيئة بأن مادة النشرة ستكون جاهزة خلال أسبوع نظرا لانشغال المكتب بوفد زائر من السعودية ·

وأوضح ممثل مكتب المنتدى الاسلامي بأن مادة النشرة جاهزة في الكمبيوتر واقترح تخصيص راتب مقطوع لسعادة الأخ الأمين كيمائي ليقوم بأعمال رئاسة التحرير بعد اصدار العدد الاول نظرا لخبرته في هذا المجال وخاصة أنه قد عمل في السابق مع جريدة NATION وله حاليا مقالات تنشر باستمرار في جريدة NATION يوم الأحد ومقالات أخرى في جريدة TAIFA يوم الجمعة ·

وأبدى مدير مكتب الرابطة ملاحظته وطلب عرض التكلفة النهائية للطباعة الى المجلس مرة أخرى لمراجعتها بالاضافة الى دراسة اقتراح مندوب مكتب المنتدى تخصيص راتب مقطوع لمدير التحرير، كما أفاد بأنه قد طلب من الجهات المعنية في الرابطة بالموافقة على المساهمة في تكاليف اصدار النشرة وأبلغها بأن المبلغ لا يتعدى المائة دولار حسب التكلفة الاولى، لذا سيجد صعوبة في حالة الموافقة على دفع مبلغ يزيد عن المائة دولار ·

وقد طلب سعادة مسئول الشئون الاسلامية بالسفارة تذكير مكتب سعادة الملحق الديني بأنه تم الاقتراح بأن تكون مادة SPECIAL REPORT عن مكتبه وعلى المكتب القاء الضوء على أنشطته أو مشاريعه أو عمله العام الخ ···· كما طلب من منسق المجلس مطالبة المؤسسات السعودية بتأييد استلام الفاكسات أو الخطابات الخاصة بعقد الاجتماعات الخاصة بالمجلس · كما اقترح أيضا تجهيز مواضيع متنوعة كل على حسب امكانياته وارسالها لهيئة التحرير ، حيث تكون لدى هيئة التحرير عدة خيارات في حالة نقص المواد المعدة للنشرة ·

واقترح مندوب الرابطة أن ينشر خبر الدورة الاولى للعلوم الشرعية والعربية التي تنظمها وزارة الشئون الاسلامية بالمملكة بالتعاون مع مؤسسة ابراهيم الخيرية والتي أقيمت في الفترة من الثلاثاء ١٤١٨/٣/١١هـ حتى الخميس ١٤١٨/٣/٢٠هـ الموافق ١٥-١٩٩٧/٧/٢٤م بنيروبي كاملا في صفحة GENERAL NEWS .

وفي نهاية الاجتماع ناشدت اللجنة جميع الجهات الاستعجال في تسليم مادة النشرة خلال عشرة أيام ابتداء من تاريخ ١٩٩٧/٧/٢٣م الى الجهات المعنية على أن يعقد اجتماع اللجنة مرة أخرى يوم الثلاثاء ١٤١٨/٤/٢هـ الموافق ١٩٩٧/٨/٥م في الساعة ١١:٠٠ قبل الظهر في مقر سفارة خادم الحرمين الشريفين بنيروبي لاستضافتها لهذا الاجتماع ·

حاجي عبدالله عبدالحميد

مدير مكتب الرابطة

ومنسق المجلس التنسيقي السعودي ·

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.