# EXHIBIT

# “245”

**The Islamic Library**

**Lessons of Sheikh Saad Buraik (Page 3095)**

3095

**EXPLAINING THE MEANING OF JIHAD FOR SUPPORT**

Q. As the employees of the oil company were about to receive their salaries, one of our coworkers reminded his Muslim brethren to donate to Afghanistan as much as they could. However, we were surprised that our coworker received a written warning from the company's management not to do this action. What do you think about this matter?

May the peace and blessings of Allah be upon him. I hope that you will reach an understanding with the company's management in order to state the good, beneficial Islamic point of view. Praise be to Allah, we know that the Islamic Relief Organization is an official agency under the command, care, and sponsorship of the country. It has big, clear, and strong projects in all areas of Jihad, in addition to the relief projects and orphan sponsorship projects. This also applies to the trustd people whom we know. This means that if someone comes to you and gives you money saying, 'Oh, brother, take this. You are going to Afghanistan,' just take it and hand it over to Sayyaf, or hand it over to Hekmatyar. Or, use it to buy a thousand missiles and take them there. If you can hold the trust, we say, 'May Allah reward you with goodness'. And if you come and hand it over to the Islamic Relief Organization, it is a reliable and well-known agency and we do not doubt about it.

3095

Developed by Noureen Media © 2015

المكتبة الإسلامية

# دروس الشيخ سعد البريك (صفحة 3095)

3095

## توضيح صورة الجهاد لأجل الدعم

Q عند حلول قرب استلام الراتب لموظفي شركة الزيت قام أحد زملائنا بتذكير إخوانه المسلمين بالتبرع لـ أفغانستان بما تجود به أنفسهم، ولكنا فوجئنا بأن أتى لزميلنا إنذار خطي من إدارة الشركة بعدم عمل هذا الفعل، فما رأيك بهذا الموضوع؟

صلى الله عليه وسلم أرجو أن يتم التفاهم مع إدارة الشركة لبيان وجهة النظر الإسلامية الطيبة النافعة، لأننا نعلم ولله الحمد والمنّة أن هيئة الإغاثة الإسلامية هيئة رسمية تحت إمرة الدولة ورعاية الدولة وتدعمها الدولة، ومشاريعها جبارة وواضحة وقوية في جميع مجالات الجهاد، ومشاريع الإغاثة، وكفالة الأيتام، وأيضاً من نعرف من الثقات، أي: لو جاءك واحد وأعطاك أمانة، وقال: يا أخي تفضل، أنت ذاهب إلى أفغانستان، فخذها أنت وسلمها من يدك إلى يد سياف، أو من يدك إلى يد حكمتيار، أو من يدك اشتر بها ألف صاروخ وأدخلها، إذا كنت قادراً على حمل الأمانة فنقول: جزاك الله خيراً، وإن أتيت وسلمتها لـ هيئة الإغاثة فهي جهة موثوقة ومعروفة لا نشك فيها.

3095

طور بواسطة نورين ميديا © 2015

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190802_U2S (Saad Buraik)

**Language**: Arabic > English

**Document title**: 9. Saad Buriak - The IIRO Govermental Entity - The Islamic Library

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: Farah Alshekhli **Date**: August 2, 2019