# EXHIBIT 100

Confidentioal: Attorney - Client Communications

بسم الله الرحمن الرحيم

**World Assembly of Muslim Youth**
Member of the UN NGO'S

**الندوة العالمية للشباب الإسلامي**
عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

WAMY
الندوة العالمية للشباب الإسلامي
١٣٩٢هـ - الرياض - ١٩٧٢م

مكتب الأمين العام المساعد
*Office of the Assistant Secretary General*

الرقم : ١٤٤٥
التاريخ : ١٨/٢/١٤٢٢هـ

سعادة الأخ الفاضل / محمد الخطيب حفظه الله
كندا

السلام عليكم ورحمة الله وبركاته ..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد

يسرنا أن نعرب لكم عن الشكر والتقدير لما قدمتم من جهد طيب وعطاء مثمر خلال إدارتكم لمكتب الندوة العالمية للشباب الإسلامي في كندا ودوركم المقدر والمشكور لتسجيل الندوة رسمياً لدى السلطات الكندية ، فشكر الله تعالى لكم كريم جهودكم وأجزل لكم المثوبة والأجر ، وهو ما ينم عما حباكم به الله عز وجل من كريم خلق وروح إسلامية عالية وإيثار واحتساب ، هذا ونأمل تواصلكم مع الأخ / طلحة الجراد لدعم برامج الندوة في المنطقة بما يعود بالنفع والفائدة على الجالية المسلمة المقيمة بها . سائلاً الله تعالى أن يجزيكم لما قدمتم وتقدمون من جهد مشكور مقدَّر خير الجزاء وجعل ما قدمتم في ميزان حسناتكم .

والسلام عليكم ورحمة الله وبركاته ..،

الأمين العام المساعد لشؤون المكاتب

د. صالح بن إبراهيم بابعير

صورة مع التحية لمكتب واشنطن

م/الأسطل / شكر/٨

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya - Saudi Arabia - Tel. (01) 464 1669 (10) Lines / 465 5431
Cable : ISLAMIYAH RIYADH - Fax. : (01) 464 1710

ص.ب : ١٠٨٤٥ - الرياض : ١١٤٤٣ - شارع الأمير عبد العزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ١٦٦٩ ٤٦٤ (٠١) عشرة خطوط / ٥٤٣١ ٤٦٥
برقياً : إسلامية الرياض - فاكس : ١٧١٠ ٤٦٤ (٠١)