# EXHIBIT 101

Canada Customs and Revenue Agency / Agence des douanes et du revenu du Canada

# REGISTERED CHARITY INFORMATION RETURN

## Section A. Identification

- **To complete this form, you will need the guide called *Completing the Registered Charity Information Return Form* T4033A.**
- **The Privacy Act protects personal information given on this form, which is kept in a personal information bank.**
- **Except for yes/no questions, if a question does not apply to your charity, please leave it blank.**

**Please attach a bar code label here before you mail this return. If no label, enter:**

1. Fiscal Period End: 2003/12/31 (Year Month Day)
2. BN/registration number: 87196 6040 RR 0001

RC-04-806

**A1** Has the charity made any changes to its governing documents (e.g., letters patent, articles of incorporation, constitution, trust, or by-laws) that it has not previously reported? (**If yes, see the guide.**) 1500 ☐ Yes ☒ No

**A2** Was the charity an internal division regulated by the governing documents of another charity (i.e., it had no governing documents establishing its independent existence)? If *yes*, what is the name and BN/registration number of the other charity? 1510 ☐ Yes ☒ No

| Name | BN/registration number (##### ####RR####) |
|---|---|
| | RR |

**A3** Was the charity linked to a provincial, national, or international organization? If *yes*, what is the name of this organization and its BN/registration number (if applicable). 1540 ☐ Yes ☒ No

| Name | BN/registration number (##### ####RR####) |
|---|---|
| | RR |

**A4** Has the charity wound-up, dissolved, or terminated operations? (**If yes, see the guide.**) 1570 ☐ Yes ☒ No

**A5** Has the charity amalgamated, merged, or consolidated with another organization? (**If yes, see the guide.**) 1580 ☐ Yes ☒ No

## Section B – Directors/Trustees and Like Officials

**B1** You **must** attach a list with the last name, first name, and initial of each director/trustee and like official and their date of birth, home address (including street number, street name, city, and postal code), telephone number, position in the charity, and if they are at arm's length from all other members of the governing board. Only the person's name, position in the charity, and their arm's length status will be made public. All other information will be kept confidential. Use the worksheet included in the guide or a sheet with the same information in the same format to enter this information, and attach it to this return. See the guide for an explanation of the term **arm's length**.

Have you attached the list required above? 1700 ☒ Yes ☐ No

## Section C – Programs and General Information

**C1** Was the charity inactive during the fiscal period? If *yes*, please explain why in the "Ongoing programs" space below. 1800 ☐ Yes ☒ No

**C2** Describe how the charity carried out its charitable purposes during the fiscal period. Give detailed information so a reader can clearly understand what the charity actually did to fulfill its mandate. Describe the charity's **ongoing programs** and **new programs** in the spaces provided below. Do **not** attach additional sheets of paper or annual reports. Do **not** include a description of fundraising activities in this section. Grant-making charities should describe the types of organizations they support. Please number each program. (See the guide for instructions on how to describe your programs.)

**Ongoing programs**

Hajj (pligrimage), support to charitable organization, Vocational and training , summer camps and festivals

**New programs**

**C3** For programs carried on in Canada, check the appropriate box to show where the programs were carried on.

2000 ☐ A single rural, city, or metropolitan area 2010 ☐ Provincially or territorially 2020 ☒ In more than one province or territory

BN / Registration Number 87196 6040 RR 0001

**C4** Did the charity carry on programs, directly or indirectly, **outside** Canada? 2100 ☐ Yes ☒ No

If *yes*, were any carried out:

- by employees or volunteers of the charity? 2110 ☐ Yes ☒ No
- under agency agreement, contract, joint-venture, or similar arrangements? 2120 ☐ Yes ☒ No
- through gifts to qualified donees? 2130 ☐ Yes ☒ No
- by other means? 2140 ☐ Yes ☒ No

WAMY SA 001874

**C5** For programs the charity managed directly, outside of Canada, list the countries or regions where programs were carried on. Do **not** include countries or regions where programs were managed by a qualified donee.

| | | | | |
|---|---|---|---|---|
| | | NA | | |
| | | | | |

**C6** Did the charity issue scholarships, bursaries, awards, prizes, or honoraria to an individual during the fiscal period? 2300 ☐ Yes ☒ No

**C7** A charity may pursue political activities that are non-partisan, related to its charitable purposes, and limited in extent. During the fiscal period, did the charity carry out political activities or provide assistance to another organization to carry out political activities? (See the guide for information on political activities.) 2400 ☐ Yes ☒ No

**C8** If the charity carried on fundraising activities, check all fundraising methods that it used during the fiscal period.

