# EXHIBIT
# 102

World Assembly of Muslim Youth
"WAMY"/Pakistan Office

الندوة العالمية للشباب الاسلامي
مكتب باكستان

# EMPLOYMENT CONTRACT (1-4) P.

(Expatriates)

*In the name of Allah the most merciful the most gracious*

With the help of the Almighty, Allah on this day 19/5/1421 this contract is signed by the World Assembly of Muslim Youth "WAMY hereafter referred as (The First Party), represented by the Director General ( Pakistan Office) Mr. M. Mustafa and Mr. Adil Hassan --- son Hamad hereafter referred as (The Second party), who is a Sudanese national and the holder of Passport / NIC No. A 226753 Issued at Khartoum on 29 July 1992.

Both parties have agreed to the following terms and conditions:

1. The second party will work for the first party in the capacity of Administrator -The first party will engage the second party in any job which is directly related to the Qualifications, experience, or skills of the second party.

2. The second party will work for the first party in Pakistan / Afghanistan if not specified **otherwise**.

3. The second party will not work for any other organization during or after the working hours with or without pay or benefits without the prior permission of the first party.

4. The probation period will be three months from the date of singing this contract. During this period, The first party will have the right to cancel the contract without prior notice and without any compensations.

5. The monthly salary will be paid by the first party at the end of each Arabic month (Hegiri Calendar).

6. The salary has been fixed to be US$ (450/$). in words:(Four hundred Fifty US $) or Pakistan Rupees (nil) In words: (nil)

مكتب باكستان: ص.ب. ١٠٥٥ بشاور، المدينة الجامعية، منطقة شهيد دهري، رقم ٣٣٠٤/٥ هاتف ٤١٤٨٥ ـ ٨٤٠٢٤٩ فاكس ٨٤٠٣٨٥

WAMY Pakistan Office U-P-O Box - 1055 Suhaid Dheri Plot 3304/5 U-T Tel: 41485 - 840249 - Fax: 840385

1

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

7. *The second party is bound to respect and abide all the rules and regulations of WAMY besides all the ethics appreciated in Islam. The salary will be subject to the taxes of the hosting Govt.*

8. *The second party will work eight hours a day and six days a week. During the holy month of Ramazan, the working hours shall be reduced to six hours (for the workers in Pakistan), and for the workers inside Afghanistan according to the working system in Afghanistan .*

9. *No vehicle or an asset of the organization shall be used for personal purpose without prior written approval of the section management .*

10. *One way ticket or an equivalent amount will be provided at the joining time to the new* ***EXPATRIATE*** *employee, who has signed his contract with the organization outside Pakistan and Afghanistan.*

11. *A round trip ticket to the home town will be provided to the expatriate employees once yearly, provided that the employee physically travels to his country during his Annual vacation period .*

12. *All tickets issued will be non-refundable., non-transferable besides that routes are not changeable without the prior approval from the personnel Section .*

13. *The annual vacation of the employee shall be 30 paid days. The casual/emergency leaves will be limited to seven days each year provided that no more than two days will be sanctioned for one emergency occasion, (subject to the judgment of the project Director).*

14. *A housing allowance of Rs. ---Nil--------- will be given monthly to the expatriate employee who brings his family to Pakistan/Afghanistan.*

15. *Transport facilities to/from the work site will be provided to the second party inside Peshawar if it is possible.*

16 *Each party has the right to terminate the contract provided that one*

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York

month notice given to the other party before termination/resignation.

17. WAMY has the right to utilize the services of the employee during the notice period or cease it with paid salary of the notice month .

18. The validity of this contract will be one year. It will be automatically renewed if no notice to terminate the contract is served in writing by either party .

19. At the end of the contract or the termination of the services, the employee will hand over, all the documents and assets under his control to his direct superior.

20. Any thing which is not mentioned in this contract will be subject to the prevailing rules and regulations (By-laws) of WAMY.

21. Two original copies of this contract shall be signed and each party will retain a copy. Future references will be made in the light of this document .

22. The second party should submit an authenticated copy of his legal documents (passport/N.I.Card), qualifications and experience certificates. He will be responsible of its genuineness. He can not undertake any official task with the organization before completing this requirement.

23. This contract will become effective legally soon after the signature of both parties is affixed on it .

24 The contract shall remain effective unless a written resignation/ termination is put forward by either parties.

25. in every month the second party is bound to work continuously for 25 days inside Afghanistan, i.e. second party shall be on duty - bound for that period. On the other hand this condition implies that a local leaf of five days is permissible for the second party.

WORLD ASSEMBLY OF MUSLIM YOUTH WAMY



CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY SA E001090

| First party | Second Party |
|---|---|
| Name : M. Mustafa | Name : Adil Hassan Hamad |
| Signature : | Signature : |
| Designation : Director General | Job Title : Administrator |
| Date : 19/5/1421 | Date : 19/5/1421 |
| 19/8/2000 | 19/8/2000 |

CONFIDENTAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570(GBD)
United States District Court for Southern District of New York