# EXHIBIT 105

# UNCLASSIFIED

**Department of Defense**
**Office for the Administrative Review of the Detention of Enemy Combatants at US Naval Base Guantanamo Bay, Cuba**

27 May 2005

To: BALKHAIR, RASHED AWAD KHALAF

SUBJECT: UNCLASSIFIED SUMMARY OF EVIDENCE FOR ADMINISTRATIVE REVIEW BOARD IN THE CASE OF BALKHAIR, RASHED AWAD KHALAF

1. An Administrative Review Board will be convened to review your case to determine if your continued detention is necessary.

2. The Administrative Review Board will conduct a comprehensive review of all reasonably available and relevant information regarding your case. At the conclusion of this review the Board will make a recommendation to: (1) release you to your home state; (2) transfer you to your home state, with conditions agreed upon by the United States and your home state; or (3) continue your detention under United States control.

3. The following primary factors favor continued detention:

a. Commitment

1. The detainee attended King Khalid University in Abha, Saudi Arabia for one and a half years, where he studied the laws of Islam.

2. The detainee left Saudi Arabia with his passport and Pakistani visa approximately September 2000. The detainee flew from Riyadh, Saudi Arabia to Bahrain and from Bahrain to Karachi. The detainee traveled to Jalalabad, Afghanistan on approximately September 15, 2001.

b. Connections/Associations

1. Detainee worked for Al-Ighatha Al-Islamiya, International Islamic Relief Organization (IIRO).

2. According to open press sources, the International Islamic Relief Organization is a non-governmental organization, which has ties to Usama Bin Laden and the Abu Sayyaf Group.

3. The detainee spent nine months traveling throughout Pakistan with two members of Jamaat al Tabligh.

4. Jama'at Al Tablighi, a Pakistan based Islamic missionary organization, is being used as a cover to mask travel and activities of terrorists including members of al Qaida.

**SUBJECT: UNCLASSIFIED SUMMARY OF EVIDENCE FOR ADMINISTRATIVE REVIEW BOARD IN THE CASE OF BALKHAIR, RASHED AWAD KHALAF**

5. Detainee paid a known Taliban recruiter six to ten thousand Pakistani Rubis to flee from Jalalabad to the Afghanistan/Pakistan border.

6. Detainee stayed approximately three months in a Taliban guesthouse in Jalalabad, Afghanistan.

7. Detainee's name was listed on a computer hard drive associated with a known terrorist.

8. The detainee's aliases also appeared on a list detailing mujahideen "trust" accounts found at an al Qaida safe house in Pakistan. The list indicated that detainee's wallet and passport were being held in the "trust" account.

9. The detainee's name was found on a list of al Qaida mujahidin who were in Afghanistan but were arrested by Pakistani authorities.

10. The detainee's name was found on a document listing 324 Arabic names, aliases, and nationalities recovered from safehouse raids associated with suspected al Qaida in Karachi, Pakistan.

c. Other Relevant Data

1. Detainee was captured with a Casio wristwatch typically used as a timing device to initiate an explosive charge.

2. The detainee was arrested in Peshawar, Pakistan. The detainee stated that he was arrested because he did not have a passport or any other form of identification, due to the fact that his money, documents and passport were stolen while in Afghanistan.

4. The following primary factors favor release or transfer:

a. The detainee stated that he was not involved with al Qaida and did not believe Usama Bin Laden was a good Muslim. The detainee stated that he went to Afghanistan to provide humanitarian aid to Afghani refugees and turned himself into Pakistani officials near Peshawar, Pakistan, when the Northern Alliance began to overrun the Taliban forces. The detainee was then taken to a prison, possibly near Quetta, Pakistan.

b. The detainee denied having any knowledge of the attacks in the United States prior to their execution on September 11th, and also denied knowledge of any rumors or plans of future attacks on the United States or its interests.

5. You will be afforded a meaningful opportunity to be heard and to present information to the Board; this includes an opportunity to be physically present at the proceeding. The Assisting Military Officer (AMO) will assist you in reviewing all relevant and reasonably available

unclassified information regarding your case. The AMO is not an advocate for or against continued detention, nor may the AMO form a confidential relationship with you or represent you in any other matter.

