# EXHIBIT 150

# Document Sealed