# EXHIBIT 152

# Document Sealed