# EXHIBIT 201

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA,
Plaintiff,

03 CR 412

versus

United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

NUMAN MAFLAHI,
also know as "Rafiq Taleba,",

DEFENDANT.

---------------------------------------x

February 17, 2004
9:45 a.m.

TRANSCRIPT OF TRIAL

Before: HON. NINA GERSHON,
DISTRICT COURT JUDGE

APPEARANCES

ROSLYNN R. MAUSKOPH
United States Attorney - Eastern District of New York
One Pierrepont Plaza
Brooklyn, New York 11201
KELLY MOORE, ESQ.
Assistant United States Attorney

ATTORNEY FOR DEFENDANT:

HASSEN IBN ABDELLAH, ESQ.

Court Reporter: ALLAN R. SHERMAN, CSR, RPR
225 Cadman Plaza East Rm 374
Brooklyn, New York 11201
Tel: (718) 260-2529 Fax: (718) 254-7237

Proceedings recorded by mechanical stenography, transcription by CAT.

a similar reaction, don't want to get involved, don't want to go to jail, but also mentioned Sheik Satar as a possibility of someone who could transfer that money. And you recall from Agent Murphy's testimony in speaking with the confidential informant, the confidential informant never used the word terrorism when he talked to those individuals but it was implied. It was implied by virtue of the money going to Al-Moayad and it was clear from their responses that they understood, they didn't want to get involved, they didn't want to go to jail but they suggested Sheik Satar.

So that takes us to Sheik Satar. Who is he? What do we know about him? He is a Yemenic cleric, he was traveling to the United States in late December 1999. We know he was here fund raising for CSSW, Charitable Society for Social Welfare. So what is CSSW? That is the question really, right? Is CSSW a legitimate charity or a front for terrorist organizations funding some, but a majority of its money not for charity but for terrorist organizations.

We know that CSSW has a chapter incorporated in New York. We have a certificate of incorporation, Government's Exhibit 39. We know there are three directors listed for CSSW's New York branch, the defendant Numan Maflahi, Nabil Hassen and another individual you see later on during the surveillance Abdul Al-Sofari. Those are CSSW's three directors in New York.

You have also seen some checks from both the defendant's account and Nabil Hassen's account going to CSSW. The defendant has some checks in 1999, 2000 going to CSSW cashed in Yemen and Nabil Hassen has over $20 thousand in checks from his various accounts going to CSSW.

The questions raised about CSSW by these individuals naming Sheik Satar as someone who can transfer money to Sheik Al-Moayad from the fundraising trip to Brooklyn and that is what he did in Italy. You know he went from Brooklyn directly to Italy and you know that Agent Murphy was advised by Italian authorities that while in Italy, he was met at the airport by Abdul Emad, and he was the emom of the most radical fundamental mosque in Milan. You also see Abdul Emad on the wiretap calls that were offered into evidence. The Italian authorities also advised Agent Murphy that while in Italy, Sheik Satar was seen in the company of a known member of a terrorist organization.

And finally, he was advised that during his trip to Italy, Sheik Satar spoke at that mosque Abdul Emad's mosque and during that speech he denounced the United States for allegedly persecuting a terrorist to curried favor with the Jewish population and hatred upon Islam and he also called for support of the Jihad, encouraging the people there to participate in the Jihad in Chechnya or the wholly war. And you know from the wiretap conversations that the defendant