# EXHIBIT 203

The Wayback Machine - https://web.archive.org/web/19991002045941/http://www.interlog.com:80/%7Ewamy/

In the name of ALLAH the Beneficent, the Merciful

# World Assembly of Muslim Youth - Canadian Office

The World Assembly of Muslim Youth is an international Islamic organaization. The headquarters is in Riyad, Saudi Arabia. It has many branches all over the world.
The Canadian office is supervised by the USA office in Washington D. C.

WAMY Logo

WAMY address in Canada:
*P.O. Box 58097*
*3089 Dufferin St.*
*Toronto, ON M6A 3C8*
*Canada*
*Tel. & Fax: (416) 787-7669*

- WAMY Activities in Canada
- The Muslim Youth Guild (M.Y.N.A. Canada Newsletter)
- Islamic Magazines, al-Mujtama' and Islamic Future
- Information about Islamic schools in Canada
- Luminaries of Islam
- FAQ
- Islamic Centres and Organizations in Canada
- Important Telephone & Fax Numbers
- Introduction to The Universal League of Islamic Literature
- Eid Party in Ottawa

Divider

Send us e-mail