# EXHIBIT 205

# RÉSUMÉ



Name: Prof. Dr. **Abdel Wahab bin Abdel Rahman Noorwali**

Faculty: Faculty of Medicine and Medical Sciences, King Abdulaziz University, Jeddah
Position: Professor
: .
:

## ADMINISTRATIVE TASKS IN THE UNIVERSITY

• Assistant Dean for Medical Technology Program
• Vice Dean of the Faculty of Medicine and Medical Sciences
• Head of Clinical Biochemistry Department

## • EXPERIENCE IN STRATEGIC PLANNING

• Course in strategic and executive planning, Chamber of Commerce and Industry
• Workshop: "Strategic Planning for the Postgraduate Studies Sector", King Abdulaziz University, Research and Consulting Institute
• Workshop: "Strategic Action Planning for the Faculty of Medicine", King Abdulaziz University
• Workshop: "Strategies for Dealing with Crises", Taif
• Workshop to develop the common vision and coordination mechanisms for the work of the World Assembly of Muslim Youth in Africa over the next five years
• Workshop: "Role of the charity work in supporting the national unity of Sudan", World Assembly of Muslim Youth



EXHIBIT
NOORWALI
253
LVF 07-23-19
depobook.com

• Workshop: "For the young people making a better future for the Kingdom" to deal with the issues that compensate for the youth renaissance, Durrat Al-Arus
• Workshop: "Selection of criteria for prioritizing the Islamic charity work in the country"
• Workshop: "Islamic work in India"
• Workshop: "Assessment of the application of the technical communities' strategy in the Kingdom of Saudi Arabia" in light of the strategic plan for scientific research in the university, King Abdulaziz University
• Workshop: "Assessment and application of the technical communities' strategy in the Kingdom of Saudi Arabia", Jeddah
• Workshop for the development of the Faculty of Medicine's curricula, Jeddah
• Workshop for developing the strategic plan of the World Assembly of Muslim Youth, Riyadh

## COURSES ATTENDED

• Course: "Preparing the subject file and the student guide", King Abdulaziz University
• Course: "Simplifying the balance to build organizations with a strategic dimension", Dubai
• Course: "Mechanisms in business administration", Dubai
• Course in psychological engineering
• Course in comprehensive quality
• Course in identification of self-capacity
• Course in self-management
• Course: Leadership in the 21st Century
• Course in document management
• Course in distance education
• Course in time management
• Course in the use of the Internet
• Course in the use of molecular biology in medicine
• Course in the restructuring of institutions

- Course in business leadership, USA
- Method of using self-learning in teaching
- Course in curriculum review
- Course in student assessment

## SCIENCE/ACADEMIC COMMITTEES

- Curriculum Committee for Basic Medical Sciences
- Curriculum Committee for Clinical Sciences
- Member of the Committee for the Reception of New Students in the Faculty
- Member of the University Contracting Committee
- Member of the Medical Council of the University Hospital
- Chairman of the Curriculum Committee for the Medical Technology Program
- 

## PARTICIPATION IN CHARITY WORK

**1998-2007 Assistant Secretary General, World Assembly of Muslim Youth**

This work comprises the management and operation of the World Assembly's offices in 3 main cities in the Kingdom. It has about 300 employees, and it operates and oversees 23 international offices. Some of these offices have more than 200 employees. Work also contains the preparation of budgets for each year and the planning, developing, and follow-up of programs.

## CHARITY COMMITTEES

1. Member of the Board of Trustees of the World Assembly of Muslim Youth since 1998
2. Assistant Secretary General of the World Assembly of Muslim Youth, 1998-2007
3. Member of the Executive Committee and Founder of the World Endowment Authority at the Islamic Development Bank since 2001
4. Member of Board of Trustees of the World Humanitarian Forum (UK) 2007-present

5. Member of Board of Trustees of the Islamic Relief (UK), 2008-present
6. Advisor to the Secretary General of the Organization of Islamic Cooperation, 2008-present
7. Member of the Scientific Endowment to support the research of King Abdulaziz University in Jeddah

