# EXHIBIT 207

[redacted]

### *Operation Encore*

[redacted] Operation Encore, opened in October 2007, is an investigation to determine how two of the 9/11 hijackers—Khalid al Mihdhar and Nawaf al-Hazmi—integrated into and were supported by the local Muslim community where they lived in southern California in 2000.[i] Fahad al-Thumairy[4] and Omar al-Bayoumi were key figures in assisting al-Mihdhar and al-Hazmi after their arrival in southern California. Analysis of al-Bayoumi and al-Thumairy's call activity indicates that the assistance provided to the hijackers likely involved a network of people including al-Bayoumi, al-Thumairy, Anwar Aulaqi and an individual at the EKSA in Washington D.C.; however, it is unclear if any of the individuals involved had pre-knowledge of 9/11 or of al-Mihdhar's and al Hazmi's role in 9/11.

- [redacted] Al-Mihdhar and al-Hazmi did not speak English and were not familiar with Western culture which made them reliant on individuals for assistance while in the US.
- [redacted], [redacted] was tasked by al-Thumairy to pick up al Mihdhar and al-Hazmi from the airport and to take care of them while they were in Los Angeles.[ii] However, in FBI interviews with Johar, he never admitted to directly being tasked by al-Thumairy but he did admit to spending time with and assisting al-Mihdhar and al-Hazmi with various things during their time in Los Angeles.[iii]
- [redacted] During an FBI interview with [redacted], he admitted to being instructed by al-Bayoumi to assist al-Hazmi and al-Mihdhar during their stay in San Diego. Al-Bayoumi also told [redacted] that he, al-Bayoumi, was responsible for al-Hazmi and al-Mihdhar.[iv]
- [redacted] According to a proffer interview of Mohdar Mohammad al-Mohdar Zeid, aka Mohdar Mohammed Abdullah, he was tasked by al-Bayoumi to look after al-Mihdhar and al-Hazmi during their time in San Diego.[v] It remains unclear as to why Mohdar or [redacted] were chosen by al-Bayoumi.

*Common Associates*

- [redacted] Al-Mihdhar and al Hazmi stayed in Los Angles for approximately one to two weeks after their arrival in the US.[vi] Several days after their arrival at Los Angeles International Airport (LAX) on 15 January 2000, al Mihdhar and al-Hazmi went to the King Fahad Mosque where they met with al Thumairy for five to ten minutes.[vii] [redacted]
- [redacted], al-Sadhan and al-Sudairy met with and received help finding lodging from al-Bayoumi in San Diego in 1999. For approximately six weeks while they were in San Diego, al-Sadhan and al-Sudairy lived at a Lemon Grove residence with an individual [redacted] also later hosted hijackers al Hazmi and al-Mihdhar when they were in San Diego.

---

[4] [redacted] Al-Thumairy [redacted] was Imam at the King Fahd Mosque in Culver City, CA and is described in a US State Department document as Administrative Officer at the Saudi Arabian Consulate in Los Angeles, CA in 1999.

[5] [redacted]

[redacted]