# EXHIBIT
# 211

Shop. Get Cash Back. It's that simple (and FREE too). Walmart BEST BUY STAPLES Over 1,200 popular stores Try it out now ›



# Saudis Spread Hate Speech in U.S.

By: Foundation for Defense of Democracies
**FrontPageMagazine.com | Monday, September 16, 2002**

The Saudi Institute and the Foundation for the Defense of Democracies (FDD) have initiated a joint project to track and study the spread of hate speech in the U.S. and abroad by Saudi Arabian officials and institutions.

"Astonishingly, even as the Saudi government spends millions to convince Americans that they are friends and allies, they are waging a campaign based on slanders, falsehoods, intolerance and defamation," said Saudi Institute Director Ali al-Ahmed. "It is vital that the American people and their elected leaders know what the Saudi government is doing – and respond appropriately."

"The Saudi disinformation campaign attacks Jews, Christians and the majority of the world's Muslims who do not adhere to Wahhabism, the official sect of Saudi Arabia," said Stephen Schwartz, Senior Policy Analyst for the FDD, and author of *The Two Faces of Islam: The House of Sa'ud From Tradition to Terror*. "President Bush and Secretary of State Colin Powell should demand that the Saudis cease this campaign immediately, and offer apologies to those whom they have slandered and defamed."

Examples of hate speech being disseminated by Saudi officials are attached.

Hate Literature Distributed by Saudi Officials in the U.S.

Saudi officials disseminate hate literature openly in the United States, through such entities as the Institute for Islamic and Arabic Sciences in America (IIASA), in Fairfax, Va. and the World Assembly of Muslim Youth (WAMY), in Alexandria, Va. These publications show that official Saudi representatives in the United States promote beliefs that Jews are the source of all conflicts in the world, that Shi'a Muslims are part of a Jewish conspiracy, and that Muslims, Jews, and Christians cannot live together.

Examples:

The book *Deen al-Haqq* (The True Religion), authored in Arabic by Abdul-Rahman Ben Hamad Al-Omer. Printed by the Ministry of Islamic Affairs and Endowments, Riyadh, and paid for by the foundation of Ibrahim ibn Abdul-Aziz Al-Brahim, King Fahd's father-in-law. Distributed by in the U.S. by WAMY and IIASA:

"Judaism and Christianity are deviant religions" (page 25)

"The Saved Sect – Muslims are many in number but few in reality, and the groups that claim to be Muslim are many, approaching 73 sects and numbering more than 1 billion." (An assertion that only Wahhabis are Muslims and all others are unbelievers.– page 47)

"(Negations of One's Islam) [Negation 8] - Befriending the unbelievers, through loving and cooperating with them while knowing that they are unbelievers, makes those who are their friends the same as them." (page 99)

"We say to every Christian and every Jew and all those outside Islam, 'your children are born into Islam, but you and their mother take them away from Islam with your corrupt rearing.'" (page 119)

"There are groups in the Muslim world that claim to be Islamic but they are outside Islam. They claim Islam while in reality they are not Muslims because their beliefs are the beliefs of unbelievers." (page 123)

The book *A Muslim's Relations with Non-Muslims, Enmity or Friendship*, authored in Arabic by Dr. Abdulla Al-Tarekee, is printed by IIASA, Fairfax, Virginia:

"The unbelievers, idolaters, and others like them must be hated and despised... We must stay away from them and create barriers between us and them." (page 28)

"*Qur'an* forbade taking Jews and Christians as friends, and that applies to every Jew and Christian, with no consideration as to whether they are at war with Islam or not." (page 37)

"Muslims are forbidden from participation in their prayers, funerals, or holidays." (page 54)

The booklet *The Difference Between The Shiites and the Majority of Muslim Scholars*, authored by Saeed Ismail, is distributed in English and Arabic by WAMY, in Alexandria, Va. It claims that a fictional Yemeni Jew, Abdullah Ibn Sabaa, conspired with other Jews to create a division in Islam, and planted Jewish ideas which become Shi'a Islam. Its states, "The Jewish conspiracy (among others), represented by Abdullah Bin Sabaa, first influenced Muslims who were less knowledgeable about Islam and later on, spread to the rest of the Muslim community." (page 1)

The author then concludes his booklet by saying that, "The cornerstones of the Shi'i faith, as well as its dimensions and evidence, are false and baseless." Page 32.

