# EXHIBIT 213

تشـــــــــارك فيه مؤســــــــــات
إسلاميـــــــــة و عربيـــــــــة و دولية
يرأسها سماحة الشيخ يوسف القرضاوي

# ائتلاف الخير

حملة مائة يوم ويوم لتخفيف الحصار عن الشعب الفلسطيني و دعم صموده

ة الشيخ القرضاوي

برنامج خدمة المجتمع لتخفيف الحصار عن

## الشعب الفلسطيني ودعم صموده

ن الأخوة في المؤسسات الخيرية المحترمين

عليكم ورحمة الله وبركاته وبعد،

نشكر لكم اهتمامكم البالغ بدعم صمود أبناء شعبنا الفلسطيني ، ونظرتكم الإيجابية لضرورة تطوير العمل بما يتناسب
ة القادمة والتي يزداد الوضع فيها سوءاً مع استمرار الحصار المشدد من قبل إسرائيل.
إن شكراً خاصاً يجب أن يوجه لكل من قدم المساعدات الطارئة للشعب الفلسطيني في انتفاضة الأقصى المبارك والتي
ليها توزيع المواد التموينية والإغاثية ، والتي لا يمكن تجاهل أنه كان لها الأثر في تخفيف معاناة قطاع كبير من الشعب
ي إلا أنها لا تخلو من الملاحظات التالية:

دم ضمان عدالة التوزيع بين السكان حيث تقدم الآلاف من الناس بطلب هذه المساعدات وحيث أنه لا يمكن دراسة
حالة على حدة في ظل هذه الظروف مما يعني أن عددا لا بأس به من الذين حصلوا على المساعدات التموينية لم
نوا من الفئة الأشد حاجة.

حيث أن ديننا الإسلامي الحنيف يدعو إلى المحافظة على كرامة الإنسان وتنمية الاعتزاز بالنفس والترفع عن سؤال
س فإن توزيع هذه المساعدات بهذه الصورة قد يساعد على انتشار ظاهرة التسول.

إن شراء هذه المواد من تجار الجملة أثر بشكل سلبي على قطاع تجار التجزئة ، كما وأن توزيع بعض المواد مما لا
ه كثير من الناس في هذه الأيام (كالطحين) مما دفع ببعض هؤلاء إلى بيع هذه المواد للمحلات الصغيرة وبنصف الأسعار
وذلك لحاجتهم للسيولة النقدية لتدبير حاجات شؤونهم الأخرى. أدت هذه العملية إلى نوع من الجمود في النشاط الاقتصادي
دي بتركيزها على قطاع محدد كما أشرنا في الفقرة السابقة مما أدى إلى شلل في كثير من المرافق الحياتية ، لذا نرى أن
التشغيل هو الأجدى والأنفع في مثل هذه الحالة وذلك بدفع مبالغ مالية لكل من يرغب في العمل بما يخدم المجتمع
ي والذي يعني حصول هؤلاء الناس على مداخيل نقدية تستطيع هذه الأسر إنفاقها

على مختلف السلع مما يؤدي إلى وجود حلقات متتابعة من الدخل والذي يزداد بقيمة مضاعفة عما هو في حالة توزيع
لغذائية ولهذا سيركز ائتلاف الخير
ه على تشغيل العمال فيما يلي:

استصلاح الأراضي وعمل آبار تجميع المياه وزراعة الأشتال بما يخدم المجتمع الفلسطيني بعمومه.

استكمال بناء المدارس والمراكز التعليمية والمؤسسات الوطنية الفلسطينية والأهلية منها بشكل خاص من خلال دفع أجور
العاملين على أن تقوم الجهات المنفذة بتوفير المواد اللازمة ما أمكن.



FED-PEC0218854

المساهمة في شق طرق زراعية جديدة تربط المدن الفلسطينية مع بعضها البعض لتقليل فعالية الحصار الإسرائيلي.

ضع برامج لتشغيل العمال مع المؤسسات الأهلية في مشاريعها التي باشرت القيام بها وذلك بدفع نصف راتب لكل موظف استيعابه في هذه المشاريع.

