# EXHIBIT 218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ) 03-MDL-1570 (GBD) (SN)
ON SEPTEMBER 11, 2001 )
)

— — —

Tuesday, July 20, 2021

— — —

THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

— — —

Remote video-recorded deposition of JONATHAN BENTHALL, held at the location of the witness, commencing at 12:03 p.m., on the above date, before Debra A. Dibble, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Captioner, Certified Realtime Reporter and Notary Public.

— — —

GOLKOW LITIGATION SERVICES
877.370.DEPS | fax 917.591.5672
deps@golkow.com

charities.

And this feasibility study was well received, and the project was initiated shortly after the same year, and I was appointed a member of the core group of the Montreux Initiative, which consisted of experts on charities, representatives of regulatory bodies, and representatives of Islamic charities -- representatives of charities from different charitable traditions, including Islamic charities.

Q. Mr. Benthall, you mentioned unjustified -- removing unjustified obstacles for Islamic charities.

Are you referring to sanctions or shutting down of certain charities because they were suspected of financing al-Qaeda?

MR. NASSAR: Objection to form.

MR. MALONEY: You can answer.

MR. NASSAR: You can answer.

A. This -- the assumption was not at all measures taken by Islamic charities were unjustified, but insofar as they were unjustified to enable -- to encourage charities to engage more with international

for them to demonstrate that their bona fides.

Q. (BY MR. MALONEY) Was part of your work an effort to help the charities become more compliant and transparent and accountable?

A. Well, it was -- it wasn't exactly part of my personal function, but that was the aim of the Montreux Initiative.

I should remind you that Switzerland has this long tradition of neutrality, and the gentleman who instigated this had formerly worked with the International Committee of the Red Cross and had a commitment, as did his department, to trying to resolve problems of tensions between different countries and different traditions. In this case, different charitable traditions.

Q. What was your personal function with -- in connection with the project?

A. I was invited to come to the meetings. I didn't have them -- there was a rapporteur who took all the minutes. I wasn't invited to do that.

committees in the Palestinian territories.
And I had an interesting dialogue with him about what the Montreux Initiative was trying to achieve, and he stated his point of view. And he ended by saying that he -- if he was -- if he was invited, he would consider coming to a meeting, but he -- I'm afraid he was -- I didn't really see it -- I wasn't really able to shift his view very much.
Q. Were any of the defendants in this litigation team members for the Montreux Initiative?
A. Dr. Basha was. No, he was not a team member, I'm sorry. I take that back. He was a member of the group of 17 Islamic charities who accepted, in principal, the aims of the Montreux Initiative at this meeting in Istanbul.
Q. Was one of the charities WAMY?
A. The secretary of WAMY was, for a time, a member of the core group.
Q. Was that Dr. Salah al-Wahhabi?
A. Correct.
MR. NASSAR: Mr. Maloney, we've

been going for over an hour and a half.

MR. MALONEY: Sure.

MR. NASSAR: We'll try to take care of the tech problem as well.

MR. MALONEY: Yeah, that'll be good because it's still not great. How long do you want, five, ten minutes?

MR. NASSAR: Let's say ten, just because we want to do that and it's a little --

MR. MALONEY: Okay. Sure. Ten is good. Thank you.

THE VIDEOGRAPHER: Off the record at 1:39 p.m.

(Recess taken, 1:39 p.m. to 1:58 p.m. BST)

THE VIDEOGRAPHER: Back on the record at 1:58 p.m.

Q. (BY MR. MALONEY) Mr. Benthall, before the break, we were talking about the Montreux Initiative, and I just had a couple of questions on that. And you told me that WAMY had a representative or was one of the

friendly. He certainly -- he certainly says that he met Bin Laden on a few occasions.

Q. And how about the fact that Mr. -- withdrawn.

Do you know if -- let me rephrase -- let me start over.

Have you ever heard of a company called Wadi Al-Aqiq?

A. Yes.

Q. What do you know about it?

A. Correct me if I'm wrong, but I think this was controlled by Bin Laden.

Q. And you do you know that they were a shareholder in the rollout, one of Mr. Kadi's companies?

MR. NASSAR: Objection, form.

A. I'm not sure that it was Mr. Kadi's company. They were co -- Wadi Al-Aqiq were co-investors with Luxor and the Muwafaq Foundation, I believe.

Q. (BY MR. MALONEY) And did you understand that they were also investors in Al Shamal Bank along with -- where Mr. Kadi had investments?

MR. NASSAR: Objection, form