# EXHIBIT 221

[redacted]

- The FBI has learned that IIASA has a new management team. Funding by the Embassy has ceased, and the institute's funding is now believed to come from its parent organization in Riyadh.

- [redacted] (O-1) (O-1) and ICE has investigated immigration violations by former IIASA staff members.

## [redacted] The World Assembly of Muslim Youth (WAMY)

[redacted] The World Assembly of Muslim Youth (WAMY) is a Saudi Arabia–based NGO with ties to Abdullah Bin Ladin [redacted] (O-1) (O-1) (O-1) WAMY's 2002 US plan called for approximately $5 million in spending over 18 months.

[redacted] (O-1) the plan originated in Jeddah in November 2002. An FBI source reports that Mohammed Rafique Quadir Harunani, of Orlando, FL, is expected to manage and lead the five-year plan's implementation in the United States.

- Harunani, a Uganda-born Kenyan citizen of Pakistani origin, is under investigation for his ties to WAMY and al-Qa'ida subjects in the United States.

- FBI information also links Harunani to Abdullah Bin Ladin and WAMY through his company, Discover Islam, reportedly one of the linchpins of the five-year plan.

- Harunani's activities have been limited following several FBI interviews on a variety of matters.

[redacted] WAMY offices in other countries are directly funding HAMAS-affiliated NGOs, including the UK-based charity Interpal and the Palestinian *zakat* (tithing) committees. The FBI is monitoring WAMY's US activities, which appear to have been severely curtailed since the FBI conducted a search of the organization's Northern Virginia office in conjunction with the Bureau of Immigration and Customs Enforcement earlier this year.

## [redacted] Sulaiman Abdul-Aziz al-Rajhi Foundation

[redacted] The Saudi Arabian-based al-Rajhi family established the Sulaiman Abdul-Aziz al-Rajhi (SAAR) Foundation in the 1980s to manage the family's charitable contributions. SAAR is a complex web of overlapping companies with parallel ideologies, personal relationships, and financial associations that has exhibited numerous affiliations with entities known to support terrorism. [redacted] (O-1) the SAAR Foundation, in concert with its subsidiary companies, provided monetary support and other assistance to organizations linked to the Palestinian Islamic Jihad and HAMAS.

[redacted]