# EXHIBIT 222

World Assembly of Muslim Youth

الندوة العالمية للشباب الإسلامي

WAMY

No: 2572
الرقم ٢٥٧٢

التاريخ ١٤/٥/١٤١٦هـ
Date: 08-10-1995

مكتب الأمين العام

*Office of the Secretary General*

To: The Manager of

EMIRATES BANK LIMITED
PESHAWER -PAKISTAN

Sub: Appointment of Dr. Isam Yahya Al Filali executive director of Lajnat Al-Bir Al -Islamiah

Dear Manager,

This is to certify that Dr. Isam Yahia Al-Filali has been appointed executive director of Lajnat Al-Birr Al-Islamiah - WAMY.

He is now authorised to sign all papers and financial matters of the society. Also, please be informed that Dr. Hasan Bahafzallah is no more authorised to sign on behalf of L.B.I. since August 1995.

Please guided accordingly,

Best regards,

Dr. Maneh al-Johani
Secretary General of WAMY
and The Chairman of the Supervising
Committee of the L.B.I

N.B. This nullifies our previous letter No. 2555 dated 13/5/1416.

P.O Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx: 400413 / 405220 ISLAMI SJ. Fax.: (01) 4641710