# EXHIBIT 224

بسم الله الرحمن الرحيم

THE LIFE OF

# MUHAMMAD

(Sallalahu Alayhe Wassalam)

## THE MAKKAN PERIOD




IMAM ANWAR AL AWLAKI

Transcribed by Maria Iqbal

For the most updated – edited version please visit

www.slavesofrahman.com

*To point out any mistakes or errors, please leave a comment at*

*Javeria.wordpress.com*

http://javeria.wordpress.com/2007/07/04/transcribed-life-of-muhammad-saw-by-imam-anwar-al-awlaki/

*The Holy Quran: Surah Al Ahzab*

*Chapter 33: Verse 45 & 46*

يَـٰٓأَيُّهَا ٱلنَّبِىُّ إِنَّآ أَرْسَلْنَـٰكَ شَـٰهِدًا وَمُبَشِّرًا وَنَذِيرًا ﴿٤٥﴾

وَدَاعِيًا إِلَى ٱللَّهِ بِإِذْنِهِۦ وَسِرَاجًا مُّنِيرًا ﴿٤٦﴾

***O Prophet (Muhammad SAW)! Verily, We have sent you as witness, and a bearer of glad tidings, and a warner. And as one who invites to Allah by His Leave, and as a lamp spreading light. (Through your instructions from the Qur'an and the Sunnah the legal ways of the Prophet saw).***

The life of Muhammad Sallalahu Alayhe Wassalam (saw) introduces the Makkan Period of the Seerah of the Prophet Muhammad saw, the final Messenger of Allah and the greatest human being to walk on the face of the earth.

In this series, Imam Anwar Al Awlaki, author of the best selling series *The Lives of the Prophets*, eloquently presents the Makkan Period of the life of Muhammad (saw) in a detailed manner, deriving valuable lessons from it, thus making it relevant to our modern times.

This series is primarily based on Ibn Kathir's book on Seerah. Imam Al Awlaki describes the stories of the golden era of Islam in a dynamic style and installs in the listeners the deep love for the beloved of Allah Subhana Wataalaa.

Imam Anwar Al Awlaki was born in New Mexico in USA. His parents are from Yemen, where he lived for 11 years and received the early part of his Islamic Education.

Imam Anwar Al Awlaki has served as in Imam in Colorado, California and Washington DC. Currently he resides in Yemen.

## INTRODUCTION

### Duas

*In the Name of Allah, the Compassionate, the Merciful.*

*O Allah Open my heart, ease my task and remove the impediments from my speech so that they may understand what I say.*

*We ask Allah Subhana Watala to bless this gathering, We ask Allah Subhana Watala to benefit us from what we learn, we ask Allah Subhana Watala to teach us that which will benefit us, we ask Allah Subhana Watala to make us of those who follow the way of Rasool Allah saw and love him and we ask Allah Subhana Watala to make us of those who will be with him in Jannah.(Ameen)*

**Definition of Seerah**

The word Seerah has a linguistic meaning which means a path. Walking is called Sair, when you walk from one place to another it is called sairtu Ful an is walking.

So it is a path which a person takes during his life time. The Hans dictionary gives the translation of Seerah as conduct, comportment, demeanor, attitude, behavior, way of life, attitude, position, reaction, way of acting and biography, all of these are meanings of Seerah. Seerah could be the biography of any person, not just prophet Muhammad (saw), however we have used the word so much with Muhammad (saw), that when we say Seerah, we almost all the time are referring to the life of Muhammad saw. However, we can say the seerah of Abu Bakar , Seerah of

Omar (ra) and so and so. So Seerah is a biography of a person, their life.

In this situation we are studying the life of the greatest, Muhammad (saw)

**Importance of Studying Seerah**

What is the importance of studying Seerah?

**No 1: History of Islam**

The life of Muhammad (saw)is the history of Islam. You are studying the concise history Islam. By studying the life of Muhammad (saw). In his Seerah you would find situations and incidences that would help us in everything that we would need to know in our life of dawah. So we are not just studying the biography of a person, we are studying the history of our religion.

Muhammad ibn Saad ibn waqas, -Saad ibn Waqas is one of the ashra-e-mubasharah, he is one of the 10 given glad tidings of paradise. His son Muhammad would say that our father would teach us the battles of Rasool Allah, he would teach us the seerah of Rasool Allah and he would tell us that these are the traditions of your fathers, so study them. They used to refer to Seerah as *maghazi*. *Maghazi* means battles. The latter part of life of Rasool Allah was spent in maghazi. So they would use the word maghazi to refer to the whole life of Rasool Allah.

Ali bin Hussain ibn Ali bin Abi Talib- the grandson of Ali ibn Abi Talib would say we were taught the Seerah of Rasool Allah like we were taught Quran. That is how important Seerah was for them. They would study it like they studied Quran.

And that makes sense, because if you want to study the life of Musa (as) where do we go, where do we study It from? From Quran! If we want to study the life of Isa (as) we go to Quran, but if we want to study the life of Muhammad (saw), his life, even though there are bits and pieces of it mentioned in the Quran, but we don't have that many details about Muhammad (saw) in the Quran as we have about Musa (as). So the life of Rasool Allah saw ,for us, to study it we go to Seerah. All of the anbiya, their lives were recorded in the Quran with the exception of Muhammad (saw). So to study the life of Muhammad (saw) we go to Seerah. When we want to learn about the anbiya, we go to the Quran. But when we want to learn about Muhammad saw, we go to Seerah, again even though there are some references about him in the Quran.

**No 2: Love**

The second reason to study Seerah is to develop the proper love of Muhammad saw in our hearts. Loving Muhammad saw is Ibadah. Its part of our religion to love Muhammad (saw)

**Love for Muhammad saw**

Muhammad saw says: *"None of you will attain true faith until you love me more than your parents, your children and the whole world" (Bukhari, Book of Belief, Hadith 14)*

We don't really become true believers until we love Muhammad saw more than any thing else. So it is part of Islam to love Muhammad (saw).

Omar bin Khattab (ra) he came to Rasool Allah saw and said…. He was a very honest and a straight forward person. So went to Rasool Allah saw and said O Rasool Allah I love more than everything except my self" I love you more than anyone except my self"

Rasool Allah saw told him "until you love me", meaning you don't really attain the complete faith until you love me more than your own self. So Omar bin Khattab came back and said" O Rasool Allah, Now I love you more than my own self" Rasool Allah saw said "Al aan eman " " Now you have attained the complete faith"

The Ummah today loves Muhammad saw. If you ask any Muslims Do you love Muhammad saw, they would say yes.

But the love can not be very deep and sincere unless you know the person. If you have shallow information about someone, you can't really love them a lot. To love a person you need to know them more. And this is especially true with Muhammad saw. Because the more you know him, the more you would be impressed with his personality, the more you would love him. So even though Muhammad saw, among the Ummah today with the shallow information that the masses of Muslims have about him, even though they still love him, but we can not truly have deep love for Muhammad saw unless we know him. You know the Sahaba ra, the more they knew him, the closer they got to him, the more they would love him.

Amr bin Al As, for example- He was one of the staunchest enemies of Muhammad saw. He was one of the top plotters against Islam. Amr bin Al As, he later become a Muslim, and when he was passing away, Amr bin Al As started weeping, he was crying on his death bed, so his son Abdullah bin Amr told him Oh My Father, Dint Rasool Allah saw give you the glad tidings of this, didn't he give you glad tidings of that. It is reported in the hadith that Rasool saw said "Aamana amr" That Amr bin Al As has attained faith. So this is a witness from Rasool saw that Amr bin Al As is a momin. Not only a Muslim, but he is at the higher level of Momin. So his son was trying to give his father the glad tidings that you are a true believer. Rasool Allah saw has given you all of these glad tidings, how come you are crying now before your death.

Amr bin Al As- he turned around and said: I have gone through 3 stages in my life. At the first stage, the most despised man to me was Muhammad saw. And my desire was that I could get hold of him and kill him. That was my desire. That was my wish, my aspiration- to kill Muhammad saw. He said that if I had died at that time, I definitely would have been in the hell fire. He said that then Allah put the love of Islam in my heart and I went to Muhammad saw and said O Muhammad , I want to become Muslim. Extend your hand so I can pledge allegiance to you. Amr bin Al As says Muhammad saw extended his hand forward and I pulled my hand away. So Amr bin As, he had Rasool saw extend his hand and when Rasool saw was ready to put his hand in his, Amr bin Al As pulled his hand away. Rasool Allah saw told him "What's wrong" Amr bin Al as said, I have a condition to make. Rasool Allah saw asked him, what is your condition? . He said, my condition is that you pardon me, you give me clemency.

Because Amr bin Al as knew, the things he had done in the past, the great crimes he had committed against the Muslims, is sufficient for his execution. So he wanted to make sure that Rasool saw would not hold him accountable for what he did in the past.

So Rasool Allah saw smiled and he said: Ya Amr " Arabic" Don't you know that Islam erases everything before it and Hijrah erases everything before it and Hajj erases everything before it."

Amr bin Al said so I became a Muslim. He said that at that stage, Muhammad saw, who was my worst enemy, became the most beloved person to me in this world. He said that I loved him so much, I respected him so much, and I couldn't even get a full glimpse of his face. When ever I would see him, I would stare downwards. He said I had so much love and respect for him that I couldn't even get a full glimpse of his face. And if you would ask me today to describe him to you…I couldn't. He said that if I had died during that stage, I would have hoped to be in Jannah.…There are other parts of this hadith, but what concerns us now is that Amr bin As, when he got to know Muhammad saw, when he became close to him, Muhammad saw, who was his worst enemy became his most beloved friend.

Sohail bin Amr was sent by Quraish, to negotiate with Muhammad saw before Sulah Hudabiya. Sohail bin Amr was an international negotiator; he had been to the courts of the Persian emperor, the Roman emperor, the emperor of Abyssinia. He was a well connected man. And now Quraish sent him to negotiate with Muhammad saw.

So he went into Madina and he came in and he had first hand experience with how the Sahaba ra treat Muhammad saw. So Sohail bin Amr went back to report to Quraish. He told them, he said I have visited the Roman emperor I have visited the Persian emperor, iv visited najashi(Negus), the king of Abyssinia, but I have never in my life seen a leader that is so loved by his followers , so much respected by his followers, like Muhammad saw. I have seen nothing like it in the world. The Roman emperor, the Persian emperor, Najashi of Abyssinia, even though they have all the powers, strength and empires, I have never seen a people love their leader so much like the Sahaba ra loved Muhammad saw. He said I saw amazing things. Muhammad saw would be making wudu, and the Sahaba would be watching, to grab the water dripping from his body. So he told them, do what ever you want, these are the people who would never give up their leader. The Sahaba, they would never give him up. They would give their lives first. They would sacrifice everything for him.

So if we want to love Muhammad saw, we need to learn more about him. I have already said that even though, among the masses of Muslims, we know people don't have much information about Muhammad saw, they don't know a lot about his Seerah, coz its not part of the curriculum that schools in the Muslim world teach, never the less even though, we are ignorant about him and his life, he is still the most beloved figure that ever lived in

humanity. His name is the most common name in the world. How many people in the world are naming Muhammad? There is no other person that ever lived in history who had so many people named after him like Muhammad saw.

When I was in college in the US, we had an imam, he was from Nigeria. And he was a hafiz and he was our imam in the small town in US. His name was Muhammad Al Ashr. The word ashr means the 10th. So for a long time I assumed that Al- Ashr is his last name. Muhammad Al Ashr. One day I went up to him and asked what Al Ashr is? Is that the name of the tribe or the clan? He said no. He said my father would name every male boy that was born as Muhammad. All of this children, he would name Muhammad. So to distinguish between us he had to number us. So there was Muhammad the first, Muhammad the 2nd, Muhammad the 3rd, I am Muhammad the 10th. So his father doesn't want to deal with any other name. All of his children are going to be Muhammad. And in Pakistan and India you would have Muhammad Haroon, Muhammad Suleman…every body Muhammad. There is No one in history that had an Ummah love him so much, like the Ummah loved Muhammad saw. He is the most beloved figure in history.

So what would be the situation if we studied his life. I mean how much love would we have then for Muhammad saw? His name was the most frequently mentioned names. Around the clock, there will be minaret that is calling to prayer and is mentioning the name of Muhammad saw. Around the clock. Coz Muslims now are world wide. So in every time zone you have Muslims. So every minute of the day, there will be a Moaazan saying "Ashhadu La ilaha il Allah, Ashhadu ana Muhamamadar Rusool Allah" His name is mentioned around the clock.

And by the way, the name Muhammad means the praised one. And there is no one who is praised like Muhammad saw. I mean his name really fulfills its meaning. He is the praised one, he is always praised. When ever we hear his name, what do we say? "Sallalahu Alihe Wassalam"

So we want to develop love for Muhammad saw, and the way we can do it is by studying his life, we will love him more, the more we study about him.

Allah tala says "Say: If your fathers, your sons, your brothers, your wives or your kindred, the wealth that you have gained, the commerce in which you fear a decline, and the dwellings in which you delight … are dearer to you than Allah and His Messenger, and striving hard and fighting in His Cause, then wait until Allah brings about His Decision (torment). And Allah guides not the people who are *Al-Fâsiqûn* (the rebellious, disobedient to Allah) (Surah Taubah: 24)

So the ayah is stating that our love for Allah and his messenger and striving in the cause of Allah and his messenger should be paramount to everything else. Our fathers, our sons, our brothers, our mates, our kindred, our wealth, everything. To love our messenger and Islam should be the dearest thing to every one of us.

**No 3: to follow the Best Example**

Ibn Hajar says who ever seeks the preeminence of the hereafter, the wisdom of this life, just purpose, and the embodiment of morality and character, let him follow Muhammad saw the Prophet of Allah. So Muhammad saw is the embodiment of "Khuluq"- The perfect character. And by studying his Seerah, we will be more able to follow his way.

**No 4: Understanding Quran**

There are some ayats in the Quran that are independent of the circumstances of revelation. Like for example, the ayats about the Akhira, Ar-raqaik . These are independent of the circumstances. But then there are some ayats that are dealing with events that were happening in the time of Muhammad saw. So you would have some ayats revealed prior to an event, some ayats revealed concurrent with an event and some ayats revealed after an event.

Seerah would give us the explanation of these ayats. Like for example Surah tul Ahzab. Many ayats of surah tul ahzab were revealed regarding the battle of Al-Ahzab. Many ayats in surah Al Imran were revealed relating to an event that happened in the time of Rasool saw. So you have a major section of Surah al Imran, which was a dialogue between Muslims and Christians, based on the Christian delegation that came from Najran to visit Rasool Allah. These ayats were revealed to support Rasool saw in his dialogue with the Christians. And the latter part of Ale Imran is dealing with *Ghazwa e Uhud*. Now the details of the Ghazwa are not mentioned in the Surah. So how can we understand these ayats? By going to the Seerah.

**No 5: His life (Muhammad saw) illustrates the methodological steps of the Islamic movement.**

Rasool Allah saw went thru stages; he went through steps started by a secret dawah. And then it became public. And then later on Jihad. So it went through stages. These stages are important for Islamic movement to learn and study. Name missing He says.. "And we believe that this methodological progression of the prophet's life is divinely directed. For Allah has guided his prophet and all of his steps, and it was not a result of a reaction to an emerging circumstances. So these events that happened in the life of Rasool saw were not haphazard. They were planned by Allah Subhana Wataala. So that they would be a guidance for us, in our attempts to establish Islam again. So it is very important for us to see the stages that Rusool Allah saw went through and the progression of his dawah.

Rasheed rida says that were it not for the education and training, verbal direction would not suffice. For the Seerah taught them how to be guided by the Quran and trained them to be just and moderate in all matters. So, we have Quran and Sunnah which are verbal teachings, but how do we apply these verbal teachings? It is by looking at the application of Rasool saw and the Sahaba (radiAllahu Anhum). So they took this verbal teaching into action and that is something that only the Muslims have, I mean the followers of all other anbiya have lost ____ of the Seerah of their anbiya, but with us we know how the Quran was being practiced, we know how the Sunnah of Rusool Allah saw was being practiced and applied.

There is an ayah in the Quran which says that you can continue eating and drinking at night time of Ramadan until the white string is distinguished from the black string. One of the Sahaba, he took this literally. What he did was that he had a string under his pillow… and he would eat and then he would uncover the string , he would pick up the pillow, he wouldn't see the string, so he continued eating … and he would keep on doing that and then he went to Rasool saw and said this is what I have done. Rasool saw laughed and he said that it doesn't mean you take a string in your room and you take a look at it. It means the white string which is the first emergence of light in the horizon that is what is meant by it. So Rasool saw taught this Sahabi how to apply that ayat, because I could get a dark room with no windows alright and I have a string with me and it would be noon time and I still can not see it and I continue to eat. So the application of the ayats and the hadith of Rasool saw are shown to us in the life of Muhammad (saw) and the life of the Sahaba.(RadiAllahu Anhum)

**No 6: Studying Seerah is Ibadah**

We are not doing this to entertain our selves. This is ibadat. There is Ajr, there is reward in studying this. We are worshipping Allah by coming together and studying the life of Muhammad saw. This is the halaqa of zikr. This is the session of zikr where we come together and talk about Muhammad saw , we are worshipping Allah Subhana watala. And we expect that this is a gathering which is surrounded by angels, in which Allah subhanawatla will shower us with his mercy and tranquility and we be mentioned in a gathering better than this. So it is ibadat and Allah subhana Watala says "*Say if you do love Allâh then follow me (i.e. Muhammad saw) Allâh will love you and forgive you of your sins. And Allâh is Oft-Forgiving, Most Merciful."(Ale Imran 3: 31)*

**No 7: Developing a Muslim Identity**

There is a global culture that is being forced down the throats of everyone on the face of the earth. This global culture is protected and promoted. Thomas Friedman, he is a famous writer in the US, he writes for the New York Times. He says, the hidden hand of the market can not survive without the hidden fist. Mc Donalds will never flourish without Mc Donald Douglas- the designer of F15s.

In other words, we are not really dealing with a global culture that is benign or compassionate. This is a culture that gives you no choice. Either accept Mc Donalds, otherwise Mc Donald Douglas will send their F15s above your head. It is very intolerant culture, that can not co exist with anything else. It uproots every other culture on the face of the earth. Just cuts the roots of it. And you have a quote here by Alexander Sofzen. He is a famous Russian Historian writer. He says To destroy a people, you must sever their roots. So its really a destruction of the people of the earth because every other culture is being demolished. So this is not a global culture that will co exist with

others, it will replace others. And the only ideology that is standing up to this global culture is Islam. But still, as Muslims and especially Muslims living in the west, we are suffering from a serious identity crisis. I mean you would find that even though the brother or the sister would be practicing Islam, but the identity it self, the Islamic identity itself is lost. I mean person would have more in common with the rock star or a soccer player then they would have with the companions of Rasool Allah saw. You would find that our youth know more about pop stars than they know about the Sahaba of Rasool saw . Infact even sometimes more than the Anbiya. How many of our youth know the names of all of the Anbiya of Allah? How many of our youth know the names of the Sahaba ra. But ask the same person to name the soccer players on their favorite team or their best basketball players and they would go down the list. So there is a serious identity crisis that is going on among Muslims.

And the way we can counter that, they way we can develop the Muslim identity is:

**Steps to Develop Muslim Identity**

**No 1:** By having a strong study of Islamic history. Which is made up of the lives of Prophets of Allah. The life of Muhammad saw, the life of the Sahaba ra and then learning in general, the Muslim history after that. So that's No 1. You develop an identity, by having an attachment with history. Because our history, is our umbilical cord. This is our life line. We are an extension of an Ummah. We are not separated; we are not severed from our roots. We are a part of a glorious Ummah that we need to study about.

**No 2:** By being part of the world wide Muslim Ummah. Our local identity should not over ride our Muslim identity. So my identification with Britain or America or Pakistan or Kuwait or any other country should not over ride my Islamic identity. See this "nation/state" concept is something that Islam came to abolish. We have our loyalty to Allah Subhana Watala and to our religion. And we are part of a world wide Ummah. Therefore we need to study; we need to learn about our Muslim brothers all over the world. What happens in Palestine should concern every British Muslim. What happens in Kashmir should concern every American Muslim. What happens in every part of the Muslim world, should concern me as if it is happening within my own house. So these are the two important elements in building an identity.

No 1: Having a deep understanding of your History

No 2: Being part of the Ummah and caring about the Ummah.

And again the saying of Alexander ________ "To destroy a people, you must first sever their roots"

We don't want our roots to be severed.We want our roots to be deep. Studying the life of Rasool Allah saw is the most important thing we can read in our history.

**No 8: The Life of Muhammad saw is a Testimony of his Prophet-hood.**

The greatest miracle of Muhammad saw is Quran and Muhammad saw had many other miracles. But just studying his life in itself is an evidence of his Prophet hood.

Here we have a man, who for forty years was leading a normal life. The outstanding thing about the life of Muhammad saw in the first 40 years was his morality and character. But Rasool saw did not show any signs of aspiration to power or influence. None of that at all. Rasool saw was leading a normal life and then suddenly after the age of 40, Rasool Allah saw brings about the greatest change that the world has ever seen. That's an irony. That's a miracle. Rasool Allah saw was illiterate. He could not read or write. And then he presents the world with the greatest book, ever produced. And we could go on and on… the list of ironies of things that are only explained if Muhammad saw was a messenger of Allah. Who had divine help. Otherwise its impossible. There is no way to explain the Seerah , except to admit that he was a nabi from Allah. It is impossible for a person to achieve, what Muhammad saw achieved without being assisted by Allah Subhana Watala through revelation. So it's a testimony of his prophet hood.

There you have Muhammad saw leading a normal life for the first 40 years. Then suddenly he becomes a political leader, military leader, religious leader, head of a large house hold, law maker, teacher, Imam and go on and on the list of the things that Prophet Muhammad saw used to do. All of this was done within a span of 23 years. Impossible!

Which would lead to the next point that

**No: 9 We are studying the life of the Greatest**

We are studying the life of the greatest man that ever set foot on this earth. Muhammad saw is the greatest. And what ever bench mark you want to use for greatness, he would still come out the greatest. Micheal Hart, he's a US Author, he wrote a book called the *The 100 Most influential People* that lived in history. After studying the lives of leaders through out history, it became clear to him that Muhammad saw is the undisputable greatest man that ever lived.

He is the greatest and in his introduction he feels compelled to respond to what the readers of the book might think because he is mostly writing for a non Muslim audience. So many people would question his choice of Muhammad saw , so therefore in his introduction he writes, he says " My choice of Muhammad to lead the list of the worlds most influential persons may surprise some readers and may be questioned by others. That he was the only man in history who was supremely successful on both the religious and secular levels." And then he goes on to say that it is this unparallel combination of secular and religious influence, which I feel entitles Muhammad to be considered the most influential single figure in human history."

So Micheal Hart is compelled by the facts. I mean there is no doubt that Muhammad saw is the greatest.

But then he has to apologize to his readers, I mean he has to say that this is out of my hands. I mean there is no way I could put anybody else in front of him. Muhammad saw is the greatest. In fact, if we take Muhammad saw as a military leader, just that aspect of his personality, he would still come out the greatest. If we only take Muhammad saw, only the religious aspect of his life. He would still be the greatest. Muhammad saw as a political leader, he would still come out to be the greatest. So even if you dissect the different aspects of life of Muhammad saw and take them piece by piece, by just taking one piece alone, he would still be greater than anybody else that ever lived. So we are studying the life of Al-Mustafa. Mustafa means "the one who is chosen" Allah subhanawatala chose him. Al-Mustafa al khalqi He is chosen out of all the creation of Allah.

There might be some other reasons, why studying Seerah is important.

## Sources for this Course

**Seerah of Ibn Kathir.**

Ibn Kathir, he did not write a book called Seerah. Ibn Kathir wrote an encyclopedia of history. Called bidaya wan niaya. Called The beginning and the End. And it is literally the beginning and the end.

He started from the beginning of creation and went all the way until people enter Jannah and hell. One of his volumes is about the life of Rasool Allah saw. Another volume is about the Prophets and another is about Khalifa Ar Rashida. Khilafa Muwaya , Khilafa Abbasia. And he went all the way upto his times. The last volumes is called Al Fitan. Signs of the day of judgment and then the day of judgment and Jannah and hell.

So we are going to be taking his part of Seerah as a primary source. We will talk a little bit on why I have chosen ibn kathir to be our primary source.

**Sahiah As Seerah ibn Nabawuya** is the second book that I have used in compilation of these notes by Ibrahim Al Ali .

**Science of Seerah and Science of Hadith: The Difference**

Traditionally, Seerah was a separate science from hadith. Even though there are some areas where they cross each other, there is over laying, over lapping between them. But traditionally Seerah had a different set of rules compared to hadith.

Scholars of hadith were very stringent, very strict in their rules. While scholars of Seerah, were more liberal, more flexible. The reason is, when they were dealing with hadiths and drawing ahkam and drawing rulings, they wanted to make sure they were basing the rulings on hadiths that were sound. They do not want us to worship Allah based on weak sources. So that's why they applied very strict rules to hadith.

However, when it came to Seerah, they were more flexible in their rules, because they saw this as history which does not affect ahkam. It does not affect rulings. There is no ahkam based on it. So imam Ahmed bin Hanbal, who is a scholar of hadith, he says when we talk about history we are more flexible. So you would find that writers of Seerah would accept narrations ,they wouldn't normally accept if they were dealing with hadith. So that's one track that was followed by our early scholars.

The *Seerah of Ibn Ishaq* was written according to these rules. The *Seerah of Al Maqraizi, ibn Saad*, all of these early scholars of Seerah, they followed these flexible rules in narration.

Recently, there was a new trend among some of our scholars. They wanted to apply the rules of hadith on Seerah. Why?

These scholars said now we are living in a time when the history of Rasool saw is ahkam for us. In time of imam ibn Hanbal, Khilafa was established, so when they studied the life of Rasool saw, they were studying to learn general lessons from it, but it wasn't to guide them in methodology of a movement. Because Islam was already established.

But now we need to go through the Seerah and learn rules from it. On how to do dawah and how to establish Islam again. So it's becoming similar to fiqh applied to us. Therefore they say we should apply the same rules of hadith on Seerah.

The second book which is Sahih Seerah ibn nabawiya is based on the rules of hadith. So what these scholars did, they went into Bukhari, they went into Muslim, they went into Sunnan Abi Dawood, they went into these books of hadith and they gathered the bits and pieces that were referring to Seerah. And they constructed the Seerah of

Rasool Saw based on Hadith. So rather than going to the book of Ibn Ishaq, they would go to Bukhari. Rather than come to Maqrizi or other earlier scholars or ibn Hisham, they would go to Muslim. Saeed Hawa has written a book based on hadith, its called the asas ul Suna. This book we mentioned by Ibrahim Al Ali which is called Sahiah Seerah ibn Nabawiya. And there are few other books also following this line.

Now the reason why I chose ibn Kathir as our primary source is because ibn kathir, he combined both in one book. So he would draw information from the books of Seerah and he also draw information from the books of hadiths. So you would find him narrating from Bukhari and narrating from Ishaq. That's why you would find the Seerah of kathir unique.

Just one draw back with the Seerah of Ibn Kathir is that it is a bit complicated and cumbersome to use, because he would mention all of the chain of narration, sometimes he would not stick to a chronological order and some times he would bring in information that seems to be contradicting. But it is an excellent source and Alhamdulilah, it is now present in the English language.

It has been recently translated by MC Gothic. A professor in the US, it is a very good translation. Other books we might not be using, some of them, I have got quotations from them.

We have Manhaj Al haraqi by Moid Al Ghabban. The thing about this book is that the author tried to draw movement lessons from Seerah. So he would divide it into Secret stage, public stage, then he would go through the Hijrah and then different stages of Jihad. So he tried to construct a movement work line from Seerah. It is a recently written book.

Then you have Fiqh as Seerah by Muhammad Ghazali. (rahimullah) This book has tarbiya lessons.

There is another book by the same name Fiqh As Seerah by Al Buyti. Muhammad saeed Ramadan Buyti. And Al Buyti emphasizes on fiqh. He draws many fiqh lessons from Seerah.

And then there is a book called Al Ghuraba by Sheikh Salman Auda. And it is dealing with Hadith saw Tariiq Il Al Madina by Muhammad Al Abda, which is lessons drawn from Seerah and Fiqh As Seerah by Al Buyti.of the Strangers. And he tries to draw co relation with the strangers in the time of Rasool and the strangers now. Al Asas al sunna, we talked about this by Saeed Hawa and then At

**Arabic Terminologies**

*Sallalahu Alihe Wassalam:* means May the peace and blessings of Allah be on him. This is what we say when we hear the name of Muhammad saw. Now the Hukum of saying it : It is mandatory to say it the first time you hear the name of Muhammad saw. Any other time after that, it is recommended. So in this lecture, the first time you

hear the name of Muhammad , it is mandatory to say Saw. Any other time after that as long as we are in the same gathering, it is recommended. So this is the hokum of Salat salam ala Muhammad saw.

*Rasool Allah:* The word Rasool Allah means the Messenger of Allah.

*Jahiliya:* Is the ignorance of the Pre Islamic era. So Jahiliya is a time period but it is also conduct. Whenever you have a time that resembles the pre Islamic era, it is called jahiliya. And you will find that Syyed Qutub uses this word a lot in reference to the times that we are living in. he says that there is a lot of resemblance between it and the early jahiliya. So jahiliya comes from the root word Jahal, which is ignorance. So it is the time of ignorance. The absence of the message. Even if the message is there and the people are not following it, it is a jahiliya.

*Eman:* Faith

*Jannah:* Paradise

*An Naar:* Hell fire

The last section is discussing the difference between hadith and Seerah scholars. We talked about this. Hadith scholars were more stringent in their narrations because of basing their rulings. Seerah scholars were less stringent because they want us to get the stories, so they were flexible in their narrations. We mentioned that we are using a combined approach. So I will be using hadith and in the situations where there is no hadith, we will fill in the gaps by referring to Seerah.

So this is the introduction to the series. Inshallah o Tala the next session will start talking about some background history.

Sallalahu Alihe Wasalam Ala Muhammad waashabihe wasalam

Introduction Transcribed by: Javeria Aqeel

## CD 2

## BACKGROUND HISTORY

Usually scholars, who write about Muhammad (saw), they do not start with his birth, rather would start way before that. They would talk about his father, Ibrahim (as). Starting with the story of Ibrahim (as), Hajar and Ismael. Ibrahim (as), his wife and his new born son travelled in to Hijaz. Ibrahim took them to present day Mecca. At that time it was a dead valley, but the place where Kaaba was built was sacred since the day this World was created. Ibrahim (as) left his wife and son Ismael there along with some water and a bag of dates. He then walked away.

Hajar (as) knew that Ibrahim (as) was going to leave them, but she didn't expect him to leave her in such a place in the middle of the desert. So she followed him and said, "Ibrahim, are you going to leave us in a place where there is no cultivation and there is no one living?" Ibrahim (as) did not answer back. She asked him again, he didn't answer... She asked him a third time, he didn't answer back, and then Hajar (as) said, "Did Allah tell you to do so?" Ibrahim (as) said, "Yes." She said, "Then Allah will take care of us, Allah will not neglect us." So Hajar was saying that if this was a command of Allah, then she had trust in Allah, even if that meant living in the middle of nowhere.

Ibrahim (as) left, and when he reached at a place where he could not see them anymore, he turned around and faced the direction of Al- Kaaba and he made dua to Allah, his dua is in the Quran (Ibrahim: 37)

رَّبَّنَآ إِنِّيٓ أَسۡكَنتُ مِن ذُرِّيَّتِي بِوَادٍ غَيۡرِ ذِي زَرۡعٍ عِندَ بَيۡتِكَ ٱلۡمُحَرَّمِ
رَبَّنَا لِيُقِيمُواْ ٱلصَّلَوٰةَ فَٱجۡعَلۡ أَفۡـِٔدَةٗ مِّنَ ٱلنَّاسِ تَهۡوِيٓ إِلَيۡهِمۡ وَٱرۡزُقۡهُم مِّنَ
ٱلثَّمَرَٰتِ لَعَلَّهُمۡ يَشۡكُرُونَ ٣٧

***Our Lord, I have settled some of my descendants in an uncultivated valley near Your sacred House, our Lord, that prayer they may establish. So make hearts among the people incline toward them and provide for them from the fruits that they might be grateful.***

The usual Maslow hierarchy needs, the pyramid, is that the foundation is the physiological needs. So the that is the bottom of the pyramid, the most important need for humans, then comes social needs, then spiritual, and finally the peak is self actualization, So as a human being you want to fulfill you physical needs, then you want to have a social life, and after this you want to have a faith according to Maslow, and finally self actualization.

But According to Ibrahim (as), the pyramid is inverted. The first thing asked for '***that prayer they may establish***' . So the first thing that he mentioned was spiritual needs, and then he said '***make hearts among the people incline toward them***', so then he asked for love for them be put in hearts of people, this was for his family's social needs. And finally he asked for their physical needs; ***provide for them from the fruits.*** But even when he asked Allah to give them fruits, he connected it with worship and said, '***that they might be grateful***'.

Ibrahim (as) then left, Hajar made use of the small amount of food left with them, but obviously after a short while, they ran out of food. Hajar (as) was breast-feeding Ismael and her milk was drying up, because she was thirsty and hungry. Ismael (as) then began to cry, due to hunger. Hajar could bare seeing her baby cry in pain so she let him, in search of food. She started climbing a hill, which was later called As-Safa. She climbed and looked left and right if she could see anybody in the horizon. But she saw no one, so she would climb down the hill, and when she would reach the valley, she would tuck up her clothes and run, and then she would climb another hill, which was later called Al-Marwa, she would reach the top and look and at the horizon and see if she could find anybody.

He son was twisting and turning in pain, while Hajar (as) was running up and down these hills, and she did this seven times. The seventh time when she reached the top of the hill, she heard a sound. She was looking around to see where that sound is coming from and to her amazement she saw that the sound was coming from beneath the feet of Ismael (as). Jibrael (as) descended and dug up the well of Zam Zam. The water was coming out beneath his

feet. Hajar (as) was rushing in happiness to the source of the water. Because the desert was obviously dry, she was making a pool to contain it, in fear that the water would be absorbed by the desert. Rusool Allah (saw) said, when he was narrating this story, he said, "May Allah have mercy on the mother of Ismael. If she would have left the water alone, it would have been a flowing river." If she would have left the miracle without interfering, it would have been a flowing stream.

What was Hajar (as) feeling when she was running up and down those hills. Her heart must have been broken, she might have been crying because of the pain and suffering of her son in front of her eyes. Hajar (as) was a believing, righteous woman. Allah (swt) was testing her, and He had hid for her something for the future. So she not knowing of what will happen next must have been in real pain. Rusool Allah (saw) said, when he was mentioning the story of Hajar going up and down As-Safa and Marwa, "And that is why we go between As-Safa and Marwa." So we are following the footsteps of Hajar (as) till this day. If Hajar knew that a time will come when people will come from all around the World in millions to follow her footsteps, she would have run up and down As-Safa and Marwa with a big smile on her face.

So we need to realize that at times we are put through situations, but we really don't know what Allah (Swt) has in store for us. When we get into difficult situations, let us remember that Hajar went through this, and because of her Tawwakul in Allah, she was provided by something much better.

Now there was water In the desert, and that means an attraction for forms of life. Birds were beginning to harvest over the well. There was tribe called Jurhum, who were nomads of that particular area. Jurhum was a tribe that moved out of Yemen. There were many vast immigration that happened from Yemen at different times. One of the stories is in the Quran, of a kingdom called Saba. The people of Saba were the first to build a dam, and because of that dam they had a year round source of water, so even though there was not much rain in Arabia, but because the dam they had a year round souce of water. And because of this water supply, in the middle of Arabia there was a kingdom of Saba holding a huge population. And it is mentioned in the Quran, that because of their wealth and cultivation they didn't feel any pain in travelling. Because they had a continuous series of colonies, so that means places to rest and eat were easily available. But because of their disobedience in Allah's message Allah destroyed their dam, which flooded the area, so you had a huge immigration which caused the spreading of people out of Yemen, into An-Najd, Al- Hijaz, Iraq, Ash-shaam, Medina, etc.

So Jurhum too was one of thes tirbes that ended up moving out of Yemen into Hijaz. Allah knows best, they might have moved out of Yemen before or after the flooding of dam. Jurhum were familiar of the area of Mecca, and they knew that there was no water in that area. So when they saw birds hovering in the sky, they wondered what is going on in that area, so they sent one or two people to investigate the matter. They returned with the news that there is a well in that area. Jurhum went into the area where Zam Zam is located and they asked Hajar a strange question and they got an even more strange answer. They asked, "Can we settle in this place?" The reason why this question is strange is because this is a tribe of warriors, and they were taking permission from this lonely woman who was with her child. They could've just pushed her out of the way. But they were kind to ask. And she responded, "Well if you want to stay, I have a condition and that is that the water belongs to us." So she being a lonely woman with no protection what so ever is negotiating in a situation in which she could have been kicked out, and she wouldn't be able to have done anything about it! They agreed.

Rusool Allah (Saw) says, "Deep in heart, she wanted them to stay." She wanted to have company, but she just wanted to a better deal. So they stayed in the place that became known as Mecca. Ismael (as) grew up with them, and he adopted their language; Arabic. Ibrahim (as)'s was from Iraq, and they used to speak a different language in Iraq at that time. Ismael (as) married a woman from that tribe, so this was the beginning of the lineage of Rusool

Allah (saw). Jurhum had the political leadership in Mecca. Later on Ibrahim (as) came, and he built Al-Kaaba wit Ismael (as). The religious leadership in Mecca was with Ismael, and it continued along with his descendents. So Jurhum never had the religious authority over Al-Kaaba.

Jurhum stayed in Mecca for a very long time, they became corrupt, tyrannical, so Allah (swt ) sent on them Khuza'a. Khuza'a kicked them out of Mecca. Khuza'a was another tribe that left Yemen and entered Hijaz kicking Jurhum out. Jurhum before they left, did two things; they dumped the well of Zam Zam, and they erased all of it's marks. Secondly they stole the treasures which were inside Al-Kaaba. Khuza'a now became the new leaders of Mecca, while the descendents of Ismael by that time had already increased in number, branched out, and spread all over Arabia But there was one branch that remained in Mecca, and that branch was Quraish. Hence Quraish was one of the many different tribes, who descended from Ismael (as). So Quraish was living in Mecca; however it was ruled by Khuza'a.

One of the leaders of Khuza'a was Amr bil Laqi Al KHuzai, and we will talk about him later when we talk about the religious background of Arabia. The head of Quraish Qusayy bin Kalab, he was able to unify Quraish and to lead a revolt against Khuza'a. He was able to drive them out completely from Mecca. And for the first time all powers including political and religious were under the authority of Qusayy. He controlled the guardianship of al-Kaaba (Al Hijaba), he controlled Siqaaya and Nifaada which is the provision food and water to pilgrims. For us this may sound trivial, but for them it was considered great honor to provide food and water to the guests of Allah. What this responsibility enailed was that all other Arabs who came for pilgrimage would be hosted by the people of Quraish. He also had control over An-Nadwa, An-Nadwa was the assembly of Quraish, it was like their parliament. Qusayy controlled over Al-Luwa, Al-Luwa was the banner of war, in other words he was the one who had the power to declare war. These were the authorities that Qussay bin Kalab had, he was the absolute ruler of Mecca.

When Qussay bvin Kalab died, these different types of authorities were split among his children The grandson of Qussay, Amr, ended up inheriting form his father the provisions of Al-hajjaj, providing them with food and drink. Amr did something new in feeding hajjaj, rather than providing them with soup, he started crushing bread into the soup. So the food had gotten better, now the process of crushing in Arabic is called 'Hashm'. So he was nicknamed Hashim. This was the great-grandfather of Rusool Allah (saw). Hashim married in Al-Madina, and then he went to Palestine for business and then he died and was buried in Ghazza. His wife became pregnant and she gave birth to a child named 'Shayba'. Shayba means old man. Why would anybody name their child old man?? That's because he was born with some gray hair, hence the name. His mother stayed with her parents in Medina, because his father passed away. Shayba was brought up by his family in Medina.

One day a man enters medina, his name is Al-Muttallib, Al Muttallib is Hashim's brother. Al Muttallib went to claim his nephew, saying that he wants to because Shayba was living in Medina. Shayba was around 8 years old. The mother's side refused to give him up, but then Al Muttallib convinced them by saying that he belongs to the noblest family of Quraish, he has to go back and learn about his heritage, family, and start assuming responsibilities in Mecca. Eventually they agreed.

Al Muttallib entered Mecca with this child, and nobody had ever seen him before. In those days, slavery shopping was common. You go out to buy a slave, since this boy was new, people assumed he was a slave of AlMuttallib, so they called him Abdul Muttallib, and this is a grand father of Rusool Allah (Saw). His real name is Shayba but they thought he was a slave so they called him Abdul Muttallib.

We will now talk a bit about Abdul Muttallib, now remember that the well of Zam Zam has been unknown for 300 years plus ever since Jurhum had filled it up and erased all the marks. Abdul Muttallib saw a dream, someone comes to him and says, "Dig, tayyba" Tayyba means 'pure'. Abdul Muttallib in his dream responded in his dream

and said, "What is Tayyba?" He doesn't hear a response. That was the end of the dream. The following night the same voice told him in his dream, "Dig the precious." Abdul Muttallib says, "What is the precious?" He doesn't hear an answer back. The third night, the voice comes to him and tells him, "Dig Zam Zam." Abdul Muttallib asks, "And what is Zam Zam?" The voice responds, "Zam Zam, it will never fail or dry up, it will water the grand pilgrim, it lies between the dung and the blood, near the nest of the crow with the white leg and the ant's nest."

Abdul Muttallib was unable to decode all of these symbols which seemed obscure to him. The next day Abdul Muttallib was going around Al-Kaaba and he saw dung and blood, there was a camel that was slaughtered in that place and they left it's insides, and the blood on the other side. Then he saw a crow with a white leg in the same area, and there was a colony of ants. Abdul Muttallib realized that this is where the well of his grand father is. So he called his son Haris, and they started digging.

Now the well of Zam Zam is not very far from Al-Kaaba so when ppl saw them they said, "What are you doing? Why are you digging next to Al-Kaaba?" People kept on protesting but him and his son Al- Haris kept on digging. They kept on digging and digging and people kept on protesting. They could not understand why we was doing this. Eventually they left him alone. In a while they heard Abdul Muttallib shout, he was praising Allah. They came rushing. And do their amazement they found that Abdul Muttallib had uncovered the rim of the well of Zam Zam.

All the leaders of Quraish came and said, "Yes, This is the well of our grand-father Ismael." So what they meant was that the well belongs to all of them, so they should share. Abdul Muttallib said, "I was the one who saw the dream, I was the one who uncovered it, it belongs to me and me alone." They refused saying that they are all descendents of Ismael (as), so it belongs to all of them. Abdul Muttallib refused to give up, and they kept on insisting. When they were unable to solve the dispute and were about to go to war for it, someone suggested, "let's solve the dispute by going to the witch of Banu Saad."

Banu Saad had a witch who claimed to have connection with the spirits, so they went to consult her. So they travelled to this witch and they were told that she has relocated and went to Syria. They then started their journey towards Ash-Shaam, and on the way they ran out of water. They were in the middle of nowhere in the desert, Abdul Muttallib told them, "if we're gonna die here, let's atleast dig our graves, and whenever one of us dies, the rest could put him in the grave and cover him, so atleast in the end we'll be left with one person uncovered rather than have all of us die exposed." So they all dug their graves and they were waiting inside their graves, waiting for death. Then Abdul Muttallib said, "This is not right, for men like us to wait for death. Let's do something, let's go and search for water." They agreed and they went to different directions in search for water.

After a short while, Abdul Muttallib found water, so they came to them and said, "If Allah has saved you in this desert and provided you with water, and Allah has shown you a dream in which you uncovered the well of Zam Zam. This is surely an indication that it's a blessing for you, and it belongs to you. We give up our claim, it's all yours. Let's go back."

When the whole incident happened, and they pressured him to share the well of Zam Zam, Abdul Muttallib felt weak because he only had one son to defend him. In tribal societies your strength is based on how many men you have on your side. You could only count on your relatives; sons, brothers, uncles etc. So Abdul Muttallib said, "Oh Allah, if You bestow me with 10 sons, I will sacrifice one of them for Your sake." Allah (swt) then did bless him with 10 sons and 6 daughters. Then it was time for him to fulfill his promise to Allah. They these arrows next to Hubul (their large idol), they believed these arrows were divine. So Abdul Muttallib had every name of his son on these arrows. And it came on Abdullah, he did it the second time, it came on Abdullah, third time again on Abdullah.

So Abdul Muttallib took Abdullah with him, next to Al-Kaaba and he was ready with a knife to slaughter him. Abu Talib, one of the elder sons of Abdul Muttalib, went to his father and said, “We cannot allow you to kill your son.” And then the maternal relatives of Abdullah came and said, “We are not going to allow you to kill our son.” People were coming and telling Abdul Muttallib, “If you do it, then it will become sunnah for the Arabs after you.” Because Abdul Muttallib was their leader, so if he did something, it would become a trend after that. Abdul Muttallib said, “This was a pledge that I made to Allah, I cannot give it up.” This ended up in a dispute, and how did they decide to solve the issue? They decided to go to the witch.

They went to the witch and told her the situation, she said, “Alright, come back to me tomorrow, so that I can consult my spirits.” They came back the next day and she had an answer for them. She said, “What is the retribution that you pay to a person that was killed?” They said, “10 camels.” She said, “Then put 10 camels on one side, and put Abdullah on the other side and cast arrows, if it points towards the camels, then slaughter the camels, if it points towards Abdullah then add another 10 camels.” They agreed and went back.

They did exactly what the witch said, the arrow pointed towards Abdullah, they added another 10 camels, it pointed towards Abdullah. The number of camels increased all the way to upto 100, finally it pointed towards the camels. People of Quraish said, “Finally we can release your son, Abdul Muttallib said, “Not yet, we’ll have to do it another time.” They did it another two times and it was consistently pointing towards the camels. So they slaughtered 100 camels, and he had to pay for it all, and Abdul Muttallib was a very generous man, he refused to take any of that meat. He gave it out, and there was so much meat that even though people took so much but there was still enough to feed the birds and the beasts. Later on it became famous among the Arabs that Abdul Muttallib is the one who fed the humans and the animals, he is the one who even fed the birds in the sky.

Now the people of the Quraish were right when they told Abdul Muttallib, that if he killed his son, it would become a tradition among Arabs after him. Because when he sacrificed 100 camels for his son, the blood-money among them changed from 10 camels to a 100 camels. This tradition was kept and reserved by Islam, even though today it isn’t given in camels, the blood money is given in money. So the blood money still today is 100 camels, however it is calculated in terms of currency.

Abdullah and Amina are the parents of Muhammad (saw), later on they would tell him that, “You are the son of the two sacrificed ones.” Who are they? Ismael and Abdullah.

CD 3

We will talk about the religious background in Arabia, so that we know the background in which Muhammed (saw) lived. Obviously they started on tauheed because of the da’wah of Ismael (as), he was their prophet. So the Arabs of Arabia started of as Muslims. So what went wrong? In the time of Rusool Allah (saw) they were three religions in Arabia; idol worshipping, Judaism, and Christianity. Let’s talk about how these religions entered Mecca.

Amr bin Luhai Khuzai, was the leader of Khuza. He was a very generous, strong, and well-respected leader among his people. They admired him so much that his words were taken as law. Amr traveled to Ash-Shaam (Syria, Palestine, Lebanon, and Jordan) and finds these idols. He asks the people about them. They told him that, "These are intermediates between us and Allah." They told him how they go to different idols for different problems, and how these idols would appeal on their behalf to god. Amr bin Luhai Khuzai was amused by the idea, he thought that this is what the people of Arabia need. They need someone to appeal for them to their Lord.

Amr bin Luhai Khuzai asked the people of Ash-Shaam to give him and idol so he could take it back to his people. They gave him a pretty big idol called Hubal, he carried Hubal with him back to Mecca, and he established it next to Al-kaaba in Haram. He told his people these will intercede on your behalf to Allah. Mecca was the center of Arabia, the religious authority of Arabia, bringing an idol to Mecca was bringing up this new innovation in religion. This bidda was spreading like wild fire since it spread from the religious center, Mecca. Also because Amr bin Luhai Khuzai was really respected by people that was another reason why people were willing to follow him. This now became a business; idols were made in Mecca, and exported to other tribes. Every tribe would come to Mecca, and go back with an idol of theirs. They started making portable idols which can be easily carried.

If you remember once Umer (ra) was seen crying and laughing, he was asked why he was crying and laughing. He said, "The reason why I was laughing was because I remembered in the time of Jahilliya, I was traveling and I wanted to pray. But then I remembered I forgot to bring my god with me. So I tried to think of a way to pray. I had some dates with me, so I molded the dates in the form of an idol and I worshipped it. Later on that night I became hungry so I ate my idol. That's why I'm laughing." So he was looking back and realizing the foolishness of the idol worshippers. This is how Islam changes people. It is a miracle of Islam, it raises people from nothing to a great person.

Abbas Mahmoud Al-Aqqad asked in his book about Umer bin Khattab (ra), "Who would Umer bin Khattab be without Islam?" He said, "Maybe he could've been a leader of his clan, or maybe he could have been a prominent leader of the Quraish, or to extend it further he might have become the leader of the Quraish. But the most likely scenario was that Umer bin Khattab would have died at a young age, he used to drink a lot before Islam. He would've died as an obscure figure. But with Islam, not only did he become the leader of Arabia, but he became the leader of 2/3rd of the World. He is the greatest man that ever lived in history.

Anyway so idol-worshipping became common, there were all kinds of idols for various purposes. Al-Kaaba was polluted with idols, it was surrounded by 360 idols. Shirk was now in every direction. From one idol, it turned into a huge exporting business with widespread shirk. That is how the religion of Ismael (as) changed. Rusool Allah (saw) says, "I have seen Amr bin Luhai Khuzai dragging his intestines in hell-fire." This is because he was the first man to introduce idol worshipping in Arabia.

**What about Judaism?**

The king of Yemen **Kabban Akhad** was traveling to do business in Ash-Shaam. When he passed Medina, he left his son there. So he could do business there, till he returns from Syria. The people of Medina killed his son, so when Kabban Akhad came back and heard of this news, he decided to destroy Medina. So he attacked, and his army was overwhelming compared to the small army of Medina. If Kabban wished, he could have crushed them all, but two Jewish rabbis came out of Medina.

But first let's talk about how did Jews get there in the first place. When the Romans destroyed Jerusalem, the Jews dispersed. Some came down to Arabia, in search of the Promised Land where the Prophet will be sent. They hand signs of the awaited prophet in their books. They saw these signs in Medina in few other places. So they settled in Medina; Banu Qaynuqa, Banu Nadhir, and Banu Quraiba. So these two Rabbis came out, went to Kabban Akhad, and said, "This place is protected by God, if you attempt to destroy it, Allah will destroy you." They were able to convince him. Kabban not only agreed to withdraw his army and stop attacking Medina, but he also was impressed by their religion and wanted to become Jewish himself. He invited these Jewish Rabbis to go with him to Yemen. They agreed and Kabban Akhad became Jewish.

On Kabban's way back to Yemen, the tribe of Huwazun, had a problem with the Quraish. Huwazun wanted to create problems between Kabban Akkad and Mecca. The people of the tribe succeeded. Kabban was now contemplating attacking Mecca. The two Jewish Rabbis told Kabban that Mecca was another town protected by Allah, and that instead of attacking Mecca, he should go in Mecca and make tawaaf around Ka'aba. Kabban asked the Rabbis to go with him for tawaaf, but they refused. They reason was that they were scholars and they said that it wasn't appropriate for Jewish scholars to make tawaaf around Ka'aba while it's surrounded by idols. So Kabban went in and made tawaaf, he was also the first person to clothe Al-Kaaba. He would clothe it once a year. Previously they would place one cloth over another. They thought that the cloth was holy so it cannot be removed. This went on till the weight of the cloth on Kaaba became heavy. They eventually decided that they will have to start taking the cloth off. Kabban Aqqad then went with these Jewish rabbis to Yemen, and they were given freedom and encouragement to spread Judaism among the Yemeni tribes. Many of the tribes did accept Judaism. So there were two types of Jews in Arabia; ethnic Jews in Khaibar and Medina, and there were Jews by conversion in Yemen. So the Jews in Yemen were ethnically Arab but they adopted the Jewish faith. So at one point in time Jews did preach their religion, though they do no do that now. That was how Judaism was introduced into Arabia.

**What about Christianity?**

When Isa (as) was sent, some of his followers dispersed in the land. Christianity started dividing into many sects very early, and eventually many became disbelievers. However they were very few believers here and there, who were able to retain the Christian faith. The true message of Isa (as), which was pure monotheism.

One of these Christian men, made it into Yemen, and started preaching in the area of Nadran. The religion was spreading secretly and slowly. By that time Kabban Akkad was dead. King of Yemen was his son, Dhu Nawaas. News of this new religion reached the king. He banned this religion and crucified the followes.

Then there was the story in Sahih Muslim, of the king and the young boy. Many scholars would attribute this story to Dhu Nawas and the Christians in Yemen. The story is that the king used to deal in magic, and he had a sorcerer as his advisor. This sorcerer was becoming old in age, and he told the king, "I might pass away any moment so I need to train someone to take my place." They tried to find a very bright and intelligent young man, they hand picked one as an apprentice with this sorcerer. So the boy was supposed to leave very early fro his house every morning, go, and study with the sorcerer ad come back home at night. One day, on his way to the sorcerer, this boy saw a worship place and he heard prayers coming in from this place. The prayers seemed different, so he decided to visit this place. It was a church of Tauheed, preaching the true religion of Isa (as). This boy was very impressed with what he heard but he was supposed to be studying with the sorcerer, so he asked the priest what he can do. The priest told him to come to him every morning and study with him, and then go to the sorcerer. If the sorcerer asks why he is late then the priest told the boy to tell him that my parents delayed me. The priest also told the boy to visit him on the way back home, and if the priest told him to tell his parents that the sorcerer delayed him, if they ask why he was late.

The boy continued doing this for a while. One day in the marketplace certain beasts entered the marketplace and created chaos and no one was able to stop them. This young boy said, "Oh Allah! Today I want to know whether the path of the priests or the path of the sorcerer is the truth. Oh Allah show me the truth." So everyone was attempting to kill this beast and no one succeeded. This boy picks up a rock and he said, "Oh Allah, if the path of the priest is true, then kill this animal."

He threw the rock and it killed the animal immediately. He went back and reported this to the priest. The priest told him, "My son, today you have attained a very high status. Therefore you will be tested." No one can reach such a high status without being tested by Allah. Allah has brought us on this Earth for a test, and everyone will be tested according to their level.

Rusool Allah (saw) says, "The ones who go through the most difficult tests are the anbiya and then it goes down according to your level." So this priest was telling the young man that he will be tested. He also said, "When you will be tested, do not disclose my name." This was because the dawah of the priest was a secret; he didn't want his name to be disclosed. This was not out of fear, but for security of the dawah.

The associate of the king was blind and he came to this young man to cure him. So this young man was now an expert and people were coming to him for help. When the associate went to the young man, the young man told him, "I cannot heal you but Allah can heal you." Then he healed the associate of the king. So the blind was now healed, he went to the king, and the king then asked him, "Who cured you?" The man said, "Allah." The king said, "And do you have a god other than me?" The man said," Yes, Allah is my Lord and your Lord." The king tortured

this friend of his, and told him to disclose the name of the person who taught him this. Under the persecution the man told the king that it was the young boy who taught him this. They then brought in the boy, they started to torture him, and the boy under duress and pain did give up the name of his teacher, the priest. He could not sustain the pain and sufferings that they were inflicting on him. Eventually they brought in the priest and told him to give up his religion, the priest refused. So they brought a saw, they placed it on top of his head, they cut him into two, and he never left his religion. This was the courage that the priest had.

They were now left with the boy. The king ordered the boy to be thrown from the top of a cliff. This boy prayed, "Oh Allah! Take care of them the way you want." He left everything up to Allah. They carried the boy, and when they reached on the top of the cliff, the cliff started to shake and all of the soldiers fell down except the boy. The boy walked back and entered into the palace of the king. The king then appointed another group of soldiers to take him into ship so that they could throw him in the deep waters. They were on this boat and the boy made the same dua again, "Oh Allah! Take care of them the way you want." The boat turned over and they all drowned except the boy. He then went back to the king.

The king was ready to appoint another group of soldiers to take him away, but he told the king, "Wait, you are not going to be able to kill me, unless you do what I tell you." The king asked, 'What is it?' The boy said, "You tie me to a tree and you gather everyone and you bring an arrow and you say, 'Bismillah, the Lord of the boy', then you will be able to kill me." So the boy told the king the prescription of how to kill, and this is one of the many evidences given for the justification of what is referred to as suicide bombers. These are one of the evidences that are given to say that it is allowed. Obviously there are restrictions of WHEN it is allowed and WHERE, but the conduct itself, of a person giving up his own life for Allah (swt) is a valid one. This is because the boy told the king how it is possible to kill him. The boy did it for a noble cause.

The king followed the instructions of the boy. The king publicly killed the boy saying, "Bismillah, the Lord of the boy", the arrow hit right on the boy's head. But the result of that action was that everyone who attended became Muslim. So the boy did this for dawah, he gave up his life so that everyone would live, because a person is dead without Islam. The advisors of the King told him, "What you were afraid of happened." The whole purpose of killing this boy was getting rid of his religion, and there was the king stuck with his whole nation becoming Muslim. Dhu Nawas instructed his soldiers to dig trenches. After they would dig trenches they would fill them with wood and ignite them. Anyone who would refuse to give up Islam, would be pushed into the fire. They would bring loads of people and burn them alive. These were people who held firm to their faith, they didn't give in.

And then, Rusool Allah (saw) says, "There was a woman with her child in her arms, and she walking towards the fire, then she hesitated for a while, but the infant spoke, 'Oh mother, be patient because you are following the true path.' And she jumped in the fire." Rusool Allah (saw) says, "There are three who spoke in young age." This infant was one of them.

This story is talked about in Surah Al-Buruj. Even though these people were burned alive, they cease to exist, and the king seemed to have won, but Allah (swt) said in Surah Al- Buruj (85:11) for the believers, "… That is the

great attainment." That is interesting, how come Allah calls this a victory while these people were burned alive? Victory is for them because they held firmly their faith till the last moment. Entering Jannah is victory, so all the shaheed, even though they might have been killed brutally (e.g. Hamza (ra) ), have won.

There is one person who survived. This person traveled all the way to visit the Roman Emperor. He went to the Roman emperor because the Roman Emperor was Christian. These people would be from different Christian sects, because by that time the Romans might have adopted trinity and the divinity of Isa (as). So this man went and told the emperor what they have been though, and asked for his help. The Roman Emperor said, "We are too far from Yemen, but what I could do is send a message to the Negus of Abyssinia and he can help you." The Najashi of Abyssinia was also Christian. So the Roman Emperor sent the message.

The Negus then sent an army lead by a general named 'Aryat' and Aryat invaded Yemen and fought with Dhu Nawas. Dhu Nawas, when he lost, he committed suicide. He jumped into the Red Sea. The Abyssinian was then ruling over a part of Yemen, and they did this as a revenge of the Christians who were killed by the Jews of Yemen. Aryat ruled over Yemen for a while. One of his army generals staged a revolt against him and the Abyssinians in Yemen were divided now, groups were with Aryat and the other group were with the new leader called 'Abraha'. These groups were fighting.

Aryat told Abraha, "If we kill each other, the people of the land will take over, so how about we have a one on one fight?" Abraha made a secret agreement with some of his security guards. That if they see him losing, they will jump in to help. Aryat was described as a tall and thin man and Abraha was short and chubby. So they were people surrounding them, while they were fighting. Aryat was able to strike Abraha from the top and he chopped off his nose, when that happened the security guards came in and they killed Aryat.

Abraha now took over, and he was the one who was ruling Yemen. Abraha wanted to change the religion of the people and force them to become Christian, and since the Arabs were attached to Al-Kaaba, he decided to build a counterpart of Al-Kaaba in Yemen. He thus built a huge cathedral called, 'Al-Qullais' and this building was described as a wonderful piece of art. This cathedral was built to compete with Al-Kaaba. One man didn't like this idea of the cathedral, so he went into Al-Qullais, and he defecated and then he took his stool and spread it all over the walls, then he ran away. Abraha got so furious that he decided that he must get rid of Al-Kaaba. Abraha mobilized an army and marched towards Mecca, there was some resistance along the way; one of the chiefs of a tribe, his name was 'Nufail', he resisted but he was defeated and captured as a prisoner of war.

When Abraha reached At-Taif, the people of At-Taif assisted Abraha and one of them offered to be a guide for Abraha, this man's name was Abu Raghaadi. Abu Raghaadi went with the army but immediately after the army left Taif, he died. The Arabs were so upset with Aryat, they built a monument on the place of his death, that they would stone, because of his betrayal. Abraha made it to the outskirts of Mecca. They were some shepherds and camels grazing there, Abraha took possession of them. They were the possession of the grand-father of Rusool Allah (saw), Abdul Muttallib.

Abdul Muttallib came out of Mecca to meet with Abraha. Abdul Muttallib happened to be a friend of Nufail, who was captured as a prisoner of war. Nufail during the journey, became friends with a man called 'Unais'. Unais was a very important figure of Abraha's army; he was the pilot of the elephant. So Abdul Muttallib came to Nufail and told him that he wanted to meet with Abraha, Nufail told him that he will arrange a meeting through his friend Unais. Unais arranged a meeting with Abraha, and Abraha welcomed Abdul Muttallib. Abdul Muttallib walked in. He was described as a man with a very strong presence; people would be in awe of him by just seeing him. When Abdul Muttallib entered Abraha held him in high esteem, even though they hadn't event talked as yet. When people would come to meet Abraha, he would sit on a very high throne, and people would sit down, under his feet. When Abraha saw Abdul Muttallib, he didn't feel comfortable at all, having Abdul Muttallib sit under his feet, but he also could allow Abdul Muttallib to sit with him on his throne. So what he did was, he came down from the throne and sat with Abdul Muttallib on the floor and he told the interpreter to ask Abdul Muttallib what he wants.

Abdul Muttallib straight away told the interpreter, "Abraha has taken possession of 200 of my camels, and I want them back." Abraha responded, "When I saw you, I had so much respect for you, but I have lost it all. I am coming to destroy your honour and the honor of your fathers; I am coming to destroy the center of your livelihood. I am coming to destroy Al-Kaaba, and you are asking me about camels?" Abdul Muttallib responded, "I am the owner of the camels, so I am responsible for them and this house belongs to Allah, and Allah will protect it." Abraha ordered Abul Muttallib's camels to be returned back to him. Abdul Muttallib went back to Mecca and he told the people of Mecca "Do not fight, withdraw out of Mecca." So Abdul muttallib gave his people clear instructions. They all went up to the mountains, and Abdul Muttallib was the last person to leave, and before he left he was hanging the clothes of Al-Kaaba on the handle of the door of Al-kaaba and he was praying to Allah (swt) to protect this house, then he left.

Abraha now issued instructions to the army to march forth, but the elephant refused to move, when they turned the elephant to a different direction he would run but when they turn it towards Mecca, he would sit down. This was a miracle of Allah, but it is said that this man Unais, released himself from chains and spoke in the ear of the elephant and said, "This is the house of Allah, do not attack it", and he ran away. Whatever the reason was the elephant did not move.

They started beating the elephant, and poking it with their spears, and the elephant was bleeding but it refused to move. Eventually they decided they were going to have to leave the elephant. They moved forward, Allah (swt) sent towards them an army of soldiers. Anything can be a soldier of Allah; water, wind, animals. Allah sent an army of birds, every bird carrying with it missiles that were sent on the army of Abraha, that destroyed them all. This event was recorded in Surah Al- Fil

These are the events up to the year in which Rusool Allah (saw) was born. Rusool Allah (saw) was born in the year of the Elephant.

CD 4

The situation in Arabia and in the world was very desperate, at the time of Rusool Allah (saw). It needed the light of guidance. It wasn't entirely evil people around the world did retain some good qualities, and Al- Buzi talks about some of the good qualities that the disbelievers of Arabs had at he time of Rusool Allah (saw). He mentions characteristics like; like generosity, hospitality, fulfilling of a pledge, pride, and denial of shame and injustice, firm

will, determination, perseverance, and a pure and simple life. These are the aspects which Islam took advantage of.

The sahabah (ra) contained these qualities, so they were successful in spreading the religion. Their generosity and hospitality before made them welcomed in the nations they would go to after coming to Islam. The people around the world would welcome them, they were seen as despised people, and people saw them as liberating army that would free them from hardships. This happened in the case of Egypt and Syria, they were ruled by the Romans, when the Muslims came they were seen as people who came to liberate them.

Also the sahabah (a) didn't care for power and authority, in many cases they would, train the people of the country to be leaders and then hand over the leadership to them. The sahabah were out to call people to Islam, not to rip their resources unlike the Europe powers. The sahabah were reliable, they would fulfill their pledges, and people could count on them. These were qualities that were very important for da'wah that is why Allah (swt) chose that area to host the last message. It wasn't a haphazard decision that Allah chose Mecca over all the other areas of the world. The people at that time had qualities which made them the fittest to carry the message.

Rusool Allah (saw) was born in the year in which Allah (swt) destroyed the army of Abraha. There are many stories and miracles that happened at the time of Rusool Allah's (saw) birth but many of them are weak so we are not going to discuss them. When Rusool Allah's (saw) mother Amena was pregnant, Abdullah his father was on a journey to Ash-Shaam. But he ended up dying close to Medina, and he was buried there. So Abdullah died before the birth of his son. Rusool Allah (saw) was born and his mother saw a light that is coming out of her, and that light is reaching towards Ash-Shaam, and that was interpreted as a light of the message of Muhammed (saw) reaching to the world. Allah (swt) says that, "Allah knows best where to place his prophet hood."

Imam Ahmed narrates a hadith that people were saying different things about Muhammed (saw) for example they said that Muhammed (saw) was like a green tree growing in a desert. What they were trying to say is that he was the only person who was good in his clan. So Ibn Abbas said: "Certain things that people were saying reached the messenger of Allah so he mounted the pulpit and asked, 'Who am I?' They replied and said, 'You are the messenger of Allah', he replied, 'I am Muhammed bin Abdullah bin Abdul Muttallib, Allah divided the creation and made me part of his best creatures, He made them all in to two groups, placing me in the better of them, He created tribes and placed me in to the best one, He divided them in to clans and placed me in the best one, and the best of you both in clan and in spirit."

Rusool Allah (saw) was saying that he wasn't a good person among a bad group of people; rather he was the best from among the best. Rusool Allah (Saw) also says, "Verily Allah chose Kinaana from amongst the descendants of Ishmael and He chose the Quraish from among Kinaana and he chose Banu Hashim amongst the Quraish and He chose me from the tribe of Banu Hashim." Rusool Allah (saw) says in another hadith, "I was the product of true marriages not fornication from Adam right on up to when my father and my mother had me. I was

not at all tainted by the fornication of the Jahilliya." In the time of Jahilliya, immoral acts were very common; even then Rusool Allah's (saw) ancestors were not part of zina.

The famous names of Muhammed (saw) are; Muhammed and Ahmed, but he has some additional names. The name that was given to him by his family was Muhammed (saw); Abdul Muttallib his (saw) grandfather gave him (saw) that name. The named 'Muhammed' means the one who is eternally praised. People praise Muhammed (saw) for his character his actions, his personality, and he is the embodiment of praise. Muhammed (saw) is praised day and night; there is no human being in history that is praised as much as Muhammed (saw) is praised. Allah Zaujal has fulfilled the meaning of his name.

The name Ahmed and Muhammed come from the same root word, 'Hamd'. Hamd means 'praise'. Muhammed means the person who draws praise so he is praised; Ahmed means that, 'he praises' Allah. So Rusool Allah (saw) praises Allah, more than anyone.There are some other names of Muhammed (saw), which we know through Ahadith, one of his names is Al-Hashir. Al-Hashir means: the gatherer to Whom humanity will be resurrected in his wake. The prophet (saw) will be the first to be resurrected among the creation then mankind will follow him. 'Al-Muqqaffi', 'the successor', for he Muhammed (saw) is the last of the Prophets and messengers and there shall be none succeeding him. 'Al-Maahi', 'the eraser' that erases and eradicates Kufr. There is no prophet that will succeed in eliminating Kufr entirely except Muhammed (saw). This mission has not been fulfilled yet because his ummah are still carrying on this mission. The eventually victory of Islam, will be the moment of time when the whole world will be Muslim. That would be carried on by the ummah of Muhammed (saw) under the leadership of Isa (as). So Muhammed (saw) is the one who will be successful in erasing Kufr. One of his other names is **nabbiyyin Mulhuma**, 'The Prophet of the Fiercest Battles'. Now mulhuma is the fierce battles and also the series of battles. This name of Rusool Allah (saw) has more than one interpretation: it could mean that his ummah is the best in terms of Jihad. There is no ummah that fought Jihad like the ummah of Muhammed (saw). The other meaning that could be drawn from his (saw) name is that the future of humanity after Muhammed (saw) is full of fierce battles. And that was seen in the form of WWI and WWII. The time of Muhammed (saw) is till the Day of Judgment, so the events that are happening now, also support this meaning.

Rusool Allah (saw) was initially nursed by his mother, and umm Ayman, whose name is Baraka. Umm Ayman was an Abyssinian woman who lived in Mecca, she later on became Muslim. Rusool Allah (saw) married her to his emancipated slave, Zaid bin Harith. It was the tradition among the urban Arabs to send their children to grow up in the desert. They used to believe that the desert is a pure, healthy environment for them to grow in. The desert was hot and dry, a very unsuitable environment for bacteria to grow in. They also believe that this will strengthen their character because of the harshness. So the children would be sent out of the city and into the desert. That also happened with Muhammed (saw). Muhammed (saw) was brought up in the land of Banu Sa'd.

Halima Sadia narrates to us this story, she came with her friends to Mecca so that they could take with them children to nurse. For them this was business. These Bedouin women would come into Mecca and would try to adopt or nurse some children. That particular went she went to Mecca, was a harsh year due to famine. They were very poor. They went around houses of Mecca looking for children to nurse.

Muhammed (saw) was presented to each and every one of them, and they all declined to accept him. This was because he was an orphan. They were saying, “What good is an orphan? Who will pay us, if his father is dead?” They thought his (saw) mother won’t be able to pay them much. Halima says,

“At the end of the day, all of my friends were going back to their camps with children except myself. I found no one to take with me. At night I told my husband that, ‘I am going to go tomorrow morning and accept that child called Muhammed, since we have no one else, I am not going to go back empty handed.’ My husband agreed. Next morning I went to Muhammed’s (saw) mother, Amina bint Wahb. I said that, ‘I accept to take your child.’ The night before we couldn’t get any sleep because our camel was not providing any milk, because of the famine, and the hunger, I wasn’t able to provide my own child with milk. So he would cry throughout the night and keep us awake.

As soon as I carried Muhammed (saw) and took him back to my camp, my breast immediately welcomed him, and provided him all the milk that he needed. And the milk was enough for my son. And that was the first night we were able to get a full night of sleep because my son wasn’t able to sleep for quite a few nights. And then my husband went out to milk the camel and it was providing so much milk that my husband came back and said, ‘Oh Halima, you have brought us a blessed soul.’”

So at this point they were still camping at Mecca, and were ready to go back to the desert. Halima said,

“When we were coming to Mecca, I was riding a donkey that was so old and weak, it was slowing down the whole group, and it was annoying everybody else. When we were going back, my donkey was the fastest, among the group. My friends were asking me, ‘Is this the same animal you brought with you when we came to Mecca?’ I said, ‘Yes.’ They said, ‘By Allah something is going on.’”

Now they were back to their land. Halima said,

“Me and my husband would send out our goats to graze. They would come back full, we would milk then whenever we want. While everybody else in our tribe, their animals were hungry without any milk.” People had started to complain to the shepherds, ‘Why don’t you graze the animals in the same place Halima is grazing hers’.’ Halima said, “So they would take their animals, after us, following us to the same place, yet ours would come back full and theirs would come back empty.” “The child was growing up, and we were seeing the blessing of Allah on all of us, because of him. And God went on blessing us this way and we recognized it. Then he reached 2 years of age, he was already growing up a very fine boy. Not like the other children, I swear by the age of 2 he was a sturdy boy.”

At the age of two it was time for Muhammed (saw) to be returned. So they went to Mecca and told Amina that they want to keep Muhammed (saw) with them. They loved Muhammed (saw) and knew that he (saw) was blessed. They gave many excuses to Amina, things like it is better for Muhammed (saw) to stay in the desert. They tried until Amina agreed. So Halima took Muhammed (saw) back to the desert. One day Muhammed (saw) was playing with his foster brother. His foster brother came in rushing and said, 'My brother from Quraish!' They asked, 'What happened to him?' He said, 'Two men dressed in white, came down and knocked him to the ground and then they opened up his abdomen." Halima said, "Me and his father went rushing, and we came to see Muhammad (saw) his color was pale, and we asked him what happened, he said, 'two men came and opened my chest, and they took out something from it.'" Halima loved Muhammed (saw) a lot; she didn't want anything to harm him, especially when he (saw) is under her supervision.

Halima rushed back to mecca, went to Amina, and said, "Here is Muhammed, you can now have him. We have now fulfilled our responsibility." Amina said, "How come you are bringing him back when you were so interested in keeping him?" They replied nothing. Amina insisted on knowing what happened. Halima said, "She kept on questioning us, until we eventually told her." Amina responded, "Are you afraid for him, that Satan might hurt him? By Allah that will not happen, when I was pregnant with him, it was the lightest pregnancy, and when I delivered him, his birth was unlike any other child. And when he came out, I have seen light that was reaching to Ash-Shaam. So the protection of Allah is with him, and I am sure that he will have a great future."

Now Muhammad (saw) was back with is mother in Mecca. Amina passed away when Muhammed (saw) was 6 years old. He (saw) was now without a father and mother. He was adopted by his grandfather Abdul Muttallib, who raised him up and Abdul muttallib passed away when Muhammed (saw) was at the age of 8. Muhammed (saw) was then taken care of by his uncle, Abu Talib, who protected him, helped him, and supported him for the next 40 years in the life of Muhammed (saw).

This was the early years of Muhammed's (saw) life. We will talk about a few events that happened before Prophet Hood.

Rusool Allah (saw) was protected by Allah; he would not commit sins which were usual and normal amongst his people. Allah (swt) would keep him (saw) away from those sins. Rusool Allah (saw) narrates an example of this, he (saw) says:

"I was a shepherd, and one day I told my friend, who was also a shepherd with me, I told him, 'tonight I want to go in to Mecca to attend the parties my peers attend.' I wanted to go and see what they were doing. So I told my friend to take care of my flock until I come back. He agreed. I went into Mecca, and I arrived at the place where they were having this party and soon as I was hearing the music, Allah (swt) struck my ears, so I fell asleep. By the time I woke up the party was over. The next day, I decided to attend another party. I went into Mecca with the same arrangement with my friend. I went into Mecca and as soon as I reached the place and I was hearing the

music, Allah (swt) struck my ears again, and I fell down asleep. I woke up after the party was over, and I realized that this is a sign to me from Allah."

Another example mentioned by Zaid bin Haritha, who was a servant of Rusool Allah (saw). Zaid narrates:

"There was a brass idol called Isa'f and Na'ila, which the polytheists would touch as they performed tawaaf. The Messenger of Allah (saw) said, 'don't touch it.'" So Rusool Allah (saw) told Zaid, not to touch it. How did Rusool Allah (saw) know then, that he wasn't supposed to touch it? It was hidaayah from Allah (swt). Zayd continued, "Well, as we went round (again) I told myself I would touch it to see what would happen. When I did so, the Messenger of God (SAAS) asked me, 'Were you not forbidden to do that?'" Zayd then stated that, "The messenger of Allah never saluted an idol, right up to when Allah The All Might honoured him and He gave him the Revelation."

Rusool Allah (saw) never prayed to an idol, never touched the idols in the sense of worship. He (saw) had a natural dislike towards idol- worshipping, and he even applied those rules to his family. He (saw) told him servant, Zaid not to be involved in idol-worshipping. That is why Ali ibn Talib (ra) never worshipped an idol, since he was raise up in the house of Muhammed (saw). When Abu Talib was poor, Rusool Allah (saw) offered to take care of his son, Ali bin Abu Talib.

Allah (swt) was guiding Muhammed (saw) towards some of the ibaadat that no one else knew about. Among the people of Quraish, during Hajj they would be the only people not to participate in Arafaat. They are different rituals of Hajj, there was tawaaf, Sayi, standing in Arafat, and camping in Mina. The people of Quraish would do all the rituals except the standing in Arafat. Why? Because they would consider it out of the boundaries of Al-Haram. They thought it was outside the boundaries of the sacred place. All the other Arabs would go, Quraish would say, 'We are the dwellers of Al-Haram, how can we go outside of Al-Haram.' They would stop at the borders of Arafat. Al-Mutam bin Jubair, lost his camel, and he went looking for it. He ended up looking for it in Arafat, to his amazement, he finds there Muhammed (saw). He says, "Isnt he from among the people of Quraish? What is he doing in Arafat?" Allah (swt) was guiding Muhammed (saw) by fitrah.

The first profession of Rusool Allah (saw) was a shepherd, and Rusool Allah (saw) says, "Allah has not sent a prophet that was not a shepherd of sheeps." His companions then asked, "And you?" He (saw) said, "Yes, I used to herd sheep, with compensation from the people of Mecca." Every prophet has been a shepherd. It is striking that Allah (swt) has trained all of his anbiya, by going through this line of work.

What are the lessons that the Anbiya learned by being shepherds of sheeps?

- The most important lesson that they learned, is responsibility. Rusool Allah (saw) says, "You are all shepherds and you are all responsible for your herds." For example the imam is responsible for the muslims, the man is responsible for his household, etc. Everyone is responsible for something or the other.

  A shepherd usually works for somebody else, who owns the flock. So they are hired by someone else, meaning that shepherds are answerable to someone else. Now a shepherd, cannot go back to the owner and say, 'I am sorry I lost one of your sheep.' It doesn't matter what the sheep did, the shepherd is responsible, even if it isnt his fault. Regardless for whether the sheep obey or not, the shepherd is responsible.

  It is a very important lesson for the leader. You are responsible for your herd. The anbiya of Allah will be one day accountable for their people.

- It teaches them patience. Taking out sheep to graze takes time, the sheep take their own time, they are slow, so the shepherd has to wait. Sometime the sheep might start fighting, or even playing with each other , the shepherd has to be patient. A shepherd cant really talk to them and say that, 'we are getting late', or something similar, the sheeps will take their own sweet time. Shepherds usually leave in the morning, and come back at sunset.

  So the anbiya learnt to be very patient with their people. Look at what Musa (as) had to go through with his people. It was unbearable, but Musa (as) was a shepherd longer than any prophet, he was a shepherd for ten years. When he left Egypt and got married, Shuaibh told Musa (as) to work for him for 8 or 10 years. The ayat in the Quran didn't not state whether Musa (as) worked for 8 or 10 years, but Rusool Allah (saw) wanted to know. So he (saw) asked Jibrael how longer Musa (as) worked. He said, "He worked the most complete and perfect term." In other words 10 years.

  Nuh (as) spent 950 years in da'wah and he was still patient with his people. He tried every different way, "I tried publicly, and privately. I tried night and daytime. I tried every way and they were rejecting my message."

- Protection: the shepherd protects the flock from various dangers. There are wolves and other beasts, and even diseases. Shepherds continiuously ensure that they are no dangers to the flock

  The anbiya of Allah, tried to protect their people. They protected them from physical and psychological dangers. In Medina at night, there was a commotion suddenly. So some of sahabah immediately picked up their weapons, climbed on their horses and raced towards the source of the sound. They went there and to their amazement they found Rusool Allah (saw) already on his way back telling them that everything was fine. So even though these sahabah were so swift in getting there, Rusool Allah (saw) yet reached before them. Rusool Allah (saw) has warned us about every danger possible that could afflict us. He even told us of events in the future. E.g. Dajjal.

- These animals are closer to Earth, and their sight is very limited. Sheep can only see so far, any small obstaclee can block their view. But a human standing tall has a much more longer view, so the shepherd can detect danger much before the sheeps will. The shepherd can before hand warn the sheeps.

  That is the same situation of the anbiya with their people. The anbiya warn of dangers much before the danger approaach thier people. They have the clearest vision and the longest view. The anbiya know what is good for their people. The analogy of prophets and people, is like someone sitting next to a fire at night and all these insects get attracted to the fire thinking it is light. They do not know that they if they go near it, it will burn them.

  So Rusool Allah (saw) says, "The analogy of me and you; I'm like somebody standing next to this fire and you are attrracted to it, and you are jumping in it, while I am grabbing you by your clothes and dragging you away and you are releasing yourselves form me jumping into the fire." The prophet sees the danger and we don't.

  To protect the sheep the shepherd might hit some of the animals, not because he wants to hurt them, but to save them. So whenever, a messenger of Allah, stands up and gives a staunch warning, it is not because they are rude or insensitive, but it is because they care for their people. When Rusool Allah (saw) stood on the pulpit of masjid and said, "I am warning you hell fire!" "I am warning you hell fire!!" "I am warning you hell fire!!!" His voice went up and up an up, the narrator of the hadith said, "The people in the marketplace could hear Rusool Allah (saw) in the masjid."

- Simplicity: A Shepherd lives a very simple life. He cannot have accessories of life in the desrt, he cannot take his mercedes benz, refrigerator and tv in the desert. Even if he is a rich man, he cannot carry such things out in the desrt while he is shepherding. They need to keep themselves light to be able to fully take care of the animals. Shepherd also eats very simple food, and lives in a simlpe accomodation.

- It teaches them to get accustomed to different environments; it could be scorching heat, raining, windy, or freezing cold. Shepherd is the last to take cover, he needs to protect the flock first. So Rusool Allah (saw) would travel a lot, due to da'wah and battles, and would have to face different climates.

- Closeness to the creation of Allah. It pulls you out of the artificial world. You are out in the desert with the creation of Allah, close to nature. The life that we are leading could leave some harmful scars on our hearts and our way of thinking. Living in this concrete world where everything is artificial, where eveything is against the natural disposition of our creation. We were created from Earth, we are part of nature. Living in this artificial world is keeping us away from comtemplating on the creation of Allah.

  The Quran refers to so many creations of Allah; the sun, moon, stars, heavens, montains, rivers, plants, cow, mosqutio, clouds, rain etc.. all of this is mentioned in the Quran, but why did Allah mention these? Because His creation is a mirror, of the attributes of Allah. If we want to learn about the attributes of Allah, we should look at his creation.

  A anbiya of Allah were thus given time to contemplate about Allah's creation.

These were some of the lessons anbiya learned by being shepherds. But how come specifically shepherds of sheep?? Why not camels. Or cows?

Sheep are very weak animals, much weaker than camels or cows, therefore they need more care and protection. Because of this weakness they could easily fall prey. And when Rusool Allah (saw) wanted to warn us from Shaitan, he (saw) brought in his experience and he said, "Stick with the jamaah, because the wolf eats from the stray sheep." So that was Rusool Allah (saw) learned being a shepherd that the wolf only attacks the sheep that astrayed, it doesn't attack the flock.

We are weak as these sheep, when it comes to Shaitan. Shaitan can tempt us and attack us.There is also another imporant point. That is the fact that we are affected by the environment we live in. Shepherds of sheep are different than shepherds of camels or any other animal. Why? Because they are dealing with a different animal. Sheep tends to be very compassionate, and they are weak. So the shepherd of sheeps learns to become merciful and kind with them. Sheeps are very fragile animals; you cannot be harsh with sheeps.

So the Anbiya of Allah learnt to be compassionate with their followers. But when it comes to camel for example, camels tend to be arrogant animals, so their shepherds cannot be soft with them, because they then take advantage of you. With the camel you need to meet that arrogance with strength, that makes the shepherds of camel tough and they could be rude. What you do affects you. Teachers for example get fatherly qualities. Doctors lose their ability to write or it could also be said you personality affects your profession, because people with certain charracterisitcs tend to choose their profession accordingly. That profession would then push them further in their traits. As Muslims we need to be careful of what kind of work you do, keeping in mind that your work will affect you.

Ibn Hajar one of the classical scholars who wrote the most prominent commentary on Sahaih Bukhari. He was a scolar in hadith, fiqh and aqidah. There are other commentaries but none of them reached the level of Fath Al-Bari by Ibn Hajar. His commentary on the above mentioned hadith is:

"The wisdom behind having the Prophets as shepherds before Prophet Hood, is that they may become skilled in herding a flock, as they will be resposible for their respective nations in the future. In herding, one attains forbearence and mercy and it endues patience. For when a shepherd is obliged to gather his flock, and herd it from one area to another at once, knowing the traits of all, all the while protecting the flock from predators. He has thus atttained the skills necessary to lead a nation and protect it from its enemies both within and abroad. Thus the Prophets learned patience when leading their people and attained an understanding of the different natures of people, they learned to show kindness to the weak and resolve with the dominant.

The reasons for which Allah (swt) had chosen the sheeps for the Prophets as opposed to the communal cows or camels, is that they are animals that are weak and need extra guidance and attention. Sheep are more difficult to maintain as a flock, because of their potentity to go astray and wander away. This is a kin to human traits within a

society and it is the divine wisdom of Allah, to train these prophets accordingly. The prophet (saw) mentioning of this humble traits shared by all prophets, attests to his humiliy to Allah."

Another current writer comments on this, Muhammed al- Abdahu, he states,

"This faith excels through the free-thinkers, the courageous, the intelligent, and those who are just and one cannot encompass it except by distancing themselves from lowly character. It is therefore incumbent upon Muslims to take on the pure characteristics embodied in humanity's natural disposition.

This was the example that was sought by the early Khalifa Umer bin Khattab (ra), when he pleaded with his people to toughen up and learn how to ride a steed. He feared for his people the longing of this life and adopting the reprehensible characteristics. This does not mean that one must abandon urban living in order to achieve the stated objectives. But it does mean that one should abandon those things in their life that turned them away from the difficulties of this message."

Muhammed A-lAbdahu is commenting on Rusool Allah (saw) living as a shepherd in the desert and also Rusool Allah (saw) was brought up in the desert in the early years of his life. He gave the example of Umer (ra), when he was a khalifa, he could get the best of what this world could offer, but he still lived a simple life, and he was warning the Muslims, and telling them to toughen up. This was because this message at times demands, a momin to go through some difficult situations and a momin should be ready for that.

Da'wah is one aspect. A Da'i cannot be sincere and whole heartedly invbolved in da'wah, if they cannot have patience and be willing to get involved in situations that might be difficult.

The next important event that happened during the early years of Rusool Allah (saw), was a pact called 'Hulf al-Fudool'. The story behuind this is that, there was a man who came from Zabid, in Yemen, to do business in Mecca. His merchandise was taken by, Al-As bin Wail, who promised to pay him back. He was going to sell it and pay him back. Al-As after a while refused to pay this man, he was taking advantage of the fact that, that man was a foreigner.

Al-As expected this man to just walk away, but the man stood up for his right. He went to a public place in Mecca, and he started calling the people of Quraish. He was telling them, "I was oppressed in your land, all you people, who are going to stand up for my right, will you allow this oppression to happen in you land?" He said a few emotional words, so some of the clans of Quraish decided to meet together to bring about an agreement, on protecting the rights of the weak of Mecca.

One of these families was the family of Rusool Allah (saw). Rusool Allah (saw) at the time was a young boy, but he said, "My uncles took me with them, to attend this meeting." The meeting was held in the house of Abdullah bin Jadaan. It was symbolic to hold this meeting in his house, because he was a very generous man, and he was a person who would stand up for people's rights. They wanted to honour him by holding this meeting in his house. They made an agreement, that they all would stand together to protect the rights of the oppressed. This happened before Prophet Hood, it was a pact between mushrikeen. Rusool Allah (saw) said, "I witnessed in the house of Abdullah bin Jadaan, a pact made that I wouldn't have exchanged it for the choicest herd, and if it had been suggested after Islam, I would have responded positively to it."

So Rusool Allah (saw) would have agreed to such a pact had it formed after Islam, even it was between disbelievers. There is a very important lesson to learn form this. That is, muslims should stand for what is right no matter what. Muslims should stand for the right, needy, the oppressed regardless of their religion.

An incident happened later, decades after the death of Muhammed (saw). The matter was between Al Hussain bin Ali bin Abi Talib and Al-Waleed bin Uqba bin Abu Sufyan, who was the governor of Medina. Because Al-Waleed was the governor, he taking advantage of his position, he took away some property that belonged to Al-Hussain. Al Hussain went to Al-Waleed and said, "You either give me back what belongs to me, otherwise I'm going to walk into the masjid, and invite the people to Hulf A- Fudool. I will remind them of Hulf Al- Fudool."

Now, Abdullah bin Zubair was with Al-Waleed at that time, and he said, "and I too swear by Allah, that if he does invoke it, I'll draw my sword and stand there with him, until he gets his justice, or we'll all die together." Later some other people heard of this like Abdur Rahman bin Uthman bin Ubaid, and others who gave similar statements. Al-Waleed realised that this could be dangerous so he gave back what belonged to Hussain. The reason why this is being mentioned is to show that Muslims would let someone be wronged. Here you have people under a particular leader, Al- Waleed bin Utba. Nevertheless these people stood up against their leader to stand up for what are right.

Sheikh Muhammed Ghazali comments on this, he says, "This pact shows that, no matter how dark right becomes, and oppressive dictators become, noble characteristics will still remain in certain people who stand up for justice and 'birr' (righteousness). Allah has made cooperation in enjoining good, an obligation upon muslim, which He has called to in the verse of surah Maaidah (5:2)

***…And cooperate in righteousness and piety, but do not cooperate in sin and aggression. And fear Allah ; indeed, Allah is severe in penalty.***

So for a group of Muslims to enter into a treaty or a contract, such as the afore mentioned, is made permissible because it is only a reinforcement for an islamic obligation. However this by definition must be dissimilar to the situation of Masjid **Baraa**, where the cooperation turns into a nationalisitc or lethist strategy to exclude Muslims. As for the Muslims contacting people of other faiths in order to remove oppression or face an oppressor, this becomes permissible for them, if there is in it the welfare for Islam, and Muslims in the present and the future. The basis for this is esssentially the prophet's (saw) willingness to answer the call of the pact even after Islam."

CD 5

The next important event is the marriage of Rusool Allah (saw) to Khadija. Khadija was a well-known and prosperous woman of Mecca. She was an elderly woman who wasn't married. She used to hire a man to travel for her and do business, because the trade of the people of Mecca used to depend on traveling to Yemen and Syria. Allah Zaujal describes that in SURAH QURAISH (106:1-2)

لِإِيلَـٰفِ قُرَيۡشٍ ۝١

***For the accustomed security of the Quraysh***

إِۦلَـٰفِهِمۡ رِحۡلَةَ ٱلشِّتَآءِ وَٱلصَّيۡفِ ۝٢

***Their accustomed security [in] the caravan of winter and summer –***

So they had a journey in winter and a journey in winter; Khadija would hire men to work for her. She happened to hire Muhammed (saw) after hearing about his honesty. She had a servant accompany Muhammed (saw), her servant's name was Masara. Muhammed (saw) went to Syria, did the business and came back Masara reported to his master, he said, "I went to Khadija and told her, 'This man's trustworthiness and honesty is amazing, outstanding." So he was praising Muhammed (saw). Khadija (ra) became very interested in Muhammed (saw), his character was admirable. Khadija (ra) who was a wealthy woman, wanted to marry Muhammed (saw). Rusool Allah (saw) agreed. Rusool Allah (saw) was 25 and she was 40 years old. The difference was 15 years. Rusool Allah (saw) never married anyone else before Khadija (ra) passed away.

Rusool Allah (saw) had six children from Khadija (ra); Zainab, Ruqayya, Umm-e Kulthum, Fatima, Al-Qasim and Abdullah. None of them ended up having descendants except Fatima (ra), and that is from where the offspring of Rusool Allah (saw) is continuing. Rusool Allah (saw) loved Khadija (ra) a lot, he (saw) kept his loyalty to Khadija (ra) even after she passed away. He would always remember her and always mention her name, and that sometimes would cause jealousy among the other wives of Rusool Allah (saw). Rusool Allah (saw) had a lot much love, and admiration for Khadija, because she was the one who stood up and supported him, when everybody else betrayed Muhammed (saw).

Aisha (ra) was the most beloved to Rusool Allah (saw) after Khadija (ra) and she too would sometimes feel jealous. It says in Bukhari that Aisha said, "I did not become jealous of any of the wives of the Prophet (saw) except khadija, and I had not seen her." The Messenger of Allah (saw) used to at times slaughter a sheep and say, 'send it to the friends of Khadija.'" So not only did Muhammed (saw) remember her, he kept on maintaining the relationship with the friends of Khadija. Aisha (ra) said, "And one day I angered him, when he said, that by replying out of jealousy of Khadija, he (saw) said, 'I have been given by Allah her life.'" In another hadith narrated by Ahmed At-Tirmidhi, Aisha (ra) said, "The Messenger of Allah used to many times not leave his home, without praising Khadija, one of the days he praised her, and out of jealousy, I said, 'Was she not but an elder woman, that Allah has replaced her for you with what is better.' He became angered and said, 'No! By Allah, he did not replace me with anyone better. For she had faith in me, when the people rejected, she believed me, when the people belied me. She made comfortable with what she had, when the people denied me and Allah has blessed me with children from her.'"

So Rusool Allah (saw) would become angry if anyone would say anything against her. This also shows an aspect of the personality of Rusool Allah (saw), his loyalty with the people who were close to him. This is years after Khadija passed away, Rusool Allah (saw) would always remember his old friends; Hamza ibn Abdul Muttalllib, Musab ibn Umair, Khadija (Ra). Before Rusool Allah (saw) passed away, one of the last things he did, was go and visit the cemetery of his friends who died in the Battle of Uhud. 70 companions of his died in the battle of Uhud, when Rusool Allah (saw) felt he would be leaving duniya soon he went to the cemetery and made dua for them ,and in that dua he was saying to them that, 'soon we will meet.'

Khaidja (ra) was a special person, when she was alive, Jibrael descended on Muhammed (saw) and said, "Khadija is going to approach you now, and she is carrying for you some food. When she arrives, tell her, that Allah is giving her salaam, and tell her, that I am giving her salaam." That is how special she was. Allah Zaujal sends down Jibrael (as) to say salaam to her, and then Jibrael added his salaam as well. And then Jibrael (as) says, "And give her the glad tidings of her palace in Paradise." So she was granted a place in Paradise. Khadija (ra) was one of the four greatest women that ever lived. Rusool Allah (saw) says, "That the greatest women that ever set foot on this Earth are four; Mariam bint Imran, Khadija bint Khauwaylid, Fatima bint Muhammed, Aasiya bint Muzahim."

The greatest among them is Mariam (as). Allah says in Al-IMRAN (3:42)

وَإِذۡ قَالَتِ ٱلۡمَلَٰٓئِكَةُ يَٰمَرۡيَمُ إِنَّ ٱللَّهَ ٱصۡطَفَىٰكِ وَطَهَّرَكِ وَٱصۡطَفَىٰكِ عَلَىٰ
نِسَآءِ ٱلۡعَٰلَمِينَ ٤٢

***And [mention] when the angels said, "O Mary, indeed Allah has chosen you and purified you and chosen you above the women of the worlds***

Second best is Khadija (ra), then Fatima bint Muhammed (ra) and the fourth one Asiya bint Muzahim (ra)**.** All of these women had something to do with a prophet. Two of them were the ones who brought Anbiya and one was the wife of a prophet, and one was the daughter of a prophet.

Rusool Allah (saw) reached the age of 25, he was known as chaste in an environment that was corrupt, and the reason why this is important to mention is because the professional enemies of Islam, try to attack Rusool Allah (saw) as a person. They talk about his marriage to Aisha (ra), they say that he married 12 women and they try to accuse Muhammed (saw) of being a womanizer. So let's look at the marriage life of Rusool Allah (saw).

1. In an environment where adultery and fornication was widespread. There was this hadith narrated by Aisha, in which she talks about the four different types of relationships that existed between men and women at that time. One was the traditional marriage, legal brothels in Mecca which had flags for anybody who is interested, another type was where a woman could sleep with a group of men upto 10 and then if she becomes pregnant then she can call these men and choose anyone to be the father, they also had a relationship in which a man would allow his wife to sleep with another man for noble lineage.

   So it was quite a corrupt environment, Rusool Allah (saw) managed to stay away from any kind of relationship till the age of 25. He was a virgin till 25.

2. At the age of 25, he chooses to marry a woman, who is 15 years older than himself, and she is a widow, or divorced. Rusool Allah (saw) being a member of a noble family could have chosen for himself any woman in Mecca. If he was interested in these desires, he would have chosen for himself a young woman to marry, rather than marry a lady who is 15 years older than him.

3. Rusool Allah (saw) remains with Ayesha (ra) until the age of 50. We know that men with strong desires towards a woman would be from a young age till around the age of 50. That is when the desire remains the strongest. Rusool Allah (saw) remained only married to Khadija (ra) till she was alive, and lived a very happy married life with her. So for Rusool Allah (saw) to be only married to Khadija from the age of 25 to 50 completely destroys any absurd accusations.

4. After Khadija (ra) passed away, Rusool Allah (saw) remained a bachelor for 2-3 years. Later on he marries another widow, Sawdah (ra). The reasons for him marrying her, was because Sawdah (ra) was in Abyssinia, she came back to Mecca and her husband passed away. Rusool Allah (saw) out of his care for his companions married her.

   Sawdah (ra) too was very old in age, we know this because later on in Medina, Sawdah (ra) ended up giving up her night to Aisha (ra), because she was very old.

Within the last ten years of Rusool Allah (saw), he ended up marrying many women, to the extent that when he died he left behind nine widows. So why did this change occur?

1. To forge alliances with different tribes. The Messenger of Allah (saw) devoted ALL his efforts for the promotion of Islam. Everything that he would do, even his decisions in marriage would be based on the benefit of Islam. Whatever Rusool Allah (saw) did in his life was to promote the religion of Allah, he wouldn't do anything to purely satisfy his desires.

   So Muhammed (saw) often married to bring different tribes closer to Islam, like in his (saw) marriage to Juwairiya. The entire tribe of Banul Mustaliq ended becoming Muslim.

2. Caring for his companions: like the example we gave of Sawdah (ra).

3. Rusool Allah (saw) wanted to strengthen his ties, with his closest companions. Rusool Allah (Saw) had a strong brotherly feeling towards his companions, so he (saw) wanted to add family ties to this Islamic

brotherhood. Rusool Allah (saw) and his (saw) companions were together in moments of ease and hardships, they had spent time on the battlefields, and traveled together.

So Rusool Allah (saw) married the daughter of Abu Bakr (ra) and he (saw) married the daughter of Umer bin Khattab (ra). Rusool Allah (saw) wedded his own daughter to Uthman bin affan, and when this daughter of Rusool Allah (saw) passed away, he wedded Usman (ra) to another of his daughters. Later she passed away, Rusool Allah (saw) said, "If I had 99 daughters, I would marry them to Uthman bin Affan one after another." And Rusool Allah (saw) married his daughter Fatima (ra) to Ali bin Abu Talib. So now he had family ties with all of them.

4. Conveying the religion: We are to follow the sunnah of Rusool Allah (saw). He had a sunnah as a statesman, as a teacher, as an Imam, as a military leader, as a family man, as a husband! We have 100s of companions to narrate to us what sort of a leader he was, or how he was at battlefields, or as a teacher or an Imam. But how many do we have to tell us how his family life was? Rusool Allah (saw) did not have many children that survived, only Fatima.

So who would convey to us his family life? His wives of course, if Rusool Allah (saw) only had one wife,

- it would be very difficult for her to recall every aspect of the family life, if one forgets the other rmembers.
- Since she is only one, she could have been easily discredited, because there is only one source. There are many vicious attacks being directed at Abu Huraira (ra), because the enemies of islam know that if they destroy the credibility of Abu Huraira (ra) then they can easily destroy over 5000 saying of Rusool Allah (saw).
- The family life of Rusool Allah (saw) is one of the most important aspects of his sunnah because it relates to everyone of us. Not every one of us, will be an Imam, or a statesman, or a teacher. But almost every person in the ummah will be a member of a family. So how will they learn how to conduct their lives with their family without knowing how Rusool Allah (saw) was with his (saw) family?

  Therefore had many wives, so they could convey to us this body of knowledge of how Rusool Allah (saw) acted in his private life. Many of the sunnah narrated relating to how Rusool Allah (saw) ate, sat, treated his servants, spend his nights, or how he treated his wives were narrated by his wives.

We should remember that Allah Zaujal has sent Muhammed (saw) as a living embodiment of Quran. His sunnah needed to reach to us. That is why he (saw) was excluded from the ruling of having four or less wives. This was done by Allah Zaujal as a protection of His religion. The two most controversial marriages of Muhammed (saw) are his marriages to Aisha and Zainab bint Jahsh. These are the most targeted by people. The reasons are that Aisha (ra) was 6 when she married Rusool Allah (saw) and she was 9 when the marriage was consummated. While the marriage to Zainab is controversial because Zainab was the wife of Rusool Allah's (saw) adopted son. So let's look at these cases.

SubhanAllah, it so happens that these two particular marriages that are targeted are the only two marriages of Rusool Allah (saw) that were divinely instructed. None of the other marriages of Rusool Allah (saw) were instructed by Allah. Allah Zaujal commanded the marriage to Zainab in SURAH AHZAB in (33:37)

وَإِذْ تَقُولُ لِلَّذِىٓ أَنْعَمَ ٱللَّهُ عَلَيْهِ وَأَنْعَمْتَ عَلَيْهِ أَمْسِكْ عَلَيْكَ زَوْجَكَ وَٱتَّقِ
ٱللَّهَ وَتُخْفِى فِى نَفْسِكَ مَا ٱللَّهُ مُبْدِيهِ وَتَخْشَى ٱلنَّاسَ وَٱللَّهُ أَحَقُّ أَن
تَخْشَىٰهُ ۖ فَلَمَّا قَضَىٰ زَيْدٌ مِّنْهَا وَطَرًا زَوَّجْنَٰكَهَا لِكَىْ لَا يَكُونَ عَلَى
ٱلْمُؤْمِنِينَ حَرَجٌ فِىٓ أَزْوَٰجِ أَدْعِيَآئِهِمْ إِذَا قَضَوْا۟ مِنْهُنَّ وَطَرًا ۚ وَكَانَ أَمْرُ
ٱللَّهِ مَفْعُولًا ﴿٣٧﴾

***And [remember, O Muhammad], when you said to the one on whom Allah bestowed favor and you bestowed favor, "Keep your wife and fear Allah ," while you concealed within yourself that which Allah is to disclose. And you feared the people, while Allah has more right that you fear Him. So when Zayd had no longer any need for her, We married her to you in order that there not be upon the believers any discomfort concerning the wives of their adopted sons when they no longer have need of them. And ever is the command of Allah accomplished.***

And the marriage to Aisha (ra) was divinely inspired through a dream Rusool Allah (saw) had. This dream is mentioned in Bukhari. Rusool Allah (saw) says, “Jibrael came to me and I saw you (Aisha) covered in a silk curtain, and when I would uncovered you, I saw you and Jibrael told me, ‘this is your wife, in duniya and Akhirah.’” Rusool Allah (saw) saw this dream twice. We know that the dreams of the anbiya are revelations.

Two types of people attack these marriages; one is the Muslims with weak faith, they wonder how Rusool Allah (saw) could do something like that. The reply to them would be that, it was Allah’s will! As a Muslims don’t they believe they Allah’s command has to be followed?! His (saw) marriage to Aisha (ra) was an exceptional case, and that it isn’t allowed in our case. These were divinely commanded, therefore there is no right to question this.

For the non-muslims who attack Rusool Allah’s (saw) character, the response to them would be that, your problem is not really that Rusool Allah (saw) married Aisha (ra). Your problem is that you don’t believe Muhammed (saw) is the Messenger of Allah. The issue of marriage to Aisha (ra) is just an excuse to attack Islam. Even if Rusool Allah (saw) didn’t do it, he would still be attacked. So the problem is deep-rooted, if everyone believed Muhammed (saw) is the prophet of Allah, then there would be no right to question the Creator of all the worlds. Allah owns nothing to us, we own everything to Him. So it is pointless to argue with the enemies of Allah, about his (saw) marriage to Aisha (ra), because they don’t accept Muhammed (saw) as the messenger of Allah. When the Quraish used to accuse Muhammed (saw) of various things, Allah Zaujal revealed in surah Al-An’am

قَدْ نَعْلَمُ إِنَّهُۥ لَيَحْزُنُكَ ٱلَّذِى يَقُولُونَ ۖ فَإِنَّهُمْ لَا يُكَذِّبُونَكَ وَلَٰكِنَّ
ٱلظَّٰلِمِينَ بِـَٔايَٰتِ ٱللَّهِ يَجْحَدُونَ ٣٣

***We know that you, [O Muhammad], are saddened by what they say. And indeed, they do not call you untruthful, but it is the verses of Allah that the wrongdoers reject.***

They are not disbelieving Muhammed (saw), they are disbelieving the message of Allah, they are attacking Muhammed (saw) because he is the Messenger, they are not attacking his personality just because of his personality, but because he (saw) is conveying the message of Allah. Now, why was the marriage of Rusool Allah (saw) to Aisha (ra) so important? One of the greatest blessing of Allah on us as Muslims is that Rusool Allah (saw) married Aisha (ra). Some people, who have doubts in their hearts, because Aisha (ra) was 6 years old, do not realize that it would have been a disaster on the ummah, if Rusool Allah (saw) did not marry Aisha (ra).

Aisha (ra) had a mind of a scholar; she was MashaAllah very bright and intelligent. She was very inquisitive in nature. Aisha (ra) describes herself and says, "The companions of Rusool Allah (saw) used to hear the hadith of Rusool Allah and they would immediately follow it, while I would ask Rusool Allah (saw) questions about it." Aisha (ra) being the wife and the most beloved of Rusool Allah (saw), had this informal relationship with the Messenger of Allah, so she would question him. While the others were very respectful, they would dare question Rusool Allah (saw).

Someone who had an intimate relationship with Rusool Allah (saw) had been needed so that she question Rusool Allah (saw) about certain statements of Rusool Allah (Saw). We've talked about Amr bin Aas, he said when he was dying, "If you would ask me to describe to you Rusool Allah (saw), I wouldn't be able to do so because I had so much love, admiration and respect for him, I lived with him for years, and I would even look him straight in the eye." But Aisha (ra) was very young and had an intimate relationship with Rusool Allah (saw), she would question, and sometimes even argue with Rusool Allah (saw), no one else could afford to do that. So we learned so much because of that, Aisha (ra) is one of the top scholars of islam. She is the fourth from the top seven narrators of the hadith of Rasool Allah (saw).

1. Abu Huraira
2. Abdullah bin Umer
3. Anas ibn Malik
4. Aisha (ra)

If you open any book of fiqh, it is impossible to go through a book without the reading of Aisha's (ra) name. Her narration and opinions are there in every fiqh. So the marriage to Aisha (ra) was the best thing that happened.

This marriage was also a surprise to Abu Bakr (ra). When Rusool Allah (saw) went and proposed to Abu Bakr about Aisha (ra), Abu Bakr Siddiq was surprised. He (ra) said, "I am your brother." Meaning we are very close in age. Rusool Allah (saw) said, "You are my brother, and your daughter is appropriate for me." This was a command from Allah Zaujal, we do not know what is good for us and what isn't… Allah knows what we do not know.

Rusool Allah (saw) did not marry any virgin women except Aisha (ra), and Rusool Allah (saw) never married anyone who is young except Aisha (ra). It was an exceptional case. If you want to look at Rusool Allah's (saw) marriages initiated by him then look at the marriages except those to Aisha (ra) and Zainab. We forgot to mention Umm e Habiba (ra), she is the one who migrated to Abyssinia, and her husband Ubaidah bin Jahsh converted to Christianity, and she went through a miserable time being the daughter of Abu Sufyan. Later on her husband passed away, Rusool Allah (saw) sent a letter with Amr bin Umayya Ad Dhamri, to An-Najashi, asking An-Najashi to marry him (saw) to Umm e Habiba (ra). Rusool Allah (saw) wanted to marry her, because he (saw) had sympathy for her, he (saw) wanted to marry her even though she was hundreds of miles of away. He (saw) wanted to take care of her, and also she was the daughter of Abu Sufyan, so Rusool Allah (saw) wanted to bring the staunchest enemies of Allah closer to Islam, he wanted to soften their stance. When Abu Sufyan heard of his daughter's marriage to Rusool Allah (saw), he was happy that this marriage took place even though he was the leader of the Quraish. He said, "And who is better to marry than Muhammed (saw)." Abu Sufyan knew the lineage of Muhammed (saw), and that is how he looked at it. He was proud that his daughter is married to a member of Banu Hashim. His issue with Muhammed (saw) was because of religion, so that softened Abu Sufyan.

Another marriage was to Umm e Salama (ra). Umm e Salama (ra) also was one of the ones, who made hijrah to Abyssinia, when they came back they went to Medina. Later on Abu Salama passed away; Rusool Allah (saw) married Umm e Salama. SO he would take care of the wives of his companions who died; these are old women but Muhammed (saw) is the father of this ummah. He (saw) was a caretaker of this ummah, even though he didn't have a direct blood-relation with anyone, he (saw) still felt that he's their father. He would take care of the needy, the hungry, and the helpless.

And important event occurred during the prophet hood of Muhammed (saw). A flood had affected the structure of Al-Kaaba. Al-Kaaba was located in a low valley between mountains. Mecca was flooded, so cracks formed in Al-Kaaba. So the people of the Quraish felt the need to rebuild Al-Kaaba again. Al-kaaba has been rebuilt five or four times depending on who was the first to build. There is a difference in opinion on whether Ibrahim (as) was the first or Adam (as) was. However the majority opinion is that it was Ibrahim (as) was who first built it.

The ones who say that Adam (as) was the first one say that they are not contradicting Quran because Quran says in surah BAQARAH (2:127)

وَإِذْ يَرْفَعُ إِبْرَٰهِـۧمُ ٱلْقَوَاعِدَ مِنَ ٱلْبَيْتِ وَإِسْمَـٰعِيلُ رَبَّنَا تَقَبَّلْ مِنَّآ ۖ إِنَّكَ
أَنتَ ٱلسَّمِيعُ ٱلْعَلِيمُ ﴿١٢٧﴾

***And [mention] when Abraham was raising the foundations of the House and [with him] Ishmael, [saying], "Our Lord, accept [this] from us. Indeed You are the Hearing, the Knowing.***

They say that Quran states that Ibrahim was raising the foundations of the house, meaning there was already something there, for them to raise. So they say that the foundation of the House was established in the time of Adam (as). But the common belief is that Ibrahim (as) built it. However there is no dispute in the holiness of this House.

We have references of quite a few anbiya (as) who have visited the House of Allah. There is this hadith that states that Hud (as) visited Al-Kaaba, there are hadiths that states that Saleh, and Nuh (as) visited Al-Kaaba. Also ahadith tells us that when Isa (as) comes back on Earth, he will make Hajj. So its either Adam (as) or Ibrahim (as) who built the Kaaba, but it was the first House that was built for the remembrance of Allah. AL-IMRAN (3:96)

إِنَّ أَوَّلَ بَيْتٍ وُضِعَ لِلنَّاسِ لَلَّذِى بِبَكَّةَ مُبَارَكًا وَهُدًى لِّلْعَـٰلَمِينَ ﴿٩٦﴾

***Indeed, the first House [of worship] established for mankind was that at Makkah - blessed and a guidance for the worlds.***

So let's start counting from Ibrahim (as). Ibrahim (as) built it the first time. The second time it was built was when Mecca was flooded as we mentioned before. The people of Quraish wanted to build it, so for that they had to tear it down. But none of them agreed to make that move. They were all waiting around Al-Kaaba with their equipment but no one wanted to go ahead and start breaking it down, that is how much honor and respect they had for Al-Kaaba even though at the time they were mushrikeen. They feared Allah actually; they believed something terrible will happen if they broke it down. And one of them said that he will be first to do it, so in the morning he gathered his sons and they started to bring the rocks of Al-Kaaba down and while doing this were saying, "Oh Allah, don't be afraid all what we want is good." Notice their false understanding of the divinity of Allah (swt). They thought they were trying to make God calm by saying that. Allah (swt) knows what's in our hearts, we don't have to tell Him what we intend. They thus believed in Allah, but did not understand the attributes of Allah.

They walls of Al-Kaaba were then bought down, now it happened that the Roman ship had crashed on a port on the Red Sea close to Mecca. So they brought some of the wood on that ship and there was a Roman builder on that ship, they had him help them built Al-kaaba. This was the first time they made the ceiling of Al-kaaba from wood, which they took from that ship. The People of Quraish knew that money from interest was no good, and they decided that they were only going to use halaal money for making Al-Kaaba. They will not take money from interest or prostitution, because at the time prostitution was a common business. Men would hire their slave girls as an income, but they would do all this knowing that this money is no good. Since they ran short of funds, they ended up shortening Al-Kaaba from one side. They made a square rather than a rectangle to save money. The area of Al-kaaba which they left out was what we refer today as Al-Hijr. Al-Kaaba also had two gates, they made it one, and they raised the doorstep, so now you had to climb to get to the door.

Rusool Allah (saw) in a hadith talks to Aisha (ra) and says, "Don't you know, that your people had insufficient funds for the expenses, if it were not for the fact that your people were only recently unbelievers, I would have torn down the kaaba and made for it one door on the east and the other on the west. And I would have included the hijr area within it." When Rusool Allah (saw) entered Mecca he (saw) was thinking about reconstructing Kaaba on the original foundation. But then he told Aisha (ra): "The reason I'm not going to do this is because your people just became Muslim, their Islam is soft, their imaan is weak, and it might be for a fitnah for them, if I reconstruct Al-Kaaba."

**Lesson**

The daa'ia needs to take the condition of the people into consideration. Even though Rusool Allah (saw) wanted to build the Kaaba, he didn't because he didn't want anything to affect the imaan of the people. Abdullah bin Musud says, "If you tell the people something that is beyond their comprehension, understanding, or imaan it might be a trial for some of them." Sometimes we throw out information on a particular subject which is absolutely true and valid but because the people are not ready for it yet, it sometimes backlashes at them.

Rusool Allah (saw) said, "Your people (Quraish), the reason why they made the door of Al-kaaba high is because they wanted to have control of who would go in and out." It was an issue of authority or power. Rusool Allah (saw) said, "If I would rebuild it, I ould lower the gate and I would make for it two gates, so that the people come from one side and leave from the other."

Rusool Allah (Saw) participated in the rebuilding the Kaaba, and at that time he was roughly 35 years old. The people of the Quraish were building the Kaaba, they reach the holiest part which was, 'the Black Stone.' Dispute erupts among the Quraish, regarding who will have the honor to place the Black Stone, in its spot. When they were rebuilding Al-Kaaba, every tribe took responsibility of building one side of it. But the problem arose of placing the Black Stone. Banu Abdul Dar gathered all of their men and came in front of Al-Kaaba with a pot of blood, and they placed it in front of everyone and they all stuck their hand in the blood and pulled it out. In other words they were telling everyone that this is what will happen, if we don't place the Black Stone in its place. It's like pledging to die and to fight. That wasn't enough to deter others, another tribe got their own pot of blood, and they did the same

thing. The rest did the same; the issue couldn't be solved for four or five days. The eldest man among them, Umayya said, "Let's agree that the first man to walk in towards Al-Kaaba will be given complete authority in judging between us."

The first person to walk in was Muhammed (saw). They all stoop up and said, "The truthful and the trustworthy, we all agree." They all had agreed that they would give complete authority to the first person to enter, but they were very happy and relieved that, the person was Muhammed (saw). They knew he will not be biased. So they gave him complete authority.

Rusool Allah (saw) asked them to bring piece of cloth, he (saw) picked up the black stone, and he (saw) placed it on this cloth. Then he asked a representative from each clan to hold the cloth from one side. They all then raised it up together in the same time; therefore every tribe participated in lifting the black stone. When they all raised it, Muhammed (saw) with his blessed hands picked up the Black Stone and placed it in its place. So it was Rusool Allah (saw) who put the Black Stone in its spot. This was the second time Al-Kaaba was built.

Rusool Allah (saw) had said that if it wasn't for the new Muslim, he (saw) would have rebuilt Al-Kaaba on the foundations of Ibrahim (as). Years later Abdullah bin Az-Zubair became the ameer of Mecca, he knew of this hadith, because Aisha (ra) was his aunt. Abdullah bin Az-Zubairs's mother was Asma bin Abi Bakr, the sister of Aisha (ra). He decided to rebuild Al'Kaaba on the original foundations, because the Muslims there are not new Muslims anymore, they can now handle the situation. Az-Zubair wanted to rebuild Al-Kaaba especially because Al-Kaaba was burnt, Al Hajjaj bin Yousuf As-Saqafi had laid siege On Mecca. AT that time there was a war between Abdullah bin Az-Zubair and Banu Umayya in Syria. The army general of Banu Umayya had laid siege to Mecca, one of the catapults had hit Al-kaaba, and it caused some damage and fire. That damage could have been fixed without tearing down AL-kaaba, but Abdullah bin Az-Zubair wanted to take advantage of this, so that he could rebuild Al-kaaba on the original foundations, which he did. He fulfilled the description given my Rusool Allah (saw) in the hadith. That he (saw) would lower the gate, have a door towards the east and the west, and expand the size of Al-Kaaba towards the Hijr. So this was the third time Al-Kaaba was rebuilt.

Abdullah bin Az-Zubair lost the war and was killed. Al Hajja bin Yusuf took over, the khalifa at that time Abdul Malik ibn Marwan was not familiar with this hadith of Rusool Allah (saw). So he gave his commands to take back Al-Kaaba back to the way it was before Abdullah bin Zubair, the way the Quraish had built it. After the khilafah of Banu Umayya, Banu Abbas were the family of khulafah. One of the khulafa of Banu Abbas was thinking about rebuilding the Kaaba, on the original foundations. He consulted Imam Malik, Imam Malik told the Khalifa, "We don't want Al-Kaaba to be a toy in the hands of Kings, and they keep changing its size every now and then. Even though the plan of Rusool Allah (saw) and his desire was to build it on the foundation of Hazrat Ibrahim, but lets keep it the way it is and not change it anymore." This was a very wise advice from Imam Malik, which the khalifa followed. The Kaaba that we have today was built on the foundations of Quraish.

But Alhumdullilah that is something good. Why? If Al-Kaaba was built on the original foundations of Ibrahim, we would have been deprived the chance of praying inside Al-Kaaba. But since it is shortened, that area which is enclosed by the semi-circle is actually part of Al-Kaaba. So when we pray in that area, it is as if you have prayed inside Al-Kaaba. We know that Rusool Allah (saw) prayed inside Al-Kaaba, when he (saw) opened Mecca. Over the time, the height of Al-kaaba has increased, but the size of it has remained constant. The stones by which Al-Kaaba is built from are remnants of the original stones, which were used by Ibrahim (as), but not all of them. Some other were introduced later by the Quraish and others.

That Black Stone was the original stone that was used by Ibrahim (as). There are many stories of the black Stone. Some say it was originated from Jennah. There is an authentic hadith that says the Black Stone was white, but then it turned black because of the sons of Adam. There is another hadith that says that the Black Stone is the right hand of Allah, on Earth. Thus it is a very special stone; it is the only part that is kissed in Al-Kaaba and the only part of Kaaba that people point it out at a distance. Some people point out to the Yemeni corner, which is wrong. We can touch the Yemeni corner when passing by but one should not point towards it or greet it at a distance that is only for the Black Stone.

This was the history of Al-kaaba.

The Prophet (saw) would leave Mecca, and spend time in the cave of Hira. In a mountain that is fairly close, a few kilometers away from Mecca. Rusool Allah (saw) would take with him provisions, and would stay in solitude in this cave worshiping Allah. From the cave it is said that you were able to Kaaba in those days. So Rusool Allah (saw) would spend days and nights continuously worshiping Allah before prophet hood. So he knew Allah (swt). This was a chance for Rusool Allah (saw) to reflect on the creation of Allah. This was training for him (saw) from Allah, because contemplation and reflection purifies the heart.

Saeed Hawwa, comments on this, he says, "Solitude was the tradition of some who seek the guidance of Allah, with the remembrance of Allah, in worship. It was used to illuminate the hearts and remove its shadows by disconnecting it from its heedlessness and desires. Some would advise this in the beginning of the journey to belief as this was the example of Prophet of Allah (saw) when he spent time in solitude before and at the beginning of his apostleship."

As a Muslim, you are recommended to spent time alone in dhikr. For example early in the morning, after Asr, or between Asr and Maghrib on Friday. So you spent time alone remembering Allah. The scholars gave given a lot of benefits from this habit, however one should not reach the extremes by leaving the society completely, there should be a middle road where you spend some time with people, but you also spend time alone. Qiyam ul-Layl is a chance for solitude, praying at night alone, when everybody is asleep. So this time would be just between you and Allah, and there is an element of sincerity there, that might not exist in other ibadat, which are done collectively.

Scholars say that too much of socializing, too much laughing, too much attachment to duniya obscures the heart and throws a veil on it. The way to purify the heart is by spending some time alone with Allah. Allah (swt) says about Tafakkur in SURAH AL-IMRAN (3:190)

إِنَّ فِى خَلْقِ ٱلسَّمَٰوَٰتِ وَٱلْأَرْضِ وَٱخْتِلَٰفِ ٱلَّيْلِ وَٱلنَّهَارِ
لَءَايَٰتٍ لِّأُو۟لِى ٱلْأَلْبَٰبِ ١٩٠

***Indeed, in the creation of the heavens and the earth and the alternation of the night and the day are signs for those of understanding.***

ٱلَّذِينَ يَذْكُرُونَ ٱللَّهَ قِيَٰمًا وَقُعُودًا وَعَلَىٰ جُنُوبِهِمْ وَيَتَفَكَّرُونَ فِى خَلْقِ
ٱلسَّمَٰوَٰتِ وَٱلْأَرْضِ رَبَّنَا مَا خَلَقْتَ هَٰذَا بَٰطِلًا سُبْحَٰنَكَ فَقِنَا عَذَابَ
ٱلنَّارِ ١٩١

***Who remember Allah while standing or sitting or [lying] on their sides and give thought to the creation of the heavens and the earth, [saying], "Our Lord, You did not create this aimlessly; exalted are You [above such a thing]; then protect us from the punishment of the Fire.***

So Allah (swt) is saying from people, the one of understanding will contemplate on the creation of Allah.

The time preceding the Prophet Hood of Muhammed (saw) was a time of darkness; however there were some glimpses of light here and there. But there were very few people who had a sense of right and wrong, whose hearts directed them to the truth. We will talk about a few of these examples.

One of them was Zaid bin Nufail. Zaid bin Nufail went out in search of truth outside Mecca. He was from the Qurasish. Anyway he went to the jews and inquired about their relgion but he decided not to follow it, and then he went to the Christians and inquired about their religion and decided not to follow it, in the end he came to learn about he way of Ibrahim (as), Al- Hanifiya, worshipping Allah alone. Thus he became a hanifi, a follower of Ibrahim (as). Zaid bin Naufal was a lone voice in this sea of darkness in Mecca. Asma bint Abi Bakr said that, "I have seen Zaid bin Amr ibn Naufal, leaning his back against the Al-kaaba, saying, 'Oh tribe of Quraish, by Him in Whose Hands is Zaid's soul not one of you apart from myself follows the religion of Ibrahim.'" Because the people of Quraish used to claim, that they are the ones following Ibrahim (as). He would also say, "Oh God! If only I knew the way most favored by You, I would worship you by it, but I don't know."

So SubhanAllah, he knew the truth, he believed in Allah, but he didn't know how to apply it. He didn't have the shari'ah to follow. There were people like Zaid in every time; people who knew there is just one God, people who believed in Allah, and want to worship Him, but they haven't been exposed to how they should worship. In fact some reverts have been through such an experience Who always knew in their heart that Allah is one, Who has no partners, they would also be able to recognize what is right and what is wrong, but they wouldn't know how to worship Allah, until they knew about Islam. It is amazing how many things Zaid knew by his natural disposition, like he would not participate in the killing of girls. In fact whenever he heard that a father was about to kill his daughter, he would go to that father and say, "Give her to me, I will take care of her, when she grows up you can take her back or if you wish give her to me." So he would adopt many of these girls.

Also Zaid would refuse to eat the meat that was slaughtered in Mecca, it is mentioned that once a meal was presented to Rusool Allah (saw), some meat. Rusool Allah (Saw) refused it, and he passed it over, and it was given to Zaid bin Naufal and he said, "I don't eat from this meat, which is slaughtered for your Gods." He would go to the people of the Quraish and would criticize them for slaughtering their sheep in the names of their gods. Zaid would say, "Sheep are created by God, and he would bring down the water from the skies the water that makes vegetation grow from the Earth. So why do you slaughter them in the name of gods other than Allah, denying all of that and venerating them?"

Zaid ibn Amr ibn Naufal died prior to the Prophet Hood of Rusool Allah (Saw), his son Saeed was one of the believers. Saeed ibn Zaid was one of the ten who are given the glad tidings in Jannah. Saeed ibn Zaid (ra) went to Rusool Allah (saw) and inquired about his father, he wanted to know what will be the faith of his father because he died before Prophet Hood. Rusool Allah (saw) told Saeed that, "your father will come one the Day of Judgment as a nation alone." Rusool Allah (saw) has given Zaid ibn Amr (ra) glad tidings of Jannah, and also said that on the Day of Judgment Zaid ibn Naufal will be standing by a nation by himself. One the Day of Judgment people will be divided into nations, and every nation is lead by a Prophet, so you'd have the nation of Musa, Isa, Nuh, Ibrahim (as) and Muhammed (saw). Because Zaid ibn Naufal was not part of a particular nation of a Prophet, he would come on

the Day of Judgment as his own nation. He (ra) will have the honor of standing alone on the Day of Judgment and Allah (swt) will grant him Jannah, because he knew the truth and he worshipped Allah (swt) the best he could.

Another example is Waraqa ibn Naufal he was the cousin of Khadija (ra). Waraqa was a christian, and he was a lettered man, who would copy some of the scriptures of Christianity and study from it. He was a believer in one God, so there were Christians who believed in one God, and who didn't attribute divinity to Isa (as). Waraqa ibn Naufal was the one Khadija consulted when Rusool Allah (saw) first received the revelation. Immediately after that Waraqa ibn Naufal passed away. So people wondered what would happen to Waraqa. Some were saying that he would go to hell-fire because he died before Rusool Allah (saw) started preaching the message, even though he (saw) had received the message but he didn't preach it then yet. Rusool Allah (Saw) said, "I have seen him in a dream, and he was wearing white clothes, if he was a man in Hell-fire, he wouldn't be wearing white clothes. Later on Rusool Allah (saw) had another dream in which Waraqa bin Naufal had two guardians in Paradise. So he was in Jannah, because he had the right belief.

The next example is the story of Salman Al-Farsi (ra). Ibn Abbas (ra) went to Salman Farsi when he was old, and requested Salman to tell him his story. So Salman narrated his story to Ibn Abbas (ra). He says, "I was a Persian man from Esfahan, from a village called Jay, and my father was the headman of the town and I was striving and taking pain in the religion of Magian (they worship fire). I took pains to be a good Magian, and he grew in the relgion until I became the keeper of the fire."

His duty was to light the fire and then never let it go off, so they had this fire in the temple of fire in every village. The fire needs a certain keeper to ensure that it remains burning. That was Salman's duty, this was supposed to be a high position in their religion.

He said, "My father owns a large farm, one day he was busy constructing a building of his and he wanted me to go out and take care of business in the farm. My father loved me so much he closeted me in his house that he would not let me leave." So his father wanted to send him out for some work, he said, "Oh my son, you know how dear you are to me, if you are late, then I would be so concerned about you. And you are more important to me than the farm or my building, so please come early." Salman Farsi literally said, "I was kept in his house like a slave girl." So he wasn't allowed to go anywhere. Anyway Salman Farsi left on that day to go and do business with his father. He said, "I passed by a church for Christians, and I heard them pray. So I wanted to go and investigate. I didn't know much about people because I never left home. This was something new to me and I came to realize that this is another religion and some people are praying in a different fashion. So I decided to go in and investigate, I was quite impressed by their method of prayer. I ended up staying with them until sunset, and I neglected my father's work."

He said, "My father was so worried that he started out sending people to find me, I came back late and my father said, 'Oh my son, didn't I tell you not to be late? What happened?'" Salman Farsi said, "I passed next to a church of Christians and I went in to see their prayer, and I forgot to do the job you asked me to." His father told

him, “Oh my son, their religion is no good, and your religion and the religion of your fore-fathers is better.” Salman Farsi responded to his father and said, “No, their religion is better than ours.” So now the father of Salman Farsi was extremely worried. He ended up chaining his son and imprisoning him at home. He put chains on his legs. He was so terrified that his son would change his religion that he ended up chaining him.

When Salman Farsi was at the Church he asked the church members, “Where is the center of your religion?” Meaning where did it originate from. They said, “From the Holy land, As-Shaam (Palestine)” When Salman was chained, he managed to send out a message to the church members that, “If you ever receive or know of a caravan that is in town from Ash-Shaam, let me know.” So a caravan did come in, and they send him the message. Salman Farsi was able to release himself and run away, and he went with this caravan all the way to the Holy Land, in search of the truth. He arrived in Syria and he asked about the most learned man for this religion. So he wanted to go and study under the greatest. He was told to go to a bishop in a particular church.

He went to the bishop and told him his entire situation, and said that he wanted to study from him. The bishop told him, “Your welcome and you can stay with me in the Church.” So Salman Farsi ended up staying in the church. Salman Farsi said, “This man used to ask the people to donate, and then he ended up keeping it for himself. He was such an evil man and I hated him so much.” Nevertheless he remained with him, and when the Bishop died, the Christians of that Church wanted to have a burial for him, and Salman Farsi went and told them that this was an evil man. They said, “How dare you say that?” He said, “I’ll show you the proof.” Salman Farsi took them to the place where this man used to hide all the money and he pulled out seven containers fill with gold and silver. Salman Farsi said, “The people were so angry, they ended up crucifying his dead body, and stoning him.” Then they appointed someone in his place. Salman Farsi says about this particular man, “Then they brought another man to take his place, and I never saw a man who did not attend the five prayers, who was better than he, nor more ascetic, nor more enthusiastic about the after life, nor more about the day and night. I loved him as I had never loved before.”

Salman Farsi ended up spending time with this man, learning from him, studying religion, and worshipping. This man was old and death was approaching him, Salman Farsi said, “I went to him on his deathbed and I told him, ‘you know my story, and how I cam all the way to study this religion, and now since the decree of Allah is befalling you, who do you entrust me to, to continue my studies?’” He told him, “My son, I don’t know anyone who has done as I have, people have either died, or changed, or abandoned most of their prior practices. Except for one man in Mossul, he practices as I do, so join him.”

So Salman Farsi travels all the way from Ash-Shaam, Palestine, or Syria to Iraq, in search of knowledge. He went to this bishop of Al-Mossul, he told him, his story, and he told him that he was recommended to Salman, by the bishop in Ash-Shaam. Salman asked, “Would you accept me to be with you?” The bishop said, “Yes of course, you can be my student.” So Salman Farsi spent time with him. But this person was also an old man and he was approaching death. After a short while he was dying so Salman Farsi told him, “I came to this person and he recommended you to me, now you are passing away, who do you recommend?” He said, “I don’t know of anyone

who's following the same path of ours, except the bishop of Nisibis." So then Salman Farsi traveled all the way from Mossul to Nisibis.

He went to the Christian man there, and he told him how he ended up there. Salman Farsi then spent time with the bishop of Nisibis, but then this man was approaching death too. This was a dying breed; they were dying one after the other and were leaving no one behind them to carry on their religion. The bishop of Nisibis said to Salman Farsi on his deathbed, "I don't know anyone who is following our way except a man in Ammuriyah (Byzantine). Salman Farsi then traveled all the way to Turkey.

In Ammuriyah in addition to his studies and participation in the worship services, he started a business; he eventually accumulated wealth to purchase some sheep and cows. When death was approaching his teacher in Ammuriyah, Salman Farsi again asked who he recommends to study with. He responded and said, "My son, I don't know anyone, who is as we were to whom to send you to. But the time is near for a Prophet, being sent with Ibrahim's religion, who will come forth in the land of the Arabs. He will move to refuge to somewhere with date palms growing between two scorched rockey plains. He has signs that are unmistakable. He eats things given to him as gifts, but not alms, and between his shoulders there is the seal of the Prophet Hood. If you can go there, do so."

So now the scholar of Ammuriyah who was saying that there is no one left who follows their path, the ones who believed in the true message of Jesus have passed away. Therefore it is time for a new message to come, the world needed guidance. The signs of Rusool Allah (saw) given to Salman Farsi were;

1. will travel to a place which grows palm trees and is between two rocky tracks.
2. He doesn't accept sadaqah, but accepts gifts
3. Sign on his back between shoulders, there is a sign showing the seal of the Prophet Hood.

Salman Farsi said, "I was trying to find a way to reach the land of the Arabs. Until I met some merchants from the tribe of Kalb, I asked them to carry me with them, and I will pay them all the money that I had. 'My cows and my sheep are yours. Just take me to the land of the Arabs. Just take me to the land of the Arabs'"

The story of Salman Farsi is an amazing story of someone who is searching for the truth. They agreed and they carried Salman Farsi with them, when they reached to Arabia, to a place called Wadi-Ul-Qura, these merchants ended up betraying Salman. They sold him as a slave to a Jewish man. If you get into slavery that's it, you're stuck, nobody will believe you if you say you are a free man. So they claimed he was a slave, and ended up selling him. This Jewish man took Salman to Wadi Ul-Qura, Salman said, "When I saw Wadi ul-Qura I thought this was the place that was described to me. Then a cousin of my owner, a Jew of Banu Quraiyza visited my master, and he purchased me." Where do Banu Quraidha live? In Medina, so Salman went to Medina with his new master. Salman Farsi said, "In the name of Allah, as soon as I reached medina, I knew this was the place." Medina was rich in palm trees and was between two rocky tracks; Al- Harra Al- Gharbeya and Al-Harra Al-Shaqiya. This was the natural protection of Medina as will be seen in Battle of the Trench. Then from the south Medina was protected by the trees.

Salman Farsi said, “Rusool Allah (saw) was sent and he spent years in Mecca and I had no idea about it because I was busy in the toils of slavery.” So Salman Farsi had no idea that Rusool Allah (saw) was already preaching the message. Salman Farsi said, “One day, I was working on top of a palm tree and my master was sitting under the palm tree. One of his cousins cam to him and he was angry and said, “My God damn the children of Qayla! They have assembled in Quba in support of a man who came from Mecca, who claims to be a Prophet.” Children of Qayla was the name given to Aus and Khazraj. Salman Farsi said, “When I heard that, a chill went down my spine and I started to tremble, and I was almost going to fall down from the palm tree and land on my master.”

Salman Farsi had been waiting for this moment for years; he had given up every thing for this. Salman Farsi left his home, his family and went to an unknown place in search of truth. He left Persia, went to Ash-Shaam, then went to Turkey, then Iraq, and landed in the land of the Arabs. The land of the Arabs was a very secluded area which didn’t have contact with the outside world; the Persians and Roman were far away. Salman lived in this foreign secluded land alone as a slave! You can imagine the feelings of homesickness that such a person would have.

Finally he heard the news he had been waiting for, for years. He said, “I came running down the tree, and I went to the man and I was questioning him.” Salman said, “My master grabbed me and punched me in the face, he said, ‘It’s none of your business, go back to work.’” Salman said, “Later on, that evening, I prepared some food and I traveled to Quba.” Quba was outside Medina. Salman farsi said, “I took some food with me and I went to visit Rusool Allah (saw) at night. I came in and I said to Muhammed (saw), ‘I heard that you are a very good man, and that you have companions who are strangers and needy, so I have brought you this food as charity and I think that you are the one who deserves it most.’ I handed it to him.”

Salman Farsi said, “Rusool Allah (saw) received the food from me and then he told his companions to go ahead and eat, but he didn’t join in with them.” So this was the first sign that Rusool Allah (saw) does not accept charity for himself. Salman Farsi said, “I went back, later on I prepared some food and I went to Rusool Allah (saw) and he was already on his way to medina. I went up to him, I greeted him and said, ‘Last time I presented you with food and I told you that this is charity, and you refused to eat from it, so I want to honor you with this gift.’ I handed the food to Muhammed (saw), he invited the companion to eat and he (saw) joined in with them.”

Salman said, “I went to him and visited him when he was in Cemetery of Medina. He was following a Janaaza, I went to Mohammed (Saw) and greeted him. I went around him to see the sign on his back. Rusool Allah (saw) sensed that I was trying to look for something that was described for me. So Rusool Allah (Saw) uncovered his back, he threw away the cloak that was covering his back and right there in front of my eyes was the seal of Prophet Hood.”

Salman said, “When I saw the seal of Prophet Hood on his back, I fell down and I prostrated myself to Muhammed (saw). I started kissing his feet and I was crying. Rusool Allah (saw) immediately told me to stand up.” Rusool Allah (saw) did not accept prostration for him. Rusool Allah (saw) then told Salman to tell him (saw) his story. Salman Farsi narrated his story to Muhammed (saw). Salman Farsi said, “Rusool Allah (saw) told me, ‘I want you to narrate this same story to my companions.’” The story of a man who was searching for the truth. Salman Farsi said, “I narrated my story to them just like I am narrating to you Ibn Abbas.” Salman Farsi said, “Because I was a slave, I ended up missing the Battle of Badr, and the Battle of Uhud. And then Rusool Allah (saw) told me one day, ‘Oh Salman, free yourself from slavery’” Mukaatuba was a deal between the slave and the master, that the slave would work a certain time and generate a certain income and ransom themselves. Salman Farsi went to his owner and said that he wanted to be free. His owner told him, “You have to plant for me 300 palm trees and they all have to survive, and you pay me 40 ounces of gold.”

So Salman went to Rusool Allah (saw) and told him (saw) about the demand. Rusool Allah (saw) said, “Don’t worry.” Then Rusool Allah (saw) gathered the sahabah and told them, “help your brother.” Salman Farsi said, “Some of them would bring 30 seedlings of palm trees, some of them bring 20, some 15, everyone would bring as much as they can, until I had 300 seedlings.” Rusool Allah (saw) told him, “When you collect the 300 seedlings, go and dig the holes for them, do not plant them, come and tell me first.” So Salman Farsi dug the holes and then told Rusool Allah (saw). Salman said, “Rusool Allah (saw) by himself would go and carry the seedlings and plant them one by one with his own blessed hands. None of those 300 palm trees died.”

Now Salman Farsi had to pay forty ounces of gold, and he had no clue how he was going to pay. Later on, one day a small amount of gold was given to Rusool Allah (saw). The messenger of Allah (saw) said, “Where is your Persian brother?” So they went to call Salman Farsi. Rusool Allah (saw) said to Salman, “take this gold and free yourself.” Salman Farsi said, “Oh Rusool Allah (saw) what would this do?” The amount of gold was insufficient. Rusool Allah (saw) said, “Take it, and it will be enough.” Salman Farsi said, “I weighed, and it turned out to be 40 ounces exactly. Then I was free and I never missed anything with Rusool Allah (saw) after that.”

The first battle in which he participated was Al-Khandaq. He was the one who came up with the idea of the trench.

**Lessons**

Who is the first man Salman Farsi ended up studying with? The Bishop of Syria. Salman Farsi said about him, “So I joined him, but he was an evil man, demanding alms from his people and whatever they collected he would store away for himself and not give to the poor. Eventually he had gathered seven jars of gold and silver. I hated him mightily, for what I saw him doing.” Here you have a person who was in search for the truth, and he ends up meeting a person who has all the qualifications of turning him away from islam. But the zeal of Salman Farsi was very strong. Nowadays we find our actions as Muslims to be the reason why people turn away from Islam. That is true to a certain extent, but if somebody is sincere in finding the truth, they should realize that the people are not necessarily representing the truth.

Salman Farsi did not reject Christianity because the man he met was such a corrupt person. He instead stuck with him and further went in search of truth. Allah later rewarded Salman for his steadfastness. Salman ended up studying with the best man he had ever met. He said, “Then they brought another man to take his place, and I never saw a man who did not attend the five prayers, who was better than he…” What Salman Farsi meant was this was the best man Salman had ever seen before meeting the Muslims.

We learn things from this, Allah says in Surah Muhammed (47:17)

وَٱلَّذِينَ ٱهْتَدَوْا۟ زَادَهُمْ هُدًى وَءَاتَىٰهُمْ تَقْوَىٰهُمْ ﴿١٧﴾

***And those who are guided - He increases them in guidance and gives them their righteousness.***

1. So the only the ones who are in search of guidance will get it. But you have to put in some effort, and when you do, the reward from Allah is much greater than what you put in. If you walk towards Allah, Allah will run towards you, but you have to take that first step. Salman Farsi was eventually guided by Allah, even though he was at a land that was hundreds of miles away.

2. We shouldn’t let anybody make us feel down because they are not doing the right thing. That has nothing to do with the religion. Salman Farsi realised that, that is why he didn’t lose hope or start doubting the religion just because of one corrupt bishop. There were remnants of true believers before Rusool Allah (saw), but they were dying without leaving anyone behind. That is why the world was thirsty for the message of Muhammed (saw).

3. The Muslim community must be supportive of its new members. Muhammed (saw) himself helped and asked the Sahabah (ra ) to help Salman Farsi. Muslims have a duty to take care of the needs of the new muslims, many times these needs are financial. This is also part of da’wah, because da’wah is not only free words, but also that you should be responsible for the new comers. Notice that many new Muslims were people who were in need, like Bilal (ra) was freed by Abu Bakr (ra). Many early muslims were slaves, who were in need of great help. Such people are in need of support in their initial stages and the risk is that if they don’t get help in these critical stages they could apostate. There is a study done in America, which says that quite a significant number of reverts, end up leaving Islam. They are kicked out from their families, their social life, so they are in need of social belongings.

   Rusool Allah (saw) said: Do the good deeds before several things happen, and one of them is ‘poverty that will make you forget.’ If a person is walking around with an empty stomach, the last thing he will think about is spirituality and knowledge. These are things that are part of the program of da’wah.

CD 7

The Glad Tidings of the Muhammed (saw) before his Prophet Hood

There is a hadith by Ibn Ishaq, narrated by Salama bin Waqsh, he said, "We had a Jewish neighbor from Banu Abdul Ashhal and he came out of his house one day to us. At that time I was the youngest of my household, I was wearing a fur gown I had and I was lyinig in it in the courtyard of my family's house. The Jew talked about the Resurrection, Day of Judgment, the reckoning, the scales, Paradise and Hell-fire. This he told to polytheists, idolaters who did not believe in life after death. They replied, 'common now, you really think people can be sent after their death to a place where there is Paradise and hell, where they will be punished for their deeds?', 'Yes indeed, by Him by Whom oaths are sworn anyone going into that fire will prefer being placed in the hottest oven in the house and having it covered over him, and he being let out of it, the next day.'

They asked, 'Good Gracious what proof is there?' He said, 'A prophet is being sent from the hereabouts in these lands', and he gestured over towards Mecca and Yemen. 'When will we see him?' They inquired, he looked over at me, I being the youngest one there, and he said, 'If this lad lives through a normal lifespan, he'll live through this time.'" Salama went on to say, "And a day and a night had scarcely passed, thereafter until God send the Messenger of Allah, who lived among us, and so we believed in him (saw). But he the Jew disbelieved in him (saw), out of evil and envy." So this Jewish man who was well versed and he knew that there was a Prophet coming from the direction of Mecca, he was aware of Hell and Heaven and he knew that the time for the arrival of the Prophet was very near. However when the Prophet was sent, this man refused to follow him.

There are many narrations similar to this attitude of the Jews. Many Jews knew about the coming of the Prophet, in fact many Jews were there in Medina, because they were expecting the arrival of the Prophet. When the Arabs of Medina would dispute; the Jews would tell the tribes of Aus and Khazraj that: one day there is going to be a Prophet sent among us and when that happens, we are going to kill you like the people of Ad were killed.

SubhanAllah this turned out to be a preparation of Aus and Khazraj of the coming of the prophet by the Jews. When Aus and Khazraj met Muhammad (saw) in Mecca, they immediately believed, because they knew that this was the person they Jews use to talk about. In fact after their meeting, they went back to their tents and said, "This is the man, the Jews have been threatening us with, let's follow him first." This means, before the Jews accept Islam and attack them. So they were kind of in a hurry to believe. The Jews refused to follow Mohammed (saw).

There are some glad tidings of Muhammed (saw) in the present day Bible. Obviously the Bible went through series of developments and changes, so not all of the glad tidings that were there exist, but still there is a significant number that are there, which are a sufficient indication.

***In the Book of Deuteronomy (18:18): I God will raise them up a Prophet from among their brethren like unto thee (Moses), and will put my words in his mouth, and he shall speak unto them all that I shall command him.***

This Prophecy fits Muhammed (saw) like a glove, and it fits no one else. Allah is saying that He will send a prophet like Moses. Now who was the Prophet that resembles Moses the Moses? Christians claim that this is talking about Jesus. Let's see.

1. Moses had parents, Muhammed (saw) had parents, while Isa only had a mother
2. Moses and Muhammed (saw) had children, while Isa never had children.
3. Moses was born in a natural way, Muhammed (Saw) was born in a natural way, but the birth of Isa (as) was a miracle.
4. Moses and Muhammed (saw) were accepted by their nations, while Isa was rejected. It says in the Bible: *He Jesus, came unto his own, but his own received him not*
5. Moses and Muhammed (saw) were kings or rulers on Earth, they had the power to inflict capital punishment. We know in our shari'a that only the sultan can enforce the hudood. It cannot be enforced by a scholar or any other Muslim. Both Muhammed (saw) and Musa (as) had power. But when a case of a crime was brought to isa (as), he refused to inflict punishment, he said, *John (18:36)"My kingdom is not of this world."*
6. Muhammed (saw) came with a new law, the law of Quran. Musa (as ) came with new law and that is law of the Torah, while Isa (as) came to follow the law of Musa (as). He says*:, " I came to follow the law, dot by dot, dot by dot, letter by letter."* He also said in Mathew (5:17-18): *"Seek not that I am come to destroy the law or the Prophets. I am not come to destroy but to fulfill, for verily I say unto you till heaven and earth pass one title shall in no wise pass* away, *one jot or one tittle will by no means pass from the law till all is fulfilled.*
7. Musa (as ) has lead his people for hijrah in a mass exodus out of Egypt to the holy land, Muhammed (saw) too has made his people do hijrah, and Isa (as) has never made hijrah. One of the most important events in the history of Rusool Allah (saw) was hijrah; it was the beginning of our calendar, which was when we start counting history from. The hijrah of the Jews out of Egypt is also a very important event; in fact many of their celebrations are based on the hijrah.
8. Both Musa (as) and Muhammed (saw) were victorious against their enemies. Moses won against Pharaoh, and Muhammed (saw) won against those who fought him. Isa (as) had never won in the worldly sense, in fact the Christians believe that he was killed.
9. Musa (as) and Muhammed (saw) died a natural death, the Christian belief that Jesus was killed, while Muslims believe that Isa (as) was elevated, but either way it was not a natural death.
10. Musa (as) and Muhammed (saw) are buried in the ground. While the Christians believe Jesus was buried and then resurrected, while the Muslims believe he was never buried to start with.
11. We can use a belief of the Christians to prove them wrong, They Christians believe that Isa (as) was like Moses (as) and they also claim that Isa (as) is god, so how can a prophet and god be like each other? While the Muslims say Muhammed (saw) was a prophet.
12. Muhammed (saw) became a prophet at the age of 40, and the Bible states that Moses (as) became a prophet at the age of 40. The Bible states that Isa (as) became a prophet at the age of 30.
13. Christians claim that Jesus was resurrected after his death, while none of the followers of Muhammed (saw) and of Moses (as) believed that they were resurrected.

Therefore Muhammed (saw) was like Moses (as). No one after Moses (as) resembled him more than Muhammed (saw). Now we have determined that this prophecy of Moses (as) did not apply to Isa (as). Could it be referring to

someone else from the jews? Since Moses (as) was talking to the Jews. No it cannot be anyone from the Jews. It says in ***the Book of Deuteronomy (34:10): And there arose not a prophet since in Israel like unto Moses***

This statement makes it clear that no one from Bani Israel will be similar to Moses (as). None of the prophets of Bani Israel were comparable to Moses. So who is it? The prophecy says, '*prophet from among their brethren... '*, so in the prophecy itself it excludes the Jews. The brethren of the Jews are the Arabs, the Children of Ismael. The prophecy goes on to say, ***'and will put my words in his mouth…'*** , in other words this prophet will not be speaking of his own, but he will be speaking the words that will be put in his mouth. This exactly fits the situation of Muhammed (saw). Allah says in SURAH AN-NAJM (53:3)

وَمَا يَنطِقُ عَنِ ٱلْهَوَىٰٓ ٣

***Nor does he speak from (his own) inclination***

Muhammed (saw) spoke the words which were put in his mouth by Allah via Jibrael (as). The bible is different, Christians claim that the Bible was inspired by God, but the words are the words of men. They admit that the Bible has many authors; the books are named after these authors.

The final part of the prophecy states that*, **"and he shall speak unto them all that I shall command him."*** Meaning he will not withhold any information. Allah says in the Quran in SURAH AL-MAIDAH (5:67)

۞ يَٰٓأَيُّهَا ٱلرَّسُولُ بَلِّغْ مَآ أُنزِلَ إِلَيْكَ مِن رَّبِّكَ ۖ وَإِن لَّمْ تَفْعَلْ فَمَا بَلَّغْتَ
رِسَالَتَهُۥ ۚ وَٱللَّهُ يَعْصِمُكَ مِنَ ٱلنَّاسِ ۗ إِنَّ ٱللَّهَ لَا يَهْدِى ٱلْقَوْمَ ٱلْكَٰفِرِينَ ٦٧

***O Messenger, announce that which has been revealed to you from your Lord, and if you do not, then you have not conveyed His message. And Allah will protect you from the people. Indeed, Allah does not guide the disbelieving people.***

So if Muhammed (saw) had withheld even one word from the people, then Muhammed (saw) would not have fulfilled his role. He (saw) delivered everything he received, even if the verse was criticizing an action of his, like for example in SURAH ABASA when Rusool Allah (saw) ingnored a blind man while he was talking to a noble man of the Quraish.

عَبَسَ وَتَوَلَّىٰٓ ۝١

***The Prophet frowned and turned away***

Another example of such a verse was in SURAH AT-TAHREM (66:1)

يَـٰٓأَيُّهَا ٱلنَّبِىُّ لِمَ تُحَرِّمُ مَآ أَحَلَّ ٱللَّهُ لَكَ ۖ تَبْتَغِى مَرْضَاتَ أَزْوَٰجِكَ ۚ وَٱللَّهُ غَفُورٌ رَّحِيمٌ ۝١

***Prophet, why do you prohibit [yourself from] what Allah has made lawful for you, seeking the approval of your wives? And Allah is Forgiving and Merciful.***

We find another prophecy in ***ISIAH (29:11-18)***

Section of these verses says, ***"And the book is delivered to him that is not learnt, saying'read this' and he says, 'I am not leared…'"*** This is obviously talking about Muhammed (saw). Muhammed (saw) was unlettered, and he gave the exact same response to Jibrael (as) in his first encounter with revelation. The Bible talks about the major events of the life of the last Prophet, and this indeed was a major event of the life of Muhammed (saw).

Going back to the prophecy, the first verses revealed in the Quran were in SURAH AL-ALAQ (96:1)

ٱقْرَأْ بِٱسْمِ رَبِّكَ ٱلَّذِى خَلَقَ ۝١

***Recite in the name of your Lord who created -***

خَلَقَ ٱلْإِنسَـٰنَ مِنْ عَلَقٍ ۝٢

***Created man from a clinging substance.***

ٱقۡرَأۡ وَرَبُّكَ ٱلۡأَكۡرَمُ ٣

***Recite, and your Lord is the most Generous –***

ٱلَّذِى عَلَّمَ بِٱلۡقَلَمِ ٤

***Who taught by the pen***

عَلَّمَ ٱلۡإِنسَٰنَ مَا لَمۡ يَعۡلَمۡ ٥

***Taught man that which he knew not***

What is more interesting is that, if you go back to the original language, Hebrew, of the bible, the word 'read' is 'qara'. So it is the exact same word as Arabic. The prophecy continues… before the time of this man who will receive the book (Muhammed saw), the people would be forsaking the words of God for 'the precept of men.' That is exactly what happened, Jesus (pbuh) came to confirm the religion of Musa (as) and then they had St. Paul coming in and telling the people other wise. Jesus (pbuh) told the people to circumcise, Paul says that you don't have to circumcise. Jesus says, 'I came to fulfill the law letter by letter, dot by dot, word by word.' Paul said no you do not have to fulfill the law. So they left the law of God, for the law of man, this was the fulfillment of the prophecy.

This hjirah also mentioned in the Bible in ***Book of Habakkuk (3:3): "God came from Teman, and the Holy One from mount Paran. Selah. His glory covered the heavens, and the earth was full of his praise."***

So it mentions two locations 'Teman' and 'Paran'. Teman is according to the Hasting's dictionary of the Bible, is an oasis just north of Medina. So Teman stands for Medina. Paran is the main of Mecca, this is because the Bible says Hajar and Ismael were left in Paran, and obviously we know that Hajar and Ismael were left in Mecca.

This means that the verse is saying God came from Medina, and the Holy one coming from Mount Paran, which is Mecca. Where did Islam spread from? Islam spread from Medina not Mecca. When Rusool Allah (saw) was making dawah in Mecca, Islam was contained, the Muslims were very few. Rusool Allah (saw) left Mecca because of the restrictions there; he wasn't able to spread Islam. So God came from Teman, means the guidance of Allah came from Medina.

The verse says, the Holy one came from Paran, the Holy one is Muhammed (saw), who came from Mecca. Then it says, his glory covered the heavens and the Earth was full of his praise. Muhammed's (saw) name means praise, and the earth today is full of his praise, this cannot fit anyone more than Muhammad (saw), because no person in history is praised as much as Muhammed (saw) is praised. So this prophecy fits Muhammed (saw) perfectly. Muhammed (saw) made hijrah to Medina, and that is from where Islam spread and the world is full of his (saw) praise.

In ***Book of Deuteronomy (18:21): "And if thou say in thine heart, How shall we know the word which the LORD hath not spoken?"***

So here the Bible is giving the test to know whether a man is speaking on behalf from God or not. It tells how to distinguish a liar from one who is telling the truth. It goes on to say…

(***18:22): "When a prophet speaketh in the name of the LORD, if the thing follow not, nor come to pass, that is the thing which the LORD hath not spoken, but the prophet hath spoken it presumptuously: thou shalt not be afraid of him."***

If a prophet says something and claims that this is coming from Allah, and that statement does not come true, then those words are not spoken by the Prophet, therefore everything a prophet says will happen.  We find many scientific verses in the Quran which are proved to be true by modern science. This shows the truth of Al-Quran. There might have been scientific verses in the books prior to the Quran which proved to be correct but you would also find errors in other verses of those books. This is because they are written by man. Quran has not error, no contradictions.

***In Book of Isaiah (21:7): "And he saw a chariot with a couple of horsemen, a chariot of asses, and a chariot of camels; and he hearkened diligently with much heed"***

Christians say that the 'chariot of asses' is Isa (as) because he was the one who would ride a donkey. Who was the prophet, who would ride a camel? Is there any other Prophet, who was known to ride a camel other than Muhammed (saw)? This is a prophecy that is talking about Jesus (as) and Muhammed (saw). It continues to say…

***Isaiah (21:9): "And, behold, here cometh a chariot of men, with a couple of horsemen. And he answered and said, Babylon is fallen, is fallen; and all the graven images of her gods he hath broken unto the ground."***

Where is Babylon? In present day Iraq, the prophecy is saying that this army will destroy all the false gods of Babylon and will erase all of the images therein. Which army would go into Iraq? The only army which fits this

description is the army of Umer bin Khattab (ra) that was sent to Iraq and they had eliminated the false gods therein. Another fulfilled prophecy.

Hijrah mentioned in ***Isaiah (21:14): "The inhabitants of the land of Tema brought water to him that was thirsty, they prevented with their bread him that fled."***

***(21:15): "For they fled from the swords, from the drawn sword, and from the bent bow, and from the grievousness of war."***

Muhammd (saw) and other Muslims made hijrah and the Ansar supported them with their bread. This verse is talking about the brotherhood of the muhajireen and theAnsar.

***Book of Isaiah (21:16): "For thus hath the LORD said unto me, Within a year, according to the years of an hireling, and all the glory of Kedar shall fail"***

***Isaiah (21:17): "And the residue of the number of archers, the mighty men of the children of Kedar, shall be diminished: for the LORD God of Israel hath spoken it."***

Who is Kedar? Let's let the Bible speak for itself. It states in ***Genesis (25:13) : And these were the names of the sons of Ishmael, by their names, according to their generations: The firstborn of Ishmael, Nebajoth; then Kedar, Adbeel, Mibsam***

So Kedar is one of the sons of Ismael (as), in the bible when it talks about the princes of Kedar, it talks about the arabs. The people of Quraish are descendants of Kedar. Let's go back to the prophecy Isaiah (21:16-17). What is the prophecy talking about? We just spoke about hijrah in verses Isaiah (21:14-15). What is the event that happened one year after hijrah? Notice it says that the glory of Kedar will fail. Meaning the Quraish and the residue of archers will be killed, or killed. This is referring to the Battle of Badr. The battle of Badr occurred in the second year of hijrah. In the battle of badr, all of the most brutal leaders of Quraish were killed; Abu Jahl, Umayya bin Khalaf, Uqba bin Abi Muaith and more.

***Isaiah (11:1) There shall come forth a Rod from the stem of Jesse,***
***And a Branch shall grow out of his roots.***

***(11:2) The Spirit of the LORD shall rest upon Him,***
***The Spirit of wisdom and understanding,***
***The Spirit of counsel and might,***
***The Spirit of knowledge and of the fear of the LORD.***

Who is Jesse? According to the biblical encyclopedia: "Jesse is Ismael, the changes which proper names undergo in the mouths of small children account of a large number of these particular abbreviations."

For example, who could guess that the names; Bob and Dick arose out of Robert and Richard? Anyway Jesse stands for Ismael. So if we read the two verses by replacing Ismael with Jesse, then this prophecy would fit perfectly for none other than Muhammed (saw).

***Deuteronomy (33:1)***

***Now this is the blessing with which Moses the man of God blessed the children of Israel before his death.***

***(33:2) And he said:***

***"The LORD came from Sinai,***
***And dawned on them from Seir;***
***He shone forth from Mount Paran,***
***And He came with ten thousands of saints;***
***From His right hand***
***Came a fiery law for them..."***

So now Musa (as) is speaking to the children of Israel before his death, he is giving them a prophecy. He's saying that the Lord came from Sinai. Sinai is where the message of Musa came from. So this is referring to himself. Seir is for the message of Isa, Seir is this place of mountains in Palestine. Where Isa (as0 lived, Mount Paran is Mecca, so it is talking about Muhammed (saw). This is is similar to Surah AT-TIN (95:1-4)

***By the fig and the olive :*** A tin is figs, figs is associated with Palestine, and olive is referring to Musa (as) and Isa (as).

***And [by] Mount Sinai:*** This is again referring to the message of Musa (as) and Isa (as).

***And [by] this secure city [Makkah], :*** The city of Mecca, meaning Muhammed (saw).

***We have certainly created man in the best of stature;***

With this prophecy Musa (as) is talking about his message which was the beginning of dawah and how Isa (as) will carry it further. But then it will ***'shone forth'***, meaning rise from Mecca. The fulfillment of this message will be from Mecca. It goes on to say, ***'And He came with ten thousands of saints'***, who are these 10,000 saints? They are As Sahabah (ra), when they opened Mecca. Fath e Mecca was done by 10,000 of Rusool Allah's (saw) companions. 'Right Hand' stands for truth, justice, and strength, so the prophecy states that: ***"From His right hand Came a fiery law for them…"***

Rusool Allah (saw) is also referred to as the 'Comforter' in the Bible

***In John (16:7-16), it states***

***7. Nevertheless I tell you the truth; It is expedient for you that I go away: for if I go not away, the Comforter will not come unto you; but if I depart, I will send him unto you.***
***8. And when he is come, he will reprove the world of sin, and of righteousness, and of judgment:***
***9. Of sin, because they believe not on me;***
***10. Of righteousness, because I go to my Father, and ye see me no more;***
***11. Of judgment, because the prince of this world is judged.***
***12. I have yet many things to say unto you, but ye cannot bear them now.***
***13. Howbeit when he, the Spirit of truth, is come, he will guide you into all truth: for he shall not speak of himself; but whatsoever he shall hear, that shall he speak: and he will shew you things to come.***
***14. He shall glorify me: for he shall receive of mine, and shall shew it unto you.***
***15. All things that the Father hath are mine: therefore said I, that he shall take of mine, and shall shew it unto you.***
***16. A little while, and ye shall not see me: and again, a little while, and ye shall see me, because I go to the Father.***

These were some of the places in the bible which talk about Muhammed (saw).

Rusool Allah (Saw) used to spend long periods of time in ghar e hira, one day he was visited by the angel Jibrael (as). Jibrael (as) came to Muhammad (saw) in his angelic form and not in the form of a man as he did at times. In the hadith of Jibrael (as) narrated by Umer bin Khattab, he says, “A man with very dark hair and very bright white clothes and we didn’t even see any traces of travel on him.” So he has come in the form of a man but in this particular situation Jibrael (as) came in the form of an angel, and that happened twice.

Jibrael (as) came to Muhammad (saw) and told him, “Iqra” … recite. The word iqra has two meanings, one of them is read and the other is recite. In this situation it means ‘recite’. Muhammad (saw) responded and said, “I cannot read”. Jibrael (as) grabbed Muhammed (saw) and squeezed him and then he released Muhammad (saw) and said, “Iqra”. Muhammad (saw) responded again, “I cannot read”. So Jibrael (as) held him a second time and pressed him hard again and said “Iqra”. This happened three times until Jibrael (as) eventually recited the first verses of the Quran, Surah Al-Alaq [96:1,2,3,4,5]

ٱقۡرَأۡ بِٱسۡمِ رَبِّكَ ٱلَّذِي خَلَقَ ١

خَلَقَ ٱلۡإِنسَٰنَ مِنۡ عَلَقٍ ٢

ٱقۡرَأۡ وَرَبُّكَ ٱلۡأَكۡرَمُ ٣

ٱلَّذِي عَلَّمَ بِٱلۡقَلَمِ ٤

عَلَّمَ ٱلۡإِنسَٰنَ مَا لَمۡ يَعۡلَمۡ ٥

*Recite in the name of your Lord who created (1) Created man from a clinging substance(2)* ***Recite, and your Lord is the most Generous (3)****-Who taught by the pen (4)Taught man that which he knew not(5)*

This was the first encounter between Rusool Allah (saw) and angel Jibrael (as). The messenger of Allah was terrified by that incident. He went back home and he immediately went to his wife Khadija and said, “Wrap me in a garment! Wrap me in a garment!” Rusool Allah (saw) was shivering, he was feeling cold so he was asking his wife to wrap him up. Rusool Allah (saw) was afraid because of what happened, also because Rusool Allah (saw) disliked anything that had to do with gin and spirits or sorcery. He was afraid that what happened to him is similar to what happens to sorcerers. Muhammad (saw) explained the incident to his wife, Khadija (ra). She responded and said, “No, Allah (swt) will never forsake you, because of your righteousness; you support the needy, you help the poor, you are generous towards the guests. What happened to you cannot be from satan.” Thus because of the prior conduct of Muhammad (saw), Khadija (ra) knew that Allah (swt) would protect him.

Then Khadija (ra) took Rusool Allah (saw) to her uncle and in some narrations it is her cousin, Waraqa bin Nufail. Waraqa was a man who became Christian, he was a lettered person, and he had scrolls from the Bible from which he would study. Waraqa asked Muhammad (saw) to narrate the entire event. Waraqa responded and said that,

"This is the Greatest Angel, Jibrael, who descended on Musa." Waraqa bin Nufail immediately knew that this is the angel Jibrael and that he had revealed on to Muhammad (saw) a revelation similar to what was given to Musa (as). And we can see that Waraqa made a coalition to Muhammad (saw) and Musa (as), back to what we were saying. And then Waraqa bin Nufail said something interesting, he said, "And I wish that I was young, when your people will drive you out of your land." This was a surprise to Rusool Allah (saw), he said, "They will drive me out of my land? How could that happen?" Rusool Allah (saw) had every right to question what Waraqa was saying because Muhammad (saw) was the most beloved and admired man in Mecca. Muhammad (saw) belonged to the noblest family in Mecca, Banu Hashim, he was in no quarrels with the people to give them any reason to drive him out of Mecca and lastly the kind of culture he was living in, it was unacceptable to drive someone out of his own land. In the tribal societies, the only way to survive in the harsh environment of the desert was to hold on together, hence there was extremely loyalty within the tribes.

Anyway Waraqa bin Nufail responded to Rusool Allah (saw), he said, "Anyone who has presented to his people with something similar to this, they would drive him out of his land, they would take him as an enemy." Waraqa was a wise man who studied history; he knew exactly what happens when truth and falsehood collide. He knew that even though Muhammad (saw) was admired by his people, but because he will call them to Islam, this is what will happen to him. What Waraqa bin Nufail said turned out to be true. These words of Waraqa were an early warning to Muhammad (saw), for what was coming ahead; that it will not be easy…

We talked about the first verses of the Quran and that the first words given to Muhammad (saw) was 'iqra'. What does that mean for us? It means that the Muslims… we are an ummah that reads, studies, an ummah that learns. This one word had changed an entire illiterate society and made them the scholars of the world. At that time the followers of Muhammad (saw) were illiterate but these words inspired them to learn, and within a very short time the Muslim ummah became the most educated, scholarly nation on the face of the earth. The number of scholars that this ummah has produced is unsurpassed. When you look at the quality of these scholars, you find uniqueness; they don't resemble the scholars from any other nation.

Take for example the memory of Al-Bukhari; his ability to memorize over a quarter of a million hadith, or Shafi who said that when I open a book I have to cover one page, because I memorize everything and I don't want the information on the two pages to mix; photographic memory. Or the scholar Al-Wafa bin Aqeel, who wrote an encyclopedia of 300 volumes. Unfortunately it didn't survive; the original copy was in the library of Baghdad which was sacked. It was the power of the word 'iqra' which brought this change in the ummah.

Now with Rusool Allah (saw) the situation was different. Rusool Allah (saw) did not learn how to read and write. For him the word meant 'recite'… to recite and repeat the words of Allah (swt), for us it means that we have to learn how to read and write. Why? Because Allah (swt) wanted to Rusool Allah (saw) to be illiterate, it was part of the decree of Allah Zaujal. Allah (swt) says in Surah Ankabut (29:48)

> ***And you did not recite before it any scripture, nor did you inscribe one with your right hand. Otherwise the falsifiers would have had [cause for] doubt.***

So Allah (swt) says that Muhammad saw did not learn any scripture before Quran, and he did not have the ability to read and write. So Rusool Allah (saw) was illiterate. Now why would Muhammad (saw) have to learn to read and write after Islam, what purpose would it serve? For us reading is our key to knowledge, but Muhammad (saw) was being taught by Jibrael (as). There is nothing that books would offer Rusool Allah (Saw) when he is receiving the knowledge directly from Allah. So 'iqra' means 'recite' in his case, but for us it means 'read'. Allah makes a promise is Surah Qalam:

نٓ وَٱلْقَلَمِ وَمَا يَسْطُرُونَ ۝١

***Nun. By the pen and what they inscribe,***

When Allah (swt) makes an oath of something that means it is important. So Allah made an oath in the name of the pen, and it is mentioned that in the battle of Badr, the unbelievers who were the prisoners of war were offered freedom if they taught ten believers how to read and write, so that was the importance that Islam gave to knowledge. We are an ummah of knowledge, scholarships but unfortunately today we are lagging behind in our duty. If we don't have an interest in studying then the least we can do is to make sure that our children don't inherit this. There was a study done on children who love to read and those who don't, they were trying to find the difference in upbringing between them to find out why some love to read and some don't. They found some common characteristics among the children who love to read, they are ;

1 There parents are people who love reading. The early years of development in the child is the process of imitation, so when the child sees his parent with a book he/she will automatically start playing with books and magazines even though he/she isn't able to read yet. The child would love to imitate. So in your house infront of your children you should read, so you can give them a good example.

2 They grow up in a print rich environment, a house which has many books, or a library. So they have access to book.

3 They have their own a library.

4 There parents will often take them to bookstores

5 These are children who watch little or no tv

These are some useful tips for parents. Now we've been talking about developing the skill of reading, however this doesn't mean you read everything. There are some forms of reading which might be harmful in the early stages of development. Once in the early days of Medina Rusool Allah (saw) saw Umer bin Khattab reading some scrolls of Torah. Rusool Allah (saw) became so angry that his face became red and he (saw) criticized Umer bin Khattab (ra) for reading from the Torah, but that wasn't a permanent ban. It was only in the early years until the Muslims developed solid foundation, and then later on that order was abrogated. Rusool Allah (saw) said, "I have prohibited you from reading the stories of Bani Israel but now I am allowing you to read it however don't believe in it, and don't disbelieve in it." In other words there might be many statements which have no verification via the Quran or hadith then we should not believe in it or reject it.

In any curriculum you need to burden the student only as much as it can absorb. Rusool Allah (saw) knew that Torah would be detrimental for their early education process. Ibn Masood (ra) says "if you speak to the people something they cannot comprehend, it might be a fitna for some of them." So not any type of reading is beneficial, we should waste our time and energy on comics or fiction books. In Islam we know that some knowledge is beneficial and some isn't. Rusool Allah (saw) would often make the dua, "Oh Allah indeed I ask you for beneficial knowledge, and I seek refuge in You from knowledge that doesn't."

We also know this from Surah Baqarah, when the two angels came down to teach the people magic; Harut wa Marut. The angels were teaching them magic. So this was about the first verses revealed to Muhammad (saw).

Ibn ul Qayyam talks about the types of revelations. Ibn ul Qayyam is a fascinating scholar, he was the most famous of the students of Ibn Thamiya. Ibn ul Qayyam says that the first category of revelation is the period of true vision. This was the way Muhammad (saw) started receiving revelation. For six months before receiving the

revelation, Rusool Allah (saw) used to frequently see dreams. He (saw) would see a dream in the nighttime and he (saw) would see the fulfillment of the dream during the day time. This went on for six months!

FIRST TYPE OF REVELATION

Rusool Allah (Saw) says about dreams that the true dream is one out of 46 parts of Prophet hood. Rusool Allah (saw) saw these dreams for 6 months, and Rusool Allah (saw) Prophet hood was for 23 years. The ratio of 6 months to 23years is 1:46. Dream is something even the believer could see not only the Prophets, but the difference is that in the case of the Prophets, dreams are a form of revelation. With us, Rusool Allah (saw) told us that we have three types of dreams;

1. A true dream- this is a dream that will occur as it was seen, or it will be interpreted.\
2. Dream from Shaita – Rusool Allah (saw) says, “it is a dream from Shaitan and he wants to inflict harm on you.” Rusool Allah (saw) says, “If you ever see such a dream then seek refuge in Allah from Shaitan and don’t tell that dream to anyone.” Why? Because that is what Shaitan wants to happen, he wants us to get worried and roam around telling people. Rusool Allah (saw) told us to not tell anyone, and forget about it.
3. You think about something in the daytime and you dream about it at night – So its something that we think of frequently then we dream of it.

SECOND TYPE OF REVELATION

It is when the angels inspire Rusool Allah (saw) but Jibrael does not appear in front of Muhammad (saw). An example of this is when Rusool (saw) said, “The noble spirit (Jibrael) revealed to me, ‘no sole will perish until it exhausts its due course, so fear Allah and gently request Him, never get so impatient to the words of disobedience of Allah. What Allah has can never be acquired through obedience to Him.’”

THIRD TYPE OF REVELATION

This is when the angel appeared in front of Muhammad (saw) in the physical form of a human being. The example of this would be hadith Jibrael. When Jibrael (as) came in the form of a man. He (as) was seen by Muhammad (saw) and the other companions.

FOURTH TYPE OF REVELATION:

Angel came to him like the tall of a bell and this was the most difficult form because the angel used to seize Muhammad (Saw) tightly, making him sweat even on the coldest day. Jibrael (as) would descend on Muhammad (Saw) thus was making him feel the weight. Muhammad (Saw) would hear the voice of a ringing bell, and that might be the vibration of the wings of Jibrael (as). There is this hadith that says, “When Allah swt reveals His command, the angels have got so much khushoo, they start shaking their wings, and the sound of the moving of the wings is like dragging a chain over a rock bed.”

When Jibrael would come to Rusool (saw) in this form, the weight of Muhammad (saw) would increase. And if Muhammad (saw) is riding a camel at that time then the camel would be forced to get down on its knees because of the extreme weight. Zaid ibn Haritha said, “I felt the weight of the knee of Rusool Allah (saw) which was almost going to crush my thigh.” What actually is so heavy, are the words of Quran.

FIFTH TYPE OF REVELATION

When the angel appeared in its original form, this happened twice and is mentioned in Surah Najm (53:13)(53:14)

وَلَقَدْ رَءَاهُ نَزْلَةً أُخْرَىٰ ﴿١٣﴾

*And he certainly saw him in another descent (13) At the Lote Tree of the Utmost Boundary (14)*

Jibrael (as) in his original form had wings that would cover the horizon, infact Rusool Allah (saw) said that, “Where ever he would look, he would see the wings of Jibrael in front of him.”

FINAL TYPE OF REVELATION

Allah (swt) would speak to Muhammad (saw) directly, with out any intermediary. This occurred in AL-Mairaj. This was the same type that used to happen with Musa (as). So these were the types of revelation.

Rusool Allah (saw) was initially instructed to keep the message private; he was only to invite his very close associates. The first person to believe was Khadija (ra). Lets talk about Khadija (ra). What made her special? How come she was one of the greatest women who ever lived? Was it her career? Her Knowledge? What made her among the four greatest women; Khadija (ra), Fatima (ra), Mariam (ra), and Asiya (ra)?

The things that are common between all these women:

1. All of the four had a solid spiritual heart, their emaan was powerful. Their faith in Allah reached the level of conviction. They reached such a state where nothing can bring doubt to the heart. Their hearts had absorbed emaan to a level where it makes their emaan unshakeable. They had more yaqeen in what they believed rather than what they saw or heard.

   For example Asiya (ra), the wife of Pharaoh had all what a worldly lady would want; wealth, servants, power, a rich and popular husband. She was willing to give up all of this for the sake of Allah. Allah (swt) had given her the best place to live on Earth, but she said that she wants a house in Jannah! Surah At-Tahrem (66:11)

   وَضَرَبَ ٱللَّهُ مَثَلًا لِّلَّذِينَ ءَامَنُوا۟ ٱمْرَأَتَ فِرْعَوْنَ إِذْ قَالَتْ رَبِّ ٱبْنِ لِى
   عِندَكَ بَيْتًا فِى ٱلْجَنَّةِ وَنَجِّنِى مِن فِرْعَوْنَ وَعَمَلِهِۦ وَنَجِّنِى مِنَ ٱلْقَوْمِ
   ٱلظَّٰلِمِينَ ﴿١١﴾

   *And Allah presents an example of those who believed: the wife of Pharaoh, when she said, "My Lord, build for me near You a house in Paradise and save me from Pharaoh and his deeds and save me from the wrongdoing people."*

   Asiya (ra) did not want the wealth of this World. She also did not want anything to did with Pharaoh and his deeds. This showed the depth of her faith. Now keeping in mind that Asiya (ra) was living in a very evil and corrupt environment, nevertheless she was able to overcome all of her surroundings and attach her heart to Allah. We can say the same about the rest of the women.

2. The second thing common in all four is that all of them were either good wives or good mothers. This is something that might not be taken well by feminists. These four great women were not great because of their activism, career, or their knowledge. Asiya (ra) and Mariam (ra) both raised up two of the greatest Anbiya of Allah Musa (as) and Isa (as) respectively. Khadija (ra) was outstanding because of her support for her husband, Muhammad (Saw). It wasn't because she was a business woman, rather because she was an excellent wife who supported her husband whenever he needed her.

   Fatima (ra) was an exceptional wife too. To give an example; Ali bin Abi Talib heard that Rusool Allah(saw) received some servants, so he and his wife decided that they will ask Rusool (saw) for one servant, because of the tough time that Fatima (ra) went through working at home. When they reached Rusool Allah (saw) wasn't there so they spoke to Aisha (ra), and told her their purpose of coming. They told her of the hardship Fatima (ra) was suffering from work. Rusool Allah (saw) was told by Aisha (ra) so he (saw) went to the house of Ali and Fatima. Ali bin Abi Talib narrated this hadith and he said that, "Rusool Allah (saw) came in and we were already in our bed. As soon as we saw Rusool Allah (Saw) we stood up. Rusool Allah (saw) said, 'remain where you are' (so they remained lying down). Rusool Allah (saw) came and he sat between me and Fatima, so he was touching both of us, in our bed." Rusool Allah (saw) loved Fatima (ra) so much that he once said, "Fatima is part of me, what hurts her, hurts me. And

what pleases her, pleases me." This was his only surviving child, and he loved her dearly, he (saw) wanted the best for his daughter. Rusool Allah (saw) had the ability to give them a servant, but did he do that?

Rusool Allah (saw) said, "I have something better for you than a servant, before you go to bed, say 'SubhanAllah' 33 times, Alhumdulillah 33 times, and Allah u Akbar 33 times. That is better for you than a servant." Rusool Allah (saw) knew she was the daughter of the best of the best. He (saw) knew that Fatima (ra) used to work till her hands became harsh, and the skin on her hands became harsh, nevertheless he preferred to give her this tasbeeh as a gift.

Ali bin Abi Talib later said that, 'Fatima was working so hard, she was using the stone mill until her hands became harsh and rough. She was drawing water out of the well until it left marks on her neck, she would clean the house until her clothes became dirty, and she was cooking until it affected her face.' This was the daughter of the greatest man that ever lived. This is what made her among the four greatest women. In terms of knowledge Aisha (ra) was superior than Khadija (ra) and Fatima (ra), nevertheless Aisha (ra) does not have the same level as Fatima and Khadija (ra).

So Khadija (ra) was the first to believe, and she supported Muhammad (saw) till her last breath. The first slave to become Muslim was Zaid bin Haritha, the first child to become Muslim was Ali bin Abi Talib, and the first free man to become Muslim was Abu Bakr Siddiq (ra). Now there is an old discussion among scholars on who was the first man to become Muslim, some say Abu Bakr (ra) and some would say Ali bin Abi Talib. Ibn Hajar al-Askalani tries to resolve the dispute. He says that the first to accept Islam was Abu Bakr (ra) because Ali bin Abi Talib was never a non-muslim to become a Muslim, he never embraced the religion of people of Mecca, since he was brought up in the house of Prophet hood. Anyhow, let us continue,

Abu Bakr was more beneficial than the people mentioned above because he was a wealthy and a highly respected chief of the Quraish, He was admired for spending his wealth fi sabilillah. Abu Bakr was a prominent member of the society who used all of his resources for the benefit of Islam. He used all of his wealth, knowledge, sources, for the service of Muhammad (saw). He proved to be a missionary for Islam. That is why he was called 'Siddiq', he was the first to believe. Siddiq means the one who believed, people rejected Rusool Allah (saw), Abu Bakr accepted him. It was said that everyone hesitated accepting Islam except Abu Bakr, as soon as it was presented to him, he accepted it. He never gave a second thought about Islam, he was the one who came with all of his wealth, he was the first free man to believe in Muhammad (Saw), he was the one who first believed in Mairaj, he was the one who accompanied Rusool Allah (saw) in the difficult journey of AL-hijrah.

There is a hadith talking about the loyalty of Muhammad (saw) to his earliest followers: Abu Darda narrates that: a feud happened between Abu Bakr and Umar. (These two were the advisors of Muhammad (saw) they were very close to him). Ali bin Abi Talib said, "I would see Rusool Allah (saw) enter with Abu Bakr and Umer, he would leave with Abu Bakr and Umer, he would sit with Abu Bakr and Umer, wherever we would see Rusool Allah (saw) we would see Abu Bakr on one side and Umer on the other." These were his two advisors. But still Rusool Allah (saw) had special loyalty to the ones who were with him from the early days. So this dispute happened between Abu Bakr and Umer, Rusool Allah (saw) said, "Allah sent me to you and all of you said, 'you lie', except Abu Bakr who said, 'you spoke the truth', and he dedicated himself and his fortune to me, will you then leave this friend of mine to me? Will you then leave this friend of mine to me?"

The early stage of dawah in secrecy was over with the verse: Ash-shuara (26:214)

وَأَنذِرْ عَشِيرَتَكَ ٱلْأَقْرَبِينَ ﴿٢١٤﴾

*And warn, [O Muḥammad], your closest kindred.*

This verse was revealed to Muhammad (saw), and after this Muhammad (saw) went out and stood on Mountain of As-Safa and he called out, 'wa subaha!' Wa Subaha is like sounding the alarm, the sirens. This word is used for emergency, when the situation is very critical. So everyone who heard Rusool Allah (saw), ran towards the source of the voice and the ones who could not go sent people who would report back to them. When everyone gathered Rusool Allah (saw) asked them, "If I tell you that there is an army behind this mountain that is about to ambush you, would you believe me?" They said, "We have never heard you lie" Rusool Allah (saw) said, "I am here to warn you of a severe punishment that will befall you if you don't believe." These were the first words that Rusool Allah (saw) chose to tell the Quraish. This was very straight forward and to the point. Muhammad (saw) did that because Allah (swt) told the Anbiya that there duty is 'balaagh mubeen' meaning to convey the message plainly.

This means that your message of Islam should not be confusing, altered, obscured, or sugar-coated. Unfortunately many times we make da'wa we confuse the listener, but Rusool Allah (saw) would not leave any doubts with the listener. The listener would know that if he believed there is Jannah and if they don't then its Hell-fire.

Anyway Rusool Allah (saw) called the people, and they came thinking it was something urgent and important (and it was.) Abu Lahab responded and said, "May evils befall the rest of your day, Is this why you called us?!" Abu Lahab was very upset, he was angry… Why? Because he had to come leaving his work during the official business hours listen to something unimportant according to him. For Abu Lahab leaving work for talk on after life, religion, and spirituality was a waste. He was thinking only materially, since he thought he could have made more money during that time. Abu Lahab was not the only one thinking that, he was speaking on behalf of a lot of people. People don't want to waste time talking about religious matters; they only want to spend their time for things that will benefit them for this World. People are not willing to spend time to know what will save them in their after life. Allah swt revealed the surah Al-Masad (111:1-

تَبَّتْ يَدَآ أَبِى لَهَبٍ وَتَبَّ ﴿١﴾

مَآ أَغْنَىٰ عَنْهُ مَالُهُۥ وَمَا كَسَبَ ﴿٢﴾

*May the hands of Abu Lahab be ruined, and ruined is he (1) His wealth will not avail him or that which he gained (2)*

Allah (swt) says that his wealth will do him no good. The people who rush after wealth in duniya, duniya will do them no good, if they don't live it in the light of Islam. This surah is a miracle of the Quran, because it says that Abu Lahab and his wife are in hell-fire. These ayat were revealed when they were alive, if Abu Lahab and his wife wanted to prove the Quran wrong, they could have become Muslims, but they remained disbelievers till the day they died. This surah talks about an event that didn't happen yet.

CD 9

THE REACTION PART 1

The first verses revealed to Muhammed (saw) were the verses of Surah Alaq (96:1-6)

ٱقۡرَأۡ بِٱسۡمِ رَبِّكَ ٱلَّذِى خَلَقَ ١

خَلَقَ ٱلۡإِنسَٰنَ مِنۡ عَلَقٍ ٢

ٱقۡرَأۡ وَرَبُّكَ ٱلۡأَكۡرَمُ ٣

ٱلَّذِى عَلَّمَ بِٱلۡقَلَمِ ٤

عَلَّمَ ٱلۡإِنسَٰنَ مَا لَمۡ يَعۡلَمۡ ٥

These were the first ayats that were revealed, after this the revelation stopped for a while and the whole initial encounter of Rusool Allah (saw) with revelation and the pause after that was done to make Rusool Allah (saw) love and miss the descending of revelations.

We mentioned that the manner in which the revelation came was that Rusool Allah (saw) was squeezed and the command would be repeated three times. So anyway Rusool Allah (saw) during the pause missed revelation so much, there is a narration in Bukhari that Rusool Allah (saw) missed the revelation so much that he would go to the top of the mountain an attempt suicide.

The ayats that were revealed after Surah Alaq were ayats from Surah Muzzammil and Surah Muddassir. There is a difference in opinion on which was the first, but it is agreed upon that these were the second and third set of ayats, even though we don't know which was second or third.

These ayats formed the manual book for the da'ia, the one who is calling to Islam. We can summarise it in Iqra, Kum, Kum. These were the first ayat to train the early Muslims in da'wah.

ٱقْرَأْ بِٱسْمِ رَبِّكَ ٱلَّذِى خَلَقَ ﴿١﴾

**Iqra:**

خَلَقَ ٱلْإِنسَـٰنَ مِنْ عَلَقٍ ﴿٢﴾

**Qum:**

يَـٰٓأَيُّهَا ٱلْمُزَّمِّلُ ﴿١﴾

قُمِ ٱلَّيْلَ إِلَّا قَلِيلًا ﴿٢﴾

**Qum:**

يَـٰٓأَيُّهَا ٱلْمُدَّثِّرُ ﴿١﴾

قُمْ فَأَنذِرْ ﴿٢﴾

So you have 'Iqra', which is the command to recite and learn, then you have the second verse of Surah Muzzammil, which commands to pray at night, and lastly the second verse of Surah Muddaththir commands to stand up and warn. The first lesson is to learn, study, to gain knowledge in religion. The next step is to apply it to you, and then tell it to others. Ibn Al-Quyyum says, "You don't attain the complete imaan, until you go through the stages of learning and teaching, and propagating the message of Allah zaujal."

So the first stage is 'iqra' only then you can teach 'Qum fu undhir'. Now learning and warning or teaching needs something else to go along with it, and that is 'ibaadah'. Forms of nawaafil that you do like 'qiyaam ul-Layl'. Qiyamm ul'Layl was mandatory on all the early Muslims for a few years, and then that ayat was abrogated for

everyone except Muhammad (saw), he had to pray Qiyam ul-Layl until he died. All these factors; learning, teaching, and worship complement each other. All three assist in building a complete Muslim personality.

The work of propagating and teaching could be draining on the heart, so you have this element of ibaadah, where a person prays to Allah (swt) standing in the middle of the night. This ibaadah softens the heart of the da'I and prepares him/her for the rest of the day. Such things can also be said about 'dhikr'. Ibn Al Quyyum talks about his Shaikh Ibn ul Qaymiah, he says, "Everyday after Salaah Fajr, he would go out to the fields in the outskirts of Damascus, and he would just sit there mentioning the name of Allah, making dhikr until sunrise. So we once asked him why he would do that on a daily basis so Ibn ul Qaymiah said, 'this is my breakfast, if I don't have it my body will fail me. This is food for my soul; it gives me energy for the day. If I don't have my energy for the morning, I am going to be weak for the rest of my day.'

Rusool Allah (saw) was strengthened by this ibaadah of Qiyam ul-Layl, and it was also Allah made this mandatory on the early Muslims, because of the unique circumstances they went through. The difficulties they faced were harsher than other person from the ummah had to face afterwards. That is why they had to go through this intensive training, plus they are the core group. The sahabah (ra) are the foundation on which Islam was built on, so they had to be very strong. This core group which is small in number; less than a hundred, who went through this training, but soon these people became so strong that wherever they were put they had an immediate influence on the people surrounding them. The Ansar became Muslims, on the last half of da'wah of Rusool Allah (saw), but because the muhajireen lived with them in the initial stage, the Ansar learned a lot by their company. So this bond of brotherhood that Muhammed (saw) created helped the Ansar on their religious aspect, while the ansar helped the muhajireen in the financial and social support that they needed. The muhajireen (ra) had this light in them that would eminate and affect the whole surroundings. WE should remember these three words; Iqra, Qum, and Qum.

What was the response of the people of Quraish, to the da'wah of Rusool Allah (saw)?

They responded in various ways at different and stages, but these are the different responses that the people of Quraish showed to Muhammed (saw).

1. Mockery
2. Insulting and harming the Messenger (saw)
3. accusations or character assassinations
4. deforming or defaming the message
5. bargaining or negotiating with Rusool Allah (saw)
6. Temptations
7. Setting challenges
8. putting Muhammed (saw) under pressure
9. jealousy and hatred
10. persecution
11. assassination attempts

Let’s begin with the first one. Allah (swt) says in Surah Al-Furqan (25:41)

وَإِذَا رَأَوْكَ إِن يَتَّخِذُونَكَ إِلَّا هُزُوًا أَهَٰذَا ٱلَّذِى بَعَثَ ٱللَّهُ رَسُولًا ﴿٤١﴾

***And when they see you, [O Muhammad], they take you not except in ridicule, [saying], "Is this the one whom Allah has sent as a messenger?***

1. So they would say that: Didn’t Allah have anyone better to send as a Messenger? They would make fun of Rusool Allah (saw) and mock him. Even though Rusool Allah (saw) belonged to the noblest family and he had the most outstanding character in Quraish, they made fun of him because he (saw) was not the wealthiest or most the powerful. People are attracted to the ones who wealth or the ones who have power. When the Bani Israel went to their Prophet (as) and said, ‘We want you to appoint a king over us, so that we could fight Jihad.’ The king appointed Talut, ads their leader. Bani Israel refused to accept him, because Talut wasn’t wealthy, and they thought there are people more prominent among them fit to be king.

When Rasool (saw) went to At-Taif, one of the men told Muhammed (saw), “Didn’t Allah find someone better than you as a Prophet?” So they would mock Muhammed (saw).

2. People of Quraish would insult and harm Muhammed (saw). In Sahih Muslim, Abu Huraira narrates:

Abu Jahl came to some of the leaders of The Quraish who were sitting next to Al-Kaaba and told them, ‘Are you allowing Muhammed to rub his face in the dirt? If I see him do that, I will trample over his neck and I will rub his face in the dirt.’ Muhammed (saw) did come and started to pray, so Abu Jahl started to go to fulfill his threat. So he walked upto Muhammed (saw), and Muhammed (saw) was in sujood. Suddenly they saw Abu Jahl falling back and he was waving with his hand, like someone was trying to oppose danger that was about to befall him. Abu Jahl came back and they asked what happened. He said, “What do you mean what happened? Didn’t you see what happened?” They said, ‘We didn’t, there was nothing, all what we saw is you falling on your back and waving your hands.’ Abu Jahl said, “There was a trench infront of me and there was fire and wind and terror.” Rusool Allah (saw) said, “Those were the angels, if he would have ccome any closer to me, they would have torn him into pieces.”

Uqba bin Abi Muit one day came to Rasool Allah (saw) next to Al-Kaaba, and he grabbed his clothes and started wrapping them around the neck of Rusool Allah (saw) trying to choke him. Abu Bakr (ra) stepped in and pushed Uqba bin Abi Muait away and he said, “Do you want to kill a man just because he says, ‘My Lord is Allah’?”

Now some people don’t mind being hurt, insulted, or humiliated by others. They aren’t sensitive at all, but the anbiya of Allah were very sensitive, since they all had great dignity, and were respectable people. Rusool Allah (saw) used to get very hurt, but he would just ignore. He would not respond or fight, he would just go on with his work.

Another incident narrated by Bukhari is that Rusool Allah (Saw) was praying next to Al-Kaaba, and Abu Jahl came to the leaders of Quraish who were also sitting next to Al Kaaba. He told them, "So and so has slaughtered a camel, who will go and pick up the contents of the abdomen of the camel and dump it on Muhammad during salah?" The most evil among them Uqba bin Abi Muit, took the challenge, he went and grabbed the insides of the camel and came. He waited till Rusool Allah (saw) got into the position of sujood, then when he did, he dumped it over him. Rusool Allah (saw) continued with his sujood, as if nothing happened, and then his daughter Fatima (ra) saw this. She ran upto him and started picking all of the dirt of the shoulders of her father. When Rusool Allah (Saw) finished his salah, he made a dua publicly infront of the people of Quraish. He said, "Oh Allah punish Abu Jahl, Utba bin Rabi'a, Shayba bin rabi'a, Al Walid bin Utba, Ummayya bin Khalaf, and Utba bin Abi Muit." Rusool Allah (saw) made dua against 7 people, but these are 6 names, this is because Abdullah bin Masood, the narrator of this hadith said he forgot who the 7th was. Abdullah bin Masood said, "I have seen with my own eyes, all of these men killed in the battle of Badr." That was the fulfillment of his dua.

3. Accusing Muhammad (saw) or character assassination: They used to call him names. Surah (15:6)

وَقَالُوا۟ يَـٰٓأَيُّهَا ٱلَّذِى نُزِّلَ عَلَيْهِ ٱلذِّكْرُ إِنَّكَ لَمَجْنُونٌ ﴿٦﴾

***And they say,"O you upon whom the message has been sent down, indeed you are mad.***

Other than calling him mad, they would call him, magician, liar.. They used whatever slandering term they could possibly use. They wanted the assassinate his character by doing this, they wanted to destroy the message. Allah says in Al- Anam (6:33)

قَدْ نَعْلَمُ إِنَّهُۥ لَيَحْزُنُكَ ٱلَّذِى يَقُولُونَ ۖ فَإِنَّهُمْ لَا يُكَذِّبُونَكَ وَلَـٰكِنَّ
ٱلظَّـٰلِمِينَ بِـَٔايَـٰتِ ٱللَّهِ يَجْحَدُونَ ﴿٣٣﴾

***We know that you, [O Muhammad], are saddened by what they say. And indeed, they do not call you untruthful, but it is the verses of Allah that the wrongdoers reject.***

Allah (swt) is saying that they are not rejecting Muhammad (saw). Deep in their heart they knew that Muhammad (saw) is honest but they simply wanted to reject the message. This takes us back to the words of Waraqa bin Nufail. In the early days, he told Muhammad (saw), "You will be driven out of your land." Rusool Allah (saw) was shocked to hear this, because he knew that he was very much admired and loved my the people of Mecca. But Waraqa said, "Anyone who would present to his people a message similar to yours would be fought."

The market place in Mecca was not only a place for doing business, but they would also have things like poetry or speeches competition. So it was also the cultural center. The best of these poems or speeches would be hung on the wall of Al kaaba, they are called Al Mualluqat, 'The hanged poems'. Rusool Allah (Saw) would enter these market places and speak to the masses. Imam Ahmed narrated that Rabi'a bin Haddad says that, "I saw the messenger of Allah in the market of Zulmajaz, and he was saying, 'O you people say, there is no God but Allah, and you will prosper'" Muhammad (saw) would meet new people and repeat the same message. Rabi'a said, "There was a man following him, and whoever Rusool Allah (Saw) would speak to, this man would go and speak to them and say, 'Don't believe him, he's a liar.'" That man was Abu Lahab. Rabi'a bin Haddad said, "I asked who this man was, they said this is his uncle Abu Lahab." Rabi'a bin haddad wasn't from Mecca.

Imagine how it was so difficult for Muhammad (saw). Whatever Rusool Allah (Saw) would wind up, Abu Lahab would unwind. WE gain encouragement by seeing the fruits of our actions. We have to be rewarded one way or another; otherwise we won't have motivation to go on. In our work, if we have no sort of reward it would be difficult for us to go on. There are forms of reward; financial, recognition, support from leaders or worker. But if everything is against you, it will be impossible to go on. Rusool Allah (saw) and many of the anbiya continued non stop even if they got nothing in return. Nuh (as) for example did da'wa to his people day and night, publicly and privately and he got no response. He saw no fruits of his efforts and he did da'wa for 950 years.

Another example narrated by Bahiqi, right before the season of Hajj, Al Walib bin Mughaira, who was the elder of Quraish at the time, addressed a meeting with the leaders of the community. He told them that, "the season of Hajj is approaching and that the delegation of the Arabs will soon start pouring in. Let's unify our opinion regarding this associate of yours, and let's not contradict each other." Al Walid was saying that since many people will come in Mecca for pilgrimage soon, Muhammad (saw) will approach them, so they wanted to have a unanimous statement on what they would say to the people about Muhammad (saw). They don't think it would make sense if some say he is a liar, some say he is a sooth sayer, some say he is a magician etc.

The people said to Al Walid, "You tell us what you think, we will abide by it." Walid said, "I want to hear from you." People said, "We will say he is a sooth sayer." He said, "No, he is no sooth sayer, i have seen sooth sayers, he doesn't engage in the rhymed mumbling done well they use." They said, "Let's say is crazy, possessed by spirits." Walid said, "He is not crazy, we have seen and known those who are crazy, and he has none of their choking erratic movements and mumbling." So that didnt make sense. They said, "Let's claim he is a poet." Walid said, "No, he is no poet, we know poetry in all its metrical forms and what he speaks is not poetry." Walid in another narration says, "I am the most expert among you in poetry, i know all of it's forms, and Quran is not poetry." They said,

"Let's claim that he is a sorcerer." They said, "No, he is no sorcerer, we have seen sorcerers and their magic and he doesnt do any of their tying and untying."

So basically they mentioned all of their options, and Al-Walid bin Mughaira said, "It won't make sense." They said, "Well, what are we going to say?" Walid thought about it and he said, "By God, there is splendour in what he speaks in essence, he is like a palm tree gives much fruit, all you have been saying will not be believed, the closest thing is for you to say is, this man is a sorcerer who comes between a man and his religion, a man and his father, a man and his brother, a man and his wife, and a man and his tribe." That is when Allah (swt) revealed the ayat in AL-Mudaththir (74:18-25)

إِنَّهُۥ فَكَّرَ وَقَدَّرَ ١٨

فَقُتِلَ كَيْفَ قَدَّرَ ١٩

ثُمَّ قُتِلَ كَيْفَ قَدَّرَ ٢٠

ثُمَّ نَظَرَ ٢١

ثُمَّ عَبَسَ وَبَسَرَ ٢٢

ثُمَّ أَدْبَرَ وَٱسْتَكْبَرَ ٢٣

فَقَالَ إِنْ هَٰذَآ إِلَّا سِحْرٌ يُؤْثَرُ ٢٤

إِنۡ هَٰذَآ إِلَّا قَوۡلُ ٱلۡبَشَرِ ٢٥

***Indeed, he thought and deliberated. (18) So may he be destroyed [for] how he deliberated. (19) Then may he be destroyed [for] how he deliberated (20) Then he considered [again]; (21) Then he frowned and scowled; (22) Then he turned back and was arrogant (23) And said, "This is not but magic imitated [from others]. (24) This is not but the word of a human being." (25)***

4. Deforming the message: An Nadhir bil Haris went to Persia, specifically to learn stories. He would call people and say, “come to me, I have better stories to tell.” He was telling people that Muhammad (saw)’s message is too about stories.. Just fables. Allah (swt) says in Surah Al-Furqan (25: 5)

وَقَالُوٓاْ أَسَٰطِيرُ ٱلۡأَوَّلِينَ ٱكۡتَتَبَهَا فَهِيَ تُمۡلَىٰ عَلَيۡهِ بُكۡرَةٗ وَأَصِيلٗا ٥

***And they say, "Legends of the former peoples which he has written down, and they are dictated to him morning and afternoon."***

So he was saying that what Muhammad (Saw) speaks are just fabricated tales. Who knows what really happened to Musa (as) or with other anbiya of Allah.

5. Bargaining and negotiations: The people of Quraish came to Muhammad (Saw) and said, “Let’s make a deal, we will agree to worship Allah for one day, and you worship our gods for another day.” Rusool Allah (saw) told them that he would never agree to such a thing. They came back to him some time later and they said, “We have a better offer to make, we will worship Allah for a week and you worship our gods for one day.” Muhammad (saw) said, “No.” They came back again thinking it was a better offer, they said, “We will worship Allah for a month, and you give us just one day.” Rusool Allah (Saw) said, “No”. Allah (swt) revealed the ayat, ***“They would wish that you would compromise so that they could compromise with you.”*** Their religion was man-made so they obviously could compromise, they have a choice. But Muhammad (saw) had no choice. Even if they had said give them one day out of a year, and they would worship Allah for a year less one day in return, Muhammad (Saw) could not compromise.

قُلۡ يَٰٓأَيُّهَا ٱلۡكَٰفِرُونَ ١

لَآ أَعۡبُدُ مَا تَعۡبُدُونَ ٢

وَلَآ أَنتُمۡ عَٰبِدُونَ مَآ أَعۡبُدُ ٣

وَلَآ أَنَا۠ عَابِدٞ مَّا عَبَدتُّمۡ ٤

وَلَآ أَنتُمۡ عَٰبِدُونَ مَآ أَعۡبُدُ ٥

لَكُمۡ دِينُكُمۡ وَلِيَ دِينِ ٦

***Say, "O disbelievers, (1) I do not worship what you worship (2) Nor are you worshippers of what I worship (3) Nor will I be a worshipper of what you worship (4) Nor will you be worshippers of what I worship (5) For you is your religion, and for me is my religion."***

They tried many ways of bargaining but it would never work with Muhammad (saw). This aggravated them further, but Muhammad (Saw)'s point was that he is just a messenger, he cannot meddle with Allah's religion.

6. Allurement and temptations and 7. Challenges. The following points out to both, 6 and 7.

Narration by ibn Ishaq, Ibn Abbas (ra) said that, "The leaders from Quraish met next to Al Kaaba. They sent for Muhammad (saw0 to speak with him, they said, "we want to exhaust all different ways, we don't want to give him any excuse.'" They sent someone to call Muhammad (Saw). Ibn Abbas (ra) said, "Muhammad (saw) came rushing.." Why? Because he was hopeful that they might just have had a change in heart and take a softer stance. When he arrived there, they said to him, "Oh Muhammad! We sent for you to reconcile with you." So it started with a nice statement. They said further, "By God, we know of no Arab man as ever brought his people as much trouble as you have. You have revolved the four bearers, criticized the religion, ridiculed the values, cursed the gods, and divided our community. Every unpleasant thing possible you have done to make a rift between you and us."

In another narration they said, "We have never seen a person who has brought so much evil on his people like you have." Then they started to throw out temptations to Muhammad (saw). They said, "O Muhammad, if you are presenting us with this message because you are in need of money, we will collect for you money, until we make

you the wealthiest among us. O Muhammad, if you are coming up with this religion because you are seeking power, we will appoint you as a King over us. O Muhammad, if you are presenting us with this religion because you are desiring women, we will choose for you the best ten women in Quraish, and marry them all to you. O Muhammad, if you are presenting us with this message, because you are obsessed with demons, we will spend whatever is needed to cure you, even if we have to exhaust all of our wealth in the process. Tell us what you want."

Rusool Allah (saw) responded and said, "What you have said, does not apply to me, I have not brought you my message seeking your money nor honor among you, nor sovereignty over you. God has sent me to you as a messenger, He has revealed the document to me and has ordered me to bring you good news and warn you. I have brought you a message from my Lord, and I've given you counsel, if you accept what I have brought to you, then that is for your good on Earth and in the Hereafter. If you reject it, I will await God's decision, until He decides between me and you."

They said to him that, "if you are turning down all of our offers, then you know how narrow our land is, how poor we are, and how difficult our life is. So how about you go to your Lord who has sent you, and you tell Him to move these mountains away, just level them to make some space. And why don't you ask Him to make some rivers flow in Mecca, like the rivers of Syria and Iraq. We want to have rivers like what others have. We also want you to go to your Lord and tell Him to bring back to life some of our forefathers and we want you to bring back to life Qussay bin Kalab, because he was a true Shaikh, and we want to ask him, if what you are saying is true or not. And then Muhammad, if you do that and our forefathers agree to what you say, then we'll follow you."

Muhammad (Saw) responded and said, "This is not why I have been sent, I have only brought you from God what He has sent me with. I have informed you of what I was sent to convey to you, if you accept it then that is your good fortune on Earth and in the Hereafter, if you reject it, I must wait patiently for God's decree and for Him to judge between us."

They continued and they said, "Well, how about if you then ask your Lord, to send down an angel, who will witness to your truth. And also we want you to ask Him, to give us some castles, gardens, treasures of gold and silver and then how about you do this: Why don't you tell Him to fulfill your needs because we see that you are seeking a livelihood just like we are." So they were taunting him that if Muhammad (saw) is so close to God, then how come he (saw) is earning money just like everyone else. So they were telling Muhammad (saw) to prove that Allah is close to him, by asking for wealth.

Again Muhammad (saw) said, "I am not going to do so, I am not going to ask such things of my Lord. That is not why I have been sent to you, God has sent me to announce and warn, if you accept my message then that is your good fortune here on Earth and afterlife. IF you reject it then I must be patient and leave the matter upto God until He decides between myself and you." They said, "Well then fine, ask your Lord to bring down the punishment that you have been promising us." Rusool Allah (saw) said, "That is upto God, if He wishes He will do that to you."They

commented and said, "O Muhammad, doesn't your Lord know these questions that we are asking you? How come He is not helping you give an answer? We know who is teaching you all of this, you are being taught this Quran of yours by a man in Yamama called Ar Rahman and we are never going to believe in that man called Ar- Rahman."

The Quraish had just made up this story of this so called man 'Ar Rahman'. One of them said, "Worship the angels who are God's daughters." Another said, "we will not believe you until you bring us God and the angels before us." They all just mocked at Muhammad (Saw) and insulted him, and then they left. One of them came back to Muhammad (Saw), his name was Abdullah ibn Ummayya. One might think that this man Abdullah ibn Ummayya felt sorry for Muhammad (Saw), and probably wanted to apologize. Abdullah came to Muhammad (saw) and said, "O Muhammad, your people have offered you the best offers, and you turned them down, and then they ask you to perform miracles for them and you refused. They asked you to bring down punishment on them, and you didn't. Now tell you what, I am not going to believe in you until you bring the ladder that goes all the way upto the Heaven and then you climb it while I am watching you. Then you go upto Allah and you ask Him to write down for you a letter stating that you are His prophet and have Him sign it, and then we want that document to come down accompanied by four angles to be witnesses that you are a messenger from God, and you know what, even if you do that I think I am not going to believe you."

This was the environment Rusool Allah (saw) was working in, he was dealing with these types of people. Rusool Allah (saw) went back him regretful at his failure. He had went to meet them with a good expectation that they might just become Muslim. He thought his people changed because of the way he was invited but he was let down.

CD 10

We are continuing with the response of Quraish towards Islam

8. They would try to put Muhammad (saw) under pressure, every way they could. They were consistent and even used Rusool Allah (saw) uncle Abu Talib to build pressure. In this narration Aqeel, son of Abu Talib narrates and says that these people went up to Abu Talib and told him that this nephew of yours is disrupting us in our meetings and in our mosques. Tell him to stay away from us. Abu Talib told Aqeel, ‘Go and call Muhammad for me.” Aqeel said, “I found him in kenas..” Kenas means a very small room or a tent, anyhow Rusool Allah (saw) came to meet his uncle Abu Talib. His uncle said to him, “Your people are complaining that you are disrupting and disturbing their meetings, so why don’t you stop?”

Abu Talib was not speaking to Muhammad (saw) in the tone of an order, but rather he was giving advice of what he thought was better for Muhammad (saw). Rusool Allah (saw) in response looked at the sky and he told Abu Talib, “O my uncle, do you see the sun?” He said, “Yes”. Rusool Allah (saw) said, “I am no more capable of stopping that than you are of getting me a flame from it.” This was Rusool Allah (saw) life, and his mission, it was impossible for him to leave it. In another narration Rusool Allah (saw) said, “If they put the sun on my right hand and the moon on my left hand, I will not give up this matter until Allah (swt) judges or I lose my life.” This narration is weaker than the previous one. His uncle responded, “O my nephew you are telling the truth, I believe you, go ahead and continue.”

So Abu Talib believed Muhammad (saw) that he cannot give this up. Abu Talib agreed to support him. The point being that the Quraish tried everything to stop Muhammad (saw). When Muhammad (saw) asked the sahabah to flee to Abyssinia from persecution, the Quraish sent a delegation to Abyssinia to ask Najashi to turn the Muslims over. The Muslims then were not a threat to Quraish politically or economically. So what made them follow them? They wanted to pull out the roots of Islam, they wanted this message to be destroyed.

9. Jealousy and hatred- Walid bin Mughaira a leader of Quraish said, “if Allah wanted to choose a prophet, how come he didn’t choose me? I am healthier and wise, older than Muhammad.” A similar statement was made by a man in At-Taif. The two prominent towns of Hijaz were Mecca and At-Taif, Allah (swt) revealed the ayat from Surah Az-Zukhruf (43:31)

وَقَالُوا۟ لَوْلَا نُزِّلَ هَٰذَا ٱلْقُرْءَانُ عَلَىٰ رَجُلٍ مِّنَ ٱلْقَرْيَتَيْنِ عَظِيمٍ ﴿٣١﴾

Al- Mughira bin Shuba, who was from At-Taif was visiting Mecca, and he said, “My first contact with Rusool Allah (saw) happened, one day when I was walking with Abu Jahl on the streets of Mecca and we ran into Muhammad (saw). So he walked up to us, and he spoke to Abu Jahl and said, ‘Why don’t you follow me, believe in Allah, and Islam?’ Abu Jahl responded my saying, ‘O Muhammad, when are you going to stop cursing our gods? If you want us to testify that you have fulfilled your mission, we will testify for you, and if I knew you were telling the truth I would have already followed you.’ Muhammad (saw) left. Abu Jahl looked at me and said, ‘I know that he is telling the truth, but there is something holding me back, the descendants of Qusair said, We want the authority of AN-Nadwa (assembly of Quraish), we gave it to them, we want the authority of Hijaba (guardianship of Al-Kaaba), we gave it to them, we want the authority of Andilwa (banner of war), we gave it to them, we want the authority of Rifada and Siqaya (providing pilgrims with food and water), we gave it to them, and now when we started picking

up and competing with them, they said we have a Prophet among us, how can we compete with that? By God we will never accept this.'"

Abu Jahl was saying that this is a matter of competition or power struggle between us and the family of Rusool Allah (Saw), he knew that they could not compete with Rusool Allah (Saw) in the matter of Prophet hood, but they also don't want to let them win. The element of jealousy and hatred was preventing Abu Jahl to accept Islam. That is why it is often mentioned in the Quran that the ones who are the most outspoken in rejecting the message of the Prophets are usually the ones in power, and they don't want to give that power up.

10. Persecution: in the early days Muhammad (saw) was accused, humiliated, ridiculed, insulted, harmed but he was not persecuted. That was part of the protection of Allah towards Muhammad (Saw). Allah (swt) had protected Muhammad (saw) through his uncle Abu Talib, and this protection of Allah went on even after Abu Talib passed away. It was the followers of Muhammad (Saw) who were persecuted, but these persecutions used to hurt the Messenger of Allah, because he cared about them.

In one statement of Ibn Ishaq he says that, "They would wrap them up in shields of iron and leave them in the sun to burn." Now the strongest among the sahabah in his fight from the persecution was Bilal (ra). The more they would persecute him, the stronger he would become. He was asked, "How come when you are tortured you would say, 'Allah is One, Allah is One'?" Bilal said, "Because I found out that when I would say, 'Allah is One', it would make them angry. This statement would anger them the most and that is why I would say 'Allah is One' The statement of Ibn Ishaq is that Bilal sold himself to Allah (swt). In fact when Bilal (ra) would say 'Allah is One', Ummayya bin Khalaf would become angry and as a result he would increase the punishment, and Bilal would say it even louder.

There were different forms of torture; the persecution was not limited to the slaves or servants, even some of the nobility were tortured. Uthman bin Affan who belonged to Banu Ummayya, a noble family of Quraish, was wrapped in a carpet and then they would jump over him. Another case was the persecution of the slaves, Summaiyya and her family, by the hands of Abu Jahl. Yasir and Summaiyya were killed by the hands of Abu Jahl. In one narration, Abu Jahl threw a spear in her private part killing her, all of this was a mental and physical torture for their son Syedena Ammar (ra) who was being tortured and saw his parents die like that. Ammar bin Yasir buckled under this pressure, he spoke some words against Muhammad (saw). Later when he woke up from all that pain he sadly went to Muhammad (saw) and narrated the incident to Muhammad (saw). Allah (swt) revealed an aayat dealing with this particular situation saying that one is excused to speak some words with the tongue under this torture if the heart is firm on imaan. This is because Allah (swt) does not overburden a person.

The severest in punishment was Abu Jahl, he was their leader in evil. Ibn Ishaq states, "That sinner Abu Jahl was the one who incited the men of Quraish against them, when he heard of a man of status and influence who had accepted Islam, he would insult him by saying, 'you have abandoned the religion of your father, a man better than you, we will depreciate your values, divide your opinions, and destroy your reputation.' If the Muslim were a merchant he would say, we will by God boycott doing business with you, and we will ruin you. If the Muslim was defenseless Abu Jahl would beat him up and incite others against him, may Allah damn and punish him."

Umer bin Khattab (ra) had a slave girl who he used to torture her, and sometimes he would stop and say, 'Don't think I'm giving you a break because I'm having sympathy on you. The only reason why I stop is because I'm tired, otherwise I would continue.'

11. When the attempts of Quraish of character assassination failed, they tried to assassinate the character. They tried to destroy the message by distorting the image of the messenger, and when that didn't work they tried to eliminate the messenger, these attempts occurred after Abu Talib passed away. They knew that they couldn't get away with assassinating Rusool Allah (saw) during the life of Abu Talib. Allah (swt) says:

وَإِذْ يَمْكُرُ بِكَ ٱلَّذِينَ كَفَرُوا۟ لِيُثْبِتُوكَ أَوْ يَقْتُلُوكَ أَوْ يُخْرِجُوكَ ۚ
وَيَمْكُرُونَ وَيَمْكُرُ ٱللَّهُ ۖ وَٱللَّهُ خَيْرُ ٱلْمَٰكِرِينَ ﴿٣٠﴾

***And [remember, O Muhammad], when those who disbelieved plotted against you to restrain you or kill you or evict you [from Makkah]. But they plan, and Allah plans. And Allah is the best of planners.***

So the attempts were made by Quraish but Allah (swt) would protect him. We'll talk about one of these events, when we talk about hijra. So these were the various methods (mentioned in ayah) used by the Quraish at one time or another during the era of Mecca to get rid of Muhammad (saw). What was the response of Muhammad (Saw) to all of this?

In Al Bukhari Khabbab bin Araq, who was one of the sahabah who went through a lot, went to Rusool Allah (saw), while the messenger of Allah was leaning his back towards Al-Kaaba. He walked up to Muhammad (saw) and said, "Oh Rusool Allah, why don't you make dua for us?" That's all that he said, but the statement implies that they are going through severe hardships, so ask Allah to ease the pain. Khabbab bin Araq went through a lot, one day when Umer bin Khattab was the Khailfa; Umer (ra) was asking all of the people around to talk about their experiences in Mecca. So when the turn came for Khabbab to speak, he didn't say anything, all that he did was life his shirt and exposed his back. Umer bin Khattab said, "I have never seen something like this, what happened to you?" Khabbab ibn Araq had deep holes in his back. He said, "When I was in Mecca, the people of Quraish would bring some rocks and burn them over fire, until they turned red, and then they would lay them on the hot, in the desert of Mecca and they would throw me on top of it. So these rocks would burn through my flesh, and I would hear the burning of my flesh, and could smell my fat."

So Khabbab bin Araq really had a lot to complain about, but what was the response of Muhammad (saw)? Rusool Allah (saw) sat straight and his face turned red and then he said, "A believer who were those who were before you, used to be combed with iron combs, that would separate their flesh and nerves from their bones, but they would never desert their religion. And they would bring one of them and place a saw on top of their heads and they would be cut into two halfs, and yet they would never give up their religion. In the name of Allah, Allah will give His religion victory until a traveler will go from Sanaa all the way to Hudrumoot fearing no one but Allah."

What can we learn from this hadith?

1. Rusool Allah (saw) is asking us to be patient, even if we are going through a lot, don't give up.
2. Allah (swt) has some laws, just like there are laws of nature, history, sociology, and also for the establishment of religion. We have to go through all the stages, there is no exception. They had to go through what the nations before them went through. Rusool Allah (saw) wanted his ummah to be the best of nations, if the people before were patient then he would want his ummah to be more patient, if the people before him were strong then he wants his ummah to be stronger. Rusool Allah (saw) wants his

ummah to be the best on the Day of Judgment. So we should all live up to his expectations, Rusool Allah (saw) wants to see us on the Day of Judgment and be proud of us. In one hadith Rusool Allah (saw) says, "I want you to get married and to multiply because I want to be proud of your numbers on the Day of Judgment."

3. Rusool Allah (Saw) said, Allah will complete his religion until a traveler will leave from Sanaa to Hudrumoot fearing no one but Allah. How come Rusool Allah (saw) living in Mecca chose these two places? How come Rusool Allah (Saw) mentioned two places which are in Yemen? People were so insecure in Mecca, how come Rusool Allah (saw) didn't mention Mecca as a reference point? There is something interesting in his choice. Yemen used to be and still is a tribal society, and in the time of Rusool Allah (saw), all of that area was covered by armed tribes who had constant wars between themselves, and they were rivals. When Islam entered into Yemen during the time of Rusool Allah (saw), Islam made the whole area peaceful.

   Subhanallah now that people are getting away from Islam and don't have Islamic rule, that same area between Sanaa and Hudrumoot today is one of the most insecure areas in Yemen. If someone wants to travel a particular route crossing these two places, then forget about travelling if you are not armed. This shows that under Islam, there is true peace.

Another example to know how Rusool Allah (saw) used to deal with these situations of the people of Quraish. The people of Quraish got together one time and said, 'Lets find someone who is an expert in poetry and magic to go and meet Muhammad (saw) and tell us how to deal with him.' So they decided they will send Utba bin Rabi'a, who was supposedly an expert in these areas.

Utba bin Rabi'a went up to Muhammad (saw) and said, "Tell me O Muhammad, who is better you or Abdul Muttallib?" Now this question was a set up, in the society of Arabia there was a lot of respect and glorification of ancestry, and the family of Rusool Allah (saw) was from the nobility which was respected not only by Muhammad (saw) but by everyone in Mecca. It was not tolerated to speak against any one of such noble people. When Utba asked Muhammad (saw) about his father and Abdul Muttallib, Rusool Allah (saw) remained silent. So Utba said, "If you claim those men to be better than you, the fact is they worshipped the gods you have criticized, and if you claim to be better than them then speak so we can hear what you say. By God, we have never seen any fool more harmful to his people than you, you have caused division and dissension among us, criticized our religion, and so disgraced us in the eyes of the Arabs that they rumor is current among them that there is a magician or a sorcerer amidst Quraish."

Now Utba is blaming Muhammad (saw) for the rumor that there is a magician amidst Quraish. Who started this rumor to start with? It was the leaders of Quraish who started calling Muhammad (saw) a sorcerer and magician. Utba was now blaming Muhammad (saw) because there own act was a cause of embarrassment to themselves. Then Utba said, "By God it seems all we have to await is for a cry of a pregnant woman, for us all to be at one another with swords, till we wipe ourselves out." What he meant by this is that in a very short time we might be fighting each other because of what you have brought. Utba was saying that Muhammad (saw) had caused disunity among the people of Quraish.

Then Utba offered Muhammad (Saw) status, wealth whatever he wants so they could bring an end to Islam. We should note that Rusool Allah (saw) allowed Utba to go on with this non-sense, without interrupting him. Rusool Allah (saw) was a very good listener, even if all what Utba was saying didn't make any sense, Rusool Allah (saw) was calmly listening. When Utba finished Rusool Allah (saw) asked him, "O Utba, are you done?" He replied , "Yes". Rusool Allah (saw) did not respond to Utba with his own words, instead he recited an ayah from the Quran, "In the name of God, most Beneficient, most Merciful…

حمٓ ﴿١﴾

تَنزِيلٌ مِّنَ ٱلرَّحۡمَٰنِ ٱلرَّحِيمِ ﴿٢﴾

كِتَٰبٌ فُصِّلَتۡ ءَايَٰتُهُۥ قُرۡءَانًا عَرَبِيًّا لِّقَوۡمٍ يَعۡلَمُونَ ﴿٣﴾

***Ha Meem (1) A revelation from who is the most Merciful and Beneficent (2) A Book whose verses have being detailed in an Arabic Quran for a people who are aware (3)***

Rusool Allah (saw) kept on reciting further until he reached a verse that states (41:13)

***But if they turn away, then say, "I have warned you of a thunderbolt like the thunderbolt [that struck] 'Aad and Thamud.***

In one narration it says that when Rusool Allah (saw) was mentioning this ayah, Utba placed his hand over the mouth of Rusool Allah (Saw) and urged him to stop because this ayat was threatening them with punishment and Utba knew in his heart that Muhammad (Saw) is truthful, everything he says come true, so Utba said, “I ask you in the name of the relationship between us, to stop.” In another narration it states that Utba went back to the people and he told them that, “He recited from the Quran and I did not understand anything he was saying, except he threatened us with a punishment like the punishment of Ad and Thamud.” The people said, “Woe to you! He was speaking to you in Arabic and you didn’t understand him?!” Utba said, “In the name of Allah I did not understand what he was talking about.”

The lesson to learn from this is that Rusool Allah (saw) dealt with different situations in different ways and plenty of times he would use the Quran to respond to what people would say. That teaches us that we should use the concepts of Quran in our da’wa, what could be better to use than the words of Allah Zaujal.

I will now talk about the story of Domad Al Azdi was a man from Southern Arabia. He came into Mecca and he heard some of the people in mecca saying that there is a man among us who is obsessed with jinn. They were referring to Muhammad (Saw), Domad used to heal people who were obsessed with jinns. Nomad Al- Azdi went up to Muhammad (saw) with sincere intentions to offer his help. He said, “I heard that you are obsessed with jinns, I am offering my service. If you want I can help you.” Rusool Allah (saw) was a compassionate man; he understood that this man must have heard some wrong information. Rusool Allah (saw) started by mentioning the words of the khutba tul haijr which he would say before a speech, “Praise be to God, we praise Him and seek His help. Whomever God leads aright, no one can lead astray, Whomever God leads astray, no one can lead aright. I bear testimony that there is no God but Allah alone, Who has no associates.”

The words of the khutbah in Arabic rhyme and sound quite eloquent. Domad interrupted Rusool Allah (saw) and said, “O Muhammad! Can you please repeat those words again?” Rusool Allah (saw) repeated those words again. Damaad said, “I have never heard something like this, these words are so wonderful, they are going to reach the

depths of the ocean.” Meaning these words are going to have influence. Rusool Allah (saw) said, “Then pledge allegiance to me.” He immediately extended his hand and said, “Ashsh hadu an la ilaha illallah wa ashsh hadu anna Muhammadur Rasulullah.” Rusool Allah (saw) said, “How about you pledge for your people?” He said, “And I will pledge for my people.” SubhanAllah this man came to heal Rusool Allah (saw), Rusool Allah (saw) healed him ☺

SubhanAllah years later, Rusool Allah (saw) sent an army that passed next to the village of Domad. The leader of the army asked them, “Did you take anything from these people?” One man from the army said, “Yes, I have taken away from them a strong camel.” The leader of the army said, “Give it back because these are the people of Domad, and Rusool Allah (saw) has given them protection.”

Another story is of a man called Amr bin Absa, who was from Arabia. Amr bin Absa speaks about himself, it is mentioned in Sahih Muslim. He says:

“in the time of Ignorance, I had belief in my heart that the religion of my people is false. I had no belief in worshipping idols. I knew deep in my heart that this is wrong. And the one day I came to know that there is a man in Mecca, preaching a new religion, so I immediately went on my camel to meet him. I came in, I had to sneak in and secretly meet him (that is how difficult the conditions were in Mecca, that a person from outside mecca could not meet Muhammad (saw) publicly). Then I met Rusool Allah (saw) and I asked him, ‘What are you?’ He said, ‘I am a Prophet.’ I asked, ‘What does that mean?’ He said, ‘I was sent by Allah.’ ‘What did He send you with?’ He said, ‘He sent me with a message of worshipping Him alone, associating no gods with Him, and to destroy idols.’ ‘Can I follow you?’ Rusool Allah (saw) said, ‘You cannot follow me now, don’t you see my situation? But go back to your people, and when you hear that I prevail then come and see me.’” Rusool Allah (saw) knew that he will prevail.

Amr bin Absa said, “I left and I would constantly ask about news, any thing that relates to Muhammad (saw). I would always ask the travelers, ‘What is happening with Muhammad (saw)?’ Until one day I heard that Muhammad (saw) has migrated to Medina and he has been victorious, so I went to meet him in Medina. I approached Muhammad (saw) and I asked him, ‘Do you know me?’ (this was years after he met Rusool Allah (saw), and even when he did, it was for a very short time.) Rusool Allah (saw) said, ‘Yes. You are the man who came and met me in Mecca.’”

This is one of the leadership qualities; one should know his followers well. Just like how Sulaiman (as) realized that one of the birds in his army, Al Hud Hud was missing.

Amr bin Absa said, “O Messenger of Allah, teach me of that knowledge which Allah has taught you. Tell me about Salah.” Rusool Allah (saw) explained to him how to pray and then Amr said,” Teach me about wudu.” Then Rusool Allah (saw) taught him about wudu.

CD 11

The Early Immigrants Part I

We move on to the Imam Ahmed's version of the story of Abu Dharr (ra). Abu Dharr (ra) stated that me, my brother and my mother left our land of Ghifaar because our people used to be disrespectful towards the Al Ashr ul Haram. Al Ashr Ul Haram are the four months which the Arabs used to consider sacred and this would give them a break from warfare. So they would not allow killing during those four months, it was a firm tradition among them that you do not break the sanctity of these four months.

The people of Ghifaar were different, they were professional raiders of caravans, and they didn't really care about these sacred four months and all this kind of stuff. They were Bedouins who raid would caravans, steal, kill, and they didn't follow any rules or customs. They thus had a bad reputation in Arabia. Abu Dharr (ra) before Islam disagreed with this style of his life of his people, so he along with his family left Ghifaar. They went and visited his uncle, who used to be a member of a different tribe, they stayed with him. Abu Dharr says, 'He used to be very generous and hospitable to us.' But then his uncle's relatives were becoming jealous of the fact that his uncle was treating them so well. So the relatives went up to his uncle and said to him, "When you are absent Anna Unais (Abu Dharr's brother) visits your wife and he is interested in her." The uncle quite naively went up to Abu Dharr and Unais and mentioned to them what he heard. Abu Dharr was very upset when he heard this and said, "All the good that you did to us, you have cancelled it. All of your hospitality and kindness is gone, after this accusation of yours." They immediately packed up and left.

Abu Dharr said, "My uncle was quite sorry and regretful for what he has done and he wrapped up himself in a cloth and he was crying, but we were so angry, we just left." Their family then settled in a place close to mecca, Abu Dharr says, "My brother Unais went to do some business in Mecca, and he met a man who claims to be a prophet ." So Unais came back and said, "I found a man who was preaching a new religion, worshipping Allah alone." Abu Dharr said, "And that time, I had already worshipped Allah for three years and revoked all of the worshipping of idols." SubhanAllah these people follow their fitrah which tells them what is false and what isn't.

Abu Dharr says, "I have been praying to Allah for three years." He was asked, "How were you praying to Allah?" He said, "I would pray to which ever direction Allah would point me to and I would pray in whatever way Allah would guide me to, and I would pray at night until I fall asleep, and only the sun would wake me up in the morning." Abu Dharr asked his brother Unais, "What does he teach?" So Unais mentioned some of the teachings of Islam that he learned from Rusool Allah (saw). Then he asked him what they people say about him. Unais said that they claim he is a magician, sorcerer, liar, and etc. Abu Dharr said, "You haven't satisfied my hunger, I want to go and investigate the matter myself. What the people say might not necessarily be right."

Abu Dharr did not rely on the 'CNN' of Mecca,. He decided to go and find out himself. Abu Dharr says, "I went into Mecca and asked the first man I saw infront of me, I told him, 'can you please guide me to Muhammad?' That man immediately started called the people of Quraish and they immediately started pelting me with stones, rocks, whatever they could get their hands on until I fell unconscious. By the time I woke up I was like Nusub Ahmer.'

Nusub Ahmer was the stone on which the people of Quraish slaughtered their animals for idols.. so the stone would be soaked with blood. Abu Dharr then said, "I went to the well of Zam Zam, I drank water and I washed the blood of my body and then I went next to Al-Kaaba." In the narration of Imam Ahmed it says he stayed there for 30 days not knowing where to meet Rusool Allah (saw) and Abu Dharr says, "I did not have any food for the entire period except for drinking the water of Zam Zam." Physicians can tell us today that it is possible to survive with just water for 30 days, but the surprising part is that Abu Dharr says, "And I started picking up weight until I was getting

folds on my stomach." So Abu Dharr was gaining weight Abu Dharr states that he then saw two women making tawaaf and they would touch Isaaf and naila on every turn.

What is the story of Isaaf and Naila? Isaaf and Naila are a man and a woman who were in love and they couldn't get married and they had a date to meet next to AL-Kaaba and they intended to fornicate next to the house of Allah. Allah (swt) turned them into stones on the spot. After the passage of some time the mushrikeen of Quraish started worshipping them. This is how Shaitan traps you in evil, darkness over darkness. Idol worshipping began because of erection of statutes of the righteous people who passed away. Shaitan came to the people of Noah (as) and told them after the righteous men passed away, 'Why don't you erect statutes of these righteous men so that they would remind you about Allah?' So the people did exactly that, and after a few generations he started telling them to worship the statutes.

Anyway Abu Dharr despised idol worshipping. So he threw out a comment, he said, "Why don't you make one of them have intercourse with the other?" Either the women did not understand what he said, or they didn't believe what they heard so they continued with the tawaaf. When Abu Dharr saw that his statement didn't deter them from what they were doing, he threw out an even cruder comment and im not gonna mention it! But after he said it, the women were sure of what they heard and they immediately started running and screaming down the streets of Mecca, and they ran into Muhammad (saw) and Abu Bakr (Ra).

Muhammad (saw) asked, "Whats wring with you?" They said, "That heretic over there!" Rusool Allah (saw) said, "What is the matter with him?" They said, "He spoke a word that fills the mouth." That means a word that is unspeakable or is very bad. Rusool Allah (saw) went to meet this man, Abu Dharr (ra) and they started to converse. Rusool Allah (saw) asked Abu Dharr, "Where are you from?" He replied, "I am from Ghifaar." Rusool Allah (saw) placed his hand on his forehead. Abu Dharr said, "Rusool Allah (saw) was surprised and amazed to see somebody from Ghifaar coming to Mecca in search of the truth." This is because Ghifaar is a place where nobody follows any rules or customs, and the people raid caravans without respecting the sacred months. So here is a person coming from Ghifaar to Mecca in search of truth and on the other hand the people of Mecca were rejecting Islam even though they were the ones who had religious authority. Abu Dharr said, "I felt that he might have disliked that I mentioned that I am from Ghifaar. So I extended my hand to pull his hand from his forehead, Abu Bakr slammed my hand and told me to put my hand down." The conversation continued and Abu Dharr (ra) ended up embracing Islam.

Rusool Allah (saw) told Abu Dharr (Ra), "Keep your imaan secret." Abu Dharr (ra) went out the next day instead of keeping his imaan a secret , he went out in front of the people of Quraish, "Ashhadu laa ilaha illallah wa ashhadu anna Muhammad ur Rusoolullah." He didn't care about the consequences, he said, "They gathered around me and then they beat me up so bad, I was going to die until Abbas bin Abdul Muttallib came in and said, 'Do you know where this man is from? He is from Ghifaar.' Immediately everyone ran away." He did the same thing the next day, and the third day, and every day the same thing would happen people would start beating him up until Al- Abba would come and tell the people that this man is from Ghifaar. Al Abbas said, "Do you know that if this man gets killed by you, then none of your trade will reach safely to Syria."

Rusool Allah (saw) then told Abu Dharr (ra), "Go back to your people and convey the message to them. And when you hear that I prevail come to me." Now Abu Dharr spent quite a short time with Rusool Allah (saw), he probably hadn't learnt much from Rusool Allah (saw). Maybe a few verses and hadith here and there. Abbu Dharr went back to his people and he started giving them Da'wa. Gradually people were accepting islam in Ghifaar. He said, "By the time Rusool Allah (saw) made hijrah, almost half of my tribe was Muslim. And then we decided to go and visit

Rusool Allah (saw) and the rest of the tribe had said, 'When Rusool Allah (saw) arrives and when we go and meet him, we will become Muslim." So now the whole tribe eventually became Muslim.

One day when Rusool Allah (saw) was in Medina and they saw that the horizon was dust cloud, that was a sign of an army approaching. Some of the sahabah approached there weapons thinking that an army was approaching them. But Rusool Allah (saw) said, "Be Abu Dharr." And the prophecy of Rusool Allah (saw) was true, it was Abu Dharr along with the entire tribe coming to pledge their allegiance to Rusool Allah (saw).

Now there was rivalry between two tribes; Ghifaar and Athlam. When Athlam heard than Ghifaar became Muslim and have pledged their allegiance to Rusool Allah (Saw), they immediately went to Rusool Allah (saw) and said, "We are the ones to become muslim." Rusool Allah (saw) said, "Ghifaar! May Allah forgive them, and Athlam, may Allah give them peace." All of this happened MashaAllah, by the work of one man. Was this man a scholar? NO, he just knew a few ayat, and later on learnt a lot. But at that stage he started, he knew very little. The last people expected t o accept Islam in Arabia became Muslim.

LESSONS FROM THE STORY OF ABU DHARR

1. The ones who search for guidance, Allah will give it to them. Abu Dharr investigated the matter and Allah Zaujal showed him the truth
2. Rusool Allah (saw) told us to convey even one verse. Whatever you know, share it
3. Abu Dharr set a great example of courage. He wasn't afraid of the fact that he was a foreigner in Mecca. He was a proud Muslim.
4. Verifying the Truth- Just because people in Mecca called Muhammad (saw) a sorcerer, liar, or a magician, he didn't believe them. Abu Dharr decided to find out for himself. Allah has given us a mind, and intelligence, we should use it, don't just follow.
5. Rusool Allah (saw) says in a hadith, "Do no belittle any good deed, even if it is as small as smiling in the face of your brother." Whatever good there is we shouldn't consider any of it to be insignificant, because you never know that that small deed will make a difference on the Day of Judgment. Abu Dharr (ra) knew very little of Islam, and all that he went and did was propagate the message. Maybe he never expected that his whole tribe will accept Islam, along with the whole tribe of Athlam. But it's our job to throw the seed and Allah will make it grow. There is a hadith, "A person might speak a word that will please Allah and they don't pay attention to it, but Allah (swt) will raise them up levels because of that. And a person might speak a word that will anger Allah and because of that they will be thrown in hell-fire."

We move on to the Hijrah to Abyssinia. There were to migrations to Habasha. First one happened in the fifth year following revelation and it was composed of a small group 12 men and 4 women. The second migration was of a larger group, it was composed of 83 men and 18 or 19 women.

When the first group went to Al-Habasha, they heard a rumor, that the people of Quraish have become Muslim. Rusool Allah (saw) received the Ayat of Surat ul-Najm, which he recited to the people of Quraish. These ayahs had a major impact on the Quraish. When the last ayah was recited which is an ayah of sujood, Rusool Allah (saw) and the Muslims made sujood, and the kuffar made sujood with them. This incident was the origin of the false rumor that people of Quraish became Muslim. So the people who first migrated to Habasha, came back to Mecca to find out that it was a false rumor.

When Rusool Allah (saw) saw the pain and sufferings that his companions were going through, he said, "Why don't you go to Al-Habasha? Because therein is a king who is just and he does not oppress anyone." This King's name was An-Najashi, who was Christian. So the second migration to Habasha happened. The first to leave were

Uthman bin Affan, and his wife the daughter of Rusool Allah (saw). After they left the second group came in, so they left mecca. But that doesn't mean the people of Quraish would them alone. The Muslims in Abyssinia were no threat to Mecca politically or economically, nevertheless, they did not want to leave the Muslims alone. The people of Quraish sent a delegation to An—Najashi to ask him to turn over the Muslim. And who did they choose for this mission? Amr bin Aas and Abdullah bin Rabi'a, in another narration it was Amr bin Rabi'a instead of Abdullah bin Rabi'a, but the central figure here is Amr bin Aas.

Amr bin Aas was a diplomat and a very important man of the Quraish who had wide connections; he was in fact friends with the kings of the World at that time. He was also a master mind in plotting and planning, conspiracies against the Muslims especially. So basically he was the right person to choose by the Quraish. Amr bin Aas went to Najashi, and the plan was that he was going to go and meet the top officials first, and give each one of them gifts, or in other words; bribe. He was then going to present to them his case by saying that: In your land there are some fools who ran away from Mecca, we want you to turn them over. So the plan was to work things out with the top officials before he meets with Najashi, because then when Najashi will consult with his officials, they will all speak in favor of Amr.

This is exactly what Amr did, he went to all the officials, gave them gifts, spoke to them and he also said to them, "I prefer that you hand us over these people, without having them meeting Najashi." This was because the words of the Muslims are very effective, in truth they feared the Quran. Anyhow, Amr then went to Najashi and told him that, there are some fools among us, who came to your land. We know them, they left our religion and they also don't follow yours … He went on and on and eventually said that we want you to hand them over to us. Now all of the officials were already there and they were supporting Amr bin Aas.

An-Najashi said, "No, I will not hand over people who sought refuge in my land, until I hear their side of the story." This was why Rusool Allah (saw) told the Muslims to migrate to habasha, he knew that An-Najashi was a just and a man of principles. An-Najashi called the Muslims to come and meet him. Muslims received the message and they were told that Amr bin Aas has met with An-Najashi and that An-Najashi wants to meet you. Hearing this the Muslims had a shura (advise). They decided that Jafir bin Abi Talib was to be their spokesman, and that they were going to speak the truth. They went in front of An-Najashi, An-Najashi asked them, "What religion are you following? You left the religion of your people, you didn't join my religion, and you didn't join any religions of the World. Who are you?"

There is a hadith narrated by Umm e Salama (ra), in which the entire speech that Jafir Bin Abi Talib gave in front of An-Najashi is narrated, Jafir, the cousin of Rusool Allah (saw) said, " Oh king! We were a people of polytheism; we worshipped idols, ate the meat of animals that had died, offended rules of hospitality and permitted rules forbidden as in the shedding of one another's blood and so on. **(if you notice Jaffar has begun his speech with an intro telling the King what a chaotic situation they were in, he told An-Najashi the background of their situation)** We completely ignored matters of right and wrong and so God sent to us a Prophet from amongst ourselves, whose honesty and trustworthiness we knew well **(Then he established credibility of Muhammad (saw) by mentioning that Muhammad's (saw) good character was known by everyone)** He summoned us to pray to God alone and without associates, told us to respect rights of kinship, to honor rights of hospitality, to pray to God, The All Mighty and Glorious, to fast for Him and to worship none other than Him. **(Here Jafir informed of the concept of Tauheed in Islam, and the morals that Islam teaches.)** And so he called us to God to affirm his oneness, to worship Him, and to tear down all the other stones and idols that our forefathers had worshipped apart from Him. He ordered us to be truthful in our speech, to keep others trust, to respect kinship ties, and hospitality rights, and to abandon things forbidden and the shedding of blood. He forbade us to do anything immoral; to tell lies, to misuse the funds of orphans, to make false accusations against woman of virtue. He ordered us to worship God

and to associate no other God with Him. He told us to pray, to give alms, and to fast." Then he enumerated for An-Najashi all aspects of Islam.

Jafir had mentioned all the good teachings of islam that no person of good character could deny to be good. Jafir made it clear to An-Najashi that islam does not teach evil, and that its teachings are not immoral. Also he mentioned four pillars of islam. The speech was also very brief and to the point.

Lastly Jafir said, "And so we believed in him and trusted him, following him in the instructions he bought from God. We worship God alone without a partner and associating no one with Him. We forbade what he has forbidden and considered permitted what he had allowed us, but our people aggressed against us and harmed us, seeking to draw us away from our faith, to return us to the worship of idols instead of God and to have us again consider permissible the abominations we had previously allowed. When they treated us with violence and persecution, they seized us and prevented us from following our religion, we left our country and chose you above others. We desired your hospitality and hoped we will not be harmed in your domain, Oh king."

The mentioning of the persecution, was helpful in bringing mercy into the heart of An-Najashi, also this story must have also reminded the persecution of Isa (as) and his followers went through, because this was a man who was steeped in his religion. The ending of Jafir was amazing, very effective. Hearing all this, An Najashi said, "Did you bring anything with you, from what he (Muhammad (saw)) brought?" So now he wanted to hear the Quran. Jafir bin Abi Talib recited some ayahs from the Quran. Which ayah did he choose? He could've recited ANY Ayat, but he chose the verses from Surah Maryam.

Umm e Salama says, "I swear, An-Najashi wept so hard, his beard was soaked, and all his bishops cried so hard they wept their Bibles." So it must've been an effective and emotional recitation.

CD 12

An-Najashi (Negus) refused and so the delegation from Quraish left. Amr bin Aas threatened that he will make them come back and bring an end to the Muslims. Amr bin Aas's partner (whoever it was, there is a difference in opinion) told Amr not to say that, he reminded him that the Muslims are still their relatives. The partner said that if they are not handing over the Muslims then they should simply go back to Mecca. Amr bin Aas said, "No, I am going to come back tomorrow and tell the king that they say that Jesus is a slave." Amr did go back the next day and told Negus that the Muslims do not believe that Jesus (pbuh) is son of God, and that he is a slave. Amr bin Aas did not believe Jesus (pbuh) is God too, but he just wanted to cause fitna. So An-Najashi became quite concerned, since he was religious and he didn't want any fitna in his land, thus he recalled the Muslims again.

The Muslims decided the same thing again that they were going to say the truth no matter what happens, and again Jaffir bin Abi Talib was the spokesman. When they arrived, An-Najashi asked, "What do you say about Isa?" They said, "We say that he is a Messenger of Allah, he is the word of Allah, casted on Mariam (Mary) the chaste and virgin." The Negus said, "There is no difference between what you say about him, and what I say about him." Immediately the bishops started making commotion, they were angry about how can An-Najashi approve of such a thing. The Christians of Abyssinia were Orthodox Christians who believed in the divinity of Jesus (pbuh), so the priests didn't like what they heard about Muslims believing that Jesus (pbuh) was a slave. An-Najashi stood and said, "Say whatever you want to say, these people are going to be free in my land."

Umm e Salama says that, "Amr bin Aas and his partner were left with disgrace, because An-Najashi drove them out and even gave them back their gifts." The first thing that An-Najashi asked them when they came from Mecca was, "What did you bring me from your land?" Amr bin Aas said, "I bought you some leather products." And leather products were An-Najashi's favorites. So even though An-Najashi and Amr bin Aas had a relationship of friendship, when it came to principles, An-Najashi stood by the truth.

LESSONS FROM HIJRAH

1. What were the reasons of this hijrah, how come the Muslims fled their land and went to Abyssinia? How come they left the best place on the face of this Earth, Mecca?" Rusool Allah (saw) allowed them to leave so that they could free themselves from this physical persecution. Ibn Hazam says, "When the number of Muslims increased and the persecution increased, Allah allowed them to migrate."
2. To safeguard their faith- not everyone would have been able to handle the torturing. Some people would give up their imaan, not everyone has the strength of Bilal, or could resist what Khabbab bin Araq went through. So if a person fears the safety of their religion then they should go somewhere else. Rusool Allah (saw) says, "The believer should not humiliate themselves, by facing harm which he is not able to handle." So if something is too much for a person to handle, then that person should not put himself in such a situation.

   To give an example, there was once a man who came to Rusool Allah (saw) with pure gold the size of an egg. He gave it to Rusool Allah (saw) and said, "This is sadaqah and it is all what I have." Rusool Allah (saw) was upset and said, "One of you would come and give up all of their wealth, and after that they would come and ask me for assistance." So Rusool Allah (saw) did not want this person to give up all of his money and then ask for help. Thus give what you are able to give. But then we know that Abu Bakr Siddiq (ra) at one point in time had given up all of his wealth to Rusool Allah (saw) and Rusool Allah (saw) praised that. How come the response was different? Rusool Allah (saw) knew that Abu Bakr (ra) can handle the situation. He can give up all of his wealth, and he will not get down to the level of begging. However not everyone is like Abu Bakr (ra), so for other people, they shouldn't put themselves in a difficult situation

which they are not able to handle. Ibn Ishaq says, "The Muslims then left towards Abyssinia, fearing for their faith."

3. There is a quote by **Syed Qutb**, he says, "It would not be correct to say, that they had gone there for reasons of personal safety alone. For they included some of the most powerful and wealthiest of the Prophet's followers and of his fellow tribesmen." The majority of them were from the tribe of Quraish including Jaffir bin Abi Talib, and a number of them were young men who were accustomed to providing protection to Prophet Muhammad (saw), such as Zubair bin Awwam, Abdur Rahman bin Auf, Uthman bin Affan etc. They were women belonging to some of the most prominent families of Quraish such as Umm Habiba, daughter of Abu Sufyan. Umm Habiba would never had been persecuted in Mecca, no one would have been able to touch her, since she was the daughter of the leader of Quraish.

   Thus this migration was also to shake the religious, and social foundations of Quraish's most noble and powerful families. There could be no greater insult or threat to the Quraish dynasties, seeing their most powerful and noblest sons and daughters running away for consciences and religious reasons, leaving their cultural heritages and tribal homeland behind. So to make the people from the wealthiest and strongest families leave their homes, according to Syed **Qutb** was to embarrass the Quraish. The position the Quraish had in Arabia was not because of the strength of their army rather it was because of the values and respect they had, and them being the guardians of Al-Kaaba. So for people to see that the noblest of their people left Mecca, for their and their religion's safety was such an embarrassment for the Quraish

4. According to another author **Munir al Ghadwan,** his view is that Rusool Allah (saw) wanted to have secondary base outside of Mecca. So that if something happens in Mecca, atleast their religion can survive somewhere else. And then since the number had increased, the Muslims could spare, dividing into two groups; one group stays in Mecca, and one group would leave and stay in Abyssinia.

This migration to Al-Habasha was a migration of a Muslim minority living amongst Christian majority. It was a pre-dominantly Christian country. But when it comes to An-Najashi, we don't have any personality, similar to him in the west. We don't find any deeply religious leader who is just. Maybe at one moment in time, the laws and constitution of the west were somewhat close to the personality of An-Najashi, but that has pretty much changed now.

Unfortunately there are not a lot of narrations that survived, dealing with Al-Habasha, and dealing with the Meccan era in general. There are a few reasons for that;

1. The documentation of hadith was not allowed till the Muslims were in Medina. This was because Muhammad (saw) didn't want his words to mix with the Quran.
2. Our early scholars weren't very interested in Mecca, compared to their interest in Medina. Why? Because all of the laws and issues relating to the Islamic State were learned in Medina. The early scholars couldn't really relate to Mecca, because they were living under Islamic law. So everything needed to be learnt from the ten years of Medina, not Mecca.

Now we need to focus more on the 13 years Rusool Allah (saw) spent in Mecca, because of the significant percentage of Muslims around the World, living as minorities. There a lot of fiqh for these minorities that needs to be learnt from the 13 years in Mecca.

How come Rusool Allah (saw) chose Abyssinia to start with? Why not Syria or Iraq or any other place?

1. The first reason is stated in a hadith in which Rusool Allah (saw) says, "Go to Abyssinia because therein is a king who does not oppress anyone." So justice was a primary reason why Muslims went to Al-Habasha.
2. Also because the Arabs were familiar with Al-Habasha because the Quraish used to do business with Abyssinia, thus there was already an established commercial relationship. Rusool Allah (saw) was at a very early time exposed to Abyssinian culture because his first nurse was from Al-Habasha, Umm e Aiman, who took care of Rusool Allah (saw) and breast-fed him. In one narration it states that, Umm e Aiman presented Rusool Allah (saw) with food and he (Saw) asked what it is, so she said it was an Abyssinian dish which she wanted him to try.
   Her culture and language was Abyssinian. Her accent was purely Abyssinian. According to Ibn Saad when she would want to say, 'Salaam ullahi Alaykum' (peace be upon you) she would say, 'Salaam ullaaahi Alaykum' (no peace on you). So Rusool Allah (saw) would tell her to JUST say 'salaam'.
   Rusool Allah (saw) remained very close to her all his life. He married her to his adopted son, Zaid bin Haritha.
3. The Abyssinians were Christians, and the Muslims used to see the Christians the closest to them compared to the idol worshippers of Quraish or the Magians of Persia.
4. Now what was the language of communication between Jaffir and An-Najashi? Probably Arabic, there are some narrations which state that An-Najashi lived for a few years in Hijaz, so he spoke Arabic. Even if he didn't live in Arabia, because of the established commercial ties between Arabs and Abyssinians, it is possible that the Abyssinians spoke or understood Arabic. This makes more sense because if Negus wept when he heard the Quran being recited then he probably did understand what the verses meant, and having an interpreter translate the ayat would unlikely have such an impact on him.

An-Najashi did become Muslim, however he was not apply any of Sharia law in his land. In fact Najashi's reversion to Islam was kept a secret, and he could secretly learn about Islam from Jafir bin Abi Talib. So when An-Najashi passed away, Rusool Allah (saw) said in al-Bukhari, "On this day a righteous man died in Abyssinia, so lets pray for him." So Rusool Allah (saw) wanted to pray namaz e janaza for him. Rusool Allah (saw) knew the exact day when An-Najashi died, which means that Jibrael (as) informed Muhammad (saw) of his death. Thus it must have been an important event. In another hadith Rusool Allah (saw) said, "Ask Allah to forgive him."

LESSONS FROM THE NARRATIONS

1. The firmness and the steadfastness of the Sahabah (ra). They held tight to their principles, they didn't compromise them, even though they knew they could be in danger. They went to An-Najashi and told him that they believe Isa (as) is the servant of Allah. They had decided beforehand that they were going to speak the truth no matter what happens, for them their religion came first, not their lives.
2. They would not give in to the local traditions that would contradict Islam. However if would not contradict islam, then they would adopt it. It was the tradition of the Abyssinians to make sujood, whenever they would come to meet the Negus. Amr bil Aas had said to Najashi, "Beware when these people come to meet you, they will not make sujood for you." And when they came in, indeed Amr bil Aas was right, they didn't make sujood. An-Najashi became angry and asked them why they didn't make sujood like everybody else. They said, "We do not make sujood to anyone but Allah."
3. When you say that muslims in Mecca had a jama'a and an ameer, someone who wants to argue against this concept can say that; obviously they had a jama'a and an ameer, Rusool Allah (saw) was there. What about in Abyssinia? Were the Muslims there weak, who did whatever they want to do? Or were they organized under one banner and a common leadership? What's common in all the narrations is that the Muslims in Abyssinia were organized, and they worked together under one leader; Jaffir bin Abi Talib. This tells us that Muslims wherever they are, have to live in an organized fashion. Islam is not an individual,

spiritual thing that you do on your own. Many of the rituals are on a collective level to teach us the spirit of jama'a.

4. You can see the extent of participation of the Muslim women. The role of Muslims women has always been of primary importance. The first Muslim was a woman, the first martyr was a woman, they had roles in jihad, jama'a, learning and teaching. The problem is that people are at two extremes, on one hand it is ok for men and women to mix and laugh etc. On the other hand even a woman's voice should not be heard in public. Let us take an example of the time of Muhammad (saw0 to see the relationship of men and women then.

This part is related to the migration to Al-Habasha. When the Muslims came back to Medina, during the 7th year of hijrah. the wife of Jifir bin Abi Talib, Asma bint Umais went to visit the daughter of Umer bin Khattab, Hafsa, who was the wife of Rusool Allah (Saw). Umer bin Khattab (ra) also went to visit his daughter. When he entered he saw someone there, so he asked, "Who is this woman?" Hafsa said, "This is Asma bint Umais." Umer bin Khattab (ra), "Is this the Abyssinian woman, is this the woman who came from the sea?" He asked that because they had to cross the sea to get into Medina. Hafsa said, "Yes." Umer bin Khattab (ra) told Asma, "We made hijrah before you, and therefore we have more right to Rusool Allah (Saw) than you do." Asma was quite angry by that statement and she said, "No you are not closer to Rusool Allah (saw) than us. You were with the Messenger of Allah, he was feeding the hungry among you, teaching the ignorant among you, while we were in a distant despised land." So Asma meant that they were not too happy there, being so far away from the Messenger of Allah. Then Asma said, "I am going to go, and let Rusool Allah (saw) know, what you are saying now. I will not add or subtract anything to it." She went to Rusool Allah (saw) and said, "This is what Umer said to me." Rusool Allah (saw) said, "And what did you say?" Then she repeated her response. Rusool Allah (saw) said, "No, Umer and his companions do not have more rights than you do to me, they have the reward on one hijrah, and you have the reward of two hijrah."

Asma said, "When Rusool Allah mentioned this hadith to me (mentioned above), The sahabah who were in Abyssinia, Abu Muslim and Ashary and his friends would come to me in large groups all trying to learn this hadith of Rusool Allah (saw) from me, there was nothing better for them in the world than this hadith."

First of all Umer bin Khattab was speaking to this woman, they had a straightforward conversation. Also Asma later taught other sahabahs this hadith. So this was the nature of the relationship that existed. But if you look at all these instances, you would find that there was an element of formality in their dealings. You wouldn't find any incident where they would joke and laugh with each other. They knew their limits.

Umm e Habiba (ra) is an example of the participation of the early muslim women. First let us keep in mind some factors.

- She was the daughter of Abu Sufyan, so for her to leave her luxurious life and migrate was a big sacrifice.
- Abyssinia was a foreign land for her.
- When her husband reached Abyssinia, he became an apostate. He became a Christian. Ubaidullah bin Jahsh went through different stages in his life, he kept on flipping back and forth before Islam. He would keep on switching between religions, so eventually when he reached Habasha, he became Christian. The most influential person on a woman is her husband, Umm e habiba went through a hard time dealing with the situation. So obviously they had to separate.

Keeping all of the above factors in mind Umm e Habiba was strong, steadfast, and was able to hold firm to her religion.

What is the ruling on hijrah?

1. If a Muslim is unable to establish the essential practices of Islam, then they must go somewhere else.
2. if a Muslim is facing some problems which make life difficult on that land then he is permitted to leave to another land of Islam seeking relief.
3. It is forbidden to make hijrah, if by leaving the Muslim neglects an Islamic duty which no one can replace him with.

What is the ruling on living among non-muslims?

It is the consensus of Muslim scholars that it is not allowed, and the ahadith are very clear, "I have nothing to do with a Muslim who lives among the ones who associate gods, besides Allah." This is one hadith of many different narrations.

However the scholars gave exceptions. They said, if a person is propagating the message of Islam and is practicing Islam freely then that is an excuse for them to stay. They also gave TEMPORARY excuse for somebody who is doing business or seeking knowledge. Therefore it is not allowed for us to live in non-muslim environments, unless we are fulfilling our responsibilities of da'wa. Otherwise we are accumulating sins by default.

Da'wa does not mean that every single person needs to do the same thing, we mean the da'wa in a comprehensive way. Anything that serves the message of Islam is da'wa. It could be relief work, charitable, work or even teaching Muslims.

Uthman ibn Muduoon was one of the muhajireen who were in Abyssinia, he came back to Mecca and since he left he had to enter Mecca, with some protection. He got protection of Walid bin Mughaira, who was one of the elders of Mecca. Uthman ibn Muduoon entered into Mecca and he saw that every other Muslims is being persecuted except for himself. This didn't make him happy, he rather felt jealous! He thought everyone else is going through this purification of their sins except me. So he went to Walid and told him that he doesn't need his protection and so he gave it back. Walid said, "Why my son are you doing that?" Uthman said, "I want the protection of Allah, I don't want your protection." Walid said, "Well I have my protection to you publicly, you have to give it back publicly." So they went to Al-Kaaba and Al-Walid bin Mughaira said, "Uthman bin Mubuoon has given me back my protection." Uthman bin Mubuoon said, "Yes, I did find Walid bin Mughaira to be a very trustworthy and honest man but I want to be under the protection of Allah and Allah alone."

Later on he was sitting in a gathering around one of the most famous poets of Arabia; Mubaid. Mubaid was reciting some of his poetry and he said, "Everything save God is vanity." Uthman said, "Yes you are right." Now this was a gathering where there were a lot of people, and then he continued and said, "And all pleasures must fade.. " Uthman interrupted and said, "That's wrong, the pleasures of Paradise never fade away." Mubaid being a famous respected poet of Arabia was kind of shocked how someone from the audience could respond to him like that, so he said, "Oh men of Quraish, those who sat with you used to be not so insulted, when did this come about?" One man from the audience said, "Don't worry about it, this is one of the fools who follow the religion of Muhammad. Don't take it to heart. " Uthman responded and they had a fight. The stood up and he punched Uthman in his eye.

Al-Walid bin Mughaira saw this and he came to Uthman and said, "There was no needs for your eye to go through that suffer, you were under my protection, why did you give it up?" Uthman ibn Mubuoon said, "No, not so. I swear the only problem is that my good eye is in need of what the other one suffered for God's sake. Actually I am under the protection of One stronger and more capable than yourself, O ibn Abd Shams" Al Walid said, "You want to come back to my protection?" Uthman affirmed, "No, I want to be under the protection of Allah."

Abu Bakr Siddiq (ra) did not make hijrah to Abyssinia but he was suffering in Mecca, so he requested permission from Rusool Allah (saw) to allow him to migrate. Rusool Allah (saw) allowed him. Abu Bakr (ra) left Mecca, and when he reached Yemen he met with Syed al- Haabish. Al- Haabish was a tribe that used to live close to Mecca. Abu Bakr met with ibn Dughanna, ibn Dughanna said to him, "Abu Bakr, where are you heading towards?" Abu Bakr (ra) said, "My people have offended me, beated me badly, thus forced me to leave." Ibn Dughanna said, "Such a person like you, is an asset to his people, you are not a person to leave, and you are not a person to be driven out of your land. Because you aid those who are in distress and you are kind towards the needy. Go back you are under my protection." He took him to Mecca and he went in front of the people of Mecca and said, "Abu Bakr is under my protection, how you can drive out such a person from your land? He is an asset for you. You drive out a person like Abu Bakr? He is under my protection."

The people of Quraish came to ibn Dughanna and said, "Well we accept your protection, but we are not going to allow Abu Bakr to worship publicly, so please make sure that he doesn't." Ibn Dughanna came to Abu Bakr and said, "Your people don't want you to offend them, so don't worship publicly." Previously Abu Bakr would pray outside in front of everyone. Aisha (ra) said, "My father used to be a man with a very soft heart, and when he would recite the verses of Quran, he would cry." So he would have all the kids, women, and men were attracted to this khoshoo of Abu Bakr. This drove the people of Quraish crazy, they felt that this will be a fitna for their people.

So ibn Dughanna told Abu Bakr (ra) not to worship publicly and Abu Bakr (ra) agreed. For a while Abu Bakr (ra) prayed in the privacy of his home, but then he had an idea. Abu Bakr decide d to make a mussallah in the 'thanaa' of his house. Thanaa is an open area of the house, so even though he was worshipping inside his house, but people could see it from outside. The same problem occurred, people would gather watching him pray, being amazed by the khushoo Abu Bakr siddiq (ra) had. The people of Quraish were furious, they went to Ibn Dughanna, and they said, "We told you, we don't want him to worship publicly." Ibn Dughanna went to Abu Bakr and spoke to him about it, Abu Bakr (ra) responded, "I'll give you your protection back, i don't need it. I'll be under the protection of Allah." And he did end up giving the protection back of Ibn Dughanna.

LESSONS ON STORY OF ABU BAKR (RA)

1. When Ibn Dughanna asked him why he was migrating from his land, Abu Bakr (ra) said, in one narration, "I want to travel in the land, in order to worship my Lord." So Abu Bakr was migrating only for the purpose of worshipping Allah. He wasn't travelling to do business or for any other worldly interests.
2. What does Ibn Dughanna, know about Abu Bakr? Abu Bakr had a reputation of a righteous person who cared for the needy, provided for the poor, stood by what's right… He had all the values which any decent person in this world would appreciate. This should be the character of the Muslims wherever they are. It is these qualities which made Ibn Dughanna offer protection to Abu Bakr Siddiq (ra).
3. His salah was a da'wa. Publicly practicing rituals of Islam is da'wa. Openly doing, hajj, praying, opening fasts etc. Let people see how it is to be a Muslim. Quraish were furious because they knew that openly praying would attract people to islam, since there is a uniqueness in the rituals that Allah (swt) prescribed us to do.
4. Pub licize the message: The enemies of Islam wouldn't mind if we pray in our cublicles, but they will resist if you practice in public, but that is exactly what we should do. We want to attract the good among all people to become Muslim, the good heart will be attracted by good things.

CD 13

MAJOR EVENTS

Hamza bin Abdul Muttallib was a hunter, often he would go out and hunt in the desert, an when he would come back he would narrate the stories of his expedition. One day when he was out hunting, Abu Jahl approached Rusool Allah (saw) and started cursing him, Rusool Allah (saw) was silent as he would not respond to ignorant words. Allah (swt) has told Muhammad (saw), “Stay away from the ignorant...” A Muslim should not be sidetracked by trivial issues and should not turn da’wa into a personal matter. If insults are directed towards a person because he is calling people to Islam, then he should not take it personally. Allah (swt) says:

قَدۡ نَعۡلَمُ إِنَّهُۥ لَيَحۡزُنُكَ ٱلَّذِى يَقُولُونَۖ فَإِنَّهُمۡ لَا يُكَذِّبُونَكَ وَلَٰكِنَّ
ٱلظَّٰلِمِينَ بِـَٔايَٰتِ ٱللَّهِ يَجۡحَدُونَ ٣٣

***We know that you, [O Muhammad], are saddened by what they say. And indeed, they do not call you untruthful, but it is the verses of Allah that the wrongdoers reject***

Abu Jahl then threw a stone at Muhammad’s (saw) head, which caused him to bleed. A slave girl saw that, and when Hamza came back from hunting she told him. Hearing this, Hamza became very upset, when he heard that this happened to his nephew, Muhammad (saw), even though hamza was a disbeliever at that time. But because of the relationship between Hamza and Muhammad (saw), Hamza felt as though an attack on Muhammad (saw) was an attack on himself. So Hamza walked up to Abu Jahl who was with other leaders of Quraish in front of Al-Kaaba. Hamza just came back from hunting and he was still carrying his bow with him, and he walked up straight to Abu Jahl and he hit him with his bow and said, “Take it, and I am now following the religion of Muhammad.” When Hamza said this, he didn’t say it with conviction, he said it out of pride, to anger Abu Jahl. After striking Abu Jahl, blood started to flow out of the head of Abu Jahl, seeing this Banu Makhzoom stood up to fight Hamza, but then Banu Hashim stood up to protect Hamza and they were about to fight until Abu Jahl interfered and said, “No, leave Hamza alone because I did shamelessly attack his nephew Muhammad.”

When Hamza went back home, there is a narration that states that, he was surprised at what he himself did. When his emotions calmed down, he started to assess the situation, and when he did, he thought that he was in trouble. He was asking himself whether he should become a Muslim or not. He thought that if he withdraws then that would be dishonoring his word, because he already told Abu Jahl that he had become a Muslim. In their culture it wasn’t considered right to change their opinion just like that. So it was difficult for him to back out but then at the same time, it was difficult for him to commit because he never really thought about it.

Hamza said, “I spent my whole night praying to Allah, asking him to guide me to the truth, and to tell me if I have done the right thing or not.” One thing to notice is that, these people used to worship Allah (swt), when they would make dua, they would ask Allah, yet if you ask them why they are worshipping other gods, then they would say that they are intermediaries. They were in a state of confusion.

Early morning Hamza bin Abdul Muttalib says, “I woke up and I had my heart filled with love of Islam, so I went to Rusool Allah (saw) and I told him that, ‘I am a Muslim’.” This was one of the greatest moments for Rusool Allah

(saw) to now have his dear uncle Hamza on his side. So this is how Hamza (ra) became Muslim. Thus Abu Jahl probably thought he was harming Islam, by hurting Muhammad (saw) but that was the cause for Hamza (ra) to become Muslim.

This is the fazal of Allah (swt), you never know what will be the cause of good. Ibn Ishaq says, "The Islam of Hamza was out of pride, but then it turned into sincerity." One scholar said, "I started studying Islam, to show off, argue and to debate, but then after that, the knowledge of the religion of Allah humbled me and I became sincere. So I started by the wrong intention but then down the line my intention was rectified and corrected."

Umer bin Khattab (ra) was a staunch enemy of islam, we mentioned how ruthless he was in persecuting the Muslims. One day, Laila, the wife of Amr bin Rabi'a met Umer bin Khattab, Umer (ra) told her, "Umm e Abdullah, where are you heading?" She said, "You have maltreated us, and oppressed us, so I'm going to leave to one of God's countries, to worship my Lord." She was leaving towards Abyssinia. Umer bin Khattab (ra) told her, "May peace be with you." That was a very strange statement to come from Umer bin Khattab, because he never showed sympathy towards any Muslim. His response shocked Umm e Abdullah. That was the end of the conversation between them, Umer bin Khattab had left. When her husband came she told him what happened and what Umer's concerned response was. Hearing the response, her husband started laughing and said, "Are you expecting that Umer will become a Muslim?" She said, "Maybe, why not?" he laughed and said, "Umer will not become a Muslim, until the donkey of his father does." This was the impression of Umer bin Khattab (ra).

Umer bin Khattab (ra) narrates, "I used to love drinking, I was in love with whine, and I had some drinking partners whom I would meet every night. We used to meet in a place in Hazura, so I went that evening to meet my friends.." When he reached this pub sort of place he didn't find anyone, there was no one there. It was too late in the night. He said, "So I decided to go to the wine dealer, but I found his shop closed. I went around looking for other options, I didn't find anyone. Since the pub is closed and the liquor store is closed, then why not go and make tawaaf around Al-Kaaba?" Umer bin Khattab said, "I went to make tawaaaf around Al-Kaaba, there was no one there but me and Muhammad (saw) and Rusool Allah (saw) did not sense my presence." Who else could be praying at that hour other than Muhammad (saw).

In one narration, Umer bin Khattab (ra) said, "I wanted to sneak and attack him." And in another narration he wanted to listen to what he was reciting. He said, "Rusool Allah (saw) would pray with Kaaba in front of him towards the direction of Jerusalem." Therefore he would be praying towards the wall of Al-Kaaba that had the corner with the black stone. Umer bin Khattab (ra) said, "I went from behind between the clock of Al-Kaaba and the Kaaba." So Umer had his back towards al-Kaaba and he had the clock of AL-Kaaba over him. Umer (ra) said, "I was sneaking behind al-Kaaba until I was right in front of Muhammad (saw) nothing was between me and him except the clock of AL-Kaaba, but he could not see me. And I was able to hear his recitation, he was right in front of me, and he was reciting from Surah tul Haaqqa. I just froze in my **chest**, listening to the wonderful words of Quran, and then I told myself, 'These must be the words of a poet.'" The next ayah that Rusool Allah (saw) recited of Surah tul Haaqqa was, ***"These are not the words of a poet, little do you believe."*** Umer (ra) said, "I was shocked and said to myself, 'These must be words of a sooth sayer'" The next ayah was, ***"These are not words of a sooth sayer, little do you remember."*** Umer bin Khattab (ra) said, "That was the first step in bringing me towards Islam." So from then on the foundation of kufr in the heart of Umer bin Khattab (ra) was cracked.

Nevertheless his heart was still filled with hatred of Rusool Allah (saw) and the Muslims. One day Umer bin Khattab (ra0 decided that he was going to bring an end to this misery and dis unity among the Quraish. He decided to go and kill Muhammad (saw) no matter what happens. Umer bin Khattab (ra) had this dedication; he believed that he needs to rid his people from the Saabieens, as they would call Muslims. He found out that Muhammad

(saw) was with forty of his followers in **Dar ul Arqam**, he picked up his sword walking down the streets of Mecca alone. Now Umer bin Khattab knew that he would be killed if he tries to kill Muhammad (saw), but he was determined to do it. Walking down the streets of Mecca, he met with one of his relatives who was Muslim in secret, Naaim. So Naaim saw Umer bin Khattab (ra) and he saw evil and anger in his eyes. He asked, "Umer where are you heading?" He said, "I am going towards Muhammad to kill him." Naaim had to then think something on the spot, so he said, "Why don't you take care of your household first?" Umer bin Khattab (ra) said, "What's wrong with my household?" Naaim said, "Your sister has become Muslim."

By saying that, Naaim had put Umer's (ra) sister and her husband in danger. Why would Naaim do such a thing? He did it because, he wanted to save Muhammad (saw). Umer's sister Fatima was the wife of Saeed bin Zaid bin Amr bin Nufail. Saeed (ra) was one of the ten who was given the glad tidings of Jannah. Umer bin Khattab (ra) changed course and now he was heading towards his sister's house. Khabbab bin Araq was teaching Fatima and her husband Quran. So Khabbab had this scroll with him and he was reciting to them from Surah Taha.

When they heard the footsteps of Umer bin Khattab (ra) Khabbab went into hinding and Fatima took the scroll and she hid it under her thigh. Umer came in and said, "What was that sound that I heard?" They said, "We didn't hear anything." Umer bin Khattab said, "Yes, I did hear you recite something, tell me what it was." Then he said, "And I have heard that you have become Muslim", and he immediately attacked Saeed bin Zaid and he started punching him. Fatima interfered and rose up to defend her husband, Umer bin Khattab hit her in her face.

When Umer (ra) saw blood flowing out of the face of his sister, he became very sorry, and he apologized. She said, "I have become Muslim, and my husband is Muslim, do whatever you want."Umer bin Khattab (ra) said, "Give me that scroll you were reading." She said, "No." Umer (ra) swore in the name of his gods that he will return it back to her. Fatima said, "You are polytheist and you are impure." Umer bin Khattab (ra) went and he washed himself and he came back. Then she gave him the scroll and Umer bin Khattab recited the first verses of surah Taha.

طه ﴿١﴾

مَآ أَنزَلۡنَا عَلَيۡكَ ٱلۡقُرۡءَانَ لِتَشۡقَىٰٓ ﴿٢﴾

إِلَّا تَذۡكِرَةٗ لِّمَن يَخۡشَىٰ ﴿٣﴾

تَنزِيلٗا مِّمَّنۡ خَلَقَ ٱلۡأَرۡضَ وَٱلسَّمَٰوَٰتِ ٱلۡعُلَى ﴿٤﴾

ٱلرَّحۡمَٰنُ عَلَى ٱلۡعَرۡشِ ٱسۡتَوَىٰ ٥

لَهُۥ مَا فِي ٱلسَّمَٰوَٰتِ وَمَا فِي ٱلۡأَرۡضِ وَمَا بَيۡنَهُمَا وَمَا تَحۡتَ
ٱلثَّرَىٰ ٦

وَإِن تَجۡهَرۡ بِٱلۡقَوۡلِ فَإِنَّهُۥ يَعۡلَمُ ٱلسِّرَّ وَأَخۡفَى ٧

ٱللَّهُ لَآ إِلَٰهَ إِلَّا هُوَۖ لَهُ ٱلۡأَسۡمَآءُ ٱلۡحُسۡنَىٰ
٨

***Ta, Ha (1) We have not sent down to you the Qur'an that you be distressed (2) But only as a reminder for those who fear [ Allah ] (3) A revelation from He who created the earth and highest heavens (4) The Most Merciful [who is] above the Throne established (5) To Him belongs what is in the heavens and what is on the earth and what is between them and what is under the soil (6) And if you speak aloud - then indeed, He knows the secret and what is [even] more hidden (7) there is no deity except Him. To Him belong the best names (8)***

When Umer bin Khattab (ra) finished reciting he said, “These are wonderful words.” When Khabbab bin Araq heard that, he came out of hiding and said, “Oh Umer! I hope that God will choose you, because I heard the messenger of Allah yesterday, making dua saying, ‘Oh Allah! Guide one of the two Umers; Umer bin Khattab or Umer bin Hishsham.’ And I hope that you are the one Allah will select.”

Rusool Allah (saw) just a day before had prayed to Allah to guide one of the two Umers; Umer bin Khattab or Abu Jahl. Rusool Allah (saw) asked Allah to strengthen Islam, with one of these two men. Umer bin Khattab (ra) told Khabbab, “I want to become Muslim, where can I meet Muhammad (saw)?” Khabbab told him, “Go and meet him in Dar ul Arqam.” Umer bin Khattab (ra) went to Dar ul Arqam and he knocked on the door. At that time Rusool Allah (saw) was holding a secret meeting with the sahabah. These secret meeting were held because the movement of Islam in Mecca was not public.

One of the companions stood up and he peeked through the door. He told Rusool Allah (saw). In the narration it says that the sahabi was frightened and surprised, he said, “Umer bin Khattab is outside and he is carrying his sword too.” This sahabi was understandably afraid. Now who in that gathering offered to open the door? Who had the courage to face Umer bin Khattab? The first person who stood up was Hamza bin Abdul Muttallib, Hamza said,

"Oh Messenger of Allah, if Umer has come for a good reason, we will reciprocate. But if he has come with the wrong intentions, then I will kill him with his own sword." Rusool Allah (saw) told Hamza, "No, I will open the door for him." Rusool Allah (saw) went and he opened the door.

Now Umer bin Khattab (ra) was one of the tallest men of Quraish. When Umer (ra) was Khalifa, they received some pieces of cloth from one of the Islamic states. Umer (ra) distributed these cloths evenly; he gave everyone one piece. When Umer bin Khattab stood to give Khutba, he had two pieces on, he said, "Listen everybody!" Salman Farsi stood up and said, "We will not listen and we will not obey." Umer bin Khattab (ra) said, "How come?" Salman Farsi said, "Because you have given each one of us, one piece, and you are wearing two pieces." Umer bin Khattab (ra) did not respond, he told his son Abdullah to stand up and respond to what Salman is saying. Abdullah bin Umer stood up and said, "My father is a very tall man, very well built, one piece of cloth would not be enough for him, so I gave him mine." Salman Farsi said, "Now we will hear and obey." This was the standard of justice that they had…

Anyway Rusool Allah (saw) opened the door for Umer bin Khattab (ra). Rusool Allah (saw) was described as medium height and medium built, while Umer bin Khattab was very well built, in fact he used to wrestle as a child in Mecca. So now we can imagine Rusool Allah (saw) in front of this huge man, Rusool Allah (saw) dragged Umer (ra) with his clothes and dragged him in and he put him down on his knees and he said, "Oh Umer! When are you going to stop, are you waiting for Allah to strike you with a thunderbolt?" Umer bin Khattab (ra) said, "Oh Messenger of Allah! I have come to become Muslim." Now this happened near the gate and all of the sahabah were in a different room, so they didn't hear or see anything.

When Umer (ra) said that, Rusool Allah (saw) said, "Allahu Akbar!" All of the sahabah heard this and realized that Umer became Muslim. They were so happy with this news that they made a takbeer so loud, that they immediately had to disperse, because it was heard by the people of Mecca.

The Islam of Umer (Ra) was a turning point in the history of Islam in Mecca. Abdullah ibn Masood says, "The Islam of Umer was victory, his immigration to Medina was help to Islam, and his reign was mercy." Abdullah ibn Masood says, "We were never able to pray in front of Al Kaaba publicly until Umer became Muslim." So the Islam of one person changed the situation of all of the Muslim community. Abdullah ibn Masood also says, "We used to conceal our Islam until Umer became Muslim, then we would proudly proclaim our Islam."

It is mentioned in one of the narrations of seerah, that when Umer became Muslim, Rusool Allah (saw) lined up the Muslims in two ranks. One rank was headed by Hamza and the other rank was headed my Umer, and they went down the streets of Mecca marching publicly, proclaiming their religion while Rusool Allah (saw) was walking between the two ranks.

When Umer bin Khattab (ra) became Muslim, he asked, "Who has the biggest mouth in Mecca?" Who can publicize this news? Umer bin Khattab (ra) didn't want to take this step by step, he wanted everyone to know that I became Muslim. They told him; Jamil Ajjumaai. Abdullah bin Umer said, "At that time I was young but I can still remember everything I saw." He said, "I followed my father and he went to Jamil." Umer bin Khattab (ra) said to Jamil, "You know what I did?" Jamil said, "what?" He said, "I became Muslim." Abdullah bin Umer said, "Immediately as soon as Jamil heard the news, he stood up dragging his gown behind him and he went running towards the mosque (Al Kaaba), and he went in front of everyone and started screaming to the top of his voice, 'O PEOPLE OF QURAISH!! Umer has become a Sabian!'" When Umer bin Khattab heard that he used the word, 'Sabian', so Umer bin Khattab (ra) corrected him by saying, 'No, I have become a Muslim.', but this man didn't hear anything he was saying, he was going around publicizing the news.

Umer bin Khattab (Ra) said, "People started flowing towards me." Abdullah bin Umer said, "So the people surrounded my father from every direction, they were beating him, and he was beating them. They were fighting for hours until the sun was right on top of their heads and it was too hot for them to continue." Then Umer bin Khattab (ra) went home, people had surrounded his house, they wanted to kill Umer bin Khattab (ra). The news for them was a shock and major disappointment. Abdullah bin Umer said, "My father was at home, and then a man came, he asked my father, 'What is wrong?'" Umer bin Khattab said, "These people want to kill me." The man said, "No, they will not kill you", and he stood outside and said, "Leave the man alone, doesn't he have the right to choose the religion, he wants to believe in? I am giving him protection." Abdullah bin Umer said, "Immediately the people left."

Abullah bin Umer said, "And then later on I asked my father in Medina, 'Who was that man who came and helped you?'" Umer bin Khattab (ra) said, "Oh my son, that was Al-Aas bin Waail." Al Aas bin Waail was the father of Amr bin Aas, he wasn't a Muslim. The tribe of Umer bin Khattab was not very strong, but they were allies with the tribe of Al-Aas bin Waail.

LESSONS ON THE ISLAM OF UMER BIN KHATTAB (RA)

1. We get to know of the leadership qualities that a leader should have in the example of Rusool Allah (saw). Rusool Allah (saw) knew the traits of people very well. He made the dua asking Allah to guide Umer bin Khattab, or Abu Jahl for a reason. Umer bin Khattab and Abu Jahl had some traits that qualified them to be outstanding leaders. Abu Jahl used to be called by his people Abul Hakm, which means 'father of wisdom'. But because his intelligence did not bring him to Islam, he was named 'Abu Jahl' by Rusool Allah (saw). These two men had determination, and commitment to a cause. If they believed in something, they were willing to work for it until the end. They were strong and brave men, who would rise above everyone else in difficult situations. Rusool Allah (Saw) was looking at these personal qualitites, which made him make that dua.
2. Another leadership quality we learn from Rusool Allah (saw) is that he had a deep understanding of his people and how to cure their diseases. Umer bin Khattab's heart was filled with hatred towards the Muslims, so as soon as Umer bin Khattab (ra) became a Muslim, Rusool Allah (saw) knew where the disease was and how to cure it. It is narrated that Rusool Allah (saw) placed his hand on the chest of Umer bin Khattab (ra) and said, "Oh Allah, cure his heart from hatred",, and he made that dua three times.
3. The third lesson is that: "The best of you in Jahiliya, are the best of you in Islam, if they understand". So Rusool Allah (saw) means that the people who have good personal qualities before Islam, will become the best Muslims, if they understand the religion.

Ibn Hajjar states that, "When Quraish saw that some of the believers have gone to live in a different land and were safe (in Abyssinia) and that Umer has embraced Islam, they realized that Islam was beginning to rapidly catch on. They then decided that there would be no solution other than to kill the Prophet (saw)." This situation leads them to the signing of the embargo against Muhammad (saw), because Quraish now had officially requested Banu Hashim to hand over Muhammad (Saw), to kill him. Obviously Banu Hashim refused, and so the result was; an agreement between the various tribes of Quraish to boycott Banu Hashim and Banu Al Muttallib.

The embargo started in the month of Muharram in the seventh year after the message began, and the agreement was that no one would deal with Banu Hashim and Banu Al Muttallib, no trade would be conducted between them, and no one would marry of them or to them, until they hand over Muhammad (saw). The tribes were surrounded because Quraish wanted to ensure that no food would reach to Banu Hasim and Banu Al Muttallib. Al Muttallib had very close relationship with their bretheren from Banu Hashim, and they stood by them in that

difficult moment. The document of this emargo was posted inside Al-Kaaba. Things became quite severe, Banu Hashim and Banu Al Muttallib were suffering hunger and it is reported by Saad bin Abi Waqas, “We were so hungry that we used to eat leaves of trees.” Most of the people in the in Banu Hashim and Banu Al Muttallib weren’t even Muslims. So this embargo was against everyone in these two tribes regardless of their religions, and they all went through such a hard time, only because they refused to hand over Muhammad (Saw).

Hisham bin Haris was a relative of Banu Hashim from his maternal side, he was the most enthusiastic in refusing the terms of the embargo. Hisham bin Haris would load a camel with food, and take it in top of the hill that was overlooking the commune of Banu Hashim, he would then set the camel free, so that it would go down the hill and end up among Banu Hashim.

Hisham bin Haris went to Zuhair bin Abi Ummayya, and he, Zuhair, “Does it please you, that you are eating well, and dressing well, while your own uncles are in a situation of distress? On my part I swear that if these people were the uncles of Abul Hakm, he would not have done so.” Zuhair bin Abi Ummayya was also a relative of Banu Hashim from the maternal side. So Hisham was telling Zuhair that if these people were Abu Jahl’s uncles then he would not have treated them this way. So then why should they accept such a situation?? So Hisham was talking about Abu Jahl’s double standards.

Zuhair ibn Abi Ummayya responded and said, “Shame on you, Hisham. Who am I, but one man?? In the name of Allah, if I had another person beside me, I would go about abrogating that document.” Hisham said, “Well there is a person with you.” Zuhair said, “Who is it?” Hisham said, “Myself.” Zuhair said, “Then find us a third person.” Hisham set off to find a third person, he went to **Al Mutan bin Udayy.** He said, “Mutan, are you pleased to have two clans of Banu Abdul Manaa suffer, while you look on in agreement with Quraish about it? By God, if you enabled them to do this, they will soon be treating you the same way.” Al Mutan said, “Well what am I able to do? I am just one person.” Hisham said, “There is one person with you.” He asked who that was, Hisham said, “Myself.” Al Mutan said, “How about you find us a third person?” Hisham said, “I did.” Al Mutan asked who that was, Hisham said, “Zuhair ibn Abi Ummayya.” Al Mutan said, “Find us a fourth.”

Hisham went to **Abul Buktari**, and said to him the same thing, and Abul Buktari said, “We need more people.” Hisham said, “we are now four.” Abul Buktari said, “Go and find us a fifth.” Hisham went and got a fifth person who was, Zamaa bil Aswad. Now they said that all five will meet at night in Al Hujoom, all of them met and agreed that the next morning they were going to set about destroying this document, but they were going to make it seem as if it was spontaneous.

So next morning Zuhair ibn Abi Ummayya goes with special clothes (a gown), he made tawaaf, that was the time at which the assembly of Quraish meets. The assembly Is held in An Nadwa close to Al-Kaaba. Zubair went and stood right above the assembly of Quraish, and he said to them, “O people of Quraish! Does it please you to eat well and to dress at will, while Bannu Hashim and Banu Al Muttallib are going through distress? I swear in the name of Allah, I am not going to take a seat, unless that document is torn apart.” Now a second person from the five stood up as if this all was spontaneous and that nothing was pre-decided. The second person from the five said, “Yes! I never agreed to that document, from the day it was written.” Then a third person stood up and said, “I swear that I have nothing to do with such a document, and I don’t want to be part of such an agreement.” Then the fourth person stood up and spoke against embargo. Finally Hisham bin Haris stood up and spoke.

Now Abu Jahl stood up and said, “This is something that you planned at night.” But this statement was too late, things were already getting out pf control and Al Mutam bin Udayy went into Al-Kaaba to tear the document, and SUBHANALLAH, he goes in to find that the document was already eaten up my termites with the exception of the words, “In the name of our Lord.”

So the embargo ended after two or three years.

LESSONS

1. We saw in this event that 5 people made a difference. The whole embargo was abrogated due to the efforts of 5 people. Actually it all started by Hisham bil Haris, he had an idea in his mind then he set about to implement it and he recruited the few people around him, finally bringing an end to this oppressive agreement. This shows us the value of organization, five people came together and had an organized plan, and they were able to bring an end to the embargo. This is the value of working together in an organized unitary way. Brother and sisters, this religion needs actions! You need to take the first step, like Hisham bil Haris.

   One group of scholars say that Muhammad (Saw) became a Prophet when he received the revelation of 'iqra', and he became a Rusool, when he was given the revelation of 'Qum Fa andhir'. That is one view, because there is a difference between Nabi and Rusool. Nabi (Prophet) is a person who receives revelation from Allah, but it isn't necessarily a mandate on them to propagate the message, however a Rusool (Messenger) is a Nabi, who is commanded by Allah to propagate the message.

   When Rusool Allah (Saw) was revealed 'iqra' he was a Nabi, because he wasn't commanded by Allah to propagate the message, until he was given the revelation of 'Qum fa aandhir' (Stand up and warn), that is when he became a Rusool, according to the opinion of some scholars.

   So you can notice that the first command Allah (swt) gave to Muhammad (Saw), that made him a Rusool was to STAND UP. And even if the Muslims are standing up or lying down, they are not relieved from their duties, ***"The ones who remember the name of Allah, standing up, sitting down, and when they are lying on their beds…"*** As a Muslim you need to continue doing something. Umer bin Khattab (ra) used to make this dua, "Oh Allah, I seek refuge in you, from the strong disbeliever, and the weak believer."

   We cannot expect the situation of our ummah to change unless we do something about it, no supernatural force will come and set things straight.

2. The miracle of the termites eating the document: The issue comes here of the soldiers of Allah, "No one knows of the soldiers of Allah but He." Who would imagine that termites would be soldiers of Allah??!

Another miracle of Rusool Allah (saW) was the wrestling of Rusool Allah (saw) with Rukaana. Rukaana was the strongest wrestler in Mecca, he had never ever lost a wrestling match. Rukaana came to Muhammad (saW) and he said, "Would you challenge me?" Rusool Allah (saw) amazingly accepted the challenge. Rukaana being a disbeliever obviously wanted to humiliate Muhammad (saw), and probably wanted a chance to get his hands on Muhammad (saw). The deal was that whoever wins will get a 100 sheep. So this incident happened before betting was haraam. They started to fight and Rusool Allah (saw) was able to turn Rukaana upside down and throw him on the ground. Rukaana couldn't believe what happened, he stood up again and he tried to fight another time, Rusool Allah (Saw) did the same thing to him again. Rukaana tried a third time, and then he lost.

Rukaana then said, "Muhammad, no one has ever put my back on the ground before you. And no one was more hateful in my sight before this, than you. But now I testify that there is no God but Allah, and that you are the messenger of Allah." Rusool Allah (saw) got the 100 sheep, but then he gave it back to Rukaana and he said, "Keep the sheep." This shows the strength that Rusool Allah (saw) had, he had the strength of 30 men.

Third miracle was that the people of Quraish were continuously asking for a sign, as if Quran was not sufficient. Even though the Quran is the best miracle there has ever been. Anyway Allah (swt) revealed to Muhammad (saw) through Jibrael, "If they're asking for a sign, We'll split for them the moon." Rusool Allah (saw) called the unbelievers and said, "The moon will be split." The non-believers gathered at night and right before their eyes,

they saw the moon split into two and then it came back together. This is a very unique miracle, and it is firmly established from Bukhari, Muslim, and the Quran. Allah (swt) says in Surah Al-Qamar (54:1-2)

ٱقْتَرَبَتِ ٱلسَّاعَةُ وَٱنشَقَّ ٱلْقَمَرُ ﴿١﴾

وَإِن يَرَوْا۟ ءَايَةً يُعْرِضُوا۟ وَيَقُولُوا۟ سِحْرٌ مُّسْتَمِرٌّ ﴿٢﴾

***The Hour has come near, and the moon has split [in two] (1) And if they see a miracle, they turn away and say, "Passing magic." (2)***

They accused Muhammad (saw) of performing magic, this was not an optical illusion. This miracle could be attacked by casting doubt on this incident. For example it could be asked, "How come other people in other parts of the World did not see it?"Well to respond to that:

1. The world is in different time zones; half of the world was day time, so we can cross out half of the World. Within the other half, it was probably very late at night, so many didn't see it.
2. Or it could be that the moon is not apparent to them in their particular area because it has already set or because of weather. So that would eliminate parts of the half of the world which has night.
3. Now the part of the World that had a chance to see the moon: Usually you don't find people staring at the sky at night. People tend to ignore what's going on above them, unless they are told to look up. So the moon when it split, it is possible that they didn't see it because they simply didn't look up.
4. in those days documentation was weak, many events in history happened without anybody caring to write them down. So there remains a possibility, of some people seeing it, but they didn't document it. There are some scholars who say that this event was documented in India and China. They say that there are some old writing in China that say that, a certain event happened the year the moon was split. So they use it as a reference point to document history.
5. It is mentioned by some astronomists, that there appears to be a long divide that goes around the moon. If that is true, then it is a clear sign of the splitting of the moon, however this information needs to be verified.

Al Khattabi. One of the classical scholars sais, "The splitting of the moon is a great sign that cannot even be compared to signs given to prior messengers. This is because it was witnessed in the vastness of the universe and traversing beyond the laws of nature. With this the confirmation of the Prophet (SaW)'s message was by coponderance."

Another miracle; there was continuous rivalry between the Roman and the Persian Empire. They were the superpowers of that time. Persian Empire included parts of Iran, Iraq, Afghanistan, maybe parts of Pakistan, and up north. Byzantanian Empire included Turkey, parts of Eastern Europe, Azerbaijan, and Armenia. In one critical battle between the two Empires, the Persians defeated the Romans. The people of Mecca were very happy to hear this, while the Muslims were sad. The reason is because the pagans felt more close to the Persians, because the Persians used to worship fire. So the mushrikeen felt a connection. While the Romans were Christians, who are

obviously People of the Book, who are closer to the Muslims. Anyhow the pagans were going around in Mecca and saying the Muslims, “Just like the Persians defeated the Romans, we will defeat you. Allah (swt) revealed a verse

الٓمٓ ﴿١﴾

غُلِبَتِ ٱلرُّومُ ﴿٢﴾

فِيٓ أَدۡنَى ٱلۡأَرۡضِ وَهُم مِّنۢ بَعۡدِ غَلَبِهِمۡ سَيَغۡلِبُونَ ﴿٣﴾

فِي بِضۡعِ سِنِينَۗ لِلَّهِ ٱلۡأَمۡرُ مِن قَبۡلُ وَمِنۢ بَعۡدُۚ وَيَوۡمَئِذٖ يَفۡرَحُ ٱلۡمُؤۡمِنُونَ
﴿٤﴾

بِنَصۡرِ ٱللَّهِۚ يَنصُرُ مَن يَشَآءُۖ وَهُوَ ٱلۡعَزِيزُ ٱلرَّحِيمُ ﴿٥﴾

***Alif, Lam, Meem (1) The Byzantines have been defeated (2) In the nearest land. But they, after their defeat, will overcome (3) Within three to nine years. To Allah belongs the command before and after. And that day the believers will rejoice (4) In the victory of Allah. He gives victory to whom He wills, and He is the Exalted in Might, the Merciful (5)***

So here Allah (swt) has promised that the Romans will win within 10 years. Abu Bakr (ra) learned these verses and went to Abu Jahl. He said, “I want to bet with you, that the Romans will win.” Abu Jahl said, “Give me a time frame.” Abu Bakr said, “less than ten years.” They had a bet on 100 camels. Abu Bakr (ra) obviously was willing to bet on anything, since he believed in the Quran. Allah (swt) says ***Within three to nine years, To Allah belongs the command before and after. And that day the believers will rejoice (4) In the victory of Allah…*** What do you understand by this verse? The Romans will win, and the Muslims will be happy because Allah gave them victory. Let’s see… Eight years passed and the Romans won, and the news reached the Muslims, they didn’t really care much about it. How come? Allah says that day Muslim will rejoice, and now they received the news but the news is of secondary concern. SubhanAllah this is because the day they received the news was the day of Battle of Badr. And the victory at the battle of Badr, overshadowed everything else. That was a day of true happiness.

The pagans used to say that they will defeat the Muslims like the Persians defeated the Romans, but the complete opposite happened. Romans won and the same day, the Muslims won ☺. But the miracle doesn’t end here, the words of the ayah were that the ***Byzantines have been defeated*** in ‘Adnal Urdh’. Adna has two meaning in Arabic, one meaning is nearest and the other is lowest. The meaning ‘nearest’ was adopted by early scholars, because the nearest land to the Arabs was Ash-Shaam, but now in the light of science, there is a new meaning of this verse. The place the battle occurred is the lowest point on the face of the Earth.

CD 14

A few months after the end of the embargo, about six months later the man who had supported the messenger of Allah (saw) was now on his death bed leaving this world. Abu Talib was dying and Mohammad (saw) was by his side. And the messenger of Allah told his uncle “Ya Am, oh uncle say La ilaha illAllah, say that there is no God but Allah. Give me this word so that I can witness for you on the Day of Judgment, give me something in my hand so that I can argue on your behalf on the Day of Judgment. All that I want from you is to say La ilaha illAllah.”

Sitting on the other side was who? Abu Jahl, SubhanAllah it’s amazing where ever you go in the See rah you will find this man in front of you causing problems, leading in Evil, where ever you go in See rah you will have Abu Jahl just standing right in front of you, he was relentless in his efforts to fight the Rasool Allah (saw), he did not give up until the last moment. Abu Jahl and Abdullah ibn Abe Umair were sitting on the other side Abu Jahl interjected and said “Oh Abu Talib are you going to die on a religion other than the religion of Abu Mutalib? Are you going to denounce the religion of your father?” Rasool Allah repeated again “Oh my uncle say La ilaha illAllah” and Abu Jahl continued interrupting, and that went on until Abu Talib pronounced his last words he said “I am dying on the religion of my father Abu Mutalib.” Those were his last words, this is a narration in Tirmizi and Bukhari, (and there is another narration in Muslim).

Abu Talib passed away and the messenger of Allah said I am going to continue to pray to Allah to forgive him, Allah then forbid him from doing so, now that was a very difficult time for Rasool Allah (saw), remember Abu Talib was the one who raised up Mohammad (saw), he sponsored him, he took care of him at the age of eight, so he was the one caring for him in his childhood and then he is the one who stood beside him in his Adulthood. And Abu Talib was supporting, defending, protecting, Mohammad (saw) for over 42 years. It started at the age of eight and it went on till Rasool Allah was at the age of fifty. So we can say Abu Talib had given most of his life, spent most of his time in the defense of Mohammad (saw), so it was a difficult time for Mohammad (saw) to see his uncle, his dear uncle die as a disbeliever. So Mohammad (saw) said I am going to ask Allah to forgive him and he asked Allah to forgive him until Allah revealed the verse,

مَا كَانَ لِلنَّبِيِّ وَٱلَّذِينَ ءَامَنُوٓاْ أَن يَسۡتَغۡفِرُواْ لِلۡمُشۡرِكِينَ وَلَوۡ كَانُوٓاْ أُوْلِي
قُرۡبَىٰ مِنۢ بَعۡدِ مَا تَبَيَّنَ لَهُمۡ أَنَّهُمۡ أَصۡحَٰبُ ٱلۡجَحِيمِ ﴿١١٣﴾

**Surah At Tauba (9:113)**

**It is not for the Prophet and those who have believed to ask forgiveness for the polytheists, even if they were relatives, after it has become clear to them that they are companions of Hellfire.**

So Rasool (saw) was forbidden from doing that.

In a narration by Muslim Rasool Allah was telling his uncle to say La ilaha illAllah, his uncle responded by saying “if it were not for Quraish insulting me and saying that it was the fear of death that made me say it I would do so and

please you." Abu Talib knew it would please Mohammad (saw), he knew how much it would hurt him to know his uncle died as a disbeliever, so Abu Talib SubhanAllah-e was even sympathetic to Mohammad (saw) in this case, he said I would have said it just to please you, but I don't want the news to get out to the people of Quraish that I only did it out of fear of dying. So it was a matter of honor and dignity for him not to say it and that's when Allah (sat) revealed the verse

إِنَّكَ لَا تَهْدِي مَنْ أَحْبَبْتَ وَلَٰكِنَّ ٱللَّهَ يَهْدِي
مَن يَشَآءُ ۚ وَهُوَ أَعْلَمُ بِٱلْمُهْتَدِينَ ﴿٥٦﴾

**Surah Al Qasas (28:56)**

**"You cannot give guidance to those whom you love but Allah gives guidance to the one's He wills."**

So guidance is not in the hand of anyone except Allah (sat), even the Prophet of Allah (saw), his mission is to convey the message not to convert. Converting the heart of a person is in the hands of Allah not in the hands of people. And therefore in Islam coercion in faith is not allowed

لَآ إِكْرَاهَ فِى ٱلدِّينِ ۖ قَد تَّبَيَّنَ ٱلرُّشْدُ مِنَ ٱلْغَىِّ ۚ فَمَن يَكْفُرْ بِٱلطَّٰغُوتِ
وَيُؤْمِنۢ بِٱللَّهِ فَقَدِ ٱسْتَمْسَكَ بِٱلْعُرْوَةِ ٱلْوُثْقَىٰ لَا ٱنفِصَامَ لَهَا ۗ وَٱللَّهُ سَمِيعٌ
عَلِيمٌ ﴿٢٥٦﴾

**Surah Al Baqarah (2:256)**

**There shall be no compulsion in [acceptance of] the religion. The right course has become clear from the wrong. So whoever disbelieves in Taghut and believes in Allah has grasped the most trustworthy handhold with no break in it. And Allah is Hearing and Knowing.**

Because this is something beyond our ability, you cannot coerce something on the heart of a person, so it should be a matter of choice for the people, they should be free to choose their faith, and that is how they will be held accountable in front of Allah (sat), it is because of the freedom that they have.

So now Rasool Allah (saw) is dealing with this tragic event that happened to him. Two months later Khatija (R.A) dies, Rasool Allah is still dealing with the death of his uncle and here his beloved, the person dearest to him dies. This year was called the year of sorrow, and this was the 10th year after Rasool (saw) received revelation. It was the most tragic time on Mohammad (saw) because the two most influential people in his life who helped him with his

message Hazrat Khatija (R.A) who supported Rasool Allah (saw) with psychological support in addition to financial support due to her business, and Abu Talib who offered Mohammad (saw) with physical support. So suddenly these two pillars that he was standing on collapsed. So this is not called the year of sorrow because Rasool (saw) lost two dear people but also because this was such a setback, to the preaching of the message.

Rasool Allah (saw) who had freedom of going around preaching the message was now being blocked because his uncle passed away, and when Rasool (saw) who would go home to find comfort with his wife Khatija (R.A) would go home and find no one, Rasool (saw) remained unmarried for two or three years. So it was a very difficult time on him. Some scholars say there is wisdom in this happening at the same time, and that is to increase the dependence of Muslims on Allah. So rather than the message being protected by Abu Talib and supported by Khatija, now there would be more reliance on Allah (sat) because there was no one else, no one around Rasool (saw) to give him the same support, so this would increase the tawwakul the Muslims have on Allah (saw). This is the account given by some scholars.

Allah (sat) revealed the Surah called Surah Ash Sharh

فَإِنَّ مَعَ ٱلْعُسْرِ يُسْرًا ﴿٥﴾

**With difficulty comes ease.**

Rasool (saw) went through this most tragic time in his life, so it was followed by one of the best blessings given to him by Allah, because the size of the calamity the bounty that followed it was great. Rasool Allah (saw) narrates and this hadtih is in Bukhari: (similar in Muslim and musnad imam Ahmad and most of the books of narration):

“while I was in al hatheem, or Al- Hijr (semi circle area close to Al-Kaaba) he was there at night) I received a visitor, an angel, who came and opened my abdomen, and pulled out my heart, and then my heart was placed in an golden basin filled with faith /emaan, and my heart was placed in it and washed and then replaced. And then I was presented an animal smaller than a horse, larger than a donkey.” (Anas ibn Malik narrated this hadith and one of his students a tabaeen asked is this animal Barak? He

Replied yes.) “This animal would take a stride as far as it can see” so the messenger of Allah(saw) was trying to describe to us the speed of this animal this animal would place its hove’s at the extent of its site with one leap, so it was an extremely fast beast, you just see the earth wrapping in front of you. “Jibreel told me to mount this animal and then he would guide me,”

Rasool Allah said in a Hadith related by Muslim “Jibreel took me to Jerusalem. And I tied my mount at the gate of the masjid and then I entered and prayed two rakaat. “ And it states that rasool Allah (saw) was an Imam, and the people who were following him were the Prophets. Then rasool Allah (saw) said “I was led by Jibreel, up in the heavens. (He said) we made it all the way to the gates, of the lowest Heaven. Jibreel knocked on the gate so the gatekeepers said, who is it? Jibreel said it is Jibreel, and who’s with you? Mohammad (saw) was he given the permission? Jibreel said yes, they responded by saying he is welcome and his arrival is a pleasure. And they opened the gates.” So you see no one can make it through unless they have

permission, unless they have clearance. They opened the gates and Rasool Allah (saw) said "I went in, and I found there in my father, Adam (AS)," Rasool Allah (saw) said Jibreel introduced him to me and said " this is your father Adam (AS), greet him. So I said Assalamualaikum, Adam (AS) saluted me in return and said Walaikumassallam. And then Adam (AS) said welcome to my pure son. Welcome to the pure Prophet (saw)"

when I think of this meeting I try to imagine the pleasure both the Prophets had. Now imagine Adam (AS) I meeting the brightest and greatest of his children, Mohammad (saw) he's meeting him for the first time. After thousands of years now Adam (AS) has the chance to meet his greatest son, and imagine Mohammad (saw) meeting his father Adam, imagine him in front of you greeting you. It must have been

such a pleasurable moment, and they might have wished to sit down and have a pleasurable conversation but remember Mohammad (saw) is on a tight schedule he has a lot waiting ahead of him. So Jibreel carried Mohammad (Saw) and they went up to the gates of the second heaven. They reached the gate and same thing happened they asked who is it Jibreel said it is Jibreel who is with you, Mohammad (saw) is he a nabee? Was he given the Risallah Prophet Hood, he said yes they opened the door and Mohammad (saw) said "I went in and I met Jesus and John, The two cousins, Eesa (AS) and Yahyah (AS). Yahyah is referred to in the Christian literature as john the Baptist. Rasool Allah (saw) said and I exchanged greeting with them." and what are the greetings in Islam on the Umbia? Assalamualaikum peace be upon you.

Went on ahead to the third Heaven knocked on the gate went through, and I met with Joseph, Yusuf (AS), " and Rasool Allah (saw) said " he has been given half of beauty" so if you were given a big block of beauty half of it was Yusuf (AS). "We made it to the fourth Heaven, went through and I met with Idrees (AS). And Allah (sat) says "We have raised him to a very high status", he was in the fourth Heaven. "We went to the fifth Heaven and therein I met Haroon, Aaron (pbuh). And then I went to the sixth Heaven and I met Moosa (AS)." And his meeting with Moosa (AS) was an eventful meeting SubhanAllah. Some scholars say Quran is almost the story of Moosa. He is mentioned so frequently there and his personality is so outstanding. Whenever the name of Moosa (AS) is mentioned something important is going to happen. Rasool Allah (saw) passed by Moosa (AS) and Moosa started to weep.

After they greeted each other and Moosa welcomed Mohammad (saw) Moosa Started to weep. When asked why was he weeping he said "A young man was given Prophet Hood after me and he will have more of his followers entering Paradise than mine." Up until that moment Moosa had the largest following than any Prophet. The children of Israel were the largest believing nation. But now there was a new world record by the Ummah of the Mohammad (saw). So Moosa (AS) cried, he wept and you see there was a competition between the prophet and Mohammad (saw) but it was not a competition of jealousy and envy it's a compassion competition and you will see that in the upcoming conversation between the prophet Mohammad (saw) and Moosa(AS). Rasool Allah (saw) said then I went up to the seventh Heaven and I went in and met my father Ibrahim (AS) and I exchanged salaam with him. Then Rasool Allah (saw) said "then I was presented with Bait- ul-Mamur" and in one narration it is said that Ibrahim (AS) was standing with his back to Bait-ul-Mamur. What is Bait-ul-Mamur? It is mentioned in the Quran Allah Taala swears on the Bait-ul-Mamur. Just as we make Tawaaf around the Kaaba and it is the first house on earth established for the worship of Allah. The same thing is to be said about Bait-ul-Mamur so as here the Muslims will visit the Kaaba the angels will visit the Bait-ul-Mamur. Rasool Allah (saw) says the Bait-ul-Mamur is visited by 70,000 angels' everyday and they never come back to it again.

Do you understand the implications of that? So Rasool (saw) says everyday a new group of 70,000 angels come every day, how many angels are there? And for how long has this been going on? For how many thousands or millions or billions of years? It puts us human beings to shame I mean we say we are over

populated here on earth six billion of us. Who are we compared to this massive creation of angels. Rasool (saw) says the skies are moaning and they are justified in moaning after every space equivalent to four fingers there are angels bowing down in ruku or prostrating in sujud worshipping Allah (sat). So this is a vast huge creation that makes us the world of human beings seem insignificant. By the way the narration where Ibrahim (AS) is resting with his back to Bait-ul-Mamur is significant because he built the Kaaba on earth so when Allah took away his soul He made him rest against Bait-ul-Mamur the house of the angels.

Then Rasool Allah (saw) said "I saw Sidra-tul-muntiha, I travelled further and I reached Sidra-tul-muntiha" Sidra-tul-muntiha is a lote tree, but it is muntiha, muntiha means the end, it is the end of the Heavens. Beyond that you reach the afterlife, you have the Heavens you have Allah's throne you have wal Kursi, so Sidra-tul-muntiha is the end of the universe created by Allah (saw), one over the other. And then you have Sidra-tul-muntiha and then beyond that you enter into a different world so Rasool (saw) reached to that muntiha and Rasool (saw) saw four river emanating from it. And he asked Jibreel what are these rivers, and he said two of them are apparent and two of them are hidden. The apparent one's are the Nile and aphratus, and the hidden one's are the two rivers of paradise. What it means by the Nile and the Euphratus is that because these rivers are so blessed in the world there is an equivalent of them up there. And that tree is so close to paradise that you have two rivers of paradise passing from under it. Now in size compared to the seven Heavens the lowest Heaven which we are in compared to the one above it is like a ring in the dessert, and the second compared to the third is like a ring in the dessert. And on and on until we get to the seventh Heaven and the seventh Heaven compared to the Kursi is like a ring in the dessert.

Now this lower Heaven Compared in size to the Kursi, we don't even know how vast it is. All of the world we know today is within the seventh Heaven because Allah (sat) says We have Adorned the lowest Heavens with stars so all of the stars are located within the lowest Heaven, and we haven't even been able to reach to the end if the creation of the stars. So it is a vast creation and Rasool Allah (saw) got a chance to go through all of it, was an amazing journey. After Rasool (saw) passed the sidra-tul-muntiha this tree he went further up and he made it all the way and he met with Allah (sat) and that was the combination of this trip, he reaches to the heights and he met with Allah (sat) directly. Allah (sat) then prescribed Mohammad (saw) fifty daily prayers.

Rasool Allah (saw) said "I descended and on my way I met Moses, Moosa (AS) who asked me what did Allah tell you?" he said "Allah has prescribed 50 daily prayers on my nations." Moosa (AS) said your people will not be able to handle that I have tested people before you and I have experienced the children of Israel for a very long time go back to your Lord and tell him to reduce it tell Him to relief you. Mohammad (saw) took this senior advice and he went back to Allah (sat) and he said relief me of some of the prayers. Allah (sat) released him by ten. Mohammad (saw) went down. Moosa (AS) said what happened he told him, he said go back, ask Allah to give you a further reduction. Went back again, 10

were reduced. Descended, Moosa (AS) asked him what happened he said Allah reduced them to 30 Moosa said go back again. Mohammad (saw) goes back another time, they were reduced to twenty, Moosa (AS) said go back, and they reduced to 10, Moosa told Mohammad (saw) to go back another time, Mohammad (saw) went back and it was reduced to five. He goes down reports it to Moosa (AS), Moosa said “oh Mohammad I have experience with people, I have dealt with the children of Israel, your nation will not be able to handle it, go back and tell Allah to reduce them further, Mohammad (saw) said “I am so ashamed, to go back to Allah, and ask him for a further reduction, I cannot.”

So you see the difference between the personality of Mohammad (saw) and Moosa (AS), Moosa wouldn’t have minded arguing with Allah for it, Moosa (AS) was the one who asked Allah (sat) that I want to see you. Allah (sat) has already gave him the blessing of speaking to him and he wants more, and then obviously we know what happened to him, he collapsed. Moosa (AS) was the one who punched the angel of death and knocked his eye out. So Moosa (AS) was a strong man and all the Umbia of Allah SubhanAllah are the same in darjaat but their personalities are different. So Mohammad (saw) did not go back and he heard a voice saying that is a prescription on you, five daily prayers but you will receive the reward of fifty.

Rasool Allah (saw) made it back to the dunya on the same night, Rasool Allah (saw) went to Umme-Aymen and he told her about what happened, he said “I have been to Jerusalem and back In this night” she said “oh messenger of Allah do not tell anyone this. Nobody will believe it, it’s impossible.” Now Umma Aymen believed him but she said that people will not. The kuffar of Quraish will not. The journey towards Jerusalem used to take one month Rasool Allah (saw) made it within one night. Not only to Jerusalem but to Jerusalem, back and not only that but to the seventh Heavens. Umma Aymen told the prophet (saw) to not tell his people that. Rasool Allah (saw) said “I will, I will convey the message, regardless of what the people will say. It’s part of my mission and I will tell them what happened. Your responsibility is to convey.

Rasool Allah (saw) obviously realized the weight of this news and how difficult it would be and he went out and he was quiet and somber, he started to speak to some people, and then the news reached to Abu Jahl, and Rasool Allah (saw) was sitting in the masjid, quiet and worried about the consequences. So Abu Jahl came to Mohammad (saw) and said “oh Mohammad, anything new?” Mohammad (saw) said “yes!” Abu Jahl said “what?” Rasool Allah (saw) said “this night I visited Jerusalem and came back” Abu Jahl said Jerusalem? Mohammad (saw) said yes. Abu Jahl said “oh Mohammad! If I would call your people right now and bring them here, would you tell them the same thing you just told me now?” Mohammad (saw) said “yes I would.”

Abu Jahl went happy, running calling the people of Quraish “oh people of Quraish! Come forward” and he gathered them and he brought them forward. And when they were all present he told Mohammad (saw) “oh Mohammad (saw) can you please tell your people what you just told me a moment ago.

Mohammad (saw) without hesitation said “I have been to Jerusalem and back, the previous night.” The narrator of the hadith said people started hooting, clapping and whistling. They made a big joke out of it. Imagine the crowds;

laughing whistling, clapping and they were falling on each other. So some of the seasoned travelers who use visit Jerusalem and had been there asked Mohammad (saw) to describe the mosque, describe Jerusalem to us. Rasool Allah (saw) said I started describing and then I became vexed. Rasool Allah (saw) had not spent a long time there and he couldn't remember every single detail of the place.

Then Rasool Allah (saw) said Allah showed me Jerusalem and I described it to the people stone by stone, brick by brick, and they said that he has given an excellent accurate description. But there was another thing mentioned in another narration by Ibn- Ishaaq, when Rasool Allah (saw) was on his way back to Mecca he passed by a caravan belonging to the people of Quraish in the night, and they had lost a camel of theirs, and because Rasool Allah (saw) was up in the air he was able to see it, so he called them and said your camel is in this place, they didn't know where the voice was coming from, then he drank some of their water and he didn't know the description of the caravan.

So Rasool Allah (saw) said also as proof is your caravan here is the description, they had lost their camel and I also drank some of their water, in such and such container, and the caravan was headed by a camel, and he described the camel and he described the load on the camel. And they immediately sent some of the people to meet the caravan outside Mecca before it came in, and the person found the description to be accurate and they did lose and camel and found it because they a heard a voice coming from the sky and also that they missed some of their water. And these were all signs that were given to them but these weren't sufficient for them to believe. Now the story of the Miraaj was so difficult to handle that it caused some of the week Muslims to apostate, it was so difficult to grasp. But that is the amazing thing about these miracles that Allah (sat) would show his Umbia. Lessons to be learned from al-isra-ul-miraaj;

1.The event of opening the chest of Mohammad (saw) has occurred more than once. It occurred once when he was with Salima Sadia, when he was a child. And it occurred a second time on journey of Al-isra-wal-miraaj. By the way Isra means travelling at night, the meaning of miraaj is ascending.

2. The conversation of Mohammad (saw) with Moosa (AS) when Allah prescribed the fifty prayers to Rasool Allah (saw) he accepted it. But when he went down to Moosa (AS) he told him your nation will not be able to handle it. So Moosa is speaking out of experience, and that is the value of experience. Some time knowledge does not suffice you have to have experience. Moosa told Mohammad (saw) that I have more experience with the people; you are new in this I have spent most of my life dealing with

the most difficult of people Bani Israel, they won't be able to handle it go back and get it changed. Moosa learned this through experience, experience is better than knowledge. When Moosa met with Allah (sat) in the journey of the fourty days. Allah told Moosa (AS) that in your absence your people worshipped the calf.

۞ وَمَآ أَعۡجَلَكَ عَن قَوۡمِكَ يَٰمُوسَىٰ ﴿٨٣﴾

Allah (sat) that your people have gone astray. And they deviated due to the samari who made for them a calf out of gold. So Allah told Moosa (AS) everything that happened. Moosa (AS) just received the ten tablet from Allah so he had them in his hands, and he was told by Allah that your people have deviated. So Moosa already knew when he went back and saw his people, what did he do? He threw the talets on the sand. How come his response was difference when he saw it compared to when he heard it. Because seeing something is not like hearing it. So Moosa (AS) is telling Rasool Allah (saw) that I have dealt with people, I have first hand knowledge, your people cannot handle this this is too much. Moosa (AS) told Mohammad (saw) that even five prayers is too much for them. And SubhanAllah Moosa was right, how many muslims don't even pray the five daily prayers. How many pray some and leave the rest. But may Allah (sat) bless Moosa (AS) for getting it reduced to five and making it easy on us. If it would have been ffifty imagine how difficult it wouldve been, we are barely doing the five, what would be the situation if we had to do fifty. So we owe it to Moosa (AS) and we need to thank him immensley for that. So the competition between the Umbia like I said is a compassionate competition, so Moosa (AS) wept when he saw Preophet (saw) because he knew that he had a larger following population, that didn't make him not give him advice. So you see how eager Moosa was to help us, and how eager he was to

give Rasool allah (saw) advice, so they loved each other, theUmbia loved each other. So their competition was a competition of love, of each other. So Moosa (AS) kept telling him to go back and get a reduction.

Rasool allah (saw) was shown a vision of the Day of Judgements of the followers of different Prophets. He said some followeres have 10 followers some had five, some had one and prophet(saw) even saw prophets with no followers at all. Imagine a prophet coming on the Day of Judgement alone. They spent their whole life in Dawa and no one responded, Nobody. Then he saw a huge population and thought it was his, but it was actually Moosa (AS)'s and so we know Moosa (AS)'s Ummah is the largest after Rasool (saw).

3. The importance of Salah. There is no command that was prescribed on us in Heavens, except Salah. Every other ritual that we have was prescribed on Earth. Jibreel revealed the Ahkamaat to Mohammad (saw) here on Earth with the exception of Salah. It was reserved to be given to Mohammad (saw) in this special one to one meeting between Allah and Mohammad (saw). Allah prescribed it in a direct conversation between Him and his Prophet (saw), without any one in between. Even when allah prescribed the prayer to Bani Israel, Allah prescribed the prayer in a direct conversation between him and Moosa(AS) in a direct conversation on Mount Tur. In the Ayat in Surah Taha 20:14

إِنَّنِيٓ أَنَا ٱللَّهُ لَآ إِلَٰهَ إِلَّآ أَنَا۠ فَٱعۡبُدۡنِي وَأَقِمِ ٱلصَّلَوٰةَ لِذِكۡرِيٓ ١٤

**Indeed, I am Allah. There is no deity except Me, so worship Me and establish prayer for My remembrance.**

And those were the moments when Moosa (AS) became Prophet, so he was given the commandment of prayer immediately when he became a prophet at the age of forty, first Lailaha illallah and then prayer. So that is the importance of Salah. Rasool Allah (saw) said "the difference between the believer and the disbeliever is the discontinuation of Salah." Even not praying on time is a sin; Surah Maryam (19:59)

۞فَخَلَفَ مِنۢ بَعۡدِهِمۡ خَلۡفٌ أَضَاعُواْ ٱلصَّلَوٰةَ وَٱتَّبَعُواْ ٱلشَّهَوَٰتِۖ
فَسَوۡفَ يَلۡقَوۡنَ غَيًّا ٥٩

**But there came after them successors who neglected prayer and pursued desires; so they are going to meet evil**

Allah (sat) promised hell fire to ones who have lost their prayers. Ibn Abbas interprets this ayat as losing their prayers does not mean they do not pray rather it means they prayed half time. Ibn Khattab says that if one person has left their farz prayers intentionally they have left the folds of Islam. Obviously these scholars have two opinions in the light of the hadith of disbelief of those who do not pray. But the end result is that prayer is the most important ritual in the fold of Islam. It is the one thing no one is excused from. If you don't have the means you are excused from hajj if you are unwell or weak due to old age you are excused from fast if you do not have the wealth you are excused from giving zakaat.

But there is no situation where you are excused from prayers. If you can't pray standing up pray sitting down. If you can't pray sitting down pray lying down, if you can't pray lying sown pray with your finger, if you can't do it with your eyes, but there is no situation where a person is excused from prayer, Even when a battle is going on, Salah has to be observed. Salaah is the only ibaadah for which there is no excuse of not doing it. Muslims scholars say that a person who is spying on the enemy and cannot pray, he can pray with his fingers.

4.This Journey reveals to us the importance of the Holy Land, Jerusalem and its surroundings. Al (swt) says in Surah Isra (17:1)

سُبۡحَٰنَ ٱلَّذِيٓ أَسۡرَىٰ بِعَبۡدِهِۦ لَيۡلٗا مِّنَ ٱلۡمَسۡجِدِ ٱلۡحَرَامِ
إِلَى ٱلۡمَسۡجِدِ ٱلۡأَقۡصَا ٱلَّذِي بَٰرَكۡنَا حَوۡلَهُۥ لِنُرِيَهُۥ
مِنۡ ءَايَٰتِنَآۚ إِنَّهُۥ هُوَ ٱلسَّمِيعُ ٱلۡبَصِيرُ ١

**Exalted is He who took His Servant by night from al-Masjid al-îaram to al-Masjid al- Aq§a, whose surroundings We have blessed, to show him of Our signs. Indeed, He is the Hearing, the Seeing.**

Jerusalem was promised to the believers, Ibrahim (as) was promised that his descendants (believers among them) will be given the guardianship of Jerusalem. This promise was fulfilled through the Prophets of the Children of Israel. Musa (as) was also promised Jerusalem, even though Moses did not see the fulfillment of his promise during his lifetime, but it occurred in the lifetime of his successor, Yusha bin Noon, the Prophet Joshua. The Chiildren of Israel remained in that land, as long as they remained as the bearers of truth, but when they deviated from the true message of Allah, and they fought the Prophets, killed prophets in fact, attempted to kill Isa (as) Allah (swt) stripped away the land from them and gave it to the other branch, descendants of Ismael. It is now the land of Muhammad (saw) and his ummah, so that land is promised to the believers. Now the torch is being carried by the seal of Prophet Hood, Muhammad (saw). Even though Muhammad (saw) will not open Jerusalem in his lifetime, he must visit it; he must go and receive the keys. The symbolism of this journey of Rusool Allah (Saw) going to the masjid and leading the anbiya in a prayer, is to show that now Muhammad (saw) is the inheritor of the message of the Prophets, he is the leader of the sons of Adam, and the land that was under the custodianship of the Prophets of Bani Israel is now transferred to the followers of Muhammad (Saw). Just as how musa (as) did not see it in his lifetime but the promise was fulfilled at the time of his successor, Joshua, Muhammad (saw) also did not see it in his lifetime and it happened at the time of Umer bin Khattab (ra). The man about which Muhammad (saW) said, "If there was a Prophet after me, it would be Umar."

When the Muslims reached to the gate of Jerusalem, even though the religious and political leadership of Jerusalem could not fight the Muslims, they said, "We will surrender, but we cannot surrender to anyone but the Khalifa of the Muslims. He must come here and take the keys with his own hands." SubhanAllah, Umer bin Khattab travelled all the way from Medina, to Jerusalem and received the keys of Jerusalem. So now Muslims are the ones who have the promise of the Holy Land.

5.Which we mentioned, "With difficulty comes ease." Rusool Allah (saw) went through some very difficult moments in the 10th year of his revelation, so Allah "(swT) gave him this blessing, journey of Al Isra; to have Jibrael (as) as a guide to take his through, to meet with the Anbiya of Allah, and to go on this journey to a real wonder land. From one place to another and then he entered into Jannah. Rusool Allah (saw) saw the river of Al Kauthar which was given to him. Jibrael (as) told him, "This is your river Al Kauthar." So it was such a bounty that Allah had given to Muhammad (Saw). You never know what Allah has in store for you. If Allah (swT) says, "With difficulty comes ease." Then we should believe in that promise. With every difficulty a Muslim goes through, Allah (swt) is reserving for him something, whether for this world or afterlife, so a Muslim should never give up.

6.The position of Abu Bakr: When the people of Quraish were joking around, laughing clapping. Abu Bakr was not present there, when he was entering Mecca, someone went up to him and asked, "Do you know what happened? Muhammad claims that he went to Jerusalem and he made it back." Abu Bakr said, "IF he said it, then it is the truth." He did not just accept the information, he said, "IF HE SAID IT…" That is also the explanation of authenticity of hadith, a hadith narrated by just anyone is not accepted, and we make sure that Muhammad (saw) did say it. This is the difference between us and the people of the Book. People of the Book have accepted pretty much everything that was given to them, even though it was separated from the original source for a few centuries, so they have a blind faith But the Muslims used the science of verification where they studied the lives of thousands and thousands of men and women; to see whether they are truthful people or not. Second part is, "THEN IT IS THE TRUTH." This was the character of Abu Bakr (ra), and that is why he was called 'Siddiq.' Whatever Rusool Allah (saw) said, he believed.

When we use the word 'heaven' it seems that we are referring to Paradise. The problem Is that in the English language heaven and paradise are synonyms, but in Islamic terminology they are not. Heaven is the sky above us, that is part of the temporary world, that will be destroyed on the day of Judgment. Paradise is referring to Jannah, the permanent abode for believers. So Rusool Allah (saw) met the anbiya in the heavens above us.

Now that Rusool Allah (Saw) has lost the protection of his uncle Abu Talib, and his efforts of da'wa in Mecca were being blocked, he then tried to search for other alternatives. Rusool Allah (saw) made a journey to At Taif, and he was accompanied by Zaid bin Haritha (ra). They went to A Taif and Rusool Allah (saw) went to the leaders of At Taif, the tribe of Thaqeef, and these were three brothers. He presented the message to them, and asked them for support and help. These three men responded in a horrible and miserable way, the first one of them said, "I am going to tear apart the clothing of Al Kaaba, if Allah has sent you as a Prophet." The clothing of Kaaba was sacred to them. The second among them said, "Did not God find anyone better than you to send?" And the third one said, "I cannot speak to you, I jut cant speak with you, and I don't think I am qualified to speak to you, and if Allah has not sent you as a messenger and you are lying then it is not appropriate for me to speak to a liar."

When Rusool Allah (saw) heard their response he said, "Well if you don't want to accept my message, atleast keep this conversation that we had secret." Rusool Allah (Saw) did not want the news to reach Mecca that he was turned down by the people of Thaqeef, because it would only add to the persecution of the people of Quraish towards the Muslims. But they were such evil men, they went to the fools, slaves, and servants, among them and they asked them to revile Muhammad (saw) scream at him. They pelted them with rocks, chasing them away, Muhammad (saw) and Zaid bin Haritha had to run out of At Taif. Zaid bin Haritha (ra) was shielding Muhammad (Saw) with his own body. They ran out and took shelter in a farm that belonged to two men from Thaqeef. Rusool Allah (Saw) was exhausted, his feet were bleeding and he was hurt because of the way he was treated by the people of Thaqeef

SubhanAllah Allah (swt) sent help for Rusool Allah (saw). Rusool Allah (saw) was very hungry at the time, the two owners of the farm who belonged to Mecca, told their servant Abbas, who was a Christian, to go and bring some grapes to give to Muhammad (saw). They felt sympathy for him, even though they were two of his staunchest enemies, but because they were in a foreign land (Thaqeef) in a different territory, they felt sympathy and they decided that they should stand up for their tribesman. So they thought atleast they can give him some grapes. Abbas carried the grapes to Muhammad (saw) and presented them to hm. Muhammad (Saw) said, "Bismillah". Abbas was surprised and he asked Muhammad (Saw), "These words are not said by people in this land." Muhammad (Saw) was able to imply that he is a foreigner, and follows a different religion. Muhammad (Saw) asked, "Where are you from, and what is your religion?" Abbas responded by saying, "I am a Christian man from Meenawa in Iraq." Rusool Allah (saw) said, "So you are from the village of the pious man Yunus son of Amittai …, The Prophet of Allah." Abbas said, "And how do you know about Jonah son of Amittai?" Rusool Allah (Saw) said, "He is my brother, he was a Prophet and I am a Prophet." When Abbas heard this he immediately bent down and started kissing the feet of Rusool Allah (saw) and then he kissed his hands and head.

Now the two owners of the farm saw this, they looked at each other and said, "Look, he has already corrupted our slave." Muhammad (saw) would do da'wa wherever he is and these two men who felt sympathy towards Muhammad (saw) are now regretting it. When Abbas came out they asked, "What is wrong with you? How come you were kissing his hands and head?" He said, "On all Earth there is no man finer than him, he told me something that know one other than a prophet can know." They said, "Don't let this man, let you leave your religion, because your religion is better than his." They didn't know anything about Christianity, but it was the kufr in their hearts that would make them say anything to keep people away from Islam.

CD 15

IN SEARCH OF A BASE

LESSONS FROM THE JOURNEY TO AT TAIF

1. Zaid ibn Haritha was the one who was protecting Rusool Allah (saw) from the rocks that were being thrown at Muhammad (saw). Zaid ibn Haritha was using his own body to protect Muhammad (Saw). In the Battle of Uhud, we have similar stories of sahabah using their backs to protect Muhammad (Saw) not from rocks but from arrows. This was the level of sacrifice that the sahabah (ra) had. We might not have a chance to protect Rusool Allah (saw) with our physical bodies but we can make that up by defending his message through protecting his honor by teaching others of the life of Muhammad (Saw). Abu Muslim Kholani, one of the greatest of the taabaeen said, "Do the companions of Rusool Allah (Saw) think that we will let them have Rusool Allah (saw) for themselves? No, we are going to compete with them. We want to get our share of the messenger of Allah." So we might be centuries away from the time of Muhammad (saw), we obviously couldn't help in all the battles in which Muslims fought, but there is still a lot that we can do. What we do, might not be as great as what Zaid did or what Talha (ra) did at the Battle of uhud, but atleast we can try. We should learn and then teach people the life Muhammad (saw), so we could develop love for him, and eventually inshaAllah, we would want to follow his footsteps.
2. When Rusool Allah (Saw) was speaking to the people of At taif, no one responded to him. They all rejected him, but remember what he said, "Do good, because you never know what the outcome will be." Rusool Allah (saw) was chased out of At taif, so he might have thought that his words did not really leave an effect on them. But among the crowd to which Rusool Allah (Saw) was speaking to was a child, his name was Khalid Al Udwan. He was a member of the tribe of Khateef. He said, "I said I was standing there listening to the speech of Rusool Allah (saw) in the fair grounds of At Taif, and I heard the messenger of Allah recite Surah ul- Tariq and I memorised it then, when I was still a disbeliever and when I became Muslim, I already knew that Surah." So here Muhammad (saw) was giving a speech to an audience where the adults didn't care about what he was saying but there was a child in there who memorized the surah while it was recited by Muhammad (Saw), and years later Rusool Allah (saw) saw the harvest of this effort.
3. We talked about what happened between Rusool Allah (saw) and Abbas, the Christian. This was an example of Da'wah through action. Rusool Allah (saw) started by saying Bismillah. A small Islamic act was the cause of the Islam of Abbas, because Abbas had never heard It before. When he asked about it, that opened up a conversation between Muhammad (Saw) and him, which ended in Abbas believing in the Prophet hood of Muhammad (saw). So sometimes small acts might lead people in being inquisitive about Islam, and then studying about it, and may even then become Muslim. It was the sahaba's behavior and character which lead to many people coming to Islam because of them.

Now Rusool Allah (Saw) had to leave At-Taif, he was rejected. We said earlier with difficulty comes ease. Rusool Allah (saw) had a hard time in At Taif, Allah (swt) followed it with a blessing. Rusool Allah (Saw) was reciting Quran in the desert. Some Jinn happened to be in the area, they were attracted to the message. They came to Rusool Allah (saw) and learnt from him some verses of the Quran and ended up becoming Muslim.

Jinn is a world of creatures that have intelligence, live with us on Earth, they have a life structure like us. They have clans, families, nations; they speak different languages, and follow different religions. The only difference is that they are made from fire, and we are made from clay, they see us, but we don't see them. So anyway these Jinn came to Rusool Allah (Saw) and became Muslim, now there might have been more than one incident where

Jinn have come to Rusool Allah (saw) to become muslim. The story is mentioned twice in the Quran one is in Surah tul Jinn and the other is in Surah tul Ahqaf. The verses of Surah tul Ahqaf (46:29)

وَإِذْ صَرَفْنَآ إِلَيْكَ نَفَرًا مِّنَ ٱلْجِنِّ يَسْتَمِعُونَ ٱلْقُرْءَانَ فَلَمَّا حَضَرُوهُ قَالُوٓا۟
أَنصِتُوا۟ ۖ فَلَمَّا قُضِىَ وَلَّوْا۟ إِلَىٰ قَوْمِهِم مُّنذِرِينَ ٢٩

قَالُوا۟ يَٰقَوْمَنَآ إِنَّا سَمِعْنَا كِتَٰبًا أُنزِلَ مِنۢ بَعْدِ مُوسَىٰ مُصَدِّقًا لِّمَا بَيْنَ يَدَيْهِ
يَهْدِىٓ إِلَى ٱلْحَقِّ وَإِلَىٰ طَرِيقٍ مُّسْتَقِيمٍ ٣٠

*And [mention, O Muͦammad], when We directed to you a few of the jinn, listening to the Qur'an. And when they attended it, they said, "Listen quietly." And when it was concluded, they went back to their people as warners (29) They said, "O our people, indeed we have heard a [recited] Book revealed after Moses confirming what was before it which guides to the truth and to a straight path (30)*

One commentator of the Quran explains this following question. He asks, "How come the Jinn said that, we have heard something that was revealed after Musa, and they didn't say after Isa?" His explanation was that these jinn were Jewish, so they were following the message of Musa (as), so when they heard the Quran, they said that the Quran was after the revelation of Musa. This commentator says that these Jinn actually were from Yemen, where they were some Jews. This is one way to look at the verse; it is not necessarily the only view.

The Jinn continued to say…

يَٰقَوْمَنَآ أَجِيبُوا۟ دَاعِىَ ٱللَّهِ وَءَامِنُوا۟ بِهِۦ يَغْفِرْ لَكُم مِّن ذُنُوبِكُمْ
وَيُجِرْكُم مِّنْ عَذَابٍ أَلِيمٍ ٣١

وَمَن لَّا يُجِبْ دَاعِىَ ٱللَّهِ فَلَيْسَ بِمُعْجِزٍ فِى
ٱلْأَرْضِ وَلَيْسَ لَهُۥ مِن دُونِهِۦٓ أَوْلِيَآءُ ۚ أُو۟لَٰٓئِكَ فِى ضَلَٰلٍ مُّبِينٍ ٣٢

*O our people, respond to the Messenger of Allah and believe in him; Allah will forgive for you your sins and protect you from a painful punishment (31)* ***But he who does not respond to the Caller of Allah will not cause failure [to Him] upon earth, and he will not have besides Him any protectors. Those are in manifest error." (32)***

So this was an example of something good that happened to Rusool Allah (saw) after a hardship; At Taif. Rusool Allah (saw) now has to enter Mecca again. This was not easy, especially since the message had reached in Mecca, that Rusool Allah (saw) had went to preach in At-Taif. Now Rusool Allah (saw) has to seek the protection of someone in order to enter his own town. Rusool Allah (saw) camped outside of Mecca, trying to find some protection. Rusool Allah (saw) sent a message by a man named Uraiqut, to go to Al Akhnas bin Shuraiq.

Akhnas bin Shuraiq was living in Mecca; he was an ally of the people of Quraish, even though he wasn't one of them. When Al Akhnas received a message from Muhammad (saw), he said, "Since I am an ally, I cannot go over my authority and give protection to somebody who is from the tribe whom I am an ally of." So he turned down the request. Muhammad (saw) sent the same message to Suhail bin Amr. Suhail bin Amr said, "I cannot give you protection because the clan of Amr bin Luayi cannot give protection to somebody who is from Ka'b bin Luwayi." Rusool Allah (saw) tried the third time, and this time he sent the request to Mutam bin Udayy. Mutam bin Udayy did accept the request and Muhammad (saw) went and spent the night at his house.

Early in the morning Al Mutam asked 6 or 7 of his sons to carry their swords, put on special clothes, then to go out surrounding Muhammad (saw) escorting him to Al- Kaaba. When they reached their, they took a seat watching Muhammad (saw) make tawaaf. Abu Sufyan came to Mutam and told him, "Are you giving him protection, or are you following him?" Al Mutam said, "I am only giving him protection." Abu Sufyan said, "If that's the case, we will accept your protection."

So Rusool Allah (saw) was giving da'wa in Mecca under the protection of Mutam bin Udayy. After the death of Abu Talib and Khadija (ra), Rusool Allah (saw) noticed the stalemate of the position in Mecca, even though some people were trickling to Islam, but generally it was a stagnant state. The messenger of Allah felt the necessity of finding an alternative base, somewhere where he can have the freedom of propagating the message. Muhammad (saw) was actively pursuing this goal by meeting the Arab delegates during the season of Hajj, because that is the time when people from all over Arabia gather to one location; Mecca. Rusool Allah (Saw) would devote those days in visiting the camps of these Arabs, introducing himself and asking for protection and support from the leaders. He (saw) would say, "I don't wish to force any of you, to do anything, any of you, who agree to what I ask, may do so, but I would not compel anyone not so wishing. All I want is to guard myself against those who want to kill me, so that I may fulfill my Lord's mission, and carry out whatever decree he wishes, regarding myself and those who support me."

But not one of them accepted him, every one of these tribes reached to the following conclusion: "The man's own tribe knew him best, how could we accept as suitable for us someone who has subverted his tribe and whom they have expelled. Since his tribe did not accept him, they know best." That was the conclusion. These were the words of Az-Zuhri. Az Zuhir was one of the early Muslim scholars, he was the one given the responsibility of compilation of hadith, he was appointed by Umar bin Khattab. Ibn Ishaq narrated the story of Rusool Allah (saw)'s visit to the tribe of Kinda." He said, "Muhammad (saw) went to them he gave them da'wa, they refused." Rusool Allah (saw) next went to a tribe or clan called Banu Abdullah, the sons of Abdullah. Rusool Allah (Saw) went to them explaining islam, and then he told them, "and look at how Allah has chosen for you a good name, you are the sons of Abdullah." But they turned him down as well. Next Rusool Allah (saw) went to the tribe of Banu Hanifa and they treated Rusool Allah (saw) so badly, Az Zuhri says, "None of the Arabs gave him so rude a rejection as they did." And SubhanAllah the same people, Banu Hanifa are the ones who years later leaded the worst revolt ever

against Muhammad (saw). It happened right before Muhammad (saw) died and it ended at the time of Abu Bakr Siddiq (ra). This revolt was lead by Musailamah Kadhdhab, he was the man who claimed Prophet hood.

Next Rusool Allah (saw) went to the camp grounds of the tribe of Banu Amr bin Saasa. Banu Amr bin Saasa's leader Baihara bin Faraas met Rusool Allah (saw) and heard his words, he was so impressed that he said, "I swear, if I were to have this brave man of Quraish, I could eat up the Arabs with him." Baihara was thinking politics. Baihara saw that Muhammad (saw) possessed qualities that were unique. Baihara told Muhammad (saw), "If we were to follow your orders and then Allah gives you victory against those opposing you, will we have power after you are gone?" Muhammad (saw)'s response was that, "The earth belongs to Allah, and He will give power to whomever He wishes." Rusool Allah (saw) meant that this is not important, all power belongs to Allah. The man responded, "Are we to present our throats to the Arabs for your defense? And then if God gives you victory, see power go else where than to us?" So he then turned down the offer of Muhammad (saw). Banu Amr bin Saasa went back to their homeland. There was an old wise elder man among them, who wasn't able to do pilgrimage because of his age. But whenever the people would come back, this man would ask them about what happened. So when they went back, they told him that, "We met a young man, the grandson of Abdul Muttallib from the Quraish, he claimed to be a prophet, but we rejected him." This old man said after putting his hand on his forehead, "Could your mistake be put right? Can its consequences be reversed? I swear, no descendent of Ismail, ever made such a claim falsely. It must be true. Where did your good judgment go?"

This man was saying that none of the descendents of ismail (as) have ever claimed to be a Prophet that means that this is not something among the Arabs. The Arabs don't know the concept of Prophet Hood, to falsely claim it. The Arabs are an illiterate nation. So he said that what Muhammad (saw) was saying must be true. Then this wise old man wanted to know if their mistake can be rectified. There is another narration by Abu Naeem, Abu Hakim, and Bahiqi. Ali stated this fascinating conversation of Abu Bakr Siddqi (ra).

Ali sais, "When God ordered His messenger to present himself to the tribes of the Arabs, he left along with myself and Abu Nakr for Mina." Mina is where the camps are set. So Rusool Allah (saw) is visiting these different Arab tribes. Rusool Allah (saw) used to always be in the company of Abu Bakr Siddiq (ra), because Abu Bakr (ra) was an expert in genealogy. He knew the history of the tribes, their names, legends, and other information. This was an asset that Rusool Allah (saw) was taking advantage of. Plus Abu Bakr was a well known man.

Anyway, Ali bin Abu Talib (ra) says, "Abu Bakr (ra), went forward and made his greetings, he was in the very vanguard of good, and an expert in genealogy." He went up to this particular clan, Abu Bakr (ra) walked up to them and when Ali (ra) is saying that he was 'vanguard of good', it means that Abu Bakr was above everyone else in any good. So Abu Bakr was the one who walked up to these men, he greeted them and then he said, "From whom do you people come from?" They said, "We are from Rabi'a". The tribe of Rabi'a was in the north-east part of Arabia. Rabi'a was a large tribe, that is why Abu Bakr wanted to know a bit more. Abu Bakr (Ra) thus said, "Are you from the forehead, or are you from the limbs (branches or lower part of the tribe)?" They said, "we are from the greatest mainstream of it." Meaning they are the best. Abu Bakr (ra) wanted to verify that claim, so Abu Bakr started a conversation…

He said, "is Awf of you, of whom it was said, there is no free man in Awf's valley?" This man, Awf was from the tribe of Rabi'a and he was a very strong man. He was so strong that everyone in the valley was very submitive to him, that people ended up saying that there is no one free in his valley. They said, "No." "Does **Bustan bin Qais, Abul Luwa, and Muntahil Ahya** belong to you?" They said, "No." "Is Al **Haukadhan bin Shuraiq**, the killer of Kings, and the robber of their souls, a kinsman of yours?" "No." "Is Jassas bin Murra, the protector of honor and the defender of the neighbor from you?" They said, "No." "Is AL Muzdalaf, he of the mea turban from you?" "No."

"Are you related to the kings of Kinda?" "No." "Are you realted to the kings of Lakham?" "no." Abu Bakr (ra) then said, "So you are not from the main stream, rather you are from the branch." This is how detailed Abu Bakr Siddiq's (ra) knowledge was about these people.

Now, a young man (his beard was beginning to sprout) from Rabi'a stood up, his name was Darfal. He jumped up and grabbed something of Abu Bakr's camel reciting, "Those who ask of us, will be asked of. As for the burden of proof, we neither know it, nor bear it as responsibility." He then said, "Hey you! You asked and we replied, hiding nothing from you, we want to ask you something, who are you?" Abu Bakr said, "I am a man from Quraish", The youth commented, "Well said. You are a people of leadership and nobility. The vanguard and guide of the Arabs. What part of Quraish are you from?" Abu Bakr (ra) said, "I am from Banu taim bin Murra." Banu Taim are small clans in Quraish, who aren't very known for any special uniqueness." The young man said, "You have shown the target shooter where the bull's eye is." He further said, "Is Qusayy bin Kalaab, he who killed in Mecca those tribes who conquered, a kinsman of yours? That man Qussay, who drove the rest of them away, and brought his own people from all over and settled them in Mecca? Took over the temple and set Quraish in the dwellings? The man who was therefore known as the 'unifer'? And about who a poet spoke the verse, Was it not your father who was called unifier, by whom God brought together the tribes of Fir?" Abu Bakr said, "No, we are not of the Munaaf, the ultimate giver of advice." " Abul Ghadaaray, the great leader, Abi Us Saak?" Abu Bakr said, "No." "And Amr bin Abdul Munaaf Hashim, who prepared bread and meat into the dish, for his people and all of Mecca? Was he not of you? The one of whom the poet said, Amr al ula prepared the thareed (Arabic word) for his people, while the men of Mecca were desitiute and under famine. To him they attribute both the journeys, that of the winter and that of the summer. Quraish was as an egg, which was split open to have it's best part, it's yolk as Abdul Manaaf. They are the wealthy as is no other known, and they are those who say, 'Come on in' to the guests. They are those who strike down pure white cheats, those who protect the innocent with their swords. They're fine for you if you stay at their abode, they will protect you from all ills and accusations. So is he of you?" Abu Bakr said, "No."

Then the youth continued, "You must be related to Abdul Muttallib, venerable man of much praise, controller of the Mecca caravan, and the feeder of the birds in sky and the wild beasts, and the lions of the desert. Whose face shines forth like a moon in the dark night?" Abu Bakr said, "No." "Then you must be of those who have the privilege of Ifada." "No." "Perhaps of those who have the privilege of Hijaba." "No." "Then those who have the privilege of Nadwa." "No." "Then you must be of those who have the privilege of Siqaaya." "No." "Are you then of those who have the privilege of providing Rifaada?" "No." He was answering no to all of these questions. This was too much for Abu Bakr (Ra), so he just turned around and tried to leave, and he pulled the brittle out of the youths hand. The young man recited a line of poetry, he said, "Your flood has met a greater flood that is coming from me, once it will crack and another time, it will go over it." Then the young man said, "Well I swear, our brother of Quraish, if you had continued to hold out, I would have proven to you that you belong to the lowest class of Quraish not the elite."

Rusool Allah (saw) came over smiling after this interesting conversation. Ali told Abu Bakr, "Well this Bedouin has turned out to be a disaster for you." Abu Bakr (ra) said, "Yes, and there is never a catastrophe without another that follows and calamity is compounded by words." Ali (ra) continued and said, "We went to a meeting, and you can see calmness and dignity in the people. We wanted to greet them. Abu Bakr went to them and asked them 'where are you from?', they said, 'we are from Banu Shaibaan.'" Abu Bakr reported to Rusool Allah (saw) that, " these are people who have experience and power." So Abu Bakr (ra) went to the group leaders which were **Mufrooq bin Amr,** Haani bin Qubaisa, Mussanna bil haris, and Nauman bin Shuraiq. The person who was closest to Abu Bakr was **Mufrooq bin Amr**. He was described as having two braids that came to his chest. Abu Bakr asked them, "How many are you in number?" Mufrooq replied, "We are more than a 1000 strong, and a few men cant beat a thousand as they say." Abu Bakr asked,"How would protection be with you?" He said, "We go to the limit and all

people have their limit." Abu Bakr also asked, "And how is it, when you are at war with your enemy?" He asked this because he was trying to assess their strength. They said, "When we meet in battle, we are the angriest of man, we take greater pride in our speed than our sons, care more for our swords than our camels, victory rests with Allah, sometimes we are victorious, sometimes other are victorious over us. You seem to be a member of Quraish?" Abu Bakr replied, "Yes." Then Abu Bakr said, "Have you heard of the messenger of Allah?" Mufrooq said "we have heard that he says he is the messenger of Allah." Then Mufrooq wanted to hear from Rusool Allah (saw), as Abu Bakr had paved a way for a conversation. Muhammad (saw) came in, Mufrooq said, "What do you propound, oh brother of Quraish?" Then Muhammad (saw) started speaking, he said, "I call upon you to bear witness that there is no God but Allah alone, Who has no associates, and that I am the messenger of Allah. I ask you to shelter and protect me, until I carry out what Allah has ordered me to do. Quraish came out against Allah's commands and have denied His messenger. They have sided with wrong against right, but Allah is All Powerful, All Praised."

Mufrooq liked the words of Rusool Allah (saw). He asked him to say more, Rusool Allah (saw) recited for him some ayats from Surah Anam, Mufrooq then said, "And what else do you propound, oh brother of Quraish? I swear these are not words of any earthly mortal, if they were, we would know them to be." Rusool Allah (saw) recited ayat from Surah An- Nahl. After Rusool Allah (Saw) had explained the message of Islam, Haani bin Qubaisa said, "We have people behind us, and we cannot speak for them." He liked what he heard, but he could not commit without consulting his people. Mufrooq also said, "I consider that abandoning a religion and following you in yours because of one meeting we're having with you, which had no introduction nor follow up, and without our giving it full consideration, nor examining what the consequences would be of what you suggest, that would be a lapse in rash judgment, and inadequate consideration of consequences."

Thus there was a difference of the meeting with different tribes. The ansar had immediately accepted, because their ground was prepared. Haani bin Qubaisa of Banu Shayba, said that there is neither introduction nor follow up, we can't just convert right now. Let us also see the response of the other leader, Haritha. Haritha was a religious leader, he said, "I heard, and I liked what you said." So they were all impressed, he went on to say, "I was impressed by your words, but our answer should be that of Haani bin Qubaisa. For us to leave our religion and follow you after one sitting with us, would be like us taking residence between two pools of stagnant water. One Al Yamaama, and other As Samawa." Rusool Allah (saw) did not understand what he said, he said, "And what might those pools of stagnant water be?" Al Mussanna replied, "One of these is where the land extends to the Arab world, and the other is that of Persia and the rivers of Kisra. We would be reneging on a pact that Kisra has place upon us, to the effect that we would not cause an incident and not give sanctuary to a trouble maker. This policy you suggest you for us is such a one thing that King's dislike, as for those areas forging Arab land, the blame of those asking would be forgiven, and excuses for them would be acceptable. But for Those areas next to Persia, those so acting will not be forgiven and no such excuses would be accepted. If you want us to help you and protect you in whatever relates to our territories alone, we would do so."

Basically the land of Banu shayba was bordering the Persian Empire, their military leader knows the contracts between them and the Persian Empire, Mussanna said, "We have an agreement between us and the Persians, that we will never give sanctuary to a trouble maker, and this religion of yours in something that Kings do not like." So he realized from the meeting with Rusool Allah (saw), that this is something that Kings do not like, because Kings want authority in their hands, without being answerable, while Islam is a religion that frees people. He refused to offer protection from the Persian side, but he was ready to offer protection from the Arab side. Rusool Allah (saw) responded by saying, "Your reply is in no way bad, for you have spoken eloquently and truthfully but God's religion can only be engaged in by those who encompass it from all sides." Rusool Allah (saw) did not want to have half a deal, he wanted to complete protection; absolute commitment.

What we can learn from this is that in our negotiations, we need to keep in mind that the religion of Allah needs to be held in high esteem, we cannot bargain and negotiate in it. If an agreement does not fulfill Islamic terms, we don't have to get involved in it. Rusool Allah (saw) did not agree to the offer, even though he knew how desperate his situation was in Mecca, he badly needed to leave mecca. Nevertheless that situation didn't make him enter into an agreement that was half hearted. This is where you leave your trust on Allah.

Ibn Ishaq goes on with the story of Al Ansar. Who are al-ansar? When Al Aus and Khazraj became Muslim, they were called Al Ansar. It means 'the protectors'. Al Aus and Khazraj were the two Arab tribes that were living in Medina and they are descendants of the branch of Kahtan. Arabs were divided into Adnan and Kahtan. Kahtan are the Arabs of yemen and Adnan are the descendents of ismael (as). Al Aus and Khazraj were neighboring three jewish tribes; Banu Nadhir, Banu Qainuqa, and Banu Quraida. Madina was unique, it offered protection from three sides, there were two rocky tracks on the east and west which were inaccessible for armiesto cross, and then there were the trees of the farms of Medina towards the south. So the only direction left from which Medina could be attacked was from the north.

Rusool Allah (saw) visited the camp of Khazraj in Hajj. When he entered, he asked them, "Who are you?" They said, "we are from Al Khazraj." Rusool Allah (saw) asked, "Are you allies with the Jews?" They said, "Yes." Rusool Allah (saW) said, "Can I speak to you?" They agreed. They sat down and Rusool Allah (Saw) invited them to Islam. SubhanAllah, they were very eager to hear what Rusool Allah (saw) was saying. They immediately accepted, and said to Rusool Allah (saw), "We have left our own people, for they have such discord and dissension between them, not found in any other. Perhaps God may unite them through you. We will go forth among them and invite them to you, presenting to them this religion, we have accepted from you. If God should unite them around you, then no one will be dearer to us than you." This immediate acceptance of Islam, by this small group of 6 people from Khazraj, is something to think about. How come they weren't resistant to the message of islam? Why didn't they act like the other Arab tribes? There are a few reasons.

1. The people of Medina were in a constant warfare among themselves, Aus and Khazraj were fighting for ages. The people were yearning for peace, so when these men heard the message of Rusool Allah (saw), they thought maybe Allah will unite them through Muhammad (saw).
2. Monotheism was naturally appealing to them, because they were neighbors of the Jews. Arabs always used to consider the religion of the Jews superior to theirs. Why? Because the jews were learned people, they had scripture, teachings, and knowledge. While the religion of the Arabs was based on myths. Their culture was despised, such as killing of daughters. If it wasn't for the arrogance and prejudice of the Jews the Arabs would have been Jews. They used to treat Arabs as if they were of lower class.
3. At times when there used to be a conflict between the Arab and the jews, the Jews would say, "That this is a time of the Prophet that will appear, and when he comes out, we will follow him, and we will kill you like the people of Ad were killed." So the Arabs knew that around this time a prophet was expected according to the jews. Thus the Arabs of Aus and Khazraj were prepared for this message. They knew about Tauheed.
4. A few years before Hijra of Rusool ALlha (Saw), a battle called Bua'ath occurred between Al Aus and Khazraj. This was a very violent war killing most of the leadership of that time, of both tribes. These people were then looking for leadership. When they heard Rusool Allah (saw), they were looking forward to have them as their leader.

These elements made Medina a very fertile ground for the growth of Islam. There is a statement by Aisha (ra), she said, "The war of Bua'ath was preparation by Allah (swt) for the migration of Rusool Allah (saw). There leaders were killed." Usually people who are most resistant to the message of truth, are the leaders of society. Al Aus and

Khazraj lost their leaders, thus they didn't have that hurdle. Ibn Ishaq says, "One way by which God facilitated their acceptance of Islam was that the Jews were there with them in their country, these were followers of the scripture and men of knowledge, though they themselves were polytheists and idol worshippers, they had previously attacked these jews and their territories and whenever disputes have arisen the latter had told them, 'a Prophet will now be sent, he is coming. We will follow him, and give you the same fate as that of the people of Ad'" "You might dislike something but in it is a lot of good for you." This was of Bua'ath that happened between Al Aus and Khazraj, was very bloody killing many of their people. Even though this war was the source of a lot a harm to the tribes, but it was one of the reasons that brought them closer to Islam.

Anyway, so these 6 men accepted Islam, and they told Rusool Allah (saw), "we'll go back to our people and start preaching the message." They made an appointment with Rusool Allah (saw), to meet him next year in the season of Hajj. A year passed by, and the season of Hajj had approached. Instead of 6, 12 people had come back, 6 original men and 6 more. The earlier 6 were all from Al Khazraj, in another narration it was said that 5 were from AL Khazraj and one was from Al Aus. In the following year, 10 were from Al Khazraj and 2 were from Al Aus. They came to Rusool Allah (saw), and gave him pledge of allegiance, and it was called, 'The Pledge of Allegiance of the Women'. Even though none of them were women, but then why did they keep that name? Because it did not include within it's terms any pledge of fighting. The terms of the pledge were:

We pledge to the Messenger of Allah on the night of the first meeting at Aqabah, that we would not associate any other God with Allah. We would not feel towards fornication, kill our children, make false accusations, nor disobey him in anything good. He told us, "If you keep to this, you shall have Paradise. If you give up any of this, and you are punished for it in this world then that will provide atonement for you, but if it is overlooked until Judgment Day, it will be up to Allah to decide whether to punish or to forgive you." This was the pledge that women would give to Rusool Allah (Saw). There is a fiqh issue to be dealt with here. If you noticed here that these are major sins: feel towards fornication, kill our children, make false accusations, nor disobey him in anything good. Now Rusool Allah (saw) says here that if punishment is fulfilled in this world then they are forgiven of the sin however if the punishment is not given in this world, then it is up to Allah to either forgive or punish.

Rusool Allah (saw) appointed Musab bin Umair to go and teach the people of Medina Islam. He was like an ambassador, teacher and even scholar. Musab bin Umair (ra) came from a wealthy family of Quraish, he was the most spoiled young man in Mecca before Islam. He used to wear the most expensive clothes and he would have the best perfume. His mother used to take care of him, she was a very wealthy woman who didn't have many kids. When Musab became Muslim, his mother boycotted him, she stood against him. SubhanAllah Musab bin Umair went from a rich family to a status of poverty, his life became tough and harsh. Musab bin Umair (ra) was killed in the battle of Uhud, when he was buried he didn't even leave behind enough money to buy a coffin. When Musab bin Umair was fighting in the battle, he had on him one piece of cloth which was not sufficient to cover him, they said, "Whenever we would cover his face, his feet would appear, and whenever we would cover his feet his face would appear, so we went to Rusool Allah (saw) and said, 'What can we do?'" Rusool Allah (saw) told them to cover his face and then to use some tree leaves, to cover his feet.

Musab ibn Umair was given the difficult task of being the personal representative of Rusool Allah (saw) in Medina. He left Mecca to reside in Medina. Since Al Aus and Khazaraj were enemies, Musab had to lead them in Salah, because none of them would accept praying behind an imam from the other tribe. One day Musab bin Umair (ra) was with Assaad bin Zuraara. Assad was the one who was hosting Musab bin umair. So they went to visit some of the Muslims in this garden. They would sit there, and the Muslims would go to them to learn. Musab bin Umair (ra) would hold sessions (Halaqas) for them. They happened to go to this neighborhood of Medina that was part of Al Aus's territory. The majority of the Muslims then were from Al Khazraj, while Islam was not growing

very rapidly in Al Aus. Musab was trying to create inroads within Al Aus, so they went to this area of Al Aus and sat there. The leaders of Al Aus were close by Saad ibn Muadh and Usaid bin Khubair. Saad bin Muadh spotted Musab bin Umair and Assad bin Zurara, Saad told Usaid bin Khubair, "I want you to go to those two men and tell them, 'we don't want them around misguiding the weak and foolish among us. And if it wasn't for the fact that Assad bin Zurara was my relative, I would have done that my self." Assad bin Zurara was from Al Khazraj but he was a cousin of the head of Al Aus, thus he was Alhumdulillah the right man to host Musab bin Umair (ra). Anyway, Usaid bin Khubair went up carrying his spear towards Musab bin Umair and Assad bin Zurara, Assad bin Zurara saw him coming so he told Musab bin Umair that Usaid is a leader of his people, do your best with him, because if he becomes Muslim, many will follow him. Musab bin Umair said, "If he listens, I would."

Ibn Khubair came and he stood above them, carrying his spear, he spoke to them in a very harsh tone, "We don't want you around here, misleading the weak and the ignorant among us. And if you care about your lives, you better get out of here, otherwise this is my spear." He threatened them, one of the attendees of the Halaqa said, "Well you are the one who is misleading us…" the attendee started an argument. Musab bin Umair (ra) responded calmly by saying, "How about you sit down, and you hear what I say? If you like it you can accept it, if you don't you can reject it." Usaid bin Khubair said, "Fair enough." He then sat down. Musab bin Umair started reciting to him ayat from the Quran, giving him da'wa, explaining Islam. Assad bin Zurara said, "Even without him speaking a word, we were able to see Islam entering his heart because of the calmness on his face and the radiance of light coming out of it." When Musab bin Umair finished with his session, Usaid bin Khubair said, "What does one have to do to join your religion?" Musab bin Umair told him, "Wash yourself and you come and pray." Usaid did that, he came and said, "Now I am going to send you a man, if he becomes Muslim, all of his people will follow him." Usaid bin Khubair went to Saad bin Muadh. Saad saw Usaid and he said, "I swear by Allah, that he is coming to us with a different face than the one he left us with." Arabs knew farasa. Farasa is the art of reading the face, and it is reported that Ash Shaafi went to Yemen to learn this art. Saad bin Muadh asked, "What happened?" he said, "Everything is fine, don't worry about it, there is a slight problem that Banu Haris (A branch of Al Khazraj) wants to kill Assad bin Zurara because they know that he is your cousin." Usaid bin khubair made up the whole story, it wasn't true. He made up this story because he wanted Saad bin Muadh to go and meet Musab bin Umair. Saad bin Muadh stood up angry and he said, "They want to kill my cousin?!" He picked up his spear and left saying, "You haven't done me any good." Saad went there with anger on his face. Assad bin Zurara saw this and said, "Musab this is the leader of his people, do the best you can." Saad bin Muadh looked at the meeting and he realized that Usaid's story was fabricated, because Assad and Musab didn't look terrified.

Saad bin Muadh came and told Assad, "Why are you doing this to me? Why are you bringing this man to my territory? You are taking advantage of this relationship with me; you want to mislead the ignorant and the weak among us?" Musab bin Umair responded and said, "How about you sit down and hear what I have to say, if you like it you can accept it, if you don't you can reject it." Saad bin Muadh agreed and he sat down. Notice here that the people of Medina were open minded, they didn't have the sense of hostility that existed in Mecca, they were willing to listen. So Saad ibn Muadh heard what Musab ibn Umair (ra) had to say, and when he was done Saad ibn Muadh accepted Islam. After his acceptance, the first thing that Saad bin Muadh did was that he went to his people and said, "What is your opinion of me?" They said, "You are the wisest among us, you are our leader." Saad ibn Muadh said, "Well none of you speak to me, and I will speak to none of you until you become Muslim." The narrator of the hadith said, "By the end of that evening, every house among Banu Ashshad was Muslim." The whole clan of Banu Ashshad was a branch of Al Aus. Finally a huge breakthrough was made within Al Aus

THE LIFE OF

# MUHAMMAD

SALLALAHU ALAYHE WASALLAM

## THE MEDINAN PERIOD




**Transcribed by Maria Iqbal**

**View most updated edited version at**
**www.slavesofrahman.com**

**For pointing out errors, please leave a comment at**
http://javeria.wordpress.com/2007/07/04/transcribed-life-of-muhammad-saw-by-imam-anwar-al-awlaki/

**The Madeenan Period**

**The Hijrah to Medina**

**CD 1**

Insha'Allah Ta'ala we'll start with the hijra of Rusool ullah (pbuh). I have already covered in the past the life of Prophet Muhammad (pbuh) in Mecca. So Insha'Allah in these sessions we'll talk about the early stage of Medina,and we'll start with Al-hijra, but before that just a word on Seera. The books of seera are concerned with what usually historians are concerned with, and that is the history of politics and the history of the military engagements. When it comes to the Ikhlaaq of Rusool ullah (pbuh) you'll find those in the books of Hadith, if your interested in the the SHAMAYA of Rusool ullah (pbuh), which are issues related to his character, you'll find those in the books of SHANAYAS. However the books of seera usually cover the political and military aspects of the life of Rusool ullah (pbuh) and that's why many of us scholars call seeras MAGHAZI, maghazi means "status". However we'll try to bring in the verses of Quran that relate to the event that were happening at the time of Rusool ullah (pbuh), because Quran would comment on events that happened in the time of Rusool ullah (pbuh). Sometimes the ayat of Quran would precede an event, sometimes the ayat of Quran would come concurrent with an event and sometimes the ayat of Quran would come to comment on an event. So for example you have Ghazwat ul Anfal, which was revealed, talking about the Battle of Badr and what happened therein, for the battle of Uhud you have the end of the Surah Al-Imran which relates the story. Surah tul Hashr talks about the battle of Banu Nadir, Surah Munafiqun and Surah Al-Nur relates the battle of Bani al-Mustaliq and also Surah Al-Ahzab relating what happened in the battle of the Trench. So we'll try to bring in these verses that relate to these events in seera. We'll start with the hijra of Rusool ullah (pbuh). Allah zaujal revealed ayat in Mecca talking about al- Hijra. Allah Zaujal says: Az- Zumar (39:10)

قُلْ يَٰعِبَادِ ٱلَّذِينَ ءَامَنُوا۟ ٱتَّقُوا۟ رَبَّكُمْ ۚ لِلَّذِينَ أَحْسَنُوا۟ فِى هَٰذِهِ ٱلدُّنْيَا
حَسَنَةٌ ۗ وَأَرْضُ ٱللَّهِ وَٰسِعَةٌ ۗ إِنَّمَا يُوَفَّى ٱلصَّٰبِرُونَ أَجْرَهُم بِغَيْرِ حِسَابٍ

١٠

***Say, "O My servants who have believed, fear your Lord. For those who do good in this world is good, and the earth of Allah is spacious. Indeed, the patient will be given their reward without account."***

So Allah Zaujul in this ayat says "waardu Allahi wasiAAatun" the earth of Allah is spacious, meaning that if you are suffering oppression in Mecca then you can move somewhere else where you will be able to apply and live according to the religion of Allah Zaujal.

Mujahid was one of al- Muffassirun, one of the Imams of tafsir, he says commenting about this ayat, he said "make hijra in the land and fight in the way of Allah Zaujal and stay away from the idol worshipping" and Atta one of the early scholars of this ummah, he said "if you are invited to do a sin then run away" so we should run away from sins and these two quotes are in the tafsir of Ibn Kathir. Allah Zaujal also says: An-Nahl (16:41)

وَٱلَّـذِينَ هَاجَرُواْ فِى ٱللَّهِ مِنۢ بَعۡدِ مَا ظُلِمُواْ لَنُبَوِّئَنَّهُمۡ فِى ٱلدُّنۡيَا حَسَنَةًۖ
وَلَأَجۡـرُ ٱلۡأَخِـرَةِ أَكۡـبَرُۚ لَـوۡ كَانُواْ يَعۡلَمُـونَ ﴿٤١﴾

ٱلَّذِينَ صَبَرُواْ وَعَلَىٰ رَبِّهِمۡ يَتَوَكَّلُونَ ﴿٤٢﴾

***Allah Zaujal says** "And those who emigrated for [the cause of] Allah after they had been wronged - We will surely settle them in this world in a good place; but the reward of the Hereafter is greater, if only they could know"*

so notice here, Allah Zaujal is promising the ones who make hijra for His sake and the ones who have been oppressed. Allah promises them that He will settle them in this world in a good place, so what does this mean? What does this mean, when Allah Zaujal says that We will settle them in this world in a good place? Some of the scholars of tafsir said if we look at the al-muhajirun, the ones who moved out of Mecca and went to Medina. They all later on became a leader of a state or a leader of an army so Allah Zoujal gave them a better status in this World than what they had in Mecca, But Allah Zoujal says 'but the reward of the Hereafter is greater' so Amar bin Khattab when he became khalifa and he would give money or gifts to the muhajirun he would tell them "This is a gift from Allah for you in this World but what Allah has reserved for you in the Hereafter is even greater." And the scholars say whoever leaves something for the sake of Allah, Allah Zaujal will give him something better. Allah Zaujal says: An- Nahl (16:110)

ثُـــمَّ إِنَّ رَبَّـــكَ لِلَّـــذِينَ هَـــاجَرُواْ مِـــنۢ بَعۡـــدِ مَـــا
فُتِنُـواْ ثُـمَّ جَـٰهَدُواْ وَصَـبَرُوٓاْ إِنَّ رَبَّـكَ مِـنۢ بَعۡدِهَـا لَغَفُـورٌ رَّحِـيمٌ
﴿١١٠﴾

*" Then, indeed your Lord, to those who emigrated after they had been compelled [to renounce their religion] and thereafter fought [for the cause of Allah ] and were patient - indeed, your Lord, after that, is Forgiving and Merciful"*

So hijra has a very high status in islam. Have you ever asked yourself the question, where did they stay, when they moved from Mecca to Medina? Did they check in to hotels? Or, did they stay in refugee camps? No, they stayed in the houses of Ansar, and that's why we call them 'ansar'. That's why we call them the ones who gave victory to islam. Ansar means they gave support, they gave victory to the religion of Allah. Their houses were open for the muhajirun, even though they were very modest houses for example Al- Hasan Al Basri says

that "I entered into the rooms of Rusool Allah (pbuh) and I could touch the ceiling with my own hand and when Rusool Allah (pbuh) would pray in the room of Aisha, he would have to touch her, so that she would move her feet away so that he can make sujood." Every, every wife of Rusool Allah (pbuh) had a room, that was it just one room, you know they didn't have a kitchens, living rooms, and a balconies, bedrooms, basement, etc. Every wife of Rusool Allah just had one room, it was that small. So for example in the house of Habib ibn Usa, Talhah ibn Ubaydullah his mother and Suhayb that's where they stayed. Hamza stayed in the house of Sa'd bin Zurra, Saad bin Khaitan all of the bachelors stayed in his house so they called it the house of bachelors. Ubaida ibn Haris and his mother Tufayl ibn Haris, Tunayl bin Amr, Al Hussain bin Haris, all of them stayed in the house of Abdullah ibn Salama. So one thing that you learn is that being generous and being supportive of muslims is one of the signs of emaan, it was one of the signs of al- ansar (ra).

There were two hijras, one to Medina and the other to Habasha. So what's the difference the difference between the two? When it comes to the hijra to al- Habasha, they went there flee persecution but they didn't become part of the society in Abyssinia, they weren't really part of the society, rather they were secluded. Therefore there ability to change the society was hindered. They were like refugees in Abyssinia and that's why when they left Abyssinia they didn't leave a strong Islamic impression behind. However the Hijra to Medina was a hijra to establish the Islamic community, so there's a big difference between the two.

**Some of the virtues of Medina**:

- Rusool Allah (pbuh) asked Allah to make them love Medina so he said "Oh Allah, make us love Medina like we love Mecca or more" Rusool Allah (pbuh) made duas that Allah Zaujal gives barakat in Medina , this hadith is in Bukhari, "Oh Allah double the barakat (double the blessings) of Medina compared to what you have given Mecca" It was Ibrahim **Allayhissalaam** asked Allah to give barakat in Medina**.** So Rusool Allah (pbuh) is asking Allah Zaujal to double the blessing in Medina.

- Medina is protected from dajjal. Rusool Allah (pbuh) says that there are angels on every entrance to Medina protecting it from dajjal.

- There is a special reward for being patient on the hardship of Medina, because, it was difficult to live in Medina at that time. It was very hot and the environment was harsh so Rusool Allah (pbuh) says in Sahih Muslim, "Anyone who is patient on the hardships of Medina, I will be his intercessor on the Day of Judgement, I will intercede on his behalf on the Day of Judgement".

- There is a special blessing of dying in Medina, Rusool Allah (pbuh) says, "Whoever is able to die in Medina then let it be so, because I will intercede for you on the Day of Judgement" and this hadith is in Muslim.When Amr ibn Khatab became khalifa, he wanted to die in Medina and he also wanted to die as a shaheed. So he made a dua to Allah saying, "Oh Allah, I want to die as a martyr in the town of Your Prophet" so his daughter Hafsa said, "Oh my father, how can you become a shaheed in Medina when it's safe? Medina is the capital of the muslim empire if you want to die as a shaheed you need to go to Iraq; you need to go to Syria, not in Medina". Amr bin Khattab said, "If Allah wants something to happen, He will make it happen". So not only did Amr die as a shaheed in Medina, he died in as a shaheed in the mosque of Rusool Allah (pbuh) while praying.

- Medina is also the refuge of emaan. Rusool Allah (pbuh) says in Bukhari that, "Emaan seeks refuge in Medina or goes back to Medina like a snake would go back to his hole". Medina cleanses it self from the impure or the unclean. Rusool Allah (pbuh) says in Muslim, "In the

name of Whom my soul is in His hands, nobody leaves Medina because he doesn't want it anymore, except that Allah will replace him with someone better than him" and then Rusool Allah (pbuh) says that "Medina cleanses itself from the people who are impure or the people who are evil" and Rusool Allah (pbuh) says "the Day of Judgement will not occur until Medina drives out all of the evil people in it like the fire will drive out the impurities of iron".

- Allah Zaujal protects Medina, Rusool Allah (pbuh) says, "Whoever plots against the people of Medina, Allah will make him dissolve like salt dissolves in water", and this hadith is in Bukhari.

- And Medina also is sacred so Rusool Allah (pbuh) says, "You are not allowed to cut down trees in Medina, your not allowed to hunt in Medina, your not allowed to carry weapons in Medina, because of its sanctity". So these are some of the blessings of Medina.

Before Rusool Allah (pbuh) decided to make hijra, the people of Mecca plotted against him. They came together and they started discussing how to deal with the Islamic problem. Some of them suggested that we should throw Muhammed (pbuh) in jail. The response was that it is not a good idea because if we throw him in jail his followers will come and take him out, they're going to revolt against us. So the second suggestion was to exile him, drive him out of Medina. They rejected this stating that his talk is very sweet, so he's going to deceive other people, and eventually they will believe him and then they're going to come back to challenge us. So the third suggestion was that of obviously no one other than Abu Jahl he gave the idea of killing Rusool Allah (saw), and said, the way to do that would be to appoint a strong man from every clan, give him a sharp sword, and then have them all strike Muhammed at once, so that his blood will disperse among the different clans of Mecca, so that the family of Rusool Allah (pbuh) will not be able to seek revenge and then they will ask for blood money and we will be happy to pay to them. They said this is the suggestion we adopt. And Allah Zaujal says: Al – Anfal (8:30)

وَإِذْ يَمْكُرُ بِكَ ٱلَّذِينَ كَفَرُوا۟ لِيُثْبِتُوكَ أَوْ يَقْتُلُوكَ أَوْ يُخْرِجُوكَ ۚ
وَيَمْكُرُونَ وَيَمْكُرُ ٱللَّهُ ۖ وَٱللَّهُ خَيْرُ ٱلْمَٰكِرِينَ ﴿٣٠﴾

***"And [remember, O Muhammad], when those who disbelieved plotted against you to restrain you or kill you or evict you [from Makkah]. But they plan, and Allah plans. And Allah is the best of planners."***

So they plan to execute Prohet Muhammed (pbuh), they wanted to assassinate him, but Allah Zoujal will protect him. Allah Zoujal told Prophet Muhammed (pbuh) to recite the following **dua**, this is an ayat in surat al- Isra: (17:80)

وَقُل رَّبِّ أَدْخِلْنِى مُدْخَلَ صِدْقٍ وَأَخْرِجْنِى مُخْرَجَ صِدْقٍ وَٱجْعَل لِّى مِن
لَّدُنكَ سُلْطَٰنًا نَّصِيرًا ﴿٨٠﴾

***And say, "My Lord, cause me to enter a sound entrance and to exit a sound exit and grant me from Yourself a supporting authority."***

So to 'cause me' to enter a sound entrance is to go to Medina and to exit a 'sound exit' is to leave Mecca, 'and grant me from Yourself a supporting authority', because Allah Zoujal is teaching Muhammed that this religion is supported by authority. Rusool Allah (saw) says that "Allah Zoujal sometimes could support this religion through authority in ways that Quran can not support the religion." And that's why khilafah was a very important concept to the muslims. Infact the sahabah met to decide the issue of khilafah before they buried Rusool ullah (pbuh) as we mentioned in the story of Abu Bakr Siddiq (ra).

Rusool Allah (pbuh) set out to prepare for hijra, Aisha Raziullah unha said that, one day at midnoon in the house of Abu Bakr, "we saw a man approaching us and he was masked", he covered his face, so Abu Bakr Siddiq saw that it was Prophet Muhammed (pbuh), he said 'Prophet Muhammed wouldn't come at this time except if its something important' this was because it was at noon and people ususally sleep at noon. So Rusool ullah (pbuh) came in and he said, "Oh Abu Bakr had everyone in your house leave?" Abu Bakr Siddiq (ra) said, "The only ones who are in my house are your family oh Rusool ullah." Meaning my family is like yours, you can trust speaking in the presence of my family because they're like your own family. So Rusool ullah (pbuh) said, "I was given permission to leave and make hijra to Medina." Abu Bakr Siddiq (ra) said, "Oh Messenger of Allah, can I be your companion?" Rusool ullah (pbuh) said, yes. Abu Bakr Siddiq (ra) started to weep, Aisha Raziullah anha said, "I never saw somebody weeping because of pleasure, because of joy, like my father that day."

Now I just want to stop right here and say, this was not an entertaining journey. Abu Bakr knew very well that he was risking his life, by being the companion of Rusool Allah (pbuh) on hijra. So how come he is crying of joy? When he knows that he is putting his life on the line. Brothers and sisters this shows you the level of sacrifice, that Abu Bakr Siddiq (ra) is willing to go to and it shows you that he is so happy, to sacrifice for Rusool ullah (pbuh). His heart was not trembling he was not afraid, he was instead crying of joy knowing that he could be killed. But this shows you the love that he had for Rusool ullah (saw).

Rusool ullah (pbuh) appointed Ali ibn Abu Talib to sleep on his bed, and this is another sacrifice because Ali ibn Abu Talib was also risking his life. But these were the sahabah of Rusool ullah (pbuh), this is how far they were willing to go. Rusool ullah (pbuh) and Abu Bakr left Mecca.Rusool ullah (pbuh) loved Mecca very much, he looked back and said, " In the name of Allah, you are the most beloved land to Allah, and if it wasn't that I was driven out from you, I wouldn't have left. I wouldn't leave Mecca if I had the choice." But he was driven out of it.

The journey started and Abu Bakr Siddiq (ra) for sometime would walk ahead of Rusool ullah, and then for sometime he would walk behind Rusool ullah. So the Messenger of Allah noticed this and asked Abu Bakr, "How come sometimes you walk infront of me and sometimes you walk behind me?" Abu Bakr Siddiq (ra) said, "When I remember that somebody could anguish you infront of us, I would walk ahead of you, and then I remember that somebody could be pursuing us, I walk behind you." Then Rusool ullah (pbuh) said, "Oh Abu Bakr would you rather have harm happen to you or to me?" Abu Bakr Siddiq (ra) said, "Oh messenger of Allah, I would rather have happen to me, and not to you." And then they reached the cave so Abu Bakr Siddiq (ra) went in to check the cave to make sure there were no snakes, scorpions, or ambushes, and then he told Rusool ullah (pbuh) to come in. When they were in the cave, the kuffar of Quraish succeeded in following their tracks until they reached to the mouth of the cave. Abu Bakr Siddiq (ra) told Rusool ullah (saw) "Oh Rusool ullah, if one of them would stare right under their feet, they would see us." They were right there at the mouth of the cave. Rusool ullah (pbuh) with all confidence, he said, "Oh Abu Bakr, what do you think about two men if Allah is the third?", "Abu Bakr how would you regard the safety of two people who had Allah as their third companion?" You know what stopped them from entering the cave? It was the web of a spider. Allah Zaujal says about the web of a spider: Al-Ankabut (29:41)

إِنَّ أَوْهَنَ ٱلْبُيُوتِ لَبَيْتُ ٱلْعَنكَبُوتِ ۖ

" ***… the most feeble of houses is the house of a spider…"***, with one finger you could tear down the whole web, so this feeble weak web was the soldier of Allah, what stopped the disbelievers from entering into the cave, and this shows us that Allah Zoujal can choose sometimes the weakest of His creations to be His soldier. This story of the web of the spider is an agreeable narration, it is hassan. Allah Zoujal reveal this ayat later on after the hijra. This ayat is in Surah Taubah, where Allah Zoujal is speaking to the sahaba and telling them, ***"If you do not aid him now , Allah has already aided him.".***

That day when Abu Bakr was the only companion of Rusool ullah (pbuh) and the kuffar surrounded the cave, none of the sahabah were around and Allah didn't need them to support the prophet. Allah sais : At-***Tauba (9:40)***

إِلَّا تَنصُرُوهُ فَقَدْ نَصَرَهُ ٱللَّهُ إِذْ أَخْرَجَهُ ٱلَّذِينَ كَفَرُوا۟
ثَانِىَ ٱثْنَيْنِ إِذْ هُمَا فِى ٱلْغَارِ إِذْ يَقُولُ لِصَٰحِبِهِۦ لَا تَحْزَنْ إِنَّ ٱللَّهَ
مَعَنَا ۖ فَأَنزَلَ ٱللَّهُ سَكِينَتَهُۥ عَلَيْهِ وَأَيَّدَهُۥ بِجُنُودٍ لَّمْ تَرَوْهَا
وَجَعَلَ كَلِمَةَ ٱلَّذِينَ كَفَرُوا۟ ٱلسُّفْلَىٰ ۗ وَكَلِمَةُ ٱللَّهِ هِىَ ٱلْعُلْيَا ۗ وَٱللَّهُ
عَزِيزٌ حَكِيمٌ ﴿٤٠﴾

***"If you do not aid the Prophet - Allah has already aided him when those who disbelieved had driven him out [of Makkah] as one of two, when they were in the cave and he said to his companion, "Do not grieve; indeed Allah is with us." And Allah sent down his tranquillity upon him and supported him with angels you did not see and made the word of those who disbelieved the lowest, while the word of Allah - that is the highest. And Allah is Exalted in Might and Wise."***

The angels of Allah were the unseen soldiers, however the spider was the seen soldier. Now they stayed in the cave for three days, during those three days Abdullah the son of Abu Bakr, would spend a day in Mecca, listening to the conversations about Prophet Muhammed (pbuh) and Abu Bakr. He would spend the nights with Prophet Muhammed (saw) and Abu Bakr. He would tell the servant of Abu Bakr, Amir ibn Fuhairah (ra), to follow him with his sheep. There was a double purpose for this, the sheep would provide milk to the prophet and Abu Bakr, and the sheep would also cover the tracks of Abdullah and Amir. Thus no one will know where they went. This procedure went on for three days. The guide, Abdullah bin Uraiquit, then showed up, he was a mushriq, but the Prophet (saw) hired him because he had an alliance with the people of Quraish. So he was responsible for showing them a different route, from Mecca to Medina, than what people usually take. They began their journey to Medina, not following the regular route. They followed the coastline until they reached Medina.

The people of Quraish had a bounty on the capture of Prophet Muhammed (pbuh) and Abu Bakr, hundred camels for each dead or alive. They had sent their messengers to the bedouin tribes in the desert to inform them of the reward. These tribal people were the experts of the roots of the desert. One of the heads of the Bedouin tribes, Suraqa ibn Malik, said, "I was sitting in the gathering of my people, when a man showed up and said, 'I saw two men in the horizon and I think that these are the two men the Quraish are looking for', I told him no, these two men were here a while ago, they just left. I told him that to deceive him, but I knew that those two were Prophet Muhammed (pbuh) and Abu Bakr, but I told him that because I wanted the camels for myself." So Suraqa stayed in the gatherings for a while, so that they wouldn't be suspicious, and then he went to his house and told his servant to go and prepare his horse, and to hide it, he then left from the backdoor. He carried his spear which was' 'dragging on the ground'. This was because spears are long; he didn't want anyone to see it. He mounted his horse and went towards the direction where that man thought he saw Prophet Muhammed (pbuh) and Abu Bakr go. Later the guess turned out to be correct. Suraqa was now only few meters away from becoming a millionaire. Abu Bakr was looking back while Prophet Muhammed (pbuh) was reciting the Quran, Muhammed (saw) never looked back, and he was confident; he knew that with the help of Allah victory was in their hands. Abu Bakr was very concerned, not for himself but for the safety of Muhammed (pbuh). Abu Bakr told the prophet (pbuh) that there was someone pursuing us. Rusool Allah (pbuh) then made a dua, and the horse of Suraqa sank in the sand, causing Suraqa to fall of the horses back. Suraqa's greediness insisted on following them nevertheless. He tried again but he fell off his horse again, he claimed that this never happened to him before. The third time it happened to him, he said a cloud of dust exploded in my face from the front. Suraqa then knew that Allah was supporting this man. Suraqa then asked them to grant him peace. Suraqa who was pursuing Prophet Muhammed (pbuh) was now worried about his own survival Suraqa said, "Write for me a warrant of security." Thereupon the Prophet (saw) ordered 'Amir Ibn Fuhayrah to write the warrant which he wrote on a piece of tanned leather or bone. Suraqa preserved the document as a memento of sorts. (SubhanaAllah 8-9 years later he was arrested when Muhammed was laying Siege to Persia, Suraqa was a captive; he took this paper out, which saved his life.) Suraqa went back to Mecca he discouraged the Quraish on finding Muhammed; he did this on Prophet Muhammed request. So eventually Suraqa became a guardian for Muhammed, who was before an enemy.

Rusool Allah (pbuh) and Abu Bakr visited the tent of Umm Ma'bad, a woman of Khuza'a. She was a very generous woman, anyone who would pass by she would feed them. But when the prophet (pbuh) and Abu Bakr reached there, she didn't provide them with anything. Rusool Allah (pbuh) asked her if she had anything to spare. Her response was that if she had anything, you wouldn't have had to ask. Apparently Umm Ma'bad owned a ewe but it was weak and her udder had dried up due to drought. Rusool Allah (pbuh) asked if he could milk the ewe, she allowed. Rusool Allah (pbuh) asks for a big container, knowing that she had no milk. He touches the sheep and starts milking it, the milk flows out, till the vessel is full. He first gives Umm Ma'bad some to drink then everyone else until everyone was satisfied. Rusool Allah (pbuh) was the last to drink, he said, "the servant of the people is the last to drink." Rusool Allah (pbuh) left some milk for Umm Ma'bad. When Abu Ma'bad came back home with his flock of sheep, he asks his wife where did the milk come from? She said a blessed man visited us and he was the one who milked the ewe. He asked her to describe this man to her. Umm Ma'bad gave the description of Prophet Muhammed (pbuh), which remains until this day the best of the descriptions ever given of Prophet Muhammed (pbuh), even though she only met him once.

And I'll read to you her description of Rusool Allah (pbuh) she said, "I saw him to be a man of evident splendor, fine in figure, his face handsome, slim in form, his head not too small, elegant and good-looking, his eyes large and black, his eyelids long, his voice deep, very intelligent, his brows high and arched, his hair in place, his neck long and his beard thick. He gave an impression of dignity when silent and of high intelligence when he talked, his words were impressive and he was decisive not trivial not trite, his ideas like pearls moving on their string. He seems the most splendid and fine looking man from a distance, and the very best of all from close by, medium in height, the eye not finding him too tall nor too short, a tree branch as it were between two others but he was the finest looking of the three. The best proportioned,

he was the center of his companion's attention. When he spoke they listened well and if he ordered they hurried to obey. A man well helped, well served, never sullen, never refuted."

Her husband said, "This man must be Muhammed, the one who Quraish are pursuing, if I meet him I will pledge allegiance to him and become Muslim." Umm Ma'bad had already pledged allegiance to Prophet Muhammed (pbuh), thus she became Muslim.

**Some lessons from hijrah**

**<u>The concept of hijrah</u>**: there are two types of hijra the figurative hijrah and the literal hijrah. The figurative hijrah is as was mentioned in a hadith in Annasai, "Hijrah is to leave what Allah Zaujal dislikes." So this is the figurative hijrah, it is to emigrate from the state of sin to the state of obeying Allah Zaujal. Allah Zaujal says in the Quran, "stay away from impurities" make hijrah from impurities, from idol worshiping from evil, and this type of hijrah is mandatory on everyone. All of us have to leave from the state of sin to the state of obedience. Then we have the literal hijrah, and that is to move from one land to another, you move from the land of evil to the land of good. Examples of that are the hijrah of Prophet Muhammed (pbuh) and the sahabah or the hijrah of the man from the children of Israel who killed a hundred people and then he went to consult a scholar, the scholar told him that, Allah will accept your repentance but you have to move from this town of evil, and move to another where people will support you in worshipping Allah Zaujal.

**The first lesson**: Hijrah can cause an economic boom. For example, the muslim Grenada, the last Islamic state in Andalusia; the Christian north, Spaniards started taking over, conquering Islamic land, the muslims started migrating to southern Spain. The population boom of the south reached over 2 million, but these men were skilled, causing Grenada to flourish. It eventually became the wealthiest state in all of Europe.

Now we have a surge of Muslim minds immigrating to the western world, so the Muslim land is deprived of their abilities.

**The second lesson**: When Rusool Allah (pbuh) for the first time was exposed to revelation, he came down from the cave trembling and worried. He went to his wife Khadija Raziullah unha, and told her to wrap him in a garment, that is when the verses of Muzzammil and Muddassir were revealed. Khadija suggested going to her uncle Waraqa ibn Naufal, who was a wise old man who had studied the early scriptures. Waraqa asked Prophet Muhammed (pbuh), "Oh nephew what do you see?" Rusool Allah (pbuh) explained to him what happened, Waraqa said, "This was the angel Jibrael, who used to come down to Musa, and how I wish I were a young man again. I hope I will be alive when your people exile you." This last statement was a shock to Prophet Muhammed (pbuh), we should keep in mind that Prophet Muhammed (pbuh) was the most beloved man of the Quraish. Rusool Allah (pbuh) asked Waraqa, "Are they going to exile me?" He affirmed he said, "No one has ever received what you have, without being treated as an enemy, if I'm alive when your time comes, I will give you every help." Thus Waraqa Ibn Naufal has been speaking of the reality of the history of da'wa. Whenever a person declared the truth of Islam, people rebelled. Allah Zaujal says about the people of Thamoud: An-Naml (27:45)

وَلَقَدْ أَرْسَلْنَآ إِلَىٰ ثَمُودَ أَخَاهُمْ صَٰلِحًا أَنِ ٱعْبُدُوا۟ ٱللَّهَ فَإِذَا هُمْ

فَرِيقَانِ يَخْتَصِمُونَ ﴿٤٥﴾

***"And we have certainly sent to Thamoud their brother Saaleh, saying, 'worship Allah' and at once they were two parties conflicting." [27:45]***

So Saaleh was in a very similar position to Muhammed (pbuh), he was much respected amongst his people, but when he started to preach the message of Allah Zaujal, the people split in to two conflicting groups. And that is why the Quran is called 'Al Furqan', the Criterion; it separates the good and the evil, splitting the society in to two. The Battle of Badr is called 'Furqan' for the same reason.

13 years later, what Waraqa had predicted did happen, Allah Zaujal says: Al-An'am (6:112)

وَكَذَٰلِكَ جَعَلْنَا لِكُلِّ نَبِيٍّ عَدُوًّا مِّنَ ٱلْمُجْرِمِينَ ۗ وَكَفَىٰ بِرَبِّكَ هَادِيًا وَنَصِيرًا ﴿٣١﴾

***"And thus have We made for every prophet an enemy from among the criminals. But sufficient is your Lord as a guide and a helper."***

So every prophet has enemies, that is sunnah of Allah Zaujal.

**The third lesson:**

We can notice from the hijrah of Rusool ullah (pbuh) the elaborate planning, that went into it. Rusool ullah (pbuh) first visits Abu Bakr at noon, all masked. Then when he entered the house he asked Abu Bakr, to clear his house to maintain secrecy. Third, he had Ali bin Abu Talib sleep on his bed. Fourth, the camels were ready and prepared, Fifth, they left under the cover of darkness from the backdoor. Sixth, they hired a guide. Seventh, Medina is north of Mecca, but just to decieve the disbelievers , they headed south. Eighth, they hid in the cave for three days Ninth, Abdullah would gather information during the day, and provide them with information during the night. Tenth Amir bin Fuhayra brings them food.

Rusool ullah (pbuh) went to and extreme extent to ensure his safe journey to Medina, even though he knew that Allah has promised to protect him, after all he is the Messenger of Allah. But he did this to teach us that as a muslim we have to do our best, this is 'ahsaan'. Thus this is how we should conduct, and plan our islamic work.

**The fourth lesson** of the hijrah of Prophet Muhammed (pbuh) is the role of women:

How do we hear the story of hijrah? Whether its from Sahih Muslim or Bukhari, it was narrated my Aisha Raziullah unha. All of it was peserved by her. Asma bint Abi Bakr, the sister of Aisha, she tore her griddle to put food into it, to send it to Prophet (saw) and her father, Abu Bakr. Later she suffered because of hijrah, as Abu Jahl and some men from the Quraish came and knocked on the door of Abu Bakr. Asma opened the door, Abu Jahl asked her where her father was, she said I don't know, in response Abu Jahl slapped her hard on her face. She remained patient for the safety of the Prophet (saw) and her father. Another thing to notice here is that she lied, but it is allowed to lie for the protection of a muslim. The father of Abu Bakr, her grandfather , was a blind man, he came in and he said, " I see that my son has caused you two sufferings, one, by him leaving, and two by him not leaving you behind any money." Asma was very creative she went and filled a sack with some rocks, and put it in the hands of her grandfather, to show that her father has left them a lot of money. Her grandfather was satisfied by this, she did this to keep him calm.

**The fifth lesson** from hijrah is to choose a companion wisely. RusoolAllah (pbuh) chose Abu Bakr Siddiq RaziAllah anhu, he was the best companion that Rusool Allah (pbuh) could make. Abu Bakr (ra) loved Prophet Muhammed (pbuh), his love was genuine and not just lip service. He cried when he found out that he would have the honour of being the Prophet's (pbuh) companion for hijrah. Abu Bakr was a wise man who RusoolAllah (pbuh) could trust, Abu Bakr was willing to sacrifice his life for the life of RusoolAllah (pbuh). This can be made out by the way Abu Bakr checked the cave before Muhammed

(pbuh) entered. This incident was narrated by Amr bin Khattab. When Amr bin Khattab became Khalifa, he heard that some people gathered to discuss, who was better, Abu Bakr or Amr? On hearing this, Amr rushed towards them and said to them, "One day in the life of Abu Bakr is better than the entire family of Amr." He then narrated this story of hijrah. And said that, that one day of hijrah is not only better than the life of Amr but better than the life of the entire family of Amr's. This event shows us the recognition that the sahaba had of the high status of Abu Bakr Siddiq (ra).

**The sixth lesson:** A lot of what Rusool Allah (saw) did during that stage was done in secrecy, he did this to preserve islam and muslims. But a balance needs to be kept between secrecy and da'wa. Da'wa by nature is a public outward act, so how do you keep a balance between giving da'wa and protecting your organisation? In hijrah we find examples of both. Related to secrecy, Ibn Ishaaq says, "And as I had been told, no one knew of the departure of the Messenger of Allah except Ali bin Abu Talib and Abu Bakr and his family." These were the only people who knew about the hijrah of RusoolAllah (saw). When RusoolAllah (saw) and Abu Bakr were travelling and they would need some people to help, Abu Bakr was a known man while RusoolAllah (saw) was not known outside of Mecca. Abu Bakr used to travel a lot due to his business, because of that he was familiar to most of the people in villages, towns etc. Rusool Allah (saw) didn't travel much, as most of his da'wa was done in Mecca, except Taif. Although people had heard of him, no one knew what he looked like. Anas ibn Malik said, that Abu Bakr was a known man so people would come to meet him, then they would ask Abu Bakr who was the man with him, Abu Bakr would reply, "This man is a guide, and he is showing me the path." Now what people would obviously think he was saying was that, he was guiding Abu Bakr through the desert but what he really meant was that this man is guiding him towards Allah. But he said it in this manner to protect the identity of Rusool Allah (saw), because of his fear of endangering Rusool Allah's (saw) life. At the same time Abu Bakr is not lying. This is what you call **Tauree.** This is the secrecy part.

But when it comes to da'wa the identity needs to be exposed. So when Rusool Allah (saw) met Buraidah Aslami, he did introduce himself as the last and final Messenger, and did give him da'wa and Buraidah became muslim. Buraidah joined Rusool Allah (pbuh) in 16 out of his 19 battles. Rusool Allah (saw) also came across two thieves. They were also given da'wa, they too became muslim. When RusoolAllah (saw) asked for their names they said, "Our name is the Al Muhanan" , Al Muhanan means 'the dishonoured ones', RusoolAllah (saw) disagreed declaring them as the honoured ones. Another example of da'wa was when RusoolAllah (saw) met with a shepherd. RusoolAllah (saw) asked this shepherd for some milk. The shepherd, explained how none of his goats have milk at the moment. RusoolAllah (saw) asked the shepherd if he would allow him to milk it. On his allowance RusoolAllah (saw) did milk it, as a result milk started to flow out. After everyone drank , first the shepherd and then Muhammed (saw) and Abu Bakr, the shepherd asked, "For heavans sake, who are you? I never saw the like of you." RusoolAllah (saw) responded, "Do you think you can keep it secret, if I told you?", so the man said, "yes", RusoolAllah (saw) said I, "I am Muhammed, the messenger of Allah." The shepherd asked if he was the one the Quraish say, claims to be a sabian. Sabian was a degrading accusation, that the people of Quraish would level towards the muslims. They would call them 'Assabiun' rather than 'muslims'. RusoolAllah said, "Yes, they do say that." The man said, "I bear witness that you bring the truth and that only a prophet could do as you have. I am your follower now." RusoolAllah (saw) told him, "You can not be that right now, come and join us, when you hear that I have declared my self openly." RusoolAllah (saw) does not mean that you can not be a Muslim right now, he meant that he could not join the islamic ja'maa at the moment, because RusoolAllah (saw) is still at that secretive stage. Thus by these examples the balance betweem giving da'wa and the secrecy of RusoolAllah's (saw) identity can be understood. RusoolAllah(saw) only declared his identity to those people who he thought would respond to da'wa.

**The Seventh lesson:**

When RusoolAllah (saw) told Abu Bakr that, he had been given the permission for hijrah, and Abu Bakr was ready to join him, Abu Bakr told Muhammed (saw) that, "Here are two camels for hijrah." RusoolAllah (saw) replied that he will take the camel but, he'll pay for it. Thus it's important for the da'i to be financially independent. When a scholar is on the government pay roll, there's a conflict of interest when that scholar is giving a fatwa on any issue that relates to the government. When the scholar is

dependant on the government then automatically the scholar will be hesitant to do anything against the will of the government even if that means favouring falsehood. An example of this is when we hear scholars giving fatwas, that it is allowed to have interest banks. Thus to prevent this evil, there should be financial independence of such Islamic figures.

RusoolAllah (saw) and Abu Bakr were travelling in the desert at the peak of the summer season. It was a very hot weather. The guide took them down the Valley, and Quba to the Banu Amr bin Auf, it was Monday the 12th of Rabi ull awwal, the heat was extreme, the sun had almost reached its peak. The Ansar would go out of Medina everyday in the morning, in the anticipation of meeting RusoolAllah (saw) and greeting him, but when the heat would become extreme, they would go back indoors. So one day, just like their practice, they went early in the morning waiting for RusoolAllah (saw), and when he didn't show up they went back in. There was a jew who was climbing on one of their high buildings, and he saw Muhammed (saw) and Abu Bakr approaching all dressed in white. The reason why they were dressed in white was that when they had reached the valley of Reem, they met Zubayr bin Awwam (ra), who was accompanying a trade caravan of Muslims returning from Syria. He presented the Prophet (saw) and Abu Bakr (ra) with sheets of white cloth. Anyway this jew after spotting them, called out: "O people of Arabia! What you have been waiting for has arrived!" The Ansar lifted their weapons and rushed to greet the Prophet (saw). The reason why the ansar grabbed their weapons was that it was their tradition, they would do this whenever they would greet an important guest.This was also a sign, that they were willing to offer him protection. This is still a tradition in some tribal societies. Rusool Allah (saw) and Abu Bakr arrived at the outskirts of Medina called Quba, where people started greeting them. Rusool Allah (saw) stayed in Quba for 14 days, during which he built the mosque of Quba, the first masjid in islam. This masjid is special, if you make wudu at your place and pray 2 rakats in the Masjid of Quba Quba then we get the sawaab of one umra. Rusool Allah (saw) stayed in a house called, the house of bachelors, all of the men in there were bachelors. He stayed in the house of Sa'd bin Khathima. He stayed there because he had a lot of visitors, he didn't want to burden a family with all the havoc. While he stayed there, Rusool Allah (saw) sent messengers to Medina, asking them permission for their entrance. They in response sent for the Prophet (saw) a large delegation, which came and met Rusool Allah (saw) and said, "Come in, you are safe, and you will be obeyed."

Rusool Allah (saw) was not going to Medina as a guest but rather as a leader. Allah zaujal also says:

**SURAH AN-NISA (4:64)**

وَمَآ أَرۡسَلۡنَا مِن رَّسُولٍ إِلَّا لِيُطَاعَ بِإِذۡنِ ٱللَّهِۚ

***"Every Messenger that We have sent, We sent them to be obeyed …"***

So the people are under a duty to follow the Messenger's of Allah. It was an amazing day when Rusool Allah (saw) entered into Medina, there was a huge celebration. People were greeting him. The men came out armed, the Abyssinians were dancing with their spears, women stood on their rooftops, children flooded the streets just to catch a glimpse of Rusool Allah (saw).

Anas ibn Malik (ra) says, " The Messenger of Allah did come, and his companion. They were amongst the town people. Even the old people came out to greet them, climbing on top of houses and shouting, 'which one is he?!'", Anas Ibn Malik says, "We never saw such a sight before." People were very happy the Rusool Allah (saw) had arrived. Anas Ibn Malik (ra) said, "I witnessed the day he entered among us and I witnessed the day he died, and I never saw two days as those. I never saw two days like that in my life." Anas Ibn Malik (ra) sais in another narration, "I witnessed two days. One day was the brightest and best

day in my life and that was the day, Rusool Allah (saw) and Abu Bakr came into Medina. The other day was the darkest day and the worst day in my life, and that was the day in which Rusool Allah (saw) passed away and I have witnessed both of them."

So dear brothers and sisters the best day that Medina had ever had, was the day Rusool Allah (saw) had entered Medina and the worst day Medina has ever witnessed was the day Rusool Allah (saw) left them. Rusool Allah (Saw) was offered to stay in every house in Medina, but Rusool Allah (saw) wanted to stay with Banu Najjar, this is because Banu Najjar were his relatives. Hashim married a woman from Banu Najjar, Banu Najjar are from Khuzruj. Their for Abdul Muttalib, his maternal uncles were from Medina, from Banu Najjar. Rusool Allah (saw) wanted said he wanted to stay with Banu Najjar, then he asked them which house of Banu Najjar was closest to him. Abu Ayyub Ansari responded, that his house was. Rusool Allah (saw) thus stayed with Abu Ayyub. Rusool Allah (saw) wanted to stay on the lower level, while Abu Ayyub was trying to convince him to settle on the upper floor. The reason for this was because peole visited Rusool Allah (saw) often, so it was more convenient for everyone for him to stay in the lower level. Finally Abu Ayyub agreed. Aby Ayyub sais, "We had a container filled with water that fell. We were afraid that the water wuld drip on Rusool Allah (saw) so we used our blanket, and me and my wife only had that blanket. We used it to soak up the water and we had to sleep without that blanket." This is the generosity that the sahaba (ra) were willing to offer to Rusool Allah (saw).

Another example of the generosity of the people in Medina: Zaid bin Thabit (ra) sais "The first gift made to the Messenger of Allah, after he took up residence in the home of Abu Ayyub was brought to him by myself. It was a big wooden bowl filled with bread crumbled up with milk and butter. I told him that my mother had sent him the bowl. He commented, 'may Allah bless her' then he called over his companions and they ate, then a wooden bowl came from Sa'd ibn Ubada, it was bread mixed with meat gravy." Zaid bin Thabit sais, "not an evening went by without there being, at the door of the messenger of Allah, three or four people, who would come one after the other, carrying food. He remained there in the home of Abu Ayyub for seven months." These were mostly poor people, who were giving up their food for the messenger of Allah. People loved Rusool Allah (Saw).

A few young girls went out on the streets, and they were singing, "We are girls of the Banu Najjab. How wonderful if Muhammed were our neighbor!" Rusool Allah (saw) said, "Allah knows, that my heart loves you all." This was the relationship between the people of Medina and Rusool Allah (saw). Allah Zaujal had chosen the Ansar, to be the ansar of Rusool Allah (saw). Towards the end of the Prophet's (saw) life he said, "If it wasn't for hijra, I would consider myself to be a member of al-ansar."

What was the situation of Medina like when Rusool Allah (saw) migrated? There were five tribes living in Medina. Three of them were jewish and two were Arab. The three jewish tribes were; Banu Nadir, Banu Qurayza, and Banu Qaynuqa. Banu Qaynuqa lived in the center of Medina, the market place, they had a business of jewellery. They were previously settled in the outskirts of Medina but were driven out by a war between them and the other jews. Both Banu Nadir and Banu Qurayza lived in forts in the ouskirts of Medina. They had about 59 fortresses in which they lived in. They had a fighting force of about 2000. The two arab tribes were; Al-Aus and Al-Khazruj. They had a fightimg force of about 4000. One tribe lived in the north while the other lived towards the south inside Medina. So Medina was a sort of a city full of many villages, with areas specified for each tribe. The livelihood of the people of Medina was dependant on agriculture. They had palm groves for which the farmers would need money throughout the year, until the time of harvest. The jewish tribes would lend the arabs money who would charge interest on the loan. This created some conflict or bitter feelings between the arab and the jews. This was the situaion prior to the advent of Islam .When islam cam , Medina had muslims , pagan worshippers and jews .. thus there were different ethnic groups. Rusool Allah (saw) had to be very careful while dealing with these people.

There were some people who were not happy of Rusool Allah's (saw) presence, to give an example of the complicated situation that existed due to the various ethnic groups is that, once Rusool Allah (saw) was riding on his donkey and he went towards a gathering which included arabs, muslim and non-muslim, and jews. When he went there his donkey caused some dust, Abdullah bin Ubayy (who later became the

head of the munafiqeen) said, "Keep your dust away from us." Rusool Allah (saw) did not respond to that, Rusool Allah (saw) started to preach islam to them. When he was finished, Abdullah bin Ubayy said, "Don't come and bother us in our meetings with your talk. Stay home, and whoever comes to visit you, then tell them your stories." Abdullah ibn Rawaha, who was a muslim said, "No! We want him to come to our meetings and talk to us." People then started shouting and arguing, it seemed like a battle was going to occur. Rusool Allah (saw) started to calm them down. Rusool Allah (saw) said, "Sa'd didn't you see what Abdullah bin Ubayy did?" Sa'd asked him what happened and then he responded to Rusool Allah's response, "Oh Rusool Allah, Abdullah bin Ubayy was a man whom his people was almost going to appoint him king over them, when you arrived. So he feels that you have stripped him of his kingdom." So Sa'd was explaining how it was understandable that Abdullah was against Rusool Allah (saw), because the tribe of Khazraj was about to appoint Abdullah bin Ubayy as the king over them. So this was the situation that Rusool Allah (saw) was dealing with.

**CD #2**

When Rusool Allah (saw) reached Medina, he had four projects to work on.

- The masjid
- Establishing Brotherhood
- A covenant that would govern the relationship between the various groups in Medina.
- The establishment of the army

**1ST PROJECT**
**THE MASJID**

The masjid was the first thing Rusool Allah (saw) worked on when he arrived to Medina. It is to be noticed that the first thing that Rusool Allah (saw) worked on in Qubaa was also a masjid. The reason why it was the first project he launced is because al-masjid is the center of learning for the muslims. The Rusool Allah (saw) had Dar ul Arqam in Mecca and then he was going to built a masjid in Medina which would expand the functions of Dar ul Arqam.

Dar ul Arqam was a secret location where the muslims would meet to pray and teach. But since Rusool Allah (saw) now had established an islamic state, nothing needed to be kept a secret anymore rather they built a mosque called "Masjid-e-Nabvi".

**How did they choose the location for the mosque?**
Rusool Allah (saw) was riding his camel and people were pulling it towards their direction. Rusool Allah (saw) said, "Leave it, because it is being commanded by Allah." The camel while going through the streets of Medina stopped at a particular location which was a field for drying dates. This field belonged to two orphans in Medina. After the camel chose his location, Rusool Allah (saw) said, "This is our place." This would be the location for the masjid and the Prophet's (saw) living quarter.

Rusool Allah (saw) wanted to buy the area, but the orphans refused to sell, they said they wanted to give the land to Rusool Allah (saw). The building of Masjid-e-Mabvi began. They built it from mud-bricks and the roof was palm leaves. When it would rain the drops would fall right on top of their heads. The floor was just sand. Even though it was very simple, it was the most blessed masjid , this was where the first generation graduated from. Rusool Allah (saw) also took part, along with the sahaba, in the building of the masjid. The poet among them said, "If we sit down while the messenger of Allah is working, that is a misguided act on our behalf." Rusool Allah (saw) even carried the bricks for the masjid.

**Some lessons from the building of the majsid**

**First lesson:** The masjid was the first thing Rusool Allah (saw) did. Allah Zaujal says:
Al-Hajj (22:41)

ٱلَّذِينَ إِن مَّكَّنَّٰهُمْ فِى ٱلْأَرْضِ أَقَامُوا۟ ٱلصَّلَوٰةَ

***"[And they are] those who, if We give them authority in the land, establish prayer…"***

So when Allah Zaujal grants them authority in the land the first thing they did was establish salah. By establishing a masjid they are establishing the center of salah.

**Second lesson:** Rusool Allah (saw) taught the sahabah through practice. Our beloved Prophet (saw) worked side by side with the sahabah, he did not give orders from a high place. This explains the role of leaders in islam.

**Third lesson:** Specialisation is respected in islam, people should do what they believe they are good at. This we can tell because when the Prophet (saw) and the sahabah were building the masjid-e-Nabvi, there was a man from NAJD who was with them. This man was a builder. He asked Rusool Allah (saw) if he should join them in carrying the bricks. Rusool Allah (saw) refused, instead he asked the builder to make the mixture for the bricks and make them.. Thus Rusool Allah (saw) asked him to do this because the builder needed to focus on doing what he was best at. This indicates that in our islamic work, everybody does not have to do the same thing. Everbody does not need to be a good da'I, imam, or a scholar. Allah has given everyone different gifts, people should be allowed to utilise these gifts to their full. A good leader will be able to recognize these gifts and advise his followers on how to strengthen these gifts. But keeping in mind that these gifted abilities should be used for the benefit of Islam.

**What is the role of the masjid?**
Allah Zaujal says in the Quran:
**Al-Nur (24:36)**

فِى بُيُوتٍ أَذِنَ ٱللَّهُ أَن تُرْفَعَ وَيُذْكَرَ فِيهَا ٱسْمُهُۥ يُسَبِّحُ لَهُۥ فِيهَا بِٱلْغُدُوِّ
وَٱلْءَاصَالِ ﴿٣٦﴾

***"[Such niches are] in mosques which Allah has ordered to be raised and that His name be mentioned therein; exalting Him within them in the morning and the evenings"***

**Al-Nur (24:37)**

رِجَالٌ لَّا تُلْهِيهِمْ تِجَٰرَةٌ وَلَا بَيْعٌ عَن ذِكْرِ ٱللَّهِ وَإِقَامِ
ٱلصَّلَوٰةِ وَإِيتَآءِ ٱلزَّكَوٰةِ يَخَافُونَ يَوْمًا تَتَقَلَّبُ فِيهِ ٱلْقُلُوبُ وَٱلْأَبْصَٰرُ

٣٧

***"[Are] men whom neither commerce nor sale distracts from the remembrance of Allah and performance of prayer and giving of zakah. They fear a Day in which the hearts and eyes will [fearfully] turn about"***

**AL-NUR** (24:38)

لِيَجْزِيَهُمُ ٱللَّهُ أَحْسَنَ مَا عَمِلُوا۟ وَيَزِيدَهُم مِّن فَضْلِهِۦ ۗ وَٱللَّهُ يَرْزُقُ
مَن يَشَآءُ بِغَيْرِ حِسَابٍ ٣٨

***"That Allah may reward them [according to] the best of what they did and increase them from His bounty. And Allah gives provision to whom He wills without account."***

1. This tells us that the masjid is just a building, the real essence of the building are the people inside the building. That is the spirit of the Masjid. The Quran talks about men who are in the houses of Allah, these men are not distracted by money, or making a living. Although they indeed do run businesses or they do earn for a living, but when they are present in the house of Allah, they are busy with the remembrance of Allah only. Thus the primary role of masjid is that it is a place for salah and zikr.

2. The masjid is the center of learning. In Mecca it was Dar ul Arqam and Masjid-e-Nabvi in Madina. These were the places where Rusool Allah (saw) would give his khutbas, talks, and lectures. Also the sahabas would sit in circles and sit together to study the Book of Allah.

3. Rusool Allah (saw) says, "If people come together in the house of Allah, studying the book of Allah Zaujal and reading it. Allah will give them four things; Safina (tranquility), rahma (mercy), angels will surround them, and Allah will mention their names in a gathering better than theirs."

4. The masjid is a place for muslims to meet. It plays a vital role in their social life. Muslims who pray jama'a would meet five times a day. This would strengthen the bond of brotherhood between them. They also meet on juma'a and this word like jama'a means congregation. Congregation means an assembly of people gathering.

5. The masjid was a dwelling for the traveller and the poor. There was a place called Ahl ul Sufa which was built for such people in the masjid.

6. The masjid was the place where the armies set out from. The banners or the standards of war will be handed out inside the masjid.

7. The masjid was a place for da'wa. When the chirstians from Yemen visited, they stayed inside the masjids. They stayed there, so that they can see the muslims pray and have discussions with Muhammed (saw). This tells us that non-muslims should be allowed to enter masjids.

We talked about how the masjids of Rusool Allah (saw) and Masjid-e-Nabvi were simple. They didn't have all that fancy decorations.

**So what is the ruling on such decorations?**
Scholars say that 'tashheed' is allowed while 'zakhrufa' and 'naksh' is not. Tashheed means having good quality building material for the building itself. So after the masjid was first built from mudbricks, it was rebuilt with stones etc. the roof was replaced by wood and all this is allowed. However there is a difference in opinion about the decoration of the masjid. Some say it is haraam and some say it is mukroo. Even the ones who say it is muqroo, they say that if someone designates money to be used as a 'waqf', trust for a masjid, it is haraam to use that money to decorate the masjid. The money must be put in for the building of the masjid. This is because substance is more important that symbol.
The Masjid-e-Nabvi was simple (mud bricks) but the best of people graduated from there, and now you have huge, magnificent buildings but this merely shows how much money was thrown into this.

**Virtues of Masjid-e-Nabvi**

Rusool Allah (saw) sais in a hadith narrated by Bukhari, "One salah in my masjid is better than 1000 salah in any other masjid except the Masjid ul Haram (Ka'aba)." Which means if you pray Isha once in Masjid-e-Nabvi, it is as if you prayed Isha for 83 years in any other masjid. This is the amount of blessing you get by praying in Rusool Allah's (saw) masjid.

Rusool Allah (saw) also sais, "You should not travel to visit a masjid, except if it is one of three masjids; Al-Masjid ul Haram (Ka'aba), Al-Masjid ul Aqsa (Jerusalem), and this Masjid of mine (Masjid-e-Nabvi)."

Rusool Allah (saw) sais, "There is a garden from the gardens of Paradise between my house and my pulpit, and my pulpit is on my Lake Fount (Al-Kauthar)" Book 30:112

**Azaan**
Abdullah bin Zaid, one of the sahabah of Rusool Allah (saw) saw a dream, at the time the Masjid-e-Nabvi's construction was complete. After the completion of the masjid they were now thinking of ways of how to invite people to prayer. Some of the suggestions were to; use a bell like the Christians or blow a horn like what the Jews in Medina ould do. So Abdullah bin Zaid (ra) saw a dream; he saw a man carrying a bell, who Abdullah asked how much he would sell that bell for. The man then asked him why he wanted it. Abdullah responded in the dream, that he wanted it to invite people to prayer. The man then asked him if he could suggest something better. Abdullah asked what it was. The man told him to say:
Allahu Akbar! Allahu Akbar!
Allahu Akbar! Allahu Akbar!

Ash-hadu Al La ilaha illAllah
Ash-hadu Al La ilaha illAllah
Ash-hadu anna Muhammadar RasoolAllah
Ash-hadu anna Muhammadar RasoolAllah
Hayya'a ala-salaah
Hayya'a ala-salaah
Hayya'a alal-falaah
Hayya'a alal-falaah
Allahu Akbar! Allahu Akbar!
La ilaha illAllah

Then the man waited for a while, he then said to Abdullah and told him that when you have to make Iqama you say:

Allahu Akbar! Allahu Akbar!
Ash-hadu Al La ilaha illAllah
Ash-hadu anna Muhammadar RasoolAllah
Allahu Akbar! Allahu Akbar!
La ilaha illAllah

Abdullah bin Zayd later, related this dream to the Prophet (saw). Rusool Allah (saw) realized that this dream was meant to be fulfilled. He then asked Abdullah to teach the words to Bilal, who had a strong and beautiful voice. When Umar (ra) heard the new prayer call, he hurried to the mosque and said that he had heard this call in his dream. When more than one person sees the same dream, it is an indication that it is a true dream. Azaan has become one of the most prominent symbol of islam. It is the most outwardly or public symbol of islam.

In the beginning the direction of the Qibla was towards north. This was because they used to pray towards Jerusalem. A few months after hijrah the Qiblah changed from the north towards the south, the exact opposite direction facing towards Mecca.

**Regarding Ahl us-Suffa**

When the Qibla was towards the north, the people had built a shed to provide shade, and the place underneath it, was called As-Suffa. The definition of As-Suffa according to Ibn Hajr is that As-Sufa is a place at the back of the Masjid-e-Nabvi, it is shaded and it was prepared for the foreigners. The ones who don't have any family or any place to stay. Abu Huraira, who was also an ahl al-Suffa says (in Bukhari) about Ahl al-Suffa that, Ahl al- Suffa are the guests of Islam, they are the ones who don't have any family or wealth to fall back on. So they live in this place called As-Suffa. Now not everyone who lived there was forced to live there, because of their condition.

Some of them volunteered to join Ahl al-Suffa like Abu Huraira, who had enough wealth, but he chose to devote his time to studying and therefore he lived with the people of As-Suffa. He sais about himself that, some people comment that ,how come Abu Huraira narrates more hadith than the muhajireen and the ansar? They wondered this because Abu Huraira was late in becoming a muslim. Abu Huraira narrated more hadith than anyone else. So Abu Huraira explains how the brothers from the muhajireen were busy with business, while he used to follow Rusool Allah (saw) with an empty stomach. He said that he was poor and had nothing but he would follow Rusool Allah (saw) all the time. So he would attend when the muhajireen were absent and he would remember, when they would forget. Then he would explain that the ansar were busy with their farms. He said that he was a poor man and that he would remember what they wouldn't.

Because Abu Huraira devoted all his time to studying he had time to review all the hadith of the Prophet (saw). Infact Abu Huraira said that he splits the night into three parts. One part for sleeping, one for praying, and one for reviewing the ahadith of Rusool Allah (saw) that he would hear throughout the

day. The muhajireen and the ansar were busy with business and farms. Abu Huraira had nothing to occupy himself so he chose to join Ahl al-Suffa so he could study with Rusool Allah (saw) full time.

One source of livelihood for As-Suffa was the sadaqat that Rusool Allah (saw) sent to them. When Rusool Allah (saw) receive sadaqat he would send it to them. Also when he would receive a gift he would take some of it and give them the rest. Rusool Allah (saw) did not accept sadaqat for himself. Rusool Allah (saw) would encourage the sahabah who are well-off to invite the people of As-Suffa. One of the Ansar said that his father was among the people of As-Suffa. Rusool Allah (saw) ordered the sahaba to invite the Ahl ul-Suffa to their houses and so the sahabah came and invited some until 5 of them were left. Then Rusool Allah (saw) told them to go to that ansar's house and he fed them.

Rusool Allah (saw) says that whoever has food enough for two people should take a third and whoever has food enough for four people, such a person should take a fifth of sixth person with him. These sahaba, who were told to invite these people, were not millionaires. Rusool Allah (saw) asked them to invite a third when they have food enough for just two people.

This tells us that sacrifice and generosity has been part of Islam since the beginning.

Allah Zaujal has repeatedly revealed ayats be kind to the orphans, the poor, the needy, being generous towards guests etc. All of these are ibadaat that have been encouraged from day one. So we should accept that being a muslim does demand sacrifice, and this we have to do, to seek the pleasure of Allah Zaujal Giving is big part of sacrifice.

Fatima (ra) was the daughter of Rusool Allah (saw), the most beloved to the messenger of Allah (saw). Fatima had to do all of the hard work at home. This even caused her hands to become injured and coarse. Ali ibn Talib told her that her father has received slaves, and then he advised her to go ask Rusool Allah (saw) for a servant. So Fatima (ra) goes to Rusool Allah (saw) and asks for a servant, Rusool Allah (saw) responded to his daughter, that I am not going to give you and leave the people of As-Suffa with hungry stomachs, because they don't have any money. I don't have any money to spend on them, so I'm going to sell these slaves and use that money to give to Ahl us-Suffa. This tell us how much concern Rusool Allah (saw) had for Ahl us-Suffa.

It should not be thought that Ahl us-Suffa would just sit and eat free food, and that they don't do any work. These were actually very active people in ibadat, these were true monks. They had immense knowledge, who were scholars, mujahideen, many of them became Shuhadah. For example one of the scholars who graduated from among the ranks of Ahl us-Suffa was Abu Huraira (ra), the most prolific narrator of the hadith of Rusool Allah (saw). Another member of Ahl us-Suffa was Hazrat Huzafia ibn Yamaan (ra), who narrated most of the ahadith about the end of time. Shuhada from among Ahl us-Suffa were Sufwan, Habib bin Isaaf, Hareem , Harifa ibn Nauman, Sarem bin Umair were shuhadah at the battle of Badar. Hanbala the one who was washed by the angels was a shaheed in Uhud. There were also some shuhadah from As-Suffa in Hudaibiyah and various other battles. They would also try to earn for a living my collecting date seeds and selling them as animal feed. They would try to make a living, but due to the difficult conditions in Medina they were forced into poverty.

The number of Ahl us-Suffa rose and decreased depending on the conditions. But on average they were 70. They used to live 24 hours at the back of Masjid-e-Nabvi. They were obvioulsy active in studying because they were close to the center of learning, Masjid-e-Nabvi, which was the university of islam. That is why these people have narrated a lot of ahadith.

The is a lot of importance of having a social welfare system in islam. People would stay at As-Suffa and eat at the houses of al-Ansar. To take care of social needs is also a part of da'wa. Ubadah ibn us-Samet (ra) said that, "Rusool Allah (saw) would become busy, so he would turn over the new muslim to us." He also said, "If a new muhajir (new muslim) would come to Rusool Allah (saw), and if Rusool Allah (saw) is busy then he would send him over to one of us to teach him Quran., Rusool Allah sent to me a man, he stayed with me at home, and I would feed him as a member of my own family and then I would teach him Quran."

Da’wa to them includes feeding and taking care of the muhajir. They were aware that these muhajir had left everything they own behind, thus were in need of help.

Rusool Allah (saw) wanted the muslim society to become organized, so he appointed representatives over these groups. Abu Huraira (ra) was Areef, areef is someone who represents people and would express, or convey the people’s need to the leader. So Abu Huraira (ra) was the representative of Ahl us-Suffa. If Rusool Allah (saw) wanted to give a message to Ahl us-Suffa, then he would convey it through Abu Huraira (ra).

**2ND PROJECT**
**ESTABLISHING BROTHERHOOD**

Allah Zaujal says in Al-IMRAN (3:103)

وَٱعْتَصِمُوا۟ بِحَبْلِ ٱللَّهِ جَمِيعًا وَلَا تَفَرَّقُوا۟ ۚ وَٱذْكُرُوا۟ نِعْمَتَ ٱللَّهِ عَلَيْكُمْ إِذْ
كُنتُمْ أَعْدَآءً فَأَلَّفَ بَيْنَ قُلُوبِكُمْ فَأَصْبَحْتُم بِنِعْمَتِهِۦٓ إِخْوَٰنًا وَكُنتُمْ عَلَىٰ
شَفَا حُفْرَةٍ مِّنَ ٱلنَّارِ فَأَنقَذَكُم مِّنْهَا ۗ كَذَٰلِكَ يُبَيِّنُ ٱللَّهُ لَكُمْ ءَايَٰتِهِۦ لَعَلَّكُمْ
تَهْتَدُونَ ١٠٣

***“And hold firmly to the rope of Allah all together and do not become divided. And remember the favor of Allah upon you - when you were enemies and He brought your hearts together and you became, by His favor, brothers. And you were on the edge of a pit of the Fire, and He saved you from it. Thus does Allah make clear to you His verses that you may be guided.”***

Allah Zaujal also sais in AL-ANFAL (8:63)

وَأَلَّفَ بَيْنَ قُلُوبِهِمْ ۚ لَوْ أَنفَقْتَ مَا فِي الْأَرْضِ جَمِيعًا مَّا أَلَّفْتَ
بَيْنَ قُلُوبِهِمْ وَلَٰكِنَّ اللَّهَ أَلَّفَ بَيْنَهُمْ ۚ إِنَّهُ عَزِيزٌ حَكِيمٌ ﴿٦٣﴾

***"And brought together their hearts. If you had spent all that is in the earth, you could not have brought their hearts together; but Allah brought them together. Indeed, He is Exalted in Might and Wise."***

Allah Zaujal is telling Muhammed (saw) that it is Allah, that brought the hearts of the muslims together. And that even if Muhammed (saw) had spent all the money in the world, he couldn't have done this. This tells us that it is not possible to buy the hearts of men. This was a favour of Allah Zaujal to unite the hearts of the muhajireen and the ansar making them brothers.

Allah Zaujal says about al-Ansar in AL-HASHR (59:9)

وَالَّذِينَ تَبَوَّءُوا الدَّارَ وَالْإِيمَانَ مِن قَبْلِهِمْ يُحِبُّونَ مَنْ
هَاجَرَ إِلَيْهِمْ وَلَا يَجِدُونَ فِي صُدُورِهِمْ حَاجَةً
مِّمَّا أُوتُوا وَيُؤْثِرُونَ عَلَىٰ أَنفُسِهِمْ وَلَوْ كَانَ بِهِمْ خَصَاصَةٌ ۚ وَمَن يُوقَ
شُحَّ نَفْسِهِ فَأُولَٰئِكَ هُمُ الْمُفْلِحُونَ ﴿٩﴾

***"And [also for] those who were settled in al-Madinah and [adopted] the faith before them. They love those who emigrated to them and find not any want in their breasts of what the emigrants were given but give [them] preference over themselves, even though they are in privation. And whoever is protected from the stinginess of his soul - it is those who will be the successful."***

From this Ayat, we know that Allah has protected the Ansar from stinginess in their souls. These ayar are talking about brotherhood in general, but the brotherhood between the muhajireen and the ansar is unique. According to As-Sohaili some people said that this brotherhood started 5 months after hijra, some say 9 months after hijra, while others say it was established as soon as Masjid-e-Nabvi was built.

This brotherhood was like as if the muhajireen and the ansar were blood brothers. Even the rules of inheritance would apply to them as if they were blood-brothers. An example of this , was the bond between Sa'd bin Rabi'a and Abdur Rahman bin Auf. Abdur Rahman was one of the muhajireen, he is one of the ten who were given glad tidings of Jannah. Abdur Rahman bin Auf stayed in the house of Sa'd bin Rabi'a, an ansari.

*Narrated Ibrahim bin Sad from his father from his grand-father:*

*Abdur Rahman bin Auf said, "When we came to Medina as emigrants, Allah's Apostle established a bond of brotherhood between me and Sad bin Ar-Rabi'. Sad bin Ar-Rabi' said (to me), 'I am the richest among the Ansar, so I will give you half of my wealth and you may look at my two wives and whichever of the two you may choose I will divorce her, and when she has completed the prescribed period (before marriage) you may marry her.' Abdur Rahman replied, "I am not in need of all that. Is there any market-place where trade is practiced?' He replied, "The market of Qainuqa." Abdur-Rahman went to that market the following day and brought some dried butter-milk (yogurt) and butter, and then he continued going there regularly. Few days later, 'Abdur Rahman came having traces of yellow (scent) on his body. Allah's Apostle asked him whether he had got married. He replied in the affirmative. The Prophet said, 'Whom have you married?' He replied, 'A woman from the Ansar.' Then the Prophet asked, 'How much did you pay her?' He replied, '(I gave her) a gold piece equal in weigh to a date stone (or a date stone of gold)! The Prophet said, 'Give a Walima (wedding banquet) even if with one sheep.' "*

*(Sahih Bukhari Book 3 Volume 34 Hadith 264)*

These brothers would also advise each other. An example of that would be the brothers Salman and Abu Ad-Darda.

*Narrated Abu Juhaifa:*

*The Prophet made a bond of brotherhood between Salman and Abu Ad-Darda'. Salman paid a visit to Abu Ad-Darda' and found Um Ad-Darda' dressed in shabby clothes and asked her why she was in that state. She replied, "Your brother Abu Ad-Darda' is not interested in (the luxuries of) this world." In the meantime Abu Ad-Darda' came and prepared a meal for Salman. Salman requested Abu Ad-Darda' to eat (with him), but Abu Ad-Darda' said, "I am fasting." Salman said, "I am not going to eat unless you eat." So, Abu Ad-Darda' ate (with Salman). When it was night and (a part of the night passed), Abu Ad-Darda' got up (to offer the night prayer), but Salman told him to sleep and Abu Ad-Darda' slept. After sometime Abu Ad-Darda' again got up but Salman told him to sleep. When it was the last hours of the night, Salman told him to get up then, and both of them offered the prayer. Salman told Abu Ad-Darda', "Your Lord has a right on you, your soul has a right on you, and your family has a right on you; so you should give the rights of all those who has a right on you." Abu Ad-Darda' came to the Prophet and narrated the whole story. The Prophet said, "Salman has spoken the truth."*

*(Sahih Bukhari Book 3 Volume 31 Hadith 189)*

Salman was a muhajir but not from Mecca, he came from Persia to Medina in search of the Prophet (saw). But still he was made the brother of Abu Ad-Darda by Rusool Allah (saw).

The Ansar were thus very co-operative and giving towards the muhajireen.

*Narrated Abu Huraira:*

*The Ansar said (to the Prophet), "Please divide the date-palm trees between us and them (i.e. emigrants)." The Prophet said, "No." The Ansar said, "Let them (i.e. the emigrants) do the labor for us in the gardens and share the date-fruits with us." The emigrants said, "We accepted this."*

*(Sahih Bukhari Book 5 Volume 58 Hadith 126)*

Though the agreement was that the muhajir will do half of the work, that didn't happen and that the Ansar ended up doing most of the work! The muhajirun came to Rusool Allah (saw) and said, Oh Messenger of Allah, we have never seen people like this, they comfort us when they are poor and they are generous when they are well off, they work in their farms and then they split their harvest with us.

Then*, Narrated Anas ibn Malik:*

*The Immigrants (Muhajirun) said: Apostle of Allah! The Helpers (Ansar) got the entire reward. He said: no, so long as you pray to Allah for them and praise them.*

*(Dawud Book 41 Hadith 4794)*

This now tells us the value of being grateful. If you can not give then we are obliged to thank the person who is generous to us, and pray for him/her. To wish good for others is a part of becoming a Muslim. Of course Allah deserves to be thanked the most!

The bond of brotherhood was in pairs between the muhajireen and the ansar. And this lasted till the situation of the muhajireen improved. Once their conditions improved the brotherhood of the pairs dissolved, but the general brotherhood of the ummah remained. The inheritance laws now only apply to blood relatives.

Allah Zaujal says in AL-ANFAL (8:75)

وَالَّذِينَ آمَنُوا مِن بَعْدُ وَهَاجَرُوا وَجَاهَدُوا مَعَكُمْ فَأُولَٰئِكَ مِنكُمْ ۚ
وَأُولُو الْأَرْحَامِ بَعْضُهُمْ أَوْلَىٰ بِبَعْضٍ فِي كِتَابِ اللَّهِ ۗ إِنَّ اللَّهَ بِكُلِّ شَيْءٍ
عَلِيمٌ ﴿٧٥﴾

***"And those who believed after [the initial emigration] and emigrated and fought with you - they are of you. But those of [blood] relationship are more entitled [to inheritance] in the decree of Allah . Indeed, Allah is Knowing of all things."***

A new community was developed in Medina, based on a new bond. Usually in Arabia the recognized bonds were; blood relationships, economical relationships. But then a community was born based on faith. It was mentioned that in Medina there were Arab pagans, Arab Christians, muslims and then there were jews. This multiethnic society caused some conflicts or disputes in the city. One example mentioned was when Rusool Allah (saw) went in a gathering to do da'wa and war was about to break out between the Muslims and Ka'afirs.

When Rusool Allah (saw) was trying to establish an ummah based on imaan, Allah Zaujal revealed ayat asking Muslims to first break down your previous alliances.

Allah Zaujal says in AT-TAUBA (9:23)

يَـٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوا۟ لَا تَتَّخِذُوٓا۟ ءَابَآءَكُمْ وَإِخْوَٰنَكُمْ أَوْلِيَآءَ إِنِ ٱسْتَحَبُّوا۟
ٱلْكُفْرَ عَلَى ٱلْإِيمَـٰنِ ۚ وَمَن يَتَوَلَّهُم مِّنكُمْ فَأُو۟لَـٰٓئِكَ هُمُ ٱلظَّـٰلِمُونَ ﴿٢٣﴾

***"O you who have believed, do not take your fathers or your brothers as allies if they have preferred disbelief over belief. And whoever does so among you - then it is those who are the wrongdoers."***

Thus Allah Zaujal is now telling the muslims that you need to terminate the relationships of loyalty that you have with your tribes, if they are not muslim.

And Allah Zaujal says in ***AL-MUMTAHINAH (60:1)***

يَـٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوا۟ لَا تَتَّخِذُوا۟ عَدُوِّى وَعَدُوَّكُمْ أَوْلِيَآءَ
تُلْقُونَ إِلَيْهِم بِٱلْمَوَدَّةِ وَقَدْ كَفَرُوا۟ بِمَا جَآءَكُم مِّنَ ٱلْحَقِّ يُخْرِجُونَ
ٱلرَّسُولَ وَإِيَّاكُمْ ۙ أَن تُؤْمِنُوا۟ بِٱللَّهِ رَبِّكُمْ إِن كُنتُمْ خَرَجْتُمْ جِهَـٰدًا
فِى سَبِيلِى وَٱبْتِغَآءَ مَرْضَاتِى ۚ تُسِرُّونَ إِلَيْهِم بِٱلْمَوَدَّةِ وَأَنَا۠ أَعْلَمُ
بِمَآ أَخْفَيْتُمْ وَمَآ أَعْلَنتُمْ ۚ وَمَن يَفْعَلْهُ مِنكُمْ فَقَدْ ضَلَّ سَوَآءَ ٱلسَّبِيلِ ﴿١﴾

***"O you who have believed, do not take My enemies and your enemies as allies, extending to them affection while they have disbelieved in what came to you of the truth, having driven out the Prophet and yourselves [only] because you believe in Allah , your Lord. If you have come out for jihad in My cause and seeking means to My approval, [take them not as friends]. You confide to them affection, but I am most knowing of what you have concealed and what you have declared. And whoever does it among you has certainly strayed from the soundness of the way."***

***AL-MUMTAHINAH (60:2)***

إِن يَثْقَفُوكُمْ يَكُونُوا۟ لَكُمْ أَعْدَآءً وَيَبْسُطُوٓا۟ إِلَيْكُمْ أَيْدِيَهُمْ وَأَلْسِنَتَهُم
بِٱلسُّوٓءِ وَوَدُّوا۟ لَوْ تَكْفُرُونَ ﴿٢﴾

***"If they gain dominance over you, they would be to you as enemies and extend against you their hands and their tongues with evil, and they wish you would disbelieve."***

***AL-MUMTAHINAH (60:3)***

لَن تَنفَعَكُمْ أَرْحَامُكُمْ وَلَآ أَوْلَٰدُكُمْ ۚ يَوْمَ ٱلْقِيَٰمَةِ يَفْصِلُ بَيْنَكُمْ ۚ وَٱللَّهُ
بِمَا تَعْمَلُونَ بَصِيرٌ ٣

***"Never will your relatives or your children benefit you; the Day of Resurrection He will judge between you. And Allah , of what you do, is Seeing."***

The muslims then had to follow new rules. The former alliances with tribes needed to end. This was about the relationship of the Muslims and non-muslims in general. There were also some ayat revealed related to the relationship of the muslims and the People of the Book (jews and Christians). This is because in Medina there were also people of the Book. The Arabs in Medina had this on-going relationship with the Jews; neighbourly, economical or political. Allah Zaujal revealed ayat to deal with this issue.

Allah Zaujal says in AL-MAIDAH (5:51)

۞ يَٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوا۟ لَا تَتَّخِذُوا۟ ٱلْيَهُودَ وَٱلنَّصَٰرَىٰٓ أَوْلِيَآءَ ۘ بَعْضُهُمْ
أَوْلِيَآءُ بَعْضٍ ۚ وَمَن يَتَوَلَّهُم مِّنكُمْ فَإِنَّهُۥ مِنْهُمْ ۗ إِنَّ ٱللَّهَ لَا يَهْدِى ٱلْقَوْمَ
ٱلظَّٰلِمِينَ ٥١

***"O you who have believed, do not take the Jews and the Christians as allies. They are [in fact] allies of one another. And whoever is an ally to them among you - then indeed, he is [one] of them. Indeed, Allah guides not the wrongdoing people."***

This Ayat tells us that if a muslim has allied with the People of the Book, then he will become a disbeliever., he will become one of 'them'.

Allah Zaujal says in AL-IMRAN (3:100)

يَٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوٓا۟ إِن تُطِيعُوا۟ فَرِيقًا مِّنَ ٱلَّذِينَ أُوتُوا۟ ٱلْكِتَٰبَ يَرُدُّوكُم
بَعْدَ إِيمَٰنِكُمْ كَٰفِرِينَ ١٠٠

***"O you who have believed, if you obey a party of those who were given the Scripture, they would turn you back, after your belief, [to being] unbelievers."***

***AL-IMRAN (3:101)***

وَكَيۡفَ تَكۡفُرُونَ وَأَنتُمۡ تُتۡلَىٰ عَلَيۡكُمۡ ءَايَٰتُ ٱللَّهِ وَفِيكُمۡ
رَسُولُهُۥۗ وَمَن يَعۡتَصِم بِٱللَّهِ فَقَدۡ هُدِيَ إِلَىٰ صِرَٰطٖ مُّسۡتَقِيمٖ ١٠١

***"And how could you disbelieve while to you are being recited the verses of Allah and among you is His Messenger? And whoever holds firmly to Allah has [indeed] been guided to a straight path."***

Thus again the muslims are being warned that, if they follow the ways of the Jews and Christians in Medina then they will become disbelievers.

Allah Zaujal says in AL-BAQARAH (2:120)

وَلَن تَرۡضَىٰ عَنكَ ٱلۡيَهُودُ وَلَا ٱلنَّصَٰرَىٰ حَتَّىٰ تَتَّبِعَ مِلَّتَهُمۡۗ قُلۡ
إِنَّ هُدَى ٱللَّهِ هُوَ ٱلۡهُدَىٰۗ وَلَئِنِ ٱتَّبَعۡتَ أَهۡوَآءَهُم بَعۡدَ ٱلَّذِي جَآءَكَ مِنَ ٱلۡعِلۡمِ
مَا لَكَ مِنَ ٱللَّهِ مِن وَلِيّٖ وَلَا نَصِيرٍ ١٢٠

***"And never will the Jews or the Christians approve of you until you follow their religion. Say, "Indeed, the guidance of Allah is the [only] guidance." If you were to follow their desires after what has come to you of knowledge, you would have against Allah no protector or helper."***

All the relationships of loyalties have been cut off.
An important aqeedah of islam is that, it first asks us to negate then it affirms. Like when a muslim says, 'la ilaha illAllah' , the first part is , 'there is no god..' , thus it first asks you to disbelieve in all the gods that you previously believed in, then '..but Allah' thus your faith in Allah is then established. Precisely similarly, Allah here asks muslims to first break their ties with the disbelievers and then affirms Who muslims loyalty should be towards.

***Allah Zaujal says in AL-MA'AIDAH (5:55)***

إِنَّمَا وَلِيُّكُمُ ٱللَّهُ وَرَسُولُهُۥ وَٱلَّذِينَ ءَامَنُوا۟ ٱلَّذِينَ يُقِيمُونَ ٱلصَّلَوٰةَ
وَيُؤْتُونَ ٱلزَّكَوٰةَ وَهُمْ رَٰكِعُونَ ﴿٥٥﴾

***"Your ally is none but Allah and [therefore] His Messenger and those who have believed - those who establish prayer and give zakah, and they bow [in worship]."***

***AL-MA'AIDAH (5:56)***

وَمَن يَتَوَلَّ ٱللَّهَ وَرَسُولَهُۥ وَٱلَّذِينَ ءَامَنُوا۟ فَإِنَّ حِزْبَ ٱللَّهِ هُمُ ٱلْغَـٰلِبُونَ
﴿٥٦﴾

***"And whoever is an ally of Allah and His Messenger and those who have believed - indeed, the party of Allah - they will be the predominant."***

A new community is established based on faith, this community is the 'party of Allah'.

Allah Zaujal says in AL-FATH (48:29)

مُّحَمَّدٌ رَّسُولُ ٱللَّهِ ۚ وَٱلَّذِينَ مَعَهُۥٓ أَشِدَّآءُ عَلَى ٱلْكُفَّارِ رُحَمَآءُ بَيْنَهُمْ ۖ
تَرَىٰهُمْ رُكَّعًا سُجَّدًا يَبْتَغُونَ فَضْلًا مِّنَ ٱللَّهِ وَرِضْوَٰنًا ۖ سِيمَاهُمْ فِى
وُجُوهِهِم مِّنْ أَثَرِ ٱلسُّجُودِ ۚ ذَٰلِكَ مَثَلُهُمْ فِى ٱلتَّوْرَىٰةِ ۚ وَمَثَلُهُمْ فِى ٱلْإِنجِيلِ
كَزَرْعٍ أَخْرَجَ شَطْـَٔهُۥ فَـَٔازَرَهُۥ فَٱسْتَغْلَظَ فَٱسْتَوَىٰ عَلَىٰ سُوقِهِۦ يُعْجِبُ
ٱلزُّرَّاعَ لِيَغِيظَ بِهِمُ ٱلْكُفَّارَ ۗ وَعَدَ ٱللَّهُ ٱلَّذِينَ ءَامَنُوا۟ وَعَمِلُوا۟ ٱلصَّـٰلِحَـٰتِ
مِنْهُم مَّغْفِرَةً وَأَجْرًا عَظِيمًۢا ﴿٢٩﴾

***"Muhammad is the Messenger of Allah ; and those with him are forceful against the disbelievers, merciful among themselves. You see them bowing and prostrating [in prayer], seeking bounty from Allah and [His] pleasure. Their mark is on their faces from the trace of prostration. That is their description in the Torah. And their description in the Gospel is as a plant which produces its offshoots and strengthens them so they grow firm and stand upon their stalks, delighting the***

***sowers - so that Allah may enrage by them the disbelievers. Allah has promised those who believe and do righteous deeds among them forgiveness and a great reward."***

**Virtues of Al-Ansar**

*Narrated Al-Bara:*

*I heard the Prophet saying (or the Prophet said), "None loves the Ansar but a believer, and none hates them but a hypocrite. So Allah will love him who loves them, and He will hate him who hates them." (Sahih Bukhari Book 5 Volume 58 Hadith 127)*

Another hadith mentioned in Bukhari is that Rusool Allah (saw) said that if the ansar take one path and the rest of the people would take another path, I would follow the path of al-Ansar and if I hadn't made hijra, I would consider myself a member of the ansar.

*Narrated Musa bin 'Uqba:*

*'Abdullah bin Al-Fadl told me that Anas bin Malik said, "I was much grieved over those who had been killed in the Battle of Al-Harra. When Zaid bin Arqarr heard of my intense grief (over the killed Ansar), he wrote a letter to me saying that he heard Allah's Apostle saying, O Allah! Forgive the Ansar and the Ansar children. The sub narrator, Ibn Al-Fadl, is not sure whether the Prophet also said, and their grand-children." Some of those who were present asked Anas (about Zaid). He said, "He (Zaid) is the one about whom Allah's Apostle said, 'He is the one whose sound hearing Allah testified.' (Sahih Bukhari Book 6 Volume 60 Hadith 429)*

In another narration Prophet (saw) said that people will increase and the ansar will decrease then Rusool Allah (saw) says accept from the ones who do good and overlook mistakes, he then said, in the name of Allah I love Al-Ansar, the Ansar have done their part , now it is your turn. Prophet Muhammed (saw) is telling us that the Ansar have done their duty and now it's the Muslims turn to their duty.

This was about the 2nd project of Rusool Allah (saw) in Medina: establishing a community based on brotherhood. We should keep in mind that shaitan is always trying to disunite us. Muslims need to be aware of this wuswusa and fight it. We need to be aware that shaitan is constantly plotting to break this bond of brotherhood among muslims.

***And that is why Allah Zaujal says in AL-ISRA (17:53)***

وَقُل لِّعِبَادِي يَقُولُوا۟ ٱلَّتِي هِيَ أَحْسَنُ ۚ إِنَّ ٱلشَّيْطَٰنَ يَنزَغُ بَيْنَهُمْ ۚ
إِنَّ ٱلشَّيْطَٰنَ كَانَ لِلْإِنسَٰنِ عَدُوًّا مُّبِينًا ٥٣

***"And tell My servants to say that which is best. Indeed, Satan induces [dissension] among them. Indeed Satan is ever, to mankind, a clear enemy."***

**3RD PROJECT**
**COVENANT THAT GOVERNED THE RELATIONSHIP BETWEEN COMMUNITIES IN MEDINA**

A covenant is called 'al 'waheeqa', or the document. This document governed the relationship of the communities of Medina

It is narrated by ibn Ishaq, "This messenger of Allah wrote a contract between the immigrants and the helpers in which he expressed conciliation."

**The Covenant:**

In the name of Allah The Merciful, The Beneficient

-This is a document from Muhammed, the unlettered Prophet, between the believers and Muslims of Quraish, and Yathrib and their followers, allies, and supporters. Establishing that they are one nation apart from all others.

-The immigrants from Qurasih will maintain their current practice and will honour blood money contracts between themselves and will treat their weaker members with kindness and justice.

-The Banu auf shall maintain their current practice and honour their former blood money contracts , each party treating their weaker members with kindness and justice among all believers.

(Then a reference was made to each clan of the helpers and to the families of each home. He went on to say …)

-The believers shall not leave anyone among them burdened by debts without giving him in kindness and paying for him any randsom, money, or blood money he owes.

-A believer will not ally with any freed man of a second believer against that man. Pious believers shall act against any of their own people; who practice evil, or seek to bring harm, sin, aggression, or corruption among believers. Believers will unite against anyone doing this, even if he being one of their own sons.

-No believer shall kill any believer for any disbeliever, nor shall he help a disbeliever against a believer.

-Allah's proptection is all one; the least of them can offer protection to others.

-Believers are allies to one another excluding others.
(Meaning we are a nation excluding everyone else.)

-Jews who become Muslim shall receive help and equality. They shall not be mal-treated nor will others be helped against them. Peace for all believers.

-No peace shall be accepted for any one believer, to the exclusion of others, the entire community is responsible if an individual failed to carry out his duty when the battle is for Allah's cause.

-Among them equality and justice must prevail.

-In every expedition we engage in, riders shall take turns on their mounts.

-Believers shall avenge one another for blood-shed in Allah's cause.

-Believers who are pious are well-guided on the straightest of paths.

-No polytheist shall be allowed to offer protection, for the property or persons of Quraish. Nor try to interfere with any believer.

-Anyone who has clearly aggressed against and caused the death of any believer shall be subject to retaliation, unless the dead person's executor can be satisfied. Believers as a whole shall take action against him and no excuse will be acceptable.

-It shall not be permissible for any believer who has accepted what is in this document, and who believes in Allah, to give help or shelter to any wrong-doer. Any believer who does this shall be the object of Allah's curses and anger on Judgement Day. And neither compensation nor excuse will be acceptable.

-Any matter in which you disagree must be refered to Allah All-Mighty, and Glorious is He and to Muhammed (saw).

-The Jews shall pay expenses along with the Muslims, so long as they are allied in war-fare.

-The Jews of Bani Auf and Muslims would live together as two separate nations. The jews will have their religion, the Muslims their own. This applies to their freemen and to them themselves, except for those who commit sins and are unjust. Such persons only harm themselves and their families.

-What applies to Bani Auf shall also apply to the Jews of Banu Najjar, Banu Harith, Banu Sa'ada, Banu Jishum, Banu ul-Aus, Banu Thaaluba, Banu Jifna, and Banu Shutaiba.
The close associates of the Jews shall be viewed as themselves; none of them shall go to war without Muhammed's permission. However he is not thereby constrained from taking revenge for injury.

-Whoever attacks another may do so to protect himself and his family, but act not unjustly. For Allah condemns such acts.

-The Jews shall bear their own expenses, the Muslims theirs.

-Both nations must help one another, against any who fight those who adopt this document. They must give one another advice and consult one another. Do good and avoid evil.

-A man is not held blameworthy on behalf of his allies.

-Help must be given to those wronged.

-The center of Yathrib shall be a sanctuary for those who agree to this document.

-One's neighbor shall be treated as oneself, without being harmed.

-No property shall be encroached upon without the permission of its owner.

-In the case of any dispute or incident occurring between those agreeing to this document and involving consequences likely to be harmful, the matter must be refered to Allah, and to Muhammed the Messenger of Allah.

-Allah acknowledges what is very good and pious in this document, the Quraish and their allies are not to be helped or given protection.

-Those accepting this document must help one another against anyone attacking Yathrib, if they are called upon to make peace, to do so, and keep it, then they will be making peace. If they make a similar demand then is is up to the muslims to agree, if the warfare is over the faith.

-Each participant shall receive whatever portion is due to him from his own side's winnings.

-This document will not provide protection to people who are wrong-doers or unjust.

-Whoever goes to war will be safe, or whoever leaves will be safe, whoever stays in the town will be safe except for those who have sinned or have been unjust. Allah provides protection for those who are good.

CD #3

We talked about the covenant which governed the relationship between the various communities; polytheist Arabs, Muslim Arabs and the Jewish tribes of Medina.

**Comments on the covenant**

- Here you have a faith based community, an ummah based on faith, this was an unusual concept among the arabs, who used to base their unity on the relationship of blood. Rusool Allah (saw) came up with this new concept, which says that we are brothers because we are believers. A statement in the covenant was that 'Believers are allies to one another excluding others'. Thus we are excluding everyone else. This might be one of the reasons why Rusool Allah (saw) gave many orders to distinguish the Muslims from the jews. There are many obvious distinctions between the pagan worshippers and the Muslims whereas there are some similarities between muslims and the People of the Book. Muhammed (saw) wanted to keep the muslim identity distinct. You will find that there are many ahadith ordering Muslims to be different than the jews in Medina.

For example Rusool Allah (saw) noticed that the jews of Medina did not pray in leather socks so Rusool Allah (saw) allowed muslims to pray in leather socks. The jews in Medina would not dye with henna so Rusool Allah (saw) instructed muslims to dye their hair with henna. This is for men. Another incident:

*Narrated Ibn Abbas:*

*When the Prophet arrived at Medina, the Jews were observing the fast on 'Ashura' (10th of Muharram) and they said, "This is the day when Moses became victorious over Pharaoh," On that, the Prophet said to his companions, "You (Muslims) have more right to celebrate Moses' victory than they have, so observe the fast on this day."* *(Sahih Bukhari book 6 Volume 60 Hadith 202)*

Therefore Rusool Allah (saw) meant that we, as Muslims, are closer to Moses because he was a Muslim too. Rusool Allah (saw) started the tradition of fasting on the 10th of Muharram called Ashura, however before he passed away, he said that if he lives till next year than he will also fast the ninth of Muharram. Thus he was going to fast the ninth and the tenth to distinguish the Muslims from the Jews who would only fast on the 10th of Muharram.

- This document was establishing authority of Rusool Allah (saw) who entered Medina as a guest. Rusool Allah (saw) was invited there, but he was actually there to be followed.

Allah Zaujal says in ***AN-NISA (4:64)***

وَمَآ أَرْسَلْنَا مِن رَّسُولٍ إِلَّا لِيُطَاعَ بِإِذْنِ ٱللَّهِ

***"And We did not send any messenger except to be obeyed by permission of Allah…"***

So Rusool Allah (saw) was meant to be followed and he was establshing his authority by the will of Allah Zaujal, through various means and one of them was this covenant. All of the first four projects of Rusool Allah (saw) which were; The masjid establishing brotherhood, a covenant that would

govern the relationship between the various groups in Medina and the establishment of an army, all four contributed to the establishment of the authority of Muhammed (saw), the one who was sent by Allah to bring people out of darkness and into light.

So it is mentioned in the document that if there is any matter in which you disagree must be refered to Allah All-Mighty, and Glorious is He and to Muhammed (saw). The only name of an individual mentioned in this document, is that of Muhammed (saw). Any matter of dispute that occurs between the Jews and the Arabs, among the Arabs, between a citizen of Medina and an outsider. All of these matters need to be referred to Allah and the Messenger of Allah. This meant that now Allah's rule will prevail in Medina, along with the sunnah of Muhammad (saw). This was agreed by everyone in Medina, muslims, and non-muslims.

- Relationship with the Jews:

It is clear form the covenant that Rusool Allah (saw) was extending a hand of tolerance towards the people of the book. You find that this document considers Jews to be citizens of Medina, thus citizens of an Islamic state. They were granted religious freedom, they were allowed to worship according to their teachings and it was the responsibility of the Islamic state to protect them. On the other hand the Jews were required to support the Muslims against any enemy that attacked Medina. They were also required to give sincere counseling to the Muslim state, and never conspire against it, and to never withhold information that was necessary for the security of the Medina. Also nobody was allowed to leave Medina, without the permission of Rusool Allah (saw). The Jews were under a duty to refer to Muhammed (saw) in any dispute that might arise between them and the Muslims.

This was where the relationship of the Jews and the Muslims started, however from there on, their relationship only went downhill. The reason for this was the response of the Jews of the Muslim presence in Medina. But from the Muslim side, Muhammed (saw) tried live peacefully in Medina via the covenant (by giving them protection, equal rights, and freedom); however the Jews did not let this happen.

- Establishment on the sanctity of Medina:

Mecca was considered to be 'haram' by the Arabs. Haram is a sanctuary, it was holy. Rusool Allah (saw) did the same with Medina. It is mentioned in the document that the center of Yathrib is a sanctuary for everyone in this covenant. This includes not cutting down trees; they are not allowed to hunt, and they are not allowed to fight or carry weapons within the boundaries of this area.

These were a few comments regarding this covenant.

Some of the sahabah were held back from doing hijra, so they came after Rusool Allah (saw) came to Medina. One of these sahabah was Suhayb Ar-roomi (ra). Suhayb (ra) was imprisoned by the Romans in one of the wars between the Romans and the Arabs. Suhayb ended up growing up among the Romans and he acquired their language. Thus he would have a roman accent when he would speak Arabic. He was sold from one master to another ending up in the hands of Abdullah ibn Judan.

Abdullah ibn Judan was a wealthy man in Mecca, who freed Suhayb (ra). Suhayb (ra) was a bright, intelligent, and an active person. He started his own business, and soon acquired wealth. When he wanted to make hijra, he dug up a hole, hid his wealth somewhere, and then left. Some of the people of the Quraish followed him, and told him that, "you came to us as a, poverty stricken beggar, with us you

grew wealthy and acquired status, and now you want to take yourself and your money away? By Allah we will not allow this to happen." Suhayb asked them if he could pay for his freedom, they said then they said, "Then we will allow you to go." In another narration it said that when Suhayb (ra) saw the Quraish following him, Suhayb drew out 40 arrows, and threatened that he will stick each arrow into them, and after the arrows finish he said he would draw out his sword and fight and then the Quraish will know that he is a man. He then demanded, that he be let go, in return for his money.

This story of Suhayb (ra) represents an immigrant who went to Mecca, settled their, earned his living and gained a status. But when he wanted to leave Mecca (hijra) for the sake of Allah, he faced hindrances. The Muslims in the west today should take heed in the story of Suhayb Ar-Rumi (ra). The muhajireen who moved from Mecca to Medina, were feeling homesick. They wanted to go back to Mecca. Infact Bilal (ra) used to say, "May Allah curse Utba bin Rabi'a, Shayba bin Rabi'a, Ummayya bin Khalaf, because of whom they were driven out of Mecca into this land of diseases." Medina had swampy land, due to which a lot of diseases such as malaria, or fever were common.

*Yahya related to me from Malik from Hisham ibn Urwa from his father that A'isha, umm al-muminin said, "When the Messenger of Allah, may Allah bless him and grant him peace, came to Madina, Abu Bakr and Bilal came down with a fever. I visited them and said, 'Father, how are you? Bilal, how are you?'" She continued, "When Abu Bakr's fever worsened he would say, 'Every man is struck down among his people in the morning -death is nearer than the strap of his sandal.'"*

*When it left Bilal, he raised his voice and said, 'Would that I knew whether I will spend a night at the valley of Makka with the idhkhir herb and jalil herb around me. Will I go one day to the waters of Majinna? Will the mountains of Shama and Tafil appear to me?' " ' A'isha continued, "I went to the Messenger of Allah, may Allah bless him and grant him peace, and informed him. He said, 'O Allah! Make us love Madina as much as we love Makka or even more. Make it sound and bless us in our sa' and mudd. Remove its fever and put it in al-Juhfa.' "(Malik Book 45 Hadith 45.4.14)*

In another narration when Aisha when to visit, even Amr bin Fuhaira was down with fever and when she asked him how he was, he also did not reply and would say, "I have found death before tasting it, a coward has his demise right above him. Every man fights hard with all his power, as a bull protects its skin with its horns."

Abu Bakr was talking about death, Bilal (ra) speaks about Shama and Tafil which are two mountains in Mecca, and Amr talks about his death. All of these men are homesick and they want to go back to Mecca. These people were forced out of their homes and went into a place in which they didn't really to CHOOSE to live in. After that you become sick!! It is understandably a horrible feeling. They also didn't have their family around, to have someone to take care of them. So Rusool Allah (saw) felt very sorry for the sahabah (ra) and made the dua, mentioned in the hadith. And SubhanaAllah due to the dua, the muhajireen ended up loving Medina more than anyplace in this World.

In fact when they opened Mecca Abu Bakr (ra), Umar (ra), Uthman (ra), Bilal (ra) all chose to stay in Medina. And the fact of the matter is that everyone who has faith is his/her heart will love Medina. Until this day there is a special feeling in the hearts of believers when they enter the city of Rusool Allah (saw). When you enter Mecca, and see the huge pillars masjid ul-haram you have this feeling of magnificence but when you go to Medina which is flat, unlike Mecca which is mountainous, you have a different feeling than what you feel in Mecca. In Medina you experience a feeling of tranquility. You feel at peace. It is a beloved place for any believer. This is due to the barakat of the dua of Rusool Allah (saw).

The first new-born in Medina was Asma bint Abu Bakr (ra), she says, "When I immigrated I was at term, when I came to Medina, I stayed in Quba and gave birth to him there (Abdullah bin Zubair)." She then took him to Rusool Allah (saw) and placed the new born in his lap. Rusool Allah (saw) called for a date,

which Rusool Allah (saw) chewed and then he placed the chewed date into the mouth of Abdullah bin Zubair. Asma said that the first thing that entered the baby's mouth was from the mouth of Rusool Allah (saw). Rusool Allah (saw) then prayed for Abdullah and blessed him. Asma said that Abdullah was the first baby born in Islam.

*Narrated Asma:*

*That she conceived 'Abdullah bin Az-Zubair. She added, "I migrated to Medina while I was at full term of pregnancy and alighted at Quba where I gave birth to him. Then I brought him to the Prophet and put him in his lap. The Prophet asked for a date, chewed it, and put some of its juice in the child's mouth. So, the first thing that entered the child's stomach was the saliva of Allah's Apostle. Then the Prophet rubbed the child's palate with a date and invoked for Allah's Blessings on him, and he was the first child born amongst the Emigrants in the Islamic Land (i.e. Medina).*

*(Sahih Bukhari Book 5 Volume 58 Hadith 248)*

Thus this shows that the sahabah considered the beginning of Islam in Medina, because that was where the first Islamic state had formed. As if the first 13 years spent in Mecca was a preparation for this. Asma did not say first child born after hijra or first child born in Medina. This was the first child born in Islam. Islam only became complete when Muslims started living together in a Muslim society in a Muslim state, following the Rules and Regulations of Allah Zaujal. This makes US realize that we are missing a lot!

Abdullah ibn Salam (ra) was the most knowledgeable rabbi in Medina. When he heard of the coming of the Prophet (saw), he decided to go and meet him. In one narration of Imam Ahmed Abdullah ibn Salam says that when he saw the face of Rusool Allah (saw), he knew that this was not the face of a liar. SubhanAllah truth shined out from the face of Rusool Allah (saw). As mentioned Abdullah ibn Salam was a rabbi (scholar), he wanted to test Muhammed (saw) whether he was the true messenger or not. These rabbis knew of signs related to the upcoming prophet.

*Narrated Anas:*

*When the news of the arrival of the Prophet at Medina reached 'Abdullah bin Salam, he went to him to ask him about certain things, He said, "I am going to ask you about three things which only a Prophet can answer: What is the first sign of The Hour? What is the first food which the people of Paradise will eat? Why does a child attract the similarity to his father or to his mother?" The Prophet replied, "Gabriel has just now informed me of that." Ibn Salam said, "He (i.e. Gabriel) is the enemy of the Jews amongst the angels. The Prophet said, "As for the first sign of The Hour, it will be a fire that will collect the people from the East to the West. As for the first meal which the people of Paradise will eat, it will be the caudate (extra) lobe of the fish-liver. As for the child, if the man's discharge precedes the woman's discharge, the child attracts the similarity to the man, and if the woman's discharge precedes the man's, then the child attracts the similarity to the woman."*

*On this, 'Abdullah bin Salam said, "I testify that None has the right to be worshipped except Allah, and that you are the Apostle of Allah." and added, "O Allah's Apostle! Jews invent such lies as make one astonished, so please ask them about me before they know about my conversion to I slam . "The Jews came, and the Prophet said, "What kind of man is 'Abdullah bin Salam among you?" They replied, "The best of us and the son of the best of us and the most superior among us, and the son of the most superior among us."The Prophet said, "What would you think if 'Abdullah bin Salam should embrace Islam?" They said, "May Allah protect him from that." The Prophet repeated his question and they gave the same answer. Then 'Abdullah came out to them and said, "I testify that None has the right to be worshipped except Allah and that Muhammad is the Apostle of Allah!" On this, the Jews said, "He is the most wicked among us and the son*

*of the most wicked among us." So they degraded him. On this, he (i.e. 'Abdullah bin Salam) said, "It is this that I was afraid of, O Allah's Apostle**. ( Sahih Bukhari Book 5 Volume 58 Hadith 275)***

In the incident mentioned above when Abdullah ibn Salam, claimed that Gibrael an enemy of the Jews, Rusool Allah (saw) in response recited the ayat in ***Surat ul Baqarah (2:98)***

***"Whoever is an enemy to Allah and His angels and His messengers and Gabriel and Michael - then indeed, Allah is an enemy to the disbelievers."***

You thus, cannot pick and choose who you like and dislike. All of the angels are made by Allah and they all obey Him. There is no such thing as an enemy or a friend angel. Rusool Allah (saw) was correcting this error in Abdullah ibn Salam's aqeedah.

Another thing to note is Rusool Allah's (saw) answer to the the second question. Now fish liver might not be a very desirable meal in this world, but things in Jannah will be different. Things may seem similar but are actually very different in Jannah. The answer to the third question is now scientifically proven. Now science says that if the gene of the father is dominant in the child then the child will resemble the father and the same goes for the mother if the gene of the mother is dominant in the child. This is what Rusool Allah (saw) is saying because the genes are carried in the fluid; sperm of the man and egg of the woman.

The way the Jews had changed their opinion of Abdullah ibn Salam shows the extent to which they lie. Incidents such as this one are what contributed to the deterioration of the relationship of the Muslims and the Jews. Jews were stubborn on refusing that Muhammed (saw) as the messenger of Allah, and Islam is the true and final religion. Also they would often talk against the Islamic state behind the scenes.

In an authentec narration Ibn Abbas (ra) says that when Abdullah ibn Salam, Thalaba ibn Saya, Usayd ibn Saya , Asad ibn Ubayd and some other jews became Muslim, the other rabbis of the Jews said that these people who have followed the religion of Muhammed (saw) are the most evil among us. They thought that if they were righteous they would not have left the religion of their fore-fathers.

Allah Zaujal says in ***Surah AL-IMRAN (3:113)***

۞ لَيْسُوا۟ سَوَآءً ۗ مِّنْ أَهْلِ ٱلْكِتَـٰبِ أُمَّةٌ قَآئِمَةٌ يَتْلُونَ ءَايَـٰتِ ٱللَّهِ ءَانَآءَ
ٱلَّيْلِ وَهُمْ يَسْجُدُونَ ﴿١١٣﴾

***"They are not [all] the same; among the People of the Scripture is a community standing [in obedience], reciting the verses of Allah during periods of the night and prostrating [in prayer]."***

***AL-IMRAN (3:114)***

يُؤْمِنُونَ بِٱللَّهِ وَٱلْيَوْمِ ٱلْـَٔاخِرِ وَيَأْمُرُونَ بِٱلْمَعْرُوفِ وَيَنْهَوْنَ عَنِ ٱلْمُنكَرِ
وَيُسَـٰرِعُونَ فِى ٱلْخَيْرَٰتِ وَأُو۟لَـٰٓئِكَ مِنَ ٱلصَّـٰلِحِينَ ﴿١١٤﴾

***"They believe in Allah and the Last Day, and they enjoin what is right and forbid what is wrong and hasten to good deeds. And those are among the righteous."***

***AL-IMRAN (3:115)***

وَمَا يَفْعَلُوا۟ مِنْ خَيْرٍ فَلَن يُكْفَرُوهُ ۗ وَٱللَّهُ عَلِيمٌۢ بِٱلْمُتَّقِينَ ﴿١١٥﴾

***"And whatever good they do - never will it be removed from them. And Allah is Knowing of the righteous."***

Allah Zaujal is saying that not all the people of the book are disbelievers, some of them did accept Islam. Allah praises people such as Abdullah ibn Salam in these ayat. These ayat will apply to any christian or jew who reverted to Islam and not only that but practiced Islam.

A very important event occurred 14 months after the hijra of Rusool Allah's (saw), and that was the change of the Qibla. In Mecca Rusool Allah (saw) would pray towards Jerusalem BUT the Ka'aba would come in between, thus he would be facing the Ka'aba and Jerusalem. But when they moved to Medina Ka'aba was then in the opposite direction of Jerusalem. Rusool Allah (saw) wanted to face the Ka'ba but he didn't dare ask Allah Zaujal about it. Then in Medina Allah Zaujal revealed ayat telling the muslims to face the Qibla of Ibrahim (as), the Ka'aba. Rusool Allah (saw) prayed towards the new Qibla, and one of the sahabah who was with him went back to his people who were a few miles outside of Medina. He saw that they were praying Asr towards Jerusalem, while they were in salat, he said, "I bear witness that I just prayed with Rusool Allah (saw) towards Mecca." They all turned in their salah, towards Mecca. This shows the obedience they had for Rusool Allah (saw) and the trust that was present among the muslim community.

But this event also caused some controversy, in fact it was a very controversial event. Allah Zaujal revealed over 40 ayat in Surat ul-Baqarah dealing with this issue alone!! Ibn-ul-Qayyum says that this was a test from Allah Zaujal for the people and of them, the mushrikeen. The mushrikeen said about Rusool Allah (saw) that: 'he has reverted back to our Qibla and he will revert back to our religion' because the Ka'abah was the Qibla of the pagan worshippers in Arabia. Ibn-ul-Qayyum said that it was a test for the hypocrites who said that Muhammed (saw) doesn't know what he's doing, and that he changes his mind. It was a test from Allah Zaujal for the Jews, who said about Muhammed (saw), 'he has left the Qibla of the anbiya before him and that shows you that Muhammed is not a prophet of Allah." The jews considered Jerusalem to be the Qibla of the anbiya. Also it was a test for the believers to see if there are firm in following Rusool Allah (saw), in other words to see if they change the Qibla with him or not. Thus it was a trial from Allah Zaujal for these four groups.

Allah Zaujal revealed ***AL-BAQARAH (2:142)***

۞ سَيَقُولُ ٱلسُّفَهَآءُ مِنَ ٱلنَّاسِ مَا وَلَّىٰهُمْ عَن قِبْلَتِهِمُ ٱلَّتِى كَانُوا۟
عَلَيْهَا ۚ قُل لِّلَّهِ ٱلْمَشْرِقُ وَٱلْمَغْرِبُ ۚ يَهْدِى مَن يَشَآءُ إِلَىٰ صِرَٰطٍ
مُّسْتَقِيمٍ ﴿١٤٢﴾

***The foolish among the people will say, "What has turned them away from their qiblah, which they used to face?" Say, "To Allah belongs the east and the west. He guides whom He wills to a straight path."***

Who is the one who created Ka'aba, Mecca, or Jerusalem? All of it belongs to Allah Zaujal... as the ayat says 'to Allah belongs the east and the west'... therefore it is up to Allah Zaujal to decide, towards which direction He wants his followers to pray. He has the authority to tell where to face. The Jews would say Allah can not change His mind, either the first Qibla was right or the second was right. They would then go on to say that if the first Qibla is right then your prayers now is wasted and if the second Qibla is right then all your previous prayers are wasted. In response to this claim by the Jews, Allah Zaujal revealed another ayat.

***AL-BAQARAH (2:143)***

وَكَذَٰلِكَ جَعَلْنَٰكُمْ أُمَّةً وَسَطًا لِّتَكُونُوا۟ شُهَدَآءَ عَلَى ٱلنَّاسِ
وَيَكُونَ ٱلرَّسُولُ عَلَيْكُمْ شَهِيدًا ۗ وَمَا جَعَلْنَا ٱلْقِبْلَةَ ٱلَّتِى كُنتَ
عَلَيْهَآ إِلَّا لِنَعْلَمَ مَن يَتَّبِعُ ٱلرَّسُولَ مِمَّن يَنقَلِبُ عَلَىٰ عَقِبَيْهِ ۚ وَإِن كَانَتْ
لَكَبِيرَةً إِلَّا عَلَى ٱلَّذِينَ هَدَى ٱللَّهُ ۗ وَمَا كَانَ ٱللَّهُ لِيُضِيعَ إِيمَٰنَكُمْ ۚ إِنَّ
ٱللَّهَ بِٱلنَّاسِ لَرَءُوفٌ رَّحِيمٌ ﴿١٤٣﴾

***And thus we have made you a just community that you will be witnesses over the people and the Messenger will be a witness over you. And We did not make the qiblah which you used to face except that We might make evident who would follow the Messenger from who would turn back on his heels. And indeed, it is difficult except for those whom Allah has guided. And never would Allah have caused you to lose your faith. Indeed Allah is, to the people, Kind and Merciful.***

Ibn Kathir comments on this and says,"likewise We have made you the best of nations, the very essence of the World. The most noble of all groups, the most honorable of **the ancient and the high born** , so that you may be witnesses on the Judgement day against those who have combined against you, and so that they may give testimony on that day to your great virtue."Allah makes it clear in this ayat that a believer's prayers towards Jerusalem will never be wasted, thus rejecting Jew's idea that if a person died before this revelation, then all of his/her prayers are wasted.

***AL-BAQARAH (2:144)***

قَدْ نَرَىٰ تَقَلُّبَ وَجْهِكَ فِى ٱلسَّمَآءِ ۖ فَلَنُوَلِّيَنَّكَ قِبْلَةً تَرْضَىٰهَا ۚ فَوَلِّ وَجْهَكَ
شَطْرَ ٱلْمَسْجِدِ ٱلْحَرَامِ ۚ وَحَيْثُ مَا كُنتُمْ فَوَلُّوا۟ وُجُوهَكُمْ شَطْرَهُۥ ۗ وَإِنَّ
ٱلَّذِينَ أُوتُوا۟ ٱلْكِتَـٰبَ لَيَعْلَمُونَ أَنَّهُ ٱلْحَقُّ مِن رَّبِّهِمْ ۗ وَمَا ٱللَّهُ بِغَـٰفِلٍ عَمَّا
يَعْمَلُونَ ١٤٤

***We have certainly seen the turning of your face, [O Mu ammad], toward the heaven, and We will surely turn you to a qiblah with which you will be pleased. So turn your face toward al-Masjid al-îaram. And wherever you [believers] are, turn your faces toward it [in prayer]. Indeed, those who have been given the Scripture well know that it is the truth from their Lord. And Allah is not unaware of what they do.***

***AL-BARARAH (2:145)***

وَلَئِنْ أَتَيْتَ ٱلَّذِينَ أُوتُوا۟ ٱلْكِتَـٰبَ بِكُلِّ ءَايَةٍ مَّا تَبِعُوا۟ قِبْلَتَكَ ۚ وَمَآ أَنتَ
بِتَابِعٍ قِبْلَتَهُمْ ۚ وَمَا بَعْضُهُم بِتَابِعٍ قِبْلَةَ بَعْضٍ ۚ وَلَئِنِ ٱتَّبَعْتَ أَهْوَآءَهُم
مِّنۢ بَعْدِ مَا جَآءَكَ مِنَ ٱلْعِلْمِ ۙ إِنَّكَ إِذًا لَّمِنَ ٱلظَّـٰلِمِينَ ١٤٥

***And if you brought to those who were given the Scripture every sign, they would not follow your qiblah. Nor will you be a follower of their qiblah. Nor would they be followers of one another's qiblah. So if you were to follow their desires after what has come to you of knowledge, indeed, you would then be among the wrongdoers.***

***AL-BAQARAH (2:146)***

ٱلَّذِينَ ءَاتَيْنَـٰهُمُ ٱلْكِتَـٰبَ يَعْرِفُونَهُۥ كَمَا يَعْرِفُونَ أَبْنَآءَهُمْ ۖ وَإِنَّ فَرِيقًا
مِّنْهُمْ لَيَكْتُمُونَ ٱلْحَقَّ وَهُمْ يَعْلَمُونَ ١٤٦

***Those to whom We gave the Scripture know him as they know their own sons. But indeed, a party of them conceal the truth while they know [it].***

***AL-BAQARAH (2:147)***

ٱلۡحَقُّ مِن رَّبِّكَۖ فَلَا تَكُونَنَّ مِنَ ٱلۡمُمۡتَرِينَ ﴿١٤٧﴾

***The truth is from your Lord, so never be among the doubters.***

***AL BAQARAH (2:148)***

وَلِكُلّٖ وِجۡهَةٌ هُوَ مُوَلِّيهَاۖ فَٱسۡتَبِقُواْ ٱلۡخَيۡرَٰتِۚ أَيۡنَ مَا تَكُونُواْ
يَأۡتِ بِكُمُ ٱللَّهُ جَمِيعًاۚ إِنَّ ٱللَّهَ عَلَىٰ كُلِّ شَيۡءٖ قَدِيرٞ ﴿١٤٨﴾

***For each [religious following] is a direction toward which it faces. So race to [all that is] good. Wherever you may be, Allah will bring you forth [for judgement] all together. Indeed, Allah is over all things competent.***

***AL-BAQARAH (2:149)***

وَمِنۡ حَيۡثُ خَرَجۡتَ فَوَلِّ وَجۡهَكَ شَطۡرَ ٱلۡمَسۡجِدِ ٱلۡحَرَامِۖ وَإِنَّهُۥ لَلۡحَقُّ مِن
رَّبِّكَۗ وَمَا ٱللَّهُ بِغَٰفِلٍ عَمَّا تَعۡمَلُونَ ﴿١٤٩﴾

***So from wherever you go out [for prayer, O Muhammad] turn your face toward al- Masjid al-îaram, and indeed, it is the truth from your Lord. And Allah is not unaware of what you do.***

***AL-BAQARAH (2:150)***

وَمِنۡ حَيۡثُ خَرَجۡتَ فَوَلِّ وَجۡهَكَ شَطۡرَ ٱلۡمَسۡجِدِ ٱلۡحَرَامِۚ وَحَيۡثُ مَا كُنتُمۡ
فَوَلُّواْ وُجُوهَكُمۡ شَطۡرَهُۥ لِئَلَّا يَكُونَ لِلنَّاسِ عَلَيۡكُمۡ حُجَّةٌ إِلَّا ٱلَّذِينَ
ظَلَمُواْ مِنۡهُمۡ فَلَا تَخۡشَوۡهُمۡ وَٱخۡشَوۡنِي وَلِأُتِمَّ نِعۡمَتِي عَلَيۡكُمۡ وَلَعَلَّكُمۡ
تَهۡتَدُونَ ﴿١٥٠﴾

***And from wherever you go out [for prayer], turn your face toward al-Masjid al-îaram. And wherever you [believers] may be, turn your faces toward it in order that the people will not have any argument against you, except for those of them who commit wrong; so fear them not but fear Me. And [it is] so I may complete My favor upon you and that you may be guided.***

In ayat 150, Allah Zaujal states an important concept 'fear them not, but fear Me!' … People might blame or criticize things that are Islamic or righteous. In every generation, there have been some people who criticize various factors of Islam. Now they say Islam oppresses women, at one point they might say that Islam gives too many rights. There are some who say Islam is a religion of violence and so on and on and on. Allah Zaujal tells the believers to fear Allah and not such people. We should do what Allah Zaujal wants from us and forget about what people say. The ayat says …***'I may complete My favour upon you…'***,every new command that comes from Allah, is a favour from Allah.

This was the incident of the changing of the Qibla which was very controversial in it's time, in fact it was a test from Allah.

Rusool Allah (saw) was developing the economic system of the new Islamic state so he appointed an area next to Masjid ul-Haram to be Medina's market place, the central market of Medina. Rusool Allah (saw) devoted this place for the market and he said that this is the market place of Medina, so no taxes will be levied. Thus it was a tax-free market place. Once the prices were very high so the sahabah came to Muhammed (saw)…

*… Narrated Anas ibn Malik:*

*The people said: Apostle of Allah, prices have shot up, so fix prices for us. Thereupon the Apostle of Allah (peace be upon him) said: Allah is the one Who fixes prices, Who withholds, gives lavishly and provides, and I hope that when I meet Allah, none of you will have any claim on me for an injustice regarding blood or property.*

*(Dawud: Book 23 Hadith 3444)*

Thus Allah is the one Who gives rizq, the price will be according to the supply and demand. That will vary according to Allah's will, He is the one Who fixes the prices. The Apostle of Allah refused to interfere in Allah's work. This shows the freedom given by the Islamic economical system, which does not place restrictions on how people buy and sell in their trade.

Then Allah Zaujal revealed ayat on the rulings of fasting in ***AL-BAQARAH (2:183)***

يَٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُواْ كُتِبَ عَلَيۡكُمُ ٱلصِّيَامُ كَمَا كُتِبَ عَلَى ٱلَّذِينَ مِن
قَبۡلِكُمۡ لَعَلَّكُمۡ تَتَّقُونَ ١٨٣

***O you who have believed, decreed upon you is fasting as it was decreed upon those before you that you may become righteous***

So the purpose or wisdom behind fasting is taqwa so that we may become righteous.

(We are still within the first 2 years of hijra)

Rusool Allah (saw) also married Aisha'a (ra) during that time or actually the consummation of his marriage to her happened then. The actual marriage itself happened towards the end of Rusool Allah's time in Mecca when Aisha was 6 years old and the marriage was consummated in Medina when she was 9 years old.

The age of Aisha'a was very young, this is an issue that many raise against Islam and the Prophet of Allah (saw) saying that your prophet married a child. The wisdom behind all of Rusool Allah's (saw) marriages was covered in the Meccan period. One point to add here is that Rusool Allah (saw) was 54 years old when he married Aisha'a, but he was young even though he was 54. When Rusool Allah (saw) met the delegation of the tribe of Rabi'a, at that time he was 50 years old, the head of the tribe went back to his people and referred to Muhammed (saw) as a 'young man'. It was because of his strength and active attitude by which his age could not be told by looking at his face.

Another incident was that when Anas ibn Malik was narrating the story of hijra, when Rusool Allah and Abu Bakr (ra) were walking in the desert and people recognized Abu Bakr (ra) but not Rusool Allah (saw) because they didn't know what he looked like. Anas referred to Abu Bakr as an old man, who was known while Rusool Allah (saw) was a young man, who wasn't known. A comment by Ibn Hajar aluf Kalam regarding this is that Abu Bakr's age showed on him, or that the way Abu bakr (ra) looked was according to his age, he did not look younger or older. While Rusool Allah (saw) appeared to be a young man even though he was 2 years elder to Abu Bakr Siddiq (ra).

This was a point to be mentioned regarding Rusool Allah's (saw) marriage to Aisha'a. We know from the Sunnah, that Rusool Allah (saw) used to race Aisha'a.

*Narrated Aisha, Ummul Mu'minin:*

*While she was on a journey along with the Apostle of Allah (peace be upon him): I had a race with him (the Prophet) and I outstripped him on my feet. When I became fleshy, (again) I had a race with him (the Prophet) and he outstripped me. He said: This is for that outstripping.*

*(Dawud: Book 14 hadith 2572)*

In this hadith the word fleshy means when Aisha became heavier. And the adorable part of this hadith is when Rusool Allah (saw) said, 'this is for that outstripping.' Meaning this is a sort of tit for tat, for the time when Aisha (ra) won. Thus Rusool Allah (saw) was a very healthy and active individual. And he needed to be all that, to complete his mission being the Messenger of Allah Zaujal.

**The Ghazwat (Battles)**

Before we start talking about the battles, first a bit about Jihad will be spoken. This is important because during the ten years in Medina, Rusool Allah (saw) had participated himself in 19 battles and he had sent out over 55 expeditions in which he didn't take part. So if we add there had been over 70 battles within 10 years. This is about 7 battles per year. Battles take time to prepare; you have to finance, mobilize and organize the army… then time is spent in reaching the destination and then time is spent in coming back. So this was actually a huge burden on the Islamic state. The question is why Rusool Allah (saw) devoted so much time and energy to this.

Another reason why this needs to be discussed is that this issue has become very controversial today. There is a major misconception on what Jihad really means, and what is the objective and wisdom behind it.

The word Jihad itself means 'struggle' it comes from the word 'Juhd' which means exerting effort. So the linguistic meaning of the word is to exert effort or to struggle. This word later on carried a specific Islamic meaning. There are words in Arabic which had a linguistic meaning but then Islam gave a new meaning to those words. For example the word 'salah' in Arabic originally means supplication but now it carries a new meaning and that is prayer. This word now is a terminology in Islam. Jihad fi Sabi lillah later carried a new meaning and that is 'to fight' the enemies of Allah Zaujal, who object to His religion. According to all the four mazahib it means, 'to fight in the path of Allah.'

Every war is an act of injustice and is evil with the exception of fighting in the path of Allah Zaujal. So every blood shed is evil with this exception, which is that the ONLY war which is allowed is to fight in the path of Allah.

***And the evidence for this is an ayat in Quran, AL-NISA (4:76)***

ٱلَّذِينَ ءَامَنُوا۟ يُقَـٰتِلُونَ فِى سَبِيلِ ٱللَّهِ ۖ وَٱلَّذِينَ كَفَرُوا۟ يُقَـٰتِلُونَ
فِى سَبِيلِ ٱلطَّـٰغُوتِ فَقَـٰتِلُوٓا۟ أَوْلِيَآءَ ٱلشَّيْطَـٰنِ ۖ إِنَّ كَيْدَ ٱلشَّيْطَـٰنِ
كَانَ ضَعِيفًا ﴿٧٦﴾

***Those who believe fight in the cause of Allah , and those who disbelieve fight in the cause of Taghut. So fight against the allies of Satan. Indeed, the plot of Satan has ever been weak.***

In this ayat Allah is saying that there are two types of war. One type is fought for Allah by the believers and the second type of war is for Taghut which is fought by the disbelievers. Taghut means anything worshipped other than Allah or it could mean those transgressors who assert the divine right of governship.

Thus if believers fight for Allah then that is a rewarding act and those who disbelieve fight for Taghut. It doesn't matter what the disbelievers state their objective to be, it will always be evil. Even if they say that it is fought for freedom from aggression it will still be evil. The ONLY war which is righteous is the war fought under the banner of 'la ilaha illAllah'. Islam is against all types of aggression except if it is done for the sake of Allah… Islam is not a violent religion.

Allah is the Creator, therefore He is the only one Who has the right to designate the permissible and the impermissible, or what is preferable over the other. For example the 7 days of the week, they are all equal from a scientific point of view. However Allah Zaujal has told us that Friday is preferred over the rest of the days of the week. There is no difference between the month of Ramadan and the rest of the months in terms of the solar system, however Allah Zaujal has picked Ramadan to be the most preferred month of the year, the same goes for the first 10 days of Zil-Hujja in terms of the reward for the good deeds done during those 10 days. Even last 10 nights of Ramadan are special and out of those 10 nights, the odd ones and out of those odd ones He chose laila tul Qadr to be the best night of the year. It is something that Only Allah has the right to do.

The purpose of Jihad fi sabilillah is to free the people from the slavery of one another, and to become the servants of Allah Zaujal. So it is much better to be a slave of The Creator rather than to be a slave of creations (rock, idol, human being etc). It is also to bring the people under the blessed rule of Islam, whether they become Muslim or not, because in Islam you cannot force someone to become a Muslim. However there is an increased chance of more people coming to Islam if people live under the Islamic rule.

Rusool Allah says in a hadith that Allah Zaujal is amazed by people, who are dragged into Jannah in chains.

A scholar commented on this hadith and said that these people are dragged into Islam even though they don't want it, and that becomes a reason for them to enter into Jannah.

In general people are not interested in hearing about religion. If you announce to non-muslims that there will be a lecture on Islam, then people are not going to show up. Even if they do show up they won't really give you much of a response, but if you make an announcement that whoever shows up will get Rs. 2000 then people are going to rush for the lecture and eventually there will not be enough seats. This situation is not only with the non-muslims but even the Muslims. The masjids are packed for Juma'a but only about 10% of those come for Fajr. Even here if you make an announcement that whoever shows up for Fajr will get a 1000 rupee note then everybody will come.

To conclude people are least interested to talk about religion and that is why when Rusool Allah (saw) called on the people of Mecca and gathered them

*He then said, "I am a warner to you in face of a terrific punishment." Abu Lahab said (to the Prophet) "May your hands perish all this day. Is it for this purpose you have gathered us?" (Sahih Bukhari: Book 6 Volume 60 Hadith 293)*

Abu Lahab was upset because he closed his shop and went to listen to Muhammed (saw), he thought that there was something important that Rusool Allah (saw) had to say, even though it was important, but Abu Lahab did not think so. When it turned out to be a matter of religion he became furious.

That is when the ayat of Surat Al-Masad were revealed (111: 1-5)

Allah says that Abu Lahab's wealth and children will not benefit him; this wealth was what prevented Abu Lahab from listening to Muhammed (saw) preaching Islam. It was because he had to close down his shop that is why he became upset.

Anyway when the sahabah fought fi sabi llilah and bought people under the rule of Islam that is when they listened. The people listen to the sahabah attentively because they now ruled and had some authority. The sahabah had a chance to do daw'a as a government and not as a preacher. This was when people in multiples entered Islam. In Mecca when Rusool Allah (saw) was giving daw'a, only a few people were interested, nevertheless when Rusool Allah (saw) established an Islamic state the people, the tribes, and other nations were listening and taking it seriously. That was when people became Muslim in thousands. By the end of 13 years in Mecca Rusool Allah (saw) had followers in hundreds, nevertheless in Medina the Muslims increased in thousands every year! So in Fatah Mecca Rusool Allah (saw) had an army of 12,000 or 10,000, in Hajja tul Wida 90,000 and when he passed away the ones who prayed his salah janaza were over 114,000.

So what are the stages that Jihad went through? Ibn ul Qayyum says in Zaad-ul-Maad, that in the beginning Jihad was prohibited, it was not allowed. Rusool Allah (saw) used to tell the Muslims to be patient because they were not given the permission to fight. So in the beginning it was patience, and then in the second stage Jihad was merely allowed, it was not instructed, commanded, or obligatory, it was just allowed.

***Allah Zaujal revealed the ayat in surah AL-HAJJ (22:39)***

أُذِنَ لِلَّذِينَ يُقَاتَلُونَ بِأَنَّهُمْ ظُلِمُوا ۚ وَإِنَّ اللَّهَ عَلَىٰ نَصْرِهِمْ لَقَدِيرٌ ﴿٣٩﴾

***Permission [to fight] has been given to those who are being fought, because they were wronged. And indeed, Allah is competent to give them victory.***

Thus here permission was given to them. Now the following stage, as Ibn ul Qayyum says is, then they were commanded to fight the ones who fight them. This was the third stage and the ayat for that is the following:

***Surah AL-BAQARAH (2:190)***

وَقَٰتِلُواْ فِي سَبِيلِ ٱللَّهِ ٱلَّذِينَ يُقَٰتِلُونَكُمۡ وَلَا تَعۡتَدُوٓاْۚ إِنَّ ٱللَّهَ لَا يُحِبُّ
ٱلۡمُعۡتَدِينَ ١٩٠

***Fight in the way of Allah those who fight you but do not transgress. Indeed. Allah does not like transgressors.***

So here the command came from Allah Zaujal to fight the ones who are trangressors. Then came the final stage, in which the final law was revealed by Allah Zaujal for the ummah. Ibn ul Qayyum says about this stage that the Messenger of Allah was instructed to fight all the disbelievers.
***SURAH AT-TAUBA (9:36)***

وَقَٰتِلُواْ ٱلۡمُشۡرِكِينَ كَآفَّةٗ كَمَا يُقَٰتِلُونَكُمۡ كَآفَّةٗۚ

***…And fight against the disbelievers collectively as they fight against you collectively…***

There is also a hadith narrated by over 20 sahaba of Rusool Allah (saw) and that is:

*Narrated Ibn 'Umar:*

*Allah's Apostle said: "I have been ordered (by Allah) to fight against the people until they testify that none has the right to be worshipped but Allah and that Muhammad is Allah's Apostle, and offer the prayers perfectly and give the obligatory charity, so if they perform a that, then they save their lives an property from me except for Islamic laws and then their reckoning (accounts) will be done by Allah." (Sahih Bukhari: Book 1 Volume 2 Hadith 24)*

These were the four stages of Jihad fi sabi lillah

**Objectives of Jihad**

Some ayat in Quran give us the objectives of fighting fi sabi lillah

- Promotion of Islam: To fight until Allah Zaujal's religion prevails

***Allah Zaujal says in AL-ANFAL (8:39)***

وَقَٰتِلُوهُمۡ حَتَّىٰ لَا تَكُونَ فِتۡنَةٞ وَيَكُونَ ٱلدِّينُ كُلُّهُۥ

***And fight them until there is no fitnah and [until] the religion, all of it, is for Allah***

- For the protection of rituals and worship places

Allah Zaujal says***: AL-HAJ (22:38)***

۞إِنَّ ٱللَّهَ يُدَٰفِعُ عَنِ ٱلَّذِينَ ءَامَنُوٓاْۗ إِنَّ ٱللَّهَ لَا يُحِبُّ كُلَّ خَوَّانٖ
كَفُورٍ ٣٨

***Indeed, Allah defends those who have believed. Indeed, Allah does not like everyone treacherous and ungrateful.***

*AL-HAJ (22:39)*

أُذِنَ لِلَّذِينَ يُقَٰتَلُونَ بِأَنَّهُمۡ ظُلِمُواْۚ وَإِنَّ ٱللَّهَ عَلَىٰ نَصۡرِهِمۡ لَقَدِيرٌ ٣٩

***Permission [to fight] has been given to those who are being fought, because they were wronged. And indeed, Allah is competent to give them victory.***

***AL-HAJ (22:40)***

ٱلَّذِينَ أُخۡرِجُواْ مِن دِيَٰرِهِم بِغَيۡرِ حَقٍّ إِلَّآ أَن يَقُولُواْ رَبُّنَا ٱللَّهُۗ وَلَوۡلَا
دَفۡعُ ٱللَّهِ ٱلنَّاسَ بَعۡضَهُم بِبَعۡضٖ لَّهُدِّمَتۡ صَوَٰمِعُ وَبِيَعٞ وَصَلَوَٰتٞ
وَمَسَٰجِدُ يُذۡكَرُ فِيهَا ٱسۡمُ ٱللَّهِ كَثِيرٗاۗ وَلَيَنصُرَنَّ ٱللَّهُ مَن يَنصُرُهُۥٓۚ إِنَّ ٱللَّهَ
لَقَوِيٌّ عَزِيزٌ ٤٠

***[They are] those who have been evicted from their homes without right - only because they say, "Our Lord is Allah ." And were it not that Allah checks the people, some by means of others, there would have been demolished monasteries, churches, synagogues, and mosques in which the name of Allah is much mentioned. And Allah will surely support those who support Him. Indeed, Allah is Powerful and Exalted in Might.***

Notice here that Allah Zaujal is saying , 'were it not that Allah checks the people, some by means of others, there would have been demolished monasteries, churches, and synagogues, and mosques…' People are checked by fighting, this is called sunnat-ul-mudaafa'ah. Allah has governed the lives of men, if it wasn't for this fighting, churches, synagogues, and mosques would have been would have been

demolished. The reason why churches and synagogues are mentioned is because we are not the first nation to fight in the path of Allah. The first nation to fight fi sabi lillah was Bani Israel. For the previous nations before Bani Israel fighting was not prescribed. Allah would destroy the anbiya's enemies through miraculous events, thus the believers did not have to be involved in fighting themselves. The followers of Musa (as) were the first nation to fight in the path of Allah. Because they were the ummas which fought in the path of Allah (jihad), synagogues and churches were protected. And ofcourse mosques are protected because the ummah of Muhammed (saw) also practices this act of worship (Jihad).

***AL-HAJ*** ***(22:41)***

ٱلَّذِينَ إِن مَّكَّنَّٰهُمۡ فِي ٱلۡأَرۡضِ أَقَامُواْ ٱلصَّلَوٰةَ وَءَاتَوُاْ ٱلزَّكَوٰةَ وَأَمَرُواْ
بِٱلۡمَعۡرُوفِ وَنَهَوۡاْ عَنِ ٱلۡمُنكَرِۗ وَلِلَّهِ عَٰقِبَةُ ٱلۡأُمُورِ ﴿٤١﴾

***[And they are] those who, if We give them authority in the land, establish prayer and give zakah and enjoin what is right and forbid what is wrong. And to Allah belongs the outcome of [all] matters.***

- Protecting the World from corruption, thus when you fight fi sabi lillah it is not destruction but rather a form of protection for the World. Allah Zaujal's ayat makes this very clear canceling the efforts of Shaitan to try to make evil seem good, and good seem evil. The ayat of Quran cleanses our hearts from the corruption caused by the media.

***Allah Zaujal says in AL-BAQARAH (2:251)***

وَلَوۡلَا دَفۡعُ ٱللَّهِ ٱلنَّاسَ بَعۡضَهُم بِبَعۡضٖ لَّفَسَدَتِ
ٱلۡأَرۡضُ وَلَٰكِنَّ ٱللَّهَ ذُو فَضۡلٍ عَلَى ٱلۡعَٰلَمِينَ ﴿٢٥١﴾

***... And if it were not for Allah checking [some] people by means of others, the earth would have been corrupted, but Allah is full of bounty to the worlds.***

- Test for mankind, it is a trial. Our entire existence in this world is a test from Allah Zaujal and fighting in His path is a part of that test

***Allah Zaujal says in SURAH MUHAMMAD (47:4)***

ذَٰلِكَ وَلَوْ يَشَآءُ ٱللَّهُ لَٱنتَصَرَ مِنْهُمْ وَلَٰكِن لِّيَبْلُوَا۟ بَعْضَكُم
بِبَعْضٍ ۗ

***…That [is the command]. And if Allah had willed, He could have taken vengeance upon them [Himself], but [He ordered armed struggle] to test some of you by means of others…***

Thus armed struggle is a test for the believers and a test for the disbelievers. Allah is testing the patience of the believers and whether they can sacrifice for Allah. The biggest sacrifice that a believer can give for Allah Zaujal is to sacrifice his soul and wealth. It is also a test of whether you fear Allah more or His creations more.

It actually tests most of what you call 'Amaal Quloob', the deeds of the heart. These diseases of the heart appear when the time of the sacrifice of comes. For example the munafiqeen blended very well with the Islamic society, but their reality was only exposed in the various battles. That is why Allah Zaujal says about them:

***Surah AT-TAUBA (9:126)***

أَوَلَا يَرَوْنَ أَنَّهُمْ يُفْتَنُونَ فِى كُلِّ عَامٍ مَّرَّةً أَوْ مَرَّتَيْنِ

***Do they not see that they are tried every year once or twice…***

The average of the ghazwat of Rusool Allah (saw) was around one or two per year, and in each battle their hypocricy would be exposed.

- To punish and humiliate the enemies of Allah Zaujal

***Allah Zaujal says in AL-ANFAL (8:60)***

وَأَعِدُّوا۟ لَهُم مَّا ٱسْتَطَعْتُم مِّن قُوَّةٍ وَمِن رِّبَاطِ ٱلْخَيْلِ
تُرْهِبُونَ بِهِۦ عَدُوَّ ٱللَّهِ وَعَدُوَّكُمْ وَءَاخَرِينَ مِن دُونِهِمْ لَا تَعْلَمُونَهُمُ ٱللَّهُ
يَعْلَمُهُمْ ۚ وَمَا تُنفِقُوا۟ مِن شَىْءٍ فِى سَبِيلِ ٱللَّهِ يُوَفَّ إِلَيْكُمْ وَأَنتُمْ
لَا تُظْلَمُونَ ﴿٦٠﴾

***And prepare against them whatever you are able of power and of steeds of war by which you may terrify the enemy of Allah and your enemy and others besides them whom you do not know [but] whom Allah knows. And whatever you spend in the cause of Allah will be fully repaid to you, and you will not be wronged.***

**Allah Zaujal also says in SURAH AT-TAUBA (9:14) and (9:15)**

قَٰتِلُوهُمْ يُعَذِّبْهُمُ ٱللَّهُ بِأَيْدِيكُمْ وَيُخْزِهِمْ وَيَنصُرْكُمْ عَلَيْهِمْ وَيَشْفِ
صُدُورَ قَوْمٍ مُّؤْمِنِينَ ﴿١٤﴾

***Fight them; Allah will punish them by your hands and will disgrace them and give you victory over them and satisfy the breasts of a believing people***

وَيُذْهِبْ غَيْظَ قُلُوبِهِمْ ۗ وَيَتُوبُ ٱللَّهُ عَلَىٰ مَن يَشَآءُ ۗ وَٱللَّهُ عَلِيمٌ حَكِيمٌ
﴿١٥﴾

***And remove the fury in the believers' hearts. And Allah turns in forgiveness to whom He wills; and Allah is Knowing and Wise.***

**And Allah Zaujal says in Surah AL-ANFAL (8:17) and (8:18)**

فَلَمْ تَقْتُلُوهُمْ وَلَٰكِنَّ ٱللَّهَ قَتَلَهُمْ ۚ وَمَا رَمَيْتَ إِذْ رَمَيْتَ وَلَٰكِنَّ ٱللَّهَ
رَمَىٰ ۚ وَلِيُبْلِىَ ٱلْمُؤْمِنِينَ مِنْهُ بَلَآءً حَسَنًا ۚ إِنَّ ٱللَّهَ سَمِيعٌ عَلِيمٌ ﴿١٧﴾

***And you did not kill them, but it was Allah who killed them. And you threw not, [O Muhammad], when you threw, but it was Allah who threw that He might test the believers with a good test. Indeed, Allah is Hearing and Knowing.***

ذَٰلِكُمْ وَأَنَّ ٱللَّهَ مُوهِنُ كَيْدِ ٱلْكَٰفِرِينَ ﴿١٨﴾

***That [is so], and [also] that Allah will weaken the plot of the disbelievers.***

- The sixth objective is to expose the hypocrites

***Allah Zaujal says in AL-IMRAN (3:179)***

مَّا كَانَ ٱللَّهُ لِيَذَرَ ٱلْمُؤْمِنِينَ عَلَىٰ مَآ أَنتُمْ عَلَيْهِ حَتَّىٰ يَمِيزَ ٱلْخَبِيثَ
مِنَ ٱلطَّيِّبِ ۗ وَمَا كَانَ ٱللَّهُ لِيُطْلِعَكُمْ عَلَى ٱلْغَيْبِ وَلَٰكِنَّ ٱللَّهَ يَجْتَبِى
مِن رُّسُلِهِۦ مَن يَشَآءُ ۖ فَـَٔامِنُوا۟ بِٱللَّهِ وَرُسُلِهِۦ ۚ وَإِن تُؤْمِنُوا۟ وَتَتَّقُوا۟ فَلَكُمْ
أَجْرٌ عَظِيمٌ ﴿١٧٩﴾

***Allah would not leave the believers in that [state] you are in [presently] until He separates the evil from the good. Nor would Allah reveal to you the unseen. But [instead], Allah chooses of His messengers whom He wills, so believe in Allah and His messengers. And if you believe and fear Him, then for you is a great reward.***

Thus the way you can separate the evil from the good is by fighting fi sabi lillah. These ayat were revealed after ghazwa-e-Uhud, because Abdullah bin Ubay withdrew, along with his troops which formed 1/3rd of the army.

- It is a defense against the aggression of the enemies of Allah. These enemies plan to transgress against the ummah.

***Allah Zaujal says in AN-NISA'A (4:84)***

فَقَٰتِلْ فِى سَبِيلِ ٱللَّهِ لَا تُكَلَّفُ إِلَّا نَفْسَكَ ۚ وَحَرِّضِ ٱلْمُؤْمِنِينَ ۖ عَسَى ٱللَّهُ أَن
يَكُفَّ بَأْسَ ٱلَّذِينَ كَفَرُوا۟ ۚ وَٱللَّهُ أَشَدُّ بَأْسًا وَأَشَدُّ تَنكِيلًا ﴿٨٤﴾

***So fight, [O Muhammad], in the cause of Allah ; you are not held responsible except for yourself. And encourage the believers [to join you] that perhaps Allah will restrain the [military] might of those who disbelieve. And Allah is greater in might and stronger in [exemplary] punishment.***

***CD#4***

In Mecca the believers were not allowed to fight back, even thought the Kaafir had used all forms of aggression against the muslims. It wasn't easy for the Arabs to restrain themselves from fighting, they were tribesmen they didn't have an anti-war background. They were no peace activists in those days like Martin Luther King or Gandhi. Generally if you fight against a tribesmen then, then he would fight back. So for for them to restrain themselves from fighting was very difficult. But it was a test of their patience.

When the permission for fighting can Abu Bakr (ra) said that i knew there was going to be fighting, ultimately we would have to fight, there is no way we could get out of this situation except by fighting in the path of Allah.

The permission was given during the early days of Medina. Some say the permission was given before hijra but the actual practice of it started from Medina.

To fight against the enemies of Allah Zaujal, demanded preparation. That is why Rusool Allah (saw) trained the muslims to fight. This training took two forms; physical and spiritual training. This would now lead us to the fourth project.

**ESTABLISHMENT OF THE MUSLIM ARMY**

The word army isnt really accurate because they weren't any professional soldiers, it was more of a militia rather than a professional army. It says in the american dictionary that a militia is a citizen's army as the state from a body of professional solidiers. So they weren't any prefessional soldiers in the time of Rusool Allah (saw). Everyone who fulfilled five requirements was expected to participate in Jihad fi sabi lillah. There requirements were:

1. Islam
2. age of puberty
3. sanity
4. to be free of defects (that would prevent a person from being able to participate)
5. financial ability

Financial ability was important because Rusool Allah (saw) did not have the ability to sponsor every fighter. Everyone had to finance themselves.

Also it says that the militia is the whole body of physically fit male civilians legible by law for military service. So the word militia suits more than the word army.

So Rusool Allah (saw) was preparing the troops spiritually. ***Allah was doing the same thing via an ayat of Quran in Surat AT-TAUBA (9:111)***

۞ إِنَّ ٱللَّهَ ٱشْتَرَىٰ مِنَ ٱلْمُؤْمِنِينَ أَنفُسَهُمْ وَأَمْوَٰلَهُم بِأَنَّ لَهُمُ ٱلْجَنَّةَ ۚ
يُقَٰتِلُونَ فِى سَبِيلِ ٱللَّهِ فَيَقْتُلُونَ وَيُقْتَلُونَ ۖ وَعْدًا عَلَيْهِ حَقًّا فِى ٱلتَّوْرَىٰةِ
وَٱلْإِنجِيلِ وَٱلْقُرْءَانِ ۚ وَمَنْ أَوْفَىٰ بِعَهْدِهِۦ مِنَ ٱللَّهِ ۚ فَٱسْتَبْشِرُوا۟ بِبَيْعِكُمُ
ٱلَّذِى بَايَعْتُم بِهِۦ ۚ وَذَٰلِكَ هُوَ ٱلْفَوْزُ ٱلْعَظِيمُ ﴿١١١﴾

***Indeed, Allah has purchased from the believers their lives and their properties [in exchange] for that they will have Paradise. They fight in the cause of Allah , so they kill and are killed. [It is] a true promise [binding] upon Him in the Torah and the Gospel and the Qur'an. And who is truer to his covenant than Allah ? So rejoice in your transaction which you have contracted. And it is that which is the great attainment.***

***Then Allah teaches them to be patient in AL-IMRAN (3:140) (3:141)(3:142)(3:143)***

إِن يَمْسَسْكُمْ قَرْحٌ فَقَدْ مَسَّ ٱلْقَوْمَ قَرْحٌ مِّثْلُهُۥ ۚ وَتِلْكَ ٱلْأَيَّامُ
نُدَاوِلُهَا بَيْنَ ٱلنَّاسِ وَلِيَعْلَمَ ٱللَّهُ ٱلَّذِينَ ءَامَنُوا۟ وَيَتَّخِذَ مِنكُمْ شُهَدَآءَ ۗ
وَٱللَّهُ لَا يُحِبُّ ٱلظَّٰلِمِينَ ﴿١٤٠﴾

***If a wound should touch you - there has already touched the [opposing] people a wound similar to it. And these days [of varying conditions] We alternate among the people so that Allah may make evident those who believe and [may] take to Himself from among you martyrs - and Allah does not like the wrongdoers –***

وَلِيُمَحِّصَ ٱللَّهُ ٱلَّذِينَ ءَامَنُوا۟ وَيَمْحَقَ ٱلْكَـٰفِرِينَ ﴿١٤١﴾

***And that Allah may purify the believers [through trials] and destroy the disbelievers.***

أَمْ حَسِبْتُمْ أَن تَدْخُلُوا۟ ٱلْجَنَّةَ وَلَمَّا يَعْلَمِ ٱللَّهُ ٱلَّذِينَ جَـٰهَدُوا۟ مِنكُمْ
وَيَعْلَمَ ٱلصَّـٰبِرِينَ ﴿١٤٢﴾

***Or do you think that you will enter Paradise while Allah has not yet made evident those of you who fight in His cause and made evident those who are steadfast?***

وَلَقَدْ كُنتُمْ تَمَنَّوْنَ ٱلْمَوْتَ مِن قَبْلِ أَن تَلْقَوْهُ فَقَدْ رَأَيْتُمُوهُ
وَأَنتُمْ تَنظُرُونَ ﴿١٤٣﴾

***And you had certainly wished for martyrdom before you encountered it, and you have [now] seen it [before you] while you were looking on.***

These were examples of ayat in which Allah was preparing the Muslims. There are some ahadith for the same purpose.

*Narrated Abu Huraira:*

*A man came to Allah's Apostle and said, "Instruct me as to such a deed as equals Jihad (in reward)." He replied, "I do not find such a deed." Then he added, "Can you, while the Muslim fighter is in the battle-field, enter your mosque to perform prayers without cease and fast and never break your fast?" The man said, "But who can do that?" Abu Huraira added, "The Mujahid (i.e. Muslim fighter) is rewarded even for the footsteps of his horse while it wanders bout (for grazing) tied in a long rope."*
*(Sahih Bukhari: Book 4 Volume 52 Hadith 44)*

Thus the reward of the mujahid is greater than fasting and praying continuously. Fighting with the disbelievers is more virtuous than Jihad-un-Nafs. Praying and fasting is part of Jihad un-Nafs. When the Muslims came back from Battle of Tabuk, Rusool Allah (saw) said to Muadh bin Jabal that if you want I will tell you about head of the affair, its pillar and its peak. The head of the affair is Islam and its pillar is salah and its peak is Jihad fi sabi lillah. This tells us that the peak of Islam is to fight in the path of Allah.

*Narrated Salim Abu An-Nadr:*

*The freed slave of 'Umar bin 'Ubaidullah who was 'Umar's clerk: 'Abdullah bin Abi Aufa wrote him (i.e. 'Umar) a letter that contained the following:--*

*"Once Allah's Apostle (during a holy battle), waited till the sun had declined and then he got up among the people and said, "O people! Do not wish to face the enemy (in a battle) and ask Allah to save you (from calamities) but if you should face the enemy, then be patient and let it be known to you that Paradise is under the shades of swords." (Sahih Bukhari: book 4 Volume 52 Hadith 210)*

*It has been narrated on the authority of Zaid b. Kbalid al-Juhani that the Messenger of Allah (may peace be upon him) said: Anybody who equips a warrior (going to fight) in the way of Allah (is like one who actually) fights. And anybody who looks well after his family in his absence (is also like one who actually) fights.*
*(muslim: Book-20 Hadith-4668)*

There is also a hadith in Muslim in which it says that ribat (to station or stay in) for one day in the path of Allah is better than praying and fasting for one entire month.

All of these Ahadith were for the purpose of preparing the muslims spiritually for whats coming. The muslims were being prepared to face enemies from every direction. Rusool Allah (saw) was telling them about the virtues of Jihad. There was also the physical preparation, and that is military training.

The sahabah were not told to go jogging or lift weights, there lifestyle was active anyway so there was no need for them to be told to be physically fit. They were active because of the type of work they used to do. It wouldn't make sense to tell a farmer, who works from fajr till late in the day, to go jogging after farming. However in the areas where the muslims were lacking, Rusool Allah (saw) did specify for example swimming.

The arabs of Mecca and Medina were far away from the sea. They never really got the chance to swim, thus Rusool Allah (saw) told them to swim.

Rusool Allah (saw) also trained them for target shooting, marksmanship. In his tafsir of the ayat in AL-ANFAL (8:60), he said strength is marksmanship and he repeated that three times.

وَأَعِدُّوا۟ لَهُم مَّا ٱسْتَطَعْتُم مِّن قُوَّةٍ وَمِن رِّبَاطِ ٱلْخَيْلِ
تُرْهِبُونَ بِهِۦ عَدُوَّ ٱللَّهِ وَعَدُوَّكُمْ وَءَاخَرِينَ مِن دُونِهِمْ لَا تَعْلَمُونَهُمُ ٱللَّهُ
يَعْلَمُهُمْ ۚ وَمَا تُنفِقُوا۟ مِن شَىْءٍ فِى سَبِيلِ ٱللَّهِ يُوَفَّ إِلَيْكُمْ وَأَنتُمْ
لَا تُظْلَمُونَ ﴿٦٠﴾

***And prepare against them whatever you are able of power and of steeds of war by which you may terrify the enemy of Allah and your enemy and others besides them whom you do not know [but] whom Allah knows. And whatever you spend in the cause of Allah will be fully repaid to you, and you will not be wronged.***

*Narrated Uqbah ibn Amir:*

*I heard the Apostle of Allah (peace be upon him) say: Allah, Most High, will cause three persons to enter Paradise for one arrow: the maker when he has a good motive in making it, the one who shoots it, and the one who hands it; so shoot and ride, but your shooting is dearer to me than your riding. Everything with*

*which a man amuses himself is vain except three (things): a man's training of his horse, his playing with his wife, and his shooting with his bow and arrow. If anyone abandons archery after becoming an adept through distaste for it, it is a blessing he has abandoned; or he said: for which he has been ungrateful.*

*(Dawud: Book 14 Hadith 2507)*

In a similar narration there are four exceptions instead of three in which the fourth one is learning how to swim and teaching it to others. So these four things are ibadah of Allah Zaujal, and any other form of entertainment is a waste of your time.

So from these teachings we can notice that, there was what you call an absolute war. Where there is a total mobilization of the society gearing all of its resources towards the militarization, on order to defend the society. This entire process was happening in the time of Rusool Allah (saw).

Rusool Allah (saw) told Muslims to fight the unbelievers with your wealth arms and tongues all geared up to defend the newly formed Muslim state.

This time was a very difficult time for the Muslims. The Quraish were threatening them. For example as soon as Rusool Allah (saw) made hijrah to Medina the Quraish sent a letter to Abdullah bin Ubayd telling him that the people of Medina have given sanctualy to 'assuba' . They used a degrading term for Rusool Allah (saw). They also gave them the option that you either hand Rusool Allah (saw) over, or the Quraish will kill them and leave their wives as widows and your children as orphans. So they were threatening the people of Medina.

Another example is when Sa'd ibn Muadh went to visit Mecca, he was friends with Umayya bin Khalaq since Jahiliya. Sa'd went to Umayya and asked him for a suitable time when he could make tawaaf around the Ka'abah. A time when the people around are few. They waited for it to get late then they went to make tawaaf. Abu Jahl saw them. Abu Jahl came and asked Umayya who the man with him was. Umayya said that he is Sa'd bin Muadh. Sa'd bin Muadh was well-known, he was the head of Al-Aus, which was one of the two tribes in Medina who became Muslim. Abu Jahl told Umayya that he does not approve of Umayya helping this man make tawaaf when his people have given sanctuary to Muhammed (saw).

Sa'd ibn Muadh then warned Abu Jahl, that if he will prevent him form making tawaaf then Sa'd will prevent his caravan from reaching their destination. This was because the Quraish caravans used to pass Medina. This shows the constant effort by the Quraish against Rusool Allah (saw) and the sahaba (ra). Thus the militarization was to protect the Muslim community.

After Rusool Allah (saw) received the permission to fight from Allah. Rusool Allah (saw) started sending out what you call 'saraya'. In the books of seerah you have saraya and ghazwat. So you ghazwat Uhud or Badr and then there is Sarayah Abu Ubaidah. Sarayah is when the militia was sent out, without Rusool Allah (saw) participating in them. While a ghazwat is an army which is led by Rusool Allah (saw). This is the difference. The linguistic meaning of ghazwat is an army of conquest, while sarayah's is just army.

The first ghazwa in which Rusool Allah (saw) participated in is called ghazwat ul abwa. The army went out, but there was no fighting. Then Rusool Allah (saw) sent out a sariya lead by Ubaidah ibn Harith, there were 60 muhajirun, who were on foot. They would walk at night and hide during the day. During the sariya arrows were exchanged but no one was killed. The first one to shoot was Sa'd bin Abi Waqas (ra). He said that I'm the first one to strike an arrow in the path of Allah.

Then there was sariya lead by Hamza bin Abdul Muttallib. The militia comprised of 30 muhajirun, but this time they were riding camels. They went out to raid a caravan full of belongings of Quraish, this caravan had many guardians. Anyway no fighting occurred because one of the tribesmen in the area had a peace agreement with Muhammed (saw) and Quraish. He ensured that no fighting occurred. When this happened, Abu Jahl went back to his people and warned them that Muhammed (saw) is after them. Abu Jahl also said that Muhammed (saw) is like an angry lion because they had driven his people out of Mecca like insects driven off the back of a camel. So he told his people to be careful, and that Muhammed (saw) is out there waiting to lay his hands on their caravans and them.

There was another ghazwat called Ghazwat Buwat. They also had set out to intercept a Quraish trade caravan, but could not find it.

In Ghazwat Al Ashira too, they went to pursue a caravan but could not find it. Then there was Sariya Sa'd bin Abi Waqas and Ghazwat Badr Oola. All of these took place within the first two years of hijra, before the Battle of Badr.

Then another sariya happened and this one is important because of the consequences of it, and this Siriya was the Sariya of Abdullah ibn Jahsh (ra). This was a small group of sahabah (ra) who were sent out to pursue a caravan belonging to the Quraish. Abdullah ibn Jahsh, the leader, was handed a letter by Rusool Allah (saw). That letter was sealed and Rusool Allah (saw) told Abdullah not to open it, until after two days. So Rusool Allah (Saw) told him to go to a such and such place and then read the letter after two days. Abdullah ibn Jahsh (ra) opens the letter after two days and it states in there Rusool Allah (saw) had instructed Abdullah ibn Jahsh to go to this place, which was between Mecca and Taif, and ask the members of the sariya to follow him, but it should be optional for the members to follow him. So this was a voluntary sariya. Probably the reason was that this was a risky operation. They had to go deep into the territory of the Kuffar. Now they had to raid the caravans of the Quraish which were between Mecca and Taif, previously they had been trying to raid caravans passing by Medina. This was a risky operation as they would be very far from their base, Medina. Abdullah ibn Jahsh told the members about the letter and said that he would go and that whoever wishes can follow him. It was voluntary on all of them including Abdullah ibn Jahsh. They all were willing to go with Abdullah ibn Jahsh. None of them stayed behind. This tells us how willing they were to fight in the way Allah. It also differentiates between someone who fights for greed, power or any other worldly purpose and someone who fights for the sake of Allah.

Abdullah ibn Jahsh (ra) and his men eventually do spot the caravan of the Quraish which was lightly guarded, there were only four guards. The caravan was within a striking distance. But there was a dilemma. That time, it was a day of the sacred month out of the four sacred months in which arabs did not fight. It was the last day of the month of Rajab, which is one of the sacred months. The Muslims agreed to follow this and took this seriously. The question arises; why not just wait for another day? But the problem was that if they wait for another day then this caravan would enter within the sacred limits of Mecca, where they are not supposed to fight either. Either way they would be violating either the sanctity of the four months or the sanctity of the limits of Mecca. They decided to go ahead and attack in the month of Rajab. They shot the arrows and one of the four guards was killed, AlHadrami, one ran away and two were taken prisoners and the whole caravan was taken into the hands of the Muslims. They then went back to Medina.

This was breaking news, everyone was talking about it. The Quraish made a big deal about it; they took this opportunity and milked it as far as possible. They went around saying that; Muhammed and his people are violating the sacred months, they are shedding blood, and they are taking prisoners, and stole our wealth during the holy months. This news was spread throughout the country. When these men came back Rusool Allah (Saw) said that; I didn't tell you to fight during the holy month, I didn't give you those instructions. The Muslims were reproaching the sahabah asking them who told you to attack during the holy months? The men of the sirya were in a very difficult situation, they were very worried. They were very concerned about how this would seem to Allah Zaujal. Rusool Allah (saw) refused to take the prisoners and the caravan. These sahabah must be very desperate; they went out there and risked their lives and all that they did was not being accepted, everyone was upset with them. The Quraish were taking advantage of this… and then ayat from the Quran were revealed ***SURAT AL-BAQARAH (2:217)***

يَسْـَٔلُونَكَ عَنِ ٱلشَّهْرِ ٱلْحَرَامِ قِتَالٍ فِيهِ ۖ قُلْ قِتَالٌ فِيهِ كَبِيرٌ ۖ
وَصَدٌّ عَن سَبِيلِ ٱللَّهِ وَكُفْرٌۢ بِهِۦ وَٱلْمَسْجِدِ ٱلْحَرَامِ وَإِخْرَاجُ أَهْلِهِۦ مِنْهُ
أَكْبَرُ عِندَ ٱللَّهِ ۚ وَٱلْفِتْنَةُ أَكْبَرُ مِنَ ٱلْقَتْلِ ۗ وَلَا يَزَالُونَ يُقَـٰتِلُونَكُمْ
حَتَّىٰ يَرُدُّوكُمْ عَن دِينِكُمْ إِنِ ٱسْتَطَـٰعُوا۟ ۚ وَمَن يَرْتَدِدْ مِنكُمْ
عَن دِينِهِۦ فَيَمُتْ وَهُوَ كَافِرٌ فَأُو۟لَـٰٓئِكَ حَبِطَتْ أَعْمَـٰلُهُمْ
فِى ٱلدُّنْيَا وَٱلْـَٔاخِرَةِ ۖ وَأُو۟لَـٰٓئِكَ أَصْحَـٰبُ ٱلنَّارِ ۖ هُمْ فِيهَا خَـٰلِدُونَ ﴿٢١٧﴾

***They ask you about the sacred month - about fighting therein. Say, "Fighting therein is great [sin], but averting [people] from the way of Allah and disbelief in Him and [preventing access to] al-Masjid al-îaram and the expulsion of its people therefrom are greater [evil] in the sight of Allah . And fitnah is greater than killing." And they will continue to fight you until they turn you back from your religion if they are able. And whoever of you reverts from His religion [to disbelief] and dies while he is a disbeliever - for those, their deeds have become worthless in this world and the Hereafter, and those are the companions of the Fire, they will abide therein eternally.***

'They ask you about the sacred month-about fighting therein.', so then people started asking about the ruling of the fighting during the sacred months. Allah said that what Abdullah and his men did was a great sin, thus fighting in the sacred months was a great sin. Then Allah puts everything into perspective, He sais that what the sahabah did was a sin but then Allah Zaujal lists four other sins.

1. Averting people away from the path of Allah- the people of Quraish were standing in the way of people in becoming Muslim.
2. Disbelief in Allah- that too is a great sin, which the Quraish were committing
3. Preventing access to Masjid ul-Haram- The Muslims were not allowed to go to Mecca
4. Expulsion of the people therefrom- the muhajireen were driven out from Mecca by the Quraish.

SubhanaAllah Allah says that these four sins are greater than what Abdullah ibn Jahsh did. Allah Zaujal thus put things in perspective.

Ibn Ishaac says, 'the people of Quraish will seduce a Muslim until he gives up Islam.' This Ayat was clearing up the minds of the people. It indicates what Abdullah ibn Jahsh did and then asks them to look at what the people of the Quraish have been doing for 13 years. Allah does not want the Muslims to make a big deal about what Abdullah ibn Jahsh did and forget about the sins of the Quraish. Even though what Abdullah ibn Jahsh did was wrong, but what the Quraish had been doing outweighs all that.

Abdullah ibn Jahsh and his followers were relieved that atleast Allah mentioned the sins of the Quraish, and gave clarity to the issue. Abdullah and his followers were now eager for some credit, so they went to Rusool Allah (saw) even thought the ayat says that it was a sin too. Allah then revealed the following ayat ***(2:218)***

إِنَّ ٱلَّذِينَ ءَامَنُواْ وَٱلَّذِينَ هَاجَرُواْ وَجَٰهَدُواْ فِي سَبِيلِ ٱللَّهِ أُوْلَٰٓئِكَ
يَرْجُونَ رَحْمَتَ ٱللَّهِۚ وَٱللَّهُ غَفُورٞ رَّحِيمٞ ٢١٨

***Indeed, those who have believed and those who have emigrated and fought in the cause of Allah - those expect the mercy of Allah . And Allah is Forgiving and Merciful.***

SubhanAllah, Allah then says that Abdullah ibn Jahsh and his followers can expect the mercy of Allah. Thus they can expect to be given the reward of a mujahideen.

Abdullah ibn Jahsh and his sariya were the first to take prisoners in the path of Allah, they were the first to take booty of battle in the path of Allah, and they were the first to kill a disbeiever in the path of Allah. This was an honour for them.

When these ayat were revealed Rusool Allah (saw) took the caravan and took the two men as prisoners. The people of Quraish came to ransom them. Two men of the sariya went to look for their camels. Rusool Allah (saw) said that he will only give the two prisoners back after the two men from the sariya come back. Rusool Allah (saw) was afraid that the Quraish might kill them. This shows the care that Rusool Allah (saw) had for his followers. This is how Muslims should be, they should never give one another up. After Sa'd ibn abi Waqas and and Utba came back, Rusool Allah (saw) released the prisoners in return of money. One of them, Al-Hakim Ibn Keisan became Muslim. He stayed back. Al Hakim died as a shaheed later on. While the other prisoner Othman Ibn Al-Moghira, went to Mecca and died as a disbeliever.

**LESSONS FRON THIS SARIYA**

- The enemies of Allah will pick on a Muslim's action and then try to blow them out of proportion. They might try to twist the truth in effort to present a Muslim in the worst form capable. So a Muslim needs to be aware of this, he/she needs to study the reality of the situation and put things in perspective. Just like what Allah did through these ayat of surah Baqarah.

  **So if Muslims are ever accused of being terrorists, or that Islam promotes violence then remind people that more than a million people were killed in Iraq, Palestinians have been suffering for over fifty years. Muslims in Kashmir, Chechnya, China, have been suffering for a very long time. The list can just go on an on and on. Bring these things up and it will become clear that EVEN IF the Muslims do something that is not justified it can never reach the level of violence and evil against the Muslims from the disbelievers.**

  **THINGS NEED TO BE PUT IN THE RIGHT PERSPECTIVE... Don't be gullible and naïve, believing whatever the media says. The media is not on the truth's side. The enemies of Allah are not on your side.**

  A Muslims needs to be aware, and should not just accept things as he/she hears it. Look at what the Quraish did at their time and look at what the enemies of Allah are doing to the Muslims today. Preachers, who are spreading the true Islam, are being thrown in jail, are killed, or are subjugated to threats. If Muslims try to present the truth then they are suppressed and restricted. Muslim blood has become worthless!

- The care that Muslims should have for one another. The way Rusool Allah (saw) refused to hand over the prisoners until the Muslims returned, shows how we should treat each other.

A few lessons regarding the issue of sarayah in general

- A few lessons regarding the issue of sarayah in general. These sarayah were to establish the military presence of Rusool Allah (Saw) in the Muslims. Rusool Allah (saw) sent sarayah in all directions to let people know that the Muslims have forces and are capable of using it. In the old

tribal system of Arabia, if one tribe is weaker than another, then the stronger one would take advantage of that. Rusool Allah (Saw) would send out sarayah as a deterrent for others, for the Bedouins who surrounded Medina who still have respect for the Quraish in their hearts. This is because the Quraish was seen as the center of Arabia. They were the custodians of the Ka'aba, so the Quraish were held in high esteem by the rest of Arabia. Rusool Allah (saw) was trying to break that, he tried to tell the people that there was now a rival power in the area

- Rusool Allah (saw) was winning over tribes and establishing alliances. During this time, Rusool Allah (saw) was allowed to establish alliances with the mushrikeen , and he did. This was done through these sarayah.

- These sarayah were mostly for economical reasons. Most of the time the sarayah were sent out to raid the caravans of Quraish, that is because in the Islamic Fiqah, if the Muslim state is in war with another in the cause of Allah, then that makes the lives and the wealth of the enemy halal. So Rusool Allah (saw) was attacked the economical network of the Quraish and this was a serious threat to Quraish and this is what lead to the Battle of Badr. Because it all started as an attempt by the Muslims to take over the biggest caravan of the Quraish led by Abu Sufyan.

- These sarayah was training for the Muslims, these sarayah were actually a great chance for the sahabah to experience and to learn. They would learns methods of reconnaissance, and learn how to ambush. They would get to know the area, and the tribes around them. So they were benefiting greatly from these expeditions. Overall they were quite successful. During this war which carried on between the Quraish and the Muslims, it is noticed that the Quraish did not have the tactic of sending out sarayah against the Muslims. This was pretty much an Islamic way.

Rusool Allah (saw) wasn't totally secure in Medina. The number of Muslims was not that large. One night Rusool Allah (saw) couldn't sleep, and he wished that someone could guard him during this night.

*'A'isha reported that Allah's Messenger (may peace he upon him) lay on bed during one night and said: Were there a pious person from amongst my companions who should keep a watch for me during the nightt? She said: We heard the noise of arms, whereupon Allah's Messenger (May peace is upon him) said: Who is it? And Sa'd b. Abi Waqqas said: Allah's Messenger. I have come to serve as your sentinel. 'A'isha said: Allah's Messenger (May peace be upon him) slept (such a sound sleep) that I heard the noise of his snoring.*
*(Muslim: Book-31 Hadith-5925)*

Ibn Hajar commented on this hadith and explained that this shows that Muslims should not be careless when care is needed. Rusool Allah (saw) felt that there was a threat then, and he wasn't careless about it. He couldn't sleep because he wanted someone to be his guard. Thus a Muslim should not be carefree.
He also said that the Muslims should protect their leaders, guard their Ulema, their military leaders.
The third thing he said was that Rusool Allah (saw) did this as a lesson for his Umma, that they should be careful and alert and this carried on until Allah revealed the ayat of surah ***AL-MAIDAH (5:67)***

وَٱللَّهُ يَعۡصِمُكَ مِنَ ٱلنَّاسِۗ

***And Allah will protect you from the people..***

Allah was telling Rusool Allah (saw) that he does not need a guard, Allah Himself takes the responisbility of the protection of His messenger. And that is when Rusool Allah (saw) came out and told Sa'd to go back.

The Muslims had a census. Rusool Allah (saw) ordered to count the number of souls that profess Islam. The total number of men of fighting age was 1500. The sahabah then wondered that if their number is 1500 then they shouldn't be afraid.

The Quraish were sending out their major caravan to Ashsham, the caravan was headed by Abu Sufyan, one of the leaders of Quraish. Rusool Allah (saw) heard of this, he sent out spies to gain information on this caravan. Busaisah bin Umroo comes back, he enters the house of Rusool Allah (saw). At that time there was ony Anas (ra) and Busaisah at Rusool Allah's (saw) house. Busaisah gives him the news that the caravan of the Quraish has been spotted at such and such place. (Having heard the news), the Messenger of Allah (may peace be upon him) came out (hurriedly), spoke to the people and said: We are in need (of men); whoever has an animal to ride upon ready with him should ride with us. People began to ask him permission for bringing their riding animals which were grazing on the hillocks near Medina. He said: No. (I want) only those who have their riding animals ready. Rusool Allah (saw) wanted this to be a speedy operation. He could not wait for people to go get their rides; there was no time to wait for them to prepare themselves. That is why the people, who could go, were very few, some say there were 317 troops and some say there were 319, but it wasn't more than that.

The purpose of this army was to take over the caravan of Quraish led by Abu Sufyan. Rusool Allah (saw) told the people that: This caravan is of the Quraish and will carry much wealth, attack it, may Allah present it to you. Abu Sufyan was very careful and as we mentioned earlier, Abu Jahl had already warned his people about possible attacks by Muhammed (saw). Thus Abu Sufyan too had sent out spies to gather the whereabouts of Muhammed (saw). Abu Sufyan reached Badr, which is 150 km from Medina. He held some camel manure in his hand and crushed it. He sensed that the manure had the animal feed of Medina in it. He figured out that Muhammed's followers were pursuing him. Abu Sufyan sent out an urgent message to the Quraish, informing them about the threat to the caravan and called them to come and protect it. He sent the message with Amr bin Umayya Dhamri but before we talk about what Amr does when he hoes to the Quraish lets go back to Mecca.

In Mecca, Atika bint Abdul Muttallib, the aunt of Rusool Allah (saw) saw a dream. She saw that a man rushes into Mecca riding his camel and he screams to gather the people of Mecca around him. His camel stands on top of Al-Ka'aba and after that it stands on top of a mountain in Mecca. He then warns the people of Quraish that: In three days you will perish. This man then takes a rock and throws it from on top of the mountain; it explodes as it lands in the valley of Mecca. Every house in Mecca is hit by a fragment of that explosion.

Atika was worried about this dream so she told her brother Al-Abbas about it, but told Abbas not to tell anyone about it. Al-Abbas heard the dream and said that it was a vision, he told Atika to keep quiet about it. Now Atika told her brother not to tell anyone, however Al-Abbas the next came across his friend Waleed bin Utba, and told him about the dream. Al-Abbas tells Waleed not to tell anybody about it. Waleed bin Utba goes and tells his father and soon the news is all over Mecca. Al-Abbas said: I woke up early to make tawaaf around Ka'aba and there was Abu Jahl sitting with a group of Quraish leaders sitting and discussing the vision of Atika. When Abu Jahl saw Al-Abbas he asked him to join the discussion after his tawaaf. Abbas joined them after tawaaf and Abu Jahl said: How long has your family of Abdul Muttalib had this female prophet? Abbas pretended he didn't know what Abu Jahl was talking about. Abu Jahl said that he was talking about Atika's vision. Abu Jahl then sarcastically asked that: aren't you Abdul Muttalibs satisfied with your men becoming prophets, has it got to be your women now? Abu Jahl then said that Atika gave the time of three days. Abu Jahl warned Abbas that the Quraish will keep a close eye on them for three days and if what she said is true, so be it. But if it turns out to be false then they will call him one of the biggest liars of Arabia.

So Abu Jahl here had insulted the Abdul Muttalibs, insulted the Al-Abbas and Atika claiming that they are liars. Al-Abbas went back home and every woman of Abdul Muttalibs visited and said: Have you agreed to let that dirty old reprobate attack first your men and then your women while you just listened? Didn't anything you heard, offend you? Al-Abbas said: I would have done something but I never had a problem with him before. I swear I will confront him. If he repeats this, I will confront him for you. So after three days Abbas goes to haram and walks by Abu Jahl so that Abu Jahl can call him, and then he could get a chance to argue back and take revenge for what happened.

Al Abbas says: On the morning of the third day after Atika's vision, I was extremely angry feeling that I have let him get away with something I should have put a stop to. I went into the mosque and saw him; I swear I was moving towards him to confront him, to get him to retract what he had said. He was a slight man with a sharp face, a sharp voice and a sharp gaze. When he hurried of towards the door of the mosque, I asked myself, 'what could be the matter with the fellow?' and whether he was doing this because he feared I was about to confront him? But actually he had heard something I had not; he had heard the voice of Damdam Ibn Amr Al-Ghafari, who was out in the center of the valley standing by his camel. The man, who was sent by Abu Sufyan, arrives three days after the dream of Atika. Damdam Al-Ghafari comes into Mecca in a scene. Just by looking at him it was enough to strike fear in the hearts of people. He came in and he cut the nose of his camel and he turns its saddle upside down, and he tears his shirt. He stands in the middle of the valley screaming calling to the people and saying, 'Oh Quraish! The caravan! The caravan! Your goods being brought by Abu Sufyan have been raided by Muhammed and his men. I don't think you can save them. Help! Help!'

Al- Abbas said: 'and so all this diverted us from our personal conflict.' This was an emergency situation now; everyone was trying to defend their caravan. The people of Quraish mobilize to go and fight Muhammed (saw) in order to protect their caravan.

Rusool Allah (saw) made shura (to consult) with the sahabah (ra), he asked for counseling from his troops. Abu Bakr (ra) spoke, Umar (ra) spoke but it seemed as if Rusool Allah (saw) didn't take interest in what they had to say. Sa'd ibn Muadh said, that it seems Rusool Allah (saw) want the ansar to speak. Rusool Allah (saw) said yes. Sa'd bin Muadh said: O Messenger of Allah, if you want us to lead our horses towards the sea, we will do that, and if you want us to lead our horses towards Bark ul-Ghamad which was at the tip of Arabia, we will do so (muslim: Book 19 Hadith 4394). This made Rusool Allah (saw) very happy. The reason why Rusool Allah (saw) didn't pay heed to what Abu Bakr (ra) and Umar (ra) had to say is because he wanted to hear what the ansar had to say because the pledge or allegiance that was given by Al-Ansar to Rusool Allah (saw) was to protect him, and this protection could possibly (not necessarily) apply only within the boundaries of Medina. But at that time Rusool Allah (saw) was leading an army outside of Medina to raid a caravan belonging to the Quraish. Rusool Allah (saw) wanted to know what the ansar were thinking. The ansar COULD have interpreted their agreement with Rusool Allah (saw) that the agreement to protect only applied within Medina. Rusool Allah (saw) was very glad with the attitude of Al-Ansar, and it shows us the understanding that the ansar had, about the importance of the protection of Rusool Allah (saw).

Rusool Allah (saw) heads forward but on his way he had to return some of the sahaba because they were too young to fight He returned Abdulla bin Umar Khattab (ra),he returned Al-baraa. This is in contrast with soldiers of today who would take any chance to escape fighting and who are just in the army because of all the free services they get like education. Rusool Allah (saw) was dealing with people who were very eager to fight fi sabi lillah.

*It has been narrated on the authority of A'isha, wife of the Holy Prophet (may peace be upon him), who said: The Messenger of Allah (may peace be upon him) set out for Badr. When he reached Harrat-ul-Wabara (a place four miles from Medina) a man met him who was known for his valor and courage. The Companions of the Messenger of Allah (may peace be upon him) were pleased to see him. He said: I have come so that I may follow you and get a share from the booty. The Messenger of Allah (may peace be upon him) said to him: Do you believe in Allah and His Apostle? He said: No. The Messenger of Allah (may peace be upon him) said: Go back, I will not seek help from a Mushrik (polytheist). He went on until we reached Shajara, where the man met him again. He asked him the same question again and the man gave him the same answer. He said: Go back. I will not seek help from a Mushrik. The man returned and overtook him at Baida'? He asked him as he had asked previously: Do you believe in Allah and His Apostle? The man said: Yes. The Messenger of Allah (may peace be upon him) said to him: Then come along with us.*

*(Muslim: Book 19 Hadith 4472)*

Financially the Muslims were going through a hard time, so every camel was shared by three men. These men would take turns. Rusool Allah (saw) like evrybody else shared a camel with two other sahabah. When their turn approached they would ask Rusool Allah (saw) if they could keep walking and Rusool Allah (saw) ride on the camel. Rusool Allah (saw) said to them that : You are not stronger than I am, and I am in need of reward just as you are.

So Rusool Allah (saw) was just like anybody else in the army. Rusool Allah (saw) went towards the direction of Badr to pursue the caravan, however Abu Sufyan was cautioned and he was able to divert the caravan and get away.

**CD#5**

Abu Sufyan was very alert, he himself was scouting the area, he passed next to the wells of Badr and he asked the people there, who were drawing water from those wells. He asked the people if they saw somebody here who seemed foreign or distinguished. They responded that they saw two men there, Abu Sufyan went to where their camels were and he then held some of the camel manure in his hand and he crushed it. He could tell by crushing it that the food of the camels was crushed dates, and that is the food of the camles in Medina. He recognized that these two men came from Medina; he rushed towards the coast changing his course thus was able to evade the Muslims. He sends a letter back to Mecca saying: You came out to do battle in order to protect your caravan, people and wealth. Allah has now saved these, so go back.

Abu Sufyan said that there was no point in fighting because the caravan was now free of threat. Abu Jahl said: By Allah we will not turn around until we reach Badr.

Badr was a place where the arabs would hold a fare and a market each year. Abu Jahl went on and said: We sill stays there three days, slaughter some camels eat well, drink whine, and entertainers will play music for us. The Bedouin will get to hear of our journey and our gathering there and they will respect us for it. Let us proceed ahead.

So for Abu Jahl this was nothing but a show of the strength of the Quraish. Allah Zaujal says in ***AL-ANFAL (8:47)***

وَلَا تَكُونُوا۟ كَٱلَّذِينَ خَرَجُوا۟ مِن دِيَـٰرِهِم بَطَرًا وَرِئَآءَ ٱلنَّاسِ
وَيَصُدُّونَ عَن سَبِيلِ ٱللَّهِ ۚ وَٱللَّهُ بِمَا يَعْمَلُونَ مُحِيطٌ ﴿٤٧﴾

***And do not be like those who came forth from their homes insolently and to be seen by people and avert [them] from the way of Allah . And Allah is encompassing of what they do.***

So the people came out with insolence and arrogance. They wanted to boast there power and strength. Rusool Allah (saw) realised that the caravan is trying to get away and he thought that instead of facing around 40 men with the caravan they might have to face an army of thousand men.

Rusool Allah (saw) held a shura and asked the companions what they think. Abu Bakr Siddiq (ra) stood and spoke, Umar (ra) did the same, then Maqdad said something and in response Abdullah bin Masood (ra) said: Al-Maqdad stood up and spoke some words, I would sacrifice the World to be the one who spoke those words. Al Maqdad stood up and said:O Messenger of Allah go forth to what Allah Zaujal has commanded you to do and we are not going to say like the children of Israel told Musa (as): Go and fight with your Lord we are going to stay here. Al-Maqdad went on to say: But we will fight infront of you, behind you, on your right, and to your left. And we will say 'go forth and fight with your Lord, we will fight with you'.

On hearing this the face of Muhammad (saw) lit up, shined and then he stood up. These words of Al-Maqdad (ra) strengthened the sahabah, but that wasn't the case with all of them Some of the troops

were not prepared to fight a war. This is because they had left Medina with the intent to raid a caravan, though they were armed, they were not mentally prepared to face an army. That is why some were reluctant and inside their heart they wished they could just raid the caravan. It is to be noticed that the only way we know today what was in their hearts is via the Quran. Allah Zaujal knows what is in the hearts of people. Unlike a historian writing history, he can only write what he observes he can never know about the thoughts or feelings of people. So Allah Zaujal says in ***AL-ANFAL (8:5)***

كَمَآ أَخۡرَجَكَ رَبُّكَ مِنۢ بَيۡتِكَ بِٱلۡحَقِّ وَإِنَّ فَرِيقٗا مِّنَ ٱلۡمُؤۡمِنِينَ
لَكَٰرِهُونَ ٥

***[It is] just as when your Lord brought you out of your home [for the battle of Badr] in truth, while indeed, a party among the believers were unwilling***

Allah Zaujal is telling us that some of the believers were unwillling, (there was no other way we would have found out). By the way the people we are talking about here was part of the cream of Muslims, they were the best. Despite them being the cream, some of them were unwilling. This was because fighting is something disliked and this was their first time, some of them may not have had to face an enemy before. Obviously fear of fighting was also present. So understandaby fightins is something disliked. Allah Zaujal says in ***AL-BAQARAH (2:216)***

كُتِبَ عَلَيۡكُمُ ٱلۡقِتَالُ وَهُوَ كُرۡهٞ لَّكُمۡۖ وَعَسَىٰٓ أَن تَكۡرَهُواْ شَيۡـٔٗا وَهُوَ
خَيۡرٞ لَّكُمۡۖ وَعَسَىٰٓ أَن تُحِبُّواْ شَيۡـٔٗا وَهُوَ شَرّٞ لَّكُمۡۗ وَٱللَّهُ يَعۡلَمُ
وَأَنتُمۡ لَا تَعۡلَمُونَ ٢١٦

***Fighting has been enjoined upon you while it is hateful to you. But perhaps you hate a thing and it is good for you; and perhaps you love a thing and it is bad for you. And Allah Knows, while you know not.***

Allah Zaujal then says in ***AL-ANFAL (8:6) and (8:7)***

يُجَٰدِلُونَكَ فِي ٱلۡحَقِّ بَعۡدَ مَا تَبَيَّنَ كَأَنَّمَا يُسَاقُونَ إِلَى
ٱلۡمَوۡتِ وَهُمۡ يَنظُرُونَ ٦

***Arguing with you concerning the truth after it had become clear, as if they were being driven toward death while they were looking on.***

وَإِذْ يَعِدُكُمُ ٱللَّهُ إِحْدَى ٱلطَّآئِفَتَيْنِ أَنَّهَا لَكُمْ وَتَوَدُّونَ أَنَّ غَيْرَ
ذَاتِ ٱلشَّوْكَةِ تَكُونُ لَكُمْ وَيُرِيدُ ٱللَّهُ أَن يُحِقَّ ٱلْحَقَّ بِكَلِمَٰتِهِۦ وَيَقْطَعَ
دَابِرَ ٱلْكَٰفِرِينَ ﴿٧﴾

***Remember, O believers], when Allah promised you one of the two groups - that it would be yours - and you wished that the unarmed one would be yours. But Allah intended to establish the truth by His words and to eliminate the disbelievers***

لِيُحِقَّ ٱلْحَقَّ وَيُبْطِلَ ٱلْبَٰطِلَ وَلَوْ كَرِهَ ٱلْمُجْرِمُونَ ﴿٨﴾

***That He should establish the truth and abolish falsehood, even if the criminals disliked it.***

In the ayat (8:7) Allah Zaujal talks about two groups, these are; to raid the caravan or to defeat the enemy. 'And you wished that the unarmed one would be yours.' People wanted the caravan, which had the money of the muhajireen in it.

So Allah had a plan, and the Muslims had a plan, but the plan of Allah was superior. The muslims wanted to raid the caravan and take over its wealth while Allah Zaujal wanted this battle to be the first meeting between good and evil, and for it to be 'The Day of Furqan', the criterion.

So Rusool Allah (saw) was gathering information on the whereabouts of the army of Quraish and also the whereabouts of the caravan. Rusool Allah (saw) met .

Then Rusool Allah (peace and blessing of Allah be upon him) stopped near Badr with one of his Companions, Ibn Hisham said this Companion was Abu Bakr, they stopped by an old man of the Bedouin and inquired about, Quraish and about Muhammad and his Companions and what he had heard about them. The old man said, "I won't tell you before you tell me which party you belong to." The Messenger of Allah (peace and blessing of Allah be upon him) said, "If you tell us we will tell you." The man said, "Should this be for that?" Yes, he replied. The man said, "I have heard that Muhammad and his Companions went out on such-and-such a day. If that is true, today they are in such-and-such a place, [referring to the place in which the Messenger of Allah (peace and blessing of Allah be upon him) actually was]; and I heard that Quraish went out in such-and-such a day, and if this is true, today they are in such-and-such a place." Meaning the one in which they actually were. "When he had finished he said, 'Of whom are you?' the Messenger of Allah (peace and blessing of Allah be upon him) said, "We are from Ma."

Then he left him, while the old man was saying, "What does 'from Ma' mean? Is it from the water of Iraq? Rusool Allah (saw) walked away so that the man would not ask him more questions. What he meant by his answer was that we are from water, because Allah Zaujal says in the Quran that man is created from water.

Rusool Allah (saw) got some valuable information on the location of the Quraish. This old man was reliable because he gave the precise location of Muhammad (saw) and his companions. The Messenger of Allah (saw) returned to his Companions and he sent Ali Ibn Abi Talib, Az-zubair and Sa'd Ibn Abi Waqqas with a number of his Companions in quest for news. They found a servant belonging to the army of the Quraish; they arrested him and took him along. When they reached Rusool Allah (saw) was praying. They asked him who he belongs to; he responded that he belonged to the army of Quraish The sahabah then beat him up badly and ask him about the location of Abu Sufyan, but the servant did not know where Abu Sufyan was. The sahabah then asked asked him who he knows about. He said that he knows the whereabouts of Abu Jahl, Abu Ummayya bin Khalaf, Utba bin Rabi'a and some other prominent members

of the army of Quraish. They then would start beating him up to know about Abu Sufyan, so the man would agree to give information about Abu Sufyan, when the beating stopped he would then say that he doesn't know. Having completed his Prayer, the Messenger of Allah (saw) said,"When he told you the truth, you beat him: and when he lied, you leave him alone." So Rusool Allah (saw) said that when the man sais the truth that he doesn't know, you beat him but when he lies that he will tell them, the sahabah leave him alone. And then Rusool Allah (saw) interrogated himself because the sahabah were not asking the right questions.

The Messenger of Allah (saw) asked him how many are they, and he said, "Many," Rusool Allah (saw) wanted a more specific answer so he asked for the number, but he did not know; so he asked them how many camels do they slaughter every day, so the man said one day they would slaughter 10 camels and the next day they would slaughter nine, the Messenger of Allah (saw) said, 'The people are between nine hundred and a thousand." The actual number was 950 for the Quraish while the Muslim army was a little over 300. So the Muslims were 1/3rd of the army of Quraish! The muhajirun were 86 in number, Al-Aus were 61, and Al-Khazraj were a 170. The reason why Al-Aus were much fewer than Al-Khazraj was because the dwelling of Al-Aus was in the upper part of Medina and when Rusool Allah (saw) mobilized this army he said that the ones who have their rides ready can join the army. So due to the fact that Al-Aus lived a bit far away, they weren't able to join the army.

In Bukhari Al-Baraa bin Aazib (ra) said: We the companions of Rusool Allah (saw), when we would talk about the battle of Badr, we would say that 'the number of people who participated in the Battle of Badr is equal to the number of people who participated with Talut, after they passed the trial of the river. And the only ones who passed were the believers; we were al little over 310.'"

The fact there was a coalition between the muslims at the Battle of Badr and the Banu Israel who participated with Talut and the fact that Al-Baraa here mentions that these are the ones who pass the test and joined Talut tells you that the believers who were in the Battle of Badr were also the best. These were the ones who passed the trials of this world. So they are the best of the best. Rusool Allah (saw) had banners, flags, slogans, and battle cries; this was all to encourage the soldiers to fight. The banner for the army during the Battle of Badr was white and it was handed to Musab ibn Umair. Rusool Allah (saw) also had two black flags; one of them was called Al-Uqab, this was standard it was carried by Ali ibn abi Talib and the other black flag was given to one of the Ansar.

The entire army had only two horses one was with Zaubair and the other with Al-Maqdad bin Amr (ra). The Muslims had 70 camels; each camel as shared by three people. Rusool Allah (saw) shared his camel with Ali Ibn Abi Talib and Marthad Ibn Abi Marthab. They offered to give their turns to Rusool Allah (saw), Rusool Allah (saw) said to them that: You are not stronger than I am, and I am in need of reward just as you are. SubhanaAllah this was their leader and their teacher. Rusool Allah (saw) would not even let them give up their turns for him. This is why the sahabah loved Rusool Allah (saw) so much. No followers have ever, or will ever love their leader as much as they loved Rusool Allah (saw).

When Rusool Allah (saw) chose the location of the army Al-Habbab bin Al-Mundhir (ra) (one of the ansar) said: O Messenger of Allah! Is this the place about which Allah revealed to you, that; we should not advance beyond or stop before, or is this a question of opinion in warfare tactics?

Look at how al-Habbab stated the question … if this was a wahi from Allah, then Al-Habbab was satisfied but if it's a question of tactics then Al-Habbab had something to say. Rusool Allah (saw) told him that it is a matter of warfare tactics. Al-Mundhir suggested that the army should go ahead till they get to the well of Badr and stop there, stop up the wells beyond it, and construct a cistern so that they would have plenty of water; then they could fight their enemy who would have nothing to drink. The Messenger of Allah (saw) agreed that this was an excellent plan and they acted accordingly.

The night before the battle started Rusool Allah (saw) saw a dream, and these are the dreams which the mujahideen fi sabi lillah see in which Allah Zaujal strengthens them. In the dream Rusool Allah (saw) saw that the army of Quraish very few in number than what it really was. Now why would Allah Zaujal make Muhammed (saw) see the Quraish army fewer than what it really was? Allah Zaujal wanted to

strengthen the hearts of the believers. The army of Quraish army was three times more in number than the Muslims, their morale could have been weakened by this. If soldier goes to the battlefield knowing that they have no chance, he will be weak in the battlefield. Allah Zaujal is hence showing the Quraish as few in number. Allah Zaujal says in ***AL-ANFAL (8:43)***

إِذْ يُرِيكَهُمُ ٱللَّهُ فِى مَنَامِكَ قَلِيلًا ۖ وَلَوْ أَرَىٰكَهُمْ كَثِيرًا لَّفَشِلْتُمْ
وَلَتَنَٰزَعْتُمْ فِى ٱلْأَمْرِ وَلَٰكِنَّ ٱللَّهَ سَلَّمَ ۗ إِنَّهُۥ عَلِيمٌۢ بِذَاتِ ٱلصُّدُورِ ﴿٤٣﴾

***Remember, O Muhammad], when Allah showed them to you in your dream as few; and if He had shown them to you as many, you [believers] would have lost courage and would have disputed in the matter [of whether to fight], but Allah saved [you from that]. Indeed, He is Knowing of that within the breasts.***

So the dream was to strengthen them, and this was the night before the battle. The following morning it rained, though it was not a rainy season. I

Ibn Ishaq said that the valley was soft brown; the water from the sky dampened the earth for the Messenger of Allah and his force but did not impede their progress but the Quraish had such rain fall upon them that they could not move ahead.

This was rain that showered on both; the Muslims and the non-muslims, but for the Muslims it dampened the Earth and made it firm while for the Quraish the Earth became muddy and sticky which impeded their progress. So subhanAllah, the same rain had differing effects on both sides. This was a miracle from Allah Zaujal also some of the Muslims woke up in a state of impurity because they had wet dreams. SubhanAllah, a Muslim does not feel comfortable in a state of impurity, he/she wants to purify themselves as soon as he/she can. So to spare the Muslims of this uncomfortable feeling, Allah Zaujal sent down water to cleanse them. This was spiritual cleaning in addition to the Earth becoming firm for them to march over. Allah Zaujal says in ***AL-ANFAL (8:11)***

إِذْ يُغَشِّيكُمُ ٱلنُّعَاسَ أَمَنَةً مِّنْهُ وَيُنَزِّلُ عَلَيْكُم مِّنَ ٱلسَّمَآءِ مَآءً لِّيُطَهِّرَكُم
بِهِۦ وَيُذْهِبَ عَنكُمْ رِجْزَ ٱلشَّيْطَٰنِ وَلِيَرْبِطَ عَلَىٰ قُلُوبِكُمْ وَيُثَبِّتَ
بِهِ ٱلْأَقْدَامَ ﴿١١﴾

***[Remember] when He overwhelmed you with drowsiness [giving] security from Him and sent down upon you from the sky, rain by which to purify you and remove from you the evil [suggestions] of Satan and to make steadfast your hearts and plant firmly thereby your feet.***

Ali ibn abi Talib said about the night before the battle that all of the Muslim army was asleep; this sleep was a blessing from Allah as mentioned in the ayat 'He overwhelmed you with drowsiness'. Usually right before the battle you would expect people to be anxious, tensed, worried, and afraid… but the sahabah (ra) were asleep! Ali ibn Abi Talib said that each one of the soldier was in deep sleep. SubhanaAllah that is why our scholars say that sleeping before a battle is a sign of emaan, while sleeping during salah is a sign of hypocrisy As Allah Zaujal says that when the munafiqeen go to pray they go in state of laziness. The scholars say that feeling drowsiness before or suring battle is a sign of emaan, because it shows the confidence of the heart.

Ali ibn abi Talib said that the only one who was awake that night was Rusool Allah (saw). SubhanAllah Rusool Allah (saw) was standing and making du'a.

As mentioned in the ayat, Shaitan was whispering to the Muslims about how they can fight when they are impure… Allah Zaujal removes such suggestions of Shaitan by cleansing the Muslims with rain. Thus this rain had served those purposes as mentioned by the ayat.

*Allah Zaujal talks about the scene in **AL-ANFAL (8:42)***

إِذْ أَنتُم بِٱلْعُدْوَةِ ٱلدُّنْيَا وَهُم بِٱلْعُدْوَةِ ٱلْقُصْوَىٰ وَٱلرَّكْبُ أَسْفَلَ مِنكُمْ ۚ وَلَوْ
تَوَاعَدتُّمْ لَٱخْتَلَفْتُمْ فِى ٱلْمِيعَـٰدِ ۙ وَلَـٰكِن لِّيَقْضِىَ ٱللَّهُ أَمْرًا كَانَ مَفْعُولًا
لِّيَهْلِكَ مَنْ هَلَكَ عَنۢ بَيِّنَةٍ وَيَحْيَىٰ مَنْ حَىَّ عَنۢ بَيِّنَةٍ ۗ وَإِنَّ ٱللَّهَ لَسَمِيعٌ عَلِيمٌ

٤٢

***[Remember] when you were on the near side of the valley, and they were on the farther side, and the caravan was lower [in position] than you. If you had made an appointment [to meet], you would have missed the appointment. But [it was] so that Allah might accomplish a matter already destined - that those who perished [through disbelief] would perish upon evidence and those who lived [in faith] would live upon evidence; and indeed, Allah is Hearing and Knowing.***

What does 'appointment' mean in this ayat? Allah Zaujal is saying that meeting the army of Quraish wasn't by appointment, the Muslims did not have an appointment with the Quraish and the Quraish did not make an appointment with the Muslims. The Muslims wanted the caravan but Allah Zaujal had set a date for the meeting of the Muslims with the Quraish. ***'If you had made an appointment [to meet], you would have missed the appointment.'*** … the Muslims did not want to meet the Quraish nor did the Quraish want to meet the Muslims. Abu Sufyan and some other Quraish were telling the army to go back , some of the Quraish were afraid because they knew that they were fighting the Messenger of Allah (saw), but they were too arrogant to be his followers. This kind of kufr is called Kufr ul Istikbar, disbelief because of arrogance. And as we mentioned earlier many of the Muslims didn't want to fight because they werent prepared for battle, they had left their homes with the intention of raiding the caravan.***'that those who perished [through disbelief] would perish upon evidence and those who lived [in faith] would live upon evidence';*** This battle ground was the ultimate test of emaan and of Kufr.

Sa'd ibn Muadh (ra) had a suggestion to make, he went to Rusool Allah (saw) and suggested that a portico should be built for Rusool Allah (saw), and camels and guards should be ready for the Prophet (saw). Sa'd said that if Muslims won then that is what is desired but if the Muslims are defeated then he suggested that Rusool Allah (saw) should go back to Medina to join the people who are left behind, for they were just as deeply attached to Muhammed (saw) as they were. And then Sa'd said about the Muslims in Medina that had they known that the Muslims would be fighting they would not have stayed behind. Sa'd here was probably talking about Al-Aus, who wanted to join Muhammed (saw) but couldn't. He then went on to say that Muhammed (saw) can go back and fight with the Muslims, to carry on his mission.

The Messenger of Allah (peace and blessings of Allah be upon him) thanked him and blessed him. Then a booth was constructed for the Messenger of Allah (peace and blessings of Allah be upon him) and remained there. Abu Bakr Siddiq (ra) was his bodyguard.

Ibn Ishaq said that when the Messenger of Allah saw them (Quraish) coming forward into the valley from their position behind the sandhill at Aqanqal the Messenger of Allah said, "O Allah! Here come

Quraish in their vanity and pride contending with you and calling your Messenger a liar. O Allah! Grant the help, which you have promised me. Destroy them his morning!" This was what Rusool Allah (saw) said when he first saw the army.

One of the Kuffar from Quraish was riding a red camel, looking at him Rusool Allah (saw) said, "If there is any good in any of them, it will be with the man on the red camel: if they obey him, they will take the right way." Rusool Allah (saw) was referring to Utba bin Rabi'a. Why did Rusool Allah (saw) say this? … The Kuffar of Quraish had sent Umar ibn Wahab to scout on the strength and number of the Muslim army. Umar did do that and he went back to the Quraish and said that he said: O Quraish! What I saw was camels bearing deaths, there are people whose only aid and refuge are their swords. I swear I don't foresee any of them being killed before he kills one of you and if they kill of you a like number as their own, what good will it be to live after that? Consider carefully.

Thus Umar ibn Wahab had gone and saw that the Muslim army was quite small, but when he looked in their faces he saw death. He saw men willing to die. Hakim Ibn Hizam goes to Utba bin Rabi's, one of the prominent leaders of Quraish, and sais: O Utba! Shall I suggest something, if you do, you will carry the honour of this day unti l the end of time. Utba asked him what he wanted to say. Hakim said: You withdraw this force back to Mecca, you take care of the blood of your ally, Hadhrami. (Hadhrami was the guard of the caravan who died during the Sariya of Abdullah ibn Jahsh)

So another reason for this battle was to avenge the death of Hadhrami. Utba was an ally with Hadhrami, so Hakim was telling him to spare the battle and instead give the blood money of Hadhrami to the Quraish. Utba liked this idea; however they needed to get the agreement of Abu Jahl.

Utba then stands up and sais: Oh Quraish! By fighting Mohammed's companions you will accomplish nothing, if you do attack him, each of you will always be looking at others who will always dislike looking back at you. You will be known to have killed their cousin or a member of their tribe. Go home, and leave Muhammed up to the other Arabs. If they kill him that will be accomplishing your aims and if otherwise, he will find you not to have been exposed to the risk of what you now plan.

So what Utba was saying is that to fighting Muhammed (saw) that would mean fighting their own people also that if the Arabs kill Muhammed (saw) then that is good, while if Muhammed (saw) wins then they won't come and take revenge from the Quraish.

While Utba was speaking to the Quraish, Hakim ibn Hizam went to convince Abu Jahl. Hakim says what he has to say and says that this was the message from Utba. Abu Jahl says that: Utba didn't find anybody else to send but YOU!? Hakim in response said that Utba could have sent someone else, but he wouldn't have been a messenger for someone except for Utba.

And then Abu Jahl said: I swear his lungs are filled with terror when he saw Muhammed and his men, by Allah we will not return until Allah decides the issue between us and Muhammed, Utba is not sincere in what he says. He sees Muhammed and his men as fodder for camels awaiting slaughter and his own son is there among them He is scaring you for his own sake.

The meaning of the words of Abu Jahl 'He sees Muhammed and his men as fodder for camels awaiting slaughter'… means that he was saying that the Kafir will slaughter the Muslims and that the disbelievers will win, Abu Jahl was saying that Utba is afraid because his son is a Muslim, so he doesn't want his son to be killed. That is why Utba was trying to make everyone withdraw.

And then Abu Jahl goes to the brother of Amr bin Hadhrami and says to him that: Your ally, your protector, Utba wants to withdraw the army back, go and inspire the army to fight.

So the brother of Amr bin Hadhrami goes to the army and screams, "Woe to Amr! Woe to Amr!"… he marches infront of the army inspiring them to fight.

Ibn Ishaq says that the mood for warfare became heated, and the attitudes of the forces hardened and they became determined to fight, while Utba's advice was ignored. Utba said, "That fellow with the filthy yellow backside will find out whether its me or him whose lungs are filled with terror."

Not only did Abu Jahl sweep the entire army with anger but he also made Utba angry, and to prove Abu Jahl wrong he was the first one to stand forth and ask for a duel with a Muslim. This shows you how effective this devil Abu Jahl was.

Let's stop here and comment on this Rusool Allah (saw) said about Utba that "If there is any good in any of them, it will be with the man on the red camel: if they obey him, they will take the right way." So brothers and sisters among the camp of disbelievers there are voices of reason, there are men of wisdom,

there are people who are moderate, however when it comes to it being a battle against Islam, when it is a religious war with the intention of defeating the truth, the religion of Allah … these voices of reason and moderation are swept aside while the voices of fanaticism and extremism gain the upper hand. This is important to mention because sometimes Muslims think that: since among the enemies of Allah there are people who are anti-war, moderate, or there are people who are supportive of Muslim causes then we think that such people's voices will overcome the other voices of extremism that could be the case when the battle is between Kufr and Kufr. But we have to understand that when it comes to fighting with the anbiya of Allah Zaujal or the followers of the anbiya of Allah, the case is then different.

Abu Sufyan! Didn't he urge the army to go back? Wasn't he representing a voice of reason, didn't Banu Zahra withdraw? Banu Zahra were lead by Akhnas bin Shuraiq, who refused to fight in the Battle of Badr. They refused to fight with their own brothers. Didn't Utba and Hakim try?

Infact I will mention another incident, to show how the disbelievers are when it comes to Islam. Abu Sufyan's son was taken a prisoner of war, by the Muslims. Abu Sufyan was told to go and ransom him but he refused, because the Muslims had killed one his sons, he refused to go and ransom the other. He preferred that his son stays there. The people of Quraish used to really respect and honor any pilgrim who would come to Mecca. This respect and honor was based on them showing generosity to the pilgrims. There was a Muslim member of one Arab Muslim tribe, who went to Mecca for pilgrimage, this Muslims was taken as a prisoner by Abu Sufyan.

Ibn Ishaq says: Quraish only ever treated well those who came as pilgrims. So this was the first time they violated that law, Abu Sufyan took that pilgrim as a prisoner. The family of the prisoner went upto Rusool Allah (saw) and told him about the situation. Rusool Allah (saw) eventually had to free Abu Sufyan's son, then Abu Sufyan freed the pilgrim. The reason why this is important to bring up is because when the Kuffar, deal with the Muslims, they deal with them in a different standard.

So even if among the Kuffar, you have people who are wise, peace activists, moderate they change when it comes to dealing with Muslims. This is because Shaitan is out there convincing his followers that the followers of Islam need to be wiped off the face of the Earth.

So as we mentioned Allah blessed the Muslims with sleep the night before, and the earth was firm (due to the rain) for them to walk on. Allah blessed the Muslims with something else. Rusool Allah (saw) saw a dream that the Quraish were few in number, and when the Muslims actually confronted the Quraish, they still saw the Quraish as few!! SubhanAllah ☺ …Allah Zaujal says in ***Al-Anfal (8:44)***

وَإِذْ يُرِيكُمُوهُمْ إِذِ ٱلْتَقَيْتُمْ فِىٓ أَعْيُنِكُمْ قَلِيلًا وَيُقَلِّلُكُمْ فِىٓ أَعْيُنِهِمْ
لِيَقْضِىَ ٱللَّهُ أَمْرًا كَانَ مَفْعُولًا ۗ وَإِلَى ٱللَّهِ تُرْجَعُ ٱلْأُمُورُ ﴿٤٤﴾

***And [remember] when He showed them to you, when you met, as few in your eyes, and He made you [appear] as few in their eyes so that Allah might accomplish a matter already destined. And to Allah are [all] matters returned.***

So we've already talked about why Allah would make the enemy seem fewer in the eyes of the believer, but the above ayats also talks about how Allah made the Muslims seem few in the eyes of the disbelievers. Now why would Allah Zaujal do that? Allah gives the explanation in the same verse '***so that Allah might accomplish a matter already destine.'*** Allah wanted this battle to happen, so when the enemies heard the Muslims were few, it made them more eager and anxious to fight. This was because they thought that they had a greater chance to defeat the Muslims. But what this also did was make the Kuffar careless and overconfident. So this was like a bait, to bring them to fight. But once they truly realise the strength of the Muslims, it will be too late.

So what was the strategy of Muhammed (saw) in fighting? Rusool Allah (saw) used a tactic that wasn't used by the arabs before. It might have been used by other nations but not the arabs. The arab

method of fighting was Al-kurru wulfur , Al kuroo wulfur is to attack and withdraw, then attack again then withdraw… this happens repeatedly. This is a very disorganised attack.

However Rusool Allah (saw) employed the method of ranks. He would line up the army in one, two, three or four ranks depending on the number of troops. Rusool Allah (saw) had the first rank armed with lances and he would have the ranks in the back armed with arrows or archers. So the archers would fire from behind while the front rank would prevent the enemy or the cavalry from advancing. As mentioned before this was a new tactc for the Arabs. Allah says in ***Surat As-saf (61:4)***

إِنَّ ٱللَّهَ يُحِبُّ ٱلَّذِينَ يُقَـٰتِلُونَ فِى سَبِيلِهِۦ صَفًّا كَأَنَّهُم بُنْيَـٰنٌ مَّرْصُوصٌ ﴿٤﴾

***Indeed, Allah loves those who fight in His cause in a row as though they are a [single] structure joined firmly.***

This method of fighting in ranks is called Zahf, which also probably emplyed by the Romans and the Persians. This method gives the leader a greater control over the army rather than just attacking and withdrawing in a disorganised fashion. And that is how Muhammed (saw) fought in the majority of his battles.

Rusool Allah (saw) also encouraged and inspired the army because that was instructed to him by Allah Zaujal. Allah says in ***AL-ANFAL (8:65)***

يَـٰٓأَيُّهَا ٱلنَّبِىُّ حَرِّضِ ٱلْمُؤْمِنِينَ عَلَى ٱلْقِتَالِ ۚ إِن يَكُن مِّنكُمْ عِشْرُونَ
صَـٰبِرُونَ يَغْلِبُوا۟ مِا۟ئَتَيْنِ ۚ وَإِن يَكُن مِّنكُم مِّا۟ئَةٌ يَغْلِبُوٓا۟ أَلْفًا مِّنَ
ٱلَّذِينَ كَفَرُوا۟ بِأَنَّهُمْ قَوْمٌ لَّا يَفْقَهُونَ ﴿٦٥﴾

***O Prophet, urge the believers to battle. If there are among you twenty [who are] steadfast, they will overcome two hundred. And if there are among you one hundred [who are] steadfast, they will overcome a thousand of those who have disbelieved because they are a people who do not understand.***

So Rusool Allah (saw) stands up infront of the army and says: Every man who fights them bravely and advances without retreating will have Allah give him entry into Paradise.

And in Muslim Rusool Allah (saw) stands up infront of the army and says, "Go forth towards the Garden the size of the heavens and Earth combined." So one of the sahabah, **Umar Bin** Al **Hamman** said, "Oh messenger of Allah! Could a garden really be the size of the Heavens and the earth combined?" Rusool Allah (saw) said yes. Umair then said, "Fine fine", Rusool Allah (saw) asked umair what made him say that, he replied, "Oh messenger of Allah! It is only my hope of being one of its people." Rusool Allah (saw) told him that he certainly will be. So Umair bin Al Hamman stands up draws his sword, and then he had some dates which he took out from his pocket, and started eating those dates. Then Umair bin Al Hamman said, "If I live long enough to eat these dates, it would be a long life."

Umar was so inspired by the words of Rusool Allah (saw), that he was in a hurry to die in the path of Allah. He was in such a hurry that he thought that if his life lasted till the time he finished his dates then that would be a long life! He then rushed in to the Battle.

*Narrated 'Abdullah bin Mas'ud:*

*From Sa'd bin Mu'adh: Sa'd bin Mu'adh was an intimate friend of Umaiya bin Khalaf and whenever Umaiya passed through Medina, he used to stay with Sa'd, and whenever Sa'd went to Mecca, he used to stay with Umaiya. When Allah's Apostle arrived at Medina, Sa'd went to perform 'Umra and stayed at Umaiya's home in Mecca. He said to Umaiya, "Tell me of a time when (the Mosque) is empty so that I may be able to perform Tawaf around the Ka'ba." So Umaiya went with him about midday. Abu Jahl met them and said, "O Abu Safwan! Who is this man accompanying you?" He said, "He is Sa'd." Abu Jahl addressed Sa'd saying, "I see you wandering about safely in Mecca inspite of the fact that you have given shelter to the people who have changed their religion (i.e. became Muslims) and have claimed that you will help them and support them. By Allah, if you were not in the company of Abu Safwan, you would not be able to go your family safely." Sa'd, raising his voice, said to him, "By Allah, if you should stop me from doing this (i.e. performing Tawaf) I would certainly prevent you from something which is more valuable for you, that is, your passage through Medina." On this, Umaiya said to him, "O Sa'd do not raise your voice before Abu-l-Hakam, the chief of the people of the Valley (of Mecca)." Sa'd said, "O Umaiya, stop that! By Allah, I have heard Allah's Apostle predicting that the Muslim will kill you." Umaiya asked, "In Mecca?" Sa'd said, "I do not know." Umaiya was greatly scared by that news.*

*When Umaiya returned to his family, he said to his wife, "O Um Safwan! Don't you know what Sa'd told me? "She said, "What has he told you?" He replied, "He claims that Muhammad has informed them (i.e. companions that they will kill me. I asked him, 'In Mecca?' He replied, 'I do not know." Then Umaiya added, "By Allah, I will never go out of Mecca." But when the day of (the Ghazwa of) Badr came, Abu Jahl called the people to war, saying, "Go and protect your caravan." But Umaiya disliked to go out (of Mecca). Abu Jahl came to him and said, "O Abu Safwan! If the people see you staying behind though you are the chief of the people of the Valley, then they will remain behind with you." Abu Jahl kept on urging him to go until he (i.e. Umaiya) said, "As you have forced me to change my mind, by Allah, I will buy the best camel in Mecca. Then Umaiya said (to his wife). "O Um Safwan, prepare what I need (for the journey)." She said to him, "O Abu Safwan! Have you forgotten what your Yathribi brother told you?" He said, "No, but I do not want to go with them but for a short distance." So when Umaiya went out, he used to tie his camel wherever he camped. He kept on doing that till Allah caused him to be killed at Badr.*

*Bukhari: Book-5 Volume-59 Hadith-286)*

Even though Umaiya was a disbeliever, he sill believed Rusool Allah (saw), this shows that deep inside their hearts they knew that it was Rusool Allah (saw) was the last and final messenger. So Umaiya said that he would not leave Mecca, now when the call came to respond to the battle of Badr, Umaiya didn't want to leave. So Abu Jahl brings him a mubkhura , mubkhura is this thing in which you burn the oudh . Abu Jahl made fun of him by saying that Ummaiya is an old woman, and that he should use this like old women do. Abu Jahl indicated that Ummaiya was a coward. Abu Jahl tried until he convinced Umaiya to go with him. Umaiya went back home to prepare for the journey. His wife asked him if he forgot what his friend from Medina (Sa'd) told him. He responded that he remembers but he will just go with the Quraish and then come back. Ibn Kathir said that whenever the Quraish would stop on their way, Umaiya would make the intention that it was their last stop, but he eventually ended up entering the fray of the battle himself.

So Umaiya ended up being captured by Abdur Rahman bin Auf. Abdur Rahman bin Auf narrated the story himself. He said that he had a bunch of coatnails with him as armor. Abdur Rahman had collected them one by one as booty. Umaiya sees him and says "O Abd Amr!" Abdur Rahman didn't respond. Abdur Rahman and Umaiya were friends in Mecca and before Abdur Rahman became Muslim his name was Abd Amr. Abdur Rahman refused to listen to him when he called him by his previous name. So Umaiya said, "When I call you 'Abd Amr' you refuse to respond back, and I do not recognize Abdur Rahman so I cannot call you 'Abdur Rahman', so how about you choose a name for yourself just for me and you." Abdur

Rahman told Umaiya to go ahead and choose a name, so Umaiya have the name 'Abdul ilah', the servant of God. They agreed to this.

When Umaiya and Abdur Rahman were walking to the site of Badr, Umaiya asked Abdur Rahman, "who was that man, who had an ostrich feather across his chest?" Abdur Rahman ibn Auf said, "That is Hamza bin Abdul Muttallib." Umaiya bin Khalaf said, "This is the man who ruined us." So Hamza (ra) was truly the lion of Allah.

In another narration in Bukhari Abdur Rahman said that he had an agreement with Umaiya bin Khalaf that Abdur Rahman will take care of his business interests in Medina, while Umaiya will take care of Abdur Rahman's business interests in Mecca. Abdur Rahman said that he didn't respond when Umaiya called him 'Abd Amr' but then Umaiya said 'Abdul Ilah' so then Abdur Rahman responded. Umaiya asked Abdur Rahman if he wanted something better than the coatnails that Abdur Rahman had been carrying. Abdur Rahman asked him what that was. Umaiya said, "me and my son." Obviously Umaiya was rich so his ransom would bring a lot of money.

Abdur Rahman said that he threw the armor from his hand and held Umaiya and his son, Ali. Thus Umaiya and Ali were Abdur Rahman's prisoners of war. This was a good deal for Abdur Rahman because he would get the ransom. However someone spots Umaiya bin Khalaf, and that was Bilal (ra), the former slave of Umaiya. Bilal was tortured by Umaiya. So when Bilal saw him he screamed, "Umaiya! The head of the disbelievers", Abdur Rahman said "hey Bilal! He is my prisoner." Bilal says, "I will not live if he does." Then Abdur Rahman tries to tell him that Umaiya is his prisoner. When Bilal realized that Abdur Rahman is not going to give Umaiya up, so then he goes to the ansar and tells them, "That man is Umaiya bin Khalaf, the head of the disbelievers. I am not going to live if he does!" Abdur Rahman said that the Ansar then attacked, he was afraid that they would catch them, so he left Umaiya's son for them to keep them busy but the Ansar killed the son and insisted on following Abdur Rahman and Umaiya. Umaiya was a fat man, and when they approached them, Abdur Rahman told him to kneel down, then Abdur Rahman laid on him to protect him by his own body, but the Ansar killed Umaiya by passing their swords underneath Abdur Rahman, and one of the Ansar even injured his foot with his sword. And the sub narrator said, "'Abdur Rahman used to show us the trace of the wound on the back of his foot."

Abdur Rahman would then say, "May Allah have mercy on Bilal, he made me lose my armor and my prisoners. I lost them both."

So that was what happened with Umaiya bin Khalaf who was an Imam of disbelief. Anas ibn Malik (ra) tells us the story of Al Kaleed he says: "The Messenger of Allah ordered on the day of the battle at Badr, that 24 of the chiefs of Quraish be thrown into a dirty refused laden old well." So the 24 leader's bodies were dragged into this place.

When they were pulling the body of Utba bin Rabi'a his son Huzaifa was watching, so Rusool Allah (saw) looks into his face and sees that he was sad. Rusool Allah (saw) asked Huzaifa if he was very upset at his father's fate. Abu Huzaifa responded back, "I swear oh Messenger of Allah, I have no problem with my father's fate, but I once knew him as a man of reason, judgment, and goodness and hoped those qualities would lead him to Islam. When I saw what his fate was and how he had died in disbelief, despite my hopes for him, I was saddened." Rusool Allah (saw) then made dua for him.

The issue of guidance is in the hands of Allah, nobody can control it. Huzaifa was saying that his father was a wise man with reasoning, judgment and goodness. But things did not turn out as Huzaifa expected and that was the case with Abu Talib as well. Abu Talib the uncle of Rusool Allah (saw) had all these qualities; in fact he protected Rusool Allah (saw) during until the day he died. But Abu Talib did not become Muslim. So in the issue of guidance you can't really tell who will be guided and who won't. While Umar bin Khattab was so evil, but he became Muslim. There was even an incident in which one of the sahabiat was expecting Umar to become Muslim because he spoke to her softly; he said that the donkey of his father would become a Muslim before he does. And Umar (ra) became one of the best Muslims. So the issue of guidance is something under Allah's control, we cannot judge anyone. We cannot say that he might become Muslims, and we also cannot say that someone won't become a Muslim. At the end Abu Talib dies as a Kafir and Abu Sufyan dies as a Muslim. Abu Talib who supported Rusool Allah (saw) all of his life dies as a disbeliever while Abu Sufyan who fights Rusool Allah (saw) for most of his life ends up being a believer. So such issues should b left in the hands of Allah Zaujal.

And that is why Rusool Allah (saw) says, "You don't guide the ones you want, the ones you love, the ones you like, but it is Allah who guides the one He wants."

This incident of Huzaifa also tells us that our love should be for Allah only. Even though Huzaifa was very upset about his father's fate, that sadness didn't cause him to leave Islam, or to blame someone or something. Instead he accepted Allah's will. We should be contempt with what Allah gives us or does to us. So we should do our best in da'wa but then we shouldn't become overwhelmed or upset if they don't become Muslim, we should Accept it as Allah's will. If they do become Muslim, then say Allhumdullilah that Allah Zaujal has guided them.

So Rusool Allah (saw) ordered these bodies to be thrown into this well...

*Narrated Abu Talha:*

*On the day of Badr, the Prophet ordered that the corpses of twenty four leaders of Quraish should be thrown into one of the dirty dry wells of Badr. (It was a habit of the Prophet that whenever he conquered some people, he used to stay at the battle-field for three nights. So, on the third day of the battle of Badr, he ordered that his she-camel be saddled, then he set out, and his companions followed him saying among themselves." "Definitely he (i.e. the Prophet) is proceeding for some great purpose." When he halted at the edge of the well, he addressed the corpses of the Quraish infidels by their names and their fathers' names, "O so-and-so, son of so-and-so and O so-and-so, son of so-and-so! Would it have pleased you if you had obeyed Allah and His Apostle? We have found true what our Lord promised us. Have you too found true what your Lord promised you? "'Umar said, "O Allah's Apostle! You are speaking to bodies that have no souls!" Allah's Apostle said, "By Him in Whose Hand Muhammad's soul is, you do not hear, what I say better than they do." (Qatada said, "Allah brought them to life (again) to let them hear him, to reprimand them and slight them and take revenge over them and caused them to feel remorseful and regretful.")*

*(Bukhari: Book-5 Volume-59 Hadith-314)*

So Allah made the bodies listen to this, just to add to their punishment.

**CD#6**

Rusool Allah (saw) sends Abdullah bin Rawaha and Zaid bin haritha to deliver the news to the people of Medina. Abdullah bin Rawaha went to Awali, the upper region of Medina and delivered the news in the house of each Ansar, while Zaid bin Haritha went to the center of Medina to deliver the news.

Now Zaid ibn Haritha was riding on the camel of Rusool Allah (saw), as he entered he was naming all the people who were killed during the battle like , "Utba bin Rabi'a was killed, Abu Jahl was killed …" When Zaid was mentioning all the famous leaders of Quraish who were killed, the munafiqeen and the Jews said," This man doesn't know what he's talking anout, he's confused and he has run away from the battle field, And Muhammed himself was killed and the evidence is that Zaid is riding his camel." And they all started spreading this news.

Osama and Uthman stayed behind to take care of Ruqqayya the daughter of Rusool Allah (saw). So Osama went to his father (Zaid bin Haritha) and said: O father! Is the news that you're delivering true?" He said yes to his son. People would go up to ask Abdullah bin Rawaha if the news Zaid was delivering true. And he would say yes it is true and tomorrow Rusool Allah (saw) is going to bring the captives.

People had such a difficult time in believing what happened. A force a little over 300 defeats a 1000 and then kills the most famous leaders of them! The news was too good to be true. The next day Rusool Allah (saw) enters medina with the prisoners. The prisoners were kept in a specific location. When Sawdah, the wife of Rusool Allah (saw), saw Suhayl bin Amr's hands tied to his neck, she said, "Why didn't you die as noble men?" Rusool Allah (saw) overlooked that statement and said, "Are you asking them to fight Allah's Messenger?" He said this because what Sawdah question meant was that why didn't you fight, instead of being defeated. And obviously if he would fight, then he would fight against Muhammed (saw). Sawdah apologized for she said, "Oh Messenger of Allah, when I saw him in that state, I couldn't help but make such a statement." Her emotions overwhelmed her when she saw Suhayl. This tells us how humiliated the leaders of Quraish were that day, because of their disbelief and Kufr and the way they dealt with the Muslims.

Rusool Allah (saw) stopped at Roha to receive congratulations from all of the people who were coming to visit him and when the people were doing this, one of the Ansar said, "What are you congratulating us for? We have only met old bald men like camels awaiting slaughter and we slaughtered them." Rusool Allah (saw) told the Ansar not to say that, because the people who were killed were the chiefs. Now this Ansar was saying that it was so easy, because those people whom they fought were old men who didn't know how to fight. But it was Allah who sent angels to assist them and help them. The Quraish were strong and had it not been for Allah's help the Muslims would have lost.

The news was delivered to Mecca by a man called Al-Haythuman Khuzai . Al-Haythuman Khuzai rushes into Mecca and mentions all those of the Quraish who were killed. Safwan ibn Umayya was listening and he said, "This man has lost his mind; ask him about me, to make sure he isn't crazy." They asked him what happened to Safwan, he said, "Safwan is sitting right there and I have seen the death of his father and his brother with my own eyes." For the people of Mecca this news was too bad to be true. They could not imagine how the strong leaders of the Quraish be killed.

Abu Lahab was one of those who stayed behind but he sent a person in his place to fight. Rafa says that he was a servant of Al-Abbas and that their household was Muslim. Rafa, Al-Abbas, and Umm ul-Fadal, she was the wife of Abbas; they all were Muslim. Rafa used to make arrows. One day he was sitting in the pavilion around Ka'aba, sharpening arrows. Abu Lahab was sitting with his back towards Rafa when a fighter of the Quraish approached. Abu lahab said to that fighter, "Come and tell us the news of what happened." The man came and said, "As soon as the fighting started we handed them over ourselves to be killed and to be taken as captives. But I don't blame them for it, because we were facing men in white clothes on horses between the heavens and earth, and nothing can stop them."

So this fighter was saying that yes it is true that the Quraish lost but the credit doesn't go the Muslims but to this other force of people in white, who could not be defeated. When Rafa heard that he said, "In the name of Allah, those are the angels." Abu Lahab turned around and punched him in the face. Rafa then started fighting back, but Abu Lahab was much stronger than him. Abu Lahab sat on Rafa and was

beating him up when Umm-e- Fadl came with a rod and hit Abu Lahab on the head. Then she said to Abu Lahab that he was taking advantage of the fact that his master is not around. Abu Lahab then left. Rafa said that a week later Abu Lahab caught a disease because of which he died. This particular disease terrified the people of the Quraish. People wouldn't go near anyone who had that disease. Abu Lahab died, and his body lay in his house for three days until his body started decomposing. Nobody wanted to bury him. The people of the Quraish went up to the two sons of Abu Lahab; and told them to have shame because their father's body has been in the house for three days, and they didn't bury him. They said that they are afraid of that disease. So what they did was drag the body of Abu Lahab next to a wall and then threw stones over him to cover his body … they didn't even dig a grave for him. This was the humiliation that he suffered, even after his death!

In order to minimize the happiness of the Muslims on their victory, the people of Quraish prevented any one from crying in public, so there was no wailing allowed. Also they refused to allow anybody to investigate the issue of ransoming the prisoners. So Muhammed (saw) would not raise the price of ransom. Ibn Kathir comments on this he said, "I observe that Allah's forcing them to forego mourning for their dead was part of the totality of the punishment of those of them that remained alive at that time, for weeping for the dead contributes to the recovery of the grieving heart." So this prevention of mourning was in fact more of a punishment for the people of the Quraish.

And then ibn Kathir says that Ibn Ishaq stated that Al-Aswad Abdul Muttallib was inflicted with the loss of three of his sons. This was an old man who was already blind; he lost three of his sons. This man also wasn't allowed to mourn their deaths. So one night he hears a woman weeping, so he said, "Go and see if mourning has become permissible, are Quraish now be wailing their dead? Perhaps now I will be able to lament the loss of Abu Hakim (his eldest son), for I am in great pain." So they went to find out why the woman was crying… and they found that she was crying because she lost her camel. So Al-Aswad Abdul Muttallib sais his poetry, "Is she weeping because of a camel of hers has gone astray, and so insomnia keeps her from sleeping. Do not weep over a young camel but over Badr that ruined all hopes, over Badr and the elite of Banu Husais and Makhzoom and the tribe of Abul Waleed and weep if you weep at all for Abu Aqeel and Harith the lion of lions. Weep for them all and do not hold back for there is none the like of Abu Hakina , after them it is other men who rule and had it not been for Badr, they would not have come to lead."

So this poor old man wasn't even allowed to weep for his own three sons. Why? So Muhammed (saw) doesn't get the news that the Kuffar were suffering. They wanted to show that they didn't care about the dead or of the ransom of the captives. Surat AL-ANFAL was revealed after the ghazwah of Badr.

Ubadah bin Saamit says about the first verses of Surah Al-Anfal, "they were revealed about us, the Muslims at Badr, when we disputed the issue of booty with one another." What happened was that the Muslims were in three groups; one group was protecting Rusool Allah (saw), the second group was pursuing the enemy and the third group was collecting the spoils of war. So the ones who collected the spoils of war said, that the booty belongs to them. The ones who protected Rusool Allah (saw) wanted their share of the booty because they were protecting the Prophet (saw). And the ones who pursued the enemy said that if it wasn't for them, there wouldn't be any spoils of war for the Muslims. So they all disputed. To this Allah Zaujal revealed the ayat of surah ***Al-ANFAL (8:1)***

يَسْـَٔلُونَكَ عَنِ ٱلْأَنفَالِ ۖ قُلِ ٱلْأَنفَالُ لِلَّهِ وَٱلرَّسُولِ ۖ فَٱتَّقُوا۟ ٱللَّهَ وَأَصْلِحُوا۟
ذَاتَ بَيْنِكُمْ ۖ وَأَطِيعُوا۟ ٱللَّهَ وَرَسُولَهُۥٓ إِن كُنتُم مُّؤْمِنِينَ ١

***They ask you, [O Muhammad], about the bounties [of war]. Say, "The [decision concerning] bounties is for Allah and the Messenger." So fear Allah and amend that which is between you and obey Allah and His Messenger, if you should be believers.***

So the decision of the bounty was for Allah and His Messenger. All the spoils of war were given to Muhammed (saw). All of it. This ayah goes on to teach the mujahideen to 'fear Allah....' that they should have taqwa, you cannot fight fi sabi lillah without taqwa, and it tells them to 'amend that which is between you…' … thus the Muslims have to have unity. The third lesson was that to be a believer you have to obey Allah and His Messenger. There needs to be discipline among the mujahideen. So these are the three essential qualities that a mujahideen fi sabi lillah should have; taqwa, unity, and obedience.

And then Allah Zaujal gives the grooming regarding ho the spoils of war should be divided. Allah Zaujal says in Al-ANFAL (8:41)

۞وَٱعۡلَمُوٓاْ أَنَّمَا غَنِمۡتُم مِّن شَيۡءٖ فَأَنَّ لِلَّهِ خُمُسَهُۥ وَلِلرَّسُولِ وَلِذِي ٱلۡقُرۡبَىٰ
وَٱلۡيَتَٰمَىٰ وَٱلۡمَسَٰكِينِ وَٱبۡنِ ٱلسَّبِيلِ إِن كُنتُمۡ ءَامَنتُم بِٱللَّهِ وَمَآ أَنزَلۡنَا
عَلَىٰ عَبۡدِنَا يَوۡمَ ٱلۡفُرۡقَانِ يَوۡمَ ٱلۡتَقَى ٱلۡجَمۡعَانِۗ وَٱللَّهُ عَلَىٰ كُلِّ شَيۡءٖ قَدِيرٌ

٤١

***And know that anything you obtain of war booty - then indeed, for Allah is one fifth of it and for the Messenger and for [his] near relatives and the orphans, the needy, and the [stranded] traveler, if you have believed in Allah and in that which We sent down to Our Servant on the day of criterion - the day when the two armies met. And Allah , over all things, is competent.***

So the ruling regarding the spoils of war is as follows;

They are divided into five equal portions. Four of those five portions are distributed among the fighters. So 80% of the spoils of war are split among the fighters. The foot soldier recieves one share and the horse men receive three shares. The remaining 20% is then divided into 5 portions. That means 4% each.
4% goes to Allah
4% goes to Rusool Allah (saw)
4% goes to Rusool Allah's near relatives
4% goes to orphans, the needy
4% goes to the traveler.

Now the 8% percent for Allah and Rusool Allah (saw) in invested in anything for the betterment for Islam , such as musajids, roads or whatever. It is upto the Imam of the Muslims to distribute that.

Another issue dealt by Allah in the ayat of surat AL-ANFAL was the issue of the prisoners of war. Rusool Allah (saw) had 70 prisoners of war, so he invited the sahabah for shura. He listened to various opinions. Abu Bakr's opinion was, "O Messenger of Allah! These are our relatives, these are our tribes, ask for ransom. This ransom will strenghthen us. And maybe these people will become Muslim.

Umer bin Khattab opinion was, "O Messenger of Allah! They exiled you and called you a liar bring them close and strike their necks."

In another narration, it says that Abu Bakr said, "O Messenger of Allah! These are your close relatives, your tribal brothers. I think you should accept ransom from them. What we receive from them will give us power against the unbelievers and Allah might well give them guidance, so that they become allied to us." Then Umer said, " I don't agree with Abu Bakr, I think you should hand over to me so and so (referring to one of his relatives) and I'll strike his neck and you hand over Aqeel to his brother Ali, so he can strike his

neck, and you hand over to Hamza so and so (his brother) so he can strike his neck. That way Allah will know that we feel no leniency towards the mushrikeen. These men are their chieftains, their very leaders."

And in another narration Abdullah bin Rawaha spoke and he said, "I suggest oh Messenger of Allah, you find a valley of many trees make them enter it, and then set them on fire. You burn them in that valley."

Rusool Allah (saw) said, "Allah softens the hearts of men concerning Him. So that they become softer than soft and Allah hardens the hearts of men, so that they become harder than stone. You Abu Bakr are like Ibrahim who said, 'whoever follows me, is of me and whoever disobeys me, then You are forgiving and merciful.' You Abu Bakr are like Jesus who said, 'If you punish them, they are your servants, if you forgive them then You are all powerful and wise.'"

Rusool Allah (saw) said that Abu Bakr (ra) was simillar to Ibrahim (as) and Isa (as), who were lenient with their people. Then Rusool Allah went on and said, "You Umer are like Nuh who said, 'Oh Lord, do not leave on the Earth any place for the unbelievers' and Umer you are like Musa who said, 'Oh Allah! Destroy their wealth and make their hearts hard for they will not believe until they see the painful punishment.'"

And then Rusool Allah (saw) said, "Let none be exempt from either ransom or having their head smitten."

So Rusool Allah (saw) was inclined to adopt the opinion of Abu Bakr (ra) and he was willing to accept ransom. The following day Umer bin Khattab (ra) said, "I went to the Prophet early in the morning, he was with Abu Bakr and they were weeping, I asked 'Oh Messenger of Allah, tell me why you and your companion are weeping, if I find a reason to weep I will do so, if I don't I'll pretend to weep at your weeping.' Rusool Allah said, 'I am weeping at how your companions proposed to me that I accept ransom, your punishment for doing so was proposed to me and it was closer than this tree.'" Rusool Allah (saw) meant that Allah Zaujal wasn't happy of the Muslims' decision to accept ransom. Why? Allah Zaujal revealed ayat in ***AL-ANFAL (8:67) (8:68) (8:69)***

مَا كَانَ لِنَبِيٍّ أَن يَكُونَ لَهُۥٓ أَسۡرَىٰ حَتَّىٰ يُثۡخِنَ فِي ٱلۡأَرۡضِۚ تُرِيدُونَ عَرَضَ
ٱلدُّنۡيَا وَٱللَّهُ يُرِيدُ ٱلۡأٓخِرَةَۗ وَٱللَّهُ عَزِيزٌ حَكِيمٞ ٦٧

***It is not for a prophet to have captives [of war] until he inflicts a massacre [upon Allah 's enemies] in the land. Some Muslims desire the commodities of this world, but Allah desires [for you] the Hereafter. And Allah is Exalted in Might and Wise.***

لَّوۡلَا كِتَٰبٞ مِّنَ ٱللَّهِ سَبَقَ لَمَسَّكُمۡ فِيمَآ أَخَذۡتُمۡ
عَذَابٌ عَظِيمٞ ٦٨

***If not for a decree from Allah that preceded, you would have been touched for what you took by a great punishment.***

Two things ayat (8:67) and (8:68) tells us. First is that Allah says that Rusool Allah (saw) should have executed them all. That is what would have pleasd Allah Zaujal. To execute all of the prisoners. Why? Because Allah sais: ***It is not for a prophet to have captives [of war] until he inflicts a massacre***

***[upon Allah 's enemies] in the land.*** A newly formed state needs to show its strength in the beginning. Asking for ransom shows a less strong position of the Muslims compared to what it would have been had they executed them. However Allah Zaujal says in the following ayat (8:68), that Allah has made asking for ranosm halal, therefore what the Muslims did was allowed. Otherwise they would have been punished.

According to Mujahid At-Thauri ***'If not for a decree from Allah that preceded, you'*** means in forgiving them, while the majority opinion is as Ibn Kathir states that it is the allowing of ransom.

فَكُلُوا مِمَّا غَنِمْتُمْ حَلَالًا طَيِّبًا ۚ وَاتَّقُوا اللَّهَ ۚ إِنَّ
اللَّهَ غَفُورٌ رَّحِيمٌ ﴿٦٩﴾

***So consume what you have taken of war booty [as being] lawful and good, and fear Allah . Indeed, Allah is Forgiving and Merciful.***

As we mentioned Rusool Allah (saw) adopted the method of formal ranks in the battlefield rather than the method of the traditional arab warfare, iin which they would attack and withdraw in a very disorganised manner.

Rusool Allah (saw) was straightening the lines of the ranks as if he was straightening the lines for prayer and he was holding an arrow in his hands. He came up to one of the soldiers , Sawad bin Ghuazzaiyya , who was protruding a bit from the line. So Rusool Allah (saw) slighty nudged him back with his arrow. Sawad said, "Oh Rusool Allah (saw) you hurt me, I want to retaliate." This was just before the battle. Here was one soldier who was saying to the prophet of Allah that he wants to retaliate with him. So Rusool Allah (saw) exposed his stomach to Sawad and said: go ahead and retaliate. Rusool Allah (saw) didn't get angry, he didn't ask his soldiers to throw him in prison, because a soldier is talking to the head of the military in such a fashion. He simply allowed him to retaliate. So Sawad (ra) hugs Rusool Allah (saw) and he kisses his stomach. That was his retaliation. Rusool Allah (saw) asked Sawad why he did that? Sawad (ra) said, "Oh Messenger of Allah, you can see what is about to happen. I wanted my last contact with you. To be my skin touching yours."

Sawad (ra) was saying that he might die during the battle, they were facing death then. The last thing he wanted in this world was to make his skin touch Rusool Allah's (saw) skin. This was how much they loved Rusool Allah (saw). Sawad (ra) who was accidently hurt by Rusool Allah (saw) used this oppurtunity to kiss and hug Rusool Allah (saw). The Muslims did not think that because of Rusool Allah (saw) they were having to fight or even death. They all were willingly ready to face death for the sake of Allah Zaujal and his servant and messenger, Muhammed (saw). Rusool Allah then made dua for Sawad. It is this love for Muhammed (saw) that we need to develop. Love for Muhammed (saw) isnt words, poetry, or singing. Love for him means putting everything on the line for Muhammed (saw); our wealth, family, money, children, our talents, everything that we can sacrifice. We should love Rusool Allah (saw) 's message , his way, and his sunnah. We should also ask Allah Zaujal to make us love his shari'a.

In a hadith Rusool Allah (saw) said that we can never taste the sweetness of emaan until we prefer to thrown in fire, rather than go back to kufr.

Rusool Allah (saw) after he did his best in terms of preparation, arranging the army, choosing the location and making shura… when all the worldly means had exhausted he then put his trust in Allah Zaujal and made dua. This is what 'tawaqqul' means.

It means you do your best by worldly means and then after that you throw the matter into the hands of Allah Zaujal. You then leave it to him. So after everything, Rusool Allah (saw) went to a side, raised his hands and started making dua, which took him a long time. He was very involved in it, he said, “Oh Allah! I appeal to your pact and to your oath, if you wish it, you will not be worshipped again after this day.” He said this because , this was it, those were the Muslims, if they get killed no will remain to worship Allah. Rusool Allah went on and on making dua to Allah Zaujal. Abu Bakr (ra) felt sorry for Muhammed (saw), he went up to him held his hand and said to him: “that’s enough Oh Messenger of Allah.”

Ibn Kathir gave the reason why Abu Bakr (ra) said that, “By saying these words, he was in effect asking, ‘why are you so exhausting yourself? Allah has made you a promise of help.’” May Allah bless Abu Bakr, he was a tender hearted man with great empathy and compassion for the messenger of Allah (saw). Rusool Allah (saw) then went outside his portico walking vigorously and his armor was speaking the verse ***AL-QAMAR (54:45) (54:46)***

سَيُهْزَمُ ٱلْجَمْعُ وَيُوَلُّونَ ٱلدُّبُرَ ﴿٤٥﴾

***Their] assembly will be defeated, and they will turn their backs [in retreat].***

بَلِ ٱلسَّاعَةُ مَوْعِدُهُمْ وَٱلسَّاعَةُ أَدْهَىٰ وَأَمَرُّ ﴿٤٦﴾

***But the Hour is their appointment [for due punishment], and the Hour is more disastrous and more bitter.***

Allah Zaujal has promised Rusool Allah (saw) victory, after his long dua Allah Zaujal says in ***SURAH AL-ANFAL** (8:9)*

إِذْ تَسْتَغِيثُونَ رَبَّكُمْ فَٱسْتَجَابَ لَكُمْ أَنِّى مُمِدُّكُم بِأَلْفٍ مِّنَ ٱلْمَلَٰٓئِكَةِ
مُرْدِفِينَ ﴿٩﴾

***[Remember] when you asked help of your Lord, and He answered you, "Indeed, I will reinforce you with a thousand from the angels, following one another."***

So this was the response of Rusool Allah’s (saw) dua from Allah. Allah Zaujal gave him the news that He will send him 1000 angels. Now even one angel would be enough. We know that Jibrael (as) destroyed the people of Lut with the tip of his wing. So then why one thousand? The point here was to give comfort to Rusool Allah (saw). If Allah wanted he couldve destroyed all the Qurasih. But here Allah Zaujal is giving comfort to the Muslims and Allah Zaujal says in ***AL-ANFAL** (8:17)*

فَلَمْ تَقْتُلُوهُمْ وَلَٰكِنَّ ٱللَّهَ قَتَلَهُمْ ۚ وَمَا رَمَيْتَ إِذْ رَمَيْتَ وَلَٰكِنَّ ٱللَّهَ
رَمَىٰ ۚ وَلِيُبْلِىَ ٱلْمُؤْمِنِينَ مِنْهُ بَلَآءً حَسَنًا ۚ إِنَّ ٱللَّهَ سَمِيعٌ عَلِيمٌ ﴿١٧﴾

***And you did not kill them but it was Allah who killed them and you threw not (O Muhammed) when you threw, but it was Allah who threw that He might test the believers with a good test indeed Allah is Hearing and Knowing.***

In this ayat the portion: ***and you threw not (O Muhammed) when you threw, but it was Allah who threw…*** this could apply to any situation of war in which a Muslim was fighting his enemy. However the scholars of tafsir mention a specific incident after which this ayat was revealed.

They say that Rusool Allah (saw) held in his hand some dirt and he threw it towards the enemy of Allah Zaujal and one particle of that sand flew into the eyes of each of the disbelievers there. And after this Allah Zaujal revealed this ayat.

Al-Aswad Al-Makhzumi was an evil bad-charactered man from the people of Quraish. He made an oath that he will reach for the wells and drink from them. The wells were under the control of the Muslims. Aswad marches forth towards the wells and Hamza (ra) comes forth and strikes his leg. Al-Aswad's leg seperated from his body … and he fell on his back. Al-Aswad was so stubborn that he continued crawling in order to fulfill his oath. But Hamza (ra) struck him again causing Al-Aswad's death.

Utba bin Rabi'a his son Al-Waleed bin Utba, and his brother Shayba, all three stood infront of their army and challenged the Muslims for a dual combat. Three young men from among the Ansar jumped forth; Awf and Mu'adh, Ibn Aafra as well as Abdullah Ibn Rawahah. When they approached, Utba asked, "Who are you?" They told them that they were from the Ansar. Utba said, "We're the opponents, however we want to meet our peers from among our own people." Utba is saying to these men that they have no quarrel with the you, they have a problem with the men of Quraish, who then became Muslim. Utba was asking to fight the peers of the Quraish.

Utba bin Rabi'a was one of the leaders of the Quraish; he came out with his brother and his son. Utba here was trying to prove that he wasn't a coward, as Abu Jahl claimed he was. Al-Amawi one of the scholars of seerah, said that Rusool Allah (saw) was not happy when he saw that three men from among the Ansar responded to the challenge by Utba. Rusool Allah (saw) wanted his own relatives and his family to go forth. This was because this was the first time the Muslims and the Mushrikeen were standing face to face in battle. There had been skirmishes before, but this was the first battle. This was a very significant event.

In fact Ali ibn Talib (ra) says, "I will be the first person who kneels before Allah, the All-Mighty among the adversaries on Judgment Day." Ali (ra) is saying that he will be the first person to kneel infront of Allah on Jedgment day when Allah will Judge among the adversaries, among the people who disputed in this duniya. These tree men are not fighting over land, they are not fighting over wealth or power. They are fighting for Allah. So Allah Zaujal revealed in surah ***AL-HAJJ (22:19)***

۞هَٰذَانِ خَصۡمَانِ ٱخۡتَصَمُواْ فِي رَبِّهِمۡۖ فَٱلَّذِينَ كَفَرُواْ قُطِّعَتۡ لَهُمۡ ثِيَابٞ
مِّن نَّارٖ يُصَبُّ مِن فَوۡقِ رُءُوسِهِمُ ٱلۡحَمِيمُ ١٩

***These are two adversaries who have disputed over their Lord. But those who disbelieved will have cut out for them garments of fire. Poured upon their heads will be scalding water***

The scholars of tafsir have said that this ayat is referring to the dualing that happened on the Day of Badr.

So when told the Ansar to go back, Rusool Allah (saw) said, "Oh Hamza stand up! Oh Ubaidah Stand up! Oh Ali stand up!" Ubaidah here is Ubaidah bin Harith bin Abdul Mutallib, the cousin of Rusool Allah (saw). Rusool Allah (saw) asked these three men to go forth. So Ali (ra), Hamza (Ra) and Ubaidah (ra), rushed to face Utba, Shayba , and Al-Waleed. Ubaidah was the eldest among them so he said he will face Utba, since Utba was the oldest among the mushrikeen. Ali (ra) stood in front of Al-Waleed, these two were the youngest. Hamza (ra) faced Shayba. Ali (ra) and Hamza (ra) immediately killed their opponents. But Utba and Shayba bothed exchanged blows and fell down. Each of them was hurt so they couldn't carry on fighting but they were not dead. Ali (ra) and Hamza (ra) then attacked Utba then killed him. Ali (ra) says, "Rusool Allah did not reprimand us for doing that." Meaning it was an acceptable thing in a dual.

They then carried Ubaidah back to Rusool Allah (saw). Rusool Allah (saw) honored him; by placing Ubaidah's head on the thigh of Rusool Allah (saw). Abu Talib the uncle of Rusool Allah (saw) would say, "We will serve the messenger of Allah until we are laid out before him uncaring even of our sons and our wives." Ubaidah bin Harith (ra) said to Rusool Allah (saw) while he was lying on Rusool Allah's (saw) lap, "Oh Messenger of Allah if Abu Talib could only see me, he would know that it was to me his words applied." Ubaidah bin Harith (ra) had given his life for the Messneger of Allah (saw), Ubaidah then passed away. Rusool Allah (saw) said, "I testify that you are a shaheed."

Allah Zaujal also revealed these ayats ***HAJJ (22:20) (22:21) (22:22) (22:23) (22:24)***

يُصْهَرُ بِهِۦ مَا فِى بُطُونِهِمْ وَٱلْجُلُودُ ﴿٢٠﴾

***By which is melted that within their bellies and [their] skins.***

وَلَهُم مَّقَـٰمِعُ مِنْ حَدِيدٍ ﴿٢١﴾

***And for [striking] them are maces of iron.***

كُلَّمَآ أَرَادُوٓا۟ أَن يَخْرُجُوا۟ مِنْهَا مِنْ غَمٍّ أُعِيدُوا۟ فِيهَا وَذُوقُوا۟ عَذَابَ
ٱلْحَرِيقِ ﴿٢٢﴾

***Every time they want to get out of Hellfire from anguish, they will be returned to it, and [it will be said], "Taste the punishment of the Burning Fire!"***

إِنَّ ٱللَّهَ يُدْخِلُ ٱلَّذِينَ ءَامَنُوا۟ وَعَمِلُوا۟ ٱلصَّـٰلِحَـٰتِ جَنَّـٰتٍ
تَجْرِى مِن تَحْتِهَا ٱلْأَنْهَـٰرُ يُحَلَّوْنَ فِيهَا مِنْ أَسَاوِرَ مِن ذَهَبٍ
وَلُؤْلُؤًا ۖ وَلِبَاسُهُمْ فِيهَا حَرِيرٌ ﴿٢٣﴾

***Indeed, Allah will admit those who believe and do righteous deeds to gardens beneath which rivers flow. They will be adorned therein with bracelets of gold and pearl, and their garments therein will be silk.***

وَهُدُوٓا۟ إِلَى ٱلطَّيِّبِ مِنَ ٱلْقَوْلِ وَهُدُوٓا۟ إِلَىٰ صِرَٰطِ ٱلْحَمِيدِ ﴿٢٤﴾

***And they had been guided [in worldly life] to good speech, and they were guided to the path of the Praiseworthy.***

These are the ayat related to the dualing of Badr. Allah u Akbar three Muslims killed three mushrikeen in single combat. This enraged the Quraish. They started to advance towards the Muslims. Rusool Allah s(saw) instructed his army to not attack until the enemy comes close. He did not want random random arrows being shooted haphazardly. Rusool Allah (saW) told his troops to preserve their arows, and in another narration he asked them to gather their arrows.

In another narration Abu Dawud, Rusool Allah (saw) says, “and do not draw out your swords until they are near to you.” SubhanAllah when the battle started the mushrikeen started seeing the Muslims double in number. First it was mentioned that Before the battle started the mushrikeen saw the Muslims, less than what they really are. Now when the battle started the mushrikeen saw them as double to what they were. So the Mushrikeen were 1000, so they saw the Muslims as 2000. Allah Zaujal says in ***AL-IMRAN (3:13)***

قَدْ كَانَ لَكُمْ ءَايَةٌ فِى فِئَتَيْنِ ٱلْتَقَتَا ۖ فِئَةٌ تُقَٰتِلُ فِى سَبِيلِ ٱللَّهِ
وَأُخْرَىٰ كَافِرَةٌ يَرَوْنَهُم مِّثْلَيْهِمْ رَأْىَ ٱلْعَيْنِ ۚ وَٱللَّهُ يُؤَيِّدُ بِنَصْرِهِۦ مَن
يَشَآءُ ۗ إِنَّ فِى ذَٰلِكَ لَعِبْرَةً لِّأُو۟لِى ٱلْأَبْصَٰرِ ﴿١٣﴾

***Already there has been for you a sign in the two armies which met - one fighting in the cause of Allah and another of disbelievers. They saw them [to be] twice their [own] number by [their] eyesight. But Allah supports with His victory whom He wills. Indeed in that is a lesson for those of vision.***

So in the beginning the disbelievers see them less in number, so that they would be careless, but when they begin to fight they see them as double in number… so this would destroy their morale.

The Muslims had a battle cry and that was, “Ahad! Ahad!” meaning ‘ONE’. Muslims in their battles would have a fixed war cry that they would keep on repeating.

Haritha (ra), who was one of the ansar was shot by a stray arrow. So he was killed by a friendly fire. When the battle was over his mother met Rusool Allah (saw), she asked Rusool Allah (saw) to tell her whether Haritha is in Paradise or not. If he is then she will be happy, but if he isnt then she will cry for him. Rusool Allah (saw) asked him, if she is crazy ☺ .. he said that there are several gardens in Paradise, and that Haritha is in the highest of them.

وَلَقَدْ نَصَرَكُمُ ٱللَّهُ بِبَدْرٍ وَأَنتُمْ أَذِلَّةٌ ۖ فَٱتَّقُوا۟ ٱللَّهَ لَعَلَّكُمْ
تَشْكُرُونَ ﴿١٢٣﴾

***And already had Allah given you victory at [the battle of] Badr while you were few in number. Then fear Allah ; perhaps you will be grateful.***

إِذۡ تَقُولُ لِلۡمُؤۡمِنِينَ أَلَن يَكۡفِيَكُمۡ أَن يُمِدَّكُمۡ رَبُّكُم
بِثَلَٰثَةِ ءَالَٰفٖ مِّنَ ٱلۡمَلَٰٓئِكَةِ مُنزَلِينَ ١٢٤

***[Remember] when you said to the believers, "Is it not sufficient for you that your Lord should reinforce you with three thousand angels sent down?***

Previously the number , mentioned was 2000, but that was the minimum. It could be more than that.

بَلَىٰٓۚ إِن تَصۡبِرُواْ وَتَتَّقُواْ وَيَأۡتُوكُم مِّن فَوۡرِهِمۡ هَٰذَا يُمۡدِدۡكُمۡ رَبُّكُم
بِخَمۡسَةِ ءَالَٰفٖ مِّنَ ٱلۡمَلَٰٓئِكَةِ مُسَوِّمِينَ ١٢٥

***Yes, if you remain patient and conscious of Allah and the enemy come upon you [attacking] in rage, your Lord will reinforce you with five thousand angels having marks [of distinction].***

وَمَا جَعَلَهُ ٱللَّهُ إِلَّا بُشۡرَىٰ لَكُمۡ وَلِتَطۡمَئِنَّ قُلُوبُكُم بِهِۦۗ وَمَا ٱلنَّصۡرُ إِلَّا مِنۡ
عِندِ ٱللَّهِ ٱلۡعَزِيزِ ٱلۡحَكِيمِ ١٢٦

***And Allah made it not except as [a sign of] good tidings for you and to reassure your hearts thereby. And victory is not except from Allah , the Exalted in Might, the Wise –***

This ayat meant that , the Muslims didn't really need the angels, but it was a sign of good tidings and to provide comfort to the Muslims.

So in what form did the angels participate in this battle. Jibrael himself joined in. Rusool Allah (saw) says, "I saw Jibrael taking his horse by the reins and leading it."

All of the angels were wearing a white turban except Jibrael, he was wearing a yellow one, to distinguish him. He was the leader of the army of the angels that day. In Sahih Muslim it says, while one of the Muslim warriors was vigorously pursuing one of the unbelievers ahead of him, he heard above him the noise of a whip striking,and a rider's voice saying,'giddy-up-hayzoom! Uqdim hayzoom!' When the Muslim warrior looked at the polytheist infront of him, he found him prostrating against the ground, examining his closely he found that the man's nose had been smashed and his face split apart by a blow from a whip. This was a whipp of fire. TheAnsari went to Rusool Allah (saw) and told him about this, Rusool Allah (saw) said, "You speak truth that was help from the third heaven." So this was an angel that was riding a horse called 'hayzoom.'

Ibn Ishaq narrates another story he said, "A ghafari man said, 'I and a cousin of mine were present at Badr, though we still polytheists then. We were up on a mountain waiting for the battle to take place and to see who would win, when a cloud approached, when it drew near the mountain we heard the sound of horses galloping and a voice saying,'Uqdim Hayzoom! Giddy up Hayzoom!', my companion suffered a heart attack and died on the spot. While alomost expired but later recovered.'"

Al Mazuni says that, "While I was pursuing one of the mushrikeen infront of me, suddenly his head flew off, so I realised that he was killed by someone other than me." The casualties caused by the Muslims was distinguishable by the casualties caused by the believers. Anas ibn Malik said, "Our mens could differentiate the ones the angels had killed from those they had struck by the blow, having occurred above their necks, and by their finger tips looking as though they have been burned by a branding iron."

The strikes of the angels were clean-cut and it was black as if it was burned. Not only did the angels kill, but they also captured prisoners of war, Al-Abbas says, "Oh Messenger of Allah! This is not the man who captured me, a bald fine looking man on a piebald horse who I had not seen with your men. It was he who took me prisoner." So the Ansari said, "No, it was I who captured him, Oh Messenger of Allah!" and then Rusool Allah (saw) said, "keep quiet, Allah gave you help of a noble angel."

Ibn Abbas (ra) said, "The only battle in which the angels participated was at Badr. At the other battles they constituted auxiliaries and reinforcements, they did not actually fight."

Death toll was 70 mushrikeen, and 70 were taken prisoners of war. Among the Muslims there were no prisoners of war, and there were 14 deaths. 6 from Muhajirun, 6 from Al-Khazraj and 2 from Al-Aus.
An incident during the battle:

Abdur Rahman bin Auf (ra) said that he was flanked by two young men. Now soldiers usually want strong and good soldiers on your right and left, who would be good fighting companions by your side. Abdur Rahman bin Auf (ra) wasn't happy that he had these two kids next to him. Abdur Rahman said that the boy to his right whispered to him and said, "Oh uncle, show me which one is Abu Jahl." Abdur Rahman bin Auf said, "Oh my son, what do you want with Abu Jahl?" This young man said, "I swore to Allah, that if I saw him I would kill him, or die in front of him." After hearing this Abdur Rahman (ra) started to change his mind about who was flanking him. This tells us that we should not make judgments based on looks. Abdur Rahman pointed out Abu Jahl to this young man.

Now the young man to Abdur Rahman's left whispers in the ear of Abdur Rahman bin Auf (ra) and asks him the same question. The reason why they were whispering was that these two brothers were competing with each other. They were whispering so that the other one doesn't hear. After Abdur Rahman pointed Abu Jahl to these young men, in a crowd… Abdur Rahman (ra) said, "They flew at him as falcons and they struck him down." These two young men according to one narration are Muadh ibn Amr bin Jamuh and Muadh ibn Afra. The two are brothers. In another narration it says that when they attacked Abu Jahl, one of them struck the foot of Abu jahl it cracked and then it flew off. Iqramah saw that, so he struck Muadh, tearing off his arm. The arm remained hanging from his body. Muadh said that he then carried on fighting, and when his arm started to bother him while fighting, he then stepped on his arm and tore it off. So Abu Jahl was killed or disabled by these two young ansari men. Abu Jahl was laying there on the ground during his last moments.

Rusool Allah (saw) asked the sahabah, "Who would find out for me, what happened to Abu Jahl?"Abdullah bin Masood said, "So I went and when I realised that the man laying in front of me was Abu Jahl, I put my fut over his neck, he had once held me captive in Mecca and hurt me and kicked me." And then Abdullah asked him, "so Allah has put you to shame then you enemy of Allah." Abu Jahl said, "And how has he shamed me? Arent I the most noble man, you have ever killed? Tell me, which side won the day?" So even thought Abu Jahl is in his last moments he wants to know the results of the battle. Abdullah bin Masood said, "It went to Allah and His Messenger."

In another narration it says that Abdullah bin Masood said that Abu jahl was laying on the ground holding a fine sword and protecting himself, while I had a poor sword. So he struck his arm so that his sword fell and then he carried his sword. Abdullah then sat on Abu jahl's chest to sever his head and when I was over his chest he said, "You have climbed very high for having being just a herdsman." Abu Jahl was even being arrogant even when he was dying. He was saying to Abdullah that for Abdullah to be on his chest is too high of a place for him. Abdullah bin Masood said, "I then severed his head, and took it to the Messenger of Allah." Abdullah said that he was very happy to present the head of Abu Jahl infront of Rusool Allah (saw) when he was walking, he felt as if he was walking on air. Abdullah bin Masood (ra) said, "This O Messenger of Allah is the head of Alla's enemy." Rusool Allah (saw) said, "Is it really by Allah, other than whom there is none?" Abdullah said , "yes." Abdullah then dropped the head of abu jahl infront of Rusool Allah (saw)… the narration of Imam Ahmed of Rusool Allah (saw) said., "Allhumdullilah, Allah has disgraced you, you enemy of Allah! This man was the Pharoah of his people. Every nation has a Pharoan and the pharoan of our nation is Abu Jahl."

Ibn Kathir comments on the death of Abu jahl and he said, "The death of Abu jahl came about at the hands of a youth from Al-Ansar, there after Abdullah bin Masood was placed over him.By this Allah comforted the believers and this was more effective than if He had made a bolt of lightning strike Abu Jahl down or made the roof of his house fall upon him or if he had died a natural death " And then he recited the ayat ***in AL-ANFAL (9:14) (9:15)***

قَـٰتِلُوهُمۡ يُعَذِّبۡهُمُ ٱللَّهُ بِأَيۡدِيكُمۡ وَيُخۡزِهِمۡ وَيَنصُرۡكُمۡ عَلَيۡهِمۡ وَيَشۡفِ
صُدُورَ قَوۡمٖ مُّؤۡمِنِينَ ﴿١٤﴾

***Fight them; Allah will punish them by your hands and will disgrace them and give you victory over them and satisfy the breasts of a believing people***

Thus this ayat says that Allah will punish them 'by your hands' not as Ibn Kathir says, not by lightning or natural death.

وَيُذۡهِبۡ غَيۡظَ قُلُوبِهِمۡۗ وَيَتُوبُ ٱللَّهُ عَلَىٰ مَن يَشَآءُۗ وَٱللَّهُ عَلِيمٌ حَكِيمٌ

﴿١٥﴾

***And remove the fury in the believers' hearts. And Allah turns in forgiveness to whom He wills; and Allah is Knowing and Wise.***

There is an element of revenge here, because Muslims have been tortured and oppressed for a very long time. So Allah is saying that it will 'satisfy the breasts' and to 'remove the fury' from the hearts of the believers… when they see the fate of the enemies of Allah.

One of the famous fighters of Al-Mushrikeen, Abul Kirsh, the one with the potbelly. He was covered in armor, you could only see his eyes. So Az-Zubair bin Al-Awwam (ra) attacked him Abu Kirsh was a man covered in steel from head to toe. Az-Zaubair bin Al-Awwam (ra) was able to strike him with his javelin right in the opening, in Abu Kirsh's eye. The opening was so small that the javelin could not go through so Az-Zubair had to step on his javelin with his foot and forces it deep into the head of Abul Kirsh. When he pulled out his javelin, his blade was bent so bad. Rusool Allah (saw) asked to keep that javelin as a souvenir. This shows the strength of Az-Zubair (ra). SubhanAllah when Rusool Allah (saw) passed away

Abu Bakr (ra) asked for it, and when Abu Bakr passed away Umer (ra) asked for it and when Umer (ra) passed away, Az-Zubair (rA) got it back again. But then Uthman (ra) asks Az-Zubair to give it to him, so then Az-Zubair hands it to the Khalifa at that time, Uthman (ra). And when Uthman passes away Ali (ra) takes it. And after Ali (ra) passes away, Abdullah ibn Zubair, the son of Zubair gets it.

Abu Al-Bukhturi, was one of the noble men of the Quraish, though he was a disbeliever he wasn't cruel against the Muslims. In fact he was one of the men who particiated in the ending of the seige (the 3 year long seige against Banu Hashim and Banu Muttallib in Mecca) against the Muslims. So Rusool Allah (saw) was greatful to him and he asked the Muslims not to kill him, if you see Abu Al-Bukhturi in battle. There is a lesson for us here, that if there are disbelievers but they do good to you , then we should reciprocate. One of the Ansar who saw Al-Bukhturi in battle, he told him that Rusool Allah (saw) told the Muslims not to kill him. Al-Bukhturi said, "What about my companion?" The Ansar said that they will not spare his companion. Abu Al-Bukhturi said that he will then fight to protect his companion. Thus the Ansari was forced to fight Al-Bukhturi and he was killed.

The Ansari went back to Rusool Allah (saw) and said, "I swear by Him, Who sent you with the truth. I did try to take him prisoner, to bring him to you but he insisted on fighting me so I fought back and killed him."

So look at who Allah chose to kill Abu Jahl. Two young men from the Ansar and Abdullah bin Masood. Abdullah bin Masood who was belittled by Abu Jahl, he was a very thin person. One day he was climbing a palm tree and there was wind blowing, which caused him to shake with the wind. The sahabah laughed when they saw the thinness of the legs of Abdullah bin Masood, so Rusool Allah (saw) said, "Are you laughing because he has very slim legs? In the name of Allah they are heavier on the scale on the Day of Judgment, than the mountain of Uhud."

We shouldn't look at worldly standards, about how strong the soldier is how muscular he is. A Muslim soldier is supposed to prepare but not to depend on them. They should only depend on Allah.

CD#7

Rasool Allah (saw) says in a hadith by Abu Dawud: If Mutam ibn Adi was still alive and he talked to me about these prisoners of war, I would have released them for him. Rusool Allah (saw) was saying this because he was grateful to Al-Mutam ibn Adi, who was a disbeliever, because of his honesty and his good stand towards Muslims. This shows that Rusool Allah (saw) would act appropriately according to the deeds of a person. So he would deal with good people kindly and he would deal with evil people accordingly.

Now we shouldn't become very extreme by being incapable of showing anything other than brutality towards the kuffar, or to act in such a way that we are only interested in appeasing the kuffar. A Muslims should judge each situation and act in a wise method of action. A person should overcome emotions, and should stop being worried about what other people think. We should forget about such considerations and do what is right.

So Rusool Allah (saw) said that if this man was alive he would have released the prisoners of war for that man. On the other hand Rusool Allah (saw) specifically chose Uqba bin Abi Muait and Nadar ibn Harith to be executed from among the rest of the 70 prisoners.

Rusool Allah (saw) calls Uqba, and Uqba sais, "How come, O Messenger of Allah, you are choosing me out of everyone else to be killed? O Messenger of Allah, if you are going to kill the rest of the prisoners of war, then kill me with them. If you are going to ransom them, then ransom me with them. How come you are picking me out of everyone else to be executed?" Rusool Allah (saw) said, "Because of your animosity towards Allah and his messenger." So Uqba said, "Who will take care of my children?" Rusool Allah (saw) said, "The fire. O Asim! Pull him forward and behead him."

Uqba was promptly beheaded by Asim bin Thabit (ra). Rusool Allah (saw) told Ali bin Abi Talib to execute Nadar ibn Harith. These two men were specifically picked out, because of their evilness.

Ibn Kathir (ra) said, "I would comment that these two men were among the most evil of Allah's servants; the most stubborn, wicked, envious, and disbelieving of men. And they have been very active in satirizing Islam and its supporters. Allah damned them, and he did indeed."

Uqba bin Abi Muait was the one who saw Rusool Allah (Saw) in sujood next to Al-Ka'aba, and he stepped over his neck with his foot. Rusool Allah (saw) said that he felt at that moment he felt that his eyes were going to pop out, and that he was going to die. Also Uqba was the one who saw Rusool Allah (saw) in rukooh, so he threw the intestines of a camel over his back. And then Fatima (ra) came and removed them. So Uqba was a devil from the Quraish and that is why he deserved this punishment.

Nadar ibn Harith was the one who would go to Persia to learn the stories of Isbandiyar and Ar-Rustum and then he would come back to Mecca and he would invite people to come and listen to his stories claiming that his stories are better than Muhammed's stories. He would say ask people that: what makes Muhammed more befitting to be a Prophet, when I could tell stories just like him? So he used to sway people away from the majlis of Rusool Allah (saw).

These two men were executed however for the rest; Rusool Allah (saw) gave the sahabah specific instructions, "Treat the prisoners of war kindly." So Abu Aziz, the brother of Musab bin Umair, he said, "I was with a group of Ansar bringing me from Badr; when they had their lunch and dinner, they gave me the bread and ate the dates themselves, in accordance with the instructions given by Rusool Allah regarding us. Every piece of bread that came in to their hands they passed it on to me. I was embarrassed and would return the bread but they would pass it back untouched." Bread was the better food, compared to dates. So the Ansar would survive on dates and give a prisoner the breads. So they were treating them a better treatment then they were giving themselves.

Ibn Hisham comments on this, he said, "This Abu Aziz was the standard bearer for the mushrikeen at Badr." So Abu Aziz wasn't just a foot soldier. Even then Rusool Allah (saw) had told the sahabah to treat such men well.

Abu Maaz bin Ar-Rabi'a, and Al-Waleed bin Mughaira said pretty much the same thing, "They would walk, while we would ride." So the prisoners of war were riding while the sahabah were walking. This good treatment was what caused many of the prisoners to be become Muslim. Throughout the battles of Rusool Allah (saw) there are incidents of captives being taken and then they would become Muslims and stay with the Muslims.

Some of these reverts would go to their people first and then go back to Rusool Allah (saw) and become Muslim, just to show that they were not becoming Muslims out of fear of the sword. For example Abu Aziz, he became a Muslim after he saw how he was treated. So akhlaaq is important even with your enemy. The Muslims should treat their enemy with dignity. A Muslim is not cruel, wicked or deceptive. A

Muslim treats everyone with honesty, dignity and straightforwardness except those who deserve to be dealt with cruelty; you can't afford to treat them kindly. Treating them kindly is actually like being fooled by them, because these are people who are going to turn around and harm the Muslims.

Al-Abbas ibn Abdul Muttallib, the uncle of Rusool Allah (saw) was asked by Rusool Allah (saw) to ransom himself out. Al-Abbas said, "O Messenger of Allah, I'm a Muslim." Rusool Allah (saw) told him, "What was evident was that you were against us, Allah knows best about your accepting Islam." Rusool Allah (saw) here is setting a rule for us, which is to go by what you see. We do not and cannot know what is in the hearts, only Allah Zaujal is the one who can see the hearts. Rusool Allah (saw) was telling Abbas that, Allah is the one who knows whether he's Muslim or not. What the Muslims saw was that Al-Abbas was fighting against the Muslims. He was with the enemy, so they looked at that.

Umer bin Khattab (ra), when he became a khallifa he said, "In the time of Rusool Allah (saW) revelation would come down and tell us what is in the hearts of men but now we are going to make our judgments by what we see, if what appears from you is Islam, we will accept that. And if what appears from you is disbelief, we will assume that you are a disbeliever even if you claim that you are otherwise. If your actions are those of a disbeliever, it doesn't benefit you to say that you are a Muslim. We will go by your actions."

This is a very important lesson, we should not judge people about what is in their hearts, we can judge them by their actions. At the same time don't allow people to fool you by claiming they are something while their actions give evidence of the opposite.

So Al-Abbas said, "I don't have any money." So Rusool Allah (saw) said, "What about the money that you buried in the ground and you told your wife Umme Fazal, 'if I am killed then make use of this money.'" Al-Abbas said, "I testify and bear witness that you are a messenger of Allah, no one knew of that treasure of mine, except me and my wife." Al-Abbas then did pay for his ransom. Allah Zaujal revealed the ayat (14:35sec)

So Allah is telling these men who claimed that are Muslims and paid there ransom; that if they are Muslims, then Allah will replace that money (for ransom) that was taken from you. Al-Abbas said, "I paid 20 oukia of gold, for my ransom, and then Allah Zaujal has given me much more than that." Meaning Allah had replaced that money that he paid for ransom infact Allah had multiplied it for Abbas (ra).

Abul Aas was the husband of Zainab bint Rusool Allah (saw). So the daughter of Rusool Allah (saw) was married to a disbeliever, this was before the ruling of preventing Muslim women to be married to mushriks. So Zainab then was in Mecca and she wanted to free her husband.

So Zainab (ra) sends an amount of money sufficient to release her husband from captivity, she also sends along with that money a necklace. This necklace was given to her as a gift by her mother Khadija (ra), when she got married. Thus this necklace was Zainab's wedding gift from her mother. When the necklace falls into the hands of Rusool Allah (saw), it brought back memories of his wife khadija. This necklace touched his heart. So Rusool Allah (saw) told the Ansar who was holding Al-Aas that, "If you should think fit to deliver her prisoner to her, and to return to her what is her's then do so." They immediately released Abul Aas without ransom and also sent back the necklace.

Rusool Allah (saw) placed a condition on the release of Abul Aas, and that condition was that Abul Aas will never assist an enemy against the Muslims and that he has to send Zainab to Rusool Allah (saw). Abul Aas was a man of his word. When he went back to Mecca, he allowed Zainab to leave Mecca and go to her father.

Ibn Ishac said about this situation that, "So she continued making plans, when she was ready, her husband's brother Kinaana ibn Rabi'a brought a camel which she mounted and he taking his bow and

quiver led her away, she riding in haudij and it being daytime. Some of the Quraish men discussed this and followed after her catching up with her at dutua. The first to reach her was Habbar ibn Aswad ibn Muttallib, he scared her with his spear as she was there in the haudij and because as they claim she was pregnant at the time, she suffered a miscarriage. Her brother in law then knelt down and took his arrows from his quiver saying, 'By Allah, if any man comes near me, I'll put an arrow into him.' The men drew away from him, and then Abu Sufyan arrived with some other Quraish leaders and said, 'Put down your arrows so we can talk with you.' He did so, Abu Sufyan drew near him and said, 'You have not done well, you came forth with a woman openly going over people's heads even though you are aware of the injury and damage done to us by Muhammed. When you took away his daughter openly regardless of anyone else, the people thought this was due to the humiliation we had undergone and that this reflected our weakness and incapacity. I swear we don't want to keep her from her father, and we're not after revenge. But you'd better return back then you can secretly take her away to her father.'"

So it shows you that these Kuffar of Quraish, they respected women. Unlike the enemies of Allah today, who violate the rights of Muslim women and Muslim children. So anyway Zainab (ra) reached safely to Medina.

Abu Azza was another prisoner of war he said, "O Messenger of Allah you know my state of finances. I am poor and have a family, so be gracious to me." Abu Azza had daughters to take care of and he was poor. Rusool Allah (saw) was considerate of his situation so he said that, "I am going to allow you to be freed, however my condition is that, you do not support anyone else against me. This time you came out fighting against me in the Battle of Badr, next time you refuse to fight against Muhammed (saw) and the Muslims." Abu Azza agreed, however in the battle of Uhud, the people of Quraish were able to seduce him into joining them and SubhanAllah again he fell into the hands of the Muslims, them again he tried to use the same excuse, Rusool Allah (saw) said, "I will not let you stroke your beard and say that you have deceived Muhammed twice."

So Muhammed (saw) wasn't sentimental, he wasn't the sort who could be tricked or deceived, he was kind, compassionate, tolerant but at the same time he would not allow Muslims to take advantage of his good qualities to harm the Muslims. Muhammed (saw) ordered the execution at the spot. Rusool Allah (saw) said, "A believer will not be bitten twice from the same layer (source)."

This is an important lesson for the Muslims. Muslims should not be gullible and become a prey by deceptive words. A Muslim should be alert and know that what and who are there to benefit Islam and Muslims and who are there to harm Islam and Muslims.

Suhayl bin Amr one of the nobility, one of the leaders of the Quraish. He was taken as a prisoner of war. He used to speak against Islam, using his fluent and elegant speech. Umer bin Khatttab (ra) said, "O Rusool Allah, let me extract the two front teeth of Suhayl bin Amr, so his tongue will protrude and he will never speak ill of you again." So Umer (ra) wanted to mutilate his mouth so that Suhayl wont be able to speak properly again, as a lesson for his bad deeds. Rusool Allah (saw) said, "I will not mutilate him, because Allah could mutilate me." Meaning this is not the Islamic way of treating enemies. Rusool Allah (saw) then said, "Maybe he will take a stand for which you will not criticize him." So Rusool Allah (saw) was saying that maybe one day this tongue of Suhayl will be used by him, for the good of Islam. SubhanAllah that did happen as stated by Rusool Allah (saw). When Rusool Allah (saw) died and all of the arabs became apostasies. Suhayl bin Amr was the reason for the stead fasted ness of Mecca, he would say, "O people of Quraish! Don't be the last people to enter Islam and the first people to leave it, whoever we are suspicious of, we will behead him." These words kept the people of Mecca firm in Islam.

Rusool Allah (saw) told the prisoners of war, who could teach reading and writing that, "If you teach ten children to read and write, that will be your ransom." This tells us the importance of education and literacy in Islam.

The Ruling of Prisoners of War (POW):
It is up to the Muslim Imam to determine the faith of POW's.

- choice of executing them
- free them without ransom
- free with ransom
- enslave some of the POWs

So Muslims have their own shari'a we don't need to follow worldly rules, we have our own Geneva conventions we don't need to follow anyone else's Geneva conventions. This shari'a has the hidayat for the Muslims.

Usaid bin Khuzair (ra) went to Rusool Allah (saw) after the Battle of Badr and said, "O Messenger of Allah, we didn't know that any fighting would have occurred, otherwise we would have followed you." Rusool Allah (saw) told him, "You are speaking the truth." Some of the Ansar stayed behind because they didn't think that fighting would occur.

What is the status of the people at Badr?

Well the people of Badr carry a special status. Jibrael came to Rusool Allah (saw) and asked him, "What do you consider the people of Badr among you to be?" Rusool Allah (saw) said. "They are among the best of the Muslims." Jibrael said, "The same is the case with the angels who attended Badr."

So Badr was a special event not only for the Muslim people but also for the angels who attended it. That is why in our books the people of Badr are considered to be a special class.

Hatib bin Abi Balt'ah committed an act of treason against Allah and His messenger by informing the people of Mecca of the plan of Rusool Allah (saw) to attack them. Umer bin Khattab (ra) went to Rusool Allah (saw) and said,"O messenger of Allah, let me execute him he is a munafiq." Rusool Allah (saw) said, "O Umer probably Allah has looked down at the people of Badr and said, 'Do whatever you want, because I have forgiven you.'" Rusool Allah (saw) is saying that because of attending Badr, Allah looked at them and told them that you can do whatever you want. When Rusool Allah (saw) said that Umer (ra) eye's swelled with tears. Hatib bin Abi Balt'ah was one of the Muslims who attended Badr, and because of that he was granted forgiveness.

There is another hadith, "No one who attended Badr or Hudaibiyah will enter into Hell-fire."

**Consequence of the Battle of Badr**

Hypocrisy Exposed

There were many people in medina who were not happy to see the Muslims victorious, but they weren't strong enough to publicly declare that so the went underground. They publicly professed Islam, so outwardly you couldn't tell the difference between them and the Muslims. They would pray like Muslims, fast like Muslims, an even pay zakat. But deep in their hearts they despise Islam; they hate the Muslims, and wish that Islam would vanish from the face of the Earth. These were the munafiqun, but because Islam was then victorious and the Muslims were strong, they dared not speak their mind.

These munafiqun were then planning underground against the Muslims. These hypocrites were probably the most dangerous enemy of all because they were living with the Muslims and knew everything about the Muslims. These hypocrites would then pass on information to the outside enemies of Islam. Hypocrites are a very difficult enemy to deal with because they don't go public with their disbelief. Rusool Allah (saw) himself didn't know about these hypocrites. Allah Zaujal says in the Quran, "you don't know

them We know them..." So even Rusool Allah (saw) didn't know who they were, until and unless Allah tells him. Allah Zaujal says in ***AL-BAQARAH (2:14)***

وَإِذَا لَقُوا۟ ٱلَّذِينَ ءَامَنُوا۟ قَالُوٓا۟ ءَامَنَّا وَإِذَا خَلَوْا۟ إِلَىٰ شَيَـٰطِينِهِمْ قَالُوٓا۟
إِنَّا مَعَكُمْ إِنَّمَا نَحْنُ مُسْتَهْزِءُونَ ﴿١٤﴾

***And when they meet those who believe, they say, "We believe"; but when they are alone with their evil ones, they say, "Indeed, we are with you; we were only mockers."***

So the Battle of Badr introduced this new category of people, 'Al-Munafiqun.' Umair ibn Wahab was one of the devils of Quraish. He was once sitting with Safwan bin Umayya, next to Al-ka'aba and said, "If it wasn't for the fact that I am in debt and I have children to take care for, I would go and assassinate Muhammed myself." So Safwan took advantage of that and he said, "I will pay your debt and I will take care of your children if anything happens to you."

Wahab ibn Umair agreed with Safwan that he will travel to Medina, with the intent of assassinating Rusool Allah (saw). Umair dipped his sword in poison until it absorbs the poison, and then he went to Medina. He enters Medina and he passes next to a gathering that included Umer bin Khattab (ra). Umer was talking to some men about the battle of Badr, to the men who didn't attend the battle. Umer (ra) spots Umair ibn Wahab and said, "This enemy of Allah, this dog Umair ibn Wahab is not here for any good." Umer (ra) stands up and grabs Umair ibn Wahab and wraps the sheath of his sword around his neck. Umer bin Khattab (ra) then takes Umair to rusool Allah (saW) and says, "O messenger of Allah! This enemy of Allah did not come for any good." Rusool Allah (saw) said, "Let him go Umer." Umer (ra) let Umair go, but still Umer (ra) told some of the sahabah outside to be careful and guard Rusool Allah (saw).

Wahab ibn Umair enters and sais, "Good Morning", Rusool Allah (saw) said, "Allah has replaced us with a better greeting than that, Assalam u Alaykum wa rahmatullah." Umair ibn Wahab said, "You havent been using that for long." He meant to say that Rusool Allah (saw) recently changed his traditions and customs otherwise he used to say 'good morning' just like the Quraish. Rusool Allah (saw) asked, "Why did you come?" He said, "I came to ask for the release of my son." His son Wahab was a prisoner of war, that was his cover story. Rusool Allah (saw) said, "Tell me the truth, why did you come?" Umair said affirmed that he came for the release of his son. Rusool Allah (saw) then said, "So, why are you carrying a sword?" He said, "Woe to these swords! They havent done us any good." Rusool Allah (saw) told him, "You are lying, the reason why you came is because you met with Safwan next to Al-Ka'aba and you told him that if it wasn't for the fact that you are in debt and you have children to take care of, you would come and assassinate me. And then Safwan told you, 'I will take care of your debt and your children, if anything happens to you. And then you agreed with Safwan that you will keep this issue secret and you will tell nobody about it."

Umair said, "I testify that you are the messenger of Allah, because no one overheard that conversation between me and Safwan. So only Allah Zaujal could tell you about that conversation." So Wahab ibn Umair became a Muslim, and he went back to Mecca. On his way back Safwan was telling the people of Mecca, "Soon you will hear news that will make you forget what happened in Badr." But them Umair ibn wahab comes back declaring Islam. Safwan said, "I'm never going to speak to him again." Umair ibn Wahab who was a devil of the Quraish then became a dai'a, and instead of persecuting Muslims, he would persecute people who would persecute Muslims. Many people became Muslim through the dawah of Umair ibn Wahab.

**Lessons from the Battle of Badr**

**First:** Victory is from Allah

After victory normally soldiers wil be very proud of their training, their skill, their bravery, Allah Zaujal never ever praised the Muslims for their victory. Look at the ayat that commented on the victory. Allah Zaujal says in ***AL-IMRAN (3:126)***

وَمَا جَعَلَهُ ٱللَّهُ إِلَّا بُشْرَىٰ لَكُمْ وَلِتَطْمَئِنَّ قُلُوبُكُم بِهِۦ ۗ وَمَا ٱلنَّصْرُ إِلَّا مِنْ
عِندِ ٱللَّهِ ٱلْعَزِيزِ ٱلْحَكِيمِ ﴿١٢٦﴾

***And Allah made it not except as [a sign of] good tidings for you and to reassure your hearts thereby. And victory is not except from Allah , the Exalted in Might, the Wise –***

فَلَمْ تَقْتُلُوهُمْ وَلَٰكِنَّ ٱللَّهَ قَتَلَهُمْ ۚ وَمَا رَمَيْتَ إِذْ رَمَيْتَ وَلَٰكِنَّ ٱللَّهَ
رَمَىٰ ۚ

***And you did not kill them, but it was Allah who killed them. And you threw not, [O Muhammad], when you threw, but it was Allah who threw that He might test the believers with a good test.***

So the credit goes to Allah. It was Allah Who made this difficult taks easy for the Muslims. It is very important to remember that whatever victory you achieve in life is because of Allah. Whether you are successful in your business, education, family, or even as a dai'a attribute your success to the One it belongs to and that is Allah.

Don't be like Qarun who said, "I have this wealth because of my knowledge."

Another ayat mistakenly not mentioned is Allah Zaujal says in ***AL-ANFAL (8:26)***

وَٱذْكُرُوٓا۟ إِذْ أَنتُمْ قَلِيلٌ مُّسْتَضْعَفُونَ فِى ٱلْأَرْضِ تَخَافُونَ أَن يَتَخَطَّفَكُمُ
ٱلنَّاسُ فَـَٔاوَىٰكُمْ وَأَيَّدَكُم بِنَصْرِهِۦ وَرَزَقَكُم مِّنَ ٱلطَّيِّبَٰتِ لَعَلَّكُمْ
تَشْكُرُونَ ﴿٢٦﴾

***And remember when you were few and oppressed in the land, fearing that people might abduct you, but He sheltered you, supported you with His victory, and provided you with good things - that you might be grateful.***

Allah reminds the Muslims of their situaion before, that they were few, oppressed and lived in fear of abduction. But Allah sheltered, supported, and provided for them.

**Miracles that occurred in Badr**

- The reducing of number in sight.

- The rain
- The Muslims slept peacefully the night before the battle
- The angels coming down
- Rusool Allah (saw) said that Umaiyya will be killed so his prophecy was fulfilled.
- Okajha had a wooden sword but when Rusool Allah (saw) held it turned into a real sword.
- The killings of the Imams of Kufr, because before the battle Rusool Allah (saw) said that this is where so and so will be killed, and this is where so and so will be killed. These people were killed on the exact spots that were mentioned by Rusool Allah (saw).
- Qatada ibn Numan was hit and one his eye fell out of its socket and was hanging by a nerve. They were about to cut it, but Rusool Allah (saw) told them not to do so. Rusool Allah (saw) held the eye, placed it back in the socket and then wiped it. Qatada said, "That eye became stronger than my other eye."
- Knowing the where bouts of the money of Al-Abbas
- Revealing the assassination plot that Wahab ibn Umair was planning

All of these miracles happened at the time of Badr. It is true that Quran is the miracle of Muhammed (saw). But he had many other miracles. Most of the miracles of Rusool Allah (saw) occurred in the context of Jihad and also most of the 'karamat' of the auliya of Allah Zaujal occur in the context of jihad.

**Second:** Loyalty to Allah, His messenger and the believers, and disassociating oneself from disbelief.

A few examples from Badr; Abu Bakr was on the Muslim side and his son, Abdur Rahman was on the side of the kuffar. Abdur Rahman ibn Abu Bakr said to his father later when he became Muslim, "O my father, I saw you on the day of Badr but I would avoid you, because I didn't want to attack you." Abu Bakr said, "I didn't see you and if I saw you, I would have pursued you and killed you."

So Abu Bakr (ra) was willing to fight his own son for the sake of Allah Zaujal. We also spoke of the story of Hudhaifa and his father Utba. Musab ibn Umair and his brother Abu Aziz; Abu Aziz was a prisoner of war. Musab passed by the Ansar who were holding Abu Aziz, he told them, "Tie his hands fast, tighten the ropes on Abu Aziz, because his mother is wealthy and she will ransom him for you." So SubhanAllah this was the advice that Musab gave to the ones who were holding his brother. Abu Aziz was amazed and said, "Brother! Is this how you treat me?" Musab ibn Umair said, "He is more my brother than you are." Musab was pointing to the Ansar who was holding Abu Aziz and said, "These are my real brothers you are not, these are my brothers because of Islam, and even though you are my blood-brother but your kufr has separated between us."

Another issue was that there were some young men of Quraish who were interested in Islam, and became Muslims. Some of them were sons of the noble families of Quraish. Allah knows best what their intention was. Because we all know the youth usually do things because they want to be different, and unique. Often they want to rebel against the norm. These were wealthy young kids who became Muslim such as Ali bin Umaiya bin Khalaf, Abul Qays bin Al- Waleed bin Mughaira, Abu Qays bin Faqih, Al-harith bin Zama'a, and Al-Aus bin Munnabbih; these were all sons of the wealthy men of Quraish. All these men became Muslim, but they couldn't stand the demands of Islam, the sacrifice that Islam asks from you. These men stayed behind and didn't migrate to Medina. These were spoilt kids; they didn't want to go through the hassle of migrating.  Even if, it was Allah's order for the Muslims to do so. Not only did they stay behind but they joined their fathers and their tribes in the battle of Badr.

Ibn Hisham says, "All of them were killed on the battle of Badr." So the Muslims said: 'Well these were Muslims, probably they didn't want to go out and fight but they are Muslims.'

Lets now think… what do you think their faith is. These men who were killed were Muslims. They accepted the kalima, but they didn't sacrifice enough or didn't go far enough for Islam. They didn't migrate and then they ended up being killed in battle of Badr. Maybe they never shot an arrow towards the Muslims, maybe they never struck a sword, maybe they were there because they had to. What do you think there faith was?

Lets look at what Allah has to say.

Allah Zaujal revealed the ayat of **surah AN-NISA (4:97)**

إِنَّ ٱلَّذِينَ تَوَفَّىٰهُمُ ٱلْمَلَٰٓئِكَةُ ظَالِمِىٓ أَنفُسِهِمْ قَالُوا۟ فِيمَ كُنتُمْ ۖ قَالُوا۟ كُنَّا
مُسْتَضْعَفِينَ فِى ٱلْأَرْضِ ۚ قَالُوٓا۟ أَلَمْ تَكُنْ أَرْضُ ٱللَّهِ وَٰسِعَةً فَتُهَاجِرُوا۟ فِيهَا ۚ
فَأُو۟لَٰٓئِكَ مَأْوَىٰهُمْ جَهَنَّمُ ۖ وَسَآءَتْ مَصِيرًا ﴿٩٧﴾

***Indeed, those whom the angels take [in death] while wronging themselves - [the angels] will say, "In what [condition] were you?" They will say, "We were oppressed in the land." The angels will say, "Was not the earth of Allah spacious [enough] for you to emigrate therein?" For those, their refuge is Hell - and evil it is as a destination.***

Don't play around with Islam,. Don't fool around with it. This is a serious religion and you need to be serious. This religion does not accept half-hearted effort, giving it part-time, or following Islam when it is convenient, and doing otherwise when it isnt. Allah Zaujal has promised you jannah (paradise) but you have to pay a price.

In the tafsir of this ayat by Ibn Kathir, he mentions a few narrations one of them is by Bukhari

*Ibn 'Abbas told me that there were some Muslims who were with the pagans to increase their number against Allah's Apostle (and the Muslim army) so arrows (from the Muslim army) would hit one of them and kill him or a Muslim would strike him (with his sword) and kill him. So Allah revealed: -- (4:97)*

So the Muslims who joined the disbelievers joined the army just to increase their number. They didn't really go out to fight they just went because they had to, like a soldier responding to the call of duty. So while they were in the army an arrow would come killing one and a blow from a sword would kill another that is how they died. These are the ones whom Allah revealed this ayat about.

So their Islam did not benefit them, because they didn't make hijra and joined the army of Quraish. Now we need to think very deeply about this incident, because of the implications of it. You don't want to die and have the angels telling you that your reward is hell-fire.

**Third:** Seeking assistance from Allah. After Rusool Allah (saw) prepared the army, trained them, gave instructions, chose the best location, lined them up after all of that he went aside and started making dua. That is the meaning of tawwaqqul. Tawwaqqul means that you do your best, you exhaust the worldly means and then you depend on Allah Zaujal. Rusool Allah (saw) did his best, in everything that he was capable of doing and after that he started making dua to Allah Zaujal.

So don't think that Allah will give you victory if you sit at home, all comfortable in your couch, and then you raise your hands and ask Allah for victory. You have to stand up and do something. This applies to everything.

Once a couple of men were walking lazily pretending as if they were Az-Zuhaad, Umer bin Khattab saw them and said, "Who are these?" They said, "These are the muttaqqilun (the ones who have tawwaqqul on Allah). Umer (ra) went and beat them with a stick and said, "You know the sky doesn't rain in gold and silver." So you have to go out and work.

Rusool Allah (saw) mentions in the hadith, "If you have the right tawwaqqul on Allah, Allah will provide for you, like he provides for the birds. They leave in the morning hungry and they come back at evening full." The birds didn't stay at home; they went out worked and got their food. So tawwaqqul is that you do your best but you do not depend on your efforts, you do not depend on your intelligence, on your skills, or anything in this world. But you depend on Allah. So we shouldn't do our best and forget to make dua and we shouldn't make dua and forget about doing our best. They both go hand in hand.

This is the end of the events of Badr.

CD#8

We already mentioned the hypocrisy which became exposed after the battle of Badr. There was also another group in Medina which posed threat to the newly formed Islamic state which was lead by Muhammed (saw). This group was the Jews.

When we talk about the history of the Muslim and Jewish relations, with reference to the hadith and ayat of Quran, we are not being anti-Semitic, in fact a good portion of the Muslim ummah are Semitic people to start with. We are not racists; we do not claim ethnic superiority over any ethnic group, these are things Muslims shouldn't do. However we speak about historical truths, and if these historical truths do not abide by the modern rules of political correctness, that isn't our problem. We Muslims are not going to reject the Quran and the Sunnah in favor of rules of political correctness. So what we will mention now, are actual events that happened.

The events that will be mentioned occurred after Rusool Allah (saw) made an agreement, the covenant which governed the relationship between the Muslims, Jews, and the non-Muslim Arabs in Medina. So in the beginning Rusool Allah (saw) was dealing with the Jews as citizens of Medina. Rusool Allah (saw) did not approach them with any hidden agenda or pre-judgment and hatred. Rusool Allah (saw) treated them

as People of the Book who are supposed to be closer to the Muslims than the polytheists. However it was the Jews who started plotting against the Islamic state, it was them, who broke their agreement with Rusool Allah (saw).

There are ayahs in the Quran talking specifically about the Jews. Jews were upset by the arrival of Rusool Allah (saw); this was sensed after the conversation between two leaders of the Jews in Medina; Huyayy ibn Akhtab and Abu Yasir ibn Akhtab.

Safiya (ra) the wife of Rusool Allah (saw) she said, "None of the children of my father or my uncle were more popular with them (her father and uncle, Abu Yasir) both than I was, whatever child of theirs wanted their attention, it was always me they put first. When the Messenger of Allah came to Quba, the village of the Banu Amr bin Awf, my father and my uncle, Abu Yasir, went to him early in the morning and only returned at sunset. So tired out they could scarcely walk, staggering from exhaustion. I raced over to greet them as was my custom, but I swear, neither so much as looked at me; I heard my uncle Abu Yasir ask my father 'Is that he, then?'" (So he was asking is he the one mentioned in their book? Is he the prophet?) He responded, "Yes, I swear by Allah", Abu Yasir said, "You recognize him from his character and description then?" Huyayy said, "I certainly do, in the name of Allah." Abu Yasir says, "So how will you relate to him?" Huyay said, "By Allah, I will be his enemy for as long as I live."

So first he recognizes that Muhammed (saw) is the prophet of Allah, and he is sure that he is. Rather than saying that he is going to follow him, he says that he will be Muhammed's (saw) enemy! Why? Well the reason is clear; it is because of envy and jealousy. The prophet ended up being from the Arabs, rather than the Jews. This envy leads to disbelief. Here we are dealing with the worst type of kufr, and that is disbelieving in the truth when you know that it is the truth. Some people disbelieve because they don't think that Islam is true. They think this is all made up. Then you have some people who know Islam is the truth, nevertheless they still reject it. This was the case with Huyay bin Akhtab.

The Jews would attempt to disunite the Muslims. Ibn Ishaq said, an old Jewish man, Shas bin Qais, was deep in kufr, and he had so much hatred of the Muslims. He saw that Al-Aus and Al-khazraj are united; he saw that they would sit together in the same gathering. Before Islam these two tribes hated each other. They were enemies of each other. Later because of Islam they united. This Jewish man wasn't very happy to see this he said, "The Aus and khazraj are united in this land, in the name of Allah, we have no place here as long as they are united. Our survival as Jews in Medina is based on the disunity of the Arabs, and as long as they are united we are at risk." So he tells this young Jewish man who was sitting in that gathering to start reminding them about their days of war, to bring up the battle of Bu'ath, and other battles, and to recite sarcastic verses, which they would use against each other, to instigate a fight among them.

This young man did this; he started to talk about pre-islamic events of the two parties. Slowly he was able to create an unpleasant atmosphere there. Chaos was created and they eventually stood up and challenged each other to fight. They agreed to meet at such and such place for battle. So war was about to start all over again. See how words can cause so much fitnah. That is why Allah Zaujal says in ***AL-ISRA (17:53)***

وَقُل لِّعِبَادِي يَقُولُوا۟ ٱلَّتِي هِيَ أَحْسَنُ ۚ إِنَّ ٱلشَّيْطَٰنَ يَنزَغُ بَيْنَهُمْ ۚ
إِنَّ ٱلشَّيْطَٰنَ كَانَ لِلْإِنسَٰنِ عَدُوًّا مُّبِينًا ﴿٥٣﴾

***And tell My servants to say that which is best. Indeed, Satan induces [dissension] among them. Indeed Satan is ever, to mankind, a clear enemy.***

Allah asks us to say good words to each other, because Shaitan is there to disunite them. So Muslims should be very careful about what they say.

Anyway the news of the battle between Aus and Khazraj reached Rusool Allah (saw). Rusool Allah (saw) rushed forward and said, “O Muslims fear Allah! Are you to resume the enmity of ignorance, when I am still among you? After Allah has guided you to believe in Islam and submit to Him. Did you forget Allah’s blessing as he has saved you from ignorance and disbelief and planted love and friendliness in your hearts instead of hostility?” So he was asking them if they are going to bring back jahiliya, the pre-islamic times while Muhammed (saw) was with them. Rusool Allah (saw) reminded them that this untiy among Muslims was a favor from Allah. Don’t turn your backs on it. Allah created love among them.

SubhanAllah these words of Rusool Allah (saw) had so much effect on them, they started hugging each other. A while ago they were all getting ready for war, and after Rusool Allah’s (saw) words, they were hugging each other, and asking each other for forgiveness. Allah Zaujal says in ***AL-IMRAN (3:98) (3:99)(3:100) (3:101)(3:102)(3:103)(3:104)(3:105)***

قُلْ يَٰٓأَهْلَ ٱلْكِتَٰبِ لِمَ تَكْفُرُونَ بِـَٔايَٰتِ ٱللَّهِ وَٱللَّهُ شَهِيدٌ
عَلَىٰ مَا تَعْمَلُونَ ٩٨

***Say, "O People of the Scripture, why do you disbelieve in the verses of Allah while Allah is Witness over what you do?"***

قُلْ يَٰٓأَهْلَ ٱلْكِتَٰبِ لِمَ تَصُدُّونَ عَن سَبِيلِ ٱللَّهِ مَنْ ءَامَنَ تَبْغُونَهَا عِوَجًا
وَأَنتُمْ شُهَدَآءُ ۗ وَمَا ٱللَّهُ بِغَٰفِلٍ عَمَّا تَعْمَلُونَ ٩٩

***Say, "O People of the Scripture, why do you avert from the way of Allah those who believe, seeking to make it [seem] deviant, while you are witnesses [to the truth]? And Allah is not unaware of what you do."***

يَٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوٓا۟ إِن تُطِيعُوا۟ فَرِيقًا مِّنَ ٱلَّذِينَ أُوتُوا۟ ٱلْكِتَٰبَ يَرُدُّوكُم
بَعْدَ إِيمَٰنِكُمْ كَٰفِرِينَ ١٠٠

***O you who have believed, if you obey a party of those who were given the Scripture, they would turn you back, after your belief, [to being] unbelievers.***

So Allah Zaujal says there is only one result of following the People of the Book, and that is that they will revert you back to disbelief. So this is a warning to the Muslims. Following the People of the Book is a one way road.

وَكَيْفَ تَكْفُرُونَ وَأَنتُمْ تُتْلَىٰ عَلَيْكُمْ ءَايَٰتُ ٱللَّهِ وَفِيكُمْ
رَسُولُهُۥ ۗ وَمَن يَعْتَصِم بِٱللَّهِ فَقَدْ هُدِىَ إِلَىٰ صِرَٰطٍ مُّسْتَقِيمٍ ﴿١٠١﴾

***And how could you disbelieve while to you are being recited the verses of Allah and among you is His Messenger? And whoever holds firmly to Allah has [indeed] been guided to a straight path.***

يَٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوا۟ ٱتَّقُوا۟ ٱللَّهَ حَقَّ تُقَاتِهِۦ وَلَا تَمُوتُنَّ إِلَّا وَأَنتُم مُّسْلِمُونَ

***O you who have believed, fear Allah as He should be feared and do not die except as Muslims [in submission to Him].***

وَٱعْتَصِمُوا۟ بِحَبْلِ ٱللَّهِ جَمِيعًا وَلَا تَفَرَّقُوا۟ ۚ وَٱذْكُرُوا۟ نِعْمَتَ ٱللَّهِ عَلَيْكُمْ إِذْ
كُنتُمْ أَعْدَآءً فَأَلَّفَ بَيْنَ قُلُوبِكُمْ فَأَصْبَحْتُم بِنِعْمَتِهِۦٓ إِخْوَٰنًا وَكُنتُمْ عَلَىٰ
شَفَا حُفْرَةٍ مِّنَ ٱلنَّارِ فَأَنقَذَكُم مِّنْهَا ۗ كَذَٰلِكَ يُبَيِّنُ ٱللَّهُ لَكُمْ ءَايَٰتِهِۦ لَعَلَّكُمْ
تَهْتَدُونَ ﴿١٠٣﴾

***And hold firmly to the rope of Allah all together and do not become divided. And remember the favor of Allah upon you - when you were enemies and He brought your hearts together and you became, by His favor, brothers. And you were on the edge of a pit of the Fire, and He saved you from it. Thus does Allah make clear to you His verses that you may be guided.***

So Allah asks in ayat 103, the Muslims to be united. He tells them not to me divided, like how Shas bin Qais tried to do. Allah reminds them of their time of Jaahiliya (Ignorance).

وَلْتَكُن مِّنكُمْ أُمَّةٌ يَدْعُونَ إِلَى ٱلْخَيْرِ وَيَأْمُرُونَ بِٱلْمَعْرُوفِ وَيَنْهَوْنَ عَنِ
ٱلْمُنكَرِ ۚ وَأُو۟لَٰٓئِكَ هُمُ ٱلْمُفْلِحُونَ ﴿١٠٤﴾

***And let there be [arising] from you a nation inviting to [all that is] good, enjoining what is right and forbidding what is wrong, and those will be the successful.***

وَلَا تَكُونُوا۟ كَٱلَّذِينَ تَفَرَّقُوا۟ وَٱخْتَلَفُوا۟ مِنۢ بَعْدِ مَا جَآءَهُمُ ٱلْبَيِّنَٰتُ ۚ
وَأُو۟لَٰٓئِكَ لَهُمْ عَذَابٌ عَظِيمٌ ﴿١٠٥﴾

***And do not be like the ones who became divided and differed after the clear proofs had come to them. And those will have a great punishment.***

These were some of the verses which are talking about the Jews. Allah also revealed ayat, discussing another problem from the Jews and that was blasphemy. They would speak ill about Rusool Allah (saw), the Muslims, Islam and Allah Zaujal. An ayah was revealed after a conversation between Abu Bakr and a rabbi of the Jews, Finhas. Abu Bakr Siddiq (ra) was giving him da'wah (invitation to islam) so Finhas responded by saying, "Your God is poor and we are rich. How can He ask you to give charity, if your God is rich, he wouldn't be asking them to give him money? That proves that He is in need and we are rich and He needs us." Abu Bakr Siddiq was quite upset with those words, and started to punch him in the face. Finhas rushes to Rusool Allah (saw) to complain about what Abu Bakr did. Rusool Allah (saw) asked Abu Bakr (ra) why he hit Finhas. Abu Bakr told Rusool Allah (saw) what he said. Finhas denied that he said that so Allah Zaujal reavealed ayat saying ***AL-IMRAN (3:181) (3:182)***

لَّقَدْ سَمِعَ ٱللَّهُ قَوْلَ ٱلَّذِينَ قَالُوٓا۟ إِنَّ ٱللَّهَ فَقِيرٌ
وَنَحْنُ أَغْنِيَآءُ ۘ سَنَكْتُبُ مَا قَالُوا۟ وَقَتْلَهُمُ ٱلْأَنۢبِيَآءَ بِغَيْرِ حَقٍّ وَنَقُولُ
ذُوقُوا۟ عَذَابَ ٱلْحَرِيقِ ﴿١٨١﴾

***Allah has certainly heard the statement of those [Jews] who said, "Indeed, Allah is poor, while we are rich." We will record what they said and their killing of the prophets without right and will say, "Taste the punishment of the Burning Fire.***

ذَٰلِكَ بِمَا قَدَّمَتْ أَيْدِيكُمْ وَأَنَّ ٱللَّهَ لَيْسَ بِظَلَّامٍ لِّلْعَبِيدِ ﴿١٨٢﴾

***That is for what your hands have put forth and because Allah is not ever unjust to [His] servants."***

The Jews would speak ill about the Muslims so Allah Zaujal said in ***AL-IMRAN (3:186)***

۞ لَتُبْلَوُنَّ فِىٓ أَمْوَٰلِكُمْ وَأَنفُسِكُمْ وَلَتَسْمَعُنَّ مِنَ ٱلَّذِينَ أُوتُوا۟ ٱلْكِتَٰبَ مِن
قَبْلِكُمْ وَمِنَ ٱلَّذِينَ أَشْرَكُوٓا۟ أَذًى كَثِيرًا ۚ وَإِن تَصْبِرُوا۟ وَتَتَّقُوا۟ فَإِنَّ ذَٰلِكَ
مِنْ عَزْمِ ٱلْأُمُورِ ﴿١٨٦﴾

***You will surely be tested in your possessions and in yourselves. And you will surely hear from those who were given the Scripture before you and from those who associate others with Allah much abuse. But if you are patient and fear Allah - indeed, that is of the matters [worthy] of determination.***

So Allah Zaujal is telling the Muslims, this is expected, they will make negative statements about Muslims, their newspapers will write blasphemous things about you, and their media will accuse you of

things that are not true. But then Allah tells us that their propaganda will not affect Islam and Muslims if the Muslims are patient and have taqwa. Because truth remains and lies vanish.

Jews were disrespectful to Rusool Allah (saw), they came to him once and said, 'Assam u Alayka yaa Rusool Allah', now this sounds very similar to 'Assalam u Alayka', but they picked out the 'l' and would say saam instead of salaam. 'Asaam u Alayka' meant 'May death fall upon you.' Aisha (ra) was very upset when she heard this, she started saying, Asaam u Alaykum, you sons of monkeys, pigs … she was cursing. Rusool Allah (saw) said, "Don't say that, O Aisha, because Allah Zaujal doesn't like foul language." And then Allah Zaujal revealed the ayat in ***AL-MUJADILA (58:8)***

أَلَمْ تَرَ إِلَى ٱلَّذِينَ نُهُوا۟ عَنِ ٱلنَّجْوَىٰ ثُمَّ يَعُودُونَ لِمَا نُهُوا۟ عَنْهُ وَيَتَنَٰجَوْنَ
بِٱلْإِثْمِ وَٱلْعُدْوَٰنِ وَمَعْصِيَتِ ٱلرَّسُولِ وَإِذَا جَآءُوكَ حَيَّوْكَ بِمَا لَمْ
يُحَيِّكَ بِهِ ٱللَّهُ وَيَقُولُونَ فِىٓ أَنفُسِهِمْ لَوْلَا يُعَذِّبُنَا ٱللَّهُ بِمَا نَقُولُ ۚ
حَسْبُهُمْ جَهَنَّمُ يَصْلَوْنَهَا ۖ فَبِئْسَ ٱلْمَصِيرُ ﴿٨﴾

***Have you not considered those who were forbidden from private conversation, then they return to that which they were forbidden and converse among themselves about sin and aggression and disobedience to the Messenger? And when they come to you, they greet you with that [word] by which Allah does not greet you and say among themselves, "Why does Allah not punish us for what we say?" Sufficient for them is Hell, which they will [enter to] burn, and wretched is the destination.***

So Allah tells us that the Jews would talk among themselves and say, "Why does Allah not punish us for what we say?" So they would then conclude that Muhammed (saw) isnt really the messenger of Allah. Allah said that the Hell fire is a sufficient punishment for them.

The Jews were also supportive to the hypocrites. The jews were the spiritual advisors to the hypocrites. Allah Zaujal says in ***AL-BAQARAH (2:14)***

وَإِذَا لَقُوا۟ ٱلَّذِينَ ءَامَنُوا۟ قَالُوٓا۟ ءَامَنَّا وَإِذَا خَلَوْا۟ إِلَىٰ شَيَٰطِينِهِمْ قَالُوٓا۟
إِنَّا مَعَكُمْ إِنَّمَا نَحْنُ مُسْتَهْزِءُونَ ﴿١٤﴾

***And when they meet those who believe, they say, "We believe"; but when they are alone with their evil ones, they say, "Indeed, we are with you; we were only mockers."***

The 'evil ones' referred to are the Jews, who the hypocrites used to go to.

Allah Zaujal says in ***MUHAMMED (47:25)*** about the munafiqeen (hypocrites)

إِنَّ ٱلَّذِينَ ٱرْتَدُّوا۟ عَلَىٰٓ أَدْبَٰرِهِم مِّنۢ بَعْدِ مَا تَبَيَّنَ لَهُمُ ٱلْهُدَى ٱلشَّيْطَٰنُ
سَوَّلَ لَهُمْ وَأَمْلَىٰ لَهُمْ ﴿٢٥﴾

***Indeed, those who reverted back [to disbelief] after guidance had become clear to them - Satan enticed them and prolonged hope for them.***

ذَٰلِكَ بِأَنَّهُمْ قَالُوا۟ لِلَّذِينَ كَرِهُوا۟ مَا نَزَّلَ ٱللَّهُ سَنُطِيعُكُمْ فِى بَعْضِ ٱلْأَمْرِ ۖ
وَٱللَّهُ يَعْلَمُ إِسْرَارَهُمْ ﴿٢٦﴾

***That is because they said to those who disliked what Allah sent down, "We will obey you in part of the matter." And Allah knows what they conceal.***

In ayat (47:26) 'those' is referring to the Jews. So Allah Zaujal is saying if even if you agree to a small thing in part of the matter NOT all of it, then that is sufficient to classify someone as a disbeliever. So we Muslims need to be very careful about this matter. Not to become a prey by the Jews and the Christians. Allah Zaujal says in ***AL-MUJADILAH (58:14) (58:15)***

۞ أَلَمْ تَرَ إِلَى ٱلَّذِينَ تَوَلَّوْا۟ قَوْمًا غَضِبَ ٱللَّهُ عَلَيْهِم مَّا هُم مِّنكُمْ وَلَا مِنْهُمْ
وَيَحْلِفُونَ عَلَى ٱلْكَذِبِ وَهُمْ يَعْلَمُونَ ﴿١٤﴾

***Have you not considered those who make allies of a people with whom Allah has become angry? They are neither of you nor of them, and they swear to untruth while they know [they are lying].***

The people whom Allah is angry with are the Jews, as it is also said in sirah Fatihah.

أَعَدَّ ٱللَّهُ لَهُمْ عَذَابًا شَدِيدًا ۖ إِنَّهُمْ سَآءَ مَا كَانُوا۟ يَعْمَلُونَ ﴿١٥﴾

***Allah has prepared for them a severe punishment. Indeed, it was evil that they were doing.***

ٱتَّخَذُوٓا۟ أَيْمَٰنَهُمْ جُنَّةً فَصَدُّوا۟ عَن سَبِيلِ ٱللَّهِ فَلَهُمْ عَذَابٌ مُّهِينٌ ﴿١٦﴾

***They took their [false] oaths as a cover, so they averted [people] from the way of Allah , and for them is a humiliating punishment.***

Another thing that the Jews were doing in Medina, is that they were trying to prevent people from becoming Muslim, when Abdullah bin Salam became Muslim, they started accusing him of being a liar, accusing of being unfaithful to his religion. They did not only do that to the Jews like Abdullah bin Salam, but also the Arabs who would become Muslim.

Obviously all of this lead to a confrontation between the Muslims and the Jews. After the battle of

Badr, Rusool Allah (saw) went to the Jews of Banu Qunaiqa, who were the closest to the Muslims in terms of location. He spoke to them and said, "O Jews beware of Allah afflicting you as He did Quraish and so accept Islam. You will know that I am a prophet sent with a mission. You find that to be so in your Book and in Allah's pact with you." Rusool Allah (saw) was telling them to take heed from how Allah humiliated the Quraish. Rusool Allah (saw) went to warn them, because of all the fitnah they were creating.

There response was, "Muhammed, do you think we are your people? Don't delude yourself. Just because you did battle with those who lacked knowledge of warfare and so you could take advantage of them, if you fight against us, you'll find us to be the real men."

Allah Zaujal said in ***AL-IMRAN (3:12) (3:13)***

قُل لِّلَّذِينَ كَفَرُوا۟ سَتُغْلَبُونَ وَتُحْشَرُونَ إِلَىٰ جَهَنَّمَ ۚ وَبِئْسَ ٱلْمِهَادُ ﴿١٢﴾

***Say to those who disbelieve, "You will be overcome and gathered together to Hell, and wretched is the resting place."***

قَدْ كَانَ لَكُمْ ءَايَةٌ فِى فِئَتَيْنِ ٱلْتَقَتَا ۖ فِئَةٌ تُقَـٰتِلُ فِى سَبِيلِ ٱللَّهِ
وَأُخْرَىٰ كَافِرَةٌ يَرَوْنَهُم مِّثْلَيْهِمْ رَأْىَ ٱلْعَيْنِ ۚ وَٱللَّهُ يُؤَيِّدُ بِنَصْرِهِۦ مَن
يَشَآءُ ۗ إِنَّ فِى ذَٰلِكَ لَعِبْرَةً لِّأُو۟لِى ٱلْأَبْصَـٰرِ ﴿١٣﴾

***Already there has been for you a sign in the two armies which met - one fighting in the cause of Allah and another of disbelievers. They saw them [to be] twice their [own] number by [their] eyesight. But Allah supports with His victory whom He wills. Indeed in that is a lesson for those of vision.***

So what happened in the Battle of Badr was a lesson, which only people of vision can understand.

One day (after the Battle of Badr), a Muslim woman went to the marketplace. We already know that the jewellery market was controlled by the Jews. So this Muslim woman went to sell or trade some jewellery that she had. She sits next to this store on the floor, and gives it to the Jewish owner of the store. Some Jews gathered and they asked her to uncover her face. She refused to them. The owner of this store goes behind her without her knowing and he pins the bottom of her dress to her back. She couldn't feel he did that because she was sitting so the bottom of her dress was spread on the ground. But when she stood up part of her body was exposed. This woman screamed. A Muslim who was there saw what happened; he attacked the Jew and killed him. The Jews ganged up against the Muslim and killed him.

This news was delivered to Rusool Allah (saw) immediately. Rusool Allah (saw) called the army and laid siege to their forts immediately. Rusool Allah (saw) laid siege to their forts for 15 days. These Jews who were bragging about their skills, and training compared to the Quraish were then shaking in their forts and were willing to surrender.

Abdullah ibn Ubayy, who was the ally of the Jews in Jaahiliya, goes to Rusool Allah (saw) and tries to appeal for his allies. Obada bin Samit was also their ally. Both Adullah bin Ubayy and Ubada bin Samit were the allies of Banu Qaynuqa. They both went to Rusool Allah (saw).

Obada bin Samit was a good Muslim; he goes to Rusool Allah (saw) and says, "Messenger of Allah, my only loyalty is to Allah, His messenger and the believers. I renounce the alliance with those unbelievers and I am giving them no support, whatsoever." So Ubada did this, on his own initiative.

While Abdullah bin Ubayy goes to Rusool Allah (saw) and said, "Be good to my allies!" Rusool Allah (saw) does not respond to him. Abdullah bin Ubayy goes to Rusool Allah (saw) the second time and says, "Be good to my allies!" Rusool Allah (saw) does not respond back. So Abdullah bin Ubayy puts his hand in Rusool Allah's (saw) pocket and pulls him. Abdullah refused to let Rusool Allah (saw) go and said, "Be good to my allies." Rusool Allah (saw) said, "Let me go!" the narrator of this hadith said that the face of Rusool Allah (saw) became angry, and said, "Woe to you! Let me go!" Abdullah bin Ubayy made his grip tighter and said, "I will not let you go, until you are good to my allies. They are 700 fighters who protected me against all my enemies and now you want to mow them down in one morning! I am a man who fears the turns of fortune." Rusool Allah (saw) told him, "They are yours, they are yours." Rusool Allah (saw) let them free.

So the people of Banu Qaynuqa were set free, they were allowed to leave. The one who would administer their travelling was Obada bin Samit; they travelled to Ash-Sham (Syria). Their money was taken as booty of war; it was distributed among the Muslims. Some ayat were revealed regarding Abdullah bin Ubayy and Obada bin Samit; because they showed the difference in loyalty to their alliance to the Jews. Allah Zaujal says in ***AL-MAADIAH (5:51)(5:52)***

۞ يَٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوا۟ لَا تَتَّخِذُوا۟ ٱلْيَهُودَ وَٱلنَّصَٰرَىٰٓ أَوْلِيَآءَ ۘ بَعْضُهُمْ
أَوْلِيَآءُ بَعْضٍ ۚ وَمَن يَتَوَلَّهُم مِّنكُمْ فَإِنَّهُۥ مِنْهُمْ ۗ إِنَّ ٱللَّهَ لَا يَهْدِى ٱلْقَوْمَ
ٱلظَّٰلِمِينَ ﴿٥١﴾

***O you who have believed, do not take the Jews and the Christians as allies. They are [in fact] allies of one another. And whoever is an ally to them among you - then indeed, he is [one] of them. Indeed, Allah guides not the wrongdoing people.***

فَتَرَى ٱلَّذِينَ فِى قُلُوبِهِم مَّرَضٌ يُسَٰرِعُونَ فِيهِمْ يَقُولُونَ نَخْشَىٰٓ أَن
تُصِيبَنَا دَآئِرَةٌ ۚ فَعَسَى ٱللَّهُ أَن يَأْتِىَ بِٱلْفَتْحِ أَوْ أَمْرٍ مِّنْ عِندِهِۦ فَيُصْبِحُوا۟
عَلَىٰ مَآ أَسَرُّوا۟ فِىٓ أَنفُسِهِمْ نَٰدِمِينَ ﴿٥٢﴾

***So you see those in whose hearts is disease hastening into [association with] them, saying, "We are afraid a misfortune may strike us." But perhaps Allah will bring conquest or a decision from Him, and they will become, over what they have been concealing within themselves, regretful.***

Verse (5:52) is talking about Abdullah bin Ubayy, he was worried that a disaster might befall him if his alliance with the Jews is revoked. Somehow he thought that his protection lies with the Jews. Abdullah bin Ubayy did not have tawakkul on Allah Zaujal.

In the rest of the verse Allah says that He will give the believers victory, and that the believers will win against the allies that you think are protecting you. Allah goes on to say in *(5:53)(5:54)*

وَيَقُولُ ٱلَّذِينَ ءَامَنُوٓا۟ أَهَٰٓؤُلَآءِ ٱلَّذِينَ أَقْسَمُوا۟ بِٱللَّهِ جَهْدَ
أَيْمَٰنِهِمْ ۙ إِنَّهُمْ لَمَعَكُمْ ۚ حَبِطَتْ أَعْمَٰلُهُمْ فَأَصْبَحُوا۟ خَٰسِرِينَ
٥٣

***And those who believe will say, "Are these the ones who swore by Allah their strongest oaths that indeed they were with you?" Their deeds have become worthless, and they have become losers.***

يَٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوا۟ مَن يَرْتَدَّ مِنكُمْ عَن دِينِهِۦ فَسَوْفَ يَأْتِى ٱللَّهُ بِقَوْمٍ
يُحِبُّهُمْ وَيُحِبُّونَهُۥٓ أَذِلَّةٍ عَلَى ٱلْمُؤْمِنِينَ أَعِزَّةٍ عَلَى ٱلْكَٰفِرِينَ يُجَٰهِدُونَ
فِى سَبِيلِ ٱللَّهِ وَلَا يَخَافُونَ لَوْمَةَ لَآئِمٍ ۚ ذَٰلِكَ فَضْلُ ٱللَّهِ يُؤْتِيهِ مَن
يَشَآءُ ۚ وَٱللَّهُ وَٰسِعٌ عَلِيمٌ ٥٤

***O you who have believed, whoever of you should revert from his religion - Allah will bring forth [in place of them] a people He will love and who will love Him [who are] humble toward the believers, powerful against the disbelievers; they strive in the cause of Allah and do not fear the blame of a critic. That is the favor of Allah ; He bestows it upon whom He wills. And Allah is all-Encompassing and Knowing.***

Verse (5:54) contains the attributes of the victorious party.

1. Allah loves them
2. They love Allah
3. Humble towards the believers
4. Powerful against the disbelievers
5. Strive in the path of Allah
6. They do not fear the blame of critics

So the victorious party will not care about what the media will say about them, or what the disbelievers, or anyone else say about them. As long as what they do pleases Allah Zaujal then that is enough. Allah says in *(5:55)(5:56)*

إِنَّمَا وَلِيُّكُمُ ٱللَّهُ وَرَسُولُهُۥ وَٱلَّذِينَ ءَامَنُوا۟ ٱلَّذِينَ يُقِيمُونَ ٱلصَّلَوٰةَ
وَيُؤْتُونَ ٱلزَّكَوٰةَ وَهُمْ رَٰكِعُونَ ٥٥

***Your ally is none but Allah and [therefore] His Messenger and those who have believed - those who establish prayer and give zakah, and they bow [in worship].***

وَمَن يَتَوَلَّ ٱللَّهَ وَرَسُولَهُۥ وَٱلَّذِينَ ءَامَنُوا۟ فَإِنَّ حِزْبَ ٱللَّهِ هُمُ ٱلْغَٰلِبُونَ ٥٦

***And whoever is an ally of Allah and His Messenger and those who have believed - indeed, the party of Allah - they will be the predominant.***

See Ubada bin Samit was approached by Abdullah bin Ubayy, he said to Ubada, "How are you going to revoke your alliance with these people who have helped you on such and such day…" Ubada said, "Now hearts are different and Islam has erased all of the former alliances and you are holding on to something you will see that it is wrong tomorrow." So Ubada was telling Abdullah to give up his thoughts because soon he will realize that he has taken the wrong path. Allah confirmed what Ubada said, in the mentioned ayat; that if our loyalty goes to Allah and His Messenger and the believers, then they are the ones who will be victorious in the end.

There was a woman called Asma bint Marwan, she was gathering people to fight aganst the Muslims. Asma would spread lies about the Muslims, so a man called Umair Al-Hatami killed her. This man goes to Rusool Allah (saw) and said, "Is that what I did wrong?" Rusool Allah (saw) told him, "You have assissted Allah and His Messenger, O Umair. This thing that you did, no two rounds will butthead over." Meaning that this is a mission in which there should be no dispute about.

Abu Afq Al-Yahudi, was a Jewish man who also would inspire others to fight against the Muslims. Rusool Allah (saw) said, "Who will rid us of Abu Afq?" Abu Afq was assassinated by the Muslims.

The most famous assassinations of all was that of Kaab ibn Al-Ashraf. Kaab's father was an Arab. He got married to a Jewish woman from Banu Nadhir. Kaab thus became a Jew. Kaab was a wealthy man, he was very eloquent and a good poet. He was respected among the Arabs. Kaab ibn Al-Ashraf was leading a media campaign against the Muslims; he was very active in his animosity towards Islam.

After the Battle of Badr, he lamented the battle in form of poetry, in which he expresses his sorrow for the people of Quraish; saying that if this is what happened to the noble men of Quraish then it is better to die. Kaab also made poetry against Rusool Allah (saw) and the Muslims, and would spread the poetry all over the place. Like after Badr, he went to Mecca and spent time with the people of the Quraish, to give his condolences and inspiring them to fight back.

Kaab ibn Al-Ashraf's poetry would discuss things not tolerable, like he started describing Muslim women and their beauty, he would mention names. For Muslims, the sanctity of Muslim women is highly protected and they have much honour for their women. It is considered very evil among Muslims to violate the privacy of a Muslim woman... Rusool Allah (saw) said, "Who will rid us from Kaab ibn Al-Ashraf because he has harmed Allah and His messenger." This was so bad that Rusool Allah (saw) wanted this man to be assassinated.

Ibn Ishaq said, "He then returned to Medina, where he composed verses that were suggestive about the Muslim women and criticized the prophet of Allah and His followers." Musa bin Uqba said, "He harmed the Messenger of Allah by ridiculing him in verses." So Kaab's war was a verbal war.

Hassan bin Sabit, the poet of Rusool Allah (saw) was fighting back. Now you might wonder, what is the big deal about poetry? Well at that time poetry was the media of the day. Poetry for the Arabs was how

the news was conveyed, how history was written. This poetry was then handed down from one generation to another, it was an oral tradition. The Arabs were not literate. A one line poetry could honour a man or a tribe and one line of poetry could dishonour a man or a tribe. For example there was this tribe, Numair whose reputation was wrecked due to one line of poetry against them.

Poetry then could be fact or fiction but there was no way people know that the information was true or not. That is the case of media today; people believe whatever it tells them, media can ruin a reputation thus majorly affects the minds of people. So Kaab ibn Al-Asharaf was fighting a media war against Rusool Allah (saw).

Muhammed ibn Muslama was an Ansar who volunteered to kill Kaab. So Rusool Allah (saw) assigns to him this mission. Muhammed ibn Muslama goes to Kaab bin Al-Ashraf alone and he says, “This man’s arrival among us was a disaster, the Arabs became hostile to us and united against us. They have cut of our roots, so that our young are deprived and scared. We and our families are suffering greatly.” Muhammed was talking about Muhammed (saw). This was how Muhammed ibn Muslama tried to win over the trust of Kaab ibn Al-Ashraf. Kaab ibn Al-Ashraf said, “I am Al-Ashraf’s son, didn’t I tell you that things would turn out this way?” So Abu Naila said, “What I wanted was for you to sell us some food for which we would give you security, because we are in need of food.” So Kaab ibn Al-Ashraf said, “You pledge your women as a security.” They said no, “We can’t hand over our women to you, when you are such a handsome man.” Kaab then asked them to pledge their sons; they again denied and said, “How can we mortgage our sons to you? Later they would be abused by the people's saying that so and so has been mortgaged for a camel load of food. That would cause us great disgrace.” So Kaab ibn Al-Ashraf said, “Then what do you want to pledge?” They said, “We will give our arms.” Weapons are expensive, so that was a good deal. Muhammed bin Muslama and Abu Naila said this because they didn’t want Kaab bin Al-Ashraf to be suspicious when they bring their weapons. This was all part of the plot.

So they go back and arrange a team of five men and they visit Kaab ibn Al-Ashraf at night at the appointed time, to deliver their weapons and receive the food. Kaab heard the calling of Abu Naila, Abu Naila was the brother of Kaab ibn Al-Ashraf from nursing.

In Islam when a woman nurses two children, then the children are considered as brothers because of breast-feeding. So Abu Naila calls Kaab at night, apparently Kaab had just gotten married, when he stood up to respond to their call his wife said to him, “Where are you going at this late hour of the night.” He said, “This is my brother Abu Naila calling me.” She said, “I can hear blood dripping from his voice.” He said, “This is my brother Abu Naila, and if a man is called to stabbing he should respond.” Kaab meant that even if there is some intention of killing someone, even then a man should respond to that call. But Kaab wasn’t suspicious. Kaab trusted Abu Naila because of the blood relation they had and also because he thought that Abu Naila and Muhammed ibn Musalma were allied with him against Muhammed (saw).

So Kaab goes down and they talk to him for sometime and then they asked Kaab, “How about we go and take a walk in Shaybul Ajoos”, he agreed. So they wanted to take him away from the fort he was living in. Kaab was in a state of war with the Muslims, so he had guards and protection. Abu Naila or Muhammed ibn Muslama depending on the narration puts his hand in the hair of Kaab. He asked Kaab, “What is this beautiful smell coming form you?” Kaab responded that he was with this woman who had this scent on, so anyway Muhammed bin Musalama asked if he could smell it. Kaab said, “Sure.” Muhammed ibn Muslama grabbed Kaab’s hair to smell the scent and Muhammed already agreed that he would give his men a signal, of when to attack. After they walked for a while, Muhammed ibn Muslama asked if he could smell it again and Kaab said, “Go ahead.” This time he grabbed his head and said, “Attack him.” The team started stabbing him with their swords, but apparently Kaab had armor on, so they were not able to kill him. Kaab was screaming very loud and suddenly the lights of the place started lighting up in the fortresses. Muhammed ibn Muslama said, “I had a knife with me and I stabbed him in his lower abdomen and I cut his abdomen open until he fell down and when we realized that the man would die then we left.”

One of them got stabbed by mistake by one of their swords, so while the Muslims were rushing away because they knew that people had awakened because of Kaab's screams, the man who was stabbed was losing a lot of blood and was getting weaker, so they had to carry him. Rusool Allah (saw) met them in the outskirts of Medina and then he immediately placed his hand on the injury and it was healed.

**Lessons from Banu Qaynuqa**

- The messenger of Allah waged war against Banu Qaynuqa for the sake of one Muslim woman; to defend her. This tells you how important it is to protect the rights of Muslim women. And now in the World of today, when there are so many calls of women around the World and no one responds that shows that there are no men left. Because a Muslim man will jump to the defense of his sister. This is what Rusool Allah (saw) did, and what the khulafaa did following Rusool Allah's (saw) sunnat. Like the Khalifa of Banu Abbas, Al Mutasim. When one woman would call for help, he would respond by sending an army to fight the superpower of that time, the Roman Empire.

  And part of the reason why Kaab ibn Al-Ashraf was assassinated, was because he spoke disrespectfully about some women in his poetry.

**Lessons form the assassination of Kaab ibn Al-Ashraf**

- The sahabah took their work seriously. After Muhammed bin Muslama volunteered to kill Kaab bin Al-Ashraf, till three days after that Muhammed bin Muslama lost his appetite and was barely eating. That news was delivered to Rusool Allah (saw) calls him and said, "Muhammed ibn Muslama, what happened?" Muhammed said, "Oh Messenger of Allah, I had given my word, and I'm worried that I wouldn't be able to fulfill it."

  So Muhammed was worried that he could fail in his mission. He was worried, whether he would succeed, whether his plan was good enough or not. Muhammed ibn Muslama couldn't eat for three days! Not because he was afraid of dying but because he wanted to make sure that he fulfills his pledge to Rusool Allah (saw). This shows how seriously the sahabah took their word seriously, if they gave their word they had to fulfill it. Now we throw our words right and left, we don't worry about them or we even forget about them. Making promises is taken very lightly now. Muhammed ibn Muslamah could not eat, drink or sleep. Rusool Allah (saw) told him: You do your best that is what Allah holds people accountable for whether they did their best or not. As long as you do your best Allah Zaujal will accept your deeds. You are not responsible for the outcome of the mission; you are responsible to do your best.

  This is a lesson for us, we should do our best. We should try to achieve perfection in anything that we do… this is very important for Muslims today because as I said, we take our words very lightly. It is a sign of a munafiq to make a promise that he doesn't fulfill.

- Muhammed ibn Muslama had said, "Then allow me to speak about you." Rusool Allah (saw) said, "Go ahead." Muhammed ibn Muslamah felt that in order for his mission to succeed, he would have to speak against Rusool Allah (saw) and that was sanctioned by Rusool Allah (saw).

  This tells us that if Muhammed ibn Muslamah was allowed to say things that are kufr, in order for his mission to succeed then a Muslim is allowed to do things that are less than kufr. For example if a Muslim spy is among the enemy's army, then how will he pray? So some scholars say that if he cannot pray standing then he should pray sitting and if he cannot pray sitting then he can pray moving his finger. If not even that then he can pray with moving his eyes.

So Muhammed ibn Muslamah spoke words that were kufr, he spoke ill of Prophet (saw) but that was allowed. This tells us that there are some special rulings for military operations. If a mission depends on a person hiding their Islamic identity then that is allowed.

- The next lesson: Kaab was a Jew, but ethnically he was an Arab. That shows that our negative attitude towards the Jews is not based on racism, we do not dislike them because of their ethnicity. Our problem is not with the ethnicity; our problem is with the mindset. This mindset which causes them to speak ill against Muhammed (saw), and the Muslims, it causes them to plot against the Muslims and deceives them.

  Hitler's problem for example was racism; he thought that their race was better than that of the Al-yahood.

- Not all battles are held in the battle field, sometimes special operations are needed to inflict harm on the enemies of Allah and this was the case with Kaab bin Al-Ashraf

CD#9

Before we start with the Battle of Uhud, we will mention a few ghazwat and sarayah that occurred after Badr and before Uhud. One of them is Ghazwat ma Kadr and subhanAllah seven days after the battle of Badr; the Muslims were already on the road.

They went to make a pre-emptive attack on Banu Sulaym, a tribe. Rusool Allah (saw) heard that this tribe was getting ready to attack Medina, so Rusool Allah (saw) attacked them first. This was something that repeats throughout the Ghazwat of Rusool Allah (saw), he would hear that people are plotting to attack Medina, so he would then surprise attack before the enemy would. The Banu Sulaym were caught by surprise, they fled and left behind 500 camels, which was good booty for the Muslims. Each soldier ended up with two camels. After this they went back to Medina.

There was another Ghazwat called ghazwat As-Suwayq. Abu Sufyan in attempt to wash away the shame of Badr goes to the Jewish tribe of Banu Nadhir. He stayed as a guest at the place of the head of Banu Nadhir, Salam bin Mushkam. The Quraish got some valuable information from the Jews about how to

attack the outskirts of Medina. They found two Muslims over there, which they killed. They destroyed the area took some things and left.

Rusool Allah (saw) pursued them as soon as he heard about this, with two hundred soldiers. Abu Sufyan had two hundred soldiers with him as well, but he kept on running away. They were so terrified that they were throwing their food to lighten the load, so they could run away quickly. So no fighting took place.

Another ghazwat was Ghazwat Dhuimr, there were 450 Muslims, this ghazwat was against a tribe in Najd. Rusool Allah (saw) attacked them because he heard they were planning to attack him. Rusool Allah (saw) goes to their territory to meet them, on the way he (saw) arrests one of their men called Jabar bin Taliba, later on he becomes Muslim. When they reached there, it was raining; the clothes of Rusool Allah (saw) got wet, so he took off his armor and hung it on a tree. He then lay down under the tree so that his clothes could dry. So Jathur, the head of the enemy's army sneaked in and stood right above Rusool Allah (saw) with is sword in his hand. Jathur woke Muhammed (saw) and said, "Oh Muhammed! Who can save you from me now?"

Rusool Allah (saw) with all confidence said Allah, suddenly Jathur falls back dropping his sword. Rusool Allah (saw) picks up his sword and stands on top of Jathur and sais, "Oh Jathur! Who can protect YOU from me now?" Jathur then pleads to Rusool Allah (saw) to spare his life. Jathur then became Muslim. When Jathur went back to his people, he was asked him what happened, he said, "A tall man stood in front of me and pushed me in my chest, and that was Jibrael (as)." So Jathur who wanted to kill Muhammed (saw) became Muslim, he went back to his people and invited them to Islam…many of them became Muslim. This was one of the miracles that happened.

Then there was a Sariyah lead by Zaid bin Haritha. Rusool Allah (saw) didn't go with them to Karada. The people of Quraish were having financial problems due to the continuous raids. The Muslims were putting some serious pressure on the Quraish by raiding their caravans. Now the route from Mecca to Syria was jeopardized. Quraish then thought that if the route of Hijaz is not safe then why don't they go through Najd? So they planned to enter Syria through Najd, which was a long route, which obviously cost more. So Rusool Allah (saw) sent out this sariyah lead by Zaid bin Haritha and a 100 other Muslims to raid it. This was a successful attack, the guards of the caravan ran away and the Muslims took over the caravan.

These skirmishes or small battles served few objectives of Rusool Allah (saw);

1. These battles helped the Muslims, rather train the Muslims for Jihad. It is worship just like any other form of worship. If Jihad becomes farz then the training becomes farz too so they were worshiping Allah Zaujal through this training.

2. During these battles the sahabah would spend a lot of time with Rusool Allah (saw); traveling, eating, walking with him (saw). Rusool Allah (saw)'s personality was exposed during these journeys as a result the sahabah learnt a lot from him. And this is how the Sunnah of Rusool Allah (saw) was known.

3. It taught Muslims how to be members of a group or a jamaah. In a group there is obedience, discipline, sacrifice; so these are characteristics they adopted by traveling for such extended periods with Rusool Allah (saw). It was a lesson for them on how to live part of an ummah. Because Islam is not an individualistic religion, it is a collective religion. A lot of the worship in Islam is done collectively like Salah, Hajj, Umrah and sometimes Jihad.

We now move on to the Battle of Uhud. The reasons for the battle of Uhud were; religious, political, economical, and social reasons.

**Religious reasons:**

The people of Quraish wanted to stop the advancement of Islam. Allah Zaujal says in ***AL-ANFAL (8:36)***

إِنَّ ٱلَّذِينَ كَفَرُوا۟ يُنفِقُونَ أَمْوَٰلَهُمْ لِيَصُدُّوا۟ عَن سَبِيلِ ٱللَّهِ ۚ فَسَيُنفِقُونَهَا
ثُمَّ تَكُونُ عَلَيْهِمْ حَسْرَةً ثُمَّ يُغْلَبُونَ ۗ وَٱلَّذِينَ كَفَرُوٓا۟ إِلَىٰ
جَهَنَّمَ يُحْشَرُونَ ﴿٣٦﴾

***Indeed, those who disbelieve spend their wealth to avert [people] from the way of Allah . So they will spend it; then it will be for them a [source of] regret; then they will be overcome. And those who have disbelieved - unto Hell they will be gathered.***

So it says in this ayah that they were spending their wealth to avert people from the way of Allah. At-tabari says, “They are spending their money to prevent people from becoming Muslim.” And Ash-Shawkani says about this ayat, “The objective of these kuffar in spending their money is to stand between the people in becoming Muslim by fighting Rusool Allah (saw) and moblizing armies for that purpose.”

Now history is repeating itself. Look at how much money the enemy of Allah is spending to fight Islam, billions of dollars are spent. To kill the Awliya of Allah, to capture them and to tarnish the reputation of Islam. Lots of money is spent for that purpose. So the kuffar of today arent very different from the kuffar of Quraish.

**Social:**

Quraish wanted to wash away the shame of Badr. That was a serious dent in their reputation so they wanted to make up for that.

**Economical:**

We talked about the many raids on the Quraish, which were putting serious pressure on them. The Quraish were accustomed for them to be respected by all the Arab tribes who would open their way to Yemen and Syria, but things had changed.

Allah Zaujal says ***SURAH QURAISH (106: 1-4)***

لِإِيلَٰفِ قُرَيْشٍ ﴿١﴾

***For the accustomed security of the Quraysh -***

إِۦلَٰفِهِمْ رِحْلَةَ ٱلشِّتَآءِ وَٱلصَّيْفِ ﴿٢﴾

***Their accustomed security [in] the caravan of winter and summer -***

The caravan of winter was to Yemen and Abyssinia and their caravan to summer was to Syria.

فَلْيَعْبُدُوا۟ رَبَّ هَٰذَا ٱلْبَيْتِ ﴿٣﴾

***Let them worship the Lord of this House,***

ٱلَّذِىٓ أَطْعَمَهُم مِّن جُوعٍ وَءَامَنَهُم مِّنْ خَوْفٍۭ ﴿٤﴾

***Who has fed them, [saving them] from hunger and made them safe, [saving them] from fear.***

Because the Quraish refused Allah Zaujal, that accustomed security was gone. Now only one part of their journey was affected and that was from Mecca to Syria. However cutting the route to Syria also affected the route to Yemen. Why? Because the business of Quraish was based on buying products from Syria and selling them in Yemen and vice versa.

So Sufwan ibn Umayya says, "Muhammed and his companions have ruined our trade, while we do not know what measures to take against them, we are at loss. They are constantly threatening the coastal area while its inhabitants are at peace or in alliance with him. Where shall we live? And where shall we stay? If we stay here in our homtown we will be forced to eat from our capital which will soon be consumed. We depend for our lives from our trade with Syria in the summer and with Yemen and Abyssinia in winter."

So Rusool Allah (saw) was making things very difficult for the Quraish. They were feeling suffocated and this shows you the strategy of Rusool Allah (saw) of not only afflicting physical harm at Quraish in actual warfare but also attacking their economical status.

**Political:**

The status of Quraish was shakened. This defeat seriously weakened the reputation of Quraish in Arabia. Quraish were seen as the most noble most respected tribe. Quraish were not fought against, becaue they were very poerful. But after Badr things had changed.The Quraish wanted to regain their position again, so there was a political reason.

Quraish assembles an army 3000 strong and they finance that army from the caravan which Abu Sufyan saved. This entire caravan was used to finance the battle of Uhud. Rusool Allah (saw) was constantly receiving information, he had spies all over. Al-Abbas bin Abdul Muttallib (ra) now is working for Rusool Allah (saw) in Mecca. He sends a messagle swiftly to Rusool Allah (saw) in three days, which was impressive looking at the modes of transportation in those days. The Letter was conveyed to Rusool Allah (saw) which told him (saw) the details; of the 3000 in number army and how many horses there were along with other info. So this was the first news that reached Rusool Allah (saw) about the plans of Quraish. And the source of this information was Abbas bin Abdul Muttallib (ra). When the news was delivered he told Ubayy bin kaab, who read the letter, to keep it a secret.

Then Rusool Allah (saw) sends in Mundhir to go and blend in within the army to get information, Mundhir comes back with the same information which was narrated by Al-Abbas. Rusool Allah (saw) also sent Anas and Munis to go and gather information about the Quraish. They too bring back the same news.

Rusool Allah (saw) then goes to the Cheifs of Al-Ansar, Sa'd ibn Rabi'a. He (saw) visits Sa'd at his house and he tells him that the Quraish will attack Medina. Rusool Allah (saw) explained to Sa'd the details and then asks for his opinion. Before leaving Rusool Allah (saw) told Sa'd to keep their conversation a secret.

After Rusool Allah (saw) leaves, the wife of Sa'd ibn Rabi'a goes up to him and sais, "What did Rusool Allah (saw) tell you?" He tells her, "it's none of your business." She said she heard everything Rusool Allah (saw) told Sa'd. Sa'd ibn Rabi'a said, "inna lillahi wa innallillayhi raajiun". This is something to say when you suffer a loss.

Sa'd then went to Rusool Allah (saw) and told him that his wife knows and that just incase the information gets out, I don't want you to think that I am the one who leaked it. Rusool Allah (saw) told him, "Leave her alone."

Now we learn from this, that a secret is a secret you cannot tell it to anyone. Sa'd refused to tell his own wife. Also in such grave issues where the security of the Muslims could be in danger, Rusool Allah (saw) would communicate with the sahabah on a need to know basis. Somebody who doesn't have to know certain information doesn't have to know it.

So Sa'd ibn Rabi'a didn't tell anyone even his own wife about their conversation. He didn't boast to anyone that: Oh the Messenger of Allah (saw) came to me for advice! He didn't tell anyone he trusts. This point is very important because a lot of times we tend to tell a certain someone everything just because you trust that person; even then you cannot disclose someone else's secret. If you do then you are being dishonest.

Also it is thought that a husband is supposed to tell his wife everything, that is actually not true. Some issues need to be kept away from the ones who are closest to you. Now I know that many women won't be happy to hear this but the fact is that majority women are more emotional than men, they cannot handle situations as well as men. I hope that the men don't take disadvantage of this statement and start hiding information that the wife has a right to know about.

Anyway Rusool Allah (saw) holds a meeting with the sahabah (ra) on what to do. Rusool Allah (saw) gathers them and asks them what they think. There were two opinions.

1. We should fight within medina and use it as a fortress. Therefore the women and children will be able to participate by fighting from the roofs. This was the opinion of Rusool Allah (saw) and Abdullah bin Ubayy. Rusool Allah (saW) from a strategic point of view adopted this opinion but Abdullah bin Ubayy adopted it because he was too afraid to go outside Medina.

2. While the majority opinion was to go out and meet the enemy in open field. There reasoning is that it is shameful to allow them enter Medina and attack their homes. This was the opinion of especially the ones who did not attend Badr. They realized that they had missed out on a lot so they were very eager to fight. They were afraid that the enemy might not enter Medina if they stayed in Medina. This group put some pressure on Rusool Allah (saw) until he agreed with them.

Rusool Allah (saw) stood up and left the meeting and went inside his house to put on his armor. They felt that they had pressurised Rusool Allah (saw), so they went up to Hamza (ra) and said , " Go and talk to Rusool Allah (saw), we think that we have presssured him and we are willing to go with what he thinks is the better idea."

Hamza goes to Rusool Allah (saw), he (saw) comes out and says, "It's not appropriate for a Prophet to put on his armor and prepare for war and then take it off, until Allah Zaujal judges between him and his enemy." So here Rusool Allah (saw) was saying that we have taken a decision, and we are going to go ahead with it, we're not going to change our minds, we're not going to be indecisive. If a Prophet makes shura and then makes a decision, then he will go ahead with it.

This is a very important lesson for the leader, the leader shouldn't be indecisive, he leader shouldn't change his mind every now and then. The leader shouldn't be wavering back and forth according to who spoke to him last. You should maake shura (consult) listen to different opinions, deliberate, and then make a decision, but when you take the decision, it should be final. Unless there has been a change in information, or something on which the decision was based on turned out to be wrong. Then the decision should be changed. Also followers don't like to be lead by somebody who is indecisive; especially war soldiers don't like it, because the lives of the sahabah were on the line. Rusool Allah (saw) gave an example to every leader in such a situation that if you take a decision it needs to be final.

So they decided their destination to be next to the mountain of Uhud. Uhud is a large moutain a few miles outside of Medina. The Muslim army marches, Rusool Allah (saw) asked the sahabah, "Can any one of you guide us through a way that will bring us out to the enemy without them realizing." Abu Khaitan volunteered. They travelled through the agricultural land rather than the traditional routes that lead out of Medina.

They passed through a farm owned by one of the munafiqeen, Murba bin Qaybi. So when they were walking through his farm, obviously walking through agricultural land, damage was inavoidable. So Murba wanted to stop the Muslim army, and he was blind he said, "If you are the Messenger of Allah, then I do not permit you to enter my garden." Rusool Allah (saw) ignores him and the army goes forward, so Murba picks up some dirt in his hand and says, "By Allah if I knew I'd strike no one but you Muhammed, I'd hit you in the face with this." This was a very disrespectful man, the sahabah got so mad, they wanted to kill him. Because cursing Rusool Allah (saw) is such a grave sin that its punishment is death.

But Rusool Allah (saw) told them, "Leave him don't kill him, this sightless fellow is blind both in his heart and in his eyes." So they left him alone.

**A lesson:**

The benefit of the whole supersedes the benefit of the individual in Islam. So the damage done here to the agricultural land is damage done was a damage done to an individual, but it was for the benefit of the whole. So the whole comes before the individual.

Then the munafiqeen withdrew. The Muslim army was 1000. Abdullah bin Ubayy was 1/3rd of the Muslim army, so they were left with 700 soldiers. The munafiqeen withdrew and the justification given by Abdullah bin Ubayy was, "Muhammed listened to the kids and he ignored my opinion." It was the young sahabah who were urging Rusool Allah (saw) to leave Medina to meet the enemy.

Now SubhanAllah we can see that it is the battlefield that seperates the momin from the munafiq. In a peaceful situation it is hard to differentiate between a momin and a munafiq. A munaiq could be any one even one who is praying with you. A munafiq could also be a mufti or an aalim. But what seperates the believer from the hypocrite is the battlefield. Allah Zaujal says in ***AL-IMRAN (3:179)***

مَّا كَانَ ٱللَّهُ لِيَذَرَ ٱلْمُؤْمِنِينَ عَلَىٰ مَآ أَنتُمْ عَلَيْهِ حَتَّىٰ يَمِيزَ ٱلْخَبِيثَ
مِنَ ٱلطَّيِّبِ ۗ

***Allah would not leave the believers in that [state] you are in [presently] until He separates the evil from the good.***

This verse was reavealed at the occasion of the battle of Uhud…

Allah Zaujal also says in ***AL-IMRAN (3:167) (3:168)***

وَمَآ أَصَٰبَكُمۡ يَوۡمَ ٱلۡتَقَى ٱلۡجَمۡعَانِ فَبِإِذۡنِ ٱللَّهِ وَلِيَعۡلَمَ ٱلۡمُؤۡمِنِينَ

١٦٦

***And what struck you on the day the two armies met was by permission of Allah that He might make evident the [true] believers.***

وَلِيَعۡلَمَ ٱلَّذِينَ نَافَقُواْۚ وَقِيلَ لَهُمۡ تَعَالَوۡاْ قَٰتِلُواْ فِي سَبِيلِ ٱللَّهِ أَوِ ٱدۡفَعُواْۖ
قَالُواْ لَوۡ نَعۡلَمُ قِتَالٗا لَّٱتَّبَعۡنَٰكُمۡۗ هُمۡ لِلۡكُفۡرِ يَوۡمَئِذٍ أَقۡرَبُ مِنۡهُمۡ لِلۡإِيمَٰنِۚ
يَقُولُونَ بِأَفۡوَٰهِهِم مَّا لَيۡسَ فِي قُلُوبِهِمۡۚ وَٱللَّهُ أَعۡلَمُ بِمَا يَكۡتُمُونَ

١٦٧

***And that He might make evident those who are hypocrites. For it was said to them, "Come, fight in the way of Allah or [at least] defend." They said, "If we had known [there would be] fighting, we would have followed you." They were nearer to disbelief that day than to faith, saying with their mouths what was not in their hearts. And Allah is most Knowing of what they conceal –***

So Allah tells us that the hypocrites were retreating because there WAS going to be fighting. There were two tribes who were almost going to withdraw; Banu Salima and Banu Harith, but Allah Zaujal made them steadfast. Allah says in ***(3:122)***

إِذۡ هَمَّت طَّآئِفَتَانِ مِنكُمۡ أَن تَفۡشَلَا وَٱللَّهُ وَلِيُّهُمَاۗ وَعَلَى ٱللَّهِ فَلۡيَتَوَكَّلِ
ٱلۡمُؤۡمِنُونَ ١٢٢

***When two parties among you were about to lose courage, but Allah was their ally; and upon Allah the believers should rely.***

So this was a negative thing for these two tribes to do, but Jabbar ibn Abdullah said, "I wouldn't hope that this didn't happen because Allah revealed the ayat that He is our ally." So it was Allah who made them steadfast.

Rusool Allah (saw) refused assistance from the mushrikeen. Some Jews came to help him, he said, "We don't need the help of disbelievers." Rusool Allah (saw) also returned the under age in the army. Rafa bin Khatij was turned back, Rusool Allah (saw) wasn't turning them back by asking how old are you, he would just looked at the army and whoever would seem to young would be turned back. Their youngsters would hide around so Rusool Allah (saw) wouldn't see them ☺. Abdullah bin Amr was turned away.

Anyway with Rafa, Rusool Allah (saw) told him that he wasn't allowed to join the army, he said, "But Rusool Allah, I'm a good archer." Because of that he was allowed to join. Rafa's friend Samoor went crying to his foster father saying, "Rusool Allah (saw) allowed Rafa but he doesn't allow me, when I can beat Rafa in wrestling." So his foster father takes him to Rusool Allah (saw) and told Rusool Allah (saw) that Samoora actually defeats Rafa in wrestling. Rusool Allah (saw) calls them both and makes them wrestle infront of him, and Samura does defeat Rafa. So Rusool Allah (saw) allows him to join.

So by this we see how important training is to join the army. So these boys who were experts in certain fields were exceptions to the general rule.

The Plan

Rusool Allah (saw) divided the army into three battallions; Al Muhajirun; the standard was given to Musab bin Umair, Al-Aus; standard given to Usaib bin Khuzair and Al-Khazraj; the standard given to Al-Habbab bin Mundhir.

Rusool Allah (saw) had the mountain of Uhud towards his back and when he took a look at the battlefield he realised that there was a potential of attack from the rear. There was a small hill. Rusool Allah (saw) placed 50 of his men on this hill, and he gave them clear instructions. He (saw) said, "Protect our backs, if you see us being killed don't come to our aid, and if you see us winning do not join us." And he also said, "If you see the vultures flying off with us, don't leave until I send you a message, and if you see us victorious over the enemy and trampling them under foot, do not leave until I send you a message."

So the instruction of Rusool Allah (saw) was very clear, to stay put at their position no matter what, without it the enemy could outflank the Muslims from the side or from the rear. It was obvious that this was a critical position to hold on to.

Rusool Allah (saw) was also teaching the sahabah obedience by telling them not to move until he (saw) sends a message. The enemy was trying to disunite the Muslims, Abu Sufyan sends a message to Al-Ansar, he said, narrated: "Leave us alone to fight with our cousin because we have no purpose in fighting you." They (ansar) responded, "Now you say this? Isnt it Quraish who sent a letter to Al-Ansar as soon as Rusool Allah (saw) made hijra to them threatening them that they are going to kill your men enslave your women and take your women and take your money? Now suddenly you say that you have no objective in fighting them? This is a lie, it is a trick, and the kuffar did that yesterday and they would do that today."

They wanted to split the Muslims, so that they could eat them one by one. Just like we see today the claim is that: we are just fighitng the terrorists. That is what they say but once the so-called terrorists are defeated they will then move on to get the rest of the ummah. The Muslims have to unite before they invade other countries.

The Quraish again tried to disuntie the Muslims by sending Abu Amr and Fasiq. Abu Amr was from Al-Aus and he was so loved by them, they named Abu Amr "the priest". Aby Amr refused to become Muslim, he joined the army of Quraish and left Medina when Islam entered it. When he came out with the army of Quraish he said, "I will go and convinve my people not to go and fight with Muhammed." Abu Amr was very confident because they loved him so much.

But when he went to meet them, they started cursing at him. So he said, "Some evil has befallen my people after I left." It wasn't evil but Islam that changed them. So the second attempt Alhumdullilah too failed.

CD #10

Rusool Allah (saw) held a sword in his hand, and he (saw) asked the sahabah, “Who will take this from me?” So the sahabah (ra) volunteered, but then Rusool Allah (Saw) said, “Who will take this sword along with it’s rights?” Meaning he won’t simply just give away the sword, but the volunteer must also take the sword, along the rights of the sword.

So the sahabah asked Rusool Allah (saw), what are the rights of this sword? Rusool Allah (saw) said, “For you to strike the enemy with it, till it bends.” After hearing this, the sahabah were giving it a second thought. But Abu Dujana (ra) came forward, “I will Oh Rusool Allah (saw), I will fulfill its rights.” Rusool Allah (saw) handed the sword to him.

Ibn Ishaq says, “He took the sword from Rusool Allah (saw) and he took out the red head band and put it on. He then began strutting about between the two lines.” Abu Dujana when he would fight, he would put on a red headband that was the sign that he was going to battle. He would then walk with pride in front of the enemy with pride and you could feel the strength in his walk.

Looking at his walk, Rusool Allah (saw) said, “That is the way of walking that Allah dislikes, except in circumstances like this.” So in this particular situation Allah does like it. A Muslim is not supposed to be

arrogant, that's why we walk with humbleness, but we don't want to confuse humbleness with weakness. When Rusool Allah (saw) would walk, you could see the strength in Rusool Allah (saw). Ali ibn Abi Talib (ra) said, "As if he is coming downhill." So he was firm when he walked but not arrogant.

But Abu Dujana (ra) was walking with pride at the time of battle in front of the enemy; Allah likes this but only in this situation. Imam Ahmed said, "He did take it (referring to the sword) and cleaved a path with it through the middle of the polytheists, in order to bend it, he wrecked havoc in the ranks of the enemy."

Abdullah bin Zubair (ra) narrates a story, of a scene that he witnessed on the day of Uhud, he said, every man who met Abu Dujana (ra) was killed. "Among the enemy there was one man who executed every man he wounded", meaning this man didn't spare the life of anyone. If that man meets a Musim, the Muslim is dead. "This mushriq and Abu Dujana came ever closer to one another and I prayed to Allah to bring them together and they did meet. They exchanged a couple of blows, the mushriq then struck at Abu Dujana who defended off the blow with his shield which trapped the man's sword. Then Abu Dujana struck and killed him."

Kaab ibn Malik (ra) narrates a story; we aren't sure who he is talking about, he said, "I then saw one mushriq, heavily armored, was striking the Muslims hard and saying, 'Common you sheep gathering for slaughter!', but then I saw one Muslim fully armored waiting for him and I went on over behind him to compare the Muslim from the mushriq." So Kaab was sizing both of them up, he said, "The latter (meaning the mushriq) was better in equipment and form, I kept on waiting until they met, the Muslim then struck the unbeliever a blow with this sword on his shoulder. The sword came right down through to his thigh." So he hit struck the mushriq on the shoulder and the sword went through tearing apart his torso until the sword came out from under his thigh, cutting him into two.

Kaab ibn Malik (ra) said, "Then the Muslim uncovered his face and said, 'What about that Kaab?! I'm Abu Dujana." So Abu Dujana knew that Kaab was watching the match… Abu Dujana was a proud man, and he had every right to be proud.

The Muslims were winning, and the enemy was fleeing the battle ground. And the sahabah said, "We could see the jewelry the women of Arabia used to put on their feet." This was because the women were tucking up their clothes to run away. So that was it, the enemy was showing their back to the Muslims.

In the Quraish's army different families had different duties. Like one family would feed the pilgrims, one family had the key to Al-Kaaba, one family had the key to Al-Nadwa (a sort of Parliament of the Quraish), and one family held the banners of war this family was Banu Abbiddal, they were the ones responsible for it, on Badr, and also responsible for it on Uhud.

The banner's significance was a lot, it was the indication that the war is not over yet. If the banner falls down of a side, that means that side has lost the war, they will not fight anymore. To show the significance of this banner, let us talk about what happened.

Abu Sufyan told Banu Abbidat, "You were incharge of our banner at the battle of Badr and you saw what happened to us, men will only fight for their flags, if once they are lost they withdraw. Either take care of our banner for us, or give it to us, and we will relieve you of it."

Banu Abbidal fought well under their banner. Banu abbidal lost seven of their men, one after the other. One would hold the banner, he would be killed, the second will hold it, and he would be killed, this went on to seven of their men were killed holding the banner. And then one of their slaves, he was an Abyssinian, he took hold of the banner his arm was severed and he was still trying to hug the banner and saying, "Have I done my part?"

The banner fell on the ground, and that is when the Quraish started to leave the battleground. So they were defeated. Allah Zaujal says: in ***AL-IMRAN (3:152)***

وَلَقَدْ صَدَقَكُمُ ٱللَّهُ وَعْدَهُۥٓ إِذْ تَحُسُّونَهُم بِإِذْنِهِۦ ۖ

***And Allah had certainly fulfilled His promise to you when you were killing the enemy by His permission***

So even according to the Quran, the Muslims had won initially. But the tides were turning. We already said that the archers were strictly instructed by Rusool Allah (saw) to remain on the hill, not to move until and unless Rusool Allah (saw) sends a message.

In the heat of battle when emotions take over, the mind becomes obscured. When the archers saw that the Muslims were gathering booty, they wanted to go down and join, but their ameer, Amir Abdullah bin Jubayr (ra) said, "Don't you remember the instructions of Rusool Allah (saw) that we shouldn't come down until he tells us so?" They said the battle is over and they left, so out of the 50 archers 40 of them disobeyed the order of Rusool Allah (saw).

Khalid bin Waleed was the head of the cavalry of Quraish, he and Akrama bin Abi Jahal detected the weak point which was exposed. They immediately took advantage of that and outflanked the Muslim army and the Muslims were not expecting this. The Quraish saw this, so they too attacked from the front. So the Muslims were sandwiched. This disoriented the Muslim soldiers because they were fighting in both directions. The ranks became disorganized; they weren't lined up as they should be. That is when the Muslims were defeated and that is when the Muslims were killed.

Rusool Allah (saw) was trying to organize a retreat, but retreats can be catstrophic if they are not organised well. So the enemy now had the upperhand and was attacking in full force. They were approaching Rusool Allah (saw) so Rusool Allah (saw) said, "Whoever will repel them will be my companion in paradise." So this is how serious the situation had become. One of the Ansar volunteered and he fired his arrows at the enemy until he was killed, then Rusool Allah (saw) asks for a volunteer another time, another Ansari comes up, he was also killed . Again a third Ansari, and then a fourth… the same thing happened until 7 of Al-Ansar died. Allah u Akbar! This is why they get this honor of being called the 'Ansar', they didn't get this title out of nothing, they earned it! You have seven young men, dead under the feet of Rusool Allah (saw). Other than the sacrifice of these people, this also shows the disasterous effect of this battle.

In Bukhari Ali bin Abi Talib (ra) says, "I never heard the Prophet of Allah swear by both of his parents to anyone except Sa'd ibn Malik (ra). At Uhud I heard him (saw) say, 'Sa'd shoot may my father and my mother be your ransom.'" Allah u Akbar, this is how pleased Rusool Allah (saw) was with the performance Sa'd bin Abi Waqas (ra). Another hero who was standing next to Rusool Allah (saw) was Talha bin Ubaidullah (ra).

Narrated by Imam Ahmed in Muslim, At the battle of Uhud, Abu Talha (ra) was shooting from directly infront of Rusool Allah (saw), who was shielding himself behind him. As he shot the Messenger of Allah would raise himself up to see where the arrows will strike. Abu Talha says, "as he brought his chest up to its full height, he (saw) would say, 'let it be so may my father and my mother be your ransom', O Messenger of Allah! No arrow will hit you, my chest will be in the way of yours.'" Talha would also say, "I am sturdy Oh messenger of Allah, direct me according to your needs, order me to do whatever you want." These were the companions of Rusool Allah (saw).

Rusool Allah (saw) retreated to the mountain of Uhud, in a crevice in a mountain. Climbing up the mountain was difficult for him, so Talha had to carry him (saw) because Rusool Allah (saw) was injured. When they climbed up the mountain that is when the battle had stopped. The Quraish did not dare pursue the Muslim up the mountain, to fight on the terrain was something the enemy wasn't prepared to do.

So Rusool Allah (saw) and the Muslims were up on the mountain of Uhud, Abu Sufyan approaches them, he calls on to them, "Is Muhammed alive?" There was no response, he then asked, "Is Abu Bakr alive?" again no response, "Is Umar alive?" no response…so Abu Sufyan was happy and told his people that these men have been killed.

Umar bin Khattab (ra) couldn't stand it when he said that so he said, "The three men whom you mentioned are alive, to upset you." So Abu Sufyan replied, "A battle for the battle of Badr, warfare goes in cycles." Meaning one day you win, one day we win. Aby Sufyan went on to say, "And you will find some bodies mutilated, I did not order that, but it didn't bother me. Raise up hubul! Raise up Hubul!" Hubul was one of their idols. On hearing Rusool Allah (saw) said, "Arent you going to respond back?" They said, "What should we respond?" He (saw) said, "Say Allah is Higher and more Glorious!" and in arabic it rhymed with what Abu Sufyan was chanting. Abu Sufyan said, "We have an Uzza, you don't have an Uzza!" Uzza was another idol. Rusool Allah (saw) told them to respond by saying, "Allah is our Master, and you have no Master!"

Allah describes the climbing of the Muslims up the mountain of uhud in ***AL-IMRAN (3:153)***

۞ إِذۡ تُصۡعِدُونَ وَلَا تَلۡوُۥنَ عَلَىٰٓ أَحَدٖ وَٱلرَّسُولُ يَدۡعُوكُمۡ
فِيٓ أُخۡرَىٰكُمۡ فَأَثَٰبَكُمۡ غَمَّۢا بِغَمّٖ لِّكَيۡلَا تَحۡزَنُواْ عَلَىٰ مَا فَاتَكُمۡ وَلَا
مَآ أَصَٰبَكُمۡۗ وَٱللَّهُ خَبِيرُۢ بِمَا تَعۡمَلُونَ ١٥٣

***[Remember] when you [fled and] climbed [the mountain] without looking aside at anyone while the Messenger was calling you from behind. So Allah repaid you with distress upon distress so you would not grieve for that which had escaped you [of victory and spoils of war] or [for] that which had befallen you [of injury and death]. And Allah is [fully] Acquainted with what you do.***

Also Allah says in ***(3:155)***

إِنَّ ٱلَّذِينَ تَوَلَّوۡاْ مِنكُمۡ يَوۡمَ ٱلۡتَقَى ٱلۡجَمۡعَانِ إِنَّمَا
ٱسۡتَزَلَّهُمُ ٱلشَّيۡطَٰنُ بِبَعۡضِ مَا كَسَبُواْۖ وَلَقَدۡ عَفَا ٱللَّهُ عَنۡهُمۡۗ
إِنَّ ٱللَّهَ غَفُورٌ حَلِيمٞ ١٥٥

***Indeed, those of you who turned back on the day the two armies met, it was Satan who caused them to slip because of some [blame] they had earned. But Allah has already forgiven them. Indeed, Allah is Forgiving and Forbearing.***

So Allah is saying is that the defeat at Uhud is not because of their sins but because of Shaitan. Allah also says in ***(3:154)***

قُلْ إِنَّ ٱلْأَمْرَ كُلَّهُۥ لِلَّهِ ۗ يُخْفُونَ فِىٓ أَنفُسِهِم مَّا لَا يُبْدُونَ
لَكَ ۖ يَقُولُونَ لَوْ كَانَ لَنَا مِنَ ٱلْأَمْرِ شَىْءٌ مَّا قُتِلْنَا هَـٰهُنَا ۗ قُل لَّوْ كُنتُمْ فِى
بُيُوتِكُمْ لَبَرَزَ ٱلَّذِينَ كُتِبَ عَلَيْهِمُ ٱلْقَتْلُ إِلَىٰ مَضَاجِعِهِمْ ۖ وَلِيَبْتَلِىَ ٱللَّهُ مَا
فِى صُدُورِكُمْ وَلِيُمَحِّصَ مَا فِى قُلُوبِكُمْ ۗ وَٱللَّهُ عَلِيمٌۢ بِذَاتِ ٱلصُّدُورِ ﴿١٥٤﴾

***Say, "Indeed, the matter belongs completely to Allah." They conceal within themselves what they will not reveal to you. They say, "If there was anything we could have done in the matter, some of us would not have been killed right here." Say, "Even if you had been inside your houses, those decreed to be killed would have come out to their death beds." [It was] so that Allah might test what is in your breasts and purify what is in your hearts. And Allah is Knowing of that within the breasts.***

The munafiqeen will say why are the Muslms getting themselves into trouble? Why are Muslims fighting Jihad? Allah Zaujal is saying that you weren't killed because of fighting Jihad, it was the time of death which had come for those people, and even if they had been in their homes, the ones who are meant to die would have died. So the people, who blame the death of Muslims on the mujahideen, are wrong. They are following the footsteps of the munafiqeen, when it comes to death it is a decree on Allah that people will die whenever their time will come. It doesn't make a difference if you go out or stay at home. You will die when Allah wills. The battle of Uhud was a test from Allah to them. Don't blame battle of Uhud for the deaths of the Muslims.

It is said only 12 men remained around Rusool Allah (saw). ***Allah Zaujal says in (3:152)***

وَلَقَدْ صَدَقَكُمُ ٱللَّهُ وَعْدَهُۥٓ إِذْ تَحُسُّونَهُم بِإِذْنِهِۦ ۖ حَتَّىٰٓ إِذَا فَشِلْتُمْ
وَتَنَٰزَعْتُمْ فِى ٱلْأَمْرِ وَعَصَيْتُم مِّنۢ بَعْدِ مَآ أَرَىٰكُم مَّا تُحِبُّونَ ۚ مِنكُم
مَّن يُرِيدُ ٱلدُّنْيَا وَمِنكُم مَّن يُرِيدُ ٱلْءَاخِرَةَ ۚ ثُمَّ صَرَفَكُمْ عَنْهُمْ
لِيَبْتَلِيَكُمْ ۖ وَلَقَدْ عَفَا عَنكُمْ ۗ وَٱللَّهُ ذُو فَضْلٍ عَلَى ٱلْمُؤْمِنِينَ ﴿١٥٢﴾

***And Allah had certainly fulfilled His promise to you when you were killing the enemy by His permission until [the time] when you lost courage and fell to disputing about the order [given by the Prophet] and disobeyed after He had shown you that which you love. Among you are some who desire this world, and among you are some who desire the Hereafter. Then he turned you back from them [defeated] that He might test you. And He has already forgiven you, and Allah is the possessor of bounty for the believers.***

So Allah tested the believers by giving them victory in Badr, and He tested them by giving the Muslims defeat in Uhud. Ibn Ishaq (ra) said, "The Muslim ranks broke and the enemy gained advantage over them. It was a day of trial and testing in which Allah honored some with martydom. Finally the enemy broke through to Rusool Allah (saw), he (saw) was hit with a rock causing him to fall on his side. His front teeth broke, bashing his face and splitting his lips." So Rusool Allah (Saw) was badly injured in Uhud.

In Bukhari it says that Fatima (ra) was the one washing him, and Ali (ra) poured water over his wounds. When Fatima (ra) saw that the water was increasing the blood flow, she took a piece of ash, set fire to it, and attached it to the wound. Ashes absorb the water from the wounds and make it dry, that would prevent the blood from flowing, and it is also hot so it might disinfect the wound.

Now we will talk about the shuhadah of Uhud.

70 Muslims were shaheed in the battle of Uhud; it was in the battle of Uhud that the verses of shahadah were revealed. And many of the ahadith of shuhada were stated in this battle. Hamza bin Abdul Muttallib (ra) was the seed of the shuhada at Uhud. Died or dead are not the right words to use but we are using it only to understand, but it is to remember that a shaheed is not dead according to the Quran.

Two of the tabaeen went to visit Wahshi who was old at the time, they wanted to hear the story of the death of Hamza bin Abdul Muttallib (ra). Wahshi said, "I will narrate the story to you as I narrated it to Rusool Allah (saw). When he asked me about it, I was a slave of Jubair ibn Mutam, who's uncle was Tu'aima bin Udayy who was struck down at Badr. When Quraish went forth to Uhud, Jubair told me, 'if you kill Hamza in retaliation for my uncle's death then you will be a free man.' So I went out with the warriors, I was an Abyssinian and could throw my spear like my countrymen. I rarely missed with it. When the forces met in battle, I went forth looking for Hamza and waited for him. I found amidst the fray like an enormous camel striking out viciously at our men with his sword, nothing withstanding him. I made use of bushes and rocks to get close to him but Siba got to him before me, when Hamza saw him he said, 'O Siba'. O Ibn Umm Ammar, the one who circumcises other ladies! Do you challenge Allah and His Apostle?' He then struck him a blow so quickly that it appeared to have missed his head. I then aimed my spear carefully and when sure of it, I threw it at him. It struck below his navel and emerged between his legs. He tried to move towards me, but was overcomed I left him with the spear until he died. Then I went over to him retrieved my spear and returned to camp where I stayed I have no business with anyone other than him. I only killed him to get my freedom.'

Rusool Allah (saw) heard the news of the death of his uncle and we cannot imagine how devastating that news was to Rusool Allah (saw). Rusool Allah (saw) asked, "Did anyone see the death spot of my uncle? Where is he?" So one of the sahabah spoke up and said that he did. So the sahabi (ra) and Rusool Allah (saw) went together and when Rusool Allah (saw) sasw him, he cried and choked. Hamza bin Abdul Muttallib's (ra) stomach was open and his insides were pulled out. So the man who took Rusool Allah (saw) said, "In the name of Allah, he was mutilated." Meaning this was not the state the man saw Hamza (ra) last when he was killed.

Hind bin Utba the wife of Abu Sufyan, wanted to eat the liver of Hamza (ra). She ordered his liver to be pulled out to eat. So this was the state in which Rusool Allah (saw) saw his uncle in. So we cannot even imagine how sad Rusool Allah (saw) was.

Anyway Wahshi goes on to narrate the story, I went back to Mecca, but then Rusool Allah (saw) opened Mecca, so I had to leave. He said "I reached Mecca and remained there until Messenger of Allah (saw) conquered Mecca, I then fled to Taif where I stayed. When the Taif delegation left to meet Rusool Allah (saw) to accept Islam, I didn't know what to do. I told people I'll go to Syria or Yemen or some other country. I was in the state of indecision and anxiety when someone told me, 'Come on now, I swear he won't kill anyone who has adopted his religion and testified to the truth.'" Rusool Allah (saw) was known for his forgiveness, forbearance and his mercy. So this man was telling Wahshi that if he becomes Muslim, he will not harm you.

Wahshi goes on, "When he told me that I went to Rusool Allah (saw) in Medina surprising him by standing before him and speaking the testimony of truth. When he saw me, he said, 'Are you Wahshi?' I replied, 'Yes,oh Messenger of Allah.' He then said, 'Sit down and relate to me how you killed Hamza.' So I related it, as I did to you both. When I finished my account he said, 'Wahshi, can you remove your face from me?'" Rusool Allah (saw) did not want to see the face of Wahshi again, because it will bring back memories of his uncle.

Wahshi said, "So I used to avoid Rusool Allah (saw) wherever he might be, so that he will not see me and eventually Allah all Mighty and All Glorious is He took him to Himself"

Wahshi later on joined in the army that went to fight Musailamah Kadhdhab who claimed to be a prophet. Wahshi said, "I took the spear the spear with which I killed Hamza and when the forces met I saw Musailmah standing sword in hand, while on the other side there was another Muslim trying to attack Musailmah. I studied my spear until I felt good about it and then I let it loose on him and it struck him. While the other Muslim attacked from the other side, it hit Musailamah with his sword and killed him." So it was Wahshi who struck him first. The other Muslim struck next. The other Muslim was Abu Dujana, the hero of battle of Uhud. Wahshi would say, "If it was I who killed him, then I killed the best of men and I also killed the worst of them." The best meaning Hamza bin Muttallib (ra) and worst refers to Musailmah.

It was mentioned that Rusool Allah (saw) told Wahshi, "Go and fight in the path of Allah, as you fought against the religion of Allah." That is how it is in Islam, if you commit a sin, then try to erase it by doing a good deed, because good deeds erase the evil ones. We should always make up for our sins. Umer bin Khattab (ra) said about an argument of his with Rusool Allah (saw), he felt that what he did was wrong, so he said, "After that I remained fasting and giving charity and praying at night to wipe away that sin." This is part of repentance and how we should approach our sins.

It was Ibn Qamiah, who shot at the cheek, and it was Utba bin Abi Waqas, who hit the lip and the front teeth of Rusool Allah (saw). Abdur Razzaq Sais, "The Messenger of Allah spoke a curse agaisnt Utba bin Abi Waqas saying, 'Oh Allah may change not come to him, so that he dies as an unbeliever.'"

Ibn Kathir commented, "No change did come over him, so that he did die as an unbeliever bound for hell-fire."

So what was the reaction to this defeat?

Narrated by Anas ibn Malik (ra), "While Rusool Allah (saw) was wiping the blood off his face, he (saw) said, 'How could any people prosper, who struck their Prophet and broke his front teeth, while he called people to Allah?'" Allah Zaujal revealed the ayat in ***AL-IMRAN (3:128)***

لَيْسَ لَكَ مِنَ ٱلْأَمْرِ شَىْءٌ أَوْ يَتُوبَ عَلَيْهِمْ أَوْ يُعَذِّبَهُمْ فَإِنَّهُمْ ظَـٰلِمُونَ

***Not for you, [O Muhammad, but for Allah ], is the decision whether He should [cut them down] or forgive them or punish them, for indeed, they are wrongdoers.***

So Allah Zaujal is saying, the faith of these people is not upto you. It is upto Allah Zaujal, whether to cut them down, forgive them or to punish them. They indeed are wrongdoers but it is upto Allah how to deal with them.

So this shows us that even Rusool Allah (saw) did not control the faiths of people, its all in the hands of Allah Zaujal. If this wasn't even the right of Rusool Allah (saw) then, who are we to claim that role?

The Muslims saw the defeat and heard the rumour that Rusool Allah (saw) was killed. The origin of this rumour was that he was injured, in such a state things get blown out of proportion, and as a result people thought he (saw) was killed. Some of the Muslims on hearing this news said, "We'd better send an envoy to Abdullah bin Ubayy and have him get us a truce from Abu Sufyan. People Muhammed has been killed, go back home before they get to you and kill you."

The Muslims who said this were defeated, the defeat reached to their hearts, and under the pressure of those moments, they thought that the best way was to go to Abdullah bin Ubayy, who was a hypocrite, since he had good relations with Quraish, he could call for a truce with the Quraish.

The battle of Uhud cannot repeat, but the actions of the people in Badr could repeat by people. So sometimes you find that when Muslims are under pressure, and they feel that they could be defeated in battle, there might be some people who might think of going to the enemy of Allah for help. This is a sign of weakness.

But the Muslims who had the strength of emaan in their hearts had a different reaction. One of the Muhajrun said that, "They passed by one of Al-Ansar, a man who was covered in his own blood, I asked him, 'Are you aware that Muhammed has been killed?', the Ansari responded, 'If Muhammed has been killed then he must have fulfilled his mission, so fight on for your religion, lets die as he died, fighting for Islam.'" So some people cannot be defeated in their hearts even if they are defeated on the battleground. This is the steadfastness that we should learn from the sahabah (ra).

Allah will give everyone their due reward. Some of the Muslims died without getting their reward in this world. Musab ibn Umair (ra) was one of them; he was killed at the battle of Uhud, leaving nothing but a cloak. When they covered his head with it, his feet emerged and when you covered his feet with it his head emerged. Rusool Allah (Saw) ordered his head to be covered with the cloak and some plants over his feet. Some Muslim's the fruit has already ripened and they are harvesting them. So some people are receiving their reward for their deeds in duniya and some will receive it in Akhirah.

Abdur Rahman ibn Auf was one of the wealthiest of the sahabah (ra), food was served to Abdur Rahman bin Auf (ra), he said, “Musab was killed yet he was better than me, a cloak was used as his shroud. Hamza was killed yet he was better than me, while we have been granted earthly favors.” He then wept until his food was cold.

Rusool Allah (saw) came and stood over Musab ibn Umair (ra) and he recited the ayat in ***SURAH AL-AHZAB (33:23)***

مِّنَ ٱلْمُؤْمِنِينَ رِجَالٌ صَدَقُوا۟ مَا عَـٰهَدُوا۟ ٱللَّهَ عَلَيْهِ ۖ فَمِنْهُم مَّن قَضَىٰ نَحْبَهُۥ
وَمِنْهُم مَّن يَنتَظِرُ ۖ وَمَا بَدَّلُوا۟ تَبْدِيلًا ﴿٢٣﴾

***Among the believers are men true to what they promised Allah. Among them is he who has fulfilled his vow [to the death], and among them is he who awaits [his chance]. And they did not alter [the terms of their commitment] by any alteration –***

This ayat means that we have a covenant with Allah. Some people fulfill that promise and died like Musab ibn Umair (ra). And then Rusool Allah (saw) says, “I bear witness that these are Shuhada, so come and visit them, in the name of Whom my soul is in His Hands anyone who gives them salaam up to the Day of Judgement they would respond back to it.” This was narrated by Hakim (ra).

Sa’d ibn Rabi’a (ra) was one of the ansar, Rusool Allah (saw) wanted to know what happened to him. Rusool Allah (saw) said, “Who will find out for me, what became of Sa’d ibn Rabi’a? Whether he is alive or dead?” So one of the ansar went looking for him, he saw Sa’d, he was in his last moments. The Ansari told Sa’d that, “Rusool Allah (saw) sent me to you, Are you dead or are you alive?” Sa’d (ra) said, “I am among the dead, inform the messenger of Allah this, Sa’d ibn Rabi’a says to you, ‘May Allah reward you on our account better than he ever rewarded any prophet on account of his nation’, and greet your people from me and tell them, Sa’d bin Rabi’a says to you, ‘you will find no excuse with Allah, if harm comes to your prophet, while you still have one eye to blink.’ ”

Rusool Allah (saw) asked this man to check out the status of Sa’d bin Rabi’a (ra), Rusool Allah (saw) told the man that, “If you find him alive, give him my salaam.” So Rusool Allah (saw) gave Sa’d a message and Sa’d gave Rusool Allah (saw) and the Muslims a message. Those were Sad’s last words. Sa’d asked Allah to reward Prophet Muhammed (saw) better than what Allah rewarded to the other Prophets (pbuh). Sa’d said this before he died. SubhanAllah, Sa’d was asking Allah to reward Muhammed (saw) even though it was because of Muhammed (saw) that Sa’d was then dying.

These Muslims of today are so stingy in giving their lives and wealth, when harm comes to them, if they think it is because of Islam, they will be willing to compromise their religion just to protect their duniya.

If we compare, the lives of ansaris are wrecked, their business is going down, their families suffered. Their entire livelihood is upside down because of giving refuge to Muhammed (saw) and the Muslims. Even then Sa’d ibn Rabi’a (ra) is asking Allah to reward Muhammed (saw). And then Sa’d tells his people that as long as they have life in them, they will have no excuse infront of Allah, even if Muhammed (saw) was pricked by a thorn! If Muhammad (saw) feels any pain while you are alive, you are to blame.. this was his message to his people. These were the ansar, who gave victory to the religion of Muhammed (saw).

Abdullah bin Jahsh (ra) and Sa’d bin Abi Waqas (ra) met before the battle, Abdullah bin Jahsh said, “Lets go and make dua.” So they go together, one of them was going to make dua and the other one is going to say ameen. Sa’d bin Abi Waqas made his dua, he said, “Oh Allah! If I meet the enemy, then enable me to meet a strong fighter, who will fight me and I will fight him and then give me victory over

him, and enable me to kill him, and take his armor." Abdullah bin jahsh said, "Ameen", Sa'd told him, that its now your turn. Abdullah bin Jahsh said, "Oh Allah! Enable me to meet a strong fighter, who would fight me and I would fight him, and then he would kill me and cut my nose and ear. So when I meet You, You will say 'why was your ear and nose cut, Oh Abdullah?' I will say, 'for You and Your messenger' and You will say, 'you are speaking the truth.'" Sa'd bin Abi Waqas said, "Ameen."

Sa'd bin Abi Waqas was narrating this story to his son and he said, "Oh my son, the dua of Abdullah was better than mine, by the end of the day, I saw his nose and his ear tied to a string. Allah did accept the dua of Abdullah bin Jahsh, and he did meet a strong man, who fought him and killed him. His body was mutilated, his nose was cut and his body was cut, and they were tied in a string." This dua tells us that it is allowed to ask for death, if it is in Allah's path.

Another story of a shaheed was of Khaithama (ra), Khaithama (ra) was an old man but he still wanted to fight, even though old men are excused from Qital. Khaithama's son died as a shaheed in Badr. So Khaithama said, "I missed the battle of Badr, and I was so eager to join, but me and my son drew lots and he was awarded with martydom." So one of them had to stay behind.

Khaithama (ra) then said, "I saw him last night in my sleep, he looked great and was enjoying the fruits of Jannah, he told me 'come and be our companion in paradise, I have found what Allah promised me to be true.' So oh Messenger of Allah! I swear by Allah I am so eager to join him in Jannah. I am old and my bones are soft, so ask Allah, oh Messenger of Allah, to award me shahadah. Allow me to join Sa'd in Jannah."

So Khaithama (ra) was saying that he was getting old, and that if he doesn't fight in the battle now, he was afriad he'll die on his bed rather as dying as a shaheed. Rusool Allah (saw) did make dua for him, and he did die as a shaheed.

Wahab Al- Muzani, he wasn't from Medina, they were outsiders from a tribe called Muzaina. He and his relatives were shepherds; they came to Medina with their sheep. They came to find Rusool Allah (saw). When they asked where everyone is, they found out that everyone is gone to fight the battle of Uhud. So they left their sheep, to join the battle. They came when Muslims were winning, they started to fight and when the kuffar became stronger, they carried on fighting. Rusool Allah (saw) saw a group approaching them, and he said, "Who will take care of this group?" Wahab Al-Muzani said, "I will", so he advances and attacks them and he pushes them back. A second group comes in and Al-Muzani comes again and volunteers. He stops the men pushes them back, the third time Rusool Allah (saw) stands up and says to him, "Go and receive the glad tidings of Jannah." So he went in to fight attacking this huge group, Rusool Allah (saw) saw this and said, "Oh Allah have mercy on him." Wahab Al-Muzani kept on fighting until the swords shredded him and he was killed. When they found his body he had 20 fatal injuries and Umer bin Khattab (ra) said, "That is the best death I could wish for." That is how Umar (ra) wanted to die, he had 20 injuries and each one of them was fatal and he was still fighting.

Sa'd bin Abi Waqas (ra) after the battle of Qadisiya was approached by a man from Muzaina, his name was Bilal. Because his relatives didn't get a share of the booty, so Sa'd asked this man, "Are you a relative of Wahab Al-Muzani?" He said, "Yes, I'm his nephew." This whole event is happening 13 years later. Anyway so Sa'd said, "On that day when Rusool Allah (saw) was asking for volunteers, it was your uncle who was attacking them all the time. The third time I went and joined him, because I wanted to receive the same reward he would receive because I heard Rusool Allah (saw) say, 'receive glad tidings of Jannah.'" So Sa'd mentioned how brave and courageous Wahab was until he was killed, so Sa'd said, "No state of death would I love to meet Allah with more than the state of death of Muzani." Sa'd said, "When he was killed after the battle was over, I saw Rusool Allah (saw) stand on top of his grave when they were digging it and waiting right there until the burial was over, even though Rusool Allah (saw) was exhausted." Rusool Allah (saw) was injured and he was tired and he could barely stand up but he he stood

up on his grave until Wahab (ra) was buried. And then Rusool Allah (saw) said, "Oh Allah be pleased with him, because I am pleased with him."

Amr bin Jamooh (ra), was another shaheed. Ibn Ishaq said, "My fathers related to me from elders of Banu Salima who said, 'Amr bin Jamooh was a man who was exceedingly lame, he had four sons who fought battle like lions alongside the Messenger of Allah, when it came time for battle of Uhud, they wanted to restrain Amr saying that Allah has excused him. So he went to Rusool Allah (saw) and said, 'my sons want to restrain me from going to battle with you, but by Allah I want to step this lame foot of mine into paradise.' Rusool Allah (saw) told him, it is not obliged for you to fight since he was lame, but then Rusool Allah (saw) told his sons, 'it is not your duty to restrain him, if he wants to fight let him go, Allah might well grant him martydom.'" And he did die as a shaheed. So it is allowed for a person to go for qital, even if he is excused from battles to fight. This also shows you, how eager the sahaba (ra) were to die as a shaheed.

CD#11

Hanzala (ra) (ra) was one of the Ansar; he got married right before the battle of Uhud. His first night with his wife was the night right before the battle of Uhud. Usually the mujahideen should spent that time at base, but Hanzala (ra) sought permission from Rusool Allah (saw) to allow him to go and spend that night

with his wife, so he spends a night with his wife. Early in the morning he wakes up and prays Fajr with the sahabah (ra) and with Rasool Allah (saw). He goes back home, his wife holds on to him, they sleep together, and since it was getting late, he left without making ghusl.

Hanzala (ra) fights the battle of Uhud in that state, Hanzala (ra) was a foot soldier; he attacked Abu Sufyan who had a horse, so Hanzala (ra) was at a disadvantage. One of the enemy soldiers attacked him with his spear, which entered through Hanzala's torso and comes out from the other side. Hanzala (ra) not giving up, tried to pursue the enemy that struck him, so the enemy attacked him again and hit him another time, and this time the blow killed Hanzala (ra).

After the battle was over Rasool Allah (saw) saw something strange, so he (saw) told someone to go and ask his wife about him. So they go and asked the wife of Hanzala(ra), Jameela was a righteous woman even though she was the daughter of the head of the munafiqeen (Abdullah bin Ubayy). Abdullah bin Ubayy had two righteous children; Jameela and Abdullah. Anyway so they go and talk to Jameela, she told them that, "I slept with my husband and he didn't make ghusl and he left in a state of ritual impurity." Rasool Allah (saw) said, "I saw Hanzala (ra) right there between the heaven and earth being carried by the angels and they were washing him with water from paradise in vessels of silk." SubhanaAllah the angels came down to wash Hanzala (ra), thus he was known as, "The one washed by the angels."

Another strange thing that occurred was that after Jameela slept with Hanzala (ra), she called in four witnesses to tell them that she had slept with Hanzala (ra). Which was very strange why should a husband and a wife tell other people about their personal life? So they asked her, why she was telling people this? She said, "Because I saw a dream, I saw that the sky opened, Hanzala went through and then the sky closed. So I interpreted that dream to mean that Hanzala would die as a shaheed."

Now why in the world would a woman who just got married want to sleep with her husband and probably conceive from him when she knows that he will die the next day? It doesn't make sense, the prudent think to do would be to avoid intercourse so that it would be easier for her to get married after that. Probably this shows that the sahabah had a different mindset than ours. They view the world in a different way, than us, in every matter. So for Jameela, she wanted to have a child with Hanzala because he was going to be a shaheed. She was happy that her husband was going to die as a shaheed. Though she knew life would be difficult for her in this world, but she did it for Allah, and Allah helps His slaves. Jameela ended up marrying Talhah bin Ubaidullah (ra), one of the great sahaba's of Rusool Allah (saw). She did have a child with Hanzala (ra), his name was Abdullah. She also had a child with Talhah (ra) and his name was Muhammed. Muhammed was the one who was closest to Abdullah. So though Abdullah was an orphan, he got a lot of love from his step-father and half brother. So we should have taqwa and Allah will reward us with something better.

This also shows the love for Allah in the sahabah, even though Hanzala (ra) just got married, he eagerly went to the battle the next morning, and he didn't just go to show that he was there, but he fought bravely and attained martydom. Brothers who have experienced marriage, if they go back to the day they got married, will probably know how attached to this world you feel during those days.

Abdullah bin Amr bin Haram told his son that, "You are the dearest thing to me in this world after Rusool Allah (saw) and I would have wished you to die as a shaheed, but I want you to take care of your sisters and pay my debt." That is why his son stayed behind, and he went to fight and he was killed in Uhud. His son Jaber (ra) and his famly gathered around him and were weeping because of the loss of Abdullah bin Haram. Rusool Allah (saw) told them, "Whether or not you weep for him, the angels went on shading him with their wings until you have lifted him up." So Rusool Allah (saw) was saying that it doesn't make a difference if you cry or not, Abdullah (ra) is happy and then Rusool Allah (saw) meets Jaber and said, "Shall I give you some glad tidings?" He (saw) said, "Allah greeted your father right there at Uhud,

where he was struck down, He (swt) then asked him, 'What is your wish Abdullah?' Abdullah replies, 'Oh Lord! To return me to the world, so that I may fight again for You and be killed once more.'"

No one, absolutely no one wants to go back to the World except for the shaheed, because if the aginy of death, but since for the shaheed the moment of death is nothing but pleasure, they would want to go through it again.

Some of the virtues of shahadah are mentioned in hadith. Narrated Abdullah ibn Abbas:

The Prophet (saw) said: When your brethren were struck down at the battle of Uhud, Allah placed their spirits in the crops of green birds which go down to the rivers of Paradise, eat its fruit and nestle in lamps of gold in the shade of the Throne. Then when they experienced the sweetness of their food, drink and rest, they asked: Who will tell our brethren about us that we are alive in Paradise provided with provision, in order that they might not be disinterested in jihad and recoil in war? Allah Most High said: I shall tell them about you; so Allah sent down; (Surah Al-Imran verse 169-171)"And do not consider those who have been killed in Allah's path." till the end of the verse

So the shuhada wanted someone to encourage their brothers on Earth to fight in the path of Allah, and not to be reluctant to fight. So Allah Zaujal said that He will, thus the mentioned ayat were revealed (3:169-171).

So these ayat tell us:

1. Shaheed is alive
2. They wanted their brothers to carry on fighting

So this bond of brotherhood was so special between the mujahideen that even after they passed away, they wanted to convey a message to their mujahideen brothers. The shuhadah were so eager to convey this message that Allah (swt) conveyed their message for them.

***It has been narrated on the authority of Masruq Who said: We asked 'Abdullah about the Qur'anic verse:" Think not of those who are slain in Allah's way as dead. Nay, they are alive, finding their sustenance in the presence of their Lord.." (3:169). He said: We asked the meaning of the verse (from the Holy Prophet) who said: The souls, of the martyrs live in the bodies of green birds who have their nests in chandeliers hung from the throne of the Almighty. They eat the fruits of Paradise from wherever they like and then nestle in these chandeliers. Once their Lord cast a glance at them and said: Do ye want anything? They said: What more shall we desire? We eat the fruit of Paradise from wherever we like. Their Lord asked them the same question thrice. When they saw that they will continue to be asked and not left (without answering the question). they said: O Lord, we wish that You may return our souls to our bodies so that we may be slain in Your way once again. When He (Allah) saw that they had no need (other request), they were left (to their joy in heaven). (Muslim)***

So SubhanaAllah Allah insisted an answer when Allah saw that they will give no other answer, then they were left to enjoy in heaven.

A story mentioned by Ibn Abi Duniya narrated by Attaf bin Khalid, he said that his aunt related it to him, "I rode one day to the graves of the martyrs, something she often did, and I stopped and prayed for a certain time near to the grave of Hamza. There was no one there in the valley except for the yews standing holding the head of my mount, when I had finished, I made a farewell gesture indicating, 'peace be upon you', then I heard the greeting being returned to me emanating from beneath the ground. I am as sure of this as I am, that All-Mighty and Glorious Allah created me and as I know night from day. Every hair on my body stood on end."

Rusool Allah (saw) said, "Whoever visits the graves of the shuhada of Uhud and gives them salaam, they will respond back to it."

Al Waqadi says, "When Mauwiya was about to dig the canal, he had a quire announce, 'anyone who had a relative killed at Uhud should be a witness', because this canal might cut through some of the graves. He wanted the relatives of he deceased to be there, so they could point out whose grave is it, and move them if necessary."

Jaber (ra) said, "A man came to me and said, 'Jaber some of Muawiya's workers have uncovered your father to sight and part of him is outside the grave.'" So Jaber goes and he said, "When we dug for them I found my father in his grave, lying as though asleep unchanged. We also found that his companion in the grave Amr bin Jamooh, had his hand over a wound and when it was removed, it emitted blood, his spade struck the foot of Hamza and blood came out." Jaber (ra) said, "We brought them as though they were buried the previous day."

Ibn Kathir says, "And it is said that the grave of each one of them, may Allah be pleased with them, gave forth a scent of that of musk." How long after they were buried was this??! 46 YEARS LATER! It was as if they were just buried, the scent of musk was still coming out of their graves.

It is Sunnah to bury a shaheed where they die, and not move to a different location. When some of the sahabah were taking the dead bodies to Medina, Rusool Allah (saw) said, "Return them and have them buried at Uhud." That is where the cemetery of the shuhada is, even though Medina was near so the bodies could have been carried to Medina but Rusool Allah (saw) wanted them buried in the site of the battlefield.

Bukhari narrates that Jaber (ra) said, "The Messenger of Allah would place one place of clothing over each two of the men killed at Uhud, and then would ask, 'Which one of these had a better knowledge of Quran', he would then place the one indicated in the grave first saying, 'I will testify for these at the Day of Judgement.'" It shows how poor they were that they had to share the shroud between bodies.

Probably due to exhaustion they placed more than one person in each grave, and they placed the one who had more knowledge of the Quran first. Rusool Allah (saw) ordered that the shuhada be buried in their blood, (so they shouldn't be washed), there was no namaaz –e – Janaaza because the shaheed is not dead. They shouldn't be washed because Rusool Allah (saw) said that, "on the Day of Judgment, these injuries and this blood will be emitting the smell of musk."

Anyway Rusool Allah (saw) prayed Zuhr sitting down due to the exhaustion of the battle, and then Rusool Allah (saw) asked the sahabah to line up, because he wanted to make dua. Rusool Allah (saw) recited the following dua, narrated by Imam Ahmed, "Oh Allah! To You is due all praise, Oh Allah, there us no grasp in what You have dispersed nor dispersing what You grasp. There is no guiding right those whom You have led astray. Nor any leading astray of those You have guided. There is no giving of what You have prevented, nor any prevention of what You have given. There is no drawing close what You have distanced, nor any distancing what You have drawn close. Oh Allah spread Your blessing your mercy, Your generosity and Your favors upon us. Oh Allah! I ask you those enduring blessings that never change or cease. Oh Allah I ask You for blessings at time of the probation and security and at time of fear. Oh Allah! I seek refuge with You, against the evil of which you have given us, as well as the evil from which you have saved us. Oh Allah have us view faith with favor and endear it to us well, have us view disbelief in morality and disobedience with antipathy. Place us among those who are well-guided. Oh Allah take us to Yourself as Muslims and give us life as Muslims, place us among the virtuous, not the shamed or the demented. Oh Allah do battle with those disbelievers, who give the lie to Your messengers and who oppose them, torment and punish them. Oh Allah do battle against those disbelievers who were given the scripture O God of truth."

Ibn Ishaq said, "The battle of Uhud took place on Saturday in the middle of Shawwal on the morning of Sunday the 16th of Shawwal, the quire of the Messenger of Allah announced to the people that they should leave in pursuit of the enemy."

Now the Muslims just came back from battle, they fought the battle on Saturday, and right away on Sunday morning there was an announcement, that they had to pick up their arms and pursue the enemy again. The mujahideen were tired, exhausted, injured; they had just lost 70 of their men in one day. The next day immediately following all this, they were supposed to carry on a fight. This was a big deal. The hypocrites didn't want to leave for battle, so they started spreading rumors. This was because a rumour was spread that Abu Sufyan and his army were planning another attack, so the hypocrites said things like: Are you crazy?! Abu Sufyan won yesterday, and now they are regrouping and receiving reinforcements and you want to go and fight them again?

These rumors were having their effect, but Rusool Allah (saw said, "We'll go out and meet them." Ibn Ishaq said, "The purpose of the messenger of Allah in pursuing was to frighten the enemy, this was by making them aware that they were still powerful and that their losses had not so weakened them, that they could no longer face their enemy." Rusool Allah (saw) was showing patience, steadfastness in face of danger, and he was showing persistence, these are important qualities Muslims, should have in the fight for the path of Allah. Even if you are defeated, you have to carry on fighting and continue to have faith and trust in Allah Zaujal.

Ibn Ishaq spoke about the outcome of this battle, he said, "The Khuza tribe, both, those of them who were Muslim and those who were unbelievers, were secretly the allies of Rusool Allah (saw) in Tihama, and their understanding with his was that they would not conceal anything that would happen there." So these were tribes living in Tihama in Hijaz and whether Muslim or non-muslim, they were allies of Rusool Allah (saw), and they would bring information of any movements that would occur in their area.

Ma'bad at that time was a mushriq, a disbeliever, he told Rusool Allah (saw) on his way past Hamra Al-Asad, "Muhammed, we're deeply sorry at what happened to your men and we hope from Allah to protect you and them." So even though he was a mushriq, but he was supportive of Rusool Allah (saw) and he expressed his sorrow for the loss of Muslims. Ma'bad then left, while Rusool Allah (saw) was still at Hamra Al-Asad, he met up with Abu Sufyan and his men at Roha, they had decided to return to fight Rusool Allah (saw) and his men. They had concluded, "We have severly damaged the best of his companions and their chieftains and nobles, so should we now go home, before we uproot them completely? We should go back for the rest of them and be finished with them." This was the plan of the kuffar. When Abu Sufyan saw Ma'bad he asked him, "How are things back up behind you Ma'bad?" he replied, "Muhammed has come out with his men, seeking you in a force the like of which I never saw before. They are truly enraged towards you, he has been joined by those who stayed behind, when you did battle with him and these men much regret what they did. The anger they have towards you is something the like of which I've never seen before." This wasn't true; Ma'bad was exaggerating the strength of the Muslims. Abu Sufyan said, "What are you suggesting?" He replied, "I swear, I don't think you'll be able to leave before you catch sight of the forelock of their cavalry." Meaning they are coming fast, so Abu Sufyan said, "But we've decided to attack the rest of them." Ma'bad said, "I really do advise you against that, I swear I was so affected by what I saw that I composed some verses on the subject." Abu Sufyan asked what he composed, Ma'bad said,

"At the noise my mount almost shied
The earth screaming with masses of fine horses
Racing on their riders like noble lions
Men not effeminate in the fray and not poorly armed
I ran on thinking the earth itself moving
As they brought up a leader never to be forsaken
And I said, 'woe to ibn harith when you meet the plane shakes beneath the lines of men

I warned the people of Mecca very plainly addressing every wise and sane man they have
Of the army of Ahmed, not some mixed rabble
And my warning should not be described as mere hearsay"

When Abu Sufyan heard this, his party was dissuaded and they went back. Ma'bad did a very good job in demoralizing the enemy and sending them back, by convincing them that they have no chance against the Muslims. Allah Zaujal revealed an ayat talking about the munafiqeen who didn't want to fight in ***AL IMRAN (3:172-175)***

ٱلَّذِينَ ٱسۡتَجَابُواْ لِلَّهِ وَٱلرَّسُولِ مِنۢ بَعۡدِ مَآ أَصَابَهُمُ ٱلۡقَرۡحُۚ لِلَّذِينَ أَحۡسَنُواْ
مِنۡهُمۡ وَٱتَّقَوۡاْ أَجۡرٌ عَظِيمٌ ١٧٢

***Those [believers] who responded to Allah and the Messenger after injury had struck them. For those who did good among them and feared Allah is a great reward -***

ٱلَّذِينَ قَالَ لَهُمُ ٱلنَّاسُ إِنَّ ٱلنَّاسَ قَدۡ جَمَعُواْ لَكُمۡ فَٱخۡشَوۡهُمۡ فَزَادَهُمۡ إِيمَٰنٗا
وَقَالُواْ حَسۡبُنَا ٱللَّهُ وَنِعۡمَ ٱلۡوَكِيلُ ١٧٣

***Those to whom hypocrites said, "Indeed, the people have gathered against you, so fear them." But it [merely] increased them in faith, and they said, "Sufficient for us is Allah , and [He is] the best Disposer of affairs."***

So the true believers' response to the statement made by Allah is given in verse no. 173. And that these rumors would actually increase the faith of the true believers as they would say, ***"Sufficient for us is Allah , and [He is] the best Disposer of affairs."***

فَٱنقَلَبُواْ بِنِعۡمَةٖ مِّنَ ٱللَّهِ وَفَضۡلٖ لَّمۡ يَمۡسَسۡهُمۡ سُوٓءٞ وَٱتَّبَعُواْ رِضۡوَٰنَ ٱللَّهِۗ
وَٱللَّهُ ذُو فَضۡلٍ عَظِيمٍ ١٧٤

***So they returned with favor from Allah and bounty, no harm having touched them. And they pursued the pleasure of Allah , and Allah is the possessor of great bounty.***

No fighting occurred. So they didn't fight and even then the true believers received the pleasure of Allah.

إِنَّمَا ذَٰلِكُمُ ٱلشَّيۡطَٰنُ يُخَوِّفُ أَوۡلِيَآءَهُۥ فَلَا تَخَافُوهُمۡ وَخَافُونِ إِن كُنتُم
مُّؤۡمِنِينَ ١٧٥

***That is only Satan who frightens [you] of his supporters. So fear them not, but fear Me, if you are [indeed] believers.***

So Shaitan would come to us and say, the enemy is strong and the enemy is powerful, look at his weapons, their number, their resources etc, but this will be only from Shaitan, and if we trust Allah then Allah will give us victory.

The only prisoner of war that was taken by the Muslims at Uhud was Abu Azza. Abu Azza was the one captured by the Muslims at the battle of Badr and he told Muslims that he was poor and that he had daughters to take care of. At the time of Badr Rusool Allah (saw) had let him go without any ransom, but Rusool Allah (saw) took an oath from Abu Azza, that he would never fight against the Muslims. Abu Azza agreed to this oath, but in Mecca at the time of Uhud, the Quraish were convincing Abu Azza to fight he refused but they eventually did fool him and Abu Azza did join the army, and SubhanAllah he was caught again.

Abu Azza tries the same trick that he tried during Badr, by saying that he has daughters to take care off and that he is a poor man. Rusool Allah (saw) said, "I will not let you stroke your beard and say that you have deceieved Muhammed twice." Rusool Allah (saw) ordered Abu Azza to be beheaded and then he said, "A believer will not be bitten twice from the same layer." So A Muslim should not be naïve and fooled.

In the battle of Uhud, we have examples of good ending and evil ending, ending is what decides our fate in the Akhirah. Azzaman is an example of an evil ending, the man from Medina, he wasn't interested in Islam, but when the Muslim went out to fight in the battle of Uhud, he joined in and whenever the name of Azzmaan would be mentioned infront of Rusool Allah (saw) he would say, "He is in hell-fire."But the sahabah saw that he was fighting like a lion and he had killed atleast 7 disbelievers before he fell due to his wounds. This made some of them skeptical thinking: how could this man go to hell-fire when he had fought so hard against the disbelievers. Some of Azzmaan's people came to him from Medina and congratulated him, so he said, "Why are you congratulating me for shahada? I didn't fight for the sake of Islam, I fought for the sake of my people." So this man fought with the wrong intentions, so he ended up going to the Hell-fire. He didn't fight fi sabi lillah. This is an example of an evil-ending.

Mukhairiq was a jew, he said to his people, "Oh Jews! You have learned I swear by Allah, that it is your duty to help Muhammed to victory." They said, "This is the Sabbath we're not going to fight." So he left them, and he said, "If I should fall, then my wealth goes to Muhammed as he wishes." So not only does he fight along the Muslims, but he also dedicates his wealth to Muhammed (saw) if he passes away. Mukhairiq was killed, Rusool Allah (saw) said, "Mukhairiq is the very best of Jews." Asuhaili said, "The messenger of Allah, converted Mukhairiq's property consisting of seven orchards into a 'waqf' a charitable endowment in Medina", and Muhammed ibn kabal Qurazi said, "This was Medina's very first waqf." So the first endowment in Medina was that of a Jew.

There is a difference of opinion on whether he embraced Islam or died as a Jew, with the majority of them saying that he did actually embrace Islam and when Rusool Allah (saw) said that he is the best of Jews, he was referring to his ethnicity and not his religion.

And then there was Usairin, who was from Al-Aus, but he wasn't interested in Islam, he was a mushriq. Usairin had not accepted Islam yet, when he went to Medina during the battle of Uhud, and asked, "Where is Sa'd bin Muadh?" He got the response, "he's at Uhud." He then asked where is so and so… and he everytime got the same response, that they're at Uhud. Usairin said, "If all these people are fighting at Uhud, I'm going to join them." And he did join the Muslims in Uhud, and he fought and he was wounded. Before he died, some of his relatives, when they saw him, they said, "This is Usairin! As far as we know, he wasn't isterested in becoming a Muslim. What is he doing here?" They went up to him and said, "Usairin!

Did you fight for the sake of Islam, or did you fight for the honour of you people?" He said, "No, I fought for the sake of Islam." So Usairin was the opposite of azamaan, he then dies.

Rusool Allah (saw) said, "He is in Jannah." Abu Huraira (ra) asked the people, he would quiz them and ask, "Tell me about a man who entered into Jannah, without praying one prayer to Allah Zaujal?" They wouldn't know the answer, he would tell them, and "It was Usairin."

Rusool Allah (saw) said in Bukhari, "He did very little, but he was rewarded a lot." Therefore shahadah is the one deed that would guarantee the highest level of Jannah, without doing anything else. Here Usairin did not pray did not fast, did not do anything. All that he did was took his shahadah before he died as a shaheed and attained jannah.

Miracles of the Battle of Uhud:

1. The eye of Qatada: this was mentioned as a miracle in the battle of Badr, but it is mentioned as a miracle in Badr and Uhud. This is because there is a difference in opinion between the scholars between where and when it happened.

2. Ubayy bin Khalaf: He was the leader of the hypocrites. Ubayy bin Khalaf used to say, "I am going to kill Muhammed." When that news reached Rusool Allah (saw), he said, "No, I will kill him." So in the battle of Uhud, Ubayy ibn Khalaf charges at Muhammed (saw) on his horse. This horse used to be fed special food; like corn and he would say, "I am going to kill Muhammed on you." So when he was charging at Muhammed (saw), the sahabah said that they wanted to volunteer and stop the attack. But Rusool Allah (saw) didn't allow them. The Messenger of Allah (saw) picks up a spear and shakes it in his hand, the sahabah flew away, and then Rusool Allah (saw) throws it at Ubayy bin Khalaf who was covered in armor, you could only see his eye. There was a small opening between the helmet and his armor, at his neck, the spear struck him right there and it reached his neck but it couldn't go through because of the steel armor. Ubayy ibn Khalaf falls from his horse, and he goes back runnning to his people bellowing like a bull screaming. They said, "What's wrong with you?" He said, Muhammed killed him. They uncovered him, and they didn't see any injury in his neck, they said, "There is nothing wrong with you, why are you so terrified?" He said, "Because Muhammed told me that he will kill me, if he did nothing but spit on me, I would die."

   SubhanAllah, they believed every word of Rusool Allah (saw) so much. Just because Rasool Allah (saw) said, that he (saw) will kill him, Ubayy thought that it will happen as Rasool Allah (saw) said it.

   In another narration he said, "If the pain I am suffering is distributed amongst all the people in Mecca, it will be sufficient to kill them." And very shortly after, he died. This is a miracle as what Rasool Allah (saw) prophesied came true. This is the only person who we know Rasool Allah (saw) killed in battle, there may be others but Ubayy bin Khalaf is the only one who's name is known.

   Rasool Allah (saw) sais, "Great is Allah's wrath, against the man whom the Messenger of Allah kills in Allah's cause." So the worst of men is the one whom the Messenger of Allah kills.

   Abdullah bin Umer said one night when he was travelling, in the same place where Ubayy bin Khalaf was killed, he said, "suddenly I saw flames of fire and then I saw a man being dragged in chains asking for water and the response was, 'don't provide him with any water, this is a man who was killed by the Messenger of Allah." So Abdullah ibn Umer was able to see the torment of Ubayy bin Khalaf. You see, it happens that some men will be able to see the punishment of the kuffar or the pleasure of Muslims. This could happen in dreams, or it could happen in front of you as what happened with Abdullah bin Umer. So some people might be shown scenes from the Unseen by the will of Allah.

The Role of women

Its important to talk about this topic because we want our brothers to have role models and our sisters to have role models among the sahabiyat. Since both men and women are now far away from the lifestyles from the way of the sahabah, these sahabah were the ones who best understood Islam. They were the best generation who were closest to the truth, therefore their way is the best way. Whenever you find that what you are doing or thinking is different from the way of the sahabah, then realise that your way is the wrong way.

The Sahabiyat in the battle of Uhud, used to provide water and medical assisstance. Anas ibn Malik said in Bukhari, “I saw Aisha bint Abi Bakr and Umm Saleem tucking up their clothes and I could see their legs (this is before hijab), and they were carrying buckets of water on their shoulders and they would pour the water in the mouths of the soldiers and then they would go back and fill them again, and do the same.” We can also notice that jihad is a family effort, the women participates the men participates, here you have Aisha (ra) the wife of the leader, Rusool Allah (saw) serving the men of the army. Kab ibn malik said, “Hamana bint jahsh used to provide water to the thirsty and she would give medical assisstance to the injured and Umm Aiman used to provide water to the injured.”

Anas ibn Malik would say, “When Rusool Allah (saw) would go out to fight in battle, he would take with him Umm Saleem and some woman from the Ansar, to serve the army.” This shows you that woman would accompany the army of Rusool Allah (saw). In the time of Umer bin Khattab (ra) he received pieces of cloth, he was handing them out to the women of Medina. So some of the nice cloth was left so someone there said, “Oh Amir ul Mumineen, give this to the daughter of Rasool Allah (saw), your wife.” They were referring to the daughter of Ali (ra), who was actually the granddaughter of Rasool Allah (Saw), she was umm e Kulthum bint Ali bint Abi talib. Umer bin Khattab said, “No, Umm Salit deserves it more, she was one of the women of Al-Ansar who gave allegiance to Rusool Allah (saw) and she was the one giving us water on the day of Uhud.”So Umer (ra) recognized the effort of this woman years later. And in this event an ansari woman deserved recognition for her efforts and this shows us why had Allah called these people the ‘Ansar’.

Fatima also participated, Bukhari said, narrated by Narrated Sahl bin Saud As-Sa'idi: “When the helmet broke on the head of the Prophet and his face became covered with blood and his incisor tooth broke (i.e. during the battle of Uhud), 'Ali used to bring water in his shield while Fatima was washing the blood off his face. When Fatima saw that the bleeding increased because of the water, she took a mat (of palm leaves), burnt it, and stuck it (the burnt ashes) on the wound of Allah's Apostle, whereupon the bleeding stopped.

Not only did the women have supporting roles for the army like; providing water or giving medical assistance, but there are also incidents where women fought with the sword.

An example of this is Nusaybah bint Ka'b al-Maziniyyah (ra), she was a strong woman. She fought along the Muslims in Uhud, and other battles. She even fought in the time of Abu Bakr’s (ra) Khilafa against Musailamah, and when she died her granddaughter who had washed her said, “She had 13 injuries in her body and the worst of them was the scar left behind because of the sword of Ibn Qamiah, (the one who injured Rusool Allah (saw) struck her on her shoulder when she stood infront of Rasool Allah (saw) to defend him.” This injury caused by Ibn Qamiah was so bad that she suffered the pain from it for one year that is how bad it was. She also suffered injuries in other battles like in the battle against Musailamah, in the time of Abu Bakr (ra), the way her injuries of that battle was healed was by pouring boiling oil over them, she (ra) said, “The process of healing was worse and more painful than the injuries themselves.”

SubhanAllah even though she had such severe injuries at Uhud, when Rusool Allah (saw) wanted to go to Hamra Al-Asad the next day, she wanted to go too. But when she stood up she collapsed, she couldn’t

go any further. This is how strong the drive in her spirit was (may Allah be pleased with her). When Rasool Allah (saw) went to Hamra Al-Asad immediately when he came back, he sent someone to ask about her, and he came back to Rasool Allah (saw) and said, "She's getting better" and hearing this Rasool Allah (saw) was very happy. This also shows you, how much the Rasool Allah (saw) cared for the sahabah. He would ask about them, always staying in touch with their life, basically the sahabah were always on his mind.

Examples of the patience of the sahabiyat: Safiya (ra) was the sister of Hamza (ra), and when she received the news that hamza was killed; she wanted to go and take a look at his body. We have mentioned how Hamza's (ra) body was mutilated so Zubair stops her and she pushes him aside and said, "Why are you stopping me? I have been told how my brother has been mutilated, that was in Allah's cause, and that fact has comforted us. I will keep myself under control and remain calm, if Allah wills it." Hamza (ra) was mutilated badly, they cut his nose, his ears, his private parts, and they opened up his stomach and chest, so he was badly disfigured. But Safiya (ra) insisted on seeing him, and Rasool Allah (saw) allowed her, she went and stood over the body of Hamza (ra). Ibn Ishaq said, "She looked at him, said a prayer over him, asked forgiveness for him and spoke the words: 'To Allah we belong, and to Him do we return.'" This is how she dealt with the calamity of losing her brother and seeing him in that condition.

Another example is Hamra bint Jahsh, she was the sister of Abdullah bin Jahsh. We talked about what happened with Abdullah bin Jahsh (ra), Hamra's father and her husband Musab bin Umair also died. So she lost the three closest men in her life. When the Muslims came to her they said, "Your father has passed away", she said calmly, "To Allah we belong, and to Him do we return." They then told her, "Your brother, Abdullah has died", she remained calm and said, "To Allah we belong, and to Him do we return." And then they said, "And your husband Musab bin Umair died", she then screamed.

Ibn Ishaq narrated when Rusool Allah (saw) saw that, he said, "A woman's husband has a very special place with her." And in the narration of Ibn Majah, Rusool Allah (saw) said, "A husband alone has control over his wife's feelings." So the husband is special to a wife. So Hamra bin Jahsh broke down when she heard the news of her husband, when they asked her why, she said, "That is because I remembered that my children will be orphaned." Rasool Allah (saw) made dua for her.

Another example is Addeenarriya, she lost her husband, father and brother. They came to her and said, "Your husband, brother and father were killed." She said, "And how is the Messenger of Allah?" They said, "He is fine, he is just as you might wish", she said, "Show him to me, I want to see him." And when Rusool Allah (saw) was pointed out to her, she said, "Every loss, other than you is trivial." So she was saying that it doesn't matter what she loses, whatever she loses is trivial as long as the Messenger of Allah (saw) is fine.

Dear brothers and sisters, we talk a lot about loving Rusool Allah (saw), we talk about sacrifice. These will remain intangible, theoretical concepts until you see how the sahabah lived them. If you want to know what it means to love Rusool Allah (saw), take a look at this woman, she receives the news of the death of her husband, father, and brother, and the only the only thing she thinks about is Rusool Allah (saw). She wanted to see him, to satisfy herself that Rusool Allah (saw) was alive and safe. This is what it means to love Rusool Allah (saw).
CD#12

We all know that Uhud was a defeat, but the amazing thing is that Ibn ul Quyyum thinks otherwise, he says it was a victory for the Muslims. The reason why he said that was because Uhud was a goldmine for lessons to be learned.

Most of the lessons we will see in the light of the Quran; from Surah Al-Imran. Surah tul Anfal was revealed after the battle of Badr and Surah Al-Imran was revealed after the battle of Uhud.

**LESSONS FROM THE BATTLE OF UHUD**

1. Study history: Allah Zaujal says in (3:137)(3:138)

قَدْ خَلَتْ مِن قَبْلِكُمْ سُنَنٌ فَسِيرُوا۟ فِى ٱلْأَرْضِ فَٱنظُرُوا۟ كَيْفَ كَانَ عَـٰقِبَةُ
ٱلْمُكَذِّبِينَ ١٣٧

***Similar situations [as yours] have passed on before you, so proceed throughout the earth and observe how was the end of those who denied.***

So go and travel and study history to see what happened to nations before. Look at the conflict between good and evil and see the results. Learn lessons from history.

هَـٰذَا بَيَانٌ لِّلنَّاسِ وَهُدًى وَمَوْعِظَةٌ لِّلْمُتَّقِينَ ١٣٨

***This [Qur'an] is a clear statement to [all] the people and a guidance and instruction for those conscious of Allah.***

Now we cannot believe in history if we do not believe in the authenticity of the rule of cause and effect. We have to believe that causes do lead to a certain result. If that isn't the case then there is no benefit in studying history, because when we study history, we are actually looking at causes that lead to certain results. So we need to look at the believers of the early history and compare them with the disbelievers of nations and learn our lessons from them. Allah is telling us to study history to learn the lessons not entertain ourselves.

Studying history is exactly what we are doing now, because we are studying the seerah of Muhammed (saw) and this is the greatest part of history. We are studying the life of the final prophet, who's message will be carried on till the Day of Judgment..

وَمَآ أَرْسَلْنَـٰكَ إِلَّا رَحْمَةً لِّلْعَـٰلَمِينَ ١٠٧

***We have sent you as mercy to all mankind (21:107)***

Rusool Allah (saw) said, "Every prophet before me was sent to his specific nation, while I am sent to all mankind."

Allah Zaujal says in (3:139)

وَلَا تَهِنُوا۟ وَلَا تَحْزَنُوا۟ وَأَنتُمُ ٱلْأَعْلَوْنَ إِن كُنتُم
مُّؤْمِنِينَ ١٣٩

***So do not weaken and do not grieve, and you will be superior if you are [true] believers.***

This was revealed after the defeat at Uhud, when the Muslim spirit was low. Allah Zaujal is telling the Muslims not to weaken or grieve. So Allah is telling the Muslims that if you are true believers then victory is with the them.

Another verse which was revealed after the defeat of Uhud was (3:110)

كُنتُمْ خَيْرَ أُمَّةٍ أُخْرِجَتْ لِلنَّاسِ

***You are the best nation produced for mankind***

This verse didn't come after, Badr, after Fateh- mecca , or when the Islamic empire was covering 2/3rd of Earth. This was revealed after the worst defeat that the Muslims suffered from at the time of Rusool Allah (saw). This shows that the Muslims are the best nation even if they are weak, oppressed, or defeated. Allah was reminding the Muslims who they are.

Allah Zaujal says in (3:140-143)

إِن يَمْسَسْكُمْ قَرْحٌ فَقَدْ مَسَّ ٱلْقَوْمَ قَرْحٌ مِّثْلُهُۥ ۚ وَتِلْكَ ٱلْأَيَّامُ
نُدَاوِلُهَا بَيْنَ ٱلنَّاسِ وَلِيَعْلَمَ ٱللَّهُ ٱلَّذِينَ ءَامَنُوا۟ وَيَتَّخِذَ مِنكُمْ شُهَدَآءَ ۗ
وَٱللَّهُ لَا يُحِبُّ ٱلظَّـٰلِمِينَ ﴿١٤٠﴾

***If a wound should touch you - there has already touched the [opposing] people a wound similar to it. And these days [of varying conditions] We alternate among the people so that Allah may make evident those who believe and [may] take to Himself from among you martyrs - and Allah does not like the wrongdoers –***

وَلِيُمَحِّصَ ٱللَّهُ ٱلَّذِينَ ءَامَنُوا۟ وَيَمْحَقَ ٱلْكَـٰفِرِينَ ﴿١٤١﴾

***And that Allah may purify the believers [through trials] and destroy the disbelievers.***

أَمْ حَسِبْتُمْ أَن تَدْخُلُوا۟ ٱلْجَنَّةَ وَلَمَّا يَعْلَمِ ٱللَّهُ ٱلَّذِينَ جَـٰهَدُوا۟ مِنكُمْ
وَيَعْلَمَ ٱلصَّـٰبِرِينَ ﴿١٤٢﴾

***Or do you think that you will enter Paradise while Allah has not yet made evident those of you who fight in His cause and made evident those who are steadfast?***

وَلَقَدْ كُنتُمْ تَمَنَّوْنَ ٱلْمَوْتَ مِن قَبْلِ أَن تَلْقَوْهُ فَقَدْ رَأَيْتُمُوهُ
وَأَنتُمْ تَنظُرُونَ ﴿١٤٣﴾

***And you had certainly wished for martyrdom before you encountered it, and you have [now] seen it [before you] while you were looking on.***

There are several lessons in these four verses:

2.*' If a wound should touch you - there has already touched the [opposing] people a wound similar to it…'* What does this indicate? Because Muslims had lost the battle of uhud, they lost their morals and were depressed. So Allah was telling them, they what happened to you in the battle of Uhud, happened to the Quraish in the battle of Badr. If you are suffering wounds now, they suffered wounds then. If the Muslims are suffering defeat, then the Quraish suffered a defeat a year ago. Also that if the Quraish's loss didn't prevent them from fighting at Uhud, then the wounds of the Muslims at Uhud should not prevent the Muslims from carrying on the fight. So Allah is asking the Muslims not to give up, their spirits must remain high. If some of the Muslims are killed then be patient, if you lost be patient. Have perseverance be steadfast.

3. *'.. And these days [of varying conditions] We alternate among the people..'* So one day the Quraish won, and one day the Muslims won, that is how it is in this life. Winning and Losing is part of life. Ibn Al- Quyyum said, "It was the wisdom of Allah and His way with his prophets and their followers that they would once win, and once loose but in the end they are the victorious." So the end result is that Islam will win, however until we reach that stage, it will be a win and loose situation. Ibn Al-Quyyum then said, "If the believers always win, then others would join them, and then it wouldn't be clear, who are the believers and who are not." So to distinguish between the believers and the disbelievers, there needs to be these alternating conditions between the truth and falsehood. If there wasn't such a situation then, people would join the Muslims for worldly reasons. Then he said, "And if the Muslims are always losing, then the objective of sending the Prophets will not be fulfilled." The objective is to spread Islam, throughout the World. So it is not appropriate to always win, and it is not appropriate to always lose. So the losing phase separates the believers from the munafiqeen and the winning phase would spread the religion.

4. *'..So that Allah may make evident those who believe..':* As we mentioned before, the true test of emaan is Jihad in the path of Allah. That is the true test, and that is where the fakeness shows. So Allah Zaujal is saying is that He wanted to separate the believers from the munafiqeen.

5. *'..and [may] take to Himself from among you martyrs..':* Ibn Al-Quyyum says, "Martyrdom is among the highest levels, in the eyes of Allah Zaujal, and the martyrs are the ones whom Allah drives closer to Him. And how can there be martyrs if Allah Zaujal doesn't allow the enemy to kill some of the Muslims." So if shahadah is such a high status then how are people going to achieve it? The only way to achieve it is for Allah to allow the enemy to kill the believers. So this was one of the wisdoms of the battle of Uhud, Allah Zaujal drew towards him 70 shuhada.

6.*'And that Allah may purify the believers [through trials..':* Ibn Al-Quyyun has some interesting words, he said, "Allah Zaujal loves some of his servants so much, he reserves for them high places in Jannah. However the deeds of this servant are not sufficient enough to take him up to that level." So how could that person achieve it? It is by Allah making that person go through trials in this World by suffering hardships and pain, and that is how this person's status can be raised in Paradise. So Allah Zaujal loved these sahabah so much, but because their deeds are not sufficient enough to take to that level reserved for them in Jannah, Allah Zaujal made them go through battle of Uhud, and suffer the pain, hardship, injury, suffering the sorrow when the rumor spread that Rusool Allah (saw) was killed, and defeat. Ibn Al-Quyyum says, "It's a purification process".

7. *'..and destroy the disbelievers.':* And Allah dislike some of the kuffar so much that Allah has places reserved them in the hell-fire. Allah Zaujal destroys them through their actions in duniya. So the fact that the kuffar defeated the Muslims and the muslim had to suffer so much by the hands of the kuffar, this is actually destruction for the kuffar. For Ibn Qamiah to strike Rusool Allah (saw) and Utba bin Abi Waqas to strike Rusool Allah (saw)… is that good thing for them? Is that something to be

happy about? That is the worst thing that ever happened to them in their lives, and they will surely be condemned to hell-fire for eternity for it. So Allah dislike some of the kuffar, and they deserve his damnation and eternal punishment because of the actions that they committed in this World.

So when we see that a certain nation of Kufr, it appears that it has free range to do whatever they want to the Muslims, to kill them, harass them, torture them, throw them in prisons without any charges… we should stop and think, is that good news for them? That is a sign that Allah is angry with those people. That is a sign of what will happen to them on the Day of Judgment. So Allah gives these tyrants chances in this world, so that they can rightfully achieve hell-fire.

We can take the example of Pharoan, how he punished the children of Israel for years, so is that something Pharaon should be happy about? Allah was actually building a case against him, by which he has no way to escape hell-fire. On the Day of Judgment, all that they have done will be presented. Allah know the evil of their hearts, and He makes it manifest with actions, so that they wouldn't be able to defend themselves.

8. ***'Or do you think that you will enter Paradise while Allah has not yet made evident those of you who fight in His cause and made evident those who are steadfast.'*** Don't think that you can make it to Paradise without Jihad in the path of Allah, Allah is telling the Muslims, and that they have to go through these stages. You cannot claim your place in paradise, without Jihad in the path of Allah, and consequently it will show your steadfastness. So Allah is telling the Muslim that Islam is not a mystic religion, in which you do a few rituals and then can enter Paradise. Allah will test people in the field; Allah Zaujal has some serious demands for us, because He will then give us Paradise in return. We have to work for paradise. We have to remember that even Rusool Allah (saw) will enter Paradise by the mercy of Allah, so our deeds will never be good enough for paradise that is how amazing Paradise will be. But we are still expected to do our best.

After the battle of Badr, the outstanding victory for the Muslims, the ones who missed it were looking forward to fight at Uhud, a lot of them were asking of shahadah. But that is all desires, something they kept in their heart. That means you can have the intention… but is that intention real? So Allah Zaujal said in the verse above (3:143) In other words, actual fighting was necessary to verify whether their wishes were true or not. SubhanAllah maybe a lot of them weren't sure what they wanted until they actually got in the battlefield. Many of us may have intentions in our hearts to be a shaheed but does that mean that when we see an opportunity we would actually make an effort to fulfill our intention? This is something only Allah knows, and that is why He brought such situations to make evident what was in their hearts.

9. Treating mistakes: How did Allah treat the mistakes of the sahabah (ra)? Allah Zaujal has never ever praised the Muslims for their victory, even after Badr there was no verse in which Allah was praising the Muslim, infact Allah said in (3:126)

وَمَا جَعَلَهُ ٱللَّهُ إِلَّا بُشْرَىٰ لَكُمْ وَلِتَطْمَئِنَّ قُلُوبُكُم بِهِۦ ۗ وَمَا ٱلنَّصْرُ إِلَّا مِنْ
عِندِ ٱللَّهِ ٱلْعَزِيزِ ٱلْحَكِيمِ ﴿١٢٦﴾

***And Allah made it not except as [a sign of] good tidings for you and to reassure your hearts thereby. And victory is not except from Allah , the Exalted in Might, the Wise –***

So Allah didn't give the Muslims credit for the battle of Badr, also remember when there was a dispute on what to do with the prisoners of war .. Allah revealed (8:68).

لَّوْلَا كِتَٰبٌ مِّنَ ٱللَّهِ سَبَقَ لَمَسَّكُمْ فِيمَآ أَخَذْتُمْ
عَذَابٌ عَظِيمٌ ﴿٦٨﴾

***If not for a decree from Allah that preceded, you would have been touched for what you took by a great punishment.***

So After the battle of Badr, Allah said that He could have punished the Muslim, for Allah did not agree to the decision the Muslims took, for the prisoners of war. Allah said that because the Muslims wanted the ransom, they did not execute the prisoners.

This tells us something. After the Battle of Badr, Allah Zaujal wanted to clean the hearts of the Muslims from all diseases. Incase the Muslim were feeling any feelings of pride, or arrogance, that was removed by Allah. Allah reminded the Muslims, that victory was only because of Allah.

While after the battle of Uhud, the Muslims were distressed and their morales were low. Allah Zaujal raised their spirits, by comforting them by telling them that Allah has forgiven the Muslims. The Muslims had a committed a sin by disobeying the Prophet, by coming down that hill and they committed a sin by being hungry for this World… but in the end Allah tells them that He forgave them.

10. Allah Zaujal is turning our attention to the previous mujahideen. Allah Zaujal says in verses (3:146-148)

وَكَأَيِّن مِّن نَّبِيٍّ قَٰتَلَ مَعَهُۥ رِبِّيُّونَ كَثِيرٌ فَمَا وَهَنُوا۟ لِمَآ أَصَابَهُمْ
فِى سَبِيلِ ٱللَّهِ وَمَا ضَعُفُوا۟ وَمَا ٱسْتَكَانُوا۟ ۗ وَٱللَّهُ يُحِبُّ ٱلصَّٰبِرِينَ
﴿١٤٦﴾

***And how many a prophet [fought and] with him fought many religious scholars. But they never lost assurance due to what afflicted them in the cause of Allah , nor did they weaken or submit. And Allah loves the steadfast.***

وَمَا كَانَ قَوْلَهُمْ إِلَّآ أَن قَالُوا۟ رَبَّنَا ٱغْفِرْ لَنَا ذُنُوبَنَا وَإِسْرَافَنَا فِىٓ أَمْرِنَا
وَثَبِّتْ أَقْدَامَنَا وَٱنصُرْنَا عَلَى ٱلْقَوْمِ ٱلْكَٰفِرِينَ ﴿١٤٧﴾

***And their words were not but that they said, "Our Lord, forgive us our sins and the excess [committed] in our affairs and plant firmly our feet and give us victory over the disbelieving people."***

فَـَٔاتَىٰهُمُ ٱللَّهُ ثَوَابَ ٱلدُّنْيَا وَحُسْنَ ثَوَابِ ٱلْـَٔاخِرَةِ ۗ وَٱللَّهُ يُحِبُّ ٱلْمُحْسِنِينَ

﴿١٤٨﴾

***So Allah gave them the reward of this world and the good reward of the Hereafter. And Allah loves the doers of good.***

What can we learn from these ayat? Allah Zaujal is saying that the Prophets before you fought and alsongside them fought religious schlolars. So the scholars should not sit at home, they should stand with their Prophets and fight. After a while when scholars, from all religions, gain respect from the people, they have a certain status is society. Scholars wear special clothes and they act in a special way. This all could be superficious, scholars don't go through what soldiers go through like they stay away from the dirt, and they don't have to sleep on hard ground or maybe don't even have to miss their sleep. They arent used to suffering pain, they at times might forget they are equal to everybody else. Probably Shaitan says to the scholar that, 'you don't have to go through all that, you have knowledge, just stay at home and teach people. That would be enough.' So Allah Zaujal is saying is saying that, that is not the way of the righteous scholars. The righteous one, were in the field with the prophets.

'..***But they never lost assurance due to what afflicted them in the cause of Allah , nor did they weaken or submit..':*** So when the schoars lost, they were never affected by this set back. Don't let is pull you down. Believers have to carry on, and stay steadfast. ***'.. they said, 'Our Lord, forgive us our sins and the excess [committed] in our affairs..',*** This is very important, when you fight for the sake of Allah, you don't depend on your preparation, you depend on Allah. Muslims should seek forgiveness from Allah. The fighters should make them humble infront of Allah, that is something Allah loves from his servants. So Allah is telling the Muslim ummah what the mujahideen before Muhammed (saw) used to do. This was their way, and after they admit their sins to Allah they would say '..***plant firmly our feet and give us victory over the disbelieving people..',*** and that is when Allah Zaujal has given them the reward of this life and the hereafter.

11. The evil of disobedience: Disobeying Rusool Allah (saw) is a grave sin that is why they lost the battle of Uhud. Allah Zaujal says in AN-NISA (4:59)

يَـٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوٓا۟ أَطِيعُوا۟ ٱللَّهَ وَأَطِيعُوا۟ ٱلرَّسُولَ وَأُو۟لِى
ٱلْأَمْرِ مِنكُمْ ۖ فَإِن تَنَـٰزَعْتُمْ فِى شَىْءٍ فَرُدُّوهُ إِلَى ٱللَّهِ وَٱلرَّسُولِ إِن
كُنتُمْ تُؤْمِنُونَ بِٱللَّهِ وَٱلْيَوْمِ ٱلْـَٔاخِرِ ۚ ذَٰلِكَ خَيْرٌ وَأَحْسَنُ تَأْوِيلًا ﴿٥٩﴾

***Oh you who have believed, obey Allah and Obey the messenger and those in authority among you. And if you disagree over anything, refer to Allah and the Messenger, if you should believe in Allah and the Last Day, That is the best way and the best result.***

If we have a dispute over any affair, we take it back to Quran and sunnah, that is our reference and after the Messenger of Allah you we the Amir.

12. Preferring this World over Akhirah: The story of this Ummah with the booty of war is a sad one. It started in the battle of Badr, when Allah revealed the verse of surah Al-Anfal and Obada bin Al-Samit

said, "these ayat were revealed because we the sahabah disputed over the booty and our manners were not appropriate."And in the battle of Uhud, the booty was the reason why archers came down. They were eager to participate in collecting the booty, and subhanAllah this problem carried on, yes there were some Muslims who learned their lesson but there were others who didn't.

What stopped the Muslim conquest in Western Europe was booty! The Muslims, when they entered into Spain, Abdur Rahman Al-Ghafiqi was the ameer of the Muslims and he was leading them into France now. They succeeded in conquering almost two-thirds of France, they were 100 km away from Paris, the capital, and they were almost going to run over France but by the time they reached the outskirts of Paris they were loaded with booty. So then the soldiers instead of thinking of the enemy were thinking of their share of the booty, and that weakened the army. They ended up losing the battle called 'The Court of Martyrs'. It was given this name because of the huge number of Muslims that were killed; among them was one of the greatest heroes of the Muslim army, Abdur Rahman Al-Ghafiqi. That marked the end of the Muslim advance in Western Europe; from there on it was retreat. The turning point was due to booty.

Abdullah bin Masud (ra) said, "I did not know that there was among us, the companions of Rusool Allah (saw), people who prefered duniya over Akhirah." Allah Zaujal says, ***"Among you are some who desire this world, and among you are some who desire the hereafter."***
So Abdullah bin Masud (ra is saying that he never knew that there were such people among the mumineen! This tells us how Jihad fi sabi lillah exposed so many things which would never have been discovered otherwise.

13. We should hold on fast to our religion: When the rumors spread that Muhammed (saw) was killed, some of the Muslims were trying to find a way to meet with Abdullah bin Ubayy to have him negotiate with the kuffar of Quraish. Allah Zaujal taught us a lesson, He said in (3:144)

وَمَا مُحَمَّدٌ إِلَّا رَسُولٌ قَدْ خَلَتْ مِن قَبْلِهِ ٱلرُّسُلُ ۚ
أَفَإِين مَّاتَ أَوْ قُتِلَ ٱنقَلَبْتُمْ عَلَىٰٓ أَعْقَٰبِكُمْ ۚ وَمَن يَنقَلِبْ عَلَىٰ عَقِبَيْهِ
فَلَن يَضُرَّ ٱللَّهَ شَيْـًٔا ۗ وَسَيَجْزِى ٱللَّهُ ٱلشَّٰكِرِينَ ﴿١٤٤﴾

***Muhammad is not but a messenger. [Other] messengers have passed on before him. So if he was to die or be killed, would you turn back on your heels [to unbelief]? And he who turns back on his heels will never harm Allah at all; but Allah will reward the grateful.***

So Allah tells the Muslims that there have been other Messengers before Muhammed (saw) and they are dead now. So Muhammed (saw) is like all of them, and Muhammed (saw) too will die like the others. ***So if he was to die or be killed, would you turn back on your heels [to unbelief]?*** Allah then questions the Muslims, that will they turn to disbelief after the death of Muhammed (saw). Just because Muhammed (saw) died doesn't mean that we give up our religion. Islam does not depend on personalities, the faith of this religion does not hinge to any person, even if that person is the great and noble Muhammed (saw). So we should never think, or feel that if such and such person is killed the advance of Islam will stop. Victory is not dependant on any leader. That is why Umer bin Khattab (ra) fired Khalid bin Waleed (ra) from his post as the general of the Muslim army. Umer (ra) wanted people to know that victory is not because of Khalid bin Waleed, victory is because of Allah. So the Muslims who depend on particular leader should only depend on Allah.

That is when Abu Bakr Siddiq (ra) after the death of Rusool Allah (saw), he said to the people, "Whoever worships Muhammed, Muhammed is dead, but whoever worships Allah, Allah is alive and never dies."

***He who turns back on his heels will never harm Allah at all:*** So Allah tells us that, we are the ones who need Allah, Allah does not need us.

14. How did the Prophet (saw) deal with the archers and the hypocrites? Both disobeyed him. He dealt with each differently. Allah Zaujal says in (3:159)

فَبِمَا رَحْمَةٍ مِّنَ ٱللَّهِ لِنتَ لَهُمْ ۖ وَلَوْ كُنتَ فَظًّا غَلِيظَ ٱلْقَلْبِ لَٱنفَضُّوا۟ مِنْ
حَوْلِكَ ۖ فَٱعْفُ عَنْهُمْ وَٱسْتَغْفِرْ لَهُمْ وَشَاوِرْهُمْ فِى ٱلْأَمْرِ ۖ فَإِذَا عَزَمْتَ
فَتَوَكَّلْ عَلَى ٱللَّهِ ۚ إِنَّ ٱللَّهَ يُحِبُّ ٱلْمُتَوَكِّلِينَ ﴿١٥٩﴾

***So by mercy from Allah, [O Muhammad], you were lenient with them. And if you had been rude [in speech] and harsh in heart, they would have disbanded from about you. So pardon them and ask forgiveness for them and consult them in the matter. And when you have decided, then rely upon Allah. Indeed, Allah loves those who rely [upon Him].***

So Allah is telling Muhammed (saw) that your (saw) message of dawah is based on being lenient and soft, not harsh in word or speech, or in his (saw) heart. Allah Zaujal tells Muhammed (saw) to pardon the archers and ask forgiveness for them. SubhanAllah, we lost because of the archers, Rusool Allah (saw) was injured because of them, 70 Muslims were killed because of them and then Allah tells Muhammed (saw) to pardon them, not only that but Allah also wanted him (saw) to ask forgiveness for them.

We talked about the shura (asking for advice), and we said that some of the Muslims, especially the ones who missed the battle of Badr were asking Rusool Allah (saw) to go out and fight outside Medina, this however wasn't the opinion of Rusool Allah (saw). This was also probably one of the reasons why they lost, nevertheless Allah Zaujal said, "***and consult them in the matter.***" Even if consultation has lead to defeat at Uhud, Allah is saying don't let that prevent Muhammad (saw) from making shura again. Shura is the right way to go. That tells us the importance of shura in Islam, and once the decision is made, reliance should be upon Allah. So Muhammed (saw) was asked to pardon, ask forgiveness for the archers and consult the archers.

How did Muhammed (saw) deal with the hypocrites?

وَمَآ أَصَٰبَكُمْ يَوْمَ ٱلْتَقَى ٱلْجَمْعَانِ فَبِإِذْنِ ٱللَّهِ وَلِيَعْلَمَ ٱلْمُؤْمِنِينَ

﴿١٦٦﴾

***And what struck you on the day the two armies met was by permission of Allah that He might make evident the [true] believers.***

وَلِيَعْلَمَ ٱلَّذِينَ نَافَقُوا۟ ۚ وَقِيلَ لَهُمْ تَعَالَوْا۟ قَـٰتِلُوا۟ فِى سَبِيلِ ٱللَّهِ أَوِ ٱدْفَعُوا۟ ۖ
قَالُوا۟ لَوْ نَعْلَمُ قِتَالًا لَّٱتَّبَعْنَـٰكُمْ ۗ هُمْ لِلْكُفْرِ يَوْمَئِذٍ أَقْرَبُ مِنْهُمْ لِلْإِيمَـٰنِ ۚ
يَقُولُونَ بِأَفْوَٰهِهِم مَّا لَيْسَ فِى قُلُوبِهِمْ ۗ وَٱللَّهُ أَعْلَمُ بِمَا يَكْتُمُونَ

١٦٧

***And that He might make evident those who are hypocrites. For it was said to them, "Come, fight in the way of Allah or [at least] defend." They said, "If we had known [there would be] fighting, we would have followed you." They were nearer to disbelief that day than to faith, saying with their mouths what was not in their hearts. And Allah is most Knowing of what they conceal –***

Allah exposed what was in the hearts of the munafiqeen, and that was it. They were not punished, they were just exposed. They are some Muslims, in fact some movements which are based on a false hypothesis. There are some Muslims who say: for the Ummah to succeed, and be victorious, we have to invite them all to truth and they all have to obey Allah and avoid sins. As long as there are Muslims who don't pray, Muslims who are committing sins, we are not going to win, and we are not going to win until the Muslims who pray in Fajr are equal to the ones who pray in Jumaa. They then bring up this incident of this rabbi who went to this holy mosque in Jerusalem and said, 'Jerusalem will fall in Muslim hands when the people who pray in Fajr are equal to the ones who pray in Jumaa.' As if it is the rabbis who are receiving revelations from Allah Zaujal.

That is not a correct hypothesis! There will ALWAYS be more Muslims in Jumma compared to Fajr prayers, and there will always be Muslims who commit sins, there will always be Muslims who will not fulfill their obligations. If you are waiting for victory, when all the Muslims are obedient then that will never happen. The proof that this hypothesis is wrong is the fact that 1/3rd of the Muslim army, who were hypocrites, defected and this did not affect the outcome of the battle of Uhud. The munafiqun who departed from the army were not the reason why the Muslims were defeated. This wasn't mentioned as a reason in the Sunnah and this wasn't mentioned as a reason in the Quran.

Since there will always be hypocrites among the Muslim Ummah, they will not affect the outcome of the battle between good and evil. The outcome is affected by the core group of Muslims called, 'Taif Al-Mansoora'. Rusool Allah (saw) has talked about a core group of Muslims called At-Taif Al-Mansoora, this is the saved group, and it is them that have to be on the straight path. If they start sinning then the Muslims will lose. Outcome depends on them, not the entire Ummah. Their disobeying Rusool Allah (saw) on that hill is what led to the defeat of Muslims. It was the action of those 40 Muslims on the hill that lead to defeat; it wasn't the 300 that left with Abdullah bin Ubayy. Allah Zaujal says in (3:152)

وَلَقَدْ صَدَقَكُمُ ٱللَّهُ وَعْدَهُۥٓ إِذْ تَحُسُّونَهُم بِإِذْنِهِۦ ۖ حَتَّىٰٓ إِذَا فَشِلْتُمْ
وَتَنَٰزَعْتُمْ فِى ٱلْأَمْرِ وَعَصَيْتُم مِّنۢ بَعْدِ مَآ أَرَىٰكُم مَّا تُحِبُّونَ ۚ مِنكُم
مَّن يُرِيدُ ٱلدُّنْيَا وَمِنكُم مَّن يُرِيدُ ٱلْءَاخِرَةَ ۚ ثُمَّ صَرَفَكُمْ عَنْهُمْ
لِيَبْتَلِيَكُمْ ۖ وَلَقَدْ عَفَا عَنكُمْ ۗ وَٱللَّهُ ذُو فَضْلٍ عَلَى ٱلْمُؤْمِنِينَ ﴿١٥٢﴾

***And Allah did indeed fulfil His Promise to you when you were killing them (your enemy) with His Permission; until (the moment) you lost your courage and fell to disputing about the order, and disobeyed after He showed you (of the booty) which you love. Among you are some that desire this world and some that desire the Hereafter. Then He made you flee from them (your enemy), that He might test you. But surely, He forgave you, and Allah is Most Gracious to the believers.***

15. You would expect the site of Uhud to bring sad memories to Muhammed (saw), the defeat, the loss of his loved ones including his uncle Hamza (ra). Also the injuries he suffered, but Rusool Allah (saw) was optimistic and he hated pessimism. Rusool Allah (saw) said, “Uhud is the mountain that loves us, and we love it.” And Rusool Allah (saw) says, “Uhud is the mountain in Paradise.” Rusool Allah (saw) did associate the mountain of Uhud, with sad memories, but he was not a negative person MashaAllah. We should throw away all our pessimism, whenever we think of the Battle of Uhud, we should think of love for Allah. We should not think of hardship and pain. As a result we should keep in mind that a Muslim should always look at the bright side of things, we should be optimistic.

16. The rules for victory and defeat are in Surah Al-Anfal and Al-Imran: There are many rules in other surahs but we will refer to Al-Imran and Al-Anfal because these two were revealed after Uhud and Badr respectively.

Rules for victory:

- Victory is from Allah: Allah says in (8:10)

وَمَا جَعَلَهُ ٱللَّهُ إِلَّا بُشْرَىٰ وَلِتَطْمَئِنَّ بِهِۦ قُلُوبُكُمْ ۚ وَمَا ٱلنَّصْرُ إِلَّا مِنْ عِندِ
ٱللَّهِ ۚ إِنَّ ٱللَّهَ عَزِيزٌ حَكِيمٌ ﴿١٠﴾

***And victory is not but from Allah, so it belongs to Him…***

- If Allah wants to give you victory, then no power on Earth can stop that from happening, so we should fear no one. He gave victory to Musa (as) even though he was fighting against Pharaoh.. Allah Zaujal sasys in (3:160)

إِن يَنصُرْكُمُ ٱللَّهُ فَلَا غَالِبَ لَكُمْ ۖ وَإِن يَخْذُلْكُمْ
فَمَن ذَا ٱلَّذِى يَنصُرُكُم مِّنۢ بَعْدِهِۦ ۗ وَعَلَى ٱللَّهِ فَلْيَتَوَكَّلِ ٱلْمُؤْمِنُونَ
﴿١٦٠﴾

***If Allah should aid you, no one can overcome you; but if He should forsake you, who is there that can aid you after Him? And upon Allah let the believers rely.***

So we should rely on Allah, if we don't rely on Allah then He will forsake us.

- Attachment to this world, and prefering it over Akhirah is a reason for defeat, Allah Zaujal said in (3:152)

وَلَقَدْ صَدَقَكُمُ ٱللَّهُ وَعْدَهُۥٓ إِذْ تَحُسُّونَهُم بِإِذْنِهِۦ ۖ حَتَّىٰٓ إِذَا فَشِلْتُمْ
وَتَنَٰزَعْتُمْ فِى ٱلْأَمْرِ وَعَصَيْتُم مِّنۢ بَعْدِ مَآ أَرَىٰكُم مَّا تُحِبُّونَ ۚ مِنكُم
مَّن يُرِيدُ ٱلدُّنْيَا وَمِنكُم مَّن يُرِيدُ ٱلْـَٔاخِرَةَ ۚ ثُمَّ صَرَفَكُمْ عَنْهُمْ
لِيَبْتَلِيَكُمْ ۖ وَلَقَدْ عَفَا عَنكُمْ ۗ وَٱللَّهُ ذُو فَضْلٍ عَلَى ٱلْمُؤْمِنِينَ ﴿١٥٢﴾

***And Allah had certainly fulfilled His promise to you when you were killing the enemy by His permission until [the time] when you lost courage and fell to disputing about the order [given by the Prophet] and disobeyed after He had shown you that which you love. Among you are some who desire this world, and among you are some who desire the Hereafter. Then he turned you back from them [defeated] that He might test you. And He has already forgiven you, and Allah is the possessor of bounty for the believers***.

So one of the reasons for losing was the Muslim's desire for this world, other reasons was disobeying Rusool Allah (saw) and disunity.

- Numbers are not the cause of victory or defeat. Allah Zaujal says in (3:123)

وَلَقَدْ نَصَرَكُمُ ٱللَّهُ بِبَدْرٍ وَأَنتُمْ أَذِلَّةٌ ۖ فَٱتَّقُوا۟ ٱللَّهَ لَعَلَّكُمْ
تَشْكُرُونَ ﴿١٢٣﴾

***And already had Allah given you victory at [the battle of] Badr while you were few in number. Then fear Allah; perhaps you will be grateful.***

While Allah Zaujal says in the Battle of Hunayn in SURAH TAUBAH (9:25)

لَقَدْ نَصَرَكُمُ ٱللَّهُ فِى مَوَاطِنَ كَثِيرَةٍۙ وَيَوْمَ حُنَيْنٍۙ إِذْ أَعْجَبَتْكُمْ كَثْرَتُكُمْ فَلَمْ تُغْنِ عَنكُمْ شَيْـًٔا وَضَاقَتْ عَلَيْكُمُ ٱلْأَرْضُ بِمَا رَحُبَتْ ثُمَّ وَلَّيْتُم مُّدْبِرِينَ ﴿٢٥﴾

***Allah has already given you victory in many regions and [even] on the day of funayn, when your great number pleased you, but it did not avail you at all, and the earth was confining for you with its vastness; then you turned back, fleeing.***

Even in the battle of Huanyn, the Muslims had lost, even though they were great in number, while many times many small parties have defeated larger parties by the will of Allah. This has even happened before the coming of Muhammed (saw).

- Obeying Allah and his messenger
- Unity
- Perseverance: Allah says in ***SURAH AL-ANFAL (8:46)***

وَأَطِيعُوا۟ ٱللَّهَ وَرَسُولَهُۥ وَلَا تَنَـٰزَعُوا۟ فَتَفْشَلُوا۟ وَتَذْهَبَ رِيحُكُمْ ۖ وَٱصْبِرُوٓا۟ ۚ إِنَّ ٱللَّهَ مَعَ ٱلصَّـٰبِرِينَ ﴿٤٦﴾

***And obey Allah and His Messenger, and do not dispute and [thus] lose courage and [then] your strength would depart; and be patient. Indeed, Allah is with the patient.***

- Preparation: be prepared but don't depend on preparation. Allah Zaujal asks us to be prepared physically, mentally, spiritually and ofcourse militarily. Allah Zaujal says in ***(8:60)***

وَأَعِدُّوا۟ لَهُم مَّا ٱسْتَطَعْتُم مِّن قُوَّةٍ وَمِن رِّبَاطِ ٱلْخَيْلِ
تُرْهِبُونَ بِهِۦ عَدُوَّ ٱللَّهِ وَعَدُوَّكُمْ وَءَاخَرِينَ مِن دُونِهِمْ لَا تَعْلَمُونَهُمُ ٱللَّهُ
يَعْلَمُهُمْ ۚ وَمَا تُنفِقُوا۟ مِن شَىْءٍ فِى سَبِيلِ ٱللَّهِ يُوَفَّ إِلَيْكُمْ وَأَنتُمْ
لَا تُظْلَمُونَ ﴿٦٠﴾

***And prepare against them whatever you are able of power and of steeds of war by which you may terrify the enemy of Allah and your enemy and others besides them whom you do not know [but] whom Allah knows. And whatever you spend in the cause of Allah will be fully repaid to you, and you will not be wronged.***

- Steadfastness
- Remembrance of Allah

The last two points steadfastness and remembrance of Allah is mentioned in one verse, Allah Zaujal says in ***(8:45)***

يَـٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوٓا۟ إِذَا لَقِيتُمْ فِئَةً فَٱثْبُتُوا۟ وَٱذْكُرُوا۟ ٱللَّهَ كَثِيرًا
لَّعَلَّكُمْ تُفْلِحُونَ ﴿٤٥﴾

***O you who have believed, when you encounter a company [from the enemy forces], stand firm and remember Allah much that you may be successful.***

So Muslims stand firm facing the enemy of Allah and remember Allah to be successful. Allah also says in ***(8:15)***

يَـٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوٓا۟ إِذَا لَقِيتُمُ ٱلَّذِينَ كَفَرُوا۟ زَحْفًا فَلَا تُوَلُّوهُمُ ٱلْأَدْبَارَ
﴿١٥﴾

***O you who have believed, when you meet those who disbelieve advancing [for battle], do not turn to them your backs [in flight].***

17. Why were youths such as Samra Ibn Jandab, Rafi' Ibn Khdeij, 'Arabeh Ibn Aus, and Abdullah ibn Umer so eager to fight in the battle of Uhud? One might argue that the reason is that they belonged to a militant society, so that is why these kids wanted to join the battle. That is not necessarily the case because on one hand we have youngsters such as these who wanted to join the army on the other hand 300 troops from the army defected. So it wasn't about the society. The issue here is imaan. The ones with imaan were eager to join while the ones without it were eager

to run away. Abdullah ibn Ubayy and his three hundred men defected from Uhud, they refused to fight, and they also refused to join in many other battles like Tabuk and Khandaq.

18. One can see the characteristics of the munafieen in this battle; they refused to fight in Uhud because of fear of death. When Rusool Allah (saw) came back and he wanted to pursue Abu Sufyan, what is referred to as ghazwat e Hamra Al-Asad, the munafiqeen then wanted to join. But Rusool Allah (saw) refused to allow them, he (saw) only allowed the ones who were present at Uhud. The only reason they wanted to join in Hamra Al-Asad was because they thought there was a good possibility of winning, which would mean they would get booty of war. They hypocrites wanted the worldly benefits of Islam, but they refused to submit to the demands of Islam. So this battle exposed the hypocrites.

When a person follows Islam when it gives worldly benefit and to turns his/her back to Islam when it asks for sacrifice is a sign of hypocrisy. It applies to many situations, and one should check themselves. Do we become excited when an Islamic activity has a worldly benefit? But when it becomes demanding, then do we back off?

For example there are some parents who are very happy about Islam when it talks about the obedience of children to their parents, the rights of the parents, and they love all those ahadith. However when it comes to the part of Islam, when it asks to send your son to fight fi sabi lillah, they don't want that part, and they don't want their children to hear that part. We should be careful and not fall into the category of hypocrisy. Allah Zaujal asks us to take Islam in its entirety. When Rusool Allah (saw) took the pledge from the Ansar, he said, "You obey me in times of ease and in times of difficulty."

Ibn Al Quyyum says that one of the benefits of Uhud is, "to show the servitude of the sahabah (ra), that they are willing to worship Allah Zaujal in times of ease and in times of difficulty. So if they are firm and steadfast on their religion in both situations, that is a sign of true servitude. That is unlike people who only worship Allah in one condition." So sometimes people worship Allah when things get tough, for example all of those bachelors out there, they would pray in every dua and every sujood, 'Oh Allah I want to get married.' They would pray all the time, and soon as they get married they stop making dua. So that is an example of people who worship Allah in only one condition. The example for this is in the Quran, of the people who were stuck in the middle of the ocean, their only hope was Allah. But when Allah saved them, they went back to their idols.

19. Ibn ul-Quyyum also says, "Allaz Zaujal tested them by them being defeated and humiliated and weakened them and that made them humble, and that is when Allah accepted their duas." Allah accepts dua made in humility and in servitude. Allah Zaujal said in (3:123) ***And already had Allah given you victory at [the battle of] Badr while you were few in number. Then fear Allah ; perhaps you will be grateful.*** While in Battle of Hunain, as mentioned before because they were dependant on their numbers, the Muslims lost.

20. Ibn ul-Quyyum says, "Uhud was a preparation for the most catastrophic event that would ever happen to the Muslims." This event was so great that the Muslims needed to go through some sort of training, to be prepared for it, and this event was the death of Rusool Allah (saw).

Rusool Allah (saw) was everything for the sahabah, he (saw) was their source of Islam. They didn't have books, or internet to get their information. So Rusool Allah (saw) was like their father who taught them everything. So for the sahabah to lose him was a great setback, and it could've also caused a serious psychological effect, but they were trained by the help of the rumor that was spread during the battle that Rusool Allah (saw) was killed. Then the verse (3:144) was revealed: ***Muhammad is not but a messenger. [Other] messengers have passed on before him. So if he was to die or be killed, would you turn back on your heels [to unbelief]?***

**THESE WERE THE LESSONS FROM THE BATTLE OF UHUD**

CD#13

Now, we'll talk about the events between Battle of Uhud, and Khandaq

Rusool Allah (saw) heard news that Banu Asad are mobilizing forces to attack Medina, these are tribes in Najd and were headed by Tulaiha Al-Azdi. This man is quite fascinating, his story is quite interesting. First he started out by despising Islam and fighting Rusool Allah (saw) and then later became Muslim, later after Rusool Allah (saw) passed away he apostates and claimed to be a prophet! After that he changed his mind and became a Muslim again and died as a mujahid.

So Tulaiha was recruiting men to fight Rusool Allah (saw), while Rusool Allah (saw) was going to attack them by surprise. A saraaya was sent out by Rusool Allah (saw) which was headed by Abu Salama (ra), was injured at the Battle of Uhud. Abu Salama (ra) came back victorious, with a lot of cattle. His (ra) injury which was about to heal, had erupted, so he then died fi sabi lillah.

Another tribe was mobilizing troops to fight against Rusool Allah (saw), and these were Hudai and their leader was Khalid bin Sufyan Ass-Al Hudhali. Rusool Allah (saw) said, "Khalid bin Sufyan Ass Al Hudhali is recruiting an army to fight us, so go and kill him." This order was delivered to Abdullah bin Unais (ra), who was from the tribe of Juhaina. Abdullah bin Unais said, "Can you describe him for me, so that I will know him?" Rusool Allah (saw) told him, "If you see him you will tremble." This could have meant that it will be somebody so powerful that when you see that person you will be tremble because of being scared. Abdullah bin Unais said, "I have never trembled from the sight of anyone", Rusool Allah (saw) said, "but if you see Khalid bin Sufyan, you will tremble."

So this tells us that Abdullah bin Unais was the right person to choose, he was a courageous man who didn't fear people easily. This was a special sign, by which he would be able to recognize who is Khalid bin Sufyan.

So Abdullah bin Unais said, "I carried my sword and went out." Rusool Allah (saw) told him that he will gather men at Arafat, so Rusool Allah (saw) was gathering men close to Mecca, close to where his tribe lives. That territory was supportive of the Quraish. Rusool Allah (saw) was recruiting an army, to the camp Arafat.

Abdullah bin Unais (ra) said, "I was walking towards this man, and when I saw him, I shivered. So I knew that this man is Khalid bin Sufyan, and he was with some women trying to find a camp ground for them." So Abdullah bin Unais (ra) said that, "It was time for Asr, and I was worried that my fight with him could preoccupy me from salah." So he wasn't sure how long this fight will take, but the problem was how could he pray Asr in the presence of this man? If he prayed openly then Khalid bin Sufyan would recognize that he is a Muslim. So Abdullah bin Unais said, "I was praying while I was walking towards him and my sujood and rukuh would be movement of my head." Abdullah bin Unais (ra) said, "When I reached him he said, 'and who is the man?'" Abdullah bin Unais (ra) said, "I am a Bedouin Arab, who heard about your plans to fight Muhammed so I came to join you." Khalid bin Sufyan said, "Yes, that is what I am doing. I am gathering forces to fight against Muhammed." Abdullah bin Unais (ra) said, "I talked to him for a while until I felt confident that I can now attack. And I attacked him with my sword and killed him." Abdullah bin Unais (ra) said, "I left him with his women crouched over him."

Abdullah bin Unais (ra) left and enters Medina, Rusool Allah (saw) saw him and said, "May this face succeed." He made dua for Abdullah bin Unais (ra) and then Abdullah said, "I killed him." Rusool Allah (saw) said, "Yes you did, you are speaking the truth." And then Rusool Allah (saw) calls him in to his house and gives him a stick, so Abdullah bin Unais (ra) takes the stick and leaves. His people met him and asked why Rusool Allah (saw) give you the stick. Abdullah bin Unais (ra) said, "I don't know, he just gave it to

me." They said, "Go back and ask him, why did he give you the stick?" Abdullah bin Unais (ra) said, "I went back and I asked Rusool Allah (saw), 'Why did you give me the stick?'" Rusool Allah (saw) said, "This will be a sign between me and you on the Day of Judgment. And on that day a few people will have something to lean on."

Abdullah bin Unais (ra) said, "I tied that stick to my sword." That means he always kept it with him, and when Abdullah bin Unais (ra) died, his instruction was to bury that stick with him. That indeed did happen; when he died the stick was wrapped with him in his shroud and buried with him. So that on the Day of Judgment he can have that stick as a sign between him and Rusool Allah (saw). Rusool Allah (saw) has said in a hadith, "And on that day a few people will have something to lean on." Scholars say that, that 'something' is deeds on which people can lean on.

Some people might wonder what all of these political assassinations are that Rusool Allah (saw) was involved in… well that was actually to save the people from blood shed. Rather than facing battle with Khalib bin Sufyan's tribe, Khaild was killed. The tribe would not have agreed to fight with Rusool Allah (saw) had it not been for Khalid bin Sufyan. Khalid bin Sufyan was a very powerful and influential man who was the cause of the whole problem, and was leading people into evil.

Rusool Allah (saw) sent a group of 10 men for a mission and their leader was Asim bin Thabit (ra), they reached to the land of Banu Lahyan and were ambushed by a 100 archers. So it was 10 vs 100, they fled to a small hill or a rock… the archers had surrounded them and said, "Come down, we pledge to you that we wouldn't kill you, this is our word." The ameer said, "I do not accept the pledges of mushrikeen", so they chose to fight, seven of them got killed.

When the men of Banu Layhan were killing the Muslims they were stripping them naked, so Asim said, "Oh Allah! As I fought for your religion when I am alive, protect my body when I'm dead." When he Asim (ra) died they wanted to strip them naked, they also wanted to cut off his head. This was because there was a woman whose sons were killed by Asim bin Sabit (ra), so she made an oath that if someone would bring her the skull of Asim bin Sabit (ra), she would pay him 100 camels and she would drink wine in his skull. So these men really wanted cut off his head. Allah Zaujal sent a swarm of wasps to protect the body of Asim (ra). So whenever someone would try to go near his body the wasps would jump on them. So they decided to leave the body and come and claim it the next day. At night Allah Zaujal sent a flood that took the body away and the body disappeared.

The three which were left surrendered, they were tied up in ropes. One of them felt that they would be betrayed; he was able to pull out his hand and drew out his sword. He tried to attack these men of Banu Lahyan, but they kept a distance from him and kept on pelting him with rocks until they killed him. The other two men were sold to the people of Mecca; these two were Khabbab ibn al-Aratt and Zaid bin Ad-Dathina (ra).

The people of the Quraish decided that they were going to kill the two men, they take them outside the sacred boundaries of Mecca and they ask these two men, "Would you wish that Muhammed was in your place, and you are safe with your family?" They responded, "We don't wish to be safe with our family while Muhammed (saw) is hurt by a thorn, and we would rather die than Rusool Allah (saw) being hurt." Abu Sufyan said, "I've never seen a people who love their leader, more than the people of Muhammed love him."

Let's stop for a while a talk about the issue of love for Muhammed (saw). The love of the sahabah for Rusool Allah (saw) was so true and so deep that it was even known to the enemies of Muhammed (saw). So here you have Abu Sufyan, the leader of the enemy of Rusool Allah (saw) admits publicly that he has never seen people love their leader as much as the Muslims love Muhammed (saw). This wasn't because they used to talk about Muhammed (saw) day and night, the love for Muhammed (saw) radiated from the sahabah's actions. It was reflected in their deeds.

Anyway both of them were killed and Khubaib was crucified and his body remained on that cross until Umayya bin Amr came and buried him.

Before Khubaib (ra) was crucified, he was held captive in this house of this widow, and they said that it was Khubaib (ra) who killed her husband. So he was in their house and he tells this woman, "Can you bring me a steel blade, so that I can prepare myself for death?" Khubaib (ra) wanted to clean his pubic hair, so she sends him the blade with her child. The child ended up in the lap of Khubaib (ra), when the woman sees her child in Khubaib's lap and Khubaib (ra) was holding this blade in his hand, the woman got worried. Khubaib (ra) noticed that, and he said, "InshaAllah that is not something I would do." The lesson here is that even though Khubaib (ra) knew he was going to be killed, that didn't make him take revenge by killing a child. A Muslim would not take the life of an innocent human being. That woman said, "I have never seen a prisoner better than him, I would come in and see him eating from a plate full of grapes, when there are no grapes in Mecca whatsoever, and I am sure he received those grapes from the angels." This is what a mushriq woman said.

Another lesson is that even though he knew he was going to die, he still wanted to fulfill the sunnah i.e. shaving his pubic hair. Also before being crucified he sought permission from his killers some time to pray, which was allowed. He prayed two rakaat, and said, "If it wasn't for you accusing me of being afraid of death, I would have made these two rakaat longer." He was the first one to start the sunnah of praying two rakaat before death.

So the entire 10 members of this mission were killed. Ibn Abbas (ra) said the hypocrites said, "How sad for those misguided people who died that way, they neither stayed with their families nor did they carry out their master's mission." What the munafiqeen were trying to say was that these 10 men are failures; they ended up dying for nothing. The mission wasn't accomplished and they ended up losing their lives, so what they were saying was that it was better if they had stayed home.

Allah Zaujal revealed the ayat saying in (2:204)

وَمِنَ ٱلنَّاسِ مَن يُعۡجِبُكَ قَوۡلُهُۥ فِى ٱلۡحَيَوٰةِ ٱلدُّنۡيَا وَيُشۡهِدُ ٱللَّهَ عَلَىٰ مَا فِى قَلۡبِهِۦ وَهُوَ أَلَدُّ ٱلۡخِصَامِ ﴿٢٠٤﴾

***And of the people is he whose speech pleases you in worldly life, and he calls Allah to witness as to what is in his heart, yet he is the fiercest of opponents.***

This verse is talking about hypocrites… Allah says in (2:207)

وَمِنَ ٱلنَّاسِ مَن يَشۡرِى نَفۡسَهُ ٱبۡتِغَآءَ مَرۡضَاتِ ٱللَّهِۗ وَٱللَّهُ رَءُوفُۢ بِٱلۡعِبَادِ ﴿٢٠٧﴾

***And of the people is he who sells himself, seeking means to the approval of Allah. And Allah is kind to [His] servants.***

This is the ayat talking about these ten men, it doesn't matter whether they achieved their mission or not. They sold themselves for Allah, they gave their lives for Allah, and they will be rewarded by Allah greatly. A lot of things can be said, like the decision took by the 10 shuhada was too rash, and that they

should not have unnecessarily taken the step to fight. But the big point here is that the intention of these men was righteous therefore they died fi sabi lillah. Allah holds us accountable for our intention.

Another event took place between Uhud and Khandaq was Bir Mauna. One of the leaders of the tribe of Najd came to Rusool Allah (saw) and said, "Islam is spreading among my people, I want you to send me preachers who would call to Islam." Rusool Allah (saw) sent above 70 men, these men were called 'Al-Qurra', the reciters of Quran. They would work during the day by selling wood and during the night at Qiyam ul Layl, reciting Quran. This was their lifestyle, so they went to invite people to Islam. This man who camed from Najd, Abul Barra, promised the security of these men. When Al-Qurra reached their territory, Abul Barra's nephew Amr bin Tufail invited the men of his tribe to fight against the 70 Qurra. His uncle refuses but he manages to bring up a force sufficient to attack these 70 men.

Amr bin Tufail had already met Rusool Allah (saw) previously, he had said, "Oh Muhammed, I give you three alternatives 1) you become king over the town and I become king over the Bedouin people 2) you make me a khalifa after you 3) I'll attack you with an army of 2000 men." Rusool Allah (saw) refused to even negotiate with him, so this was why Amr bin Tufail wanted to attack these 70 men (Al-Qurra).

69 men were massacred, when the news reached to Rusool Allah (saw), he was greatly affected by it. Rusool Allah (saw) was very sad about what happened and the betrayal of these people. So Rusool Allah (saw) started making dua Al-Qunut. Dua Al-Qunut was never done before, this was the first time he said it, and he would say it in Fajr, Zuhr, Asr, Maghrib, and isha. In every salah Rusool Allah (saw) would make dua against those people. Against Ri'l, Dhakwan, Lihyan, and Usayya: these tribes that betrayed the Muslim and killed them in cold-blood.

Only of the Qurra's life was spared and that was Amr bin Umayya Dhamri, they captured him but when Amr bin Tufail found out that he was from Mudhar. The mother of Amr bin Tufail had made an oath that she will free a man from Mudhar. So Amr freed him, to fulfill the oath of his mother.

Urwa narrated: When those (Muslims) at Bir Ma'una were martyred and 'Amr bin Umayya Ad-Dhamri was taken prisoner, 'Amir bin Tufail, pointing at a killed person, asked Amr, "Who is this?" 'Amr bin Umayya said to him, "He is 'Amir bin Fuhaira." 'Amir bin At-Tufail said, "I saw him lifted to the sky after he was killed till I saw the sky between him and the earth, and then he was brought down upon the earth. So that was a miracle that happened with Amr bin Fuhaira (ra).

Haram bin Milhan (ra) was the ameer of the Muslims. Amr bin Tufail was talking to Haram while Amr bin Tufail signaled a man to kill Haram bin Milhan. This man who was signaled was Jabbar, Jabbar sneaks behind Haram bin Milhan and he stabs him with a spear in his back and the blades came out from the chest of Haram. Haram didn't say: Oh my god I'm dead! Instead his response was shocking to those present, he said, "Allah u Akbar! (Allah is Great) I have won in the name of the Lord of Al-Kaaba." Those were his last words before he falls down as a shaheed. Now this was a shocking statement to make when he is soaking wet in his own blood.

The man who killed him later on said, when he was telling the story of how he became Muslim, he said, "I stabbed the man from behind and the spear came out from his chest and he said, 'Allah is great I've succeeded by the name of the Lord of Al-Kaaba' so I went around asking people what he meant by that." What does he mean I succeeded? I killed him! So they told him, "He's talking about shahadah." They then explained to him what a shaheed means and then that is when he became a Muslim. So when he understood why Haram (ra) said that he said, "Yes he truly won."

So SubhanAllah Haram bin Milhan gave dawah even while dying… and somebody became Muslim because of him. His own assassin became Muslim because of Haram's (ra) last words.

CD # 14

Hassan bin Thabit (ra) was the head of the media effort for Rusool Allah (Saw). He would respond back to the poetry of the kuffar in poetry to defend Islam. Hassan bin Thabit (ra) had said a lot of poetry talking about the treachery of those tribes in Najd who killed the 70 Qurra. Obviously translating lines of poetry destroys the beauty of it, but he had said some very beautiful things about those events.

Az-Zubair bin Awwam (ra) named his sons after the shuhada, so he named two of his sons after two of the shuhada in Bir Mauna, one of them was Urwa and the other one was Al-Mundhir. Az-Zubair and Talhah were friends, and both of them are two of the ten who were given the glad tidings in Jannah.

Talhah (ra) would name his sons after the anbiya, and Zubair (ra) would name them after the shuhada. Rusool Allah (saw) in that period of time got married to Zainab bint Khuzaimah (ra) and she is called Umm ul- Masakin, the mother of the poor. Why? Because she used to take care of the poor and give them food, give them money.

Zainab (ra) was the wife of Abdullah bin Jahsh (ra) who died in the battle of Badr. We can see here an element of social welfare in the marriages of Rusool Allah (saw). Rusool Allah (saw) wanted to take care of his followers, so he married Zainab (ra) who was a widow. We can see this throughout the life of Rusool Allah (saw) and in the marriages of the sahabah (ra), they didn't want to leave any woman behind without a husband or a family. This is one of the wisdoms of polygamy. The purpose isn't to satisfy one's desires, there are other aspects.

Rusool Allah (saw) also got married to Umm Salama (ra), Umm Salama (ra) was from Quraish. The Banu Makhzum, this was the family of Khalid bin Waleed. Umm Salama's (ra) husband was an early sahabah; he had made hijrah to al-Habasha and also Medina. In the battle of Uhud he got injured, his injury was starting to heal when Rusool Allah (saw) sent him on another mission.

His injury had gotten worse and he ended up dying, now before that Abu Salama (ra) had a conversation with his wife Umm Salama, he said, "If a husband dies and his wife does not get married after him, they would be brought together again in Jannah, if both of them are destined to go to Jannah." So Abu Salama (ra) made an agreement with Umm Salama, that, if either of them dies, the one left, will not get married again. Umm Salama agreed, but then Abu Salama (ra) said, "No, I asked Allah Zaujal, if I die that He replaces me with somebody better, who will marry you and will not harm you or hurt you." Umm e Salama (ra) then said, "And who is better than Abu Salama?" She was saying who in this world is better than Abu Salama. This tells us that they had a very good and loving relationship. When he died, she went to Rusool Allah (saw) and told him, "Abu Salama is dead." Rusool Allah (saw) said, "Say, oh Allah forgive me, and forgive him and replace me with somebody better." She made that dua.

Abu Bakr Siddiq (ra) proposed marriage, she refused. Umer bin Khattab (ra) proposed marriage, she refused, and then Rusool Allah (saw) proposed marriage. She said, "Welcome, but tell Rusool Allah (saw) that I am a jealous woman and I have young kids and none of my wali are present." So she agreed but she wanted Rusool Allah (saw) know her condition, that she is a jealous woman and Rusool Allah (saw) was already married and she had kids they might be a burden for him (saw), and she had no wali to marry Umm Salama to him (saw). Rusool Allah (saw) said, "You said that you have children, Allah will take care of those kids. You said that you are jealous, I am going to ask Allah to take that jealousy away, and the walis who are absent (dead), none of them will refuse to marry you to me."

In another narration, it said, Umm Salama said, "I agree, but I am getting old." So Rusool Allah (saw) said, "If you are old, I am older than you." This shows the intention of Rusool Allah (saw). He (saw) married for the sake of religion. Umm Salama (ra) narrated 338 ahadith. She conveyed this knowledge from Rusool Allah (saw). There is a purpose for everything.

Rusool Allah (saw) married Umm Salama (ra) and said, "I am going to give you furniture equal to that, that I gave to Zainab." So what was this furniture? We go to American furniture shops and buy all these things for a newly married couple. Let's see what Rusool Allah (saw) got for Umm Salama, keeping in mind he (saw) is the best of mankind, and all the booty he earned from all those ghazwat, he could have easily spent most of it on his family and nobody would have complained. After all he is the messenger of Allah; he deserved to live in a comfortable fashion.

Rusool Allah (saw) was an example for us, he said, "I will give you no less than what I gave so and so, I will give you two stone mails, two clay jars, and pillow stuffed with leaf." That was it. He spent three days with her when Rusool Allah (saw) got married to her. He (saw) said, "For a person who is married to more than one woman, as soon as he gets married to the second wife, if she is a virgin then he spends 7 days with her, if she is widowed or divorced then he spends 3 days with her." So umm e Salama was widowed, that is why he spent three days with her.

Also during that year Al-Hassan bin Ali bin Abi Talib was born, when he was born Ali bin Abi Talib (ra) came to give Rusool Allah (saw) the great news. When Rusool Allah (saw) asked what he named him, Ali (ra) said, "Hard", Hard means 'war', Rasool Allah (saw) said, "No! He is Hassan." Rusool Allah (saw) didn't like harsh names like, 'war' 'stone' or other tough names, thus he changed the name to Hassan. Rusool Allah (saw) made azaan in his ear, and asked Hassan's mother Fatima to shave his head and then weigh it, and pay the equivalent weight in silver as sadaqat fi sabi lillah. Hassan's aqeeqah also took place in which two sheeps were slaughtered.

Anyway, so Rusool Allah (saw) called in Zaid bin Thabit (ra) and he tells him, "Oh Zaid, learn the Hebrew language because I cannot trust the Jews." Rusool Allah (saw) could not trust the Jews to read letter that he received or write back to them. Since Rusool Allah (Saw) was illiterate he had to have people to write letter for him, and read letters he receives. There was some correspondent between Rusool Allah (saw) and the Jews so he wanted a Muslim to read and write for him. Zaid (ra) said, "I learned the Hebrew language in 15 days." SubhanAllah learning a new language in 15 days, showed how much hard work the sahabah (ra) did. This is a lesson for all those brothers and sisters who want to learn Arabic to understand the Quran. It shouldn't take us years to plan the next step.

Learning Arabic for Muslims is very important, without this, there will always remain a barrier between us and understanding Islam. Since the original text for Islam, whether it is the Quran or ahadith is in Arabic. If Zaid (ra) learned a foreign language, which is not even necessary as a Muslim, then what about the language that is necessary as a Muslim? This event also tells us that, Muslims need people who are expert in foreign languages. Muslims need to study the literature of other nations, or the famous languages of this World.

**GHAZWAT BANU NADHIR**

Umayya ad-Dhamri saw two men sleeping under a tree, he asked them who do you belong to; they said so and so tribe. This was the tribe that killed the 70 men (Al-Qurra), so he went aside until they fell asleep and he killed them. He thought that he was doing something right by killing these two men. It turned out that specifically these two men had a peace agreement with Rusool Allah (Saw). So Rusool Allah (saw) said to Umayya ad-Dhamri, "You have killed two men, I have to pay their blood-money." So one important ruling that should be noticed is that a Muslim does not get killed for a kaafir. So even though Umayya here has killed two men, who shouldn't have been killed, he was not executed. But the Muslims pay blood money instead.

Remember that Rusool Allah (saw) had a covenant with the Jews, that they would support each other in blood-money. So Rusool Allah (Saw) goes with some of the sahabah (ra) to Banu Nadhir. Rusool Allah (saw) said, "These two men have been killed, so I want you to support me in giving their blood-money." They agreed. Rusool Allah (saw) sat under this wall of theirs and they pretended that they were going to

bring money for Rusool Allah (Saw). They were actually conspiring on how to assassinate Rusool Allah (Saw), they said, "You're never going to find him in a better position to assassinate than this, he's right under your wall, have somebody climb up and throw a stone on him and let's get rid of him once and for all." So they tried to assassinate Rusool Allah (saw), Rusool Allah (saw) receives revelation from Jibrael (as), so Rusool Allah (saw) stands up and leaves, he doesn't say anything to the sahabah (ra). So the sahabah (ra) waited for Rusool Allah (saw) and he didn't show up. So they went to Medina to inquire and Rusool Allah (saw) told them what happened.

Rusool Allah (saw) sends them a letter, he sends Muhammed ibn Muslamah to tell them, "I'm sent by the Messenger of Allah, and he is telling you to 'leave from my land, because you have betrayed our agreement by conspiring against me, and I give you ten days to leave, anyone scene after that will be executed'." Now Muhammed bin Muslamah was the ally of Banu Nadhir in their time of jahiliya. They said, "The last person we would have expected to come and deliver this message would be you Muhammed." Muhammed responded back and said, "Islam has changed us, and our hearts are different, and Islam has abrogated the covenants." Muhammed was saying that things have changed; all his loyalties now are for Allah only. His covenant with Allah is more important than his covenants with his allies in the time of Jahiliya.

Their initial reaction was to accept it, and leave. But Abdullah bin Ubayy the head of the hypocrites, said to them, "If you stay firm and resist, we will not give up on you. If you fight we will fight along with you, and if you are expelled we will leave with you." Abdullah bin Ubayy made it very clear that he will stand side by side with Banu Nadhir. Abdullah bin Ubayy said, "I have 2000 men from my people and from our other arabs who are sympathetic to our cause." This strengthened the Jews, they changed their mind, so they decided to stay and fight. Rusool Allah (saw) said, "The Jews want to fight."

So Rusool Allah (saw) laid siege to the fortresses of Banu Nadhir. Now banu Nadhir was rich, they had these fortresses and outside they had acres of agricultural land, palm groves, which they depended on for their livelihood. Their plan was to remain in their fortresses until Muhammed (saw), and the Muslims get tired and leave them. They were going to remain inside; they knew they had enough provision to remain inside for some time. As we said a lot of this livelihood was based on palm groves, Rusool Allah (saw) used a strategy that completely baffled the Jews. Rusool Allah (saw) started burning down their palm trees, this drove them crazy. Since their partial survival depended on that land, they thought, what was the point of them staying in Medina if all their agricultural land gets burned?! They said, "Oh Muhammed, you used to forbid causing destruction, and criticized those who did so. Why are you cutting down and burning our date palms?" The reason why they were surprised because they didn't expect Muhammed (saw) to do this, since he used to prevent causing destruction of property. In Islam there is instruction given by Muhammed (saw) not to cut down trees.

They then surrendered and asked Muhammed (saw) to allow them to evacuate and spare their lives, and allow them to take their wealth. Rusool Allah (saw) gave the following conditions.

- You do not take any weapons with you
- You are only allowed to carry one camel load
- Every three men were given one camel for transportation

The one responsible for their oversight was Muhammed bin Musalamah (ra). Ibn Ishaq said, "They therefore loaded their belongings on their camels to the extent that they could bear. Some of their men tore down their houses and removed the door lintels which they mounted on the back of their camels and took away." Some were very rich, such as Salam bin Abi Huqaiq, he filled the skin of a bull with gold and silver, and he said, "This is what we have prepared for the ups and downs of this world, and if we are leaving behind our palm groves, we will find palm groves in Khaibar." Some of them went to Khaibar and some went to As-Shaam, and they had a lot of pride. Banu Nadhir were the very respected among Jewish

Case 1:03-md-01570-GBD-SN Document 12405-20 Filed 10/17/26 Page 291 of 331


tribes, they were the most learned ones with the scholars. They didn't want the Muslims to laugh at their fortune. They wanted to give the impression that they were not sad about what happened.

So when they went to Khaibar, Abdullah ibn Abi Bakr said, "They were received by women and young men, gifts, tambourines, flutes, and girls walking behind them singing boldly and with pride, nothing similar is related of any tribe of people in their era." Even though Banu Nadhir were defeated in Medina, they were welcomed in Khaibar as heroes. That is because they didn't want the Muslims to feel sorry for them, for their great loss.

An entire surah was revealed talking about this ghazwat, it was Surah Hashr, ibn Abbas used to call it, "The surah of Banu Nadhir."

Allah Zaujal said: SURAH HASHR (59:2)

هُوَ ٱلَّذِىٓ أَخْرَجَ ٱلَّذِينَ كَفَرُوا۟ مِنْ أَهْلِ ٱلْكِتَٰبِ مِن دِيَٰرِهِمْ
لِأَوَّلِ ٱلْحَشْرِ ۚ مَا ظَنَنتُمْ أَن يَخْرُجُوا۟ ۖ وَظَنُّوٓا۟ أَنَّهُم مَّانِعَتُهُمْ حُصُونُهُم
مِّنَ ٱللَّهِ فَأَتَىٰهُمُ ٱللَّهُ مِنْ حَيْثُ لَمْ يَحْتَسِبُوا۟ ۖ وَقَذَفَ فِى قُلُوبِهِمُ
ٱلرُّعْبَ ۚ يُخْرِبُونَ بُيُوتَهُم بِأَيْدِيهِمْ وَأَيْدِى ٱلْمُؤْمِنِينَ فَٱعْتَبِرُوا۟ يَٰٓأُو۟لِى
ٱلْأَبْصَٰرِ ﴿٢﴾

***It is He who expelled the ones who disbelieved among the People of the Scripture from their homes at the first gathering. You did not think they would leave, and they thought that their fortresses would protect them from Allah ; but [the decree of] Allah came upon them from where they had not expected, and He cast terror into their hearts [so] they destroyed their houses by their [own] hands and the hands of the believers. So take warning, O people of vision.***

Allah said, ***You did not think they would leave, and they thought that their fortresses would protect them from Allah,*** that means that the expectations on both sides was that they Jews will not leave. The Muslims thought that they were too strong while the Jews thought that they, themselves were too strong. But the Muslims did succeed, only by Allah's will. Allah expelled them. So if any nation is mistaken that they are too strong, or have the best weapons to fight like nuclear bombs or aircraft, Allah reminds them that nothing can happen unless Allah wills it. ***but [the decree of] Allah came upon them from where they had not expected:*** See no matter how strong the army is, there will always be some points of weakness, which Allah knows about. Allah Zaujal will attack the enemies of Allah through these points of weakness.

Now how did Allah attack the people of Banu Nadhir? Allah sais: ***and He cast terror into their hearts [so.*** If the hearts are terrified, it doesn't make a difference what arms you have, or how well fortified you are! That is why ibn Al-Quyyum says, "The Romans and Persians had stronger bodies, greater numbers and more arms than the Muslims had. But their hearts failed them when they needed them the most." When the sahabah (ra) stood in battle in front of the Romans and Persians, they were not as strong as their opponents, their training was definitely less, and they were few in number comparatively and the arms were limited compared to the opponents. However the sahabah emaan in their hearts and that made them steadfast. The enemies of Allah were attached to this world, so they lost. Allah says in ***(59:3)***

وَلَوْلَآ أَن كَتَبَ ٱللَّهُ عَلَيْهِمُ ٱلْجَلَآءَ لَعَذَّبَهُمْ فِى ٱلدُّنْيَا ۖ وَلَهُمْ فِى
ٱلْـَٔاخِرَةِ عَذَابُ ٱلنَّارِ ﴿٣﴾

***And if not that Allah had decreed for them evacuation, He would have punished them in [this] world, and for them in the Hereafter is the punishment of the Fire.***

So Allah is saying that if the people of Banu Nadhir didn't evacuate then the people of Banu Nadhir would have been executed, which would have been worse. That would be their punishment in this world and hell-fire in the here-after. (59:4)

ذَٰلِكَ بِأَنَّهُمْ شَآقُّوا۟ ٱللَّهَ وَرَسُولَهُۥ ۖ وَمَن يُشَآقِّ ٱللَّهَ فَإِنَّ
ٱللَّهَ شَدِيدُ ٱلْعِقَابِ ﴿٤﴾

***That is because they opposed Allah and His Messenger. And whoever opposes Allah - then indeed, Allah is severe in penalty.***

Allah says this because Banu Nadhir disobeyed Allah and his messenger. Allah Zaujal just, he didn't punish them for nothing. They were punished because they were standing against Islam. Either an individual or a nation is calling the wrath of Allah. Allah says (59:5)

مَا قَطَعْتُم مِّن لِّينَةٍ أَوْ تَرَكْتُمُوهَا قَآئِمَةً عَلَىٰٓ أُصُولِهَا فَبِإِذْنِ ٱللَّهِ وَلِيُخْزِىَ
ٱلْفَٰسِقِينَ ﴿٥﴾

***Whatever you have cut down of [their] palm trees or left standing on their trunks - it was by permission of Allah and so He would disgrace the defiantly disobedient.***

Now going back to the issue of Rusool Allah (saw) prohibited destroying property and then he did it himself. First of all this was done by the permission by Allah (***- it was by permission of Allah***) Why? So that He could ***disgrace the defiantly disobedient.*** Rusool Allah (saw) had given instructions that trees should not be cut, women, children, and old men should not be killed. He also said that monks who are in monasteries should not be killed. However, we find that with every one of these rules there are incidents that go against the rule.

Here in Ghazwat Banu Nadhir Rusool Allah (saw) had given orders to burn the palms down, so that went against the ruling of cutting down trees. And then there is what is called 'bayaat' and this is called attacking the dwellings at night and the residents are killed. Salama bil Akwa said, "I myself participated in bayaat and I killed the residents of 9 houses with my own hands."

Now obviously here you had old men, women, and children killed. So this too went against the standards rulings. We also know that Rusool Allah (saw) had also ordered the execution of two women; of these women was a Jewish woman who had tried to poison Rusool Allah (saw). There were also incidents in which old men were killed. Also Salahuddin who was very tolerant with the crusaders, but he would not let members of military religious orders such as the Templars or the Hospitallers go, he would kill them,

even though these were monks. This too goes against instruction of not killing monks. So what is going on here? Why all these contradictions? Then answer to that is the following:

Islam is a tolerant religion, and it has laid down rules that govern Jihad fi sabi lillah, however whenever the enemy tries to take advantage of these rules and harm the Muslims, these rules are suspended. So if the enemy tries to take advantage of Muslims, then the Muslims are allowed to put those rules allowed. To sum it up, Islam will not let allow its tolerance to be used against Muslims.

In this situation, Rusool Allah (Saw) ordered the trees to be burnt, because Banu Nadhir were planning on a long siege, depending on those trees, while they deserved the punishment because of their betrayal and because of their conspiracy to assassinate Rusool Allah (Saw). Therefore it wasn't allowed for the Jews to used Muslim rule against Muslims. Allah Zaujal says in (59:6)

وَمَآ أَفَآءَ ٱللَّهُ عَلَىٰ رَسُولِهِۦ مِنۡهُمۡ فَمَآ أَوۡجَفۡتُمۡ عَلَيۡهِ مِنۡ خَيۡلٖ وَلَا رِكَابٖ وَلَٰكِنَّ ٱللَّهَ يُسَلِّطُ رُسُلَهُۥ عَلَىٰ مَن يَشَآءُۚ وَٱللَّهُ عَلَىٰ كُلِّ شَيۡءٖ قَدِيرٞ ٦

***And what Allah restored [of property] to His Messenger from them - you did not spur for it [in an expedition] any horses or camels, but Allah gives His messengers power over whom He wills, and Allah is over all things competent.***

مَّآ أَفَآءَ ٱللَّهُ عَلَىٰ رَسُولِهِۦ مِنۡ أَهۡلِ ٱلۡقُرَىٰ فَلِلَّهِ وَلِلرَّسُولِ وَلِذِي ٱلۡقُرۡبَىٰ وَٱلۡيَتَٰمَىٰ وَٱلۡمَسَٰكِينِ وَٱبۡنِ ٱلسَّبِيلِ كَيۡ لَا يَكُونَ دُولَةَۢ بَيۡنَ ٱلۡأَغۡنِيَآءِ مِنكُمۡۚ وَمَآ ءَاتَىٰكُمُ ٱلرَّسُولُ فَخُذُوهُ وَمَا نَهَىٰكُمۡ عَنۡهُ فَٱنتَهُواْۚ وَٱتَّقُواْ ٱللَّهَۖ إِنَّ ٱللَّهَ شَدِيدُ ٱلۡعِقَابِ ٧

***And what Allah restored to His Messenger from the people of the towns - it is for Allah and for the Messenger and for [his] near relatives and orphans and the [stranded] traveler - so that it will not be a perpetual distribution among the rich from among you. And whatever the Messenger has given you - take; and what he has forbidden you - refrain from. And fear Allah ; indeed, Allah is severe in penalty.***

Ghanimah is the name given to spoils of war, that are taken by an army after a fight… fai is the booty taken by an army without a fight. So these ayats are talking about fai. Since no fighting occurred with Banu Nadhir, the ruling of what they leave behind goes to Muhammed (saw). While for ghanimah 4 portions out of the 5 portions was given to the fighters. So Rusool Allah (saw) had authority to decide the distribution of the booty.

This was a new source of income, Ibn Ishaq says, "They left their properties for the messenger of Allah, these consisted of their palm trees and their farms. These became his personal property to dispose off as he wished."

Rusool Allah (Saw) called the Ansar, Aus and Khazraj and said, “If you want, I can split this money among you all and the muhajireen continue living in your houses and working in your farms, or if you want I can distribute this money among the muhajireen only and they would leave your houses and not take any share from your harvest.” The Ansar agreed and told Rusool Allah (saw) to distribute it to the muhajirun and they also said: If you want us to carry on giving them a share of our farms, we don’t have a problem with that either. This shows us the generosity of Ansar (ra).

The muhajirun now moved into the houses of Banu Nadhir, their financial situation was improved. The farms of Banu Nadhir was also split among the muhajirun, only two of the Ansar got a share; Abu Dujana, and Sahl bin Haneef. This was because they complained of their poverty.

Ibn Kathir said, “These were specifically for the messenger of Allah, he would set aside his family’s expenses for a year and then whatever weapons remain, he would treat as military supplies to be used in the cause of Allah.” So Rusool Allah (Saw) finally had some wealth, before that he would survive on gifts.

- We know that Rusool Allah (saw) started out his life as a shepherd
- He (saw) worked as a businessman
- When he (saw) became a prophet, he stopped working, and devoted all his time for dawah. He would live of the money off Khadija (ra), and from his uncle Abu Talib .
- When he (saw) moved to Medina, he survived on gifts given by the Ansar.
- Then when he got the money from Ghazwat banu Nadhir, he would take from it expenses from a year and the rest spend it on Jihad fi sabi lillah.

Rusool Allah (saw) says, “My provisions come from beneath my spear.” His provisions came from fighting in the path of Allah, by the booty of war. Anas ibn Malik (ra) said, “A man might donate to him his palms or whatever else Allah might wish, up to when Quraiza or Nadhir conquered for him, thereafter he began giving it back.” So now finally Rusool Allah (Saw) has money to give back, before he was taking.

Surah Hashr also talks about the munafiqeen in ***(59:11B)***

۞ أَلَمْ تَرَ إِلَى ٱلَّذِينَ نَافَقُوا۟ يَقُولُونَ لِإِخْوَٰنِهِمُ ٱلَّذِينَ كَفَرُوا۟ مِنْ
أَهْلِ ٱلْكِتَٰبِ لَئِنْ أُخْرِجْتُمْ لَنَخْرُجَنَّ مَعَكُمْ وَلَا نُطِيعُ فِيكُمْ أَحَدًا
أَبَدًا وَإِن قُوتِلْتُمْ لَنَنصُرَنَّكُمْ وَٱللَّهُ يَشْهَدُ إِنَّهُمْ لَكَٰذِبُونَ ﴿١١﴾

***Have you not considered those who practice hypocrisy, saying to their brothers who have disbelieved among the People of the Scripture, "If you are expelled, we will surely leave with you, and we will not obey, in regard to you, anyone - ever; and if you are fought, we will surely aid you." But Allah testifies that they are liars.***

لَئِنْ أُخْرِجُوا۟ لَا يَخْرُجُونَ مَعَهُمْ وَلَئِن قُوتِلُوا۟ لَا يَنصُرُونَهُمْ وَلَئِن
نَّصَرُوهُمْ لَيُوَلُّنَّ ٱلْأَدْبَٰرَ ثُمَّ لَا يُنصَرُونَ ﴿١٢﴾

***If they are expelled, they will not leave with them, and if they are fought, they will not aid them. And [even] if they should aid them, they will surely turn their backs; then [thereafter] they will not be aided.***

These munafiqeen proved to be worthless. They promised the Jews that they will stand by them no matter what. None of the promises of the munafiqun to the Jews were fulfilled. The Jews were waiting for help from Abdullah bin Ubayy, but it never came. The Jews were deceived, and even if they were aided, they would still have lost. Allah says: ***(59:13) (59:14)***

لَأَنتُمْ أَشَدُّ رَهْبَةً فِى صُدُورِهِم مِّنَ ٱللَّهِ ۚ ذَٰلِكَ بِأَنَّهُمْ قَوْمٌ لَّا يَفْقَهُونَ
١٣

***You [believers] are more fearful within their breasts than Allah. That is because they are a people who do not understand.***

لَا يُقَٰتِلُونَكُمْ جَمِيعًا إِلَّا فِى قُرًى مُّحَصَّنَةٍ أَوْ مِن وَرَآءِ جُدُرٍۭ ۚ
بَأْسُهُم بَيْنَهُمْ شَدِيدٌ ۚ تَحْسَبُهُمْ جَمِيعًا وَقُلُوبُهُمْ شَتَّىٰ ۚ ذَٰلِكَ بِأَنَّهُمْ قَوْمٌ لَّا
يَعْقِلُونَ ١٤

***They will not fight you all except within fortified cities or from behind walls. Their violence among themselves is severe. You think they are together, but their hearts are diverse. That is because they are a people who do not reason.***

Allah is revealing this quality of the kuffar, that they will not fight unless they are well-fortified. SubhanAllah this fear of the kuffar, translates itself into different forms. In the time of Rusool Allah (saw), it was fortresses. In the time of crusades it manifested itself into architectural wonders, in the land of Shaam, the most beautiful works of architecture are the castles of the crusaders, and this also reflected the fear of the soldiers of Allah Zaujal. Today too the enemies of Allah will not fight until they are not well-fortified. Look at this wall in Palestine that is a reflection of the fear, that wall completes the ayah of Quran. They will not fight until and unless they are well-protected.

Allah Zaujal says ***Their violence among themselves is severe.*** This is to tell the Muslims that even though they gang up against you, they have hatred among each other. Look at the world wars and other wars, but when it comes to Islam, they unify and fight against the Muslims. We should realize that they have differences among themselves. Allah says in ***(59:15)***

كَمَثَلِ ٱلَّذِينَ مِن قَبْلِهِمْ قَرِيبًا ۖ ذَاقُوا۟ وَبَالَ أَمْرِهِمْ وَلَهُمْ عَذَابٌ أَلِيمٌ ١٥

[***Theirs is] like the example of those shortly before them: they tasted the bad consequence of their affair, and they will have a painful punishment.***

This verse is talking about Banu Qainuqa who were driven out of Medina before Banu Nadhir, Banu Nadhir should have taken heed from what happened to Banu Qainuqa.

The Arabs of Medina in the time of Jahiliya, had this superstition that if they have children and they keep on dying, then you make a vow that your next child will be a Jew then the child will live because of

this, they had children who were growing up with the Jews as a fulfillment of their vows. When Banu Nadhir was driven out, people came to Rusool Allah (saw) and said, "Some of our sons and brothers are with them. What should we do?" Rusool Allah (saw) did not answer them back until a verse was revealed. In ***SURAH BAQARAH (2:256)"There is no compulsion in religion".*** The path of good is clear and the path of evil is clear, so Rusool Allah (saw) told them, "Give these brothers and sons of yours the choice, if they choose you then they stay with you, if they choose to be with the Jews then they leave with them."

You cannot force someone to come to Islam. Rusool Allah (saw) says, "Allah Zaujal does not look at your form and the color of your skin, Allah Zaujal looks at your hearts."

Also alcohol was banned during the siege of Banu Nadhir, that is when this ayat was revealed. We know that the prohibition of Alcohol happened in four stages, so Muslims continued to drink till the 4th year of Hijra. It wasn't till the last six years of Rusool Allah's (saw) life that it was banned.

CD 15

Rusool Allah (saw) went out with 400 sahabah for a battle called "Riqa". Riqa means pieces of cloth. Abu Musa Al-Ashari (ra) said, "We went with Rusool Allah (saw) to a ghazwat and I was one of the six men who were sharing the same camel." Meaning each of them only gets 1/6th of the time on the camel and the rest of the time they were walking on foot. So he said, "The skin of my feet was peeling off and my nails were falling down, we would wrap pieces of cloth around our feet." This was a harsh journey walking on hot sand and rocky areas. Those days they didn't have good boots. They would wrap cloths around their feet to protect thief feet and that is why this ghazwat was called 'Riqa'.

The enemy fled from the Muslims, so no fighting occurred. The Muslims were still very careful; they would pray the Salah tul Khauf, 'the salah of fear'. This salah is prescribed in the Quran in SURAH AN-NISA (4:102).

وَإِذَا كُنتَ فِيهِمْ فَأَقَمْتَ لَهُمُ ٱلصَّلَوٰةَ فَلْتَقُمْ طَآئِفَةٌ مِّنْهُم مَّعَكَ وَلْيَأْخُذُوٓا۟
أَسْلِحَتَهُمْ فَإِذَا سَجَدُوا۟ فَلْيَكُونُوا۟ مِن وَرَآئِكُمْ وَلْتَأْتِ طَآئِفَةٌ أُخْرَىٰ لَمْ
يُصَلُّوا۟ فَلْيُصَلُّوا۟ مَعَكَ وَلْيَأْخُذُوا۟ حِذْرَهُمْ وَأَسْلِحَتَهُمْ ۗ وَدَّ ٱلَّذِينَ كَفَرُوا۟
لَوْ تَغْفُلُونَ عَنْ أَسْلِحَتِكُمْ وَأَمْتِعَتِكُمْ فَيَمِيلُونَ عَلَيْكُم مَّيْلَةً وَٰحِدَةً ۚ وَلَا
جُنَاحَ عَلَيْكُمْ إِن كَانَ بِكُمْ أَذًى مِّن مَّطَرٍ أَوْ كُنتُم مَّرْضَىٰٓ أَن تَضَعُوٓا۟
أَسْلِحَتَكُمْ ۖ وَخُذُوا۟ حِذْرَكُمْ ۗ إِنَّ ٱللَّهَ أَعَدَّ لِلْكَٰفِرِينَ عَذَابًا مُّهِينًا ﴿١٠٢﴾

***And when you are among them and lead them in prayer, let a group of them stand [in prayer] with you and let them carry their arms. And when they have prostrated, let them be [in position] behind you and have the other group come forward which has not [yet] prayed and let them pray with you, taking precaution and carrying their arms. Those who disbelieve wish that you would neglect your weapons and your baggage so they could come down upon you in one [single] attack. But there is no blame upon you, if you are troubled by rain or are ill, for putting down your arms, but take precaution. Indeed, Allah has prepared for the disbelievers a humiliating punishment.***

'..***let them carry their arms..'*** so they stand in salah with their arms. So the way of this salah is that one part of the army is praying behind the imam and the other part is guarding. The ones who are praying will pray one rakat with the Imam, and then the Imam stands up for the second Rakah, and would not move, while the ones praying will finish the second rakah and say salaam. This means they prayed one rakat with the Imam, the Imam is now waiting. The next group which was gurading will step in and pray with the imam the second rakah and then they would finish praying their second rakah alone. This is one opinion. The other opinion is that the imam leads the first half in the two rakah and then they make salaam and then the next two come in and pray with the imam, so the imam would end up praying four rakah.

The lesson here is the important of salah that even if you are afraid that the enemy might ambush you, you still have to pray. If this is the case with the ones who are fighitng in the path of Allah, then what

about people who are in no such situation and nevertheless they neglect salah. In Islam every form of worship has conditions in which you don't have to do that worship except salah. For example the poor don't have to pay Zakat, or do Hajj. The ill don't have to fast, and this can go on. A Muslim has to pray, if you can't pray standing up, you pray sitting down, if you can't sit, then lie down and move your head, if you can't move your head then move your finger and if you can't move your fingers then move your eyes!! The point is salah is required. It must be done.

Rusool Allah (saw) appointed guards that night, Ammar bin Yasir and Abbad bin Bishr. They would alternate, while Ammar would sleep, Abbad would guard and vice versa. While Ammar was sleeping, Abbad was guarding. Abbad started to engage himself in Salat. While he was reciting, one of the enemy shot an arrow at him, but he didn't move. The enemy shot another arrow at him, he still didn't move, a third arrow was shot and then Abbad woke up Ammar bin Yasir. When Ammar woke up and saw that Abbad had three arrows sticking out of his body. Ammar said, "SubhanAllah, Why didn't you wake me up?" He replied, "I was reciting a surah, I didn't want to stop until I finish it, but when he kept on firing arrows at me, I made rukuh and then I woke you up. In the name of Allah if I wasn't considered to be neglectful of my responsibility, which was given to me by Rusool Allah (saw), I would have rather died than stop my salah or I would have finished it." This is an impressive story.

These arrows are striking at him, and he still had that concentration in salah to carry on reading. This shows the level of emaan. Also notice how he was weighing his duties, one hand he didn't want to stop in between the surah and on the other hand he was thoughtful of the responsibility given to him by Rusool Allah (saw). We ask Allah Zaujal to make us realize our responsibilities.

During this expedition there was an interesting conversation between Jaber (ra) and Rusool Allah (saw). Jaber (ra) bin Abdullah was riding a feeble weak camel and his comrades were getting ahead of him. So Rusool Allah (saw) approaches him and said, "What's wrong Jaber?" Jaber (ra) said, "Oh Messenger of Allah, this camel of mine is slowing me down." Rusool Allah (saw) told him, "Make it new." While Rusool Allah (saw) was dismounting he said, "Give me that stick of yours or get one for me from a tree." Jaber (ra) gave him the stick. Rusool Allah (saw) prodded the camel with that stick and then he told Jaber bin Abdullah (ra), "Mount up." Jaber (ra) said, "My weak camel was now competing with the fast camel of Rusool Allah (saw)." This was a miracle.

Jaber bin Abdullah (ra) was then conversing with Rusool Allah (saw). Rusool Allah (saw) told him, "Would you sell me this camel of yours, oh Jaber." So Rusool Allah (saw) now like his camel. Jaber bin Abdullah (ra) said, "I'll just give it to you." Rusool Allah (saw) said, "No, I want to buy it." Jaber (ra) said, "Make me an offer." Rusool Allah (Saw) said, "one dirham." Jaber (ra) said, "No, you would be cheating me." Jaber (ra) was basically joking around with him. Rusool Allah (saw) said, "Then I'll give you two dirhams." Jaber (ra) said, "More." And Jaber bin Abdullah (ra) kept on raising the price until Rusool Allah (saw) offered one ounce of gold. Muhammed (saw) said, "would that be agreeable to you?' Jaber (ra) said, "Yes." Jaber bin Abdullah (ra) said, "Then it's all yours." And then Rusool Allah (saw) asked him, "Jaber, are you married yet?"

Rusool Allah (saw) is talking to his ummah and inquiring about their lives. Rusool Allah (saw) wanted to know the living conditions of his people because he cared very much. Jaber (ra) said, "Yes, I am." Rusool Allah (saw) asked, "To a woman previously married or to a virgin?" He said a married woman. Rusool Allah (saw) said, "Why didn't you marry a virgin girl so that you might play with her and she with you (or, you might make her laugh and she makes you laugh)?" Jaber said, "My father died, leaving seven or nine girls (orphans) and I did not like to bring a young girl like them, so I married a woman who can look after them." He said, "May Allah bestow His Blessing on you."

Rusool Allah (saw) said, "When we get to Sirar, I will slaughter a camel and stay there, she will hear about us coming and she will dust off her cushions for us." Rusool Allah (saw) before he would enter Medina, he would stay outside and let his family know that he's coming. He wouldn't surprise them, so

that they could get ready to meet him. So anyway Rusool Allah (saw) said to Jaber that his wife will dust cushions for you, when she hears him coming. Jaber bin Abdullah (ra) said, "We don't have cushions." Rusool Allah (saw) told him, "You will have some." So they get back to Medina, and Rusool Allah (saw) comes out of the Masjid and he sees this camel tied up so he asks, "What is this?" They said, "Jaber brought it to you." Rusool Allah (saw) called for Jaber (ra), Rusool Allah (saw) said, "Cousin lead your camel away, it is yours." And then Rusool Allah (saw) called Bilal (ra) and said, "Take Jaber away and give him an ounce of gold." Jaber (ra) said, "I went with Bilal, he gave me an ounce and a little more as well, and by Allah my financial affairs improved constantly thereafter until they suffered recently when what befell us." What Jaber (ra) was referring to suffering as the recent suffering was 'Yaum al Harra' it was the worst day for the people of Medina, many were massacred.

So Rusool Allah (saw) was negotiating that deal with Jaber (ra) but he didn't really want to buy it, he just wanted to give Jaber (ra) money, or when Rusool Allah (saw) found out about the difficult situation of Jaber (ra) he changed his mind and decided to give the camel and the gold to Jaber (ra).

The Muslims won the battle of Badr, and the kuffar won the battle of Uhud, so they agreed to meet the following year, same time, same place for the third battle. That was called 'The appointed Badr'. So Abu Sufyan with a 2000 strong army left Mecca, when they traveled for a while, Abu Sufyan said, "Men of Quraish it is right for you to make such an expedition only in a fruitful year, when you can pastor on trees and drink milk. This year it is barren, I'm going back, you do the same." Abu Sufyan bailed out along with his army. They were too afraid to meet the Muslims, so they walked away. Their excuse was that it is a barren year, and that they will suffer along the way.

Rusool Allah (saw) shows up at the appointed time and the appointed place, but the Quraish do not show up, so he stays there for a few days and then leaves. While he was there, he met with Makshi bin Amir ad-Damri from the tribe of Banu Damra, these men had a peace alliance with Rusool Allah (saw). So this man comes up to Rusool Allah (saw) and said, "Muhammed, have you come here to this well, to meet with Quraish?" Rusool Allah (saw) said, "Yes, brother from Banu Damra, but if you want, we will release you from your agreement with us, and we will battle you until Allah decides between us." He said, "No, by Allah, Muhammed there is no need for that."

Rusool Allah (saw) is telling this man that, if you want us to end this agreement between us, we wouldn't have any problem with that and that we are ready to fight you. This shows us something about the personality of Rusool Allah (saw). If Rusool Allah (Saw) entered into a truce or alliance with anyone, it was because the opposing party needed that, Rusool Allah (saw) didn't. There truces were not entered into because Rusool Allah (saw) was weak, he was strong and he made that very clear. It is important for Muslims to realize that if Muslims enter in to a truce it should not be because they are weak, rather should happen because they are strong and the disbelievers don't want to fight.

Another ghazwat is Ghazwah Doomatul-Jandal, Doomatul Jandal is about 450 km north of Medina. Al-Waqidi states, "He (Muhammed saw) therefore organized his men, and left with a force of 1000 Muslims. They traveled by night keeping undercover by day, he had a guide with him from Banu Udra named Markur, who was a skilled tracker." Rusool Allah (saw) travels this long distance of 250 km to go and meet with the people Doomatul Jandal whom he heard were gathering a force to advance to Medina to attack him. SubhanAllah, Rusool Allah (saw) didn't even give them the chance to march towards him, he went out to meet them in their own territory, and he wouldn't allow them to come near Medina.

This happened in the 5th year of Hijra against the tribe of kubaa, the people fled when they heard that Rusool Allah (saw) was approaching. The movement of Rusool Allah (saw) was quiet, because they would travel at night and hide during the day, thus the people of kubaa were surprised. The Muslims had taken over some of their cattle and they just ran away. The Muslims stayed there for a few days and no one showed up to fight. The Muslims went back home victorious.

These ghazwat served various purposes; the Muslims learned about some new territories, it was a physical training, they were lessons of discipline, and also the ghazwat served the purpose of bonding this ummah. Before they would only bond with family and tribe but after Islam things had changed. The time spent together by the fighters was why they bonded with each other. For example we mentioned how Rusool Allah (saw) conversed with Jaber bin Abdullah (ra). Rusool Allah (saw) was also establishing political agreements with different tribes. It was an expression of strength. Rusool Allah (saw) was very daring and was willing to take risks but at the same time were very well-planned. So the Muslim's actions were not rash they were well-organized.

Another famous ghazwah was Banul Mustaluq, they are a tribe from Khuzaa. Rusool Allah (saw) attacked them because they too were planning to attack Medina. They were completely caught by surprise by the Muslims, they didn't even get the chance to fight, instead their wealth was taken and their women and children were held as slaves. The Muslim army consisted of 700 Muslims.

**Lessons from Ghazwah banul Mustaluq:**

It is allowed to attack people without advance notice if da'wah has already reached them. So they then don't have to give them a chance to become Muslim, usually the Muslim army gives three days to the enemy. Three choices are given to the people of the Book and two choices if they are not.

The choices for the people of the book are;

1. To become Muslim
2. If not then pay Jizya
3. And if none of the above then Muslims will fight.

The choices given to the people who are not people of the book are;

1. To become Muslim
2. If not then Muslims will fight.

The disbelievers are given three days to make up their mind, but here they weren't even given a moments chance. Why? Because da'wa has already reached them, they live in Arabia they've heard about Islam. They were ambushed.

Abdullah bin Umer said, "He attacked them while they were unaware while they're livestock were drinking water so he killed some of their men, and he has taken their families as slaves." During this battle the Muslim battle cry was, "Oh conquerer, kill, kill". Also a lot of fiqh was learned during the ghazwat, so during the ghazwah of Banul Mustaluq the ruling of tayyammum was revealed in the Quran.

In Bukhari Abu Saeed Al-Khudri said, "We went forth with the message of Allah, on the expedition to Banul Mustaluq. We took many of the Bedouins captive and we desired the women, because celibacy was very hard on us. We liked the practice of coitus interruptus but wondered whether we should do this, without asking the Messenger of Allah. So we asked him about it, he said, 'There is no difference in you doing that for any soul that is going to exist till Judgment Day will so exist.'" So Rusool Allah (saw) said that it wouldn't make a difference if you do that or not because Allah has already ordained every soul that will be created. Some ulema use this hadith to prove that contraceptives are allowed. But there is a difference of opinion among scholars, also there is a difference in opinion if this has got to do with a free woman and slave girl.

The reason why they wanted to practice coitus interruptus here is because if a man owns a slave woman, and she becomes pregnant and has a child from him, then he cannot sell her. So she would then remain with him, because of the children, she will be called umm-ul Walad, 'Mother of Children'. She is almost like his wife. However if they practice coitus interruptus, then they would have sexual relations with these women and they could still sell them.

Ibn Ishaq narrated: Aisha (ra) said, "When the Messenger of Allah distributed the captives taken from Banul Mustaliq, the daughter of Al-Harith ibn Al-Mustaliq was awarded to Thabit ibn Qays ibn Shammas." So one woman was taken captive and she was the daughter of the head of the tribe, her name was Juwairiya. Aisha said," She made makaatuba with Thabit ibn Qays." Mukaatuba is a contract between the master and the slave, which would allow the slave to be free by paying a certain amount of money. So slavery is not permament. Aisha said, "She was a very sweet and attractive woman, every man who saw her, fell for her. She came to the Messenger of Allah to ask him, help in preparing the document. And I swear as soon as I saw her at the door of my room, I disliked her and recognized that he would see in her what I did."

So Aisha (ra) was saying that she felt was jealous, and she was worried that if Rusool Allah (saw) sees her, he might want to get married to her. Juwairia said, "Messenger of Allah, I am Juwairiyah daughter of Al-Harith, the leader of his people, you can see what my plight is now. I haven fallen to the lot of Thabit bin Qays and I've prepared a deed awarding myself to him. I have come to ask your help in writing it. "Rusool Allah (saw) said, "Would you prefer better?" She asked: "What is that, Apostle of Allah?" He (saw) replied, "I shall pay the price of your freedom on your behalf, and I shall marry you." She replied I shall do this. She (Aisha) said: The people then heard that the Apostle of Allah (saw) had married Juwayriyyah. They released the captives in their possession and set them free, and said: They are the relatives of the Apostle of Allah (saw) by marriage. We did not see any woman greater than Juwayriyyah who brought blessings to her people. One hundred families of Banu al-Mustaliq were set free on account of her.

Umer bin Khattab (ra) had a servant, his servant was a muhajir. They were next to this well, fetching water and this servant of Umer (ra) got into a fight with one of the Ansar. So the Ansari called on the Ansari to gang up against the Muhajireen and the Muhajir called on the Muhajireen. A fight was about to break out, but when Rusool Allah (saw) came in and mediated between them, he would not allow such things to happen. He would immediately come and stop them before the fitnah increases.

Anyway so the news (of the fight) reaches Abdullah bin Ubayy, and he said, "Did they really cause this? They challenge us and outnumber us in our own land. I swear by Allah, the old maxim applies to us and these Quraish, ruffians fatten your dog and you it will eat. I swear when we drive out to Medina, the stronger will drive out the weaker. See what you have done to yourselves, you let them settle among you and share your property with them. I swear if you had kept your property from them, they would have gone somewhere else. " Abdullah bin Ubayy was saying that the Ansar allowed the muhajireen to come in Medina and helped them and then the muhajireen go against the Ansar, their very helpers, so he used the maxim.

A young sahabi, Zayd bin Arqam, heard what Abdullah bin Ubayy said, so he went and conveyed the news to Rusool Allah (saw). Some men from the Ansar who were also present there told Rusool Allah (saw), "Perhaps the lad mistook what was said or did not memorize it correctly." So they were defending Abdullah bin Ubayy. Umer (ra) said, "Let me go and execute this munafiq." Rusool Allah (saw) said, "How would it be Umer, to have people say, "Muhammed kills his own companions. No orders to leave instead."

Usaid bin Khuzair (ra) was from the Ansar, he was from the people of Abdullah bin Ubayy. Rusool Allah (saw) told him, "Didn't you hear, what your friend said?" He said, "Which friend?" Rusool Allah (saw) said, "Abdullah bin Ubayy." Usaid asked Rusool Allah (saw) what Abdullah said. Rusool Allah (saw) told him what all he said, so Usaid responded, "Well I swear by Allah, Messenger of Allah, you will drive him out if you wish, he is certainly the weak one and you are the strong. Be kind to him of Messenger of Allah, I swear Allah brought you to us while his (Abdullah bin Ubayy) people were stringing pearls with which to make a crown from him and so he considers that you have robbed him his kingdom." And this is the problem, when people have authority and money, when they feel that Islam will threaten their authority or their wealth, they become munafiqeen. Allah Zaujal says about this incident in SURAH MUNAFIQUN (63:7) (63:8)

هُمُ ٱلَّذِينَ يَقُولُونَ لَا تُنفِقُواْ عَلَىٰ مَنۡ عِندَ رَسُولِ ٱللَّهِ
حَتَّىٰ يَنفَضُّواْۗ وَلِلَّهِ خَزَآئِنُ ٱلسَّمَٰوَٰتِ وَٱلۡأَرۡضِ وَلَٰكِنَّ ٱلۡمُنَٰفِقِينَ لَا
يَفۡقَهُونَ ٧

***They are the ones who say, "Do not spend on those who are with the Messenger of Allah until they disband." And to Allah belongs the depositories of the heavens and the earth, but the hypocrites do not understand.***

يَقُولُونَ لَئِن رَّجَعۡنَآ إِلَى ٱلۡمَدِينَةِ لَيُخۡرِجَنَّ ٱلۡأَعَزُّ مِنۡهَا ٱلۡأَذَلَّۚ وَلِلَّهِ ٱلۡعِزَّةُ
وَلِرَسُولِهِۦ وَلِلۡمُؤۡمِنِينَ وَلَٰكِنَّ ٱلۡمُنَٰفِقِينَ لَا يَعۡلَمُونَ ٨

***They say, "If we return to al-Madinah, the more honored [for power] will surely expel therefrom the more humble." And to Allah belongs [all] honor, and to His Messenger, and to the believers, but the hypocrites do not know.***

So honor belongs to Allah, His messenger and the momineen.

**Lessons:**

- Rusool Allah (saw) told the army to leave; the wisdon in this action is that if people don't keep themselves pre-occupied in good, they will occupy themselves with evil. Since this fitnah was causing a lot of talk and rumour, Rusool Allah (saw) told the army to pack up and leave. They marched for the entire day, then the entire night and marched the next morning and when Ruysool Allah (saw) told them to stop they fell asleep immidiately because they were so tired. They didn't time to think of this issue. Rusool Allah (saw) wanted them to forget.

- It is important to protect the reputation of the Muslim community. Rusool Allah (saw) didn't allow Umer (ra) to execute Abdullah bin Ubayy. The reason was that Rusool Allah (saw) did not want people to think that Muhammed (saw) kills his companions. He (saw) did not want people to think that if they become Muslim, they will be killed by their leader, or will be oppressed by their leader. Even though Abdullah bin Ubayy wasn't a companion, he was a hypocrite, but he was counted as a Muslim, because that is what he claimed to be.

  Another reason he refused to Umer (ra) was that Rusool Allah (saw) was thinking long term. Ibn Ishaq said: Thereafter, if anything bad happened, Abdullah's people would blame and reproach him." So Rusool Allah after being told how they were treating Abdullah bin Ubayy he later asked Umer (ra), "Well Umer, what do you think now?" Umer (ra) said, "I swear, if I had killed him, the day you had suggested it, there would have been much resentment."

  So Rusool Allah's (saw) wisdon proved beneficial, because over time Abdullah's character was exposed to his own people. Whenver some thing bad happened, they would reproach Abdullah. If Abdullah bin Ubayy was killed when Umer (ra) wanted to, people would have went against Rusool Allah (saw) out of pride and nationalism as they were not familiar with the character of Abdullah bin Ubayy, they recognized his true colours. People did not know Abdullah bin Ubayy

was a hypocrite like we all know today, it was only slowly as time passed that this truth was discovered.

Previously whenever Rusool Allah (saw) walked towards the pulpits to give khutba tul Jumah towards Al-Mimba, Abdullah bin Ubayy would stand up and say, "This is the messenger of Allah support him and hold him." But after his true colours were slowly being revealed when he would stand up, hs people would pull him down and tell him to sit down. So this was the result of the wisdom of Rusool Allah (saw). Rusool Allah (saw) said, "if I were to order his death today, they will all kill him." Umer bin Khattab said, "Yes rusool Allah, I realize that your decsion is better than mine." This shows us the benefit of leniency. Rusool Allah (saw) established this ummah with his soft heart.

- Nationalism is an enemy of Islam: Muhajirun were going to fight with the Ansar, Al-Aus used to fight Khazraj. Rusool Allah (saw) stepped in and reminded them the similarities between them. Shaitan uses this to create disunity against the ummah. We need to be very aware, there is no such thing as Arabs, Pakistanis, British Muslims, or etc. Shaitan uses these label tags to create disunity against the ummah. We are Muslims; islam howwever does recognize that we belong to tribes. The reason for this is so that we can know each other, because imagine if were all copies, copies of one another, everyone would look the same and would belong to the same place, then how would be recognize one another. Allah made us all different, with different personalities and names. That is how we can know one another. Everyone is unique, and has their own individuality.

- Abdullah bin Ubayy's son was also named Abdullah. When Abdullah (son) heard that Rasool Allah (Saw) might kill his father, because of what he (Abdullah bin Ubayy) said. Abdullah went to Rasool Allah (saw) and told him, "I heard that you want to kill my father, if you plan to do so, then let me kill him. Now the people of Khazaraj know that I am the most obedient towards my father and the best among them in obedience and fulfilling the rights of my father and I don't want someone else to kill my father and then after that I see this man walking safely, and shaitan comes to me and causes me to kill him and then I would have killed a believer for the sake of a disbeliever. So if you want to kill him, then you order me to do so, and I'll do it." Rusool Allah (saw) said, "No, we will not kill him. We will accompany him in this life." Then Rusool Allah (saw) made dua for Abdullah (ra) (the son).

  Abdullah (ra) gave the example of true emaan, where your loyalty goes to; for Allah and His Messenger. Rusool Allah (saw) told him not to, that he (saw) will give Abdullah bin Ubayy company in this life; this shows us what a big heart Rusool Allah (saw) had for the believers.

CD 16

During the Battle of Banul Mustaliq an important incident occurred. The Muslim ummah learnt great lessons from this unfortunate incident.

Aisha (ra) narrates this incident:

“When the Messenger of Allah was about to go on a journey, he would draw lots among his wives to decide who would accompany him, he did so as usual, against the expedition against Banul Mustaliq, my name was drawn and so he took me with him. The women on such occasions would eat light filling foods and they would be light weight. I would sit in my haudaj while my camel was being saddled. (Haudaj is a closed space, put on top of the camel.) The men responsible for mounting it, would then grasp the haudaj from below it, and lift it and place it upon the camel’s back, tying it there with ropes. They would then lead the camel away by the heads. When Rusool Allah (saw) had completed that journey, directed the party to return home. Then close to Medina he made a halt for a part of the night. Acquired and called out to people to depart again, and people prepared to do so. I went out to relieve myself; I was wearing a necklace of onyx made of stones of zafar. When I had finished, it slipped from the neck without my knowledge. Having returned to my mount I felt for it around my neck but didn’t find it there. But people were beginning to leave so I returned where I had been to search for the necklace, and eventually I found it.

The men who had now finished saddling my camel had come back for me and rose up the haudaj thinking I was inside as usual, and fastened it on to the camel. They had no doubts about me being inside, and then they took the camel by the head and lead it away. When I returned to the camp site, there was absolutely no one there, everyone had left. So I wrapped myself in my cloak and laid down, I was sure that they would return for me when they miss me, I swear I was lying there when Safwan b. Mu'attal Sulami Dhakwini came by. He had for some reason of his own been lagging behind the other warriors and had not spent the night with the others. When he saw my form he approached and stood over me, he had seen me before the veil was prescribed for us. When he saw me he exclaimed ‘To Allah we belong and to Him we return, isn’t it the *vaa’ eena* (woman sitting in haudaj) of Rusool Allah (saw)?’ I was all wrapped up in my cloak, he then asked, ‘What made you stay behind? May Allah have mercy on you.’ I did not speak to him. He then brought up the camel and said, ‘you ride’, he kept away from me. So I mounted and he led the camel away by the head moving quickly to catch up with the rest. I swear by Allah we neither caught them up nor did they miss me before morning.

By the time the force had halted and made secure the man appeared leading me, and so those who spread the calumny started talking and the men were greatly puttered. However I swear I knew nothing of this. We then went on to Medina, there I soon felt seriously sick and heard nothing of what was going on.

All the talk soon reached Rusool Allah (saw) and my parents, but they told me absolutely nothing of this. All I noticed was that Rusool Allah (saw) was not as kind as usual towards me; whenever I had been sick he had been very kind and comforting to me, but not on this occasion. I pretended not to notice, when he came and see me, my mother being present nursing me, he would just say formally ‘how is she?’ He would add nothing more.

Eventually this coldness of his bothered me, and so I asked him, ‘Oh Rusool Allah! If you will allow it, I would like to go and stay with my mother to have her care for me.’ Rusool Allah (saw) said, “No problem.’ And so I moved in with my mother, I still had no knowledge what was going on, until I recovered from my illness some three weeks later.

We were arab people and did not have in our homes those toilets that foreigners use, we find them disgusting. We would go out and use the open areas of medina. Each night the women would go outside to relieve them selves.

I went out to do so one night accompanied by Umm Mista daughter of Abu Rhm b. Muttalib, she was walking with me when she tripped over her gown an swore, ‘Perish that Mistah’. I commented that is a terrible thing to say about a muhajir, and a man who fought at Badr. She said, ‘Has the news not reached you, daughter of Abu Bakr.’ I said, ‘What news?’ She then told me what those spreading the slander were saying. So I exclaimed, ‘This is really so?!’ She said, ‘Yes it is really so.’

I swear I was so upset; I could not do my business and went home. I wept so much, I thought my crying would burst my liver. I told my mother, ‘May Allah forgive you for not telling me anything about what the people have been saying about me.’ She said, ‘Don’t take it too seriously daughter, rarely a does a beautiful woman with a husband who loves her, not have her co-wives and others to speak badly about her.’

Rusool Allah (saw) had stood and addressed people on this subject but I knew nothing on that. He had praised and thanked Allah, then said, ‘Why is it that people are giving me concern about my family, and speaking untruths against them. I swear by Allah, I know nothing but good of them. And they are saying the same against a man of whom I have never known anything but good. He has never entered any of my dwellings without me, being his company.’” Rusool Allah (saw) was saying that he only knows good in Aisha (ra) and only knows good in Safwan (ra).”

Aisha (ra) said, “The greatest blame for this slay was Abdullah bin Ubayy, some from the Khazrah, Mustah, and Hamnah, daughter of Jahsh. Hamnah spoke thus, because she was the sister of Zainab, daughter of Jahsh, who also lived with Rusool Allah (saw). Zainab was the only one of his wives who rivaled my status with him. Zainab herself was given Allah’s protection through her religion, for she spoke only good of me. Hamna spread rumors about me, to do harm for her sister’s sake, I suffered for that.”

Aisha (ra) saying that Zainab wasn’t involved in this, but it was her sister who was doing this for Zainab.
Aisha (ra) continued, “When Rusool Allah (saw) made this address, Usaid bin Hudair stated, ‘if they were from Al-Aus we would deal with them for you, if from our Khazraj brethren then give us your order and I swear by Allah, they deserve to have their heads but off.’ Then Sa’d ibn Ubada arose, he had been previously been considered a fine man, he said, ‘you lie, I swear by Allah, you’d certainly not cut off their heads, and you only made that statement because you knew that they were of Khazraj. If they had been from your own tribe you would never say that.’ Usaid said ‘its you who lie, I swear by Allah, you are a hypocrite, arguing on behalf of the hypocrites.’ People became so angry that there was almost a fight between Aus and Khazraj.”

This is four or five years after becoming Muslim, and still this problem of nationalism is still present, that it could cause a fight inside a masjid. This shows us how dangerous nationalism is. Rusool Allah (saw) says that, ‘this is one of the things of Jahiliya that will remain in you.’ These were great sahabi who he saying this to.

Aisha (ra) continued, “ He (saw) called for Ali bin Abi Talib (ra) and Usama bin Zaid (ra) and consulted me to him. Usama spoke well of me and then said, ‘Rusool Allah, this is about your family about whom, we know nothing but good. This is all foolish lies.’ Ali bin Abi Talib (ra) said, ‘Messenger of Allah there are plenty of women, you can exchange them, ask the slave girl she will speak the truth to you.’ So Rusool Allah (saw) called for Barira to ask her. Ali went up to her and struck her violently saying, ‘speak the truth to the messenger of Allah.’ Barira replied, ‘I swear by Allah, I know nothing but good, I never fault with Aisha at all except that when I need dough and ask her to watch over it, she may fall asleep and the domestic goats come and eat it.’

Then Rusool Allah (saw) came to me, I had with me both my parents and an Ansari woman. I was weeping and so was she. He sat down, gave praise and thanks to Allah and then said, 'Aisha you have been informed what people have been saying about you. Fear Allah, if you had indeed done wrong as they say, then repent to Him. Allah accepts repentance from His servants.' As soon as he said this my tears dried up so that I could feel nothing of them, I waited for parents to respond on my behalf to Rusool Allah (saw) but they didn't speak.

I swear to Allah, I felt myself to be humble and unimportant for Allah to sent a verse of Quran about me, one that would be recited and used for the prayer. But I had hoped that the prophet would have some vision in his sleep, by which Allah would prove my innocence, from His knowledge of my innocence and would give some information. But as a verse of Quran to be revealed about me, I swear I felt myself too insignificant for that.

When I saw that my parents were not replying on my behalf, I asked them, 'Will you not reply to Rusool Allah?' They replied, 'By Allah, we don't know what to reply.' I swear I don't know any household that ever suffered so much as that of Abu Bakr, through those days. When they were unable to respond for me, I burst out crying again. Then I said, 'by Allah, I will never repent to Allah for what you refer to. I swear I well know that if I were to affirm what people say, while Allah knew me to be innocent of it. I would be affirming, what had not happened. If I were to deny what they say, you would not believe me.' I then tried to remember the name of Yaqub but I could not remember it, so I said, 'But I will speak as did, the father of Yusuf; Patience is fine and Allah's help is to be sought against what you despite.'

I swear the Messenger of Allah had not left his seat, before Allah sent down upon him what he used to send. He as wrapped up in his cloak, and a pillow of leather was placed beneath his head. As for myself, when I witnessed this, I swear, I felt no alarm or concern. I knew that I was innocent that Allah would not harm me. However I swear by Him who bears Aisha's soul in His hands that as soon as the Messenger of Allah recovered, I thought my parents would expire from fear that confirmation of what people were saying would come from Allah."

SubhanAllah Aisha (ra) was saying that her parents were worried that Quran would come to confirm the accusation that Aisha (Ra) committed Zina, and this shows you how dangerous these rumors could be.

Aisha (ra) continues, "Having recovered the Messenger of Allah sat up, his faced streamed with droplets like a winter day, he began wiping the sweat from his face and saying, 'Rejoice Aisha, Allah All-Mighty And All Glorious is He, has sent down confirmation of your innocence.' I said, 'All praise is for Allah'. He then went out to address the people, recited to them what Allah the All- Mighty and Glorious revealed from Quran on the subject. He then gave orders about Mistah, Hassan bin Thabit, and Hamna. These having the most out spoken in their calumny, and they received the flogging prescribed by law."

This was narrated by Aisha (ra)

In a different narration it says that when these ayat were revealed, and Rusool Allah (saw) gave her the news. The mother of Aisha (ra) told her to thank Rusool Allah (saw). Aisha (ra) said, 'No, I wont, I will only thank Allah.' The ayat revealed are in ***SURAH AN-NUR*** Allah Zaujal says (24:11-25)

إِنَّ ٱلَّذِينَ جَآءُو بِٱلۡإِفۡكِ عُصۡبَةٞ مِّنكُمۡۚ لَا تَحۡسَبُوهُ شَرّٗا لَّكُمۖ بَلۡ هُوَ خَيۡرٞ
لَّكُمۡۚ لِكُلِّ ٱمۡرِيٕٖ مِّنۡهُم مَّا ٱكۡتَسَبَ مِنَ ٱلۡإِثۡمِۚ وَٱلَّذِي تَوَلَّىٰ كِبۡرَهُۥ مِنۡهُمۡ
لَهُۥ عَذَابٌ عَظِيمٞ ١١

***Indeed, those who came with falsehood are a group among you. Do not think it bad for you; rather it is good for you. For every person among them is what [punishment] he has earned from the sin, and he who took upon himself the greater portion thereof - for him is a great punishment.***

لَّوۡلَآ إِذۡ سَمِعۡتُمُوهُ ظَنَّ ٱلۡمُؤۡمِنُونَ وَٱلۡمُؤۡمِنَٰتُ بِأَنفُسِهِمۡ خَيۡرٗا وَقَالُواْ
هَٰذَآ إِفۡكٞ مُّبِينٞ ١٢

***Why, when you heard it, did not the believing men and believing women think good of one another and say, "This is an obvious falsehood"?***

لَّوۡلَا جَآءُو عَلَيۡهِ بِأَرۡبَعَةِ شُهَدَآءَۚ فَإِذۡ لَمۡ يَأۡتُواْ بِٱلشُّهَدَآءِ فَأُوْلَٰٓئِكَ عِندَ ٱللَّهِ
هُمُ ٱلۡكَٰذِبُونَ ١٣

***Why did they [who slandered] not produce for it four witnesses? And when they do not produce the witnesses, then it is they, in the sight of Allah , who are the liars.***

وَلَوۡلَا فَضۡلُ ٱللَّهِ عَلَيۡكُمۡ وَرَحۡمَتُهُۥ فِي ٱلدُّنۡيَا وَٱلۡأٓخِرَةِ لَمَسَّكُمۡ فِي مَآ
أَفَضۡتُمۡ فِيهِ عَذَابٌ عَظِيمٌ ١٤

***And if it had not been for the favor of Allah upon you and His mercy in this world and the Hereafter, you would have been touched for that [lie] in which you were involved by a great punishment***

إِذْ تَلَقَّوْنَهُۥ بِأَلْسِنَتِكُمْ وَتَقُولُونَ بِأَفْوَاهِكُم مَّا لَيْسَ لَكُم بِهِۦ عِلْمٌ
وَتَحْسَبُونَهُۥ هَيِّنًا وَهُوَ عِندَ ٱللَّهِ عَظِيمٌ ﴿١٥﴾

***When you received it with your tongues and said with your mouths that of which you had no knowledge and thought it was insignificant while it was, in the sight of Allah , tremendous.***

وَلَوْلَآ إِذْ سَمِعْتُمُوهُ قُلْتُم مَّا يَكُونُ لَنَآ أَن نَّتَكَلَّمَ بِهَٰذَا سُبْحَٰنَكَ
هَٰذَا بُهْتَٰنٌ عَظِيمٌ ﴿١٦﴾

***And why, when you heard it, did you not say, "It is not for us to speak of this. Exalted are You, [O Allah ]; this is a great slander"?***

يَعِظُكُمُ ٱللَّهُ أَن تَعُودُوا۟ لِمِثْلِهِۦٓ أَبَدًا إِن كُنتُم مُّؤْمِنِينَ ﴿١٧﴾

***Allah warns you against returning to the likes of this [conduct], ever, if you should be believers.***

وَيُبَيِّنُ ٱللَّهُ لَكُمُ ٱلْءَايَٰتِ ۚ وَٱللَّهُ عَلِيمٌ حَكِيمٌ ﴿١٨﴾

***And Allah makes clear to you the verses, and Allah is Knowing and Wise.***

إِنَّ ٱلَّذِينَ يُحِبُّونَ أَن تَشِيعَ ٱلْفَٰحِشَةُ فِى ٱلَّذِينَ ءَامَنُوا۟ لَهُمْ عَذَابٌ أَلِيمٌ
فِى ٱلدُّنْيَا وَٱلْءَاخِرَةِ ۚ وَٱللَّهُ يَعْلَمُ وَأَنتُمْ لَا تَعْلَمُونَ ﴿١٩﴾

***Indeed, those who like that immorality should be spread [or publicized] among those who have believed will have a painful punishment in this world and the Hereafter. And Allah knows and you do not know.***

وَلَوْلَا فَضْلُ ٱللَّهِ عَلَيْكُمْ وَرَحْمَتُهُۥ وَأَنَّ ٱللَّهَ رَءُوفٌ رَّحِيمٌ ﴿٢٠﴾

***And if it had not been for the favor of Allah upon you and His mercy... and because Allah is Kind and Merciful.***

۞ يَٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوا۟ لَا تَتَّبِعُوا۟ خُطُوَٰتِ ٱلشَّيْطَٰنِ ۚ وَمَن يَتَّبِعْ خُطُوَٰتِ
ٱلشَّيْطَٰنِ فَإِنَّهُۥ يَأْمُرُ بِٱلْفَحْشَآءِ وَٱلْمُنكَرِ ۚ وَلَوْلَا فَضْلُ ٱللَّهِ عَلَيْكُمْ
وَرَحْمَتُهُۥ مَا زَكَىٰ مِنكُم مِّنْ أَحَدٍ أَبَدًا وَلَٰكِنَّ ٱللَّهَ يُزَكِّى مَن يَشَآءُ ۗ
وَٱللَّهُ سَمِيعٌ عَلِيمٌ ﴿٢١﴾

***O you who have believed, do not follow the footsteps of Satan. And whoever follows the footsteps of Satan - indeed, he enjoins immorality and wrongdoing. And if not for the favor of Allah upon you and His mercy, not one of you would have been pure, ever, but Allah purifies whom He wills, and Allah is Hearing and Knowing.***

وَلَا يَأْتَلِ أُو۟لُوا۟ ٱلْفَضْلِ مِنكُمْ وَٱلسَّعَةِ أَن يُؤْتُوٓا۟ أُو۟لِى ٱلْقُرْبَىٰ وَٱلْمَسَٰكِينَ
وَٱلْمُهَٰجِرِينَ فِى سَبِيلِ ٱللَّهِ ۖ وَلْيَعْفُوا۟ وَلْيَصْفَحُوٓا۟ ۗ أَلَا تُحِبُّونَ أَن يَغْفِرَ
ٱللَّهُ لَكُمْ ۗ وَٱللَّهُ غَفُورٌ رَّحِيمٌ ﴿٢٢﴾

***And let not those of virtue among you and wealth swear not to give [aid] to their relatives and the needy and the emigrants for the cause of Allah , and let them pardon and overlook. Would you not like that Allah should forgive you? And Allah is Forgiving and Merciful.***

إِنَّ ٱلَّذِينَ يَرْمُونَ ٱلْمُحْصَنَٰتِ ٱلْغَٰفِلَٰتِ ٱلْمُؤْمِنَٰتِ لُعِنُوا۟ فِى ٱلدُّنْيَا
وَٱلْءَاخِرَةِ وَلَهُمْ عَذَابٌ عَظِيمٌ ﴿٢٣﴾

***Indeed, those who [falsely] accuse chaste, unaware and believing women are cursed in this world and the Hereafter; and they will have a great punishment***

يَوْمَ تَشْهَدُ عَلَيْهِمْ أَلْسِنَتُهُمْ وَأَيْدِيهِمْ وَأَرْجُلُهُم بِمَا كَانُوا۟ يَعْمَلُونَ ﴿٢٤﴾

***On a Day when their tongues, their hands and their feet will bear witness against them as to what they used to do.***

يَوْمَئِذٍ يُوَفِّيهِمُ ٱللَّهُ دِينَهُمُ ٱلْحَقَّ وَيَعْلَمُونَ أَنَّ ٱللَّهَ هُوَ ٱلْحَقُّ ٱلْمُبِينُ ﴿٢٥﴾

***That Day, Allah will pay them in full their deserved recompense, and they will know that it is Allah who is the perfect in justice.***

SubhanAllah, Aisha (ra) said she thought she was too insignificant, for Allah to reveal verses for her, but all of these verses were revealed to defend Aisha (ra).

**Lessons**

- Accusing a Muslim woman or man, is a major sin.

- There is that good that came out of this incident. Allah Zaujal said: ***Do not think it bad for you; rather it is good for you.*** We learned how to deal with such issues from this incident. Yes Aisha (ra) and the family of Abu Bakr (ra) suffered, but the ummah learned a lot. As a result the family of Abu Bakr earned a lot of hasanaat because of their patience.

- Muslims should care for the reputation of other Muslims and think good of them. This is something that is lost today. Sometimes you find that good brothers and sisters become happy when they hear about so and so. This isn't how we should be. We shouldn't be happy to hear something bad about our brothers and sisters. Allah Zaujal said: ***Why, when you heard it, did not the believing men and believing women think good of one another rand say, "This is an obvious falsehood"?*** This applies to the entire ummha. We have a duty not to believe in rumors. We have to call such rumors lies and not believe them.

- We should not spread rumors. Allah said***: And why, when you heard it, did you not say, "It is not for us to speak of this. Exalted are You, [O Allah ]; this is a great slander"?*** Muslims should have no time for this nonsense. We shouldn't go around listening to such hearsay and spreading it around. Muslims spend their time wisely.

- It should never happen again. Allah says: ***Allah warns you against returning to the likes of this [conduct], ever, if you should be believers.***

- We should not talk about such immoral things and spread it. Sometimes brothers and sisters sit and talk about the fasaad in the ummah, and they would bring up all these examples which would go beyond what is necessary. Some people actually enjoy talking about such immoral things, they have a certain attraction towards it. Allah says***: Indeed, those who like that immorality should be spread [or publicized] among those who have believed will have a painful punishment in this world and the Hereafter. And Allah knows and you do not know.*** People at times talk about immoral things not to stop them but to fulfill their desire to talk about such things, this is very dangerous. If there is an evil going on in the community, and nobody knows about it, sometimes it is better for the community. Especially related to things like zina, adultery, etc. The more we talk about this stuff, the more we start believeing that the community is corrupt, the more people will start acting like how they believe the community is. But if they think, that everything is fine, people are good then the youngsters will not try to break that. There is a fine line between spreading evil and forbidding evil. You want to strike a balance. One should talk as much necessary.

- Mistah, the one who was spreading rumors about Aisha (ra), he was a poor man and Abu Bakr (ra) was the one who was fulfilling his financial needs. So when Abu Bakr found out that this man

was the one talking about his daughter, he became very upset, so he stopped spending money on him. So Allah Zaujal said: ***And let not those of virtue among you and wealth swear not to give [aid] to their relatives and the needy and the emigrants for the cause of Allah , and let them pardon and overlook. Would you not like that Allah should forgive you?*** So Allah was telling Abu Bakr to pardon them.

- ***Indeed, those who [falsely] accuse chaste, unaware and believing women are cursed in this world and the Hereafter; and they will have a great punishment:*** It is a serious crime to accuse a woman of adultery, and even thought this ayat is talking about a woman, but the same applies for the man. The reason why the ayah mentiones woman, is because it is even worse when you accuse a man, but the ruling is the same for the man. ***On a Day when their tongues, their hands and their feet will bear witness against them as to what they used to do. That Day, Allah will pay them in full their deserved recompense, and they will know that it is Allah who is the perfect in justice.*** So Allah does not want Muslims to slander against one another.

- Muhammed (saw) was a human being and he didn't know the unseen. Rusool Allah (saw) himself suffered the pain of having people talk about his wife for an entire month. If Rusool Allah (saw) knew the unseen, he would have known that Aisha (ra) was innocent. But he suffered just like the others.

- The ruling of Qadr and its importance in protecting the Muslim community. If someone accuses a Muslim of adultery or fornication, they must produce four witnesses. If they do not, then they are flogged publicly 80 lashes. They are labeled as faasiq, and their witnesses are not accepted. This is to protect the Muslim community. Now the issue has become very small, people talk about each other and slander all the time. Rumors spread like fire. People don't realize that they are committing a major sin.

Hassan bin Thabit and Mistah were flogged, but not Abdullah bin Ubayy. Even though Abdullah bin Ubayy had done the most in the effort of spreading this rumor. So how come he wasn't punished?
Ibn al Quyyum gives four possibilities:

1. Because the punishment is a kuffara, for the sin in duniya, so the person will not be punished in akhirah. So he deserved to be punished in Akhirah.
2. Probably he was spreading the rumours and talking about it, and doing it in such a clever way, that he could not be held responsible for it.
3. This punishment is only established through witnesses or through personal admission. So there was no evidence.
4. He wasn't punished to bring his people closer to Islam, and avoid fitnah.

The fourth situation is very unlikely because if the evidence is established then the punishment cannot be overruled.

- Importance of protecting the reputation of our leaders: We see here that the enemies of Allah will try to assassinate the character or will try to involve in assassinating the character. So we had already seen that the enemies of Allah have tried to kill Rusool Allah (saw) and because they didn't succeed in that, so they tried to assassinate his character. The enemy of Allah will try to design dangerous stories about the dangerous leaders of the ummah. We need to not believe these stories. Today no verse will be revealed to defend a certain leader, it is our duty to learn from these events and apply them to our lives.

**BATTLE OF THE TRENCH**

**I**bn Ishaq said, “What happened at Al-Khandaq was that a group of Jews brought together a coalition of clans against the Messenger of Allah”. So this was a coalition that was pulled together by the Jews. They went to Meccan and other tribes, Ghatafaan and managed to bring together an army of 10,000 strong. This was the largest army against Rusool Allah (saw) up to that point. The agreement was that Ghatafaan would provide 6000 men, in exchange of the Jews paying them the entire date harvest of Khaibar for one year. So Ghatafaan was in it for money, nothing else. While the Jews and the people of Mecca wanted to defeat Rusool Allah (saw).

The Arabs used to consider the Jews as the wise and learnt ones. The Jews would go to Mecca and the people of Mecca would ask them, “Well you are the learned men; you are the people of the Book, and so tell us, who is right; us or Muhammed?” The Jews would tell them, “You are.” Allah Zaujal revealed in ***Surah An-Nisa (4:51) (4:52)***

أَلَمْ تَرَ إِلَى ٱلَّذِينَ أُوتُواْ نَصِيبًا مِّنَ ٱلْكِتَٰبِ يُؤْمِنُونَ بِٱلْجِبْتِ
وَٱلطَّٰغُوتِ وَيَقُولُونَ لِلَّذِينَ كَفَرُواْ هَٰٓؤُلَآءِ أَهْدَىٰ مِنَ ٱلَّذِينَ
ءَامَنُواْ سَبِيلًا ﴿٥١﴾

***Have you not seen those who were given a portion of the Scripture, who believe in superstition and false objects of worship and say about the disbelievers, "These are better guided than the believers as to the way"?***

أُوْلَٰٓئِكَ ٱلَّذِينَ لَعَنَهُمُ ٱللَّهُ ۖ وَمَن يَلْعَنِ ٱللَّهُ فَلَن
تَجِدَ لَهُۥ نَصِيرًا ﴿٥٢﴾

***Those are the ones whom Allah has cursed; and he whom Allah curses - never will you find for him a helper.***

One would wonder, what in the world would make the Jews claim that the pagan worshippers are more guided than the Muslims. The Jews have much more in common with the Muslims than the pagan worshippers. Jews were jealous and hated Rusool Allah (saw).

Anyway the news reached Rusool Allah (saw) that a huge army is coming their way. Rusool Allah (saw) holds a shura session. Salman Farsi (ra) had a suggestion, he said, “Oh Messenger of Allah, in our land in Persia, if we fear the cavalry we would dig a trench, oh Messenger of Allah, why don’t we dig a moat?” RusoolAllah (saw) and the Muslims liked the idea. The projuect thus started. It was impossible for them to dig a trench all around Medina because they didn’t have the man-power. They had to choose the vulnerable location, which was north of medina. This was because Medina had a natural protection from the east and west, that portion is called Al-Harra, these are volcanic tracks. Towards the south there are dwellings and farm land which also makes it difficult to penetrate… so the danger was towards the north. Every ten men were given 40 ft of land to dig, they split into groups and started to dig. The Muslims were hungry and were poor, there was a lack of food and people.

Anas ibn Malik (ra) said, “The Messenger of Allah went out to the trench and found that the Muhajireen and the Ansar were busy digging, it was a very cold morning and they had no slaves to do that work for them. When he saw what they were suffering from, the hard labour and hunger he said, ‘Oh Allah, there life is indeed that of the afterlife, forgive the Ansar and the Muhajirun.’” So there life might be difficult in duniya (this world) but their life belongs to the Afterlife.

Rusool Allah (saw) himself participated in the digging, Al Barra narrates in Bukhari, “On the day of Ahzab when Rusool Allah (saw) was digging the trench, I saw him carrying dirt until there was so much dirt on his stomach, I couldn’t see his skin any more.” Rusool Allah (saw) set a leadership example; he worked along with his companions. Rusool Allah (saw) was so hungry, he would have to tie a stone to his stomach to supress his hunger, but his spirit was high. Rusool Allah (saw) and the sahabah (ra) would recite these lines of poetry, “Oh Allah, without you we would not have been well guided nor would we have been charitable, nor would we have prayed. So do sent tranquility upon us, and make us stand firm when we meet the foe. They have wronged us; if they want trouble we will meet them.” Rusool Allah (saw) would stretch the final words.

There were guards around the clock, guarding medina. The sahabah would take turns in guarding. The difficulties were increasing, you have an army of Quraish and Ghatafaan coming and then there was a serious problem that came up at the worst time. The dwellings of Banu Quraida, were part of the plan for the protection of Medina. Rusool Allah (saw) was receiving news that Banu Quraida themselves were betraying their agreement with Rusool Allah (saw), and were going to join against the enemy. So Rusool Allah (saw) sends Az-Zubair bin Awwam (ra) to investigate the matter. Az-Zubair brings back information that they are bringing in their livestock and that they are paving their roads, and that was an indication of preparation for battle. Rusool Allah (saw) sent Sa’d bin Muadh, Sa’d bin Ubada, Abdullah bin Rawaha, and Khawwat bin Jubair to further investigate the matter. Rusool Allah (saw) said that if Banu Quraida has decided to betray the Muslims then secretly come and give me the news but if they find that Banu Quraida is keeping their word, then they can make the news public.

So this tells us that sometimes you need to hide information from people for their benefit.

They go and come back and say two words to Rusool Allah (saw) and that is, “Adal and Qarah.” Adal and Qarah were the two tribes that betrayed the men that were sent by Rusool Allah (saw), and killed them. So this was an indication that Quraida had broken the agreement. Rusool Allah (saw) made preparations for that. Rusool Allah (saw) sends out two groups, one 200 men and the other one 300 men as guards. They would go around the area of Banu Quraida, to show them that we are still here and still strong and we are willing to fight. It was a show of strength. The Muslims were able to intercept 20 camel loads of dates, figs and barley that were going towards the army of Ahzab and their point of origin was Banu Quraida. This made it clear that Banu Quraida had betrayed Rasool Allah (saw). This was a very difficult for the Muslims. Allah Zaujal describes the situation to us in ***SURAH AHZAB (33:10)***

إِذْ جَآءُوكُم مِّن فَوْقِكُمْ وَمِنْ أَسْفَلَ مِنكُمْ وَإِذْ زَاغَتِ ٱلْأَبْصَٰرُ وَبَلَغَتِ
ٱلْقُلُوبُ ٱلْحَنَاجِرَ وَتَظُنُّونَ بِٱللَّهِ ٱلظُّنُونَا۠ ﴿١٠﴾

***[Remember] when they came at you from above you and from below you, and when eyes shifted [in fear], and hearts reached the throats and you assumed about Allah [various] assumptions.***

Eyes shifted in fear, heart pounced so fast that is seemed that you can feel it in your throats and some people were making assumptions of Allah. Like Allah will not make us win, or that this religion is not true

and various thoughts like this. Obviously the ones who had made these various assumptions were the munafiqun. Allah says (33:22)

وَلَمَّا رَءَا ٱلْمُؤْمِنُونَ ٱلْأَحْزَابَ قَالُوا۟ هَٰذَا مَا وَعَدَنَا ٱللَّهُ وَرَسُولُهُۥ وَصَدَقَ
ٱللَّهُ وَرَسُولُهُۥ ۚ وَمَا زَادَهُمْ إِلَّآ إِيمَٰنًا وَتَسْلِيمًا ﴿٢٢﴾

***SURAH AHZAB (33:13-20)And when the believers saw the companies, they said, "This is what Allah and His Messenger had promised us, and Allah and His Messenger spoke the truth." And it increased them only in faith and acceptance.***

When the believers saw the difficulties their faith increased more, because they knew that Allah would test them. So one incident brought forth different reactions to it. Both parties had fear, but their reactions were different. That is the defference between believers and the hypocrites. The hypocrites acted negatively while the believers acted positively.

Ibn Ishaq said, "There upon the anxiety and fear increased, their enemy came at them from above and below." Tthe Muslims were very confused. Dissension arose to the point where, Muattib bin Kushair commented, "Muhammed used to promise us that we would eat treasure of kisra and Ceasar and now we don't even feel safe going to the toilet." This was a reaction of a hypocrite. The ayat of Quran described the munafiqun in

وَإِذْ قَالَت طَّآئِفَةٌ مِّنْهُمْ يَٰٓأَهْلَ يَثْرِبَ لَا مُقَامَ لَكُمْ فَٱرْجِعُوا۟ ۚ وَيَسْتَـْٔذِنُ
فَرِيقٌ مِّنْهُمُ ٱلنَّبِىَّ يَقُولُونَ إِنَّ بُيُوتَنَا عَوْرَةٌ وَمَا هِىَ بِعَوْرَةٍ ۖ إِن يُرِيدُونَ
إِلَّا فِرَارًا ﴿١٣﴾

***And when a faction of them said, "O people of Yathrib, there is no stability for you [here], so return [home]." And a party of them asked permission of the Prophet, saying, "Indeed, our houses are unprotected," while they were not exposed. They did not intend except to flee.***

The munafiqun wanted to leave the site of the trench, they wanted to go back home with the excuse that they wanted to protect their homes.

وَلَوْ دُخِلَتْ عَلَيْهِم مِّنْ أَقْطَارِهَا ثُمَّ سُئِلُوا۟ ٱلْفِتْنَةَ
لَءَاتَوْهَا وَمَا تَلَبَّثُوا۟ بِهَآ إِلَّا يَسِيرًا ﴿١٤﴾

***And if they had been entered upon from all its [surrounding] regions and fitnah had been demanded of them, they would have done it and not hesitated over it except briefly.***

This ayat tells us that if the munafiqun are pressured even a bit by the disbelievers they will leave Islam.

وَلَقَدْ كَانُوا۟ عَـٰهَدُوا۟ ٱللَّهَ مِن قَبْلُ لَا يُوَلُّونَ ٱلْأَدْبَـٰرَ ۚ وَكَانَ
عَهْدُ ٱللَّهِ مَسْـُٔولًا ﴿١٥﴾

***And they had already promised Allah before not to turn their backs and flee. And ever is the promise to Allah [that about which one will be] questioned.***

قُل لَّن يَنفَعَكُمُ ٱلْفِرَارُ إِن فَرَرْتُم مِّنَ ٱلْمَوْتِ أَوِ ٱلْقَتْلِ وَإِذًا لَّا تُمَتَّعُونَ
إِلَّا قَلِيلًا ﴿١٦﴾

***Say, [O Muhammad], "Never will fleeing benefit you if you should flee from death or killing; and then [if you did], you would not be given enjoyment [of life] except for a little."***

Allah Zaujal is saying that death is destined, so running away from it, wont change it a bit.

قُلْ مَن ذَا ٱلَّذِى يَعْصِمُكُم مِّنَ ٱللَّهِ إِنْ أَرَادَ بِكُمْ سُوٓءًا أَوْ أَرَادَ بِكُمْ رَحْمَةً ۚ
وَلَا يَجِدُونَ لَهُم مِّن دُونِ ٱللَّهِ وَلِيًّا وَلَا نَصِيرًا ﴿١٧﴾

***Say, "Who is it that can protect you from Allah if He intends for you an ill or intends for you a mercy?" And they will not find for themselves besides Allah any protector or any helper.***

The munafiqun were looking for help from the wrong place, they were looking for help from the Jews, from the disbelievers. Allah is saying only Allah can benefit you, and only Allah can harm you.

۞ قَدْ يَعْلَمُ ٱللَّهُ ٱلْمُعَوِّقِينَ مِنكُمْ وَٱلْقَآئِلِينَ لِإِخْوَٰنِهِمْ هَلُمَّ إِلَيْنَا ۖ وَلَا يَأْتُونَ
ٱلْبَأْسَ إِلَّا قَلِيلًا ﴿١٨﴾

***Already Allah knows the hinderers among you and those [hypocrites] who say to their brothers, "Come to us," and do not go to battle, except for a few,***

أَشِحَّةً عَلَيْكُمْ ۖ فَإِذَا جَاءَ الْخَوْفُ رَأَيْتَهُمْ يَنظُرُونَ إِلَيْكَ تَدُورُ
أَعْيُنُهُمْ كَالَّذِي يُغْشَىٰ عَلَيْهِ مِنَ الْمَوْتِ ۖ فَإِذَا ذَهَبَ الْخَوْفُ سَلَقُوكُم
بِأَلْسِنَةٍ حِدَادٍ أَشِحَّةً عَلَى الْخَيْرِ ۚ أُولَٰئِكَ لَمْ يُؤْمِنُوا فَأَحْبَطَ اللَّهُ
أَعْمَالَهُمْ ۚ وَكَانَ ذَٰلِكَ عَلَى اللَّهِ يَسِيرًا ﴿١٩﴾

***Indisposed toward you. And when fear comes, you see them looking at you, their eyes revolving like one being overcome by death. But when fear departs, they lash you with sharp tongues, indisposed toward [any] good. Those have not believed, so Allah has rendered their deeds worthless, and ever is that, for Allah , easy.***

Allah talks about a certain traits of hypocrites. In time of fear, their eyes rotate out of fear, they are confused, but when fear goes away they are very loud. They talk a lot of criticizing so and so. So it is only in difficult times that people can be judged.

يَحْسَبُونَ الْأَحْزَابَ لَمْ يَذْهَبُوا ۖ وَإِن يَأْتِ الْأَحْزَابُ يَوَدُّوا لَوْ أَنَّهُم بَادُونَ
فِي الْأَعْرَابِ يَسْأَلُونَ عَنْ أَنبَائِكُمْ ۖ وَلَوْ كَانُوا فِيكُم مَّا قَاتَلُوا إِلَّا قَلِيلًا
﴿٢٠﴾

***They think the companies have not [yet] withdrawn. And if the companies should come [again], they would wish they were in the desert among the bedouins, inquiring [from afar] about your news. And if they should be among you, they would not fight except for a little.***

If the armies attack Medina, these munafiqun would wish they were not in Medina but rather somewhere far in the desert hearing the latest news. In other words the munafiqun wish they were sitting far away watching what is happening to the Muslims on their tv sets. But they don't want to be their. And even if they were among the Muslims, they would not fight except for a little.

The Muslims were suffering hunger, in Bukhari Anas ibn Malik (ra) said, "They would bring a hand full of barley and some ill-smelling fat, as a meal for them. Hungry as they were, it struch in their throats and smelled bad." This was their food, rotten fat, and barley. Muhammed ibn muslamah said, "Our nights during the Khandaq was day time." Meaning they had to work all the time. Allah was testing them.

Fighting did occur, some dualing one incident that happened, was a challenge to single combat. Amr bin Abd Wudd was one of the heroes of Quraish, he challenges the Muslims to send forth one of their men. The one who went forwad was Ali bin Abi Talib (ra). Amr asked him, "Who are you?" Ali (ra) said, "I am Ali." Amr said, "Ali the son of Abdula Munaf?" He said, "No, I am the son of Abu Talib." Amr said, "Nephew there are among your uncles, men who are more senior than you, I feel sorry spilling your blood." Ali bin Abi Talib (ra) said, "But I don't feel sorry spilling your blood." Amr bin Abd Wudd wanted

someone more senior and stronger to come and meet him. Amr was very upset and Ibn Ishaq said, "He draws out his sword as if it was a brand of fire." They exchange blows, Amr striked the shield of Ali (ra), the blow was so hard that the shield ended up hitting the head of Ali (ra). In fact the blow was so hard that the sword got stuck in the shield of Ali (ra). Then Ali bin Abi talib (ra) struck Amr in the neck and he fell down dead. The sahabah then made takbeer that is when Rusool Allah (saw) figured out that Ali bin Abi Talib (ra) won.

Sa'd bin Abi Waqas (ra) was a good marksman, he had in his sight this enemy soldier who was holding two shields. He was sort of teasing the Muslims, because he would move down his shield down a bit so that the upper part of his head would show and then he woudld cover it again, he would do that again and again. Sa'd (ra) aims at the man, and he fires his shot while the shield was down, and it hits the man right in his forhead. The man falls down and his legs go up, Rusool Allah (saw) saw that and laughed, the way the man fell down was funny.

Sa'd ibn Muadh (ra), Aisha said, "He was a tall and large man, and he was wearing armor but his arms were not covered. When I saw him, I was really worried about his arms." SubhanAllah he was shot by an arrrow in his arm, and it cut the main vein, he was seriously injured.

These were the serious skirmishes that happened at Khandaq.

CD 17

Rusool Allah (saw) tried to break the coalition; it was part of the strategy. So what he did was, he tried to negotiate a deal with Ghatafaan. Ghatafaan were 6000 troops, more than half of the enemy. Rusool Allah (saw) met with the two leaders. He proposed to them that they withdraw from the coalition in exchange Rasool Allah (Saw) was going to pay them one-third of the harvest of Medina. They agreed and they wrote up a document, but they did not finalize it by calling in witnesses. Rusool Allah (saw) called Sa'd bin Muadh and Sa'd bin Ubada and he made shura with them. Notice here that Rusool Allah (saw) only made shura with the Ansar. This shows that shura is not done with everyone, only with the pertaining people to every situation. Since Rasool Allah (saw) was offering the harvest of Medina which belongs to Aus and Khazraj he (saw) needs to seek their counsel.

He told them their proposal, they responded, "Messenger of Allah, is this something that you wish to do, something Allah has ordered you to do, which we must take into effect or is it something you are doing for our sake. If it something form Allah Zaujal we'll accept it, but if its your opinion and you are doing it for our sake, then its no." Rusool Allah (saw) said, "Yes, I'm doing it for your sake." Sa'd ibn Muadh said, "Messenger of Allah, we used to be disbelievers in Allah, and worship idols on with those people, not worshipping or knowing Allah. At the time, they would never have dreamed of eating a single date of ours, except as a guest or with purchase. Should we give them our property now? After Allah has honored us with Islam, led us to Him and given us esteem through you and through Him? We will have none of this. By Allah, all we will give them is the sword, until Allah decides between us and them."

So they were saying that these people would not have dreamed of even taking a date from us, except as a guest or from purchase, so how can we just give them Muslim property just so they can leave. Rusool Allah (saw) said, "As you wish." Sa'd ibn Muadh took the documents from Rusool Allah (saw) and he erased the writing from it and saying, "Now let them fight us." Rusool Allah (saw) was willing to negotiate but the Ansar were insistent to fight, this shows the strength of their imaan. They were not willing to negotiate with the people who are with falsehood. May Allah have mercy on them.

Because the Muslims through their imaan, qualified in the eyes of Allah Zaujal to attain victory, Allah would help them. So from every angle Muslims had no chance to win, but because they deserved to win, Allah helped them. SubhanAllah! We should have taqwa in Allah, Allah will help you from the way least

expected. A man came to Rasool Allah (saw), his name was Nuaim bin Masud, this man is from Ghatafaan. He comes to Rasool Allah (saw) and sais, “Messenger of Allah, I have accepted Islam, but my people do not know of this. Give me whatever orders you wish.”

This man comes out of nowhere and says I am a Muslim. SubhanAllah! Come to think of it, it was a wrong time to become a Muslim, as the Muslims were weak and they were under siege but he came forward because he was a soldier of Allah. Only Allah knows His soldiers, we don’t know them. The Messenger of Allah said, “You are only one man, use trickery to relieve us from them, if you can. War is deception.” Rasool Allah (saw) said to him that you’re just one man, so it wont really make a difference to the army but if he can use some technique to weaken his people, then he should. He (saw) claimed war is deception, in other words Rasool Allah (saw) was saying that deception can be used if Nuaim can relieve the Muslims of Ghatafaan.

Nuaim (ra) left and he went to the Jews with Banu Quraida, “you know me and I know you, and you know our friendship and you know that I will only give you a sincere advice. What you have done is wrong. You have decided to fight against Muhammed (saw) but you are living in Medina, your women, children and property are here. While Quraish and Ghatafaan are coming over to fight but their women children and property are somewhere else. Now Quraish and Ghatafaan are going to try to seize the opportunity to defeat Muhammad (saw) but if that opportunity doesn’t arise, they are going to pack up and leave and you know what will happen if they leave. Muhammed (saw) will attack you first since you are right there with him in Medina, and you know that you could not face off alone against Muhammed (saw).” They said, “What you are saying is true, what shall we do?” Nuaim (ra) said, “You want to make sure that Quraish and Ghatafaan are willing to fight until the end, until you achieve the objective. Not just try to win, if it doesn’t work out then they leave. You want to make sure that they stay behind and fight with you and not betray you and me.” They said, “Alright but how can we guarantee that?” he said, “Ask them to leave some of their men with you as assures.” This was a practice that existed in those days, so it was nothing unusual. Nuaim told them to take some men of the Quraish and Ghatafaan as assurance that they will fight till the end. The Jews agreed.

Now Nuaim (ra) leaves the Jews and goes to the Quraish, he tells them, “You know how close our friendship is, and you understand that I would be sincere in my advice to you and I would only tell you the truth. I come here because I have something to disclose to you and I want you to keep this information classified.” They said, “Yes Nuaim, we trust you and you know that, go ahead.” Nuaim (Ra) said, “The Jews have regretted the fact that they have abrogated their agreement with Muhammed (saw) and now they are involved in negotiations with him to bring back the agreement. And they have offered Muhammed to hand over; some of your men to him (saw) to be executed as their sign of their sincerity and repentance of their deeds. So if the Jews come to you asking for hostages, do not give them any.” Then Nuaim (ra) goes to Ghatafaan and tells them the exact same thing.

The siege was taking a long time and the Quraish were getting sick of it. Remember Quraish didn’t come to Medina to lay siege to it, they came in to fight, and they were surprised to find this moat in front of them, they weren’t prepared to wait for a long time. They didn’t have the supplies and provision. Iqramah bin Abi Jahl was sent to head a delegation to go and meet with the Jews of Banu Quraida and said, “We are getting tired of this long siege our camels and horses are dying. We want to wage an all out war so get ready and we want to attack today.” They Jews said, “No, you know we don’t fight in the Sabbath, and some of our people that did fight in the Sabbath, this and this happened to them plus we’re worried that you might not stay the course to ensure that you are willing to fight until the end, we want you to hand over some of your men, as a guarantee.”

Iqramah went and conveyed the message to Abu Sufyan and Abu Sufyan said, “This is it, this is what Nuaim told us. That the Jews have betrayed us, and they want to hand over our men to Muhammed (saw).” Abu Sufyan sent the message to Banu Quraiba that, “we are not going to send one single man, not one single person.” The Jews said, “This is exactly what Nuaim told us, these men are not serious and they

are going to leave us alone to suffer the attacks of Muhammed (saw)." The same thing happened with Ghatafaan and therefore one single man was successful in breaking up this coalition.

This help was part of the Qadr of Allah, because the Muslims had passed the test of imaan, patience, perseverance and trust in Allah Zaujal.

**Lessons from what Nuaim did and the negotiation with Ghatafaan**

- Rusool Allah (saw) negotiated with Ghatafaan because they were there only for financial gains but the Jews and Quraish wanted to breakdown the foundation of Islam Therefore Rusool Allah (saw) didn't even attempt to negotiate with them. You need to know the objectives of your enemy.

- Rusool Allah (saw) told Sa'd ibn Muadh and Sa'd ibn Ubada that the reasom he (saw) was making this offer was for the sake of the Muslims. Rusool Allah (saw) said, "as if the Arabs were shooting you from one single bow." Meaning the Arabs had unified against the Muslims, so Rusool Allah (Saw) wanted to break this coalition. It is important for the leader to have hikmah and if it's possible to neutralize a particular party from the enemies, rather than have them all face it once, then such a plan can be part of the strategy. Why fight everybody at once? Muslims could deal with Ghatafaan later. The Muslims should not try to make enemies, as long as it doesn't go against any principles.

- The leader should have the capability of taking advantage of the abilities of his soldiers'. Rusool Allah (saw) did not give Nuaim (ra) a sword and tell him to fight; he (saw) knew where to use this person. Everyone should be put in the right place, for the right job.

- Rusool Allah (saw) used a powerful weapon against the enemies and that is dua. Rusool Allah (saw) was saying, "Oh Allah. Revealer of the Book, quick to take account, defeat the clans, Oh Allah, defeat them and shake them." Allah Zaujal accepted this dua and sent soldiers which the Muslims couldn't see. Allah Zaujal said in ***SURAH AHZAB (33:9)***

يَٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُواْ ٱذۡكُرُواْ نِعۡمَةَ ٱللَّهِ عَلَيۡكُمۡ إِذۡ جَآءَتۡكُمۡ جُنُودٞ
فَأَرۡسَلۡنَا عَلَيۡهِمۡ رِيحٗا وَجُنُودٗا لَّمۡ تَرَوۡهَاۚ وَكَانَ ٱللَّهُ بِمَا تَعۡمَلُونَ بَصِيرًا
٩

***O you who have believed, remember the favor of Allah upon you when armies came to [attack] you and We sent upon them a wind and armies [of angels] you did not see. And ever is Allah , of what you do, Seeing.***

Allah Zaujal sent armies that the Muslims did not see, Allah sent wind for the Muslims. Allah sent soldiers. Muslims had a battlecry in Khandaq and that was, "They will now be victorious."

Ahmed narrated: A man from Kufa, asked Hudhaifa bin Al-Yaman, "Have you actually seen the Messenger of Allah? And were you really a companion of his?" (So this narrations is of the time of the tabaeen.) Hudhaifa said, "Yes nephew." This man said, "How did you treat him?" Hudhaifa said, "It was difficult for us, I swear by Allah but we tried our best." This tabaee said, "I swear, if we lived at his time, we'd never had let his foot, so much as touch the ground, we'd have carried him on our soldiers." So this

man had heard stories of how the sahabah treated Rusool Allah (saw), so this man thought that if Rusool Allah (saw) had come in his time then they would have treated Rusool Allah (saw) much better than the sahabah.

Hudhaifa wanted to teach this man a lesson, and that it is easier said than done. Because now the sahabah were the ones who passed on Islam to the tabaeen, and the tabaeen were seeing the fruits of this mission, so they think that they would have done more. This tabee didn't understand that these sahabah had to fight their own fathers, brothers. They had to give up their wealth, and their lives. Now it is easy to say, that if he was there he might have acted differently. Hudhaifa wanted to give an example to the tabaee of how difficult it was for them.

Hudhaifa said, "Nephew I swear I see us now, with the Messenger of Allah at Khandaq and after he had prayed for part of the night, he turned to us and said, 'Who will volunteer to go and see what the enemy is doing and then come back?' The Messenger of Allah stipulated that if the volunteer would come back he (saw) would ask Allah the man be his (saw) companion in Paradise. But so severe was the fear, cold, and hunger that not one person volunteered." Rusool Allah (saw) was asking for a volunteer to go and check on the enemy in return for PARADISE, but no one volunteered thats was how hard it was. The sahabah couldn't think straight because of the cold, hunger, and fear.

Hudhaifa said, "Since no one had risen, he (saw) called upon me, and once he had done so, I had no alternaive but to do so. He then told me, 'Hudhaifa go and infiltrate the enemy, go and see what they are doing, but don't cause any trouble then return to us.' So I did. The gale and Allah's soldiers were greatly damaging them (the enemy), leaving them no fire, nor pots nor tents of right. Abu Sufyan rose and said, 'Quraish, every man check out the person sitting next tom him.'" Abu Sufyan was worried that in such a wind and condition the enemy can come and infiltrate them. Hudhaifa (ra) said: "At this I took the hand of the man next to me and asked him his name." So Hudhaifa (ra) acted very quickly and asked the man his name, before he would ask his name. Smart move.

Hudhaifa (ra) said, "He told me who he was, Abu Sufyan then said, 'we are not in a permanent camp, our horses and camels are dying and Banu Quraida are at odd with us, and we've heard things about them that we don't like. You can see what we've lost due to the gale, how our cooking pots wont stay upright, and we cant keep fires burning and our tents standing. You should leave as I am about to do.' He then went to his camel which was hobbled, mounted it, struck it so that it arose on three legs since he only unhobbled it, when it was standing. If it had not been for the promise for the Messenger of Allah, make not to cause trouble, i could have shot him with an arrow. So I returned to the Messenger of Allah, and found him standing in prayer shrouded in a wrap belonging to one of his wives. When he (saw) saw me, he asked me to come in and sit at his feet and through an end of the wrap over me. He then bowed and prostrated while I was under, when he was finished I related the news to him. When Ghatafaan had heard what the quraish had done, they hurried off home."

The other narration in Muslim is by the father of Yazid At Thaini, he said, "We were with Hudhaifa when a man told him, "if I had been alive with the Messenger of Allah, I would have fought along side him, heroicly." Hudhaida said, "Would you, indeed? Once we were there at the battle of Ahzab with Rusool Allah (saw) it was night time and there was a fierce cold gale blowing. He (saw) asked us 'Is there no man, who would bring me news of the enemy and be with me on Judgment Day?' When none of us reponded, he asked the same question the second and the third time, then he (saw) said, 'Hudhaifa, you go and bring us news of the enemy, since he had called on me by name, I had no alternative but to get up. Bring me news of them without giving them any calls for alarm about me.'

So I left made my way to them, feeling as if walking through a public bath (he was feeling hot). I found Abu Sufyan there warming his back to the fire, I placed an arrow in the center of my bow and was about to release when I remembered how Rusool Allah (saw) had told me not to give them any alarm about it. If I had shotted, I would have hit him. I then left to return to Rusool Allah (saw) and again the feeling of

walking in a public bath, overcame me. When I arrived back, I felt very cold and chilled once again. I told this to him, and he put over me part of the cloak he was wearing as a he prayed. He slept right on through till morning when he spoke to me saying, 'up you get sleepy head.'"

So Hudhaifa (ra) was telling this tabaee how their situation was, and that he needs to realise that its easier said than done.

So Ghatafaan and Quraish leave, Rusool Allah (saw) wakes up in the morning and takes a look at the empty camp ground, no one was left. Rusool Allah (saw) said, "There is no one worthy of worship except Allah, His promise came true, and He gave victory to His servant, and He defeated the coalition alone." It was Allah who did this.

**Miracles at Ghazwat Al-Khandaq**

- When the muslims were digging the trench, Jaber ibn Abdullah saw the condition of Rusool Allah (saw). People had tied one stone to their stomach while Rusool Allah (saw) had two stones tied to his stomach. Jaber goes back to his wife and tells her, "I have seen Rusool Allah (saw) in an intolerable condition. Do you have any food for him?" She said, "All what I have is some barley and a small goat." Jaber goes and slaughters the goat, and he tells his wife to prepare some dough for baking bread, while the meat was cooking. Jaber went to Rusool Allah (saw) and said, "I have some food for you, so you can come along with one or two of your companions." Rusool Allah (saw) asked him how much food he has, when Jaber (ra) told him, he (saw) said, "Oh that's plenty. Tell your wife not to move the meat from its place until I come." And then Rusool Allah (saw) stands up and to the amazement of Jaber, Rusool Allah (saw) said, "Oh Muhajirun! Oh Ansar! Jaber has prepared some for you."

  Jaber asked Rusool Allah (saw) to bring one or two companions and he (saw) had invited the entire camp. Jaber runs back home very embarrassed, he didn't know what to do. Jaber told his wife, so she said, "Did he ask you how much food we have?" He said, "Yes." She then said, "Allah and His Messenger know best." Jaber said, "Those words comforted me."

  Rusool Allah (saw) comes in and he would pour the soup and the meat and crush bread over it, he told the sahabah to come in, in groups. The sahabah were very hungry so Rusool Allah (saw) told them to slow down. They would come in, in groups of ten; Rusool Allah (saw) prepared the food for them, and brought it for them. They would eat and leave, then another ten came in, Rusool Allah (Saw) would prepare meal for them again they would eat and leave and so on. When they were done Rusool Allah (saw) went back and the pot was full as it was and the bread was still baking in the oven. So Rusool Allah (saw) told the wife of Jaber to feed her neighbors. This was a miracle of Rusool Allah (saw).

- When they were digging the trench, a bolder stood in their way, and they could not move it, or break it. The sahabah went and told Rusool Allah (saw) about it, he (saw) went there grabbed an axe, and said 'Bismillah' and struck it, a lightening came out, Rusool Allah (saw) said, "Allah u Akbar." He then struck it again, light came out, and he (saw) said, "Allah u Akbar", he (saw) struck it a third time and then it disintegrated into dust and Rusool Allah (saw) said, "Allah u Akbar." Salman asked Rusool Allah (saw), "Oh Messenger of Allah, why were you saying Allah u Akbar and what was that light?" Rusool Allah (saw) said, "The first time I struck it, I was given the glad tidings of conquering the Roman Empire, and I could see the red palaces of Syria right here, the second time I said Allah u Akbar, I was given the glad tidings of conquering the Persian Empire and I was able to see its white palace from right here and the time I said Allah u Akbar was that I was given the glad tidings of conquering Yemen and I was able to see the gates of Sinah from right here."

Notice here that Rusool Allah (saw) was given the glad tidings at the worst of times, when the morale was low, when you are beseiged. But that was the whole point of giving glad tidings that is when glad tidings should be given. When you are weak and you're almost going to give up. In the time of today, if the Muslims are weak and feel defeated then we should give them the glad tidings that Rusool Allah (saw) gave us, "This religion will reach as far as night and day can reach. Allah has shown me the entire Earth and He told me the kingdon of my nation will reach all of it." Victory belongs to this ummah.

- When Rusool Allah (saw) saw Ammar bin Yassir working very hard he said, "Oh Ammar, you will be killed by the aggressing party." That was it, that is all he said. Ammar lived throught the time of Rusool Allah (saw), Abu bakr (ra), Umer (ra) Uthman (ra) and in the time of Ali (ra) he joins in the army of Ali (ra) and was killed by the army of Muawiya. So this Hadith tells us that the party of Ali (ra) was right, while the party of Muawiya was wrong. This was news of the unseen given to Rusool Allah (saw).

**Lessons from the story of Hudhaifa**

- Discipline: Rusool Allah (saw) told him not to cause any trouble. Hudhaifa (ra) could have easily shot Abu Sufyan but he didn't because of the instructions given to him by Rusool Allah (saw).

- His fast response, to what Abu Sufyan said. As soon as Abu Sufyan told everyone to check who is standing with you, Hudhaifa was the one who took the initiative and acted wisely.

- Difference between fury and reality. That Tabaeen was talking about fury while Hudhaifa was talking about reality. Don't assume things until they happen, and don't have too much confidence in your emaan until you are tested.

**Lessons from Ghazwat Khandaq**

- For the Jews to ally themselves with the mushriqeen against the Muslims is contradictory, when they are closer to the Muslims in terms of similarities of religion. But this shouldn't surprise us. This is happening till today, contradictory theories and political views will come together to fight the religion of truth. Today, the 'democratic' west, the 'human rights' of west, is allying itself with the most auticratic and oppressive regime on the face of the earth. For the sake of fighting Islam.

- Make use of available technology. Rusool Allah (saw) approved the idea of Salman Farsi bringing in a foreign idea, an idea that belonged to the kuffar. Since it wasn't an issue of religion but rather a matter of strategy, Rusool Allah (saw) adopted that idea which was novel to Arab warfare.

- The example of leadership given by Rusool Allah (saw), not for the sake of bringing tv cameras to show people, Rusool Allah (saw) did this sincerely to teach us how a leader should act. He went hungry like his companions and when he finds food, he shared it with them.

- He was raising their morale by nasheeds. They were chanting those words of poetry to raise their spirits. He is the person whom the followers take refuge in when things get tough, so if he (saw) gives up, then the companions will to the same.

- Rusool Allah (saw) before finding out Banu Quraiba's treachery, told Sa'd bin Muadh, Sa'd ibn Ubada, and Abdullah bin Rawaha to hint Rasool Allah (saw) without letting people know of their treachery and announce it publicly if banu Quraida is sticking to their word. So that the Muslim's morale does not weaken. When Rusool Allah (saw) heard of the news, he said, "Receive the glad tidings." So Rusool Allah (saw) was optimistic, this helped the sahabah (ra) stay firm.

- Difficult times show what is in the hearts of men: Ibn Ishaq said, "When condition worsened, so did the attitude of many people and they began saying ugly things." Ugly things in terms of aqeedah. Ugly things that show the weakness of personalities. We need to prepare ourselves, our imaan for difficult times.

We talked about the verses revealed related to the munafiqeen, Allah also revealed verses for the believers at Ahzab. Allah Zaujal says: in ***SURAH AHZAB (33:21-23)***

لَّقَدۡ كَانَ لَكُمۡ فِى رَسُولِ ٱللَّهِ أُسۡوَةٌ حَسَنَةٌ لِّمَن كَانَ يَرۡجُواْ ٱللَّهَ وَٱلۡيَوۡمَ
ٱلۡأٓخِرَ وَذَكَرَ ٱللَّهَ كَثِيرٗا ٢١

***There has certainly been for you in the Messenger of Allah an excellent pattern for anyone whose hope is in Allah and the Last Day and [who] remembers Allah often.***

This ayah is saying that we have a good pattern of conduct in Rasool Allah (saw) for us to follow in our life. So this ayah is telling is to follow the sunnah. Now was this verse revealed because one of the Muslims did not use the miswaak? Was this ayah revealed because one of the Muslims did not have their clothes above the ankle? Was this ayah revealed because one of the Muslims did not have a beard?
All this is a part of sunnah but what was the reason this ayah was revealed. The reason why this ayah was revealed according to Ibn Jareer At-Tabari is, "Allah was reprimanding the believers who stayed behind and didn't go and join the camp that was right next to the Trench. So Allah was telling them that they should follow Rusool Allah (saw) and be with him (saw).

Ibn Abi Hatim narrates that, As-Suddi, a muffassureen said, "It means here that you should be standing next to him (saw) and fighting." This was the context in which the ayah was revealed. So nowadays unfortunately people talk about sunnah, but they neglect the issue of Jihad fi sabi lillah as being part of the sunnah of Rasool Allah (saw). Sunnah should be taken as a whole package.

وَلَمَّا رَءَا ٱلۡمُؤۡمِنُونَ ٱلۡأَحۡزَابَ قَالُواْ هَٰذَا مَا وَعَدَنَا ٱللَّهُ وَرَسُولُهُۥ وَصَدَقَ
ٱللَّهُ وَرَسُولُهُۥۚ وَمَا زَادَهُمۡ إِلَّآ إِيمَٰنٗا وَتَسۡلِيمٗا ٢٢

***And when the believers saw the companies, they said, "This is what Allah and His Messenger had promised us, and Allah and His Messenger spoke the truth." And it increased them only in faith and acceptance.***

When the munafiqeen saw the coalition they said that: Allah has lied to us, Rusool Allah (saw) has lied to us. They were having doubts in the promise of Allah. While the believers' faith increased and said that this is exactly what Allah promised us. What does this mean? Allah said in SURAH BAQARAH (2:214): ***Or do you think that you will enter Paradise while such [trial] has not yet come to you as came to those***

***who passed on before you? They were touched by poverty and hardship and were shaken until [even their] messenger and those who believed with him said, "When is the help of Allah?" Unquestionably, the help of Allah is near.***

Allah tested them the limit, that they ask Allah when He will give them victory. The sahabah were saying that this is what Allah promised us. So it only added to their imaan.

مِّنَ ٱلْمُؤْمِنِينَ رِجَالٌ صَدَقُوا۟ مَا عَـٰهَدُوا۟ ٱللَّهَ عَلَيْهِ ۖ فَمِنْهُم مَّن قَضَىٰ نَحْبَهُۥ
وَمِنْهُم مَّن يَنتَظِرُ ۖ وَمَا بَدَّلُوا۟ تَبْدِيلًا ﴿٢٣﴾

***Among the believers are men true to what they promised Allah. Among them is he who has fulfilled his vow [to the death], and among them is he who awaits [his chance]. And they did not alter [the terms of their commitment] by any alteration –***

CD 18

We mentioned that Banu Quraida, the last Jewish tribe remaining in Medina did participate in the Battle of Trench alongside the Quraish and Ghatafaan. Let's go back to a conversation that occurred between Huayy bin Akhtab and Kab ibn Asad, who's the head of Banu Quraida. Huayy bin Akhtab belonged to Banu Nadhir, and we know that they were besieged and then they left. Some went to Ash-Shaam and some went to Khaibar. Huayy bin Akhtab was one of those who stayed in Khaibar, and he carried on his fight against Rusool Allah (saw). Huayy bin Akhtab was the one who was discussing with Abu Yasser the day Rusool Allah (saw) entered Medina. Abu Yasser asked him if Rusool Allah (saw) is the Prophet. Huayy bin Akhtab said, "Yes its him." Abu Yasser asked if he was sure, Huayy said, "Yes I'm sure." Abu Yasser asked, "What are you going to do?" Huayy said, "I'm going to be his enemy until the end of my life." So he knew!

Huayy bin Akhtab was true to his promise, so he went to Ka'b bin Asad, when Ka'b ibn Asad sees him approaching, he locks his gates. Huayy knocks on the door and said, "Open for me, damn you." Ka'b said, "Damn you, Huayy, you're an evil man and bring misfortune. I've made a pact with Muhammed and I am not going to break my agreement with him. I've never found him to be anything but trustworthy and truthful." Huayy said, "Damn you, open so that I could talk to you." Ka'b said, "I will not." Then Huayy insulted Ka'b saying, "I swear the reason why you're locking me out, is that you are scared that I would share your dinner with you." This embarrassed Ka'b and he opened the door. Huayy said, "I bring you glory of all times and a sea of good news." Kab said, "What are you talking about?" Huayy said, "I bring you Quraish with their chieftains and their nobles, whom I have left encamped at the streams of Ruma along with Ghatafaan with their chief and nobles whom I have positioned at Dhum kinakmah near Uhud. They have made a treaty that they will not leave until we completely destroy Muhammed and those with him."

Ka'b responded back, "What you bring me, I swear by Allah is shame forever and a cloud that has lost its rain, so its thundering and lightening and there is nothing in it. Damn you Huayy, leave me to maintain my pact with him. I have never found Muhammed to be anything but trustworthy and honest." Huayy would not take no for an answer, he insisted for Banu Quraida to break this pact with Muhammed (saw). This shows how evil this man was.

Now the Battle of the Trench was over and Rusool Allah (saw) heads back home and he takes off his armor and takes a bath. Aisha (ra) said in Bukhari, "When the Prophet (sa) returned from the Trench and he (saw) had put down his arms and taken a bath, Jibrael came to him and said, 'so you have put down your arms, we've not done so, I swear by Allah, go forth to them.'" Rusool Allah (saw) said, "Where to?" Jibrael (as) said, "Over there", and he gestured towards Banu Quraida. Rusool Allah (saw) and the Muslims suffered a lot during the siege of the Trench, they were exhausted, cold, and hungry. Now when they finally get the time to rest, Jibrael (as) comes and tells them to fight Banu Quraida, so no rest for them yet.

Rusool Allah (saw) felt the matter was so urgent, he told the sahabah (ra), "Do not pray Asr, except at Banu Quraida." So the sahabah left, but sunset was approaching and they did not reach yet to Banu Quraida. They discussed the order of Rusool Allah (saw). Some said that they have to pray Asr now, because its already sunset, and what Rusool Allah (saw) meant was to hurry up. The others said, no we will pray at Banu Quraida just as Rasool Allah (saw) said. So both wanted to follow what they understood to be the meaning of the hadith of Rasool Allah (saw). When they returned and brought the matter up with Rasool Allah (saw), he (Saw) didn't reprimand anyone of them. He didn't disapprove any one. This tells us that disagreements in shari'a were and always will be present but as long as you do your best in what you believe is right then there is no harm. We shouldn't accuse people of being wrong, maybe both sides are right. There is room for different interpretation in fiqh, but one should follow the opinion because they believe it to be true.

Rusool Allah (saw) laid siege to Banu Quraida. Allah Zaujal says in ***AL-AHZAB (33: 26-27)***

وَأَنزَلَ ٱلَّذِينَ ظَٰهَرُوهُم مِّنْ أَهْلِ ٱلْكِتَٰبِ مِن صَيَاصِيهِمْ وَقَذَفَ
فِى قُلُوبِهِمُ ٱلرُّعْبَ فَرِيقًا تَقْتُلُونَ وَتَأْسِرُونَ فَرِيقًا ﴿٢٦﴾

***And He brought down those who supported them among the People of the Scripture from their fortresses and cast terror into their hearts [so that] a party you killed and you took captive a party.***

وَأَوْرَثَكُمْ أَرْضَهُمْ وَدِيَٰرَهُمْ وَأَمْوَٰلَهُمْ وَأَرْضًا لَّمْ تَطَـُٔوهَا ۚ وَكَانَ
ٱللَّهُ عَلَىٰ كُلِّ شَىْءٍ قَدِيرًا ﴿٢٧﴾

***And He caused you to inherit their land and their homes and their properties and a land which you have not trodden. And ever is Allah, over all things, competent.***

Allah cast terror into the hearts of the enemies. The siege lasted from 25 or 27 narrations.

Ka'b ibn Asad gathers his people and gives them options. He said, "You are aware of the difficult position in which we find ourselves, I'm offering you three possibilities to choose from. The first one is to believe in this man, Muhammed, and to follow him by Allah now we are certain that he is a prophet and he is sent by Allah. He is indeed the one described in our own Book, if you do so, you spare your own lives and protect your children and families." The people objected to this and said, "We will never abandon the Old Testament and substitute anything else for it." Ka'b said, "Since you refuse me this possibility, I suggest to you that we kill our women and children and go out to fight Muhammed (saw) and his followers. If we do so we can fight much harder, since we have no responsibility behind us. We can fight him, until Allah rules between us. If we are exterminated, then we will face death without any worry of our offspring. If on the other hand we achieve victory, we will soon find new women and new children." They said, "What would be the purpose of our lives, if we kill these poor women and children?" Kab said, "If you refuse this also the only thing I can suggest to you is that since tonight is the Sabbath night, it may well be that Muhammed and his followers may relax their watch, thinking we will not do anything serious on the Sabbath night, let us then take him by surprise and fight them to the bitter end."

They said, "You want to spoil our Sabbath, and violate it in a way that has never been done before? Except by those whom you know, received the punishment." One of them, his name is Nabbash bin Qays said, "How do you expect us to take them by surprise, when you can see that they are getting stronger everyday? In the early days of the siege they were in their positions during the day, and retreating at night. Now we see them maintaining the siege day and night. The surprise element is not in our hands." Kab bin Asad, "None of you has made affirmed decisions since he was born." So now they were thinking of surrendering. They sent to Abu Lubaba, one of the sahabah and their friend previously in the time of Jahiliya. They seek his advice. Abu Lubaba goes there, they come out with their women and children crying and sobbing. It was an emotional situation. When they asked Abu Lubaba and said, "What do you think Muhammed will do, if we surrender?" Abu Lubaba pointed towards his throat and made a gesture meaning, he (saw) will slaughter you. As soon as he did that he realized he has betrayed Allah and his Messenger. He shouldn't have said that.

He rushed back and tied himself to a pillar in Masjid e Nabvi, and said, "I am not going to untie myself, until Allah Zaujal accepts my repentance." Abu Lubaba (ra) remains tied up for six days in the masjid, his wife would go to him, for every salah and untie him, and then after every salah she would tie him again. This continued until one night Rusool Allah (saw) was at the house of Umm e Salama and he smiled. She asked him, "Oh Rusool Allah, what is it?" He said, "Allah Zaujal has accepted the repentance of Abu Lubaba." Umm e Salama said, "Shouldn't I go and deliver the good news to him?" Rusool Allah (saw) said, "Yes, if you want to." So she opens the door of her room, which was right across the masjid and she delivered the news to Abu Lubaba (ra). The sahabah (ra) rushed to untie him, but he said, "Do not do so, until Rusool Allah (saw) comes and does that himself." So when Rusool Allah (saw) went to pray Salah tul Fajr, Rusool Allah (saw) untied Abu Lubaba (ra). Now there is a pillar in Masjid e nabvi and it is called 'Pillar of Tawbah'. This was the pillar by which Abu Lubaba tied himself to.

Still Banu Quraida, though they got a hint, they agreed to surrender. But they agreed to surrender when they knew that Sa'd ibn Muadh would be the one, who would rule in their case. Sa'd ibn Muadh was their ally in the time of Jahiliya. They surrendered, and were tied up, and Sa'd ibn Muadh was given full authority to rule in their case.

Sa'd ibn Muadh was injured during the siege in the battle of the Trench, he was shot in his arm. Sa'd had made a dua then, "My Lord, if we are to fight Quraish again, spare me now for that fight. There are no people I like to fight for your cause more than those who have opposed your Messenger, rejected him and forced him out of Your hometown. If You have willed that this encounter between us and them will be the last, I pray to you, my Lord, to make this wound of mine, my way to martyrdom. But do not let me die, until I see our affair with the Quraida have a happy ending for Islam."

Sa'd ibn Muadh was bitter at what they did, when they betrayed Rusool Allah (saw) at the bleakest of moments. Rusool Allah (saw) had prepared for Sa'd ibn Muadh a tent in Masjid e Nabvi, and he was placed in that tent so he could be taken care of, and Rusool Allah (saw) would come and visit him. Sa'd ibn Muadh's injury was a bit better, but he still needed to be carried. He was carried to where Rusool Allah (saw), the Muslims, and the Jews were. Sa'd (ra) while he was being carried was told by Al-Aus to be kind and giving him advice. In one narration, the Aus came to Rusool Allah (saw) and said, "Hand over Banu Quraida to us, as you have handed over Banu Qaynuqa to our brothers in Khazraj." Banu Qaynuqa was handed over to Abdullah bin Ubayy, the head of the hypocrites. Abdullah bin Ubayy had set them free. Now the Aus and Khazraj would compete in everything. Even Al-Aus wanted such an opportunity. Rusool Allah (saw) handed over the authority to Sa'd ibn Muadh and Sa'd ibn Muadh was the head of Al-Aus. So when people from Al-Aus were advising Sa'd to be kind, Sa'd ibn Muadh was silent throughout their advices. In the end, Sa'd ibn Muadh (ra) said, "It is time for Sa'd to disregard any possible criticism in serving Allah." As soon as he said this some of Al-Aus went back delivering their condolences, saying he is going to kill them.

Sa'd statement meant that he (ra) will do what will please Allah Zaujal, he will not look into the politics of it. I am not going to look at what people will say about it. So just this statement was enough for the sahabah to understand what he meant. They all knew that the crimes committed by Banu Quraida were sufficient enough to punish them by death.

Sa'd (ra) was brought in and, Rusool Allah (saw) said, "Stand up before your master." We know that Rusool Allah (saw) has discouraged his ummah to stand up before his leaders. This situation was a however exceptional. Here Rusool Allah (saw) told them to stand before Sa'd ibn Muadh (ra), so they all did in two lines, and then they told Sa'd to give his ruling. Sa'd ibn Muadh (ra) looked towards the Jews and said, "Do you accept my ruling?" They said, "Yes we do." Then he points towards the Muslims and said, "Do you accept my ruling?" He did not look at the Muslims because of Rusool Allah (saw), he didn't want to look at him (saw), he was too shy, and embarrassed to ask Rusool Allah (saw) this question. So out of respect he didn't look up at him. Rusool Allah (saw) said, "Yes we do."

This was a very critical moment as this decision will affect the future of an entire tribe that has lived in Medina for hundreds of years. Said ibn Muadh (ra) said, "I hear by rule that all the men of the Quraida are to be killed. Their properties' to be divided and their women and children be enslaved." Rusool Allah (saw) said, "You have ruled the same ruling from Allah Zaujal from on top of seven heavens." This is the ruling which would please Allah.

The way they would separate the men and the children was by seeing if a person has grown hair, facial hair, or pubic hair. In Abu Dawud they said Atayy Al- Quradi said, "They uncovered my pubic area and since I didn't grow any pubic hair, they set me free." The number of men which were executed varied from 400-900 according to different narrations.

Only one woman was executed and that is because she killed one of the sahabah (ra), by throwing a stone on top of him. This woman was sitting with Aisha (ra) and Aisha (ra) had no idea, what this woman had done. This woman was laughing and joking, and all of a sudden her name was announced. Aisha (ra) asked, "Why is your name being announced?" She said, "They want to kill me." Aisha (ra) said, "Why would they kill you?" She said, "Because of a crime that I have committed." Aisha (ra) said about her," I will never forget how high spirited she was, even though she knew she was facing death." So all of the men were killed except a few who became Muslim, they were just a few of them. They were then treated one of the ummah, there is no racism in Islam.

One of the women, her name was Rehana, she was taken by Rusool Allah (saw) as a slave. Rusool Allah (saw) invited her to Islam, in the beginning she refused but eventually she became a Muslim. Rusool Allah (saw) gave her the option, do you want to remain as a slave, or do you want to be freed and I will marry you. She preferred to remain as a slave, and she did remain as a slave of Muhammed (saw) until he died.

One of the sahabah (ra) appealed for a Jewish man; this was because this man had done him a favor in the time of Jahiliya. So the sahabi wanted to pay him back for that. The sahabah was Thabit bin Qays and he went to Rusool Allah (saw) to appeal for Az-Zubair bin Bata. Zubair was an old man, who had become blind; Thabit went to Rusool Allah (saw) and asked him to spare the life of Zubair. Rusool Allah (saw) agreed, but then Zubair told Thabit (ra), "What would an old man who would have no son and no family do with his life?" So Thabit went to Rusool Allah (saw) and asked him to free his wife and his children. Rusool Allah (saw) agreed. Then Az-Zubair said, "What should become of a household in Hijaz, that has no property, how could they survive?" So Thabit goes to Rusool Allah (saw) and asks for the property of this man to be released. Rusool Allah (saw) did that too.

So now Zubair is free, his wife and children are free, and his property is back. But them Az-Zubair asked Thabit, "What became of Kab bin Asad? Whose face was like a mirror that reflects the faces of the tribe's virgins." Thabit said, "He has been killed." Az-Zubair said, "Then what of our vanguard in the attack and our protector in plight Azzaal bin Shimaual?" Thabit said, "He has been killed." Az-Zubair said, "So what became of the two counsels?" He said, "They have been dispersed and have been killed." Then Az-Zubair, "I ask you then Thabit, by your obligation to me to let me join my own people, there is no good in life for me now, that they have gone, and I can't stand postponing joining my loved ones for so long, as it will take to fill an empty bucket being born along by a camel." So according to Az-Zubair's wish, Thabit ibn Qays went up to him and cut off his head. When the news of this reached Abu Bakr (ra), he said, "He'll meet them by Allah, in the fire of Hell, where he will dwell in forever."

Four fifth of the ghanimah (war booty) was divided among the fighters and one-fifth went to the Messenger of Allah, and Ibn Ishaq narrates how he (saw) used it. Ibn Ishaq said, "The Messenger of Allah, dispatched Saeed bin Zayd, with the captives taken from Banu Quraida to Najd, where he sold them, in exchange for horses and weapons. The Messenger of Allah had chosen for himself one of their women, Rehana. He stayed intimate with her, until he died, she still being at that time, in his household. The Messenger of Allah had suggested that she accept Islam, but she had refused. Eventually she did accept

Islam, and this brought great pleasure to him. He suggested releasing and marrying her, but she chose to continue in slavery, considering that easier for her. She remained with him until the Messenger of Allah died." Islam had changed the ruling of slavery so much, that here you have a person who chooses to remain a slave rather than being freed.

**Lessons**

- Why was the punishment so severe? Why were 400-900 men slaughtered? Why were the women and children enslaved? Why was their property taken? We can answer in one word and that is **treason**. Banu Quraida were citizens of the Islamic state and they committed treason, and it is an accepted rule that the punishment should be befitting of the crime. They have committed treason against the Messenger of Allah! We aren't dealing with an ordinary man or a particular head of state or a king. Muhammed (saw) was the most beloved creation of Allah to Allah, and they betrayed him (saw). They lied to him, and conspired against him. Ibn Kathir said, "All that was due to their disbelief, their breaking of pacts between themselves and the Messenger of Allah, and their allying themselves with the clans against him. None of that did them any good, but brought the wrath of Allah and His Messenger down upon them A bad bargain for them in this world and the next."

- Sa'd refused to be lenient in his ruling, because he knew that leniency in such matters is weakness, it is not a sign of mercy. In such situations we should be firm. So the perception that some Muslims have that, Muslims should be lenient so that Islam doesn't get a bad name. They want people to think that Muslims are tolerant and peaceful and they don't want people to call us terrorists. This is a sign of WEAKNESS. We can see Muslims leaders be soft and in return the enemy becomes arrogant. Sometimes the sword needs to be used, and sometimes the word of wisdom needs to be used. Sometimes the pen and sometimes the sword, it depends.

  Uthman bin Affan says, "Sometimes Allah can fulfill some of the objectives of religion, through the sultan, through the authority that cannot be fulfilled through the Quran." So there are some lessons in the statement of Sa'd. When he said, "My Lord, if we are to fight Quraish again, spare me now for that fight. There are no people I like to fight for your cause more than those who have opposed your Messenger, rejected him and forced him out of Your hometown…" Sa'd being the head of one of the Ansar, wanted to carry on fighting Quraish, if there is any fighting left. He wanted to fulfill his pledge to Rusool Allah (saw) of protecting him. Then sa'd said, "If You have willed that this encounter between us and them will be the last, I pray to you, my Lord, to make this wound of mine, my way to martyrdom." So here he asked Allah to make him die if there is no fighting left with Quraish. This shows us that Sa'd ibn Muad had no purpose in living except to fight Jihad fi sabi lillah. He doesn't want to live earn money or marrying. He wants to live for a noble purpose.

  Said (ra) then said, "But do not let me die, until I see our affair with the Quraida have a happy ending for Islam." Banu Quraida was his ally, but now since his alliance was with Rusool Allah (saw), he was asking Allah to not make him die till he sees a happy ending for Islam against Banu Quraida. SubhanAllah, Allah made him, be the person to rule for Banu Quraida.

**This battle of Banu Quraida was special for the following reasons;**

- It was commanded by Jibrael
- Jibrael accompanied the Muslims: Anas ibn Malik says in Bukhari, "It was as though I could see the dust rising in the street of Banu Ghanam due to the marching of Jibrael's troops when Rusool Allah (saw) set our for Banu Quraida.

- The execution of Banu Quraida was a command from Allah delivered from the tongue of Sa'd ibn Muadh. This was what Allah wanted.

- This battle removed the last tribe of the Jews from Medina.

**Some virtues of Sa'd ibn Muadh (ra)**

- Sa'd ibn Muadh was the head of Al-Aus, after the ruling was delivered on the Jews of Banu Quraida, the injury of Sa'd which was almost entirely healed, SubhanAllah it again opened, and it caused the death of Sa'd ibn Muadh (ra). The dua of Sa'd was fulfilled.

- First of all, there was no more fighting with the Quraish, he died as a shaheed because of his wound, and he saw a happy ending of Islam with Banu Quraida.

- Rusool Allah (saw) said, "Stand up for your master." He is the only man for which Rusool Allah (saw) told the sahabah (ra) to stand for.

- When Rusool Allah (saw) heard the news of Sa'd ibn Muadh dying he rushed towards him with the sahabah, and he told them to come along with him. Rusool Allah (saw) was walking so fast the shoes of the sahabah were tearing and their garments were falling down. They complained about it, Rusool Allah (saw) said, "I want to go there, I'm afraid that the angels will reach there before us." So the angles were rushing towards him too.

- When Sa'd ibn Muadh (ra) died, his mother was weeping, so Rusool Allah (saw) said, "Every mourner is exaggerating, except for the mother of Sa'd." Rusool Allah (saw) meant that she had a reason to cry; because Sa'd ibn Muadh (ra) was such a Muslim.

- When they carried the janaaza of Sa'd, it was so light. They went to Rusool Allah (saw) and told him how light it was. Rusool Allah (saw) said, "And why shouldn't it be light when angels that never came down to duniya, came down to carry the janaaza of Sa'd ibn Muadh." This is such a great sahabi.

- The greatest virtue of all, a virtue that we didn't hear, Rusool Allah (saw) said in Sahih Muslim, "The throne of Allah shook because of the death of Sa'd ibn Muadh." This is how great Sa'd ibn Muadh was. Some of the scholars say that the reason why the throne of Allah shook was because of the commotion that was caused among the angels that were carrying Sa'd ibn Muadh (ra).

- Rusool Allah (saw) never forgot about Sa'd, one day when Rusool Allah (saw) received gifts, they were pieces of cloth, the sahabah never saw the likes of those cloths. So the sahabah were holding this beautiful piece of cloth. Rusool Allah (saw) said, "Are you amazed at how soft this cloth is?" They said, "Yes." Rusool Allah (saw) said, "The handkerchiefs of Sa'd ibn Muadh in Jannah are softer and better than this cloth."

- When they were burying Sa'd ibn Muadh (ra), lowering his body and covering the grave, Rusool Allah (saw) was standing right on top of the grave and suddenly his face changed and then he said, "SubhanaAllah" three times. The sahabah repeated after him (saw). Then the face of Rusool Allah (saw) returned to the usual, and he said, "Allah u Akbar" three times. The sahabah asked Rusool Allah (saw), "Why did you make tasbih and then takbir." Rusool Allah (saw) said, "The grave squeezed the body of Sa'd and if there was going to be anyone who would be spared of the suffering of the squeezing of the grave it would have been Sa'd. And then the grave released itself." The earth squeezes the body of a person, when he is buried. Rusool Allah (saw) was worried when he saw that, but then when the earth released the body of Sa'd, Rusool Allah (saw) said, "Allah u Akbar."

We ask Allah to spare us from the punishment of the grave, we ask Allah to make our time in the grave, times of blessing, because the righteous servant of Allah will see his place in Jannah, we ask Allah to make us one of those We ask Allah to save us. Ameen.

This was a great sahabi (ra), he was 37 years old when he died, meaning that when Rusool Allah (saw) made hijrah, he was 30 years old. Here you have a young man giving his prime life for the service of Allah. This is how you give support to the religion. Its not that you stay home laid back and attend Islamic conferences in a five star hotel, go to your mosque driving the air-conditioned car in summer, using the heater, when its winter. Then you think you have done your best for the message of Allah Zaujal; without spending a dime, without shedding a drop of blood. It wasn't how the Ansar did this; they spared nothing for the service of Allah and His messenger. That is why they deserve to be called, 'The Ansar.'

Rusool Allah (saw) after the battle of the Trench said, "From now on we will attack them, and they will not attack us. We will attack them." So the Battle of Trench was a turning point in the life of Rusool Allah (saw), it represented the move from the stage of defensive Jihad, to the stage of offensive Jihad.

We ask Allah to accept our deeds, we ask Allah to make us of those who understand the sunnah of Rusool Allah (saw). We ask Allah to make us of those who support Islam.