# EXHIBIT 226

**Lajnat Al-Birr Al-Islamiah**
(World Assembly of Muslim Youth)



## *Total number of expatriates and local employees*

Here is the total number of LBI employees:

| S.No | Type of Employees | No of Employees |
|---|---|---|
| 1 | Expatriates | 22 Persons |
| 2 | Pakistanis | 12 // |
| 3 | Afghans | 189 // |

## *List of the office bearers*

| ***No.*** | ***Name*** | ***Designation*** |
|---|---|---|
| 1 . | Muhammad Mustafa | Director General- Pakistan Office محمد مصطفى - مدير المكتب |
| 2. | A/Qadir Adam | Finance Sec. Mgr |
| 3. | Khalifa Fawzi | Social Welfare Sect. Mgr |
| 4. | Muhammad Assaf | Education Section Mgr. |
| 5. | Wali Khan Mohmand | Public Relations Mgr |
| 6. | Dr. M. Rasheed | Health Section Mgr. |
| 7. . | Muhammad Gul | Vocational Training Institute Mgr |
| 8 | Eng. Naqiibudiin | Rural Development Section Mgr |

JEDDAH: P.O.Box (7600), Jeddah 21472 - Saudi Arabia; Tel: 683-2836; Fax: 683-3094; Telex: 605813;
PESHAWAR: P.O.Box (1055) Peshawar University - Pakistan; Tel:41485/42249 Fax: 42385