# EXHIBIT 239

15



*The Indian scene :*

# The narrow-mindedness of Hindutva champions

**Fozail Aqdas Ghazali**

Henry Fielding, the English novelist, made an interesting comment in "Tom Jones" to describe the Rev. Thwackum (Book III, chapter III) and to show how deductive logic breeds narrowness of mind: "When I mention religion, I mean the Christian religion and not only the Christian religion but the Protestant religion; and not only the Protestant religion, but the church of Englanc."



*India's persecuted Muslim minority: What fate awaits them under Hindutva ?*

Presumably, the BJP leadership suffers from the same problem of narrowness. By equating Bharatiyatva (Indianness) with (Hinduness) they have cut off Indian culture from its rich mosaic of diverse cultural elements, reducing it to a strictly Hindu phenomenon.

"A Hindu should be proud of his Hindu religion, a non-Hindu of his belonging to India," thus clarifies the BJP leader, Mr. Lal Krishna Advani. He further claims that while there should be no minority appeasement, not any allergy to Hinduism in the name of secularism, Hindutva must not be misconstrued as Hindu fundamentalism.

In view of the fact that Hindus constitute nearly 75 per cent of India's population, this appeal to Hindutva may not at first sight appear to be as narrow as the case of Fielding's priest. But if one tries to ascertain the components of this Hindutva, it will be seen that it excludes Muslims, Christians, Sikhs, Parsis, Jains and Buddhists among others. The Ramayana and Mahabharata may appeal to these Indians as ancient literary traditions, but the moment these epics are identified with Hinduism as a religion, no matter whatever logic is used, non-Hindus are bound to be distanced.

Even among Hindus, most of the lower caste people, Dalits, untouchables, tribals, the communities that ethnically belong to the non-Aryan races and culturally to non-Indo-European language families, also find themselves outside the pale of the literary-religious tradition of Hinduism. Most of the venerated Hindu *Shastras* were found to be instruments of coercion in the hands of the upper caste Hindus, more particularly the Brahmins and Kshatriyas. Buddhism, Sikhism, the Vaishnav Dharma, the Bhakti Cult, Tantra, etc., were all revolts against the Vedic and Brahminical domination in the different parts of the country at different historical junctures. It is also observed that the phenomenal conversion of Hindus to Islam or Christianity is mainly because of the repulsion they felt against Hinduism.

The priesthood has often been blamed for this degeneration of Hindu religion. The fact remains that priests have vitiated all religious system — Christianity, Buddhism and to some extent Islam — just as much as Hinduism. Yet, these other faiths became world religions, spread over large stretches of the globe, while Hinduism, the so-called most liberal, tolerant and virtuous of all religions, became more and more confined even within the shrinking communities in the land of its genesis. Whoever tried to reform Hinduism, and cleanse it of the scourges of casteism and untouchability, ended up either in giving birth to a new religion (Buddhism, Sikhism, etc.) or being gradually swamped in the mire of the same obnoxious practices of a new sect of Hinduism (Vaishnava and Brahma Dharma).

The sacred fig-tree, Bodhidrum, at Gaya (North India) was said to have been felled by the Sankara's followers. The Jagannath temple of Puri (South-East India), as even Vivekananda acknowledged, belonged originally to the Buddhists. How did it become a Hindu temple? Will the Hindutva probe into all these facts before taking up the cudgels to correct the historical error of the Babri Mosque?

Philosophically, different schools of Hindu religion were seen to contradict each other. The question, therefore, arises which Hindutva India should inherit. Should the country follow the precepts of the Vedas or the Vedanta? Should it accept the religious philosophy of the Gita or the Upnishads? Which Vedanta should be universally acceptable— the monist system of Sankara preaching *mayavada* and abstract Brahma as the only reality or the concrete monist system of Ramanuj recognizing both Brahma and the reality of the world— or a combination of both?

Which interpretation of Gita should be considered valid: the derivation of non-violence by Gandhi or the inspiration for the armed struggle against wrong-doers, as felt by most of the revolutionary freedom fighters? The idea of Hindutva, therefore, as a national ideal is more puzzling than convincing.

