# EXHIBIT 242

World Assembly of Muslim Youth
Head Quarters : Riyadh - Saudi Arabia
Kingdom of Saudi Arabia

الندوة العالمية للشباب الإسلامي
الأمانة العامة – الرياض
المملكة العربية السعودية

١٥/٣/٢٠٠٥

التاريخ ١ / ٨ / ١٤٢٦هـ — **سند قبض / فرعي** — الموافق / / ٢٠٠م

124128

مبلغ وقدره : ٥٠#

استلمنا من : فاعل خير ........ جزاه الله خيراً

فقط مبلغ : خمسون ريال فقط ........ ريال لاغير

نقداً / شيك / إيداع : ........ تاريخ : ........ على بنك ........ فرع : ........

وذلك عن كفالة اليتيم ........

ص.ب ........ الرياض – الرمز: ........ هاتف : ........ جوال : ........ بريد الكتروني : ........

| المستلم | أمين الصندوق | مدير الحسابات | ختم الندوة |
|---|---|---|---|
| [signature] | ........ | ........ | |

الأصل للمتبرع – الأحمر للمالية – الأصفر للقسم المختص – الأزرق في الدفتر . (أى سند غير مختوم بختم الندوة العالمية للشباب الإسلامي لا يعتد به)

المملكة العربية السعودية – ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ – هاتف: ٤٦٤١٦٦٩ – فاكس ٤٦٤١٧١٠ – الهاتف المجاني: ٨٠٠١٢٤٢٢٩٩ – السليمانية تقاطع شارع التحلية مع شارع الضباب رقم حساب التبرعات العامة ٨٨ – الزكاة ٩٩ – شركة الراجحي المصرفية فرع المزرعة رقم (٤٤٦).
**وادي الدواسر** هاتف: ٧٨٤٣٩٧٥ – رقم حساب التبرعات ٥/٧٧ – الزكاة ٢/٨٨ – **السليل** رقم حساب التبرعات العامة ١/٣٩ – الزكاة ٣/٣٨
**القصيم** هاتف : ٣٢٦٢٢٥٢ – رقم حساب التبرعات العامة ٢/٥٠ – الزكاة ٠/٥١ – **حائل** هاتف: ٥٤٣٦٨٠٨ – رقم حساب التبرعات العامة ٥/٢٢٢٢ – الزكاة ٩/٣٣٣٣

World Assembly of Muslim Youth
Head Quarters : Riyadh - Saudi Arabia
Kingdom of Saudi Arabia

الندوة العالمية للشباب الإسلامي
الأمانة العامة - الرياض
المملكة العربية السعودية

WAMY

## قسم الأيتام

## سند قبض / فرعي

4655

التاريخ ٢٢ / ٨ / ١٤٢٤هـ — الموافق / / ٢٠٠م

استلمنا من : [redacted] رقم الكافل: ........

مبلغ وقدره : ٦٠٠ فقط : ستمائة ريال ........ ريال لاغير

نقداً / شيك / إيداع رقم : ........ على بنك ........ بتاريخ ........

وذلك ☐ عام ........ ☐ كفالة جديدة لعدد ........ ☑ تجديد كفالة لعدد (١) يتيم

رقم اليتيم / الأيتام AR-01-01-0050-88 مدة الكفالة ........ تنتهي في ........

١- ثريا صديق عثمان

٢- ........

٣- ........

٤- ........

ختم الندوة

| المستلم | أمين الصندوق | مدير الحسابات |
|---|---|---|
| (توقيع) | (توقيع) | ........ |

الأصل للكافل - الأحمر للمالية - الأصفر لقسم رعاية الأيتام - الأزرق في الدفتر . (أى سند غير مختوم بختم الندوة العالمية للشباب الإسلامي لا يعتد به)

المملكة العربية السعودية - ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - هاتف: ٤٦٤١٦٦٩ - فاكس ٤٦٤١٧١٠ - السليمانية - تقاطع شارع التحلية مع شارع الضباب
رقم حساب الأيتام ٦٦٦٢١/٦- فرع العليا الثلاثين (رقم ٢٧٩)- رقم حساب التبرعات العامة ٨٨- الزكاة ٩٩- شركة الراجحي الصرفية فرع المزرعة ( رقم ٤٤٦)