# EXHIBIT 247

Monday, 3 April, 2000, 20:08 GMT 21:08 UK

# US fears terrorist attack in Kosovo



K-For has stepped up security measures in Kosovo

**By Nick Wood in Kosovo**

US officials have come under criticism over a raid by K-For military police on an Islamic relief organisation in Kosovo last weekend.

The police, who were acting on a tip-off from US officials, raided a house rented by the Saudi Joint Relief Committee (SJRC).

The operation followed fears of a possible terrorist attack on the US office in the province.

US security officials say they believe members of the SJRC are linked with Osama bin Laden, the man suspected of being behind the attacks on the US embassies in Kenya and Tanzania.

In a separate incident British soldiers blew up a suspect car belonging to an employee of the charity.

The owner had stuck an SJRC sticker to his windscreen.

Neither incident revealed any evidence that could link the group with any terrorist activity.

**Suspicious photos**

K-For officials say the operations were part of increased security measures introduced after two members of the group were supposedly seen taking photos near the US office and K-For headquarters in Pristina.

**Search BBC News Online**
GO
Advanced search options
Launch console for latest audio/video
BBC RADIO NEWS
BBC ONE TV NEWS
WORLD NEWS SUMMARY
BBC NEWS 24 BULLETIN
PROGRAMMES GUIDE
**Europe Contents**
Country profiles

**See also:**
02 Apr 00 | Europe
Kosovo gripped by racketeers
31 Mar 00 | Europe
Kosovars pay ransoms for relatives
16 Mar 00 | Europe
Kosovo one year on
22 Mar 00 | Special Report
A Kosovo homecoming: A long road still to travel
28 Mar 00 | Europe
'Plot' to kill Nato chiefs
24 Apr 99 | Middle East
Gulf Arabs aid Kosovo refugees

**Internet links:**
Nato - Kosovo one year on
Kosovo Information Centre
UN in Kosovo
US State Department
Red Cross and Red Crescent

The BBC is not responsible for the content of external internet sites

**Links to other Europe stories are at the foot of the page.**