# EXHIBIT 248

Al Rajhi Bank 30(b)(6)
Galloway
ARB 22
5/11/23 Carrie Campbell, RDR

**Abdullah Sulaiman Al Rajhi**

**From:** Abdullah Sulaiman Al Rajhi
**Sent:** 29 November, 1999 09:46 ص
**To:** [redacted]
**Subject:**

Dear [redacted]

Asslamu Alaykum,

On your fax machine you are going to receive a letter dated October 18, 99 duly signed by Sh. Sulaiman along with a-three-page list of the grants (in Arabic).

Regards,
BUSHRA AHMED

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

October 18, 1999

[redacted]
Humana Charitable Trust
555 Grove Street, Suite 110
Herndon, VA 20170 (U.S.A.)

Assalamu Alaikum

During my visit in July 1998 I had explained to you and Dr. M. Jaghlit that a committee has been set up to receive requests from various charities located throughout the world and then to review, investigate and decide if a charitable contribution will be made.

As we discussed and agreed during your visit in December 1998 that Humana Charitable Trust will join in and pay part of these contributions. Attached is the list of grants made and paid by me to various entities sent for reimbursement for your part of the contribution.

Should you need additional information on any of the recipients, let me know.

Yours

Sulaiman A. Al-Saleh

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

29 NOV 1999 9:49 NO. 578 P.3

**FOREIGN AND DOMESTIC AID FOR THE YEAR 1419 – 1420 AH (1998 – 1999 AD)**

| Amount | | Check No. | Check Date and Cashing | Beneficiary |
|---|---|---|---|---|
| Hillah | Riyal | | | |
| 45 | 35069 | Transfer | August 13, 1998 AD | Dar al Hijra Association, the Philippines |
| | 23175 | 2381303752560296 | January 11, 1999 AD | African Muslims Committee, Kuwait |
| 50 | 99997 | 23813058752560296 | January 13, 1999 AD | African Muslims Committee, Kuwait |
| | 2000 | 23813228 | February 07, 1999 AD | Agricultural Institute, Dar Al Falah, Indonesia |
| | 3750 | 23813227 | February 07, 1999 AD | Noor Al Falah Institute, Indonesia |
| | 56250 | 81121 | February 07, 1999 AD | Arab Muslim Youth Association – United States, Indianapolis |
| | 11250 | 23813231 | February 07, 1999 AD | Islamic Union Association, Indonesia |
| 25 | 100000 | 23813223 | February 07, 1999 AD | Islamic Guidance Association, Indonesia |
| 25 | 100000 | 23813224 | February 07, 1999 AD | Al Mohamadiyah Association in Indonesia |
| | 7500 | 23813222 | February 07, 1999 AD | Islamic Reform Institute, Indonesia |
| | 7500 | 23813232 | February 07, 1999 AD | Institute of Modern Islamic Education, Indonesia |
| | 18750 | 23813229 | February 07, 1999 AD | Islamic Guidance Institute, Indonesia |
| | 7500 | 23813230 | February 07, 1999 AD | Al Madani for Dawah and Islamic Studies, Indonesia |
| | 37500 | 81109 | February 07, 1999 AD | Islamic Education Center – Denver, United States |
| | 30040 | 81108 | February 07, 1999 AD | Islamic Integration Association, Chicago |
| | 30000 | 81111 | February 07, 1999 AD | Islamic Center, Portland |
| | 18750 | 81115 | February 07, 1999 AD | Islamic Center, Southern Florida |
| | 30000 | 23813233 | February 07, 1999 AD | Islamic Guidance Institute, Indonesia |
| | 22500 | 81113 | February 07, 1999 AD | Islamic Society of Brevard County |
| | 11250 | 81114 | February 07, 1999 AD | Granada Islamic School, Santa Clara |
| | 93750 | 81120 | February 07, 1999 AD | Islamic Community of North America |
| | 30000 | 81118 | February 07, 1999 AD | Islamic Center of Passaic County |
| | 37500 | 81117 | February 07, 1999 AD | Ebad Al Rahman Association in America |
| | 37500 | 423361 | February 07, 1999 AD | SR of Muslim Youth |
| | 18750 | 81112 | February 07, 1999 AD | Al Tawakul Foundation, Colombia |
| | 30000 | 81122 | February 08, 1999 AD | Islamic Cultural Center, Newark |
| | 93750 | Transfer | February 16, 1999 AD | Dawah Office in America<br>Khaled Ibrahim al Suwailem |
| 20 | 50000 | Transfer | February 15, 1999 AD | Al Noor Mosque, Berlin, Germany |
| 50 | 39997 | 92002 | February 21, 1999 AD | Manderia Islamic Center, Kenya |
| | 60000 | 92004 | February 22, 1999 AD | International Islamic Wisdom Association, the Philippines |
| 01 | 25000 | 92005 | February 22, 1999 AD | Lahore Islamic University |
| 35 | 40053 | 92006 | February 22, 1999 AD | Center for the memorization of the Quran and the Salafi Dawah, India |
| 25 | 25001 | 92007 | February 22, 1999 AD | Abu Bakr Islamic University, Pakistan |
| 25 | 100001 | 92008 | February 22, 1999 AD | American Open University in America |
| 01 | 10000 | 23813391 | February 21, 1999 AD | Dar Al Uloom School, Lepongbar and Gala, Thailand |
| 25 | 10001 | 23813410 | February 22, 1999 AD | Hamidi Islamic Institute, Thailand |
| 27 | 1354087 | | | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

