# EXHIBIT 249

Al Rajhi Exhibit
ARB 59
9/28/23 Carrie Campbell, RDR
exhibitsticker.com

[**Handwriting**: *994* ✓]

Date: 30/02/1420 AH
June 14, 1999 AD

[*Bilingual Text*]
AL RAJHI BANKING & INVESTMENT CORP.

001718

[**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Dr. Manei bin Hammad al Johani
The amount of 120,000 SR [One Hundred-Twenty Thousand] Saudi Riyals Only

Sheikh Suleiman al Abdul Aziz al Rajhi
Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001718 1080296 00010106006

[**Handwriting**: *Abu Ayman – June 15, 1999 AD*]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York

NL0010068

[*Bilingual Text*]
Abdulrahman Bin Abdullah Alrajhi
Saleh Bin Sulaiman Al-Habdan

In the name of Allah, the Gracious, the Merciful

Date: 12/02/1420 AH
Corresponding to: May 27, 1999 AD
[**Handwriting**: *962 ✓*]
[**Handwriting**: *Accounts Division – I handed a copy to Omar – He will send them the check – 12/02/1420 AH (May 27, 1999 AD) – Handwritten Signature*]
His Excellency, Honorable Dr. Manei bin Hammad al Johani, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.
Subject: Check No. 1687 – our withdrawal to your order
In an amount of 112,500 SR (One Hundred Twelve Thousand And Five Hundred) Saudi Riyals Only
Please find enclosed herewith the check mentioned above, which is a donation from Sheikh Suleiman bin Abdul Aziz al Rajhi as a one-year scholarship for ten students studying in Egypt, supervised by Brother Abdul Rahman al Aqil.
Please send us the receipt confirmation, and do not post this in the media. Please send all documents proving that the amount was spent.
May Allah guide you and us to sponsor charity.
May Allah guide all to what pleases Allah.

Date: 10/02/1420 AH
May 25, 1999 AD

[*Bilingual Text*]
AL RAJHI BANKING & INVESTMENT CORP.

001687

[**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Dr. Manei bin Hammad al Johani
The amount of 112,500 SR [One Hundred Twelve Thousand and Five Hundred] Saudi Riyals Only
Sheikh Suleiman al Abdul Aziz al Rajhi
Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001687 1080296 00010106006
[Bilingual Text]
Kingdom of Saudi Arabia – P.O. Box 25759 Riyadh 11476 – Tel. 4915122 – 4920033 – Fax: 4910242

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York

٩٩٤

••١٧١٨

شركة الراجحي المصرفية للاستثمار

**AL RAJHI BANKING & INVESTMENT CORP.**

Date ٢٠/٢/١٤٢٠هـ تاريخ
١٤/٦/١٩٩٩م

AL RABWAH BRANCH
RIYADH

فرع الربوة الرياض

Against this Cheque
Pay to the Order of د/ صالح بن حماد الجهني ادفعوا بموجب هذا الشيك لأمر

The amount of مائة وعشرون ألف ريال لا غير المبلغ

ريال S.R. ≠١٢٠,٠٠٠≠

الشيخ سليمان العبدالعزيز
الراجحـــــــــــــــــي

لا تكتب تحت هذا الخط
DO NOT WRITE BELOW THIS LINE

Signature توقيع

⑈001718⑈ 1080⑆296⑆ 00010106006⑈

أبو أيمن
١٥/٦/١٩٩٩م

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

Abdulrahman Bin Abdullah Alrajhi
Saleh Bin Sulaiman Al-Habdan

حمن بن عبدالله الراجحي
ح بن سليمان الهبـــدان

التاريخ : ١٢/ ٢/ ١٤٢٠هـ
الموافق : ٢٧/ ٥/ ١٩٩٩ م

سعادة المكرم / د.مانع بن حماد الجهنى – وفقه الله

السلام عليكم ورحمة الله وبركاته وبعد

الموضوع : الشيك رقم# ١٦٨٧ # سحبنا لأمركم

بمبلغ وقدره# ١١٢٥٠٠# ريال سعودى (فقط مائة واثنا عشر ألف وخمسمائة ريال سعودى لاغير) .

نرفق لكم طيه الشيك الموضح بيانه أعلاه والذى يمثل تبرع من الشيخ سليمان بن عبد العزيز الراجحي لصالح منحة دراسية لمدة سنة لعدد عشرة طلاب يدرسون فى مصر باشراف الأخ عبدالرحمن العقيل .

نأمل موافاتنا بإيصال الاستلام مع عدم نشر ذلك في وسائل الإعلام وإرسال كافة المستندات الدالة على صرف المبلغ .

جعلنا الله واياكم مفاتيح للخير مغاليق للشر
ووفق الله الجميع لما يحبه ويرضاه .

٠٠١٦٨٧

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.

AL RABWAH BRANCH
RIYADH

Date ١٤٢٠/٢/١٢
١٩٩٩/٥/
الرياض

Against this Cheque
Pay to the Order of

يجب هذا الشيك لأمر د. مانع بن حماد الجهني

The amount of

المبلغ فقط مائة واثنا عشر ألف وخمسمائة ريال لاغير

ريال S.R. ١١٢٥٠٠

الشيخ سليمان العبدالعزيز
الراجحـــــــــي

لا تكتب تحت هذا الخط
DO NOT WRITE BELOW THIS LINE

Signature

⑈001687⑈ 1080⑆2961⑆ 00010106006⑈

المملكة العربية السعودية – ص.ب ٢٥٧٥٩ الرياض ١١٤٧٦ تلفون : ٤٩١٥١٢٢ / ٤٩٢٠٠٣٣ فاكس : ٤٩١٠٢٤٢
Kingdom of Saudi Arabia - P.O.Box 25759 Riyadh 11476 - Tel.: 4915122 / 4920033 - Fax.: 4910242

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

GLOBO®

# TRANSLATION CERTIFICATION STATEMENT

**Project:** NL 10068, 10384

**Language:** Arabic > English

**Documents:**
NL 10068, 10384

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli **Date**: 05/09/2023

Date: [*Truncated Number*]/09/1419 AH
January [*Truncated Number*], 1999 AD

[*Bilingual Text*]
AL RAJHI BANKING & INVESTMENT CORP.

[**SEAL**: *To be issued to First Beneficiary*]

001367

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
World Assembly of Muslim Youth, Jeddah
The amount of 75,000 SR [Seventy-Five Thousand] Saudi Riyals Only

Sheikh Suleiman al Abdul Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001367 [redacted] 0296 [redacted] 6006

[**Handwriting**: *553* ✓]

[**Handwriting**: *Sent – certified mail – Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York

NL0010333

٠١٣٦٧

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.

يصرف للمستفيد الأول

Date ١٤١٩/٩/
١٩٩٩/١/

AL RABWAH BRANCH
RIYADH

الرياض

Against this Cheque
Pay to the Order of الندوة العالمية للشباب الإسلامي / جده ادفعوا بموجب هذا الشيك لأمر

The amount of فقط خمسة وسبعون ألف ريال لا غير المبلغ

ريال S.R. ٧٥٠٠٠/-

الشيخ سليمان العبدالعزيز
الراجحي

Signature

⑈001367⑈ [redacted] 0⑆2961⑆ [redacted] 6006⑈

٥٥٢

أرسل
بريد سجل

# TRANSLATION CERTIFICATION STATEMENT

**Project:** NL 10333

**Language:** Arabic > English

**Documents:**
NL 10333

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli

**Date**: 05/09/2023