# EXHIBIT 251

1 May 2001
Source: Digital file from the Court Reporters Office, Southern District of New York; (212) 805-0300.

This is the transcript of Day 37 of the trial, May 1, 2001.

See other transcripts: http://cryptome.org/usa-v-ubl-dt.htm

---

5212

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA

v. S(7) 98 Cr. 1023

USAMA BIN LADEN, et al.,

Defendants.

------------------------------x

New York, N.Y.
May 1, 2001
9:45 a.m.

Before:

HON. LEONARD B. SAND,

District Judge

5213

APPEARANCES

MARY JO WHITE
United States Attorney for the
Southern District of New York
BY: PATRICK FITZGERALD
KENNETH KARAS
PAUL BUTLER
MICHAEL GARCIA
Assistant United States Attorneys

SAM A. SCHMIDT
JOSHUA DRATEL
KRISTIAN K. LARSEN
MARSHALL MINTZ
Attorneys for defendant Wadih El Hage

ANTHONY L. RICCO
EDWARD D. WILFORD
CARL J. HERMAN
SANDRA A. BABCOCK
Attorneys for defendant Mohamed Sadeek Odeh

FREDRICK H. COHN
DAVID P. BAUGH
Attorneys for defendant Mohamed Rashed Daoud Al-'Owhali

DAVID STERN
DAVID RUHNKE
Attorneys for defendant Khalfan Khamis Mohamed

(In open court)

THE COURT: Certain consistency in punctuality. Mr. Schmidt is not here nor is Mr. Dratel. You know where they are?

MS. BESOBRASOW: They should be here any moment, your Honor.

THE COURT: Are there any matters that require the Court's attention?

MR. FITZGERALD: I believe not, your Honor. I could tell your Honor all that's left of the government's rebuttal case, we're just going to offer corrected stipulations, a stipulation chart, and to read one stipulation between the government and defense counsel for Odeh. That should take literally two minutes and we'll be ready to do the summations.

MR. RICCO: Yes.

THE COURT: Anybody have a different view?

Very well. Then as soon as Mr. Schmidt arrives, we'll bring in the jury.

MR. FITZGERALD: Thank you.

(Recess)

THE COURT: Let's bring in the jury.

MR. DRATEL: Your Honor, a couple of -- one scope of items.

THE COURT: This was called for 9:45.

MR. DRATEL: I know, your Honor. I'm sorry.

THE COURT: Yes.

MR. DRATEL: Mr. El Hage's Grand Jury testimony?

THE COURT: Yes.

MR. DRATEL: I guess it's the first one in September '97.

THE COURT: Yes.

MR. DRATEL: Went in virtually in toto and at the time we had moved to strike certain parts that were prejudicial and on 403 grounds, and at the time certain -- a couple of things stayed in, one in particular because it was in the indictment as a part of a perjury charge which has since been dismissed, which was the old Count 290, on the identification of a person and it had to do with the imam in Tucson and the murder of the imam in Tucson. Now there is nothing in the indictment, there are no pending charges that relate to that, and we would ask that that be stricken.

THE COURT: You are asking -- this is an overt act?

MR. DRATEL: Not an overt act.

THE COURT: There is a charge?

MR. DRATEL: It was part of a charge, a perjury charge.

THE COURT: Which count is this?

MR. DRATEL: It's old Count 290. It has been dismissed.

THE COURT: And the count has been dismissed. So you

5216

want dismissed from the Grand Jury testimony the questioning

that related to something which became the subject of something that has been since dismissed?

MR. DRATEL: Yes. And that it be stricken also from the, I guess the introductory part of the perjury part of the indictment.

MR. FITZGERALD: Your Honor, if this is going to take great length, I can tell you it's not coming up in the summation at all so we can deal with it at the end of the day. But we would oppose that because Mr. El Hage has put much testimony in even as late as yesterday about goats regarding counts not charged in the indictment, lies not charged, to show the context of the Grand Jury appearance and I think --

THE COURT: We'll take it up at 4:30.

MR. DRATEL: Your Honor, there's one other, one question and answer really in the Grand Jury --

THE COURT: It is also going to be -- say what the subject matter is. We do intend to schedule things and to have some timing.

MR. DRATEL: Yes, your Honor. I'm sorry.

THE COURT: Tell me what the matter is.

MR. DRATEL: There was questioning about a visa in the first Grand Jury appearance, there was a question about a visa for Ethiopia for Mr. El Hage, questioning about an assassination attempt on the Egyptian president. There's been

5217

no other proof of that at all.

THE COURT: Same issue?

MR. DRATEL: Yes.

THE COURT: Same issue.

MR. DRATEL: Not same issue as far as the perjury counts. This was never a perjury count. It was in there but there has been no other proof. So right now it's prejudicial without any other proof.

MR. FITZGERALD: We can take it up at 4:30, Judge. It's not part of the government's summation.

THE COURT: Take it up at 4:30.

MR. DRATEL: Thank you, your Honor.

THE COURT: Bring in the jury.

MR. DRATEL: Your Honor, a clothing issue for Mr. El Hage.

THE COURT: I sent that memo to the warden and as I sent a previous letter and the warden advises that there is no health risk involved in the concern raised by Mr. El Hage and that with respect to tooth brushes, he will get the new toothbrush when the existing supply is exhausted. And I know of no reason and have no inclination to interfere with these matters of the operation of the MCC.

MR. DRATEL: Your Honor, I'm also concerned about the immediate clothing issue, that he was not given his other shirt today and now he's --

5218

THE COURT: I understand. I have sent that to the warden. What would you like me to do?

MR. DRATEL: I don't know, your Honor.

THE COURT: Neither do I. Please be seated.

Thank you.

(Jury present)

THE COURT: Good morning. Mr. Fitzgerald.

MR. FITZGERALD: Yes, Judge, good morning. The government formally offers but does not read at this time corrected pages to the Stipulation 1, Government Exhibit 162R, 163R, and a corrected stipulation 154R, and we also offer but do not read at this time Government Exhibit 7, which is a chart of all the stipulations offered by the government in this case.

THE COURT: Received.

(Government Exhibits 7, 154R, 162R and 163R received in evidence)

MR. FITZGERALD: And we also offer at this time Government Exhibit 193, which is a stipulation between the government and Odeh and his counsel, and I would like to read that.

THE COURT: Yes.

MR. FITZGERALD: It is hereby stipulated and agreed by and between the United States of America and defendant Mohamed Sadeek Odeh, by and with the consent of his

5219

undersigned attorneys, as follows:

If recalled to testify as a witness, Kelly Mount would testify that on or about March 17, 1999, she vacuumed Government Exhibit 529, the Nike bag, and each of its contents other than those items about which she testified previously, namely, Government Exhibits 535A, through 535E and 535G through 535I, obtaining a single filter sample. She then

analyzed that sample, which analysis proved negative for the presence of explosives residue in that sample.

It is further stipulated and agreed that this stipulation may be received in evidence as a government exhibit at trial.

THE COURT: Received.

(Government Exhibit 193 received in evidence)

MR. FITZGERALD: With that your Honor, the government rests its rebuttal case.

THE COURT: Government rests. So the record is complete, ladies and gentlemen. All of the evidence is now before you and we proceed to the closing arguments. One of my functions with respect to closing arguments is I am the timekeeper, and we'll proceed now with the government's closing argument.

MR. KARAS: Your Honor, counsel, ladies and gentlemen, good morning.

You may recall that my partner, Mr. Butler, began his

5220

opening statement by setting the scene for you in the midmorning hours of August 7, 1998, just minutes before two bombs ripped through our embassies in Nairobi, Kenya and Dar es Salaam, Tanzania. I would like to begin my closing statements by showing you what the scene was like in the immediate aftermath of those bombings to remind all of us about why we are here.

(Video played)

MR. KARAS: Ladies and gentlemen, those portions of

those videos serve as a painful symbol, painful reminder of why it is that we have spent the last two and a half months together, spending the last two and a half months to review evidence that was collected from all over the world.

And the reason that we have done this is because we have been involved in a search for justice, a search to determine who it is that committed these acts, these unspeakable acts that ended the lives and the hopes and the dreams of hundreds of people, these vicious acts that shattered three friendly nations, these evil acts defined no justification, these unjust acts that demand accountability.

Now this search for justice began by Mr. Butler committing to you that the government would establish beyond a reasonable doubt that the defendant Mohamed Odeh and the defendant Mohamed Al-'Owhali participated in the bombing of the American Embassy in Nairobi on August 7th and that Khalfan

5221

Khamis Mohamed participated in the bombing of the embassy in Dar es Salaam, Tanzania. And I submit to you, ladies and gentlemen, we have honored that commitment and we have established the guilt of those defendants for those crimes in this case.

But we committed to more. We committed to showing to you that there was a conspiracy behind these embassy attacks, a conspiracy to murder the people of the United States simply because they were American, and we committed to showing to you that all four of these defendants participated in that conspiracy. And I submit to you that we have honored that

commitment, that we have established beyond a reasonable doubt the guilt of all four of those defendants in connection with the conspiracy.

Now, ladies and gentlemen, we have now come to the close of the case and all of the evidence has been put before you, and I understand that hundreds of exhibits went before you very quickly and without explanation. And sometimes they went in by way of stipulation and they went in even more quickly, and I know, because I helped read some of these stipulations.

But now is the time, now is the time where we can discuss what the evidence tells you and how it is that the pieces of the puzzle come together to show to you why it is that we have proved these defendants guilty beyond a

5222

reasonable doubt. This is our opportunity to walk through the evidence and explain the context of the conspiracies and the events that preceded the bombings as well as the acts that were carried out in furtherance of the bombings.

The way I'm going to do this, ladies and gentlemen, is the first thing I'm going to do is offer a brief summary of what the evidence shows these defendants did, and I do that because I don't want people to be concerned about the number of names that you have heard, about the number of places and acts and companies and countries, because at its core, the case against each and every single one of these defendants is relatively straightforward.

Once we go through the summary of what the evidence

shows these defendants did, we will walk together through the chronology of the events, the chronology that comprises the conspiracy to murder, the conspiracy to commit war against the United States. And when we have gone through that chronology, we will talk about the counts in the indictment. We will talk about every count in the indictment.

Now, the indictment has 300 counts, a little over 300 counts, and that is not so much a reflection of the complexity of this case but of the sad fact that each and every victim is represented in a separate count in this indictment, a separate count of murder.

Now, I'll tell you up front, ladies and gentlemen,

5223

this is going to take some time. There has been a lot of evidence presented before you and I want to take the time and make sure that you understand what the evidence means, and I think this is going to take the balance of today and tomorrow. So let's roll up our sleeves, let's go through the evidence, and let's continue this search for justice.

Now, let's begin with the summary. What does the evidence show that the defendant Wadih El Hage did in connection with this conspiracy? Now, in his opening statement, counsel for El Hage, on behalf of El Hage, said to you that Mr. El Hage was a mediator and that he was somebody who shared in the tragedy of the embassy bombings.

Ladies and gentlemen, I submit to you that the evidence shows that Wadih El Hage was a facilitator, somebody who performed key logistical acts on behalf of the al Qaeda

conspiracy and somebody who obstructed the investigation into al Qaeda within a year of the bombing and within weeks after the bombing.

What the evidence shows, ladies and gentlemen, is that, like many people in al Qaeda, Wadih El Hage has a family and that Wadih El Hage conducts business transactions. But like other people in al Qaeda, the evidence shows that Wadih El Hage led a double life, a secret criminal life on behalf of al Qaeda, and that he performed logistical services for al Qaeda to make sure that others in al Qaeda could carry out

5224

their deadly acts.

The evidence shows that as far back as 1992 and 1993 Wadih El Hage was in charge of the al Qaeda payroll in Khartoum, Sudan when al Qaeda was headquartered in that country. It showed that Wadih El Hage made efforts to transport Stinger Missiles from Pakistan to Sudan in 1993, the same year that al Qaeda was targeting the American peace-keeping mission in Somalia, and the evidence shows that Wadih El Hage arranged for the transport of five al Qaeda people from Khartoum down to Nairobi, also during the time that al Qaeda was targeting the American presence in Somalia.

What else does the evidence show? The evidence shows that Wadih El Hage served as Usama Bin Laden's personal assistant, the gatekeeper to the man that was the head of this secret conspiracy. The evidence also shows that in 1994 Wadih El Hage moved from Khartoum, Sudan down to Nairobi, Kenya to become a leader of the East African cell of al Qaeda.

And the evidence shows that when he got down to Nairobi, he maintained a close operational working relationship with the East African cell -- and, ladies and gentlemen, this is the same cell that would carry out the bombings of the embassies in Nairobi and Dar es Salaam; that Wadih El Hage arranged for the facilitation and delivery of false travel documents of other al Qaeda members; that he communicated in code and passed on messages to others in al

5225

Qaeda; that he maintained a close working relationship with others in the East African cell, such as the defendant, Mohamed Odeh.

And in 1997 you heard evidence that Wadih El Hage went twice to visit Usama Bin Laden and his commander, Abu Hafs, here in Afghanistan. And when he returned from that first trip in February of 1997, Wadih El Hage brought back with him a new policy, a policy to militarize, to militarize the cell that in 16 or 18 months thereafter would carry out the bombings in East Africa.

And then you heard that El Hage went back to see Bin Laden in August of 1997, a year after Bin Laden had publicly declared war against the United States, six months after he gave the interview with CNN where he said he would send dead Americans home. And when El Hage returned, he was met by American officials and he testified in a Grand Jury in this courthouse, when the American government was conducting an investigation of al Qaeda to try to learn about what al Qaeda was doing in its war against America, to try to stop al Qaeda

from carrying out its deadly mission.

And it was at that moment that Wadih El Hage was faced with a choice: He could honor his oath, he could tell the truth, he could help the United States against al Qaeda, or he could side with al Qaeda and Bin Laden. And the evidence overwhelmingly establishes that what Wadih El Hage

5226

did was he sided with Jihad, he sided with al Qaeda. The American citizen chose Bin Laden over America.

And he would do it again, because the evidence shows that in 1998, merely weeks after our embassies were bombed, Wadih El Hage testified again in the Grand Jury and again he took an oath and again he chose al Qaeda over the United States. And he lied about key members of al Qaeda, and one of the people that he lied about was the defendant, Mohamed Odeh, which is where we turn next.

What does the evidence show about Mohamed Odeh? The evidence shows, ladies and gentlemen, that Mohamed Odeh was a sworn member of al Qaeda, that he was a sworn member of al Qaeda since 1992; that he maintained his status as a sworn and paid member of al Qaeda through the various fatwahs and declarations of Jihad issued by Usama Bin Laden; that he maintained his status as a sworn and paid member of al Qaeda through August 7th, 1998. Mohamed Odeh received extensive training in Afghanistan in firearms, in explosives such as TNT, and he received advance explosive training at al Qaeda's camps.

The evidence also shows, ladies and gentlemen, that

Mohamed Odeh trained ideologically similar groups in Somalia, once again at the same time while al Qaeda was targeting the American presence in Somalia.

The evidence also shows that Mohamed Sadeek Odeh was

5227

given a business, a fishing business, by the military commander of al Qaeda, a man by the name of Abu Hafs, and that Mohamed Odeh remained an active member of the East African cell of al Qaeda, maintaining contact and working with Wadih El Hage and others. And some of the others that he worked with carried out the bombings and he carried them out with them.

In particular, ladies and gentlemen, the evidence shows that Mohamed Odeh attended several meetings in the spring and the summer of 1998, with the very same people who carried out the bombing, and what you will see and what the evidence shows is that Mohamed Odeh's role was as the technical advisor to those who carried out the bombing in Nairobi.

The evidence also shows that Mohamed Odeh traveled to Nairobi in the days before the bombing. He checked into a hotel using a fake name, supported by a fake passport; that he attended meetings where he knew that al Qaeda was expecting American retaliation for something that al Qaeda was about to do; and that he fled Nairobi the night before the bombing, using that fake passport, on his way to Afghanistan, the headquarters of al Qaeda and the home of Usama Bin Laden, and that he was caught on the morning of August 7th in Pakistan.

Now, the evidence shows that Mohamed Al-'Owhali had a very different role in this case. Mohamed Al-'Owhali was to

5228

carry out the attack. He was the person who was supposed to execute the bombing in Nairobi, and you know from the evidence that he was supposed to die in the bombing.

Now, what the evidence shows is that Mohamed Al-'Owhali also received training at al Qaeda camps in Afghanistan. He learned about explosives, he learned about weapons, but he also learned about hijackings, he learned about kidnappings, and he was proficient enough at this training to earn an audience with Usama Bin Laden. And it was during one of his meetings with Usama Bin Laden that Mohamed Al-'Owhali asked for a mission, a mission that you know he got and that you know he carried out, to the detriment of 213 people.

Now, Mohamed Al-'Owhali, he, too, gets a fake passport and the evidence shows that he goes to Yemen in May of 1998 and then he goes back to Afghanistan, where he gets the details of where it is that the operation is supposed to be carried out. He made a video that was supposed to take credit for his martyrdom operation, a video that al Qaeda was going to show to celebrate its attack against the embassy in Nairobi. And then he got to Nairobi in the early days of August and he met with the other people that he was going to work with to carry out the bombing.

He did some last-minute surveillance of the embassy. He reviewed some photos and some sketches of the embassy. He

learned all about the plan in Dar es Salaam, and then he was given his instructions. And what you know is he carried out his instructions.

On the morning of the bombing, in that back parking lot of the embassy, Mohamed Al-'Owhali got out of the truck, he threw his flash grenades in an effort to get that truck as close to the target as possible -- the American Embassy in Nairobi, Kenya.

Only the plan called for him to die, and he ran. And when he ran, and realizing he had no travel documents and that he had no money, he reached out to al Qaeda. He called Yemen, and Mohamed Al-'Owhali and al Qaeda worked together to rescue Al-'Owhali before he was apprehended in Nairobi, Kenya.

What does the evidence show about Khalfan Khamis Mohamed? The evidence shows that he, too, obtained the requisite training in Afghanistan and that he, too, went to Somalia to train others, but that in March of 1998 Khalfan Khamis Mohamed was approached about doing a Jihad job, a job he readily accepted, and that it was Khalfan Khamis Mohamed that purchased the utility vehicle, that white Suzuki that was used to transport the component of the bomb, the TNT, the gas cylinders, the detonators.

And you learned that Khalfan Khamis Mohamed rented that place, that house at 213 Ilala that functioned as the bomb factory where Khalfan Khamis Mohamed and the others

ground the TNT and put together the bomb and loaded the bomb on the bomb truck so that it could be delivered to the American Embassy in Dar es Salaam. And you know that Khalfan Khamis Mohamed went with that bomb truck and he prayed that the bomb would go off, and he was happy when it did. And Khalfan Khamis Mohamed cleaned up the house in an effort to erase the trail that would connect him and his cohorts in the bombing and he fled to South Africa.

Now, ladies and gentlemen, that was just a brief summary of what the evidence shows that these four defendants did, what it is that they did that makes them guilty of the charges that have been brought against them in this indictment.

What I would like to do now is turn to the chronology and to walk through the conspiracy from its beginning up through the bombings, and you will learn, ladies and gentlemen, that all of the parts connect, that the people within al Qaeda worked very closely together, that they react to situations and that they plan accordingly, and you will see this as we go through this chronology.

Now, the beginning of this conspiracy is in Afghanistan, and that's where we're going to begin. And we're going to talk a little bit about how it is that al Qaeda was set up, how it was structured, who the leaders were, and how it is that al Qaeda transformed itself into an organization



that sought more than anything else to kill Americans.

The conspiracy begins in the late 1980s in Afghanistan, at a time when the mujahadeen are finishing their fight against the Soviet Union, a fight that you know by way of stipulation that the American government supported. But what turned out as an effort to help Afghanis from the Soviet Union transformed into something else, because you heard from the third person to join this group, Jamal Al-Fadhl, the very first witness who testified, and what he told you about was that at the beginning there was this organization called the Mektab al Khidemat, which just means the Services Office. And in fact Jamal Al-Fadhl told you that he would attend and go to meetings at The Services Office in Brooklyn and that's where he found out about the fight in Afghanistan against the Soviets.

And what Jamal Al-Fadhl told you was is that Bin Laden and somebody by the name of Abdallah Azzam were sort of in charge of this Mektab al Khidemat but that Bin Laden had a different view as the hostilities were winding down against the Soviets. He wanted to export Jihad, and he wanted to take the group that had been collected in Afghanistan and he wanted to form a group that would reach out and fulfill his dream, his view of how he thought the world should work.

So Usama Bin Laden, who was pictured in Government Exhibit 100, formed this organization with two other people --

5232

we can show Exhibit 105 -- among others, but the three people that Jamal Al-Fadhl talked to you about who were part of this were, on the left part of the screen, a man by the name of

Ayman al Zawahiri, and then you see Bin Laden there in the middle, and on the right-hand part of the screen is Mohamed Atef, known as Abu Hafs.

And Abu Hafs, ladies and gentlemen, he's going to become the military commander of al Qaeda, the military commander. And of course, as Mr. Butler mentioned in his opening statements, when we're talking about military, we're not talking about armies doing battle, armed opponents battling one another, we are talking about terrorism, we're talking about preying on civilians. And Abu Hafs is the person who is going to run the military committee.

You are going to see later on that Abu Hafs is the person who sets up Odeh with his fishing business. Abu Hafs is the person who is going to meet with Wadih El Hage in Kenya, and he's one of the many, many al Qaeda people that Wadih El Hage is going to lie about in the Grand Jury in 1997 and 1998.

Now, Ayman al Zawahiri is the man on the left. He's one of the founders of al Qaeda. You will see that he's one of people that served on the committees. He's also the emir or the leader of this group known as the Egyptian Islamic Jihad, or EIJ. And EIJ is an organization that forms a joint

5233

venture with al Qaeda. You will see that Ayman al Zawahiri joins in the February 1998 fatwa where Bin Laden says it is the duty to kill all American civilians.

So Jamal Al-Fadhl told you about those three people and he told you that there was another person by the name of

Abu Ubaidah. Now, Abu Ubaidah was the person who was also one of the military commanders of al Qaeda. Abu Ubaidah is the person who drowns in that ferry accident in Lake Victoria in the spring of 1996 and he is one of the military commanders who meets with Wadih El Hage and he's one of the military commanders that Wadih El Hage is going to lie about in 1997 and 1998.

So how did somebody become a member of al Qaeda? Well, you heard from two sworn members. You heard from Jamal Al-Fadhl, the third man to take the oath, and he said that when you take the oath, you pledge allegiance to the emir, Usama Bin Laden, and you pledge allegiance to the group al Qaeda.

And what he meant by that was that you are able, and you are ready and willing and able to do whatever it is they ask you to do that is Islamically correct, as they determine what is Islamically correct through their scholars. And one example that Jamal Al-Fadhl gave you was that he said that if you are in al Qaeda and you take the bayat, you are a doctor and they ask you to wash a car, you wash the car. You do what

5234

they ask you to do, when they ask you to do it, and you carry it out.

And that's precisely what the witness Kherchtou told you -- that he took the same oath and that he understood that he had to follow the Islamically correct orders of al Qaeda and of the emir, and that he would swear allegiance to Bin Laden and the group.

Now, you learned a great deal about the structure of this organization al Qaeda. The undisputed leader is Usama Bin Laden and you learned that under Bin Laden there are committees. The governing council is known as the Shura Council, and the prominent members you heard about. You heard about several, but the ones you heard about that you see over and over again in this case, Abu Hafs, the military commander; Ayman al Zawahirial, the person who is also head of EIJ, the person who was in that picture with Bin Laden.

Another person that was on that committee was Abu Fadhl al Makkee. Different than Jamal Al-Fadhl. Abu Fadhl al Makkee is somebody you are going to hear a great deal about. He is going to be on other committees and he's going to serve a very interesting role that we'll talk about later on.

