# EXHIBIT 252

بسم الله الرحمن الرحيم

وإن تعفوا [illegible]

١) سليمان [illegible] . ([illegible])
٢) [illegible] بكري . ([illegible])
٣) [illegible] . ([illegible])
٤) يوسف جميل . ([illegible])
٥) ابراهيم [illegible] . ([illegible])
٦) صالح كامل . ([illegible])
٧) [illegible] . ([illegible])
٨) الجميح . [illegible] ([illegible])
٩) [illegible] . ([illegible])
١٠) [illegible] الشافي . ([illegible])
١١) [illegible] . ([illegible])
١٢) [illegible]
١٣) [illegible] ([illegible])
١٤) [illegible] . ([illegible])
١٥) [illegible] ([illegible])
١٦) [illegible] ([illegible])

[illegible]

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***TAREEKHOSAMA/41/Tareekh Osama.108****)*

In the name of God, the most gracious, the most merciful

And spend for God's cause *(Quraanic verse)*

1) Suleiman Al-Rashid. (Wail)
2) Abdel Qader Bakri. (Wail)
3) Bin Laden Brothers. (Usama)
4) Yousif Jameel. (Baterji)
5) Ibrahim Afandi. (Baterji)
6) Saleh Kamel. (Baterji)
7) Al-Rajhi. (Usama)
8) Al-Jumaih. Jeddah (S.A) (Baterji)
9) Al-Sharbatly (Usama)
10) *(Illegible)* Al-Naghi (Usama)
11) Bin Mahfoodh (Usama)
12) Abdel Qader Faqeeh (Usama)
13) Salah Al-Din Abdel Jawad (Wail)
14) Ahmad Turki Yamani (Baterji)
15) Abdel Hadi Taher (Wail)
16) Mohammed Omar *(illegible)* (Baterji)
17) Al- Kuwait (Usama)
18) Ahmad Al-Harbi (Salem Taher)

19) Al-Issaei (Salem Taher)

20) Hamad Al-Husaini (Abu Mazin)