# EXHIBIT 253

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST :
ATTACKS ON : 03-MDL-1570
SEPTEMBER 11, 2001 : (GBD)(SN)

-----------------------------------------

- - -

Tuesday, October 22, 2019

- - -

THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

- - -

Videotaped deposition of ABDULHAMEED AL-MAZROO, Ph.D., as 30(b)(6) designee for World Assembly of Muslim Youth-Saudi Arabia, taken pursuant to notice, was held at the NH Collection Madrid Abascal Hotel, Calle de Jose' Abascal, 47, 28003 Madrid, Spain, beginning at 10:09 a.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

MR. GOETZ: Object to the form.
A. So as far as the WAMY knows, all the documents were kept in the branch offices, and no records were -- there was -- no one got rid of any records in these offices.
Q. But officials from WAMY-Saudi Arabia weren't present in the branch offices outside the Kingdom, correct?
A. Correct.
Q. So WAMY-Saudi Arabia was essentially relying on the people in the branch offices to keep everything, correct?
A. Correct.
Q. And before 2010, that reliance was based solely on a verbal request?
MR. GOETZ: Objection to form.
A. There is a policy. We all know that WAMY must preserve --
(In English.) No.
(Speaking Arabic.)
INTERPRETER: So the witness corrects.
A. So there is a nature of the work, there is a natural procedure that says or that

according to which all offices keep their records and do not destroy any documents, and this is the same for the General Secretariat.

Q. Are you saying that there's a general policy that they retain their records forever?

A. So this is an unwritten general policy, implicit general policy.

Q. But with regard to the litigation specifically, you were relying upon the verbal instruction given in 2002?

MR. GOETZ: Object to form.

A. Not only the instructions, but based on knowledge that all offices would send the work reports and keep them.

Q. And prior to 2010, did WAMY send anyone to offices that were specifically referenced in Plaintiffs' Complaint in the lawsuit to secure the documents of those referenced offices?

A. There were some visits, some of which I participated, before 2010, visits to the offices to make sure -- or to supervise the work of these offices. And to preserve its

documents.

Q. That's not what I asked. I asked if anyone from WAMY-Saudi Arabia went to the offices that were named specifically in the Complaint before 2010 and retrieved their documents for safekeeping.

MR. GOETZ: Objection to form, repetitive.

MR. MOHAMMEDI: Can you mention the names?

MR. CARTER: Well, if it didn't happen anywhere, then what's the difference of the names?

MR. MOHAMMEDI: I think it would refresh his recollection.

A. No.

Q. Dr. al-Mazroo, I want to ask you a few questions about WAMY-Saudi Arabia's relationship with its branch offices, and I don't think I'll be particularly long.

MR. CARTER: So if everyone is okay to push through?

MR. GOETZ: Yeah.

MR. CARTER: Are you okay?

A. I suppose 2005.
Q. Do you know whether any e-mail was sent to all of the offices in 2005 reminding them of the need to keep all of the records?
A. I do not know, but what I do know is that this is the practice followed in all the international chapters, to keep all documents.
MR. CARTER: Can I have the exhibits from yesterday?
Q. Dr. al-Mazroo, during yesterday's deposition of Dr. Abdullah, we marked as an exhibit, 292, a profit and loss statement for the WAMY-US office from 1997. Do you see that document?
A. I see it, but for the first time.
MR. MOHAMMEDI: Just answer the question, if you see it or not.
Q. Yesterday we asked Dr. Abdullah why we had a statement of that nature for 1997 but not for subsequent years when he headed the office, and he told us he was not sure.
Can you explain, given that the WAMY offices were directed to keep everything,

why we would be missing documents for 1999, 2000, and 2001 similar to the one we received for 1997?

A. I have no explanation except that that was -- that was what was present at the office back then.

Q. Were the branch offices required to maintain annual financial records?

A. Yes.

Q. And were the branch offices required to provide periodic reporting to WAMY-Saudi Arabia?

A. Financial report?

Q. No, activity reports.

A. Yes.

Q. As part of the discovery process, was any system put in place to audit what was received from the branch offices to make sure that there were no gaps in the financial or activity reports?

A. There was performance reports or activities reports --

INTERPRETER: I'm not sure how to translate it.