# EXHIBIT 264

# Document Sealed