UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |

This document relates to:

*Gaston, et al. v. Islamic Republic of Iran*, 18-cv-12337 (GBD)(SN)

**[PROPOSED] DEFAULT JUDGMENT**

Upon consideration of the motion for default judgment submitted by the Plaintiffs in *Gaston, et al. v. Islamic Republic of Iran*, 18-cv-12337 (GBD)(SN), whose claims arise out of the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608 (a) for sovereign defendants; and it is

**ORDERED** that a partial final default judgment is entered against the Islamic Republic of Iran and in favor of Plaintiffs listed in Exhibits B and C to this Order in *Gaston, et al. v. Islamic Republic of Iran*, 18-cv-12337; and it is

**ORDERED** that Plaintiffs set forth in Exhibits B and C to this Order be awarded judgment for pain and suffering damages as set forth in Exhibits B and C; and it is

**ORDERED** that the Plaintiffs set forth in Exhibits B and C be awarded prejudgment interest at a rate of 4.96%, compounded annually, from September 11, 2001 through the date of the judgment entered in the amount of $ _______________; and it is

**ORDERED** that Plaintiffs identified in Exhibits B and C may submit applications for punitive damages or other damages (to the extent such awards have not previously been ordered) on a later date consistent with future rulings made by this Court on this issue; and it is

**ORDERED** that the remaining *Gaston* Plaintiffs, not identified in Exhibits B and C, may submit in later stages applications for damage awards for compensatory damages for pain and suffering, punitive damages, economic damages, or other damages (to the extent such awards have not been previously ordered).

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12410 in 03-md-1570 (GBD)(SN) and ECF No. 158 in 18-cv-12337(GBD)(SN).

Dated: New York, New York
____________________, 2026

**SO ORDERED:**

____________________________
GEORGE B. DANIELS
United States District Judge