**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

October 23, 2026

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)
Plaintiffs' Request Pursuant to SDNY ECF Rule 21.7

Dear Judge Netburn:

We respectfully submit this letter pursuant to Rule 21.7 of the SDNY Electronic Case Filing Rules concerning certain documents inadvertently filed publicly in connection with Plaintiffs' opposition to the motion for summary judgment of Defendant World Assembly of Muslim Youth ("WAMY").

The affected filings are ECF Nos. 12399 (Plaintiffs' Rule 56.1 Counterstatement), 12400 (Plaintiffs' Rule 56.1 Statement), and 12401-12406 (Declaration of Robert T. Haefele and accompanying Exhibits 1-271). Plaintiffs subsequently determined that portions of these filings contain materials subject to confidentiality protections, including materials protected pursuant to the Court's orders concerning FBI materials. Plaintiffs' opposition brief is not implicated.

Upon confirming the issue, Plaintiffs contacted Chambers and the ECF Help Desk on October 21, 2026, and requested that the affected filings be made inaccessible to the public. The ECF Help Desk subsequently confirmed that the filings had been temporarily sealed. Plaintiffs also notified counsel for the FBI and consulted with FBI counsel concerning the process proposed below. The FBI does not oppose the proposed procedure. We have notified counsel for WAMY, as well.

Plaintiffs respectfully request that the Court order that:

1. ECF Nos. 12399-12406 remain under seal pending the filing of corrected versions and further order of the Court;

2. Plaintiffs be afforded 30 days to review the affected filings and determine, in consultation with counsel for the FBI as appropriate, the redactions necessary to protect confidential materials; and
3. within that 30-day period, Plaintiffs be permitted to file corrected and appropriately redacted versions of ECF Nos. 12399-12406.

In preparing the corrected filings, Plaintiffs also respectfully request permission to correct non-substantive filing errors identified during this review, including misidentified attached exhibits or exhibit citation references. The intended result would be to address changes resulting from the redaction process and that would ease navigation of the filed supporting documentation. Plaintiffs will not alter the substance of their arguments or factual positions through the refiling process.

Plaintiffs regret the inadvertent public filing and respectfully submit that the proposed procedure will protect the materials at issue while permitting corrected public versions of the affected filings to be placed on the docket.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com
For the Plaintiffs' Exec. Committees

cc: The Honorable George B. Daniels, via ECF
All Counsel of Record via ECF