**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | **Civil Action No. 03 MDL 1570 (GBD) (SN)**<br>**ECF Case** |

This document relates to all actions.

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nicole E. Chandonnet, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Kingdom of Saudi Arabia in the above-captioned litigation and individual cases.

I am a member in good standing of the Bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached hereto is an affidavit in compliance with Local Rule 1.3.

Dated: October 26, 2026

Respectfully submitted,

*/s/ Nicole E. Chandonnet*

Nicole E. Chandonnet
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
nchandonnet@kellogghansen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026 I caused an electronic copy of the foregoing Motion To Admit Counsel *Pro Hac Vice* and accompanying Affidavit in Support of Motion for Admission of Nicole E. Chandonnet *Pro Hac Vice* to be served electronically by the Court's Electronic Case Filing (ECF) System. I caused the foregoing to be filed on the MDL docket.

Dated: October 26, 2026

Respectfully submitted,

*/s/ Nicole E. Chandonnet*
Nicole E. Chandonnet