**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | **Civil Action No. 03 MDL 1570 (GBD) (SN)**<br>**ECF Case** |

This document relates to all actions.

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF NICOLE E. CHANDONNET *PRO HAC VICE***

I, Nicole E. Chandonnet, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel *pro hac vice* for Defendant Kingdom of Saudi Arabia.

I, Nicole E. Chandonnet, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.
2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.
3. There are no disciplinary proceedings presently against me.
4. Accompanying this affidavit is a certificate from the District of Columbia, issued within the past 30 days, stating that I am a member in good standing of the bar in its jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that, if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: October 26, 2026

MELIHA PADOVAN TOKAY
NOTARY
Exp. - 04/30/2031
PUBLIC
DISTRICT OF COLUMBIA

District of Columbia

Signed and Sworn to (or affirmed) before me on 10/26/2026 (Date) by Nicole E. Chandonnet.
(Name(s) of Individual(s) Making Statement)

Signature of Notarial Officer Meliha Tokay
Title of Office Notary Public
My Commission Expires 04/30/2031

Respectfully submitted,

Nicole Chandonnet

Nicole E. Chandonnet
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
nchandonnet@kellogghansen.com