**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | **Civil Action No. 03 MDL 1570 (GBD) (SN)**<br>**ECF Case** |

This document relates to all actions.

**[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION**

The motion of Nicole E. Chandonnet for admission to practice *pro hac vice* in the above-captioned litigation and individual cases is granted.

Nicole E. Chandonnet has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

Nicole E. Chandonnet
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900 / Fax: (202) 326-7999
nchandonnet@kellogghansen.com

Nicole E. Chandonnet having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Kingdom of Saudi Arabia in the above-captioned litigation and individual cases;

**IT IS HEREBY ORDERED** that Nicole E. Chandonnet is admitted to practice *pro hac vice* in the above-captioned litigation and individual cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ________________

________________________________
SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE