AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

In Re: September 11, 2001 Terror Attacks
*Plaintiff*
v.

*Defendant*

Civil Action No. 03-md-1570

This document relates to:
*Parker, et al. v. Islamic Rep. of Iran*
Civil Action No. 18-cv-11416 (GBD)(SN)

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* **January 7, 2020** .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ____________________

*CLERK OF COURT*

____________________________
*Signature of Clerk or Deputy Clerk*