UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
| ALEXANDER ROMERO, *et al*.,<br>Plaintiffs,<br>v.<br>ISLAMIC REPUBLIC OF IRAN, *et al*.,<br>Defendants. | Civil Action No.: 1:25-cv-07935 (GBD)(SN)<br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF PROPOSED INTERVENORS' MOTION TO INTERVENE AS OF RIGHT PURSUANT TO FRCP 24(a)(2) OR, IN THE ALTERNATIVE, FOR PERMISSIVE INTERVENTION PURSUANT TO FRCP 24(b)**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of John F. Schutty, Esq., and the exhibits attached thereto, the *Burlingame* Plaintiffs—as timely-filed heirs of decedents Joseph D. Dickey, James J. Kelly, Timothy M. O'Brien, Michael H. Seaman, Robert F. Sliwak, and John Wallice, Jr. (collectively, "Proposed Intervenors")—will move this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an Order:

1. Granting Proposed Intervenors leave to intervene as of right as defendants in Civil Action No. 1:25-cv-07935 pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure; or, in the alternative,
2. Granting Permissive Intervention pursuant to Rule 24(b) of the Federal Rules of Civil Procedure; and

3. Permitting the formal docketing and filing of the accompanying Proposed Motion to Dismiss the *Romero* Complaint Pursuant to Rule 12(b)(6), attached to the accompanying Declaration of John F. Schutty, Esq. as Exhibit C in compliance with Rule 24(c).

As demonstrated in the accompanying papers, Proposed Intervenors possess direct, verified judgments and claims against the Islamic Republic of Iran arising from the September 11 terrorist attacks, making them legitimate judgment creditors against finite pools of available assets. Proposed Intervenors seek entry to protect their judgment creditor rights and statutory priority from the unlawful, permanent asset dilution threatened by the extra-statutory, time-barred claims of the *Romero* plaintiffs. Furthermore, a panel of the U.S. Court of Appeals for the Second Circuit has recently (October 7, 2026) explicitly designated intervention as the suggested, mandatory procedural vehicle for Proposed Intervenors to assert and preserve their appellate standing.

Pursuant to Federal Rule of Civil Procedure 24(c), this Motion is accompanied by Proposed Intervenors' Proposed Motion to Dismiss the Complaint with prejudice pursuant to Rule 12(b)(6) (Exhibit C). A proposed Omnibus Order granting intervention and dismissing the Complaint is attached hereto as Exhibit D.

Under Local Civil Rule 6.1(b), opposition/answering papers are due within **14 days** after service of the moving papers. Any reply papers must be served and filed within **7 days** after service of the opposition.

Dated: October 29, 2026
New York, New York

Law Office of John F. Schutty, P.C.

By: /s/ John F. Schutty
John F. Schutty, Esq.
*Attorneys for Proposed Intervenors*
445 Park Avenue – 9th Floor
New York, NY 10022
Tel: (646) 345-1441
john@johnschutty.com