USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**In re:**

**TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**-----------------------------------------------------------------X**

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

Michael Stackpole, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-12275 (GBD)(SN)
Lloyd A. Abel Sr., et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-11880 (GBD)(SN)
Margarite Bonomo, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-11885 (GBD)(SN)
William Cintron-Lugos a/k/a William Cintron, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-11888 (GBD)(SN)
David DeConto, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv11904 (GBD)(SN)
Stephanie E. Lang, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-11926 (GBD)(SN)
David Gordenstein, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-11941 (GBD)(SN)
Ana Pascual Ortiz, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-12274 (GBD)(SN)
Mahadai Dataram, et al. v. Republic of the Sudan, No. 1:26-cv-08336 (GBD)(SN)
Lawrence Gray, et al. v. Republic of the Sudan, No. 1:26-cv-08349 (GBD)(SN)
Susan Lori Magazine, et al. v. Republic of the Sudan, No. 1:26-cv-08339 (GBD)(SN)
Deborah Rooney, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-11970 (GBD)(SN)
Terilyn Patrick Esse a/k/a Terilyn Patrick, et al. v. Republic of Sudan, No. 1:16-cv-08347 (GBD)(SN)

The Plaintiffs filed a letter on November 2, 2026, stating that several "duplicate Notices of Amendment were inadvertently filed against the Kingdom of Saudi Arabia and the Republic of Sudan." ECF No. 12453[1] at 2. Thus, the following "duplicate" Notices of Amendment are hereby DENIED in their entirety:

1. The Notice of Amendment at ECF No. 153 in Michael Stackpole, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-12275;

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

2. The Notice of Amendment at ECF No. 150 in Lloyd A. Abel Sr., et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-11880;
3. The Notice of Amendment at ECF No. 154 in Margarite Bonomo, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-11885;
4. The Notice of Amendment at ECF No. 154 in William Cintron-Lugos a/k/a William Cintron, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-11888;
5. The Notice of Amendment at ECF No. 150 in David DeConto, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv11904;
6. The Notice of Amendment at ECF No. 149 in Stephanie E. Lang, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-11926;
7. The Notice of Amendment at ECF No. 156 in David Gordenstein, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-11941;
8. The Notice of Amendment at ECF No. 148 in Ana Pascual Ortiz, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-12274;
9. The Notice of Amendment at ECF No. 13 in Mahadai Dataram, et al. v. Republic of the Sudan, No. 1:26-cv-08336;
10. The Notices of Amendment at ECF Nos. 23, 24, and 25 in Lawrence Gray, et al. v. Republic of the Sudan, No. 1:26-cv-08349; and
11. The Notice of Amendment at ECF No. 21 in Susan Lori Magazine, et al. v. Republic of the Sudan, No. 1:26-cv-08339.

The Plaintiffs also request the Court "disregard" the references to plaintiff Jamal Green in the Notices of Amendment filed at ECF No. 149 in Deborah Rooney, et al. v. Kingdom of Saudi Arabia, No. 1:18-cv-11970, and ECF No. 20 in Terilyn Patrick Esse a/k/a Terilyn Patrick, et al.

v. Republic of Sudan, No. 1:16-cv-08347. ECF No 12453 at 2. Because these references to plaintiff Jamal Green are not merely duplicative filing errors, the Plaintiffs are advised to instead file a notice of voluntary dismissal, a stipulation of dismissal, or otherwise move to dismiss Jamal Green's claims pursuant to Federal Rules of Civil Procedure 41(a). See, e.g., ECF Nos. 12295, 10625.

## CONCLUSION

The above-referenced Notices of Amendment are hereby DENIED. The Plaintiffs are advised to file a notice, stipulation, or motion pursuant to Federal Rules of Civil Procedure 41(a) to correct the relevant pleadings regarding plaintiff Jamal Green.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 4, 2026
New York, New York