USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**In re:**

**TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

---------------------------------------------------------------X

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court schedules oral argument on the Plaintiffs' and Sudan's motions to compel the CIA to comply with their respective Rule 45 subpoenas (ECF Nos. 11796,[1] 11854) for Monday, November 23, 2026, at 3:00 p.m. in Courtroom 318 of Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 12024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 6, 2026
New York, New York

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.