USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**In re:**

**TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**---------------------------------------------------------------X**

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties called the Court during the deposition of Mr. Guzman on November 6, 2026. The parties asked the Court for a ruling regarding the scope of certain questions to Mr. Guzman. The Court's ruling is as follows:

Though district courts in this circuit generally recognize conversations between counsel and deponent-witnesses to be protected by the attorney-client privilege, such privilege is not absolute and depends on the context. In particular, "counsel has the right to ask about matters that may have affected or changed the witness's testimony," and this is "particularly true where there are claims of improper interference or coaching by the deponent's attorney." Pape v. Suffolk Cnty. Soc. For Prevention of Cruelty to Animals, No. 20-cv-01490 (JMA)(JMW), 2022 WL 1105563, at *4 (E.D.N.Y. Apr. 13, 2022). The Court has already established a sufficient foundation suggesting improper conduct during the deposition of Mr. Marks to justify this deposition itself. Therefore, the lawyers may ask Mr. Guzman about whether Mr. Marks was instructed by counsel as to what his testimony should be during the course of his deposition, including during breaks. This may include, for example, questions about whether or not Mr. Guzman observed Mr. Marks being: told how to answer questions; told to correct testimony; instructed to give different opinions; or reminded or refreshed as to what his opinions should be.

If such questioning reveals that these conversations between counsel and Mr. Marks involved counsel improperly interfering with or coaching Mr. Marks's testimony, such conversations lose their privileged status and the lawyers may question further into the content of those conversations.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 6, 2026
New York, New York