**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et. al.*, No. 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, No. 1:04-cv-01923 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)
*Gillian Gransaull-Joseph, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08307 (GBD)(SN)
*Terilyn Patrick Esse a/k/a Terilyn Patrick, et al. v. Republic of Sudan*, No. 1:26-cv-08347 (GBD)(SN)

**MOTION TO CORRECT ERRORS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Fed. R. Civ. P. 15(d), the Plaintiffs in the above-referenced matters move the Court for correction of a party's name. It has been determined that the correct legal name of a plaintiff in the above-referenced matters differs from how the name appears in the pleadings, as set forth in the following table:

| Case Numbers | Plaintiff's Full Name as Pled | Plaintiff's Full Name as Amended |
|---|---|---|
| 1:04-cv-01076; 1:04-cv-01923; 1:20-cv-09387; 1:26-cv-08307; 1:26-cv-08347 | Amarcimeve Jimenez Salcedo | Anarcimenes Antonio Salcedo |

Thus, the Plaintiffs respectfully move the Court for correction of this typographical error in the pleadings.

Further, the Plaintiffs propose that, upon endorsement of the Plaintiffs' Proposed Order, the aforementioned correct party name would be individually entered as a Plaintiff in the Court's ECF system to ease the burden on the Clerk of Court's Office in this large MDL.

Dated: November 9, 2026

*/s/ Jerry S. Goldman*

Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
7 Times Square, 15th Floor
New York, NY 10036
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
bstrong@andersonkill.com
agreene@andersonkill.com
*Attorneys for Plaintiffs*