USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et. al.*, No. 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, No. 1:04-cv-01923 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)
*Gillian Gransaull-Joseph, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08307 (GBD)(SN)
*Terilyn Patrick Esse a/k/a Terilyn Patrick, et al. v. Republic of Sudan*, No. 1:26-cv-08347 (GBD)(SN)

**ORDER**

Upon consideration of the Plaintiffs' Motion to Correct Errors in the above-captioned actions, it is hereby

ORDERED that Plaintiffs' motion is granted, and the correction listed below is to be entered in the above-captioned actions; and it is

ORDERED that the following correction is deemed made to Plaintiffs' pleadings, as amended:

| Case Numbers | Plaintiff's Full Name as Pled | Plaintiff's Full Name as Amended |
|---|---|---|
| 1:04-cv-01076; 1:04-cv-01923; 1:20-cv-09387; 1:26-cv-08307; 1:26-cv-08347 | Amarcimeve Jimenez Salcedo | Anarcimenes Antonio Salcedo |

; and it is

ORDERED that the Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of this plaintiff to the case listed above in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12460, and the related motions at: ECF No. 977 in Estate of O'Neill v. Republic of Iraq, No. 04-cv-01076; ECF No. 1008 in Estate of O'Neill v. Al Baraka Investment and Development Corporation, No. 04-cv-01923; Hargrave v. Islamic Republic of Iran, ECF No. 265 in No. 20-cv-09387; ECF No. 29 in Gransaull-Joseph v. Kingdom of Saudi Arabia, No. 26-cv-08307; and ECF No. 33 in Esse v. Republic of Sudan, No. 26-cv-08347.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: November 13, 2026
New York, New York