UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

---------------------------------------------------------------X

03-MDL-1570(GBD)(SN)
ECF Case

NOTICE OF AMENDMENT

This document relates to:

***Hogue et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-12052
***Shtivelman et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-12067
***Abarca et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-00947
***Acker et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-06922
***Ascher et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-7509

Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 1, as permitted and approved by the Court's Order of October 28, 2019, ECF No. 5234. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individual(s) listed below (the "New Plaintiffs") as plaintiffs raising claims against the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina. The underlying Complaint is deemed amended to include the factual allegations, jurisdictional allegations, and jury trial demand, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, *Ashton v. Kingdom of Saudi Arabia*, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1, as well as all causes of action specified below. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the underlying Complaint.

Upon filing this Saudi Arabia Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined a specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

The New Plaintiffs hereby adopt and incorporate herein by reference the following causes of action set forth in the Consolidated Amended Complaint:

**[ x ] Consolidated Amended Complaint as to the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, ECF No. 3463 (check all causes of action that apply)**

[ x ] COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA).

[ x ] COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to Commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a).

[ x ] COUNT III – Committing Acts of International Terrorism in violation of 18 U.S.C. § 2333.

[ x ] COUNT IV – Wrongful Death.

[ x ] COUNT V – Survival.

[ x ] COUNT VI – Alien Tort Claims Act.

[ x ] COUNT VII – Assault and Battery.

[ x ] COUNT VIII – Conspiracy.

[ x ] COUNT IX – Aiding and Abetting.

[ x ] COUNT X – Intentional Infliction of Emotional Distress.

[ x ] COUNT XII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents.

[ x ] COUNT XIII – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

[ x ] COUNT XIV – 18 U.S.C. § 1962(a)–(d) – CIVIL RICO.

[ x ] COUNT XV – Trespass.

[ x ] COUNT XVI – Violations of International Law.

**[ ] Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1 (check all causes of action that apply)**

[ ] First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

[ ] First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

[ ] Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

[ ] Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

[ ] Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

[ ] Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

**IDENTIFICATION OF NEW PLAINTIFFS**

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the chart in Exhibit A lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, the claims now being alleged by the New Plaintiff and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

Dated: New York, New York
November 12, 2026

Respectfully submitted,



______________________________
Madeline Muniz, Esq.
The Fuchsberg Cannata Law Firms, Gregory J. Cannata & Associates, LLP and The Jacob Fuchsberg Law Firm
*Attorney For Plaintiffs*
60 EAST 42ND STREET, SUITE 1460

NEW YORK, NY 10165
Tel: 212-553-9205
Fax: 212-227-4141
mmuniz@cannatalaw.com

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/Nationality | Decedent's Name | New Plaintiff's Relationship to Decedent | Paragraphs of Complaint Discussing Decedent | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1. | Schaufler, Sheila | PA | US | Daniel Schaufler | Spouse/Administrator | 1:18-cv-12052-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 2. | Doe, John | TBD | TBD | Renard Wright | N/A | 1:18-cv-12067-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 3. | Smith, Sonya | FL | US | Rosemary Watson | Daughter / Administrator | 1:18-cv-12067-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 4. | Surace, Rosaria | NY | US | William Surace | Wife / Executor | 1:18-cv-12067-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 5. | Wong, Juanita Alberta | NY | US | Carlton Wong | Child | 1:18-cv-12067-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 6. | Wright, Deidra Nicole | NC | US | Stanley Wright | Daughter / Voluntary Administrator | 1:18-cv-12067-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 7. | Anderson, Christine | NJ | US | George Kovacs | Spouse | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 8. | Bannister, Cleveland | NY | US | Cynthia Blaizes | Child/ Administrator | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 9. | Barber, Lilli | NJ | US | Annette Stubbins | Child | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 10 | Cimponeriu, Dan | NY | US | John Pajor | Nephew/Court Appointed Representative | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 11 | Czajka, Maria | NY | Poland | Krzysztof Tkaczyk | Sibling/Administrator | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 12 | Doe, John | TBD | TBD | Jerzy Slesicki | TBD | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 13 | Gildernew, Shane | NY | US | Seamus Gildernew | Son / Executor | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | Hendricks, Deannine | NY | US | Beverly Hendricks | Daughter / Administrator | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 15 | Khodadadian, Daniel | NY | US | Saeed Kalimi Khodadadian | Nephew/ Court Appointed Co-Representative | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 16 | Khodadadian, Michael | NY | US | Saeed Kalimi Khodadadian | Child/ Court Appointed Co-Representative | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 17 | Neschis, Benjamin | NY | US | Paul D. Rosen | Court Appointed Representative | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 18 | Reidel, Allison | NY | US | Richard Reidel | Child/Administrator | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 19 | Reilly, Marta | NY | Poland | Tadeusz Bedkowski | Child/ Administrator | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 20 | Tomczyk, Anita | NY | US | Anita Tomczyk | Daughter | 1:18-cv-00947-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 21 | Khan, Samina | NY | | Shaukat Khan | Spouse/ Administrator | 1:18-cv-6922-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 22 | McGee, Kara | NY | US | Lara Roth-Biester | Spouse/Executor | 1:18-cv-6922-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 23 | Rizzo, Frances | FL | US | Joseph Rizzo | Spouse/Executor | 1:18-cv-6922-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 24 | Bilinski, Bartosz | POLAND | Poland | Jerzy Stefanski | Court Appointed Representative | 1:18-cv-7509-GBD Doc.1, Appendix 1 | WD, Sol. and PI |
| 25 | Dymczyk, Ireneusz | PA | US | Irena Dymczyk | Child/ Administrator | 1:18-cv-7509-GBD Doc.1, Appendix 1 | WD, Sol. and PI |