**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 16, 2026

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MD 1570 (GBD) (SN)

Dear Judge Netburn:

This Office represents the U.S. government agencies (the "agencies" or the "Government") that received *Touhy* requests and third-party subpoenas from the Plaintiffs' Executive Committees ("Plaintiffs") and the Government of Sudan (together with Plaintiffs, the "parties") in the above-referenced case in March 2025. I write respectfully to provide this month's status report regarding the agencies' searches for documents responsive to these subpoenas as directed by the Court's January 21, 2026 Order. ECF No. 11474 (memo endorsement).

**Federal Bureau of Investigation:** The FBI has completed its searches and productions of records responsive to those portions of the parties' requests that it initially indicated to the parties it would search for.[1] The FBI made productions on November 25, 2025; and February 27, April 30, and June 30, 2026. On May 27, 2026, the FBI received a letter from Plaintiffs identifying categories of what they consider to be missing records and other omissions from the FBI's productions to date, and asking the FBI to confirm that it is searching for and collecting those documents. In response to this letter, the FBI agreed to conduct some additional searches and made productions of these materials on September 3, 2026, and November 16, 2026. The FBI still expects to make one more production of these materials, likely in December. The parties have informed the Government that they are continuing their review of the FBI's productions and reserve all rights with regard to any issues, objections, or disputes that may arise from those productions.

**U.S. Department of State:** State has completed its searches for records responsive to those portions of the parties' requests that the agency indicated to the parties it would search for, and has finished processing the search results. State made productions on February 2, March 24, July 8, and September 9, 2026. State has received separate letters from the parties identifying categories of what they consider to be missing records and other omissions from State's

[1] As previously indicated, the FBI included within its productions those records responsive to the parties' requests to the U.S. Marshals Service that the Government agreed to process.

productions. State is still reviewing these letters and intends to respond to them within the next couple of weeks. The parties have informed the Government that they are continuing their review of State's productions and reserve all rights with regard to any issues, objections, or disputes that may arise from those productions.

**Central Intelligence Agency:** The CIA has completed its responses to the portions of the parties' requests to which it has agreed to respond—those seeking the reprocessing of specifically identified and acknowledged CIA records. The CIA made productions on March 20 and May 19, 2026. The parties have filed a motion to compel the CIA to respond to the remaining portions of their requests on which the Court has scheduled oral argument on November 23, 2026. ECF No. 12456.

* * *

The Government will provide its next status report on December 16, 2026. We thank the Court for its attention to this matter.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: /s/ Jennifer Jude
JEAN-DAVID BARNEA
JENNIFER JUDE
Assistant United States Attorneys
Telephone: (212) 637-2679/2663
Email: Jean-David.Barnea@usdoj.gov
Jennifer.Jude@usdoj.gov

cc: Counsel for all parties (by ECF)