**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | **03 MDL 1570 (GBD)(SN)**<br><br>**ECF Case** |
| This document relates to:<br>*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD)(SN)<br>*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN)<br>*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)<br>*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD)(SN)<br>*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD)(SN)<br>*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)<br>*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)<br>*Mary Jelnek, et al. v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN) | **ORAL ARGUMENT REQUESTED**<br><br>**Cross-Motion Directed to MDL ECF No. 12464** |

**NOTICE OF PROPOSED INTERVENORS' CROSS-MOTION TO INTERVENE AS OF RIGHT PURSUANT TO FED. R. CIV. P. 24(a)(2) OR, IN THE ALTERNATIVE, FOR PERMISSIVE INTERVENTION PURSUANT TO FED. R. CIV. P. 24(b), IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL FINAL JUDGMENT (MDL ECF NO. 12464), AND TO DISMISS TIME-BARRED AND NON-HEIR CLAIMS PURSUANT TO 28 U.S.C. § 1608(e) AND FED. R. CIV. P. 12(b)(6)**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of John F. Schutty, Esq. dated November 19, 2026, and the exhibits annexed thereto, Proposed Intervenors—the *Burlingame* Plaintiffs, as timely-filed, legally defined New York State heirs of decedents Joseph D. Dickey, James J. Kelly, Timothy M. O'Brien, Michael H. Seaman, Robert F. Sliwak, and John Wallice, Jr. (Civil Action No. 1:02-cv-07230) (collectively, "Proposed Intervenors")—will cross-move this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, and the Honorable Sarah Netburn, United

States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an Order:

**(1)** Granting Proposed Intervenors leave to intervene as of right as Intervenor-Defendants in each of the eight above-captioned member actions—Civil Action Nos. 1:18-cv-05331, 1:18-cv-12276, 1:20-cv-09387, 1:20-cv-10902, 1:21-cv-10239, 1:22-cv-05193, 1:23-cv-05790, and 1:24-cv-05520—pursuant to Federal Rule of Civil Procedure 24(a)(2); or, in the alternative,

**(2)** Granting Proposed Intervenors permissive intervention in each of the eight above-captioned member actions pursuant to Federal Rule of Civil Procedure 24(b);

**(3)** Permitting the formal docketing and filing of Proposed Intervenors' accompanying Proposed Responsive Pleading / Motion to Dismiss Time-Barred and Non-Heir Claims Pursuant to 28 U.S.C. § 1608(e) and Fed. R. Civ. P. 12(b)(6), annexed to the Declaration of John F. Schutty, Esq. as Exhibit A in compliance with Fed. R. Civ. P. 24(c);

**(4)** Denying in its entirety the Motion for Partial Final Judgment for Damages filed on November 12, 2026 on behalf of the Plaintiffs identified in Exhibit A, Exhibit B, and Exhibit D to the Declaration of Jerry S. Goldman, Esq. (MDL ECF No. 12464; Proposed Order Exhibits B, C, and D, MDL ECF Nos. 12467-2 through 12467-4), including denying certification of partial final judgments pursuant to Federal Rule of Civil Procedure 54(b);

**(5)** Vacating any prior interlocutory Orders of Judgment on Liability in the eight above-captioned member actions as to the moving claimants in MDL ECF No. 12464, and dismissing with prejudice all time-barred claims across all eight member actions pursuant to 28 U.S.C. §§ 1605A(b) and 1608(e) and Fed. R. Civ. P. 12(b)(6), as well as dismissing with prejudice all non-heir parent solatium claims identified in Proposed Order Exhibit B (MDL ECF No. 12467-2)—including those brought by or on behalf of Anarcimenes Antonio Salcedo (No. 1:20-cv-09387), the Estate of Helmut Paul Echtermann (No. 1:21-cv-10239), and the Estate of Carmela Andreacchio (No. 1:23-cv-05790)—pursuant to 28 U.S.C. § 1606 and controlling state substantive wrongful death law; and

**(6)** Granting Proposed Intervenors such other and further relief as this Court deems just and proper.

As demonstrated in the accompanying papers, Proposed Intervenors possess direct, verified final judgments and claims against the Islamic Republic of Iran arising from the September 11, 2001 terrorist attacks, making them legitimate judgment creditors against strictly finite pools of available recovery assets, including the United States Victims of State Sponsored Terrorism Fund (34 U.S.C. §§ 20144 *et seq.*) and the approximately 127,271 seized Bitcoin (valued at approximately $9.67 billion) at issue in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-05745 (E.D.N.Y.), upon which the Moving Plaintiffs expressly seek to execute via Rule 54(b) certification. Proposed Intervenors seek entry to protect their judgment creditor rights and statutory priority from immediate, irreversible asset dilution threatened by the extra-statutory, time-barred, and non-heir claims advanced in MDL ECF No. 12464. Furthermore, a panel of the United States Court of Appeals for the Second Circuit indicated during oral argument on October 7, 2026 (*Certain Burlingame and Schneider Plaintiffs v. Non-Objecting Plaintiffs*, Case No. 26-666-cv) that formal intervention in target member dockets is the required procedural vehicle for timely heirs to establish and preserve appellate standing.

Pursuant to Federal Rule of Civil Procedure 24(c), this Cross-Motion is accompanied by Proposed Intervenors' Proposed Responsive Pleading / Motion to Dismiss Time-Barred and Non-Heir Claims with Prejudice (annexed to the Declaration of John F. Schutty, Esq. as Exhibit A). A [Proposed] Omnibus Order granting intervention, denying MDL ECF No. 12464, and dismissing the time-barred and non-heir claims is annexed thereto as Exhibit B. Pursuant to Local Civil Rule 6.1(b), opposition/answering papers are due within fourteen (14) days after service of these papers, and any reply papers must be served and filed within seven (7) days after service of the opposition.

Dated: November 19, 2026
New York, New York

**Law Office of John F. Schutty, P.C.**

By: *<u>/s/ John F. Schutty</u>*
John F. Schutty, Esq.
Attorneys for Proposed Intervenors
(the *Burlingame* Plaintiffs)
445 Park Avenue – 9th Floor
New York, NY 10022
Tel: (646) 345-1441
john@johnschutty.com