LAW OFFICE OF JOHN F. SCHUTTY, P.C.
445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

November 19, 2026

Honorable George B. Daniels **VIA ECF**
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(SN)
Relates to: *Schlissel v. Iran* (18-cv-05331); *Aamoth v. Iran* (18-cv-12276); *Hargrave v. Iran* (20-cv-09387); *Bianco v. Iran* (20-cv-10902); *Amato v. Iran* (21-cv-10239); *King v. Iran* (22-cv-05193); *Kone v. Iran* (23-cv-05790); *Jelnek v. Iran* (24-cv-05520)
Request for Oral Argument Pursuant to on Proposed Intervenors' Cross-Motion to Intervene and Dismiss (Relating to MDL ECF No. 12464)

Dear Judge Daniels:

This firm represents the *Burlingame* Plaintiffs—timely-filed, lawful New York State heirs of World Trade Center decedents in Civil Action No. 02-cv-7230—who have today filed via ECF a Cross-Motion: (1) to intervene as of right pursuant to Fed. R. Civ. P. 24(a)(2), or permissively pursuant to Fed. R. Civ. P. 24(b), in the eight above-referenced member actions; (2) in opposition to the Motion for Partial Final Judgment filed on November 12, 2026 by counsel Anderson Kill P.C. (MDL ECF No. 12464); and (3) to vacate prior interlocutory default liability orders as to the moving claimants and dismiss all time-barred and non-heir claims with prejudice pursuant to 28 U.S.C. §§ 1605A(b), 1606, and 1608(e) and Fed. R. Civ. P. 12(b)(6).

Pursuant to Section IV.D of Your Honor's Individual Rules and Practices, Proposed Intervenors respectfully request oral argument on their Cross-Motion. Oral argument is warranted because MDL ECF No. 12464 seeks immediate certification of partial final judgments under Fed. R. Civ. P. 54(b) on behalf of fourteen claimants in actions filed between seventeen and twenty-three years after September 11, 2001—including non-heir parents barred under state wrongful death law—for the stated purpose of registering those judgments in the Eastern District of New York (No. 25-cv-05745) to assert claims against the approximately 127,271 seized Bitcoin pool ($9.67 billion), thereby directly and permanently diluting the pro rata recoveries of timely judgment creditors.

In accordance with Section III.A of Your Honor's Individual Rules and Practices, physical courtesy copies of Proposed Intervenors' Cross-Motion papers are not being submitted to Chambers.

We ask that the Court refrain from granting any relief under the Motion filed under MDL ECF #12464 until the Proposed Intervenors' Motion (MDL ECF #12475, 12476 and 12477) is resolved.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ *John F. Schutty*
John F. Schutty, Esq.
Attorneys for Proposed Intervenors
(the *Burlingame* Plaintiffs)

cc: All Counsel of Record (via ECF)