LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT,
US COURT ON INTERNATIONAL TRADE

November 20, 2026

**VIA ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)**

Dear Judge Netburn:

Defendants World Assembly of Muslim Youth ("WAMY"), Muslim World League ("MWL") and International Islamic Relief Organization ("IIRO") (together, the "Defendants") jointly submit this letter, unopposed by plaintiffs, to supplement and clarify Plaintiffs' letter of November 20, 2026 (ECF No. 12480) (the "November 20 Letter"). Although the parties had conferred and WAMY initially consented to Plaintiffs' request with respect to the extension dates and changes to certain exhibits that would require edits to Plaintiffs' Rule 56.1 Statement, upon review of Plaintiffs' letter, (ECF 12398), WAMY together with MWL and IIRO believed clarification of certain portions of the letter and how it impacted all defendants was needed. Therefore, after Plaintiffs filed the November 20 Letter and before the Court granted the request therein (ECF No. 12482), counsel for Defendants conferred further with counsel for Plaintiffs and reached agreement regarding three clarifications to the request. The agreement, however, was not reduced to writing for submission before the entry of the Court's order. We write to request three agreed-upon modifications or clarifications to Your Honor's Order at ECF No. 12480.

**1. The Extension Should Apply to WAMY, MWL, and IIRO**

Defendants have requested, and Plaintiffs do not oppose, that the requested reciprocal extension would apply to WAMY as well as MWL and IIRO. Plaintiffs filed a consolidated opposition brief ("Plaintiffs' opposition") in response to the Defendants' motions for summary judgment. Accordingly, the Defendants request a single deadline for all Defendants so they may coordinate or consolidate their replies.

**2. Defendants' Replies Should Be Extended to April 5, 2027**

The November 20 Letter proposed extending the Defendants' reply deadline to March 29, 2027, which falls during the Easter holiday period. Accordingly, Defendants request an additional week, until Monday, April 5, 2027, to file their replies. Plaintiffs do not oppose this request.

**3. Defendants' Scope of Consent to Refiling Is Limited**

With respect to Plaintiffs' request to file an addendum to the opposition, Defendants understand this would consist of content being removed from the initial brief or rephrased consistent with the changes to the Rule 56.1 Statements as specified in the November 20 Letter. The Defendants reserve the right to object to any addendum to Plaintiffs' opposition.

We thank the Court for its attention to this matter and ask that the Court extend the deadline for WAMY, MWL and IIRO to respond to Plaintiffs' opposition to Monday, April 5, 2027. Plaintiffs do not oppose that request. We apologize for any inconvenience caused to this Court.

Respectfully submitted,

/s/ *Omar T. Mohammedi*

Omar T. Mohammedi
Frederick Goetz, *of counsel* (admitted *pro hac vice*)
The Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 820
New York, NY 10279
*Counsel for Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth Internation*

/s/ *Aisha E. R. Bembry*

Aisha E. R. Bembry (admitted *pro hac vice*)
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Avenue, NW Suite 1000
Washington, DC 20005
*Counsel for Defendants Muslim World League, International Islamic Relief Organization, Dr. Abdullah bin Saleh Al Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al Turki*

cc: The Honorable George B. Daniels (via ECF)
All Counsel of Record (via ECF)