November 22, 2026

**Sean P. Carter**
Direct Phone 215-665-2105
Direct Fax 215-701-2105
scarter1@cozen.com

The Honorable George B. Daniels
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)**

Dear Judge Daniels:

We write on behalf of the Plaintiffs in *Muenchener Rueckversicerungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-07914; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.,* No. 17-cv-02651; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.,* No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.,* No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Abarca, et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; *Abedhajajreh v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123; *and Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617, to advise the Court of the Plaintiffs' intent to oppose Al Rajhi Bank's Motion for Entry of Partial Final Judgments Pursuant to Rule 54(b). *See* Motion at ECF Nos. 12484-86.

Plaintiffs intend to file their opposition in due course but thought it prudent to write now to ensure that the Court is apprised of the forthcoming objection and Plaintiffs' position that entry of final judgment is not appropriate at this time.

The above-referenced Plaintiffs thank the Court for its attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

By: *_/s/ Sean P. Carter_*
Sean P. Carter
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel: (215) 665-2105
Email: scarter1@cozen.com

cc: All MDL Counsel of Record (via ECF)

LEGAL\119828533\1