IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-07853; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; *Abedhajajreh v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123; *Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-07914; and *Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617. | |

**[PROPOSED] ORDER**

WHEREAS the parties came to be heard on Defendant Al Rajhi Bank's Renewed Motion, pursuant to Rule 12(b)(2) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss all claims asserted against it in the above-captioned actions (ECF No. 9785);

WHEREAS by its Memorandum Decision and Order dated August 19, 2026 (ECF No. 12247), the Court finally decided all claims against Al Rajhi Bank, granted Al Rajhi Bank's

Renewed Motion to Dismiss, and denied all relief to all Plaintiffs in the above-captioned actions as to Al Rajhi Bank;

WHEREAS, this multidistrict litigation has been pending since 2003, and the above-captioned actions against Al Rajhi Bank have been pending starting in January 2016. Absent the entry of Rule 54(b) judgments, it could be several more years before all claims against all Defendants in the actions against Al Rajhi Bank are resolved, and Al Rajhi Bank will be unable to obtain repose. *See Gaind v. Pierot*, No. 04-cv-9407 (TPG), 2006 U.S. Dist. LEXIS 55867, at *4-5 (S.D.N.Y. Aug. 4, 2006) (ordering entry of partial final judgment under Rule 54(b) where litigation had begun nearly seven years earlier and "further delay would prejudice the [dismissed defendants] by leaving the matter unresolved for the additional, possibly lengthy period that will be required to adjudicate the claims against [remaining defendants]");

WHEREAS, the Court has carefully considered Al Rajhi Bank's Motion for Entry of Partial Final Judgments Pursuant to Rule 54(b);

**IT IS HEREBY ORDERED** that Al Rajhi Bank's Motion for Entry of Partial Final Judgments Pursuant to Rule 54(b) is GRANTED;

**IT IS FURTHER ORDERED** that the Court expressly determines under Rule 54(b) that there is no just reason for delay and directs the Clerk to enter a final judgment pursuant to Rule 54(b) in favor of Al Rajhi Bank in each of the following actions: *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; *Abedhajajreh v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123; *Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi*

*Arabia, et al.*, No. 17-cv- 07914; and *Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617; the Clerk shall note in each of these dockets that the action is "Terminated" as to Al Rajhi Bank as of August 19, 2026.

Dated: ___________, 2026
New York, New York

SO ORDERED

____________________________
George B. Daniels
United States District Judge