# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1911 / www.andersonkill.com

Jerry S. Goldman, Esq.
9-11victims@andersonkill.com
212-278-1911

Via ECF

November 24, 2026

The Honorable George B. Daniels, U.S.D.J.
United States District Court for the S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn, U.S.M.J.
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN); *Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD)(SN); *Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN); *Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN); *Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD)(SN); *Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD)(SN); *Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN); *Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN); *Mary Jelnek, et al v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN) – Motion to Stay Cross-Motion to Intervene (ECF No. 12475) Until Resolution of Second Circuit Appeal 26-666 – **EXPEDITED CONSIDERATION REQUESTED**

Dear Judge Daniels and Judge Netburn:

Undersigned counsel requests that the Court formally stay consideration of certain *Burlingame* Plaintiffs' Cross-Motion to Intervene at ECF No. 12475 for the same reasons the Court recently stayed a substantially similar motion to intervene filed by the same *Burlingame* Plaintiffs in a different member case within the MDL, *Romero v. Islamic Republic of Iran*, No. 25-cv-07935. *See* Opinion & Order, dated November 10, 2026, ECF No. 12463.

As *Romero*'s counsel ably explained less than three weeks ago: (1) the Second Circuit appeal *Certain Burlingame and Schneider Plaintiffs v. Non-Objecting Plaintiffs*, No. 26-666, remains pending and involves the precise issues identified as the basis for intervention; (2) this Court has already rejected, numerous times, Proposed Intervenors' merits theories underpinning their proposed intervention, judgment motion opposition, and motion to dismiss; and, (3) judicial economy favors waiting for the Second Circuit to render a decision in the 26-666 appeal before this Court entertains (again) the same issues presented on appeal. *See* ECF No. 12458. In its November 10 Order, this Court agreed with the *Romero* Plaintiffs, finding that a higher court is "about to decide a pertinent issue of law bearing on the action, [and] substantially all of the core merits arguments in the motion to intervene are currently before the Court of Appeals in the *Burlingame* Appeal." ECF No. 12463 at 3. The Court further agreed with the *Romero* Plaintiffs

that the interests of "[p]laintiffs, the courts, and the public are all served by avoiding unnecessarily duplicative and potentially inconsistent judicial rulings which, in this situation, are best promoted by granting a stay." *Id.* The November 10 Order further noted that the *Burlingame* Plaintiffs suffer no undue prejudice from the stay because the Second Circuit's imminent decision in 26-666 will likely "instruct[] on the very issue of intervention," and the delay from the stay will likely be brief since oral argument in the appeal already occurred. *Id.*

The same logic in the *Romero* Plaintiffs' stay application and the Court's November 10 Order applies with equal force here. The only possible distinction between these cases and *Romero* is plaintiffs here seek a judgment against Iran now, whereas the *Romero* Plaintiffs amended their complaint presumably to seek a judgment against Iran in the near future. But that timing distinction is an immaterial difference: there is no pressing VSST Fund deadline at this time and there is no imminent risk of dilution in the Bitcoin proceedings in the Eastern District of New York, as that court is currently considering the U.S. Government's pending preliminary motions in those proceedings, and briefing is not complete. *See, e.g.*, *Noala Fritz, et al. v. Iran and China Investment Development Group d/b/a Lubian.com*, No. 1:25-cv-07093 ("*Fritz*"), Minute Order dated October 16, 2026; *Fritz*, ECF No 159; *United States v. Approximately 127,271 Bitcoin*, 1:25-cv-05745, Minute Order dated October 20, 2026. Accordingly, undersigned counsel respectfully requests that the Court stay consideration of certain *Burlingame* Plaintiffs' Cross-Motion to Intervene at ECF No. 12475 until fourteen days after the mandate issues in the 26-666 appeal. On November 23, 2026, counsel for the Proposed Intervenors stated he would oppose any stay request.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
*Attorney for Plaintiffs*

cc: All Counsel of Record (via ECF)