**ANDERSON KILL P.C.**

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1000 / www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212.278.1569

*VIA ECF* November 24, 2026

The Honorable George B. Daniels
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse.
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse,
400 Foley Square
New York, NY 10007

**Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(SN) - 9/11 Plaintiffs' Update to Court Regarding *Fritz v. Iran and China Investment Development Group d/b/a Lubian.com*, No. 1:25-cv-07093-RPK-CHK (E.D.N.Y) and *United States v. Approximately 127,271 Bitcoin*, No. 1:25-cv-05745-RPK-CHK (E.D.N.Y) ("Forfeiture Proceeding")**

Dear Judge Daniels and Judge Netburn:

The undersigned counsel for the 9/11 Plaintiffs[1] respectfully provide the Court the following update concerning the Forfeiture Proceeding pending before the Honorable Judge Rachel P. Kovner in the Eastern District of New York. Pursuant to Judge Kovner's October 20, 2026 Minute Order, on November 20, 2026, the U.S. Government served its Motion to Strike the Claims and Answers filed by Victims of Iranian Terror, that is attached hereto as Exhibit A.

In the motion, the Government argues that the 9/11 Plaintiffs and other Iran judgment holders lack standing because they are general unsecured creditors absent an attachment or other ownership interest in the specific Bitcoin at issue. *See* Exhibit A at 4-9. Against this backdrop, the 9/11 Plaintiffs respectfully request that this Court rule on their pending § 1610(c) motion at ECF No. 12138. As explained in that motion, the 9/11 Plaintiffs' October 2, 2026 letter (ECF No. 12339), and the 9/11 Plaintiffs' October 20, 2026 letter (ECF No. 12407), the requested order would determine that the statutory prerequisites of § 1610(c) have been satisfied and permit the 9/11 Plaintiffs to pursue attachment and execution proceedings against available Iranian assets.

[1] The *O'Neill*, *Burnett*, *Ashton*, *and Ashton-Burlingame* Plaintiffs are referred to herein as the "9/11 Plaintiffs." The terms "*O'Neill* Plaintiffs," "*Burnett* Plaintiffs," "*Ashton* Plaintiffs," and "*Ashton-Burlingame* Plaintiffs," are defined, respectively, in the Declaration of Jerry S. Goldman (ECF No. 12143), Declaration of John M. Eubanks (ECF No. 12141), Declaration of Andrew J. Maloney, III (ECF No. 12144), and Declaration of Jeanne M. O'Grady (ECF No. 12142). On July 15, 2026, the *Fritz* court issued a Docket Text Order directing undersigned counsel, consisting of the *O'Neill*, *Burnett*, *Ashton*, *and Ashton-Burlingame* Plaintiffs, to file in that action under the party name "*O'Neill* Intervenors."

Once that occurs, even under the Government's disputed theory of the case, the 9/11 Plaintiffs would have standing to continue pursuing their claims in the Eastern District.

We thank the Court for its consideration of this matter.

Very truly yours,

**ANDERSON KILL P.C.**

By: */s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
Ethan Greenberg, Esq.
7 Times Square, 15th Floor
New York, New York 10036
jgoldman@andersonkill.com
Tel: (212) 278-1000
Fax: (212) 278-1733
*Attorneys for the O'Neill Plaintiffs*

**KREINDLER & KREINDLER LLP**

By: */s/ Megan Wolfe Benett*
Megan Wolfe Benett, Esq.
485 Lexington Ave
New York, NY 10017
mbenett@kreindler.com
Tel.: (212) 973-3438
Fax: (212) 972-9432
*Attorneys for the Ashton Plaintiffs*

**MOTLEY RICE LLC**

By: */s/ John M. Eubanks*
John M. Eubanks, Esq.
John C. Duane, Esq.
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
jeubanks@motleyrice.com
jduane@motleyrice.com
Tel.: (843) 216-9184
Fax: (843) 216-9450
*Attorneys for the Burnett Plaintiffs*

**SPEISER KRAUSE, P.C.**

By: */s/ Jeanne M. O'Grady*

Jeanne M. O'Grady, Esq.
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
jog@speiserkrause.com
Tel.: (914) 220-5333
Fax: (914) 220-5334
*Attorneys for the Ashton-Burlingame Plaintiffs*

Enclosure
Cc: All Counsel of Record (via PACER)