**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 25, 2026

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MD 1570 (GBD) (SN)

Dear Judge Netburn:

This Office represents nonparty the United States of America (the "Government") in the above-referenced matter. I write respectfully to request that the Court relieve Assistant United States Attorney ("AUSA") Jean-David Barnea as counsel for the Government in this case in light of his imminent departure from the U.S. Attorney's Office. AUSAs Jennifer Jude and Danielle Marryshow, who have already entered their notices of appearance in this case, will continue to represent the Government in this case.

I thank the Court for its consideration of this application.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: /s/ Jean-David Barnea
JEAN-DAVID BARNEA
JENNIFER JUDE
DANIELLE MARRYSHOW
Assistant United States Attorneys
Telephone: (212) 637-2679/2663/2689
Email: Jean-David.Barnea@usdoj.gov
Jennifer.Jude@usdoj.gov
Danielle.Marryshow@usdoj.gov

cc: Counsel for all parties (by ECF)