**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (GBD)(SN)**<br>**ECF Case** |

**This document relates to member cases**
***Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD) (SN), and**
***Hugh A. Chairnoff, et al. v. Kingdom of Saudi Arabia,* 1:18-cv-12367 (GBD) (SN)**

**NOTICE OF UNOPPOSED MOTION**
**TO CORRECT PLAINTIFFS' NAMES IN COMPLAINTS**

**PLEASE TAKE NOTICE** that, by and through their undersigned counsel and upon the accompanying Memorandum of Law, the Declaration of Joseph Peter Drennan executed on November 25, 2026, and all prior pleadings and proceedings had herein, Plaintiffs in the above-captioned *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD) (SN) and *Hugh A. Chairnoff, et al. v. Kingdom of Saudi Arabia,* 1:18-cv-12367 (GBD) (SN) member cases (collectively, the "*Chairnoff* Actions"), respectfully move this Court pursuant to Federal Rules of Civil Procedure 5(a)(2) and 15(a)(2) for an order: (1) granting leave to Plaintiffs to amend the operative complaints in each of the *Chairnoff* Actions, in order to correctly identify Plaintiff Isabel Nimbley-Kazoglou (who was misidentified in the complaints as "Isabel Nimbley") and Plaintiff Angel Imami Green (who has changed her name from "Angel Anderson" since the filing of the complaints); (2) waiving service of the amended complaint in *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD) (SN) on the Islamic Republic of Iran, and (3) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that counsel for the Kingdom of Saudi Arabia has indicated that his client will not oppose the relief requested herein.

Dated: November 25, 2026
White Plains, New York

**FLEISCHMAN BONNER & ROCCO LLP**

By: /s/ James P. Bonner
James P. Bonner (jbonner@fbrllp.com)
Patrick L. Rocco (procco@fbrllp.com)
Susan M. Davies (sdavies@fbrllp.com)
445 Hamilton Avenue, Suite 402
White Plains, New York 10601
Telephone: 646-415-1399

Joseph Peter Drennan
(admitted *pro hac vice* in 1:18-cv-12370)
218 North Lee Street, Third Floor
Alexandria, Virginia 22314-2631
Telephone: 703-519-3773
joseph@josephpeterdrennan.com

Patrick M. Donahue
(admitted *pro hac vice* in 1:18-cv-12370)
P. Joseph Donahue
(admitted *pro hac vice* in 1:18-cv-12370)
THE DONAHUE LAW FIRM, LLC
18 West Street
Annapolis, MD 21401
Telephone: 410-280-2023
pmd@thedonahuelawfirm.com
pjd@thedonahuelawfirm.com

P. York McLane
(admitted *pro hac vice* in 1:18-cv-12370)
LAW OFFICE OF P. YORK MCLANE
14015 Park Dr., Ste. 111
Tomball, Texas 77377
yorkmclane@yahoo.com

***Counsel for Plaintiffs***