**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (GBD)(SN)**<br>**ECF Case** |

**This document relates to member cases**
***Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD) (SN)**
***Hugh A. Chairnoff, et al. v. Kingdom of Saudi Arabia,* 1:18-cv-12367 (GBD) (SN)**

I, JOSEPH PETER DRENNAN, declare pursuant to 28 U.S.C. Section 1746 as follows:

1. I am the principal of The Law Office of Joseph Peter Drennan, one of four law firms representing the Plaintiffs in the above-captioned *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD) (SN) ("*Chairnoff v. Iran*") and *Hugh A. Chairnoff, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12367 (GBD) (SN) ("*Chairnoff v. KAS*", and together with *Chairnoff v. Iran*, the "*Chairnoff* Actions"). The *Chairnoff* Actions were filed in this district in December 2018. I was admitted *pro hac vice* in *Chairnoff v. Iran* on 5 February 2019.

2. I submit this Declaration in support of the *Chairnoff* Plaintiffs' motion, pursuant to Federal Rules of Civil Procedure 5(a)(2) and 15(a)(2), for leave to amend the First Amended Short Form Complaints filed on 22 February 2019 in *Chairnoff v. Iran* (1:18-cv-12370, ECF 28) and on 20 February 2019 in *Chairnoff v. KAS* (1:18-cv-12367, ECF 26), in order to reflect correctly the names of **Plaintiffs Isabel Nimbley-Kazoglou** and **Angel Imani Green**, who are, respectively, the widow and stepdaughter of the late Paul Richard Nimbley, who was killed in the collapse of the World Trade Center on 11 September 2001.

3. The sources of my information and the bases for my belief in the statements contained herein are my personal involvement in representing Isabel Nimbley-Kazoglou and Angel Imani Green in connection with the September 11th litigation; communications with, and documents provided by, Ms. Nimbley-Kazoglou; and my review of documents and public

records, copies of which are contained in my firm's files. Any matters about which I lack personal knowledge are asserted herein upon information and belief.

4. The First Amended Short Form Complaint in *Chairnoff v. Iran* was served on the Islamic Republic of Iran on 29 June 2020. *See* 1:18-cv-12370 at ECF 46 at ¶¶ 6-10 and ECF 46-3. The Clerk of this Court entered default against Iran on 6 November 2020. *See* 1:18-cv-12370 at ECF 47. On 21 October 2021, this Court entered a partial final default judgment against Iran in favor of certain plaintiffs in *Chairnoff v. Iran*—not including Isabel Nimbley-Kazoglou and Angel Imani Green—holding Iran liable to those plaintiffs pursuant to 28 U.S.C. § 1605A(c). *See* 1:18-cv-12370 at ECF 65. Three other partial final default judgments were subsequently entered in favor of other *Chairnoff* plaintiffs. *See* 1:18-cv-12370 at ECF 111, 137, 193.

5. The Kingdom of Saudi Arabia accepted service of the complaint in *Chairnoff v. KAS* on 2 January 2019 and has appeared in that proceeding. 1:18-cv-12367 at ECF 6.

6. My firm has been retained by **Isabel Nimbley-Kazoglou** to pursue claims against the Islamic Republic of Iran and the Kingdom of Saudi Arabia for their roles in the 11 September 2001 terrorist attacks. Ms. Nimbley-Kazoglou is a plaintiff in both of the *Chairnoff* Actions. The First Amended Short Form Complaints filed in both of the *Chairnoff* Actions erroneously identify Isabel Nimbley-Kazoglou as "Isabel Nimbley." *See Chairnoff v. Iran*, 1:18-cv-12370, ECF 28-1 at Line 12 and *Chairnoff v. KAS*, 1:18-cv-12367, ECF 26-1 at Line 12. This is the name by which Ms. Nimbley-Kazoglou was known prior to her marriage to Ignatious Kazoglou on 23 March 2007. Isabel Nimbley-Kazoglou is the correct name of the plaintiff identified in the operative complaints in the *Chairnoff* Actions as "Isabel Nimbley."

7. My firm has also been retained by **Angel Imani Green** to pursue claims against the Islamic Republic of Iran and the Kingdom of Saudi Arabia for their roles in the 11 September 2001 terrorist attacks. Ms. Green is a plaintiff in both of the *Chairnoff* Actions. The

First Amended Short Form Complaints filed in both of the *Chairnoff* Actions erroneously identify Angel Imani Green as "Angel Anderson." *See Chairnoff v. Iran*, 1:18-cv-12370, ECF 28-1 at Line 15 and *Chairnoff v. KAS*, 1:18-cv-12367, ECF 26-1 at Line 15. This is the name by which Ms. Imani Green was known prior to her marriage to Riley Elizabeth Green on 8 July 2024. Angel Imani Green is the current name of the plaintiff identified in the operative complaints in the *Chairnoff* Actions as "Angel Anderson."

8. I first learned of the misnomers in the operative complaints in the *Chairnoff* Actions in the course of preparing motions for default judgments against Iran in favor of Ms. Nimbley-Kazoglou and Ms. Green. The instant motion seeks to correct those errors so that judgments may be entered in these Plaintiffs' correct names.

9. Counsel for the Kingdom of Saudi Arabia, Michael K. Kellogg of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., has indicated that his client will not oppose the instant motion.

10. Accordingly, I respectfully request this Honorable Court to grant the instant motion and allow the First Amended Short Form Complaints filed in the *Chairnoff* Actions to be amended to correctly reflect the names of Plaintiffs Isabel Nimbley-Kazoglou and Angel Imani Green.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Cape Charles, Virginia, on 25 November 2026.

Joseph Peter Drennan

**JOSEPH PETER DRENNAN**