- 2500 ☐ Advertisements/posters/flyers/radio or TV commercials
- 2510 ☐ Auctions
- 2520 ☐ Bingo/casino nights
- 2530 ☐ Collection plates/boxes
- 2540 ☐ Door-to-door solicitation
- 2550 ☐ Draws/lotteries
- 2560 ☐ Fundraising dinners/galas/concerts
- 2570 ☐ Fundraising sales (e.g., cookies, chocolate)
- 2580 ☐ Mail campaigns
- 2590 ☐ Planned-giving programs
- 2600 ☐ Targeted corporate donations/sponsorships
- 2610 ☐ Targeted contacts
- 2620 ☐ Telephone solicitations
- 2630 ☐ Tournaments/sporting events
- 2640 ☐ Walk-a-thons/bike-a-thons (etc.)
- 2650 ☐ Other
- 2660 ☐ Specify: ______________

**C9** Did the charity use incentive-based compensation (e.g., bonuses, commissions, finder's fees, honoraria) for fundraisers? 2700 ☐ Yes ☒ No

If *yes*, were these incentives paid to:

- contracted fundraisers? 2710 ☐ Yes ☐ No
- staff or volunteers? 2720 ☐ Yes ☐ No

**C10** Did the charity charge fees for, or otherwise receive regular revenue from goods, services, or the use of the charity's assets? 2800 ☐ Yes ☒ No

**C11** Did the charity make gifts to qualified donees? 2900 ☒ Yes ☐ No

If *yes*, you **must** attach a list with the name of each qualified donee and its location, BN/registration number, the total amount of the gift for the fiscal period, the amount, if any, of specified gifts, and whether or not it is an associated charity. List the qualified donees in the order of the **total** amount of the gifts made, starting with the largest. Use the worksheet included in the guide or a sheet with the same information in the same format and attach it to this return.

**C12** If the charity received non-cash gifts (gifts in kind) for which it issued tax receipts, check all the types of gifts that apply.

- 3000 ☐ Artwork/wine/jewellery
- 3010 ☐ Building materials
- 3020 ☐ Clothing/furniture/food
- 3030 ☐ Vehicles
- 3040 ☐ Cultural property
- 3050 ☐ Ecological property
- 3060 ☐ Machinery/equipment (including computers/software)
- 3070 ☐ Hedge funds/life insurance policies
- 3080 ☐ Publicly-traded securities/mutual funds
- 3090 ☐ Privately-held securities
- 3100 ☐ Other
- 3110 ☐ Specify: ______________

## Section D – Compensation

**Note**: Compensation includes **all** forms of remuneration (e.g., salaries, fees, and honoraria) and benefits (e.g., personal use of a car or office space).

**D1** On average, how many permanent, full-time, compensated positions did the charity have in the fiscal period? 3600 ______

**D2** For the five highest compensated positions indicate the **number** of positions in each of the following **annual** compensation categories. Include only those positions that are **permanent, full-time positions**.

3700 ______ $1–$39,999 3710 ______ $40,000–$79,999 3720 ______ $80,000–$119,999 3730 ______ $120,000 and over

**D3** On average, how many part-time or part-year employees did the charity employ in the fiscal period? 3800 1

**D4** What was the total expenditure on compensation for part-time or part-year employees in the fiscal period? 3850 $

**D5** Did the charity compensate any of its directors/trustees or like officials, during the fiscal period? 3900 ☐ Yes ☒ No

**D6** Except for compensation, did the charity, directly or indirectly, transfer any part of its income or assets to individuals or organizations not at arm's length to the charity? 3950 ☐ Yes ☒ No