**DEPARTMENT OF DEFENSE**
**JOINT TASK FORCE GUANTANAMO**
**GUANTANAMO BAY, CUBA**
**APO AE 09360**

JTF-GTMO-CC

28 June 2006

MEMORANDUM FOR Commander, United States Southern Command, 3511 NW 91st Avenue, Miami, FL 33172.

SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9SA-000186DP (S)

## JTF-GTMO Detainee Assessment

### 1. (S//NF) Personal Information:




- JDIMS/NDRC Reference Name: Rashid Awad Khaliaf Bilkhayr
- Aliases and Current/True Name: Rashid Awad Khalaf Al Bilkhayr Al Ghamidi, Abu Ziyad, Abu Al Gharib
- Place of Birth: Jurashi, Saudi Arabia (SA)
- Date of Birth: 1978
- Citizenship: Saudi Arabia
- Internment Serial Number (ISN): US9SA-000186DP

### 2. (FOUO) Health: Detainee is in good health.

### 3. (S//NF) JTF-GTMO Assessment:

**a. (S) Recommendation:** JTF-GTMO recommends this detainee for Continued Detention Under DoD Control (CD). **If a satisfactory agreement can be reached that ensures continued detention and allows access to detainee and/or to exploited intelligence, detainee can be Transferred Out of DoD Control (TRO).** JTF-GTMO previously assessed detainee as Retain in DoD Control (DoD) on 10 September 2004.

**b. (S//NF) Executive Summary:** Based on his association with extremist-related listings, detainee is assessed to be a probable Al-Qaida fighter who attended militant training. Detainee maintains he traveled to Pakistan (PK) and then Afghanistan (AF) for humanitarian

**CLASSIFIED BY:** MULTIPLE SOURCES
**REASON:** E.O. 12958 SECTION 1.5(C)
**DECLASSIFY ON:** 20310609

JTF-GTMO-CC
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9SA-000186DP (S)

research. His true activities remain unknown and / or unverified. Detainee's name appears amongst a listing of those reportedly captured with senior Al-Qaida operative Ibn Al-Sheikh Al-Libi, ISN US9LY-000212DP. JTF-GTMO determined this detainee to be:

- A **MEDIUM** risk, as he may pose a threat to the US, its interests and allies.
- A **LOW** threat from a detention perspective.
- Of **MEDIUM** intelligence value.

**4. (S//NF) Detainee's Account of Events:**

**The following section is based, unless otherwise indicated, on detainee's own account. These statements are included without consideration of veracity, accuracy, or reliability.**

**a. (S//NF) Prior History:** Detainee graduated high school and attended King Khalid University in Riyadh, SA,[1] where he studied Islamic Law for approximately one and a half years. The university is government-funded, so detainee did not have to pay for classes or housing. Detainee did not complete his college education because the classes were too difficult. After leaving college, detainee applied for a job with the World Assembly of Muslim Youth (WAMY),[2] but was not hired. After being rejected by WAMY, detainee applied to the International Islamic Relief Organization (IIRO) where he was hired.[3] Detainee worked with the IIRO, in administration and distribution[4], for approximately eight months to a year before he decided to travel to Afghanistan to provide humanitarian aid.[5].

**b. (S//NF) Recruitment and Travel:** A man (NFI) came into detainee's office at the IIRO and spoke about the need to help people in Pakistan, prompting detainee to travel there.[6] Detainee was granted a month of leave from the IIRO but instead quit to continue humanitarian activities full-time.[7] In late 2000[8] or early 2001,[9] detainee obtained visas from