## RESEARCH AND STUDIES IN THE FIELD OF CHARITY WORK

1. The historical stages of education in Somalia (Presentation and Analysis)
2. Study on the Muslim minority in India
3. Study on the Muslim minority in Chechnya
4. Study on the Muslim minority in Kazakhstan
5. Study on the Muslim minority in Abyssinia (Ethiopia)
6. The role of voluntary work in development
7. Coordination and integration among the voluntary charity organizations, and their effect on the growth of voluntary work and its promotion
8. The charity culture in Islam
9. The historical and cultural role of the Muslims in the Central Asia and Caucasian countries in the past, the present, and the future
10. Muslims in Tajikistan
11. Muslims in the Crimea
12. Republic of Kazakhstan
13. The Islamic Republic of Chechnya
14. The Islamic Republic of Azerbaijan
15. Detailed field study on the Burmese community in Mecca, with a team of the Hajj Research Institute
16. Analysis of the status quo in Iraq and suggestion of human development programs (working as the Al Murtaqa Organization for Human Development)
17. Detailed study on the rehabilitation and construction of Somalia

## DEVELOPMENT PROGRAMS

1. Youth Entrepreneurship Program

2. Community project structure for the development of the Mecca community with the capital's municipality
3. Developing curricula for Somalia in Arabic
4. Setting up a strategy for the development of the Muslim community in India
5. Providing assisting development programs to the Municipality of Jeddah, with youth participation

Praise be to Allah, the lord of all worlds

# السيرة الذاتية



الإسم : أ.د.عبد الوهاب بن عبد الرحمن نورولي .

الكلية : كلية الطب والعلوم الطبية – جامعة الملك عبد العزيز بجدة .

العمل : استاذ

:  .

:

المهام الإدارية في الجامعة

- مساعد العميد لبرنامج التقنية الطبية
- وكيل كلية الطب والعلوم الطبية.
- رئيس قسم الكيمياء الحيوية السريرية
- الخبرة في مجال التخطيط الإستراتيجي :
- دورة في التخطيط الاستراتيجي والتنفيذي – الغرفة التجارية الصناعية .
- ورشة عمل " التخطيط الاستراتيجي لقطاع الدراسات العليا " جامعة الملك عبد العزيز – معهد البحوث والاستشارات .
- ورشة عمل "Strategic Action Planning for the Facculty of Medicine " جامعة الملك عبد العزيز .
- ورشة عمل ( استراتيجيات التعامل مع الأزمات ) الطائف.
- ورشة عمل لوضع الرؤية المشتركة وآليات التنسيق لعمل الندوة العالمية للشباب الإسلامي في أفريقيا خلال الخمس سنوات القادمة
- ورشة عمل ( دور العمل الخيري في دعم الوحدة الوطنية للسودان ) – الندوة العالمية للشباب الإسلامي

- ورشة عمل ( من أجل شباب يصنع مستقبلاً أفضل للمملكة) التعامل مع القضايا التي تعوض نهضة الشباب – درة العروس.
- ورشة عمل ( اختيار معايير لتحديد أولويات العمل الخيري الإسلامي في القطر )
- ورشة عمل – العمل الإسلامي في الهند
- ورشة عمل ( تقويم تطبيق استراتيجية المجمعات التقنية بالمملكة العربية السعودية ) في ضوء الخطة الإستراتيجية للبحث العلمي بالجامعة . جامعة الملك عبد العزيز.
- ورشة عمل "تقويم وتطبيق استراتيجية المجمعات التقنيه بالمملكة العربية السعودية"- جدة
- ورشة عمل تطوير مناهج كلية الطب جده.
- ورشة عمل لوضع الخطة الإستراتيجية للندوة العالمية للشباب الإسلامي – الرياض

حضور الدورات:

- دورة " إعداد ملف المادة الدراسية ودليل الطالب " جامعة الملك عبد العزيز -
- دورة "تبسيط التوازن لبناء منظمات ذات بعد استراتيجي"- دبي.
- دورة "آليات في إدارة الأعمال" – دبي .
- دورة في الهندسة النفسية.
- دورة فى الجودة الشاملة.
- دورة فى التعرف على القدرات الذاتية.
- دورة فى إدارة الذات.
- دورة القيادة فى القرن الواحد والعشرين .
- دورة فى إدارة الورق .
- دورة فى التعليم عن بعد .
- دورة فى إدارة الوقت .
- دورة فى استخدام الإنترنت .
- دورة فى استخدام البيولوجيا الجزيئية فى الطب .
- دورة فى إعادة هيكلة المؤسسات .