The doctrine that underlies these expressions of hatred is called *Wahhabism*.It is the official Muslim sect in

Email Address:
Subscribe
KEEP FRONTPAGE RUNNING: HELP FPM NOW!
STUDENTS FOR ACADEMIC FREEDOM
Academic Freedom
New Report Cites PennState Courses for Violations of its own Academic Freedom Policies. Read more.
SYMPOSIUMS
Symposium: Remembering the Dissident
Symposium: The Closing of the American Psyche
Symposium: Aviation Security -- in the Future
Symposium: Obscene Hostage Trades
Symposium: Confronting Islamization of the West
Symposium: Homegrown Jihadis
Symposium: Islamic Terror and Sexual Mutilation
Symposium: A Discussion on Faith
INTERVIEWS
No Bailout for *Jihad*
Battling with a Billboard
The Last Days of CAIR
The Singing Revolution
How Hamas Governs Gaza
FPM WATCH DOG
*Heterodoxy* archives: Read back issues here
AUDIO: Restoration Weekend audio files.
Stop The ISM
StoptheISM.com
Professors Watch
DangerousProfessors.com
Borders Watch
Recruitment Drive to Boost Border Patrol
Jihad Watch
News Updates
United American Committee
UAC.com
Campus Watch
About Campus Watch
Current News
Survey of Institutions
Media Watch
HonestReporting.com
David Limbaugh.com

Ads by Google
Camp Galil - Bucks Co. PA
The Spirit of Kibbutz Close to Home Go 2, 3, 4 or 7 weeks. Habonim Dror
www.CampGalil.org
Cheap Calls Saudi Arabia
Use cell phone to call Saudi Arabia At 7.9 ¢/min. Try First Call Free!
Rebtel.com/SaudiArabia
part-Jewish ?
Site covering topics relevant to descendants of Jewish intermarriage
half-jewish.org
The Real Israelites
Learn about the true israelites and their identity, the real jews.
www.therealisraelites.com
Religious Hair Coverings
Hair Doilies for worship Pray in style
www.glamdoily.com

Saudi Arabia. Its rigid teachings are adhered to by a small minority in Islam and Saudi Arabia itself.Wahhabism promotes hatred against the majority of Muslims and all non-Muslims. Many of these books claim most of the world's Muslims are not Muslims at all, but rather unbelievers condemned to die if they do not embrace Wahhabi Islam.

In the aftermath of September 11, religious leaders everywhere have called for new dialogue between the faiths, to isolate and defeat extremists. Wahhabi clerics, backed by Saudi oil money, and provided a platform by the Saudi state, do not agree. Al-Tarekee's *A Muslim's Relations with Non-Muslims, Enmity or Friendship*, warns against "suspicious calls heard on the global level from many organizations, groups, and parasites calling for brotherhood, equality, and unity among the nations of the earth, and among all creeds, religions, and goals." (page 3)

The Saudi government has been committed to spreading Wahhabi Islam for the past 30 years, using oil revenues badly needed to build schools, roads, and hospitals for Saudi citizens. Saudi official institutions, including all embassies, have been active in promoting Wahhabism from Indonesia to Ukraine, and even in Washington, DC.

The Saudi Institute has sent three letters to HRH Ambassador Bandar Bin Sultan, asking him to stop the distribution of these books by the Saudi embassy in Washington and IIASA. The Institute calls for closing IIASA and WAMY and replacing them with exchange programs to train Saudi doctors and engineers. Saudi Institute Director Ali al-Ahmed comments, "IIASA is beyond reform. It practices religious and gender apartheid. Female students are not allowed in the library except for four hours each week, when men are not around. Classes are segregated and women are taught through closed-circuit television."

The Institute has also turned copies of these books over to the Saudi desk officer at the State Department, and asked for official action.

The IIASA library does not have a single book authored by Shi'a Muslim scholars, who are seen as heretical. The librarian refused repeated attempts to donate Shi'a books to the library. Shi'a Muslims constitute approximately 20% of Saudis, and make up the majority in the oil-rich Eastern Province.