ساهمة في إنشاء مشاريع ذات نفع عام والعمل على القيام بمشاريع زراعية وصناعية صغيرة تخدم المجتمع الفلسطيني كل عام وأسر الشهداء والجرحى والمعتقلين بشكل خاص.
إن القيام بخطوة في هذا الاتجاه سيساهم في دعم هذا التوجه بين مختلف الجمعيات الخيرية العاملة على أرض فلسطين ح والمؤسسات الممولة لهذه المشاريع في الخارج سيؤدي إلى تحوله إلى نموذج محاكاة بين العاملين في حقل المساعدات ة ويساعد في شكل مباشر في تخفيف الحصار الإسرائيلي المفروض على الشعب الفلسطيني ويفشل مخططاته لتحويل الفلسطيني إلى طبقة من العاطلين عن العمل ومن ناحية أخرى يساعد في رفع معنوياته ويحافظ على مقدراته الوطنية لاقتصادية والتحتية.

« يستطيع الإخوة المشاركون في هذه الحملة أن يدفعوا لها من زكوات أموالهم ومن صدقاتهم التطوعية أو من ريع أو من وصايا أمواتهم أو أي أموال فيها شبهة يريدون أن يتطهروا منها فهذا مصرفها »

ولتحقيق هذا الهدف فإننا نضع بين أيديكم تفاصيل حملتنا لتخفيف آثار الحصار الغاشم على أرض فلسطين آملين أن ـا تستطيعون في إنجاح حملتنا هذه وتفضلوا بقبول فائق الاحترام.
وجزاكم الله خيراً

رئيس ائتلاف الخير

أخوكم

د. يوسف القرضاوي

تشـــــارك فيه مؤسســـــــات
إسلاميـــــة و عربيـــــة و دولية
برأسها سماحة الشيخ يوسف القرضاوي

# ائتلاف الخير

حملة مائة يوم ويوم لتخفيف الحصار عن الشعب الفلسطيني و دعم صموده

ـسات المشاركة

بسم الله الرحمن الرحيم
قائمة الجمعيات المشاركة في حملة ائتلاف الخير

| اسم الجمعية أو الهيئة | البلد |
|---|---|
| جلس الاسلامي العالمي للدعوة والاغاثة | القاهرة |
| دوة العالمية للشباب الاسلامي X | WAMY - KSA السعودية |
| لجنة المناصرة الخيرية | الكويت |
| لجنة فلسطين الخيرية<br>يئة الخيرية الإسلامية العالمية | الكويت |
| لجنة الأعمال الخيرية | البحرين |
| الجمعية الإسلامية | البحرين |
| جمعية الإصلاح الإجتماعي | اليمن |
| جمعية الخيرية الإسلامية لنصرة الأقصى الشريف | اليمن |
| قفية رعاية الأسرة الفلسطينية واللبنانية | لبنان |
| لجنة دعم القدس | لبنان |
| منظمة الدعوة الإسلامية | السودان |
| لجنة المناصرة الخيرية | السودان |
| هيئة الأعمال الخيرية | بريطانيا |
| مؤسسة الإغاثة الإنسانية | بريطانيا |
| مؤسسة إغاثة الأسرة | بريطانيا |
| مسلم هاندس | بريطانيا |
| العون الإسلامي | بريطانيا |
| العون التعليمي للفلسطينين | بريطانيا |
| الصندوق الفلسطيني للإغاثة | بريطانيا |



FED-PEC0218856

| | |
|---|---|
| والتنمية | |
| مؤسسة الأقصى | جنوب أفريقيا |
| جمعية وقف الواقفين | جنوب أفريقيا |
| ـدوق القدس للخدمات الإنسانية | كندا |
| مؤسسة الأقصى الخيرية | ألمانيا - بلجيكا - هولندا |
| ؤسسة سنابل الأقصى الخيرية | السويد |
| لجنة الخيرية لمناصرة فلسطين | فرنسا |
| جمعية الإغاثة لفلسطين | سويسرا |