Thus analyzed, Hindutva as a state religion does not embrace even all Hindus, let alone India as a whole. It merely represents the views and interest of a small section of the Brahmin priesthood somehow subsisting under present conditions. If their fanaticism for Sanskrit and Hindi is taken together, this Brahmin priesthood is confined to Hindi-speaking upper caste Hindus in the so-called "cow belt." Hence, the proposition that the religious ideals of Hindutva will ensure the unity and integrity of the country is the hallucination of a few self-styled politicians and an illusion of the vast mass of ignorants.

# Wamy calls for Jihad to free Kashmir

Muslims should come forward to wage Jihad to liberate Kashmir, said the Secretary-General of the World Assembly of Muslim Youth, Dr. Maneh al-Johani

The Wamy chief was addressing the Kashmiri expatriates, in Riyadh, on 16 May, at the auditorium of the Muslim World League. The meeting was sponsored by the Riyadh section of the World Kashmir Freedom Movement. A large number of Kashmiri expatriates working in the central province, were present at the gathering.

Speaking further, Dr. Johani said that according to the Islamic faith, Jihad could be performed in many forms. Muslims can go to the battlefield to wage a war against the enemies of Islam or they can give their moral, physical and financial support the cause of Jihad. The Muslims in the Kingdom, particularly the Kashmiris, should have a sense of responsibility to help their brethren to secure their freedom through Jihad, he said. They can extend financial support, create an awakening among Muslims on the problems of Kashmiris and prepare literature to project the cause of the Kashmiris.



*Dr. Maneh al-Johani*

Dr. Johani pointed out that there is an organised effort to crush the Muslims in many parts of the world. Some of these destructive elements could be seen while others cannot be seen, he said. "Jihad is the only way out for us to get emancipated from these cruel hands," he added.

The Wamy chief said it was unfortunate that India is insensitive to any of the demands of the world's Muslims regarding the Kashmir issue, whereas the Pakistani government has been more sympathetic towards the demand for peaceful solution of the problem.

"Whatever the case may be, the Muslims in all parts of the world should be united to fight against the atrocities committed against the Muslim minorities," he said.

## Burmese Muslims forced to convert to Buddhism

Burmese soldiers tortured Muslims in western Burma to force them to convert to Buddhism, causing more than 1,000 others to flee to the Thai-Burmese border, Thai officials said recently.

A Muslim eyewitness said Lt. Aung Naing Swe, chief of Burmese military soldiers in Nabu town, 65 miles (104 km) southwest of the Thai border district of Mae Sot, arrested and tortured two Imams. The Imams, who are Muslim community's religious leaders, were identified as Morabee Yusuf and Morabee Yamaruddin.

The eyewitness, who said they took refuge in Mae Sot, said Naing Swe, ordered Yusuf, Yamaruddin and other Muslims at Nabu to pay respect to a Buddha image and convert to Buddhism. "The two rejected the command," he said.

The eyewitness said Naing Swe and eight soldiers arrested Yusuf and Yamaruddin, locked them with chains and shaved their mustaches.

He said more than 1,000 Muslims were frightend by the incident and fled Nabu to the Burmese border towns of Myawadi and Kaw Kareik. "Some joined insurgent groups to fight against the Burmese government," he said. About 100 others managed to cross into Mae Sot, he said.

Abdul Razzak, chairman of the All Burma Muslim Union, confirmed the accusation. Razzak said he would consult with ethnic insurgent groups in the democratic alliance of Burma for possible retaliation.

## Africans live 20 years below average

Africa has the most widespread health problems of any continent, with an average life expectancy more than 20 years below developed nations, the World Health Organisation reported recently.

A WHO analysis found that an African woman is 25 times more likely to die of a pregnancy-related cause than her European counterpart.

Although life expectancy in Africa has been slowly rising over the past several decades, it still lags behind other regions of the world, the WHO said.

The average African baby born in 1990 can expect to live 53 years, compared with an average life expectancy of 74 years for developed nations and 64 years worldwide, the study showed.

About 385 million of the approximately 661 million people on the African continent live in regions without appropriate measures to control malaria, WHO said.