29 NOV 1999 9:50 NO. 578 P.4

**FOREIGN AND DOMESTIC AID FOR THE YEAR 1419 – 1420 AH (1998 – 1999 AD) (2)**

| Amount | | Check No. | Check Date and Cashing | Beneficiary |
|---|---|---|---|---|
| Hillah | Riyal | | | |
| 25 | 10001 | 23813411 | February 22, 1999 AD | Religious Reform School, Thailand |
| 25 | 100001 | 23813412 | February 22, 1999 AD | Supreme Council of Indonesia |
| 32 | 100040 | 23813414 | February 22, 1999 AD | Islamic Education Association, Bahrain |
| 01 | 39999 | 419468 | February 22, 1999 AD | Al Hijrah Schools, Britain |
| 40 | 64998 | 419469 | February 22, 1999 AD | Secretariat of Islamic schools, Britain |
| | 15000 | 92038 | April 22, 1999 AD | Islamic School, New York |
| | 22620 | Transfer | April 20, 1999 AD | Saudi Embassy in Zambia |
| | 18750 | 92033 | April 12, 1999 AD | Islamic Dawah in American Universities |
| | 18750 | 92080 | July 07, 1999 AD | Dawah office in America |
| | 45000 | 29160 | July 12, 1999 AD | Kosovo caravan |
| 75 | 64998 | Transfer by telex $17333 | July 31, 1999 AD | Al Haramain Foundation, Indonesia |
| 50 | 40387 | Transfer by telex $10770 | August 02, 1999 AD | Al Safwa Foundation, Indonesia |
| | 37500 | Check 1827 | September 11, 1999 AD | Al Hilal Academy, United States |
| | 187500 | Check 1842 | September 09, 1999 AD | Victims of floods in Dongola, the Sudan |
| | 187500 | Banking check 92169 | September 22, 1999 AD | The American Open University |
| | 25000 | Check 1846 | September 22, 1999 AD | Religious Attaché Office in the Sudan |
| | 54000 | Check 1858 | September 22, 1999 AD | Tents for flood victims in Dongola, the Sudan |
| | 49500 | | September 29, 1999 AD | Dar Al Hijrah Association in the Philippines |
| | 100000 | Check 1872 | October 05, 1999 AD | The Supreme Council for Dawah in Indonesia |
| | 12000 | Check 2758 | October 11, 1999 AD | Umm Al Qura Institute, Vietnam and Cambodia |
| | 18260 | Check 2778 | | Al Safwa Foundation Indonesia |
| | 15750 | Check 1892 | | Pakistan's orphans |
| | 250000 | 1301 | January 06, 1999 AD | Islamic Forum |
| | 18750 | 1303 | January 10, 1999 AD | University of Dar es salaam, India |
| | 100000 | 1321 | January 31, 1999 AD | His Highness Prince Salman – Mecca Hospital, Pakistan |
| | 100000 | 1331 | February 10, 1999 AD | Endowment Association in the Philippines |
| | 60000 | 1332 | February 08, 1999 AD | Dar Al Hijrah in the Philippines |
| | 60000 | 1333 | February 03, 1999 AD | Research Center in the Philippines |
| | 70000 | 1345 | January 14, 1999 AD | Foundation for the Science of Sunnah and Committee for Teaching the Quran, Indonesia 7/9 M 4 |
| | 125000 | 1346 | February 08, 1999 AD | Educational System and Da'wah Organization in Ethiopia, M4 14 |
| | 10000 | 1361 | February 08, 1999 AD | Ibn Al Qasim Islamic Center Pakistan M4 18 |
| | 100000 | 1373 | January 24, 1999 AD | Ansar Al Sunnah<br>Kassala, the Sudan M4 34 |
| | 320000 | 1386 | January 28, 1999 AD | Dawah Association in Morocco M6 |
| | 37500 | 1401 | March 01, 1999 AD | Umm Al Qura Institute in Cambodia and Thailand M4 23/43 |
| | 50000 | 1403 | February 08, 1999 AD | Dawah Organization in the Sudan, M4 32 |
| | 334000 | 1405 | March 10, 1999 AD | Saudi School in Pakistan M4 21 |
| | 100000 | 1411 | March 09, 1999 AD | Taiba Charitable Foundation, America M4 28 |
| | 60000 | 1412 | March 08, 1999 AD | Al Ansar Center Tanzania M4 |
| | 15000 | 1413 | March 07, 1999 AD | Ibn Taymiyyah University, India |
| | 60000 | 1415 | March 20, 1999 AD | Schools and centers in Nigeria M3 |
| | 100000 | 1419 | February 18, 1999 AD | Ansar Al Sunnah in the Sudan M4 33 |
| 75 | 4551893 | | | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