Then there was the military committee. I talked to you about what al Qaeda means by military, but the two prominent members of that committee were Abu Ubaidah and Abu Hafs; the money and business committee, and this was run by



this person Abu Fadhl al Makkee that I mentioned to you about, and Jamal Al-Fadhl described him for you. He said that Abu Fadhl al Makkee was the person who married Usama Bin Laden's niece. He was the person who had his leg amputated below the knee.

And Abu Fadhl al Makkee, ladies and gentlemen, is somebody who in 1997 al Qaeda is going to believe is cooperating with America, and you are going to hear how the group reacts to that. We're going to go through the

conversations where Abu Hafs, Wadih El Hage's deputy, is on the phone with other al Qaeda members and they are panicking because they think that this Abu Fadhl al Makkee -- and they're going to describe him, with the amputated leg and the person who is with the Sheik Bin Laden's family -- is cooperating with America. And in their reaction, you will see precisely how this group operates, what it is that motivates them, what it is they fear and what it is they want to attack, and that is the United States.

Now, then there's the fatwah committee. The fatwah committee issues these orders. These are the scholars that Jamal Al-Fadhl talked about and this is what forms the basis of what is Islamically correct within al Qaeda. And two of the prominent members you heard about were Ayman al Zawahiri, the person who is in that three-person picture, and another person by the name of Abu Hajer.

5236

If we can display Government Exhibit 106 is Abu Hajer. Abu Hajer is an important person because he is somebody who is going to work for some of these companies that al Qaeda is going to create in Sudan and he's going to work with Wadih El Hage. Abu Hajer is somebody whose business card Wadih El Hage is going to have in 1997, and Abu Hajer, as we're going to go through the chronology, is going to issue some fatwahs that are going to justify, in al Qaeda's eyes, the activities that they are going to carry out against America.

Finally, ladies and gentlemen, you heard about the

media committee, and you heard about this both from Jamal Al-Fadhl and from Kherchtou. And they talked to you about they publish the Jihad paper and they had this funny name for the guy who ran it Abu Musab al Reuter. And they thought that was funny.

The reason that this committee is important, ladies and gentlemen, is because one of the methods that al Qaeda uses in its war against America is to recruit people, and propaganda is something that is very important to them. It is important to recruit people, to train them, so they can carry out operations, and propaganda is important because it is one of the ways in which they seek to terrorize their enemies.

And you see no better example of that than when the group claimed responsibility for the embassy bombings in

5237

Nairobi in Kenya, those claims of responsibility that you saw were sent to London and then re-sent out to the media organizations the day after the bombing. And we'll go through these and explain how you know that those are al Qaeda claims.

Now, both Jamal Al-Fadhl and Kherchtou talked to you a great deal about the methods that al Qaeda operated, and one of the things that was very important to them was maintaining secrecy. Security and secrecy were very important to protect themselves from the Americans and from others that they perceived as their enemies.

From the very beginning, they were protective of their secrets, and throughout they were concerned about learning about those who they thought were informants against

them. And Jamal Al-Fadhl told you that al Qaeda would seek out and kill anybody they suspected of being informants against the group.

What that tells you, ladies and gentlemen, in no uncertain terms, is this is not a charity organization. This is not a benevolent group. This is a group that is very serious about its business and they will do anything they can to maintain secrecy. And the other thing it tells you is that they're going to be very careful about who they trust, who it is they're going to talk about al Qaeda business around.

And it is from that that you know who it is that's in the inner circle of al Qaeda, it is from that that you know

5238

that whether or not somebody observes somebody taking a bayat, they knew who was in and who was not in, who they could talk about business to, al Qaeda business, and who they couldn't. And that is something that looms very important in this case when it comes to determining who is involved in this conspiracy and what it is that they did.

Now, another thing that al Qaeda did to protect itself was it made liberal use of aliases, aliases such as, for example, Bin Laden would be known as Abu Abdallah, or al Qa Qa. And Government Exhibit 4, which I believe you all have a copy of, is a series of pictures with people's names and their aliases as testified to you by Kherchtou.

And you see other corroboration of this, but another person who had an alias is Abu Hafs. And Abu Hafs, the military commander, he went by the name Abu Khadija, he went

by the name Abu Fatima. And other evidence shows that Abu Hafs goes by the name Mohamed Atef, and Mohamed Atef is a name you're going to see in Khalid al Fawwaz's address book, one of people in London. And you are going to see references to Abu al Hafs in Nairobi.

The witness, Jamal Al-Fadhl, talked about a couple of other people he knew and he only knew their aliases, but you will see from other evidence who these people are. He mentioned to you, for example, somebody by the name of Abu Anas, and Jamal Al-Fadhl described Anas al Liby as a computer

5239

expert.

And what you see is that Kherchtou will describe for you, and did describe for you, that Anas al Liby was somebody he received surveillance training with and that Anas al Liby was somebody who was very good with computers. And what you saw was there was a search in Manchester that came in by way of stipulation, one of these many stipulations, and some of the documents that were found in this house, which a passport found in the house shows us is this guy Anas al Liby's house. The computer contains documents that talks about Jihad and talks about the methods of doing Jihad, about using aliases and using fake passports and the need to attack, among other things, the embassies of your enemy.

Somebody else that Jamal Al-Fadhl talked about was somebody he knew as Abu Fazhul, somebody he described as Swahili and French from The Comoros, which he thought was the moon. And you know from other evidence, including Kherchtou,

that that is Harun. Harun will carry out the bombing in Nairobi. He will be the guy who rents the bomb factory. He will be the guy that gets the utility vehicle. He will be the guy that stays behind in Nairobi to clean up, just like Khalfan Khamis Mohamed does in Dar es Salaam.

And Harun is Wadih El Hage's deputy. He is the one who uses El Hage's phone. He uses his computer. He's one of the people that El Hage will lie about in September of 1997



and 1998.

Al Qaeda, as you know, was a transnational organization. People from all over the world joined it and people within al Qaeda traveled all over the world. And al Qaeda, as Jamal al Fadhl told you, trained its members on how to travel secretly so they wouldn't draw attention from people. Al Qaeda trained its members to shave their beards and to wear Western clothes to avoid detention by Western intelligence agencies.

And both he and Kherchtou describe for you that the group would use fake passports, and this is one of the many niche businesses that you are going to see al Qaeda gets into. It's their lifeblood, it's how al Qaeda is able to get their people in and out of countries without being detected.

Kherchtou described for you two people who he said helped do the passports for al Qaeda. One was somebody he knew by the name of Abu Mohamed el Masry and the other one was Harun. And you're going to see Kherchtou doesn't know this, but later on you're going to see evidence that Harun and El

Hage actually did this.

You see that there were travel stamps in the computer, and we will go through the conversations where Wadih El Hage and Harun are speaking with al Qaeda members, arranging for the delivery of passports for al Qaeda people. DHL calls and letters which clearly establish, just as

5241

Kherchtou said, that Harun is involved in this. And you're going to see that El Hage was with him all the way.

Now, both Jamal Al-Fadhl and Kherchtou describe for you the al Qaeda training camp experience. They even described many similar camps, again, many of the names. You heard about places called Miram Shah and Khalid Ibn Walid and the al Farouq Camp and the Jihad Wal Camp and the Sadeek Camp. And during these camps, the group gets training in weapons, they get training in mortars, they get training in explosives, they get training in counter-intelligence, and some of these names, some of these camps are the same places where Mohamed Odeh and Mohamed Al-'Owhali are training later on.

Now, by 1990, the foundation for al Qaeda is in place. Bin Laden, Abu Hafs, Abu Ubaidah, Ayman al Zawahiri are at the top of the organization. And in August of 1990, something that is very significant in al Qaeda lore happens, and that is Iraq invaded Kuwait. And in response to that invasion, you know this by way of stipulation, President Bush dispatched the first of the American troops, with the agreement of the Saudi government, to Saudi Arabia. And he did that on August 7th, 1990.

And eight years later, ladies and gentlemen, that is when al Qaeda will bomb the embassies in Nairobi and in Dar es Salaam. You see, the American military presence in Saudi Arabia is something that becomes the cause of al Qaeda. You



will see this in what Al-Fadhl tells you about Bin Laden's private statements to al Qaeda members and you see this and we will go through this in Bin Laden's public statements.

More than anything else, he says that it is the duty of al Qaeda and, in his view, everybody, every Muslim, to do anything in their power to drive the Americans from Saudi Arabia, to kill them anywhere they are. And on August 7th, 1998, the anniversary of the arrival of those troops, that is precisely what al Qaeda did. That is precisely what they did.

Now, also in 1990 the evidence shows that that is when Mohamed Odeh arrives in Afghanistan. Earlier in his life he had been in the Philippines and he had been studying architecture and engineering, something that he would use later on.

Just like Kherchtou, Odeh arrived at the Bait al Ansar Camp where he left his valuables, just like Kherchtou described for you, and he went to al Farouq Camp and he took training in small arms and he took training in map reading and he took training in basic explosives which included TNT, the same material that would be used to blowup the embassies in 1998.

Now, you know that after Odeh completes his training, he stays around in Afghanistan and he works as a mechanic and

he's around for some of the battles in Afghanistan and that's where he is in 1990. And we'll come back later on as we go

5243

through the chronology.

Now, Jamal Al-Fadhl told you that at some point in 1991, 1992 al Qaeda wanted to leave Afghanistan and set up somewhere else. There was some concern in the group about where to go. One of the places that he considered was the Sudan, but there were some people within the organization that were troubled by this because they didn't know if it was an Islamically acceptable place to be.

And the person who persuaded the group that it was acceptable to go there was this person Abu Hajer. And Abu Hajer is the person I mentioned to you who is on the fatwah committee and he will issue several fatwahs. Abu Hajer says that it is okay for al Qaeda to go there because the organization that runs the Sudan The National Islamic group is a group al Qaeda work with.

So you know from what al Qaeda told you is that the group in fact moved to Sudan, and when the group got to Sudan, one of the things that Jamal al Fadhl himself did was he would purchase farms, farms that the group would use to meet, farms that the group would use for what he called refresh training in some of the terrorist tactics that al Qaeda would teach its members.

And it was after the group moved to Sudan and after the American forces arrived in Saudi Arabia that Bin Laden and Abu Hajer begin to speak privately to al Qaeda members about

Bin Laden's and al Qaeda's views about their duties with respect to Americans. The bottom line was that Americans had to be attacked, and Bin Laden and Abu Hajer issued a fatwah to the members of al Qaeda that they would have to fight the United States to drive them from the Gulf.

Now, at some point in 1992, the defendant Odeh elects to join al Qaeda and he takes the same bayat that Kherchtou and Al-Fadhl did: To follow the emir's orders; to do what the group asks. And what you learn is that Odeh then goes and receives additional training, advanced training in explosives, where he learns how to figure out what type of explosive to use and how much of that explosive to use in carrying out an operation.

And one of the people who trains him is somebody by the name of Abdel Rahman. And Abdel Rahman, ladies and gentlemen, is going to show up at the Hilltop Hotel in Nairobi just days before the bombing in Nairobi, and he's going to meet with Mohamed Odeh just days before the bomb goes off in Nairobi.

Also in 1992, you heard from the witness Kherchtou and he described for you a different type of training that he received. He was ordered to get this training by Abu Hafs, the military commander, and he told you that was training that was offered by somebody he knew as Abu Mohamed al Amriki, and we see him in Government Exhibit 4, page 5. Abu Mohamed al

Amriki, and Amriki means the American. And you see him pictured there and the fake names for Abu Mohamed al Amriki listed there.

This person, ladies and gentlemen is Ali Mohamed. Ali Mohamed, and just to give you a sense of who Ali Mohamed is, he is the person whose house is searched in California in 1998. He is a person who has computer documents and has other documents that show him in communication with Wadih El Hage and other al Qaeda members, and he is one of the people who lurks in the background through this whole conspiracy.

He provides training, he carries out operations, and he maintains contact with critical members in al Qaeda and he is part of the long list of al Qaeda members that Wadih El Hage is going to lie about in the Grand Jury in September of 1997 and 1998.

And what Kherchtou told you about the training he was offered is he was trained with a small group of people, and one of the people he was trained with went by the name of Anas al Liby. And he's also pictured in Government Exhibit 4-9. Anas al Liby is one of the people that Kherchtou trained with, and to put it into context, Anas al Liby is one of people he is going to visit in Kenya in 1993 with some camera equipment. He is going to be one found on Moi Avenue, about 500 meters from the American Embassy, and his picture is going to be found in the files of Wadih El Hage in Nairobi in 1998.

5246

Now, what is it that these folks were trained in?

Well, Kherchtou told you that they were trained how to make surveillance of a target, and he described for you how they would learn to target buildings, to collect information on that building, for example, by taking pictures, and they learned how to use small cameras and to take pictures surreptitiously.

And they would learn how to develop these pictures and to put this information into a report, a report that would be marked secret, that would tell the reader when the report was prepared, what the target was. The target would be given a number, and then somebody else would carry out whatever it was they were going to do with this.

One of the things that Kherchtou described for you was that, in addition to learning how to target the exterior buildings, the group would learn how to go into a room. And I don't know if you remember, but during his testimony when he described this, he looked around in this room, almost doing a quick surveillance himself, and it was very instructive to you, ladies and gentlemen, because it tells you something about al Qaeda. It tells you that there's a part of al Qaeda that remains in every single one of these people.

Jamal Al-Fadhl, when he testified and he was asked questions, Can you tell us how al Qaeda did this? Can you tell us how al Qaeda did that? Did you notice every now and

5247

then he would say "we." We would do it this way. We would do it that way.

This is a group that trains its members very

effectively, ladies and gentlemen. One of the things that Kherchtou said to you about Anas al Liby -- he was the person we just saw in that picture -- Anas al Liby was somebody very good with computers. He bought a computer, in fact, in connection with training.

Remember what Jamal al Fadhl said. He heard of somebody Anas who was a computer expert, and you're going to see additional evidence of Anas al Liby's expertise in computers.

(Continued on next page)

5248

MR. KARAS: (Continuing) One of the things that Kherchtou said to you that he learned in this training was that there were four parts to an operation. There was surveillance; there was targeting, which is what the bosses would decide; there were facilitators, the people who would

supply; and then there were the executors, the people who would carry out the operation. Ladies and gentlemen, you are going to see that those four parts of an operation are very similar to what Mohamed Al-'Owhali described to Agent Gaudin in his confession. That is precisely what he was instructed about, precisely the way Al Qaeda teaches its people that an operation has to be carried out.

The corroboration from what Kherchtou says is seen in one of the computer documents from Ali Mohamed's house in California, Government's Exhibit 353. As I said, this is one of the documents that is found on a computer in Ali Mohamed's house. At the bottom of this page you see, it is written as MO3 Iana plan. Number one, you write the date of the writing of the plan; 2, the date of the starting of the execution; 3, specifying the target; 4, the team doing the drawing and the description; 5, the equipment; 6, the cover. That's how you carry out a surveillance operation and that's what Kherchtou said he was trained in and that's what you see in that document.

One of the other documents found in Ali Mohamed's

5249

computer describes the four levels of organizing an operation, Government's Exhibit 355, another document found in Ali Mohamed's computer. At the very top there, you see how it is described, the idea of working. Remember, one of the codes that you learned about Al Qaeda, jihad is called work. Work is not 9 to 5, doing your job and getting paid a salary, work is doing jihad. Ali Mohamed describes it just as, and there

he says just like Kherchtou told you, headquarters, information, preparation, execution, the four phases to an operation that Al Qaeda is trained in, just as Kherchtou described for you.

Kherchtou told you that after completing some of this surveillance training, he took part in some electronics training. He didn't graduate in the course but learned about remote controls to be used in watches, radios and so forth, and he mentioned to you that he himself knew that by 1992 there was discussion among Al Qaeda that the United States was the enemy of Islam, that the United States was the enemy of Islam. Indeed, by 1992 and 1993, the witness Jamal al-Fadl told you that Bin Laden and Abu Hajer had issued a very specific fatwah regarding the United States, that it was their argument that the prophet Mohamed would not tolerate two religions on the Holy Land and therefore they had to be attacked. In their view, what the United States was doing was Islamically correct. In their view, what that required, what

5250

that obligated was attacking the United States.

There has been some discussion about what is Islamically correct and what isn't Islamically correct. You are not a court that decides that. This isn't an Islamic court. That's not the point, ladies and gentlemen. Whether the imam Siraj Wahhaj is correct that the prohibition is that there can only be two religions in Mecca or whether that covers Saudi Arabia is not a question that you have to resolve, because what matters is what Al Qaeda thinks, because


PEC-KSA003127

it is based on that premise that they carry out the actions that they do, and from their perspective a long, long time ago, it was the obligation of their members to carry out these attacks.

Jamal al-Fadl described for you that these statements and these fatwahs would be issued, that meetings would be held among the inner circle of Al Qaeda, people who could be trusted, at the guesthouse in the Riyadh section in Sudan. He described to you that one of the people who would attend some of these meetings would be the defendant Wadih El Hage. Remember, ladies and gentlemen, what I said earlier. Only those they trust can attend these meetings. You have to be trusted to be allowed in.

One of the things that Al Qaeda did in 1992 and '93 in Sudan was set up a business network. Remember what Jamal al-Fadl told you about Bin Laden's business. He told you in

5251

one story about how the group went to him and said the business isn't going that well. And Bin Laden said to them our purpose is bigger than business.

The business is bigger than jihad, ladies and gentlemen. It provides resources that finance the operations. It provides a way that employs the people that you want to keep employed. It provides terrific cover if you want to bring in munitions or have people travel. Al-Fadl told you about the plane that went up with sugar to Afghanistan and returned with guns and rockets. It's a great cover.

Al-Fadl described for you some of the companies that

were called Wadi al Aqiq. There was the company called Al Hijra, the construction company, the farm company, and Al Qudurat Transportation Company. The farm company, for example, maintains the farms where Al Qaeda can meet and train its members. Some of the prominent members of Al Qaeda were some of the employees of these companies. They were some of the managers. But first and foremost they were Al Qaeda members. So yes, there was a lot of business going on. But the motive wasn't profit. This wasn't an attempt to get on the Fortune 500. This wasn't Money Incorporated, ladies and gentlemen, this was about Jihad Inc. This was the purpose to these businesses and this is why Al Qaeda used them.

One of the things that the witness Jamal al-Fadl described for you that he did for the companies was, he was in

5252

charge of the payroll for the Al Qaeda people. Remember, he described that people would get paid two salaries. They would get paid a salary if they worked for the company, and those who worked for the company and who worked for Al Qaeda got a stipend. It was Jamal al-Fadl who was one of the people who would hand out that Al Qaeda bonus, if you will.

Jamal al-Fadl told you that the person he trained to replace him was the defendant Wadih El Hage. As far back as in Sudan in 1993, this is one of the things that Wadih El Hage does for Al Qaeda. Jamal al-Fadl gave you a very detailed description of the offices that Al Qaeda had, the Wadi Al Aqiq offices. Remember he said this person had an office, the first office on the left and the second office on the left.

He described for you an office in the residential section of Khartoum that was very exclusive, where Bin Laden had an office and Abu Hajer had an office and Wadih El Hage had an office. To get to Abu Hajer and to get to Bin Laden, you had to get through El Hage. El Hage very early on serves as the gatekeeper to both Abu Hajer and Bin Laden.

You remember the testimony of Essam al Ridi. He is the person that we all remember who crashed Bin Laden's plane. He is the person who described for you that same office, that very exclusive office in that section in Khartoum in 1993.

Yes, Al Qaeda would sometimes send its people to buy tractors. Yes, they would buy bicycles. Yes, they sold

5253

sesame seeds. But they also made efforts to buy chemical weapons, and al-Fadl gave you that very specific story about the group's efforts to obtain nuclear weapons. Nuclear weapons, we submit, are not weapons that one uses when you target one victim, it is when you go after targeting entire people. That is what he was trying to do as far back as 1993, al-Fadl told you.

Something else happens in 1992, 1993, and that something else, ladies and gentlemen, is the peace-keeping effort in Somalia. You know that at some point the United States government joined the United Nations effort in Somalia, and you heard from Dr. Samatar that there was mass starvation in Somalia and the United Nations showed up in an effort to deal with that problem.

Ladies and gentlemen, Al Qaeda had a different view

of that mission. The American presence in Somalia angered Al Qaeda. They saw it as an effort to colonize Somalia, an Islamic country. You heard that Abu Hajer joined with Usama Bin Laden issue a fatwah to the members of Al Qaeda to do what they can to stop the Americans, to drive them from Somalia. The specific words that Bin Laden used were, we have to cut off the head of the snake.

As far back as 1993, this is what is on Al Qaeda's mind, the United States presence in Somalia.

Abu Hajer in his fatwah described how it was



Islamically acceptable to attack the infidel, to attack the enemy even if that meant that you were going to kill what they called innocent third parties. Jamal al-Fadl told you about how Abu Hajer relied on this scholar Ibn al Tamiyeh, who gave the parable of the Tartars and the battle that justified these attacks even if it meant killing innocent people.

Ladies and gentlemen, you are going to see that Bin Laden is going to rely on this person Ibn Tamiyeh. In the August 1996 declaration against the United States, Bin Laden makes clear that we will do whatever it takes to drive Americans from the Gulf, exactly the way al Fadl described it for you. You saw it in a different form. When Khalfan Khamis Mohamed was asked does it occur to you that you were going to kill Tanzanians and not Americans, Khalfan Khamis Mohamed said yes, that's part of the job, but if they're innocent, Allah will take care of them, and if they're not, then they are going to get what they deserve. That's exactly what al Fadl

said Abu Hajer told the group. If they are innocent, they will go to paradise. If not, they will get what they deserve.

Is this really Islamically correct? I don't know. But is it what Al Qaeda believed? Absolutely. And once they adopt that belief, it makes perfect sense that they would carry out among other things the operation of East Africa in August of 1998.

So once Bin Laden and Abu Hajer raise a call to arms

5255

with respect to Somalia, Somalia becomes a magnet for Al Qaeda people. Jamal al-Fadl described for you that Abu Hafs the military commander took two trips. The first was for all practical purposes a scouting mission. When he came back from this trip he told Jamal al-Fadl that I went down there, I don't think we can take America head on. This is what Jamal al-Fadl said. He said there are different tribes down there. There is no one in control. But we will start a little bit and if it goes good we'll go bigger.

You know, the witness Dr. Samatar described for you the situation in Somalia, that there were many tribes and that they were fighting amongst each other and fighting collectively against other tribes. That is exactly what Abu Hafs recognized when he went there.

Ladies and gentlemen, Al Qaeda didn't storm the beaches with an army and we are not submitting to you that Al Qaeda members were the ones that fired the rockets or the bullets or set off the mines. What we are saying to you is that Al Qaeda sent people to Somalia to pursue its goal to

drive the Americans out of Somalia. If that meant training people to carry out operations, that's what they would do. If it meant training some who would train others, that's what they would do.

At bottom what this reflects is that as far back as 1993, Al Qaeda is going to focus wherever America is and do

5256

whatever it thinks it can to carry out its mission. Abu Hafs recognized the need and the limitations, but nonetheless, as you will see, Al Qaeda did what it could to drive the Americans out.

In fact, Jamal al-Fadl described a second trip that Abu Hafs took, and when he returned from the second trip he said that Al Qaeda was responsible for what happened to the Americans. Again, does that mean he is saying that Al Qaeda members were the ones that fired the guns? Not necessarily. They are responsible, whether or not he is even telling the truth, feel responsible, which tells you a great deal about their mind set.

When the call to arms goes out, help comes from everywhere. From Khartoum -- again, we are talking about 1993 -- you remember the testimony of Essam al Ridi, the pilot who was called by Wadih El Hage when he was back in Texas to see about buying a plane for Bin Laden. One of the things that El Hage asked Essam al Ridi was if a plane would have enough range to go from Pakistan to Sudan because he wanted to know if Essam al Ridi would help deliver Stinger missiles from Pakistan to Sudan, at precisely the same time that American

forces are in Somalia.