BN / Registration Number: 87196 6040 RR0001

## Section E – Financial Information

**E1** Please attach a copy of the charity's financial statements to this return — 4000 [X] Attached

**E2** May we make the attached financial statements available to the public? — 4010 [ ] Yes [X] No

**E3** Was the financial information reported below prepared on an accrual or cash basis? — 4020 [X] Accrual [ ] Cash

**E4** *Please show figures to the nearest **single dollar**. Do not show cents. See the guide for an explanation of the terms.*

| Assets | Line | Amount |
|---|---|---|
| Cash, bank accounts, and short-term investments | 4100 | 9,008 |
| Amounts receivable from **non**-arm's length parties | 4110 | 29,560 |
| Amounts receivable from all others | 4120 | |
| Investments in **non**-arm's length parties | 4130 | |
| Long-term investments | 4140 | |
| Inventories | 4150 | |
| Capital assets | 4160 | 2,938 |
| Other assets | 4170 | |
| **Total assets (add lines 4100 to 4170)** | 4200 | 41,506 |

| Liabilities | Line | Amount |
|---|---|---|
| Accounts payable and accrued liabilities | 4300 | 128,761 |
| Deferred revenue | 4310 | |
| Amounts owing to **non**-arm's length parties | 4320 | |
| Other liabilities | 4330 | |
| **Total liabilities (add lines 4300 to 4330)** | 4350 | 128,761 |
| Amount included in lines 4150, 4160, and 4170 not used in charitable programs | 4250 | |

**E5** *Please show figures to the nearest **single dollar**. Do not show cents. See the guide for an explanation of the terms.*

| Revenue | Line | Amount | Line | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| Total tax-receipted gifts | | | 4500 | | | |
| Total gifts received from other registered charities | | | 4510 | | | |
| Total specified gifts included in line 4510 | 4520 | | | | | |
| Total other gifts | | | 4530 | 117,977 | | |
| Revenue from federal government | 4540 | | | | | |
| Revenue from provincial/territorial governments | 4550 | | | | | |
| Revenue from municipal/regional governments | 4560 | | | | | |
| Total revenue from government (add lines 4540, 4550, and 4560) | | | 4570 | | | |
| Interest and investment income | | | 4580 | | | |
| Proceeds from disposition of assets | gross 4590 | | net 4600 | | | |
| Rental income (land and buildings) | | | 4610 | | | |
| Memberships, dues, and association fees (non tax-receipted) | | | 4620 | | | |
| Total revenue from fundraising | | | 4630 | | | |
| Total revenue from sale of goods and services (except to government) | | | 4640 | | | |
| Other revenue | | | 4650 | | | |
| **Total revenue (add lines 4500, 4510, 4530, 4570, 4580, and 4600 to 4650)** | | | | | 4700 | 117,977 |

| **Expenditures (Enter all expenditures, whether or not on charitable programs)** | Line | Amount | Line | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| Advertising and promotion | | | 4800 | 8,438 | | |
| Travel and vehicle | | | 4810 | | | |
| Interest and bank charges | | | 4820 | | | |
| Licences, memberships, and dues | | | 4830 | | | |
| Office supplies and expenses | | | 4840 | 17,336 | | |
| Occupancy costs | | | 4850 | 7,020 | | |
| Professional and consulting fees | | | 4860 | 4,637 | | |
| Education and training for staff and volunteers | | | 4870 | | | |
| Salaries, wages, benefits, and honoraria | | | 4880 | 6,580 | | |
| Donated and purchased supplies and assets expensed for the fiscal period | | | 4890 | | | |
| Amortization of capitalized assets | | | 4990 | 734 | | |
| Research grants and scholarships as part of charitable programs | | | 4910 | | | |
| Other expenditures | | | 4920 | 260,511 | | |
| **Total expenditures before gifts to qualified donees (add lines 4800 to 4920)** | | | | | 4950 | 305,256 |
| Total charitable programs expenditures included in line 4950 | 5000 | 260,511 | | | | |
| Total management and administration expenditures included in line 4950 | 5010 | 44,745 | | | | |
| Total fundraising expenditures included in line 4950 | 5020 | | | | | |
| Total political activity expenditures included in line 4950 | 5030 | | | | | |
| Total other activity expenditures included in line 4950 | 5040 | | | | | |
| Total gifts to qualified donees | | | | | 5050 | |
| **Total expenditures (add lines 4950 and 5050)** | | | | | 5100 | 305,256 |

**We will calculate your disbursement quota based on the information you provide on this return. If you want to do your own calculation, see the disbursement quota worksheet in the guide.**

## Section F – Other Required Information

**F1** What were the total expenditures on programs **outside** Canada during the fiscal period, excluding gifts to qualified donees? **5400** $

**F2** If the charity retained contracted fundraiser(s), enter:

a. the gross revenues collected by the fundraiser(s) on behalf of the charity **5450** $

b. the amounts paid to and/or retained by the fundraiser(s) **5460** $

c. the net fundraising revenue received by the charity (line 5450 minus line 5460) **5470** $