[1] 000186 302 18-APR-2002
[2] Analyst Note: WAMY is a Tier 1 Counterterrorism NGO target, defined as those that have demonstrated sustained and active support for terrorist organizations willing to attack US persons or interests.
[3] IIR 4 201 3161 05, Analyst Note: The IIRO is an NGO Tier 1 counterterrorism target defined as those having demonstrated sustained and active support for terrorist organizations willing to attack US persons or interests.
[4] IIR 4 201 2855 05; 000186 302 04-SEP-2002, IIR 4 201 3162 05, IIR 4 201 2840 05, 000186 302 04-SEP-2002
[5] IIR 4 201 2855 05, 000186 FM40 04-MAY-2004, Analyst Note: Detainee also stated that he began working for the IIRO sometime after the fall of 2000. IIR 4 201 3162 05, It is improbable that this is when he began working for the IIRO as he claims to have traveled to Pakistan during this timeframe, back-dating from the timeline he most consistently provides.
[6] 000186 SIR 29-SEP-2004
[7] IIR 4 201 2855 05 and 000186 302 04-SEP-2002

the passport office in Riyadh. Shortly thereafter, he departed Saudi Arabia and traveled to Karachi PK, with a short layover in Bahrain.[10] Detainee departed Saudi Arabia with approximately 1,000 Saudi Riyals (approximately $266 USD) cash, 12,000 Saudi Riyals (approximately $3192 USD) in the bank,[11] clothing, a passport and a folder (NFI).[12] In Karachi, he spent one night at the Fahran Hotel and then traveled to the Medina Mosque where he met two members of the Jama'at Tablighi (JT).[13] For approximately nine months, detainee traveled with these two individuals throughout Pakistan.[14] Detainee stated he was in Peshawar, PK when the events of 11 September 2001 occurred.[15] As a result of his contacts in Karachi, detainee decided to travel to Afghanistan and "check on the condition of Muslims there." Detainee traveled to Jalalabad, AF via the Torkham border-crossing in early October 2001.[16]

**c. (S//NF) Training and Activities:** While crossing the border, detainee was detained and interrogated by Taliban border officials because they believed him to be a spy. Their suspicions were aroused because he was an Arab traveling alone in Afghanistan without assistance or sponsorship. When detainee was released, an Afghan male (NFI) was assigned to travel with him.[17] Detainee spent three months in Jalalabad at the Islamic Center where he traveled out to the surrounding rural villages to provide humanitarian services.[18]

## 5. (S//NF) Capture Information:

**a.** (S//NF) While in Jalalabad, detainee claimed he heard anti-Arab sentiments being expressed and that Arabs were being killed, so he decided to flee the country. While attempting to flee Afghanistan, detainee's research records, passport and money were stolen by unknown Afghanis.[19] Detainee met Abdul Rahman, an Afghan guide, and agreed to pay

---

[8] Analyst Note: Working back from the date he claims to have entered Afghanistan (October 2001) detainee would have traveled to Pakistan in late 2000.
[9] IIR 4 201 2831 05
[10] IIR 4 201 2855 05; 000186 302 04-SEP-2002, TD-314-00296-02
[11] 000186 MFR 24-MAR-2002
[12] IIR 4 201 2855 05
[13] Analyst Note: The JT is an NGO Tier 2 counterterrorism target. NGO Tier 2 targets have demonstrated the intent and willingness to support terrorist organizations willing to attack US persons or interests.
[14] IIR 4 201 2840 05, 000186 MFR 24-MAR-2002, activities referenced in TD-314-00296-02 and 000186 MFR 24-MAR-2002, Analyst Note: Detainee stated in IIR 4 201 2831 05 that he spent two months traveling with these men.
[15] IIR 4 201 2831 05
[16] TD-314-00296-02; 000186 302 04-SEP-2002, IIR 4 201 2855 05
[17] 000186 302 04-SEP-2002; 000186 MFR 24-MAR-2002, IIR 4 201 2855 05
[18] IIR 6 034 0394 03; time in Jalalabad referenced in 000186 FM40 15-NOV-2003, 000186 FM40 13-NOV-2002, 000186 302 13-NOV-2002, 000186 302 04-SEP-2002, IIR 4 201 2855 05
[19] IIR 4 201 2855 05; 000186 302 04-SEP-2002, IIR 6 340 0394 03, 000186 MFR 03-JUN-2003