- دورة قيادة الأعمال – أمريكا .
- طريقة استخدام التعليم الذاتى فى التدريس .
- دورة فى مراجعة المناهج .
- دورة فى كيفية تقويم الطالب.

اللجان العلمية الأكاديمية:

- لجنة المناهج للعلوم الطبية الأساسية .
- لجنة المناهج للعلوم السريرية .
- عضو لجنة استقبال الطلاب المستجدين بالكلية
- عضو لجنة التعاقد بالجامعة
- عضو المجلس الطبي للمستشفى الجامعي .
- رئيس لجنة المناهج لبرنامج التقانة الطبية .
-

المشاركة فى العمل الخيرى:

**1998م- إلى 2007 الأمين العام المساعد-الندوة العالمية للشباب الإسلامى**

يشتمل هذا العمل على إدارة وتشغيل مكاتب الندوة فى ثلاث مدن رئيسة داخل المملكة يصل عدد موظفيها إلى (300) موظف ، بالإضافة إلى تشغيل والإشراف على (23) مكتباً دولياً بعض هذه المكاتب يصل عدد الموظفين فيه إلى أكثر من (200) موظف ، كما يشمل العمل إعداد الميزانيات لكل عام وتخطيط وتطوير البرامج ومتابعتها .

لجان العمل الخيري

1. عضو مجلس أمانة الندوة العالمية للشباب الإسلامى منذ 1998م
2. امين عام مساعد للندوة العالمية للشباب الاسلامى 1998-2007
3. عضو اللجنة التنفيذية ومؤسس للهيئة العالمية للوقف بالبنك الإسلامي للتنمية منذ 2001م.
4. عضو مجلس امناء المنتدى الانسانى الدولى (بريطانيا) 2007- الى الان

5. عضو مجلس امناء الاغاثة الاسلامية ( بريطانيا ) 2008- الى الان
6. مستشار الامين العام لمنظمة المؤتمر الاسلامى 2008- الى الان
7. عضو الوقف العلمي لدعم أبحاث جامعة الملك عبدالعزيز بجدة.

البحوث والدراسات, فى مجال العمل الخيري

1- المراحل التاريخية للتعليم فى الصومال (عرض وتحليل) .
2- دراسة عن الأقلية المسلمة فى الهند .
3- دراسة عن الأقلية المسلمة فى الشيشان .
4- دراسة عن الأقلية المسلمة فى كازاخستان .
5- دراسة عن الأقلية المسلمة فى الحبشة .
6- دور العمل التطوعي فى التنمية .
7- التنسيق والتكامل بين المؤسسات الخيرية التطوعية وأثره على نمو العمل التطوعى وارتقائه
8- ثقافة الخير فى الإسلام .
9- الدور التاريخي والحضاري والثقافي للمسلمين فى دول آسيا الوسطى والقوقاز بين الماضي والحاضر والمستقبل .
10- المسلمون فى طاجيكستان .
11- المسلمون فى شبه جزيرة القرم .
12- جمهورية كازاخستان .
13- جمهورية الشيشان المسلمة .
14- جمهورية أذربيجان المسلمة
15- دراسة ميدانية تفيصلية عن الحالية البرماوية فى مكة(مع فريق من معهد ابحاث الحج ).
16- تحليل للواقع فى العراق واقتراح برامج تنمية بشرية ( تعمل باسم مؤسسة المرتقى للتنمية البشرية)
17- دراسة تفصيلية عن اعادة تاهيل واعمار الصومال

برامج تنموية:

1- برنامج ريادة الاعمال للشباب

2- مشروع بنيان مجتمعى لتنمية المجتمع المكى مع امانة العاصمة
3- تاسيس مناهج لدولة الصومال بالحرف العربى
4- وضع استراجية لتنمية المجتمع المسلم فى الهند
5- تقديم برامج تنموية مساندة لامانة جدة بمشاركات شبابية

والحمد لله رب العالمين

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190722_9DI (Noorwali Deposition)

**Language**: Arabic > English

**Document title**: **cv Noorwali arabic (2**

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: Farah Alshekhli **Date**: July 22, 2019