The problem is not restricted to Washington but is worldwide. These official Saudi organizations have branches from Tokyo to London and drain hundreds of millions from the national budget.

Recommendations to U.S. and Saudi authorities:

1. Close the Institute of Islamic and Arabic Sciences in America, repatriate its Saudi staff, and sell their assets to build schools in Saudi Arabia.
2. Close WAMY offices in Washington and around the world, and use funds to build schools for Saudi children.
3. Cut off Saudi spending on spreading religious hatred around the world.
4. End Wahhabi domination of Saudi religious institutions and diversify them to include Shi'a and non-Wahhabi Sunni scholars.
5. The US State Department must review the activities of Saudi diplomats to ascertain whether they continue to engage in extra-diplomatic activities that violate their mandate.
6. The U.S. State Department must facilitate the construction of American cultural centers in Saudi Arabia to teach Saudis American values of democracy: freedom, pluralism, human rights, civil society, and rule of law.

Hate literature distribution centers:

1- The Royal Saudi Embassy Office of Islamic Affairs: Located on the second floor of the embassy at 601 New Hampshire Ave N.W. A section of the Saudi diplomatic representation, supported by government funds and senior officials.

*2-* The Institute of Islamic and Arabic Sciences in America is the largest source of Saudi hate literature in the Washington area. The institute is located at 8500 Hilltop Road, Fairfax, Va. 22031, a branch of Imam Muhammad bin Sa'ud University in Riyadh, the main religious university in the country, and is managed and staffed by Saudi diplomats. The Institute practices gender segregation against its women students who are confined to a small part of the building and forced to use a back entrance. It also practices religious supremacy and bars Shi'a students, teachers, and books. Shi'a Muslims make up 20% of Saudi Arabia but their beliefs are taught as Jewish manipulations not as an Islamic tradition. The Institute teaches Wahhabi Islam to over 400 students, tuition free, mainly training them to serve as imams in U.S. mosques, i.e. as community leaders infected with extremism.

The head of the U.S. branch is a Saudi diplomat, Dr. Ahmed Turkistani. The university has six branches outside Saudi Arabia that annually cost the country over $100 million, and over 60 institutes in the country in addition to four campuses.

3- World Assembly of Muslim Youth (WAMY) located at 5134 Leesburg Pike,
Alexandria, VA 22302. Founded in 1972 in Riyadh on the orders of the late King Faisal. The organization operates on funds provided by the government, and the financial support of members of the royal family such as Princes Sultan and Nayef. The organization was named in the lawsuit filed by the survivors of the victims of September 11, who have accused WAMY of supporting al-Qaida. A spokesman of the organization in Riyadh told the Associated Press in August that the suit is "an American Zionist attempt to blackmail Saudi Arabia."

The President of WAMY is Saleh Al-Alshaikh, Minister of Islamic Affairs. WAMY employs Shaikh Saad Al-Buraik, who called for enslaving Jewish women and killing their children (the audio is available upon request). Al-Buraik, the religious advisor of Prince Abdul-Aziz bin Fahd, the King's son, was promoted after his famous speech to be a host of a weekly TV show on the Middle East Broadcasting Company (MBC), owned by the same prince and headed by his uncle Waleed Al-Ibrahim. WAMY also employs Shaikh Abdullah Ben Jabreen, who called for the killing of all Saudi Shi'a, and who issued a *fatwa* in support of the Taliban against the northern alliance forces December 2000.

Abdullah Ben Laden, brother of Osama Ben Laden, is the founder and former president of the U.S. office of

CAMERA.org

Ads by Google

**Is Jesus Really God?**
Scholars Examine the Facts About Jesus' Claims to be God
www.Y-Jesus.com/JesusGod

**Nikolsburg**
Spreading the love for Hashem,Torah and fellow Jews...
www.nikolsburg.org

**All Saudi Compounds**
The only website that brings all Saudi housing compounds together
www.rightcompound.com

**Touro College in Israel**
USA College Courses in Israel Apply Now! 1-800-950-4824
www.TouroIsrael.org

**God Can Give You New Life**
Learn From This True Life Story How God Can Change Your Life
www.LifesGreatestQuestion.cc

WAMY.