ائتلاف الخير

قال الله تعالى
مثل الذين ينفقون أموالهم في سبيل الله كمثل"
حبة أنبتت سبع سنابل في كل سنبلة مائة حبة
والله يضاعف لمن يشاء" صدق الله العظيم

ائتلاف الخير



# مجلس أمناء ائتلاف الخير

## الشيخ يوسف القرضاوي- رئيس الائتلاف
## الاستاذ عصام يوسف – المدير التنفيذي

الاستاذ كامل الشريف- الأردن
الدكتور فيصل المولوي- لبنان
WAMY- Dr. Johani — ✗ الدكتور مانع الجهني – السعودية
الشيخ حامد البيتاوي – فلسطين
الدكتور عكرمة صبري - مفتي فلسطين
الشيخ رائد صلاح – فلسطين
الشيخ سعد البريك – السعودية
الشيخ عبد الله على المطوع – الكويت
الداعية يوسف إسلام – بريطانيا
الشيخ إقبال سكراني - بريطانيا
الدكتور جاسم مهلهل الياسين – الكويت
الشيخ ابراهيم جبرائيل – جنوب أفريقيا
Dr. Zindani — الدكتور عبد المجيد الزنداني – اليمن
الشيخ عبد الله الأحمر – اليمن
الشيخ نادر النوري - الكويت
الشيخ احمد الكبيسي - العراق
الشيخ سعد الدين الزميلي

كما وجهت الدعوة لكل من:

عبد السلام العبادي – الاردن
الشيخ عبد الله الدباغ – قطر

16162 GENOVA
ITALIA
TEL./ FAX : 0039 - 010 -7411692
MOBILE 0039 347 7604355
www.abspp.org
E-MAIL : abspp@libero.it / info@abspp.org
CONTO CORRENTE POSTALE : 22246169 GENOVA

---

الندوة العالمية للشباب الإسلامي ـ لجنة شباب فلسطين
الرياض ص.ب. 10845
الرمز البريدي : 11443
هاتف00966-1-4641663
تلفاكس00966-1-4624555
تلفاكس00966-1-2935565
حساب اللجنة 66633 لدى كافة فروع الراجحي

WAMY Bank Account at AL RAJHI Bank.

---

**Holy Land Foundation**
**USA..**
www.hlf.org
**E-mail: hlf@hlf.org**

Account Name: Holy Land Foundation
Bank Name: Bank One, Texas
Account Number: 1070001258
Routing Number: 111000614

---

Palestine Charity Comm.
لجنة فلسطين الخيرية ـ الكويت
ص. ب. 26701
الصفاة 13128 الكويت
009652455509: هاتف\009652455508
009655397716 :تلفاكس\009652424119
alaqsa@qualitynet.net : البريد الإلكتروني www.alaqsa.net
للتبرعات : بيت التمويل الكويتي
رقم الحساب: 1/ 15543

---

الجمعية الخيرية الإسلامية لنصرة الأقصى الشريف
**Aqssa Socity - Yemen**
ص.ب. 14101
صنعاء ـ اليمن
هاتف : 009671223302
فاكس : 009671224837

# ائتلاف الخير

قال الله تعالى
"مثل الذين ينفقون أموالهم في سبيل الله كمثل حبة
أنبتت سبع سنابل في كل سنبلة مائة حبة والله
يضاعف لمن يشاء" صدق الله العظيم

- الصفحة الرئيسية
- مجلس الأمناء
- المؤسسات المشاركة
- البيان الصحفي
- كيف تنضم الى الائتلاف
- أريد أن أساهم في الحملة
- بوسترات الحملة
- أخبار الإئتلاف
- نشاطات المؤسسات المساهمة



## برنامج خدمة المجتمع لتخفيف الحصار عن الشعب الفلسطيني ودعم صموده



حضرات الأخوة في المؤسسات الخيرية المحترمين
السلام عليكم ورحمة الله وبركاته وبعد.
نشكر لكم اهتمامكم البالغ بدعم صمود أبناء شعبنا الفلسطيني ، ونظرتكم الإيجابية لضرورة تطوير العمل بما يتناسب والمرحلة القادمة والتي يزداد الوضع فيها سوءأ مع استمرار الحصار المشدد من قبل إسرائيل.