About 250 million Africans are infected by malaria parasites, at least 90 million cases of malaria occur annually on the continent and at least 750,000 African children die each year from the mosquito-borne disease, the analysis found.

About 150 million Africans lack access to safe drinking water, and about 141 million people are infected with water-borne parasites that cause the disease schistosomiasis, a disease that contributes to malnutrition.

# EC raps Jewish settlements

The European Community has said the recent creation by Israel of two new settlements in occupied Arab territories was illegal and harmed current efforts to start Middle East peace talks.

A joint statement issued by the 12 EC governments on 3 May said the EC was gravely concerned about the Revava and Talmon Keva settlements set up last month and deplored that the Israeli government had approved them. "The community and its member states reaffirm their long-standing position that Jewish settlements in the territories occupied by Israel since 1967, including East Jerusalem, are illegal under international law and under the 4th Geneva Convention in particular," it said.

The statement, which echoed U.S. criticism, strongly urged the Israel government not to allow or encourage settlements in the occupied West Bank or Gaza Strip.

"They also consider that the establishment of new settlements in the occupied territories, which is in any case illegal, is especially harmful at a time when all parties should show flexibility and realism so as to bring about a climate of confidence favourable to the starting of (peace) negotiations."

The EC said it fully supported the latest initiative by U.S. Secretary of State James Baker to prepare the ground for a peace conference.

Irael's policy in the occupied territories is expected to be discussed when EC foreign ministers hold talks with their Israeli counterpart, David Levy, in Brussels on May 14.

U.S. Ambassador to Israel William Brown also criticized Israel's settlement policies, and warned that billions of dollars in aid to absorb immigrants was not assured. "Tremendous priority has been given to providing housing in the territories," Brown told business leaders in Tel Aviv recently.

## U.N. report irks Israelis

The Israeli government dismissed as "scandalous" a United Nations report which it says indirectly draws a comparison between the Nazi holocaust and the Palestinian Intifada (uprising) in the occupied territories.

De Guido Marco, president of the U.N. General Assembly, visited the region onorders from Secretary-General Javier Perez de Cuellar.

His trip came after the Security Council condemned Israel for its treatment of the Palestinians and asked Perez to draw up a report on the situation in the territories.

Israeli radio said De Marco compiled the 40-page report after a six-day visit to annexed Arab East Jerusalem, the occupied territories and Jordan earlier this year.

## Data on mosques

The Secretary-General of the Muslim World League, Dr. Abdullah Omar Nasseef, has called on Ministers of Endowments and Islamic Affairs in the Islamic states and Muslim organisations in non-Muslim countries to compile comprehensive data relating to the mosques in their countries.

Dr. Nasseef has urged officials concerned to include in the survey sources of financial revenue accruing from the properties earmarked for maintenance of the mosques.

16


# Muslim World News

A Weekly Newspaper Published by the Muslim World League, Makkah al-Mukarramah, Saudi Arabia

Vol. 26 — No. 1218 | Monday, Dhul-Qa'dah 20, 1411 — June 3, 1991 | Price: SR 1 — 16 Pages


## OIC stresses Somalia's unity

The Organization of Islamic Conference has stressed the need for preserving the unity and territorial integrity of Somalia and expressed its readiness to continue efforts to help the Somali people find a solution to their problem.

The Somalia situation was reviewed during a meeting between a OIC delegation, led by Secretary-General Dr. Hamid al-Gabid, and Abdur Rahman Ahmad Ali, chairman of the Somali National Movement in the northern town of Berbera, on 24 May. The OIC visits were part of contacts being made by Dr. Gabid to find ways of settling the Somalia crisis and achieving national reconciliation in the country torn by civil war for several years.

Ahmad Ali said his movement is in contact with the leaders in Mogadishu with a view to finding a formula of understanding between the two sides.

Ahamd Ali stated that high priority should be given to save the people of Somalia in the northern, central and southern parts from the terrible famine to which they are exposed. He called for immediate relief assistance to the people of



Dr. Hamid al-Gabid



Omar Arteh Ghalib

Somalia who have lost even their means of subsistence. The SNM leader expressed thanks and appreciation to Saudi Arabia and the United Arab Emirates for the urgent relief they provided to Somalia.