29 NOV 1999 9:51 NO. 578 P.5

**FOREIGN AND DOMESTIC AID FOR THE YEAR 1419 – 1420 AH (1998 – 1999 AD) (3)**

| Amount | | Check No. | Check Date and Cashing | Beneficiary |
|---|---|---|---|---|
| Hillah | Riyal | | | |
| | 105000 | 1442 | March 02, 1999 AD | Eritrea institutes M2 |
| | 25000 | 1447 | March 02, 1999 AD | Al Bukhari institute, Eritrea M2 |
| | 100000 | 1448 | March 02, 1999 AD | Al Safwa Association in Indonesia and Al Furqan institute M4 8/8 |
| | 75000 | 1469 | March 22, 1999 AD | Eritrea M2 |
| | 15000 | 1472 | March 17, 1999 AD | Religious institute Eritrea M2 |
| | 45000 | 1500 | March 22, 1999 AD | Eritrea Al Ihsan Charity Association |
| | 45000 | 1501 | March 18, 1999 AD | Eritrea Al Ihsan Charity Association |
| 60 | 5609848 | | | Offices of Dawah and communities |
| 14 | 3306426 | | | Religious universities and institutes |
| | 787500 | | | Students |
| | 300000 | | | Sheikh Abdel Aziz bin Baz, may Allah rest his soul in peace |
| | 7617149 | | | Quran memorization association for men |
| | 1537090 | | | Quran memorization association for women |
| | 1474200 | | | Marriage aid |
| | 609600 | | | Mosques administration |
| | 600000 | | | Committee for the Promotion of Virtue |
| | 400000 | | | Summer committees and centers |
| | 1713255 | | | Ministry of Islamic Affairs |
| | 2215000 | | | Mecca Association, Muslim World League |
| | 600000 | | | Al Haramain Foundation |
| | 338500 | | | World Assembly of Muslim Youth |
| | 1350000 | | | Alms association |
| | 3000000 | | | Charity depository in Medina |
| | 1550000 | | | Feeding the hajj people and hajj pamphlets |
| 49 | 40745462 | | | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

**Abdullah Sulaiman Al Rajhi**
**From:** Abdullah Sulaiman Al Rajhi
**Sent:** 29 November, 1999 09:46 ص
**To:** [redacted]
**Subject:**

Dear [redacted]

Asslamu Alaykum,

On your fax machine you are going to receive a letter dated October 18, 99 duly signed by Sh. Sulaiman along with a-three-page list of the grants (in Arabic).