The other thing that Essam al Ridi told you was after he bought the plane and brought it to Khartoum, Wadih El Hage asked him to fly five members of Al Qaeda from Khartoum to

5257

Nairobi, which borders Somalia to the southwest. Essam al Ridi told you these five people got on a plane and he described the plane and that's all he told you. But remember, Kherchtou told you that he remembers hearing that the Bin Laden plane flew five people down from Khartoum to Nairobi, one of them being Abu Hafs, the military commander, and that those people went on to Somalia.

Same story, different perspectives, just like Mr. Butler said. Different people from Al Qaeda who have different perspectives, giving you from beginning to end, the efforts by Al Qaeda and El Hage to help Al Qaeda fulfill its goal with respect to Somalia.

Ladies and gentlemen, this is one of many examples where you see Wadih El Hage acting as the facilitator for Al Qaeda, not the mediator, the facilitator. Think of it in terms of an army, but remember, this isn't really an army. When an army fights, there are people who go to the front, but there are important logistics people, facilitators who have to make sure that the people at the front are fed, that they are clothed, that they get communications, that they will get messages. That is the role that Wadih El Hage serves. No. We are not going to present any evidence that he wired any bombs, that he offered any training, that he received any

training. But that doesn't make him not in this conspiracy. On the contrary, what the evidence shows is that he provides



an essential role for Al Qaeda. Remember what Kherchtou says? You don't have to fire a gun to be in Al Qaeda. You don't have to fire a gun to be part of this. Kherchtou was one of the facilitators and you will see others, and that is one of the roles that Wadih El Hage plays in this conspiracy.

Kherchtou described the perspective from Nairobi, the help that was offered in Somalia from the south. Remember, he said that he was specifically ordered to go to Nairobi to help out any way he could. He was a facilitator. He was somebody who was there to provide housing. He was somebody who was there to provide visas and translating if they needed, and Kherchtou told you about some of the people that went into Somalia on behalf of Al Qaeda. He described somebody by the name of Abu Mohamed el Masry, who we know is al Saleh. He described Saif al Adel and a person by the name of Shuaib. We will talk about those people later on.

In particular what Kherchtou told you was that he remembers Harun, Wadih El Hage's future deputy, telling you that he and Saleh, this person known as Abu Mohamed el Masry -- just to give you some perspective, this is a person pictured in Government's Exhibit 119. This is Saleh. And that Harun told Kherchtou that he and Saleh went into Mogadishu in Somalia and worked with some of the local tribes to try to construct a truck bomb to attack the UN forces that were there, an effort that was unsuccessful. And Harun told

Kherchtou that they were there one day in a neighborhood in Mogadishu in a building when they saw helicopter gun fight, helicopter firing in a building that was in the neighborhood. Harun told Kherchtou that after that they decided they had to get out because they might get caught, some of the people that went to Somalia, ladies and gentlemen, that you will see over and over again, all of which is a reflection of what Al Qaeda was doing at the time and who they were targeting.

Kherchtou told you about the electronics contractor who worked in Pakistan, person who worked with the remote devices, he was in Nairobi at the time. One of the other people that Kherchtou said was in Somalia was the person he knew as Marwan. That's the defendant Odeh. In fact you remember the defendant Odeh in his statement to the FBI said in fact that he was given an order by Bin Laden through an Al Qaeda intermediary, somebody by the same of Saif al Adel, to go to Somalia, and the mission was that Al Qaeda was going to train a group the most closely aligned to Al Qaeda. That's what Odeh did. He went to Somalia, the southeastern part of Somalia, and he provided training to one of the groups there. Remember, what Odeh told the group was, this is a group that feared, just like Al Qaeda did, that the UN was going to cause this group to lose its power, and Odeh described a fire fight that involved the tribe and a UN force down in the southern part of Somalia.

When he was in Somalia, Odeh met up with Abu Hafs, the military commander of Al Qaeda. Abu Hafs told Odeh that what he did was, he went to Mogadishu and he met with some of the groups, and one of the people he met with was Fahad Aidad, one of the more prominent warlords in Somalia. Abu Hafs told Odeh that Al Qaeda had agreed to work with Aidad and others to attack the Americans. Again, just like Abu Hafs described, tribes fighting tribes, go in a little bit and see if it's good, and maybe we will go bigger.

The other thing Odeh told the FBI, while he was in Somalia he met with somebody named Daroud, who told him that he had participated in attacks against the United Nations and the United Nations was leaving.

The final thing to consider about Odeh and Somalia, ladies and gentlemen, he told the FBI he was there in March 1993 and he left in November 1993, again, at the heart of the time when the American forces are in Somalia, the heart of the time that all this other activity that Al Qaeda is engaging in to drive the Americans from Somalia is going on.

That is where Al Qaeda sits in 1993, and you see the import of Somalia in a number of ways. First, it tells you about the mind set, and we talked about that. Second, who Al Qaeda sends to Somalia introduces you to some of the people that you will see play a more prominent role in this conspiracy as it evolves and develops. The third thing is,

5261

you will see a number of different ways it corroborates

precisely what Kherchtou told you about al Fadl, where he too claims credit for what happens in Somalia.

The last thing, ladies and gentlemen, the reason Somalia is important, it establishes the link between Al Qaeda and Nairobi. Remember what I said at the beginning. The thing about this conspiracy and why it makes sense for us to do this chronically, you see that events have a cause and effect relationship. Because Al Qaeda wanted to target Somalia, they decided they had to set up operations in Nairobi. Once they set up operations in Nairobi, they have a foundation in place that they are going to make use of five years later to attack the embassies in East Africa.

What you know not only from Jamal al-Fadl and not only from Kherchtou but from some of the documents that were seized and the phone records and communications, it is that Al Qaeda has offices all over the world. It is like a multinational organization. It has hubs. It has headquarters in Afghanistan. It has headquarters in Sudan. It has a hub in Nairobi. It has a hub up here in Azerbaijan. We will go through telephone calls with Al Qaeda people in Germany. There were documents seized in England. But one of the key hubs is going to be Nairobi. And of course if you are Al Qaeda, you want to make sure that the people you have running that hub are people you trust and people who will do what you

5262

need them to do, something that will play out as a very important factor as we go through the evidence.

THE COURT: Is this a good time?

MR. KARAS: Yes, your Honor.

THE COURT: We will take a break.

(Jury excused)

THE COURT: Mr. Wilford.

MR. WILFORD: Your Honor, may we be heard in the robing room?

THE COURT: Yes.

(Pages 5263 through 5265 sealed)

(Continued on next page)



(Recess)

(Jury present)

MR. KARAS: May I proceed, your Honor?

THE COURT: Yes, please.

MR. KARAS: We left off in Nairobi in 1993, and what

I was saying was that the witness Kherchtou was the person who had been sent to Nairobi to the base of operations, the new base in Nairobi at the time that Al Qaeda was targeting the American presence in Somalia. Kherchtou told you about two people that he met when he first got to Nairobi. The first was somebody who he knew by the name of Nawawi. We see pictured here in Government's Exhibit 4-12. Nawawi's real name is Ihab Ali, and you see a couple of his other nicknames, Abu Suliman, and Joseph Kenana and Abu Jaffar al Tayar. He is another person who lurks in the background as we go through this chronology. He is somebody who is an Al Qaeda member, and he is somebody who ends up in Florida and somebody who is going to be exchanging communications with Wadih El Hage, communications that Wadih El Hage denied having any knowledge of before the grand jury in September of 1998. We will talk about those communications, but this is somebody that Kherchtou told you he met in 1993 in Nairobi.

Another person who he met there is displayed in Government's Exhibit 4-13. This was somebody he told you he knew among other names as Abu Khalid al Nubi down at the

5267

bottom. This, ladies and gentlemen, is Mustafa Fadhl, who also goes by the name Abu Jihad and Khalid. Khalid is a name you will see in some of the documents that Wadih El Hage brings back, documents that talk about the new policy that Wadih El Hage brings back, to militarize the cell in East Africa when he returns from his visit with Bin Laden in 1997. You will see references to Khalid in some of those documents.

Mustafa al-Fadl is one of the prominent members of the cell in East Africa and he is a person who among other things is going to be in charge of the operation in Dar es Salaam to blow up the embassy in Dar es Salaam. He is the person who is identified by Khalfan Khamis Mohamed as the person who approached him to do the jihad mission in March of 1998. He is the person that Khalfan Khamis Mohamed lives with at that bomb factory that Khalfan Khamis Mohamed rented at 213 Ilala.

This is what I was saying earlier, ladies and gentlemen. You see these participants in this case come up early. They are participants in the conspiracy to murder US nationals.

Let me just say for a moment, by the way, when I talk about the conspiracy to murder US nationals and Al Qaeda's involvement, I am talking about the first count in the indictment, the count which charges a conspiracy among the people you will see named in that indictment that include these defendants and others, some of whom were members of Al

5268

Qaeda, to murder nationals of the United States. What I ask you to bear in mind, and we will go through the counts, probably tomorrow, that there are four conspiracies. There is a conspiracy to use weapons of mass destruction against American targets, there is a conspiracy to kill the officers and employees of the United States government, and there is a conspiracy to destroy American buildings by way of explosives. So when I say the conspiracy, what I am referring to, in shorthand, is the first count, the conspiracy to murder

nationals of the United States. We will talk about the other conspiracy counts. But I wanted to alert you to that at this point as we go through the evidence.

One of the things that Kherchtou said that he was supposed to do was to learn how to fly, and he was sent to a school in Nairobi. He told you that when he first got to Nairobi, he stayed at a Ramada Hotel and that after he met Nawawi and Mohamed Abu al Nubi, he met some other people, including Abu Ubaidah al Banshiri, the person who is the military commander of Al Qaeda. What Kherchtou told you about Abu Ubaidah was that Abu Ubaidah lived a secret life in Nairobi. He had a second wife in Nairobi, he had another wife that was, I believe, up in Khartoum. Kherchtou told you that that was something that very few people knew about, that Ubaidah had a second wife and family, that it was something that he was keeping secret. You may remember the testimony of



Ashif Juma, the person who was with Abu Ubaidah in the ferry accident, he is the brother-in-law of Abu Ubaidah. He told you that when Abu Ubaidah got married to his sister, there was nobody from Abu Ubaidah's side of the family who was at that wedding. That aligns precisely with what Kherchtou told you about the life that Abu Ubaidah was living in Kenya at the time.

The other person that Kherchtou introduced you to was somebody by the name of Khalid al Fawwaz, who is pictured in Government's Exhibit 4-11. You will see his aliases down below, Abu Omar al Sebai and Hamad. What Kherchtou told you

was, for example, when he needed expenses paid for the flight school or the hotel, he would go to Abu Ubaidah, and if Abu Ubaidah wasn't around, he would go to this person pictured in government 4-11, Khalid al Fawwaz. Fawwaz was somebody who helped run the base in Nairobi for Al Qaeda. He worked under Abu Ubaidah. He is someone you will see shortly is replaced by the defendant Wadih El Hage.

One of the things that Kherchtou told you about Abu Fawwaz, and this is a common refrain within the Al Qaeda story, Fawwaz tried to start a business in Nairobi, and he named it Asma, and it was named after Fawwaz's daughter. The business didn't work out. He tried to import some vehicles from Dubai, and at the end of the day the business failed because the cars were expensive and he couldn't resell them.

5270

One of the ways you know Kherchtou is telling you exactly the truth about this, there are documents found in Wadih El Hage's files that belong to Khalid Fawwaz. For example, you see Government's Exhibit 626 on the screen. Government's Exhibit 626 is one of the documents that I mentioned. This is an articles of association of this company Asma Ltd. that Kherchtou described Khalid al Fawwaz tried to find. This is the first page. If you take a look at the bottom of the first page, you see the name of the attorney who prepared these papers, M.M. Chaudhri. That is a name that Kherchtou testified about in connection with the group's efforts to free Fawwaz when he was arrested by Kenyan authorities, something we will talk about in a minute.

If you take a look towards the end of this document, you will see who the ostensible board of directors is of this company. Mohammed Karama Salim, businessman; Khalid al Fawwaz, businessman; and Jalal Fouad, businessman. Just like Kherchtou told you, Fawwaz starts the business, and the person at the bottom, Jalal Fouad, you will see, is Abu Ubaidah, the person who dies in the ferry accident, Abu Ubaidah the military commander who Wadih El Hage is going to not only lie about but even deny that he knew him by that name Jalal.

So you see, as far back as 1993 and into 1994, Khalid al Fawwaz and the others are playing out the Al Qaeda play book in Nairobi. They are establishing businesses, they are



living in Nairobi, but they are actually also carrying out the activities of Al Qaeda. You will see the connections here between these two gentlemen in this business.

There were other documents that were found among Wadih El Hage's files and we are not going to display them now. We will talk about them later. But there were phone records registered in Khalid al Fawwaz's name, Government Exhibit 626. A copy of Fawwaz's passport, Government's Exhibit 622A. There was a stamp for Asma Ltd., Government's Exhibit 629, and a business card for Abu Karama Muslim, Government's Exhibit 630.

You heard from Kherchtou that before Ramadan in 1994, which there was a stipulation on was February of 1994, so before that, he remembered his former surveillance trainer Abu Mohamed al Amriki come to Nairobi with the person Anas al

Liby, the person with whom he received the surveillance training. Remember Anas al Liby and Ali Mohamed. Ali Mohamed, the trainer who Kherchtou knew as Abu Mohamed al Amriki, and the computer expert, who did the computer training on surveillance. What Kherchtou told you was that they arrived sometime before February and other Al Qaeda people show up right about this time: Abu Hafs, the military commander; Abu Fadhl al Makkee, one of the founders, leader of Al Qaeda; and Abu Ubaidah.

This is precisely when it was that Ali Mohamed

5272

arrived. If you look, for example, at Government's Exhibit 362, this is Ali Mohamed's passport. If you take a look at page 7 of that, you see an entry stamp for his arrival into Nairobi on the 9th of December 1993. If we take a look at Khalid al Fawwaz's passport, which I had mentioned earlier is Government's Exhibit 622A, and one of the documents found in Wadih el Hage's files, there you see the Saudi passport for Khalid al Fawwaz, and there you see on the left, and being highlighted for you, is the entry stamp for December 17, 1993. What Kherchtou tells you is that Abu Mohamed al Amriki and Anas al Liby set up a photographic operation in Kherchtou's apartment. They set up a camera and photo developing equipment and folders and they set up a lab. He told you that one day he was walking down the street on Moi Avenue about five hundred meters from the American embassy, and Abu Moustafa Karama. He told you he knew that Al Qaeda was targeting the United States. He also told you this is a time

when Abu Hafs, the military commander, and Khalid al Fawwaz was also in Nairobi. What I submit to you, ladies and gentlemen, is that what Kherchtou was telling you about as corroborated by some of the other physical evidence is that Al Qaeda members and those associated with Al Qaeda are there to conduct surveillance of American targets. One of the targets that you know they were near with a camera was the American Embassy. You will see evidence, of course, that other people

5273

in this conspiracy participated in the bombing of the American Embassy.

Anas al Liby, the person with the camera, he is the person I mentioned earlier was living in Manchester in the United Kingdom. By way of stipulation you learned there was a search of this place in Manchester and one of the things found in this search was a passport. If you look at Government's Exhibit 1675, you see the passport and the name there, Al Raghie Nazeh, if you see on the top right. You see the picture and you compare that to the picture of Government's Exhibit 112. If you compare it also on the right-hand side of the screen to Government's Exhibit 604, 604 is a series of passport-size photos that are found among Wadih El Hage's files in that MIRA office in 1998, and one of those photos is a photo of Anas al Liby, who has that passport in Manchester in the United Kingdom. One of the things found in the search of Anas al Liby's house is a document that is a manual on terrorist activities. In fact, if you look at Government's Exhibit 1677, the second page, the document is entitled

Declaration of Jihad Holy War Against the Countries, Tyrants, Military Series. On the 12th page of that document there is a description about how to organize for operations, and it describes forged documents, counterfeit currency, apartments and hiding places, communication means, transportation means, and on down. At the bottom of that document there is a



description that one of the things this document advocates attacking, number 7, blasting and destroying the embassies and attacking vital economic centers.

So, ladies and gentlemen, you have in 1993 the person who does the surveillance training for Al Qaeda, the person who is the expert in the computers, the person with the camera near the embassy, developing pictures in a secret lab, attending meetings with other prominent people in Al Qaeda, at a time when Al Qaeda is targeting the United States.

Now we get to 1994. 1994, during Ramadan, Kherchtou tells you, which you know is in February 1994, Kherchtou tells that you Khalid al Fawwaz, among others, gets arrested, and one of the people who helps out to get Khalid al Fawwaz released is Abu Fadhl, the person pictured in Government's Exhibit 117, again, Mustafa Fadhl, the person that Kherchtou met when he first got to Kenya, the person who is going to carry out the operation to bomb the embassy in Dar es Salaam. What Kherchtou told you was that when Fawwaz got arrested, he reached out for a lawyer named Mr. Chaudhri, the lawyer who prepared the documents for Asma Ltd., who told you about their efforts to get him. Kherchtou also told you that the group


PEC-KSA003147

contacted Abu Ubaidah who was at the time in Sudan to spend the time and money to get Khalid Fawwaz out, and Abu Ubaidah gave his blessing.

Eventually they get Khalid Fawwaz out from jail and



what you learn from Kherchtou and you see in the other exhibits, Khalid al Fawwaz leaves Nairobi. What I submit to you, ladies and gentlemen, is, he leaves Nairobi and he goes to London, which you will see him and we will talk about, because he has attracted the attention of the authorities, and to take the heat off the group Khalid al Fawwaz is going to get out of town to make sure the attention he is attracting doesn't spill over to the others in the group. You will see this played out by Wadih El Hage three years later.

What Kherchtou tells you is that when Khalid al Fawwaz leaves, soon thereafter, who arrives from Sudan but the defendant Wadih El Hage. He specifically described it as Wadih El Hage took over. Kherchtou told you that when Wadih El Hage arrived, he lived with Wadih El Hage. First they lived together in a hotel. Then he told you that Wadih El Hage rented a place, Fedha Estates, which had a house and separate back place where he would stay. You know that is exactly right, because Agent Coleman who testified about the search of the Wadih El Hage's house, you remember he testified that they got some tapes in that separate back house. What does Kherchtou telling you about being with Wadih El Hage in Nairobi? He tells you that he personally sees him meet with Abu Hafs, the military commander of Al Qaeda. He says they

meet two or three times in Wadih El Hage's house in Nairobi. Kherchtou was there for those meetings. He tells you that El



Hage and Abu Hafs took one of the cars that belonged to Al Qaeda and took a trip to Mombasa, and wouldn't tell Kherchtou what they were doing there.

Kherchtou also told you about how they came to Wadih El Hage and Kherchtou about arranging some travel for Abu Hafs and specifically told him do not tell Abu Mohamed al Amriki because I do not want him to know the alias I am traveling on. So when he needed to make a secret trip and wanted people to facilitate the trip, he went to the people that he trusted. Kherchtou told you about it, and he told you it was him and El Hage the military commander trusted. It is the same Abu Hafs that Wadih El Hage will lie about in the grand jury in 1997 and 1998.

Kherchtou also told you that Abu Hafs and Wadih El Hage met together many times and that Wadih El Hage was one of the people in on Abu Ubaidah's secret life in Kenya. He told you the story about the watch that had Wadih's name on it and ultimately ended up with Abu Ubaidah's wife. Kherchtou also told you the story about Abu al Nalfi, the person with the amputated leg, purchased dogs for security and Kherchtou went out and got these dogs and arranged to have them shipped to the Sudan.

What else happened in 1994? Mohamed Odeh settles in Mombasa in Kenya, along the coast. He is set up in a fishing business by Abu Hafs, the same military commander, who gives

him a boat and a couple of employees and agrees to give him an Al Qaeda salary. You know about some of this business because of some of the documents found once again in Wadih El Hage's files. If you look at Government's Exhibit 614, 614 is a letter -- you can see it is dated January 1995, from Mohammed Karama, who appoints Mohamed Odeh, and he gives an i.d., 1773666, an i.d. that you will see is the i.d. number that was obtained when he got his identification in Kenya, which we will see in Government Exhibit 507 on the right. It is being highlighted for you. There you see Odeh's Kenyan i.d. number.

There are a couple of other things that are interesting about this document regarding Odeh's i.d. number. If we pull up on the left Government's Exhibit 508 and if we highlight down at the bottom where it talks about mother's names, where each applicant is to give their mother's names -- I just want to highlight the lower section of each one -- on the left, and now it's been magnified for you, is the application for Mustafa Fadhl. You will see that he lists his mother as Marion Omar Hassan. By the way, he claims he was born in Mombasa. Let's look at what Odeh puts down for his mother's name. Miriam Omar. The other thing you see on that document is that Odeh lists his country of birth as Kenya, which is something he did not tell the agents. He told the agents he was not from Kenya.

The other thing that happens in 1994 -- remember I

told you Khalid al Fawwaz, the person that Wadih El Hage replaced, after his release he goes to London, England, and what he does is, he sets up an organization called the Advice and Reformation Committee. It is set up with the support of Usama Bin Laden. If you look at Government's Exhibit 1606, a document found in Khalid al Fawwaz's house in London, this is a document that establishes by way of resolution -- and you see the signature there of Usama Bin Laden, and if we look at Government's Exhibit 1606-T, you see that July 1994 is when it is that Khalid al Fawwaz is set up as the leader of the London office of the Advice and Reformation Committee. What I submit to you, ladies and gentlemen, is, the Advice and Reformation Committee is another front organization. It is something again that is out of the Al Qaeda play book. They establish a front. They can do what apparently are legitimate activities that are used to shield a second line of work, work that supports the activities of Al Qaeda.

Towards the end of 1994, Kherchtou tells you that Ali Mohamed, Abu Mohamed al Amriki, comes back to Nairobi and that there is a meeting that takes place just among Kherchtou and Abu Mohamed al Amriki. What he says is that Abu Mohamed told Kherchtou that Abu Hafs and he, Kherchtou, were supposed to go do some surveillance work of French targets in Senegal and that they were going to do that together, but that they ended up not going because what happened was, according to

5279

Kherchtou, there was a phone call that came in on the mobile

phone that Wadih El Hage had, and Wadih El Hage had some issues that he needed to resolve in the United States, some problems.

What you see in Government's Exhibit 364C, one of those many summary charts that you saw, this one is calls from a number in California, 408-244-1209. That is Ali Mohamed's phone back in California. You see on October 18, 1994, two calls: 254, which is the country call for Kenya, 7120221, which is the mobile phone number that El Hage used, just as Kherchtou described for you.

What you know by way of stipulation is that Ali Mohamed was dealing with the American authorities back here in the United States. There are discussions with an FBI agent, there are discussions with a prosecutor, and there are telephone calls at right around the same time these meetings are going on, again from Ali Mohamed's phone. You can see the calls there back and forth to the numbers in America. And you also see a call there on December 20 to the mobile phone for Wadih El Hage. And then again down at the bottom on December 22 there are two calls. So while Ali Mohamed is dealing with the American officials, he is maintaining contact with the Wadih El Hage mobile number in Nairobi.

That is where things stand as of 1994. You have met some of the participants in Al Qaeda, some of the members in

5280

Al Qaeda, some of the people who went to Somalia to further Al Qaeda's goals there, and you see that the Nairobi base of operations is firmly in place by 1994. You saw Harun, and he

was one of the people who went to Somalia. You saw Mustafa Fadhl, one of the Al Qaeda members who will show up later in the bombing in Dar es Salaam. Mohamed Odeh is set up in his Al Qaeda fishing business. Khalid al Fawwaz, one of the leaders within the base in Nairobi, has moved on to London. And of course, Wadih El Hage, his replacement is in place by 1994.

In May of 1996, you heard from Kherchtou and from others that people learned that Abu Ubaidah drowned, the people within Al Qaeda learned. And you heard firsthand what happened from the witness Ashif Juma, because he was on the ferryboat with Abu Ubaidah. If we look at Government's Exhibit 257, you see exactly where it is that this accident took place. There was a lot of discussion about Lake Victoria, and you see that Lake Victoria is basically on the Kenya, Tanzania border.