**F3** If the charity has written permission to accumulate property, enter:

- the amount accumulated for the fiscal period, including income earned for the fiscal period on previously accumulated funds **5500** $
- the amount disbursed for the fiscal period for the specified purpose we have granted permission for **5510** $
- the amount deemed to be a tax-receipted gift for the fiscal period **(See the guide)** **5520** $

**F4** Of the tax-receipted gifts received by the charity for the fiscal period, enter:

- the total amount of tax-receipted non-cash gifts (gifts in kind) **5600** $
- the total amount of tax-receipted tuition fees **5610** $
- the total amount of tax-receipted ten-year gifts **5620** $
- the total amount of tax-receipted bequests **5630** $

**F5** If the charity received ten-year gifts or bequests in a previous fiscal period and used them to reduce its disbursement quota, enter the amount, if any, spent in the fiscal period. **(See the guide.)** **5700** $

**F6** If the charity is taking a special reduction, which we have pre-approved, to its disbursement quota, enter the special reduction amount for the fiscal period. **(See the guide.)** **5750** $

**F7** Did the charity acquire a non-qualifying security or allow a donor to use any of the charity's property under the circumstances described in the guide during the fiscal period? **(See the guide)** **5800** ☐ Yes ☐ No

## Section G – For Foundations Only

**Note**: See the guide for an explanation of the terms and requirements of this section.

**G1** In the fiscal period, did the foundation acquire control of a share-capital or for-profit corporation? **6000** ☐ Yes ☐ No

**G2** Indicate the average value of investment property **not** used for charitable programs or administration during:

- the 24 months before the **beginning** of the fiscal period **6050** $
- the 24 months before the **end** of the fiscal period **6060** $

**G3** Did the foundation incur debts at any time during the fiscal period other than for current operating expenses, in purchasing or selling investments, or in administering charitable programs? **6100** ☐ Yes ☐ No

**G4 For private foundations only**: At any time during the fiscal period, did the foundation hold any shares, rights to acquire such shares, or debts owing to it that meet the definition of a non-qualified investment? **6150** ☐ Yes ☐ No

## Section H – Certification

**H1** *To be completed by a director/trustee or like official of the charity.* **It is a serious offence under the *Income Tax Act* to provide false or deceptive information.**

I certify that the information given on this form, the basic information sheet, and any attachments is, to the best of my knowledge, correct, complete, and current.

Name (*Please print*) TALHAH AL JARAD — Position in charity PRESIDENT

Signature [signature] — Date signed 2004/07/08

## Section I – Confidential Data

**I1** Physical location (address) of the charity (*Do not use rural route or post office box numbers.*)

| | |
|---|---|
| Number, street, apt. no., or lot and concession no. | SUITE 109 2200 SOUTH SHERIDAN WAY |
| City | MISSSSAUGA |
| Province or territory and postal code | ON — Postal code: L5J 2M4 |

**I2** Location of the charity's books and records

| | |
|---|---|
| Number, street, apt. no., or lot and concession no. | WORLD ASSEMBLY OF MUSLIM YOUTH |
| City | MISSISSAUGA |
| Province or territory and postal code | ONTARIO — Postal code: L5J 2M4 |

**I3** Name and address of the person who completed this return

| | |
|---|---|
| Name | |
| Firm name (if applicable) | NAWAZ TAUB NOOR & WASSERMAN LLP |
| Number, street, apt. no., R.R. no., or P.O. box no. | 48 VILLAGE CENTRE PLACE |
| City | MISSISSAUGA |
| Province or territory and postal code | ONtario — Postal code: L4Z 1V9 |
| | Phone number (905)273-5888 — Fax number (905)273-5999 |

# Directors/Trustees Worksheet

**Provide the last name, first name, and initial for each director/trustee and like official and their date of birth, home address (including street number, street name, city, province or territory and postal code), position in the charity, telephone number, and whether or not they are at arm's length from other members of the charity's Board of Directors/Trustees. Only the person's name, position in the charity, and their arm's length status will be made public. All other information will be kept confidential.** See the guide for an explanation of the term **arm's length.**

Last name: KHATIB First name: MOHAMAD Initial: Date of birth: yyyy/mm/dd
Street number and name: 3125 BENTHLEY DR.
City: MISSISSAUGA Province or territory: ON Postal code: L5M -6V8
Telephone number: (905)814- 8556 Position in charity: PRESIDENT Arm's length ☐ Yes ☐ No