JTF-GTMO-CC
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9SA-000186DP (S)

him between 6,000 and 10,000 Pakistani Rupees (approximately $104 USD to $173 USD) to get detainee across the border with payment being made upon reaching the Saudi Embassy.[20] Abdul Rahman took detainee across the border to a place near Peshawar[21] and turned him into Pakistani authorities.[22] (Analyst Note: Actual events place detainee in a group of individuals led by Usama Bin Laden (UBL)-assigned military commander of Tora Bora, Ibn Al Shaykh Al Libi, who crossed from the Nangarhar region of the AF-PK border on 14 December 2001. The group felt secure with their Pakistani host who convinced them to surrender their weapons. The host then informed the group that the Pakistani forces were aware of their presence and they had to move fast. The group gathered in a mosque where they were immediately surrounded by Pakistani forces and hauled away in large trucks.[23]) Detainee was transferred from Pakistani custody to US custody on 31 December 2001, in Kohat, PK.[24]

**b. (S) Property Held:**

- 1 - F91W black Casio watch[25]
- Paper (NFI)[26]
- 1 - Koran[27]

**c. (S) Transferred to JTF-GTMO:** 17 January 2002

**d. (S//NF) Reasons for Transfer to JTF-GTMO:** There are no documented reasons for transfer in Detainee's file.

**6. (S//NF) Evaluation Of Detainee's Account:** Detainee has provided a consistent story regarding his intended purpose for being in Pakistan and Afghanistan, as well as for his claimed activities while there. His storyline differs only with regards to the length of time he spent in Afghanistan and when he initially entered the country. Without corroborating information to

[20] IIR 4 201 2855 05; 000186 302 04-SEP-2002, 000186 KB 02-FEB-2002, 000186 MFR 03-JUN-2003
[21] 000186 FM40 13-NOV-2002
[22] IIR 4 201 2855 05
[23] IIR 7 739 3396 02, JDIMS: "Withdrawal from Tora Bora"
[24] TD-314-00845-02
[25] Analyst Note: Reports indicate that Al-Qaida distributed Casio watches to students in the watch timer course included in explosives training. The F-91W/A159W model has been used in bombings linked to Al-Qaida and radical Islamic extremist IEDs. Students in Al-Qaida explosives courses were given these watches at graduation. The F-91 watch is used as a timing device for explosives. The first documented use of this watch as a timer was a Philippine Airline flight in 1994. See JDIMS Documents: Casio Watch MFR, Casio Watch Electronic Analysis Report, Casio watches and relationship to detainees
[26] 000186 INITIAL SCREENING 01-JAN-2002
[27] TD-314-00296-02

confirm or deny detainee's story, or explain why his identity appears on extremist-related documents, the true extent of detainee's activity in Afghanistan remains unknown. Detainee's cover story of humanitarian activities is assessed as false.

**7. (S//NF) Detainee Threat:**

**a. (S) Assessment:** Due to the lack of corroborating information about the detainee's Afghan extremist associations or information to the contrary, it is assessed that he poses a MEDIUM risk, as he may pose a threat to the US, its interests and allies.

**b. (S//NF) Reasons for Continued Detention:** Based on his association with extremist related listings, detainee is assessed to be a probable fighter who attended militant training. Detainee's name appears on Al-Qaida extremist-related documents and was reportedly captured with a senior Al-Qaida operative. Detainee traveled to Pakistan and then Afghanistan with the intent of conducting humanitarian research and interacted with terrorism-related NGOs.

- (S//NF) Detainee may have attended militant training and was a probable fighter against US and coalition forces in Afghanistan.
    - (S//NF) Detainee's name was found on a list of mujahideen who arrived in December 2001 to fight in Afghanistan. These mujahideen did not complete training and were subsequently arrested by Pakistani authorities. During the joint raids conducted with the Pakistani Inter-services Intelligence Directorate (ISID) against Al-Qaida associated safe houses in Rawalpindi, PK on 1 March 2003, a file titled "Taha.doc," was recovered from confiscated computer media. A variation of detainee's name, Rashid 'Awad Khalaf Al-Ghamdi, and alias, Abu Ziyad, as well as the statement "to inform his parents via Ibrahim at 077226315" (NFI) was found in this document.[28] (Analyst Note: This is an indication that detainee possibly attempted to receive training at some point.)
    - (S//NF) Variations of detainee's name appear on Al-Qaida extremist associated documents. (Analyst Note: Some of these lists are indicative of an individual's residence within Al-Qaida, Taliban and other extremist guesthouses often for the purpose of training, coordination prior to training and traveling to the front lines or abroad. Having no prior military training, these lists would indicate detainee's trust account and thus, presence in a guesthouse while en route to a training camp. Trust accounts were simply storage compartments such as envelopes or folders that were used to secure the individual's personal valuables until completion of training or another activity.)