Related links and contact numbers:

1- Dr Ahmed Turkistani, Director of the Institute of Islamic and Arabic Sciences in America. Tel: (703) 207-3903. Email: director@iiasa.org

2- Royal Saudi Embassy Office Islamic Affairs. Tel: (202) 342-3700. Mr. Mesaed Al-Jaraah.

3- Saudi Information Office at the Embassy. Mr. Nail Al-Jubair, Tel: (202) 337-4076.

4- Saudi Ambassador Ahmed Kattan. Tel: (202) 342-3800 X 3000.

5- Shaikh Saad Al-Buraik number: 966-5-544-1178 or 966-5-451-5100

6- Dr. Saleh Al-Wohaibi, head of WAMY in Riyadh. 9661-464-1669. Email: alwohaibi@wamy.org

7- Websites:

WAMY websites:

Main WAMY site: www.wamy.org

WAMY US site: www.wamyusa.org

WAMY Europe site: www.wamy.co.uk

WAMY Office- North America

Tel: 703-916-0924
Fax: 703-916-0925

WAMY Western Europe Office UK
46 Goodge Street
London W1T 4LX
United Kingdom
Tel: +44 (0) 20 7636 7010
Fax: +44 (0) 20 7636 7080

WAMY Head Office
Riyadh 11443
Saudi Arabia
Tel: + 9661 464 1669
Fax: + 9661 464 1710

Shaikh Abdullah Bin Jabreen website: www.ibn-jebreen.com

The following pages contain verbatim excerpts of the texts distributed in the U.S.:

1-***The Difference Between The Shiites and the Majority of Muslim Scholars***, by Saeed Ismail, for World Assembly of Muslim Youth (published in English).

**Shi'a Islam: A "Jewish and Persian Conspiracy"**

Page 1 – "When Islam came as a guidance for mankind, the early generation of devoted Muslims worked hard and sincerely to propagate and defend it. Consequently, Islam spread fast and steadily. However, this created waves of anger and hatred towards Islam from some followers of Judaism. They plotted to assassinate the Prophet and to create discord or fighting (*fitnah*) among Muslims. However, the faith (*iman*) of the companions was so strong that they were not affected by such conspiracies. After the death of many Companions [of the Prophet (peace be upon him)], the Jewish conspiracy (among others), represented by Abdullah Bin Sabaa, found its way, first of all, to Muslims who were less knowledgeable about Islam and then, later on, to the rest of the Muslim community.

"During the caliphate of the first and second caliph, many Companions were still alive. However by the end of the third caliph's reign, many of them had passed away, while the number of the new generation and new converts had multiplied tremendously. At this time, various tribalist, racist, and Jewish movements found an opportunity to become more active once again. Among these movements was the one of Abdullah ibn Sabaa, already mentioned above; a Yemeni Jew who claimed the Ali (*ra* [may Allah reward him]) had divine authority. This developed further into the claim that he, his sons Al-Hassan ([may Allah reward him]) and al-Husain ([may Allah reward him]), as well as the descendants of the latter, should be the future leaders of the Muslim *ummah* forever. This way, of course, contrary to current practice, for after the death of the Prophet [peace be upon him], Abu Baker ([may Allah reward him]) was followed by Omar ([may Allah reward him]). At that time there was no claim that Ali ([may Allah reward him])should have been the first caliph.

"This claim finally found acceptance in the capital of the conquered Iranian empire, al-Madayen. It was easier to establish this claim in al-Madayen than in other regions of the Islamic empire, especially since al-Husain ([may Allah reward him]), the second son of Ali ([may Allah reward him]), was married to the daughter of the last Iranian emperor.

"This is why the Shi's [sic] concept of hereditary leadership is confined to the descendants of Al-Husain ([may Allah reward him]), beginning with the fourth Shi'i Imam. The claim that Ali ([may Allah reward him]) should have been the first caliph started mainly as a political claim and was designed to create discord among Muslims by agitation, tribal and racial differences and hostilities."

Page 32: "The cornerstone of the Shi'i faith, as well as its dimensions and evidence, is false and baseless."