اقرأ كامل رسالة الدكتور يوسف القرضاوي

للمساهمة في الحملة اضغط هنا

اضغط هنا للتبرع بطريقة أمنة بواسطة بطاقة ائتمان

موقع ائتلاف الخير في فلسطين

© 2001 101days.org all rights reserved

قال الله تعالى
"مثل الذين ينفقون أموالهم في سبيل الله كمثل حبة
أنبتت سبع سنابل في كل سنبلة مائة حبة والله
يضاعف لمن يشاء" صدق الله العظيم

ائتلاف الخير

الصفحة الرئيسية| ماهو ائتلاف الخير| مجلس الامناء| المؤسسات المشاركة في الائتلاف| البيان الصحفي| أهداف الحملة
احصائيات| لمحة عن الاوضاع الحالية| كيف تنضم الى الائتلاف| أريد ان اساهم في الحملة

# المؤسسات المشاركة في الائتلاف

| اسم الجمعية أو الهيئة | البلد | موقع الانترنت |
|---|---|---|
| الدول العربية | | |
| المجلس الاسلامي العالمي للدعوة والاغاثة | مصر | |
| اللجنة السعودية لدعم انتفاضة القدس | السعودية | |
| الهلال الاحمر الاماراتي | الامارات العربية المتحدة | |
| الندوة العالمية للشباب الاسلامي | السعودية – | WAMY |
| لجنة المناصرة الخيرية | الكويت | |
| لجنة فلسطين الخيرية – الهيئة الخيرية الإسلامية العالمية | الكويت | |
| هيئة الاغاثة الاسلامية العالمية | السعودية | |
| لجنة الأعمال الخيرية | البحرين | |
| الجمعية الإسلامية | البحرين | |
| جمعية الإصلاح الإجتماعي | اليمن | |
| الجمعية الخيرية الإسلامية لنصرة الأقصى الشريف | اليمن | |
| وقفية رعاية الأسرة الفلسطينية واللبنانية | لبنان | |
| لجنة دعم القدس | لبنان | |
| منظمة الدعوة الإسلامية | السودان | |
| لجنة الإغاثة الإنسانية / نقابة الأطباء | مصر | |
| جمعية أنصار الخيرية | السودان | |
| حركة التوحيد والإصلاح | المغرب | |
| لجنة زكاة المناصرة الإسلامية للشعب الفلسطيني | الاردن | |
| الهيئة الخيرية الإسلامية العالميةالاردن | الكويت | |
| منظمة الدعوة الاسلامية | السودان | |
| الجمعية الخيرية – الفجيرة | الامارات العربية المتحدة | |
| لجنة المناصرة الخيرية | السودان | |
| مؤسسة الشيخ عيد الخيرية | قطر | |
| بيت الشارقة الخيري | الإمارات العربية المتحدة | |

| | |
|---|---|
| اللجنة السعودية لدعم انتفاضة القدس | السعودية |
| هيئة الأعمال الخيرية | الإمارات العربية المتحدة |
| الصلاح | القطاع |
| الشبان المسلمون | الخليل |
| مركز العلم والثقافة | القطاع |
| دار الفتوى صندوق الزكاة | لبنان |
| جمعية قطر الخيرية | قطر |
| أوروبا | |
| هيئة الأعمال الخيرية | بريطانيا والدانمارك |
| مؤسسة الإغاثة الإنسانية | بريطانيا |
| مؤسسة إغاثة الأسرة | بريطانيا |
| مسلم هاندس | بريطانيا |
| العون الإسلامي | بريطانيا |
| الإغاثة الإسلامية عبر العالم | بريطانيا |
| العون التعليمي للفلسطينين | بريطانيا |
| الصندوق الفلسطيني للإغاثة والتنمية | بريطانيا |
| مؤسسة الأقصى الخيرية | ألمانيا - بلجيكا - هولندا |
| مؤسسة سنابل الأقصى الخيرية | السويد |
| اللجنة الخيرية لمناصرة فلسطين | فرنسا |
| رابطة فلسطين في النمسا | النمسا |
| الجمعية الخيرية لمناصرة الشعب الفلسطيني | ايطاليا |
| مؤسسة الأقصى الخيرية | الدانمارك |
| جمعية الإغاثة لفلسطين | سويسرا |
| هيئة الأعمال الخيرية الامارات | بريطانيا |
| استراليا | |
| هيئة الأعمال الخيرية | استراليا |
| أفريقيا | |
| مؤسسة الأقصى | جنوب أفريقيا |
| جمعية وقف الواقفين | جنوب أفريقيا |