The SNM leader said the Somali people need more assistance as half a million refugees who have fled to Ethiopia started to return to Somalia because of the current events there, thus increasing the pressing need for food, medicine and tents.

The OIC delegation earlier discussed the Somalia situation with heads of state and ministers in Sudan, Djibouti, Kenya and Yemen. The delegation also met with representatives of several Somali movements, besides interim Somali Prime Minister Omar Arteh Ghalib in Djibouti. All these personalities affirmed the imperative need to preserve the unity of Somalia and provide urgent humanitarian assistance to the Somali people. They affirmed their support for the efforts being made by the OIC in this regard. Dr. Gabid mentioned that the statement issued by Saudi Arabia on 23 May will contribute to reinforce the OIC efforts to preserve the unity of Somalia.

Dr. Gabid earlier visited Egypt and Libya and discussed the problem with officials there who expressed readiness to cooperate with the OIC to achieve peace in Somalia.

During these visits, the Islamic Solidarity Fund and the International Islamic Relief Organization gave urgent assistance to the people of Somalia and to other institutions in the countries visited by the delegation.

## Muslim delegation pays visit to Albania

The Muslim World League announced plans recently to build mosques and Islamic study centres in Albania.

The League will also provide Albania with preachers of Islam and will grant scholarships to Albanian students for religious study, said Dr. Abdullah Omar Nasseef, Secretary-General of the League.

Dr. Nasseef recently returned from Tirana where he tried to assess the conditions of Muslims following the collapse of Albania's hard-line communist regime.

Under the hard-liners, religion was outlawed. In 1967 Albania closed all mosques and churches. About 70 per cent of the population of the country is believed to be Muslim.

Dr. Nasseef said that in addition to religious aid, the League "plans to send doctors to work at the hospitals and dispensaries there to provide health care for Albanian Muslims." He did not indicate what the aid would cost.

Dr. Nasseef was accompanied by a delegation which included representatives from the Organization of Islamic Conference (OIC), the International Islamic Relief Organization, the Islamic Development Bank (IDB) and Egypt's al-Azhar, the oldest Islamic theological centre.

He described it as "the first Islamic delegation to visit Albania



Dr. Nasseef

after long years of complete seclusion." He said some mosques had been closed for years and others had been turned into public buildings, such as theatres and restaurants.

### Plans for pilgrims continue, says envoy

The Saudi Ambassador to the Netherlands, Abdul Mohsin al-Sedairi, has said that despite the fact that the government of the Custodian of the Two Holy Mosques King Fahd bin Abdul Aziz has been preoccupied with the current military operations for the liberation of Kuwait, it is continuing to carry out plans to provide maximum security and comfort for pilgrims.

King Fahd is personally following up expansion and development projects being implemented at the holy sanctuaries in Makkah and Madina, al-Sedairi said in an interview aired on television at the Hague.

He said the current situation will not affect the Kingdom's determination to provide all necessary facilities to pilgrims.

□□□□□□

### A rhymed translation of the Qur'an

A new translation of the Holy Qur'an in Chinese has been published at Beijing. This is the 10th translation of the Sacred Book in the Chinese language and the first Chinese translation in rhyme in Muslim history. Previous translations include the works of the late Abdul-Rahim Wang Jingzhai, the late Abdul-Karim Liu Jinbiao, the late Nurudeen Yang Zhongming, the late Abdullah Shi Zizhou and the late Hajj Muhammad Ma Jian.

The rhymed translation of the Holy Qur'an is a work by Professor HaJJ Yahya Lin Song. There are two versions, Arabic (text) and Chinese, and Chinese only. Readers who are interested in this work should write to:

**Yunoos Lin Tao**
**11-12 Second High Building**
**Central Nationalities Institute**
**Beijing 100081**
**China**

## IDB financing

The total annual financing by Jeddah-based Islamic Development Bank (IDB) has increased by 8.7 percent to $867.40 million in 1410H (August 1989 to July 1990) compared with 1409H, according to the bank's latest report.