Regards,
BUSHRA AHMED

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

October 18, 1999

[redacted]
Humana Charitable Trust
555 Grove Street, Suite 110
Herndon, VA 20170 (U.S.A.)

Assalamu Alaikum

During my visit in July 1998 I had explained to you and Dr. M. Jaghlit that a committee has been set up to receive requests from various charities located throughout the world and then to review, investigate and decide if a charitable contribution will be made.

As we discussed and agreed during your visit in December 1998 that Humana Charitable Trust will join in and pay part of these contributions. Attached is the list of grants made and paid by me to various entities sent for reimbursement for your part of the contribution.

Should you need additional information on any of the recipients, let me know.

Yours

Sulaiman A. Al-Saleh

## المساعدات الخارجية والداخلية - لعام ١٤١٩-١٤٢٠

| هـ | المبلغ ريال | رقم الشيك | التاريخ الشيك والصرف | المستفيد |
|---|---|---|---|---|
| ٤٥ | ٣٥٠٦٩ | حوالة | ٩٨/٨/١٣ | مؤسسة دار الهجرة الفلبين |
| | ٢٣١٧٥ | ٢٣٨١٣٠٣٧٥٢٥٦٠٢٩٦ | ٩٩/١/١١ | لجنة مسلمي افريقيا - الكويت |
| ٥٠ | ٩٩٩٩٧ | ٢٣٨١٣٠٥٨٧٥٢٥٦٠٢٩٦ | ٩٩/١/١٣ | لجنة مسلمي افريقيا / الكويت |
| | ٢٠٠٠ | ٢٣٨١٣٢٢٨ | ٩٩/٢/٧ | المعهد الزراعي دار الفلاح /اندونيسيا |
| | ٣٧٥٠ | ٢٣٨١٣٢٢٧ | ٩٩/٢/٧ | معهد نور الفلاح / اندونيسيا |
| | ٥٦٢٥٠ | ٨١١٢١ | ٩٩/٢/٧ | رابطة الشباب المسلم العربي/ الولايات المتحدة - انديانابوليس |
| | ١١٢٥٠ | ٢٣٨١٣٢٣١ | ٩٩/٢/٧ | جمعية الاتحاد الاسلامي / اندونيسيا |
| ٢٥ | ١٠٠٠٠٠ | ٢٣٨١٣٢٢٣ | ٩٩/٢/٧ | جمعية الارشاد الاسلامية/ اندونيسيا |
| ٢٥ | ١٠٠٠٠٠ | ٢٣٨١٣٢٢٤ | ٩٩/٢/٧ | الجمعية المحمدية باندونيسيا |
| | ٧٥٠٠ | ٢٣٨١٣٢٢٢ | ٩٩/٢/٧ | معهد الاصلاح الاسلامي /اندونيسيا |
| | ٧٥٠٠ | ٢٣٨١٣٢٣٢ | ٩٩/٢/٧ | مؤسسة التربية الاسلامية الحديثة / اندونيسيا |