Soon after the accident, you heard from Ashif Juma, Harun shows up to conduct an investigation of the accident, and in fact there was a videotape that was played for you where Harun is identified as one of the people who was captured on that videotape. One of the things that Kherchtou told you was that everybody in Al Qaeda knew about Abu



Ubaidah's drowning because everybody in Al Qaeda respected Abu Ubaidah. In particular, Kherchtou told you when he spoke to Wadih El Hage about Abu Ubaidah's death, Wadih El Hage cried, which is something that you should bear in mind when Wadih El Hage denies having any knowledge about that ferryboat incident

and denies participation in the investigation of the ferry accident itself.

What did Ashif Juma tell you? He told you that Wadih El Hage referred to the person he knew as Jalal, that Abu Ubaidah was referred to by El Hage as Jalal, something that Wadih El Hage is going to deny in front of the grand jury two years later. If you look at Government's Exhibit 603, which is effectively a note, an IOU, it is signed by Wadih El Hage and it involves Ashif Juma. It commits Ashif Juma to having borrowed the amount of 9 million Tanzanian shillings from Mohammed Karama through Jalal Fouad. Remember, Jalal Fahad was the name you saw on the articles of incorporation of Asma, the business that Khalid al Fadhl set up. This is Abu Ubaidah, ladies and gentlemen, and this is Wadih El Hage signing a contract where he is referring to Jalal Fouad, Abu Ubaidah.

One of the things that Ashif Juma told you was that there was a discussion that he had with Wadih El Hage in a hotel that was near Lake Victoria and that Wadih El Hage specifically asked what Ashif Juma knew about Abu Ubaidah.

5282

What they were concerned with, ladies and gentlemen, what Al Qaeda was concerned with, what Harun and El Hage were there to investigate was whether or not any secrets that Abu Ubaidah had with him, any objects were going to fall into the wrong hands. That is why El Hage and Harun are there. You will see later on evidence that they actually prepared a report which they distribute to other people who are connected with this

case, and in particular we are going to go through a report that was found in, of all places, Ali Mohamed's house in California during the search in 1998, a report that Ashif Juma read and said was accurate and said he did not prepare. Among other reasons, he doesn't read, write or speak Arabic.

The other main event that happens in 1996 is in August, and this is when Usama Bin Laden issues the declaration of jihad against the United States. It is issued on August 23, 1996, and if we take a look at one of the copies, Government's Exhibit 1600A-T, this is a copy that is found in Khalid al Fawwaz's place in London. We will go through this, but remember that we showed you during the trial that Khalid al Fawwaz had an electronic copy of this, that there was a directory of files, there was a directory listing under the message and electronic copies actually found on a computer disk in Khalid al Fawwaz's house. This is going to be the document, ladies and gentlemen, where Bin Laden is going to now take public, take public his view that the



Americans have to be driven from the Saudi Arabian gulf by whatever means are necessary.

If we look at the second page of the document, the first thing you notice in the second full paragraph is, within this paragraph about halfway down, there are references to some people that Bin Laden is going to talk about again and again. One of the people he refers to about halfway down the line that begins with the word heaven, he mentions Omar Abdel Rahman in America. He says in his words, the crusader Jewish

alliance killed the symbols of honest scholars and advocates and was sent by no one but Allah.

(Continued on next page)



MR. KARAS: (Continuing) And remember what the witness Jamal al-Fadhl told you: That there were people within al Qaeda that were angry at America because of the arrest of Omar Abdel Rahman and that some people left the group because they were disappointed that al Qaeda didn't do something to retaliate about the arrest. Well, here you have corroborating what Al-Fadhl is telling you. Bin Laden voicing his anger at the United States for the arrest of Omar Abdel Rahman.

Now, the other thing that this document mentions is two other scholars, somebody by the name of al-Hawali and

somebody by the name of al Tawbah, and we'll see those names come up later in connection with the claims for responsibilities.

Now, if we go to the next, the last full paragraph down there, remember I mentioned to you earlier about how the witness, Jamal Al-Fadhl, described this fatwah that Abu Hajer had given about how it was proper to kill innocents in the course of attacks against infidels, and the basis for this were the teaching of Ibn al Tamiyeah.

There you see, ladies and gentlemen, Usama Bin Laden is talking about Ibn al Tamiyeh, and what he specifically mentions is the story of the Tartar. "Furthermore, Ibn al Tamiyeh, after mentioning the Tartar and their behavior in changing the law of Allah: The ultimate aim of pleasing

5285

Allah, raising his word, instituting his religion and obeying his messenger, peace be upon them, is to fight the enemy in every aspect and in complete manner: If the danger to the religion from not fighting is greater than that of fighting, then it is a duty to fight them even if the intention of some of the fighters is not pure, i.e., fighting for the sake of leadership or if they do not observe some of the rules and commandments of Islam."

It may very well be that killing innocents is not to be sanctioned, but if the choice is defeat by the enemies of Islam, then you do what you have to do. That is how Bin Laden interprets Ibn al Tamiyeh and that is the basis for his call to his followers -- to carry out the attacks against the

United States, because that is the number one priority.

Now, Bin Laden doesn't mince words, and at the bottom of the 11th page of this document, if you highlight the last paragraph down there, "Though we know the regime," referring to the Saudi regime, "is fully responsible for what had happened to the country and to its tiresome people that the cause of disease and its tribulations is the occupying American enemy so all effort must be directed at this enemy, kill it, fight it, destroy it, break it down, plot against it, ambush it, and God the almighty willing, until it is gone."

And now what Bin Laden is doing is he's taking the statements that he privately shared with the members of al

5286

Qaeda in the guesthouse in Khartoum, Sudan and he is taking it public.

Ladies and gentlemen, Bin Laden didn't wake up that morning and decide that, oh, there are troops in America for five years so this is the cause we're going to take on. This is the evolution of the theme that he established for al Qaeda since the troops arrived, since al Qaeda set up its operations in Khartoum, since Bin Laden and Abu Hajer preached to the other members of al Qaeda that it was their mission to drive the American forces from Saudi Arabia. This is the foundation of what Bin Laden believes and everything else feeds off of that.

Everywhere he looks, he sees the American enemy and he says that every effort must be pooled to kill the American enemy. And you'll remember that the witness Jamal Al-Fadhl

told you that when he first approached the Americans in 1996, he said, you're going to want to talk to me because these people are waging a war against you. And they may want to attack one of your embassies. As far as back as 1996 that is what one of the members of al Qaeda believed to be the case.

Now, another thing that happens in 1996 that tells you a great deal about the activities in this case is that the group purchases a satellite phone, within three months of the declaration of Jihad. And the satellite phone that you heard about was the one that Marilyn Morelli from Ogara Satellite

5287

Networks testified to, and she told you some basic facts about satellite phones -- that they are often used in remote areas; that if you want to call a satellite phone, you have got to know the three-digit prefix that corresponds to the ocean region; and the satellite phone isn't like any other ordinary phone where you use it, you get the bill and you pay it, you have to purchase minutes in advance, using one of those cards that comes with a number and then you call off the number of minutes that you have.

Now, you saw the documents that show that a person by the name of Ziyad Khalil purchased this phone, and his name appears on the records, Government Exhibit 592. And there are a series of documents in there where he is the one who purchases this phone on November 1, 1996. And ladies and gentlemen, this phone -- you saw this chart many times throughout this trial -- is the phone that Bin Laden and the others will use to carry out their war against the United

States.

682505331 is the phone number that is assigned to that phone, and in 1996 up through October 1998, if you wanted to call the phone, you had to dial 873 and then the number. And what you see, ladies and gentlemen, is this phone appears in the address books of many of the people connected to this case, starting with Wadih El Hage. The pop-up phone book, Government Exhibit 304, the phone book that's found in Wadih



El Hage's house, page 11, there's a reference there to Hafusa, Abu Hafs, 873682/505331.

Khalid al Fawwaz, the person that El Hage replaced in Nairobi, he's got several references in his phone books. If we take a look at Government Exhibit 1629, which is one of the address books that's found in Khalid al Fawwaz' house, this is a translation of one of the pages. He does not put Abu Hafs down, he goes with Dr. Mohamed Atef, 873-682505331.

And you know that Abu Hafs is Mohamed Atef, because there is a telephone call that comes from, I think -- excuse me, that goes to Wadih El Hage's number and there is a message left with El Hage's wife saying Abu Hafs is calling, it's Mohamed Atef. And Khalid al Fawwaz is referring to Mohamed Atef using the satellite phone number.

He's got another reference in Government Exhibit 1631, which is another address book found in Khalid al Fawwaz' house, and that is a copy of the address book itself. Now, we'll get to the translation in a minute, but if you see the number on the left there, 837655, and if we go to the

translation, and that's part of the translation, Mohamed Atef, and there is a number in Karachi and then the other number that's assigned to Mohamed Atef, 837655.

Now what's interesting about that, Mohamed Atef, remember, is Abu Hafs, and if you will remember -- we'll go through this -- all the fax headers that we took a look at

5289

during the trial, and Kandahar Communications, AFG, and the number there was 837655. This is Government Exhibit 2550, this is a map of a Afghanistan. Kandahar is one of the provinces in Afghanistan.

So Fawwaz and others who are involved in the conspiracy to murder U.S. nationals are getting communications from Mohamed Atef in Kandahar, Afghanistan from the number 837655. Mohamed Atef is assigned this number, according to Khalid al Fawwaz, and that number, the satellite phone number.

It also appears in the Casio of somebody by the name of Ibrahim Eidarous. There are three people in London, ladies and gentlemen, who were part of the conspiracy to murder U.S. nationals. Eidarous, Government Exhibit 129, is his picture with his aliases. Ibrahim Daoud Abu Abdulla, he's the cell leader for EIJ, that joint venture group I mentioned by Zawahiri in London, and he's got a listing in his Casio.

If you take a look at Abu Abdallah. Now, Abu Abdallah, you will remember from Government Exhibit 4-1, is one of the aliases for Usama Bin Laden, and you see how he's got it listed there is Abu Abdallah, "at" sign, "at" sign, "at" sign, this is an important number, and what's the number

he's got: 873682505331.

So the cell leader for EIJ has got this number, Khalid al Fawwaz, one of the al Qaeda members who was in Nairobi and in London has got the number, and Wadih El Hage

5290

has the number. And the number is ascribed in these address books to either Abu Hafs or Bin Laden.

How else do you know? Well, because the phone was actually purchased through this person Ziyad Khalil by Khalid al Fawwaz, who was one of the critical members in this conspiracy.

Government Exhibit 1626D, and this is a security report that is prepared by Khalid al Fawwaz, and if you take a look, this is actually found on his computer. If you take a look down at the bottom there, it has been highlighted for you, he's telling the group what it is that needs to get done. And what he says on the administrative issues, in order to solve the problem of communication, it is indispensable to buy the satellite phone. And Fawwaz is going to act as the quintessential facilitator and he's going to purchase the phone.

If we could take a look at Government Exhibit 593, which is among the many invoices for the minutes that were purchased for the phone, remember you have to purchase the minutes in advance, and what this is, this is correspondence from Marilyn Morelli, the person who testified, to Ziyad Khaleel. And you see the date there, May 8, 1997, and she's responding to his request for the purchase of minutes. And

she explains, here are the instructions.

And 593 contains another piece of paper, 593-4, which



is the actual invoice itself, and she told you this is what gets sent out. You see M circled there and the date, you see 597, and it says add minutes transaction order, and down at the bottom are the numbers you need to activate the phone to use the minutes.

Let's put that, if we could, on the left side of the screen. The document on the left side of the screen is in the business records of Ogara Satellite Networks. It's a copy of the minutes invoice that is sent from Ogara to this person Ziyad Khaleel. On the right, Government Exhibit 1625, what you have now before you is Government Exhibit 1625. Government Exhibit 1625 is a copy of the minutes invoice that is found in Khalid al Fawwaz' house when the Scotland Yard officer searched it in 1998, and it's the May 8, 1997 purchase of minutes.

So Ziyad Khaleel purchases the minutes on May 7 and he sends it to Khalid al Fawwaz in London, and we'll go through the records and you know that this is in Khalid al Fawwaz's phone because, among other reasons, the phone is constantly calling Khalid al Fawwaz's home number in London. And we'll go through that in second.

If we could take a look, though, at Government Exhibit 1633, this is another document found in Khalid al Fawwaz's house in London. You see there it's a letter, short letter from Khalid al Fawwaz dated June 3, because remember,

they transpose the numbers in Europe, June 3, 1997. "Dear Brother Ziyad: As for the transferred money, the bank assured me that the money was withdrawn on 27/5/97," May 27, "a week ago, and they told me that the money will be in your account during this period," etc., etc., etc.

So Khalid purchases the minutes on May 7, he sends the invoice to al Fawwaz, al Fawwaz reimburses him on May 27, and he's telling Ziyad Khalil, I sent you the money, you'll get it.

How else do you know that this is the phone that is used by Bin Laden and others in Afghanistan? Well, at some point in 1998 Ziyad Khalil puts a purchase order in for a battery pack to Ogara. If we pull up Government Exhibit 593, this is one of the documents that Marilyn Morelli testified about.

This is an invoice from Ogara, and you see on the top left there, "Customer: Ziyad Khalil," and you see that what he is purchasing is the ultra light power supply and the 12VDC mini battery charger. Only Ziyad Khalil does not have it sent to him, he asked, ship to, Tariq Hamdi in Herndon, Virginia.

Now, if we pull up Government Exhibit 1621, this is another document found in Khalid al Fawwaz' house in London. By the way, his address is 94 Dewsbury Road, London, England. We'll talk about that a little later on.

This is a letter from ABC News from Christopher

Isham, a senior producer at ABC News, to Mr. S. Rashid. This is found in Khalid al Fawwaz's house. The first line of the letter reads, "As per our conversations with Tarik Hamdi in Washington, I am confirming our interest in interviewing Mr. Bin Laden for ABC News." So the person to whom the battery pack is getting shipped is working with ABC News to arrange an interview with Bin Laden.

And you see the date by the way of the letter, they are trying to arrange to interview April 2, 1998, and the battery pack request comes in on May 11, 1998. So what happens? Government Exhibit 1612 -- maybe we can try the left/right thing again and put this on the left and on the right, if we can try the translation.

What you have here is another document found in Khalid al Fawwaz's house in London, and what you see is the document on the left is a fax page from the Islamabad Marriott Hotel, Islamabad City in Pakistan. That's not too far from Afghanistan. It's in the northwest part of Pakistan.

And Tariq Hamdi, see it says "a message to Khalid," and that number 441812084423, that's Khalid al Fawwaz' fax number. And you know that from the telephone records that are in evidence. And it's from Tariq and you see the date on the fax at the top, 17 May 1998. Actually he writes it there, May 17, 1998. And what he says is, "Brother Khalid: Peace be upon you. We arrived safely and now we are in the Marriott

5294

Hotel and its address is," and he gives the address.

So here is the chronology: Ziyad Khalil requests the battery pack on May 11, 1998, on May 17, 1998, and he asks that it be sent to Tariq Hamdi. On May 11, 1998, Tariq Hamdi is getting the battery pack for the telephone number 6825053316789. That's May 11. May 17, Tariq Hamdi is in Islamabad on behalf of ABC News and he tells Khalid al Fawwaz we are in Islamabad and we are fine.

And you know from a stipulation that on May 28, 1998, ABC News interviewed Bin Laden in Afghanistan. So the battery pack goes from Ziyad Khalil requesting it to shipping it to Tariq Hamdi, to Tariq Hamdi going to Pakistan, and then Afghanistan, where he delivers the battery pack for the phone.

And the intermediary in all of this is Khalid al Fawwaz, because he's the guy whose paying Ziyad Khalil for the minutes and he's the guy who arranges for the interview with ABC News and he is the guy getting the message from Tariq Hamdi, the person who delivers the packet.

Now, if we take a look at Government Exhibit 218A-T2, this is one of intercepted telephone conversations in Kenya, and this is a conversation between El Hage and Harun, the same Harun who told Kherchtou he is in Somalia, the same Harun who you are going to see is going to be a major participant in the bombing of the embassy in Nairobi.

They are talking about other topics, and then El Hage

5295

switches the conversation. "Listen," he says, "Dr. Atef." Now we're back to the doctor, just like Dr. Mohamed Atef in Khalid al Fawwaz's address book. "Yeah," says Harun. "He

moved the clinic," says El Hage. "Yeah," says Harun. "He moved the clinic." And then El Hage says, "For this reason his phone was disconnected."

And then El Hage says cryptically, "If you want to take your family, wife there, take this phone number." And if we go down to the bottom of the page, the phone number that El Hage gives to Harun, he says, "Write down 873682," and then he stops and he says another number and he gives him the rest of the number, 505331, and he goes on to tell him "and put the two numbers together." So 873682, and then puts the numbers together with 505331.

Ladies and gentlemen, you know that Dr. Mohamed Atef is not a doctor and he doesn't have a clinic and Harun isn't taking his family to Dr. Atef's clinic. This is El Hage passing the very carefully forwarded telephone number for Bin Laden in Afghanistan.

And what's interesting about this satellite phone, if we take a look at Government Exhibit 594, which is effectively the phone bill but what they call it is minutes used, and you see the first three calls there are to numbers in the United States. The top one is to Ogara Satellite Networks, the other two are 573.

5296

And then you see on November 20, if we could just go on to November 20 on down, those are the first calls that are made from the satellite phone outside the United States. The very first number called, November 20, is Khalid al Fawwaz' number, 2084411. Again, from telephone records you know that

that's his number at 94 Dewsbury Road.

The second one is to another number in London. The third one, 249, is the country code for Sudan. And Government Exhibit 98 gives you the country codes for the countries. And the fourth number called by the satellite phone, 2542820067, which is the number for Wadih El Hage in Nairobi, Kenya and it's called again that same day, November 23.

Now, the satellite phone is used by Bin Laden and it's used by Abu Hafs, but it's also used by Ayman al Zawahiri, the leader of EIJ. If we take a look at Government Exhibit 1523-T, T2, what that is, ladies and gentlemen, this is a letter to Abu Abdallah. This is a letter found, by the way, in the trunk of Eidarous' car -- remember, "the boot" the Scotland Yard officer called it -- the trunk of Eidarous' car. And one of the aliases for Eidarous, Abu Abdallah, which is not the Abu Abdallah that Wadih El Hage is known by, a different Abu Abdallah. Abu Abdallah says -- he has a series of things he tells him. He says, please call telephone number 956375892.

Now, that telephone number, we'll talk a little bit

5297

more about it later, happens to be the telephone number for the third guy in London to keep an eye on, somebody by the name of Adel Abdel Bary. There's three people in London. Khalid al Fawwaz, Ibrahim Eidarous, and this person, Adel Abdel Bary, and those are the only three in London we're going to talk about. I promise. And that's the number for Adel Abdel Bary, whose another person EIJ in London. And there it

is, Eidarous asking on October 29, 1997 to Zawahiri, please call this number.

Now, if we go to Government Exhibit 594-9, which again is the invoice for the minutes used on the satellite phone, and we go to October 30, the day after Eidarous writes this letter to Zawahiri, you will see five telephone calls to that number. 44 is the country code for England, 956375892.

Ladies and gentlemen, that phone is the Jihad phone in this case. It is the phone that is used by the headquarters people in Afghanistan when the group leaves Sudan and goes to Afghanistan. And who they call on that phone and who has that number tells you a great, great deal about the activities of the people in this case.

Remember, Wadih El Hage has the phone number and he passes it on to Harun. Khalid al Fawwaz who helps buy the phone, he has the number. Eidarous, the person who runs the EIJ cell in London, he has the phone. And where you are going to see Eidarous and that other person Adel Abdel Bary, and why

5298

I asked you to keep your eye on them, they're going to be involved in disseminating the claims of responsibility for the bombings, the claims that you saw that were found at The Grapevine office in the Beethoven Street office in London, that's their office.

And that's the phone that Bin Laden and the other coconspirators are going to use to communicate to carry out their conspiracy to murder U.S. nationals. It's the phone, you are going to see shortly, that they use to communicate the

fatwah in February of 1998 that says kill all American civilians, and it's the phone that they're going to use to try to rescue the defendant Mohamed Al-'Owhali when he is stuck in Nairobi with no passport and no money after the bombing.

Like I said, it is that phone that gives you a window into how it is that al Qaeda operates.

What else happens in 1996? Well, that is the year, according to Al-'Owhali's statement that he gave to the FBI, that Al-'Owhali gets to Afghanistan. That is the year that Mohamed Al-'Owhali gets his al Qaeda training and he's trained in explosives, hijacking, kidnapping, assassination, and intelligence. And after this training, he told the agent, he gets to have an audience with Usama Bin Laden. And he asks Bin Laden for a mission and the mission that you know that he carries out on August 7th of 1998.

The other thing that happens in 1996, Wadih El Hage



helps to facilitate the delivery of fake passports. One of the people that Kherchtou told you who was in the EIJ group was somebody by the name of Ahmed Hassan, and you're going to see later on in Government Exhibit I believe it's 1518 a letter where Ayman Zawahiri appoints Ahmad Hassan as one of the deputies of EIJ.

And if we take a look at Government Exhibit 304 -- okay, we can pull up 1518. That's a good idea. This is a letter I mentioned to you. This is found again in the boot, the trunk of Eidarous' car, and it's from Abu Mohamed Nur Al-Deen, one of the aliases for Zawahiri, and it's dated

January 18, 1997. It says, "It's important for me to tell you that I choose the brothers," and he lists the people. And "D" you see "Ahmad Hassan for communications and secretariat." So he is appointing this person as one of the deputies within EIJ.

Now, next, if we go to Government Exhibit 304, again the pop-up phone book that's found in El Hage's house, and you see a reference there to a Dardaa, Liby, 955769. And in the same book at page 25, you see a reference to Saad and there's a number there, 999412989965, and then the number again 955769. And 994 is the country code for Azerbaijan. And you can barely see it on this map up here. Up here it's north of Iran and that's the country code for Azerbaijan.

Now, a few other things that are found -- by the way,

5300

if you take a look, if you take a look at Government Exhibit 594, the second page, and this is minutes used on the satellite phone, on December 5, 1996, you see a phone call to that number 99412989965, one of the numbers that El Hage has listed for Saad in Azerbaijan. If we take a look at Government Exhibit 624J-T, and this is one of the letters that's found in El Hage's files -- not in his house, but in the office, a search that took place in August of 1998 -- and it's a letter to Harun dated October 23, 1996 and it's signed DRDDA, and it's got ASHRAF in parentheses and he puts Mont Carlo at the bottom.

He tells Harun, "I received your letter, and thank God everyone is all right." He says, "Regarding Suleiman, he

and Abdel Hadi traveled to and they arrived safely, although Suleiman was delayed a little bit because of the working contract he had at the airport."

Then he says, "Regarding the Saudi Arabia, please change the picture of the office only, nothing else. About myself, please raise the salary because I heard it is $75 and this is not enough. Regarding the married people, please let them keep their papers with them. Regarding Brother Nabil, he needs to change the office's picture and put the office picture which Basil Nabil sent to you. Change the name of office to the name Zuhair Shahan Kulayb. Clean the office and take care of it. Place the golden design, the Yemeni or the



Turkish."

That is a recipe for a fake passport. "Place the golden design, the Yemeni or the Turkish."

"Please change the picture of the office only regarding the Saudi Arabia."

"DRDAA and ASHRAF is asking Harun to do what Kherchtou told you Harun does for al Qaeda -- he makes fake passports, the lifeblood, as I mentioned earlier, of al Qaeda. And among the documents that are found among El Hage's files are Government Exhibits 623, a passport.

This is an Egyptian passport. Government Exhibit 631, this one is a Yemeni passport. Government Exhibit 634, this is a stamp, a travel stamp for Kenya. And then on the computer, Government Exhibit 300, it's found in El Hage's house, remember, is Government Exhibit 300F.