Last name: ~~AYMAN~~ AL-TAHER First name: AYMAN Initial: Date of birth: yyyy/mm/dd
Street number and name: 3024 CEDARGLEN GATE
City: MISSISSAUGA Province or territory: ON Postal code: L5C 4S3
Telephone number: (905) 803 1003 Position in charity: Arm's length ☐ Yes ☐ No

Last name: MALABARI First name: IBRAHIM Initial: Date of birth: yyyy/mm/dd
Street number and name: 56 BOUSTEAD AV
City: TORONTO Province or territory: ON Postal code: M5R 1Y9
Telephone number: (   ) - Position in charity: Arm's length ☐ Yes ☐ No

Last name: ELSAYED First name: ALAA Initial: Date of birth: yyyy/mm/dd
Street number and name: 105 CARMINE CRESCENT
City: CAMBRIDGE Province or territory: ON Postal code: N3C 3Z4
Telephone number: (   ) - Position in charity: Arm's length ☐ Yes ☐ No

Last name: First name: Initial: Date of birth: yyyy/mm/dd
Street number and name:
City: Province or territory: Postal code:
Telephone number: (   ) - Position in charity: Arm's length ☐ Yes ☐ No

Last name: First name: Initial: Date of birth: yyyy/mm/dd
Street number and name:
City: Province or territory: Postal code:
Telephone number: (   ) - Position in charity: Arm's length ☐ Yes ☐ No

Last name: First name: Initial: Date of birth: yyyy/mm/dd
Street number and name:
City: Province or territory: Postal code:
Telephone number: (   ) - Position in charity: Arm's length ☐ Yes ☐ No

Last name: First name: Initial: Date of birth: yyyy/mm/dd
Street number and name:
City: Province or territory: Postal code:
Telephone number: (   ) - Position in charity: Arm's length ☐ Yes ☐ No

Last name: First name: Initial: Date of birth: yyyy/mm/dd
Street number and name:
City: Province or territory: Postal code:
Telephone number: (   ) - Position in charity: Arm's length ☐ Yes ☐ No

Last name: First name: Initial: Date of birth: yyyy/mm/dd
Street number and name:
City: Province or territory: Postal code:
Telephone number: (   ) - Position in charity: Arm's length ☐ Yes ☐ No

Last name: First name: Initial: Date of birth: yyyy/mm/dd
Street number and name:
City: Province or territory: Postal code:
Telephone number: (   ) - Position in charity: Arm's length ☐ Yes ☐ No

Canada Customs and Revenue Agency / Agence des douanes et du revenu du Canada

Place bar code label here

## Qualified Donees Worksheet

Provide the name of each qualified donee, whether or not it is an associated charity, its location, BN/registration number, the total amount of the gifts for the fiscal period, the amount, if any, of specified gifts. List the qualified donees in the order of the **total** amount of the gifts made, starting with the largest. Round numbers to nearest single dollar.

Total number of qualified donees: 6

| Name of qualified donee | Associated charity | Location | BN/registration number | Total amount of gifts | Amount of specified gifts |
|---|---|---|---|---|---|
| AL TAQUA ISLAMIC SCHOOL | ☐ Yes ☒ No | | 88049 5163 RR 0001 | $ 11,000 | $ 0 |
| MUFTAHUL ULOOM | ☐ Yes ☒ No | | 89101 6248 RR 0001 | $ 6,500 | $ 0 |
| LONG BAY CAMP | ☐ Yes ☒ No | | R | $ 3,280 | $ 0 |
| KG3 MAKRKETING LTD | ☐ Yes ☒ No | | R | $ 2,000 | $ 0 |
| MARITIME ISLAMIC ACADEMY | ☐ Yes ☒ No | | R | $ 750 | $ 0 |
| LONDON MUSLIM MOSQUE | ☐ Yes ☒ No | | R | $ 500 | $ 0 |
| | ☐ Yes ☐ No | | R | $ 0 | $ 0 |
| | ☐ Yes ☐ No | | R | $ 0 | $ 0 |
| | ☐ Yes ☐ No | | R | $ 0 | $ 0 |
| | ☐ Yes ☐ No | | R | $ 0 | $ 0 |
| | ☐ Yes ☐ No | | R | $ 0 | $ 0 |



Canada