[28] TD-314-48336-03 (Detainee is letter BB)

- (S//NF) A variation of detainee's name, Rashed Awwad Al Ghamdi, was found in a document listing 324 Arabic names, aliases and nationalities recovered from raids on safe houses associated with suspected Al-Qaida members in Karachi. Rashed Awwad Al Ghamdi was associated with the statement, "has possession of a Saudi passport and wallet."[29]
- (S//NF) Analysis of floppy disks associated with the Karachi raids on suspected Al-Qaida safe houses on 10-12 September 2002, revealed an Arabic-language document entitled "Passports.doc." A variant of detainee's name, Rashid Awad Al Ghamdi, was found on this list associated with a safety deposit box (number 215-458) containing a passport and wallet.[30]
- (S//NF) A variation of detainee's name, Rashid 'Awad Khalaf Al-Ghamidi, was found on a document entitled "Asra.doc" recovered on a hard drive associated with senior Al-Qaida operative Khalid Sheik Mohammed (KSM). Rashid 'Awad Khalaf Al-Ghamidi was associated with the phone number 0096677226315[31] (NFI).
- (S//NF) Computer media recovered during raids against Al-Qaida associated safe houses in Rawalpindi and Karachi, contained a variation of detainee's name, Rashid 'Awad Al-Ghamdi. The media listed Al-Qaida mujahideen and their "Trust" accounts. Listed under detainee's name variation was a trust account number (458-215) showing a passport and a wallet as the contents.[32]
- (S//NF) A variation of detainee's name, Rashd 'Awad Al-Ghamdi, was located in a handwritten 80 page document. This document listed muhajideen names, aliases, country of origin and assigned trust account number. Rashd 'Awad Al-Ghamdi was associated with no alias, the country of Saudi Arabia and the trust number 458.[33] (Analyst Note: No further information is available about the recovery of this document.)

○ (S//NF) Detainee was reportedly captured with a group of individuals including senior Al-Qaida operative, Ibn Al-Sheikh Al-Libi.[34] (Analyst Note: As a member of this group, detainee is assessed to be a member of the Al-Qaida extremist forces under the command of Al Libi. UBL placed Al Libi in charge of the forces in the Tora Bora Mountains in December 2001. In order to have held the position of a fighter during the time period detainee was in Afghanistan, he would have had to receive training.)

---

[29] TD-314-40693-02 (Detainee is #81)
[30] TD-314-42895-02 (Detainee is #78)
[31] TD-314-13174-03
[32] TD-314-47683-03 (Detainee is #78)
[33] AFGP-2002-905527b (Detainee is #82 on pg 53)
[34] IIR 7 739 3396 02_FULL

JTF-GTMO-CC
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9SA-000186DP (S)