2-***Deen Al-Haqq [****The True Religion****]***, text in Arabic by Abdul Rahman Ben Hamad Al-Omer. Printed by Ministry of Islamic Affairs and Endowments, and paid for by the foundation of Ibrahim Ben Abdul Aziz Al-Brahim, King Fahd's father-in-law.

**Hatred of Judaism and Christianity**

Page 25 – "Judaism and Christianity are deviant religions."

**Wahhabism: A Doctrine of Religious Supremacism**

Page 47 – "The Saved Sect – Muslims are many in number but few in reality, and the groups that claim to be Muslim are many, approaching 73 sects and numbering more than 1 billion."

**Hatred of the Descendants of the Prophet Muhammad (pbuh)**

Page: 49 – "And of those who claim to be progeny of Prophet Mohammad and who are called Sada – they must establish the truth of their claims, because God will punish whose who falsify their family line."

**Ban On Interfaith Cooperation**

Page 99 – (Negations of One's Islam) "(Negation 8) - Befriending the unbelievers, through loving and cooperating with them while knowing that they are unbelievers, makes those who are their friends the same as them."

**Hatred of Judaism and Christianity**

Page 118 – "Those who attack Islam are the enemies of Islam, those who hate it, such as the Orientalists [Western academics], Christian missionaries, and the Jews."

Page 119 – "We say to every Christian and every Jew and all those outside Islam, 'your children are born into Islam, but you and their mother take them away from Islam with your corrupt rearing.' "

**Hatred of the World Majority of Muslims**

Page 123 – "Fourth: 'There are groups in the Muslim world that claim to be Islamic but they are outside Islam. They claim Islam while in reality they are not Muslims because their beliefs are the beliefs of unbelievers.

"Among these groups: The *Batinis* or Pretenders [i.e. Shi'a Muslims]. The Origin of the Pretenders is among the groups of Jews, Zoroastrians, and atheist philosophers in Persia, after Islam spread there and defeated them. They gathered and consulted to create a sect to divide Muslims... and to confuse understanding of the meaning of the Glorious *Qur'an*. To divide Muslims they created this destructive sect and propagated it. And they claimed to be descendents of the Prophet Muhammad, and claimed to be their supporters (Shi'a) to be more appealing in misguiding the public."

Page 126: "These infidel groups [i.e. Shi'a and Ashaari or non-Wahhabi Muslims], which we mentioned, are among the unbelieving groups that claim Islam while they destroy it."

**3-*A Muslim's Relations with Non-Muslims, Enmity or Friendship***, text in Arabic by Dr. Abdulla Al-Tarekee,printed by Institute of Islamic and Arabic Sciences in America, in Fairfax, Virginia.

**Ban On Interfaith Cooperation and Global Peace**

Page 3 – "There are suspicious calls heard on the global level from many organizations, groups, and parasites calling for brotherhood, equality, and unity among the nations of the earth, and among all creeds, religions, and goals.

"Such appeals include; globalization, humanity, religious co-existence, religious harmony, peaceful coexistence, and reinforcement of the international community.

"Many Muslims listen to these appeals …and are affected by them, adopting and calling for their propagation."

Page 23 – "(Important Rules): The Second Rule (One associates only with one who one loves)

"Whoever admires the unbelievers and idolaters is affected by them and prefers them. Thus the Muslim is forbidden to associate with idolaters, deviants and the misguided."

Page 28 – "The unbelievers, idolaters, and others like them must be hated and despised... They cannot be supported against Muslims and must not be followed in anything… We must stay away from them and create barriers between us and them."

Page 37 – "*Qur'an* forbade taking Jews and Christians as friends, and that applies to every Jew and Christian, with no consideration as to whether they are at war with Islam or not."

Page 54: "Muslims are forbidden from participation in their prayers, funerals, or holidays."

**We have implemented a new commenting system. To use it you must login/register with disqus. Registering is simple and can be done while posting this comment itself. Please contact gzenone [at] horowitzfreedomcenter.org if you have any difficulties.**

**Add New Comment**

Type your comment here.

Post as ...

**Showing 0 comments**

Sort by Popular now Subscribe by email Subscribe by RSS

Trackback URL http://disqus.com/forums/f

blog comments powered by **DISQUS**



Copyright©2007 FrontPageMagazine.com