Jamiatul Ulama (Kwa Zulu Natal)
Jamiatul Ulama (Transvaal)
Muslim Hands
Muslim Judicial Council
Benoni Muslim Jamaat
Johannesburg Charitable Organisation
Muslim Students Association ( MSA Gauteng)
Muslim Youth Movement
South African National Zakaah Fund

Soweto Muslim Association
Sunni Ulama Council (Gauteng)
Channel Islam International

أمريكا

صندوق القدس للخدمات الإنسانية — كندا

الأرض المقدسة — أمريكا

---



© 2001 101days.org all rights reserved

# ائتلاف الخير

قال الله تعالى
"مثل الذين ينفقون أموالهم في سبيل الله كمثل حبة
أنبتت سبع سنابل في كل سنبلة مائة حبة والله
يضاعف لمن يشاء" صدق الله العظيم

الصفحة الرئيسية| ماهو ائتلاف الخير| مجلس الأمناء| المؤسسات المشاركة في الائتلاف| البيان الصحفي| أهداف الحملة
احصائيات| لمحة عن الأوضاع الحالية| كيف تنضم الى الائتلاف| أريد ان اساهم في الحملة

## مجلس أمناء ائتلاف الخير

| | |
|---|---|
| رئيس الائتلاف | الشيخ يوسف القرضاوي |
| المدير التنفيذي | الأستاذ عصام يوسف |
| الأردن | الأستاذ كامل الشريف |
| لبنان | الدكتور فيصل المولوي |
| السعودية | الدكتور مانع الجهني — Dr. Juhani |
| فلسطين | الشيخ حامد البيتاوي |
| مفتي فلسطين | الدكتور عكرمة صبري |
| فلسطين | الشيخ رائد صلاح |
| السعودية | الشيخ سعد البريك |
| الكويت | الشيخ عبد الله علي المطوع |
| بريطانيا | الداعية يوسف إسلام |
| بريطانيا | الشيخ إقبال سكراني |
| الكويت | الدكتور جاسم مهلهل الياسين |
| جنوب أفريقيا | الشيخ ابراهيم جبرائيل |
| اليمن | الدكتور عبد المجيد الزنداني — Dr. Zindani |
| اليمن | الشيخ عبد الله الأحمر |
| الكويت | الشيخ نادر النوري |
| العراق | الشيخ احمد الكبيسي |
| الأردن | الشيخ سعد الدين الزميلي |
| المغرب | الدكتور أبوزيد المقرئ الإدريسي |
| فلسطين | الدكتور عزام نعمان سلهب |
| فلسطين | الدكتور بسام نهاد جرار |
| بريطانيا | الدكتور احمد الراوي |
| المغرب | الشيخ عبد الفتاح الفريسي |

كما وجهت الدعوة لكل من:

| | |
|---|---|
| الأردن | عبد السلام العبادي |

| | |
|---|---|
| قطر | الشيخ عبد الله الدباغ |
| سوريا | محمد سعيد رمضان البوطي |
| المغرب / بلجيكا | حسن بن صديق |
| لبنان | محمد رشيد قباني |
| الاردن | معالي الدكتور عبد السلام العبادي |
| قطر | الشيخ عبد الله الدباغ |
| سوريا | الدكتور محمد سعيد رمضان البوطي |
| المغرب / بلجيكا | الشيخ حسن بن صديق |
| لبنان | لدكتور محمد رشيد قباني |



© 2001 101days.org all rights reserved