The report was submitted to the 15th meeting of of the IDB's board of governors which was held in Cairo. The ministers of finance and economy of IDB's 44-member countries are represented on the board of governors. The bank is an affiliate institution of the Organization of the Islamic Conference (OIC).

From the total financing of 1410H, $600.80 million were approved for import trade operations; $214.84 million went for project financing and technical assistance and; $51.76 million for special assiatance operations and programmes.

Disbursements in the same year amounted to $681.60 million which included $544.47 million for import trade financing operations; $116.34 million and; $20.9 million for operations financed from the Special Assistance Account.

During 1410H the bank approved 72 import trade financing operations in 18 member countries amounting to $600.80 as against 59 operations in 15 member countries worth $531.00 in 1409H.

During the same year the bank cleared 45 ordinary operations amounting to $214.84 million which was about 2.9 per cent less than the $277.84 million approved for the same number of operations in 1409H.

## Indian community honours Dr. Nasseef

"The Indian community has played a significant role in the development of Saudi Arabia, "Dr. Abdullah Omar Nasseef, Secretary-General of the Muslim World League, said at a function organized by the Indian community at Hyatt Regency Hotel, In Jeddah, on 21 May, to honour him on receiving the 1991 King Faisal International Award for Service to Islam.

Dr. Nasseef said that their contribution along with others in the last 20 years or so has made Saudi Arabia a modern country with preservation of its identity as a Muslim country, "which is an important achievement, because we have seen changes taking place in societies and countries that have not augured well. The change here has been very healthy."

He said that history was a witness to the fact that by adhering to their faith and working with dedication and devotion, Muslims have achieved the highest levels of civilization. "It was a balanced civilization because all mankind benefitted from the achievements — spiritual, scientific, cultural, social and material," for over a thousand years. The scholars and Ulema of the time did not think much of their achievements because they considered their work as a duty to Allah.

Dr. Nasseef said that it was heartening to know that today there is an awakening, awareness and willingness among Muslims to return to Islam and imbibe it fully in their lives. "Still they have to do a lot of work to achieve those norms and standards. Islam does not mean just belief, it has to to be translated into action."

Abdur Rahman Qamaruddin of the Islamic Research and Training Institute, Islamic Development Bank, said that by honouring Dr. Nasseef "we honour ourselves. We derive inspiration, strength and guidance from his work and example."

Muslehuddin Ahmed of King Abdul Aziz University's academic affairs department, said that there is no field of action or segment of Muslim society to which Dr. Nasseef has not contributed one way or the other in mitigating their sufferings.

Paying rich tributes to Dr. Nasseef's stewardship of the Rabita, the felicitation address presented, on the occasion said:

"Under your dynamic leadership, Your Excellency, the Muslim World League, an international, nongovermental, nonpartisan and non-sectarian organization representing Muslims of the whole world, has achieved truly international dimensions in both scope and activities. It has spread its areas of work to every nook and corner of the world and has done enormous work to contribute to the solidarity of Muslim Ummah, initiating programmes for all, alleviating proverty and economic backwardness, improving educational standards and spreading the Islamic movement. Above all, it has done yeoman service towards dispelling misunderstanding and misinformation about Islam and Muslims. Your great efforts have also contributed a great deal to bringing about cooperation, understanding and dialogue with other religions and communities of the world for mutual benefits in the service of humanity.

"We specially appreciate your valiant efforts and practical steps in upholding the human rights of Muslim minorities wherever they are suffering. Your Excellency have never hesitated in visiting such countries or communities and talking to authorities concerned to help them to see the light of reason.

"Despite being a great scholar, an educationist, an eminent scientist, a great leader, and an incessant worker in the servive of humanity, we have found Your Excellancy, in the tradition of a good Muslim as exemplified by our Prophet Muhammad (PEACE BE UPON HIM), always humble, pleasant, accessible, helpful and above all eager to listen to and promptly respond to the woes and difficulties of our brothers in any part of the world."

Printed at the Muslim World League Printing Press, Makkah