| | ١٨٧٥٠ | ٢٣٨١٣٢٢٩ | ٩٩/٢/٧ | مؤسسة الارشاد الاسلامية / اندونيسيا |
| | ٧٥٠٠ | ٢٣٨١٣٢٣٠ | ٩٩/٢/٧ | المدني للدعوة والدراسات الاسلامية اندونيسيا |
| | ٣٧٥٠٠ | ٨١١٠٩ | ٩٩/٢/٧ | مركز التعليم الاسلامي -دنفر-الولايات المتحدة |
| | ٣٠٠٤٠ | ٨١١٠٨ | ٩٩/٢/٧ | جمعية التكافل الاسلامية - شيكاغو |
| | ٣٠٠٠٠ | ٨١١١١ | ٩٩/٢/٧ | المركز الاسلامي - بورتلاند - |
| | ١٨٧٥٠ | ٨١١١٥ | ٩٩/٢/٧ | المركز الاسلامي -جنوب فلوريدا |
| | ٣٠٠٠٠ | ٢٣٨١٣٢٣٣ | ٩٩/٦/٧ | معهد الارشاد الاسلامي اندونيسيا |
| | ٢٢٥٠٠ | ٨١١١٣ | ٩٩/٢/٧ | الجمعية الاسلامية لمقاطعة بريفارد |
| | ١١٢٥٠ | ٨١١١٤ | ٩٩/٢/٧ | مدرسة غرناطة الاسلامية سانتاكلارا |
| | ٩٣٧٥٠ | ٨١١٢٠ | ٩٩/٢/٧ | التجمع الاسلامي بامريكا الشمالية |
| | ٣٠٠٠٠ | ٨١١١٨ | ٩٩/٢/٧ | المركز الاسلامي لمقاطعة باسيك |
| | ٣٧٥٠٠ | ٨١١١٧ | ٩٩/٢/٧ | جمعية عباد الرحمن بامريكا |
| | ٣٧٥٠٠ | ٤٢٣٣٦١ | ٩٩/٢/٧ | الندوة العالمية للشباب الاسلامي |
| | ١٨٧٥٠ | ٨١١١٢ | ٩٩/٢/٧ | مؤسسة التوكل- كولمبيا |
| | ٣٠٠٠٠ | ٨١١٢٢ | ٩٩/٢/٨ | المركز الثقافي الاسلامي -نيوارك |
| | ٩٣٧٥٠ | حوالة | ٩٩/٢/١٦ | مكتب الدعوة بامريكا /خالد ابراهيم السويلم |
| ٢٠ | ٥٠٠٠٠ | حوالة | ٩٩/٢/١٥ | مسجد النور /برلين المانيا |
| ٥٠ | ٣٩٩٩٧ | ٩٢٠٠٢ | ٩٩/٢/٢١ | مركز منليرا الاسلامي -كينيا |
| | ٦٠٠٠٠ | ٩٢٠٠٤ | ٩٩/٢/٢٢ | جمعية الحكمة الاسلامية العالمية الفلبين |
| ٠١ | ٢٥٠٠٠ | ٩٢٠٠٥ | ٩٩/٢/٢٢ | جامعة لاهور الاسلامية |
| ٢٥ | ٤٠٠٥٣ | ٩٢٠٠٦ | ٩٩/٢/٢٢ | مركز تحفيظ القرآن والدعوة السلفية / الهند |
| ٢٥ | ٢٥٠٠١ | ٩٢٠٠٧ | ٩٩/٢/٢٢ | جامعة ابوبكر الاسلامية باكستان |
| ٢٥ | ١٠٠٠٠١ | ٩٢٠٠٨ | ٩٩/٢/٢٢ | الجامعة الامريكية المفتوحة بامريكا |
| ٠١ | ١٠٠٠٠ | ٢٣٨١٣٣٩١ | ٩٩/٢/٢١ | مدرسة دار العلوم ليبونجباروجالا تايلند |
| ٢٥ | ١٠٠٠١ | ٢٣٨١٣٤١٠ | ٩٩/٢/٢٢ | المعهد الحميدي الاسلامي تايلند |
| ٢٧ | ٢٣٥٤١٨٧ | | | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