And remember Agent Crisalli, he was the computer expert who told you that there was this Adobe function that allows you to scan in that image and then you can manipulate it, he said you can change it.

Government Exhibit 300G, another stamp, a Kenya travel stamp, and then 300H. This one has a translation that tells you it's from Yemen. It's an exit stamp from Yemen. All the tools of the fake passport trade.

But there are telephone calls that go with that letter. If we take a look at Government Exhibit 201A-T, this

5302

is a telephone call on October 3, 1996. Remember that letter was in October 1996, and the participants in that conversation are Saad and Harun. And after the greetings, Saad says: "Listen. Listen to me. I found the office. I found the office. I found the office, but nothing has arrived yet. Nothing has arrived yet. Do you understand?" And Harun says: "Yes." And Saad says: "Do you have anything new? Do you have anything new?" And Harun says: "There is nothing new. We are still waiting on news and letters which we haven't received." So there, on October 3, Saad is wondering if he has anything new.

Government's Exhibits 202A-T, this is a telephone conversation between Harun and Ahmad Hassan, the EIJ member. What Harun says, again after the greetings, if we go to the next page and down at the bottom, Harun says: "Saad sends his regards to you. I know...his telephone number was probably busy...to send him a fax. I will give you his number. He

asked for you." And then Harun says: "He sent me a fax and he said: Is his family with you or with him? I told him his...your family is with the people over there." And then he proceeds to give him a telephone number in Baku.

We can go to the next page, and he goes ahead and he gives him that telephone number in Baku. And down at the bottom, which has been cut off, there's a reference to the name of Saad.

5303

Now if we go to Government Exhibit 204A-T, what you see here, this is a call November 6, 1996, and El Hage is talking to DHL because he forgot to put an important letter in a package and he wants to know if he can get it back. And then what happens is DHL calls El Hage back later on that day on November 6 and tells him that he can pick up the package.

Six days later, as we know from Government Exhibit 205A-T, which is a conversation on November 12, and this is El Hage talking to Saif al Islam, as you can see there, and if we can go to the second page and you see down there at the bottom, "I was waiting to get notebooks here." Saif al Islam is waiting to get the notebooks, and one of the codes you learned about was "books" is the code for passports.

In 207C-T, which is a conversation on December 17, '96, again involving Wadih El Hage and Wadih El Hage and this person Saad in Baku. Saad says: "Concerning Abu al-Darda', have you sent him the notebook?" El Hage says: "Yes, a long time ago, but they never told us whether they had received it or not."

Remember, Dardaa is the person whose name appears in El Hage's address book. Dardaa is the person who sends the letter to Harun that talks about the Yemeni and the Turkish and the gold seal. And you know "the books" are used as code for passports, and Saad says: "Did you send him anything else with it for Suhail and the other?" For the other people did



you send the passports. And El Hage says: "Yes, yes, it was with it, but we didn't do anything to them." So El Hage is distinguishing what he did with some of the passports but not with all of the passports.

And then Saad asks: "What about the green one? Did you do anything to it?" And you see in the passports, they come in different colors, and El Hage says: "Oh, let me think. It's been a while. Let me ask Harun about it because I remember he said it was better not to do anything to it, otherwise, the projects would get ruined."

So El Hage and Harun are working together to fix some of these passports and Saad goes on to say: "So regarding Abu al Dardaa's, it had been fixed and sent then?" And El Hage says: "Yes." El Hage says: Abu al Dardaa's is fine and fixed, and we sent it to him." Again, Wadih El Hage is acting as the facilitator on behalf of al Qaeda to make sure, working behind the scenes, that the essentials that need to get done get down on behalf of al Qaeda.

Now, we get to 1997. In 1997, ladies and gentlemen, you are going to remember that there were two trips that El Hage took to see Usama Bin Laden, and the first one takes

place in February 1997. And bear in mind, this is five or six months after Bin Laden has publicly declared war on the United States, after he says that all resources should be pooled to kill the United States, to drive the American forces out of



Saudi Arabia. And in spite of the denials that El Hage will give to the Grand Jury, the evidence overwhelmingly shows that El Hage went to Afghanistan. He went to Afghanistan to visit with Bin Laden and Abu Hafs. We can go through that evidence right now.

First, on January 29, 1997, as we know from Government Exhibit 594, again this is the minutes used on that satellite phone, there is a call from the satellite phone on January 29 to 25471202219. That is the mobile phone that El Hage uses, and you know 254 is the country code for Kenya.

On February 3, 1997, there are telephone calls from that mobile number, and we know that from the mobile phone records. And so you know, those are Government Exhibit 621C. There is a call from the mobile phone to the number 521272177. And if we go to the pop-up phone book, Government Exhibit 304-27, you see that that number I just read to you, 21272177, is listed for Taysir, and Taysir is one of the names that El Hage is going to use for Abu Hafs. And we'll go through that some more. So the satellite phone calls El Hage on January 29. El Hage calls back on February 7 to Taysir, Abu Hafs, on February 3.

And by the way, you see that number also appear in the planner that's found in El Hage's house, Government

Exhibit 350. In the lower right there, Taysir, Box 35341, 272177.



On January 30, and we don't have to pull up the records, but the satellite phone calls 820067. That's the land line at Fedha Estates that belongs to El Hage.

Then, on January 30, there is a call that is intercepted and it's the transcript containing Government Exhibit 209A-T. And it's call from Abu Khadija, and we know that Abu Khadija is one of the aliases for Abu Hafs. That's in Government Exhibit 4-2, I believe. And that conversation involves Abu Khadija, Abu Hafs and April El Hage. And Abu Khadija asks: "Is he," referring to Abu Hafs, "present." April says: "He is notice present. He is out. He may come after two hours." And so he leaves a message.

What you know from Government Exhibit 209B-T, which I won't play to you, is a series of outgoing calls between about 2:47 in the afternoon and 3:22 in the afternoon. This call from Khadija takes place at 2:47 in the afternoon. So right after April El Hage hangs up, she's dialing and she's getting a busy signal. And she keeps redialing and getting a busy signal for almost a half an hour.

She knows the call is important. She knows Abu Hafs is calling for El Hage and she's trying to get the message to him that Abu Hafs wants to speak to you. So on Government Exhibit 209C-T, at 3:22, April El Hage finally gets through to Wadih El Hage. And she reaches him and she says -- there are these greetings back and forth, and she says way down at the

bottom, "Ah...he came back. Ahmad never came back. And Abu Khadija called. He is going to call you back in two hours."

And if we go to the next page, El Hage says: "Okay, I should be home soon." April says: "By four...four, five." They go back and forth. And when he says: "Ah, that's too early," she says: "It is the other one." And El Hage says: "Who?" And she says: "The other one."

This is the other Abu Khadija she is referring to, this is the important Abu Khadija, and she has to distinguish that because there is another Abu Khadija who El Hage keeps in touch with and we'll receive conversations belonging him. That Khadija lives in Germany, but this Khadija, the other one, the one calling using the satellite phone, he is in Afghanistan and April El Hage wants to make sure that Wadih El Hage gets the message.

So how do you know he left? In addition to these calls that precede his trip on February 3, 1997, again looking at the mobile telephone records, the mobile telephone shows another call to that number 272177. And then on -- and we won't display this now, but Government Exhibit 210A-T is a conversation on February 4, 1997. It's about 5 in the afternoon, and El Hage says that he is at the Executive Guesthouse and he says it's 71E Abdara Road. And he gives the phone number, 842593, and, "In case they call, tell them this is the Executive Guesthouse."

And then he says: "Yeah, the telephone you gave me the other day is always closed. I get recorded messages that says that it is off." And what you know from the minutes records for the satellite phone is that the satellite phone has no calls during this time. There's something wrong. Maybe Ziyad Khalil hasn't gotten the minutes, maybe the phone is broken, maybe it needs a battery pack, but there are no calls if you look at the records on 594 for that time period.

And you know from Government Exhibit 646, this is one of the documents found in El Hage's files in the Mira Office in 1998, and you see the Executive Guesthouse, just like he tells Harun. At the bottom it says 71E Abdara Road and the phone number, and the place he is staying at, ladies and gentlemen, is in Peshawar.

Remember Mohamed Ali Odeh, the gem salesman, he was asked, Do you remember about El Hage going to Pakistan February 1997? He said, Yes, I do. He specifically was asked, Do you remember him going to Peshawar? And he said, No. And Peshawar is that border town we talked about earlier. That's where Kherchtou got his surveillance training. It's right on the Afghanistan border.

And you know from the telephone conversations between El Hage and his deputy, Harun, and from the document 646 that El Hage is right at the border of Afghanistan, staying at a hotel waiting to cross the border and to meet with the al



Qaeda leadership.

Government Exhibit 211A-T, this is now a conversation three days later, after El Hage tells Harun that he is in Peshawar, February 7, 1997. And this is an outgoing call you see there from El Hage's phone to the number 451257. Just so you know, Government Exhibit 636A shows that that number is listed to a Must, M-U-S-T, and it's crossed out in the listing.

And then 636B, which is, by the way, records found among El Hage's files in the Mira Office in Nairobi in 1998, shows another listing for 451257 for Mustafa, and that Mustafa, ladies and gentlemen, is the Mustafa that's Khalid. That's the person who met Kherchtou when he got to Nairobi, that's the al Qaeda member who is going to carry out the bombing in Dar es Salaam.

And if we take a look after the greetings, what Harun says, if we could go to -- well, I'll read out for you and we'll also talk about the Ali Odeh reference, Harun says: A few days ago, your friend over there had called, the big one, he said your friend had arrived, he is with me now. He said don't worry and that he took him to the hotel. He's talking about a conversation he had referring to El Hage and the big one, and they are meeting over precisely where they are supposed to be meeting in the Afghanistan/Pakistan border.

Now, later on in this conversation they talk about

5310

how somebody wanted to use El Hage's phone, and Harun is telling Mustafa that he wouldn't let him use the phone. And Harun makes a specific reference to the fact that the person

who wanted to use the phone had a business with him, referring to El Hage, and he said, "He's the guy that has the head letter."

And you will remember that Mohamed Ali Odeh talked about that Black Giant idea that they had, and he was asked questions about the letterhead and he said, "You mean the head letter? The idea, the company that really was just an idea." And remember when he was asked about any confrontations he had with Harun about using the phone and how angry he got about Harun? He said Harun was rude and that Mohamed Ali Odeh was respected.

Mustafa and Harun are talking about they don't want Mohamed Ali Odeh, the businessman, using that cell phone because that cell phone is to be reserved for al Qaeda business. It is not to be used to call Hong Kong to get gems. And that underscores a point, ladies and gentlemen, precisely what I mentioned to you at the beginning.

What the evidence shows is that Wadih El Hage may very well have been involved in a gem business with people like Mohamed Ali Odeh, but he carries on that side of his life while at the same time carrying on the different life, the secret life, the al Qaeda life, so that people like Mohamed

5311

Ali Odeh have no idea that El Hage in fact is not selling gems in Pakistan in February 19967, that people like Mohamed Ali Odeh have no idea that El Hage is in Peshawar and he is going to meet with Bin Laden and Abu Hafs and that people like Mohamed Ali Odeh have no idea why they can't use the mobile

phone.

And that conversation between two al Qaeda members, between two people who are participating in the bombings of the embassies in Nairobi and Dar es Salaam underscore the point, they make the contrast for you, and that it is not to the exclusion of doing al Qaeda business that one can engage in other commercial transactions.

And the other thing that happens in that conversation is that the two of them, Harun and Fadhl, talk about a number that they got at Marwan's house. And again, Marwan is one of the aliases for the defendant Mohamed Odeh, as Kherchtou told you.

Now, while El Hage is meeting with the bosses in al Qaeda, Harun is making sure he keeps people informed. Government Exhibit 211B-T is a conversation on February 7th, and it takes place within an hour after Harun speaks to Mustafa.

If we could display 211B-T -- I'm sorry, C-T. What happens there, this person Shuaib, who was one of the people you heard about earlier on, is giving Harun a number and he's

5312

going to call him back. That's what's in 211C-T. And then you see the two of them talking. And then if we can go to the next page, if we can go to the next page -- I'm sorry, the page after that, if we go halfway down, Harun says to Shuaib: "We want to come, but as you know, the director is not present," referring to El Hage. And Shuaib says: "Present, huh?" Harun says: "No, he's not present." And Shuaib says,

"When will he come?" And Harun says: "This is the Eid (the holiday) as they said. He is not present, in other words. He doesn't know, however the man, the X, that one, he may."

And then Shuaib says: "However, the director on your end traveled, right?" And then Harun says: "No, he left, he traveled." And Shuaib says: "He arrived at the people's place." And Harun says: "He arrived since Sunday. He traveled and arrived at the people's place and the big boss contacted him and told him: 'The man is with me here.'"

The people's place, and you will see this same reference, is Afghanistan, and "the people" is the other people in al Qaeda who are in Afghanistan. And of course, the big boss is Bin Laden. And Harun is sharing the news with Shuaib so he can be kept up to date.

And you will see the same thing happen in Government Exhibit 211D-T, which is another conversation on February 7, 1997, and this one takes place about four minutes after Harun and Shuaib get off the phone. This is a conversation between



Harun and the defendant Odeh, the alias Marwan, and then Harun says, and this is on the second page of the transcript: "Your friend from Malindi has just contacted me," referring to Shuaib because he just got off the phone with Shuaib. Marwan said: "By God." Harun said: "Yes." Marwan says: "What is he saying? Harun said: "He says that he is fine. He wanted to know your --" Marwan says: "Yes, indeed. Finish. It's for sure," etc.

Then what he says is, if we go to the next page,

Marwan says: "With God's permission." And they go on and on, and then down about three-quarters of the way down, Marwan says: "So, what's the news with you? Is there anything new?" And Harun says: "No, what's new is that, my friend arrived there. My friend arrived there." And Marwan says: "Yes." And Harun says: "The director had called me two days before." Marwan says: "Yes." And Harun says: "He told me that the guest is with him, in other words, he came to him, to his house, in other words." Marwan says: "The news is perfect." And Harun says: "Yes, the news and everything else are perfect." And then they talk about the guest. So, again, Harun is sharing the news with the other people in the group about El Hage's visit.

Government Exhibit 212A-T is a conversation between El Hage and Harun, and El Hage says -- and these are the greetings. If we go to the next page, down towards the

5314

bottom, El Hage says: "Thank God. If God willing there is good news when I return." And Harun says: "Okay, where is your friend? Will he come along with you before you?" And El Hage says: "He will come after me. He will be late a bit."

And then what happens is, if we could go to the next page -- on that page, by the way, you see about a quarter of the way down, if we could do the first half of the page, you see Harun say about halfway down there: "I don't know. He will not travel. People have been calling him from Hong Kong, Jordan and so on."

There's the reference to Mohamed Ali Odeh and its

relates back to the conversation that Harun had with Mustafa Fadhl complaining about Mohamed Ali Odeh using the phone. Elsewhere in the conversation what El Hage says to Harun is that "the people send you their regards, the people here are very comfortable, very comfortable. If God willing, we will all go to them."

Again, "the people" is the al Qaeda people that are in Afghanistan and they are very comfortable, which is a theme that you will see El Hage will talk about again and it's in a letter to the other Abu Khadija I mentioned. "If God willing, we will all go to them." So El Hage is talking about his connection, his meetings with the people in the Afghanistan headquarters and he's talking to Harun that he's going to bring back good news upon return from his trip and hopefully



one day they will all join the people.

Now, when El Hage gets back, there's a telephone call that takes place on February 21, 1997, and it's contained in Government Exhibit 213A-T. If we can go to the next page, what I will do, ladies and gentlemen -- you, of course, are free to look at all these at the end and during your deliberations -- what this conversation involves is this is Wadih El Hage speaking to Marwan, again the defendant Odeh, and what happens is they discuss a routine where they give a number and they call it back. You see it in some of the other conversations.

And Odeh and El Hage talk about somebody coming from Odeh to meet El Hage who wants to know if that somebody is

bringing the computer, but is told by Odeh that he's bringing the diskettes. And El Hage asks Odeh how his work is going, and then he says that he will get the information from Mustafa, implying that Mustafa is the person who is on his way up.

So El Hage gets back from his trip to see the boss, the big boss in Afghanistan. He speaks to the defendant Odeh, who talks about how somebody is coming up, and in all likelihood Mustafa, and there is reference to diskettes. And you will see, ladies and gentlemen, as we go through the evidence that these diskettes will contain information that reveal what the good news was. What it is that El Hage brings



back is a policy from Bin Laden from al Qaeda, a policy that is going to dictate what the East African cell of al Qaeda is going to do next as part of its operations for al Qaeda.

Now, if we go to Government Exhibit 310-73A-T, this is one of the computer disks that is found in El Hage's house by Agent Coleman during the search in 1997, and this has the new policy. "Number 1. The return of Wadih and the meeting with Khaled."

"Wadih" is Wadih El Hage and Khaled is one of the aliases for Mustafa Fadhl, one of the people who is involved. This is Mustafa Fadhl, and Kherchtou tells you that he goes by the name Khaled.

"2. The preparations of travel to the interior.

"3. The meeting of Khalid with some Somali officials before the entry.

"4. The entry/move of Khalid then Harun via land.

"5. The entry/move of Marwan with Shuaib via sea,"

and

"6. The situation in the interior."

And then down at the bottom, "meeting Khalid with the officials in the interior/meeting with the Arab young men in the interior/sessions on work arrangement in the interior/sessions on arrangement of the course."

The new policy is brought back. There is a meeting where El Hage shares it with Khaled, with Mustafa Fadhl. They

5317

make preparations, Khaled, Harun, Marwan. The defendant Odeh and Shuaib are going to carry out this new policy that El Hage has brought back, summarized for you in bullet-point form as it was contained in the disk when found by Agent Coleman.

Now, you see a little bit more about what this policy is in Government Exhibit 310-74A-T. This is a document that's found on a different disk, once again found in Wadih El Hage's house in 1997. And you see at the top the writer of this report says that the report is top secret, and it's from Khaled Sheik and it's to the officials in the administration. Khaled Sheik, another reference to Mustafa Fadhl, the person who he meets with El Hage who brings back the report, and it's a report that's going to update the administration about the activities of the group carrying out the report.

If you take a look at the very first paragraph, "Report on the Latest News in Somalia," it says just above that, the first point there, "Abdel Sabbur brings to light the

new policy." Ladies and gentlemen, Abdel Sabbur is one of the aliases for the defendant El Hage. And it says, "When Abdel Sabbur arrived on 22/2/1997, he contacted Khaled directly and asked him to come to Nairobi."

Remember the conversation between Odeh and El Hage where Odeh says, yes, he is coming to you and he will bring the diskettes, that document tells you that in fact what Odeh and El Hage were talking about was Khaled coming to Nairobi to



meet with El Hage when he returns with new policy.

The document goes on. When he arrived and met with Abdel Sabbur, he informed him about the status of the young men and the Hajj and that they were fine, and he received from him the trusts (the letters, the money) and he informed him also that the Hajj has a new policy pertaining to the region. Hence, Khaled fully grasped this policy and took the issue seriously. The new policy is (to revive the activism in Somalia) if the expression is correct, and to prepare 300 activists before the arrival of the guest, and he informed him that the details of this policy (are) with the guest coming from the Hajj end."

A couple points on this paragraph, ladies and gentlemen. The Hajj is Bin Laden, and you know that that is one of the names he goes buy from Kherchtou. Kherchtou told you that without having seen this document.

That document confirms that the Hajj is Bin Laden, that Wadih El Hage went to see Bin Laden and that he brought back with him the new policy, things that El Hage will lie

about before the Grand Jury in 1997 and 1998.

The other thing that this one paragraph tells you is that the new policy was to militarize the situation in East Africa, to militarize the cell that you know is going to carry out the bombing of the embassies in August of 1998.

Now, this policy is directed towards the activities



in Somalia after the Americans leave. You don't want there to be any misperception about that. This policy is not directed at the Americans yet, but what this shows you is the connection between El Hage and Bin Laden, between El Hage and the headquarters of al Qaeda, how it is that he acts as the facilitator, as the messenger, and as somebody who runs the base of operations in Nairobi, and that he works with people like Mustafa, Fadhl, also known as Khaled, and the defendant Mohamed Odeh, also known as Marwan, and that this has nothing to do with the gem business, the selling of tanzanite or anything like that. This is about militarizing, this is about fulfilling one of the policies that al Qaeda is pursuing, and El Hage is the person who carries out that mission.

Now, the second paragraph of this document talks about, if we go down to Khaled Sheik meeting with the engineers, the only point I'll make and then we'll break is in here there's a specific reference to the fact that they appoint -- if you take a look at the sentence that begins with, "Furthermore, he also tried," he referring to Khaled, "a young man who would be in charge of the communication between them and the administration (this young man will be acquainted

with the local news and could be moving to them any time soon). Hence, Harun was primarily chosen. However, this matter depends on financial resources."

So just remember that in this document, in addition



to discussing the new policy, the group decides that Harun will be their communications officer, and we'll talk about the communications he sends out after lunch.

THE COURT: All right, ladies and gentlemen, we'll break for lunch and we'll resume at 2:15.

We're adjourned until 2:15.

(Luncheon recess)

5321

AFTERNOON SESSION

2:15 p.m.

THE COURT: On May 10 we are going to start at 1:00. We will instruct the jury to have had lunch. I don't know where we will be on May 10, but that is to accommodate a juror so that she can attend her graduation.

(Jury present)

THE COURT: Ladies and gentlemen, before I forget, let me tell you that on Thursday, May 10 -- that's a week from this Thursday -- we will start at 1:00, and let's have lunch before we come to court. Thursday, the 10th, we will start at 1.

MR. KARAS: Thank you, your Honor. We left off before lunch discussing Government's Exhibit 310-74AT, which was the top secret report that was written by Khalid, the alias for Mustafa Fadhl. The report discusses a number of things and there are several reference references you will see in there to Abdel Sabbour and the use of the car.

At the very end of this report, if you take a look at the top, and we will highlight the paragraph before the section marked Ethiopia, the report says that as for the security situation now inside Kenya, it's somewhat good because everybody is tuned to the issues around them (Zaire, Sudan, etc.) and also the approach of the elections in Kenya make the authorities concerned with the internal issues.

So when this report is written, this report that discusses the new policy that Bin Laden brings back, the group considers the security situation in Kenya to be fine.

Ladies and gentlemen, I marked that for you because you will see that that situation changes later on in 1997, that the group will perceive that there is a security threat, and what they will perceive is that the source of that threat is the United States. You will see how it is that they react to that threat, which will tell you a great deal about how the members of that conspiracy react.

Something else in connection with this new policy in Somalia in 1997. Government's Exhibit 10-96T, which we will display later on, I just want to tell you right now, 710-96 is a tape and the translation is the translation of what amounts to a tape letter. This was found in the defendant Odeh's house in Witu, and it is a series of taped letters from Odeh to his wife while Odeh is in Somalia carrying out the new policy that Bin Laden issued in 1997. What Odeh says in this correspondence is, our goal in Somalia was not limited merely to the training of groups who want to fight and the cause is over. However, our goals are bigger than that. We are not a relief organization which comes every now and then to assist the victims that leave. We are not a relief organization.

Ladies and gentlemen, I submit to you that that is precisely the case when it comes to the core group of people

that comprise the essence of this conspiracy, as reflected by the organization that constitutes the core of this conspiracy, Al Qaeda. Remember, it is a group that seeks out informants and it kills them if it thinks they exist. This is a group that if it is not fighting it is training others to fight. Bear in mind that throughout this entire period, the group considers America to be its chief enemy.

There are other documents that follow El Hage's trip to Afghanistan that further prove to you what the purpose of the trip was. Government's Exhibit 300B-T is another document found on the computer, Government's Exhibit 300, in El Hage's house by Agent Coleman, and one of the documents in there is this report, an update by Abu Hafs, the military commander, on the Taliban. It is a lengthy report that we read to you during the trial, and I invite you to read it during your deliberations. It basically discusses the relationship between Al Qaeda and the Taliban, who are in Afghanistan, which becomes a new home for Al Qaeda in 1996 when Bin Laden issues his call for jihad in August of 1996.