- (S//NF) Ibn Al-Shiekh Al-Libi was a senior Al-Qaida trainer, most notably in charge of the Khalden training camp, who, when captured by Pakistani authorities, refused to leave the area until all those held in the mosque were taken with him. (Analyst Note: It is unknown exactly what the relationship, if any, between detainee and Ibn Al-Shiekh Al-Libi is; however, the significance of Ibn Al-Shiekh Al-Libi's stand against the authorities cannot be overlooked.)[35]
- (S//NF) A variation of detainee's name, Rashed 'Awad Khalaf Al-Ghamdi, and alias, Abu Ziyad, was included in a document recovered from a computer server hard drive found in a suspected Al-Qaida safe house in Islamabad, PK, naming 78 suspected Al-Qaida associates detained by the Pakistanis.[36] (Analyst Note: The listings in the following various publications are probably from the same source – the translated Al-Qaida document that was possibly sent to the publications prior to the computer recovery.)
  - (S//NF) A variation of his name, Rashid Awad Khalaf Al-Ghamidi, and alias, Abu Ziyad, was found on a recovered document associated with the Islamic Observation Center in London, England (UK), listing names of 76 associates fighting with the Taliban against the Northern Alliance. (Analyst Note: The Islamic Observation Center is a known conduit of UBL's and Al-Qaida's message. It is highly probable that this listing is the same as the document listing 78 associates mentioned above.)[37]
  - (S//NF) A variation of detainee's name, Rashed 'Awadh Khalaf Al-Ghamdi, and alias, Abu Ziyad, was also found on a hand-written version of this document, which identified 68 associates detained by the Pakistanis.[38]
  - (S//NF) The London Al Quds Al Arabi newspaper also published a variation of his name, Rashid Awad Khalaf Al-Ghamidi, and alias, Abu Ziyad, in an article identifying Arab fighters "betrayed" by Pakistani locals. These Arabs were turned over to the Pakistani government and held until transfer to US custody in Afghanistan.[39] (Analyst Note: The London Al Quds Al Arabi publication is a London-based independent Arab Nationalist Daily with an anti-US and anti-Saudi editorial line which tends to generally be pro-Palestinian, pro-Iraqi regime and sympathetic to UBL.)
- (S//NF) A variation of detainee's name, Rashid Khalaf Awad Al-Ghamdi, and alias, Abu Ziyad, and contact information, "contact his family via Ibrahim at phone number 077226315," (NFI) was published in a 79-page document on the

[35] TD-314-52609-05
[36] IIR 7 739 3268 02
[37] TD-314-09853-02 (Detainee is #21); Analyst Note from http://www.iict.org.il/spotlight/det.cfm?id=699
[38] IIR 7 739 3245 02
[39] GMP20020111000090_FULL

Al Neda internet site on 20 July 2002. The document contained information regarding the capture of Taliban and Al-Qaida fighters who crossed the border in the Nangarhar Province, AF after coalition strikes began.[40]

- (S//NF) Detainee claims that while in Jalalabad he resided at the Islamic Center.[41] (Analyst Note: Due to the uncertainty in detainee's activities, the following information is provided as alternate Islamic Center locations where he could have resided, visited or frequented while in Afghanistan.)
  - (S//NF) Hekmatyar Islamic Center, Jalalabad, AF. According to an individual in Saudi custody, there was a facility in Jalalabad named Hekamytar Islamic Center or Guesthouse that was later renamed the Abu Majid Center. According to the individual, this location was not used for training.[42]
    - (S//NF) Derunta Training Camp, Jalalabad, AF. According to an individual in Saudi custody, the Derunta camp complex included the Hekmatyar Islamic Center.[43] (Analyst Note: Derunta shut down in the summer of 2001; however, if detainee was in this location, Derunta's closure does not mean that detainee did not attend some training while there.)
  - (S//NF) Institute for Islamic Studies, Kandahar, AF. This was an institute of religious and Arabic language studies, located within walking distance of the Al Nebras aka Hajji Habash Guesthouse.[44] Senior Al-Qaida operative Abu Hafs Al Mauratani was in charge of this facility.[45] (Analyst Note: Jihadists used Al Nebras as a waypoint while en route to Al Farouq or the front lines. It is possible that detainee attended training at the Institute for Islamic Studies and does not want to admit his presence in a known Al-Qaida associated facility.)
  - (S//NF) International Islamic Center, Kabul, AF. According to Al Wafa Director and possible Al-Qaida member Abdullah Alamatrafi, ISN US9SA-000005DP (SA-005), there was an Al Wafa associate that was a translator at the Islamic Institute in Kabul.[46] According to a foreign intelligence service, one of UBL's inner circle members, a Libyan by the name of Abu Zubair, built and managed the International Islamic Center in Kabul.[47] According to assessed Al-Qaida member Khaled Ahmad, ISN US9YM-000242DP (YM-242), he met an individual (NFI) in Kabul, possibly at the Islamic Center.[48] (Analyst Note:

[40] IIR 7 739 3396 02
[41] IIR 6 034 0394 03
[42] TD-314-39402-02
[43] TD-314-39402-02
[44] IIR 6 034 0173 02, IIR 6 034 0433 03, IIR 6 034 0510 03
[45] IIR 2 340 7552 02
[46] IIR 5 360 0716 02
[47] IIR 7 200 0037 02
[48] IIR 6 034 0723 02

Institute and Center are interchangeable. There is no further information available to positively identify Abu Zubair or the International Islamic Center. It is possible that detainee was present at the Islamic Center in Kabul while in Afghanistan versus Jalalabad as he claims.)