المساعدات الخارجية والداخلية - لعام ١٤١٩-١٤٢٠ (٢)

| المستفيد | التاريخ الشيك والصرف | رقم الشيك | المبلغ ريال | هـ |
|---|---|---|---|---|
| المدرسة الاصلاحية الدينية تايلند | ٩٩/٢/٢٢ | ٢٣٨١٣٤١١ | ١٠٠٠١ | ٢٥ |
| المجلس الاعلى باندونيسيا | ٩٩/٢/٢٢ | ٢٣٨١٣٤١٢ | ١٠٠٠٠١ | ٢٥ |
| جمعية التربية الاسلامية البحرين | ٩٩/٢/٢٢ | ٢٣٨١٣٤١٤ | ١٠٠٠٤٠ | ٣٢ |
| مدارس الهجرة بريطانيا | ٩٩/٢/٢٢ | ٤١٩٤٦٨ | ٣٩٩٩٩ | ٠١ |
| أمانة المدارس الاسلامية بريطانيا | ٩٩/٢/٢٢ | ٤١٩٤٦٩ | ٦٤٩٩٨ | ٤٠ |
| المدرسة الاسلامية نيويورك | ٩٩/٤/٢٢ | ٩٢٠٣٨ | ١٥٠٠٠ | |
| السفارة السعوديه زامبيا | ٩٩/٤/٢٠ | حواله | ٢٢٦٢٠ | |
| الدعوة الاسلامية بالجامعات الامريكية | ٩٩/٤/١٢ | ٩٢٠٣٣ | ١٨٧٥٠ | |
| مكتب الدعوة بامريكا | ٩٩/٧/٧ | ٩٢٠٨٠ | ١٨٧٥٠ | |
| قافلة كوسوفا | ٩٩/٧/١٢ | ٢٩١٦٠ | ٤٥٠٠٠ | |
| مؤسسة الحرمين اندونيسيا | ٩٩/٧/٣١ | حواله تلكسيه/ ١٧٣٣٣$ | ٦٤٩٩٨ | ٧٥ |
| مؤسسة الصفوة اندونيسيا | ٩٩/٨/٢ | حواله تلكسيه / ١٠٧٧٠$ | ٤٠٣٨٧ | ٥٠ |
| اكاديمية الهلال الولايات المتحدة | ٩٩/٩/١١ | ش ١٨٢٧ | ٣٧٥٠٠ | |
| متضررى الفيضانات دنقلا - السودان | ٩٩/٩/٩ | ش ١٨٤٢ | ١٨٧٥٠٠ | |
| Open University الجامعة الامريكية المفتوحة | ٩٩/٩/٢٢ | ش مصرفي ٩٢١٦٩ | ١٨٧٥٠٠ | |
| مكتب الملحق الديني في السودان | ٩٩/٩/٢٢ | ش ١٨٤٦ | ٢٥٠٠٠ | |
| خيم لمتضرري الفيضانات دنقلا - السودان | ٩٩/٩/٢٢ | ش ١٨٥٨ | ٥٤٠٠٠ | |
| دار الهجرة في الفلبين | ٩٩/٩/٢٩ | | ٤٩٥٠٠ | |
| المجلس الاعلى للدعوة في اندونيسيا | ٩٩/١٠/٥ | ش ١٨٧٢ | ١٠٠٠٠٠ | |
| معهد ام القرى فيتنام وكمبوديا | ٩٩/١٠/١١ | ش ٢٧٥٨ | ١٢٠٠٠ | |
| مؤسسة الصفوة اندونيسيا | | ش ٢٧٧٨ | ١٨٢٦٠ | |
| ايتام باكستان | | ش ١٨٩٢ | ١٥٧٥٠ | |
| المنتدى الاسلامي | ٩٩/١/٦ | ١٣٠١ | ٢٥٠٠٠٠ | |
| جامعة دار السلام الهند | ٩٩/١/١٠ | ١٣٠٣ | ١٨٧٥٠ | |
| سمو الامير سلمان - مستشفى مكة المكرمة باكستان | ٩٩/١/٣١ | ١٣٢١ | ١٠٠٠٠٠ | |
| جمعية الوقف في الفلبين | ٩٩/٢/١٠ | ١٣٣١ | ١٠٠٠٠٠ | |
| دار الهجرة في الفلبين | ٩٩/٢/٨ | ١٣٣٢ | ٦٠٠٠٠ | |
| مركز البحوث في الفلبين | ٩٩/٢/٣ | ١٣٣٣ | ٦٠٠٠٠ | |
| مؤسسة علم السنه ولجنة تعليم القرآن اندونيسيا ٩/٧م٤ | ٩٩/١/١٤ | ١٣٤٥ | ٧٠٠٠٠ | |
| الجهاز التطيمي ومنظمة الدعوة في اثيوبيا م٤ ١٤ | ٩٩/٢/٨ | ١٣٤٦ | ١٢٥٠٠٠ | |
| مركز ابن القاسم الاسلامي باكستان م٤ ١٨ | ٩٩/٢/٨ | ١٣٦١ | ١٠٠٠٠ | |
| انصار السنه كسلا السودان م٤ ٣٤ | ٩٩/١/٢٤ | ١٣٧٣ | ١٠٠٠٠٠ | |
| جمعية الدعوة بالمغرب م١ | ٩٩/١/٢٨ | /١٣٨٦ | ٣٢٠٠٠٠ | |
| معهد ام القرى في كمبوديا وتايلاند م٤ ٤٣/٢٣ | ٩٩/٣/١ | ١٤٠١ | ٣٧٥٠٠ | |
| منظمة الدعوة بالسودان م٤ ٣٢ | ٩٩/٢/٨ | ١٤٠٣ | ٥٠٠٠٠ | |
| المدرسة السعودية في باكستان م٤ ٢١ | ٩٩/٣/١٠ | ١٤٠٥ | ٣٣٤٠٠٠ | |
| مؤسسة طيبة الخيرية - امريكا م٤ ٢٨ | ٩٩/٣/٩ | ١٤١١ | ١٠٠٠٠٠ | |
| مركز الانصار تنزانيا م٤ | ٩٩/٣/٨ | ١٤١٢ | ٦٠٠٠٠ | |
| جامعة ابن تيمية - الهند | ٩٩/٣/٧ | ١٤١٣ | ١٥٠٠٠ | |
| مدارس ومراكز في نيجيريا م٣ | ٩٩/٣/٢٠ | ١٤١٥ | ٦٠٠٠٠ | |
| انصار السنه بالسودان م٤ ٣٣ | ٩٩/٢/١٨ | ١٤١٩ | ١٠٠٠٠٠ | |
| | | | ٤٥٥١٨٩٣ | ٧٥ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