One of the other documents that you see is Government's Exhibit 245-T, which is an identical report regarding the Taliban, only this report, which El Hage sends out to at least one Al Qaeda member, does not have Abu Hafs at the bottom. That makes sense, because El Hage isn't going to send out this report and risk the fact that people will see

5324

this report and connect it to Abu Hafs, the military commander

of Al Qaeda. Remember, the group undertakes efforts to protect the identity of its people and make sure that others don't find out who it is that would be connected to the organization. We will see evidence of El Hage sending this report to Abu Khadija in Germany. Remember I mentioned to you there were two. The Abu Khadija in Germany is somebody that El Hage will communicate with following his seeing Bin Laden in February 1997.

Government's Exhibit 632A-T, that is a letter dated February 21, 1997, and it is from El Hage to Abu Suliman. Abu Suliman, ladies and gentlemen, is one of the aliases for Ihab Ali. Remember, another alias is Nawawi. By the way, Nawawi is the copilot with Essam al Ridi when he crashes the Bin Laden plane. Remember, it was El Hage who had al Ridi go up to Khartoum to see about selling the plane in Egypt, and al Ridi took it up for a test run and he took it with this person Ihab Ali, and this is one of the people El Hage is going to lie about in front of the grand jury. This Exhibit 62 tells Ihab Ali that he was on a business trip and met with Dr. Atef. He and his friends say hello to you. That makes perfect sense. The letter is dated on the 21st, right when El Hage gets back from seeing Bin Laden. He is saying hello to Ihab Ali who Kherchtou tells you is an Al Qaeda member. Right after he gets back, El Hage is communicating with others. He

5325

does it again on February 24, 1997, in a letter marked Government's Exhibit 632B-T, which we will display. Abu al Sabbour, one of the aliases for Wadih El Hage. It is to

brother Abu Khadija. First I would like to congratulate you on the Eid al Fitr because I was not here at the time. I went to visit Haj Abu al Hawai, who says hello. Also, the people who work with him say hello. Actually, their situation over there is very good. They're comfortable, contrary to what we have been hearing or reading in the newspapers and magazines. The landowners are cooperating with them and they welcome them and all those who want to settle in that good land. The situation is very good, and security is normal. I traveled by myself to and from the capital without any problems.

Down at the bottom he says I will send a report on the latest situation with the company in a few days. God willing, peace be upon you.

So within a matter of days after El Hage returns from his meeting with Bin Laden, he tells Abu Khadija he went to visit Haj Abdel al Hawai, Bin Laden, who says hello. Again, El Hage is meeting with several people who are there. Then he reassures Abu Khadija that their situation over there is very good. They are very comfortable, contrary to what we have been hearing. The landowners are cooperating with them. The landowners are the Taliban, ladies and gentlemen. They are the ones, the hosts, the people who are hosting Bin Laden and

5326

Al Qaeda in Afghanistan. He says down at the bottom I will send a report with the latest situation on the company in a few days. That is a report on the Taliban, Government's Exhibit 300B-T, that has Abu Hafs' name on it, and 245, the one that doesn't have Abu Hafs' name on it. Notice how he

refers to Al Qaeda as the company. I will send a report on the latest situation with the company in a few days. Al Qaeda code, talking about Al Qaeda, talking about how the group is comfortable in Afghanistan with the help of the Taliban.

One other point about this letter, where El Hage says they are very comfortable contrary to what we have been hearing or reading in the newspapers and magazines. El Hage is revealing that he does read what is in the newspapers and magazines what is said about Al Qaeda, and of course what is said about Bin Laden. Consider that and put it in the context of what El Hage and Bin Laden are talking about in February 1997, merely a matter of months after Bin Laden has publicly declared war on the United States and nearly seven months before he will tell the grand jury that he has no idea that Bin Laden has declared war against America. He is reading about Al Qaeda, he is telling Al Qaeda what the truth is, contrary to what the media is saying about Al Qaeda in Afghanistan.

There are some other calls that confirm El Hage's visit. Government's Exhibit 215A-T, which is a call involving

5327

Ahmed Tawhil and El Hage, one of these people who is around El Hage in Kenya at the time. On March 22, 1997, El Hage tells Ahmed Tawhil, I was calling our friend the doctor, but his phone kept ringing, but nobody answered. Our friend who I came from where he was. And Tawhil says, Taysir? And El Hage says yeah.

The telephone records for the satellite phone,

Government's Exhibit 594, show that with the exception of March 9, 1997, there are no outgoing calls during this time. Again, for whatever reason, the phone isn't working. You know that's the phone in Afghanistan that is part of the Al Qaeda headquarters, and that is what El Hage is telling Tawhil, and Tawhil understands the code, and he says that's Taysir, right? That's Abu Hafs, and Tawhil says yes.

April 20, 1997, another recording conversation, marked 2. Saif al Islam, talking to Wadih El Hage, and Saif al Islam says the group moved and are not answering the phone. We have work to do, it's disruptive. Saif al Islam is talking about this in the context of needing approval, and he suggests that they can send money to Saif al Islam through El Hage. So when Saif al Islam is having difficulties reaching the group, again because there are problems with the phone, who does he call? He calls the facilitator Wadih El Hage, because we have work to do. Remember, ladies and gentlemen, work is code for jihad. Wadih El Hage is going to act, or at least Saif al



Islam wants him to act as the go-between between himself and the Al Qaeda headquarters.

April 20, 1997, Government's Exhibit 594-3, if we could pull that up. Again, the minutes from the satellite phone. The minutes show a call on April 20, 1997, from the satellite phone to the El Hage number, lasting 7.3 minutes. So the phone is back on line, and he gets in touch with El Hage.

Also on April 20, the telephone records for the

mobile phone 7120219 show a call from the cell phone to the satellite phone on the same day that the satellite phone calls El Hage. We already went through this conversation, but 218A-T is the conversation on April 21 where El Hage gives Harun in a coded fashion the telephone number for the satellite phone, for Dr. Atef's clinic, in case Harun wants to take the family to see Dr. Atef.

What is interesting about that conversation, ladies and gentlemen, is, compare it to the conversation marked Defense Exhibit WEHXW19, where El Hage is talking about some of his business, and he gives out Mr. Imbogo's phone number. And there is no code, and there is no cryptic references to clinics or doctors. That's the business transaction, which is clearly distinguishable from the conversations where El Hage is conducting Al Qaeda business.

As we know from the documents, the new policy that El

5329

Hage brought back ordered Al Qaeda members, and in particular the East Africa cell, to go to Somalia to conduct additional training. You know from Government's Exhibit 310-74AT, which is the report, top secret report from Khalid, that Khalid al Fadl met with some of the local engineers. You know from both that report and also the new policy report, that Marwan, the defendant Odeh, and Shuaib, they went by sea, which makes sense, that the fishermen went by sea to go and conduct the operations in Somalia up the coast. Shuaib is Government's Exhibit 115.

One of the documents -- by the way, Khalfan Khamis

Mohamed, you may remember he told Agent Perkins that he went to Somalia in 1997, that he went a couple of times, and one of the times he got up there was in Suliman's boat, which he said was used for jihad. Suliman, ladies and gentlemen, is somebody different than --

MR. SCHMIDT: Objection, your Honor.

THE COURT: The jury's recollection of the evidence will control.

MR. SCHMIDT: That is not the basis of my objection, your Honor. If you want me to make it at the bench, I will make it at the bench.

THE COURT: I will see you and the reporter.

(Continued on next page)

5331

(Page 5330 sealed)

(In open court)

THE COURT: The objection is overruled.

MR. KARAS: One of the other things that Khalfan Khamis Mohamed said to Agent Perkin was that he himself had received training in Afghanistan and he had put that timing at around 1994. You will remember that the witness Abdullah Hamisi had mentioned that Khalfan Khamis Mohamed told him that he had gotten training in Afghanistan, training that was financed by Bin Laden, training that focused on jihad. You remember, he was timing it to when he opened up his juice cafe. I submit, ladies and gentlemen, at some point before Khalfan Khamis Mohamed admitted that he went to Somalia, he

also admitted that he had gotten training in Afghanistan, he had gotten training in basic explosives and advanced explosives, and he got this training before he went up to Somalia in 1997.

One of the documents that is found in the defendant Odeh's house is Government's Exhibit 702-T. 702-T appears to be a ledger, a budget of some kind, and you can see that it talks about the item and the quantity and the amount of currency and the beneficiary and so forth. This document had the fingerprint of Mustafa Fadhl, document that was found in Odeh's house in Witu, a budget of some sort with Mustafa Fadhl's fingerprint on it. The document doesn't have the year



on it. It does have the date and the month, and it has references throughout about money being spent in connection with buying for training and military items. Down at the bottom it says expenses note al Saghir was sent to Mombasa carrying a report.

If we go to the next page, there is a reference on what appears to be July 21, and again, we don't know the year for sure but you will see in context it talks about training and it mentions an $1,800 loan, Ahmed Madhri to purchase a boat for brother Khalid. Again, that is Mustafa.

On page 4 there is an entry there for August 7, weapons and artilleries, quantity 1,000, price in Kenya currency, 50,000. Price in dollars, weapons 1,100, artilleries, 300. Beneficiary: Work. Note: The money was sent to purchase weapons and artilleries for work purposes,

since the dollar is worth 35 Kenyan schillings.

Again, work purposes means jihad, and here you have a budget in Odeh's house where they are purchasing weapons and artilleries for the jihad work.

The next thing that happens in March of 1997 is that CNN goes to Afghanistan and conducts an interview with Usama Bin Laden, and according to a stipulation that was marked as Government's Exhibit 33, that interview took place in March of 1997.

If we go to the second page of the transcript that is

5333

marked as 80-T, you will see that Bin Laden is asked the question about his declaration of jihad, and he gives a very succinct answer. He says, we declared jihad against the US government because the US government is unjust, criminal and tyrannical. It has committed acts that are extremely unjust, hideous and criminal, whether directly or through its support of the Israeli occupation of Palestine. So he is adding an additional reason for the war against America. About two thirds of the way down that same answer Bin Laden says, as for what you asked, whether jihad is directed against US soldiers, the civilians in the land of the two holy places, Saudi Arabia, or against the civilians in America, we have focused in our declaration on striking at the soldiers in the country of the two holy places. The country of the two holy places has in our religion a peculiarity of its own over other Muslim countries. In our religion it is not permissible for any nonMuslim to stay in our country. Therefore, even though


PEC-KSA003201

American civilians are not targeted in our plan, they must leave. We do not guarantee their safety because we are in a society of more than a billion Muslims. A reaction might take place as a result of US government's hitting Muslim civilians, a warning that you will see Bin Laden play out later on. At the last part of that answer, Bin Laden says so, the US is responsible for any reaction, because it has transgressed through war from military personnel to civilians. This is



what we say. As for what you asked regarding the American people, they are not exonerated from responsibility because they chose this government and voted for it despite their knowledge of its crimes in Palestine, Lebanon, Iraq and in other places, and its support of its collaborating regime who filled our prisons with our best children and scholars. We ask that God may release them.

Ladies and gentlemen, Bin Laden is sending a message. Yes, the main focus of our jihad is the American soldiers in Saudi Arabia, but we hold the American civilian population responsible, because you the American civilian population elected that government that has undertaken the policies that we find to be so objectionable. Bin Laden is going to take that theme and he is going to use it later on to justify attacks against civilians. In other words, ladies and gentlemen, Bin Laden is signaling his intention to make sure that American civilians are not in his eyes considered innocent, and that they therefore become justifiable targets.

The next answer at the very end, Bin Laden says, and

this is on the top of page 3, so the driving away jihad against the US does not stop with its withdrawal from the Arabian peninsula but rather it must desist from aggressive intervention against Muslims in the whole world.

Yes, the symbolic act that Bin Laden finds so objectionable is the presence of American troops in Saudi



Arabia, but it is deeper than that. He sees the United States as the cause of all the problems and he sees the United States as the aggressor, and he believes he is right in reacting in kind, and he is telling not only the Al Qaeda members but publicly through CNN what it is that he believes justifies his actions.

On page 4, down about halfway down that first full answer, now Bin Laden is talking about the presence of the troops and American policy in general, and what he says there, that first line, the sentence beginning with when, when the Saudi government oppressed and the voices of those who call for Islam, I found myself forced, especially after the government prevented Sheik Salman al Awdah and Sheik Safar al Hawali and some other scholars to carry out a small part of my duty of joining what is right and fighting what is wrong. So I collaborated with some brothers and established a committee for offering advice and we started to publish some declarations. The Advice and Reformation Committee in London. However, the Saudi regime did not like this and started to exercise pressure on the Sudanese regime. The US government, the Egyptian government and the Yemeni government also helped

in doing so. They requested me explicitly from the Sudanese regime and the pressure continued. Saudi Arabia dropped all its conditions put to the Sudanese regime in return that I be driven out of the Sudan. The US government had already taken



the same stance and pulled out its diplomatic mission from chart to Nairobi and put forth their condition to return only after I have left.

You know that Bin Laden had the headquarters in Sudan up until some point in 1996 when he goes to Afghanistan and issues the declaration of jihad. What he tells you in this statement on CNN is that he blames the US government for putting pressure on the Sudanese for driving him out of the Sudan and into Afghanistan. He takes note of the fact that part of the pressure was by removing the diplomatic presence from Khartoum and sending it to Nairobi. In March of 1997, Bin Laden is keenly aware of that move by the United States, and I submit to you it provides a powerful motive that Bin Laden had to hit the American Embassy in Nairobi in August 1998, to get back to the United States for its diplomatic pressure on the Sudan that caused him to have to go to Afghanistan.

On page 6, Bin Laden is asked about some attacks in Riyadh and in Al Khobar. He says as to the previous question, the explosion in Riyadh and Al Khobar, it is no secret that I was not in Saudi Arabia, but I have great respect for the people who did this action. I say, as I said before, they are heroes. We look upon them as men who wanted to raise the flag

of -- there is no God but Allah and to bring the flag of nonbelievers and of injustice that the US brought. So he is



lauding the efforts of some other people who participated in, as he calls it, the explosion of Riyadh and Al Khobar. He is not taking credit for it. He is saying I didn't do it but I applaud what they did for the reasons that you should know, that the Americans should be driven out.

At the bottom of that page is a very brief reference again to Sheik Omar Abdel Rahman. You remember, he is the person that Bin Laden talks about in his August 1996 declaration of jihad where he blames the American government for the arrest, something that the witness al Fadl told you, well before Bin Laden gave this interview.

Then, ladies and gentlemen, on page 7, down at the bottom, Bin Laden is asked about Somalia. Bin Laden says the US government went there with great jubilation and stayed there sometime with a strong media presence, wanting to frighten people that it is the greatest power on earth. It went there with vanity and 28,000 soldiers to a poor unarmed people in Somalia. The goal was to scare the Muslim world and the whole world to say that it is able to do whatever it wishes. As soon as they reached the Mogadishu beaches, they found no one but children. The CNN and other media started photographing them, the soldiers, with their tanks and heavy arms, and show themselves as the great power on earth. Resistance started because Muslims did not believe the US allegations that they came to save the Somalis.

Continuing on the next page, with Allah's grace, Muslims over there, there was a faction from the Islamic alliance that emerged and cooperated with some Mujahideen who were in Afghanistan. They participated with their brothers against the American troops and killed large numbers of them. The American government was aware of that. After some resistance, the American troops left without achieving anything.

Down below, Bin Laden tells the world what he believed from Somalia. We learned from those who fought there that they were surprised to see how low the spiritual morale of the American fighters was compared with the spirit of the Russian fighters. The American fighters ran away from the fighters who fought and killed them.

Bin Laden is talking very much about the Mujahideen in Afghanistan working with the local troops to attack the Americans, and he gives you his interpretation of why he thinks the Americans were in Somalia, to take over the country and to show that America was the strongest nation in the world. You will see Bin Laden talk more about Somalia when he gives a second interview with ABC News in 1998. Towards the end, on page 9, Bin Laden is asked very simply what are your future plans. He says rather ominously, you will see them and hear about them in the media, God willing.

Then down at the bottom when he is asked if he wants

to deliver a message to President Clinton, he adds a message to the mothers. He says to these mothers, the mothers of the American soldiers, I say, if they are concerned for their sons, they should object to the government's policy and to the American president. He is sending a clear message, ladies and gentlemen. You will see and what you will hear what I will do, and to the American mothers, you will have to put pressure on your government to get your sons out of the Saudi Gulf peninsula.

Five months after this interview takes place, Wadih El Hage goes back to see Bin Laden in Afghanistan, and the first clue of this trip comes in Government's Exhibit 289A-T, another intercepted conversation on July 15, 1997, and it involves Wadih El Hage and an unidentified male. El Hage talks about in the conversation that Harun is on the inside, which is a reference to Somalia, because remember, they are carrying out the new policy of Bin Laden. He says listen, I will be going to see El Hage after a couple of days. From there, the unidentified male asks for a stickerat, the thing that gets you through, talking about a visa that goes on a passport. El Hage says yes, fine, if God willing, when I went the last time they were preparing this kind of thing.

He is once again using the reference. El Hage says he is going to see Bin Laden. By the way, this unidentified male knows who he is talking about, because he doesn't say



who, and he says what about the stickerats, and El Hage says

when I was there before they were making a few of them. Part of what they have to be good at in their business is fake travel documents.

While El Hage is visiting Bin Laden in Afghanistan, some very significant events happen. In early August there is a newspaper article that we can see as Government's Exhibit 645 -- this, by the way, is found in El Hage's files during that MIRA search in August 1988. You see just the headline. Saudis detain key member on US terror team.

Now if we can display Government's Exhibit 246-T. This is a facsimile that is sent from El Hage's house by Harun. In fact, it even says down at the bottom, your brother Harun al Kamari, Wadih's residence. That is a translation of the document that is faxed. At the top you see underlined urgent. This fax, if you take a look at the records for the 820066 number, goes to Khalid al Fawwaz's number in England, 44208, 44433. Remember, he has 441 number and the 44433 number, which is the facsimile. Dear God Khalid, may peace and God's Mercy and blessings be upon you. We appeal to God to be as he please in your religion and worldly existence. We have read in one of the magazines which is published where you are that there was an economic manager who used to work with the Haj and who has transferred to an American British company. Please provide us with the sufficient information on



this manager for we want to know whether he knew of Sabbour's company here or of his work here in order to take the appropriate steps to deal with him, knowing that Sabbour had

traveled to the Haj and has not returned yet.

Ladies and gentlemen, they say a picture is worth a thousand words. But I say to you, in the small number of words in this letter you have just learned a great deal about the conspiracy in this case to kill US nationals.

Government's Exhibit 245 is the Daily Telegraph, which is a British newspaper. Khalid Fawwaz, you know, lives in London. He is referencing an economic manager who used to work with the Haj and has transferred to an American British company. Harun is talking about somebody who the media is reporting, somebody who used to be in Al Qaeda, who used to work with the Haj, who has transferred to an American British company, using business lingo to make the following point, somebody is cooperating with the enemy. Somebody is working with the enemy, as it is reported in this magazine, and he says in the next line, please provide us with the sufficient information on this manager for we want to know whether he knew of Sabbour's company here. What does this person who has gone to the enemy know about El Hage and the cell here in East Africa and his work here so that Harun and the others can take appropriate steps to deal with him, knowing that Abdel Sabbour had traveled to the Haj and has not returned yet. So knowing

5342

that Wadih El Hage is visiting Bin Laden, Harun gets this very disturbing news and he reaches all the way out to England to Khalid al Fawwaz, the person who used to have Wadih El Hage's job in Nairobi, working for the Al Qaeda cell. He says please see what you can find out about this, we are very concerned.

At the bottom he writes, the response is very urgent.

Now we see the heat gets turned up in Government's Exhibit 223A-T. This is an intercepted conversation that takes place on August 13. So you get the time line. You will see that that facsimile was sent on August 2 from Harun to Fawwaz, and we will see that in a minute. It is also in the telephone records. Now you have a telephone conversation involving Harun and Abu Khadija in Germany, who says contrary to what we are hearing, everything is fine in Afghanistan. Now Harun is talking to him. If we go to the sixth page -- by the way, the first five pages of this, if you read it or you listened to the conversation, you would think they are talking about medical deals, making the point that they do mix business with business. Then at the bottom of page 6, Harun says the situation is good. Listen to me, the situation is good. There is a manager who used to work with the Haj down there. Khadija says yes. Harun says, it appears that he moved from his company to an American company. Khadija says what do you mean by that? Harun responds he is one of the people in Saudi Arabia. Khadija, still confused, did you read

5343

this in the magazine? Yes, he did. You mean he moved, he started working with them? Harun, yes, he's worked with them through Saudi Arabia. Khadija says tell me who that is. Harun says you probably know him, he's the same, the same -- what? The same family? And Harun says and in a sentence he tells you who it is. He, you know, I mean, one leg and a half. Khadija. Really? Harun, yeah, the magazine was issued

from where Hamad is. Khadija realizes the danger and his next line, brother, there is no power and no strength safe in God. Can this be possible? Harun, yes, I read it myself. Then Khadija completes the identity. He is the one who got married with a woman from his side? That is Abu Fadhl al Makkee, who El Hage told you married the niece of Usama Bin Laden, who had his leg amputated below one of his knees, and they are describing him as being one of the people they are concerned has now cooperated with the American government. In fact, Khadija says he is the one who got married with a woman from his side, right, the one who married a woman from the Haj's side. Khadija says I know him. Can this be possible? Doublecheck this. Harun says it is possible because I heard it on the radio and then I bought the Daily Telegraph. He even tells you the day he bought the Daily Telegraph, the 2nd of the month, which is the 2nd of August, which is when he faxes Khalid al Fawwaz.

If we go to the second part of the page, towards the

5344

bottom Khadija says glory, you should have informed me of such a thing, glory to the Lord. Harun says I have tried to call you for a week. Such things you have to -- right away because the boss director over there is unable to call us nor to inform us.

They continue. Khadija says, halfway down, you know, I was looking for, you know what I'm doing, I'm looking for him. Harun says yes, and Khadija says you have to make sure, is this news confirmed? Harun confirms the fax that you saw


PEC-KSA003211

earlier. I sent this to Hamad by fax. Khadija says tell me, has the big boss been informed of this or not? Harun says I don't know, I don't know. I have not even informed Wadih. Khadija says try to inform him so he can take precaution of the forged check. Again the business lingo. He is the money person, Abu Fadhl al Makkee, and they are worried about the information he is going to give up to the Americans. Harun says I should, because it was written in the newspaper that he mentions the accounts of Bin Laden all over the world. I read that. Then Khadija goes on a little bit down below. No, no, be careful. One should not think twice about that forgery. Be careful not to get into a lot of troubles. Be cautious. That's it. We understand now. Please call. You have my telephone numbers, don't you? The word is out. Everybody needs to be careful.

If we go to the top of page 10, you see how aware Al

5345

Qaeda is about the security measures against them. Khadija asks, how is your telephone? Do I get a headache if I use it? Harun says don't even try, we suspect, we suspect, this is better, this is better. Khadija says are they listening to this call? Should I call you here? Harun says absolutely.

So Khadija gives him a different number, and down at the bottom you see Khadija will announce the code for how they are going to discuss the matter in the future. Swear to God, try not to give my phone numbers to anybody, because it is a company, you see, and I don't want to -- but it is a headache about that lame, as you see, call so we know the condition.

Say the condition is such and such so we know the manager. He was in charge of the director and the company and he was in charge of the money, you know, which explains why it is they were so concerned.