- (S//NF) Assessed Al-Qaida member Sa'd Muhammad Husayn Qahtani, ISN US9SA-000200DP (SA-200), photo identified detainee as Rashed Iz Ghamdi. SA-200 further stated that detainee was very nice and studied at the Shariya University. SA-200 did not have any further information.[49] (Analyst Note: SA-200's reference to the Shariya University is probably in reference to detainee's year spent studying Islamic Law while in Saudi Arabia.)
- (S//NF) Detainee met two individuals that were members of the JT while in Karachi and spent approximately nine months traveling around Pakistan with them.[50] (Analyst Note: Jama'at Tablighi (JT) is an apolitical movement that focuses on spirituality, social work and teaching "correct" Islamic practices to fellow Muslims - in essence a Dawa organization. The organization neither preaches violence nor does it sanction militant Islamic groups. However, some followers of extremist groups have also participated in JT activities. Dawa is an Islamic dedication or donation that includes religious instruction. This communal duty entails either organized efforts by missionary groups to spread the faith, or personal testimony from a Muslim to those around him or her to join the religious community.)
- (S//NF) Detainee stated he worked for the IIRO for eight to twelve months before departing for Pakistan and Afghanistan.[51] Detainee further stated that his travels to Pakistan and Afghanistan were not financed by the IIRO.[52]

**c. (FOUO) Detainee's Conduct:** The detainee is assessed as a LOW threat from a detention perspective except for his actions on 18 May 2006. The detainee's overall behavior has normally been compliant and non-hostile to the guard force and staff. The detainee currently has 8 Reports of Disciplinary Infraction listed in DIMS, with the most recent occurring on 18 May 2006, when he participated in a mass disturbance in Camp 4 and attempted to assault a guard. Other incidents for which the detainee has been disciplined include failure to follow instructions, possession of non-weapon type contraband and using provoking words/gestures with the guards. Although the detainee attempted the assault on 18 May 2006, he has no other Reports of Disciplinary Infraction for assault. This is an indication that the detainee may become aggressive when others around him are acting out, but when the environment is calm he shows no tendencies toward aggression.

---

[49] 000200 SIR 07-AUG-2005
[50] IIR 4 201 2840 05
[51] IIR 4 201 2855 05, 000186 FM40 04-MAY-2004
[52] 000186 FM40 15-NOV-2003

JTF-GTMO-CC
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9SA-000186DP (S)

**8. (S//NF) Detainee Intelligence Value Assessment:**

**a. (S) Assessment:** JTF-GTMO determined this detainee is of MEDIUM intelligence value. Detainee's most recent interrogation session occurred on 15 May 2006.

**b. (S//NF) Placement and Access:** Due to the lack of identification, detainee's name appearing on extremist related documents, and the limited information provided by detainee himself, it is difficult to ascertain detainee's true placement and access.

**c. (S//NF) Intelligence Assessment:** Based on data available about detainee, he should be able to provide information about extremist guesthouses and the occupants of those facilities. He should also be able to provide information about manipulation of NGOs to conduct extremist related activities. Detainee might have information regarding other individuals listed as being captured during transit of the AF-PK border.

**d. (S//NF) Areas of Potential Exploitation:**

- Guesthouses and personalities
- NGO manipulation by terrorist organizations
- Other individuals held at Guantanamo Bay

**9. (S) EC Status:** Detainee's enemy combatant status was reassessed on 12 October 2004, and he remains an enemy combatant.

HARRY B. HARRIS, JR.
Rear Admiral, USN
Commanding