29.NOV.1999 9:31 NO.5780 P.25

| م | المبلغ بالريال | رقم الشيك | التاريخ الشيك والصرف | المستفيد |
|---|---|---|---|---|
| | ١٠٥٠٠٠ | ١٤٤٢ | ٩٩/٣/٢ | معاهد ارتيريا م٢ |
| | ٢٥٠٠٠ | ١٤٤٧ | ٩٩/٣/٢ | معهد البخاري ارتيريا م٢ |
| | ١٠٠٠٠٠ | ١٤٤٨ | ٩٩/٣/٢ | مؤسسة الصفوة اندونيسيا ومعهد الفرقان م٤ ٨/٨ |
| | ٧٥٠٠٠ | ١٤٦٩ | ٩٩/٣/٢٢ | اريتريا م٢ |
| | ١٥٠٠٠ | ١٤٧٢ | ٩٩/٣/١٧ | المعهد الديني ارتيريا م٢ |
| | ٤٥٠٠٠ | ١٥٠٠ | ٩٩/٣/٢٢ | ارتيريا - جمعية الاحسان الخيرية |
| | ٤٥٠٠٠ | ١٥٠١ | ٩٩/٣/١٨ | ارتيريا - جمعية الاحسان الخيرية |
| | ٤٥٠٠٠ | ١٥٠٢ | ٩٩/٣/١٨ | ارتيريا الجهاز التعليمي |
| ٦٠ | ٥٦٠٩٨٤٨ | | | مكاتب الدعوة والجاليات |
| ١٤ | ٣٣٠٦٤٢٦ | | | جامعات ومعاهد علميه |
| | ٧٨٧٥٠٠ | | | الطلبة |
| | ٣٠٠٠٠٠٠ | | | الشيخ عبدالعزيز بن باز رحمه الله |
| | ٧٦١٧١٤٩ | | | دور تحفيظ القرآن الرجال |
| | ١٥٣٧٠٩٠ | | | دور تحفيظ القرآن النساء |
| | ١٤٧٤٢٠٠ | | | مساعدات الزواج |
| | ٦٠٩٦٠٠ | | | ادارة المساجد |
| | ٦٠٠٠٠٠ | | | هيئات الامر بالمعروف |
| | ٤٠٠٠٠٠ | | | لجان ومراكز صيفية |
| | ١٧١٣٢٥٥ | | | وزارة الشئون الاسلامية |
| | ٢٢١٥٠٠٠ | | | مؤسسة مكة / رابطة العالم الاسلامي |
| | ٦٠٠٠٠٠ | | | مؤسسة الحرمين |
| | ٤٣٨٥٠٠ | | | الندوة العالمية للشباب |
| | ١٣٥٠٠٠٠ | | | جمعيات البر |
| | ٣٠٠٠٠٠٠ | | | المستودع الخيرى في المدينة المنورة |
| | ١٥٥٠٠٠٠ | | | تغذية الحجاج ومطويات الحج |
| | | | | |
| ٤٩ | ٤٠,٧٤٥,٤٦٢ | | | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20220309BBG

**Language**: Arabic

**Documents**:
NL0015578
NL0015043-15046

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli

**Date**: 03/03/2023