If we go to the next page, you see down at the bottom half Khadija says no, or Harun says the matter is not easy, and Khadija confirms no, it is not easy. The boss wouldn't have any troubles but we would. The boss in Afghanistan may not have the troubles, but we in Kenya and we in Germany are going to have troubles if this person is truly cooperating with the Americans. Harun says I will find out about this matter. Yes, so we can change things and stuff like that, in order to -- you understand, in order to see if I have something forged that they have wrote on me. Is there

5346

anything that they have about me, is what Khadija is worried about.

Then you see on the next page, Harun makes a reference, and the Nawawi's place, almost all the accounts in the Nawawi's place have been held. That is Ihab Ali. They want to remove the Haj. The Nawawi's place is America, because remember, Nawawi, Ihab Ali, moves to Florida. So they are referring to the Nawawi's place as America, who wants to remove the Haj. They are pretty much happy with them, you see. Then you see down at the bottom, Khadija says yes, indeed, so there should be, the matter is not easy as to losing a job like that, the appointment. So stay, may God help, is the Nawawi at your place? Harun says the Nawawi is

there, there in America.

Ladies and gentlemen, you will see, we talked a little bit about correspondence between El Hage and this person Nawawi, and this correspondence is some of which El Hage lies about in the grand jury, when asked whether he knows anybody who lives in America. Nawawi is one of the people they talk about in the conversation about al Makkee cooperating with the Americans.

So in these two pieces of paper you see all the critical pieces coming together and how they are reacting to the threat from their enemy. Harun is getting in touch with El Hage. Harun gets in touch with Abu Khadija, to whom El

5347

Hage said I went to see Bin Laden. Harun and Khadija are talking about the need to get in touch with El Hage to protect the cell in East Africa from the Americans, and of course to let Bin Laden know so that he can protect himself and others in Al Qaeda can make sure they do what they have to do to avoid Americans.

Why is that? That's because it is one enemy recognizing the other enemy. They are not concerned that the Americans are going to find out about gem deals or the Renan tribe in Somalia. They are concerned that people will find out about the war against Americans by Bin Laden, the people who continue to work with Bin Laden to carry out wars against America. It is the Americans they are worried about, not the Saudis. It's the Americans.

You see it again in Government's Exhibit 300A-T.

Ladies and gentlemen, this is a document that is written by Harun. You will see several pieces of this that show that. This is one of the deleted files that was found on El Hage's computer Government's Exhibit 300, and Agent Crisalli talked to you about how he was able to retrieve some of the deleted files from the computer. At the very beginning of this report Harun says we can now say that the security position of the crew is at 100 percent danger. In this report I will try to state the reasons that made us feel about this dangerous situation. I will also try to offer my recommendation to the

5348

kind and wise high command that understands a lot and we hope is seeking the best.

Down below that first paragraph Harun says, as we have heard, witnessed and read, the Haj has declared war on America and that was confirmed when we heard the tape of the press interview that took place in Jalalabad, and the sheik stated some points including: We declared war against America because it made itself police of the world. I have nothing to do with the two explosions in Saudi Arabia but I am glad they took place. You will hear my future plans on radio stations. Harun adds his comment, and other points that we are pleased to hear, thanks be to God.

We saw CNN and that we like to hear. Bin Laden wants to kill Americans, we're happy about it.

Remember, and you will see this, this is a document that wasn't meant for the eyes of anybody outside Al Qaeda. This is a document that Harun writes to the high and wise

administration, the people in Afghanistan. So he is going to lay out exactly what it is that he and the others in the East Africa cell are thinking and what is on their mind. We heard about the CNN interview and we liked what Bin Laden said. Then he says on page 2, keeping in mind all this discussion about the Abu al Makkee, they should know that they are America's primary target now and that there is an American Kenyan Egyptian intelligence activity in Nairobi working to

5349

identify the locations and the people who are dealing with the sheik, since America knows well that the youth who worked in Somalia and who are followers of the sheik are the ones that have carried out operations to hit the Americans in Somalia. Harun, the person who told Kherchtou that he is in Somalia, is telling the high and wise command they have figured out we were there. America knows full well that the followers of the Bin Laden were the ones that went into Somalia and that the main gateway for those people is Kenya. Therefore, there must be a center in Kenya. Ahmad Tawhil told us that he will talk about changing us because we are in real danger. I told him that the crew will welcome this because we are convinced 100 percent that indeed our situation in Kenya is extremely bad.

How things have changed from that report, that top secret report that said the security situation is good. From their perspective, what is the cause of the change? The Americans have figured out who is there and what they did.

Harun goes on in the next paragraph. He read in the newspaper news of the arrest of five Kenyans in Kenya. I


PEC-KSA003216

warned Ahmad Madurani that there is an intelligence activity in Kenya to identify the emirs of the brothers and the foreigners who work with the brothers. What we think is that there is American pressure on Kenya to search for the Arabs living in the region. Therefore, brother Sharif, be cautious and whoever is with you of the engineers, and be advised that



that any moment any one of us could fall.

Perception is what guides their action, ladies and gentlemen, and in August of 1997 Harun is talking about and is concerned about two different activities he sees the Americans doing. First, the cooperation of Abu Fadhl al Makkee that you saw in the fax and the telephone conversation to Abu Khadija. The second is that the Americans are very focused on the East African crew, on the crew that Wadih El Hage runs. Wadih El Hage is in Afghanistan at the time, visiting Bin Laden. Even now as he perceives the point that the Americans and Kenyans are working together in their arrests, he is attributing their security problems to the Americans. Then he goes on to discuss Abu Fadhl al Makkee. The last bit of news, which almost made me explode when I heard it, was a news item that I read in one of the British magazines, the Daily Telegraph. So I asked brother Tawfiq to buy this magazine in Nairobi after hearing the news item on BBC on 2 August 1997. The gist of the news item is, now in the hands of the American CIA and the British intelligence service M16, in Saudi Arabia. The CIA did not confirm if this man, whose name is Saudi Tayyib and his nickname is Abu Fadhl, was working as a double agent spy

for the Saudi government or he was arrested. They only said that the man was in the hands of the Saudis since the middle of May and that there is another man called Jamal, who is a colleague and an assistant to Usama and who has cooperated



with the Saudi government after he was arrested since May. That is precisely what Jamal al Fadl told you, that Sidi al Tayyib was a name that Abu Fadhl al Makkee used and that he had accounts in London.

So now that Harun has identified the American-based security threat, he describes what it is that he proposes to do, and he does that in the next paragraph. He says, there are some measures that we tried to take here in Nairobi, but first we wanted to verify that the man called Sidi Tayyib is the same person known as Abu al Fadl al Makkee. We have taken the matter seriously despite the limited resources we have here in the office. I have sent a fax to Hamad to provide me with information, but it was futile. I do not know whether or not the letter has reached him. Until now he has not complied. I also tried to call Qatar to verify the name through engineer al Utabai, but the telephone was always busy. Finally, and from another location I sent a fax to Abu Ibrahim in the Sudan and till the writing of this message on 14 August 1997 I have not found a reply to the fax. He confirms the conversation with Abu Khadija al Iraqi in the next paragraph. Abu Khadija al Iraqi from Germany also called me on 13 August and I informed him about the news, which shocked him, and I told him to be careful. Anyway, we are not much concerned

about the man's name, Abu Fadhl. It is enough that there is a man who was dealing with the sheik and fell in the hands of



the enemy. Therefore, we must take the appropriate measures. I and brother Tawfiq collected all the files which we do not need and which might pose a danger to us and placed them in another location. We did not burn them since they belong to engineer Abdel al Sabbour, who may have a different opinion. He will probably arrive next week, God willing.

(Continued on next page)

So the first thing that Harun does is he gets together with Ahmed Tawhil and he hides El Hage's files. And he doesn't destroy them because El Hage isn't around to consult with about whether or not El Hage wants the files destroyed because he is in Afghanistan.

So Harun hides the files, ladies and gentlemen, and these are the files that turn up in the Mira office during the August 1998 search, a full year after this document is written. The files that have the letters, the communications between El Hage and between some of the others in al Qaeda, including Nawawi, the files that have all the Khalid al Fawwaz documents that I talked about earlier and the files that have the passport photos that we showed you earlier, Government Exhibit 6404. These are the files, the files that Abu Hafs does not want the enemy to have but he doesn't have the authority to destroy them because he's got to talk to Wadih El Hage first.

Then Harun continues: "We also thought that if we were indeed under surveillance, then this would make us look suspicious. On the same day we heard the news that the partisans called us from Mombasa and asked them never to call me at number again. They told me that Khalid want to talk to me urgently, but I told them I will get in touch with them but never to call me at that number again.

"After two days they called me back at the same

number so I forced them to burn that number and immediately informed Khalid that I had prohibited them from calling me here, as I am 100 percent sure that the telephone is tapped after Wadih's wife told me that after three days of reading the newspaper, she heard strange voices in the television when she was trying to adjust the speaker."

Down at the bottom Harun gives some additional advice: "The second matter is my advice to my kind intelligent high command, which I pray to God to keep safe from enemies, which works to return the caliphate to earth and fight the forces of etheism and dictators who wreaked havoc on earth. We, the East Africa crew, do not want to know how work plans are operated because we are not fit for plans. We are just implementers. We, thanks be to God, trust our command and appreciate their work and know that they have a lot of problems. But the advice here is for work purposes only, because this work we are doing, the return of an Islamic state, is a team effort and not an individual one; we are all participating in it."

Harun is writing the high and wise command, just like you heard these people are trained. They are segments. Headquarters decides the big picture. You have people who do intelligence and do the surveillance and then you have, as Harun describes it, the implementers. And Harun, ladies and gentlemen, is one of the implementers who will directly

5356

participate in the bombing of the embassy in Nairobi, about a

year after he writes this report.

On the next page, Harun says, "As you know, we only knew about the decision to declare war against America through the media, as have been mentioned, and we were supposed to know about the decision only, not the plans, so that we can take the necessary actions for this decision so that we will not cause any problems or foil your plans for not knowing about the decision, so that, as you know, if one of the crew fell in the hands of those due to any decisions, God forbid, that will be a loss to the group."

So, he's telling the high command in Afghanistan, we didn't know you were going to take the war public. We didn't know you were going to declare war. It would have been nice to know because we want to make sure we're coordinated. Notice he's not saying in there, oh, you mean we're against America now? We didn't realize that was what this was about. We object to that. No, what Harun is saying is, that's fine, let's just make sure that we don't get in each other's way. You don't get in the way of what we're doing, we don't want to get in the way of what you're doing.

And what he says in particular is, in case one of us gets caught, we don't want to give up information about others in the high and wise command. Again, the elements of how the operation is to be done and keeping the high command separate

5357

from the implementers.

Then he asks in the next part of the same paragraph: "We ask you to keep in touch with us through the Internet from

Pakistan, because now we get a lot of information about the Sheik through this network. We even find the Sheik's pictures on the net. Or you can do as Abdel Sabbur did when he faxed his family from the border city next to you. We want to hear your good words and we are afraid of being disconnected and taking unapproved plans domestically since we do not have enough expertise for such difficult decision, because these decisions need people like you."

So you can communicate with us as Abdel Sabbur, as Wadih El Hage did, by using a fax in the Border city, Peshawar, right next to Afghanistan.

And then the last paragraph, Harun says: "Finally, this advice was sincerely for the sake of God so that work will, work will advance without delay. I did not write this report until I was officially asked by Brother Khalid to be responsible for the media information office for the crew in Nairobi. He," Khalid, "also asked me to write always from time to time about the security situation of the crew and the group here in general in East Africa in the files of the al Barakar, which always includes seven items. The third is the securitization, and remember that top secret report, the one that went through the new policy, and it said that Khalid

5358

appointed Harun to be in charge of communications."

Ladies and gentlemen, the circle is complete. Harun is doing what he's been tasked to do. He's telling the group back in Afghanistan: We are fine with attacking America, we're fine with the fact it's now public, but we have to be

very careful because the enemy is onto us. They are onto us because of Abu Fadhl al Makkee, they are onto us because of what is going on in Kenya and the security situation is very dangerous.

And in those series of communications you see exactly how al Qaeda operates, who they go to when there is trouble, what it is that they are motivated to do, and it lays the foundation when you hear Harun say, "We are the implementers." And you will see that play out later on.

Now, at the bottom there is a second report.

We can take a break now if you like, your Honor.

THE COURT: All right. We'll take our mid afternoon recess at this point.

(Recess)

THE COURT: Bring in the jury.

(Jury present)

THE COURT: Mr. Karas, you may continue.

MR. KARAS: Thank you, your Honor.

We left off at the bottom of 300A-T, and you see that this is a different report that was retrieved by Agent

5359

Crisalli among the deleted files in the computer found in El Hage's house. And in this report, what you see at the end is written by Ayman al Zawahiri. The person says: "The contact between you and me is the factor. So you can send it a week after it reaches you to the center to take the latest news which will come through Abdel Sabbur and tell him not to call from any of the phones that we have. Tell everyone else about

this, and he may call Abdullah and leave a message that he arrived at the center so that I go to him, God willing."

In the next paragraph there is written: "Brother Sharif: Abdel Sabbur called before he came and by the time of writing these reports on August 13, 1997, he told us that he will come after a week. He told Salim to prepare himself to go to the director and told him also that he will request to leave the house immediately. I understood that Abdel Sabbur will leave quickly. I met Ahmed and told him about the matter and asked him about his readiness to follow up with the agency. He," and then continuing on the next page, "told me that he will not (unintelligible) anything and that it is better to sell these things and to rent a normal house and put one of us in it with the communication devices. What I see it's that you come to us directly in Nairobi at this critical period of time so that you can see how things will be in the future."

So in this paragraph you learn from this document

5360

that the writer of the report, which may be Harun and it may be somebody else, is in touch with Abdel Sabbur by August 13. That's the defendant El Hage. And Abdel Sabbur mentioned that he told Salim to prepare himself to come to the director, to Bin Laden in Afghanistan, and that he, El Hage, will request to leave the house immediately, to leave Nairobi.

And the person goes on to write that "I understood that Abdel Sabbur will leave quickly and invites Brother Sabbur to see what things will be like in the future, to see

what will happen," what it is like when Abdel Sabbur, when the defendant El Hage, leaves Nairobi.

And that specific reference to rent a normal house and put one of us in it with the communication devices, I submit to you is precisely what El Hage has been doing in Nairobi since he replaced Khalid al Fawwaz in 1994 -- get a normal house and then set up a communication device where you can then assume the duties of the group, the same way that Wadih El Hage did and the same way that Khalid al Fawwaz did before him.

Now, at some point, as you know, Wadih El Hage returns from his trip to Afghanistan, and among the items that shows you that is Government Exhibit 315. 315-1 is a ticket stub that Agent Coleman testified about. You see the arrival there, Nairobi. It says Mr. El Nage, Wadih, and then on page 3 of that exhibit, you see the ticket, El Hage, Nairobi to

5361

Karachi, and then an open return. And by the way, you see that the ticket is issued for Pakistani Airways, Flight 744, a flight number you will see later on in August of 1998.

Now, Government Exhibit 314 is a copy of El Hage's passport. We can look at page 2 of that. This is a later page that shows -- if we could go to 314-2, and there you see El Hage's passport. And then 314-5, what you see there almost in the middle of the screen, the angled entry stamp 20 Feb. 1997, that's the return trip in February. And you will see the return trip in August, that's on page 12. There you see the visa, Pakistan, 1997.

Now, El Hage returns in August, August 21, 1997, which is the time that Agent Coleman is conducting the search where he found the computer and where he found the address books that you have seen so many of the names come up, and that's where he found some of these daily planners and business card holders. And one of the business cards that El Hage had, Government Exhibit 306, at page 200, you will see on the top right, Mamdouh M. Salim, and Mamdouh Salim you know is the name for Abu Hajer.

Abu Hajer is the person we talked about earlier this morning who is on the fatwah committee. He's the person who issued some of the earlier fatwahs that deal with al Qaeda being against America because of the Saudi Arabian Gulf Peninsula and also because of Somalia.



September 1997, two very important things happen. The first is Wadih El Hage testifies before the Grand Jury here in the Southern District of New York and he testifies a little over a year after Bin Laden has issued his August 1996 declaration of war, a little less than six months after Bin Laden has the interview with CNN, where he says he's declared war against America, a little less than after a month after the group has learned what it believes to be the cooperation of Abu Fadhl al Makkee with the Americans, and it's a little less than one year before the embassies are bombed in East Africa.

And you will see later on, and we will go through the perjury counts count by count, but Wadih El Hage is asked

questions about his relationship with Bin Laden, his relationship with some of the leaders of al Qaeda, and his relationship with other members or suspected members of al Qaeda. And it is that moment that Wadih El Hage is given a choice: Assist the United States in its investigation of al Qaeda and its leader who has declared war on the United States, or continue to side with Bin Laden and al Qaeda.

And you will see, ladies and gentlemen, that the evidence overwhelmingly established that El Hage made his choice. He violated his oath. He didn't tell the truth. He lied about al Qaeda. He lied about Bin Laden. He chose, Wadih El Hage, the American citizen, chose al Qaeda and Bin

5363

Laden over America.

And he did this for two reasons -- really one reason, ladies and gentlemen. He did this to protect al Qaeda. He did this to conceal al Qaeda's activities from the United States. He did this as part of the conspiracy to make sure that al Qaeda and those he was working with can continue in their efforts against the United States.

And you see the security concerns that al Qaeda has when it comes to America in those documents we went through before the break. And so when El Hage is asked questions, what he is going to do is he is going to remain loyal to Bin Laden, he is going to remain loyal to al Qaeda, and he is going to obstruct the investigation so that the others can continue in their work.

And, ladies and gentlemen, El Hage's choice is both

symbolic and its tragic. It is symbolic because its reflects precisely his involvement in this conspiracy. It reflects the fact that he will remain loyal to it even when confronted with very simple, straightforward questions about al Qaeda and his relationship with al Qaeda.

And it is tragic. It is tragic, ladies and gentlemen, because it robbed the United States of an opportunity to investigate and crack the Bin Laden cell nearly 11 months before the embassies are bombed, before the embassies are bombed by the East African cell that he ran, the

5364

implementers such as Harun, Wadih El Hage's deputy. And that is why it is tragic. It is also illegal, and we will talk about that later.

Now, not surprisingly, al Qaeda reacts to the security threat that it perceives, and you heard from the witness, Kherchtou, who told you that Harun came up to Sudan and told Kherchtou about the search of El Hage's house. And in particular, Kherchtou was told by Harun that the Americans got the computer -- the computer that you know has the security report, the computer that has the report regarding the Taliban and the computer that has other documents that were written to the al Qaeda high command.

And you may remember Essam al Ridi, the pilot. He told you that when he spoke to Wadih El Hage, El Hage mentioned to him that the Americans took his computer among the other items. So al Qaeda does what it did in the Harun security report. It's making sure people are aware of where

the Americans are investigating and what it is that they found.

Now, at the same time all of this is going on, Odeh, defendant Odeh, is in Somalia, still carrying out the new policy to train people in Somalia. And he writes, we talked about this earlier, the tape letter that is found in his house in Witu. And this is an enlargement, Government Exhibit 710-96.

5365

In this letter you see that Odeh is writing his wife, and what he says is: "Something happened which you may have heard of or are aware of some of its details. Some kind of distress/crisis has happened to few brothers where you are. They had some problems. These problems were expected. They were not farfetched. One expected these problems to happen today before tomorrow and yesterday before today. But we had no idea the nature of these problems and their magnitude.

"We heard the news about something that had happened which may compel us to stay here in our locations without moving due to the difficulty of the situation where you are and also due to the inability to get to you using the way or any of the ways that could take me to you. So it has been decided that we have to stay here and not to move.

"We saw that the best thing is to reassure you and to keep you well informed of the matter. Thank God for telling you everything in details from the beginning and (unintelligible) that you have endured. Thank God for your letters that have been reassuring. Harun also said good news

about you when he came over. He said the whole family are well, thank God, the master of the universe, and all they were asking is to send them letters."

Now, ladies and gentlemen, this is part of a series of tape letters, and some of the other ones place the dates of these letters roughly in September of 1997. There is a

5366

reference to how he had been in Somalia for six months. So in September 1997, defendant Odeh is writing back to his wife about some problems. So there's a crisis, and whatever the crisis is, it's keeping the people who were implementing the new policy in Somalia, forcing them to stay in Somalia.

And you see the reference down at the bottom to Harun. Harun also said good news. Now, remember Harun is the communications person within the East African cell, and you remember this morning we went through some of the telephone calls where Harun was talking to Shuaib and he was talking to Mustafa and he was talking to some of the other al Qaeda members about El Hage's visit to Afghanistan in February 1997.

Harun is the one who writes the security report to the high and wise command and in there he references the fact that he's been in touch with Khalid and some other people in the security situations. And now the news, whatever this news is, in September of 1997 has gotten to Odeh in Somalia, and what he's explaining to his wife is that this is a problem and it's going to keep me here for a while.

Now, on the next page of the translation, Odeh writes further, "I appeal to God to ease the burden on you and ask

God to compensate us with goodness for this loss. By God, I miss you very much. I've always wanted us to be together without being apart for one day, also to be able to visit you and come back to keep on worshipping, obeying the laws of God,

5367

which I am taking upon myself while you carry on with your life as usual."

And then the tone changes, "But may God fight against the enemies. They neither sleep nor rest and they don't let anybody rest. Anyhow, this is the way it should be. If they let us rest, we will not let them rest. So they certainly have their time and we have ours. This time may have been theirs, but not all times will be theirs. We will never allow that, and may God, the master of universe, to respond 20 fold to one of theirs. "Thank God we are still alive and we are still capable of giving and resisting. But of course the matter will require time, preparation and thinking."

"Time, preparation and thinking." Ladies and gentlemen, we will come back in the context of this, but bear in mind by September of 1997, the al Qaeda cell in East Africa is concerned about the cooperation with the Americans of Abu Fadhl al Makkee. The al Qaeda cell in East Africa has learned that the Americans have searched the house of Wadih El Hage and that they have taken his computer among the other objects.

And remember the reference that Harun had to the arrest of these five people and how they blamed, Harun blamed the American intelligence for the arrest of these people in Kenya. And he said that there is an American/Kenyan

intelligence effort because the Americans know well that it was the youth of the Sheik that were responsible for what



happened to the Americans in Somalia.

So by September of 1997, America is very much on the minds of the East African cell of al Qaeda and Mohamed Odeh is one of the prominent members of that cell and whatever it is that's keeping him there, but he's telling even his wife that they're going to respond 20 fold and the matter will take time and preparation.

Other things that happened in September of 1997. Ibrahim Eidarous, one of the three people that we talked about with respect to London, Abu Abdallah Ibrahim and Daoud, Ibrahim Eidarous, we talked about him in London. And what happens in September of 1997 is that Eidarous goes from Baku, Azerbaijan, we can see it on the map here, and he goes to England, and that's where he becomes the cell leader of the EIJ group in London.

And we know that because there is a ticket that is found in his house, not the trunk of his car, government Exhibit 1535. And you see a ticket there that shows a trip from Baku to Amsterdam to London and it's the 24th of September, 1997. And you remember, we read you the second page of the letter, Government Exhibit 1523-T, and that's where number 14, where Eidarous writes to Zawahiri, "call this number, 956375892," and the next day the satellite phone called that number on October 30th, 1997.

Well, in the first page of that letter, you see at

the top: "Dear Brother Abu Mohamed," which is one of the aliases for Ayman al Zawahiri, Government Exhibit 127, the last alias Abu Mohamed, and what Eidarous writes in 1997, having just arrived in England, he says, "It's necessary to advise the brothers of the following: Firstly, to fear God. Secondly, to cooperate with and obey the person in charge, for this is the image that the people see." And you will see in a moment that Ayman al Zawahiri complies with Eidarous and makes sure everybody knows Eidarous is in charge in London.

With that, we move to January of 1998. In January 1998, Ayman al Zawahiri writes a letter to the EIJ leaders. That's Government Exhibit 1518-T. You see at the bottom, we'll highlight the text, 18/1/1998. Again, that's January 18th. We read the first part of this letter earlier.

"Honorable Brothers, peace be upon you and the mercy of God." And then he appoints the people as deputies, and we talked about Ahmad Hassan earlier. That's one of the people involved in the passports with that person Dardaa.

Number 2, Zawahiri says, "We have arrived to a good rough draft agreement with our friend here. However, the third partner hasn't responded to it yet and the brothers agree that the draft is good. We hope that God blesses it."

As we will see in a moment, ladies and gentlemen, on February 23, 1998, barely a month after this letter goes out, Bin Laden and Ayman al Zawahiri, who writes this letter, and a

leader of another Egyptian group and two other groups issued the February 1998 fatwah to kill American civilians. And here you see Ayman al Zawahiri sharing with the leadership of EIJ the rough draft of this fatwah.

Showing to you what I mentioned earlier, the joint venture between al Qaeda and EIJ, a joint venture that will play out in, among other places, in London, when Eidarous and Abdel Bary help arrange to set forth the claims of responsibility for the East Africa bombings.

On Government Exhibit 1519-T, what you see is a letter from Ayman al Zawahiri. Down at the bottom, down at the bottom, Abu Mohammed Nour Al Din, which is another one of the aliases Zawahiri uses, the second from the bottom, and it's to Brother Ezzat, who is one of the four people who had been appointed a deputy. In fact, Zawahiri repeats that. I am honored to tell you I have chosen you along with brothers Mohammed Ali, Sami and Ahmad Hassan to work with me.

We'll have to come back to that. I pulled up the wrong letter. I apologize.

If we go on to Government Exhibit 93, Government Exhibit 93 is the Al-Quds article where the fatwah is published. And you saw 93-T and we will go through it in a moment, but this is a daily newspaper that is published in London and this is where the fatwah is published. And what you see is that the satellite phone that we talked about --



the chart here is marked as 598 -- is instrumental in the

dissemination of this critical fatwah.

If we go first to Government Exhibit 95, this is a summary chart of telephone calls made, as it says on top, February 22, 1998. And what we'll do is we'll go through and identify each of the numbers and then we'll go through the chronology.

You see the third column talks about the originating number, and of course the 682505331 is the satellite phone. Some of the other numbers you see there, the 44, that's the country code for England. 1812084411, that is Khalid al Fawwaz's number. Remember, he's got the 4411, the 4422 and the 4433.

Then you've got a couple of other numbers down there. If you look at the number called, the fourth number, again the 441817418008, and these are all reflected off of exhibits that have the telephone records, but that number belongs to Al-Quds, the newspaper through which the fatwah is published.

The number below that is the 44956657875 number, that's the mobile phone number that belongs to Ibrahim Eidarous. And the way that you know that is that Eidarous' name appears in Fawwaz's address book under that number and the subscriber name is Ibrahim Sayid and his name is Ibrahim Eidarous. So those are the numbers that you have on this page.

5372

What you see is at 11:24 -- GMT is ostensibly London time -- there's a call, a half-minute call from the satellite phone to Fawwaz. And then you see about 45 minutes later,

Fawwaz calls back and he calls back again nine minutes later to the satellite phone. Those are relatively short conversations.

Then what you see is after that 12:51 conversation, the third one in the row, right after that, a three-and-a-half-minute conversation with the satellite phone, Fawwaz hangs up and he calls Al-Quds. And then three minutes after that, the satellite phone, basically while Fawwaz is working things out with Al-Quds, the satellite phone calls Ibrahim Eidarous. Calls the leader of the EIJ cell, in London.

Then there's no activity again until 1:50 p.m., when Al-Quds calls Fawwaz at his 4411 number. And a minute later, Fawwaz calls Al-Quds back and then you see Al-Quds calls Fawwaz back. They're trading calls back and forth, very brief calls, less than even half a minute.

Then at 40:03, the third from the bottom, Fawwaz calls the satellite phone again, and 40 minutes later the satellite phone calls Fawwaz back. And then at 5:25 they call Fawwaz back again. If you go to the next page of Government Exhibit 95, between 5:28 and 5:49 p.m. you will see a flurry of calls.

5373

At 5:28, Fawwaz calls the satellite phone. At 5:29, right afterwards, he calls Al-Quds. And then right after that, Fawwaz calls the satellite phone again, and then right after that he calls Al-Quds again. These go between here. Then the satellite phone calls Fawwaz back at 5:45 and there's

one last call, one last making of the arrangements between Fawwaz and Al-Quds at 5:47 p.m.

And then you see at 5:49 p.m. Al-Quds places a 30.7 minute phone call to the satellite phone on February 22, 1998, the day before the Al-Quds publishes the fatwah. They're dictating, talking about, discussing this fatwah, the day before Al-Quds obliges and publishes the fatwah.

And then what you see is virtually right after that call ends, the satellite phone calls Ibrahim Eidarous, the EIJ leader. So you have got Khalid al Fawwaz, the al Qaeda person who was in Nairobi, the al Qaeda person who was replaced by Wadih El Hage when al Fawwaz left Kenya after he got arrested, he's in touch with the satellite phone and he's brokering the arrangement between the al Qaeda headquarters in Afghanistan and Al-Quds, who will publish the fatwah, and at the same time you have got the EIJ component part of this fatwah speaking with the satellite phone as they are working out the arrangement to disseminate this critical message.

And then what you see is another phone call at 6:36 p.m. to a number we haven't talked about yet from Fawwaz. You

5374

have the al Qaeda/EIJ relationship played out in London. Fawwaz speaks to that number 956375892. And you may remember that's the number that you Eidarous had written Ayman al Zawahiri to call in October of 1997. And you see the five calls on October 30, 1997. That's the number that belongs to the third person in London to keep an eye on, Adel Abdel Bary. You know that that's his number because Adel Abdel Bary's

number appears in Eidarous's phone book with that number and in Khalid al Fawwaz's phone book with that number, that 375892.

So they're all talking together, and on the next day, the very first call in the morning, the day that the fatwah is published, Government Exhibit 96, at 9:15, Ibrahim Eidarous calls Adel Abdel Bary. The EIJ people call the next morning when Al-Quds publishes the fatwah. And if you go to the very end of the first page there, you see a series of calls to an 0087 number, which is actually subscribed to Adel Abdel Bary's real name.

You see six calls, five or six calls so Khalid al Fawwaz at 4 in the afternoon, and then the next page there are three more calls and then you see from a different number, from an 8904 number as opposed to the 0087 number, Abdel Bary sends a fax to Khalid al Fawwaz. The 443 number is the fax number.

So, remember the calls take place the day the fatwah

5375

is published and then he sends a fax less than a minute the day that the fatwah is published by Al-Quds. So what is it that the fatwah says? Let's look at Government Exhibit 93-2.

This is a fatwah that, unlike the August 1996 declaration, is to the point. It doesn't go on for many pages. You see at the top there, the portion that is being highlighted of the translation, that it is Al-Quds, February 23, 1998. And you see the signatories to this fatwah, and the first one is Usama Bin Laden, the next one is Ayman al

Zawahiri, and then there are three other groups that are mentioned there.

And on the second page of this translation you see about two-thirds of the way down the statement is made: "The ruling to kill the Americans and their allies -- civilians and military -- is an individual duty for every Muslim who can do it in any country."

So now the group has changed again and now what it says is, we're going to be explicit: The ruling is to kill civilians and military. The ruling is to kill the Americans. It is an individual duty for every Muslim who can do it.

And what are the twin purposes of this? The group tells you, the group who signs the fatwah. In order to liberate the al-Aqsa Mosque and the holy mosque from their grip and in order to liberate the al-Aqsa mosque and the holy mosque from their grip.



We will compare this later on, ladies and gentlemen, but when the group claims responsibility for the bombings in Nairobi and in Dar es Salaam, they name the operations after these twin goals. The Nairobi operation is called Holy Kabba, the Holy Mosque, and the Dar es Salaam operation is called Operation al-Aqsa, the twin goals that they say support the killing, the ruling to kill American civilians and military wherever they can be found.

Ladies and gentlemen, as I mentioned, this is explicit. There's no nuance to this. Bin Laden, Bin Laden, signs this document and he excludes nobody from this fatwah.

He doesn't make any distinction for innocent Americans because, in his view, there are no innocent Americans. He puts a target on the back of every American, whether the American wears a uniform, whether the American is a diplomat, works for a diplomat, it doesn't matter. They are targets and it is a duty and he gives the reasons why.

That is on February 23, 1998. Now, the same day that this fatwah is published, Harun, the former El Hage deputy, Harun the person who said we are just the implementers, Harun buys a ticket on February 23, 1998 to go from Khartoum, Sudan to Nairobi, and you see this in Government Exhibit 921. So Bin Laden and others say we're going to kill American civilians and Harun gets a ticket to go down to Nairobi from Sudan. That's February.



Now we turn to March 1998. The ink isn't even dry on the fatwah, ladies and gentlemen, and what Odeh tells the FBI agents who interview him is that there is a meeting, and what he said to the agents was that he went to Mombasa as part of his furniture business and that he had a meeting, that there was a meeting that Saleh called, and that Odeh, Saleh, Ahmed the Egyptian, and Harun, they meet. And during this meeting, according to what Odeh told the agents, that Saleh said that he had just returned from Afghanistan and that the word was that they had to start getting people out of Kenya so that people had to get their affairs in order and start getting documents. That is what the defendant Odeh told the agent. In March of 1998, he, Saleh, Harun, and Ahmed the Egyptian are

told that al Qaeda wants people to start getting their affairs in order and they're going to have to go back to leave Kenya.

The other thing that happens in March of 1998, according to what Khalfan Khamis Mohamed told Agent Perkins, is it was in March or April of 1998 that Mustafa Fadhl, Mustafa Fadhl approached Khalfan Khamis Mohamed about doing a Jihad job. And what Khafan Khamis Mohamed said is that he would do that.

Now, the mission was not determined -- he was not told of the mission at that time, but he knew that it was a Jihad job and he accepted it, and what he told Agent Perkins is that he did find out that the target was the American

5378

Embassy and that he found out the week before the bombing. And at some --

MR. RICCO: Your Honor, I object and request an instruction on the manner in which Khalfan Khamis Mohamed's statement can be used.

THE COURT: Khalfan Khamis Mohamed's statement?

MR. RICCO: Yes.

THE COURT: To the agent after his arrest?

MR. RICCO: Yes.

THE COURT: Was received in evidence solely against Khalfan Khamis Mohamed.

MR. KARAS: Thank you, your Honor.

Now, in March of 1998, Khalfan Khamis Mohamed is living at 22 Kidigalo Street, and you know that from Abdel Salun, who was the next door neighbor at Kidigalo Street, and

the landlord who rented the Kidigalo Street apartment to K.K. Mohamed. If we could display Government Exhibit 1400A, that is place where Khalfan Khamis Mohamed was living since January, according to those two witnesses that I just mentioned to you.

And at some point during that time Abdel Salun, remember that somebody by the name of Hussein shows up and begins to leave with Khalfan Khamis Mohamed and Abdel Salun identified this picture as the Hussein. Mustafa Fadhl, the person who is the al Qaeda member in the East African cell,

5379

the person who was referred to Khalid in the new policy reports that El Hage brought back.

At some point, what Abdel Salun told you was that Hussein, as he knew him, was joined by Hussein's wife and his two children. And you learned there name Anas and Yusr. Now, in April, the plot is in full gear. Once again, Odeh admits to the agents that there was a meeting in Witu this time, and what he told the agents was that Mustafa Fadhl came to see him in Witu in April.

And Fadhl once again discussed these instructions about al Qaeda people leaving Kenya, and in particular, Odeh said that he and Fadhl discussed the February 1998 fatwah and whether or not it was right to do this fatwah because the United States was so powerful and that some in the leadership in al Qaeda questioned the fatwah, but in the end they wounded up supporting it. That's in April of 1998.

In Nairobi, meanwhile, in April of 1998, Harun rents

the location at 43 Runda Estates in Nairobi, and you actually heard from Tamara Ratemo, the landlord, who talked about the meetings that she had and discussions she had with Harun. One of the things that Harun told Ms. Ratemo was that Harun said that he would be having businessmen coming to conduct business, he mentioned the businessmen would be from Dubai, and the other things he asked her to do was to make arrangements so that the phone at 43 Runda Estates could be



used to make international calls.

And you may remember that she said that she would have to go to the telephone and ostensibly guarantee that the phone would be paid for, and she specifically gave you the telephone number for 43 Runda Estates during 1998. The number she gave you was 512430. 512430. And you are going to see that that is the number from which the defendant Al-'Owhali is going to call Yemen before he carries out the bombing, and you are going to see that the cell phone that was used in Dar es Salaam among the members of the bomb plot called that number, 512430, in the days that preceded the bombing establishing the connection between the Dar es Salaam and the Nairobi bombings.

Now, we won't display it, but there was a lease, Government Exhibit 568, for the 43 Runda Estates. And we'll show you some of the pictures so you can get an idea of what the place looked like. Government Exhibit 567A and then Government Exhibit 567C. You see 43 and you see the walls and the gates and you see the gate again in 567E. Again, a secluded place, a place in which the group could construct its

bomb, carry out its activities, and follow through on its plot to bomb the embassies.

And you see and you heard some of the evidence, and we'll talk about some of the evidence where the FBI went to 43 Runda Estates within two weeks of the bombing and they did a couple of searches there. They did numerous of the swabbings

5381

that the agents told you about with those cotton swabs and they took some soil samples and they found a few other items.

Now, Government Exhibit 787 is the summary chart that Kelly Mount testified to. Remember, she's the chemist and you see the results of the testing on the swabs. The control swab tested negative and the four other swabbings of a table top in 43 Runda Estates test positive or PETN and TNT.

And in Government Exhibit 788, which is a three-page summary of the results of the testing of the items, you see the swabbings repeatedly test positive for PETN and TNT, and you also see that there was the presence of aluminum found. You may remember that the defendant Mohamed Al-'Owhali told Agent Gaudin that they had in fact used aluminum powder as part of the bomb. The forensics results confirm what it was that Mohamed Al-'Owhali said to Agent Gaudin.

The other thing that was found at 43 Runda Estates was a Time Magazine article and Mitchell Hollars, the FBI fingerprint specialist, testified that Government Exhibit 750, which is the Time Magazine article, had a fingerprint for Harun -- Harun, the person who rented the bomb factory; Harun, who worked as Wadih El Hage's deputy; Harun, who was the

person who wrote the security reports that you saw earlier.

Now, in Tanzania, Khalfan Khamis Mohamed and Mustafa Fadhl, going by the name Hussein, are living together and Khalfan Khamis Mohamed told Agent Perkins that what they did

5382

at 22 Kidigalo is they would store the TNT and they would store some of the other components of the bomb. And one of the things that the FBI recovered after the fact, you may recall, was this red carpet that Abdel Ihib talked about seeing in the house after Khalfan Khamis Mohamed left. And 1401-P is a photo of that red carpet.

And Government Exhibit 1462 is the summary chart of the results of the chemists who did the work on the Dar es Salaam exhibits. And you see down at the bottom that the red carpet, 1401, and there was also some foam padding, Government Exhibit 1402, tested positive for TNT and PETN.

The other thing that happens in April of 1998 is Khalfan Khamis Mohamed applies for a Tanzania passport not in his name but in the name of Suheil Nassur Maleek, and he told Agent Perkins that he applied for the passport -- excuse me, that the got the passport after it was that he was told about the Jihad mission.

Now we move to May of 1998, May 6th, and you can see -- let's look at Government Exhibit 901. Government Exhibit 901 is a Yemen passport. If we could turn that around, it's a Yemen passport with Al-'Owhali's photograph on it. And the name is not Mohamed Al-'Owhali, it's Khalid Salim Saleh Bin Rashid and he purports to be a merchant here and the

date of issue is 6 May 1998.

Now this passport, ladies and gentlemen, was found in

5383

the residence of Harun in the Comoros after the bombing, and of course it makes sense, as we'll discover, because Mohamed Al-'Owhali was not supposed to survivor the attack. So Harun in collecting the items. Harun is making sure there is no trail so he collects these items and he brings them with him.

Of course, he can't take them with him to Afghanistan, so he leaves them behind in the Comoros, comfortable with the notion that he has erased any trail that will connect him and the others to the bombing. And what you see, ladies and gentlemen of the jury, once again, is the critical nature of fake passports for the group.

This is how they get people like Al-'Owhali into places like Kenya to carry out operations. And to do that you need to have facilitators, people who can take care of fake passports and people who can arrange for messages and the travel of others. And as we talked about earlier, that's one of the roles that Wadih El Hage played. Now, we're not saying he had anything to do with this passport, but the point is that this is how al Qaeda operates and this is how it is that Al-'Owhali was able, in part, to carry out his mission.

On May 7th, in London, Abu Hafs goes by the name Dr. Atef, writes Khalid al Fawwaz, and you see Government Exhibit 1636-T, which is a translation of a document found in Khalid al Fawwaz's house. And you see at the top there the 4433 number I mentioned to you. That is Khalid al Fawwaz's

fax number, and what Abu Hafs says on the 7th of May -- remember, you got to invert the numbers -- May 7th, 1998, he says: "It has been sent to you the fatwah of the Ulma of Afghanistan and it is a very important and very strong fatwah and also it has been sent with an introduction of the fatwah and comments about the fatwa signed by the Sheik," referring to Bin Laden.

"Please send it to the Arab press, Al-Quds, Al Sharq Al-Awssat, Al-Moharer, Al-Hayat and the news agencies, satellite broadcasting agencies and others.

"And if it's possible to publish the fatwah and the introduction one day, and the comments on the second, this will be better, especially in Al-Quds."

Now, Al-Quds is the same paper that published the February 1998 fatwah. And let's move to Government Exhibit 1602, please, if we could. Found in Khalid al Fawwaz's residence, 94 Dewsbury Road, this is going to be -- this is a translation of what appears. And you see the translation, Al-Quds ago Al-Arabi newspaper, May 14, 1998. And the title is "Clergymen in Afghanistan Issue a fatwah calling for the Removal of American Forces from the Gulf. Saudi opposition member Usama Bin Laden supports it."

So once again, Al-Quds obliges Bin Laden, publishes another fatwah. Once again Khalid al Fawwaz is in the middle of making sure that this gets disseminated, and you see that

Bin Laden expresses his thanks to the editor of Al-Quds in Government Exhibit 1634-T.

Down at the bottom you see a signature of Usama Bin Laden, and the letter is addressed to "the well-known journalist Mr. Abdel Barry Atwan, owner of Al-Quds Al-Arabi Newspaper.

"I take pleasure in congratulating you for your strong journalistic views towards the truth, and the steadfastness of your newspaper to serve the struggle, and the use of the pen to defend the nation's causes and its holy places, and the carrying out of its task to inform, truly without being touched by elements of temptation and seduction."

Skipping that next sentence he writes, "As we congratulate you on this great achievement, the efforts to defend the nation's causes and support her defenders, I would like to thank you personally for your interest on the news in the Arab Peninsula and the country Al-Haramin (Saudi), as well as your deep understanding of the ongoing struggle between the good and bad in the area, siding with truth, and supporting it, is a situation which will not be forgotten by the people in the area." And it's dated May 14, 1998, when Al-Quds published the fatwah that Atef, Abu Hafs, wanted to have published.

If you take a quick look at the original of this, the



Arabic original, Government Exhibit 1634, if we could invert

that and then focus on the fax header -- you see Bin Laden's signature there, by the way. If you focus on the fax header you see that Kandahar Telecommunications, AFG, 837655.

And you may remember when we were going through Khalid al Fawwaz's address book there was a listing for Dr. Mohamed Atef. There was one that had a listing for the satellite phone number, and there was one that had a listing with the number 83765. And as we talked about earlier, Kandahar is one of the southern provinces of Afghanistan. So the communications are coming directly from al Qaeda headquarters. They are going to London, something that you will see later on as we go through the claims of responsibility.

Now, on May 10, we don't have to pull it up, but Government Exhibit 903 is the Harun passport, and there's also some tickets that are found in his house in the Comoros. And there's another trip that Harun takes back to Kenya on May 10th. And on May 18th -- moving to May 18th, if we can pull up the passport for Mohamed Al-'Owhali, Government Exhibit 901, in that passport, ladies and gentlemen, you will see a trip where Mohamed Al-'Owhali flies, he goes from Yemen to Pakistan, and there's going to be an entry stamp in Pakistan on May 18.

THE COURT: Ladies and gentlemen, we'll call it a

5387

day. It's been a while since I reminded you, so let me remind you, please, not to read, listen, watch anything which has to do with this case, anything remotely related to this case or

with respect to McVeigh.

Have a pleasant evening.

(Jury not present)

THE COURT: My comment with respect to remaining in the courtroom only referred to the people at the bar, not spectators. They can feel free to leave if they wish.

Mr. Karas, how is your timing?

MR. KARAS: Your Honor, we're still on pace to finish between two to two and a half days.

THE COURT: Two to two and a half days. Certainly all day tomorrow?

MR. KARAS: I believe we will go through all day tomorrow, and I'm hoping to finish by tomorrow but I can't say for sure.

THE COURT: Because when we finish, we --

MR. SCHMIDT: We'll expect to be going on Thursday.

THE COURT: Thursday, okay.

There was some issue that you raised, I'm sorry if I was very abrupt, but we did schedule 9:45 and we had been -- we try not to be late.

MR. DRATEL: I have the page and line numbers on the two pieces of testimony. The Khalifa --

5388

THE COURT: You're referring to which document?

MR. DRATEL: This is the Grand Jury testimony.

THE COURT: The Grand Jury testimony.

MR. FITZGERALD: May I make one suggestion? If he gives me the page and line numbers, we can discuss it. If we

take a five-minute break, we can tell your Honor where we're at rather than have your Honor endure our discussion.

THE COURT: That's an offer that would be difficult to refuse.

We'll take a five-minute recess.

(Recess)

THE COURT: There is an application to strike certain portions of the Grand Jury testimony?

MR. FITZGERALD: I'm glad your Honor is sitting down. We've reached an agreement.

THE COURT: And just for the record, what is being stricken?

MR. FITZGERALD: From the 1997 Grand Jury transcript of El Hage, it would be page 72, line 23, through page 90, line 15, which concerns the episode in Arizona with the preacher, and then from page 120, line 26, through page 121, line 26, which corresponds to Ethiopia.

THE COURT: It doesn't affect the instructions or the language of the indictment or the verdict form?

MR. DRATEL: There is parts of the indictment, the

5389

introductory portion.

MR. FITZGERALD: We can work out the language after court today on anything that has to be struck from the indictment. It is not going to affect the charge to the jury. It is not going to affect summation.

THE COURT: There is something in the background section that is a reference to it?

MR. DRATEL: The perjury, the preamble to the perjury counts has a mention of it.

MR. FITZGERALD: We'll agree on a redaction tonight, your Honor. That shouldn't be a problem.

THE COURT: One other thing, on the subject of the language of the indictment, Count Four, which is the conspiracy to destroy buildings and property of the United States, on page 36 has the language "and attempt to damage and destroy." I just want to make sure that that was intended, since you have stricken "attempt" in other places.

MR. FITZGERALD: I think it's conspiracy. It's only conspiracy that they would damage or attempt to damage, but not on the substantive counts.

THE COURT: That's an intentional inclusion?

MR. FITZGERALD: Yes.

THE COURT: Very well.

Anything that has to be addressed before the jury comes in tomorrow?

5390

MR. DRATEL: No, your Honor, but just to alert the Court, we have prepared from Mr. El Hage the stipulations that we put in, the 13th stipulation, the chart, which I gave to the government this morning. They just want time to review it, the descriptions and all of that, and we can hopefully get that --

THE COURT: That can be received outside the presence of the jury and then I will simply add a sentence in the charge telling them that is the defense counterpart to

Government Exhibit 7.

MR. DRATEL: Thank you.

THE COURT: We're adjourned until 10 a.m. tomorrow.

(Adjourned to 10:00 a.m. on May 2, 2001.)

---

HTML by Cryptome.